# Exhibit 3



## Fwd: Re: Dave

@gmail.com>

---------- Forwarded message ----------
From: **Craig Wright** <craig@rcjbr.org>
Date: Sat, Feb 15, 2014 at 9:15 PM
Subject: RE: Re: Dave
To: Ira K

If Patrick can do it, that would be good.

I do not know what was going on with Dave at the end and I had no idea he had any troubles financially. He never shared that and I would have helped him with anything. A year ago, liquidity and other issues made spending Bitcoin difficult. There are still issues.

Dave owned 50% of a US company that controlled a Belize based trust. I have attached a little more of what we did together. We had several DHS research programs.

These projects are listed below and the R&D conducted here is a part of these as well:

| | | |
|---|---|---|
| TTA 01 - Software Assurance economic measures | $650,000 | Software assurance through |
| TTA 14 - Software Assurance MarketPlace (SWAMP) Information Security risk markets | $1,200,000 | Software derivative markets & |
| TTA 05 - Secure, Resilient Systems and Networks | $1,800,000 | SCADA Isolation |
| TTA 09 - Cyber Economics | $2,200,000 | Risk Quantification |

These are the types of research projects Dave was involved with.

We used the Dept of Homeland Security and Australian government for base research funding on some of it.

Nobody involved with this wants to ever (even after death be known). The myth is more powerful than all of us combined. I want Dave's family to know, but please understand, he would not have wanted the world knowing.

I am a moody, grumpy bastard who loved Dave as he was one of the few people who would give me the time of day, let alone be as much of a friend as he is. When you start looking through all of this, it starts to become more like the

Bond movie.

If the DHS and others had known what we were doing, they would have stopped it early. If others (public) know the DHS funded the research, it will be a huge problem.

The myth is a part of Dave's legacy.

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

---

**3 attachments**

📄 **A preamble into aligning Systems engineering and Information security ri....pdf**
1027K

📄 **Safecomp2011.pdf**
549K

📄 **W&K Info Defense Research LLC - 08.pdf**
118K