# Exhibit 7A

```
From: Craig Wright [mailto:craig@rcjbr.org]
Sent: Wednesday, 10 October 2012 4:55 PM
To: Dave Kleiman [mailto:dave@davekleiman.com]
Subject: FW: IFIP-WG11.9 CFP
```

We need to discuss the trsut and work out what the fuck we are doing with it all.

So, a good tax deductible way to have a visit and also write a paper.