# Exhibit 9



### Fwd: FW: Bond villains

---------- Forwarded message ----------
From: **Ira K**
Date: Sat, Mar 1, 2014 at 2:42 PM
Subject: Re: FW: Bond villains
To: Craig S Wright <craig.wright@hotwirepe.com>

Just to clarify on thoughts from previous email... In one of the email exchanges between Dave and you, he mentioned that you had 1 million Bitcoins in the trust and since you said he has 300,000 as his part. I was figuring the other 700,000 is yours.  Is that correct?

Ira

On Sat, Mar 1, 2014 at 9:23 AM, Ira K wrote:
> Can you allocate 20% to my dad and 80% to myself?
>
> So if I understand correctly, you have the rights to the remaining portion of Bitcoins stored on one of Dave's drives here?  If that's true we just need to figure out how to decrypt the drives.
>
> Ira
>
> On Friday, February 28, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:
>> The trust Dave setup should have around 300,000
>>
>> We moved everything offshore as a result of my early fight with the Tax office. This was back in 2011. The BTC would be on a server or hard drive, just the rights are overseas.
>>
>> The price is displayed in the diagram below.



I do not know what was going on with Dave before he died, or if he was taking notice – he seemed distant and we did not talk much in April other than a couple company matters. In the couple months before the end, it finally started to be worth something. Then it crashed just before he died, then it recovered.

I need to allocate shares to Dave's estate. You need to tell me how.

Craig

**From:** Ira K
**Sent:** Saturday, 1 March 2014 12:53 PM
**To:** Craig S Wright
**Subject:** Re: FW: Bond villains

Hi Craig,

I was just noticing the sentence where Dave mentioned Bitcoins were not worth much at the time.

That must be why he never cashed any in.

Do you still have a million bitcoins in the trust he setup?  And do you think there is a chance of finding

the bank holding them?  If I can be of help just let me know what you need.  Since Dave setup the trust,

perhaps my identification is needed in order to gain access?

Do you know how the bitcoins are stored in the trust?  Are they on a hard drive?

I don't quite understand why it was necessary to keep them in these offshore places.

And are there two seperate trusts?

1.) GICSR Trust in Belize.

2.) Design by Human in Seychelles.

Sorry if I sound a bit confused... it's because I am. :-)

Ira