# Exhibit 16

Form 43
UCPR 36.11

# JUDGMENT/ORDER

### COURT DETAILS
| | |
|---|---|
| Court | Supreme Court of NSW |
| Division | Common Law |
| List | Common Law General |
| Registry | Supreme Court Sydney |
| Case number | 2013/00225983 |

### TITLE OF PROCEEDINGS
| | |
|---|---|
| First Plaintiff | Craig Steven Wright |
| First Defendant | W&K Info Defense Research LLC |

### DATE OF JUDGMENT/ORDER
| | |
|---|---|
| Date made or given | 6 November 2013 |
| Date entered | 6 November 2013 |

### TERMS OF JUDGMENT/ORDER
BY CONSENT
Orders/Judgment:
1. Judgment in the sum of $28,254,666.00 in favour of the plaintiff.
2. No order as to costs.
3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.
4. A deed of transfer for the Intellectual Property is to be completed before 01 Sept 2013.

### SEAL AND SIGNATURE



| | |
|---|---|
| Signature | N. Langi (l.s.) |

If this document was issued by means of the Electronic Case Management System (ECM), pursuant to the Uniform Civil Procedure Rules (UCPR) 3.7, this document has taken to have been signed if the person's name is printed where his or her signature would otherwise appear.

| | |
|---|---|
| Capacity | Chief Clerk |
| Date | 8 November 2013 |

NL0009052006