# Exhibit 20

STATE OF FLORIDA           )
                           ) SS
COUNTY OF PALM BEACH       )

I, DAVID ALAN KLEIMAN declare to the officer taking my acknowledgment of this instrument, and to the subscribing witnesses, that I signed this instrument as my will.

_____, Testator
DAVID ALAN KLEIMAN

We, ___Marcia J. Varney___ (Witness) and _Beverley Brownlee_ (Witness) have been sworn by the officer signing below, and declare to that officer on our oaths that the Testator declared the instrument to be the Testator's will and signed it in our presence and that we each signed the instrument as a witness in the presence of the Testator and of each other.

_____
Witness

_____
Witness

Acknowledged and subscribed before me by DAVID ALAN KLEIMAN, the Testator, who is personally known to me or who has produced _____ as identification, and sworn to and subscribed before me by ___Marcia J. Varney___ (Witness) who is personally known to me or who has produced _____, as identification and _Beverly Brownlee_ (Witness) who is personally known to me or who has produced _____, as identification, and subscribed by me in the presence of the Testator and the subscribing witnesses, all on July 30, 2003.

_____
Notary Public

Notary Seal

LAURA E. AHLERS
My Comm. Exp. 5/18/05
No. DD 005618
[ ] Personally Known [✓] Other I.D.

My commission expires: _____

4