## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | **CASE NO.:** 9:18-cv-80176 |

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kyle Roche of the law firm of Boies Schiller Flexner LLP, 333 Main Street, Armonk, NY 10504, (914) 749-8324, for purposes of appearance as co-counsel on behalf of Ira Kleiman as personal representative for the Estate of David Kleiman, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kyle Roche to receive electronic filings in this case, and in support thereof states as follows:

1. Kyle Roche is not admitted to practice in the Southern District of Florida and is a member in good standing in the State of New York.

2. Movant, Velvel (Devin) Freedman, Esquire, of the law firm of Boies Schiller Flexner LLP, 100 SE Second Street, Miami, FL 33131, (305) 539-8400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kyle Roche has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kyle Roche, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kyle Roche at email address: kroche@bsfllp.com.

WHEREFORE, Velvel (Devin) Freedman, moves this Court to enter an Order for Kyle Roche, to appear before this Court on behalf of Ira Kleiman as the personal representative for the Estate of David Kleiman, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kyle Roche.

Dated: February 28, 2018
Respectfully submitted,

        **BOIES SCHILLER FLEXNER LLP**
        By:   */s/ Velvel Devin Freedman*
        Velvel (Devin) Freedman
        Fla. Bar No: 99762
        100 SE Second Street
        Miami, FL 33131
        Tel.   (305) 539-8400
        Fax.  (305) 539-1307
        Email: vfreedman@bsfllp.com
        Attorney for Plaintiff
        IRA KLEIMAN in his capacity as Personal
        Representative of the Estate of David Kleiman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | **CASE NO.:** 9:18-cv-80176 |

## CERTIFICATION OF KYLE ROCHE

Kyle Roche, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of New York.

*/s/ Kyle Roche*
Kyle Roche

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Defendant, Craig Wright at 21 Harebell Hill, Cobham, Surrey, KT11 2RS, England.

                By: */s/ Velvel Devin Freedman*
                    Velvel (Devin) Freedman
                    Fla. Bar ID:  99762
                    100 SE Second Street
                    Miami, FL 33131
                    Tel.   (305)539-8400
                    Fax.   (305)539-1307
                    Email: vfreedman@bsfllp.com

                    Attorney for Plaintiff
                    IRA KLEIMAN in his capacity as Personal
                    Representative of the Estate of Dave Kleiman