**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

    The law firm of Rivero Mestre, LLP appears as counsel for Craig Wright and designates the following email addresses for service of all documents:

        arivero@riveromestre.com
        jmestre@riveromestre.com
        arolnick@riveromestre.com
        dsox@riveromestre.com
        receptionist@riveromestre.com

    **RESPECTFULLY SUBMITTED** on March 10, 2018.

        RIVERO MESTRE LLP
        *Attorneys for Craig Wright*
        2525 Ponce de Leon Boulevard, Suite 1000
        Miami, Florida 33134
        Telephone: (305) 445-2500
        Fax: (305) 445-2505
        Email: arivero@riveromestre.com
        Email: jmestre@riveromestre.com
        Email: arolnick@riveromestre.com
        Email: dsox@riveromestre.com
        Email: receptionist@riveromestre.com

        By: s/ Andres Rivero
        ANDRES RIVERO
        Florida Bar No. 613819
        JORGE A. MESTRE
        Florida Bar No. 88145
        ALAN H. ROLNICK
        Florida Bar No. 715085
        DANIEL SOX
        Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

      I certify that on March 10, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                    _s/ Daniel Sox_