# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## AGREED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO THE COMPLAINT

Craig Wright, in accordance with Fed. R. Civ. 6(b), moves for a 32-day extension of time, up to and including April 16, 2018, to serve his response to the complaint (the "Complaint") filed by Ira Kleiman, as personal representative of the estate of David Kleiman (the "Estate" or "Plaintiff"). [D.E. 1]. Plaintiff agrees to the relief sought here. Mr. Wright states the following in support of this Motion:

1. The Estate filed the Complaint on February 14, 2018.

2. Mr. Wright promptly sought counsel to represent him in this lawsuit and engaged Rivero Mestre, LLP ("RM") on March 7, 2018.

3. Because of a busy litigation schedule and the complex allegations made by the Estate, undersigned counsel needs additional time to analyze and investigate this matter and serve a response to the Complaint.

4. In accordance with S.D. Fla. L.R. 7.1(a)(3), RM conferred with counsel for the Estate, Devin Freedman, Esq., on March 9, 2018. The Estate agrees to the relief requested in this

Motion and will not be prejudiced by the extension, which is not being sought for the purpose of delay.

5. In accordance with S.D. Fla. L.R. 7.1(a)(2), Mr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For the foregoing reasons, Mr. Wright respectfully requests that this Court grant a 32-day extension of time, up to and including April 16, 2018, to respond to the Complaint.

**RESPECTFULLY SUBMITTED** on March 10, 2018.

>RIVERO MESTRE LLP
>*Attorneys for Craig Wright*
>2525 Ponce de Leon Boulevard, Suite 1000
>Miami, Florida 33134
>Telephone: (305) 445-2500
>Fax: (305) 445-2505
>Email: arivero@riveromestre.com
>Email: jmestre@riveromestre.com
>Email: arolnick@riveromestre.com
>Email: dsox@riveromestre.com
>Email: receptionist@riveromestre.com
>
>By: s/ Andres Rivero
>ANDRES RIVERO
>Florida Bar No. 613819
>JORGE A. MESTRE
>Florida Bar No. 88145
>ALAN H. ROLNICK
>Florida Bar No. 715085
>DANIEL SOX
>Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

      I certify that on March 10, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                              _s/ Daniel Sox_