**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

      Plaintiff,

v.

CRAIG WRIGHT,

      Defendant.

_____/

**PROPOSED ORDER ON AGREED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

THIS CAUSE is before the Court upon Craig Wright's Agreed Motion for Extension of

Time, filed on March 10, 2018. The Court has carefully considered the Motion and is otherwise

fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Extension

of Time, is hereby **GRANTED**.

Craig Wright shall have up to and including April 16, 2018, to serve an answer to the

Complaint.

      **DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of March 2018.

 

                                    _____

                                    Judge Beth Bloom
                                    United States District Judge

Copies furnished to: Counsel of record