UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 18-cv-80176-BLOOM-Hopkins

IRA KLEIMAN, as the Personal Representative of the Estate of Dave Kleiman,

    *Plaintiff,*

vs.

CRAIG WRIGHT,

    *Defendant.*

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman, hereby gives notice of filing proof of service pursuant to Fed. R. Civ. P. 4(l)(2). Specifically, the affidavit of service with exhibits, sworn to by Cesar Augusto Sepulveda.

Dated March 15, 2018

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

        Facsimile:  (914) 749-8300
        kroche@bsfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Andres Rivero, Esq.
RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134
305-445-2500
(305) 445-2505 (fax)
arivero@riveromestre.com

        */s/ Velvel (Devin) Freedman*
        Velvel (Devin) Freedman