**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT**
**CRAIG WRIGHT LEAVE TO EXCEED PAGE LIMITS**

    THIS CAUSE is before the Court on Defendant Craig Wright's Unopposed Motion for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

    **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Craig Wright shall file a motion to dismiss not to exceed 50 pages.

    **DONE and ORDERED** in chambers on this ___ day of April 2018.

                                                                                       _____
                                                                                       Judge Beth Bloom
                                                                                      United States District Judge

Copies furnished: All counsel of record