UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 18-cv-80176-BLOOM-Hopkins

IRA KLEIMAN, as the Personal
Representative of the Estate of
Dave Kleiman,

    *Plaintiff,*

vs.

CRAIG WRIGHT,

    *Defendant.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
AND/OR TO FILE AMENDED COMPLAINT**

Plaintiff Ira Kleiman, as the Personal Representative of the Estate of David Kleiman ("Plaintiff") pursuant to Fed. R. Civ. P. 6(b)(1)(A), moves for an extension of time, such that Plaintiff has 45 days to (a) respond to Defendant Craig Wright's pending Motion to Dismiss [D.E. 12], and/or (b) amend the Complaint [D.E. 1] as a matter of course, pursuant to Fed. R. Civ. P. 15(a)(1).  The new deadline would be May 31, 2018.  Defendant does not object to the relief sought herein.  In support of this Motion, Plaintiff states the following:

1. Plaintiff filed the Complaint on February 14, 2018.

2. Defendant requested a 60-day extension of time to respond to the complaint and for leave to exceed the page limitations of this Court's Local Rule 7.1(c)(2). Plaintiff did not object to either request, and on April 16, 2018 Defendant filed a 50-page Motion to Dismiss the Complaint.

3. Due to prior commitments of counsel, including an upcoming trial in Delaware, undersigned counsel needs additional time to analyze, investigate, and respond to the arguments in Defendant's Motion to Dismiss.

4. Plaintiff's counsel, Velvel (Devin) Freedman, conferred with defense counsel, Daniel Sox, and Defendant does not object to the relief requested in this Motion. Furthermore, Defendant will not be prejudiced by the extension, which is not being sought for the purpose of delay.

5. Pursuant to S.D. Fla. L.R. 7.1(a)(2), Plaintiff has attached a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure § 3I(6).

For the foregoing reasons, Plaintiff respectfully requests that this Court grant an extension of time, up to and including May 31, 2018, to respond to the Motion to Dismiss, and/or to file an Amended Complaint as a matter of course.

Dated April 20, 2018.                            Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Andres Rivero, Esq.
Jorge A. Mester, Esq.
Alan H. Rolnick, Esq.
Daniel Sox, Esq.
RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134
305-445-2500
(305) 445-2505 (fax)
arivero@riveromestre.com
jmestre@riveromestre.com
arolnick@riveromestre.com
dsox@riveromestre.com
receptionist@riveromestre.com

            */s/ Velvel (Devin) Freedman*
            Velvel (Devin) Freedman