# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 18-cv-80176-BLOOM-Hopkins

IRA KLEIMAN, as the Personal
Representative of the Estate of
Dave Kleiman,

   *Plaintiff,*

vs.

CRAIG WRIGHT,

   *Defendant.*

**PROPOSED ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR TO FILE AMENDED COMPLAINT**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Extension of Time, filed on April 20, 2018. The Court has carefully considered the Motion and is otherwise fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUGED** that the Motion for Extension of Time, is hereby **GRANTED**.

Plaintiff Ira Kleiman, as Personal Representative of the Estate of David Kleiman, shall have up to and including May 31, 2018, to serve a response to the pending Motion to Dismiss and/or to serve an Amended Complaint as a matter of course.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of April, 2018.

                _____
                JUDGE BETH BLOOM
                United States District Judge

Copies furnished to: Counsel of record