# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

     Plaintiff,

v.

CRAIG WRIGHT,

     Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE JOINT SCHEDULING REPORT

     Craig Wright requests a three-day extension of time, up to and including May 11, 2018, for the parties to submit their joint scheduling report and proposed order. Plaintiff does not oppose the relief sought here. Dr. Wright states the following in support of this Motion:

     1.     The Court ordered the parties to file a joint scheduling report and proposed order by May 8, 2018. [D.E. 13].

     2.     The parties were unable to confer on the joint scheduling report until May 2, 2018.

     3.     Counsel for Dr. Wright request this three-day extension to allow time to consult with their client and consider the questions prompted by the joint scheduling report, including those relating to discovery, and provide the Court with a more accurate and thorough scheduling proposal.

     4.     In accordance with S.D. Fla. L.R. 7.1(a)(3), RM conferred with counsel for plaintiff, Devin Freedman, Esq., on May 7, 2018. Plaintiff does not object to the relief requested

in this Motion and will not be prejudiced by the extension, which is not being sought for the purpose of delay.

5.  In accordance with S.D. Fla. L.R. 7.1(a)(2), Dr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For the above reasons, Dr. Wright respectfully requests that this Court grant a three-day extension of time, up to and including May 11, 2018, to file the joint scheduling report and proposed order.

**RESPECTFULLY SUBMITTED** on May 7, 2018.

> RIVERO MESTRE LLP
> *Attorneys for Craig Wright*
> 2525 Ponce de Leon Boulevard, Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Fax: (305) 445-2505
> Email: arivero@riveromestre.com
> Email: jmestre@riveromestre.com
> Email: arolnick@riveromestre.com
> Email: dsox@riveromestre.com
> Email: receptionist@riveromestre.com
>
> By: s/ Andres Rivero
> ANDRES RIVERO
> Florida Bar No. 613819
> JORGE A. MESTRE
> Florida Bar No.  88145
> ALAN H. ROLNICK
> Florida Bar No. 715085
> DANIEL SOX
> Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

      I certify that on March 7, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                                _s/ Daniel Sox_