**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT**

THIS CAUSE is before the Court on Defendant Craig Wright's Unopposed Motion for Extension of Time to File Joint Scheduling Report. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties shall file their joint scheduling report and proposed order by May 11, 2018.

**DONE and ORDERED** in chambers on this ___ day of May 2018.

                                                           _____
                                                           Judge Beth Bloom
                                                           United States District Judge

Copies furnished: All counsel of record