UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 18-cv-80176-BLOOM-Hopkins

IRA KLEIMAN, as the Personal
Representative of the Estate of
David Kleiman,

      *Plaintiff,*

vs.

CRAIG WRIGHT,

      *Defendant.*

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman, hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case pursuant to this Court's April 17, 2018 Order Directing Parties to File Certificates of Interested Parties and Corporate disclosure statement:

1. Ira Kleiman
2. The Estate of David Kleiman
3. W&K Info Defense Research, LLC
4. Boies Schiller Flexner LLP
5. BTCN 1610-491, LLC

Plaintiff reserves the right to supplement, correct, or amend this certificate throughout the pendency of this action.

Dated May 8, 2018.

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Andres Rivero, Esq.
Jorge A. Mester, Esq.
Alan H. Rolnick, Esq.
Daniel Sox, Esq.
RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134
305-445-2500
(305) 445-2505 (fax)
arivero@riveromestre.com
jmestre@riveromestre.com
arolnick@riveromestre.com
dsox@riveromestre.com
receptionist@riveromestre.com

                                        */s/ Velvel (Devin) Freedman*
                                        Velvel (Devin) Freedman