# EXHIBIT 2

**From: Ira K**
Date: Tue, May 20, 2014 at 11:20 AM
Subject: Re: memory recall
To: Craig S Wright <craig@rcjbr.org>

Thanks. I guess the one he drew for me could have looked like that.

Wish I kept the card.

On Tue, May 20, 2014 at 3:25 AM, Craig S Wright <craig@rcjbr.org> wrote:
Neither of us were graphic artists ...

**From:** Ira K
**Sent:** Tuesday, 20 May 2014 5:03 PM
**To:** Craig Wright
**Subject:** Re: memory recall

i think the logo he drew for me only had only line going through the B, not two.

On Tue, May 20, 2014 at 3:01 AM, Craig Wright <craig@rcjbr.org> wrote:

We did partner ;)

The properties were not magnificent, but I loved them. In total I had a few cattle ranches and farm. Up in Port Macquarie. Wonderful beaches, but underdeveloped unlike Florida. In total about 550 acres.

I will have to see what I can dig up. The old Bitcoin logo we did is no longer used. I have a copy somewhere.

Some of the issues we still face come from how people assume making money must be counterfeit or otherwise illegal.

Craig

On 20/05/2014 4:53 pm, "Ira K" wrote:
I thought I would share this memory of Dave I had.

I don't recall him ever saying the word Bitcoin to me, but I do
have a memory where I think he told me he was working on it.
We were visiting at my Dad's house I think for Thanksgiving, and
I believe it was the first time he met my daughter  . We started
talking about how successful Facebook had become and I asked
him if he was working on anything interesting. He told me he was
making his own money. I was like what? Are you making
counterfeit money? I thought maybe he was up to something fishy.
And then he said it was digital money and opened his wallet to
show me something like a business card with a logo on it.
But he couldn't find it so I think he just scribbled it on the back
of a card, the B with lines through it.

He also said he was doing some work with a rich foreign guy. I asked him
how rich is this guy? He said something like he's not super rich, but he owns
some properties. Then he said some other stuff about the foreign guy

that I don't remember.  I replied to him saying why don't you partner with this guy.  With your brains and his money you guys could create the next big thing like Facebook.  He gave me a blank look and was silent, which I thought unusual for Dave to stop talking.  Maybe he didn't want to directly come out and say you guys were already partners.  Anyway, that's the only time I can recall where he mentioned this stuff to me.

I was wondering if you were aware of any business cards ever being printed with the Bitcoin logo on it.  I never found any in his belongings.  I wasn't sure if he was opening his wallet to show me a Bitcoin business card or if he just wanted to grab an existing card to draw the logo on the back of it.

Thanks,
Ira

From: **Craig S Wright** <craig@rcjbr.org>
Date: Tue, May 20, 2014 at 3:23 AM
Subject: RE: memory recall
To: Ira K

Here you go – this is the first of the first.


The later version of the same

