# EXHIBIT 7

---------- Forwarded message ----------
From: **Craig S Wright** <craig.wright@hotwirepe.com>
Date: Fri, Apr 25, 2014 at 11:22 PM
Subject: Chronology of Craig Wright.docx
To: Ira K

And more reading

Chronology of Craig Wright (CSW) activities & transactions

2009   Craig Wright mines some bitcoins and attempts to incorporate IP into Integyrs

2010   ATO Rejects IP transaction and CSW retains IP

2011   CSW sends Bitcoin overseas.  Value at that stage AUD $0.02    Founds a company in USA with David Kleiman, a business associate from forensic & security related IT areas.   Kleiman & Wright co-authored books on the subject and had fairly longstanding relationship.  The established was W&K Info Defense.  It was set up to further statistical and risk mitigating algorithms, to develop some ideas around CBT learning methodologies (CSW was by then lecturing regularly for Charles Sturt University and others) and to mine Bitcoin.   This was done on behalf of entities in Belize (related to Kleiman) and entities in Singapore and the Seychelles (related to Wright).   There is an agreement between CSW and W&K whereby CSW loans his Bitcoin and expertise to the company with payback and payment to be received in Bitcoin. In all, 1.1 million Bitcoin reverted to Sq and Seychelles accounts.   It is unkown how much reverted to Belize and Kleiman.

2012    CSW forms 2 UK trust companies  (non trading)  and owned through Seychelles.
          Permanent Success    &    Design by Human
Plans from W&K develop to the point where there is imminent product in the eLearning space.  Discussions progress.  At the same time CSW is contemplating Bitcoin and its regulation.

2013   Structural discussions progress to a plan and an agreement between W&K and CSW.  See share sale agreement.  See also Strasan Agreement.   This is done by early April 2013.  David Kleiman dies shortly thereafter reportedly from infections related to injuries incurred in US military. He was wheelchair bound and had related circulatory issues.   Per terms of the Agreement, CSW forms Hotwire Pre-emptive Intelligence Pty Ltd in Australia and continues the planned program.  ( June 2013)  Acquires IP and software from Strasan and registers for R&D with AusIndustry.  All prior to June 30.  AusIndustry accepts his application and both AI and ATO do an audit.  Hotwire passes AI audit but ATO audit drags on.

During the early 2013 period, CSW is pursuing Exchange and banking ideas with Bitcoin.  At the same time he is a lecturer and a speaker at functions on topics around IT security and SCADA.  At one of these in March 2013, he meets a fellow introduced as Mark Ferrier.  They chat about mining and security and CSW says he's is actively pursuing the Bitcoin banking possibility but is stumbling due to the need for core banking software.  Nothing more said. Within days, weeks he starts receiving emails from Ferrier (MJF) who intimates he may have someone who can help with the banking stuff.  There are a series of emails that follow this and a further meeting at some point and it all culminates on the 2nd of June 2013, when CSW agrees to buy a variety of things through MJF's company as agent.   These include:

- Core banking software and source code from al Baraka
- Seimens automation software
- Exchange software - micropayments
- Some gold ore
- And even MJF's father providing some consulting. Ian Ferrier – noted accountant

There are invoices for all of this.  CSW did due diligence on MJF through ASIC D&B  Whois etc and both the individual and his company came up clean. The notion of Ian Ferrier lent some credibility.  Missed social media however, which would probably have given him a better idea as to who he was dealing with.  Payment was from one of the UK entities and a directed payment supported by a Loan agreement to CSW.  He has since traced destination as somewhere in Africa.

The software and source code have all been delivered.  It has been determined that MJF is unable to deliver the gold ore and his father denies any knowledge of any agreement and purports to be estranged from his son.  On that basis CSW took action in the Supreme court of NSW for recovery of his Bitcoin or value for the Ore Purchase and consulting fees.  Judgment has been given.

Emails, contracts and any correspondence has been provided both in court and to the ATO in support of the facts.   CSW has offered to assist the ATO in pursuit of MJF should they choose to do so.  We are prepared and have briefed counsel on a Federal court action for misleading and deceptive behavior as well as the judgment debt.

Return to early July 2013, CSW communicates with ATO and briefs them on his intention to do the MJF transaction including the offshore payment in Bitcoin.  He states at that time his relative holding or control of considerable quantities of Bitcoin and a hope/intention of developing a regulated Bitcoin bank in Australia. He has actively pursued Private Rulings with ATO on many of his transactions and processes;  forms a nucleus of companies for Research and Development of the eLearning opportunity and also eBanking.

Since that time, CSW has populated Hotwire with some top people to pursue both R&D projects.  He has paid for all this through cashing in Bitcoin when and where possible and after a long struggle with the ATO receiving 1.45Million in R&D rebate from the 2013 tax return for Hotwire.  He has spent about 450,000 BTC over that period, much of it at values less than $120.00 so there is no questioning his commitment to trying to do something positive in Australia.

He has also been under audit for most of 2014 financial year by one entity or another.  And that leads us to today.  What the hell is he up to?

There is a lot of IP and 'stuff' in the mix.  All up, it's around a hundred million dollars' worth.  This IP originates in work CSW has been doing for more than 10years; it originates in things that came from W&K; it has to do with the software acquired.   The values and distribution have all

been given to the ATO.  It amounts to a third each for Cloudcroft  Hotwire and Coin exch.  Cloudcroft gets the security related IP,  Coin-Exch gets the banking and exchange and Hotwire gets all of the automation and  R&D based stuff.  The transactions were all intended to go into the Trust to be distributed.  That may or may have been the way it transacted.  That is the cleanest solution.

Why not just run the purchase through the entities?  Because each transaction had a mix of acquisitions that needed to parsed to different entities.   MJF had banking, automation, exchange and Ore; W&K also had variety as did the other.  The neatest solution was to bring them into one pot and then distribute accordingly.  And that is the mess we are in.