# EXHIBIT 8

# Patrick Paige

**From:** Patrick Paige
**Sent:** Sunday, February 16, 2014 8:38 PM
**To:** ▓▓▓▓▓▓▓▓▓▓; Carter Conrad
**Subject:** FW: Difficult

If he was posting anon. then vistomail would do the trick.

**Patrick Paige** SCERS EnCE
**Computer Forensics LLC**
1880 North Congress Ave Suite 333
Boynton Beach FL 33426
▓▓▓▓▓▓▓▓▓▓
www.ComputerForensicsLLC.com

---

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Sunday, February 16, 2014 8:33 PM
**To:** Patrick Paige
**Subject:** RE: Difficult

He had vistomail accounts.
I have no idea of what the details in Belize were.

The number would be related to the account.

**From:** Patrick Paige ▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, 17 February 2014 11:53 AM
**To:** Craig Wright
**Subject:** RE: Difficult

Any users names, email addresses etc. that we may be unaware of in association with the activities DK used? In regards to the account you listed, have you made any inquiries or try to contact them? Any information on the name of the bank? Is the number listed an account number?

**Patrick Paige** SCERS EnCE
**Computer Forensics LLC**
1880 North Congress Ave Suite 333
Boynton Beach FL 33426
▓▓▓▓▓▓▓▓▓▓
www.ComputerForensicsLLC.com

---

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Sunday, February 16, 2014 3:41 PM
**To:** Patrick Paige
**Subject:** RE: Difficult

I do not have a lot to give you. These may help:

- W&K Info Defense Research LLC

1

- GICSR Trust
- ▮
- TTA-1-14

Locations
- Belize

It is not much, but then Dave always did things his way.

Regards,

...
**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org
Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org



---

**From:** Patrick Paige ▮
**Sent:** Monday, 17 February 2014 1:01 AM
**To:** Craig Wright
**Subject:** RE: Difficult

What about accounts and location DK had etc.?  I thought you were going to put a list together.

*Patrick Paige* SCERS EnCE
*Computer Forensics LLC*
*1880 North Congress Ave Suite 333*
*Boynton Beach FL 33426*
▮

www.ComputerForensicsLLC.com

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Saturday, February 15, 2014 8:04 PM
**To:** Patrick Paige; Ira K
**Subject:** RE: Difficult

Well, preservation is first. The thing with a BTC address is that it will never disappear and if I am right will appreciate over time

...
**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org
Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org



---

**From:** Patrick Paige ▮
**Sent:** Sunday, 16 February 2014 10:59 AM
**To:** Craig Wright
**Subject:** RE: Difficult

2

Hey Craig, what's the plan... any progress?

**Patrick Paige** EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426

www.computerforensicsllc.com

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Friday, February 14, 2014 12:20 AM
**To:** Patrick Paige
**Subject:** RE: Difficult

You will have it tomorrow

On 14/02/2014 4:06 pm, "Patrick Paige" wrote:

> Hi Craig... I spoke to Dave's brother who is going to let me examine DK's laptop and thumb drives. Were you able to put together a list of what we should look for? Also I and Carter would like to see what information you have that confirms the news you shared with me. As close friends of DK we would love to hear the story of how this all played out. Talk soon

**Patrick Paige** SCERS EnCE
Computer Forensics LLC
1880 North Congress Ave Suite 333
Boynton Beach FL 33426

www.ComputerForensicsLLC.com

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Wednesday, February 12, 2014 2:28 PM
**To:** Patrick Paige; Carter Conrad
**Subject:** RE: Difficult

I will try calling again later. My number is +61 417 683 914

Dave could have some paper wallets, but he was careful. He would have had some way to recover. It would also have been cryptic.

...
Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

# RCJBR.org
Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org

  

3

**From:** Patrick Paige [█████████████████████████]
**Sent:** Thursday, 13 February 2014 1:06 AM
**To:** Craig Wright; Carter Conrad
**Subject:** RE: Difficult

Hi Craig,

Dave was also my best friend and like a brother to me. He wasn't in the right mindset when he decided to give up on life weeks before his death. He mentioned Bitcoins to me a while ago, but we never discussed it in depth. The issue would be that all his hard drives were encrypted including his cell phone. Do the wallets only exist on Dave's computers or are there backups somewhere else? Also "The amount DK mined is far too large to email." Please clarify.

