# EXHIBIT 19

FILED
2 8 AUG 2013

Form 44 (version 2)
UCPR 36.1A

# CONSENT ORDER

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 245661 |

## TITLE OF PROCEEDINGS

Plaintiff                **Craig Steven Wright (ABN 97 481 146 384)**

Defendant                **W&K INFO DEFENSE RESEARCH LLC**

## PREPARATION DETAILS

| | |
|---|---|
| Filed for | **Craig S Wright** <br> Plaintiff |
| Contact name and telephone | Craig S Wright <br> 0417 683 914 |
| Contact email | Craig S Wright (craigswright@acm.org) |

## TERMS OF ORDER MADE BY THE COURT BY CONSENT

Orders/Judgment:

1. Judgment in the sum of $28,534,049.79 in favour of the plaintiff.

2. No order as to costs.

3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.

## SIGNATURES

**Plaintiff**
The plaintiff consents.
Signature of plaintiff

Craig S Wright
Plaintiff

Capacity

Date of signature                    28th Aug 2013

**Defendant**

The defendant consents.

Signature of or on behalf of party
if not legally represented

Capacity                             Authorised officer

Date of signature                    28th Aug 2013

____J Wilson_____ consents.

**SEAL AND SIGNATURE**

Court seal

Signature                            _____

Capacity

Date made or given

Date entered

**NOTICE**

Subject to limited exceptions, no variation of a judgment or order can occur except on application made within 14 days after entry of the judgment or order.

FILED

2 8 AUG 2013



Form 44 (version 2)
UCPR 36.1A

# CONSENT ORDER

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 225983 |

## TITLE OF PROCEEDINGS

| | |
|---|---|
| Plaintiff | **Craig Steven Wright (ABN 97 481 146 384)** |
| Defendant | **W&K INFO DEFENSE RESEARCH LLC** |

## PREPARATION DETAILS

| | |
|---|---|
| Filed for | **Craig S Wright** <br> Plaintiff |
| Contact name and telephone | Craig S Wright <br> 0417 683 914 |
| Contact email | Craig S Wright (craigswright@acm.org) |

## TERMS OF ORDER MADE BY THE COURT BY CONSENT

Orders/Judgment:

1. Judgment in the sum of $28,254,666.00 in favour of the plaintiff.

2. No order as to costs.

3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.

4. A deed of transfer for the Intellectual Property is to be completed before 01Sept 2013.

### SIGNATURES

**Plaintiff**

The plaintiff consents.

Signature of plaintiff                    _____
                                          Craig S Wright

Capacity                                  Plaintiff

Date of signature                         28th Aug 2013

**Defendant**

The defendant consents.

Signature of or on behalf of party
if not legally represented

Capacity                                  Authorised officer

Date of signature                         28th Aug 2013



____J Wilson_____ consents.


### SEAL AND SIGNATURE

Court seal

Signature                                 _____

Capacity

Date made or given

Date entered

### NOTICE

Subject to limited exceptions, no variation of a judgment or order can occur except on application made within 14 days after entry of the judgment or order.