# **EXHIBIT 21**

U.S. Department of Homeland Security
Washington, DC 20528



March 22, 2018

**SENT VIA E-MAIL TO:** kroche@BSFLLP.com

Kyle Roche
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Re: **2018-STFO-00106**

Dear Mr. Roche:

This is the electronic final response to your March 12, 2018, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Science and Technology Directorate (S&T) for copies of any documentation you have pertaining to the project proposal listed below:
Company name: W&K Info Defense Research
Company owner: Dave Kleiman
Project: BAA 11-02-TTA 14-0025
Software Assurance MarketPlace (SWAMP)
Division/Agency: The Department of Homeland Security (DHS) Science;
Technology (S&T) Homeland Security Advanced Research Projects Agency
(HSARPA); and The Office of Intelligence and Analysis (I&A)
Please limit your search of the above to the period of January 1, 2011 through December 31, 2012.
This office received your request on March 13, 2018.

In responding to a FOIA request, DHS/S&T will search for responsive documents in its control on the date the search began. We began our search on March 16, 2018. A search of the Homeland Security Advanced Research Projects Agency, Cyber Security Division of the Department of Homeland Security (DHS) Science and Technology Directorate (S&T) for documents responsive to your request produced a total of 2 pages.

The Office of Intelligence and Analysis is not part of the Science and Technology Directorate.

We are granting your request under FOIA, 5 U.S.C. § 552, and DHS FOIA regulations at 6 C.F.R. Part 5. After carefully reviewing the responsive documents, I determined that

they are appropriate for public release.  The documents are enclosed in their entirety; DHS S&T has claimed no deletions or exemptions.

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees.  In this instance, because the cost is below the $25 minimum, there is no charge.

If you need any further assistance or would like to discuss any aspect of your request, please contact the analyst below who processed your request and refer to **2018-STFO-00106**.  You may send an e-mail to stfoia@hq.dhs.gov, call 202-254-5700, or you may contact our FOIA Public Liaison in the same manner.

                Sincerely,

                *Sally Harris*

                Sally Harris

Enclosure(s):  2 letters, 2 pages

U.S. Department of Homeland Security
Science & Technology Directorate
Washington, DC 20528



May 31, 2011

W&K INFO DEFENSE RESEARCH LLC
ATTN:  Dave Kleiman
4371 Norhtlake Blvd #314 Palm Beach,  FL 33410-6253

Subject:  Notification Regarding BAA 11-02-TTA 14-0025-WP

Dear Dave Kleiman:

This letter is in reference to the subject White Paper submitted in response to the Department of Homeland Security (DHS), Science and Technology (S&T) Directorate, Broad Agency Announcement (BAA) 11-02, which was initially published on the Federal Business Opportunities website on January 26, 2011.

The subject White Paper has been evaluated by a panel of experts in accordance with the criteria set forth in BAA 11-02.  Based on this review, it has been determined DHS is not interested in pursuing the technology development described in the submitted White Paper.  As a result, you are not invited to submit a Full Proposal for this technology.

If you are interested in the evaluation findings of the subject White Paper, you may provide a written request to STCyberSecurityBAA@dhs.gov.  The request must be received within three calendar days of the date of this letter in order to be considered. Ensure all pertinent point of contact information is included in your request, including the following:

>    White Paper number (e.g., BAA 11-02-TTA XX-XXXX-WP), Type classification (I, II, or III)
>    Name of and location of entity submitting request
>    Name, phone number, and email address of point of contact

Thank you for responding to BAA 11-02.  Your efforts to propose novel solutions to meet the technical challenges required to keep our homeland secure are very much appreciated.  I would like to encourage you to monitor the Federal Business Opportunities website at www.fbo.gov, the Homeland Security Advanced Research Projects Agency BAA website at https://baa2.st.dhs.gov, and the Grants.gov website for notice of future opportunities as DHS intends to continue to provide opportunities for prospective offerors to propose solutions to our many needs.

