# EXHIBIT 30

30/10 Div
Reg Bradford

FILED

1 9 AUG 2013

(MS)

Form 35 (version 2)
UCPR 20.34

# ACKNOWLEDGEMENT OF LIQUIDATED CLAIM

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 225983 |

## TITLE OF PROCEEDINGS

| | |
|---|---|
| Plaintiff | **Craig Steven Wright (ABN 97 481 146 384)** |
| Defendant | **W&K INFO DEFENSE RESEARCH LLC** |

## FILING DETAILS

| | |
|---|---|
| Filed for | Defendant |
| Contact name and telephone | Dr C Wright, 02 8003 7553 |

## ACKNOWLEDGEMENT

1   I am the legal agent and representative for the defendant.

2   I acknowledge the whole of the amount being claimed by the plaintiff.

## SIGNATURE

| | |
|---|---|
| Signature | |
| Capacity | Defendant |
| Date of signature | 19th August 2013 |

## FURTHER DETAILS ABOUT FILING PARTY

[Include your contact details if you have not previously given this information to the court. Do not include the contact details for any other parties.]

**Filing party**

Name        W&K INFO DEFENSE RESEARCH LLC   5/ Cowangarra Rd

Address     Bagnoo NSW 2446

### Contact details for filing party acting in person or by authorised officer

Name of authorised officer

Capacity to act for filing party        Director / Australian Agent

Address for service                     as above
[The filing party must give an address for service. This must be an address in NSW unless the exceptions listed in UCPR 4.5(3) apply. State "as above" if the filing party's address for service is the same as the filing party's address stated above.]

Telephone                               02 8003 7553

Email                                   craig@integys.com

NFLD.

51

FILED

19 AUG 2013

CL Reg
20/10



Form 35 (version 2)
UCPR 20.34

# ACKNOWLEDGEMENT OF LIQUIDATED CLAIM

## COURT DETAILS

Court                    NSW Supreme Court

Division                General Division Common Law

List                        General

Registry               Sydney

Case number       2013 / 245661

## TITLE OF PROCEEDINGS

Plaintiff                **Craig Steven Wright (ABN 97 481 146 384)**

Defendant           **W&K INFO DEFENSE RESEARCH LLC**

## FILING DETAILS

Filed for                Defendant

Contact name and telephone      Dr C Wright, 02 8003 7553

## ACKNOWLEDGEMENT

1      I am the legal agent and representative for the defendant.

2      I acknowledge the whole of the amount being claimed by the plaintiff.

## SIGNATURE

Signature

Capacity               Defendant

Date of signature      19th August 2013

2

## FURTHER DETAILS ABOUT FILING PARTY

[Include your contact details if you have not previously given this information to the court. Do not include the contact details for any other parties.]

**Filing party**

| | |
|---|---|
| Name | W&K INFO DEFENSE RESEARCH LLC   51 Cowangarrak |
| Address | Bagnoo NSW 2446 |

### Contact details for filing party acting in person or by authorised officer

Name of authorised officer

Capacity to act for filing party    Director / Australian Agent

Address for service    as above
[The filing party must give an address for service. This must be an address in NSW unless the exceptions listed in UCPR 4.5(3) apply. State "as above" if the filing party's address for service is the same as the filing party's address stated above.]

Telephone    02 8003 7553

Email    craig@integys.com

