UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>         Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>         Defendant. | CASE NO.:  9:18-cv-80176-BB |

**CERTIFICATE OF SERVICE FOR AMENDED COMPLAINT AND JURY DEMAND**

I, Velvel (Devin) Freedman, certify that on May 14, 2018, I electronically filed Plaintiffs' Amended Complaint and its Exhibits (ECF D.E. 24) with the Clerk of the Court using CM/ECF, which caused true and correct copies to be served on the below listed counsel. I further certify that I have done the same with this certificate of service on May 15, 2018.

Andres Rivero
Jorge A. Mestre
Alan H. Rolnick
Daniel Sox
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard,
Suite 1000
Miami Florida 33134
arivero@riveromestre.com
jmestre@riveromestre.com
arolnick@riveromestre.com
dsox@riveromestre.com
receptionist@riveromestre.com
*Attorneys for Craig Wright*

Dated March 15, 2018

By: */s/Velvel Devin Freedman*
Velvel (Devin) Freedman
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street
Miami, FL 33131
Tel. (305)539-8400
Fax. (305)539-1307
Email: vfreedman@bsfllp.com

Kyle Roche *(Admitted pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel. (914)749-8200
Fax. (914)749-8300
Email: kroche@bsfllp.com

*Attorneys for Plaintiffs*
*IRA KLEIMAN in his capacity as Personal*
*Representative of the Estate of David Kleiman*
*and W&K Info Defense Research, LLC*