UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K Info Defense Research
LLC

       Plaintiffs,

v.

CRAIG WRIGHT,

       Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

       Craig Wright, in accordance with Fed. R. Civ. 6(b), moves for a 30-day extension of time, up to and including June 27, 2018, to serve his response to the amended complaint. [D.E. 24]. Plaintiffs do not oppose the relief sought here. Dr. Wright states the following in support of this Motion:

       1.      Plaintiffs filed the amended complaint on May 14, 2018.

       2.      The amended complaint adds a plaintiff to this action, as well as five counts, nine exhibits, and fifteen pages of allegations. In total, the amended complaint is 53 pages, asserts nine counts, and attaches 32 exhibits.

       3.      The additional plaintiff, together with the added counts and exhibits of the amended complaint, multiply the complexity of this already complex action. The undersigned need additional time to analyze and investigate the new allegations, sources of alleged evidence,

and the issues raised by the purported joinder of a new plaintiff, in order to provide the Court with a useful response to the amended complaint.

4. In accordance with S.D. Fla. L.R. 7.1(a)(3), Daniel Sox conferred with counsel for plaintiffs, Velvel Freedman, Esq., on May 16, 2018. Plaintiffs do not oppose the relief requested in this Motion and will not be prejudiced by the extension, which is not being requested for the purpose of delay.

5. In accordance with S.D. Fla. L.R. 7.1(a)(2), Dr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For the foregoing reasons, Dr. Wright respectfully requests that this Court grant a 30-day extension of time, up to and including June 27, 2018, to respond to the amended complaint.

**RESPECTFULLY SUBMITTED** on May 17, 2018.

> RIVERO MESTRE LLP
> *Attorneys for Craig Wright*
> 2525 Ponce de Leon Boulevard, Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Fax: (305) 445-2505
> Email: arivero@riveromestre.com
> Email: arolnick@riveromestre.com
> Email: dsox@riveromestre.com
>
> By: s/ Andres Rivero
> ANDRES RIVERO
> Florida Bar No. 613819
> ALAN H. ROLNICK
> Florida Bar No. 715085
> DANIEL SOX
> Florida Bar No. 108573

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of

record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                  _s/ Daniel Sox_