# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K Info Defense Research
LLC

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.
_____/

## PROPOSED ORDER ON UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

      THIS CAUSE is before the Court upon Craig Wright's Unopposed Motion for Extension of Time to Respond to the Amended Complaint, filed on May 17, 2018. The Court has carefully considered the Motion and is otherwise fully advised on the premises.

      Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Extension of Time, is hereby **GRANTED**.

      Craig Wright shall have up to and including June 27, 2018, to serve an answer to the Amended Complaint.

      **DONE and ORDERED** in Chambers, Miami, Florida, this ____ day of May 2018.

                                            _____
                                            Judge Beth Bloom
                                            United States District Judge

Copies furnished to: Counsel of record