UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K Info Defense
Research LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## JOINT NOTICE OF SCHEDULING MEDIATION

The parties give notice that they have scheduled a mediation conference with Mr. Harry Schafer of Kenny Nachwalter at 1441 Brickell Avenue, Suite 1100, Miami, Florida, at 10 am on February 18, 2019.[1]

| | |
|---|---|
| Dated June 1, 2018 | Respectfully submitted, |
| | *s/ Velvel (Devin) Freedman* |
| Andres Rivero, Esq. | Velvel (Devin) Freedman, Esq. |
| Jorge A. Mester, Esq. | Florida Bar No. 99762 |
| Alan H. Rolnick, Esq. | BOIES SCHILLER FLEXNER LLP |
| Daniel Sox, Esq. | 100 SE Second Street, Suite 2800 |
| RIVERO MESTRE LLP | Miami, Florida  33131 |
| 2525 Ponce de Leon Boulevard | Telephone:  (305) 539-8400 |
| Suite 1000 | Facsimile:   (305) 539-1307 |
| Coral Gables, FL 33134 | vfreedman@bsfllp.com |
| 305-445-2500 | |
| (305) 445-2505 (fax) | Kyle W. Roche, Esq. |
| arivero@riveromestre.com | *Admitted Pro Hac Vice* |

---

[1] Defendant Craig Wright anticipates that he will file a request to appear telephonically at the mediation. Plaintiffs have indicated they will object to this request, if made.

| | |
|---|---|
| jmestre@riveromestre.com <br> arolnick@riveromestre.com <br> dsox@riveromestre.com <br> receptionist@riveromestre.com <br><br> *Counsel to Defendant, Craig Wright* | BOIES SCHILLER FLEXNER LLP <br> 333 Main Street <br> Armonk, NY 10504 <br> Telephone: (914) 749-8200 <br> Facsimile:  (914) 749-8300 <br> kroche@bsfllp.com <br><br> *Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN
