UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BB

IRA KLEIMAN,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be before Harry Schafer on **February 18, 2019, at 10:00 a.m.** at 1441 Brickell Avenue, Suite 1100, Miami, FL 33131.  This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of Court. **Within three (3) days** following the mediation conference, **the parties** shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Miami, Florida this 1st day of June, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record