UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT.
_____/

**MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

    Defendant, Dr. Craig Wright, moves for leave to file a consolidated motion to dismiss the amended complaint on numerous, dispositive grounds, under Fed. R. Civ. P. 12(b)(2) and 12(b)(6). These arguments are complex and deal with a very lengthy statement of alleged facts. Dr. Wright requests leave to file a consolidated motion and memorandum, as is required under by Fed. R. Civ. P. 12(g)(2), which will not exceed 50 pages. The Court previously granted (and the plaintiff agreed to) this same relief when Dr. Wright requested it for his motion to dismiss the (less extensive) initial complaint. [D.E. 11]. In support, Dr. Wright states as follows:

    1.    On April 12, 2018, the Court granted Dr. Wright's motion for leave to exceed page limits, allowing him to file a motion and memorandum not to exceed 50 pages. [D.E. 11].

    2.    The amended complaint is 15 pages longer than the complaint, and adds three more counts and nine more exhibits that swell the exhibits incorporated in the complaint from 266 to 469 pages. Taking together the 469 pages of exhibits and 53 pages

of allegations, the amended complaint runs to 522 pages that purport to make out a claim of more than $11 billion dollars. Though Dr. Wright's motion to dismiss the amended complaint must address 15 more pages of allegations, three added counts, and nine more exhibits containing 203 additional pages, he is not asking for any more pages than the plaintiff previously agreed to and the Court previously allowed him to respond to the shorter initial complaint that had fewer counts and fewer exhibits.

3. Dr. Wright's Motion to Dismiss will demonstrate that dismissal is appropriate because of, *inter alia*, lack of personal jurisdiction, lack of standing, res judicata, forum non conveniens, international comity, and failure to state multiple claims.

4. Counsel for Dr. Wright request the additional 30 pages as a good faith estimate of what is required to adequately state their arguments in a way that is useful to helping the Court determine the legal insufficiency of the amended complaint on all applicable grounds.

5. Pursuant to L.R. 7.1(a)(3), Dr. Wright's counsel conferred with plaintiff's counsel on June 11 and 12, 2018. Plaintiff objects to the relief requested here.

6.       Dr. Wright attaches a proposed order as **Exhibit A**.

For these reasons, Dr. Wright respectfully asks that this Court grant him leave to file a consolidated motion to dismiss not to exceed 50 pages.

Respectfully submitted on June 12, 2018.

                              RIVERO MESTRE LLP
*Attorneys for Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: dsox@riveromestre.com
Email:receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
JORGE A. MESTRE
Florida Bar No. 88145
ALAN H. ROLNICK
Florida Bar No. 715085
DANIEL SOX
Florida Bar No. 108573

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF.

                              s/ Daniel Sox
DANIEL SOX