**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Defendant Craig Wright's Motion for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Craig Wright shall fall a motion to dismiss the amended complaint not to exceed 50 pages.

**DONE and ORDERED** in chambers on this ___ day of June 2018.

                                                _____
                                                Judge Beth Bloom
                                                United States District Judge

Copies furnished: All counsel of record