# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.9:18 -CV- 80176-BB

<u>IRA KLEIMAN, as the personal representative
of the Estate of Dave Kleiman</u>
    Plaintiff

vs.

<u>CRAIG WRIGHT</u>
    Defendant

## AFFIDAVIT

On 14 June 2018, I Gordon Thomas Grieve of Level 23, Governor Macquarie Tower, 1 Farrer Place, Sydney, New South Wales, Australia, make oath and declare under penalty and perjury under the laws of the United States of America that the following is true and correct:

1. I refer to my Affidavit sworn in these proceedings on 17 April 2018.

2. As explained in my previous Affidavit I have been engaged by Rivero Mestre to assist this Honourable Court in respect to issues arising in the proceedings at hand.

3. I have now been briefed with a copy of the Amended Complaint and Jury Demand made by Ira Kleiman as the personal representative of the Estate of Dave Kleiman dated May 14, 2018.

4. I note that the claims for the relief in the Amended Complaint and Jury Demand have changed in some respects from the claims for relief in the original Complaint and Jury Demand.

5. Taking the claims in Mr Kleiman's order:-

    Count I -    Conversion - I confirm that the tort of conversion can be prosecuted in Australia and the remedies sought by Mr Kleiman in the claim are also available in Australia;

33854382v1

2

Count II -   Unjust enrichment – This was count 6 in the original Complaint and Jury Demand and my evidence remains as previously deposed.[1]

Count III -  Misappropriation – A claim can be made in Australia similarly to Mr Kleiman's claim of misappropriation of trade secrets with similar remedies to the US;

Count IV -   Federal Defense of Trade Secrets Act – a claim can be made in Australia in respect to the matters complained of under this count and damages sought;

Count V -    Breach of fiduciary duty - I confirm that this claim can be pleaded and actioned in Australia and similar remedies sought;

Count VI -   Breach of partnership duties of loyalty and care - I confirm that this claim can be pleaded and actioned in Australia and similar remedies sought.

Count VII -  Fraud – This is a new claim which can be pleaded and actioned in Australia and similar remedies sought;

Count VIII - Constructive fraud – The term Constructive Fraud is not one that would be used in Australia.  However the details of the claim could be pleaded in Australia and the remedies also sought Australia. Fraudulent misrepresentation is a cause of action in Australia and the facts pleaded would allow for such a claim and the remedies sought.

`In Australia damages can be ordered not only for fraudulent misrepresentation but also for innocent misrepresentation under the Australian Consumer Law.

Count IX -   Permanent injunction – A mandatory injunction such as is pleaded under count 9 can be pleaded and actioned in Australia.

---

[1] Lampson (Australia) Pty Ltd v Fortescue Metals Group Ltd (No. 3) [2014] WASC162 at [51]

3

| | |
|---|---|
| Dated | 15 June 2018 |
| SWORN at | Melbourne |
| Signature of deponent | *[signature]* |
| Name of witness | Ian Aneel Nathaniel |
| Address of witness | Level 23, 459 Collins Street, Melbourne, Victoria 3000 |
| Capacity of witness | Solicitor |

And as a witness, I certify the following matters concerning the person who made this affidavit (the **deponent**):

1  I saw the face of the deponent.
2  I have known the deponent for at least 12 months.

**Signature of witness**     *[signature]*

Note:  The deponent and witness must sign each page of the affidavit.  See UCPR 35.7B.

4

**Certificate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____
[date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

**SERVICE LIST**

| Party or Attorney Name | Party or Attorney Name |
|---|---|
| Attorney E-mail Address *(if applicable)* | Attorney E-mail Address *(if applicable)* |
| Firm Name *(if applicable)* | Firm Name *(if applicable)* |
| Street Address | Street Address |
| City, State, Zip Code | City, State, Zip Code |
| Telephone: _____ | Telephone: _____ |
| Facsimile: _____ | Facsimile: _____ |
| Attorneys for Plaintiff/Defendant [Party's Name(s)] *(if applicable)* | Attorneys for Plaintiff/Defendant [Party's Name(s)] *(if applicable)* |