UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>        Defendant. | CASE NO.:  9:18-cv-80176-BB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
AND FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs move for an 18-day extension of time to respond to Defendant's 50-page Motion to Dismiss and request leave to file a 50 page Opposition Brief.  Defendant does not oppose the relief requested herein.

1. On May 14, 2018, Plaintiffs filed their Amended Complaint.

2. Defendants moved for a 30-day extension of time to respond to the Amended Complaint (D.E. 27), but this Court only granted an 18-day extension (D.E. 28).

3. This Court then granted Defendant's request to file a Motion to Dismiss not to exceed 50 pages. (D.E. 32).

4. Due to the length of Defendant's motion to dismiss, and prior commitments of counsel, including an upcoming oral argument before the 11th Circuit, Plaintiffs request an identical 18-day extension of time to respond to Defendant's Motion to Dismiss, i.e., until, and including, July 17, 2018.

5. Further, in the interests of fairness, Plaintiffs respectfully request this Court grant them leave to respond to Defendant's 50-page Motion to Dismiss with a brief that also is not to exceed 50-pages.

6. In accordance with S.D. Fla. L.R. 7.1(a)(3), Kyle Roche conferred with counsel for Defendant, Andres Rivero, Esq., who does not oppose the relief requested herein. Further, Defendant will not be prejudiced by the relief requested, which is not being sought for the purpose of delay.

7. In accordance with S.D. Fla. L.R. 7.1(a)(2), Plaintiffs attach a proposed order as **Exhibit 1** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For the foregoing reasons, Plaintiffs respectfully request this Court (1) grant an 18-day extension of time, up to and including July 17, 2018, to respond to Defendant's Motion to Dismiss the Amended Complaint and (2) grant leave to file an Opposition Brief not to exceed 50-pages.

Dated: June 20, 2018.

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2018, a true and correct copy of the foregoing was served on all counsel of record identified on the Service List below via CM/ECF:

Andres Rivero, Esq.
Jorge A. Mester, Esq.
Alan H. Rolnick, Esq.
Daniel Sox, Esq.
RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134
305-445-2500
(305) 445-2505 (fax)
arivero@riveromestre.com
jmestre@riveromestre.com
arolnick@riveromestre.com
dsox@riveromestre.com
receptionist@riveromestre.com

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman