# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.:  9:18-cv-80176-BB |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Extension of Time and for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Plaintiffs shall file an Opposition Brief on or before July 17, 2018, which shall not exceed 50 pages.

**DONE AND ORDERED** in chambers on this \_\_\_ day of June 2018.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record