# EXHIBIT 1

 Dr Craig S Wright
@ProfFaustus

 Follow

This is my life. I work AND I already have all this.

I still study and I already have doctorates.

If you think crypto is about sitting in your pyjamas and making more, expect pain.

Enjoy seeing aspects of my holiday next week and remember that this is working smart and focus



7:48 AM - 30 Jun 2018

36 Retweets   264 Likes   



**Dr Craig S Wright** @ProfFaustus · Jun 29
Screw you toddler

> **Peter Todd** @peterktodd
> This.
>
> We have to build things that work.
>
> While Satoshi had a lot of brilliant ideas, they also had many ideas that haven't worked out.
>
> This is cryptography engineering, not pseudo-religion. twitter.com/real_or_random...

♡ 9    ⟲ 12    ♡ 98

**Dr Craig S Wright** @ProfFaustus    Follow

This is it.

Screw you Toddler.

I am going to undelete my writings. You want competition... screw you. I am going full billionaire mode.

You want this. You get it.

You asked for this. You will not like what is coming!

You think I cannot choose what I prove, to whom.... watch

11:11 AM - 29 Jun 2018

44 Retweets  226 Likes