UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>  Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>  Defendant. | CASE NO.: 9:18-cv-80176-BB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs move to extend this Court's July 10, 2018 deadline to amend the pleadings or join parties until 15 days after the Court rules on Defendant's motion to dismiss the Amended Complaint. Defendant does not oppose the relief requested herein.

1. On May 11, 2018, this Court entered its scheduling order requiring the parties to file all motions to amend the pleadings or join parties by July 10, 2018. On May 14, 2018, Plaintiffs filed an Amended Complaint. On June 15, 2018, Defendants moved to dismiss the Amended Complaint. Defendant's motion is not yet fully briefed.

2. Plaintiffs request the Court continue the deadline to amend all pleadings and join parties until 15 days after the Court rules on Defendant's motion to dismiss. At that time, Plaintiffs will be in a better position to determine whether a limited amendment to the complaint is required or additional parties should be joined.

3. In accordance with S.D. Fla. L.R. 7.1(a)(3), Velvel Freedman conferred with counsel for Defendant, Daniel Sox, Esq., who does not oppose the relief requested herein. Further,

Defendant will not be prejudiced by the relief requested, which is not being sought for the purpose of delay.

4. In accordance with S.D. Fla. L.R. 7.1(a)(2), Plaintiffs attach a proposed order as **Exhibit 1** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request the Court continue the deadline to amend the pleadings and join additional parties until 15 days after it rules on the pending motion to dismiss.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with counsel for Defendant and Defendant does not oppose the relief requested.

Dated: July 10, 2018.              Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal
Representative of the Estate of David Kleiman and
W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2018, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
