# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Extension of Time. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The July 10, 2018 deadline to amend the pleadings or join parties shall be extended until 15 days after this Court rules on Defendant's Motion to Dismiss (D.E. 33).

**DONE AND ORDERED** in chambers on this ___ day of July 2018.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record