UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

    Defendant, Dr. Craig Wright, moves for leave to file an 11-page reply (the "Reply") in support of his Motion to Stay Discovery. In support, Dr. Wright states as follows:

    1.    Plaintiff's 23-page Opposition to the Motion to Stay Discovery makes numerous arguments to avoid Dr. Wright's requested stay of discovery based on seven independent grounds for dismissal set forth in his Motion to Dismiss the Amended Complaint (the "Motion to Dismiss").

    2.    Each of the seven different grounds for dismissal in the Motion to Dismiss supports granting the Motion to Stay Discovery, to avoid squandering judicial and party resources on premature, costly, intrusive and burdensome, worldwide discovery while the Motion to Dismiss is pending.

    3.    Responding to Plaintiff's numerous arguments has required exceeding the prescribed page limits, and Dr. Wright hereby requests an additional page (for a total of

11) for his Reply, so he may provide the Court with a thoroughgoing, useful memorandum of law that addresses the many reasons why Plaintiff's opposition to the requested stay lacks merit.

4. Pursuant to L.R. 7.1(a)(3), one of Dr. Wright's counsel, Daniel Sox, has conferred with Plaintiff's counsel, Velvel Freedman, on June 16, 2018, and reports that Plaintiff does not object to the relief requested here.

5. Dr. Wright attaches a proposed order as **Exhibit A**.

For the foregoing reasons, Dr. Wright requests that this Court grant him leave to file a Reply not to exceed 11 pages.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with Plaintiff's counsel, who does oppose the relief sought here.

                                                     s/ Daniel Alvarez Sox
                                                     Daniel Alvarez Sox

Respectfully submitted on July 16, 2018.

                                        RIVERO MESTRE LLP
*Attorneys for Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: dsox@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
JORGE A. MESTRE

                                                                                                                    Florida Bar No. 88145
                                                                                                                     ALAN H. ROLNICK
                                                                                                                    Florida Bar No. 715085
                                                                                                                     DANIEL SOX
                                                                                                                    Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

     I certify that on July 16, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF.

                                                                                                                  s/ Daniel Sox
                                                                                                                  DANIEL SOX