UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

      Plaintiff,

v.

CRAIG WRIGHT,

      Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITS**

      THIS CAUSE is before the Court on Defendant Craig Wright's Motion for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

      **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Craig Wright shall file a reply in support of his motion to stay discovery not to exceed 11 pages.

      **DONE and ORDERED** in chambers on this \_\_\_ day of July 2018.

                                           _____

                                           Judge Beth Bloom
                                           United States District Judge

Copies furnished: All counsel of record