

June 19, 2018

Andres Rivero, Esq.
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, FL 33134
arivero@riveromestre.com

    Re:    *Kleiman v. Wright*
            Case No. 9:18-cv-80176-BB
            **Civil Theft Demand Letter**

Dear Mr. Rivero,

    My clients intend to amend their lawsuit against your client to add a cause of action for civil theft. As you know, this statute provides for threefold the actual damages sustained along with attorney's fees.

    As detailed in the Amended Complaint, the value of bitcoins and intellectual property taken from my clients has fluctuated between $201,728,340.04 and $27,332,125,781.68.

    As required by Fla. Stat. § 772.11, demand is hereby made for $81,996,377,345.04. Under this statute, your client has 30 days from the date of this letter to comply with this demand and receive a written release from further civil liability.

    The foregoing is not intended to be a complete recitation of all applicable law and/or facts, and shall not be deemed to constitute a waiver or relinquishment of any of my clients' rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

                                                         Sincerely,

                                                        Vel Freedman