UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

## DECLARATION OF IRA KLEIMAN

I, IRA KLEIMAN, declare as follows:

1. I submit this Declaration based on personal knowledge in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss the Amended Complaint in the above captioned matter.

2. I am a citizen of the United States and a resident of the state of Florida.

3. I am the personal representative of the Estate of David Kleiman, a Florida Estate.

4. Dave Kleiman was a United States citizen and Florida resident. I am not aware of him ever visiting Australia.

5. Acting in my capacity as personal representative to Dave's estate, I caused W&K Info Defense Research, LLC to be reinstated on April 12, 2018 and paid all necessary fees to the Florida Department of State.

6. Attached as Exhibit A to this declaration is the Certification from the Florida Department of State declaring that W&K Info Defense Research has paid all fees due through December 31, 2018, and that its status is active.

7.  I am currently the Registered Agent and sole Managing Member for W&K Info Defense Research.

8.  Acting in my capacity as the sole Managing Member, I caused W&K Info Defense Research to bring suit against Craig Wright on May 14, 2018. D.E. 24 ("AC").

9.  I am not wealthy and litigating this case in Australia is beyond my means; I would be severely prejudiced if I had to litigate this case there.

10. I first became aware of the two claims Craig Wright filed in New South Wales Supreme Court on April 15, 2014 when the Australian Tax Office contacted me. I have never received service of process for any of these claims.

11. Prior to February 2015, I was not aware of the extent of Dave's involvement in (1) the creation of Bitcoin, (2) the mining of a substantial number of bitcoins, or (3) the development of significant intellectual property related to blockchain technologies.

12. Through my own investigations and with the assistance of counsel, I have identified the following list of Florida witnesses that I believe have critical information relevant to the central issues in this lawsuit:

   a. **Patrick Page** – Mr. Page was Dave's business partner and confidant. Mr. Page was aware of Dave's friendship with Craig and was in direct contact with Craig after Dave died. Dave and Mr. Page founded a Florida business called Computer Forensics LLC. https://computerforensicsllc.com/.

   b. **Carter Conrad** – Mr. Conrad was Dave's other business partner at Computer Forensics LLC. Mr. Conrad also had direct communication with Craig after Dave's death.

   c. **Computer Forensics LLC** – Computer Forensics LLC is the business created by Dave with Mr. Conrad and Mr. Page. Computer Forensics LLC possesses numerous business records belonging to Dave, including emails he sent from the company account, and the dave@davekleiman.com address mentioned in the complaint.

   d. **Global Institute for Cyber Security Research ("GICSR")** – GICSR is a Florida entity based out of the NASA / Kennedy Space Center. https://www.gicsr.org/.

    Craig was a director of GICSR and informed me there was a GISCR trust related to Dave's bitcoins. Craig possesses an email account associated with GISCR (craig.wright@gicsr.org) which I know he used to communicate with other individuals associated with GICSR and Dave.

  e. **Deborah Kobza** – According to her Linkedin page, Ms. Kobza is listed as the CEO of GICSR, is based out of Merritt Island, Florida, and has been with GICSR since June 2010. I know Craig has communicated directly with her and Dave in his capacity as a GISCR Director. https://www.linkedin.com/in/deborah-kobza-cgeit-jiem-98b4a8/.

  f. **Kourtney Karr** – Ms. Karr was Dave's girlfriend during the time in which he became friends with Craig and began to work with Craig on various business projects.

  g. **Joseph Karp** – Mr. Karp was Dave's counsel and close friend. He also represented me for a period after Dave's death and had communications with both Craig and his counsel during 2014.

  h. **David Kuharcik** – Mr. Kuharcik was Dave's accountant around the time of his involvement in the creation of Bitcoin and until his death in 2013.

13. Through my own investigations and with the assistance of counsel, I have identified the following list of United States witnesses, that likely have critical information relevant to the key issues in this lawsuit:

  a. **Uyen Nguyen** – On February 15, 2014, Ms. Nguyen told me, via email, that she knew Dave through her involvement with projects she worked on with Craig. In the *Satoshi Affair*, written by Andrew O'Hagan (described below), she is said to have begun working with Dave and Craig towards the end of 2012. AC Ex. 1 at 37. The author writes: "While I was preparing this story, Wright began to seem worried about Nguyen. I always felt he was in the middle of a very complicated lie when he talked about her." *Id*. O'Hagan also wrote that she was a "powerful figure in the trust," and a director of key companies. *Id*. He also stated that:

> [i]t's unclear how such a young and inexperienced person came to have so much influence. Wright told me she was volatile, capricious and beyond control' and added that Kleiman liked young women and that she was loyal and trusted – but that 'she wants to help and this always leads to trouble.' *Id*.

Ms. Nguyen's signature is identified on a trust document that identifies a number of bitcoin wallets and states "as agreed, all wallets to be held in UK in trust until all regulatory issues solved and Group Company formed with Dave K and CSW." AC Ex. 15 at 9.

3

On March 28, 2014, more than a month after both Ms. Nguyen and Craig reached out to me, Ms. Nguyen, without notifying me, reinstated W&K Info Defense Research LLC here in Florida and listed herself as the registered agent. She also listed herself as its manager and secretary, and Craig's company as its director.

b. **Gavin Andresen** – Mr. Andresen is a software developer well known for his involvement in the early stages of Bitcoin. During that time, Mr. Andresen is widely known to have been in intimate contact with "Satoshi Nakamoto," i.e., Dave and Craig per the admissions cited in the AC.

