UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

    Dr. Craig Wright requests a 14-day extension of time, up to and including August 7, 2018, to file a reply in support of his motion to dismiss the amended complaint [D.E. 33] (the "Motion"). Plaintiffs do not oppose the relief sought here. Dr. Wright states the following in support of this motion:

    1.    On June 15, 2018, Dr. Wright, with leave of the Court, filed a 50-page motion to dismiss the amended complaint [D.E. 33].

    2.    Subsequently, the Court granted plaintiffs additional time to respond to the Motion and leave to file a 50-page opposition, which plaintiffs filed on July 17, 2018. Absent extension, Dr. Wright's reply is due on or before July 24, 2018.

    3.    Given the length of the plaintiffs' opposition and the complexity of its numerous arguments, Dr. Wright seeks this unopposed 14-day extension of time, up to and including August 7, 2018, to file a reply in support of the Motion.

4.      In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright conferred with counsel for plaintiffs. Plaintiffs do not object to the relief requested in this motion and will not be prejudiced by the extension, which is not being sought for the purpose of delay.

5.      In accordance with S.D. Fla. L.R. 7.1(a)(2), Dr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For all the foregoing reasons, Dr. Wright respectfully requests that this Court grant a 14-day extension of time, up to and including August 7, 2018, to file a reply in support of his Motion to Dismiss.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with plaintiffs' counsel. Plaintiffs do not object to the relief requested here.

**RESPECTFULLY SUBMITTED** on July 19, 2018.

> RIVERO MESTRE LLP
> *Attorneys for Craig Wright*
> 2525 Ponce de Leon Boulevard, Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Fax: (305) 445-2505
> Email: arivero@riveromestre.com
> Email: jmestre@riveromestre.com
> Email: arolnick@riveromestre.com
> Email: dsox@riveromestre.com
> Email: receptionist@riveromestre.com
>
> By: s/ Andres Rivero
> ANDRES RIVERO
> Florida Bar No. 613819
> JORGE A. MESTRE
> Florida Bar No.  88145
> ALAN H. ROLNICK
> Florida Bar No. 715085
> DANIEL SOX
> Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

   I certify that on July 19, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                        _s/ Andres Rivero_