**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Extension of

Time to File a Reply in Support of the Motion to Dismiss [D.E. 51]. The Court has considered

the Motion and is otherwise fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Extension

of Time is **GRANTED**.

Craig Wright shall have up to and including August 7, 2018, to file a reply in support of

his Motion to Dismiss.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of July 2018.

_____

Judge Beth Bloom
United States District Judge

Copies furnished to: Counsel of record