**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE A RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION**

THIS CAUSE is before the Court on Defendant's Motion for Enlargement of Time to Serve a Response to Plaintiffs' First Request for Production [D.E. 53]. The Court has considered the Motion and is otherwise fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Enlargement of Time is **GRANTED**.

Craig Wright shall have up to and including August 27, 2018, to serve a response to Plaintiffs' First Request for Production.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of July 2018.

                                                                                    Judge Beth Bloom
                                                                                    United States District Judge

Copies furnished to: Counsel of record