# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Dr. Craig Wright requests a 14-day enlargement of time, up to and including August 21, 2018, to file a reply in support of his motion to dismiss the amended complaint. Plaintiffs do not oppose the relief sought here. Dr. Wright states the following in support of this motion:

    1.    On June 15, 2018, Dr. Wright, with leave of the Court, filed a 50-page motion to dismiss the amended complaint (the "Motion") [D.E. 33].

    2.    Subsequently, the Court granted plaintiffs additional time to respond to the Motion and leave to file a 50-page opposition, which plaintiffs filed on July 17, 2018. The Court granted Dr. Wright an enlargement of time to file a reply on or before August 7, 2018 [D.E. 52].

    3.    Given the magnitude of the briefing, the complexity of the many arguments raised in the opposition, and the limited availability of certain of his counsel,[1] Dr. Wright respectfully

---

[1] Lead counsel Andres Rivero currently is abroad, and the availability of attorney Daniel Sox (who has frontline responsibilities herein) is and will be limited by an upcoming surgery.

requests an unopposed 14-day enlargement of time, up to and including August 21, 2018, to file a thoroughgoing reply that will be useful to the Court in deciding the Motion.

4. In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with counsel for plaintiffs. Plaintiffs do not object to the relief requested in this motion and will not be prejudiced by the extension, which is not being sought for the purpose of delay.

5. In accordance with S.D. Fla. L.R. 7.1(a)(2), Dr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For all the foregoing reasons, Dr. Wright respectfully requests that this Court grant a 14-day enlargement of time, up to and including August 21, 2018, to file a reply in support of the Motion.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with plaintiffs' counsel. Plaintiffs do not object to the relief requested here.

**RESPECTFULLY SUBMITTED** on July 26, 2018.

> RIVERO MESTRE LLP
> *Attorneys for Craig Wright*
> 2525 Ponce de Leon Boulevard, Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Fax: (305) 445-2505
> Email: arivero@riveromestre.com
> Email: jmestre@riveromestre.com
> Email: arolnick@riveromestre.com
> Email: dsox@riveromestre.com
> Email: receptionist@riveromestre.com
>
> By: s/ Andres Rivero
> ANDRES RIVERO
> Florida Bar No. 613819
> JORGE A. MESTRE
> Florida Bar No. 88145
> ALAN H. ROLNICK

Florida Bar No. 715085<br>
DANIEL SOX<br>
Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

     I certify that on July 26, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/Andres Rivero<br>
ANDRES RIVERO