UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Enlargement of Time to File a Reply in Support of the Motion to Dismiss [D.E. 55]. The Court has considered the Motion and is otherwise fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Enlargement of Time is **GRANTED**.

Craig Wright shall have up to and including August 21, 2018, to file a reply in support of his Motion to Dismiss.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of July 2018.

                                              Judge Beth Bloom
                                              United States District Judge

Copies furnished to: Counsel of record