## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC<br><br>       Plaintiffs,<br>v.<br><br>CRAIG WRIGHT<br><br>       Defendant. | CASE NO.: 9:18-cv-80176-BB |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Stephen N. Zack, of the law firm Boies Schiller Flexner LLP, hereby enters his appearance as counsel for Plaintiff, Ira Kleiman in his capacity as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC, and requests that all pleadings, correspondence and related materials in this case be provided to the undersigned.

Dated:  August 13, 2018

                                   Respectfully submitted,

                                   By: */s/ Stephen N. Zack*
                                          Stephen N. Zack
                                          Florida Bar No. 145215
                                          Velvel (Devin) Freedman
                                          Florida Bar No. 99762
                                          **BOIES SCHILLER FLEXNER LLP**
                                          100 SE Second Street
                                          Miami, FL 33131
                                          Tel.   (305)539-8400
                                          Fax.   (305)539-1307
                                          Email: vfreedman@bsfllp.com

                                          Kyle Roche
                                          **BOIES SCHILLER FLEXNER LLP**
                                          333 Main Street
                                          Armonk, NY 10504

        Tel. (914)749-8200
        Fax. (914)749-8300
        Email: kroche@bsfllp.com
        *Admitted pro hac vice*

        *Attorneys for Plaintiffs Ira Kleiman in his capacity as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which caused a copy to be served on all counsel of record.

        */s/ Stephen N. Zack*
        Stephen N. Zack