UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative
of the estate of David Kleiman,

       Plaintiff,

v.

CRAIG WRIGHT,

       Defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION
## FOR LEAVE TO EXCEED PAGE LIMITS

Dr. Craig Wright respectfully requests that the Court grant him leave to file a reply in support of his motion to dismiss that exceeds the page limits set forth in Local Rule 7.1(c) by 20 pages. Dr. Wright states the following in support of this motion:

1.  On June 15, 2018, Dr. Wright filed a 50-page motion to dismiss the amended complaint [D.E. 33] (the "Motion"). The Motion argues that the amended complaint should be dismissed for lack of standing, lack of personal jurisdiction, *res judicata*, international comity, *forum non conveniens*, and for failure to state a claim.

2.  On July 17, 2018, Plaintiff responded to the Motion by filing a 50-page opposition [D.E. 50] (the "Opposition"), which raises a number of arguments that, as Dr. Wright will demonstrate in his reply, are based on misstatements of the law.

3.  Dr. Wright respectfully submits that additional pages may assist the Court in deciding the issues raised in the Motion and Opposition, and he respectfully requests that the Court grant him leave to file a reply that exceeds the page limits by 20 pages.

4. In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with counsel for plaintiff, who stated that they agree to 15 additional pages, but that they oppose 20 pages.

5. In accordance with S.D. Fla. L.R. 7.1(a)(2), Dr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For all the foregoing reasons, Dr. Wright respectfully requests that this Court grant him leave to file a reply in support of the motion to dismiss that that does not exceed 30 pages.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with counsel for plaintiff. Counsel for plaintiff will agree to 15 additional pages but will oppose 20.

**RESPECTFULLY SUBMITTED** on August 17, 2018.

RIVERO MESTRE LLP
*Attorneys for Dr. Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: dsox@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
JORGE A. MESTRE
Florida Bar No. 88145
ALAN H. ROLNICK
Florida Bar No. 715085
DANIEL SOX
Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

      I certify that on August 17, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

      /s/Andres Rivero
      ANDRES RIVERO