**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

      Plaintiff,

v.

CRAIG WRIGHT,

      Defendant.

_____/

## ORDER GRANTING DEFENDANT LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Defendant's Motion for Leave to Exceed Page

Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Craig

Wright shall file a reply in support of the motion to dismiss not to exceed 30 pages.

**DONE and ORDERED** in chambers on this ___ day of August 2018.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record