## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.:  9:18-cv-80176-BB |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

THIS CAUSE is before the Court on Plaintiffs' Motion for Leave to File Sur-Reply. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Plaintiffs shall file their Sur-Reply on or before September 7, 2018, which shall not exceed 15 pages.

**DONE AND ORDERED** in chambers on this ___ day of August, 2018.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record