# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS CAUSE is before the Court on Plaintiffs' Motion for Extension of Time. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The August 24, 2018 deadline to amend the pleadings or join parties shall be extended until 15 days after this Court rules on Defendant's Motion to Dismiss (D.E. 33).

**DONE AND ORDERED** in chambers on this ___ day of August 2018.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record