UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.
_____/

**DEFENDANT'S AGREED MOTION
TO CONTINUE THE JANUARY 8, 2019 DISCOVERY STATUS CONFERENCE**

Dr. Craig Wright respectfully requests that this Court continue the January 8, 2019 Discovery Status Conference for March 11, 2019, in light of the stay of discovery in this action and the Court's Order Granting in Part and Denying in Part the Motion to Dismiss (the "Dismissal Order") [D.E. 68]. Dr. Wright states the following in support of this Motion:

    1.    On May 14, 2018, the Court entered the Order setting the Discovery Status Conference for January 8, 2019 (the "Order") [D.E. 23]. In the Order, the Court also required the parties to file a joint discovery status report one week prior to the Discovery Status Conference.

    2.    On August 2, 2018, the Court entered an Order Granting Defendant's Motion to Stay Discovery Pending Resolution of the Motion to Dismiss (the "Stay Order") [D.E. 57]. In the Stay Order, the Court stayed discovery pending resolution of the motion to dismiss. Further, the Court ordered either party to move for a lift of the discovery stay if the Court did not dismiss all the Plaintiffs' claims.

3. Yesterday, on December 27, 2018, the Court entered an Order granting in part and denying in part Defendant's Motion to Dismiss [D.E. 68]. The Order dismissed counts III and IV of Plaintiffs' Amended Complaint with prejudice. In accordance with the Order, Dr. Wright must file his answer as to the remaining counts, Counts I, II and V-IX, on or before January 10, 2019.

4. As of this filing, while the parties have discussed lifting the stay, neither party has moved to lift the stay.

5. Given that discovery in this case has been stayed for five months and the parties have not even moved to lift the stay of discovery, Dr. Wright respectfully requests a two-month continuance of the Discovery Status Conference and the deadline for the parties to file a joint discovery status report. Dr. Wright proposes that the Discovery Status Conference be continued until March 11, 2019 and the deadline for the parties to file the joint discovery status report be set for March 4, 2019.

6. In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with counsel for plaintiffs. Plaintiffs agree to the relief requested in this motion and will not be prejudiced by the extension, which is not being sought for the purpose of delay.

7. In accordance with S.D. Fla. L.R. 7.1(a)(2), Dr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For all the foregoing reasons, Dr. Wright respectfully requests that this Court continue the January 8, 2019 Discovery Status Conference until March 11, 2019 and the deadline for the parties to file the joint discovery status report until March 4, 2019.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with plaintiffs' counsel. Plaintiffs agree to the relief requested here.

**RESPECTFULLY SUBMITTED** on December 28, 2018.

> RIVERO MESTRE LLP
> *Attorneys for Craig Wright*
> 2525 Ponce de Leon Boulevard, Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Fax: (305) 445-2505
> Email: arivero@riveromestre.com
> Email: jmestre@riveromestre.com
> Email: arolnick@riveromestre.com
> Email: receptionist@riveromestre.com
>
> By: s/ Andres Rivero
> ANDRES RIVERO
> Florida Bar No. 613819
> JORGE A. MESTRE
> Florida Bar No. 88145
> ALAN H. ROLNICK
> Florida Bar No. 715085

## CERTIFICATE OF SERVICE

I certify that on December 28, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

> /s/Andres Rivero
> ANDRES RIVERO