UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**ORDER ON DEFENDANT'S MOTION
TO CONTINUE THE JANUARY 8, 2019 DISCOVERY STATUS CONFERENCE**

    THIS CAUSE is before the Court on Defendant's Motion to Continue the January 8, 2019 Discovery Status Conference [D.E. ___]. The Court has considered the Motion and is otherwise fully advised on the premises.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Continuance is **GRANTED**.

    The Discovery Status Conference is rescheduled for March 11, 2019. The parties shall submit a joint discovery status report on March 4, 2019.

    **DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of December 2018.

 

_____
Bruce Reinhart
United States Magistrate Judge

Copies furnished to: Counsel of record