UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>      Defendant. | CASE NO.:  9:18-cv-80176-BB |

**MOTION TO LIFT STAY OF DISCOVERY**

Plaintiffs respectfully move for an order lifting the stay of discovery entered by this Court on August 2, 2018 (Dkt. 57) and in support state as follows:

1. Plaintiffs filed their Amended Complaint on May 14, 2018 (Dkt. 24).

2. On May 15, 2018, Defendant moved to dismiss the Amended Complaint (Dkt. 33.)

3. On May 30, 2018, Plaintiffs served their First Request for Production ("First RFPs"). Defendant's responses were due on June 29, 2018, but Plaintiffs granted Defendant an extension of time to respond until July 30, 2018.

4. On June 29, 2018, Defendant moved to stay discovery pending resolution of his motion to dismiss.  (Dkt. 38.)

5. On July 25, 2018 Defendant moved for an additional extension of time to respond to the First RFPs.  This Court denied Defendant's extension and ordered him to respond to the First RFPs by August 6, 2018.  (Dkt. 54.)  Between the agreed extension and his motion, Defendant's new deadline provided a total of 70 days to respond to Plaintiff's First RFPs.

6. On July 31, 2018, Plaintiff Ira Kleiman served Defendant with a First Set of Interrogatories ("First ROGs"). Defendant's responses were due on August 30, 2018.

7. On August 2, 2018, Plaintiff Ira Kleiman served Defendant with a Second Set of Interrogatories ("Second ROGs"). Defendant's responses were due on September 3, 2018

8. On August 2, 2018, this Court granted Defendant's motion to stay discovery. (Dkt. 57.) In that order the Court informed the parties that "[i]f resolution of Defendant's Motion to Dismiss does not dispose of all claims before the Court, either party may move this Court to lift the stay." *Id* at 4.

9. On December 27, 2018, this Court granted in part and denied in part Defendant's Motion to Dismiss. (Dkt 68.) This Court dismissed Counts III and IV with prejudice, but ordered Defendant to answer Counts I, II, and V-IX by January 10, 2019.

10. Pursuant to this Court's August 2, 2018 Order, Plaintiffs respectfully request the Court to lift the stay of discovery.

11. Additionally, Plaintiffs request this Court to order the following deadlines for outstanding discovery:

   a. As Defendant had 64 days to respond to Plaintiffs' First RFP before discovery was stayed, Defendant should answer this RFP in 10 days from the date the stay is lifted;

   b. Defendant to respond to Plaintiff Ira Kleiman's First ROGs 30 days from the date the stay is lifted;

   c. Defendant to respond to Plaintiff Ira Kleiman's Second ROGs 30 days from the date the stay is lifted.

12. In accordance with S.D. Fla. L.R. 7.1(a)(3), Kyle Roche conferred with counsel for Defendant, Zaharah Markoe, Esq. While Defendant does not oppose either the lifting of the stay or the deadline to respond to the First RFPs, Defendant's counsel informed Plaintiffs' counsel that they will not consent to the deadlines related to the First and Second ROGs at this time.

13. In accordance with S.D. Fla. L.R. 7.1(a)(2), Plaintiffs attach a proposed order as **Exhibit 1** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request the Court to lift the stay of discovery and to Order Defendant to respond to outstanding discovery by the dates indicated above.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with counsel for Defendant. While Defendant does not oppose either the lifting of the stay or the deadline to respond to the First RFPs, Defendant's counsel informed Plaintiffs' counsel that they will not consent to the deadlines related to the First and Second ROGs at this time.

Dated: December 31, 2018.        Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:  (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP

>333 Main Street
>Armonk, NY10504
>Telephone: (914) 749-8200
>Facsimile:  (914) 749-8300
>kroche@bsfllp.com
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2018, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record

>*/s/ Velvel (Devin) Freedman*
>Velvel (Devin) Freedman