# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Plaintiffs' Motion to Lift the Stay of Discovery. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. This Court's August 2, 2018 Order staying discovery (D.E. 57) is lifted. The following deadlines are set for outstanding discovery:

a. Defendant shall answer Plaintiffs' First RFP 10 days from the date of this Order;

b. Defendant shall respond to Plaintiff Ira Kleiman's First ROGs 30 days from the date of this Order;

c. Defendant shall respond to Plaintiff Ira Kleiman's Second ROGs 30 days from the date of this Order.

**DONE AND ORDERED** in chambers on this ___ day of _____ 201_.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record