# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

      Plaintiff,

v.

CRAIG WRIGHT,

      Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

      Please take notice that attorney Alan H. Rolnick, of the law firm Rivero Mestre LLP, appears as attorney for Craig Wright and requests that all pleadings, correspondence and related materials in this case be provided to undersigned.

**RESPECTFULLY SUBMITTED** on January 2, 2019.

RIVERO MESTRE LLP
*Attorneys for Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com
E-mail:wlohr@riveromestre.com


By: /s/ Alan H. Rolnick
ALAN H. ROLNICK
Florida Bar No. 715085
ANDRES RIVERO
Florida Bar No. 613819
JORGE A. MESTRE
Florida Bar No.  88145

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 2, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

<u>/s/ Alan H. Rolnick</u>
ALAN H. ROLNICK