UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BB

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

     Plaintiffs,

v.

CRAIG WRIGHT,

     Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' AMENDED COMPLAINT

     Dr. Craig Wright respectfully requests an extension of time to file his answer to the Amended Complaint. Dr. Wright states the following in support of this motion:

     1.     On December 27, 2018, the Court entered an Order Granting in Part and Denying in Part the Motion to Dismiss (the "Order") [D.E. 68]. The Order dismissed counts III and IV of Plaintiffs' Amended Complaint with prejudice. In accordance with the Order, Dr. Wright must file his answer as to the remaining counts, Counts I, II and V–IX, on or before January 10, 2019.

     2.     On December 30, 2018, at 10:42 p.m., counsel for Plaintiffs informed counsel for Dr. Wright of their intention to file a motion to file a second amended complaint.

     3.     Given Plaintiffs' intention to seek to amend the complaint yet again, Dr. Wright respectfully requests that he be permitted to answer the Amended Complaint 21 days after any denial of such motion by this Court.

4. If the Court grants Plaintiffs' anticipated motion to amend, then the Amended Complaint will no longer be the operative complaint and no answer to it should be required.

5. In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with counsel for plaintiffs. Plaintiffs do not oppose the relief requested in this motion and will not be prejudiced by the extension, which is not being sought for the purpose of delay.

6. In accordance with S.D. Fla. L.R. 7.1(a)(2), Dr. Wright attaches a proposed order as **Exhibit A** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

For all the foregoing reasons, Dr. Wright respectfully requests that this Court grant his request for an extension of time to file his answer to the Amended Complaint.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with Plaintiffs' counsel by email on December 31, 2018 and by telephone on January 1, 2019. Plaintiffs do not oppose to the relief requested here.

**RESPECTFULLY SUBMITTED** on January 2, 2019.

>RIVERO MESTRE LLP
>*Attorneys for Craig Wright*
>2525 Ponce de Leon Boulevard, Suite 1000
>Miami, Florida 33134
>Telephone: (305) 445-2500
>Fax: (305) 445-2505
>Email: arivero@riveromestre.com
>Email: arolnick@riveromestre.com
>Email: zmarkoe@riveromestre.com
>Email: receptionist@riveromestre.com
>
>By: s/ Zaharah R. Markoe
>ANDRES RIVERO
>Florida Bar No. 613819
>ALAN H. ROLNICK
>Florida Bar No. 715085
>ZAHARAH R. MARKOE
>Florida Bar No. 504734

## CERTIFICATE OF SERVICE

      I certify that on January 2, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                      /s/Zaharah R. Markoe
                                      ZAHARAH R. MARKOE