**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

_____/

**ORDER ON DEFENDANT'S MOTION FOR**
**EXTENSION OF TIME TO ANSWER THE AMENDED COMPLAINT**

THIS CAUSE is before the Court on Defendant's Motion for Extension of Time to Answer the Amended Complaint [D.E. \_\_\_]. The Court has considered the Motion and is otherwise fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Extension of Time is **GRANTED**.

Craig Wright shall have 21 days after any denial of Plaintiffs' anticipated motion to file a second amended complaint ("Plaintiffs' anticipated motion") to file his answer to the Amended Complaint. If this Court grants Plaintiffs' anticipated motion, the Amended Complaint will no longer be operative and Craig Wright will not have to answer it.

**DONE and ORDERED** in Chambers, Miami, Florida, this \_\_\_ day of January 2019.

                                                              Judge Beth Bloom

                                                United States District Judge

Copies furnished to: Counsel of record