## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs respectfully move under Fed. R. Civ. P. 15(a)(2) for leave to file a Second Amended Complaint against Defendant.

1. On May 14, 2018, Plaintiffs filed their first Amended Complaint. (D.E. 24.) Defendant then moved to dismiss. (D.E. 33.)

2. On June 19, 2018 (as required by Fla. Stat. § 772.11), Plaintiffs demanded Defendant return three times the value of the bitcoins, forked assets, and intellectual property Defendant took from Plaintiffs. Plaintiffs cautioned Defendant that if he did not comply with this demand, Plaintiffs would seek to amend their complaint to add a count for civil theft under Fla. Stat. § 772.11. (Ex. C.). This demand letter is a necessary precondition to filing a claim for civil theft under Florida law. § 772.11, Fla. Stat.

3. Defendant did not comply with Plaintiffs' demand.

4. On August 27, 2018, Plaintiffs moved to extend the deadline to amend the pleadings or join parties until 15 days after the Court ruled on Defendant's motion to dismiss. (D.E 66.)

5. On August 27, 2018, the Court granted Plaintiffs' motion. (D.E. 67.)

6. On December 27, 2018, this Court granted in part and denied in part Defendant's Motion to Dismiss; it dismissed Counts III and IV with prejudice, but ordered Defendant to answer Counts I, II, and V-IX by January 10, 2019. (D.E. 68.)

7. This December order triggered the 15-day deadline imposed by this Court's August 27, 2018 order (DE 67), resulting in the deadline to amend pleadings being set for January 11, 2019.

8. On January 2, 2019, Defendant moved for an extension of time to answer Plaintiff's amended complaint (D.E. 76). That same day, this Court denied Defendant's motion and ordered him to answer Plaintiffs' amended complaint by January 10, 2019 (D.E. 77).

9. On January 10, 2019, Defendant answered the amended complaint (D.E. 80).

10. Pursuant to this Court's August 27, 2018 Order, Plaintiffs now seek leave to file a limited amendment that will only add a single count of civil theft against Defendant. Nothing else in the amended complaint will be substantively changed.[1]

11. Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *McKinley v. Kaplan*, 177 F.3d 1253, 1258 (11th Cir. 1999) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962))

---

[1] Plaintiffs have corrected a few simple typos and implemented limited edits necessary to reflect that this is a second amended complaint. All changes are reflected in the redline attached hereto as Exhibit B.

12. As demonstrated above, there was no undue delay in seeking leave to file the Second Amended Complaint, Defendant will not be prejudiced by its filing, and Plaintiffs are not acting in bad faith.

13. The proposed Second Amended Complaint is attached hereto as Exhibit A. If the Court grants leave for it to be filed, Plaintiffs can file it immediately.

14. A redline comparison between the Amended Complaint and the proposed Second Amended Complaint is attached hereto as Exhibit B.

15. In accordance with S.D. Fla. L.R. 7.1(a)(3), Plaintiffs' counsel conferred with counsel for Defendant, and Defendant does not oppose the relief sought herein.

16. In accordance with S.D. Fla. L.R. 7.1(a)(2), Plaintiffs attach a proposed order as **Exhibit 1** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

WHEREFORE, based on the foregoing, Plaintiffs respectfully request that this Court grant Plaintiffs' unopposed motion for leave to file their Second Amended Complaint.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with counsel for Defendant. Defendant does not oppose the relief sought herein.

Dated: January 11, 2019.   Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
Stephen N. Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

vfreedman@bsfllp.com

Kyle W. Roche
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2019, a true and correct copy of the foregoing and all of its Exhibits was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman