UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

THIS CAUSE is before the Court on Plaintiffs' Motion for Leave to File a Second Amended Complaint. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED**:

1. That the Motion for Leave to File a Second Amended Complaint is hereby GRANTED.

2. That the Second Amended Complaint attached to the abovementioned Motion shall be deemed filed as of the date of this Order.

3. The Defendant shall have twenty (20) days from the date of this Order to respond to Plaintiff's Second Amended Complaint.

**DONE AND ORDERED** in chambers on this ___ day of January 2019.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record