# EXHIBIT 19

FILED
2 8 AUG 2013

Form 44 (version 2)
UCPR 36.1A

# CONSENT ORDER

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 245661 |

## TITLE OF PROCEEDINGS

Plaintiff                **Craig Steven Wright (ABN 97 481 146 384)**

Defendant                **W&K INFO DEFENSE RESEARCH LLC**

## PREPARATION DETAILS

| | |
|---|---|
| Filed for | **Craig S Wright** <br> Plaintiff |
| Contact name and telephone | Craig S Wright <br> 0417 683 914 |
| Contact email | Craig S Wright (craigswright@acm.org) |

## TERMS OF ORDER MADE BY THE COURT BY CONSENT

Orders/Judgment:

1. Judgment in the sum of $28,534,049.79 in favour of the plaintiff.

2. No order as to costs.

3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.

## SIGNATURES

**Plaintiff**
The plaintiff consents.
Signature of plaintiff

Craig S Wright
Plaintiff

Capacity

| Date of signature | 28th Aug 2013 |
|---|---|

**Defendant**

The defendant consents.

Signature of or on behalf of party if not legally represented

| Capacity | Authorised officer |
|---|---|
| Date of signature | 28th Aug 2013 |

____J Wilson_____ consents.

**SEAL AND SIGNATURE**

Court seal

Signature

Capacity

Date made or given

Date entered

**NOTICE**

Subject to limited exceptions, no variation of a judgment or order can occur except on application made within 14 days after entry of the judgment or order.

FILED

2 8 AUG 2013



Form 44 (version 2)
UCPR 36.1A

# CONSENT ORDER

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 225983 |

## TITLE OF PROCEEDINGS

Plaintiff             **Craig Steven Wright (ABN 97 481 146 384)**

Defendant         **W&K INFO DEFENSE RESEARCH LLC**

## PREPARATION DETAILS

| | |
|---|---|
| Filed for | **Craig S Wright** |
| | Plaintiff |
| Contact name and telephone | Craig S Wright |
| | 0417 683 914 |
| Contact email | Craig S Wright (craigswright@acm.org) |

## TERMS OF ORDER MADE BY THE COURT BY CONSENT

Orders/Judgment:

1. Judgment in the sum of $28,254,666.00 in favour of the plaintiff.

2. No order as to costs.

3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.

4. A deed of transfer for the Intellectual Property is to be completed before 01Sept 2013.

2

## SIGNATURES

**Plaintiff**

The plaintiff consents.

Signature of plaintiff

Craig S Wright

Capacity                           Plaintiff

Date of signature          28th Aug 2013

**Defendant**

The defendant consents.

Signature of or on behalf of party
if not legally represented

Capacity                           Authorised officer

Date of signature          28th Aug 2013



____J Wilson_____ consents.

## SEAL AND SIGNATURE

Court seal

Signature

Capacity

Date made or given

Date entered

## NOTICE

Subject to limited exceptions, no variation of a judgment or order can occur except on application made within 14 days after entry of the judgment or order.