# EXHIBIT 22

# SUPREME COURT OF NSW

## RECORD OF PROCEEDINGS

Date: 06 November 2013    Reference no. 2

Coram: Acting Registrar R Kenna

Listing: Directions (Common Law Registrar)

Case Details: **Craig Steven Wright v W&K Info Defense Research LLC 2013/00225983**

Appearance(s)   Wright in person

**Listed for hearing on** _____ **at 10am. Estimate of hearing** _____

Please indicate the following listing type/s below:

☐ Directions (Common Law Registrar) at 9am

☐ Argument at 9.30am (Defamation List before Defamation Judge)

☐ Defamation matter - Election for Trial by Jury made by _____
   **Registry to issue an invoice for Requisition for Trial by Jury.**

☐ Directions Common Law at 10am (Duty Judge's list.)

☐ Directions (Possession Judge) at 9.30am.

☐ Directions Professional Negligence Judge at 9am (1st Friday of each month)

☐ Status Review at 9am before Common Law Registrar.

☐ Rule 13.6 letter to be issued. (Notice of listing - No appearance)

**(Please tick below appropriately)**

| | |
|---|---|
| ☐ Jury | ☐ Overseas witness  ☐ Interstate witness  ☐ Country witness |
| ☐ Non-jury | ☐ Not Reached Once |
| ☐ Assessment only | ☐ Not Reached Twice |
| ☐ Liability only | ☐ New Trial Ordered |
| ☐ Interlocutory/Motion | ☐ Expedited |
| ☐ Defamation - s 7A | ☐ Reduced Life Expectancy |
| ☐ Defamation - Final | ☐ Other priority reasons (please specify) (Transfer of I/P has taken place) |

**Other orders or directions:**

Orders 1 - 4 of C/orders.

_____ please turn over ...

# COMMON LAW REGISTRAR'S CASE MANAGEMENT ORDERS

☐ **1**. Make orders to enable Expert evidence to be given concurrently.

☐ **2**. The Plaintiff to file and serve an Evidentiary Statement by _____

☐ **3**. The Defendant/ Defendants to file and serve a Statement of Issues in Dispute within 28 days of receipt of the Plaintiffs Evidentiary Statement.

☐ **4**. Each Defendant to notify the plaintiff within 28 days of receipt of the evidentiary statement of those parts of the statement, which the Defendant requires to be given orally.

☐ **5**. The Plaintiff is to serve on each party within 14 days of the receipt of the Statement of Issues in Dispute a statement identifying those issues, which are agreed and not agreed.

☐ **6**. The Plaintiff is to file and serve a Statement of Damages by _____

☐ **7**. The Defendant/Defendants is/are to file and serve a Statement of Damages by

_____

☐ **8**. Experts in their respective areas of expertise are to confer and provide a report on matters agreed and disagreed setting out the reasons for their disagreement. Such conference is to take place by

_____

☐ **9**. The report from the Experts is to issue by _____

☐ **10**. Pursuant R31.4 UCPR I direct that the Plaintiff is to serve on each active party a written statement or statements of the oral evidence that the Plaintiff or any other witness on the Plaintiff's behalf intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **11**. Pursuant to R31.4 UCPR I direct that the Defendant /Cross Claimant is to serve on each active party a written statement or statements of the oral evidence that the defendant /cross claimant or any other witness on behalf of the Defendant/Cross Claimant intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **12**. I direct that all parties serve, pursuant to R31.4 UCPR statements except for the above statements on each other active party, containing all statements of the oral evidence which the parties intend to adduce in chief on all questions of fact at the hearing on or before _____

☐ **13**. Parties to advise within _____ days of receipt of the witness statements of those parts of the statements they require to be given orally.

☐ **14**. Parties to file and serve a Final Joint Memorandum of Issues in Dispute by _____

☐ **15**. List the matter for a Telephone Conference on _____

**Listing Details**

Heard at: **06/11/2013**           by: **Acting Registrar R Kenna;**
    **Supreme Court Sydney**
    **Supreme Court - Civil**

2013/00225983-001  Acting Registrar R Kenna  Directions (Common Law Registrar)  Craig Steven Wright v W&K Info Defense Research LLC  09:00 AM  5 MINUTES

## View Outcome Text



| Record Outcome | Edit Outcome | Close |

Date of Listing: 06 Nov 2013 before Acting Registrar R Kenna at Supreme Court - Civil, Supreme Court Sydney

**Appearances:**
W&K Info Defense Research LLC, Defendant , No Appearance
Wright, Craig Steven, Plaintiff , No Appearance

2013/00225983-001 / Statement of Claim: Craig Steven Wright v W&K Info Defense Research LLC /

BY CONSENT
Orders/Judgment:
1. Judgment in the sum of $28,254,666.00 in favour of the plaintiff.
2. No order as to costs.
3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.
4. A deed of transfer for the Intellectual Property is to be completed before 01 Sept 2013.
(ID 25837158)

Form 43
UCPR 36.11

# JUDGMENT/ORDER

## COURT DETAILS
| | |
|---|---|
| Court | Supreme Court of NSW |
| Division | Common Law |
| List | Common Law General |
| Registry | Supreme Court Sydney |
| Case number | 2013/00225983 |

## TITLE OF PROCEEDINGS
| | |
|---|---|
| First Plaintiff | Craig Steven Wright |
| First Defendant | W&K Info Defense Research LLC |

## DATE OF JUDGMENT/ORDER
| | |
|---|---|
| Date made or given | 6 November 2013 |
| Date entered | 6 November 2013 |

## TERMS OF JUDGMENT/ORDER
BY CONSENT
Orders/Judgment:
1. Judgment in the sum of $28,254,666.00 in favour of the plaintiff.
2. No order as to costs.
3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.
4. A deed of transfer for the Intellectual Property is to be completed before 01 Sept 2013.

## SEAL AND SIGNATURE



| | |
|---|---|
| Signature | N. Langi (l.s.) |

If this document was issued by means of the Electronic Case Management System (ECM), pursuant to the Uniform Civil Procedure Rules (UCPR) 3.7, this document has taken to have been signed if the person's name is printed where his or her signature would otherwise appear.

| | |
|---|---|
| Capacity | Chief Clerk |
| Date | 8 November 2013 |

NL0009052006

Page 1 of 1

# SUPREME COURT OF NSW

# RECORD OF PROCEEDINGS

Date: 06 November 2013                                             Reference no. 2

Coram: Acting Registrar R Kenna

Listing: Directions (Common Law Registrar)

Case Details: **Craig Steven Wright v W & K Info Defense Research LLC 2013/00245661**

Appearance(s): *Wright in person.*

**Listed for hearing on** _____ **at 10am. Estimate of hearing** _____

Please indicate the following listing type/s below:

☐ Directions (Common Law Registrar) at 9am

☐ Argument at 9.30am (Defamation List before Defamation Judge)

☐ Defamation matter - Election for Trial by Jury made by _____
  **Registry to issue an invoice for Requisition for Trial by Jury.**

☐ Directions Common Law at 10am (Duty Judge's list.)

☐ Directions (Possession Judge) at 9.30am.

☐ Directions Professional Negligence Judge at 9am (1st Friday of each month)

☐ Status Review at 9am before Common Law Registrar.

☐ Rule 13.6 letter to be issued. (Notice of listing - No appearance)

**(Please tick below appropriately)**

| | |
|---|---|
| ☐ Jury | ☐ Overseas witness  ☐ Interstate witness  ☐ Country witness |
| ☐ Non-jury | ☐ Not Reached Once |
| ☐ Assessment only | ☐ Not Reached Twice |
| ☐ Liability only | ☐ New Trial Ordered |
| ☐ Interlocutory/Motion | ☐ Expedited |
| ☐ Defamation - s 7A | ☐ Reduced Life Expectancy |
| ☐ Defamation - Final | ☐ Other priority reasons (please specify) *(see Aff in 2013/225983) (/f transferred)* |

**Other orders or directions:** *Orders 1-3 of C/orders*

_____ please turn over ...

## COMMON LAW REGISTRAR'S CASE MANAGEMENT ORDERS

☐ **1.** Make orders to enable Expert evidence to be given concurrently.

☐ **2.** The Plaintiff to file and serve an Evidentiary Statement by _____

☐ **3.** The Defendant/ Defendants to file and serve a Statement of Issues in Dispute within 28 days of receipt of the Plaintiffs Evidentiary Statement.

☐ **4.** Each Defendant to notify the plaintiff within 28 days of receipt of the evidentiary statement of those parts of the statement, which the Defendant requires to be given orally.

☐ **5.** The Plaintiff is to serve on each party within 14 days of the receipt of the Statement of Issues in Dispute a statement identifying those issues, which are agreed and not agreed.

☐ **6.** The Plaintiff is to file and serve a Statement of Damages by _____

☐ **7.** The Defendant/Defendants is/are to file and serve a Statement of Damages by
_____

☐ **8.** Experts in their respective areas of expertise are to confer and provide a report on matters agreed and disagreed setting out the reasons for their disagreement. Such conference is to take place by
_____

☐ **9.** The report from the Experts is to issue by _____

☐ **10.** Pursuant R31.4 UCPR I direct that the Plaintiff is to serve on each active party a written statement or statements of the oral evidence that the Plaintiff or any other witness on the Plaintiff's behalf intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **11.** Pursuant to R31.4 UCPR I direct that the Defendant /Cross Claimant is to serve on each active party a written statement or statements of the oral evidence that the defendant /cross claimant or any other witness on behalf of the Defendant/Cross Claimant intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **12.** I direct that all parties serve, pursuant to R31.4 UCPR statements except for the above statements on each other active party, containing all statements of the oral evidence which the parties intend to adduce in chief on all questions of fact at the hearing on or before _____

☐ **13.** Parties to advise within _____ days of receipt of the witness statements of those parts of the statements they require to be given orally.

☐ **14.** Parties to file and serve a Final Joint Memorandum of Issues in Dispute by _____

☐ **15.** List the matter for a Telephone Conference on _____

7/6/2017                                                JusticeLink Web Application

Listing Details
Heard at: 06/11/2013                          by: Acting Registrar R Kenna;
    Supreme Court Sydney
    Supreme Court - Civil

2013/00245661-001  Acting Registrar R Kenna  Directions (Common Law Registrar)  Craig Steven Wright v W & K Info Defense Research LLC  09:00 AM  5 MINUTES

### View Outcome Text



Date of Listing: 06 Nov 2013 before Acting Registrar R Kenna at Supreme Court - Civil, Supreme Court Sydney

Appearances:
W & K Info Defense Research LLC, Defendant , No Appearance
Wright, Craig Steven, Plaintiff , No Appearance

2013/00245661-001 / Statement of Claim: Craig Steven Wright v W & K Info Defense Research LLC /

BY CONSENT
Orders/Judgment:
1. Judgment in the sum of $28,534,049.79 in favour of the plaintiff.
2. No order as to costs.
3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.
(ID 25837259)