# EXHIBIT 30

30/10 Div
Reg Bradford

FILED

1 9 AUG 2013

Form 35 (version 2)
UCPR 20.34

# ACKNOWLEDGEMENT OF LIQUIDATED CLAIM

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 225983 |

## TITLE OF PROCEEDINGS

Plaintiff      **Craig Steven Wright (ABN 97 481 146 384)**

Defendant      **W&K INFO DEFENSE RESEARCH LLC**

## FILING DETAILS

| | |
|---|---|
| Filed for | Defendant |
| Contact name and telephone | Dr C Wright, 02 8003 7553 |

## ACKNOWLEDGEMENT

1   I am the legal agent and representative for the defendant.

2   I acknowledge the whole of the amount being claimed by the plaintiff.

## SIGNATURE

| | |
|---|---|
| Signature | |
| Capacity | Defendant |
| Date of signature | 19th August 2013 |

2

## FURTHER DETAILS ABOUT FILING PARTY

[Include your contact details if you have not previously given this information to the court. Do not include the contact details for any other parties.]

**Filing party**

| | |
|---|---|
| Name | W&K INFO DEFENSE RESEARCH LLC  51 Cowangarra Rd |
| Address | Bagnoo NSW 2446 |

### Contact details for filing party acting in person or by authorised officer

| | |
|---|---|
| Name of authorised officer | |
| Capacity to act for filing party | Director / Australian Agent |
| Address for service  [The filing party must give an address for service. This must be an address in NSW unless the exceptions listed in UCPR 4.5(3) apply. State "as above" if the filing party's address for service is the same as the filing party's address stated above.] | as above |
| Telephone | 02 8003 7553 |
| Email | craig@integys.com |

NFLD.

51

FILED

19 AUG 2013



CL Reg
20/10

Form 35 (version 2)
UCPR 20.34

# ACKNOWLEDGEMENT OF LIQUIDATED CLAIM

## COURT DETAILS

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 245661 |

## TITLE OF PROCEEDINGS

Plaintiff  **Craig Steven Wright (ABN 97 481 146 384)**

Defendant  **W&K INFO DEFENSE RESEARCH LLC**

## FILING DETAILS

| | |
|---|---|
| Filed for | Defendant |
| Contact name and telephone | Dr C Wright, 02 8003 7553 |

## ACKNOWLEDGEMENT

1. I am the legal agent and representative for the defendant.
2. I acknowledge the whole of the amount being claimed by the plaintiff.

## SIGNATURE

| | |
|---|---|
| Signature | |
| Capacity | Defendant |
| Date of signature | 19th August 2013 |

2

## FURTHER DETAILS ABOUT FILING PARTY

[Include your contact details if you have not previously given this information to the court. Do not include the contact details for any other parties.]

**Filing party**

| | |
|---|---|
| Name | W&K INFO DEFENSE RESEARCH LLC   51 Cowangarra Rd |
| Address | Bagnoo NSW 2446 |

### Contact details for filing party acting in person or by authorised officer

Name of authorised officer

Capacity to act for filing party      Director / Australian Agent

Address for service                   as above
[The filing party must give an address for
service. This must be an address in
NSW unless the exceptions listed in
UCPR 4.5(3) apply. State "as above" if
the filing party's address for service is
the same as the filing party's address
stated above.]

Telephone                             02 8003 7553

Email                                 craig@integys.com

