# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K Info Defense
Research LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## JOINT NOTICE OF SCHEDULING MEDIATION

The parties give notice that they have scheduled a mediation conference with Harry Schafer of Kenny Nachwalter, 1441 Brickell Avenue, Suite 1100, Miami, Florida, at 10 am on June 18, 2019.

| | |
|---|---|
| Dated January 24, 2019 | Respectfully submitted, |
| | |
| Velvel (Devin) Freedman, Esq. | *s/ Andres Rivero* |
| Florida Bar No. 99762 | Andres Rivero, Esq. |
| BOIES SCHILLER FLEXNER LLP | Jorge A. Mestre, Esq. |
| 100 SE Second Street, Suite 2800 | Alan H. Rolnick, Esq. |
| Miami, Florida  33131 | RIVERO MESTRE LLP |
| Telephone:  (305) 539-8400 | 2525 Ponce de Leon Boulevard |
| Facsimile:   (305) 539-1307 | Suite 1000 |
| vfreedman@bsfllp.com | Coral Gables, FL 33134 |
| | 305-445-2500 |
| Kyle W. Roche, Esq. | (305) 445-2505 (fax) |
| *Admitted Pro Hac Vice* | arivero@riveromestre.com |
| BOIES SCHILLER FLEXNER LLP | jmestre@riveromestre.com |
| 333 Main Street | arolnick@riveromestre.com |
| Armonk, NY10504 | receptionist@riveromestre.com |
| Telephone: (914) 749-8200 | |

Facsimile:  (914) 749-8300  *Counsel to Defendant, Craig Wright*
kroche@bsfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Andres Rivero*
Andres Rivero
