UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

vs.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **June 18, 2019**, at **10:00 a.m.** with Harry Schafer at 1441 Brickell Avenue, Suite 1100, Miami, FL 33131. On or before **June 21, 2019**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record