Declaration of
Clint Modesitt
February 13, 2019

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:18-cv80176-BB/BR

IRA KLEIMAN,
as the personal representative of the Estate of David Kleiman,
and W&K Info Defense Research, LLC

v.

CRAIG WRIGHT

1. I am a Director at AlixPartners, LLP (AlixPartners), a global business consulting firm.

2. The facts set forth in this Declaration are based on personal knowledge and the documents provided to me.

3. This Declaration is submitted in the matter *of IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC v. CRAIG WRIGHT* CASE NO.: 9:18-cv80176-BB/BR, to explain critical issues regarding the preservation of data stored on electronic devices.

4. My education and experience fully qualify me to make the statements contained in this Declaration on those issues. I began my digital forensics career in 2001 with the Maricopa County Sheriff's Office in Phoenix, Arizona and since that time have been providing federal, state, local and tribal courts and governments along with companies around the world with digital forensics and related investigative services. I earned a bachelor's degree in Public Safety Administration from Grand Canyon University in Phoenix, Arizona. I hold several digital forensic and technology certifications including Guidance Software's EnCase® Certified Examiner (EnCE), Seized Computer Evidence Recovery Specialist (SCERS) from the Federal Law Enforcement Training Center, Certified Fraud Examiner certification from the Association of Certified Fraud Examiners, and Certified Hacking Investigator from Wetstone Technologies. I am also a Licensed Private Investigator in the State of Texas, where I am based. A copy of my curriculum vitae is provided at the end of this declaration as Attachment 01.

5. I understand that plaintiff Ira Kleiman has formatted and added additional data to electronic devices that are or might prove to be critical evidence in this case.

6. Under the circumstances, a review of any recoverable deleted data would need to begin with acquiring a forensic image of the digital storage media be it a computer hard drive, USB flash drive, or external hard drive. A forensic image is an exact bit-by-bit copy of the data stored on the original media, including all files, folders, unallocated space, and unused disk space. The copy is created in a manner that *does not alter* the original media and provides for later verification by generating an MD5 hash signature or other repeatable signature at the time of creation to ensure that the data has not been altered and can be authenticated as evidence if needed.

7. In most commonly used electronic storage media filing systems, deletion or even reformatting and reuse does not necessarily preclude possible recovery of data previously stored on the device. Collecting a full forensic image of the device would allow for the preservation, search, and recovery of any such data in a nonintrusive, efficient, and cost-effective manner.

8. In most common computer operating systems, like versions of Microsoft Windows, and electronic media file systems, like NTFS, reformatting a drive makes the existing file system structures no longer readable by the operation system. The file system defines where files are stored on the disk. File system structures themselves are sometimes recoverable after reformatting through forensic imaging and interrogation of the imaged data.

9. The continued use of a device after the reformatting of a drive or deletion of a file or files can limit the recovery of data previously deleted, as the use of the drive can overwrite the blocks and sectors storing the deleted data with new data. For these reasons, a forensic examination of the drive image will typically not only seek to uncover deleted files, but also

to identify use history regarding when the files were deleted and any subsequent use leading to further data loss.

10. By searching across a forensic image copy of the media, rather than the original media itself, multiple devices can be searched at once, using faster, more robust, and redundant hardware. More importantly, by searching forensic image copies of the media, rather than the original media itself, the parties avoid the potential for further data loss or corruption, or failure of the original storage device while it runs, under heavy use, for hours or days until the searches are complete.

11. It is for the above reasons that an immediate forensic inspection of the electronic devices at issue is necessary.

Pursuant to 28 U.S.C § 1746(2), I declare under penalty of perjury that my statement here is true and correct.

Dated: February 13, 2019

_____
Clint Modesitt

# Attachment 01
# Clint Modesitt CV

IRA KLEIMAN,
as the personal representative of the Estate of David Kleiman,
and W&K Info Defense Research, LLC
v.
CRAIG WRIGHT
CASE NO.: 9:18-cv80176-BB/BR

Declaration of Clint Modesitt,
AlixPartners
February 13, 2019



CURRICULUM VITAE
OF
CLINT A. MODESITT

| | |
|---|---|
| **POSITION** | Director, AlixPartners, LLP, Houston, Texas |
| **EDUCATION** | B.S. Public Safety Administration, Grand Canyon University |
| **PROFESSIONAL HISTORY** | Mr. Modesitt has more than seventeen years of experience in information technology and as a forensic investigator, manager and trainer. Beginning in 2001, he has continuously provided computer forensic consulting and expert witness services in various litigation matters. Mr. Modesitt has a wide range of experience with information technology infrastructure, forensic acquisition and forensic analysis, including computer tampering, contract disputes, employment matters, network intrusions, intellectual property theft, and fraud. |
| **PROFESSIONAL EXPERIENCE** | Mr. Modesitt has extensive experience providing design and installation of information technology infrastructures and network administration. He has provided technical expertise in criminal and civil investigations. As the Manager of Operations for a global forensics firm, Mr. Modesitt developed policies and procedures, case management, quality control and resource allocation. |
| **RANGE OF EXPERIENCE** | Mr. Modesitt has performed a variety of services related to computer forensics and investigations. A sample of these includes:<br>• Computer forensics investigations<br>• Detection of intellectual property theft<br>• Analysis of a computer user's actions over specific time periods<br>• Recovery of deleted files<br>• Defensible forensic collection of ESI<br>• Filtering and searching for responsive documents and the de-duplication of mass ESI<br>• Client site assessment of ESI, assistance with identification of items potentially responsive to eDiscovery obligations<br>• Extensive experience as testifying experts at Federal, State and local levels<br>• Remote forensic imaging and analysis |

CLINT A. MODESITT
PAGE 2

| | |
|---|---|
| **PROFESSIONAL AFFILIATIONS** | International Association of Computer Investigative Specialists (IACIS)<br>Association of Certified Fraud Examiners (ACFE) |
| **ACCREDITATIONS AND LICENSES** | EnCase® Certified Examiner (EnCE), Guidance Software<br>Seized Computer Evidence Recovery Specialist (SCERS), Federal Law Enforcement Training Center<br>Certified Hacking Investigator, Wetstone Technologies<br>Certified Fraud Examiner, Association of Certified Fraud Examiners<br>Licensed Private Investigator, Computer Forensics, State of Texas |
| **ADDITIONAL TRAINING AND EDUCATION** | Axiom Examination, Magnet Forensics<br>Advanced Incident Response and Digital Forensics, The SANS Institute<br>Association of Certified Fraud Examiners CFE Exam Prep<br>Computer Forensics Investigations – Windows In-Depth, The SANS Institute<br>ASCLD/LAB-International Preparation Course for Testing Labs, ASCLD-LAB<br>File Systems Revealed, X-Ways<br>X-Ways Forensics, X-Ways<br>EnCase NTFS, Guidance Software<br>Hacking Boot camp, Wetstone Technologies<br>Security+ (Comp TIA) / CISSP, Interface Technical Training<br>EnCase Advanced Internet & Email Examinations, Guidance Software<br>Intermediate Computer Forensics, Access Data<br>EnCase Internet & Email Examinations, Guidance Software<br>Seized Computer Evidence Recovery Specialist, Federal Law Enforcement Training Center<br>Basic Data Recovery, International Association of Computer Investigative Specialists<br>Intrusion Techniques and Countermeasures, Computer Security Institute<br>Basic Data Recovery and Analysis, National White Collar Crime Center<br>EnCase Intermediate Computer Forensics, Guidance Software |

| | |
|---|---|
| **EXPERT WITNESS TESTIMONY** | **United States v. Kaleil Isaza Tuzman, et al.,**<br>Case Number: 15 Cr. 536(PGG)<br>Court: U.S. District Court, Southern District of New York<br>Type: Testimony at Hearing<br>Date: 12/06/2017 |

**Document Technologies, Inc., et al. v. West, et al.**
Case Number: 1:17-CV-02405
Court: U.S. District Court, Southern District of New York
Type: Testimony at Trial
Date: 05/31/2017

**Alan K. Smith v. Cognate BioServices, Inc. et al.**
Case Number: 03-c-12-2363
Court: Circuit Court for Baltimore County, Maryland
Type: Deposition
Date: 02/25/2014

**James H. Rock v. Alex W. Rangos and Glen T. Meakem**
Case Number: 08-27634
Court: Court of Common Pleas of Allegheny County, PA
Type: Deposition
Date: 04/28/11

**Bridal Expo, Inc. v. Van Florenstein, Sonja**
Case Number: 200868106
Court: Harris County District Court, 55th District (Texas)
Type: Testimony at Evidentiary Hearing
Date: 12/22/08

**Best Western International, Inc. v. John Doe**
Case Number: CV06-1537-PHX-DGC
Court: United States District Court for the District of Arizona
Type: Deposition
Date: 02/15/08

**United Printing and Mailing Services, LLC v. Angela K. Turner**
Case Number: CV 2005-015531
Court: Maricopa County Superior Court (Arizona)
Type: Testimony at Trial
Date: 07/27/07

CLINT A. MODESITT<br>PAGE 4

**Re: The Marriage of Kay L. Smith (Petitioner) and Mark Batemen Smith (Respondent)**
Case Number: FC 2002-094853
Court:      Maricopa County Superior Court (Arizona)
Type:       Testimony at Trial
Date:       01/30/07

**Tourelle Development, Inc. v. Kathryn Proffitt**
Case Number: CV 2004-091530
Court:      Maricopa County Superior Court (Arizona)
Type:       Deposition
Date:       11/28/06

**National Processing Management Group, Inc, et al. v. Frank Salman, et al.**
Case Number: CV 2005-051003
Court:      Maricopa County Superior Court (Arizona)
Type:       Testimony at Evidentiary Hearing
Date:       11/14/05

**Jean Lee Ann (Tucker) Tabor v. Greg L. Sexton**
Case Number: 49C01-9307-JP-1791
Court:      Marion Circuit Court Paternity Court (Indiana)
Type:       Testimony at Trial
Date:       04/28/05

**Ace Asphalt of Arizona, Inc. v. John T. McCormack**
Case Number: CV 2003-011843
Court:      Maricopa County Superior Court (Arizona)
Type:       Deposition
Date:       10/9/03

**State of Arizona v. Craig Charles Rose**
Case Number: CR 2002-012446
Court:      Maricopa County Superior Court (Arizona)
Type:       Testified at Evidentiary Hearing
Date:       1/17/03