# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB |

## ORDER ON MOTION TO STRIKE AFFIRMATIVE DEFENSES

THIS CAUSE is before the Court on Plaintiffs' Motion to Strike Affirmative Defenses, ECF No. [95] (the "Motion"), filed on February 14, 2019. In the Motion, Plaintiffs move to strike seven of Defendant Craig Wright's ("Defendant") fourteen affirmative defenses to the Second Amended Complaint, ECF No. [87] (the "Answer"). Having carefully reviewed the Motion, all opposing and supporting materials, the record and the applicable law, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** for the reasons set forth in the Motion. Defendant's fifth (release), sixth (payment), seventh (waiver), eighth (estoppel), ninth (unclean hands and illegality), eleventh (lack of personal jurisdiction), and twelfth (res judicata and collateral estoppel) defenses asserted in the Answer are **STRICKEN** with prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2019.

 

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record.