**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Plaintiffs,

v.                                                        **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    Defendant.

_____/

**DR. CRAIG WRIGHT'S MOTION FOR LEAVE TO FILE EXHIBIT**
**REFERENCED IN HIS DISCOVERY MEMORANDUM [D.E. 91]**

Dr. Wright respectfully requests permission to file the attached exhibit, which was referenced in his Discovery Memorandum filed yesterday, February 14, 2019. The attached exhibit is important to ensure that the hearing on February 20, 2019, is as efficient and productive as possible.

1. On February 14, 2019, Dr. Wright filed his Discovery Memorandum in advance of the upcoming discovery hearing scheduled for February 20, 2019.

2. In his Discovery Memorandum, Dr. Wright referenced the two issues left for resolution with this Court's assistance with regard to the Confidentiality Order. [D.E. 91, p. 4]

3. Dr. Wright seeks permission to file as Exhibit G to his Discovery Memorandum the last e-mail between counsel on this issue as well as the draft of the Confidentiality Order attached to that e-mail.

4. This is particularly important, because at 11:04 p.m. last night, plaintiffs filed their Response to Dr. Wright's Discovery Memorandum [D.E. 97] and attached as Exhibit 2 to

that filing a draft of a confidentiality order that was *not* previously provided to Dr. Wright or his counsel.

5. Permitting the filing of the proposed attached exhibit will provide the Court with an accurate record of where the parties stood after their last meet and confer before requesting the instant discovery conference and does not prejudice plaintiffs in any way since it is an email and attachment their counsel sent and was referenced in Dr. Wright's Discovery Memorandum.

6. For the forgoing reasons, Dr. Wright respectfully requests that the Court allow him to file the attached exhibit as Exhibit G to his Discovery Memorandum.

    Respectfully submitted,

    RIVERO MESTRE LLP
    *Attorneys for Dr. Craig Wright*
    2525 Ponce de Leon Boulevard, Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
    Email: jmestre@riveromestre.com
    Email: arolnick@riveromestre.com
    Email: receptionist@riveromestre.com

    By: s/ Andres Rivero
    ANDRES RIVERO
    Florida Bar No. 613819
    AMANDA MCGOVERN
    Florida Bar No. 964263
    ZAHARAH R. MARKOE
    Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on February 15, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

    /s/Andres Rivero
    ANDRES RIVERO