## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      Plaintiffs,

v.                                                                    **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      Defendant.

_____/

### DR. CRAIG WRIGHT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT REFERENCED IN HIS DISCOVERY MEMORANDUM [D.E. 93]

Dr. Wright respectfully submits this unopposed motion for leave to file the attached exhibit, which was referenced in his Discovery Memorandum filed Thursday, February 14, 2019. The attached exhibit is important to ensure that the hearing on February 20, 2019, is as efficient and productive as possible.

1.      On February 14, 2019, Dr. Wright filed his Discovery Memorandum in advance of the upcoming discovery hearing scheduled for February 20, 2019.

2.      In his Discovery Memorandum, Dr. Wright referenced the two issues left for resolution with this Court's assistance with regard to the Confidentiality Order. (Discovery Memorandum at p. 4)

3.      Dr. Wright seeks permission to file as Exhibit G to his Discovery Memorandum the last e-mail between counsel on this issue as well as the draft of the Confidentiality Order attached to that e-mail.

4.      This is particularly important, because at 11:04 p.m. on February 13, 2019, plaintiffs filed their Response to Dr. Wright's Discovery Memorandum [D.E. 97] and attached as

Exhibit 2 to that filing a draft of a confidentiality order that was ***not*** previously provided to Dr. Wright or his counsel.

5.      Permitting the filing of the proposed attached exhibit will provide the Court with an accurate record of where the parties stood after their last meet and confer before requesting the instant discovery conference and does not prejudice plaintiffs in any way since it is an email and attachment their counsel sent and was referenced in Dr. Wright's Discovery Memorandum.

6.      For the forgoing reasons, Dr. Wright respectfully requests that the Court allow him to file the attached exhibit as Exhibit G to his Discovery Memorandum.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with Plaintiffs. Plaintiffs do not oppose the relief sought herein.

February 19, 2019                            Respectfully submitted,

                                             RIVERO MESTRE LLP
                                             *Attorneys for Dr. Craig Wright*
                                             2525 Ponce de Leon Boulevard, Suite 1000
                                             Miami, Florida 33134
                                             Telephone: (305) 445-2500
                                             Fax: (305) 445-2505
                                             Email: arivero@riveromestre.com
                                             Email: amcgovern@riveromestre.com
                                             Email: zmarkoe@riveromestre.com
                                             Email: receptionist@riveromestre.com

                                             By: s/ Andres Rivero
                                             ANDRES RIVERO
                                             Florida Bar No. 613819
                                             AMANDA MCGOVERN
                                             Florida Bar No. 964263
                                             ZAHARAH R. MARKOE
                                             Florida Bar No. 504734

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 19, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

<u>/s/Andres Rivero</u>
ANDRES RIVERO