UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    *Plaintiffs,*

v.

CRAIG WRIGHT

    *Defendant.*

CASE NO.: 9:18-cv-80176-BB/BR

**PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO EXCEED THE PAGE LIMITS**

The Court's Standing Discovery Order (ECF No. [102]) requires the parties' joint discovery memorandum to be filed at least 48 hours prior to the scheduled hearing and to be no longer than 5 pages. The parties have a hearing scheduled at 4:00 PM on March 14, 2019, which requires the memorandum be filed by 4:00pm today.

Unfortunately, this week counsel for Plaintiffs experienced an unexpected death in the family, needed to attend the funeral, observe the Jewish mourning period (*shiva*), and fell ill. For these reasons, Plaintiffs respectfully request leave to file the joint discovery memorandum not later than 24 hours prior to the scheduled hearing, *i.e.,* before 4:00pm on March 13, 2019. Defendant does not oppose this request.

Plaintiffs also seek leave to exceed the page limits by not more than an additional five (5) pages. This extension is warranted because this case is complex, under tight discovery deadlines, and Plaintiff has numerous smaller issues that require the Court's resolution. For example, the imposition of a date certain for the Defendant to produce copies of Dave Kleiman's emails.

Inclusion of these smaller housekeeping like matters would significantly save the parties' and the Court's time by resolving them at an already scheduled hearing without needing to schedule a separate hearing for these minor matters. For this reason, Plaintiffs request permission for the parties to file a joint memorandum not to exceed ten (10) pages; but will, of course, endeavor to file as little pages as possible. Defendant does not oppose a filing of eight (8) pages, but does oppose a filing of ten (10) pages.

WHEREFORE, Plaintiffs respectfully request this Court grant their motion for extension of time and for leave to exceed the page limits.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with counsel for Defendant, who does not oppose the extension of time or the request to exceed the page limits up to eight (8) pages, but opposes Plaintiffs request for ten (10) pages.

Dated: March 12, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
