# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    Plaintiffs,

v.

CRAIG WRIGHT

    Defendant.

CASE NO.:  9:18-cv-80176-BB/BR

## ORDER GRANTING PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Plaintiffs' Partially Opposed Motion for Extension of Time and for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Parties shall file the joint discovery memorandum on or before 4:00 PM on March 13, 2019, which shall not exceed 10 pages.

**DONE AND ORDERED** in chambers on this ___ day of March, 2019.

 

_____
Judge Bruce Reinhart
United States Magistrate Judge

Copies furnished: All counsel of record