UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>    *Defendant.* | CASE NO.:  9:18-cv-80176-BB/BR |

**JOINT MOTION TO CONTINUE THE DISCOVERY HEARING SET FOR
MARCH 21 TO MARCH 25 OR 26**

The parties jointly move to continue the discovery hearing set for March 21, 2019. Unfortunately, when the Court asked counsel about their availability this past Thursday, none had calendared that March 21, 2019 is the Jewish holiday of *Purim*. Counsel for both parties observe this holiday.

WHEREFORE, if it would not be a great inconvenience to the Court, the parties respectfully request the discovery hearing be continued to the afternoon of either Monday, March 25, 2019 or Tuesday, March 26, 2019.

**S.D. FLA. L.R. 7.1 CERTIFICATION**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for both parties conferred on this motion and are both requesting the Court enter the relief requested herein.

Respectfully submitted,

| | |
|---|---|
| *Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.* | *Attorneys for Dr. Craig Wright*<br><br>RIVERO MESTRE LLP<br>2525 Ponce de Leon Boulevard, Suite 1000<br>Miami, Florida 33134 |

| | |
|---|---|
| s/ *Velvel (Devin) Freedman* <br> Velvel (Devin) Freedman, Esq. <br> BOIES SCHILLER FLEXNER LLP <br> 100 SE Second Street, Suite 2800 <br> Miami, Florida 33131 <br> Telephone: (305) 539-8400 <br> Facsimile: (305) 539-1307 <br> vfreedman@bsfllp.com <br><br> Kyle W. Roche, Esq. <br> Admitted Pro Hac Vice <br> BOIES SCHILLER FLEXNER LLP <br> 333 Main Street <br> Armonk, NY 10504 <br> Telephone: (914) 749-8200 <br> Facsimile: (914) 749-8300 <br> kroche@bsfllp.com | Telephone: (305) 445-2500 <br> Fax: (305) 445-2505 <br> Email: arivero@riveromestre.com <br> Email: amcgovern@riveromestre.com <br> Email: zmarkoe@riveromestre.com <br> Email: receptionist@riveromestre.com <br><br> By: s/ *Zaharah Markoe* <br> ANDRES RIVERO <br> Florida Bar No. 613819 <br> AMANDA MCGOVERN <br> Florida Bar No. 964263 <br> ZAHARAH MARKOE <br> Florida Bar No. 504734 |

## CERTIFICATE OF SERVICE

I certify that on March 15, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                                               */s/ Velvel (Devin) Freedman* <br>
                                                                               Velvel (Devin) Freedman