# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>        Defendant. | CASE NO.:  9:18-cv-80176-BB/BR |

### ORDER GRANTING JOINT MOTION TO CONTINUE THE DISCOVERY HEARING SET FOR MARCH 21 TO MARCH 25 OR 26

THIS CAUSE is before the Court on the parties Joint Motion to Continue the Discovery Hearing Set for March 21 to March 25 or 26.  The Court has reviewed the Motion, and being fully advised on the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Discovery hearing is now set for March _____, 2019.

**DONE AND ORDERED** in chambers on this ___ day of March, 2019.

_____
Judge Bruce Reinhart
United States Magistrate Judge

Copies furnished: All counsel of record