UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER REFERRING MOTION TO MAGISTRATE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On February 14, 2019, Plaintiffs Ira Kleiman and W&K Info Defense Research, LLC filed a Motion to Strike Affirmative Defenses, ECF No. [95] (the "Motion"). Pursuant to 28 U.S.C. § 636 and the Local Rules of this Court, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [95]**, is **REFERRED** to United States Magistrate Judge Bruce E. Reinhart for a Report and Recommendation or Order as is appropriate.

**DONE AND ORDERED** in Miami, Florida, this 21st day of March, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record