## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

### JOINT MOTION TO EXCEED THE PAGE LIMITS

The Court's Standing Discovery Order (ECF No. [102]) requires the parties' joint discovery memorandum to be no longer than 5 pages.

The Parties seek leave to exceed the page limits by not more than an additional five (5) pages. This extension is warranted because this case is complex, under tight discovery deadlines, and the Parties have numerous smaller issues that require the Court's resolution. Inclusion of these smaller housekeeping like matters would significantly save the Parties' and the Court's time by resolving them at an already scheduled hearing without needing to schedule a separate hearing for these minor matters. For this reason, the Parties jointly request permission to file a joint memorandum not to exceed ten (10) pages; but will, of course, endeavor to file as little pages as possible.

WHEREFORE, the Parties respectfully request this Court grant their motion for leave to exceed the page limits.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for the parties conferred and jointly request the Court enter the relief requested

Respectfully submitted,

| | |
|---|---|
| *Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.* | *Attorneys for Dr. Craig Wright* |
| | RIVERO MESTRE LLP |
| | 2525 Ponce de Leon Boulevard, Suite 1000 |
| s/ *Velvel (Devin) Freedman* | Miami, Florida 33134 |
| Velvel (Devin) Freedman, Esq. | Telephone: (305) 445-2500 |
| BOIES SCHILLER FLEXNER LLP | Fax: (305) 445-2505 |
| 100 SE Second Street, Suite 2800 | Email: arivero@riveromestre.com |
| Miami, Florida 33131 | Email: amcgovern@riveromestre.com |
| Telephone: (305) 539-8400 | Email: zmarkoe@riveromestre.com |
| Facsimile: (305) 539-1307 | Email: receptionist@riveromestre.com |
| vfreedman@bsfllp.com | |
| | By: s/ *Zaharah Markoe* |
| Kyle W. Roche, Esq. | ANDRES RIVERO |
| Admitted Pro Hac Vice | Florida Bar No. 613819 |
| BOIES SCHILLER FLEXNER LLP | AMANDA MCGOVERN |
| 333 Main Street | Florida Bar No. 964263 |
| Armonk, NY 10504 | ZAHARAH MARKOE |
| Telephone: (914) 749-8200 | Florida Bar No. 504734 |
| Facsimile: (914) 749-8300 | |
| kroche@bsfllp.com | |

## CERTIFICATE OF SERVICE

I certify that on March 22, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman