# Exhibit A

**Bryan Paschal**

| | |
|---|---|
| **From:** | Amanda McGovern |
| **Sent:** | Wednesday, March 20, 2019 3:38 PM |
| **To:** | Kyle Roche; Velvel (Devin) Freedman |
| **Cc:** | Andres Rivero; Zaharah Markoe; Bryan Paschal |
| **Subject:** | RE: Three discovery issues |

Kyle,

You have now made clear that plaintiffs have not produced a single document from Dave Kleiman. We request that you prioritize that in your production. In addition, please tell us the search terms plaintiffs used to search Ira Kleiman's emails for the first production and the search terms that will be used for Dave Kleiman's documents.

We are equally concerned that you did not believe it urgent to provide us with a complete list of search terms as plaintiffs have expressed significant concern over the speed with which documents are being produced. We ask that you reconsider your intention to wait until the end of the week to provide us with the search terms.

Best,
Amanda

**From:** Kyle Roche <kroche@bsfllp.com>
**Sent:** Wednesday, March 20, 2019 2:15 PM
**To:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel (Devin) Freedman <vfreedman@bsfllp.com>
**Cc:** Andres Rivero <arivero@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; Bryan Paschal <bpaschal@riveromestre.com>
**Subject:** RE: Three discovery issues

Amanda,

Please see responses below in red:

Best,

**Kyle Roche**
Associate

BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
(t) +1 914-749-8324
(m) +1 716-348-6003
kroche@bsfllp.com
www.bsfllp.com

**From:** Amanda McGovern [mailto:amcgovern@riveromestre.com]
**Sent:** Wednesday, March 20, 2019 12:30 PM
**To:** Velvel (Devin) Freedman; Kyle Roche

1

**Cc:** Andres Rivero; Zaharah Markoe; Bryan Paschal
**Subject:** Three discovery issues

Vel,

We are writing to inquire on the following three points of concern:

1) Plaintiffs have not produced a single document from Dave Kleiman;

Plaintiffs produced an initial tranche of over 1,000 documents by running our own searches on Ira's collection of emails. We are now currently reviewing ALL documents responsive to the search terms requested in the email Zalman sent at 4:27 on March 13. This review set spans (1) Ira's emails; (2) Dave's emails; (3) Ira's hard drives; and (4) Dave's hard drives. We plan to produce more documents this Friday responsive to these terms and will continue to produce documents as they are reviewed every Friday going forward. To the extent you would like certain types of documents prioritized, we are happy to work with you to come up with an agreeable solution.

2) Plaintiffs have not identified the documents that were produced by Ira Kleiman in response to the subpoena (were they part of another production or did we just miss the separate one?); and

As articulated above, Plaintiffs are reviewing both Dave and Ira's documents as part of the same review process and will produce documents based on the search terms agreed upon between the parties. I believe your team is already aware of this because, during yesterday's discussion of Defendant's proposed search terms, Zalman and I discussed the potential to break down particular search terms between the two custodians in order to identify the documents you care about most. To the extent you think there are additional search terms responsive to the subpoena you served on Ira, we are happy to discuss those as well.

3) We have asked you since March 8 for search terms related to your 2d RFP. While we believe that the search terms that we provided you cover this, we want to ensure that things move along, and therefore, need all search terms you would like run related to all RFPs you have sent. Your insistence on going RFP by RFP and then your failure to provide search terms related to all outstanding RFPs could cause unnecessary delay.

Given that the Court has not finally resolved the scope of our Second RFPs (and plans to rule on some of those RFPs next week) we had planned on waiting until after we heard all of the Court's initial rulings on those disputed RFPs. I will note that the hit results on both parties search terms have provided more than enough documents for both sides to begin producing. Accordingly we did not think it was urgent to provide our search terms. However, given your request, we will provide you with search terms for the settled Second RFPs by end of week and we will serve a supplemental set once we have resolution of those issues from the Court.

Please address these points by COB tomorrow.

Best,
Amanda

Amanda M. McGovern
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505 | (C) 305-582-4244
amcgovern@riveromestre.com
www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and

then immediately delete this message.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]