# Exhibit D

[CONFIDENTIAL DOCUMENT. COPY TO BE BROUGHT TO HEARING]