# Exhibit E

## Velvel (Devin) Freedman

| | |
|---|---|
| **From:** | Amanda McGovern <amcgovern@riveromestre.com> |
| **Sent:** | Wednesday, March 20, 2019 4:04 PM |
| **To:** | Velvel (Devin) Freedman; Kyle Roche |
| **Cc:** | Andres Rivero; Zaharah Markoe; Bryan Paschal |
| **Subject:** | RE: ESI Cooperation |

Vel,

In response to your below inquiries, we will send to you today our ESI Disclosure, which answers some of those questions. It is our position that the remaining questions are covered by (i) the preliminary deposition of Dr. Craig Wright (see your Topic 1), and (ii) the fact that most documents that would be produced by attorneys would be duplicative. To the extent there are other sources of documents that you reference below, we are investigating whether Dr. Wright even has the legal right to those documents. For example, Dr. Wright does not have the legal right to documents from companies that have been liquidated. Nor does Dr. Wright have control over former employees of his own or of any of the companies that he was associated with. Once we have additional information about Dr. Wright's legal right to additional sources of data, we will inform you.

Best,
Amanda

**From:** Velvel (Devin) Freedman <vfreedman@bsfllp.com>
**Sent:** Friday, March 15, 2019 1:02 PM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>
**Cc:** Kyle Roche <kroche@bsfllp.com>; Maxwell Pritt <mpritt@bsfllp.com>; William T Dzurilla <wdzurilla@bsfllp.com>; Robert Keefe <rkeefe@bsfllp.com>
**Subject:** RE: ESI Cooperation

Please see below pursuant to our ongoing meet and confer.

**Velvel (Devin) Freedman**
Counsel

## BOIES SCHILLER FLEXNER LLP

100 SE 2ND Street Suite 2800
Miami, FL 33131
(t) +1 305 357 8438
(m) +1 305 753 3675
vfreedman@bsfllp.com
www.bsfllp.com

**From:** Velvel (Devin) Freedman
**Sent:** Tuesday, March 12, 2019 4:44 PM
**To:** 'Zaharah Markoe'; Amanda McGovern; Zalman Kass; Andres Rivero
**Cc:** Kyle Roche; Maxwell Pritt; William T Dzurilla; Robert Keefe (RKeefe@BSFLLP.COM)
**Subject:** ESI Cooperation

Zaharah,

In a continuing effort to cooperate on discovery, and get any disputes out of the way quickly, we'd like to have an understanding of the ESI you are collecting.

(1) A significant amount of relevant discovery in this case involves email accounts. To that end, can you please confirm that Rivero Mestre has collected full copies of all Dr. Wright's email accounts and will be running search terms against them? Please also provide us with a full list of all email accounts you have collected?

(2) Please confirm that you've collected ESI from Dr. Wright's Australian attorneys, accountants, employees, and other agents in Australia? If you have not, please let us know if you intend to do so, and when you will do so?

(3) Please provide us with a list of Australian companies whose ESI you've collected? If you have not, please let us know if you intend to do so, and when you will do so?

(4) Finally, if it's your position that you don't need to collect ESI from any of the people or companies listed in Dr. Wright's sworn declaration at ECF No. 33-3, please provide the persons/entities you will not be collecting from and provide the reason why you don't believe you need to collect from them.

We'd request you get us this information by the end of the week. Let me know if you can meet that proposed deadline?

Thanks,
-Vel
**Velvel (Devin) Freedman**
Counsel

**BOIES SCHILLER FLEXNER LLP**
100 SE 2ND Street Suite 2800
Miami, FL 33131
(t) +1 305 357 8438
(m) +1 305 753 3675
vfreedman@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]