# Exhibit F

| "Dave &" Searches | Doc hits | Family hits | Unique hits |
|---|---|---|---|
| Dav* AND bit* | 9,173 | 24,372 | 1,213 |
| Dav* AND sato* | 394 | 1,423 | 1 |
| Dav* AND naka* | 348 | 1,472 | 2 |
| Dav* AND share* | 10,729 | 29,615 | 1,422 |
| Dav* AND direct* | 16,727 | 43,799 | 2,765 |
| Dav* AND offic* | 13,885 | 38,755 | 2,010 |
| Dav* AND join* | 5,445 | 15,893 | 239 |
| Dav* AND LLC | 2,387 | 10,161 | 223 |
| Dav* AND compan* | 12,033 | 34,334 | 879 |
| Dav* AND corp* | 7,877 | 27,200 | 358 |
| Dav* AND business* | 11,220 | 32,952 | 672 |
| Dav* AND venture | 809 | 4,535 | 15 |
| **"Trust &" Searches** | **Doc hits** | **Family hits** | **Unique hits** |
| Trust AND naka* | 187 | 1,003 | 11 |
| Trust AND sato* | 464 | 1,866 | 131 |
| Trust AND (info* /5 defense) | 2,209 | 7,975 | 3 |
| Trust AND (info /5 defence) | 59 | 386 | - |
| **"Uyen Nguyen" Searches** | **Doc hits** | **Family hits** | **Unique hits** |
| (Uyen or Nguyen or UN or UTN or thuc or ("Ut /3 Ng")) AND sato* | 352 | 1,090 | 18 |
| (Uyen or Nguyen or UN or UTN or thuc or ("Ut /3 Ng")) AND naka* | 266 | 584 | 40 |
| (Uyen or Nguyen or UN or UTN or thuc or ("Ut /3 Ng")) AND (info* /5 defense) | 947 | 3,316 | 2 |
| (Uyen or Nguyen or UN or UTN or thuc or ("Ut /3 Ng")) AND (info* /5 defence) | 105 | 423 | 3 |
| **"Design by Human" Searches** | **Doc hits** | **Family hits** | **Unique hits** |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND bit* | 1,032 | 3,649 | 2 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND wallet* | 325 | 1,375 | - |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND money | 788 | 3,178 | - |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND own* | 1,095 | 3,658 | 9 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND diss* | 682 | 2,405 | 1 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND Uyen | 371 | 1,733 | 9 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND Nguyen | 299 | 1,482 | - |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND trust | 918 | 3,081 | 3 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND creat* | 1,160 | 4,424 | 34 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND form | 1,014 | 4,058 | 31 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND incorp* | 672 | 2,568 | 38 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND aqui* | 124 | 138 | - |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND loan* | 591 | 2,012 | 4 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND spen* | 683 | 1,935 | 3 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND hold* | 1,064 | 3,417 | 7 |
| ((Des* w/3 Hum*) or DBH or 08248988)) AND crypt* | 415 | 1,672 | 2 |
| **Location Searches** | **Doc hits** | **Family hits** | **Unique hits** |
| Florida | 2,945 | 10,078 | 1,121 |
| FL | 10,204 | 31,727 | 3,218 |
| Panama | 1,458 | 8,100 | 426 |