# Exhibit G

| Date Range: 1/1/2006 -- 3/14/2018 | | | | |
|---|---|---|---|---|
| Total Document Searched | | 1,392,388 | | |
| Total Document Hits | | 87,541 | | |
| Total Document Hits Including Families | | 152,277 | | |
| | | | | |
| Original Term | Adjusted Term Syntax Searched | Documents | Hits with Famili | Unique hits |
| Dav* AND bit* | Dav* AND bit* | 9,173 | 24,372 | 1,213 |
| Dav* AND sato* | Dav* AND sato* | 394 | 1,423 | 1 |
| Dav* AND naka* | Dav* AND naka* | 348 | 1,472 | 2 |
| Dav* AND share* | Dav* AND share* | 10,729 | 29,615 | 1,422 |
| Dav* AND direct* | Dav* AND direct* | 16,727 | 43,799 | 2,765 |
| Dav* AND offic* | Dav* AND offic* | 13,885 | 38,755 | 2,010 |
| Dav* AND join* | Dav* AND join* | 5,445 | 15,893 | 239 |
| Dav* AND LLC | Dav* AND LLC | 2,387 | 10,161 | 223 |
| Dav* AND compan* | Dav* AND compan* | 12,033 | 34,334 | 879 |
| Dav* AND corp* | Dav* AND corp* | 7,877 | 27,200 | 358 |
| Dav* AND business* | Dav* AND business* | 11,220 | 32,952 | 672 |
| Dav* AND join* | Dav* AND join* (DUPLICATE TERM) | NA | NA | NA |
| Dav* AND venture | Dav* AND venture | 809 | 4,535 | 15 |
| Trust AND naka* | Trust AND naka* | 187 | 1,003 | 11 |
| Trust AND sato* | Trust AND sato* | 464 | 1,866 | 131 |
| Trust AND (info* /5 defense) | Trust AND (info* w/5 defense) | 2,209 | 7,975 | 3 |
| Trust AND (info /5 defence) | Trust AND (info w/5 defence) | 59 | 386 | - |
| Uyen or Nguyen or UN or UTN or thuc or … | (Uyen or Nguyen or UN or UTN or thuc … | 352 | 1,090 | 18 |
| Uyen or Nguyen or UN or UTN or thuc or … | (Uyen or Nguyen or UN or UTN or thuc … | 266 | 584 | 40 |
| Uyen or Nguyen or UN or UTN or thuc or … | (Uyen or Nguyen or UN or UTN or thuc … | 947 | 3,316 | 2 |
| Uyen or Nguyen or UN or UTN or thuc or … | (Uyen or Nguyen or UN or UTN or thuc … | 105 | 423 | 3 |
| ((Des* w/5 num*) or DBH or 08248988)) | ((Des* w/5 num*) or DBH or … | 1,032 | 3,649 | 2 |
| ((Des* w/5 num*) or DBH or 08248988)) | ((Des* w/5 num*) or DBH or … | 325 | 1,375 | - |
| ((Des* w/5 num*) or DBH or 08248988)) | ((Des* w/5 num*) or DBH or … | 788 | 3,178 | - |
| ((Des* w/5 num*) or DBH or 08248988)) | ((Des* w/5 num*) or DBH or … | 1,095 | 3,658 | 9 |
| ((Des* w/5 num*) or DBH or 08248988)) | ((Des* w/5 num*) or DBH or … | 682 | 2,405 | 1 |
| ((Des* w/5 num*) or DBH or 08248988)) AND Uyen | ((Des* w/5 num*) or DBH or 08248988) AND Uyen | 371 | 1,733 | 9 |

| | | | | |
|---|---|---|---|---|
| ((Des* w/3 Hum*) or DBIT or 08248988)) | ((Des* w/3 Hum*) or DBIT or 08248988)) | 299 | 1,482 | - |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND N* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND N* | 918 | 3,081 | 3 |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND c* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND c* | 1,160 | 4,424 | 34 |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND f* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND f* | 1,014 | 4,058 | 31 |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND i* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND i* | 672 | 2,568 | 38 |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND wi* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND wi* | 124 | 138 | - |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND l* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND l* | 591 | 2,012 | 4 |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND s* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND s* | 683 | 1,935 | 3 |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND hold* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND hold* | 1,064 | 3,417 | 7 |
| ((Des* w/3 Hum*) or DBIT or 08248988)) AND crypt* | ((Des* w/3 Hum*) or DBIT or 08248988)) AND crypt* | 415 | 1,672 | 2 |
| Info* /4 defense | Info* w/4 defense | 57,099 | 95,061 | 118 |
| Info* /4 defence | Info* w/4 defence | 530 | 2,574 | - |
| Info* /4 defense BUT NOT "information defense pty limited" | (info* w/4 defense) AND NOT ("information defense pty limited") | 56,952 | 94,857 | - |
| Info* /4 defence BUT NOT "information defence pty limited" | (info* w/4 defence) AND NOT ("information defence pty limited") | 529 | 2,572 | - |
| "Wright Family Trust" AND incorp* | "Wright Family Trust" AND incorp* | 468 | 1,608 | 111 |
| Wright Family Trust AND dissolve* | "Wright Family Trust" AND dissolve* | 16 | 56 | - |
| Wright Family Trust AND dissolution | "Wright Family Trust" AND dissolution | 34 | 189 | - |
| Wright Family Trust AND bitcoin* | "Wright Family Trust" AND bitcoin* | 825 | 3,403 | 27 |
| Wright Family Trust AND crypto* | "Wright Family Trust" AND crypto* | 171 | 826 | - |
| Wright Family Trust AND blockchain | "Wright Family Trust" AND blockchain | 228 | 1,312 | 2 |
| DeMorgan AND incrop* | DeMorgan AND incrop* | - | - | - |
| DeMorgan AND dissolve* | DeMorgan AND dissolve* | 56 | 263 | 23 |
| DeMorgan AND dissolution | DeMorgan AND dissolution | 47 | 212 | 2 |
| DeMorgan AND bitcoin* | DeMorgan AND bitcoin* | 2,085 | 5,780 | 713 |
| DeMorgan AND crypto* | DeMorgan AND crypto* | 692 | 3,087 | 133 |
| DeMorgan AND blockchain | DeMorgan AND blockchain | 615 | 2,574 | 63 |