# Exhibit H

**Bryan Paschal**

| | |
|---|---|
| **From:** | Zaharah Markoe |
| **Sent:** | Wednesday, March 20, 2019 6:39 PM |
| **To:** | 'Velvel (Devin) Freedman'; Kyle Roche |
| **Cc:** | Amanda McGovern; Zalman Kass; Raquel Sanchez |
| **Subject:** | Kleiman v. Wright - Ps 2d RFPs No. 36,37,40, 41, and 45 and Pre-nups and post-nups |
| **Attachments:** | 20190320_Search Terms for Plaintiffs.xlsx |

Vel and Kyle,

As requested, we ran your search terms for your Second RFP Nos. 36, 37, 40, 41, and 45 across our processed data. The first tab are the search results across all processed ESI. The second tab are the search results run against the search terms that we have not objected to using the Dave w/250 search terms (and also using only the public address terms with the expander at the end); this will show you the additional amount of documents those terms would result in. The third tabs are the search terms run against the same terms as tab 2, except using the Dave AND search terms. The last tab are the search results run against the non-responsive hardcopy documents. Please let me know if you have any questions.

In addition, Dr. Wright has no pre-nups or post-nups.

Best,

Zaharah


**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.