# Bryan Paschal

| | |
|---|---|
| **From:** | Velvel (Devin) Freedman <vfreedman@bsfllp.com> |
| **Sent:** | Wednesday, March 27, 2019 8:46 PM |
| **To:** | Bryan Paschal; Kyle Roche |
| **Cc:** | Amanda McGovern; Andres Rivero; Zalman Kass; Zaharah Markoe; William T Dzurilla; Maxwell Pritt |
| **Subject:** | RE: Kleiman v. Wright |

Bryan,

Before we schedule these depositions, I want to confirm two things:

(1) Defendant will not object to us deposing these witnesses again if necessary?
(2) Defendant agrees it will not seek another deposition of these witnesses after documents production. It's our position that if Defendant wants to depose early and before document production has been completed, he does so at his own risk – and will not come back later to re-depose a witness based on documents produced after the deposition dates.

Please confirm these two points, and we'll get you some dates. What is the general timeframe you were seeking to depose them? As early as possible?

Thanks,
-Vel

**Velvel (Devin) Freedman**
Counsel

**BOIES SCHILLER FLEXNER LLP**
100 SE 2ND Street Suite 2800
Miami, FL 33131
(t) +1 305 357 8438
(m) +1 305 753 3675
vfreedman@bsfllp.com
www.bsfllp.com

---

**From:** Bryan Paschal [mailto:bpaschal@riveromestre.com]
**Sent:** Wednesday, March 27, 2019 9:35 AM
**To:** Velvel (Devin) Freedman; Kyle Roche
**Cc:** Amanda McGovern; Andres Rivero; Zalman Kass; Zaharah Markoe; William T Dzurilla; Maxwell Pritt
**Subject:** RE: Kleiman v. Wright

I'm asking you first so that whatever date I put on the subpoena works for the parties. The original date that we set didn't work for you.

---

**From:** Velvel (Devin) Freedman <vfreedman@bsfllp.com>
**Sent:** Wednesday, March 27, 2019 9:26 AM
**To:** Bryan Paschal <bpaschal@riveromestre.com>; Kyle Roche <kroche@bsfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; William T Dzurilla <wdzurilla@bsfllp.com>; Maxwell Pritt <mpritt@bsfllp.com>
**Subject:** RE: Kleiman v. Wright

I will speak with Ju and revert. Have you asked Joe Carp for a list of dates he's available?

**Velvel (Devin) Freedman**
Counsel
BOIES SCHILLER FLEXNER
100 SE 2nd Street, Suite 2800
Miami, FL 33131
(t) (305) 357 8438
(m) (305) 753 3675
vfreedman@bsfllp.com
www.bsfllp.com

On March 27, 2019 at 9:21:23 AM EDT, Bryan Paschal <bpaschal@riveromestre.com> wrote:

Vel,

Following up with my request on Monday, please provide us with dates that you are available for Ju Kleiman and Joseph Karp's depositions.

Bryan

**From:** Bryan Paschal
**Sent:** Monday, March 25, 2019 10:58 AM
**To:** 'Velvel (Devin) Freedman' <vfreedman@bsfllp.com>; Kyle Roche <kroche@bsfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; William T Dzurilla <wdzurilla@bsfllp.com>; Maxwell Pritt <mpritt@bsfllp.com>
**Subject:** RE: Kleiman v. Wright

Vel,

Can you provide us with new dates for Ju Kleiman and Joseph Karp's depositions?

Bryan

**From:** Velvel (Devin) Freedman <vfreedman@bsfllp.com>
**Sent:** Tuesday, March 19, 2019 8:02 PM
**To:** Bryan Paschal <bpaschal@riveromestre.com>; Kyle Roche <kroche@bsfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; William T Dzurilla <wdzurilla@bsfllp.com>; Maxwell Pritt <mpritt@bsfllp.com>
**Subject:** RE: Kleiman v. Wright

Bryan,

We will accept service of process for Ju Kleiman and request you coordinate her deposition date through us.

1. 4/29 and 4/30 do not work for me.
2. 5/1 and 5/2 work

I appreciate the agreement in re Ira's deposition.

Thanks,
-Vel

**Velvel (Devin) Freedman**
Counsel

**BOIES SCHILLER FLEXNER** LLP
100 SE 2ND Street Suite 2800
Miami, FL 33131
(t) +1 305 357 8438
(m) +1 305 753 3675
vfreedman@bsfllp.com
www.bsfllp.com

---

**From:** Bryan Paschal [mailto:bpaschal@riveromestre.com]
**Sent:** Tuesday, March 19, 2019 4:39 PM
**To:** Kyle Roche; Velvel (Devin) Freedman
**Cc:** Amanda McGovern; Andres Rivero; Zalman Kass; Zaharah Markoe
**Subject:** Kleiman v. Wright

Kyle and Vel,

Attached is our notice of issuing subpoenas to Ju Kleiman, Patrick Paige, Carter Conrad, and Joseph Karp. We have not yet served the subpoenas, so please let us know if the deposition dates work for you (scheduled for the week of April 29-May 2). Also, please confirm whether you will accept service on behalf of Ju Kleiman.

Separately, we can have Ira's initial deposition (April 8) at your Miami office. We will circulate an amended notice.

Sincerely,

**Bryan L. Paschal**
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(T) 305.445.2500 | (F) 305.445.2505
Bpaschal@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]