**Bryan Paschal**

| | |
|---|---|
| **From:** | Bryan Paschal |
| **Sent:** | Wednesday, March 27, 2019 9:33 AM |
| **To:** | 'Velvel (Devin) Freedman'; Kyle Roche; Zaharah Markoe |
| **Cc:** | Andres Rivero; Amanda McGovern; Zalman Kass; Nathalie Bermond |
| **Subject:** | RE: Kleiman v. Wright |

I have very specific questions; the call should not take long. We want to discuss plaintiffs' responses to our requests (13, 14, 15, 16, 17, and 18) and interrogatories (11 and 12) regarding BTCN and Ira's potential assignment of claims.

---

**From:** Velvel (Devin) Freedman <vfreedman@bsfllp.com>
**Sent:** Wednesday, March 27, 2019 9:25 AM
**To:** Bryan Paschal <bpaschal@riveromestre.com>; Kyle Roche <kroche@bsfllp.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Nathalie Bermond <nbermond@bsfllp.com>
**Subject:** RE: Kleiman v. Wright

Bryan,

How long do you expect the meet and confer to take? Also, which responses exactly do you want to confer on?

We will obviously meet with you, but the parties are trying to focus on high yield discovery areas.

Thanks,
-Vel


**Velvel (Devin) Freedman**
Counsel

**BOIES SCHILLER FLEXNER**

100 SE 2nd Street, Suite 2800
Miami, FL 33131
(t) (305) 357 8438
(m) (305) 753 3675
vfreedman@bsfllp.com
www.bsfllp.com


On March 27, 2019 at 9:20:01 AM EDT, Bryan Paschal <bpaschal@riveromestre.com> wrote:

Kyle and Vel,

This is my third request that you give us a date and time that you're available to meet and confer with us regarding your discovery responses. Is it your position that you're not going meet and confer regarding these responses? Please let me know either way so that, if necessary, we can state your position in our papers. I'd really like for us to try reach an agreement on some of your objections so that the Court does not have to rule on any of this.

Bryan

**From:** Bryan Paschal
**Sent:** Tuesday, March 26, 2019 9:54 AM
**To:** 'Kyle Roche' <kroche@bsfllp.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; 'Velvel (Devin) Freedman' <vfreedman@bsfllp.com>; 'Nathalie Bermond' <nbermond@bsfllp.com>
**Subject:** RE: Kleiman v. Wright

Kyle and Vel,

I'm following up with my request to have a meet and confer regarding your discovery responses. Are you available to discuss tomorrow at 10 am? Please let me know today.

Bryan

**From:** Bryan Paschal
**Sent:** Monday, March 25, 2019 10:42 AM
**To:** 'Kyle Roche' <kroche@bsfllp.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Velvel (Devin) Freedman <vfreedman@bsfllp.com>; Nathalie Bermond <nbermond@bsfllp.com>
**Subject:** RE: Kleiman v. Wright

Kyle and Vel,

Please let us know when you are available this week to have a meet and confer regarding these discovery responses.

Bryan

**From:** Kyle Roche <kroche@bsfllp.com>
**Sent:** Thursday, March 21, 2019 11:45 PM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Bryan Paschal <bpaschal@riveromestre.com>; Velvel (Devin) Freedman <vfreedman@bsfllp.com>; Nathalie Bermond <nbermond@bsfllp.com>
**Subject:** Kleiman v. Wright

Zaharah,

Please see attached discovery responses to Dr. Wright's requests.

Best,

**Kyle Roche**

Associate

# BOIES SCHILLER FLEXNER LLP

333 Main Street

Armonk, NY 10504

(t) +1 914-749-8324

(m) +1 716-348-6003

kroche@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]