# Exhibit 3



# Bitcoin Litigation
## Search Terms Report

| **REPORT NAME:** | Defendant's Terms - Edoc - DK | **Searchable Set:** | _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK |
|---|---|---|---|



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---:|---:|---:|---:|
| 31,304 | 19,507 | 0 | 11,797 |



**Bitcoin Litigation Search Terms Report**

| **REPORT NAME:** | Defendant's Terms - Edoc - DK | **Searchable Set:** | _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK |

## Terms Summary

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
|---|---|---|---|
| "1 Jjtx*" | 0 | 0 | 0 |
| "Andrew O'Hagan" | 0 | 0 | 0 |
| "Andy Greenberg" | 0 | 0 | 0 |
| "anti-fraud system" | 0 | 0 | 0 |
| "Bitcoin: A Peer-to-Peer Electronic Cash System" | 0 | 0 | 0 |
| "compiler code" | 0 | 0 | 0 |
| "Cyrus Farivar" | 0 | 0 | 0 |
| "Dav* Kleiman" w/250 (hospital* or medic* or MRSA or outpatient or inpatient or heath* or ill* or sick*) | 1 | 0 | 0 |
| "financial modeling" | 1 | 0 | 0 |
| "Future World Shopper, Inc." or "Future World Shopper" or FWS | 25 | 0 | 0 |
| "Gavin Andresen" | 0 | 0 | 0 |
| "Gigabyte Connection" | 0 | 0 | 0 |
| "Hackers, Inc." or "Hackers Inc" | 0 | 0 | 0 |
| "Homeland Security" | 10 | 0 | 0 |
| "information security risk systems" | 0 | 0 | 0 |
| "Jef Feeley" | 0 | 0 | 0 |
| "Jordan Pearson" | 0 | 0 | 0 |
| "Machine Language" | 3 | 0 | 0 |
| "metered payments system*" | 0 | 0 | 0 |
| "Michele Seven" | 0 | 0 | 0 |
| "Michelle Caruso-Cabrera" | 0 | 0 | 0 |



# Bitcoin Litigation
## Search Terms Report

**REPORT Name:** Defendant's Terms - Edoc - DK   **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
|---|---|---|---|
| "MP McQueen" | 0 | 0 | 0 |
| "Olga Kharif" | 0 | 0 | 0 |
| "risk quantification system" | 0 | 0 | 0 |
| "Robert MacGregor" | 0 | 0 | 0 |
| "Ryan Browne" | 0 | 0 | 0 |
| "SCADA" | 2 | 0 | 0 |
| "scriptable money" | 1 | 0 | 0 |
| "software assurance marketplace*" | 5 | 0 | 0 |
| "software assurance through economic measures" | 3 | 0 | 0 |
| "software derivative market*" | 4 | 0 | 0 |
| "source code" | 112 | 0 | 6 |
| "TTA-1-14" | 0 | 0 | 0 |
| "Will Yakowicz" | 0 | 0 | 0 |
| "www.davidakleiman.com" or "www.davekleiman.com" or "www.netmedic.net" or "www.isecureu.com" | 0 | 0 | 0 |
| ("Steve's Web Design" or Steve*) w/10 design | 0 | 0 | 0 |
| ((Dav* or Kleiman or Klieman) AND (Craig or Wright)) w/250 (agree* or contract* or invoice* or lease* or pay* or paid or due) | 118 | 0 | 0 |
| ((Dav* or Kleiman or Klieman) w/250 (debt* or liab* or owe*)) AND (estate or will or trust or probate) | 84 | 0 | 0 |

# Bitcoin Litigation
## Search Terms Report

**REPORT NAME:** Defendant's Terms - Edoc - DK  **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
|---|---|---|---|
| ((Dav* or Kleiman or Klieman) w/250 (preserv* or collect* or store or save or copy)) AND (device* or "work paper*" or "hard drive" computer or file or account* or "throw out" or dispose* or destroy*) | 78 | 0 | 0 |
| ((Node* or hash*) or (public w/3 key) or (private w/3 key) or (public w/3 address)) | 7,417 | 0 | 814 |
| (Belize w/10 trust) or (corp* or comp* or entity or LLC or Inc) | 18,546 | 0 | 9,843 |
| (buy or bought or purchase or sell or sold or offer*) w/250 (coin* or C01N or CO1N or Australia or Craig or liquidat*) | 138 | 0 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (cruzer or tiny or CEIC or forensic* or Alienware or Galaxy or filesanywhere or appdriver or godaddy or forensics) | 4 | 0 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (Dave or Kleiman or Klieman or Craig or Wright or "W&K" or *drive* or comput* or tablet* or phone* or cell* or mobil* or file* or encrypt* or stor* or data or folder* or USB or jump* or SSD or HDD) | 11 | 0 | 0 |

# Bitcoin Litigation
## Search Terms Report

**REPORT NAME:** Defendant's Terms - Edoc - DK  **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
|---|---|---|---|
| (Carter or Conrad or (computer w/3 forensics)) AND (desktop or laptop or segate or momentus or WD or scorpio or hitachi or travelstar or HTC or corsair or stealth or TD or survivor or IACIS or micro* or asic or vault or sandisk) | 11 | 0 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (external* or internal* or *format* or delete* or wipe* or wipi* or crack* or hack* or key* or flash* or thumb* or zip* or password or access or login or image or mine* or mining) | 11 | 0 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (solid w/3 state) | 0 | 0 | 0 |
| (Crai* w/250 ("IP" or key* or research or software* or code or contract or trust* or agree* or contract or pay or transfer or million or loan or invoice)) | 215 | 0 | 1 |
| (Crai* w/250 ("white paper" or peer or Belize or Panama or Seych* or "Costa Rica" or Liberty or Strasan or Strassan or COIN or CO1N or gold or bonds)) | 133 | 0 | 0 |
| (Crai* w/250 (*coin* or "TTA" or C01N or CO1N or "intellect* prop*" or crypto* or block* or *chain or money or cash or electronic or mine* or mining)) | 197 | 0 | 0 |

**Report Generated:** 3/28/2019 2:37:45 AM

# Bitcoin Litigation
## Search Terms Report

| | |
|---|---|
| **REPORT NAME:** Defendant's Terms - Edoc - DK | **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK |

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
|---|---|---|---|
| (Crai* w/250 (*computer or *wallet* or invest* or sell or sale or sold)) | 132 | 0 | 0 |
| (Crai* w/250 (agreement* or bitcoin or coin-ex*)) | 154 | 0 | 0 |
| (Crai* w/250 (ATO or Uyen or Nguyen or "UN" or "UTN" or "UT" or thuc or invent* or Dav* or "DK" or decease* or died or death or deceased)) | 199 | 0 | 1 |
| (Crai* w/250 (friend or partner* or brother or estate or representative or director* or officer* or shareholder* or shares)) | 179 | 0 | 0 |
| (Crai* w/250 (joint w/3 venture)) | 1 | 0 | 0 |
| (Crai* w/250 (passed w/3 away)) | 6 | 0 | 0 |
| (Crai* w/250 (public w/3 key)) | 71 | 0 | 0 |
| (Dav* or DK or brother or bullet or MRSA) AND testament | 0 | 0 | 0 |
| (Dav* or DK) w/250 (coin* or "intellect* prop*" or bitcoin or crypto* or blockchain or money or cash or electronic or mine* or mining or "IP" or key*) | 373 | 0 | 5 |
| (Dav* or DK) w/250 (director* or officer* or shareholder* or shares) | 186 | 0 | 0 |
| (Dav* or DK) w/250 (joint w/3 venture) | 1 | 0 | 0 |

# Bitcoin Litigation
## Search Terms Report

| | |
|---|---|
| **REPORT NAME:** Defendant's Terms - Edoc - DK | **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK |

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
|---|---|---|---|
| (Dav* or DK) w/250 (research or software* or code or contract or trust* or agree* or pay or transfer or million or loan or invoice or "white paper" or peer or bonds or *computer or *wallet* or invest*) | 452 | 0 | 14 |
| (Dav* or Kleiman or Klieman) w/250 (trademark* or patent* or copyright) | 32 | 0 | 0 |
| (Dav* w/10 (Kleiman or Klieman)) w/250 (autopsy or MRSA or coroner* or "medical examiner*") | 0 | 0 | 0 |
| (Litigat* AND (Craig or "W&K" or Bitcoin or lawsuit or complaint)) w/250 (fund* or loan or invest* or pay* or bank* or check* or deposit*) | 0 | 0 | 0 |
| (Patrick or Paige or (computer w/3 forensics)) AND (cruzer or tiny or CEIC or forensic* or Alienware or Galaxy or filesanywhere or appdriver or godaddy or forensics) | 27 | 0 | 0 |
| (Patrick or Paige or (computer w/3 forensics)) AND (Dave or Kleiman or Klieman or Craig or Wright or "W&K" or *drive* or comput* or tablet* or phone* or cell* or mobil* or file* or encrypt* or stor* or data or folder* or USB or jump* or SSD or HDD) | 37 | 0 | 0 |

# Bitcoin Litigation
## Search Terms Report

**REPORT Name:** Defendant's Terms - Edoc - DK     **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
|---|---|---|---|
| (Patrick or Paige or (computer w/3 forensics)) AND (desktop or laptop or segate or momentus or WD or scorpio or hitachi or travelstar or HTC or corsair or stealth or TD or survivor or IACIS or micro* or asic or vault or sandisk) | 5 | 0 | 0 |
| (Patrick or Paige or (computer w/3 forensics)) AND (external* or internal* or *format* or delete* or wipe* or wipi* or crack* or hack* or key* or flash* or thumb* or zip* or password or access or login or image or mine* or mining) | 38 | 0 | 0 |
| (Patrick or Paige or (computer w/3 forensics)) AND (solid w/3 state) | 0 | 0 | 0 |
| (Ramona or Watts) w/250 (Ira or Kleiman or Klieman) | 6 | 0 | 0 |
| algorithms | 54 | 0 | 0 |
| Biddle | 1 | 0 | 0 |
| Bitcoin or "IP" or "UT" or *coin* or mine* or mining or coin or supercomputer or "peer to peer" | 3,453 | 0 | 63 |
| BTCN | 0 | 0 | 0 |
| Cloudcroft | 1 | 0 | 0 |
| CoinExch w/250 ((stock or share*) AND (Louis or Ira)) | 0 | 0 | 0 |
| Cush | 3 | 0 | 0 |
| Dai | 108 | 0 | 0 |

**Report Generated:** 3/28/2019 2:37:45 AM                                                                 Page 8 of 10



# Bitcoin Litigation
## Search Terms Report

**REPORT Name:** Defendant's Terms - Edoc - DK  **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
| --- | --- | --- | --- |
| Dav* AND (compan* or corp* or trust* or entit* Or LLC or partner* or panama or Seych* or business* or "Costa Rica" or Strasan or Strassan) | 385 | 0 | 0 |
| Dav* AND (sign* or contract* or agreement* or whereas or deed* or mortgag* or loan*) | 285 | 0 | 1 |
| Dav* AND (Trust* or LLC or compan* or corp* or Business* or partn*) | 381 | 0 | 0 |
| Denariuz or Seychell* | 35 | 0 | 0 |
| Design w/5 Human | 10 | 0 | 0 |
| Gl* w/5 Trust | 31 | 0 | 2 |
| GICSR | 9 | 0 | 0 |
| Gold* w/10 bond* | 19 | 0 | 0 |
| Hotwire | 23 | 0 | 0 |
| Ira AND (Clayton or Utz or "*claytonutz.com" or "*bsfllp.com" or Velvel or Kyle) | 83 | 0 | 0 |
| Karp | 1 | 0 | 0 |
| Karr | 1 | 0 | 0 |
| Kobza | 0 | 0 | 0 |
| Kuharcik | 0 | 0 | 0 |
| Louis w/250 (stock or share*) | 21 | 0 | 0 |
| manuals | 2 | 0 | 1 |
| MASM | 0 | 0 | 0 |
| NASM | 0 | 0 | 0 |
| Panama w/10 Fund* | 9 | 0 | 0 |
| Pholus | 0 | 0 | 0 |



**Bitcoin Litigation**
**Search Terms Report**

**REPORT Name:** Defendant's Terms - Edoc - DK     **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Edoc - DK

| Term | Documents with hits | Documents with hits, including Group | Unique hits |
| --- | --- | --- | --- |
| Radvanovky | 0 | 0 | 0 |
| Ramona | 8 | 0 | 0 |
| Ritika | 1 | 0 | 0 |
| Shah | 3 | 0 | 0 |
| Strasan* | 0 | 0 | 0 |
| Sundhar | 2 | 0 | 0 |
| Supercomputer | 0 | 0 | 0 |
| TTA w/5 14 | 6 | 0 | 0 |
| tulip* | 4 | 0 | 0 |
| Ulbricht | 0 | 0 | 0 |
| Watts | 8 | 0 | 0 |