# Exhibit 4

# Bitcoin Litigation
## Search Terms Report

| | | | |
|---|---|---|---|
| **REPORT NAME:** | Defendant's Terms - Email - DK | **Searchable Set:** | _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK |



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 21,719 | 17,919 | 18,959 | 2,760 |

**Report Generated:** 3/28/2019 2:36:56 AM



# Bitcoin Litigation
## Search Terms Report

**REPORT Name:** Defendant's Terms - Email - DK  **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| "1 Jjtx*" | 0 | 0 | 0 |
| "Andrew O'Hagan" | 0 | 0 | 0 |
| "Andy Greenberg" | 0 | 0 | 0 |
| "anti-fraud system" | 0 | 0 | 0 |
| "Bitcoin: A Peer-to-Peer Electronic Cash System" | 0 | 0 | 0 |
| "compiler code" | 0 | 0 | 0 |
| "Cyrus Farivar" | 1 | 1 | 0 |
| "Dav* Kleiman" w/250 (hospital* or medic* or MRSA or outpatient or inpatient or heath* or ill* or sick*) | 807 | 1,020 | 12 |
| "financial modeling" | 3 | 6 | 0 |
| "Future World Shopper, Inc." or "Future World Shopper" or FWS | 11 | 11 | 0 |
| "Gavin Andresen" | 0 | 0 | 0 |
| "Gigabyte Connection" | 0 | 0 | 0 |
| "Hackers, Inc." or "Hackers Inc" | 0 | 0 | 0 |
| "Homeland Security" | 235 | 277 | 37 |
| "information security risk systems" | 0 | 0 | 0 |
| "Jef Feeley" | 0 | 0 | 0 |
| "Jordan Pearson" | 0 | 0 | 0 |
| "Machine Language" | 2 | 5 | 0 |
| "metered payments system*" | 0 | 0 | 0 |
| "Michele Seven" | 0 | 0 | 0 |
| "Michelle Caruso-Cabrera" | 0 | 0 | 0 |



# Bitcoin Litigation
## Search Terms Report

| **REPORT Name:** | Defendant's Terms - Email - DK | **Searchable Set:** | _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| "MP McQueen" | 0 | 0 | 0 |
| "Olga Kharif" | 0 | 0 | 0 |
| "risk quantification system" | 0 | 0 | 0 |
| "Robert MacGregor" | 0 | 0 | 0 |
| "Ryan Browne" | 0 | 0 | 0 |
| "SCADA" | 59 | 60 | 6 |
| "scriptable money" | 0 | 0 | 0 |
| "software assurance marketplace*" | 0 | 0 | 0 |
| "software assurance through economic measures" | 0 | 0 | 0 |
| "software derivative market*" | 0 | 0 | 0 |
| "source code" | 201 | 499 | 5 |
| "TTA-1-14" | 0 | 0 | 0 |
| "Will Yakowicz" | 0 | 0 | 0 |
| "www.davidakleiman.com" or "www.davekleiman.com" or "www.netmedic.net" or "www.isecureu.com" | 734 | 966 | 11 |
| ("Steve's Web Design" or Steve*) w/10 design | 0 | 0 | 0 |
| ((Dav* or Kleiman or Klieman) AND (Craig or Wright)) w/250 (agree* or contract* or invoice* or lease* or pay* or paid or due) | 72 | 92 | 0 |
| ((Dav* or Kleiman or Klieman) w/250 (debt* or liab* or owe*)) AND (estate or will or trust or probate) | 62 | 82 | 0 |

**Report Generated:**  3/28/2019 2:36:56 AM


**Bitcoin Litigation Search Terms Report**

**REPORT NAME:** Defendant's Terms - Email - DK     **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| ((Dav* or Kleiman or Klieman) w/250 (preserv* or collect* or store or save or copy)) AND (device* or "work paper*" or "hard drive" computer or file or account* or "throw out" or dispose* or destroy*) | 2,015 | 3,248 | 16 |
| ((Node* or hash*) or (public w/3 key) or (private w/3 key) or (public w/3 address)) | 549 | 970 | 78 |
| (Belize w/10 trust) or (corp* or comp* or entity or LLC or Inc) | 16,342 | 17,490 | 4,121 |
| (buy or bought or purchase or sell or sold or offer*) w/250 (coin* or C01N or CO1N or Australia or Craig or liquidat*) | 67 | 100 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (cruzer or tiny or CEIC or forensic* or Alienware or Galaxy or filesanywhere or appdriver or godaddy or forensics) | 4,663 | 5,742 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (Dave or Kleiman or Klieman or Craig or Wright or "W&K" or *drive* or comput* or tablet* or phone* or cell* or mobil* or file* or encrypt* or stor* or data or folder* or USB or jump* or SSD or HDD) | 6,291 | 7,432 | 34 |



# Bitcoin Litigation
## Search Terms Report

**REPORT Name:** Defendant's Terms - Email - DK    **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| (Carter or Conrad or (computer w/3 forensics)) AND (desktop or laptop or segate or momentus or WD or scorpio or hitachi or travelstar or HTC or corsair or stealth or TD or survivor or IACIS or micro* or asic or vault or sandisk) | 1,659 | 2,622 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (external* or internal* or *format* or delete* or wipe* or wipi* or crack* or hack* or key* or flash* or thumb* or zip* or password or access or login or image or mine* or mining) | 4,719 | 6,032 | 0 |
| (Carter or Conrad or (computer w/3 forensics)) AND (solid w/3 state) | 12 | 17 | 0 |
| (Crai* w/250 ("IP" or key* or research or software* or code or contract or trust* or agree* or contract or pay or transfer or million or loan or invoice)) | 139 | 193 | 1 |
| (Crai* w/250 ("white paper" or peer or Belize or Panama or Seych* or "Costa Rica" or Liberty or Strasan or Strassan or COIN or CO1N or gold or bonds)) | 2 | 3 | 0 |
| (Crai* w/250 (*coin* or "TTA" or C01N or CO1N or "intellect* prop*" or crypto* or block* or *chain or money or cash or electronic or mine* or mining)) | 63 | 89 | 0 |


# Bitcoin Litigation
## Search Terms Report

**REPORT Name:** Defendant's Terms - Email - DK    **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| (Crai* w/250 (*computer or *wallet* or invest* or sell or sale or sold)) | 173 | 233 | 0 |
| (Crai* w/250 (agreement* or bitcoin or coin-ex*)) | 55 | 68 | 0 |
| (Crai* w/250 (ATO or Uyen or Nguyen or "UN" or "UTN" or "UT" or thuc or invent* or Dav* or "DK" or decease* or died or death or deceased)) | 193 | 245 | 4 |
| (Crai* w/250 (friend or partner* or brother or estate or representative or director* or officer* or shareholder* or shares)) | 85 | 115 | 0 |
| (Crai* w/250 (joint w/3 venture)) | 0 | 0 | 0 |
| (Crai* w/250 (passed w/3 away)) | 0 | 0 | 0 |
| (Crai* w/250 (public w/3 key)) | 0 | 0 | 0 |
| (Dav* or DK or brother or bullet or MRSA) AND testament | 3 | 5 | 0 |
| (Dav* or DK) w/250 (coin* or "intellect* prop*" or bitcoin or crypto* or blockchain or money or cash or electronic or mine* or mining or "IP" or key*) | 3,897 | 5,211 | 89 |
| (Dav* or DK) w/250 (director* or officer* or shareholder* or shares) | 1,812 | 2,790 | 59 |
| (Dav* or DK) w/250 (joint w/3 venture) | 1 | 1 | 0 |

**Report Generated:** 3/28/2019 2:36:56 AM    Page 6 of 10



# Bitcoin Litigation
## Search Terms Report

**REPORT Name:** Defendant's Terms - Email - DK  **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| (Dav* or DK) w/250 (research or software* or code or contract or trust* or agree* or pay or transfer or million or loan or invoice or "white paper" or peer or bonds or *computer or *wallet* or invest*) | 8,466 | 10,377 | 150 |
| (Dav* or Kleiman or Klieman) w/250 (trademark* or patent* or copyright) | 1,199 | 1,732 | 4 |
| (Dav* w/10 (Kleiman or Klieman)) w/250 (autopsy or MRSA or coroner* or "medical examiner*") | 1 | 1 | 0 |
| (Litigat* AND (Craig or "W&K" or Bitcoin or lawsuit or complaint)) w/250 (fund* or loan or invest* or pay* or bank* or check* or deposit*) | 63 | 104 | 0 |
| (Patrick or Paige or (computer w/3 forensics)) AND (cruzer or tiny or CEIC or forensic* or Alienware or Galaxy or filesanywhere or appdriver or godaddy or forensics) | 4,563 | 5,730 | 0 |
| (Patrick or Paige or (computer w/3 forensics)) AND (Dave or Kleiman or Klieman or Craig or Wright or "W&K" or *drive* or comput* or tablet* or phone* or cell* or mobil* or file* or encrypt* or stor* or data or folder* or USB or jump* or SSD or HDD) | 6,014 | 7,257 | 21 |


# Bitcoin Litigation
## Search Terms Report

**Report Name:** Defendant's Terms - Email - DK

**Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| (Patrick or Paige or (computer w/3 forensics)) AND (desktop or laptop or segate or momentus or WD or scorpio or hitachi or travelstar or HTC or corsair or stealth or TD or survivor or IACIS or micro* or asic or vault or sandisk) | 1,721 | 2,759 | 1 |
| (Patrick or Paige or (computer w/3 forensics)) AND (external* or internal* or *format* or delete* or wipe* or wipi* or crack* or hack* or key* or flash* or thumb* or zip* or password or access or login or image or mine* or mining) | 4,536 | 5,947 | 7 |
| (Patrick or Paige or (computer w/3 forensics)) AND (solid w/3 state) | 29 | 38 | 0 |
| (Ramona or Watts) w/250 (Ira or Kleiman or Klieman) | 55 | 69 | 0 |
| algorithms | 30 | 71 | 0 |
| Biddle | 0 | 0 | 0 |
| Bitcoin or "IP" or "UT" or *coin* or mine* or mining or coin or supercomputer or "peer to peer" | 1,775 | 2,795 | 105 |
| BTCN | 0 | 0 | 0 |
| Cloudcroft | 0 | 0 | 0 |
| CoinExch w/250 ((stock or share*) AND (Louis or Ira)) | 0 | 0 | 0 |
| Cush | 0 | 0 | 0 |
| Dai | 2 | 5 | 0 |



# Bitcoin Litigation
## Search Terms Report

**REPORT NAME:** Defendant's Terms - Email - DK     **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
| --- | --- | --- | --- |
| Dav* AND (compan* or corp* or trust* or entit* Or LLC or partner* or panama or Seych* or business* or "Costa Rica" or Strasan or Strassan) | 7,546 | 9,147 | 4 |
| Dav* AND (sign* or contract* or agreement* or whereas or deed* or mortgag* or loan*) | 3,299 | 4,435 | 67 |
| Dav* AND (Trust* or LLC or compan* or corp* or Business* or partn*) | 7,157 | 8,722 | 0 |
| Denariuz or Seychell* | 2 | 2 | 0 |
| Design w/5 Human | 0 | 0 | 0 |
| Gl* w/5 Trust | 7 | 7 | 0 |
| GICSR | 1 | 1 | 0 |
| Gold* w/10 bond* | 3 | 3 | 0 |
| Hotwire | 0 | 0 | 0 |
| Ira AND (Clayton or Utz or "*claytonutz.com" or "*bsfllp.com" or Velvel or Kyle) | 10 | 65 | 0 |
| Karp | 161 | 181 | 20 |
| Karr | 1 | 1 | 0 |
| Kobza | 0 | 0 | 0 |
| Kuharcik | 13 | 23 | 0 |
| Louis w/250 (stock or share*) | 7 | 9 | 0 |
| manuals | 55 | 196 | 2 |
| MASM | 0 | 0 | 0 |
| NASM | 1 | 4 | 0 |
| Panama w/10 Fund* | 0 | 0 | 0 |
| Pholus | 0 | 0 | 0 |



# Bitcoin Litigation
## Search Terms Report

**REPORT NAME:** Defendant's Terms - Email - DK  **Searchable Set:** _All Live Docs Not Prod - 1/1/07-3/14/18 Email -DK

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Radvanovky | 0 | 0 | 0 |
| Ramona | 13 | 71 | 0 |
| Ritika | 0 | 0 | 0 |
| Shah | 7 | 31 | 1 |
| Strasan* | 0 | 0 | 0 |
| Sundhar | 12 | 19 | 0 |
| Supercomputer | 10 | 10 | 0 |
| TTA w/5 14 | 0 | 0 | 0 |
| tulip* | 2 | 12 | 0 |
| Ulbricht | 0 | 0 | 0 |
| Watts | 63 | 87 | 4 |