**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                             **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that attorney Bryan Paschal, of the law firm Rivero Mestre LLP, appears as attorney for Dr. Craig Wright and requests that all pleadings, correspondence and related materials in this case be provided to undersigned.

                                                     Respectfully submitted**,**

                                                     RIVERO MESTRE LLP
                                                     *Attorneys for Dr. Craig Wright*
                                                     2525 Ponce de Leon Boulevard, Suite 1000
                                                     Miami, Florida 33134
                                                     Telephone: (305) 445-2500
                                                     Fax: (305) 445-2505
                                                     E-mail: bpaschal@riveromestre.com
                                                     Email: receptionist@riveromestre.com

                                                     By: s/ Bryan Paschal
                                                     BRYAN PASCHAL
                                                     Fla. Bar No. 0091576

**CERTIFICATE OF SERVICE**

       I certify that on April 2, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                             _ /s/Bryan Paschal
                                                               BRYAN PASCHAL