# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-Bloom/Reinhart

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

          v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER MEMORIALIZING RULINGS

On April 4, 2019, the deposition of Craig Wright was conducted in London, United Kingdom. Consistent with the procedure approved by the Court, the parties contacted the Court by telephone to resolve several legal issues that arose during the deposition. The Court entered its orders on the record during the deposition. This Order memorializes those rulings.

    1.    The request to compel Dr. Wright to disclose the amount of bitcoin he mined during 2009 and 2010 is denied without prejudice. The Court will revisit this issue after the parties brief whether production of a list of Dr. Wright's bitcoin ownership would be unduly burdensome.

    2.    Dr. Wright was directed to answer the question of whether he had told Dave Kleiman how much bitcoin Dr. Wright mined in 2009 and 2010.

    3.    Dr. Wright declined to answer questions about his ex-wife based upon an alleged limitation arising from litigation in Australia. The Court deferred ruling on this issue to allow the

parties to brief whether Australian law or any other principle of international law precludes this Court from compelling Dr. Wright to provide this testimony.

4. Dr. Wright declined to answer questions about his current wife, citing the marital testimonial and marital communications privileges. The Court deferred ruling on this issue to allow the parties to brief the privilege issues.

5. Dr. Wright declined to answer certain questions based on alleged national security concerns. The Court deferred ruling on this issue to allow the parties to brief the issue, including providing evidence that the United States Government joins in the national security objection.

The Court has already scheduled a discovery status hearing on April 11, 2019, at 3:00. At that time, the parties should be prepared to propose a briefing schedule for the issues identified above.

**DONE and ORDERED** in West Palm Beach, Florida, this 5th day of April, 2019.

Honorable Bruce E. Reinhart
United States Magistrate Judge