UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,
v.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Strike Affirmative Defenses to the Second Amended Complaint (the "Motion"). *See* ECF No. [95]. On March 21, 2019, the Court referred the Motion to the Honorable Bruce E. Reinhart for a Report and Recommendation. *See* ECF No. [125]. On March 28, 2019, Judge Reinhart issued a Paperless Report and Recommendation (the "Report") recommending that the Motion be denied without prejudice, finding "[m]otions to strike are generally disfavored as courts consider them a drastic remedy to be resorted to only when required for the purposes of justice that should only be granted when allegations have no possible relation to the controversy." *See* ECF No. [130]. The Report advised that any objections to the Report's findings were due by April 11, 2019. *Id.* To date, neither party has filed any objections, nor have they sought an extension of time to do so. The Court has, nonetheless, conducted a *de novo* review of Judge Reinhart's Report, the record and applicable law, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Case No. 18-cv-80176-BLOOM/Reinhart

Upon review, the Court finds Judge Reinhart's Report to be well reasoned and correct, and the Court agrees with the its analysis.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reinhart's Report and Recommendation, **ECF No. [130]**, is **ADOPTED**.

2. Defendant's Motion to Dismiss Complaint, **ECF No. [95]**, is **DENIED**.

**DONE AND ORDERED** in Miami, Florida this 12th day of April, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Bruce E. Reinhart

Counsel of Record