```
 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF FLORIDA

 3                CASE NO. 9:18-cv-80176-BB/BR

 4
    IRA KLEIMAN, as the personal
 5  representative of the Estate of
    David Kleiman, and W&K Info Defense
 6  Research, LLC

 7
              Plaintiffs,
 8
    -vs-
 9
    CRAIG WRIGHT
10
              Defendant.
11

12  * * * * * * * * * * * * * * * * * *

13  VIDEOTAPED DEPOSITION OF IRA KLEIMAN

14  DATE TAKEN: April 8, 2019

15  TIME: 10:10 - 2:55 p.m.

16  PLACE:100 S.E. 2nd Street

17  Miami, Florida 33131

18
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
19                AND NOTARY PUBLIC

20

21  * * * * * * * * * * * * * * * * * *

22

23

24

25
```

```
 1   APPEARANCES:

 2   On behalf of the Plaintiff:

 3        KYLE ROCHE, ESQUIRE
          BOIES, SCHILLER & FLEXNER LLP
 4        333 Main Street
          Armonk, NY 10504
 5
          VEL FREEDMAN, ESQUIRE
 6        ANDREW BRENNER, ESQUIRE
          BOIES, SCHILLER & FLEXNER LLP
 7        100 S.E. 2nd Street
          Suite 2800
 8        Miami, Florida 33131

 9

10   On behalf of the Defendant:

11
          BRYAN PASCHAL, ESQUIRE
12        AMANDA MCGOVERN, ESQUIRE
          ANDRES RIVERO, ESQUIRE (VIA PHONE)
13        RIVERO MESTRE, LLP
          2525 Ponce de Leon Boulevard
14        Suite 1000
          Coral Gables, Florida 33134
15

16

17   Also Present: Rene Lavandera, The Videographer

18

19

20

21

22

23

24

25
```

1
2
3
4
5
6
7
8
9     Q.   Let's talk about Coin Exchange briefly.  You
10 had 10.5 million shares in Coin Exchange; right?
11     A.   Yes.
12     Q.   Now, you understand that Coin Exchange is
13 under the control of an Australian liquidator; right?
14     A.   I didn't know who took control of it.
15     Q.   Is it your testimony today that you don't know
16 who took control of it?
17     A.   Yes, I wasn't sure what happened with Coin
18 Exchange.  I knew a liquidator was trying to find out
19 information about Coin Exchange but I'm not exactly sure
20 what activity they did.
21     MR. PASCHAL:  I'm showing you an e-mail with
22 Mr. Jeremy Mudford.  And these are August 31st
23 2017.
24     (Defendant's Exhibit No. 17 was
25     marked for identification.)

```
 1  BY MR. PASCHAL:
 2      Q.   Do you have any documents from the Department
 3  of Finance telling you that SunBiz.org you cannot rely
 4  on it to determine the membership of a company?
 5           MR. FREEDMAN:  Objection.
 6           THE WITNESS:  No.
 7  BY MR. PASCHAL:
 8      Q.   You do not -- is it your testimony you do not
 9  have a document stating that?
10      A.   The Department of Finance -- say that again?
11      Q.   From the Department of Finance stating that
12  you cannot rely on SunBiz.org to determine membership of
13  the company?
14      A.   I'm not aware of it.
15      Q.   Before you filed this lawsuit or before you
16  filed your amended complaint in this lawsuit are there
17  any documents with Jeremy Mudford where you discussed
18  removing Coin Exchange as a member of W&K?
19      A.   Discussing with Jeremy Mudford?
20      Q.   The liquidator for Coin Exchange.
21      A.   I don't believe so.
22      Q.   Do you have any documents that are resignation
23  letters from any members of W&K before you reinstated
24  and listed yourself as the member of W&K?
25      A.   No.
```

```
 1      Q.   Did you take out any loans on W&K's behalf?
 2      A.   Not that I'm aware of.
 3      Q.   Are you paying -- are there any tax returns
 4  right now for W&K or any tax information for W&K?
 5      A.   No.
 6      Q.   Are you paying W&K's taxes?
 7      A.   No.
 8      Q.   Do you know who last paid W&K's taxes?
 9      A.   No.
10      Q.   Does W&K have any revenue for this year?
11      A.   Not that I'm aware of.
12      Q.   Does W&K have any revenue from last year?
13      A.   Not that I'm aware of.
14      Q.   Are you conducting any business on behalf of
15  W&K?
16      A.   Me personally?
17      Q.   Yes.
18      A.   No.
19      Q.   Is anyone conducting business on behalf of
20  W&K?
21      A.   No.
22      Q.   Has W&K assigned any of its rights in this
23  lawsuit to anyone else?
24           MR. FREEDMAN:  Hold on.  What topic are you
25  on?
```