**To:** jeremy.mudford
**From:**
**Sent:** Thu 31/08/2017 2:12:44 AM
**Subject:** Re: COIN-EXCH PTY. LTD. A.C.N. 163 338 467
ATO-Meeting-Minutes-Redacted - notes.pdf

Hi Jeremy,

  Yes I have tangible evidence that Coin-Exch had IP in it's possession.
  Please find the attached document in which a representative from Coin-Exch discusses the IP and assets with ATO officials.

Based upon what I have learned of Mr. Wright, it is possible that assets moving through his entities were acquired by fraudulent means. But I suppose that is a separate issue that may not concern your investigation.

May I ask why hasn't the ATO provided you with documentation about the companies they appointed you to?  They clearly have evidence revealing the transfer of assets in and out of Mr. Wright's entities.  I would imagine the ATO would also expect a detailed investigation. They are already aware of Mr. Wright's prior infractions and his views about avoiding taxes.

Since Coin-Exch officers have failed to:
1. Provide you with a Report as to Affairs for the company;
2. Provide the company's books and records;
3. Reasonably assist you in carrying out your role as Liquidator..

I believe you can apply to ASIC for funding to carry out a further investigation?.

Officers of the company breached their duty to provide shareholders (myself) with financial reports or notify me of corporate actions.

Can you tell me what other claims I may have against officers of Coin-Exch?
And what offences by company management can you report to ASIC?

Kind regards,
Ira

-----Original Message-----
From: Jeremy Mudford
To: dex561
Sent: Tue, Aug 29, 2017 8:28 pm
Subject: RE: COIN-EXCH PTY. LTD. A.C.N. 163 338 467

  Dear Ira,

  I refer to your email below and previous email correspondence regarding the company.

  Besides the information provided (which predominately has consisted of various Blog site articles), it would be much

appreciated if you could provide any tangible evidence that the company (and/or its related entities that we have been appointed over) held any IP (which may include IP relating to Bitcoin). In the interim, our preliminary investigations do not reveal any trademarks registered to the company's name. Please refer to the links here and here.

Upon your request, we wrote to nTrust regarding the purported sale, however, have not received a response to our request. I note this company appears to be situated in Canada and as such, we are not in a position to pursue the matter further without being indemnified for our costs.

We have also attempted to contact the company's directors, however, have not received any response from them.

I reiterate that the Liquidation is unfunded in this matter and as such, we do not have any obligation to continue to incur cost without any realistic prospects of return.  Notwithstanding, should you have any further tangible evidence that the company held IP, I would appreciate if you could please provide same to me as soon as practicable.

Should you be able to provide funding in order to progress further investigations into the company's IP (including evidence that the company held IP relating to Bitcoin), please put your proposal in writing to us for the Liquidator to consider. In the absence of such funding, it is our intention to complete our investigations into the company's affairs and finalise the liquidation as soon practicable thereafter.

Should you have any other queries, please do not hesitate to contact me.

Kind Regards,

**JEREMY MUDFORD**
**Senior File Accountant**



**WESTERN SYDNEY**

Suite 601B, Level 6, 91 Phillip Street
Parramatta NSW 2150
PO Box 207
Parramatta NSW 2124

**D**

**P**  02 8844 1200

**F**  02 8844 1211

**E**

**W**  worrells.net.au

**Standard Worrells E-mail Disclaimer**
Liability limited by a scheme approved under Professional Standards Legislation.

This email (including all attachments) may be subject to either legal privilege or professional confidentiality and may contain personal information. If you received this email in error professional confidentiality is not waived or lost. This email is protected by copyright.

**From:** ▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, 30 August 2017 9:49 AM
**To:** Jeremy Mudford ▓▓▓▓▓▓▓▓▓▓>
**Subject:** Re: COIN-EXCH PTY. LTD. A.C.N. 163 338 467

Hi Jeremy,

Coin-Exch held a valuable amount of IP in it's possession.  Before finalizing the liquidation, shouldn't a determination first be made as to where the IP was transferred?  It would appear that either a insolvent or fraudulent transaction has taken place.

Didn't Coin-Exch have a number of Directors that you could attempt to contact for more details?

Kind regards,

-----Original Message-----
From: Jeremy Mudford
To: dex561
Sent: Tue, Aug 29, 2017 3:20 am
Subject: RE: COIN-EXCH PTY. LTD. A.C.N. 163 338 467

Hi Ira,

We have not received a response to our correspondence regarding the sale to nTrust, nor have we identified any monies paid to the entities by the ATO.

Accordingly, we are currently made an application to the ASIC Liquidator Assistance Program to assist in contacting the Director. However, in the absence of any realisations, it will be our intention to lodge our report to ASIC and finalise these matters thereafter (subject to ASIC clearance).

Kind Regards,

**JEREMY MUDFORD**
**Senior File Accountant**



**WESTERN SYDNEY**

Suite 601B, Level 6, 91 Phillip Street
Parramatta NSW 2150
PO Box 207
Parramatta NSW 2124

D

P  02 8844 1200

F  02 8844 1211

E

W  worrells.net.au

**Standard Worrells E-mail Disclaimer**
Liability limited by a scheme approved under Professional Standards Legislation.

This email (including all attachments) may be subject to either legal privilege or professional confidentiality and may contain personal information. If you received this email in error professional confidentiality is not waived or lost. This email is protected by copyright.

**From:**
**Sent:** Tuesday, 29 August 2017 2:41 AM
**To:** Jeremy Mudford                                          >
**Subject:** Re: COIN-EXCH PTY. LTD. A.C.N. 163 338 467

Dear Jeremy,

Can you provide any updates on the Coin-Exch matter?

Regards,
Ira

-----Original Message-----
From: Jeremy Mudford
To: dex561
Sent: Thu, Jul 20, 2017 11:54 am
Subject: Automatic reply: COIN-EXCH PTY. LTD. A.C.N. 163 338 467

Dear Sir/Madam,

I am currently on leave from 28 June 2017, returning to work 7 August 2017.

If your enquiry is urgent please contact Youssef Sarakbi of this office on (02) 8844 1200 or ▮.

Kind Regards,