# 2018 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L11000019904

**Entity Name:** W&K INFO DEFENSE RESEARCH LLC

**FILED**
Apr 12, 2018
Secretary of State
CR3065128037

**Current Principal Place of Business:**

5104 ROBINO CIRCLE
WEST PALM BEACH, FL 33417

**Current Mailing Address:**

5104 ROBINO CIRCLE
WEST PALM BEACH, FL 33417 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

KLEIMAN, IRA
5104 ROBINO CIRCLE
WEST PALM BEACH, FL 33417 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: IRA KLEIMAN                                                                                                04/12/2018
　　　　　　Electronic Signature of Registered Agent                                                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | KLEIMAN, IRA |
| Address | 5104 ROBINO CIRCLE |
| City-State-Zip: | WEST PALM BEACH FL 33417 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: IRA KLEIMAN                                              MGRM                                    04/12/2018
　　　　　　Electronic Signature of Signing Authorized Person(s) Detail                                                Date