Ira Kleiman
Executor of the Estate of Dave Kleiman
1 May 2014

Andrew Miller
Auditor
Australian Taxation Office
andrew.miller@ato.gov.au

Dear Mr Miller

I refer to your letter of 15 April 2014. I am happy to assist with your inquiry. However, I was not involved in the day to day activities of my late brother and have limited direct knowledge of his software development activities. My late brother's computers are encrypted and I have no means of accessing their contents. I would imagine that most of the detail of his activities is recorded on those computers. As such, this has made the administration of his affairs more difficult.

However, to the best of my knowledge, I respond to your numbered questions as follows:

1.      *Are you aware of the legal actions taken by Dr Craig Wright against W&K*

        Yes.

2.      *Did Mr Kleiman or W&K complete projects for the Department of Homeland Security as listed in the court documents?*

        I am not aware of the projects having been completed. I understand that work was done on a number of projects but am not aware of the details.

3.      *Did Mr Kleiman or W&K receive any Government funding for these projects?*

        I am not aware whether funding was or was not received. The records available to me do not make this clear.

4.      *Did Mr Kleiman hold intellectual property/software in the United States of America as stated in the court documents?*

        I understand W&K held certain intellectual property/software transferred by Dr Wright but am not aware of the details. I am not aware of my late brother holding intellectual property/software in his own name.

5.      *Did Mr Kleiman receive a $AU40,000,000 bond from Dr Craig Wright (or another entity) to fund the projects of W&K?*

        I am not aware whether or not this bond was received by W&K. The records available to me do not make this clear.

6.      *Was W&K served with the statement of claim in the New South Wales Supreme Court or provided with judgements in these cases?*

        I understand that the statement of claim was served on the surviving director of W&K, Ms Uyen Nguyen.

7.      *We are informed that paper copies of the court notices were forwarded to 3119 Contego Lane, Riviera Beach, FL 33418-6512. Did Mr Kleiman operate from this address?*

Released under FOI Act 1982
Australian Taxation Office

That was the address of the late Mr Dave Kleiman and I understand he worked from that address.

8.    Ms Uyen T Nguyen, born 23 January 1993 in Saigon Vietnam of 3128 Merced Ave El Monte California 91733-1208 USA accepted the offer to be the resident Director of W&K on 17/2013. Did Mr Kleiman request that Ms Nguyen become the Director of W&K?

I understand that Ms Nguyen was appointed as a director.  I would infer this was at the request of the late Mr Dave Kleiman.  However, I have no direct knowledge of how this occurred.

9.    Are you aware of the settlement where the parties agreed that Dr Wright will accept the transfer of the Intellectual Property held by W&K in full satisfaction of the $AU50,788,715 judgement debt?

Yes.

10.    Did you agree to, or instruct Ms Nguyen to accept, the settlement in these matters?

No.  Ms Nguyen was the director of W&K at the time.

11.    W&K was registered with the Florida Department of State on 14 February 2011 and was administratively dissolved on 28 September 2012.  Did you instruct Ms Nguyen to re instate W&K on 28 March 2014?

12.    Are you aware of the attached contracts (CEWK01 and CEWK03)?

I was not previously aware of these agreements.

13.    Are there any other contracts or documents between W&K or Mr Kleiman and Dr Craig Wright? If so could you please supply a copy of them?

I am not aware of any other contracts.

14.    Has the estate been contacted with a request to provide software or intellectual property? If so, has the Estate provided these to Dr Wright?

No.  I understand that W&K as the company that held intellectual property/software rather than the late Mr Dave Kleiman acting in his own name.

I hope this is of assistance to you.

Yours faithfully

Ira Kleiman

Released under FOI Act 1982
Australian Taxation Office