**To:** corphelp[corphelp@DOS.MyFlorida.com]
**From:** ▓▓▓▓▓▓
**Sent:** Mon 06/07/2015 8:14:37 PM
**Subject:** Re: articles of incorporation

Hi,

So if I wanted to find out how shares of an LLC was divided I could only get that from the company itself? What if the director of the company passed away and I can't find any paperwork in his belongings that show who owned what. There is no public database that keeps a record of it?

Thank you,
Steve


Sent from my iPad

On Jul 6, 2015, at 2:11 PM, corphelp <corphelp@DOS.MyFlorida.com> wrote:

> Good Afternoon,
>
> We apologize for the delay in responding to your email.
>
> The Division of Corporations does not monitor the members of an LLC. The names and addresses of the members of a Florida LLC are an internal matter.
>
> The only information our office would have available for this entity can be found on our www.sunbiz.org website.
>
> Thank You,
> Freta Kinsey
> Division of Corporations
>
> **From:** ▓▓▓▓▓▓
> **Sent:** Friday, July 03, 2015 2:51 AM
> **To:** corphelp
> **Subject:** articles of incorporation
>
> Hi,
>
> I am trying to find out if W&K INFO DEFENSE RESEARCH LLC had any partners or was David Kleiman originally the only owner? Any help would be much appreciated.
>
> Thank you,
> Steve
>
> The Department of State is committed to excellence. Please take our Customer Satisfaction Survey.