# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K Info Defense
Research LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## DR. CRAIG WRIGHT'S INITIAL DISCLOSURES

Defendant Craig Wright submits these initial disclosures, as required by Fed. R. Civ. P. 26(a).[1]

**A.    Persons Likely to Have Discoverable Information that Dr. Wright May Use to Support his Defenses**

    1.    **Dr. Craig Wright** has knowledge of:

        (a) his business dealings with plaintiffs;

        (b) the Supreme Court of New South Wales cases numbered 2013/225983 and 2013/245661 (together, the "Australian Lawsuits");

        (c) his ownership of certain bitcoins referred to in the amended complaint (the "bitcoins");

---

[1] Under Fed. R. Civ. P 26(e), these initial disclosures are subject to revision and supplementation as further information is received and analyzed.

(d) his ownership of certain intellectual property referred to in the amended complaint (the "Intellectual Property").

Dr. Wright must be contacted through undersigned counsel.

2. It is likely that **Ramona Watts** will have knowledge of information identified in ¶¶ 1(a)-(d), above.

3. It is likely that a corporate representative for **C01n Pty. Ltd.** will have knowledge of information identified in ¶¶ 1(a)-(d), above. Its last-known address is Level 6 91 Phillip Street, Parramatta, NSW 2150.

4. It is likely that a corporate representative for **Cloudcroft Pty. Ltd.** will have knowledge of information identified in ¶¶ 1(a)-(d), above. Its last-known address is Level 6 91 Phillip Street, Parramatta, NSW 2150.

5. It is likely that a corporate representative for **Coin-Exch Pty. Ltd.** will have knowledge of information identified in ¶¶ 1 (a)-(d), above. Its last-known address is Level 6 91 Phillip Street, Parramatta, NSW 2150.

6. It is likely that a corporate representative for **Demorgan Ltd.** will have knowledge of information identified in ¶¶ 1(a)-(d), above. Its last-known address is Level 6 91 Phillip Street, Parramatta, NSW 2150.

7. It is likely that a corporate representative for **Hotwire Preemptive Intelligence Pty. Ltd.** will have knowledge of information identified in ¶¶ 1(a)-(d), above. Its last-known address is Level 5 32-38 Delhi Road MacQuarie Park, NSW 2113.

8. It is likely that a corporate representative for **Panopticrypt Pty. Ltd.** will have knowledge of information identified in ¶¶ 1(a)-(d), above. Its last-known address is Level 6 91 Phillip Street, Parramatta, NSW 2150.

9. It is likely that a corporate representative for **Pholus Pty. Ltd.** will have knowledge of information identified in ¶¶ 1(a)-(d), above. Its last-known address is Level 6 91 Phillip Street, Parramatta, NSW 2150.

10. It is likely that a corporate representative for **Strasan Pty. Ltd.** will have knowledge of information identified in ¶¶ 1(a)-(d), above. Its last-known address is Level 6 91 Phillip Street, Parramatta, NSW 2150.

**B.  Categories of Documents and Electronically Stored Information in Dr. Wright's Possession, Custody, or Control That He May Use to Support His Defenses**

Dr. Wright is in possession, custody, or control of the following categories of documents and electronically stored information ("ESI") that he may use to support his defenses:

(i) Documents and ESI relating to Dr. Wright's business dealings with plaintiffs, including contracts with Dave Kleiman and W&K Info Defense Research LLC;

(ii) Documents and ESI demonstrating the validity and enforceability of the judgments entered by the Supreme Court of New South Wales in the Australian Lawsuits; and

(iii) Documents and ESI demonstrating that plaintiffs do not have an ownership interest in the Intellectual Property or the bitcoins.

**C.  Computation of Damages**

Dr. Wright does not consent to jurisdiction in this Court, District, or country, and has not asserted a claim for damages.

**D.      Insurance Agreements**

Dr. Wright is not aware of an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy any judgment.

Dated: May 25, 2018

> RIVERO MESTRE LLP
> *Attorneys for Craig Wright*
> 2525 Ponce de Leon Boulevard,
> Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Fax: (305) 445-2505
> Email: arivero@riveromestre.com
> Email: jmestre@riveromestre.com
> Email: arolnick@riveromestre.com
> Email: dsox@riveromestre.com
> Email: receptionist@riveromestre.com
>
> By: s/ Andres Rivero
> ANDRES RIVERO
> Florida Bar No. 613819
> JORGE A. MESTRE
> Florida Bar No. 88145
> ALAN H. ROLNICK
> Florida Bar No. 715085
> DANIEL SOX
> Florida Bar No. 108573

## **CERTIFICATE OF SERVICE**

      I certify that on May 25, 2018, I served the foregoing document to all counsel of record by electronic mail.

                                                s/ Daniel Sox
                                                Daniel Sox