UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>   *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>   *Defendant.* | CASE NO.: 9:18-cv-80176-BB |

## NOTICE OF ERRATA

  Plaintiffs respectfully submit this errata to its Proposed Order Amending Trial and Pretrial Schedule (the "Proposed Order"), which was filed on April 15, 2019 (ECF No. 145-1), in order to correct an inadvertent clerical error. The Proposed Order incorrectly sets certain deadlines and events to occur in 2019 when in fact the Proposed Order contemplated those deadlines and events to occur in 2020. Plaintiffs have attached a corrected Proposed Order to this Notice of Errata.

Dated: April 16, 2019

               Respectfully submitted,

               */s/ Velvel Freedman*
               Velvel (Devin) Freedman, Esq.
               Florida Bar No. 99762
               BOIES SCHILLER FLEXNER LLP
               100 SE Second Street, Suite 2800
               Miami, Florida  33131
               Telephone:  (305) 539-8400
               Facsimile:   (305) 539-1307
               vfreedman@bsfllp.com

               Kyle W. Roche, Esq.
               *Admitted Pro Hac Vice*
               BOIES SCHILLER FLEXNER LLP
               333 Main Street

Armonk, NY10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel Freedman*
VELVEL (DEVIN) FREEDMAN