## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>　　　　　Defendant. | CASE NO.: 9:18-cv-80176-BB |

### [PROPOSED] ORDER AMENDING TRIAL AND PRE-TRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **March 30, 2020, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, March 24, 2020**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **November 11, 2019** | Parties disclose experts and exchange expert witness summaries or reports. |
| **November 25, 2019** | Parties exchange rebuttal expert witness summaries or reports. |
| **December 9, 2019** | All discovery, including expert discovery, is completed. |
| **December 23, 2019** | Parties must have completed mediation and filed a mediation report. |
| **January 6, 2020** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** Each party is limited to filing one motion *in limine* and one Daubert motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. |

2

|  |  |
|---|---|
|  | **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.** |
| **March 20, 2020** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2019.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record.

2