UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Extension of Discovery Cutoff Date and for Continuance of Trial Date, ECF No. [145], filed on April 15, 2019 ("Motion"). The Court has reviewed the Motion, the record and applicable law, and is otherwise fully advised. In the Motion, Plaintiffs request an additional six-months to conduct discovery and a continuance of the trial date in the above-styled case. *See generally*, ECF No. [145]. After a review of the Motion, the Court finds a reasonable basis for the continuation of the deadlines and the trial date exists. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion, **ECF No. [145]**, is **GRANTED in part and DENIED in part.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Scheduling Order, **ECF No. [78]**, is **AMENDED** as follows:

**THIS CAUSE** is now set for trial during the Court's two-week trial calendar beginning on **March 30, 2020, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, March 24, 2020**. No pre-trial conference will be held unless a party requests one at a later date and the Court

determines that one is necessary.  Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**.  The parties shall adhere to the following schedule:

| | |
|---|---|
| **November 5, 2019** | Parties disclose experts and exchange expert witness summaries or reports. |
| **November 19, 2019** | Parties exchange rebuttal expert witness summaries or reports. |
| **December 3, 2019** | All discovery, including expert discovery, is completed. |
| **December 17, 2019** | Parties must have completed mediation and filed a mediation report.[1] |
| **December 26, 2019** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed.  **This deadline includes all <u>dispositive motions</u>.**  Each party is limited to filing one motion *in limine* and one Daubert motion.  If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted.  **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.** |
| **March 16, 2020** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

<u>**Referral to Magistrate Judge**</u>.  Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules, all discovery matters are referred to **Judge Alicia O. Valle.**  Furthermore, pursuant to 28 U.S.C. § 636(c)(1), the parties may consent to trial and final disposition by Judge Alicia O. Valle.  **The deadline for submitting consent is December 26, 2019.**

**IT IS FURTHER ORDERED** that all other provisions in the Order Setting Trial and Pre-Trial Schedule, not amended in this Order, ECF No. [78], remain in full force and effect.

---

[1] An Order Scheduling Mediation for June 18, 2019 was previously entered in this case.  *See* ECF No. [86].  The parties may not reschedule the mediation without leave of court.

Case No. 18-cv-80176-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 16th day of April, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record