**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                                                          **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION TO FILE UNDER SEAL

Dr. Craig Wright respectfully moves to file his Motion for a Protective Order (the "*Motion*") due by 3 p.m. on April 19, 2019, under seal, pursuant to Local Rule 5.4(b), and paragraph 11 of the Stipulated Confidentiality Order [DE 105].

## MEMORANDUM OF LAW

Local Rule 5.4(b) provides that a party seeking to file under seal must: (1) set forth the factual and legal basis for departing from the policy that Court filings be public; (2) describe the proposed sealed filing with sufficient particularity without revealing the confidential information; and (3) specify the proposed duration of the requested sealing. "When balancing the public's common-law right to access judicial records against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the

1

availability of a less onerous alternative to sealing the documents." *Sec. Networks, LLC v. Vision Sec., LLC*, 2014 WL 12538975, at *1 (S.D. Fla. Apr. 8, 2014) (internal citations omitted).

Pursuant to Federal Rule of Civil Procedure 24(c), Dr. Wright soon will be separately filing the Motion, which Magistrate Judge Reinhart stated during the parties' April 11, 2019, discovery conference could be filed under seal. The Motion seeks a protective order allowing Dr. Wright to answer under seal certain questions that were posed during his initial limited deposition on April 4, 2019, because his responses to those questions would endanger his personal safety if they were made public. Further, the Motion references and summarizes portions of Dr. Wright's initial deposition transcript, which has been marked "Confidential" pursuant to the terms of the Stipulated Confidentiality Order [D.E. 105].

For these reasons, Dr. Wright respectfully requests that the Court permit him to file the Motion under seal. Sealing the Motion will not impair court function. There is no less-restrictive alternative to sealing the Motion. Dr. Wright requests that the Motion remain sealed for the duration of the litigation or until further order of the Court.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085

                                      AMANDA MCGOVERN
                                      Florida Bar No. 964263
                                      ZAHARAH MARKOE
                                      Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

      I certify that on April 17, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                        /s/ Andres Rivero_____
                                        ANDRES RIVERO