## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                              **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## **(PROPOSED) ORDER**

This cause comes before the Court on defendant's Motion to File Under Seal Dr. Wright's Motion for Protective Order. The Court has reviewed the Motion.

IT IS ORDERED AND ADJUDGED as follows:

1. The Motion to File Under Seal is GRANTED and Defendant's Motion for Protective Order will remain under seal until further Order of this Court.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this ____ day of April 2019.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE