**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                            **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

### DR. CRAIG WRIGHT'S MOTION TO FILE UNDER SEAL

Dr. Craig Wright respectfully moves to file his Motion Regarding Production of a List of

The Public Addresses of His Bitcoin as of December 31, 2013 (the "*Motion*") due by 3 p.m. on

April 19, 2019, under seal, pursuant to Local Rule 5.4(b), and paragraphs 3(e) and 11 of the

Stipulated Confidentiality Order [DE 105].

    **I.**    **Standard on a Motion for Leave to File Under Seal**

Local Rule 5.4(b) provides that a party seeking to file under seal must: (1) set forth the

factual and legal basis for departing from the policy that Court filings be public; (2) describe the

proposed sealed filing with sufficient particularity without revealing the confidential information;

and (3) specify the proposed duration of the requested sealing. "When balancing the public's

common-law right to access judicial records against a party's interest in keeping the information

confidential, courts consider, among other factors, whether allowing access would impair court

functions or harm legitimate privacy interests, the degree of and likelihood of injury if made

public, the reliability of the information, whether there will be an opportunity to respond to the

information, whether the information concerns public officials or public concerns, and the

availability of a less onerous alternative to sealing the documents." *Sec. Networks, LLC v. Vision Sec., LLC*, 2014 WL 12538975, at *1 (S.D. Fla. 2014) (internal citations omitted).

## II.     Description of Document to be Filed Under Seal and Factual Basis for Sealing

Dr. Wright seeks to file under seal a motion regarding disclosure of his public Bitcoin addresses as of December 31, 2013. The Motion includes a list of some of those public addresses. A Bitcoin public address is an identifier of 26-35 alphanumeric characters that is the unique identifier for an account on the blockchain.[1] While the Bitcoin public address is public information, the identity of the owner of that address is not. Connecting a Bitcoin public address with its owner is like providing a full bank account number along with the name on the account.

## III.     Legal Basis for Sealing

"The Eleventh Circuit [has] ruled that a party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Sec. Networks, LLC v. Vision Sec., LLC*, 2014 WL 12538975, at *1 (S.D. Fl. 2014). Succinctly summing up, the First Circuit has stated that "[p]ersonal financial information, such as one's income or bank account balance, is *universally presumed to be private*, not public." *In re Boston Herald, Inc.*, 321 F.3d 174, 190 (1st Cir. 2003) (emphasis added). Recognizing litigants' overarching privacy interest in their personal financial information, district courts routinely allow sealed filing of documents containing sensitive financial information, such as bank statements, bank accounts, and credit card numbers, because the balancing of public and private interests favors keeping such personal information confidential. *See, e.g., Affiliati Network, Inc. v. Wanamaker*, 2017 WL 8784849, at *1 (S.D. Fla. 2017) (ordering defendant's bank statements to

---

[1] *See* https://en.bitcoin.it/wiki/Address; http://www.theopenledger.com/the-anatomy-of-a-bitcoin-address-which-is-not-a-public-key/, last accessed on April 17, 2019.

be kept under seal, because those documents contained confidential information); *Local Access, LLC v. Peerless Network, Inc.*, 2015 WL 7351444, at *1 (M.D. Fla. 2015) ("A party's interest in the privacy of its financial records and the terms of confidential agreements oftentimes outweighs the public's right of access."); *Chapman v. Krutonog*, 2010 WL 727577, at *5 (D. Hawaii 2010) (Litigants "certainly have a privacy interest in financial information such as their bank account or credit card numbers," because "[s]uch information is not publicly available and could lead to irreparable harm if it became publicly available.") Here, Dr. Wright moves to seal the Motion because it contains his public Bitcoin addresses and identifies some of the blocks on the blockchain that he mined, which, if revealed, would allow members of the public to determine the public Bitcoin addresses of those mined blocks. This information unquestionably constitutes private financial information that also is governed by the parties' Stipulated Confidentiality Order [DE 105] at paragraphs 3(e).

Thus, Dr. Wright respectfully requests that the Court allow him to file the Motion under seal. Sealing the Motion will not impair any Court functions, but not sealing would harm Dr. Wright's legitimate privacy interests, and there is no less-restrictive alternative to sealing the Motion that could adequately protect those privacy interests. Dr. Wright respectfully requests that the Motion remain sealed for the duration of this litigation or until further order of this Court.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com

3

Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on April 17, 2019, I electronically filed this document with the Clerk of the

Court using CM/ECF. I also certify that this document is being served today on all counsel of

record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.


 /s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819