**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                                         **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

**(PROPOSED) ORDER**

    This cause comes before the Court on Dr. Wright's Motion to File Under Seal. The Court has reviewed the Motion to File Under Seal.

IT IS ORDERED AND ADJUDGED as follows:

    1.  The Motion to File Under Seal is GRANTED and Dr. Wright's Motion Regarding Production of a List of the Public Addresses of his Bitcoin as of December 31, 2013 Order will remain under seal until further Order of this Court.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida this _____ day of April 2019.

 

                                          _____
                                          BRUCE E. REINHART
                                          UNITED STATES MAGISTRATE JUDGE