# EXHIBIT 1

*(Plaintiffs will email Exhibit 1 to Judge Reinhart)*