# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | CASE NO: 9:18-cv-80176-BB/BR |
| Plaintiffs, | |
| v. | |
| CRAIG WRIGHT | |
| Defendant. | |

Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019

Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by: Paula Foley



A P P E A R A N C E S

On behalf of the Plaintiffs:

VELVEL (DEVIN) FREEDMAN, ESQ.
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800,
Miami, Florida 33131

KYLE W. ROCHE, ESQ.
Admitted Pro Hac Vice
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

On behalf of the Defendant:

ANDRÉS RIVERO
ZAHARAH R. MARKOE
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Ste. 1000 Miami,
FL 331134

Court Reporter:

PAULA FOLEY
Magna Legal Services
1635 Market Street,
Philadelphia,
PA 19103
United States

Also Present:

PHILIP HILL (Videographer, Magna Legal Services)
ANDREW S. BRENNER, ESQ (Boies Schiller Flexner LLP) for the Plaintiff By Telephone

JOHN MCADAMS, ESQ (Boies Schiller Flexner LLP) By Telephone
IRA KLEIMAN (Plaintiff) By Telephone







[redacted]

Q. Approximately how often would you meet via video conference with Dave Kleiman in 2012?

MS. MARKOE: Objection.

THE WITNESS: Dave was my best friend. We talked a lot.

[redacted]







Q. Whose idea was it to create W&K US?

A. Dave's.



[redacted]

Q. Did you have any ownership in W&K?

A. No.

Q. Who owned W&K?

A. The records for W&K exist. I do not know if the records are accurate.

Q. Who owned W&K in reality?

A. Not me.

MS. MARKOE: Objection.

BY MR. FREEDMAN:

Q. Who?

A. Who owns BHP Billiton in reality? It is not my company. I do not care.

Q. You have no idea who owns W&K?

A. I do not know that.

MS. MARKOE: Objection.

THE WITNESS: If I do not own it, I do



not care about it.

[redacted]







Q. Was W&K your company?

MS. MARKOE: Objection.

THE WITNESS: No.

