**FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS**

www.sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Limited Liability Company Annual Report Help

All Annual Reports must be entered and submitted electronically online. Payments can be made by credit card, debit card, or by check or money order. For credit card and debit card processing allow 2-3 days; if paying by check or money order allow 3-5 weeks. Annual Reports will be processed after credit card confirmation or when check is received. All payment options will display after you complete and submit your Annual Report online.

A certificate of status can be requested. If requested, a certificate of status will be sent by email once the annual report has posted. The certificate will be emailed to the email address provided on the annual report.

**Required Fees:**

**The fee to file a limited liability company annual report is $138.75 if filed between January 1st and May 1st. After May 1st the limited liability company will be subject to a $400 late fee.**

**Optional Fees: A certificate of status may be requested for an additional $5.** A certificate of status is a certificate certifying the limited liability company is filed/registered and has paid all fees due this office through December 31st. Only one certificate may be requested when filing the annual report. You may request a certificate at a later date, and it can be requested online. If you request a certificate of status, you will need to provide a valid email address for the delivery of the certificate. The certificate will be emailed once the annual report posts. This usually occurs within 24-48 hours of posting.

**Name of Limited Liability Company:** The name of the limited liability company cannot be changed on the annual report. You must file Articles of Amendment to change the name of the limited liability company. Articles of Amendment cannot be filed online. However, you may download the form and instructions from our web site.

**Principal Place of Business Address and Mailing Address:** The principal place of business address must be a street address. The principal place of business address and the mailing address may be the same. They do not have to be in Florida. A post office box is acceptable for the mailing address.

**Federal Employer Identification Number (FEI Number):** The Federal Employer Identification Number is a 9-digit identification number assigned to a business entity by the Internal Revenue Service (IRS). If blank, you must provide this office with the FEI number or check either the "APPLIED FOR" or "NOT APPLICABLE" box. When entering the FEI number, enter only the digits. Do not enter the dash. If the block already contains "APPLIED FOR", our records indicate the number was previously applied for. We cannot file an annual report where the number is being "APPLIED FOR" again. Please call the IRS at 1-800-829-4933 to obtain a Federal Employer Identification Number.

**Registered Agent and Registered Office:** The registered agent is an individual or business entity that has agreed to accept service of process in the state of Florida on behalf of your limited liability company. The limited liability company itself cannot serve as its own registered agent. An individual associated with the company may serve as the registered agent. If the registered agent is a business entity, the designated business entity must have an active registration/filing on file with this office. The registered agent must have a Florida street address. **A post office box is NOT acceptable.** If changed, the new registered agent must sign accepting this designation by typing his/her name in the appropriate signature block. The limited liability company should maintain the actual acceptance signature in their records.

**Manager(s)/Managing Member(s):** The limited liability company must provide the name, address and title of each manager or managing member. Please use "MGR" to denote a manager and "MGRM" to denote a managing member. You must list at least one manager or managing member. The address may be a post office box.

**MGR** - A person outside the company who will manage the company.

**MGRM** - A person who is a member and also manages the company.

Our database can hold a total of six managers or managing members. If you must list more than six managers or managing members, you must call (850) 245-6051 for special filing instructions.

**Signature of Manager or Managing Member:** A manager or managing member must sign the report by typing his/her name in the appropriate signature block. The person signing must list his/her title as well.

**Questions? Please direct your questions as follows:**

For specific filing questions, please call the Registration Section at 850-245-6051.

For technical questions concerning the online application process or payment problems, please call the Internet Support Section at 850-245-6939.

| Home | Contact Us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

Case 9:18-cv-80176-BB  Document 159-2  Entered on FLSD Docket 04/28/2019  Page 2 of 2