# EXHIBIT 3

Para español, seleccione de la lista  Select Language ▾  Powered by Google **Translate**

Department of State / Division of Corporations / Search Records / Search Guides / Corporation Records / Title Abbreviations

# Title Abbreviations

- The "title" field for corporations and limited liability companies are listed as abbreviations.
- This list is not comprehensive. Other abbreviations may be used that are not identified here.
- One person may serve in multiple capacities.
  - Each role designation is indicated with an abbreviation.
  - **Example:** PDST for an individual serving as the President, Director, Secretary, and Treasurer.
- We do not recommend using titles meant for any other business type other than your own.
  - **Example:** MGR is abbreviated for Manager in a limited liability company.
  - MGR should not be used for a corporation.

| ABBREVIATION | DEFINITION |
|---|---|
| A | Administrator<br>Apostile[1]<br>Assistant (when used with another title, such as "AV" for Assistant Vice President) |

| ABBREVIATION | DEFINITION |
| --- | --- |
| **AMBR** | Authorized Member |
| **AP** | Authorized Person |
| **AR** | Authorized Representative |
| **B** | Bishop[1]<br>Bookkeeper<br>Brother[1] |
| **C** | Cashier<br>Chairman<br>Chief<br>Colonel<br>Commander<br>Commodore<br>Controller/Comptroller |
| **CEO** | Chief Executive Officer |
| **D** | Deacon[1]<br>Director |
| **E** | Elder[1] |
| **F** | Father[1] |
| **G** | General |
| **L** | Limited |
| **M** | Manager<br>Missionary |
| **MGR** | Manager |
| **O** | Officer<br>Overseer |

| ABBREVIATION | DEFINITION |
|---|---|
| P | President |
|   | Pastor[1] |
|   | Preacher[1] |
|   | Presider |
|   | Priest[1] |
| Q | Quarter Master |
| R | Receiver |
|   | Referee |
| S | Secretary |
|   | Sergeant at Arms |
|   | Sister[1] |
| T | Treasurer |
|   | Trustee |
| V | Vice President |

[1]These abbreviations may be found with some non-profit corporations, such as churches.



### Ron DeSantis, Governor
### Laurel M. Lee, Secretary of State

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Copyright [(/copyright/)](/copyright/) © 2019 State of Florida, Florida Department of State.

# Florida Department of State
# Phone: 850.245.6000

Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301