# EXHIBIT 4

About & Contact    Careers    Terms & Conditions    Privacy Policy    Advertise    Self Serve

Hacked.com





LIVE    MARKET    CRYPTO    MARKETCAP    PRICES    RSS    ABOUT

LOG IN

LIVE    MARKET    CRYPTO    MARKETCAP    PRICES    RSS    ABOUT

LOG IN

 Home  ▸  Bitcoin Law  ▸
Craig Wright Allegedly Submits Fake Email in Bitcoin Lawsuit

ADVERTISEMENT

 Prices     News     Live



The standard of proof as to who is Satoshi Nakamoto seems to be the ability to create a cryptographic signature using one of the original Satoshi addresses. No one has done this, including Craig Wright. | Source: CoinGeek/YouTube

# Craig Wright Allegedly Submits Fake Email in Bitcoin Lawsuit

P. H. Madore    16/04/2019    Bitcoin Law, Crypto, News

 Tweet     Share

By CCN: A Redditor has revealed perhaps the most interesting fraud claim regarding Craig Wright yet. Wright is being sued by the estate of Dave Kleiman for a sum in the many billions of dollars. The suit alleges that Wright stole over 1 million BTC from Kleiman shortly after his death.

## SIGNATURE ACTUALLY DATES TO 2014, NOT 2012

## MOST COMMENTED



India PM Outrageously Warns Pakistan of Nuclear War after Shocking Sri Lanka Attacks



Tesla Stock Speeds Toward Brink as Analyst Warns of 'Outright Disaster'

 Prices     News     Live

apparent expert in GPG signatures and cryptography, Contrarian__ makes his case plain as day:

> We know how to find the long ID of the key used and the timestamp of the signature. I've bolded the ID and italicized the timestamp. Looking on the MIT keyserver, we can find the fake* key. The timestamp of the signature is 1394600848, which is March 12, 2014, two weeks before Craig filed to install Uyen as a director of Dave's old company, and almost a year after Dave died!

The e-mail has another interesting characteristic, beyond its apparent false signature: apparently Dave Kleiman mispelled his own name as Klieman when he set up the account from which he sent the e-mail. Or the e-mail is definitively fake and alleged Satoshi Nakamoto Craig Wright failed to catch the typo while generating the fabrication.



Cryptocurrency



Japan's Second-Richest Man Bet Massively on Bitcoin. He Lost $130 Million



Dow Cringes as Hillary Clinton Exposes 'Roadmap' to Impeach Trump

**BITCOIN EVENTS CALENDAR**

| Tokenized Assets New York | |
|---|---|
| New York, USA | 12.05.20 |


Prices


News


Live

| | |
|---|---|
| London, UK | 04.06.20 |
| **Tokenized Assets Amsterdam** | |
| Amsterdam, Netherlands | 06.06.20 |

View all Events

---

From: Dave Klieman
To: Uyen Nguyen
Subject: Apppointment letter
Date: Thursday, 20 December 2012 8:19:03 AM

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

UT
Craig speaks highly of you.

I am going to need and ask for your help. You know Craig well and I am an enigma. I have been unwell and in the VA far too much. I need a person who can run around. Craig is too far away and we need him to remain off of this.

I will ask you to be a director with me in W&K Information Defense Research LLC. We are setting up a company in Australia and will move the assets back from Panama once this is complete. We placed them there to protect Craig.

At the time, the Australian IRS valued the IP at nothing, now it is ok, but one day it could be worth more than anything we can imagine. For this reason, we need to work to stop it being seen in the wrong light.

Craig is a great guy, but too volatile. He also does not know when to accept that rules get broken by others far too much. Unless I hear otherwise, I will assume you are coming on-board. I will work out a time to meet with you in May if my health improves. Do not let Craig badger you too much.

Dave
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.19 (MingW32)

iQEcBAEBAgAGBQJTH+uQAAoJELiFsXrEW+0bCacH/3KruseVIurwbAVr3b2ckSiv
YXX5IMkwsBXTVflxm/at1nvCwrzYNroiv1Ee5jLIOhFZhr7mqpqAQ7yYURUPtNl9
U3Eh+tXaH20eLrXayUaFvEKzS6N0cA+W+8DWLt/VmIycxdYojxAoHXDM2UAp6RFl
w5T8yZ6Z1acAUgmvaX+sTm8tQ1P0U2BYC7T0cpTZ2mX+dhYCuJDyhFo2IoeHlhs7
D7ruF+/QepxDDySN70qi3IstNOkMNyc4H3Kw9rbEizy0y3xtM7FjcNtOPW1t4/Ge
ePFclnXZaHk/Aw5RT6F1lFBjTaCZ58WQnxgiehDTvGNatTGsszBHjM9lwoMs0YU=
=7JsV
-----END PGP SIGNATURE-----

Source: Scribd

---

## HVY ARTICLES

- 'I'm with her': George Conway sides with Hillary in reaction to Mueller report findings
- Bruce Lee: The Heart of the Dragon
- Don't Judge A Book By Its Cover
- Medicare penalizing Montana Hospitals over readmissions
- Can PornHub please replace YouTube?

Another Reddit commentator points out that the strategy for "appointing" someone is odd, as Kleiman allegedly says:

> Unless I hear otherwise, I will assume you are coming on-board.

The redditor comments:

## NEWS TIPS?

tips (at) ccn.com


Prices


News


Live

business.

## CRAIG WRIGHT: CHIEF SCIENTIST OR PROFESSIONAL LITIGANT?

Wright is fast becoming a professional litigant, with lawsuits against him and <u>numerous suits against others</u>. Calvin Ayre has acted as a sort of press man for Wright, letting the world know as Wright sends more and more legal threats.

Most recently, the subjects of his legal rancor have gotten higher and higher profile: both Vitalik Buterin and Adam Back are allegedly going to have to answer for denying Wright's (unproven) claim to be Satoshi Nakamoto.



00:15/00:30

**Calvin Ayre**
@CalvinAyre

Adam Back back got his letter from Craig today so he will also have a chance to tell his story  under oath in a UK court.  He must really be happy about this given how loud he has been in the last week on his opinions.   :-)

medium.com/@craig_10243/w…

172   8:58 AM - Apr 16, 2019

 Prices           News           Live

**Wiki**

At the time, Wikipedia wanted to remove the page. There wasn't anything good that had been published which detailed and

medium.com

175 people are talking about this

You'll notice that this reporter made a rare comment on the post linked in the above tweet. It seems clear that Satoshi Nakamoto illustrated within the pages of the whitepaper why he was referencing Adam Back's Hashcash paper. However, Wright claims in his most recent work:

> So, Wei is referenced as he helped. Adam Back is referenced as he pointed me to Wei.

The fact that Craig Wright has not yet managed to prove his identity as Satoshi Nakamoto should not be lost on the reader. Even friends and faithful followers of Wright, such as Roger Ver, have eventually parted ways, believing they were conned.

 Prices  News  Live

The standard of proof as to who is Satoshi Nakamoto seems to be the ability to create a cryptographic signature using one of the original Satoshi addresses. No one has done this, including Craig Wright.

**What is your reaction?**  2 votes

| 0% | 0% | 100% | 0% | 0% | 0% |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| yeah! | careface | hmm.. | haha | pissed | cry baby |

## AROUND THE WEB

Ads by Revcontent

 Prices       News       Live

**Which Pot Stocks Are a Must Buy**
Strategic Investor

**Feeling Old? Do This Once a Day and Watch What**
LCR Health

**What is Immunotherapy, and How Does It**
HealthiNation

### P. H. Madore

P. H. Madore has written for CCN since 2014 and is currently Head of Crypto. Please send breaking news tips or requests for investigation to paul.madore@ccn.com. His website is http://phm.link

Tags: CALVIN AYRE,  CRAIG WRIGHT,  DAVE KLEIMAN

Comments (0)                                   ♥ Recommend   0

Write a comment

Be the first to comment

 Prices        News        Live


**Bitcoin Exchange HitBTC Allegedly Bilks Users in High-Stakes Token Swap**
4 Comments


**Ripple's Disastrous Year: XRP is the Worst-Performing Major Crypto of 2019**
4 Comments


**Bitcoin is Criminals' 'Favorite', Used in 95% of Crypto Crimes: Forensic**
4 Comments


**Fed-Up Bitcoin Community Favors Censorship on Twitter**
3 Comments


**Rock Star Litecoin: Charlie Lee Rails Against S**t Coins and Scam Coins**
3 Comments


**Tron Casino Disappears,Thousands of Investors Left with 'Worthless' Tokens**
2 Comments

Show more articles

Sitemap
Contact & About
Our Ethical Code
Privacy Policy
Terms & Conditions
Advertise

### ABOUT CCN

CCN is an unbiased financial news site reporting on US Markets and Cryptocurrencies. Op-eds and opinions should not be attributed to CCN. Journalists on CCN follow a strict ethical code that you can find here. You can contact us here.

CCN Copyright © 2019.


Prices


News


Live