# EXHIBIT 5

   

Search r/Bitcoin

**Posts**   Resources ▾   Other Bitcoin Sites ▾   Live Bitcoin Chat   Live Price Chat

Posted by u/Contrarian__ 9 days ago 🏅 2

### The fraud continues - Craig Wright just purposely submitted a provably fake email into evidence in the Kleiman-Wright case

Craig Wright's fraud continues. Yesterday, he submitted into evidence an email he says was from Dave Kleiman to Uyen Nguyen asking her to be a director of his 'bitcoin company' in **late 2012**.

It is provably fake.

**Craig didn't realize that the email's PGP signature includes a signing timestamp along with the ID of the key used as metadata.** Was the email actually sent **in 2012**? Let's find out!

The beginning of the signature is as follows: iQEcBAEBAgAGBQJTH+uQAAoJELiFsXrEW+0bCacH/3K

Converted to hex, it's: 89 01 1c 04 01 01 02 00 06 05 02 *53 1f eb 90* 00 0a 09 10 **b8 85 b1 7a c4 5b ed 1b** 09 a7 07 ff 72

We know how to find the long ID of the key used and the timestamp of the signature. I've bolded the ID and italicized the timestamp. Looking on the MIT keyserver, we can find the fake* key. **The timestamp of the signature is 1394600848, which is March 12, 2014, two weeks before Craig filed to install Uyen as a director of Dave's old company, and almost a year after Dave died!**

We can double-check with `gpg -vv`. Transcribe the email and paste it in. Here's the output:

```
:signature packet: algo 1, keyid B885B17AC45BED1B
version 4, created 1394600848, md5len 0, sigclass 0x01
digest algo 2, begin of digest 09 a7
hashed subpkt 2 len 4 (sig created 2014-03-12)
subpkt 16 len 8 (issuer key ID B885B17AC45BED1B)
```

(I'll note, as an aside, that Dave apparently spelled his name incorrectly and put a typo in the subject.)

*The fake key has the same pref-hash-algos as Craig's fake keys, and were never updated.

💬 **296 Comments**   ⭐ **Give Award**   ➤ **Share**   •••        97% Upvoted

Comment as BSV123

 

Search r/Bitcoin

 

SORT BY  **BEST**  ▼

---

↑ **EnglishBulldog**  214 points  ·  8 days ago
↓
He went through all the trouble to get the proper version of GNUPG from the right time period but didn't bother to put time into understanding what is in a PGP signature! Amazing.

💬 Reply   Give Award   Share   Report   Save

   ↑ **Contrarian__** 🔑  88 points  ·  8 days ago
   ↓
   Haha, yup, that was the first thing I checked.

   💬 Reply   Give Award   Share   Report   Save

      ↑ **Morph77**  23 points  ·  8 days ago
      ↓
      Thanks for sharing.

         💬 Reply   Give Award   Share   Report   Save

      **24 more replies**

↑ **Patri_Kelley**  11 points  ·  8 days ago  ·  *edited 8 days ago*
↓
Correct me if I am wrong, for this software, isn't all he would have to do is disconnect his pc from the internet and change the time on his system? If true this guy is verifiably less computer capable than a 12 year-old who hacked his Xbox achievements. Is he really even a doctor or did he fake that too?

I think I am wrong, but, nevertheless, he is still dumb though.

💬 Reply   Give Award   Share   Report   Save

   ↑ **CryptoNoob-17**  13 points  ·  8 days ago
   ↓
   He is really a doctor. He has 1 doctorate, a PhD in Philosophy. At a conference he wheeled in a wheelbarrow of diplomas. 1 PhD and the rest were just fake master's degrees. I say fake, because clearly he doesn't know much about Computer Science.

   There was the time when he didn't know the difference between Kb and Kib when calculating how long a 56K modem would take to download a 10 min block. There was another incident where he showed off his C++ "skills" by copy & pasting a simple "Hello World" program.

   💬 Reply   Give Award   Share   Report   Save

  Search r/Bitcoin 

comments

Reply   Give Award   Share   Report   Save

**jewelrystore648**   2 points   ·   8 days ago

hmm I guess crypto is not the one for him, Guess he should just return to the meds world

Reply   Give Award   Share   Report   Save

**Patri_Kelley**   1 point   ·   6 days ago

> PhD in Philosophy

Philosophy is not psychology.

Reply   Give Award   Share   Report   Save

**jewelrystore648**   2 points   ·   6 days ago

ow sorry my bad.

Reply   Give Award   Share   Report   Save

**charonaa**   2 points   ·   2 days ago

> psychology

and psychology is not psychiatry. psychology is not meds world either...

Reply   Give Award   Share   Report   Save

**Patri_Kelley**   1 point   ·   2 days ago

I am aware; one assumption at a time, it is not like "meds world" exists either.

Reply   Give Award   Share   Report   Save

**dooglus**   1 point   ·   5 days ago   ·   *edited 5 days ago*

> He is really a doctor. He has 1 doctorate, a PhD in Philosophy

Not according to the university he got it from:

https://twitter.com/mashable/status/67519305940826216

Edit: https://researchoutput.csu.edu.au/en/publications/the-quantification-of-information-systems-risk-a-look-at-quantita-3 seems to show he did get the PhD years later.

Reply   Give Award   Share   Report   Save

**TweetsInCommentsBot**   1 point   ·   5 days ago

**@mashable**

2015-12-11 05:59

Update: Australian university says Craig Wright did not complete a PhD as claimed. http://on.mash.to/1Z2BJqu

 

Search r/Bitcoin

 

This message was created by a bot

[/r/Bitcoin, please donate to keep the bot running] [Contact creator] [Source code]

Reply  Give Award  Share  Report  Save

**18 more replies**

**2 more replies**

mrxsdcuqr7x284k6  73 points · 8 days ago

'Unless I hear otherwise, I will assume you are coming on-board [as a director of my business]'

I'm going to use this technique to assemble an amazing board for directors for my dog-walking business.

But seriously, OP, can you send this info to Ira Kleiman's legal team? I'll bet they'd like to know about it.

Reply  Give Award  Share  Report  Save

TwatoshiSuckafucko  4 points · 8 days ago

No one here actually reads the case. This wasn't submitted into evidence by Team Craig at all. You know what that means, right? No? Thought so. Yet 1000 upvotes.

Reply  Give Award  Share  Report  Save

antikama  161 points · 8 days ago

'Don't ever, ever try to lie to the internet - because they will catch you.'"

Gabe Newel

Reply  Give Award  Share  Report  Save

veritas103108  redditor for 3 months  90 points · 8 days ago

"Craig Wright is a fraud."

- Abraham Lincoln

Reply  Give Award  Share  Report  Save

NullFlex  47 points · 8 days ago

"man fuck craig" -albert einstein

Reply  Give Award  Share  Report  Save

b0nusmeme  redditor for 3 months  18 points · 8 days ago

Even I think he's been way out of line.

- Robin Williams

Reply  Give Award  Share  Report  Save

YoungScholar89  30 points · 8 days ago

 

Search r/Bitcoin

 

**Cryptolution** 21 points · 8 days ago

"Craig Wright can eat Kenny's asshole" - Cartman

Reply    Give Award    Share    Report    Save

**Miffers** 32 points · 8 days ago

Two Craigs don't make it Wright

Reply    Give Award    Share    Report    Save

**DefNotARussianShill** redditor for 6 weeks   7 points · 8 days ago

Two Craig's one cup

Reply    Give Award    Share    Report    Save

**bnibbler** 5 points · 8 days ago

Don't fall for this Craigslist advertisement people, It's a scam.

Reply    Give Award    Share    Report    Save

**Cryptolution** 2 points · 8 days ago

This is a scam I can get behind!

Reply    Give Award    Share    Report    Save

**tinfoilery** 1 point · 8 days ago

Chortle! Good job sir

Reply    Give Award    Share    Report    Save

**Cryptolution** 1 point · 8 days ago

lmao!!!!

Reply    Give Award    Share    Report    Save

**losh11** 3 points · 8 days ago

Someone should pay her to say that.

Reply    Give Award    Share    Report    Save

**Morph77** 5 points · 8 days ago

Craig... Right?

Reply    Give Award    Share    Report    Save

**eqleriq** 7 points · 8 days ago

"Vacate your home I come to brake your bones

Americas nightmare we at it again

A desert eagle and a black mack 10

They'll never know what happened

   Search r/Bitcoin   

Come with me but don't run and die where your standin'

See I'm holdin' on this cannon and your life I'm demandin'"

- mahatma gandhi

💬 Reply    Give Award    Share    Report    Save

walloon5 · 1 point · 8 days ago

"Our words are backed by NUCLEAR WEAPONS"

-Gandhi

💬 Reply    Give Award    Share    Report    Save

fappaderp · 6 points · 8 days ago

"I'm Abraham Lincoln."

- Craig Wright

💬 Reply    Give Award    Share    Report    Save

chris101sb · 1 point · 8 days ago

"I'm Craig Lincoln"

- Peter Todd

💬 Reply    Give Award    Share    Report    Save

NickDaGamer1998 · 2 points · 8 days ago

"It just works."

- Todd Howard

💬 Reply    Give Award    Share    Report    Save

Thonggrrrl15 · redditor for a day · 1 point · 5 days ago

Haha, I wish I had an award to invest in this.

💬 Reply    Give Award    Share    Report    Save

Morph77 · 3 points · 8 days ago

what a quote lol

💬 Reply    Give Award    Share    Report    Save

veritas103108 · redditor for 3 months · 5 points · 8 days ago

In the spirit of Craig Wright, Abraham Lincoln actually said that. And don't call me a fraud unless you can prove he didn't!

💬 Reply    Give Award    Share    Report    Save

Morph77 · 2 points · 8 days ago

I agree, can't prove it.

💬 Reply    Give Award    Share    Report    Save

4/25/20... JBOOT1765 Discusses Doing Wright its T5 9... Fly ... Entered on coph FLSD Date... Docket... 0/28/2019 Write... Page 8 of 25

Case 9:18-cv-801/6-BB Document 159-5 Entered on FLSD Docket 04/26/2019 Page 8 of 25

    

Search r/Bitcoin

PGP signature of it didn't happen

Reply  Give Award  Share  Report  Save

**sixf0ur** 26 points · 8 days ago

"Don't ever, for any reason, do anything, to anyone, for any reason, ever, no matter what, no matter where, or who, or who you are with, or where you are going, or where you've been, ever, for any reason whatsoever."

Michael Scott

Reply  Give Award  Share  Report  Save

**exab** 3 points · 8 days ago

This is deep.

Reply  Give Award  Share  Report  Save

**jon34560** 2 points · 8 days ago

And wide.

Reply  Give Award  Share  Report  Save

**SmutSlacker** 2 points · 7 days ago

That's what she said

Reply  Give Award  Share  Report  Save

**TaleRecursion** 1 point · 8 days ago

And self-referent

Reply  Give Award  Share  Report  Save

**TipToeThruCrypto** 1 point · 8 days ago

Yeah at least 1/3 of the way down the comments page.

Reply  Give Award  Share  Report  Save

**hashestohashes** 1 point · 8 days ago

thats what she said

Reply  Give Award  Share  Report  Save

**N0tMyRealAcct** 2 points · 8 days ago

• Wayne Gretzky

Reply  Give Award  Share  Report  Save

**kerato** 2 points · 8 days ago

Came here for the Michael Scott quote

Was not dissapointed

Reply  Give Award  Share  Report  Save

  Search r/Bitcoin  

▲ **CryptoM173** 57 points · 8 days ago
▼ Is anyone contacting Kleiman's attorney to point this out?

   💬 Reply　Give Award　Share　Report　Save

   ▲ **FluxSeer** 11 points · 8 days ago
   ▼ This

     💬 Reply　Give Award　Share　Report　Save

     ▲ **Contrarian__** 🔑 48 points · 8 days ago
     ▼ One of Kleiman's attorneys 'liked' a Twitter post on the topic.

       💬 Reply　Give Award　Share　Report　Save

       ▲ **jkrushal** 14 points · 8 days ago
       ▼ That's awesome.

         💬 Reply　Give Award　Share　Report　Save

         ▲ **nicholashathaway** redditor for 3 weeks 3 points · 8 days ago
         ▼ Any chance you can give a link or the source or the twitter handle of the lawyer?
           Thanks!

           💬 Reply　Give Award　Share　Report　Save

▲ **Marcion_Sinope** 43 points · 8 days ago
▼ Put another felony on the barbie.

   💬 Reply　Give Award　Share　Report　Save

▲ **varikonniemi** 65 points · 8 days ago
▼ Amazing if this won't lead to some charges in itself. Giving fake evidence while not being the
   defendant is illegal at least over here.

   💬 Reply　Give Award　Share　Report　Save

   ▲ **Renben9** 41 points · 8 days ago
   ▼ Up to 2 years prison sentence.

     http://www.legislation.gov.uk/ukpga/Geo5/1-2/6

     💬 Reply　Give Award　Share　Report　Save

     ▲ **TipToeThruCrypto** 3 points · 8 days ago
     ▼ This case is taking place in Florida

       💬 Reply　Give Award　Share　Report　Save

       ▲ **ZPM1** redditor for 3 months 6 points · 8 days ago
       ▼ Not a lawyer but I saw something about up to 5 years in the U.S.

 

Search r/Bitcoin



> TipToeThruCrypto · 1 point · 7 days ago
> Probably not - afaict 5 years is for purgery in criminal cases. This is a civil case.
>
> Reply  Give Award  Share  Report  Save

nspectre 4 points · 8 days ago
So Craig Wright is Florida Man?

Reply  Give Award  Share  Report  Save

> Septem_151 4 points · 8 days ago
> Well there's no evidence that he's not, sooo...
>
> Reply  Give Award  Share  Report  Save

> TipToeThruCrypto 3 points · 8 days ago
> He would fit in well in [/r/FloridaMan](/r/FloridaMan)
>
> Reply  Give Award  Share  Report  Save

> brwtx 3 points · 8 days ago
> Craig Wright
>
> In the US the scammers and spammers always seem to be from Florida.
>
> Reply  Give Award  Share  Report  Save

> > nspectre 2 points · 8 days ago
> > And incorporated in Delaware. :)
> >
> > Reply  Give Award  Share  Report  Save

> chabes 1 point · 8 days ago
> Kleinman lived in Florida
>
> Reply  Give Award  Share  Report  Save

Renben9 1 point · 8 days ago
Oh, then it's 5 years and up to 15 if the case involves a serious enough felony.

Questionable tough, if UK would allow an extradition.

Reply  Give Award  Share  Report  Save

FluxSeer 7 points · 8 days ago
In this case he is the defendant. Kleiman estate is suing him

Reply  Give Award  Share  Report  Save

> varikonniemi 3 points · 8 days ago
> oh my, i'm really out of the loop of all the drama.
>
> Reply  Give Award  Share  Report  Save

2 more replies

 

Search r/Bitcoin

 

Reply   Give Award   Share   Report   Save

Renben9   1 point   ·   8 days ago

In some jurisdictions (which are not banana republics), yes.

Not sure of the UK, tough. Skimmed over the law linked above and couldn't find a clause that gives carte blanche for defendants.

Reply   Give Award   Share   Report   Save

varikonniemi   1 point   ·   8 days ago

This is common western legal tradition, defendant cannot be charged for lying.

Reply   Give Award   Share   Report   Save

cpjackso   28 points   ·   8 days ago

He retrospectively made Kleiman a director of his company co1n ltd nearly a year after his death - for a period that was 2 years prior.

https://beta.companieshouse.gov.uk/company/08248988/filing-history

Reply   Give Award   Share   Report   Save

**27 more replies**

poopiemess   21 points   ·   8 days ago

Craig is going to jail. The question is, in which country?

Reply   Give Award   Share   Report   Save

s1lverbox   6 points   ·   8 days ago

Delist Craig Wright.

Reply   Give Award   Share   Report   Save

TipToeThruCrypto   3 points   ·   8 days ago

It's all part of his plan to weasel out of the unfulfillable deal he made with nChain.

I'd bet a coin or two this all ends with Calvin Ayre and CSW falling out and suing each other into oblivion.

Reply   Give Award   Share   Report   Save

walloon5   3 points   ·   8 days ago

So far it seems like he got the most out of Austrailia

Reply   Give Award   Share   Report   Save

giszmo   6 points   ·   8 days ago

The sooner the better :(

Reply   Give Award   Share   Report   Save

 

Search r/Bitcoin

 

Hope CW finds out who is framing him.

Reply   Give Award   Share   Report   Save

**brendzy** 42 points · 8 days ago

Did i really need to include /s?

Reply   Give Award   Share   Report   Save

**zluckdog** 24 points · 8 days ago

a fleeting moment, i almost ate that onion

Reply   Give Award   Share   Report   Save

**fraidknot** 3 points · 8 days ago

At least it has a name

Reply   Give Award   Share   Report   Save

**WikiTextBot** 4 points · 8 days ago

**Poe's law**

Poe's law is an adage of Internet culture stating that, without a clear indicator of the author's intent, it is impossible to create a parody of extreme views so obviously exaggerated that it cannot be mistaken by some readers for a sincere expression of the parodied views. The original statement, by Nathan Poe, read:

Without a winking smiley or other blatant display of humor, it is utterly impossible to parody a Creationist in such a way that someone won't mistake for the genuine article.

[ ^PM | Exclude ^me | Exclude from ^subreddit | FAQ ↙ ^Information | ^Source ] Downvote to remove | v0.28

Reply   Give Award   Share   Report   Save

**DesignerAccount** 5 points · 8 days ago

Yes. CSW shills might very well say some shit like that.

Reply   Give Award   Share   Report   Save

**J2383** 2 points · 8 days ago

> Did i really need to include /s?

Not sure why, but apparently some people needed it.

Reply   Give Award   Share   Report   Save

**TaleRecursion** 1 point · 8 days ago

It really needed /s /s

Reply   Give Award   Share   Report   Save

   

💬 Reply   Give Award   Share   Report   Save

**ZPM1** · redditor for 3 months   12 points · 8 days ago

That is huge. Talk about hoisted on his own petard. If that was submitted as evidence to the court it is out of his hands now, is a very significant lie and is demonstrably fraudulent. This is no longer he said she said on the internet this is a legal document submitted to the court. There go all the libel cases as well as any judge who knows that he has a history of submitting fraudulent documents to court will have a field day with him. In all honesty, as a favor to Craig, his best bet now is to drop all litigation he has initiated, apologize profusely and repeatedly to all involved for the hurt and damage he has caused to attempt to avoid jail time. He should note he has a failing and will be seeking help, might be too late. A five billion dollar lawsuit is likely going to be a pretty watched case and while I am not a lawyer my understanding is falsifying court documents is a felony.

💬 Reply   Give Award   Share   Report   Save

Comment deleted by user   8 days ago

**ZPM1** · redditor for 3 months   4 points · 8 days ago

I agree entirely, also because he seems to be a congenital liar, but I would still say his best course of action is to stop digging, plead for any kind of settlement with Klienman or however you spell it and drop all other litigation. If this was submitted as a legal court document he is REKT, the Kleinman estate is after him and if the OPs analysis is correct CW just commited a felony. I can imagine his lawyers just love him now. Guess we will also see whether he has deep pockets to try and drag this out or is near insolvent. Just wildly speculating now, but given that CW needed 15 million dollars from nChain to pay off previous business debts, after BTC was already worth billions to tens of billions of dollars, given his history of lying there is a very decent chance he is not any sort of early miner BTC whale at all. Perhaps he is being propped up financially by Calvin Ayres. Time will tell if he has, what did he say at a speech when he was in Uganda or some such, "I have more money than your entire country" cause he may likely need it to avoid a significant jail sentence. Poor Craig, poor, poor Craig, even that wheelbarow full of diplomas you brought up on stage can't get you out of this one.

💬 Reply   Give Award   Share   Report   Save

**ncsakira**   2 points · 8 days ago

But in his mind he still need that supercomputer to crack the USB that he stole from kleiman with 300k btc. Hence why he is in trouble with the Australian tax office. To get grants for imaginary projects.

💬 Reply   Give Award   Share   Report   Save

**markimget**   21 points · 8 days ago 🏆

If this is legitimate, you or someone should file an amicus curiae brief and get him convicted of perjury.

 

Search r/Bitcoin

 

▲ **aznar** 10 points · 8 days ago
▼

All those years practicing and he still doesn't know how to properly create his fakes?

Fraud AND slow learner

💬 Reply   Give Award   Share   Report   Save

---

▲ **AmoBitcoin** 38 points · 8 days ago
▼

I am hypnotized by the gaudy spectacle presented by this serial fabricator, fraud after fraud and lie after lie without any compunction or sense of scruples.

💬 Reply   Give Award   Share   Report   Save

> ▲ **joeknowswhoiam** 30 points · 8 days ago
> ▼
>
> Did you eat a thesaurus for lunch today? ;)
>
> 💬 Reply   Give Award   Share   Report   Save
>
> > ▲ **BashCo** 22 points · 8 days ago
> > ▼
> >
> > om nom onomatopoeia
> >
> > 💬 Reply   Give Award   Share   Report   Save
> >
> > > ▲ **ZPM1** redditor for 3 months   1 point · 8 days ago
> > > ▼
> > >
> > > Stayed at a Holiday Inn
> > >
> > > 💬 Reply   Give Award   Share   Report   Save

> ▲ **marsPlastic** 6 points · 8 days ago
> ▼
>
> It really is incredible. I actually find it it really hard to understand, sort of like how we can't really understand high numbers. Just boggles my mind.
>
> 💬 Reply   Give Award   Share   Report   Save

> ▲ **gonzobon** 3 points · 8 days ago
> ▼
>
> Compunction isn't a word.
>
> *googles*
>
> I'll be damned.
>
> 💬 Reply   Give Award   Share   Report   Save
>
> > ▲ **BeakMeat** 1 point · 7 days ago
> > ▼
> >
> > Com-punk'd!
> >
> > 💬 Reply   Give Award   Share   Report   Save
>
> **4 more replies**

▲ **TipToeThruCrypto** 1 point · 8 days ago
▲

aka psycopath

    

Search r/Bitcoin

**MiyamotoMustashi** redditor for 5 weeks   8 points   ·   8 days ago
This should be good.
Reply   Give Award   Share   Report   Save

**HK_frank**   6 points   ·   8 days ago
Playing devil's advocate here; do we know that this document was actually submitted as evidence? Searching the case number on Google leads back to this scribd file and a bunch of other unrelated material. Then there's the misspelling of Kleiman's name, the term "Australian IRS" (there is no such agency) and the fact that it presents Craig Wright in a negative light. Who wrote this and why?
Reply   Give Award   Share   Report   Save

**Contrarian__** 🔑   2 points   ·   8 days ago
Here. The email is referred to as "Exhibit A".
Reply   Give Award   Share   Report   Save

**HK_frank**   6 points   ·   8 days ago
No, that's just a link to this collection of documents. How do we prove they're the real ones the court is seeing?
Reply   Give Award   Share   Report   Save

**nyaaaa**   1 point   ·   6 days ago
https://www.reddit.com/r/Bitcoin/comments/beuxnf/craig_wright_withdraws_email_w incorrectly_dated/
Him withdrawing it should be proof enough that he submitted it.
Now stop.
Reply   Give Award   Share   Report   Save

**3DprintRC** redditor for 3 months   5 points   ·   8 days ago
He's hilariously inept for a "computer scientist".
Reply   Give Award   Share   Report   Save

**BlueeDog4**   4 points   ·   8 days ago
I think it will be hilarious if he ends up in jail for trying to defraud the court.
Reply   Give Award   Share   Report   Save

**BashCo**   15 points   ·   8 days ago
I wonder if this stuff should be posted to rbtc instead of r/Bitcoin. I mean, Roger and Craig were best buddies and Roger elevated Craig for several years. As far as I'm concerned, he's Roger's

 

Search r/Bitcoin



💬 Reply    Give Award    Share    Report    Save

⬆ **Contrarian__** 🔑  12 points  · 8 days ago
⬇ I posted it to btc first.

I post this stuff here mostly for the laughs.

💬 Reply    Give Award    Share    Report    Save

⬆ **logical**  4 points  · 8 days ago
⬇ Can I just say, it made me laugh. I love the stupidity of Craig Wright, fraud extraordinaire.

💬 Reply    Give Award    Share    Report    Save

**1 more reply**

⬆ **simplelifestyle** 5 points  · 8 days ago
⬇ I mean, Roger and Craig were best buddies and Roger elevated Craig for several years.

**Roger, Craig and Alvin** are a bunch of scammers with a long shady record:

https://old.reddit.com/r/Bitcoin/comments/7cgzbv/so_i_did_5minutes_of_digging_and_oh_my_god/

💬 Reply    Give Award    Share    Report    Save

⬆ **DesignerAccount** 9 points  · 8 days ago
⬇ Roger is a huge hypocrite and opportunist. He's now trying to ride the CSW hate wave, so not his problem at all. Actually a weapon in his bcash crusade, use this to legitimize his bcash vs Craig's.

💬 Reply    Give Award    Share    Report    Save

⬆ **BashCo**  13 points  · 8 days ago
⬇ Their hypocrisy was made all too clear when he and his employees started banning people from their sub for talking about BSV because it's an altcoin. Oh the irony.

💬 Reply    Give Award    Share    Report    Save

⬆ **MarcBago**  3 points  · 8 days ago
⬇ That's too funny

💬 Reply    Give Award    Share    Report    Save

⬆ **DesignerAccount** 1 point  · 8 days ago
⬇ I was banned there because I mentioned that Bitcoin Core (BTCC) is faster, with more on chain capacity and lower fees than bcash...

Reason? Talking about a scam coin is not allowed.

💬 Reply    Give Award    Share    Report    Save

⬆ **TastyRatio** 1 point  · 8 days ago

 

Search r/Bitcoin

 

forget that OP, contrarian, is a BAB shill and likely involved with deadalnix.

You must not let RV astroturfing get out of hand here, his shill agency **bitcoinX.io** is full of socks now trying to legitimize BAB among BTCers by joining up the mob. They are doing this in rCC and there's a mod there I think they control/bought.

ps: if there was still an iota of doubt on how much an opportunist RV is:
https://youtu.be/Ygv-2YXrxxA

Reply   Give Award   Share   Report   Save

**1 more reply**

**2 more replies**

giszmo   2 points   · 8 days ago
If getting rid of one fraud requires another fraud, we're screwed.

Reply   Give Award   Share   Report   Save

**9 more replies**

Madbreaks   4 points   · 8 days ago
REKT! You are doing god's work my son #bow

Reply   Give Award   Share   Report   Save

b0nusmeme   redditor for 3 months   3 points   · 8 days ago
I love this community

Reply   Give Award   Share   Report   Save

PrinceKael   5 points   · 8 days ago
Not only that but last week in his post he included a screenshot of some anonymous email service he purchased using his credit card (lol) for the bitcoin.org domain as proof. However those packages could be purchased for **any** domain even if you don't own/control it and did *not* include a date.

Reply   Give Award   Share   Report   Save

dhimmel   7 points   · 8 days ago
From my understanding of the original post, it appears that Craig submitted to the court an email claiming to be from Dave to Uyen in 2012. However, the PGP Signature is dated from 2014. Apparently this is after Dave died.

So does the PGP signature actually validate the email contents or not? It seems that if not, the email is fraudulent (unless there are some encoding/text complications). However, if the PGP signature does validate, then Craig got a hold of Dave's PGP private key after his death? Or possibly the email is real and the system time was misconfigured on Dave's machine?

 

Search r/Bitcoin

 

💬 Reply   Give Award   Share   Report   Save

⬆ **Contrarian__** 🔑 17 points · 8 days ago
⬇
> then Craig got a hold of Dave's PGP private key after his death?

No, he faked a PGP key for Dave and backdated it to 2007 and uploaded it to the MIT key server. He just forgot to backdate his computer when he faked this email.

💬 Reply   Give Award   Share   Report   Save

⬆ **TipToeThruCrypto** 4 points · 8 days ago · *edited 8 days ago*
⬇
Just to add a little more info for those who aren't very familiar with PGP: Anyone, even you dear reader, could make a PGP key for any email you want, and backdate it and upload it to a keyserver.

The fact that this fakleiman PGP key was also generated with ciphers that were not preferred (or not even integrated into the GnuPG library?) until years after the key's supposed creation time, *just like Faketoshi's other fake, backdated PGP keys* is a damning and tell-tale sign that it is a fake.

💬 Reply   Give Award   Share   Report   Save

⬆ **BeakMeat** 1 point · 7 days ago
⬇
So you could, theoretically, copy this email and add to it "Craig Wright blows goats" and backdate it to Abraham Lincoln's inaugural speech?

💬 Reply   Give Award   Share   Report   Save

⬆ **dhimmel** 3 points · 8 days ago
⬇
I see. So Craig impersonates Dave by generating a PGP key that uses Dave's email. Does the MIT key server have history information for each public key, like when it was uploaded and which other identities vouch for its authenticity? Isn't there some infrastructure for determining whether a key actually belongs to certain identity? This approach should provide additional evidence that the PGP key did not belong to Dave.

💬 Reply   Give Award   Share   Report   Save

⬆ **bundabrg** 3 points · 8 days ago
⬇
I do not think so. Keyservers will sync between each other using various methods.

Best option is someone who pulled a full dump (about 7.5Gb today) before the dates in question but they would need to also have some method to prove that the dump actually occurred then as well.

In short, I'm a little staggered at how little history and logging is kept on these keyservers.

💬 Reply   Give Award   Share   Report   Save

⬆ **HardLuckLabs** 1 point · 8 days ago
⬇

 

Search r/Bitcoin

 

**Reply** **Give Award** **Share** **Report** **Save**

▲ sQt\VLgK  10 points · 8 days ago
▼
the email is real and the system time was misconfigured on Dave's machine?

uhm, how often is your system time configured to two years in the future? this is not something that happens accidentally, and even if you force it, many parts of the system start complaining loudly (package managers, certificate mangers, web browsers...)

Also, Dave would have configured time to be the one when, in the future, Craig would most likely be trying to impersonate him?

Finally, Craig has a very vast pattern of backdating all sorts of things, from pgp keys to comments to blog posts, multiple times

💬 **Reply** **Give Award** **Share** **Report** **Save**

    ▲ dhimmel  3 points · 8 days ago
    ▼
    Those are good points, although my main interest is disproving this possibility beyond a reasonable chance of doubt, which would likely be the standard should he be charged with perjury for this matter.

    💬 **Reply** **Give Award** **Share** **Report** **Save**

        ▲ sQtWLgK  2 points · 8 days ago
        ▼
        but that Dave would have misconfigured time to the exact point in the future when, later, Craig would put Nguyen in charge of co1n? that is far beyond reasonable

        yes, it is possible too that aliens used an atlantis device to crack the crypto algorithms and shared that knowledge with Craig -- try to disprove that with absolutely zero doubt...

        Craig is very obviously lying in a way where it would benefit him. This fits a pattern of multiple dozens of lies (on that same and similar subjects) these last years. IMO he is guilty of perjury even under strict standards.

        💬 **Reply** **Give Award** **Share** **Report** **Save**

▲ spicysandwich1  redditor for 2 weeks  1 point · 8 days ago
▼
Who is this uyen person, anyone contacted him?

💬 **Reply** **Give Award** **Share** **Report** **Save**

▲ ttoqq  3 points · 8 days ago
▼
This is too good. Craig behind bars Wright.

💬 **Reply** **Give Award** **Share** **Report** **Save**

▲ ip_address_freely  3 points · 8 days ago
▼
So when is Craig going to jail, that's really what I want to know.

  Search r/Bitcoin 

Comment deleted by user · 8 days ago

**DudeGotRekt** 3 points · 8 days ago

Unbelievable research...i think Dave would be giving you a great deal of thanks today as well if he were alive....well done friend

Reply  Give Award  Share  Report  Save

**TinderSurprisee** 3 points · 8 days ago

LOL .... not knowing about the PGP sig yet still claiming to be Satoshi Nakamoto

Reply  Give Award  Share  Report  Save

**chris101sb** 3 points · 8 days ago

Now Calvin claims it wasn't Craig who submitted this email as evidence. Is this true?
https://twitter.com/CalvinAyre/status/1118433338908467201?s=19

Reply  Give Award  Share  Report  Save

**chris101sb** 3 points · 8 days ago

Apparently it is not true. Craig did submit this email as "Exhibit A":

https://twitter.com/F0lks1/status/1118441076698820609

Reply  Give Award  Share  Report  Save

**TweetsInCommentsBot** 3 points · 8 days ago
**@F0lks1**

2019-04-17 09:08

@CalvinAyre That e-mail is referred to as "Exhibit A" in this ==>
https://www.scribd.com/document/406520917/Wright-Request
So, Yes, Craig Wright did submit this E-mail to court.
@CalvinAyre See you in court ! "You reap what you sow"

This message was created by a bot

[/r/Bitcoin, please donate to keep the bot running] [Contact creator] [Source code]

Reply  Give Award  Share  Report  Save

**TweetsInCommentsBot** 1 point · 8 days ago
**@CalvinAyre**

2019-04-17 08:37

good example of how over the top the cyberbullying of Craig is. Now documents submitted to court by a guy suing Craig are being called Craig fakes. Guys can we please just stop all of this and leave the father of this industry in peace!

#CraigisSatoshi.

 

Search r/Bitcoin

 

This message was created by a bot

**[/r/Bitcoin, please donate to keep the bot running]** [Contact creator] [Source code]

💬 Reply   Give Award   Share   Report   Save

---

admiralCeres   3 points   ·   8 days ago

I hope this will be brought to the Court's attention.

💬 Reply   Give Award   Share   Report   Save

---

rseibane   4 points   ·   8 days ago

Where can we check if this document was presented by **Craig Wright** and not by **Ira Kleiman**?

💬 Reply   Give Award   Share   Report   Save

---

General_Illus   2 points   ·   8 days ago

Haha. Lol on trying to trick Bitcoin community.

💬 Reply   Give Award   Share   Report   Save

---

n0rynsyra   **redditor for 6 weeks**   2 points   ·   8 days ago

fuck you craig wrong fuck you calvin fuckface

💬 Reply   Give Award   Share   Report   Save

---

CryptoRothbard   2 points   ·   8 days ago

Can't wait for CSW to be behind bars :)

💬 Reply   Give Award   Share   Report   Save

---

drunkmakerel   **redditor for 4 weeks**   2 points   ·   8 days ago

wtf thought the delisting would work

💬 Reply   Give Award   Share   Report   Save

---

joebabana   2 points   ·   8 days ago

Crypto world too needs villain. No fun with just heroes.

💬 Reply   Give Award   Share   Report   Save

---

shimshimmaShanghai   2 points   ·   8 days ago

This is getting ridiculous, I know, because I am Satoshi (for evidence check this comment)

💬 Reply   Give Award   Share   Report   Save

 

Search r/Bitcoin

 

Good job gregtrarian

Reply   Give Award   Share   Report   Save

↑
HeisenbergBTC   redditor for 3 months   2 points   ·   8 days ago
↓
Serial forger

Reply   Give Award   Share   Report   Save

↑
heytheresleepysmile   3 points   ·   8 days ago
↓
You are a gangster and a gentleman.

Reply   Give Award   Share   Report   Save

↑
FacesOfEth   2 points   ·   8 days ago
↓
Contrarian is Satoshi..

Reply   Give Award   Share   Report   Save

↑
ctrlbreak   1 point   ·   8 days ago
↓
Has anyone pulled the actual legal doc from Pacer? I'm trying to verify this for myself... but can't pay for an account with a non-US CC.

Reply   Give Award   Share   Report   Save

↑
Contrarian__ 🔑   3 points   ·   8 days ago
↓
Do I have to do everything for you? The email is referred to as Exhibit A.

Reply   Give Award   Share   Report   Save

↑
ctrlbreak   5 points   ·   8 days ago
↓
Have you tried not being an asshole? I was asking if anyone else had pulled the actual document from PACER... explaining why I *couldn't* myself. WTF is wrong with you?

Reply   Give Award   Share   Report   Save

↑
HK_frank   2 points   ·   8 days ago
↓
That link just goes back to the documents uploaded by "haonho" to scribd, there's nothing saying these documents themselves are the real ones.

Reply   Give Award   Share   Report   Save

↑
Contrarian__ 🔑   3 points   ·   8 days ago
↓
Pay for them yourself, cheapo.

Reply   Give Award   Share   Report   Save

9 more replies

  Search r/Bitcoin  

What is the index number? I can put it in The freee courtlisyener

Reply  Give Award  Share  Report  Save

[deleted] · 1 point · 8 days ago

use live distro of gnu/linux kids.

Reply  Give Award  Share  Report  Save

I-am-the-noob  1 point · 8 days ago

nice work

Reply  Give Award  Share  Report  Save

heatdeathofpizza  1 point · 8 days ago

Why do you know how to do this? Something you learned for work or as a hobby?

Reply  Give Award  Share  Report  Save

Morph77  1 point · 8 days ago

#delistSV

Reply  Give Award  Share  Report  Save

eqleriq  1 point · 8 days ago

hey that's cool but someone make sure the lawyers involved are aware of this

Reply  Give Award  Share  Report  Save

FluxSeer  1 point · 8 days ago

Great detective work.

!lntip 20000

Reply  Give Award  Share  Report  Save

lntipbot  1 point · 8 days ago

Hi u/FluxSeer, thanks for tipping u/Contrarian__ 20000 satoshis!

More info | Balance | Deposit | Withdraw | Something wrong? Have a question? Send me a message

Reply  Give Award  Share  Report  Save

jeffreyrufino  1 point · 8 days ago

How the hell are they doing to judge this case?

      Search r/Bitcoin     

**KalEll66**   1 point   ·   8 days ago
Lied under oath! Jail him.
💬 Reply   Give Award   Share   Report   Save

**TipToeThruCrypto**   1 point   ·   8 days ago   ·   *edited 8 days ago*
Can someone upload this to a site that doesn't require javascript and shitbook/fuckle accounts to download? Such as https://anonfiles.com or https://bayfiles.com TY
💬 Reply   Give Award   Share   Report   Save

**trixyd**   1 point   ·   8 days ago
So Craig is *proving* he's a fraud in court. The gall and hubris is staggering.
💬 Reply   Give Award   Share   Report   Save

**deeneendo**   1 point   ·   8 days ago
I am the true FIST OF THE NORTH STAR!!!

oops, wrong thread
💬 Reply   Give Award   Share   Report   Save

**Bitcoin_21**   1 point   ·   8 days ago
awwww, the good old faketoshi :)

Craig Wright is a born fraudster.
💬 Reply   Give Award   Share   Report   Save

**Sacha303**   1 point   ·   8 days ago
...incoming egg on face. When you see what you hope to see rather than what's there.
💬 Reply   Give Award   Share   Report   Save

> **Contrarian__** 🎤   2 points   ·   8 days ago
> We'll see, BSV mouthbreather, we'll see...
> 💬 Reply   Give Award   Share   Report   Save

**Jerry_French**   1 point   ·   7 days ago
If Craig Wright is fake, why is he being sue for 5 billion dollars? Sorry if this has been answered already.
💬 Reply   Give Award   Share   Report   Save

    

Case 9:18-cv-80176-BB Document 159-5 Entered on FLSD Docket 04/26/2019 Page 25 of 25

Reply    Give Award    Share    Report    Save

⬆ **tuscanespace**  1 point · 7 days ago
⬇ It's very important that we get this evidence to the Kleiman's family! Is there anyone out there who knows how to do this?

The more I read into this case the more horrifying I find it. Craig Wright has basically ripped off the estate of a dead guy. He's stolen money from the family of his dead friend. The wealth he flashes on social media is criminal proceeds from crimes. It's absolutely disgusting and we can't stand for it.

Reply    Give Award    Share    Report    Save