# EXHIBIT 6

4/25/2019    Did Craig Wright just submit a faked email as evidence for his lawsuit? 

Case 9:18-cv-80176-BB   Document 159-6   Entered on FLSD Docket 04/26/2019   Page 2 of 8

NEWS  TOP 100 CRYPTOCURRENCY  EXCHANGES  PERSONALITIES  INDUSTRY  VIDEO  ABOUT

BTC $5,511 1.26%    ETH $166 1.25%    XRP $0.30 1.33%    BCH $282 2.39%    LTC



# Did Craig Wright just submit a faked email as evidence for his lawsuit?

16 APR, 2019 | UPDATED: 17 APR, 2019   BY DAVID BORMAN                               UPDATE



**SHARE**

In what could be a new twist in the ongoing saga of Craig Wright suing everybody, Reddit user u/Contrarian__ has posted the claim that an email that Wright is submitting into evidence as part of his case is in fact, at least partly, fabricated. The allegation goes on to say that it is provable that the date is false by analyzing the PGP signature.

### POPULAR ON CHEPICAP.COM

Most read    Most comments

> **The fraud continues - Craig Wright just purposely submitted a provably fake email into evidence in the Kleiman-Wright case**
>
> Craig Wright's fraud continues. Yesterday, he submitted into evidence an email he says was from Dave Kleiman to Uyen Nguyen asking her to be a director of his 'bitcoin company' in **late 2012**.
>
> It is provably fake.
>
> **Craig didn't realize that the email's PGP signature includes a signing timestamp along with the ID of the key used as metadata.** Was the email actually sent **in 2012**? Let's find out!
>
> The beginning of the signature is as follows: iQEcBAEBAgAGBQJTH+uQAAoJELiFsXrEW+0bCacH/3K
>
> Converted to hex, it's: 89 01 1c 04 01 01 02 00 06 05 02 *53 1f eb 90* 00 0a 09 10 **b8 85 b1 7a c4 5b ed 1b** 09 a7 07 ff 72
>
> We know how to find the long ID of the key used and the timestamp of the signature. I've bolded the ID and italicized the timestamp. Looking on the MIT keyserver, we can find the fake* key. **The timestamp of the signature is 1394600848, which is March 12, 2014, two weeks before Craig filed to install Uyen as a director of Dave's old company, and almost a year after Dave died!**
>
> We can double-check with `gpg -vv`. Transcribe the email and paste it in. Here's the output:
>
> ```
> :signature packet: algo 1, keyid
> B885B17AC45BED1B
> version 4, created 1394600848, md5len 0,
> sigclass 0x01
> digest algo 2, begin of digest 09 a7
> hashed subpkt 2 len 4 (sig created 2014-03-
> 12)
> subpkt 16 len 8 (issuer key ID
> B885B17AC45BED1B)
> ```
>
> (I'll note, as an aside, that Dave apparently spelled his name incorrectly and put a typo in the subject.)
>
> *The fake key has the same pref-hash-algos as Craig's fake keys, and were never updated.
>
> r/Bitcoin • Contrarian__ • 9d ago
> 1076 points • 296 comments

The whole post is worth a read, but the essential claim is as follows:

*"Craig Wright's fraud continues. Yesterday, he submitted into evidence an email he says was from Dave Kleiman to Uyen Nguyen asking her to be a director of his 'bitcoin company' in late 2012.*

*It is provably fake.*

*Craig didn't realize that the email's PGP signature includes a signing timestamp along with the ID of the key used as metadata. Was the email actually sent in 2012? Let's find out!"*

The user goes onto say that by analyzing the PGP signature of the

---

**Russian opposition figure Alexei Navalny raises $3 million in Bitcoin (BTC)**
APR 25, 2019

**Blockchain art platform raises $2 million from Facebook, Coinbase, and more**
APR 25, 2019

**Yelp users can now filter businesses on if they accept crypto or not**
APR 25, 2019

**Binance unveils new crypto exchange in Singapore, features limited**
APR 25, 2019

**The benefits of Bitcoin betting**AP

SHOW MORE

message, which anyone can do themselves, the actual date of the email is March 12, 2014. This is relevant not only because it falsifies Wright's claim, but also because submitting forged evidence is illegal.

READ MORE

**Binance delists Bitcoin SV following CZ warnings to Craig Wright**

To be clear, Chepicap has not independently verified this finding, though many on Reddit and Twitter seem satisfied that this is accurate.

 **Dr. Peter McCormack**
@PeterMcCormack

Hey @CalvinAyre, has it crossed your mind why I'm not worried about going to court? reddit.com/r/Bitcoin/comm…

881　6:19 PM - Apr 16, 2019

**The fraud continues - Craig Wright just purp…**
Craig Wright's fraud continues. Yesterday, he [submitted into evidence] (https://www.scribd.com/document/406503654/Fal
reddit.com

170 people are talking about this

Will this turn out to be an undermining factor in Craig Wright's attempt to sue those who do not believe he is Satoshi Nakamoto? Stick right here with Chepicap for any and all updates!

**3 Top Altcoins to Watch right now! Subscribe to the Chepicap YouTube Channel for more videos!**


3 Top 30 Altcoins to Watch Now! | Cryptocurrency Ne…

Follow Chepicap now on **Twitter**, **YouTube**, **Telegram** and **Facebook**!

**Chepicap is now LIVE in Blockfolio! This is how you receive our latest news in your portfolio tracker!**

READ MORE

**Calvin Ayre lashes out at Binance: "Binance is a scammy bucket shop"**



**SHARE**

**READ MORE ABOUT:**

CRAIG WRIGHT    BITCOIN (BTC)    SATOSHI NAKAMOTO    CALVIN AYRE

Will this be Craig Wright's downfall?

Yes

No

(12 votes)

**ADD A COMMENT**

Write a comment

POST COMMENT

**CHECK OUT THE LATEST NEWS**

Chepicap now live in Blockfolio! This is how you receive our latest news



BLOCKCHAIN

Malaysia will build blockchain-city of the future, with support from China

13 MINUTES AGO



BITCOIN

$6,500 is on the horizon for Bitcoin, says chief analyst at ThinkMarkets

1 HOUR AGO

4/25/2019   Did Craig Wright just Submit a faked email as Evidence for his Lawsuit?

Case 9:18-cv-80176-BB   Document 159-6   Entered on FLSD Docket 04/25/2019   Page 6 of 8



OPINION

Just 43% believe the "golden cross" is a bullish sign

2 HOURS AGO



ADOPTION

US rapper Lil Pump begins accepting Bitcoin on his merchandise store

3 HOURS AGO



ADOPTION

Wirex to launch 26 stablecoins on the Stellar blockchain

3 HOURS AGO



EXCHANGE

US-based crypto exchange ErisX set to launch its new trading platform

4 HOURS AGO



SECURITY

Chainalysis executive: Bitcoin accounts for over 95% of crypto crime

5 HOURS AGO



NEWS

Samsung invests $2.9 million into crypto wallet manufacturer Ledger

6 HOURS AGO



NEWS

Did a Tron casino just pull an exit scam?

7 HOURS AGO



PRICE ANALYSIS

Have we just started a 4-year cycle? Bitcoin to reach $300,000 in 2021

8 HOURS AGO



PRICE ANALYSIS

Golden cross, or death cross? Can Bitcoin finally breach $6000?

9 HOURS AGO

4/25/2019 Did Craig Wright just submit a faked email as Evidence for his lawsuit?

Case 9:18-cv-80176-BB   Document 159-6   Entered on FLSD Docket 04/26/2019   Page 7 of 8



**VIDEO**

The Bitcoin Golden Cross! $6000 or $4000 incoming…

10 HOURS AGO



**ADOPTION**

Nike getting into blockchain? Files trademark for 'Cryptokicks'

11 HOURS AGO



**NEWS**

Tether prints $300 million in USDT, community confused

11 HOURS AGO



**SPONSORED**

The benefits of Bitcoin betting

11 HOURS AGO



**NEWS**

Binance DEX will not have access to your coins, unless you disobey rules

12 HOURS AGO



**EXCHANGE**

Binance now lets users purchase crypto with credit card through Binance app

13 HOURS AGO



**BLOCKCHAIN**

Naturipe farms uses blockchain to track blueberries from harvest to table

14 HOURS AGO



**NEWS**

SEC is hiring a crypto financial analyst, with annual salary up to $238,787

15 HOURS AGO



**NEWS**

Binance unveils new crypto exchange in Singapore, features limited

16 HOURS AGO

LOAD MORE ARTICLES





| Coins | | Exchanges | Personalities | Chepicap |
|---|---|---|---|---|
| Bitcoin (BTC) | Gemini (GUSD) | Binance | Roger Ver | Contact |
| Ethereum (ETH) | Ethereum Classic (ETC) | Bittrex | Charlie Lee | About us |
| Ripple (XRP) | VeChain (VET) | Kraken | Satoshi Nakamoto | Advertise |
| Bitcoin Cash (BCH) | Qtum (QTUM) | Huobi | Vitalik Buterin | Share your news |
| | OmiseGo (OMG) | Bitfinex | Jihan Wu | Work at |
| | Nano (NANO) | OKEX | John McAfee | RSS |
| Stellar (XLM) | Zcash (ZEC) | Coinbase | Andreas M. Antonopoulos | Partners |
| NEO (NEO) | Ontology (ONT) | Bithumb | Charles Hoskinson | |
| Monero (XMR) | Dogecoin (DOGE) | | Changpeng Zhao | |
| IOTA (IOT) | 0x (ZRX) | | Michael Novogratz | |
| TRON (TRX) | Basic Attention Token (BAT) | | | |
| Dash (DASH) | | | Industry | |
| Tether (USDT) | | | ICO | |
| NEM (XEM) | | | Blockchain | |
| Binance Coin (BNB) | | | Mining | |
| | | | Trading | |
| | | | Technical Analysis | |
| | | | Altcoins | |
| | | | ETF | |
| | | | Stablecoin | |
| | | | Scam | |
| | | | Hack | |

© 2019 Digital Enterprises B.V. All rights reserved.

Privacy statement　Terms and Conditions