About   Contact   Privacy Policy   Bitcoin $5,494.00 ↑ 1.09%   Ethereum $164.81 ↑ 1.00%   XRP $0.302993 ↑ 1.73%   Bitcoin Cash $281.16

HOME  NEWS  ANALYSIS  FX INDUSTRY  THOUGH LEADERSHIP  CRYPTO  REGULA



# Faketoshi Craig Wright Presents Provably Fake Documents in Kleiman Case

by **Viraj Shah** — April 17, 2019  in *Crypto news*   4 min read



Share on Facebook          Share on Twitter

Craig Wright is in the news again. A high-profile Bitcoin lawsuit has brought the crypto community's attention back to the man who claims to be Bitcoin's founder Satoshi Nakamoto. Recently, he was found to have presented provably fake documents yet again.

## An overview of the Kleiman case

The estate of Dave Kleiman sued **Craig Wright** for stealing over 1 million Bitcoin from Kleiman shortly after he died. Reddit and Twitter users were quick to point out the problems with emails submitted by Wright as evidence. A Reddit user Contrarian pointed out that the timestamp on the email suggests that it was actually sent in 2014, not in 2012 as he claims.

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.   **I Agree**

The user suggests that the MIT keyserver timestamp of the email signature is 1394600848, which means it was sent on March 12, 2014. It was sent two weeks before Wright filed for making Uyen the director of Dave's company. By this time, Dave was dead for almost a year. The story was picked up by Twitter user @DrFunkenstein6 who shared screenshots of the email, suggesting that if Dave hasn't risen from the dead, the email was clearly not sent by him.

## The email that reveals all lies

The email shared by Wright doesn't just have a provably wrong timestamp but also spells Dave Kleiman's name wrong. In the email, Kleiman misspells his name as 'Klieman' which also suggests that Wright fabricated the email. A Redditor also claims that the strategy for "appointing" someone also looks relatively odd.

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy. I Agree

Case 9:18-cv-80176-BB   Document 159-7   Entered on FLSD Docket 04/28/2019   Page 3 of 8

There is no dearth of allegations against Wright, and the man has been busy sending one lawsuit after another, mostly through Calvin Ayre. In more recent time, the Faketoshi turned litigator is sending legal threats to more high profile people in the crypto industry than ever- including Ethereum founder Vitalik Buterin and Adam Back. Both will have to work on denying Wright's claims that he is the creator of Bitcoin, the fact that he hasn't proven convincingly in the past.

Craig Wright's claims of being Satoshi Nakamoto have been frequently refuted in the past, and the evidence of his identity has been wishy-washy, to say the least. Even some of his loyal supporters, like Roger Ver, have gone their separate ways. Wright has tried to dismiss the Kleiman case in a Florida court but could not do so.

Dave Kleiman's brother Ira Kleiman alleged that Wright plotted to seize Dave's Bitcoins and his rights to certain intellectual property. His estate has sued the Australian for 1.1 million BTC or fair market value of the coin plus IP theft damages.

Tags:   Bitcoin   Craig Wright   Satoshi Nakamoto   Vitalik Buterin



### Viraj Shah

Viraj has been writing for FXTimes covering Cryptocurrencies and Forex news for 2 years now. Also known as 'Sherlock', Viraj comments on the latest businesses emerging in the blockchain industry. His areas of expertise are Bitcoin and Blockchain. He enjoys covering new startups and busting myths across the industry.
email:viraj@fxtimes.com

## Related Posts

**CRYPTO NEWS**

**A Couple Threatened The Thai Kingdom's Independence with their 'Sea Home'**

⊙ APRIL 21, 2019

**CRYPTO NEWS**

**New Crypto-Friendly Bank Cashaa Offers Personal and Business Accounts**

⊙ APRIL 19, 2019

**CRYPTO NEWS**

**Craig Wright Threatens another Lawsuit for Libel and Defamation**

⊙ APRIL 18, 2019

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.   I Agree

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.    I Agree

**Sponsored Links**

**How People on Medicare Get Dental Insurance in New York**
Physicians Mutual Insurance Company®

**30 False Facts About WWII You Shouldn't Believe**
Ranker

**Car Dealerships Don't Want You Seeing This Trick To Make Your Car Last Longer**
Livestly

**Can you pass this man test?**
Topixblackbeat

**The Most Successful Lawyers in Brooklyn: Write These Down**
Lifestyle Daily Reviews

**If Your Indoor Cat Vomits (Do This Every Day)**
Ultimate Pet Nutrition



This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy. **I Agree**

https://www.cryptovibes.com/crypto-news/faketoshi-craig-wright-presents-provably-fake-documents-in-kleiman-case/ 5/8

Subscribe   Add Disqus to your siteAdd DisqusAdd   Disqus' Privacy PolicyPrivacy PolicyPrivacy

## About FXTimes

FXTimes (formerly CryptoVibes) is a daily Cryptocurrency and Forex industry news website that has covered the latest news in the industry since 2017. Our goal is to drive transparency in the finance industry and provide news for our users on blockchain, exchanges, business and industry regulation.

TOP in 24H 🍒



ANALYSIS

New Crypto Malware Devastates China's Enterprises

APRIL 25, 2019



CRYPTO NEWS

French Lender Societe Generale Issues Bonds on Ethereum worth $112 Million

APRIL 24, 2019



ANALYSIS

Ethereum Drops Below $170, Are The Bears Around?

APRIL 24, 2019

CRYPTO NEWS

How to Claim BitTorrent (BTT) Airdrop for TRON (TRX) Holders. The List of Exchanges

FEBRUARY 12, 2019

CRYPTO NEWS

Cardano (ADA) has Become Particularly Visible on Japanese TVs

APRIL 23, 2019

CRYPTO NEWS

Cardano (ADA) Crypto Card is Here. Pay with ADA in Over 33 000 Retailers

DECEMBER 14, 2018

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.     I Agree

FACEBOOK  TWITTER  INSTAGRAM  TELEGRAM  RSS  YOUTUBE

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.  I Agree

(Formerly Cryptovibes.com). Daily Cryptocurrency Blockchain, Forex industry news, Opinions and more. Registered UK company no. 11705811. For advertising inquiries please reach us via email hello@fxtimes.com

**Information**

About
Contact
Privacy Policy

**Newsletter**

Like what you're reading? Subscribe to our top stories

Your Email

**SUBSCRIBE**

Copyright © 2017-2019 Cryptovibes.com. Price data provided by our official partner CoinGecko.

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.   I Agree