# EXHIBIT 8

4/25/2019 Dr. Funkenstein on Twitter: "Craig Wright just submitted a provably fake email in court for the Kleiman case. @PeterMcCormack and @adam3us, you …

Case 9:18-cv-80176-BB Document 159-8 Entered on FLSD Docket 04/26/2019 Page 2 of 2



 **Dr. Funkenstein**
@DrFunkenstein6

Following ⌄

Craig Wright just submitted a provably fake email in court for the Kleiman case. @PeterMcCormack and @adam3us, you may find this interesting!



3:06 PM - 16 Apr 2019

**206** Retweets **792** Likes

💬 41     ↻ 206     ♡ 792     ✉

 Tweet your reply