# EXHIBIT 11

| | |
|---|---|
| **From:** | Ira K <clocktime2020@gmail.com> |
| **Sent:** | Sunday, February 16, 2014 12:25 AM |
| **To:** | Ut Ng |
| **Subject:** | Re: Dave K |

Are you experienced with decrypting drives?  Craig mentioned possibly sending someone here to help retrieve the cryptographic keys.
Would you be able to assist in this?

Thanks,
Ira


On Sat, Feb 15, 2014 at 4:48 PM, Ut Ng <ut.ng@hotwirepe.com> wrote:
Hi Ira,

I had not met your brother Dave. I knew him via Craig as I work with Craig in some projects. I have no insight information about Dave except the day he passed away and that he was a computer forensic expert. Please let me know anything I can help you Ian. I am in the States so it will be easier.

Ut Ng.


**From:** Ira K [clocktime2020@gmail.com]
**Sent:** Saturday, February 15, 2014 5:56 AM
**To:** Ut Ng
**Subject:** Dave K

Hi,

Can you tell me how you knew my brother?  Is there any insight you can give me
to better understand how Dave was involved in all of this?

Thanks,
Ira

1