**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                 **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Dr. Craig Wright respectfully requests that the Court grant him leave to exceed, by five pages, Local Rule 7.1(c)'s page limitation for his reply in support of his Motion for Judgment on Pleadings for Lack of Subject-Matter Jurisdiction [D.E. 144] (the "Motion"). Dr. Wright's reply is due on May 6, 2019, and he will require an additional five pages to fully address critical issues relating to whether the Court has subject-matter jurisdiction over this action. Specifically, Dr. Wright's reply will address why diversity jurisdiction is lacking, and why supplemental jurisdiction has not been invoked. The additional five pages are necessary to fully flesh out these important issues.

For all the foregoing reasons, Dr. Wright respectfully requests that this Court grant him leave to file a reply in support of the motion to dismiss that that does not exceed 15 pages.

## **S.D. FLA. L.R. 7.1 CERTIFICATION**

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with counsel for plaintiffs. Plaintiffs do not object to the relief requested here.

>
> Respectfully submitted,
>
> RIVERO MESTRE LLP
> *Attorneys for Dr. Craig Wright*
> 2525 Ponce de Leon Boulevard, Suite 1000
> Miami, Florida 33134
> Telephone: (305) 445-2500
> Fax: (305) 445-2505
> Email: arivero@riveromestre.com
> Email: amcgovern@riveromestre.com
> Email: arolnick@riveromestre.com
> Email: receptionist@riveromestre.com
>
> By: s/ Andres Rivero
> ANDRES RIVERO
> Florida Bar No. 613819
> ALAN H. ROLNICK
> Florida Bar No. 715085
> AMANDA MCGOVERN
> Florida Bar No. 964263
> BRYAN L. PASCHAL
> Florida Bar No. 091576

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

> _ /s/Andres Rivero
> ANDRES RIVERO