# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                          **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## **ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Leave to Exceed Page Limit. The Court has considered the Motion and is otherwise fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Defendant's Reply in Support of His Motion for Judgment on the Pleadings shall not exceed fifteen pages.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this ___ day of July 2018.

                                                                   Judge Beth Bloom
                                                                   United States District Judge

Copies furnished to: Counsel of record