# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## DR. WRIGHT'S POSITION STATEMENT
## ON THE STATUS OF EXHIBIT 1 TO D.E. 157

    In compliance with Judge Reinhart's Order at D.E. 165, Dr. Wright respectfully requests that page 370 of his deposition transcript, which is attached as part of Exhibit 1 to D.E. 157, be redacted before public filing of the exhibit. The page is not relevant to plaintiffs' motion and contains information related to his motion for a protective order, which was filed under seal at D.E. 156.

    Respectfully submitted,

    RIVERO MESTRE LLP
    *Attorneys for Dr. Craig Wright*
    2525 Ponce de Leon Boulevard, Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
    Email: arolnick@riveromestre.com
    Email amcgovern@riveomestre.com
    Email zmarkoe@riveomestre.com
    Email: receptionist@riveromestre.com

    By: s/ Andres Rivero
    ANDRES RIVERO
    Florida Bar No. 613819

ALAN H. ROLNICK  
Florida Bar No. 715085  
AMANDA MCGOVERN  
Florida Bar No. 964263  
ZAHARAH R. MARKOE  
Florida Bar No. 0504734  

## CERTIFICATE OF SERVICE

    I certify that on May 6, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/Andres Rivero  
ANDRES RIVERO
