Declaration of

Brett A. Roberson

May 6, 2019

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv80176-BB/BR

IRA KLEIMAN,

as the personal representative of the Estate of David Kleiman,

and W&K Info Defense Research, LLC

v.

CRAIG WRIGHT

I, Mr. Brett A. Roberson, declare under penalty of perjury, as follows:

**I. Background and Qualifications**

1. I am a Director at AlixPartners, LLP (AlixPartners), a global business consulting firm, where I have been a senior member of the computer forensics investigation team since 2007.

2. I began my digital forensics career in 2005 with Deloitte's computer forensic investigations practice group, and since that time have been providing federal, state, local and tribal courts and governments, along with companies around the world, with digital forensics and related investigative services.  I earned a bachelor's degree in Business Administration and International Studies from Abilene Christian University, in Abilene, Texas.  I hold and have held several digital forensic and technology certifications including the CISSP and Guidance Software's EnCase® Certified Examiner (EnCE) for which I am currently in process of recertifying.  I am also a Licensed Private Investigator in the State of Texas, where I am based.  A copy of my curriculum vitae is provided at the end of this declaration as Attachment 01.

3. In preparing this declaration, I received and have reviewed the following documents, and am familiar with their content;

    a. ECF No. [144-1], submitted at Exhibit A to Defendant DR. WRIGHT'S MOTION FOR JUDGMENT ON THE PLEADINGS FOR LACK OF SUBJECT-MATTER JURISDICTION

    b. ECF No [159-9], AFFIDAVIT OF DR. MATTHEW J. EDMAN, submitted in support of PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS FOR LACK OF SUBJECT-MATTER JURISDICTION

4. I understand ECF No. [144-1] to be a copy of a hard copy document, which is an email message from David Kleiman to Uyen Nguyen and appears to have been digitally signed using Pretty Good Privacy compatible ("PGP") encryption software tools, such as GnuPGP, that use the OpenPGP standard (RFC 4880).

5. As described by Dr. Edman in his declaration, the digital signature found at the bottom of ECF No [144-1] contains an encoded timestamp that can be read after conversion and decoding of the signature block's data. (ECF No [159-9], ¶ 15).

6. As Mr. Edman further states, this timestamp "records the time the alleged email was signed **according to the computer on which the signature was created**." (ECF No [159-9], ¶ 23 & ¶ 27, emphasis added). In other words, the time of creation is set by the OpenPGP software to match the date and time of the system or operating system clock on the computer being used to create the signature block.

7. While one might assume that the date stamp inserted into a PGP signature represents the actual date and time the stamp was created, there is no way to ensure that this is in fact true. Depending on the system or operating system settings of the computer used to create it, this can be just about any date and time imaginable. This is a commonly known weakness of OpenPGP encryption tools and is the reason trusted third parties called Time Stamping Authorities (TSAs) exist.

8. There are many variables that can lead to an OpenPGP signature time stamp not reflecting an accurate date or time. Certain technical issues can lead to inaccurate system clocks which will cause an inaccurate date and time in the stamp.  Some OpenPGP-based software packages also contain functionality to allow users to set the date and time in the stamp to a desired setting.  These are but two examples of many. This simply means that the date and time placed on it may not have been accurate as of the date and time placed.

9. Like the PGP timestamp, the data and time commonly displayed at the top of printed email communications can also change when messages are displayed on different computers and when converted to different digital file formats, such as when printing an email to a PDF file or to hardcopy.  Changes to the system clock settings on the computer displaying the email, or printing it, can also have an impact on the displayed date.

10. However, given that ECF No. [144-1] is a printout of a scanned hardcopy document and not the original electronic email communication file, the exhibit document does not contain any of the metadata that would be typically found in an electronic email header, and which would be used to validate the sent and received times.

11. Further the document purports to be an electronic email communication between Dave Kleiman and Uyen Nguyen. Craig Wright was not a party to this communication. Therefore, without the original electronic email, it is not possible to verify the date of the email exchange.

12. Finally, it was, and remains, common practice for users experienced in computer security, as Dave Kleiman was, to only run their PGP software programs on 'air-gapped' computers which are not connected to the internet in order to protect their private keys from cyber theft. In such an instance a user would create the signed message on the air-gapped PC with the PGP software using the text editing function of that software, and then transfer the output of the PGP software to a different PC and paste it into the message body of an email message for transmission. If the system clocks on these two PCs were set to different dates and times, the date and time displayed in the email header would differ from the data and time embedded in the PGP signature time stamp.

**Dated: May 6, 2019**

X _____
Brett A. Roberson
AlixPartners, LLP - Dallas, TX

# AlixPartners

**CURRICULUM VITAE OF**
**Brett A. Roberson**
Texas Licensed Qualified Manager &
Private Investigator # 816698

| | |
|---|---|
| **POSITION** | Director, AlixPartners, LLP, Dallas, Texas |
| **EDUCATION** | B.A. in Business Administration and International Studies, Abilene Christian University |
| **PROFESSIONAL HISTORY** | Mr. Roberson has more than nineteen years of experience in information technology and as a forensic investigator and manager. Beginning in 2005, he has continuously provided computer forensic consulting and electronic discovery services for many matters. Mr. Roberson has a wide range of experience with information technology infrastructure and security, forensic acquisition and forensic analysis, including computer tampering, contractual disputes, employment matters, network intrusions, intellectual property theft, and fraud. |
| **PROFESSIONAL EXPERIENCE** | Mr. Roberson has extensive experience providing design and installation of information technology infrastructures and network security administration. He has provided technical expertise in criminal and civil investigations. As a Director for a global consulting firm, Mr. Roberson has been tasked with development of policies and procedures, case management, quality control workflows and resource allocation. |
| **RANGE OF EXPERIENCE** | Mr. Roberson has performed a variety of services related to computer forensics and investigations. A sample of these includes:<br>• Computer forensics investigations<br>• Detection of intellectual property theft<br>• Analysis of a computer user's actions over specific time periods<br>• Recovery of deleted files<br>• Defensible forensic collection of ESI<br>• Filtering and searching for responsive documents and the de-duplication of mass ESI<br>• Client site assessment of ESI, assistance with identification of items potentially responsive to eDiscovery obligations<br>• Remote forensic imaging and analysis |

2101 Cedar Springs Road  |  Suite 1100  |  Dallas, TX  |  75201  |  214.647.7500  |  214.647.7501 fax  |  www.alixpartners.com

Brett A. Roberson
PAGE 2

| | |
|---|---|
| **ACCREDITATIONS AND LICENSES** | EnCase® Certified Examiner (EnCE), Guidance Software – Recertification in Process<br>CCE Certification in Process<br>Licensed Private Investigator, Qualifying Manager - Computer Forensics, State of Texas (ALIXPARTNERS FORENSIC SERVICES, LLC - License #A14892) |
| **ADDITIONAL TRAINING AND EDUCATION** | Magnet Axiom Investigations<br>Apple iOS Mobile Forensics, Blackbag Technologies<br>Intermediate Apple OSX Hardware and Software Forensics – Blackbag Technologies<br>EnCase NTFS, Guidance Software<br>CISSP Training and Certification (Does Not Possess Cert Post-Expiry)<br>EnCase Advanced Internet & Email Examinations, Guidance Software<br>EnCase Internet & Email Examinations, Guidance Software<br>EnCase Intermediate Computer Forensics, Guidance Software<br>EnCase Level 1 Computer Forensics, Guidance Software<br>Interrogation and Elicitation Techniques, BIA<br>Private Investigations Skip Tracing, Surveillance and Interrogation and Elicitation Techniques, PIEducation<br>Intermediate Microsoft SQL Training - LearningTree |