UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    *Plaintiffs,*

v.

CRAIG WRIGHT

    *Defendant.*

CASE NO.: 9:18-cv-80176-BB

**PLAINTIFFS' NOTICE AS TO ITS POSITION STATEMENT ON EXHIBIT 1**

In support of their request to reopen Craig's deposition for testimony regarding his former and current wives (ECF No. [157]), Plaintiffs created ECF No. 157-1 ("Exhibit 1") that was intended to collect the portions of Craig's testimony relevant to their motion.

After the Court ordered the parties to take a position on whether Exhibit 1 should be publicly filed, Craig only asked for the last page (deposition page 370) to be sealed (ECF No. [170]). Page 370 reflects a portion of the Parties' telephonic hearing with the Court. And while Plaintiffs do not believe it should be sealed, on review, this page was not relevant to the pending motion. With leave, Plaintiffs will remove that page from Exhibit 1 and file a corrected version without page 370. It therefore appears the parties are in agreement that the balance of Exhibit 1 may be publicly filed.

Dated: May 7, 2019

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131

Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via email.

*s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN