# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs are filing a Motion for Leave to File a Sur-reply ("Motion"). This Motion attaches a single document Craig produced in discovery that he marked (erroneously) as "Confidential." The document does not fall within any of the categories of "Confidential" information identified in paragraph 3 of the Stipulated Confidentiality Order. (ECF No. [105-1].) While Plaintiffs do not believe their Motion should be sealed, pursuant to paragraph 11 of the Stipulated Confidentiality Order, Plaintiffs must nonetheless move to file their Motion under seal, note their disagreement in this filing, and let Defendant attempt to support his designation.[1]

Accordingly, Plaintiffs make this motion to seal to comply with the Stipulated Confidential Order and the Local Rules of this Court, but believe their Motion should ultimately be unsealed.

---

[1] "If the Filing Party does not agree with the confidential designation, the Filing Party must still comply with Local Rule 5.4(b) and file a motion to seal referencing this confidentiality order, however, the Filing Party may note its disagreement with the confidential designation in that motion. The designating party may then respond to the motion to seal supporting its designation, to which the Filing Party may reply." (*Id.* at 4.)

Dated:  May 7, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com
szack@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman