UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Sealed Motion for Leave to File Sur-Reply, ECF No. [180]. It is **ORDERED AND ADJUDGED** that Plaintiffs' Motion, **ECF No. [180]**, is **GRANTED**. Plaintiffs may file a sur-reply, *which shall not exceed ten (10) pages*, **no later than May 13, 2019**.

**DONE AND ORDERED** in Miami, Florida, this 9th day of May, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record