# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## ORDER DENYING PLAINTIFFS' MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court on Plaintiffs' Motion to File their Sur-reply to Defendant's Motion for Judgment on the Pleadings under seal. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. The contents of Plaintiffs' Sur-reply to Defendant's Motion for Judgment on the Pleadings contains no information necessitating a departure from the policy that Court filings be public.

DONE AND ORDERED in chambers on this ___ day of May, 2019.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record