# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | **CASE NO.:  9:18-cv-80176-BB/BR** |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs are filing a Motion to Compel (the "Motion"). The Motion references certain documents that the Defendant ("Craig") marked as "Confidential" pursuant to the Stipulated Confidentiality Order. (ECF No. [105-1].) While Plaintiffs do not believe the Motion should be sealed in its entirety, Plaintiffs believe that Defendant should be afforded the opportunity to propose redactions to the Court.

Accordingly, Plaintiffs make this motion to seal to comply with the Stipulated Confidential Order and the Local Rules of this Court.

WHEREFORE, Plaintiffs request Defendant be given 10 days to provide proposed redactions to the Court.

Dated:  June 3, 2019    Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
vfreedman@bsfllp.com
szack@bsfllp.com

>Kyle W. Roche, Esq.
>*Admitted Pro Hac Vice*
>BOIES SCHILLER FLEXNER LLP
>333 Main Street
>Armonk, NY10504
>Telephone: (914) 749-8200
>Facsimile:  (914) 749-8300
>kroche@bsfllp.com
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

>*/s/ Velvel (Devin) Freedman*
>Velvel (Devin) Freedman