## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

### ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court on Plaintiffs' Motion to File their Motion to Compel under seal. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and that **DEFENDANT** shall have until June 13, 2019 to propose redactions to Plaintiffs' Motion to Compel.

DONE AND ORDERED in chambers on this ___ day of June, 2019.

                                                                                             Judge Bruce Reinhart
                                                                       United States Magistrate Judge

Copies furnished: All counsel of record