UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,
v.                                                                    **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION TO FILE UNDER SEAL

      Today, Dr. Wright will be filing his Opposition to Plaintiffs' Motion to Compel [D.E. 197] (the "Opposition"). In the Opposition, Dr. Wright references information that has been designated as confidential under paragraphs 3(e) and 11 of the Stipulated Confidentiality Order [D.E. 105] that was granted by this Court on February 22, 2019. D.E. 106. In accordance with that Stimulated Confidentiality Order, such information must be filed under seal in accordance with Local Rule 5.4(b), which requires permission from the Court to file documents under seal.

      For the forgoing reasons, Dr. wright respectfully requests that the Court permit him to file the Opposition under seal.

      Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com

Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on June 7, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

 /s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819