From:     Zalman Kass
To:       "reinhart@flsd.uscourts.gov" <reinhart@flsd.uscourts.gov>
Cc:

Date:     06/07/2019 11:55 AM
Subject:  Kleiman v. Wright. 9:18-cv-80176-BB. Proposed Redactions.

Judge Reinhart,

Per your paperless order (ECF No. 199), Defendant sent Plaintiffs proposed redactions for Plaintiffs' Motion to Compel.

The parties agree with Defendant's proposed redactions to Exhibit 1 to the Motion.

Plaintiffs do not agree to Defendant's proposed redactions to the Motion. Accordingly, we have attached for your consideration the parties' competing proposed redactions for Plaintiffs' Motion to Compel, and the parties' agreed redactions to Exhibit 1 to that Motion.

To the extent that any order on the motion contains information about the trusts and their financial information, defendant believes that such information should be redacted. Plaintiff objects to redacting any information other than the number of bitcoin or value of bitcoin.

The parties' respective reasons for the redactions they propose are set forth below.
**Defendant:**
The Defendant believes that statements reflecting the structure and transfer, the amount of the bitcoin, and the present value of the bitcoin should be redacted. That trust information is private financial information and, it is well established, the right to keep it private "outweigh[s] the public right of access." *Graphic Packaging Int'l, Inc. v. C.W. Zumbiel Co.,* 2010 WL 6790538, at *2 (M.D. Fla. 2010); *Weiner v. Bache Halsey Stuart, Inc*., 76 F.R.D. 624, 627–28 (S.D. Fla. 1977). Further, under Rule 5.2, parties *are required* to redact a "financial account" number in all filings. Fed. R. Civ. P. 5.2. A public bitcoin address is the functional equivalent of a financial account number, but plaintiffs' proposed sparse redactions provide "reddit sleuths" with crucial information that can be used to identify the public addresses that contain a multibillion dollar

bitcoin trove. For example, page 4 of the motion states that "all the bitcoin held by the trust were 'mined from the period between January 2009 and August 2010.'" There is a finite amount of bitcoin that were mined *in that period* , and this information substantially narrows down the list of public addresses could contain the bitcoin.

**Plaintiffs:**

Plaintiffs have agreed the portions of the motion that disclose the number of bitcoins in the trust should be redacted. But that is the only arguably confidential information in the motion. Defendant's proposed redactions go significantly further and contravene the express policy of S.D. Fla. L.R. 5.4(a) that "Court filings are matters of public record." Defendant's "example" above is instructive. Between January 2009 and August 2010, almost 4 million bitcoins had been mined. (https://www.blockchain.com/en/charts/total-bitcoins?timespan=all). The fact that someone was mining bitcoin during that time frame provides no insight **into what percent** of that total they had mined. Finally, that fact that Dr. Wright controls billions of dollars in bitcoin is no secret, and is, in fact, something he is quite public about. (See *e.g.* , https://www.ccn.com/ive-got-more-money-than-your-country-craig-wright-to-rwanda ("I've got more money than your country").)

Zalman Kass
**RIVERO MESTRE LLP**

zkass@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.


Defendant's Proposed Redactions to Plaintiff's Motion to Compel Transactional Documents.pdf


Plaintiffs' Proposed Redactions for Plaintiffs' Motion to Compel Transactional Documents.pdf

Agreed Redactions. Ex. 1.pdf