# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


------------------------------)
                              )
                              )
                              )
IRA KLEIMAN, as the personal  )CASE NO:
representative of the Estate  )9:18-cv-80176-BB/BR
of David Kleiman, and W&K Info)
Defense Research, LLC         )
                              )
          Plaintiffs,         )
                              )
v.                            )
                              )
                              )
CRAIG WRIGHT                  )
                              )
          Defendant.          )
                              )
                              )
------------------------------)




Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019


Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by:  Paula Foley



Page 35

1                    MS. MARKOE:  Objection.

2                    THE WITNESS:  Yes.

3    BY MR. FREEDMAN:

4          Q.    Where in the United States did you

5    travel?

6                    MS. MARKOE:  Objection.

7                    THE WITNESS:  I do not remember.

8                    MR. RIVERO:  Dr. Wright, the most

9    important person is actually the court reporter, who

10   makes the official record.  So you have to allow a beat

11   for objections, because our court reporter cannot take

12   you and the objection simultaneously, so I think it is

13   helpful if we all take a breath.  I speak very quickly,

14   so I have to take a breath.  It is very natural.

15   BY MR. FREEDMAN:

16         Q.    Do you recall the purpose of travel in

17   2008?

18                   MS. MARKOE:  Objection.

19                   THE WITNESS:  I went to various different

20   trips around the world.  I have been to over 100

21   countries.  I travel, even now, probably 30-50 countries

22   every year.  I do six countries a month, some months.  I

23   do not remember my trips.  I know I do presentations,

24   I met with government officials, I met with the FBI at

25   one point, I met with people in a number of three-letter



Page 36

1    agencies.  If you are asking did I meet with Dave

2    Kleiman then, no.

3    BY MR. FREEDMAN:

4         Q.    You remember very specifically to have

5    taken a trip to the United States in 2008?

6              MS. MARKOE:  Objection.

7    BY MR. FREEDMAN:

8         Q.    How do you recall that you were

9    travelling to the United States in 2008?

10         A.    One of my trips was to meet people at

11    Microsoft.

12         Q.    Where did you meet people at Microsoft?

13              MS. MARKOE:  Objection.

14              THE WITNESS:  At Microsoft.

15    BY MR. FREEDMAN:

16         Q.    Where at Microsoft?  At Microsoft

17    headquarters?

18              MS. MARKOE:  Objection.

19              THE WITNESS:  At Microsoft headquarters.

20              MS. MARKOE:  I am going to instruct the

21    witness not to answer this.  It has absolutely nothing

22    to do with this case and it has nothing to do with topic

23    number 3 which you are purporting this line of

24    questioning is related to.  He has already answered your

25    question that he did not meet with Mr. Kleiman during


MAGNA
LEGAL SERVICES