UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Defendant's Motion to Continue Mediation or Permit Attendance by Videoconference, ECF No. [200] ("Motion"). The Court has reviewed the Motion, the Plaintiffs' Response in Opposition, ECF No. [207], the record and applicable law, and is otherwise fully advised. For the reasons that follow, the Motion is denied.

On January 25, 2019, this Court rescheduled mediation in the above-styled action to take place on June 18, 2019. ECF No. [86]. The Defendant has now moved to continue mediation until the close of discovery, or alternatively, requests that the Court permit him to appear by videoconference. ECF No. [200]. Defendant argues that continuation of the mediation is appropriate given that the Court has now extended the pretrial deadlines in this case. *Id.* at 2. Defendant also argues that should mediation go forward on June 18, 2019, his personal appearance would cause him an "unjustifiable hardship," and he should, therefore, be permitted to appear by videoconference. *Id.* at 5-6. Plaintiffs oppose the Motion, arguing that the discovery conducted thus far provides "sufficient information to fairly evaluate the claims at issue." ECF No. [207], at

1-2. Plaintiffs also contend that the Defendant should be required to personally appear at the mediation to promote his meaningful participation.

This action has been pending since February 14, 2018. ECF No. [1]. Mediation has been scheduled, see ECF No. [30], and rescheduled by agreement of the parties. ECF No. [86]. After a review of the record and the submissions by the parties, the Court does not find that a continuation of mediation is warranted. The Court further agrees with the Plaintiffs that personal appearance by the parties will promote meaningful participation at mediation.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [200]**, is **DENIED**. Mediation **shall** take place on June 18, 2019. All parties shall be required to personally appear at the mediation.

**DONE AND ORDERED** in Miami, Florida, on June 10, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record