UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | **CASE NO.:  9:18-cv-80176-BB/BR** |

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

THIS CAUSE is before the Court on Plaintiffs' Motion to Compel. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby: **ORDERED AND ADJUDGED** that the Motion is **GRANTED** and that **DEFENDANT** shall:

1. Provide a sworn statement identifying the public addresses of the 1,100,111 bitcoin and 821,050 bitcoin transferred into the respective tulip trusts by no later than June 15, 2019.

2. Provide all transactional records and communications related to the trusts from inception to date, along with any all documents and communications related to the administration and operation, and swear to their authenticity.

3. After the production above, sit for a five-hour deposition during which time Plaintiffs are entitled to ask any questions about the trusts and the bitcoins held by those trusts.

Defendant is warned that this is his last chance to comply with this Court's orders. Should he fail to strictly comply with any of the terms of this ORDER, he shall be sanctioned pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) and be forced to admit Plaintiffs' allegation that the

1,100,111 bitcoin referred to in the Tulip Trust document is joint property belonging equally to both Dave Kleiman and Craig Wright.

DONE AND ORDERED in chambers on this ___ day of June, 2019.

_____
Judge Bruce Reinhart
United States District Judge

Copies furnished: All counsel of record