UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>　　　　Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

**PLAINTIFFS' NOTICE OF FILING UNDER SEAL PER ORE TENUS ORDER**

　　Plaintiffs file this Notice of Filing Under Seal (the "Notice") pursuant to the Court's order granting Defendant's Ore Tenus motion to file certain exhibits under seal issued at the June 11, 2019 discovery hearing. On June 11, 2019, the Court held a discovery hearing with respect to Plaintiffs' Motion to Compel (ECF No. [210]). At that hearing, Plaintiffs submitted, as an exhibit, an Australian Tax Office Report dated March 21, 2016, which was produced by the Defendant (DEF_00056033). At the end of the hearing, the Court instructed Plaintiffs to file this exhibit under seal. Accordingly, Plaintiffs file this Notice and will be filing the referenced exhibit under seal in compliance with the Court's order.

Dated:  June 12, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:  (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman