**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-cv-80176-Bloom/Reinhart**

IRA KLEIMAN, et al.

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

_____/

# MEDIATOR'S REPORT

On June 18, 2019, the undersigned mediated this case.  The parties and their respective counsel were present.  This case did not settle at the mediation.  As a result, we are at an impasse.

Dated: June 18, 2019               Respectfully submitted,

                                    /s/ Harry R. Schafer_____
                                    Harry R. Schafer
                                    hrs@knpa.com
                                    Florida Bar #508667
                                    KENNY NACHWALTER, P.A.
                                    1441 Brickell Avenue
                                    Suite 1100 – Four Seasons Towers
                                    Miami, FL 33131
                                    Telephone: (305) 373-1000
                                    Facsimile: (305) 372-1861
                                    *Mediator*

## **CERTIFICATE OF SERVICE**

     **I hereby certify** that on the 18th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.


                    /s/ Harry R. Schafer
                    Harry R. Schafer