## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM AND FOR PRIOR ACCESS TO THE COURTROOM TO SET UP SUCH EQUIPMENT

Pursuant to S.D. Fla. Administrative Order 2018-79 and S.D. Fla. L.R. 77.1, Plaintiffs respectfully request the Court grant Plaintiffs leave to video record the deposition of Dr. Craig Wright and his testimony at the show-cause hearing, both scheduled for June 28, 2019 at the Paul G. Rogers Federal Building, 701 Clematis Street, West Palm Beach, Florida. (ECF No. 217.) Plaintiffs seek this leave to ensure a truthful and accurate record of these proceedings.

Plaintiffs intend for a court reporter from Magna Legal Services to bring one video camera, one laptop computer, one keyboard, one cellular phone, and four tablets for LiveNote, as well as the appropriate cables, converters, and/or chargers, to be operated by the Magna Legal Services reporter.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with counsel for Defendant who does not oppose the relief requested.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman