UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM AND FOR PRIOR ACCESS TO THE COURTROOM TO SET UP SUCH EQUIPMENT

The Court has considered the Motion to Bring Electronic Equipment to Court and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Unopposed Motion to Bring Electronic Equipment to Court is hereby GRANTED as follows:

Technology Consultant for Plaintiffs:
1. Court reporter from Magna Legal Services – one video camera, one laptop computer, one keyboard, one cellular phone, and four tablets for LiveNote, as well as the appropriate cables, converters, and/or chargers.

The Clerk shall allow the parties to set up in the Courtroom at a reasonable time before the hearing to ensure the deposition and hearing may begin timely.

DONE AND ORDERED in chambers, in West Palm Beach, Florida this ___ day of June, 2019.

_____
Bruce Reinhart
United States Magistrate Judge