**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>    Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM AND FOR PRIOR ACCESS TO THE COURTROOM TO SET UP SUCH EQUIPMENT (DE 224)**

  The Court has considered the Motion to Bring Electronic Equipment to Court and being otherwise duly advised herein, it is hereby

  **ORDERED AND ADJUDGED** that the Unopposed Motion to Bring Electronic Equipment to Court (DE 224) is hereby **GRANTED** as follows:

Technology Consultant for Plaintiffs:

1. Court reporter from Magna Legal Services – one video camera, one laptop computer, one keyboard, one cellular phone, and four tablets for LiveNote, as well as the appropriate cables, converters, and/or chargers.

  The Clerk shall allow the parties to set up in the Courtroom at a reasonable time before the hearing to ensure the deposition and hearing may begin timely.

  **DONE AND ORDERED** in chambers, in West Palm Beach, Florida this 24th day of June, 2019.

*/s/ Bruce Reinhart*
_____
Bruce Reinhart
United States Magistrate Judge