UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

### NOTICE OF PLAINTIFF'S INTENTION TO CALL DR. MATTHEW J. EDMAN AT JUNE 28, 2019 HEARING

Plaintiffs provide notice they reserve the right to call Dr. Matthew J. Edman to testify as an expert witness at the show-cause hearing scheduled to occur at the Paul G. Rogers Federal Building, 701 Clematis Street, West Palm Beach, Florida, on June 28, 2019, at 9:00 a.m.[1]

Depending on the evidence presented at the hearing, Plaintiffs reserve the right to call Dr. Edman to testify on applied cryptography, Shamir's Secret Sharing Scheme, digital forensics, cryptocurrencies, and the documents Dr. Wright submitted in connection with this Court's May 3, 2019 Order (ECF No. 166).

Dr. Edman's CV is attached hereto as Exhibit 1. He has been qualified as an expert by previous courts on similar subjects as to which Plaintiffs may seek to have him testify.

Dated: June 25, 2019

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762

---

[1] At the June 11, 2019 discovery hearing, this Court informed the parties that the upcoming hearing would be a "full-blown evidentiary hearing" and invited expert testimony from either party, including Plaintiffs. 6/11/19 Hrg. Tr. ("If the plaintiff has experts who want to argue to me why he can do what he says he can't do, I'll hear from them.").

BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
kroche@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman

2