**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that attorney Schneur Zalman Kass, of the law firm Rivero Mestre LLP, appears as attorney for Craig Wright and requests that all pleadings, correspondence and related materials in this case be provided to the undersigned.

**RESPECTFULLY SUBMITTED** on June 25, 2019.

        RIVERO MESTRE LLP
*Attorneys for Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: amcgovern@riveromestre.com
Email: receptionist@riveromestre.com
Email: zkass@riveromestre.com


By: s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH R. MARKOE
Florida Bar No. 504734
ANDRES RIVERO
Florida Bar No. 613819
JORGE A. MESTRE
Florida Bar No.  88145

## CERTIFICATE OF SERVICE

    I certify that on June 25, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

    /s/Schneur Kass
    SCHNEUR KASS