UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.	Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.

_____/

**DR. WRIGHT'S NOTICE OF
INTENTION TO CALL WITNESSES AT THE JUNE 28, 2019 HEARING**

Dr. Wright provides notice that he intends to call the following witnesses at the the evidentiary hearing scheduled for 9:00 am on June 28, 2019, at the Paul G. Rogers Federal Building, 701 Clematis Street, West Palm Beach, Florida.

1.    **Brett Roberson**. Dr. Wright intends to call Mr. Roberson to testify as an expert witness regarding digital forensics and PGP signatures. Mr. Roberson has extensive knowledge and expertise related to digital forensics and PGP signatures, and his CV is attached as Exhibit 1.

2.    **Kevin Madura**. Dr. Wright intends to call Mr. Madura to testify as an expert witness regarding cryptography, cryptocurrencies, and the blockchain. Mr. Madura has extensive knowledge and expertise related to cryptography, cryptocurrencies, and the blockchain, and his CV is attached as Exhibit 2.

3.    **Steve Shadders**. Mr. Shadders is the Chief Technology Officer of nChain. He will be testifying as a fact witness.

4.    **Craig Wright.** Dr. Wright will be testifying as a fact witness.

    Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

    I certify that on June 26, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

    /s/ Andres Rivero_____
    Andres Rivero