# AlixPartners

**CURRICULUM VITAE OF**
**Brett A. Roberson**
Texas Licensed Qualified Manager &
Private Investigator # 816698

| | |
|---|---|
| **POSITION** | Director, AlixPartners, LLP, Dallas, Texas |
| **EDUCATION** | B.A. in Business Administration and International Studies, Abilene Christian University |
| **PROFESSIONAL HISTORY** | Mr. Roberson has more than nineteen years of experience in information technology and as a forensic investigator and manager. Beginning in 2005, he has continuously provided computer forensic consulting and electronic discovery services for many matters. Mr. Roberson has a wide range of experience with information technology infrastructure and security, forensic acquisition and forensic analysis, including computer tampering, contractual disputes, employment matters, network intrusions, intellectual property theft, and fraud. |
| **PROFESSIONAL EXPERIENCE** | Mr. Roberson has extensive experience providing design and installation of information technology infrastructures and network security administration. He has provided technical expertise in criminal and civil investigations. As a Director for a global consulting firm, Mr. Roberson has been tasked with development of policies and procedures, case management, quality control workflows and resource allocation. |
| **RANGE OF EXPERIENCE** | Mr. Roberson has performed a variety of services related to computer forensics and investigations. A sample of these includes:<br>• Computer forensics investigations<br>• Detection of intellectual property theft<br>• Analysis of a computer user's actions over specific time periods<br>• Recovery of deleted files<br>• Defensible forensic collection of ESI<br>• Filtering and searching for responsive documents and the de-duplication of mass ESI<br>• Client site assessment of ESI, assistance with identification of items potentially responsive to eDiscovery obligations<br>• Remote forensic imaging and analysis |

Brett A. Roberson
PAGE 2

| | |
|---|---|
| **ACCREDITATIONS AND LICENSES** | EnCase® Certified Examiner (EnCE), Guidance Software – Recertification in Process<br>CCE Certification in Process<br>Licensed Private Investigator, Qualifying Manager - Computer Forensics, State of Texas (ALIXPARTNERS FORENSIC SERVICES, LLC - License #A14892) |
| **ADDITIONAL TRAINING AND EDUCATION** | Magnet Axiom Investigations<br>Apple iOS Mobile Forensics, Blackbag Technologies<br>Intermediate Apple OSX Hardware and Software Forensics – Blackbag Technologies<br>EnCase NTFS, Guidance Software<br>CISSP Training and Certification (Does Not Possess Cert Post-Expiry)<br>EnCase Advanced Internet & Email Examinations, Guidance Software<br>EnCase Internet & Email Examinations, Guidance Software<br>EnCase Intermediate Computer Forensics, Guidance Software<br>EnCase Level 1 Computer Forensics, Guidance Software<br>Interrogation and Elicitation Techniques, BIA<br>Private Investigations Skip Tracing, Surveillance and Interrogation and Elicitation Techniques, PIEducation<br>Intermediate Microsoft SQL Training - LearningTree |