# KEVIN MADURA

Washington, DC | 242-665-2990 | kmadura@alixpartners.com

## EDUCATION

**University of Maryland**
**Bachelor of Science, Computer Science; Minor in Leadership Studies**  2010-2014
Awards: Corporate Scholars Scholarship, Order of Omega

**Georgetown University**
**Master of Professional Studies, Technology Management**  2015-2017
Capstone: "Smart Traffic: Controlling Congestion with Technology"

## RELATED EXPERIENCE

**IBM**
**Cybersecurity Consultant - Cryptography SME**  2014 - 2018
Provided subject matter expertise in areas of cryptography, secure coding, and vulnerability management for entities within the Department of Defense.

Deployed technical solution to verify identity of soldiers using Common Access Cards (CAC) using cryptographic primitives such as SHA256 and public key cryptography, in alignment with NIST 800-53.

Hosted "lunch & learns" to educate colleagues on secure coding methodologies and case studies.

**IBM**
**Blockchain Identity Expert: Federal Agency**  2017
Primary architect of enterprise identity solution based on blockchain technology, which included validating the proper use of cryptography and secure coding methodology.

**IBM**
**Blockchain Programmer: USPS**  2017 - 2018
Led development of blockchain implementation and smart contract coding for government blockchain pilot programs.

**AlixPartners**
**Vice President, Cybersecurity Practice**  2018 -
Advise clients on cybersecurity matters, ranging from technical implementation issues to executive risk management functions.

Performed forensic investigation for mobile application development company to determine exposure of malicious code and vulnerable software development kits.

Member of blockchain industry team tasked with exploring applications of distributed ledger technology for enterprise clients, implementing cryptocurrency coins, and proper management of Bitcoin wallets.

## CERTIFICATIONS

**Certified Ethical Hacker**
Credential ID ECC39758882107  2018

## CONFERENCE PRESENTATIONS

**Armed Forces Communications and Electronics Association**
**Cybersecurity in the World of Blockchain and Cryptocurrency**  2018
A discussion on the applicability of implementing blockchain technology, based on Bitcoin, for use within the US military.

**AlixPartners**
**Procurement Forum**  2018
Explained the potential application of blockchain technology in a business setting to procurement executives at an event hosted by AlixPartners.

| | |
|---|---|
| Center for Professional Education<br>**Managing Cyber Risk**<br>Hosted a session focused on managing cyber risks with emerging technologies such as blockchain and cryptocurrencies. | **2018** |
| Center for Professional Education<br>**Blockchain & Cryptocurrencies**<br>A presentation detailing the inner workings of blockchain technology and how Bitcoin spawned thousands of alternative cryptocurrencies. | **2019** |

PUBLICATIONS AND PAPERS

| | |
|---|---|
| *CVE-2009-0499*<br>Discovered a computer vulnerability described as a "cross-site request forgery (CSRF) vulnerability in the Moodle forum software that allows remote attackers to delete or modify data." | 2009 |
| *Blockchain 101: What is it?*<br>Online Article | 2017 |
| *How Cybersecurity Risk is Disrupting the M&A Landscape*<br>AlixPartners | 2019 |

AWARDS

| | |
|---|---|
| Corporate Scholars Scholarship | 2013 |
| IBM Manager's Choice Award (14) | 2016 – 2017 |
| IBM Global Business Services Excellence Award | 2017 |

MEMBERSHIPS

Armed Forces Communications and Electronics Association (Inactive)
EC-Council
Washington DC Cyber Security for Control Systems

TECHNICAL SKILLS

Computer programming languages (C, C#, Go, Java, Bash, Python, Javascript, PHP, Ruby)
Computer systems (Linux, Windows, Mac OS)
Applied cryptography
Blockchain analysis
Secure application coding techniques
Vulnerability detection
Computer network security
System administration

LANGUAGES

English– native language