**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　**Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

**DR. WRIGHT'S UNOPPOSED MOTION TO CLOSE THE COURTROOM**
**DURING THE JUNE 28 DEPOSITION**

Dr. Wright respectfully moves this Court to close the courtroom during his deposition on June 28. Plaintiffs do not oppose this motion. Depositions are not typically public events. Indeed, "[t]he right of [public] access does not apply to discovery." *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007); *see also United States v. Anderson,* 799 F.2d 1438, 1441 (11th Cir.1986) (discovery is "essentially a private process ... the sole purpose [of which] is to assist trial preparation."). Moreover, it is likely that parts of the deposition will be subject to this Court's Confidentiality Order [D.E. 105-1].

Because the deposition will take place in Court, Dr. Wright will not be afforded the protections of the Confidentiality Order, even though his testimony likely will raise confidential and personal issues. Once the transcript is complete, Dr. Wright will mark as confidential only the portions of the transcript that fall within the Confidentiality Order. The remainder of the deposition transcript may be filed publicly, if required and permitted under the rules. *See*, *e.g.*, Local Rule 26.1 ("the following discovery requests, responses, objections, notices or any

associated proof of service shall not be filed until they are used in the proceeding or the court orders their filing: (1) deposition transcripts . . . .").

## CONCLUSION

For the foregoing reasons, Dr. Wright respectfully requests that the Court close the courtroom during the June 28 deposition.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with Plaintiffs. Plaintiffs do not oppose the relief sought herein.

/s/ Amanda McGovern
Amanda McGovern

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
JORGE MESTRE
Florida Bar No. 088145
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF.