UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## NOTICE OF FILING EXHIBITS USED BY PLAINTIFFS AT JUNE 28, 2019 SHOW CAUSE HEARING

Plaintiffs provide notice that they are filing the exhibits Plaintiffs that were admitted into evidence at the June 28, 2019 Show Cause Hearing in front of the Honorable Bruce Reinhart at the Paul G. Rogers U.S. Courthouse in West Palm Beach, Florida. Plaintiffs attach these exhibits to this filing and have redacted these exhibits consistent with the Court's instructions.[1]

Dated: July 3, 2019

Respectfully submitted,

/s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504

---

[1] Plaintiffs have attached a placeholder for Exhibit 15 indicating that Exhibit 15 was not admitted into evidence.

>Telephone: (914) 749-8200
>Facsimile: (914) 749-8300
>kroche@bsfllp.com
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

>*/s/ Velvel (Devin) Freedman*
>Velvel (Devin) Freedman