**From:** Dave Kleiman
**To:** Craig S Wright
**Subject:** Requested attached.
**Date:** Friday, 24 June 2011 12:04:57 PM
**Attachments:** Tulip Trust.pdf.asc
Tulip Trust.pdf.tar.asc
Tulip Trust.pdf
**Importance:** High

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

To whom it may concern,

CC:   Dr Craig Wright

I acknowledge the trust and the transfer of Bitcoins to this trust. I have full control of all software and the keys used to manage bitcoin as of this date, Thu 06/09/2011.

It is agreed that:

I, David Kleiman, shall become the trustee for the transfer of the satoshi I have received from Craig Wright.

No record of this transaction will be filed in the US or Australia.

The transfer is valued at USD 100,000 for Australian Tax purposes.

I acknowledge:

I, Dave Kleiman have received 1,100,111 Bitcoin from Craig Wright (of 51 Cowangarra Rd, Bagnoo, NSW Australia). At the time of transfer this is valued at around $100,000 USD.

I will form a trust to be managed by at least three people but not more than seven at any time.

All Bitcoin will be returned to Dr Wright on Jan 01st 2020.

The return will be in the form of a return of control of a company to Dr Wright. The company and trust will be managed and held in the Seychelles. This will be designated by "Tulips" and the trading that was noted to have not been a bubble but

No record of this arrangement will be made public at any time.

Dr Wright has noted that he is facing bankruptcy due to the following and that he understands moving assets (at value) in a manner that he cannot access may be a breach of Australian law if he fails to provide information on these assets. This would be in the event of an insolvency.

Dr Wright has noted that he has agreed to forgo other assets to maintain these assets and has agreed with his wife, Ms Lynn Wright that they he will maintain the Bitcoin at the expense of all other assets he may have a right to.

The trust MUST hold a balance of at least 100,000 Bitcoin at transfer to Dr Wright in 2020 and all means to ensure this will be followed.

Dr Wright MAY request a loan of Bitcoin for the following reasons (and no others):

- Furthering research into peer to peer systems, IPv6 and Bitcoin
- Commercial activities that enhance the value and position of Bitcoin.

In all events, all transactions in loaned funds will be concluded outside of Australia and the USA until and unless a clear and acceptable path to the recognition of Bitcoin as currency has occurred.

The trust will be accessible by two (2) of five keys of which the following are to always be incorporated into this (by PGP fingerprint):

- 56EC 672A 6B67 266A 5E21  1514 A0DA 0EB2 E545 EB7B
- DBB7 E697 59EF D7FE EB4C  F51B 4FF1 CFEB C941 FE6D

- 0AC1 8AFE 1F8D 3512 BE15  6909 B18B BF41 1F55 6274
- DE4E FCA3 E1AB 9E41 CE96  CECB 18C0 9E86 5EC9 48A1

Another party will be selected without Dr Wright's knowledge.

The following conditions are applicable at all times:

- If Dr Wright should die before 2020, the entire minus an amount noted below value and trust holdings are to be transferred to Ramona Watts (Sydney Australia, born Oct 30th 1970).
- If I should die, Dr Wright will be retuned shares in the Tulip trust and company 15 months after my death at his discretion.
- The amount not included to be sent to Ramona Watts will be used to show the "lies and fraud perpetrated by Adam Westwood of the Australian Tax Office against Dr Wright"
- The last condition is listed as a direct quote of Dr Wright who has specified against my advice that he requires this line to be included.

I lastly acknowledge that I will not divulge the identity of the Key with ID C941FE6D nor of the origins of the satoshin@gmx.com email.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com -
http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

```
File: C:\Users\CRAIG~1.WRI\AppData\Local\Temp\Rar$DIa0.781\Tulip Trust.pdf.as
:c  15/06/2011, 1:58:25 PM
```

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQGcBAABAgAGBQJN+BHBAAoJEKDaDrLlRet74BwL/jT/ifGU0vvJPV65j74MNwu5
9rqhcgS40xKlwdioBGTvwV0TCC2HnfkVeldULlWetGkklIwrjuRz+P+FObYA7K5/
QieVlWQ0XGr/sgujaAp6IgFLbnH5shyCGwp5Om1mES32ehjD1Ml1aAVi+1g6kYfx
L3Rv9uvGqZVH6l8NYBtCwVUbASTobIPZmB7WVUqmc+uufAPgwpSeARKVDv3UfCTW
yUp//bOfPDhUkT9IgB3pF8FHZVd+WbsoI4bUhUG5Zj1tds4p3C8J1RE48BEaTQWg
sp0ATHwJ6fi/6FNx7DsoXBds6sdCjyzNw387ADhQXkpXDUebn7U3MA/z9jITRISA
UPTFD49t5QzqsL3y5sO/4OKQUHwL1M4hfDrTBWMrfReGXwJyTu0rrNxKQn6sOLpb
DMoJjCZ7skPubeV6X8xCSmHPpNPVq6QLjjj89CNNeH0i3YY+so2mCdMDXtp/h364
ftTS98TTgqd0C6cjqv7C6YgeXL6FM63GTCAgs0ybHw==
=cW/6
-----END PGP SIGNATURE-----

CONFIDENTIAL                                                                                      DEF_00002416