DEF_00013189.PDF.obj_5_0.CLEAN.txt

```
 1  5 0 obj
 2  <</Length 4011/Subtype/XML/Type/Metadata>>stream
 3  <?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
 4  <x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 5.4-c005 78.147326, 2012/08/23-13:03:03        ">
 5     <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
 6        <rdf:Description rdf:about=""
 7              xmlns:xmp="http://ns.adobe.com/xap/1.0/"
 8              xmlns:xmpMM="http://ns.adobe.com/xap/1.0/mm/"
 9              xmlns:dc="http://purl.org/dc/elements/1.1/"
10              xmlns:pdf="http://ns.adobe.com/pdf/1.3/"
11              xmlns:pdfx="http://ns.adobe.com/pdfx/1.3/">
12           <xmp:ModifyDate>2014-10-22T18:25:39+11:00</xmp:ModifyDate>
13           <xmp:CreateDate>2011-07-12T11:07:37+10:00</xmp:CreateDate>
14           <xmp:MetadataDate>2014-10-22T18:25:39+11:00</xmp:MetadataDate>
15           <xmp:CreatorTool>Acrobat PDFMaker 11 for Microsoft Outlook</xmp:CreatorTool>
16           <xmpMM:DocumentID>uuid:75d61eff-a590-4649-ba5c-b6bd9a047e2e</xmpMM:DocumentID>
17           <xmpMM:InstanceID>uuid:d493770d-a772-4cf0-9085-46af5177e482</xmpMM:InstanceID>
18           <dc:format>application/pdf</dc:format>
19           <pdf:Producer>Adobe PDF Library 11.0</pdf:Producer>
20           <pdfx:MailAttachments>Tulip Trust.pdf.asc Tulip Trust.pdf.tar.asc Tulip Trust.pdf </pdfx:MailAttachments>
21           <pdfx:MailDate>D:20110624120457+10'00'</pdfx:MailDate>
22           <pdfx:MailFolder>Inbox</pdfx:MailFolder>
23           <pdfx:MailFrom>dave@davekleiman.com Dave Kleiman</pdfx:MailFrom>
24           <pdfx:MailSubject>Requested attached.</pdfx:MailSubject>
25           <pdfx:MailTo>craig@panopticrypt.com Craig S Wright </pdfx:MailTo>
26           <pdfx:MailTransportHeader>Received: from gate.forward.smtp.dfw1a.emailsrvr.com (172.26.0.1) by
27           ORD2HUB06.mex05.mlsrvr.com (172.26.1.36) with Microsoft SMTP Server (TLS) id  14.3.169.1;
28           Thu, 24 Jun 2011 20:04:55 -0500 Return-Path: <craig@panopticrypt.com> X-Spam-Threshold: 95
28           X-Sp</pdfx:MailTransportHeader>
29        </rdf:Description>
30     </rdf:RDF>
31  </x:xmpmeta>
32
33
34
35
```

DEF_00013189.PDF.obj_5_0.CLEAN.txt

```
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53  <?xpacket end="w"?>
54  endstream
55  endobj
```