DEF_00013189.PDF.obj_25_decoded_stream.txt

```
 1  /CS0 cs 1  scn
 2  72 54 450.75 732.75 re
 3  f
 4  0.502   scn
 5  78 692.25 440.25 -1.5 re
 6  f
 7  q
 8  1 0 0 1 78.0003 692.2503 cm
 9  0 0 m
10  0.75 -0.751 l
11  439.5 -0.751 l
12  440.249 0 l
13  h
14  f
15  Q
16  q
17  1 0 0 1 78.75 691.4997 cm
18  0 0 m
19  -0.75 -0.75 l
20  439.5 -0.75 l
21  438.75 0 l
22  h
23  f
24  Q
25  q
26  1 0 0 1 78.0003 690.75 cm
27  0 0 m
28  0.75 0.75 l
29  0 1.5 l
30  h
31  f
32  Q
33  q
34  1 0 0 1 517.5 691.4997 cm
35  0 0 m
36  0.75 -0.75 l
37  0.75 0.751 l
38  h
39  f
40  Q
41  BT
42  0  scn
43  /TT0 1 Tf
44  7.5 0 0 7.5 79.5 771.75 Tm
45  (From:)Tj
46  ET
47  /TouchUp_TextEdit MP
48  BT
49  /CS1 cs 0 0 1  scn
50  /C2_0 7.5 Tf
51  156 771.75 Td
52  <00270044005900480003002E004F0048004C005000440051>Tj
```

DEF_00013189.PDF.obj_25_decoded_stream.txt

```
 53  ET
 54  /CS1 CS 0 0 1  SCN
 55  0.75 w
 56  q
 57  1 0 0 1 156 771 cm
 58  0 0 m
 59  47.886 0 l
 60  h
 61  S
 62  Q
 63  BT
 64  /CS0 cs 0  scn
 65  /TT0 1 Tf
 66  7.5 0 0 7.5 79.5 761.25 Tm
 67  (To:)Tj
 68  /CS1 cs 0 0 1  scn
 69  /TT1 1 Tf
 70  10.2 0 Td
 71  (Craig S Wright)Tj
 72  ET
 73  q
 74  1 0 0 1 156 760.5 cm
 75  0 0 m
 76  47.886 0 l
 77  h
 78  S
 79  Q
 80  BT
 81  /CS0 cs 0  scn
 82  /TT0 1 Tf
 83  7.5 0 0 7.5 79.5 750.75 Tm
 84  (Subject:)Tj
 85  0 -1.4 TD
 86  (Date:)Tj
 87  T*
 88  (Attachments:)Tj
 89  ET
 90  /TouchUp_TextEdit MP
 91  BT
 92  /TT1 7.5 Tf
 93  156 750.75 Td
 94  (Requested attached.)Tj
 95  0 -10.5 TD
 96  (Friday, )Tj
 97  /C2_1 7.5 Tf
 98  24.76 0 Td
 99  <00150017>Tj
100  /TT1 7.5 Tf
101  ( )Tj
102  /C2_1 7.5 Tf
103  <002D005800510048>Tj
104  /TT1 7.5 Tf
```

DEF_00013189.PDF.obj_25_decoded_stream.txt

```
105  25.968 0 Td
106  ( 201)Tj
107  /C2_1 7.5 Tf
108  14.626 0 Td
109  <0014>Tj
110  /TT1 7.5 Tf
111  ( 12:04:57 PM)Tj
112  /C2_1 7.5 Tf
113  48.563 0 Td
114  <0003>Tj
115  /CS1 cs 0 0 1  scn
116  /TT1 7.5 Tf
117  -113.917 -10.5 Td
118  (Tulip Trust.pdf.asc)Tj
119  ET
120  q
121  1 0 0 1 156 729 cm
122  0 0 m
123  61.564 0 l
124  h
125  S
126  Q
127  BT
128  /TT1 1 Tf
129  7.5 0 0 7.5 156 720.75 Tm
130  (Tulip Trust.pdf.tar.asc)Tj
131  ET
132  q
133  1 0 0 1 156 720 cm
134  0 0 m
135  72.982 0 l
136  h
137  S
138  Q
139  BT
140  7.5 0 0 7.5 156 711.75 Tm
141  (Tulip Trust.pdf)Tj
142  ET
143  q
144  1 0 0 1 156 711 cm
145  0 0 m
146  48.549 0 l
147  h
148  S
149  Q
150  BT
151  /CS0 cs 0  scn
152  /TT0 1 Tf
153  7.5 0 0 7.5 79.5 701.25 Tm
154  (Importance:)Tj
155  /TT1 1 Tf
156  10.2 0 Td
```

DEF_00013189.PDF.obj_25_decoded_stream.txt

```
157  (High)Tj
158  /TT2 1 Tf
159  9.75 0 0 9.75 78 662.25 Tm
160  (Craig,)Tj
161  0 -1.231 TD
162  (I think you are mad and this is risky, but I believe in what we are tryi\
163  ng to do.)Tj
164  0 -2.462 TD
165  (Respectfully,)Tj
166  T*
167  (Dave Kleiman - )Tj
168  /CS1 cs 0 0 1  scn
169  6.636 0 Td
170  (http://www.ComputerForensicExaminer.com)Tj
171  ET
172  q
173  1 0 0 1 142.7032 601.5 cm
174  0 0 m
175  176.552 0 l
176  h
177  S
178  Q
179  BT
180  /CS0 cs 0  scn
181  9.75 0 0 9.75 319.2554 602.25 Tm
182  ( - )Tj
183  /CS1 cs 0 0 1  scn
184  (http://www.DigitalForensicExpert.com)Tj
185  ET
186  q
187  1 0 0 1 327.3772 601.5 cm
188  0 0 m
189  152.725 0 l
190  h
191  S
192  Q
193  BT
194  /CS0 cs 0  scn
195  9.75 0 0 9.75 78 578.25 Tm
196  (4371 Northlake Blvd #314)Tj
197  0 -1.231 TD
198  (Palm Beach Gardens, FL 33410)Tj
199  T*
200  (561.310.8801)Tj
201  ET
```