▲ ► May – July 2011

Washington, D.C. ▾   Today 89°F/75°F   Tomorrow 90°F/77°F   Friday 91°F/77°F

Search Calendar (Ctrl+E)

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| May 29 | 30 | 31 | Jun 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | Jul 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

Previous Appointment

Next Appointment