DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
 1   2 0 obj
 2   <</Length 8753/Subtype/XML/Type/Metadata>>stream
 3   <?xpacket begin="Ã¯Â»Â¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
 4   <x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 5.4-c005 78.147326,
     2012/08/23-13:03:03        ">
 5      <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
 6         <rdf:Description rdf:about=""
 7               xmlns:xmp="http://ns.adobe.com/xap/1.0/"
 8               xmlns:xmpMM="http://ns.adobe.com/xap/1.0/mm/"
 9               xmlns:dc="http://purl.org/dc/elements/1.1/"
10               xmlns:pdf="http://ns.adobe.com/pdf/1.3/"
11               xmlns:pdfx="http://ns.adobe.com/pdfx/1.3/">
12            <xmp:ModifyDate>2011-07-07T22:18:26+10:00</xmp:ModifyDate>
13            <xmp:CreateDate>2011-07-12T11:07:37+10:00</xmp:CreateDate>
14            <xmp:MetadataDate>2011-07-07T22:18:26+10:00</xmp:MetadataDate>
15            <xmp:CreatorTool>Acrobat PDFMaker 11 for Microsoft
     Outlook</xmp:CreatorTool>
16            <xmpMM:DocumentID>uuid:75d61eff-a590-4649-ba5c-
     b6bd9a047e2e</xmpMM:DocumentID>
17            <xmpMM:InstanceID>uuid:a6f4cc97-1e88-4c2a-a433-
     b0e062e2899d</xmpMM:InstanceID>
18            <dc:format>application/pdf</dc:format>
19            <pdf:Producer>Adobe PDF Library 11.0</pdf:Producer>
20            <pdfx:MailFrom>craig@panopticrypt.com Craig S Wright</pdfx:MailFrom>
21            <pdfx:MailTo>craig@panopticrypt.com Craig S Wright </pdfx:MailTo>
22            <pdfx:MailSubject>Requested attached.</pdfx:MailSubject>
23            <pdfx:MailDate>D:20141017120457+10'00'</pdfx:MailDate>
24            <pdfx:MailAttachments>Tulip Trust.pdf.asc Tulip Trust.pdf.tar.asc Tulip
     Trust.pdf </pdfx:MailAttachments>
25            <pdfx:MailTransportHeader>Received: from
     gate.forward.smtp.dfw1a.emailsrvr.com (172.26.0.1) by
26    ORD2HUB06.mex05.mlsrvr.com (172.26.1.36) with Microsoft SMTP Server (TLS) id
27    14.3.169.1; Thu, 16 Oct 2014 20:04:55 -0500
28   Return-Path: <craig@panopticrypt.com>
29   X-Spam-Threshold: 95
30   X-Spam-Score: 0
31   X-Spam-Flag: NO
32   X-Virus-Scanned: OK
33   X-MessageSniffer-Scan-Result: 0
34   X-MessageSniffer-Rules: 0-0-0-32767-c
35   X-CMAE-Scan-Result: 0
36   X-CNFS-Analysis: v=2.1 cv=ONUeg0qB c=1 sm=0 tr=0 a=P+kyaCzuFSVnoX5veNa8lw==:117
      a=P+kyaCzuFSVnoX5veNa8lw==:17 a=-c2TEdCOzZIA:10 a=b19_0ozNT-8A:10
```

DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
            -  a=Iw0mRYieAAAA:8 a=-NIMs_s3AAAA:8 a=DAwyPP_o2Byb1YXLmDAA:9 a=Zr7miEi8wWIA:10
            -  a=cKsnjEOsciEA:10 a=-SfOnzfJAAAA:8 a=Dc-6ZhxzAAAA:8 a=XV0-l5TfB1Ir0XCKltQA:9
            -  a=QEXdDO2ut3YA:10 a=khSqDUQ0tsIA:10 a=XfLXIGn4aOEA:10 a=G6kSJfQnHS4A:10 a=Zkkrt_
            -  -SZR8A:10 a=MTAdGLpmHjmSi_ba0hYA:9 a=2iaRoql5lGw5-sYh_kEA:9
37             X-Orig-To: craig.wright@hotwirepe.com
38             X-Originating-Ip: [162.222.225.44]
39             Received: from [162.222.225.44] ([162.222.225.44:53199]
40              helo=mailforward.mailhostbox.com)  by smtp64.gate.dfw1a.rsapps.net
41              (envelope-from <craig@panopticrypt.com>)(ecelerity 2.2.3.49 r(42060/42061))
42              with ESMTP    id 19/6A-17055-53B60445; Thu, 16 Oct 2014 21:04:54 -0400
43             Received: from mx1.mailhostbox.com (unknown [172.18.214.133]) by
44              mailforward.mailhostbox.com (Postfix) with ESMTP id 99F3EC40EFB    for
45              <craig.wright@hotwirepe.com>; Fri, 17 Oct 2014 01:04:53 +0000 (GMT)
46             Received: from outbound.mailhostbox.com (outbound.mailhostbox.com
47              [162.222.225.21])   by mx1.mailhostbox.com (Postfix) with ESMTP id 1241F547125
48                 for <craig@panopticrypt.com>; Fri, 17 Oct 2014 01:04:53 +0000 (GMT)
49             Received: from PCCSW01 (unknown [14.1.18.30]) (Authenticated sender:
50              craig@panopticrypt.com)  by outbound.mailhostbox.com (Postfix) with ESMTPA id
51              C9757639AD1    for <craig@panopticrypt.com>; Fri, 17 Oct 2014 01:04:44 +0000
52              (GMT)
53             DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=panopticrypt.com;
54                 s=20110619; t=1413507892;
55                 bh=FocAr6e4AhYlY4kKeixYDQkP1iWoIBZ9RIIZc/RgyJA=;
56                 h=From:To:Subject:Date:Message-ID:MIME-Version:Content-Type;
57                 b=b/pZ27Oqs/db97sIT2O8DUzy0b7elj0l4mJugLCIyTh52ojubB9NG75ou7sF59+Jq
58                  QJ60ypOfGr01gJGzWFAuJO2XZLtWVy7lQIwTp1Y6zzwkobRuPUZvvdk7PAggW8PFEv
59                  dnnXMMTq/9bd7Y5KQlKBI+AgksQg4QlMlaOeQgpY=
60             From: Craig S Wright <craig@panopticrypt.com>
61             To: Craig S Wright <craig@panopticrypt.com>
62             Subject: Requested attached.
63             Date: Fri, 24 Jun 2011 12:04:38 +1000
64             Organization: Panopticrypt
65             Message-ID: <00d201cc3213$157c5920$40750b60$@panopticrypt.com>
66             MIME-Version: 1.0
67             Content-Type: multipart/mixed;
68                 boundary="----=_NextPart_000_00D3_01CC3266.E7289030"
69             X-Priority: 1 (Highest)
70             X-MSMail-Priority: High
71             X-Mailer: Microsoft Outlook 15.0
72             Thread-Index: Ac/ppg8rrYH2kxZETYC2YnRnXX7hWQ==
73             Content-Language: en-au
74             Importance: High
75             X-CTCH-RefID:
```

DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
          - str=0001.0A020209.54406B34.01DF,ss=1,re=0.000,recu=0.000,reip=0.000,vtr=str,vl=0
          - ,cl=1,cld=1,fgs=0
76          X-CTCH-VOD: Unknown
77          X-CTCH-Spam: Unknown
78          X-CTCH-Score: 0.000
79          X-CTCH-Rules:
80          X-CTCH-Flags: 0
81          X-CTCH-ScoreCust: 0.000
82          X-CTCH-SenderID: craig@panopticrypt.com
83          X-CTCH-SenderID-TotalMessages: 1
84          X-CTCH-SenderID-TotalSpam: 0
85          X-CTCH-SenderID-TotalSuspected: 0
86          X-CTCH-SenderID-TotalBulk: 0
87          X-CTCH-SenderID-TotalConfirmed: 0
88          X-CTCH-SenderID-TotalRecipients: 0
89          X-CTCH-SenderID-TotalVirus: 0
90          X-CTCH-SenderID-BlueWhiteFlag: 0
91          X-Virus-Status: Clean
92          X-CTCH-RefID:
          - str=0001.0A020207.54406B35.01CB,ss=1,re=0.000,recu=0.000,reip=0.000,vtr=str,vl=0
          - ,cl=1,cld=1,fgs=0
93          X-CTCH-VOD: Unknown
94          X-CTCH-Spam: Unknown
95          X-CTCH-Score: 0.000
96          X-CTCH-Rules:
97          X-CTCH-Flags: 0
98          X-CTCH-ScoreCust: 0.000
99          X-CTCH-SenderID: craig@panopticrypt.com
100         X-CTCH-SenderID-TotalMessages: 1
101         X-CTCH-SenderID-TotalSpam: 0
102         X-CTCH-SenderID-TotalSuspected: 0
103         X-CTCH-SenderID-TotalBulk: 0
104         X-CTCH-SenderID-TotalConfirmed: 0
105         X-CTCH-SenderID-TotalRecipients: 0
106         X-CTCH-SenderID-TotalVirus: 0
107         X-CTCH-SenderID-BlueWhiteFlag: 0
108         X-MS-Exchange-Organization-AuthSource: ORD2HUB06.mex05.mlsrvr.com
109         X-MS-Exchange-Organization-AuthAs: Anonymous
110         X-MS-Exchange-Organization-AVStamp-Mailbox: SMEXtG}w;1121500;0;This mail has
111          been scanned by Trend Micro ScanMail for Microsoft Exchange;
112         X-MS-Exchange-Organization-SCL: 0
113         </pdfx:MailTransportHeader>
114             <pdfx:MailFolder>Inbox</pdfx:MailFolder>
```

DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
115              </rdf:Description>
116           </rdf:RDF>
117       </x:xmpmeta>
118
           -
119
           -
120
           -
121
           -
122
           -
123
           -
124
           -
125
           -
126
           -
127
           -
128
           -
129
           -
130
           -
131
           -
132
           -
133
           -
134
           -
135
           -
136
           -
137
           -
```

DEF_00013459.PDF.obj_2_0-2.CLEAN.txt

```
138
139             <?xpacket end="w"?>
140             endstream
141             endobj
```