DEF_00013459.PDF.obj_53_decoded_stream.txt

```
 1  /CS0 cs 1  scn
 2  72 54 450.75 732.75 re
 3  f
 4  0.502   scn
 5  78 692.25 440.25 -1.5 re
 6  f
 7  q
 8  1 0 0 1 78.0003 692.2503 cm
 9  0 0 m
10  0.75 -0.751 l
11  439.5 -0.751 l
12  440.249 0 l
13  h
14  f
15  Q
16  q
17  1 0 0 1 78.75 691.4997 cm
18  0 0 m
19  -0.75 -0.75 l
20  439.5 -0.75 l
21  438.75 0 l
22  h
23  f
24  Q
25  q
26  1 0 0 1 78.0003 690.75 cm
27  0 0 m
28  0.75 0.75 l
29  0 1.5 l
30  h
31  f
32  Q
33  q
34  1 0 0 1 517.5 691.4997 cm
35  0 0 m
36  0.75 -0.75 l
37  0.75 0.751 l
38  h
39  f
40  Q
41  BT
42  0   scn
43  /TT0 1 Tf
44  7.5 0 0 7.5 79.5 771.75 Tm
45  (From:)Tj
46  ET
47  /TouchUp_TextEdit MP
48  BT
49  /CS1 cs 0 0 1   scn
50  /C2_0 7.5 Tf
51  156 771.75 Td
52  <00270044005900480003002E004F0048004C005000440051>Tj
```

DEF_00013459.PDF.obj_53_decoded_stream.txt

```
 53  ET
 54  /CS1 CS 0 0 1  SCN
 55  0.75 w
 56  q
 57  1 0 0 1 156 771 cm
 58  0 0 m
 59  47.886 0 l
 60  h
 61  S
 62  Q
 63  BT
 64  /CS0 cs 0  scn
 65  /TT0 1 Tf
 66  7.5 0 0 7.5 79.5 761.25 Tm
 67  (To:)Tj
 68  /CS1 cs 0 0 1  scn
 69  /TT1 1 Tf
 70  10.2 0 Td
 71  (Craig S Wright)Tj
 72  ET
 73  q
 74  1 0 0 1 156 760.5 cm
 75  0 0 m
 76  47.886 0 l
 77  h
 78  S
 79  Q
 80  BT
 81  /CS0 cs 0  scn
 82  /TT0 1 Tf
 83  7.5 0 0 7.5 79.5 750.75 Tm
 84  (Subject:)Tj
 85  /TT1 1 Tf
 86  10.2 0 Td
 87  (Requested attached.)Tj
 88  /TT0 1 Tf
 89  -10.2 -1.4 Td
 90  (Date:)Tj
 91  /TT1 1 Tf
 92  10.2 0 Td
 93  (Friday, 17 October 2014 12:04:57 PM)Tj
 94  /TT0 1 Tf
 95  -10.2 -1.4 Td
 96  (Attachments:)Tj
 97  /CS1 cs 0 0 1  scn
 98  /TT1 1 Tf
 99  10.2 0 Td
100  (Tulip Trust.pdf.asc)Tj
101  ET
102  q
103  1 0 0 1 156 729 cm
104  0 0 m
```

DEF_00013459.PDF.obj_53_decoded_stream.txt

```
105  61.564 0 l
106  h
107  S
108  Q
109  BT
110  7.5 0 0 7.5 156 720.75 Tm
111  (Tulip Trust.pdf.tar.asc)Tj
112  ET
113  q
114  1 0 0 1 156 720 cm
115  0 0 m
116  72.982 0 l
117  h
118  S
119  Q
120  BT
121  7.5 0 0 7.5 156 711.75 Tm
122  (Tulip Trust.pdf)Tj
123  ET
124  q
125  1 0 0 1 156 711 cm
126  0 0 m
127  48.549 0 l
128  h
129  S
130  Q
131  BT
132  /CS0 cs 0  scn
133  /TT0 1 Tf
134  7.5 0 0 7.5 79.5 701.25 Tm
135  (Importance:)Tj
136  /TT1 1 Tf
137  10.2 0 Td
138  (High)Tj
139  /TT2 1 Tf
140  9.75 0 0 9.75 78 662.25 Tm
141  (Craig,)Tj
142  0 -1.231 TD
143  (I think you are mad and this is risky, but I believe in what we are tryi\
144  ng to do.)Tj
145  0 -2.462 TD
146  (Respectfully,)Tj
147  T*
148  (Dave Kleiman - )Tj
149  /CS1 cs 0 0 1  scn
150  6.636 0 Td
151  (http://www.ComputerForensicExaminer.com)Tj
152  ET
153  q
154  1 0 0 1 142.7032 601.5 cm
155  0 0 m
156  176.552 0 l
```

DEF_00013459.PDF.obj_53_decoded_stream.txt

```
157  h
158  S
159  Q
160  BT
161  /CS0 cs 0  scn
162  9.75 0 0 9.75 319.2554 602.25 Tm
163  ( - )Tj
164  /CS1 cs 0 0 1  scn
165  (http://www.DigitalForensicExpert.com)Tj
166  ET
167  q
168  1 0 0 1 327.3772 601.5 cm
169  0 0 m
170  152.725 0 l
171  h
172  S
173  Q
174  BT
175  /CS0 cs 0  scn
176  9.75 0 0 9.75 78 578.25 Tm
177  (4371 Northlake Blvd #314)Tj
178  0 -1.231 TD
179  (Palm Beach Gardens, FL 33410)Tj
180  T*
181  (561.310.8801)Tj
182  ET
```