

## Transfer receipt

Your transfer has been submitted for processing.

| 17 Oct 2014 | | USD 1,650.00 sent to Abacus Seychelles Limited in UNITED STATES | AUD 1,990.74 |
|---|---|---|---|
| 4:15:12 PM Sydney/Melbourne Time | Receipt number | C290406034782 | |
| | Status | Submitted | |

### Recipient's details

| You're transferring to | Abacus Seychelles Limited |  |
|---|---|---|
| | 200 Park Ave | |
| | New York NY | |
| | UNITED STATES | |
| | 10166 | |
| They bank with | BARCLAYS BANK PLC | SWIFT/BIC code |
| | 200 PARK AVENUE | ▮▮▮▮▮▮ |
| | NEW YORK NY | Account number |
| | | ▮▮▮▮▮▮ |

### My transfer details

| Transfer from | DeMorgan DeMorgan Expenses | ▮▮▮▮▮▮ |
|---|---|---|
| Transfer details | You sent | USD 1,650.00 |
| | Amount | AUD 1,968.74 |
| | Transfer fee | AUD 22.00 |
| | **Total amount** | **AUD 1,990.74** |
| | Exchange rate | 1 AUD = 0.8381 USD |
| Additional details | Reason for transfer | Supplier Invoice |
| | Message for recipient | |
| | Inv 393888 Part 1 | |

CONFIDENTIAL                                                                                                                                                   DEF_00046670