**Abacus (Seychelles) Limited**
PO Box 931
Mahe
Seychelles



# INVOICE

<u>Bill to:</u>                                                  <u>Company Details:</u>
Mr. Craig S Wright                              Tulip Trading Limited
502. Level 5
32 Delhi Road
North Ryde, Nsw 2113
Australia

Invoice Date: October 17, 2014

Invoice Number:393888

| | |
|---|---|
| Purchase of Seychelles 2011 shelf company | 3,650 |
| | |
| **Total charges**                                       US Dollar | **3,650** |

## TERMS AND CONDITIONS

- It is advisable to read to read the terms and conditions carefully.
- Please note that Bank charges are to be borne by the payer therefore our invoice is net of bank charges.  Kindly add USD 25 for intermediary bank charges.
- Payment must be made in full and in accordance with the given time limit.
- Payment is deemed to have been effectuated when cleared funds have been received in the correct amount and the required information regarding the payment has been conveyed via email.
- After payment has been remitted, an email must be sent to accounts@abacus-offshore.com with the following details: date, amount, invoice numbers and the name under which payment has been made.
- The conveyance of this information will ensure that the submitted funds are processed accordingly.
- In the event that payment cannot be traced due to lack of relevant information, Abacus will NOT incur any penalties that may arise.

**If any queries should arise do not hesitate to contact us.**

CONFIDENTIAL