# PLAINTIFFS' EXHIBIT 15

(not admitted into evidence)