6.1

| | |
|---|---|
| **From:** | Dave Kleiman |
| **To:** | Craig S Wright |
| **Subject:** | Requested attached. |
| **Date:** | Friday, 24 June 2011 12:04:57 PM |
| **Attachments:** | Tulip Trust.pdf.asc<br>Tulip Trust.pdf.tar.asc<br>Tulip Trust.pdf |
| **Importance:** | High |

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

- 0AC1 8AFE 1F8D 3512 BE15 6909 B18B BF41 1F55 6274
- DE4E FCA3 E1AB 9E41 CE96 CECB 18C0 9E86 5EC9 48A1

Another party will be selected without Dr Wright's knowledge.

The following conditions are applicable at all times:

- If Dr Wright should die before 2020, the entire minus an amount noted below value and trust holdings are to be transferred to Ramona Watts (Sydney Australia, born Oct 30th 1970).
- If I should die, Dr Wright will be retuned shares in the Tulip trust and company 15 months after my death at his discretion.
- The amount not included to be sent to Ramona Watts will be used to show the "lies and fraud perpetrated by Adam Westwood of the Australian Tax Office against Dr Wright"
- The last condition is listed as a direct quote of Dr Wright who has specified against my advice that he requires this line to be included.

I lastly acknowledge that I will not divulge the identity of the Key with ID C941FE6D nor of the origins of the satoshin@gmx.com email.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Trust

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:28 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | [illegible] |
| Craig S Wright | BM-2cWk8G3eSUefpr1kf32she... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12.

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 5 of these are replicated in the other trust members. This leaves you will 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways
- both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the Blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfiled.

As agreed,
Dave



Trust

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cWk8G3eSUefpr tkf32ahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Hi Craig,
We have everything ready.

Myself and the others have the keys to exchange. Once you find the software you need, and a buyer who is willing to take Bitcoin we will transfer the rights.

You made the terms, but just remember, you are also bound by them.

You cannot use Bitcoin in Australia before the tax issues are sorted. I know you said that you are close, but I have heard this from you before. As such, everythign stays and transacts via the UK.

This lady of yours still will nto say yes and sits on the fence. So, even if it is just to protect you from you, know that the trust will not allow anything you have not yourself initially set as terms. You are bound by your own conditions and only regain control in 2020. I know you and accept you, so try not to be too grumpy when we make you stay in the rules.

I have my own life here and we all require that you do what you promised.

The loan remians and our terms will need to be met.

Dave

More ▾ Next Blog» craig.steven.wright@gmail.com New Post Desig

# Cracked, inSecure and Generally Broken

*The ravings of a SANS/GIAC GSE (Compliance & Malware) For more information on my role as a presenter and commentator on IT Security, Digital Forensics Statistics and Data Mining; E-mail me: "craigswright @ acm.org".*

SUNDAY, 27 MARCH 2011

## Rant

Integyrs Pty Ltd was a company I started.

It is now going into receivership. Why? As small minded people from the Australian Tax office see that it has no value.

The IP is to do with Risk, algorithmic analysis, crypto and more. I helped design the world's first on-line casino and more, but hey, they fail to understand.

So, as the IP is worth nothing, I will give them nothing.

Dave K and a few people I know from Playboy Gaming are setting up a trust. We move this overseas and we will make it work.

Bitcoin has value. It is not a hobby.

It sells for $5,000 now. Let us see just how much they cry when it is valued in 2020.

Posted by Craig Wright at Sunday, March 27, 2011

### No comments:

Post a Comment

### Links to this post

Create a Link

Newer Post Home Older Post

## Dr. Craig S Wright GSE

Craig Wright

facebook

Name:
Craig S Wright
Email:
craigswright@acm.org
Status:
Definitely

Create Your Badge

### Followers

with Google Friend Connect

Members (41) More »

Already a member? Sign in

### My Profile

My LinkedIN Profile
My CV
My Podcasts.

### Share it

Share this on Facebook

Tweet this

View stats

(NEW) Appointment

6.1

**From:** Dave Kleiman
**To:** Craig S Wright
**Subject:** Requested attached.
**Date:** Friday, 24 June 2011 12:04:57 PM
**Attachments:** Tulip Trust.pdf.asc
Tulip Trust.pdf.tar.asc
Tulip Trust.pdf
**Importance:** High

---

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

- 0AC1 8AFE 1F8D 3512 BE15 6909 B18B BF41 1F55 6274
- DE4E FCA3 E1AB 9E41 CE96 CECB 18C0 9E86 5EC9 48A1

Another party will be selected without Dr Wright's knowledge.

The following conditions are applicable at all times:

- If Dr Wright should die before 2020, the entire minus an amount noted below value and trust holdings are to be transferred to Ramona Watts (Sydney Australia, born Oct 30th 1970).
- If I should die, Dr Wright will be retuned shares in the Tulip trust and company 15 months after my death at his discretion.
- The amount not included to be sent to Ramona Watts will be used to show the "lies and fraud perpetrated by Adam Westwood of the Australian Tax Office against Dr Wright"
- The last condition is listed as a direct quote of Dr Wright who has specified against my advice that he requires this line to be included.

I lastly acknowledge that I will not divulge the identity of the Key with ID C941FE6D nor of the origins of the satoshin@gmx.com email.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Trust



Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cWk8GJeSUefpr1kif32ahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12.

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 5 of these are replicated in the other trust members. This leaves you will 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways

- both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the Blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfiled.

As agreed.
Dave

Trust

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cWk8GJeSUefpr1kif32ahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Hi Craig,
We have everything ready.

Myself and the others have the keys to exchange. Once you find the software you need, and a buyer who is willing to take Bitcoin we will transfer the rights.

You made the terms, but just remember, you are also bound by them.

You cannot use Bitcoin in Australia before the tax issues are sorted. I know you said that you are close, but I have heard this from you before. As such, everythign stays and transacts via the UK.

This lady of yours still will nto say yes and sits on the fence. So, even if it is just to protect you from you, know that the trust will not allow anything you have not yourself initially set as terms. You are bound by your own conditions and only regain control in 2020. I know you and accept you, so try not to be too grumpy when we make you stay in the rules.

I have my own life here and we all require that you do what you promised.

The loan remians and our terms will need to be met.

Dave

# Cracked, inSecure and Generally Broken

*The ravings of a SANS/GIAC GSE (Compliance & Malware) For more information on my role as a presenter and commentator on IT Security, Digital Forensics Statistics and Data Mining; E-mail me: "craigswright @ acm.org".*

SUNDAY, 27 MARCH 2011

## Rant

Integyrs Pty Ltd was a company I started.

It is now going into receivership. Why? As small minded people from the Australian Tax office see that it has no value.

The IP is to do with Risk, algorithmic analysis, crypto and more. I helped design the world's first on-line casino and more, but hey, they fail to understand.

So, as the IP is worth nothing, I will give them nothing.

Dave K and a few people I know from Playboy Gaming are setting up a trust. We move this overseas and we will make it work.

Bitcoin has value. It is not a hobby.

It sells for $5,000 now. Let us see just how much they cry when it is valued in 2020.

Posted by Craig Wright at Sunday, March 27, 2011

### No comments:

Post a Comment

### Links to this post

Create a Link

### Dr. Craig S Wright GSE

Craig Wright

facebook

Name:
Craig S Wright
Email:
craigswright@acm.org
Status:
Definitely

Create Your Badge

### Followers

with Google Friend Connect

**Members (41)** More »

Already a member? Sign in

### My Profile

My LinkedIN Profile

My CV

My Podcasts.

### Share it

Share this on Facebook

Tweet this

View stats

(NEW) Appointment

Newer Post

Home

Older Post