**LIMITED CONSENT AND INDEMNITY**

Between:

## Dr. Craig Wright

("*Dr Wright*")

- and -

## Equator Consultants AG

Suite B8, Orion Mall, Palm Street, Victoria,
Mahé, Seychelles

("*Trustee*")

**WHEREAS** the Trustee is one of seven trustees of the discretionary trust established on 23 October 2012 and referred to in the trust deed as the "Tulip Trust" (the "*Trust*");

**AND WHEREAS** 418.0260773 Bitcoins are currently secured within the following Bitcoin addresses (the "*Trust Addresses*") and are owned by the trust:

| Block | Trust Address | Bitcoins |
|---|---|---|
| 1 | 12c6DSiU4Rq3P4ZxziKxzrL5LmMBrzjrJX | 50.0286942 |
| 2 | 1HLoD9E4SDFFPDiYfNYnkBLQ85Y51J3Zb1 | 50.00476725 |
| 3 | 1FvzCLoTPGANNjWoUo6jUGuAG3wg1w4YjR | 50.0003 |
| 4 | 15ubicBBWFnvoZLT7GiU2qxjRaKJPdkDMG | 50.0006 |
| 5 | 1JfbZRwdDHKZmuiZgYArJZhcuuzuw2HuMu | 50.00001 |
| 6 | 1GkQmKAmHtNfnD3LHhTkewJxKHVSta4m2a | 50.0 |
| 7 | 16LoW7y83wtawMg5XmT4M3Q7EdjjUmenjM | 50.02 |
| 8 | 1J6PYEzr4CUoGbnXrELyHszoTSz3wCsCaj | 50.0 |
| 9 | 12cbQLTFMXRnSzktFkuoG3eHoMeFtpTu3S | 18.00030001 |
| 10 | 15yN7NPEpu82sHhB6TzCW5z5aXoamiKeGy | 50.0001 |

**AND WHEREAS** these 418.0260773 Bitcoins (the "*Bitcoin Assets*") form a portion of the assets belonging to the Trust and administered by Trustee and the other trustees in accordance with the trust deed and for the benefit of the trust beneficiaries;

**AND WHEREAS,** from a technical perspective, in order to access or transfer the Bitcoin Assets, one must have access to the private cryptographic keys relating to the Trust Addresses (the "*Private Keys*");

**AND WHEREAS** the Tulip Trust deed provided certain restrictions as to the ability of the trustees to access or transfer the Bitcoin Assets for the benefit of the beneficiaries;

CONFIDENTIAL

**AND WHEREAS** in order to ensure that the trustees would abide by the trust restrictions and to ensure that a minimum number of trustees would be required in order to access or transfer the Bitcoin Assets, the Private Keys were cryptographically divided up into fifteen (15) unique key slices (each, a "*Slice*") by way of the Shamir Secret Sharing algorithm, such that not less than eight (8) of the fifteen (15) Slices are required in order to reconstitute the Private Keys and thereby access the Bitcoin Assets.

**AND WHEREAS** Trustee currently holds five (5) Slices;

**AND WHEREAS** Dr Wright has requested our consent to have access to the Slices within our possession for the sole purpose of proving the providence of the Bitcoin Assets and thereby providing evidence in order to establish his identity as the inventor of Bitcoin (the "*Purpose*"), whether by signing messages using the private keys or otherwise;

**AND WHEREAS** Trustee has consented to provide Dr Wright access to these Slices currently held by Trustee only for the Purpose, subject to the terms and conditions hereof;

**NOW THEREFORE**, in consideration of the mutual covenants and agreements hereinafter contained, and other good and valuable consideration, the receipt and sufficiency of which is hereby by each party acknowledged, the parties hereto covenant and agree as follows:

1. Consent.   Trustee hereby consents to provide the Key Slices in its possession to Dr Wright or his representatives for their use, subject strictly to the terms hereof.

2. <u>Representations and Warranties</u>.   Dr Wright expressly represents and warrants to Trustee that:

    2.1   The Key Slices shall only be used in furtherance of the Purpose;

    2.2   The Key Slices shall at all times be maintained in the strictest confidence by Dr Wright and any and all copies or records of such Key Slices shall be strictly maintained by Dr Wright at all times;

    2.3   Dr Wright shall be obligated, upon the written instruction of Trustee, to destroy or delete any and all records of the Key Slices in his control or possession and he shall confirm such deletion or destruction in writing within ten (10) days of receiving such written instruction.

    2.4   The total amount of Bitcoin secured within these addresses (418.0260773) shall not drop below the amounts so secured as of the date of this consent ("*Trust Asset Threshold*").   For the avoidance of doubt, this restriction would not prevent the receipt of Bitcoin to these addresses and the subsequent transfer out of these deposited amounts, provided however that the amount of Bitcoin within these addresses at no time drops below the Trust Asset Threshold.

CONFIDENTIAL

2.5  Dr Wright expressly acknowledges and agrees that the provision of the Key Slices and this consent in no manner, expressly or by implication, constitutes a consent to Dr Wright accessing or transferring the Bitcoin Assets; the Bitcoin Assets constitute Trust assets at all times.

3. Indemnity. Dr Wright shall indemnify, defend, and hold Trustee and its parent and affiliated companies, successors, officers, directors and employees harmless from any and all damages incurred by Trustee as a consequence of Dr Wright's use of the Key Slices, including any actions, causes of action, claims, demands, costs, liabilities, expenses and damages arising out of or in connection with any failure of Dr Wright to comply with his obligations hereunder. If any action shall be brought against Trustee in respect to which indemnity may be sought from Dr Wirght pursuant to the provisions of this Article, Trustee shall promptly notify Dr Wright in writing, specifying the nature of the action and the total monetary amount sought or other such relief as is sought therein.

4. Irreparable Harm. The parties hereto agree and acknowledge that misuse or disclosure of the Key Slices shall cause irreparable harm to [trustee] and [trustee] shall be entitled to seek injunctive relief in respect of any misuse or disclosure of the Key Slices.

5. Waiver Not to Prejudice Rights. The failure of either party to require performance of any provision hereof shall not affect the right at a later time to enforce such provision.

6. Severance. In the event any provision in this Agreement contravenes any applicable legislation existing from time to time or is deemed unenforceable by a court of law, the offending provisions shall be deemed to be severed and the remainder of the Agreement shall remain in full force and effect and no provision shall be deemed to be dependent upon any other provision unless so expressed herein.

7. Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the Seychelles for purposes of any action commenced under this Agreement or with respect to any tort committed or alleged to be committed in the performance of this Agreement. No choice of law rules of any jurisdiction shall apply hereto. The parties hereto expressly waive any right they have to a jury trial and agree that any court preceding under this Agreement shall be tried by a judge without a jury.

8. Representation by Counsel. Provider hereby certifies and represents that it has been, or had the opportunity to be, represented by counsel in the negotiation of this Agreement.

9. Entire Agreement. The parties have read this Agreement and agree to be bound by its terms, and further agree that it constitutes the complete and entire agreement of the parties and supersedes all previous communications, oral or written, between them relating to the subject matter hereof. No representations or statements of any kind made by either party that are not expressly stated herein shall be binding on such party.

10. Time of the Essence. Time shall be of the essence in this Agreement.

CONFIDENTIAL

11. <u>Execution in Counterpart</u>.  This Agreement may be executed in two or more counterparts (by original or facsimile signature), each of which shall be deemed to be an original but all of which together shall constitute one and the same Agreement.

| DR. CRAIG WRIGHT | EQUATOR CONSULTANTS AG |
|---|---|
|  | *[signature]* |
| Signature | per Denis Bosire Mayaka |
|  | DIRECTOR |
|  | Title |
|  | 28 - 04 - 2016 |
| Date | Date |

CONFIDENTIAL

DEF_00069778