# Search results for '0x4ff1cfebc941fe6d'

```
Type bits/keyID     Date         User ID
```

pub   3072R/C941FE6D 2008-12-16 Satoshi Nakamoto (In crypto we trust, in government we verify) <satoshin@gmx.com>