

Wednesday, January 16, 2013

## Liberty Payment (2)

Design by Human Ltd [to be] C01N Ltd (UK) was started in Oct 2012. DBH hereafter C01N

Panopticrypt (and hence myself) was made a director in 01 Jan 2013. This is after the liberty payment.
http://www.formationsdirect.com/companysearchlist?name=number=08248988

Money was added as original capital to C01N in Oct 2012.

At 06 Jan 2013, the trust holds $6,566,450.11 in Liberty. Two accounts. One to DK

I have arranged to transfer $5,270,895.98 into my account under loan. And I will use $5,175,000 of this to pay W&K.

Money into C01N
        Tulip Trust (Tulip Trading Ltd)    - Liberty Account
            To
        C01N Ltd (UK) – via "Craig Wright R&D"
            On

        30 Oct 2012





**About Me**

Craig Wright
Following  1.4k
View my complete profile

**Blog Archive**

► 2015 (1)
► 2014 (1)
▼ 2013 (4)
  ► July (1)
  ► June (1)
  ▼ January (2)
    Liberty Payment (2)
    Liberty Paid
► 2012 (5)



Posted by Craig Wright at 5:25 PM

## No comments:

## Post a Comment

Enter your comment...

Comment as: Craig Wright (C ▼   Sign out

Publish   Preview   Notify me

Newer Post   Home   Older Post

Simple template. Powered by Blogger.