MINUTES OF BOARD MEETING

WRIGHT INTERNATIONAL INVESTMENTS LTD.
IBC No: 064409

| | |
|---|---|
| Venue | Board Room, 32 Delhi Road, North Ryde |
| Date and Time | Friday 19 December 2014 – 11:05am |
| Present | Craig Steven Wright<br>Ramona Watts<br>Viveca Magnusson (in attendance) |
| Chairperson | Craig Steven Wright |
| TABLED | Registration fees paid to Abacus (Seychelles) Limited<br>Wright International Investments Ltd Directorship Change<br>Change of Shares Wright International Investments Ltd<br>File Note to keep on file noting correct address details<br>File original and scanned copied of documents to keep on file |

**Company**  Wright international investments Ltd. In Seychelles. We have paid up registration for Abacus, accountants for the year.

Share Capital remains US$100,000 and shares remain.

We sent in the Register of Director and related documents and printed it out on 23 October 2014 and sent it. Notified of change of address, however, they have still spelt it incorrectly – Gordon was spelt with a "H" as Gordhon.

Documents to be created with correct address details.

Craig needs to update the original minutes 2009. Accounting records will be maintained as of this address (Level 5, Suite 5.02, 32 Delhi Road, NORTH RYDE NSW 2113, Australia – Woodview Avenue address is to be removed.

**Consent to Act as Director**  Craig moved to appoint Ramona as a Director – Ramona seconds. Has been company in the Seychelles since 2009. Craig will remain Chairman. Create documentation to add Ramona to Register of Directors, Members etc. as of this date.

Agreed by all.

| | |
|---|---|
| **Shares** | Note: Updating the Share register to be here, at North Ryde address. |
| | Craig Steven Wright currently noted as sole shareholder for Wright International Investments Ltd. |
| | Craig Steven Wright as Director for Panopticrypt will change shareholders and add joint share holdings to: |
| | Craig Steven Wright<br>Ramona Watts |
| | We need to do an application of Shares 50,000 US$1 each, transfer from Craig Wright to Ramona Watts as a gift from Craig Wright's own shares at nominal value and this remains a gift for no consideration. This is just a transfer from Craig to Ramona. |
| | Agreed by all. |
| **Admin** | Create a File Note to note correct address information signed by Craig so we have record on file. We will hold all records here at North Ryde. |
| | Create new files for Wright International Investments Ltd. - scan and file company documents/constitution. |

Call motion for the above to a vote, Craig said Yes, Ramona said Yes – motion carried.

There being no further matters to discuss, the meeting was closed at 11:14am.

Signed as a true and correct record of the meeting.

Signature of Chairperson

*[signature]*

Craig Steven Wright

Date 19/12/14

DEF_00013756