UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                                                                    Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

      defendant.
_____/

**DR. WRIGHT'S NOTICE OF
FILING EXHIBIT INTRODUCED BY DR. WRIGHT AT THE JUNE 28, 2019 HEARING**

Dr. Wright provides notice of filing the exhibit that he introduced into evidence at the June 28, 2019 hearing in front of Judge Reinhart.

      Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
AMANDA MCGOVERN
Florida Bar No. 964263
JORGE MESTRE
Florida Bar No. 88145

## CERTIFICATE OF SERVICE

      I certify that on July 3, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                              /s/ Andres Rivero
                                              Andres Rivero