# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
-------------------------------)
                               )
                               )
                               )
                               )
IRA KLEIMAN, as the personal   )CASE NO:
representative of the Estate   )9:18-cv-80176-BB/BR
of David Kleiman, and W&K Info )
Defense Research, LLC          )
                               )
         Plaintiffs,           )
                               )
v.                             )
                               )
                               )
CRAIG WRIGHT                   )
                               )
         Defendant.            )
                               )
                               )
-------------------------------)
```

Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019

Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by:  Paula Foley



```
                                                       Page 218
 1         Q.    Did he supervise the creation of four
 2   million lines of code?
 3               MS. MARKOE:  Objection.  You can answer
 4   if you know.
 5               THE WITNESS:  I do not know.
 6   BY MR. FREEDMAN:
 7         Q.    Whose idea was it to create W&K US?
 8         A.    Dave's.
 9         Q.    How did that idea get initially
10   communicated to you by Dave?
11               MS. MARKOE:  Objection.  You can answer.
12               THE WITNESS:  I do not really remember.
13   BY MR. FREEDMAN:
14         Q.    Was anyone else involved in the initial
15   communications about W&K?
16         A.    Yes.
17         Q.    Who?
18         A.    My ex-wife.
19         Q.    What was the purpose of starting W&K?
20         A.    Dave was a vet.  As a vet, he was able to
21   theoretically access funding from the US government.
22   I was working on a number of different projects that
23   aligned with what the Department of Homeland Security
24   was seeking to be developed.  I said I would aid Dave
25   because he was in a bit of trouble, and that we could do
```



Page 219

```
 1   a few different projects together, including that, that
 2   would enable him to hopefully get some money to be able
 3   to work less, as he was in the hospital.
 4        Q.    What was your involvement in W&K?
 5        A.    Very little.
 6        Q.    How much was your involvement?  What was
 7   your involvement in W&K?
 8        A.    Talking about it and then going off and
 9   writing some papers, full stop.
10        Q.    Did you have any ownership in W&K?
11        A.    No.
12        Q.    Who owned W&K?
13        A.    The records for W&K exist.  I do not know
14   if the records are accurate.
15        Q.    Who owned W&K in reality?
16        A.    Not me.
17              MS. MARKOE:  Objection.
18   BY MR. FREEDMAN:
19        Q.    Who?
20        A.    Who owns BHP Billiton in reality?  It is
21   not my company.  I do not care.
22        Q.    You have no idea who owns W&K?
23        A.    I do not know that.
24              MS. MARKOE:  Objection.
25              THE WITNESS:  If I do not own it, I do
```



Page 234

```
 1          A.    Over 50.  Do you know how many countries
 2    I had operations in in 2013?
 3          Q.    No.
 4          A.    Around 60.
 5                MS. MARKOE:  Guys, seriously, Vel is
 6    taking this deposition.  You are not taking the
 7    deposition.  Let him ask his questions.
 8    BY MR. FREEDMAN:
 9          Q.    Who created the intellectual property
10    that enabled Sportsbooks to access things without
11    putting their IP better than Tor?
12          A.    Again, I did not follow up who was
13    individually creating anything.
14          Q.    Was Dave responsible for the creation of
15    this intellectual property?
16                MS. MARKOE:  Objection.
17                THE WITNESS:  Can you specify that in a
18    better, more clear manner.
19    BY MR. FREEDMAN:
20          Q.    W&K created all this intellectual
21    property; is that correct?
22          A.    A lot of that, yes.
23          Q.    Who was responsible for W&K's operations?
24                MS. MARKOE:  Objection.
25                THE WITNESS:  Again, you are asking me
```



Page 235

```
 1   something -- who was responsible for the operations in
 2   this office.
 3   BY MR. FREEDMAN:
 4        Q.    So you do not know who was responsible
 5   for the operations at W&K to create this intellectual
 6   property?
 7              MS. MARKOE:  Objection.
 8              THE WITNESS:  I have already said I do
 9   not know who is responsible for half the things that
10   happen in my own office right at the moment, nor do
11   I intend to be.
12   BY MR. FREEDMAN:
13        Q.    Who was your contact at W&K to create all
14   this intellectual property?
15              MS. MARKOE:  Objection: mischaracterises
16   the testimony.
17              MR. FREEDMAN:  You can answer.
18              THE WITNESS:  Dave.  By Dave, I mean Dave
19   Kleiman.
20   BY MR. FREEDMAN:
21        Q.    Did the Sportsbooks program intellectual
22   property enable betting with -- strike that.  Did any of
23   the poker-related technology involve the use of Bitcoin?
24              MS. MARKOE:  Objection.  You can answer
25   if you can.
```



Page 287

```
 1           Q.      You said she reached out to you and Dave
 2    Kleiman in 2011 or 2012?
 3                   MS. MARKOE:  Objection.
 4                   THE WITNESS:  Yes.
 5    BY MR. FREEDMAN:
 6           Q.      How did she reach out to you both?
 7                   MS. MARKOE:  Objection.
 8                   THE WITNESS:  I am not trying to sound
 9     rude, but the only way to put it she cyberstalked me.
10    BY MR. FREEDMAN:
11           Q.      Can you drill down on that a little bit?
12           A.      Cyberstalking is well developed as a sort
13     of discipline.  She followed me on every bit of social
14     media, e-mailed me a lot, kept asking and talking about
15     what I was doing.  Asked lots of questions.
16           Q.      Did Ms. Nguyen have a role in W&K?
17           A.      W&K is not my company.  I cannot talk
18     about W&K.
19           Q.      So you are not aware of any role she
20     played with W&K?
21                   MS. MARKOE:  Objection: mischaracterises
22     his testimony.
23    BY MR. FREEDMAN:
24           Q.      Are you aware of any role she played with
25     W&K?
```

