**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | CASE NO.:  9:18-cv-80176-BB/BR |
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT | |
| *Defendant.* | |

**PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

Plaintiffs respectfully request that the Court grant them leave to supplement the record to Defendant's Motion for Judgment on the Pleadings [D.E. 144] (the "Motion") with (1) excerpts from Defendant's April 4, 2019 deposition (the "Deposition") and (2) an additional affidavit from Dr. Matthew Edman detailing evidence that Exhibit A (ECF No. [144-1]) and Exhibit F (ECF No. [144-6]) from Defendant's Motion were written nearly a year after Dave Kleiman died (the "Affidavit").  Plaintiffs submit that consideration of these documents may assist the Court in ruling on the pending Motion.

   1) **The Deposition**

In Defendant's most recent Motion to Supplement the Record, he attaches certain testimony from his June 28, 2019 deposition where he asserted that his ex-wife, Ms. Lynn Wright, was involved in the formation of W&K Info Defense Research LLC ("W&K"). However, at his deposition on April 4, 2019, seconds after testifying that Lynn Wright was "involved in the initial communications about W&K," (Craig Wright Dep. Tr. at 218:14-18 (April 4, 2019), attached as Exhibit 1) he testified that he has "no idea" who owned W&K (*id.* at 219:22-23); then implied he had no idea who was responsible for W&K's operations (*id.* at 234:23-235:11), and then responded

1

to questions about Ms. Nguyen's role in W&K that "W&K is not my company. *I cannot talk about W&K.*" (287:17-18) (emphasis added). Plaintiffs believe that the attached deposition testimony is critical for this Court in considering the evidentiary weight of the testimony Defendant submitted to this Court today.

**2) The Affidavit**

In support of their Opposition to Defendant's Motion (ECF No. [159]), Plaintiffs submitted to this Court an affidavit from Dr. Matthew Edman detailing how the metadata and cryptographic signature associated with Exhibit A to Defendant's Motion – a purported 2012 email from Dave Kleiman to Uyen Nguyen – indicated that the document was created almost a year after Dave Kleiman died (ECF No. [159-9]). Since submitting that affidavit, Dr. Edman has conducted further analysis on Exhibit A and identified additional forensic artifacts that support his previous opinion. Additionally, Dr. Edman conducted a similar analysis on Exhibit F to Defendant's Motion (ECF No. [144-6]) – a second purported 2012 email from Dave Kleiman to Uyen Nguyen – and he determined that it was likely created by modifying the PDF used to created Exhibit A.  Plaintiffs attach as Exhibit 2 to this motion the Affidavit from Dr. Edman detailing this analysis.

**CONCLUSION**

Plaintiffs respectfully request that the Court allow them to supplement the record to Defendant's Motion with the Deposition testimony from the Defendant and the Affidavit from Dr. Matthew Edman.

**S.D. FLA. L.R. 7.1 CERTIFICATION**

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs has conferred with counsel for Defendant, and they object to the relief sought here.

Dated: July 9, 2019                                   Respectfully submitted,

                                                      *s/ Velvel (Devin) Freedman*
                                                      Velvel (Devin) Freedman, Esq.
                                                      Florida Bar No. 99762
                                                      BOIES SCHILLER FLEXNER LLP
                                                      100 SE Second Street, Suite 2800
                                                      Miami, Florida  33131
                                                      Telephone:  (305) 539-8400
                                                      Facsimile:   (305) 539-1307
                                                      vfreedman@bsfllp.com

                                                      Kyle W. Roche, Esq.
                                                      *Admitted Pro Hac Vice*
                                                      BOIES SCHILLER FLEXNER LLP
                                                      333 Main Street
                                                      Armonk, NY10504
                                                      Telephone: (914) 749-8200
                                                      Facsimile:  (914) 749-8300
                                                      kroche@bsfllp.com

                                                      *Counsel to Plaintiff Ira Kleiman as Personal*
                                                      *Representative of the Estate of David Kleiman*
                                                      *and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      *s/ Velvel (Devin) Freedman*
                                                      VELVEL (DEVIN) FREEDMAN