# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
------------------------------)
                              )
                              )
                              )
                              )
IRA KLEIMAN, as the personal  )CASE NO:
representative of the Estate  )9:18-cv-80176-BB/BR
of David Kleiman, and W&K Info)
Defense Research, LLC         )
                              )
         Plaintiffs,          )
                              )
v.                            )
                              )
                              )
CRAIG WRIGHT                  )
                              )
         Defendant.           )
                              )
                              )
------------------------------)
```

Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019

Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by:  Paula Foley


Page 218

```
 1         Q.    Did he supervise the creation of four
 2   million lines of code?
 3               MS. MARKOE:  Objection.  You can answer
 4   if you know.
 5               THE WITNESS:  I do not know.
 6   BY MR. FREEDMAN:
 7         Q.    Whose idea was it to create W&K US?
 8         A.    Dave's.
 9         Q.    How did that idea get initially
10   communicated to you by Dave?
11               MS. MARKOE:  Objection.  You can answer.
12               THE WITNESS:  I do not really remember.
13   BY MR. FREEDMAN:
14         Q.    Was anyone else involved in the initial
15   communications about W&K?
16         A.    Yes.
17         Q.    Who?
18         A.    My ex-wife.
19         Q.    What was the purpose of starting W&K?
20         A.    Dave was a vet.  As a vet, he was able to
21   theoretically access funding from the US government.
22   I was working on a number of different projects that
23   aligned with what the Department of Homeland Security
24   was seeking to be developed.  I said I would aid Dave
25   because he was in a bit of trouble, and that we could do
```



Page 219

```
 1   a few different projects together, including that, that
 2   would enable him to hopefully get some money to be able
 3   to work less, as he was in the hospital.
 4         Q.    What was your involvement in W&K?
 5         A.    Very little.
 6         Q.    How much was your involvement?  What was
 7   your involvement in W&K?
 8         A.    Talking about it and then going off and
 9   writing some papers, full stop.
10         Q.    Did you have any ownership in W&K?
11         A.    No.
12         Q.    Who owned W&K?
13         A.    The records for W&K exist.  I do not know
14   if the records are accurate.
15         Q.    Who owned W&K in reality?
16         A.    Not me.
17               MS. MARKOE:  Objection.
18   BY MR. FREEDMAN:
19         Q.    Who?
20         A.    Who owns BHP Billiton in reality?  It is
21   not my company.  I do not care.
22         Q.    You have no idea who owns W&K?
23         A.    I do not know that.
24               MS. MARKOE:  Objection.
25               THE WITNESS:  If I do not own it, I do
```



```
 1         A.    Over 50.  Do you know how many countries
 2   I had operations in in 2013?
 3         Q.    No.
 4         A.    Around 60.
 5               MS. MARKOE:  Guys, seriously, Vel is
 6   taking this deposition.  You are not taking the
 7   deposition.  Let him ask his questions.
 8   BY MR. FREEDMAN:
 9         Q.    Who created the intellectual property
10   that enabled Sportsbooks to access things without
11   putting their IP better than Tor?
12         A.    Again, I did not follow up who was
13   individually creating anything.
14         Q.    Was Dave responsible for the creation of
15   this intellectual property?
16               MS. MARKOE:  Objection.
17               THE WITNESS:  Can you specify that in a
18   better, more clear manner.
19   BY MR. FREEDMAN:
20         Q.    W&K created all this intellectual
21   property; is that correct?
22         A.    A lot of that, yes.
23         Q.    Who was responsible for W&K's operations?
24               MS. MARKOE:  Objection.
25               THE WITNESS:  Again, you are asking me
```



```
                                                          Page 287
 1          Q.    You said she reached out to you and Dave
 2    Kleiman in 2011 or 2012?
 3                MS. MARKOE:  Objection.
 4                THE WITNESS:  Yes.
 5    BY MR. FREEDMAN:
 6          Q.    How did she reach out to you both?
 7                MS. MARKOE:  Objection.
 8                THE WITNESS:  I am not trying to sound
 9    rude, but the only way to put it she cyberstalked me.
10    BY MR. FREEDMAN:
11          Q.    Can you drill down on that a little bit?
12          A.    Cyberstalking is well developed as a sort
13    of discipline.  She followed me on every bit of social
14    media, e-mailed me a lot, kept asking and talking about
15    what I was doing.  Asked lots of questions.
16          Q.    Did Ms. Nguyen have a role in W&K?
17          A.    W&K is not my company.  I cannot talk
18    about W&K.
19          Q.    So you are not aware of any role she
20    played with W&K?
21                MS. MARKOE:  Objection: mischaracterises
22    his testimony.
23    BY MR. FREEDMAN:
24          Q.    Are you aware of any role she played with
25    W&K?
```

