# EXHIBIT 1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA


        -----------------------------)
                                     )
                                     )
                                     )
    IRA KLEIMAN, as the personal     )CASE NO:
    representative of the Estate     )9:18-cv-80176-BB/BR
    of David Kleiman, and W&K Info   )
    Defense Research, LLC            )
                                     )
              Plaintiffs,            )
                                     )
    v.                               )
                                     )
                                     )
    CRAIG WRIGHT                     )
                                     )
              Defendant.             )
                                     )
                                     )
        -----------------------------)
```

```
                     Videotape Deposition of
                       CRAIG STEVEN WRIGHT

                   On Thursday, 4th April 2019


                    Taken at the offices of:

                   Boies Schiller Flexner LLP
                     5 New Street Square,
                       London EC4A 3BF

                   Reported by:  Paula Foley
```



Page 218

1          Q.     Did he supervise the creation of four

2     million lines of code?

3               MS. MARKOE:  Objection.  You can answer

4     if you know.

5               THE WITNESS:  I do not know.

6     BY MR. FREEDMAN:

7          Q.     Whose idea was it to create W&K US?

8          A.     Dave's.

9          Q.     How did that idea get initially

10    communicated to you by Dave?

11              MS. MARKOE:  Objection.  You can answer.

12              THE WITNESS:  I do not really remember.

13    BY MR. FREEDMAN:

14         Q.     Was anyone else involved in the initial

15    communications about W&K?

16         A.     Yes.

17         Q.     Who?

18         A.     My ex-wife.

19         Q.     What was the purpose of starting W&K?

20         A.     Dave was a vet.  As a vet, he was able to

21    theoretically access funding from the US government.

22    I was working on a number of different projects that

23    aligned with what the Department of Homeland Security

24    was seeking to be developed.  I said I would aid Dave

25    because he was in a bit of trouble, and that we could do



1    a few different projects together, including that, that

2    would enable him to hopefully get some money to be able

3    to work less, as he was in the hospital.

4            Q.    What was your involvement in W&K?

5            A.    Very little.

6            Q.    How much was your involvement?  What was

7    your involvement in W&K?

8            A.    Talking about it and then going off and

9    writing some papers, full stop.

10           Q.    Did you have any ownership in W&K?

11           A.    No.

12           Q.    Who owned W&K?

13           A.    The records for W&K exist.  I do not know

14   if the records are accurate.

15           Q.    Who owned W&K in reality?

16           A.    Not me.

17                 MS. MARKOE:  Objection.

18   BY MR. FREEDMAN:

19           Q.    Who?

20           A.    Who owns BHP Billiton in reality?  It is

21   not my company.  I do not care.

22           Q.    You have no idea who owns W&K?

23           A.    I do not know that.

24                 MS. MARKOE:  Objection.

25                 THE WITNESS:  If I do not own it, I do



Page 234

```
 1            A.     Over 50.  Do you know how many countries
 2    I had operations in in 2013?
 3            Q.     No.
 4            A.     Around 60.
 5            MS. MARKOE:  Guys, seriously, Vel is
 6    taking this deposition.  You are not taking the
 7    deposition.  Let him ask his questions.
 8    BY MR. FREEDMAN:
 9            Q.     Who created the intellectual property
10    that enabled Sportsbooks to access things without
11    putting their IP better than Tor?
12            A.     Again, I did not follow up who was
13    individually creating anything.
14            Q.     Was Dave responsible for the creation of
15    this intellectual property?
16            MS. MARKOE:  Objection.
17            THE WITNESS:  Can you specify that in a
18    better, more clear manner.
19    BY MR. FREEDMAN:
20            Q.     W&K created all this intellectual
21    property; is that correct?
22            A.     A lot of that, yes.
23            Q.     Who was responsible for W&K's operations?
24            MS. MARKOE:  Objection.
25            THE WITNESS:  Again, you are asking me
```



Page 235

1   something -- who was responsible for the operations in

2   this office.

3   BY MR. FREEDMAN:

4        Q.    So you do not know who was responsible

5   for the operations at W&K to create this intellectual

6   property?

7             MS. MARKOE:  Objection.

8             THE WITNESS:  I have already said I do

9   not know who is responsible for half the things that

10  happen in my own office right at the moment, nor do

11  I intend to be.

12  BY MR. FREEDMAN:

13       Q.    Who was your contact at W&K to create all

14  this intellectual property?

15            MS. MARKOE:  Objection: mischaracterises

16  the testimony.

17            MR. FREEDMAN:  You can answer.

18            THE WITNESS:  Dave.  By Dave, I mean Dave

19  Kleiman.

20  BY MR. FREEDMAN:

21       Q.    Did the Sportsbooks program intellectual

22  property enable betting with -- strike that.  Did any of

23  the poker-related technology involve the use of Bitcoin?

24            MS. MARKOE:  Objection.  You can answer

25  if you can.



Page 287

```
 1              Q.      You said she reached out to you and Dave
 2      Kleiman in 2011 or 2012?
 3                      MS. MARKOE:  Objection.
 4                      THE WITNESS:  Yes.
 5      BY MR. FREEDMAN:
 6              Q.      How did she reach out to you both?
 7                      MS. MARKOE:  Objection.
 8                      THE WITNESS:  I am not trying to sound
 9      rude, but the only way to put it she cyberstalked me.
10      BY MR. FREEDMAN:
11              Q.      Can you drill down on that a little bit?
12              A.      Cyberstalking is well developed as a sort
13      of discipline.  She followed me on every bit of social
14      media, e-mailed me a lot, kept asking and talking about
15      what I was doing.  Asked lots of questions.
16              Q.      Did Ms. Nguyen have a role in W&K?
17              A.      W&K is not my company.  I cannot talk
18      about W&K.
19              Q.      So you are not aware of any role she
20      played with W&K?
21                      MS. MARKOE:  Objection: mischaracterises
22      his testimony.
23      BY MR. FREEDMAN:
24              Q.      Are you aware of any role she played with
25      W&K?
```



Page 288

1          A.      I believe she was a director.

2          Q.      Was Ms. Nguyen ever appointed as a

3      director of any of your companies?

4          A.      I believe so.

5               MS. MARKOE:  Objection.

6  BY MR. FREEDMAN:

7          Q.      Which companies?

8          A.      I would need to look at the records.

9          Q.      Sitting here today, you are not aware

10     which companies she was a director of?

11              MS. MARKOE:  Objection.

12              THE WITNESS:  I have no idea what the

13     directorships of each of my companies were multiple

14     years ago.  I do not know what the directorship of

15     nChain is today.

16  BY MR. FREEDMAN:

17         Q.      Did Ms. Nguyen ever become a trustee for

18     you?

19              MS. MARKOE:  Objection.

20              THE WITNESS:  In what sense?

21  BY MR. FREEDMAN:

22         Q.      Was she ever a trustee that you were --

23     strike that.  Was she ever the trustee over a trust that

24     you were the beneficiary of?

25         A.      What sort of trust are we talking about?

