To: The district court of Southern Florida
The United States of America, CASE 9:18-CV80176 BB
Judge Bruce Reinhart, Ira Kleiman / Craig Wright

From: Deso Jurgen Etienne Guido
Entrepreneur, Inventor, Senior IT
Satoshi Nakamoto (pen name)
mail: REALSATOSHIN@PROTONMAIL.COM
twitter: @REALSATOSHIN

FILED BY _____ D.C.
JUL 22 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

18CV80176

Honourable,

Hereby I testify, by written letter, in honor, I am the genuine and only originator/creator of the genesis block of the bitcoin blockchain. I used the handle Satoshi Nakamoto, mail SATOSHIN@GMX.COM to write and publish the white paper bitcoin.pdf on the internet, about more then 10 yrs ago. I did generate a PGP key 0x18c0SE865ec548a1, trust signed by people in my inner circle or who I did contact. To name a few, Harold Thomas Finney (-), Gavin Andresen, Peter Todd, Obidinis van der Loan. Most often, I did PGP sign or encrypt my mail @gmx using asymmetric encryption. I did not had contact with Dave Kleiman. Mr Craig Wright has no single private key of my known PGP key on the genesis block. The man has no clue how the genesis block is composed, as he did not mine the blocks assigned to the so called 'whale wallet'. I assume the man used false claims, oaths, copyright registration, unproven statements to lure others in a 'nigerian scam' or to promote his own business or altcoin bitcoinSV #BSV to mislead the public. All The Best,

Deso Jurgen

To: Magistrate Judge
Bruce E. Reinhart

Case: Kleiman vs Wright
9:18-CV-80176-BB


RF 069 232 344 BE

FEDERAL COURT HOUSE
WEST-PALM BEACH
SOUTHERD DISTRICT OF FLORIDA
701 CLEMATIS ST
WEST PALM BEACH
FL 33401 — USA

BELGIQUE / BELGIE
€ 7,17
PRIOR INTL
9700 OUDENAARDE

[reverse side, upside down:]
DEBO Jürgen Etienne Guido
Kloosterhof 13
8838 Kruishoutem
BE 9770

MIX Paper from responsible sources
FSC® C008589