## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

### ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER ROGATORY TO SUBPOENA FOREIGN THIRD PARTIES (DE 250)

THIS CAUSE is before the Court on Plaintiffs' motion for issuance of letter rogatory to subpoena foreign third parties located in the United Kingdom. DE 250.[1] The Court has reviewed the Motion and its attached proposed letter rogatory. Having considered the issues raised therein, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** without prejudice for the subpoenaed parties to object. The Court has signed the attached request for international judicial assistance. (Ex. 1) The Clerk of this Court shall authenticate the Court's signature under the seal of this Court and return the letter of request to Plaintiffs for transmission to the Competent Authority in the United Kingdom.

**DONE AND ORDERED** in chambers on this 22nd day of July, 2019.

Bruce E. Reinhart
United States Magistrate Judge

---

[1] The motion indicates that Defendant takes no position on the relief sought.