UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

Plaintiffs Ira Kleiman and W&K Info Defense Research, LLC hereby notify the Court and all parties of records, that Velvel (Devin) Freedman, who is admitted to practice law in this court, is now associated with Roche Freedman LLP. Mr. Freedman has switched firms but will remain lead counsel in this litigation. Mr. Freedman's updated contact information is as follows:

Velvel (Devin) Freedman
Roche Freedman LLP
200 South Biscayne Blvd.
Suite 5500
Miami, Florida 33131
Tel. 305-357-3861
vel@rochefreedman.com

Dated: August 6, 2019

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
Roche Freedman LLP
200 South Biscayne Blvd.
Suite 5500
Miami, Florida 33131
Tel. 305-357-3861
vel@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman