UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>　　　　　Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

Plaintiffs Ira Kleiman and W&K Info Defense Research, LLC hereby notify the Court and all parties of records, that Kyle Roche, who is admitted court *pro hac vice* for this case before this Court, is now associated with Roche Freedman LLP. Mr. Roche has switched firms but will remain counsel in this litigation. Mr. Roche's updated contact information is as follows:

　　Kyle Roche
　　Roche Freedman LLP
　　185 Wythe Ave F2,
　　Brooklyn, NY 11249
　　Tel. 716-348-6003
　　kyle@rochefreedman.com

Dated: August 6, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Velvel (Devin) Freedman*
　　　　　　　　　　　　　　　　　　　　　　Velvel (Devin) Freedman
　　　　　　　　　　　　　　　　　　　　　　Roche Freedman LLP
　　　　　　　　　　　　　　　　　　　　　　200 South Biscayne Blvd.
　　　　　　　　　　　　　　　　　　　　　　Suite 5500
　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　　Tel. 305-357-3861
　　　　　　　　　　　　　　　　　　　　　　vel@rochefreedman.com

2

Kyle Roche
Roche Freedman LLP
185 Wythe Ave F2,
Brooklyn, NY 11249
Tel. 716-348-6003
kyle@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

/s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman