UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**PLAINTIFFS' NOTICE OF FILING THE DEPOSITION OF JONATHAN WARREN**

In connection with the June 28 and August 5, 2019 show cause hearings before Judge Bruce Reinhart, and as indicated at the August 5, 2019 hearing, Plaintiffs give notice of filing the designated portions and exhibits of Jonathan Warren's deposition taken on July 24, 2019.[1]

Dated August 13, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
ROCHE FREEDMAN LLP
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

---

[1] Exhibits 8, 9, 10, and 11 will be filed under seal.

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman