# PLAINTIFFS' EXHIBITS

# Bitmessage: A Peer-to-Peer Message Authentication and Delivery System

Jonathan Warren

jonathan@bitmessage.org

www.Bitmessage.org

November 27, 2012

**Abstract.**   We propose a system that allows users to securely send and receive messages, and subscribe to broadcast messages, using a trustless decentralized peer-to-peer protocol. Users need not exchange any data beyond a relatively short (around 36 character) address to ensure security and they need not have any concept of public or private keys to use the system. It is also designed to mask non-content data, like the sender and receiver of messages, from those not involved in the communication.

## 1.    Introduction

Email is ubiquitous but not secure. The ability to send encrypted messages is necessary but current solutions are too difficult for people to use: users must exchange both an email address and an encryption key through a trusted channel (like in person or by phone). Even users who do know how to use tools like PGP/GPG usually do not put forth the effort to do so unless they are particularly concerned about the message content. Novice users have a difficult time learning how to use the software because the relationship between public and private key pairs, and their uses, are foreign concepts. Even if users do manage to use PGP/GPG for communications, encryption alone does not mask the sender and receiver of messages. Government agencies in several countries are collecting call-detail records for all individuals and storing them in large databases for use in social-network-analysis [1][2][3]. There would be nothing stopping them from collecting the content of phone calls and messages also, and indeed, officials have told the New York Times that the United States' National Security Agency has engaged in "overcollection" [4].

Hiding one's identity is difficult. Even if throw-away email addresses are used, users must connect to an email server to send and retrieve messages, revealing their IP address. If they use Tor to connect to a web server, they depend on the X.509 system for security. This system enables HTTPS. X.509 certificate authorities have suffered hacks in recent years including one incident where Iran used a fraudulent but mathematically valid certificate that was signed with the key of a hacked certificate authority (DigiNotar) to conduct a man-in-the-middle attack against its citizens who were using Google services like Gmail [5][6].



As the security of HTTPS is only as strong as the least trustworthy or competent certificate authority, the fact that there are over 1000 CA certificates trusted by Windows or Firefox, which are owned by hundreds of different organizations [7], should give all users great pause. Also, if just one of those organizations is run by a government agency, and if they have certain network hardware in place between users and destination servers, then they would be able to perform a targeted man-in-the-middle attack of ostensibly secure communications at will.

What is needed is a communications protocol and accompanying software that encrypts messages, masks the sender and receiver of messages from others, and guarantees that the sender of a message cannot be spoofed, without relying on trust and without burdening the user with the details of key management. In this paper, we propose such a protocol.

## 2. Authentication

We propose a system where users exchange a hash of a public key that also functions as the user's address. If the public key can be obtained by the underlying protocol, then it can easily be hashed to verify that it belongs to the intended recipient. The data exchanged by the user can also include a version number for forwards capability, a stream number (the purpose of which will be discussed later), and a checksum. Encoded with base58 and prepended with recognizable characters (like BM for Bitmessage), an example address would be: BM-2nTX1KchxgnmHvy9ntCN9r7sgKTraxczzyE. While certainly more cumbersome than an email address, it is not too much to type manually or it can be made into a QR-code. Users have already demonstrated this to be acceptable as Bitcoin addresses are similar in format and length [8]. This address format is superior to email in that it guarantees that a message from a particular user or organization did, in fact, come from them. The sender of a message cannot be spoofed.

## 3. Message Transfer

We propose a message transfer mechanism similar to Bitcoin's transaction and block transfer system [8] but with a proof-of-work for each message. Users form a peer-to-peer network by each running a Bitmessage client and forward messages on a best-effort basis. In order to send a message through the network, a proof-of-work must be completed in the form of a partial hash collision. The difficulty of the proof-of-work should be proportional to the size of the message and should be set such that an average computer must expend an average of four minutes of work in order to send a typical message. With the release of new software, the difficulty of the proof-of-work can be adjusted. Each message must also include the time in order to prevent the network from being flooded by a malicious user rebroadcasting old messages. If the time in a message is too old, peers will not relay it. If the sender of a message did not receive an acknowledgement and wishes to rebroadcast his message, he must update the time and recompute the proof-of-work.

Just like Bitcoin transactions and blocks, all users would receive all messages. They would be responsible for attempting to decode each message with each of their private keys to see whether the message is bound for them.

## 4. Scalability

If all nodes receive all messages, it is natural to be concerned about the system's scalability. To address this, we propose that after the number of messages being sent through the Bitmessage network reaches a certain threshold, nodes begin to self-segregate into large clusters or *streams*. Users would start out using only stream 1. The stream number is encoded into each address. Streams are arranged in a hierarchy.



A Bitmessage client should use a negligible amount of hard drive space and processing power. Once it starts exceeding comfortable thresholds, new addresses should be created in child streams and the nodes creating those addresses should consider themselves to be members of that stream and behave as such. From then on, if the node has no active addresses in the parent stream, they need only maintain connections with peers which are also members of this child stream. With the exception of nodes in stream 1, the root stream, nodes should occasionally connect to peers in their parent stream in order to advertise their existence. Each node should maintain a list of peers in their stream and in the two child streams. Additionally, nodes should each maintain a short list of peers in stream 1. In order to send a message, a node must first connect to the stream encoded in the Bitmessage address. If it is not aware of any peers in the destination stream, it connects to the closest parent stream for which it is aware of peers and then downloads lists of peers which are themselves in the two child streams. It can now connect to the child stream and continues this process until it arrives at the destination stream. After sending the message and listening for an acknowledgement, it can disconnect from the peers of that stream. If the user replies to the message, their Bitmessage client repeats the same process to connect to the original sender's stream. After this process has been carried out once, connecting to the destination stream a second time would be trivial as the sending node would now already have a list of nodes that are in the destination stream saved. The formulas to calculate a stream's parent and children are simple:

$$Parent\ of\ n = \begin{cases} \left\lfloor \frac{n}{2} \right\rfloor & if\ n > 1 \\ null & if\ n \leq 1 \end{cases}$$

$$Children\ of\ n = [n \cdot 2, (n \cdot 2) + 1]$$

## 5. Broadcasts

Because all users receive all messages, a natural extension of the system is to support broadcast messages. Users, through word of mouth, learn of a broadcaster who publishes content of interest to them. After entering the broadcaster's Bitmessage address into a 'Subscription' section of their Bitmessage client, messages from the broadcaster appear in the user's inbox or, if the Bitmessage protocol is implemented within another application, serve a different purpose. This would allow an individual or organization to anonymously publish content *using an authenticated identity* to everyone who wishes to listen.

## 6.   Behavior when the receiver is offline

An object is a public key request, a public key, a person-to-person message, or a broadcast message. Objects are broadcast throughout a Bitmessage stream. We propose that nodes store all objects for two

days and then delete them. Nodes joining the network request a list of objects from their peer and download the objects that they do not have. Thus they will receive all messages bound for them that were broadcast during the last two days. If a node is offline for more than two days, the sending node will notice that it never received an acknowledgement and rebroadcasts the message after an additional two days. It will continue to rebroadcast the message, with exponential backoff, forever. In the worst case, if a user is offline for n days, he must go back online and stay connected for n days (or connect once every two days for n days) in order to receive all of his messages.

## 7.   Passive operating mode

A particularly paranoid person who wishes to receive messages may operate in an entirely passive mode by specifying, in flags attached to his public key, that he will not send acknowledgements. It would, perhaps, be wiser for him to instead send acknowledgements but to recruit another possibly random node to send the acknowledgement for him. The other node need not even be aware that he has been recruited for this purpose.

Suppose that Alice sends Bradley a message but Bradley is too paranoid to send an acknowledgement because he fears that an attacker, Eve, is eavesdropping on his particular Internet connection in an attempt to locate him. Eve would be able to see that the acknowledgement from Bradley was broadcast from his machine earlier than from other machines, indicating that he is operating at that location. Bradley may instead choose to package the acknowledgement up in another message and send it to either a friend or a random Bitmessage public key (let us say it is owned by Charlie). If Charlie is online, he will broadcast the acknowledgement thus simultaneously acknowledging both messages at once. Bradley may also choose to distribute his public key, make broadcasts, or make a public key request in this manner. For example, in either the next message he sends to a friend or in a blank message to Charlie, he can include his public key as the acknowledgement data. This would serve to simultaneously acknowledge receipt of Bradley's message and also distribute his public key without having it originate from his Internet connection unencrypted. Even if Eve is also monitoring Charlie's Internet connection, she would not be able to tell whether Bradley is truly at that location (or if Bradley and Charlie are actually the same person). Indeed, Bradley probably is not at the location and Bradley and Charlie might very-well not even know each other. Even if most people do not use this operating mode, the fact that some people do would provide plausible deniability to those who do not.

## 8.   Spam

The existing proof-of-work requirement may be sufficient to make spamming users uneconomic. If it is not then there are several courses of action that can be taken:

- Increase the difficulty of the proof-of-work.
- Have each client distribute x public keys for each public key that they actually use. Acknowledge messages bound for those public keys but never show the user the messages. Spammers would need x times as much computing power to spam the same number of users.
- Include extra bits in Bitmessage addresses and require that those bits be included in a message, thus proving that the sender has the Bitmessage address. Including an extra two bytes of data in a Bitmessage address would make the address 9% longer but would make spamming a user require 65536 times as much computing power. Bots who crawl the web looking for Bitmessage addresses would thwart this option.

## 9. Conclusion

We have presented a system that not only bridges the gap between the ease of use of email and the security of PGP/GPG, but also hides "non-content" data from prying eyes. The hassle of using a non-human-friendly address should be more than offset by the benefit of gaining privacy without having to trust fallible (or malicious) central authorities. The broadcast & subscription feature should prove especially useful to anyone wishing to anonymously publish content regularly. Paired with the BitTorrent protocol, individuals could distribute content of any size.

## References

[1] "Now We Know What the Battle Was About," http://www.newsweek.com/id/174602 , 2008

[2] A. Harris, "Spy Agency Sought U.S. Call Records Before 9/11, Lawyers Say," www.bloomberg.com/apps/news?pid=newsarchive&sid=abIV0cO64zJE , 2006

[3] J. Bamford, "The NSA Is Building the Country's Biggest Spy Center (Watch What You Say)," http://www.wired.com/threatlevel/2012/03/ff_nsadatacenter/all/1 , 2012

[4] E. Lichtblau, J. Risen, "Officials Say U.S. Wiretaps Exceeded Law," http://www.nytimes.com/2009/04/16/us/16nsa.html , 2009

[5] E. Mills, "Fraudulent Google certificate points to Internet attack," http://news.cnet.com/8301-27080_3-20098894-245/fraudulent-google-certificate-points-to-internet-attack/ , 2011

[6] H. Adkins, "An update on attempted man-in-the-middle attacks," http://googleonlinesecurity.blogspot.com/2011/08/update-on-attempted-man-in-middle.html , 2011

[7] P. Eckersley, J. Burns, "An Observatory for the SSLiverse," https://www.eff.org/files/DefconSSLiverse.pdf , 2010

[8] S. Nakamoto, "Bitcoin: A Peer-to-Peer Electronic Cash System," http://bitcoin.org/bitcoin.pdf , 2008



Bitmessage / **PyBitmessage**

Branch: **master** ▾

◇  Commits on Nov 19, 2012

    **Merge pull request #1 from Atheros1/master** ...

    Jonathan Warren committed on Nov 19 2012         8997966    &lt;&gt;

    **added COPYING file**

    Atheros1 committed on Nov 19 2012         a7b8da3    &lt;&gt;

    **Merge branch 'master' of github.com:Atheros1/PyBitmessage**

    Atheros1 committed on Nov 19 2012         0aab5c6    &lt;&gt;

    **added initial files to repo**

    Atheros1 committed on Nov 19 2012         f99ba75    &lt;&gt;

◇  Commits on Nov 11, 2012

    **Initial commit**

    Jonathan Warren committed on Nov 11 2012         21f1d9e    &lt;&gt;

**Newer**    Older



EXHIBIT
P3
PENGAD 800-631-6989



Bitmessage / **PyBitmessage**

Branch: **master ▼**

◇ Commits on Dec 18, 2012

    **updated defaultKnownNodes**
    Jonathan Warren committed on Dec 18 2012    ee427c2   ‹›

    **Merge branch 'master' of github.com:Atheros1/PyBitmessage**
    Jonathan Warren committed on Dec 18 2012    8a0460e   ‹›

◇ Commits on Dec 10, 2012

    **Merge pull request #14 from Atheros1/master** ⋯
    Jonathan Warren committed on Dec 10 2012    c3f11eb   ‹›

    **Clear status bar if it is currenlty displaying a warning that you are...** ⋯
    Atheros1 committed on Dec 10 2012    4939715   ‹›

    **Merge branch 'master' of github.com:Atheros1/PyBitmessage**
    Jonathan Warren committed on Dec 10 2012    4818717   ‹›

    **Sort received-message-time by actual time rather than alphabetically**
    Atheros1 committed on Dec 10 2012    e586896   ‹›

◇ Commits on Dec 5, 2012

    **Merge pull request #13 from Atheros1/master** ⋯
    Jonathan Warren committed on Dec 5 2012    f2e041b   ‹›

    **small changes including making the arrow keys work on the Inbox and S...** ⋯
    Atheros1 committed on Dec 5 2012    f33f2dc   ‹›

    **fixed issue: If subject in received message contained international c...** ⋯
    Atheros1 committed on Dec 5 2012    069265e   ‹›

◇ Commits on Dec 4, 2012

    **Merge pull request #12 from Atheros1/master** ⋯
    Jonathan Warren committed on Dec 4 2012    6407b12   ‹›

    **update defaultKnownNodes**
    Atheros1 committed on Dec 4 2012    b1b31b3   ‹›

    **Merge pull request #11 from Atheros1/master** ⋯
    Jonathan Warren committed on Dec 4 2012    0bd07be   ‹›

    **update defaultKnownNodes**
    Atheros1 committed on Dec 4 2012    50a2f67   ‹›

    **Merge pull request #10 from Atheros1/master** ⋯
    Jonathan Warren committed on Dec 4 2012    1344012   ‹›

    **fixed line break display issue**
    Atheros1 committed on Dec 4 2012    d56d388   ‹›

◇ Commits on Nov 29, 2012

    **Merge pull request #9 from maran/master** ⋯
    Jonathan Warren committed on Nov 29 2012    15e9670   ‹›



Removed PyObjc dependency for OSX
maran committed on Nov 29 2012
4c06246  ‹›

Merge pull request #7 from Atheros1/master  ...
Jonathan Warren committed on Nov 29 2012
bed1c4d  ‹›

Increment version number
Atheros1 committed on Nov 29 2012
07fd023  ‹›

Fixed Reply UI to match what email reply does, made Inbox and Sent fi...  ...
Atheros1 committed on Nov 29 2012
efe9a89  ‹›

Merge pull request #6 from maran/master  ...
Jonathan Warren committed on Nov 29 2012
367a01b  ‹›

Rewrote the sqlite check to accept any number of version info
maran committed on Nov 29 2012
f998d93  ‹›

Load the first address in your list by default when composing a message
maran committed on Nov 29 2012
88d6255  ‹›

Commits on Nov 28, 2012

Merge pull request #5 from Atheros1/master  ...
Jonathan Warren committed on Nov 28 2012
e869b55  ‹›

Corrected bug that prevented user from deleting a recently received m...  ...
Atheros1 committed on Nov 28 2012
2d36ec6  ‹›

Fixed bug that prevented user from deleting a recently received message
Atheros1 committed on Nov 28 2012
cfa41e7  ‹›

Commits on Nov 27, 2012

Merge pull request #4 from Atheros1/master  ...
Jonathan Warren committed on Nov 27 2012
98ba50a  ‹›

updated default bootstrap nodes
Atheros1 committed on Nov 27 2012
5fdf1d6  ‹›

Commits on Nov 26, 2012

Merge pull request #3 from Atheros1/master  ...
Jonathan Warren committed on Nov 26 2012
e2ede25  ‹›

fixed potential attack vector (attaching a bad version message as mes...  ...
Atheros1 committed on Nov 26 2012
2b4c6b6  ‹›

Commits on Nov 25, 2012

added the Can icon and added my icons folder to the repo
Jonathan Warren committed on Nov 25 2012
090af50  ‹›

Commits on Nov 23, 2012

Merge pull request #2 from Atheros1/master  ...
Jonathan Warren committed on Nov 23 2012
9054847  ‹›

Fixed POW, changed checksum, other minor changes
Jonathan Warren committed on Nov 23 2012
b984f19  ‹›

Commits on Nov 22, 2012

Single SHA512 for checksum only
Jonathan Warren committed on Nov 22 2012
d073e21  ‹›



Bitmessage / **PyBitmessage**

### All your code in one place

Over 36 million developers use GitHub together to host and review code, project manage, and build software together across more than 100 million projects.

Dismiss

[Sign up for free]    See pricing for teams and enterprises

Reference client for Bitmessage: a P2P encrypted decentralised communication protocol:  https://bitmessage.org/wiki/Main_Page

⊙ 1 commit       ⨎ 2 branches       ♡ 24 releases       ⚏ 103 contributors       ⚖ View license

[Tree: f99ba75a37 ▾]   [New pull request]                                    [Find File]  [Clone or download ▾]

| | | |
|---|---|---|
| **Atheros1** added initial files to repo | | Latest commit f99ba75 on Nov 19 2012 |
| rsa | added initial files to repo | 7 years ago |
| README.md | added initial files to repo | 7 years ago |
| about.py | added initial files to repo | 7 years ago |
| about.ui | added initial files to repo | 7 years ago |
| addresses.py | added initial files to repo | 7 years ago |
| bitmessage_icons.qrc | added initial files to repo | 7 years ago |
| bitmessage_icons_rc.py | added initial files to repo | 7 years ago |
| bitmessagemain.py | added initial files to repo | 7 years ago |
| bitmessageui.py | added initial files to repo | 7 years ago |
| bitmessageui.ui | added initial files to repo | 7 years ago |
| defaultKnownNodes.py | added initial files to repo | 7 years ago |
| help.py | added initial files to repo | 7 years ago |
| help.ui | added initial files to repo | 7 years ago |
| iconglossary.py | added initial files to repo | 7 years ago |
| iconglossary.ui | added initial files to repo | 7 years ago |
| newaddressdialog.py | added initial files to repo | 7 years ago |
| newaddressdialog.ui | added initial files to repo | 7 years ago |
| newsubscriptiondialog.py | added initial files to repo | 7 years ago |
| newsubscriptiondialog.ui | added initial files to repo | 7 years ago |
| settings.py | added initial files to repo | 7 years ago |
| settings.ui | added initial files to repo | 7 years ago |

▤ README.md

## ⌨ PyBitmessage

EXHIBIT
P5
PENGAD 800-631-6989

Case 9:18-cv-80176-BB Document 261-2 Entered on FLSD Docket 08/13/2019 Page 11 of 32

Bitmessage / **PyBitmessage**

## Add backend ability to understand shorter addresses.

Browse files

Introduces addresses version 4.

v0.6 (#450)   v0.6.3 ... 0.6.3.1

**afontenot** committed on Aug 12, 2013      1 parent ac41469    commit f6a07a374a5c94bcaba350a92953d6dff1b41478

Showing **1 changed file** with **23 additions** and **2 deletions**.     Unified | Split

25 ▓▓▓▓ src/addresses.py

```
 97   97          return sha2.digest()[0:32]
 98   98
 99   99      def encodeAddress(version,stream,ripe):
100      -      if version >= 2:
     100  +      if version >= 2 and version < 4:
101  101          if len(ripe) != 20:
102  102              raise Exception("Programming error in encodeAddress: The length of a given ripe hash was not 20.")
103  103          if ripe[:2] == '\x00\x00':
104  104              ripe = ripe[2:]
105  105          elif ripe[:1] == '\x00':
106  106              ripe = ripe[1:]
     107  +      elif version == 4:
     108  +          if len(ripe) != 20:
     109  +              raise Exception("Programming error in encodeAddress: The length of a given ripe hash was not 20.")
     110  +          emptybitcounter = 0
     111  +          while True:
     112  +              if ripe[emptybitcounter] != '\x00':
     113  +                  break
     114  +              emptybitcounter += 1
     115  +          ripe = ripe[emptybitcounter:]
     116  +
107  117        a = encodeVarint(version) + encodeVarint(stream) + ripe
108  118        sha = hashlib.new('sha512')
109  119        sha.update(a)
164  174        #print 'addressVersionNumber', addressVersionNumber
165  175        #print 'bytesUsedByVersionNumber', bytesUsedByVersionNumber
166  176
167      -      if addressVersionNumber > 3:
     177  +      if addressVersionNumber > 4:
168  178          print 'cannot decode address version numbers this high'
169  179          status = 'versiontoohigh'
170  180          return status,0,0,0
191  201              return 'ripetoolong',0,0,0
192  202          else:
193  203              return 'otherproblem',0,0,0
     204  +      elif addressVersionNumber == 4:
     205  +          if len(data[bytesUsedByVersionNumber+bytesUsedByStreamNumber:-4]) > 20:
     206  +              return 'ripetoolong',0,0,0
     207  +          elif len(data[bytesUsedByVersionNumber+bytesUsedByStreamNumber:-4]) < 4:
     208  +              return 'ripetooshort',0,0,0
     209  +          else:
     210  +              x00string = ''
     211  +              for i in range(20 - len(data[bytesUsedByVersionNumber+bytesUsedByStreamNumber:-4])):
     212  +                  x00string += '\x00'
     213  +              return status,addressVersionNumber,streamNumber,x00string+data[bytesUsedByVersionNumber+bytesUsedByStreamNumber:-4]
     214  +
194  215
```

EXHIBIT
P6
7/24/19
PENGAD 800-631-6989

6.1

| | |
|---|---|
| **From:** | Dave Kleiman |
| **To:** | Craig S Wright |
| **Subject:** | Requested attached. |
| **Date:** | Friday, 24 June 2011 12:04:57 PM |
| **Attachments:** | Tulip Trust.odf.asc |
| | Tulip Trust.odf.tar.asc |
| | Tulip Trust.odf |
| **Importance:** | High |

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801


EXHIBIT
P7
PENGAD 800-631-6989

- 0AC1 8AFE 1F8D 3512 BE15 6909 B18B BF41 1F55 6274
- DE4E FCA3 E1AB 9E41 CE96 CECB 18C0 9E86 5EC9 48A1

Another party will be selected without Dr Wright's knowledge.

The following conditions are applicable at all times:

- If Dr Wright should die before 2020, the entire minus an amount noted below value and trust holdings are to be transferred to Ramona Watts (Sydney Australia, born Oct 30th 1970).
- If I should die, Dr Wright will be retuned shares in the Tulip trust and company 15 months after my death at his discretion.
- The amount not included to be sent to Ramona Watts will be used to show the "lies and fraud perpetrated by Adam Westwood of the Australian Tax Office against Dr Wright"
- The last condition is listed as a direct quote of Dr Wright who has specified against my advice that he requires this line to be included.

I lastly acknowledge that I will not divulge the identity of the Key with ID C941FE6D nor of the origins of the satoshin@gmx.com email.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com -
http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

DEF_00056404

Trust



Trust



Hi Craig,
We have everything ready.

Myself and the others have the keys to exchange. Once you find the software you need, and a buyer who is willing to take Bitcoin we will transfer the rights.

You made the terms, but just remember, you are also bound by them.

You cannot use Bitcoin in Australia before the tax issues are sorted. I know you said that you are close, but I have heard this from you before. As such, everything stays and transacts via the UK.

This lady of yours still will not say yes and sits on the fence. So, even if it is just to protect you from you, know that the trust will not allow anything you have not yourself set as terms. You are bound by your own conditions and only regain control in 2020. I know you and accept you, so try not to be too grumpy when we make you stay in the rules.

I have my own life here and we all require that you do what you promised.

The loan remains and our terms will need to be met.

Dave

Case 9:18-cv-80176-BB Document 261-2 Entered on FLSD Docket 08/13/2019 Page 16 of 32
Case 9:18-cv-80176-BB Document 237-16 Entered on FLSD Docket 07/03/2019 Page 9 of 10
19/06/2015



Q  8+1  3    More ▾    Next Blog»    craig.steven.wright@gmail.com    New Post    Desig

Cracked, inSecure and Generally Broken: Rant

# Cracked, inSecure and Generally Broken

*The ravings of a SANS/GIAC GSE (Compliance & Malware) For more information on my role as a presenter and commentator on IT Security, Digital Forensics Statistics and Data Mining; E-mail me: "craigswright @ acm.org".*

## Dr. Craig S Wright GSE

Craig Wright

**facebook**

Name:
**Craig S Wright**
Email:
craigswright@acm
.org
Status:
Definitely

Create Your Badge

## Followers

**Join this site**
with Google Friend
Connect

Members (41)  More »

Already a member? Sign In

## My Profile

My LinkedIN Profile
My CV
My Podcasts.

## Share it

**Share this on Facebook**

**Tweet this**

View stats

(NEW Appointment

---

SUNDAY, 27 MARCH 2011

## Rant

Integyrs Pty Ltd was a company I started.

It is now going into receivership. Why? As small minded people from the Australian Tax office see that it has no value.

The IP is to do with Risk, algorithmic analysis, crypto and more. I helped design the world's first on-line casino and more, but hey, they fail to understand.

So, as the IP is worth nothing, I will give them nothing.

Dave K and a few people I know from Playboy Gaming are setting up a trust. We move this overseas and we will make it work.

Bitcoin has value. It is not a hobby.

It sells for $5,000 now. Let us see just how much they cry when it is valued in 2020.

Posted by Craig Wright at Sunday, March 27, 2011

No comments:

Post a Comment

Links to this post
Create a Link

---

Newer Post                    Home                    Older Post

DEF_00056407

6·1

| From: | Dave Kleiman, |
|---|---|
| To: | Craig S Wright |
| Subject: | Requested attached. |
| Date: | Friday, 24 June 2011 12:04:57 PM |
| Attachments: | Tulio Trust.odf.asc |
| | Tulio Trust.odf.tar.asc |
| | Tulio Trust.odf |
| Importance: | High |

Craig,

I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

- 0AC1 8AFE 1F8D 3512 BE15  6909 B18B BF41 1F55 6274
- DE4E FCA3 E1AB 9E41 CE96  CECB 18C0 9E86 5EC9 48A1

Another party will be selected without Dr Wright's knowledge.

The following conditions are applicable at all times:

- If Dr Wright should die before 2020, the entire minus an amount noted below value and trust holdings are to be transferred to Ramona Watts (Sydney Australia, born Oct 30th 1970).
- If I should die, Dr Wright will be retuned shares in the Tulip trust and company 15 months after my death at his discretion.
- The amount not included to be sent to Ramona Watts will be used to show the "lies and fraud perpetrated by Adam Westwood of the Australian Tax Office against Dr Wright"
- The last condition is listed as a direct quote of Dr Wright who has specified against my advice that he requires this line to be included.

I lastly acknowledge that I will not divulge the identity of the Key with ID C941FE6D nor of the origins of the satoshin@gmx.com email.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com -
http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

Trust



Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12.

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 3 of these are replicated in the other trust members. This leaves you will 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways
- both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the Blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfiled.

As agreed.
Dave

Trust



| | Bitmessage | | | ─ □ ✕ |
|---|---|---|---|---|

File   Settings   Help

📥 Inbox   📤 Send   📧 Sent   👤 Your Identities   📑 Subscriptions   📖 Address Book   ✏ Blacklist   🖧 Network Status

Search [                    ]                                                                                          [ All ▼ ]

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cVfdbG3eSUefpv1bif32ahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Hi Craig,
We have everything ready.

Myself and the others have the keys to exchange. Once you find the software you need, and a buyer who is willing to take Bitcoin we will transfer the rights.

You made the terms, but just remember, you are also bound by them.

You cannot use Bitcoin in Australia before the tax issues are sorted. I know you said that you are close, but I have heard this from you before. As such, everything stays and transacts via the UK.

This lady of yours still will not say yes and sits on the fence. So, even if it is just to protect you from you, know that the trust will not allow anything you have not yourself initially set as terms. You are bound by your own conditions and only regain control in 2020. I know you and accept you, so try not to be too grumpy when we make you stay in the rules.

I have my own life here and we all require that you do what you promised.

The loan remains and our terms will need to be met.

Dave

Case 9:18-cv-80176-BB Document 261-2 Entered on FLSD Docket 08/13/2019 Page 21 of 32
Case 9:18-cv-80176-BB Document 237-16 Entered on FLSD Docket 07/03/2019 Page 10 of
19/05/2019
10
Cracked, inSecure and Generally Broken: Rant



# Cracked, inSecure and Generally Broken

*The ravings of a SANS/GIAC GSE (Compliance & Malware) For more information on my role as a presenter and commentator on IT Security, Digital Forensics Statistics and Data Mining; E-mail me: "craigswright @ acm.org".*

**Dr. Craig S Wright GSE**

Craig Wright

**facebook**

Name:
**Craig S Wright**
Email:
**craigswright@acm
.org**
Status:
**Definitely**
Create Your Badge

**Followers**

Join this site
with Google Friend
Connect

Members (41)   More »

Already a member? Sign in

**My Profile**
My LinkedIN Profile
My CV
My Podcasts.

**Share it**
Share this on
Facebook
Tweet this

View stats

(NEW) Appointment

---

SUNDAY, 27 MARCH 2011

## Rant

Integyrs Pty Ltd was a company I started.

It is now going into receivership. Why? As small minded people from the Australian Tax office see that it has no value.

The IP is to do with Risk, algorithmic analysis, crypto and more. I helped design the world's first on-line casino and more, but hey, they fail to understand.

So, as the IP is worth nothing, I will give them nothing.

Dave K and a few people I know from Playboy Gaming are setting up a trust. We move this overseas and we will make it work.

Bitcoin has value. It is not a hobby.

It sells for $5,000 now. Let us see just how much they cry when it is valued in 2020.

Posted by Craig Wright at Sunday, March 27, 2011

---

## No comments:

Post a Comment

## Links to this post
Create a Link

---

Newer Post                Home                Older Post

# Exhibits 8, 9, 10, and 11
# Will be Filed Under a Motion to Seal

# DEFENDANT'S EXHIBITS

∑  **0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc**    🔍  ⬆  ⠿  Sign in

**1**
/ 55

⚠ One engine detected this file        ↻  ⤢

0b67f9ea21b6f015fae0e744588aa2a4f37040e154
86d47c760b3a0b936fe2bc

Bitmessage%20v0.1.0.exe

overlay    peexe    via-tor

| | |
|---|---|
| 11.17 MB | 2016-02-26 04:01:50 UTC |
| Size | 3 years ago |

Community
Score

| DETECTION | DETAILS | RELATIONS | BEHAVIOR | COMMUNITY |
|---|---|---|---|---|

### Basic Properties ⓘ

| | |
|---|---|
| MD5 | 89cbf4af02e0ef9318b15697ca5a7edf |
| SHA-1 | 88aa469cf64d62ebb80addda949607a2180e1015 |
| SHA-256 | 0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc |
| Authentihash | 88659d10629e3e20f4e6de714299e82af9165adb50323aa777214e0a55134ed2 |
| Imphash | acbc8f761f4e19d096f011fd86326533 |
| SSDEEP | 196608.B/PF3T9MGujiPqzgMS41Ny7p05rD/fKEthtSBcCoHwmM+4PyQbJfSEe8HeCwl:V99WmPqza4Xy7purjXiow5+fQbJ!SEsl |
| File type | Win32 EXE |
| Magic | PE32 executable for MS Windows (GUI) Intel 80386 32-bit |
| File size | 11.17 MB (11717483 bytes) |

### History ⓘ

| | |
|---|---|
| Creation Time | 2012-05-25 09:26:27 |
| First Submission | 2015-04-30 08:39:29 |
| Last Submission | 2016-02-26 04:01:50 |
| Last Analysis | 2016-02-26 04:01:50 |

### Names ⓘ

Bitmessage%20v0.1.0.exe

### Portable Executable Info ⓘ

#### Header

| | |
|---|---|
| Target Machine | Intel 386 or later processors and compatible processors |
| Compilation Timestamp | 2012-05-25 09:26:27 |
| Entry Point | 37809 |
| Contained Sections | 5 |

#### Sections

| Name | Virtual Address | Virtual Size | Raw Size | Entropy | MD5 |
|---|---|---|---|---|---|
| .text | 4096 | 77183 | 77312 | 6.62 | 1bfa456795c6dbfcdbbd63e3dc957e15 |
| .rdata | 81920 | 25710 | 26112 | 6.4 | c58d8ff39563037d876c7e24bc6b39ab |
| .data | 110592 | 12680 | 4608 | 2.06 | 36af965c41c9a8011597f02ff24d3e40 |
| .rsrc | 126976 | 105660 | 105984 | 4.75 | 4dc4ebef2a1f4ca1daf49dd5cd01f492 |
| .reloc | 233472 | 5214 | 5632 | 5.04 | 83ac95b493190ec68f7081369a27c03e |



Imports
0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc    🔍   ⬆   ▦   Sign in

+ KERNEL32.dll

+ USER32.dll

+ WS2_32.dll

## Contained Resources By Type

| | |
|---|---|
| RT_ICON | 7 |
| RT_GROUP_ICON | 2 |

## Contained Resources By Language

NEUTRAL    9

## Contained Resources

| SHA-256 | File Type | Type | Language |
|---|---|---|---|
| 7ee9ad3f9d09e280676e6e2922145ce53267568c61... | data | RT_ICON | NEUTRAL |
| b51da3722fed4cf7e837d837382bc8b3cc81f57b7f92... | data | RT_ICON | NEUTRAL |
| 9ccb15a2a21da8dda5c797896b5d2cdf28be677640... | data | RT_ICON | NEUTRAL |
| ce640013b9bb626d784302b9acde9cddc3799c6369... | data | RT_ICON | NEUTRAL |
| aa7375ebb98dd5ee4ec94d9aa4f0bf44a4f41a713fb... | data | RT_ICON | NEUTRAL |
| c5536b398be6dcfc96f4e4f77cc7007b2a56730ee57... | data | RT_ICON | NEUTRAL |
| ac2e25dc4a4f7bd96a0bcf3ea63cd1bcf26a6f6a0583... | data | RT_ICON | NEUTRAL |
| f4764d2d9673399ab75524314a3ba694597cc6a3e1... | data | RT_GROUP_ICON | NEUTRAL |
| f5b94a42f1c77c9eef858a0dfd656419fea900b00318... | data | RT_GROUP_ICON | NEUTRAL |

## ExifTool File Metadata

| | |
|---|---|
| CodeSize | 77312 |
| EntryPoint | 0x93b1 |
| FileType | Win32 EXE |
| FileTypeExtension | exe |
| ImageVersion | 0.0 |
| InitializedDataSize | 142336 |
| LinkerVersion | 10.0 |
| MIMEType | application/octet-stream |
| MachineType | Intel 386 or later, and compatibles |
| OSVersion | 5.1 |
| PEType | PE32 |
| Subsystem | Windows GUI |
| SubsystemVersion | 5.1 |
| TimeStamp | 2012:05:25 10:26:27+01:00 |
| UninitializedDataSize | 0 |

0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc    Q    ↑    ⊞    Sign in

| VirusTotal | Community | Tools | Premium Services | Documentation |
|---|---|---|---|---|
| Contact Us | Join Community | API Scripts | Intelligence | Get Started |
| How It Works | Vote and Comment | YARA | Hunting | Searching |
| Terms of Service | Contributors | Desktop Apps | Graph | Reports |
| Privacy Policy | Top Users | Browser Extensions | API | API |
| Blog | Latest Comments | Mobile App | Monitor | Use Cases |

MY SUBREDDITS    POPULAR - ALL - RANDOM - USERS  |  ASKREDDIT - NEWS - FUNNY - GAMING - PICS - TODAYILEARNED - WORLDNEWS   MORE

**CRYPTOGRAPHY** | comments

Want to join? Log in or sign up in seconds. | **English**

**Where a community about your favorite things is waiting for you.**

× | search

this post was submitted on 05 Oct 2012
**2** points (75% upvoted)

shortlink: `https://redd.it/1101n`

BECOME A REDDITOR

2 | [RSA] Given two different messages and two different public keys, can an attacker determine which key was used on which message? (self.cryptography)
submitted 6 years ago by atheros

username | password

☐ remember me   reset password   | login

> I've emailed a former professor who wasn't completely sure but helped me formalize the problem into this title.
>
> Is the answer to this question different for RSA and ECC? (and other public key algorithms?)

2 comments  share  save  hide  report


**Feed them like family** with natural BLUE foods.

Save 20% with Subscribe&Save

Shop now  amazon

## all 2 comments
sorted by: **best**

Submit a new link

Submit a new text post

**Want to add to the discussion?**
Post a comment!

CREATE AN ACCOUNT

[–] **johnpaulsmith**  2 points 6 years ago
RSA: this is just in theory, but in extraordinarily rare cases, where there was some difference between the size of the 'n' values for the two keys, and one key just happened to map a plain-text value into a cipher-text value that was out of the range of the other key's 'n' value, it would be possible to tell which key encrypted which message. However, it is exceedingly unlikely that this would happen in practice.

Get an ad-free experience with special benefits, and directly support Reddit.

Get Reddit Premium

**cryptography**

join  23,985 readers

17 users here now


EXHIBIT
D2
7/24/19

Other than that, I don't believe there is any way to determine which key was used for which message.

permalink embed save

> [–] **atheros** [S] 1 point 6 years ago
>
> Excellent! Thank you very much!
>
> permalink embed save parent

From Greek κρύπτω krýpto "hidden" and the verb γράφω gráfo "to write" or λέγειν legein "to speak".

Cryptography is the practice of establishing a secure connection between two parties in the presence of a third party whom you don't want to be able to read your messages.

Cryptographers design algorithms and protocols, which do exactly this (and many other things). They also use a lot of time looking for security holes in existing protocols to make sure they can still be trusted. This is called *cryptanalysis*.

If you want a formal introduction to cryptography, you should read An Introduction to Mathematical Cryptography. Moderators also approve of the Udacity course Applied Cryptography - A Science of Secrets.

We have a very important rule on this subreddit, **we won't solve your ciphers unless you provide us with an algorithm**. If anyone sends you a code or a cipher without telling you how they encrypted, don't bother posting it on this subreddit - your post **will get deleted**. We redirect you to /r/breakmycode or /r/codes. Thank you for your understanding and for following the rules.

Related Subreddits:

- /r/intelligence
- /r/crypto
- /r/privacy
- /r/Bitcoin - The Bitcoin protocol is a cryptographic protocol.
- /r/compsci - Cryptography is technically a subdisclipline of computer science.
- /r/math (modern cryptography is very, very reliant on math)

a community for 11 years



**Feed them like family with natural BLUE foods.**

Save 20% with Subscribe&Save

**Shop now** amazon

MODERATORS                    message the moderators

downdiagonal
nigborg
ryco117

about moderation team »

‹  › discussions in r/cryptography         X

Encrypted One Time Secret Sharing

about                help                 apps & tools           <3

blog                 site rules           Reddit for iPhone      reddit premium
about                Reddit help          Reddit for             reddit coins
advertising          center               Android                redditgifts
careers              wiki                 mobile website
                     reddiquette
                     mod guidelines
                     contact us

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2019 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

**From:** Allan Pedersen
**Sent:** Tuesday, December 2, 2014 4:54 AM
**To:** jonathan@bitmessage.org
**CC:** Craig S Wright
**Subject:** BitMessage: Security Software Code review
**Attachments:** 20141202 Security Review Activities V3.0.xlsx

Hi Jonathan,

I have been assigned as project manager for the Static Security Software Code Review of the BitMessage Software as agreed with Craig Wright on 17th November 2014.

My contact details are:

- Name:  Allan Pedersen
- Mobile:  +61400881128
- Company: Panopticrypt

The current BitMessage code base is of considerable size (15702 SLOCs) and the security review will need to be carried out in a phased approach. We are keen to understand your view on priorities and the maturity of SW components.

Please, update the following two columns in the attached document:

- Security priority (1 to 10) - 10 is High priority; and
- SW Maturity level (**High:** Component is very stable, chance of any updates is low. **Medium:** On the way to being stable, some updates planned / on the way. **Low:** Not stable at all. Needs updates in terms of design and/or development)

This will help us plan and prioritize the overall review activity with emphasis on critical areas to be improved immediately.

Also, will you be in a position to provide documents detailing?

- The intended system architecture.
- The standards, protocols used during design and development.
- Database structure, Sequence Diagrams, Logic for Multi-threads.
- Role of third party components (pyQT4, OpenSSL, namecoind etc.).
- International language(s) support.
- Namecoin Integration.

Please, don't hesitate calling me on my mobile any time if you will need further information.

Will you be available for a Teleconference tomorrow or later this week? That will allow me to introduce you to our team.

## Preliminary observations and findings:

A preliminary BitMessage Software assessment has been carried out based on the following information:

1. Elementary reading of the 2 whitepapers:
   - https://bitmessage.org/bitmessage.pdf
   - https://bitmessage.org/Bitmessage%20Technical%20Paper.pdf
2. Online BitMessage articles/discussions
3. Class Diagrams created by reverse engineering of the source code.
4. Automated scan of the source code (by SonarQube) – see attached spreadsheet.
5. Online research.

### Findings derived from whitepapers & online research (business logic issues)

1. Anonymity
Anonymity seems to be a problem in the developed system. After an initial read, it seems that the system is vulnerable to Sybil attacks. Also, the acknowledgement logic seems to be insufficient to guard a node's identity.

Sybil attack

In a BitMessage network, an attacker could flood clusters with malicious nodes that fake network activity in the hopes of drowning out the number of legitimate users per cluster. They can filter off their own traffic and that could severely degrade the anonymity provided to the legitimate clients.

Acknowledgement Logic

This design might compromise the 'anonymity' clause to some level. If an attacker enumerates all of the nodes in a channel, he can observe when these nodes are connected to the BitMessage network. Imagine that Alice sends Bob a message, but Bob is not online for two days. Now Alice resends the message. If the message Alice resends is identical to the original message, the attacker can conclude that the message is going to a client that has not been online in the two day period from when the message was originally sent. If Alice doesn't resend the message again after 4 days, the attacker determines that Bob is one of the nodes that wasn't online in the original two day time frame, and also one of the nodes who was online in the 4 days after that.

### Findings derived from initial scan of software and reverse engineering of SW creating class diagrams.

We carried out a quick scan of the source code (SonarQube) and reverse engineered to derive the class diagrams. Following are the common observations:

1. The application is using PyQt4 and OpenSSL which are Open sources and should be reviewed from security prospective.
2. The application is using queries strings for SQLLite. The parameters validations for query should be reviewed from security prospective.
3. Multi-Thread logic should be considered from security prospective. Ensure no thread safe issues. Check synchronization.
4. We have observed that file 'bitmessage_icons_rc.py' contains hard coded ascii strings (Resource object code in UTF-8). Common development practice is to generate such strings dynamically rather than hard coding in a source file.
5. There is huge class which have a lot of dependencies with another classes. This class should be considered for refactoring according to common practice of OOP. See SonarQube report notes below.

Some of example of issues found are as below:

**File: src/bitmessageqt/__init__.py**

Avoid too complex file. File has a complexity of 654 which is greater than 80 authorized.



EXHIBIT
D3
7/24/19  ML
PENGAD 800-831-6989

The cyclomatic complexity of a file should not exceed a defined threshold. Complex code can perform poorly and will in any case be difficult to understand and therefore to maintain. Security/Memory Leaking and Performance/Algorithm's Performance

Files should not have too many lines: A source file that grows too much tends to aggregate too many responsibilities and inevitably becomes harder to understand and therefore to maintain. Above a specific threshold, it is strongly advised to refactor it into smaller pieces of code which focus on well-defined tasks. Those smaller files will not only be easier to understand but also probably easier to test.

"MyForm" class in the file has a complexity of 582 which is greater than 80 authorized. Avoid too complex class. The cyclomatic complexity of a class should not exceed a defined threshold. Complex code can perform poorly and will in any case be difficult to understand and therefore to maintain.

**File: src/pyelliptic/openssl.py – Wrapper of OpenSSL**

Control flow statements "if", "for", "while", "try" and "with" should not be nested too deeply

Nested if, for, while, try and with statements is a key ingredient for making what's known as "Spaghetti code". Such code is hard to read, refactor and therefore maintain.

Cheers, Allan

BEV_00321565-2

## Static Software Security Code Review

**Review Component:** BitMessage

**Date:** 02/12/2014

**References:**

### Static Security Code Review Activities

| Directory | | File Name | SLOCs | Major Issues Identified by Sonar Scan | Security priority (1 to 10) 10 is High priority | SW Maturity level (High, Medium, Low) |
|---|---|---|---|---|---|---|
| | | | | | JW to update | |
| src/ | | | 6,721 | 625 | | |
| | 1 | addresses.py | 227 | 44 | | |
| | 2 | api.py | 806 | 19 | | |
| | 3 | api_client.py | 28 | 20 | | |
| | 4 | bitmessagemain.py | 188 | 7 | | |
| | 5 | build_osx.py | 17 | 0 | | |
| | 6 | class_addressGenerator.py | 231 | 16 | | |
| | 7 | class_objectHashHolder.py | 31 | 3 | | |
| | 8 | class_objectProcessor.py | 909 | 19 | | |
| | 9 | class_outgoingSynSender.py | 202 | 29 | | |
| | 10 | class_receiveDataThread.py | 657 | 83 | | |
| | 11 | class_sendDataThread.py | 164 | 25 | | |
| | 12 | class_singleCleaner.py | 134 | 14 | | |
| | 13 | class_singleListener.py | 77 | 8 | | |
| | 14 | class_singleWorker.py | 819 | 59 | | |
| | 15 | class_sqlThread.py | 416 | 10 | | |
| | 16 | debug.py | 83 | 2 | | |
| | 17 | defaultKnownNodes.py | 53 | 4 | | |
| | 18 | helper_bitcoin.py | 38 | 4 | | |
| | 19 | helper_bootstrap.py | 41 | 10 | | |
| | 20 | helper_generic.py | 30 | 10 | | |
| | 21 | helper_inbox.py | 12 | 1 | | |
| | 22 | helper_sent.py | 3 | 0 | | |
| | 23 | helper_sql.py | 50 | 3 | | |
| | 24 | helper_startup.py | 115 | 9 | | |
| | 25 | highlevelcrypto.py | 48 | 6 | | |
| | 26 | l10n.py | 62 | 3 | | |
| | 27 | message_data_reader.py | 82 | 22 | | |
| | 28 | namecoin.py | 199 | 29 | | |
| | 29 | proofofwork.py | 67 | 3 | | |
| | 30 | qidenticon.py | 158 | 17 | | |
| | 31 | shared.py | 693 | 39 | | |
| | 32 | singleton.py | 54 | 3 | | |
| | 33 | tr.py | 27 | 4 | | |
| src/bitmessagecurses | | | 964 | 57 | | |
| | 1 | __init__.py | 964 | 57 | | |
| src/bitmessageqt | | | 6,745 | 253 | | |
| | 1 | __init__.py | 3,221 | 204 | | |
| | 2 | about.py | 57 | 4 | | |
| | 3 | addaddressdialog.py | 50 | 4 | | |
| | 4 | bitmessage_icons_rc.py | 1,660 | 3 | | |
| | 5 | bitmessageui.py | 637 | 4 | | |
| | 6 | connect.py | 45 | 4 | | |
| | 7 | help.py | 34 | 3 | | |
| | 8 | iconglossary.py | 81 | 4 | | |
| | 9 | newaddressdialog.py | 178 | 4 | | |
| | 10 | newchandialog.py | 92 | 4 | | |
| | 11 | newsubscriptiondialog.py | 54 | 4 | | |
| | 12 | regenerateaddresses.py | 109 | 4 | | |
| | 13 | settings.py | 477 | 4 | | |
| | 14 | specialaddressbehavior.py | 50 | 3 | | |
| src/pyelliptic | | | 953 | 50 | | |
| | 1 | __init__.py | 13 | 0 | | |
| | 2 | arithmetic.py | 87 | 24 | | |
| | 3 | cipher.py | 66 | 1 | | |
| | 4 | ecc.py | 410 | 23 | | |
| | 5 | hash.py | 31 | 0 | | |
| | 6 | openssl.py | 346 | 2 | | |
| src/socks | | | 319 | 13 | | |
| | 1 | __init__.py | 319 | 13 | | |
| **TOTAL:** | | | **15,702** | **898** | | |