## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## PLAINTIFFS' MOTION TO SEAL

At the June 28 and August 5, 2019 show cause hearings, Plaintiffs indicated to the Court they would be filing designated portions of (1) Jonathan Warren's deposition transcript and (2) Craig Wright's deposition transcripts (along with their corresponding exhibits).

Despite Plaintiffs' intention to rely on these transcripts and exhibits in their case, the Defendant has requested Plaintiff adhere to the Confidentiality Order (ECF No. [105-1]) for these filings. Plaintiffs do not agree any of these materials are appropriately deemed confidential or that these materials (which are intended to be part of the show cause hearing record) should be sealed.

Nevertheless, due to Defendant's demand, and the fact that the Defendant has marked some of the materials "Confidential," Plaintiffs believe the Defendant should be afforded the opportunity to propose redactions to the Court. Accordingly, Plaintiffs make this motion to seal (1) the designated portions of Defendant's deposition transcript, (2) its corresponding exhibits, and (3) exhibits 8, 9, 10 and 11 of the Jonathan Warren deposition to comply with the Stipulated Confidential Order and the Local Rules of this Court.

WHEREFORE, Plaintiffs request Defendant be given 5 days to provide proposed redactions to the Court.

Dated August 13, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
ROCHE FREEDMAN LLP
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman