UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

     plaintiffs,

v.                                                      **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

     defendant.

_____/

## DR. WRIGHT'S NOTICE OF
## FILING EXHIBIT INTRODUCED BY DR. WRIGHT AT THE AUGUST 5, 2019 HEARING

Dr. Wright provides notice of filing the exhibit that he introduced into evidence at the

August 5, 20199 hearing in front of Judge Reinhart.

                                        Respectfully submitted,

                                        *Attorneys for Dr. Craig Wright*

                                        RIVERO MESTRE LLP
                                        2525 Ponce de Leon Boulevard, Suite 1000
                                        Miami, Florida 33134
                                        Telephone: (305) 445-2500
                                        Fax: (305) 445-2505
                                        Email: arivero@riveromestre.com
                                        Email: amcgovern@riveromestre.com
                                        Email: jmestre@riveromestre.com
                                        Email: zmarkoe@riveromestre.com
                                        Email: receptionist@riveromestre.com

                                        By: s/ Andres Rivero
                                        ANDRES RIVERO
                                        Florida Bar No. 613819
                                        AMANDA MCGOVERN
                                        Florida Bar No. 964263
                                        JORGE MESTRE
                                        Florida Bar No. 88145
                                        ZAHARAH MARKOE
                                        Florida Bar No. 504734

## CERTIFICATE OF SERVICE

      I certify that on August 15, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                        /s/ Andres Rivero  
                                        Andres Rivero