UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>   Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>   Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

**NOTICE OF FILING EXHIBITS USED BY PLAINTIFFS AT JUNE 28, 2019 SHOW CAUSE HEARING**

  Plaintiffs provide notice that they are filing the exhibits that Plaintiffs admitted into evidence along with the demonstratives used by Dr. Matthew Edman at the August 5, 2019 Show Cause Hearing in front of the Honorable Bruce Reinhart at the Paul G. Rogers U.S. Courthouse in West Palm Beach, Florida. Plaintiffs attach these exhibits and demonstratives to this filing.

| | |
|---|---|
| Dated: August 16, 2019 | Respectfully submitted,<br><br>*s/ Velvel (Devin) Freedman*<br>Velvel (Devin) Freedman, Esq.<br>ROCHE FREEDMAN LLP<br>200 S. Biscayne Blvd.<br>Suite 5500<br>Miami, Florida 33131<br>vel@rochefreedman.com<br><br>Kyle W. Roche, Esq.<br>*Admitted Pro Hac Vice*<br>ROCHE FREEDMAN LLP<br>185 Wythe Avenue F2<br>Brooklyn, New York 11249<br>kyle@rochefreedman.com |

2

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

/s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman