**Curriculum Vitae**



## MATTHEW J. EDMAN, PH.D.
BERKELEY RESEARCH GROUP, LLC
810 Seventh Avenue, Suite 4100 | New York, NY 10019

Direct: 646.651.4754
medman@thinkbrg.com

## SUMMARY

Matthew J. Edman, Ph.D., is a Director at Berkeley Research Group LLC and is a member of BRG's Cyber Security and Investigations Group. Dr. Edman's areas of expertise include network security; penetration testing and vulnerability assessments; secure software development and source code audits; and software analysis, reverse engineering and exploitation. Dr. Edman also provides expert testimony on matters related to information and network security.

As a Lead Cyber Security Engineer for a federally funded research and development center, Dr. Edman conducted specialized computer network security research and development in support of federal law enforcement on a number of cutting-edge cases, providing critical intelligence in multiple high-profile cyber investigations. He has been recognized within law enforcement and the United States Intelligence Community as a subject matter expert on investigations related to anonymous communication systems, such as Tor, and virtual currencies like Bitcoin.

Prior to joining BRG, Dr. Edman also worked as a Senior Vulnerability Engineer for a global financial services, software, and media company based in New York. As a member of the firm's Vulnerability Analysis Team, his work focused on cyber security and the protection of sensitive client data from both internal and external threats through continuous vulnerability research and penetration testing of the firm's network infrastructure, websites, software, and mobile applications. He was also involved in software and network architecture design reviews.

Dr. Edman has published scientific articles in peer-reviewed conferences and journals, where his research areas have included novel techniques for cryptographic security and authentication in wireless networks, and the design, implementation and analysis of anonymous communication systems on the Internet. He has served as an invited program committee member for the ACM Conference on Computer and Communications Security and the IFCA International Conference on Financial Cryptography and Data Security. He has also served as an external reviewer for several academic conferences and journals, including IET Information Security and the Privacy Enhancing Technologies Symposium.

## EDUCATION

| | |
|---|---|
| Ph.D., Computer Science | Rensselaer Polytechnic Institute, 2011 |
| M.S., Computer Science | Rensselaer Polytechnic Institute, 2007 |
| B.S., Computer Science | Baylor University, 2005 |



## PROFESSIONAL EXPERIENCE

Director, Berkeley Research Group LLC, 2015–present
Senior Director, FTI Consulting Inc., 2014 – 2015
Senior Vulnerability Engineer, Bloomberg LP, 2013 – 2014
Lead Cyber Security Engineer, The MITRE Corporation, 2009 – 2013

## EXPERT TESTIMONY

- Superior Court of California, County of San Francisco, **Rosebank Road Medical Services Ltd.** *d/b/a Rosebank Road Medical Centre and Geeta Murali Ganesh v. Ramji Govindarajan and John Does 2-20,* CGC-16-549755. (Deposition Testimony, Trial Testimony)
- United States District Court for the District of New Jersey, *United States of America v.* **Timothy Livingston** *a/k/a "Mark Loyd"*, Criminal No. 15-626 (WJM). (Declaration)
- United States District Court for the District of Columbia, **Spanski Enterprises, Inc.** *v. Telewizja Polska, S.A.*, 12-CV-957-TSC. (Expert Report, Deposition Testimony, Trial Testimony)

## OTHER SELECTED ENGAGEMENTS

- United States District Court for the Southern District Ohio, **Thomas Caracci**, *derivatively and on behalf of The Wendy's Company v. Emil J. Brolick et al.*, C.A. No. 1:17-CV-00192.
- United States District Court for the Southern District of New York, **United States of America** *v. Gery Shalon*, 15-CR-333 (LTS).
- United States District Court for the Southern District of New York, **United States of America** *v. Arthur Budovsky*, 13-CR-268 (DLC).
- United States District Court for the Southern District of Indiana, Indianapolis Division, **Angie's List, Inc.** *v. Amazon Local LLC et al.*, 1:15-CV-00968-JMS-DML.
- United States District Court for the Northern District of California, San Francisco Division, **craigslist, Inc.** *v. 3taps, Inc. et al.*, 12-CV-03816-CRB.
- United States District Court for the Southern District of New York, **United States of America** *v. Ross William Ulbricht, a/k/a Dread Pirate Roberts, a/k/a Silk Road,* 14-CR-68 (KBF).
- United States District Court for the Southern District of Texas, Houston Division, *W.L. Dogget LLC and Doggett Heavy Machinery Services LLC v.* **Paychex, Inc.** *and John Does 1-10*, 4:14-CV-00506.

## PUBLICATIONS

- "On the Security of Key Extraction from Measuring Physical Quantities" (with Aggelos Kiayias, Qiang Tang, and Bülent Yener), *IEEE Transactions on Information Forensics and Security (Volume 11, Issue 8), 2016.*
- "On Passive Inference Attacks Against Physical-layer Key Extraction" (with Aggelos Kiayias and Bülent Yener), *Proceedings of the 2011 European Workshop on System Security (EuroSec)*, 2011.



- "On Anonymity in an Electronic Society: A Survey of Anonymous Communication Systems" (with Bülent Yener), *ACM Computing Surveys 42(1)*, 2010.
- "AS-awareness in Tor Path Selection" (with Paul Syverson), *Proceedings of the ACM Conference on Computer and Communications Security (CCS)*, 2009.
- "Vidalia: Towards a Usable Tor GUI" (with Justin Hipple), *Proceedings of the Symposium on Usable Privacy and Security (SOUPS)*, 2007.
- "A Combinatorial Approach to Measuring Anonymity" (with Fikret Sivrikaya and Bülent Yener), *Proceedings of the IEEE International Conference on Intelligence and Security Informatics (ISI)*, 2007.

## PROFESSIONAL AFFILIATIONS

### *Present*

Member, *Association for Computing Machinery (ACM)*
Member, *Institute of Electrical and Electronics Engineers (IEEE)*
Member, *International Association for Cryptologic Research (IACR)*
Member, *Cyber Security & Privacy Industry Advisory Board, New Jersey Institute of Technology*

### *Prior*

Program Committee, *IFCA Conference on Financial Cryptography and Data Security*, 2009
Program Committee, *ACM Conference on Computer and Communications Security*, 2007-2009