# GeoIP2 Precision Lookup Form

Show Sidebar

## GeoIP2 Precision: Insights Results

| IP Address | Country Code | Location | Postal Code | Approximate Coordinates* | Accuracy Radius (km) | ISP | Organization | Domain | Metro Code | User Type | Confidences |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14.1.18.30 | AU | Gladesville, New South Wales, Australia, Oceania | 2111 | -33.8331, 151.1295 | 20 | Oxygen Networks | Oxygen Networks | | | business | city: 50, subdivisions: 99, country: 99, postal: 40 |

Service

Insights (11446 lookups available) ▼

IP Addresses

Please enter one IPv4 or IPv6 address per line. You may enter a maximum of 50 addresses on this page. (Please use GeoIP2 Precision Batch Lookup to process more addresses at once.)

14.1.18.30

Submit

MaxMind, GeoIP, minFraud, and related trademarks belong to MaxMind, Inc.



### PRODUCTS

minFraud Services

GeoIP2 Anonymous IP Database

GeoIP2 Enterprise Database

GeoIP2 Precision Web Services

GeoIP2 Databases

GeoLite2 Databases

### SUPPORT

Support Center

Support Center

System Status

Frequently Asked Questions

GeoIP Data Correction Request

**DEVELOPERS**

minFraud

GeoIP

Frequently Asked Questions

**COMPANY**

About MaxMind

Working at MaxMind

Commitment to Security

Charitable Giving

Contact Us

Terms of Use  |  Privacy Policy