DEF_00013459.PDF.obj_17_decoded_stream.txt

```
 1  /CS0 cs 1  scn
 2  72 54 450.75 732.75 re
 3  f
 4  0.502   scn
 5  78 692.25 440.25 -1.5 re
 6  f
 7  q 1 0 0 1 78.0003 692.2503 cm
 8  0 0 m
 9  0.75 -0.751 l
10  439.5 -0.751 l
11  440.249 0 l
12  h
13  f
14  Q
15  q 1 0 0 1 78.75 691.4997 cm
16  0 0 m
17  -0.75 -0.75 l
18  439.5 -0.75 l
19  438.75 0 l
20  h
21  f
22  Q
23  q 1 0 0 1 78.0003 690.75 cm
24  0 0 m
25  0.75 0.75 l
26  0 1.5 l
27  h
28  f
29  Q
30  q 1 0 0 1 517.5 691.4997 cm
31  0 0 m
32  0.75 -0.75 l
33  0.75 0.751 l
34  h
35  f
36  Q
37  BT
38  0   scn
39  /TT0 1 Tf
40  7.5 0 0 7.5 79.5 771.75 Tm
41  (From:)Tj
42  /CS1 cs 0 0 1   scn
43  /TT1 1 Tf
44  10.2 0 Td
45  (Craig S Wright)Tj
46  ET
47  /CS1 CS 0 0 1   SCN
48  0.75 w
49  q 1 0 0 1 156 771 cm
50  0 0 m
51  47.886 0 l
52  h
```

DEF_00013459.PDF.obj_17_decoded_stream.txt

```
 53  S
 54  Q
 55  BT
 56  /CS0 cs 0  scn
 57  /TT0 1 Tf
 58  7.5 0 0 7.5 79.5 761.25 Tm
 59  (To:)Tj
 60  /CS1 cs 0 0 1  scn
 61  /TT1 1 Tf
 62  10.2 0 Td
 63  (Craig S Wright)Tj
 64  ET
 65  q 1 0 0 1 156 760.5 cm
 66  0 0 m
 67  47.886 0 l
 68  h
 69  S
 70  Q
 71  BT
 72  /CS0 cs 0  scn
 73  /TT0 1 Tf
 74  7.5 0 0 7.5 79.5 750.75 Tm
 75  (Subject:)Tj
 76  /TT1 1 Tf
 77  10.2 0 Td
 78  (Requested attached.)Tj
 79  /TT0 1 Tf
 80  -10.2 -1.4 Td
 81  (Date:)Tj
 82  /TT1 1 Tf
 83  10.2 0 Td
 84  (Friday, 17 October 2014 12:04:57 PM)Tj
 85  /TT0 1 Tf
 86  -10.2 -1.4 Td
 87  (Attachments:)Tj
 88  /CS1 cs 0 0 1  scn
 89  /TT1 1 Tf
 90  10.2 0 Td
 91  (Tulip Trust.pdf.asc)Tj
 92  ET
 93  q 1 0 0 1 156 729 cm
 94  0 0 m
 95  61.564 0 l
 96  h
 97  S
 98  Q
 99  BT
100  7.5 0 0 7.5 156 720.75 Tm
101  (Tulip Trust.pdf.tar.asc)Tj
102  ET
103  q 1 0 0 1 156 720 cm
104  0 0 m
```

DEF_00013459.PDF.obj_17_decoded_stream.txt

```
105  72.982 0 l
106  h
107  S
108  Q
109  BT
110  7.5 0 0 7.5 156 711.75 Tm
111  (Tulip Trust.pdf)Tj
112  ET
113  q 1 0 0 1 156 711 cm
114  0 0 m
115  48.549 0 l
116  h
117  S
118  Q
119  BT
120  /CS0 cs 0  scn
121  /TT0 1 Tf
122  7.5 0 0 7.5 79.5 701.25 Tm
123  (Importance:)Tj
124  /TT1 1 Tf
125  10.2 0 Td
126  (High)Tj
127  /TT2 1 Tf
128  9.75 0 0 9.75 78 662.25 Tm
129  (Craig,)Tj
130  0 -1.231 TD
131  (I think you are mad and this is risky, but I believe in what we are tryi\
132  ng to do.)Tj
133  0 -2.462 TD
134  (Respectfully,)Tj
135  T*
136  (Dave Kleiman - )Tj
137  /CS1 cs 0 0 1  scn
138  6.636 0 Td
139  (http://www.ComputerForensicExaminer.com)Tj
140  ET
141  q 1 0 0 1 142.7032 601.5 cm
142  0 0 m
143  176.552 0 l
144  h
145  S
146  Q
147  BT
148  /CS0 cs 0  scn
149  9.75 0 0 9.75 319.2554 602.25 Tm
150  ( - )Tj
151  /CS1 cs 0 0 1  scn
152  (http://www.DigitalForensicExpert.com)Tj
153  ET
154  q 1 0 0 1 327.3772 601.5 cm
155  0 0 m
156  152.725 0 l
```

DEF_00013459.PDF.obj_17_decoded_stream.txt

```
157  h
158  S
159  Q
160  BT
161  /CS0 cs 0  scn
162  9.75 0 0 9.75 78 578.25 Tm
163  (4371 Northlake Blvd #314)Tj
164  0 -1.231 TD
165  (Palm Beach Gardens, FL 33410)Tj
166  T*
167  (561.310.8801)Tj
168  ET
```