**Patrick Paige** EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426

█████████

www.computerforensicsllc.com

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Wednesday, February 12, 2014 5:21 AM
**To:** Carter Conrad; Patrick Paige
**Subject:** Difficult

Hello,

I know both of you knew Dave and trusted him.

Dave and I had a project in the US. He ran it there. We kept what we did secret.

The company he ran there mined Bitcoin. I do not believe there has been anything of this in the estate, but I also know his father is not IT literate. I would ask that if you know of any of his computers, that you help ensure that any wallet.dat files he has are saved. I know that is a long time, but I had thought Dave would have planned more for the end, but he did not always do that.

The amount DK mined is far too large to email. I know this is cryptic and I know I gave Dave the shits with this and some of the things we did in WK, but he was my best friend and I am not sure where else to contact.

I am not looking for anything, just that Dave's estate gets what was in it. I do not want any of it at all. Please note, I am not seeking anything in this, but I want his family taken care of.

Talk soon,

...

**Dr. Craig Wright** LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

**RCJBR.org**

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

<<...>>   <<...>>   <<...>>

## Patrick Paige

**From:** Craig S Wright <craig@rcjbr.org>
**Sent:** Monday, August 04, 2014 11:57 PM
**To:** 
**Cc:** Patrick Paige
**Subject:** RE: This is a long shot but...

Hello Paul,
I am sorry to state that Dave has passed away a little while ago.

I am the other researcher. Basically, there is nothing to be recovered. Once a drive is wiped, any data that was there is lost forever. There is no way to recover it.

Regards,
Craig

---

**From:** Patrick Paige
**Sent:** Tuesday, 5 August 2014 5:48 AM
**To:** Craig Wright
**Subject:** FW: This is a long shot but...
**Importance:** High

Hi Craig, I hope all is well... We got this email that was sent to Dave... Wanted to see if you would like to respond since you worked with Dave on it... If not just disregard... Thanks

**Patrick Paige** EnCE SCERS
*1880 North Congress Ave. Ste 333*
*Boynton Beach FL 33426*

www.computerforensicsllc.com

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Paul Knight [
**Sent:** Monday, August 04, 2014 11:24 AM
**To:** Dave Kleiman
**Subject:** This is a long shot but...
**Importance:** High

Dear Dave,

My name is Paul Knight and I am the founder and Chairman of CNE Direct, Inc. located just north of Boston. I am writing to seek your help with a subject that you are clearly an expert on. It's related to your 2009 paper: Overwriting Hard Drive Data: The Great Wiping Controversy.

1

About five years ago, at a customer's request, we began to wipe, test and resell used hard drives that were no longer of use to them, but were very useful to smaller customers in developing countries. The drives were coming out of used DVR set top boxes. Over time we have expanded the program and it's still in existence today. Our supplier is able to manage the asset in the most environmentally responsible manner and recover some money. Customers around the world are able to purchase "cheap storage" and stretch their limited technology budget further.

As we sought to offer this service to other companies, we found that the overwhelming majority of entities with used/de-installed hard drives were destroying the product for fear of facing some kind of data security breach. For our own peace of mind, we made a number of attempts to find someone who could access data from a drive which had undergone our "secure erase" overwrite process, and could not. However, there is still a seemingly universal agreement in the business community that there is always the possibility of accessing data "post wipe" and destruction of the asset is the most prudent course of action. You can imagine how I excited I was when I found your paper. I had long suspected that the science behind the "security breach" hysteria was lacking, and your paper validated my suspicion.

At the moment, we are in early discussions with a large data center who is considering the option of partnering with us to wipe, test, and resell drives which can be completely overwritten with no bad sectors. As you can imagine, they are struggling to accept the notion that this asset can be safely processed and re-used with the right controls. Our main contact there (an engineer by background), is desperately looking for an independent, educated voice to validate what seems to be contrary to "conventional wisdom". As I thought more about this, I realized the best source of this information/opinion would be the very people who authored the paper. Therefore, I am asking if you would be willing to speak with our contact if I can set up the call? I'd be happy to pay you for your time and would insist that you not take on any role or responsibility as it relates to our commercial interest with him. I would simply like him to speak with a "real expert" and then make his own decision about what makes sense.

I imagine you're extremely busy and not even sure if this e-mail will reach you. For that reason I am sending this message to all three co-authors of the paper. Hopefully one of you will get this message and be willing to help. If you could, please confirm your receipt of this message and feel free to ask me any further questions about my inquiry. I appreciate your consideration,

Sincerely,

**Paul Knight**
**Founder and Chairman**

**CNE**DIRECT
www.cnedirect.com

5 Fifth St.
Peabody, MA 01960 USA

pknight@cnedirect.com

Linked in   www.linkedin.com/in/pcknight/

Inc. 5000 Fastest-Growing Private
Companies in America 2010, 2011, 2012, 2013
http://www.inc.com/inc5000/profile/cne-direct

🖶 Please consider the environment before printing this email

2

# Patrick Paige

**From:** Carter Conrad
**Sent:** Monday, March 17, 2014 7:49 PM
**To:** Patrick Paige
**Subject:** RE: Update

What? It's like the mumblings of a drunkard...
It's too bizarre

Carter V Conrad, Jr
Computer Forensics, LLC
1880 N. Congress Avenue, Suite 333
Boynton Beach, Florida 33426

www.ComputerForensicsLLC.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
**From:** Patrick Paige
**Received:** Monday, 17 Mar 2014, 6:05PM
**To:** Carter Conrad
**Subject:** FW: Update

This guy is just full of information huh...

*Patrick Paige* EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426

www.computerforensicsllc.com

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

1

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Monday, March 17, 2014 3:52 PM
**To:** Patrick Paige
**Subject:** Re: Update

Dave and.
Not one person.

On 18/03/2014 5:36 am, "Patrick Paige" <span style="background:black"> </span> wrote:

Hi Craig, hope all is well… In reading some recent articles from Newsweek I see that the "real" creator of BC recently posted "I am not Dorian Nakamoto", how can this be if this was supposed to be Dave?

**Patrick Paige** EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426

www.computerforensicsllc.com

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

# Patrick Paige

**From:** Craig Wright <craig@rcjbr.org>
**Sent:** Tuesday, November 24, 2015 7:21 PM
**To:** Patrick Paige
**Subject:** RE: Hey
**Attachments:** smime.p7s

When it all comes out, there is no way Dave will be left out.

We need at least a year more.

**From:** Patrick Paige
**Sent:** Wednesday, 25 November 2015 2:10 AM
**To:** Craig Wright <craig@rcjbr.org>
**Subject:** RE: Hey

OK, that sounds good... I think we both know Dave was a genius when it came to computers and I sure would like Dave to get recognition for his part if any in the development of bitcoins. I realize there is a lot of things to consider releasing this information but my question is when?

**Patrick Paige** EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426

www.computerforensicsllc.com

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Monday, November 23, 2015 3:49 PM
**To:** Patrick Paige
**Subject:** RE: Hey

Not yet.

We are in the process of finalising some of the research. I was hoping we could be at the point of release before the reporters started sniffing.

Craig

On 24 Nov 2015 5:26 am, "Patrick Paige" wrote:

> No problem... I don't think it's about computers, he mentioned bitcoins in his message. Maybe they something about yours and Dave's bitcoin involvement. You want me to return his call and feel him out? Are you guys close to releasing any information on Dave's involvement in Bitcoins?

1

**Patrick Paige** EnCE SCERS

*1880 North Congress Ave. Ste 333*

*Boynton Beach FL 33426*

*www.computerforensicsllc.com*

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, November 19, 2015 1:06 PM
**To:** Patrick Paige
**Subject:** Re: Hey

Thanks for the heads up. Reporters are always troubling. They ignored the stuff Dave and I did when he was alive. I don't know what has started to interest them now.

The computer we are running made the top 20 within the top 500 supercomputer list so this may be new?

http://top500.org/

The first one was COIN in 2013 just before he died and the new one is Tulip.

Dave helped design the first one and as you know did a fair amount of research with me. Most yet to be completed and published.

A worry that they are starting to be nosey now.

Thanks again for the heads up.

On 20 Nov 2015 03:50, "Patrick Paige" wrote:

Hi Craig… how goes it, just wanted to touch base with you. I got a call from a reporter who left a message asking about Dave and you. I don't plan to call him back, but Carter and I were curious if something is going on.

**Patrick Paige** EnCE SCERS

2

*1880 North Congress Ave. Ste 333*

*Boynton Beach FL 33426*

███████████

*www.computerforensicsllc.com*

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.