Sincerely,

*Cherita Thomas*

Cherita Thomas
Contracting Officer, DHS
Office of Procurement Operations
Science & Technology Acquisition Division

U.S. Department of Homeland Security
Washington, DC 20528



July 25, 2017

**SENT BY ELECTRONIC MAIL TO:  bluetap22@gmail.com**

Mr. Ira Kleiman
155 Bent Tree Drive
Palm Beach Gardens, Florida 33418

Re:  **2017-STFO-00078**

Dear Mr, Kleiman:

This is the electronic final response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Science and Technology Directorate (S&T), dated July 13, 2017, and received by this office on July 13, 2017.  You are seeking copies of the following records:

- BAA 11-02-TTA 01-0127-WP:  TTA 01
Software Assurance through Economic Measures - $650,000

- BAA 11-02-TTA 05-0155-WP: TTA 05
Secure Resilient Systems and Networks - $1,800,000

- BAA 11-02-TTA 09-0049-WP: TTA 09
Cyber Economics -  $2,200,000

A search of the Cyber Security Division for documents responsive to your request produced a total of three pages.  Of those pages, I have determined that no (0) pages of the records are releasable in their entirety, all (3) pages are partially releasable, and no (0) pages are withheld in their entirety pursuant to Title 5 U.S.C. § 552 (b)(6).

**FOIA Exemption 6** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy.  This requires a balancing of the public's right to disclosure against the individual's right privacy.  In the present instance, a DHS Contracting Officer's signature was redacted as it constitutes Personally-Identifiable Information (PII).  The privacy interests in that individual's signature outweighs any minimal public interest in disclosure of the

information.  Any private interest you may have in that information does not factor into the aforementioned balancing test.

You have a right to appeal the above withholding determination.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter, to:  Privacy Office, Attn: FOIA Appeals, U.S. Department of Homeland Security, 245 Murray Lane, SW, Mail Stop 0655, Washington, D.C. 20528-0655, following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.8. Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS FOIA regulations are available at www.dhs.gov/foia.

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees. In this instance, because the cost is below the $25 minimum, there is no charge.

If you need any further assistance or would like to discuss any aspect of your request, please contact the analyst below who processed your request and refer to **2017-STFO-00078**.  You may send an e-mail to stfoia@hq.dhs.gov, call 202-254-5700, or you may contact our FOIA Public Liaison in the same manner.

Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

                    Sincerely,

                    *Gina Goldblatt*

                    Gina Goldblatt
                    FOIA Officer (Acting)


Enclosures: Responsive Record, 3 pages
               Inventory Sheet, 1 page

U.S. Department of Homeland Security
Science & Technology Directorate
Washington, DC 20528



May 31, 2011

W&K INFO DEFENSE RESEARCH LLC
ATTN:  Craig S. Wright
4371 Norhtlake Blvd #314 Palm Beach,  FL 33410-6253

Subject:  Notification Regarding BAA 11-02-TTA 01-0127-WP

Dear Craig S. Wright:

This letter is in reference to the subject White Paper submitted in response to the Department of Homeland Security (DHS), Science and Technology (S&T) Directorate, Broad Agency Announcement (BAA) 11-02, which was initially published on the Federal Business Opportunities website on January 26, 2011.

The subject White Paper has been evaluated by a panel of experts in accordance with the criteria set forth in BAA 11-02.  Based on this review, it has been determined DHS is not interested in pursuing the technology development described in the submitted White Paper.  As a result, you are not invited to submit a Full Proposal for this technology.

If you are interested in the evaluation findings of the subject White Paper, you may provide a written request to STCyberSecurityBAA@dhs.gov.  The request must be received within three calendar days of the date of this letter in order to be considered. Ensure all pertinent point of contact information is included in your request, including the following:

   White Paper number (e.g., BAA 11-02-TTA XX-XXXX-WP), Type classification (I, II, or III)
   Name of and location of entity submitting request
   Name, phone number, and email address of point of contact

Thank you for responding to BAA 11-02.  Your efforts to propose novel solutions to meet the technical challenges required to keep our homeland secure are very much appreciated.  I would like to encourage you to monitor the Federal Business Opportunities website at www.fbo.gov, the Homeland Security Advanced Research Projects Agency BAA website at https://baa2.st.dhs.gov, and the Grants.gov website for notice of future opportunities as DHS intends to continue to provide opportunities for prospective offerors to propose solutions to our many needs.

Sincerely,

(b)(6)

Cherita Thomas
Contracting Officer, DHS
Office of Procurement Operations
Science & Technology Acquisition Division

U.S. Department of Homeland Security
Science & Technology Directorate
Washington, DC 20528



May 31, 2011

W&K INFO DEFENSE RESEARCH LLC
ATTN:  Dave Kleiman
4371 Norhtlake Blvd #314 Palm Beach,  FL 33410-6253

Subject:  Notification Regarding BAA 11-02-TTA 05-0155-WP

Dear Dave Kleiman:

This letter is in reference to the subject White Paper submitted in response to the Department of Homeland Security (DHS), Science and Technology (S&T) Directorate, Broad Agency Announcement (BAA) 11-02, which was initially published on the Federal Business Opportunities website on January 26, 2011.

The subject White Paper has been evaluated by a panel of experts in accordance with the criteria set forth in BAA 11-02.  Based on this review, it has been determined DHS is not interested in pursuing the technology development described in the submitted White Paper.  As a result, you are not invited to submit a Full Proposal for this technology.

If you are interested in the evaluation findings of the subject White Paper, you may provide a written request to STCyberSecurityBAA@dhs.gov.  The request must be received within three calendar days of the date of this letter in order to be considered. Ensure all pertinent point of contact information is included in your request, including the following:

    White Paper number (e.g., BAA 11-02-TTA XX-XXXX-WP), Type classification (I, II, or III)
    Name of and location of entity submitting request
    Name, phone number, and email address of point of contact

Thank you for responding to BAA 11-02.  Your efforts to propose novel solutions to meet the technical challenges required to keep our homeland secure are very much appreciated.  I would like to encourage you to monitor the Federal Business Opportunities website at www.fbo.gov, the Homeland Security Advanced Research Projects Agency BAA website at https://baa2.st.dhs.gov, and the Grants.gov website for notice of future opportunities as DHS intends to continue to provide opportunities for prospective offerors to propose solutions to our many needs.

                                                  Sincerely,

                                                (b)(6)

                                                Cherita Thomas
                                                Contracting Officer, DHS
                                                Office of Procurement Operations
                                                Science & Technology Acquisition Division

U.S. Department of Homeland Security
Science & Technology Directorate
Washington, DC 20528



May 31, 2011

W&K INFO DEFENSE RESEARCH LLC
ATTN: Craig S. Wright
4371 Norhtlake Blvd #314 Palm Beach, FL 33410-6253

Subject: Notification Regarding BAA 11-02-TTA 09-0049-WP

Dear Craig S. Wright:

This letter is in reference to the subject White Paper submitted in response to the Department of Homeland Security (DHS), Science and Technology (S&T) Directorate, Broad Agency Announcement (BAA) 11-02, which was initially published on the Federal Business Opportunities website on January 26, 2011.

The subject White Paper has been evaluated by a panel of experts in accordance with the criteria set forth in BAA 11-02. Based on this review, it has been determined DHS is not interested in pursuing the technology development described in the submitted White Paper. As a result, you are not invited to submit a Full Proposal for this technology.

If you are interested in the evaluation findings of the subject White Paper, you may provide a written request to STCyberSecurityBAA@dhs.gov. The request must be received within three calendar days of the date of this letter in order to be considered. Ensure all pertinent point of contact information is included in your request, including the following:

  White Paper number (e.g., BAA 11-02-TTA XX-XXXX-WP), Type classification (I, II, or III)
  Name of and location of entity submitting request
  Name, phone number, and email address of point of contact

Thank you for responding to BAA 11-02. Your efforts to propose novel solutions to meet the technical challenges required to keep our homeland secure are very much appreciated. I would like to encourage you to monitor the Federal Business Opportunities website at www.fbo.gov, the Homeland Security Advanced Research Projects Agency BAA website at https://baa2.st.dhs.gov, and the Grants.gov website for notice of future opportunities as DHS intends to continue to provide opportunities for prospective offerors to propose solutions to our many needs.

Sincerely,

(b)(6)

Cherita Thomas
Contracting Officer, DHS
Office of Procurement Operations
Science & Technology Acquisition Division

U.S. Department of Homeland Security
Science and Technology Directorate
Inventory Sheet
2017-STFO-00078

| Document Number | Number of Pages | Name of Document/Description | Document Date | Exemption |
|---|---|---|---|---|
| 1 | 1 | Notification Regarding BAA 11-02-TTA 05-0155-WP | 5/31/2011 | 6 |
| 2 | 1 | Notification Regarding BAA 11-02-TTA 01-0127-WP | 5/31/2011 | 6 |
| 3 | 1 | Notification Regarding BAA 11-02-TTA 09-0049-WP | 5/31/2011 | 6 |