Craig claimed to have been in communication with Mr. Andresen during the development of Bitcoin. AC Ex. 1 at 32.

Andrew O'Hagan writes that he witnessed Craig tell Mr. Andresen about the trust, his bitcoin holdings, and what happened to them. *Id.* at 63. On May 2, 2016, Mr. Andresen wrote a blog post stating that he witnessed Craig cryptographically verify his identity as Satoshi, and that Craig "cleared up a lot of mysteries, including why he disappeared when he did and what he's been busy with since 2011." *Id.* at 81.

Mr. Andresen witnessed Craig's use of private keys associated with the some of the bitcoins at issue in this case. *Id.* at 63-67.

c. **Bob Radvanovsky** – Craig reached out to Mr. Radvanovsky for his assistance with the funding proposals W&K Info Defense Research submitted to the Department of Homeland Security.

d. **U.S. Department of Homeland Security** – Craig and Dave, through W&K Info Defense Research, submitted funding proposals to the Department of Homeland Security. In the claims Craig submitted against W&K Info and Defense Research in the Supreme Court of New South Wales, Craig claimed that these projects were proscribed valuations ranging from $650,000 to $2.2 million. AC Ex. 11 at 10.

e. **Ross Ulbricht** – Mr. Ulbricht is the creator of the illicit drug market Silk Road. Craig and Mr. Ulbrict met in Australia at least once. AC Ex. 1 at 49. In an interview with one of Craig's associates documented in *The Satoshi Affair*, Craig's associate states "You've got Ross Ulbricht who's in prison and apparently going to appeal trial this year or next. What happens when Ross sees Satoshi's name splashed everywhere and Craig's name everywhere. Is he going to say 'I had lunch with that guy. We made a deal?'" *Id.*

Mr. Ulbricht is currently incarcerated in a Federal custody in the state of Colorado.

f. **Shyaam Sundhar** – Mr. Sundhar is an information technology professional who co-authored a paper with Dave Kleiman and Craig Wright that was published around October 2008, *i.e.*, during the time they were collaborating on the creation of Bitcoin.

4

    g. **Wei Dai** – Mr. Dai is another individual Craig claimed that he was in contact with while he and Dave were developing Bitcoin. AC Ex. 1 at 32.

    h. **Michele Seven** – Ms. Seven is a former confidant of Craig's who facilitated his first public appearance in which he revealed he was involved in the creation of Bitcoin.

14. Through my own investigations and with the assistance of counsel, I have discovered that Jimmy Nguyen is a material witness to this litigation and likely has intimate knowledge concerning the intellectual property assets at issue in this litigation. A few weeks before the Australian Tax Office raided Craig's house, Jimmy Nguyen, then a partner in the Los Angeles office of the law firm Davis Wright Tremaine, reached out to Andrew O'Hagan explaining that his "client has acquired life story rights . . . from the true person behind the pseudonym Satoshi Nakamoto – the creator of the bitcoin protocol." AC Ex. 1 at 9. Recently, Mr. Nguyen was appointed the CEO of nChain, the company Craig has used to file dozens of patents related to Bitcoin and blockchain based technology. https://www.prnewswire.com/news-releases/nchain-group-appoints-jimmy-nguyen-as-chief-executive-officer-300566907.html.

15. Through my own investigations and with the assistance of counsel, I have identified the following list of United Kingdom based witnesses that have, or may have, critical information relevant to this lawsuit:

    a. **Ramona Watts** – Ms. Watts is Craig's wife and currently lives with Craig in the United Kingdom. In 2015, Ms. Watts communicated with me about the ATO's investigation into Craig Wright and made multiple representations to me concerning the value of Coin-Exch. She appeared to be intimately familiar with Craig's actions. She provided me with a copy of AC Ex. 18.

    b. **Andrew O'Hagan** – Mr. O'Hagan is a well-known British journalist and author of *The Satoshi Affair*. He was contacted by Jimmy Nguyen in 2015 to document Craig Wright's public revelation of himself as Satoshi Nakamoto. Per his own writings, Mr. O'Hagan spent six months interviewing Craig shortly after he fled Australia and has intimate first-hand knowledge of Craig, his associates, and Craig's admissions regarding the actions he took with Dave as Satoshi, and thereafter.

5

    c. **Robert MacGregor** – Mr. MacGregor is an associate of Craig's who was involved in the purchase of the Satoshi Nakamoto life story rights. AC. Ex. 1 at 11. Mr. MacGregor has helped facilitate Craig's involvement in nChain.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July, 2018 at Palm Beach, Florida.

*/s/ Ira Kleiman*

Ira Kleiman

# EXHIBIT A

# State of Florida
## Department of State

I certify from the records of this office that W&K INFO DEFENSE RESEARCH LLC is a limited liability company organized under the laws of the State of Florida, filed on February 16, 2011, effective February 14, 2011.

The document number of this limited liability company is L11000019904.

I further certify that said limited liability company has paid all fees due this office through December 31, 2018, that its most recent annual report was filed on April 12, 2018, and that its status is active.

*Given under my hand and the  
Great Seal of the State of Florida  
at Tallahassee, the Capital, this  
the Twelfth day of April, 2018*



*Ken Detzner*  
Secretary of State

**Tracking Number:** CR3065128037

**To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.**

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication