DEF_00013459.PDF.obj_9_10-2.txt

```
 1  9 0 obj
 2  <<
 3    /A
 4    <<
 5      /S/URI/URI(mailto:dave@davekleiman.com)
 6    >>
 7    /BS
 8    <<
 9      /S/S/Type/Border/W 0
10    >>
11    /Border[0 0 0]/Rect[155.375 770.0 202.375 779.0]/Subtype/Link/Type/Annot
12  >>
13  endobj
14
15  10 0 obj
16  <<
17    /A
18    <<
19      /S/URI/URI(mailto:overlyqualified@gmail.com)
20    >>
21    /BS
22    <<
23      /S/S/Type/Border/W 0
24    >>
25    /Border[0 0 0]/Rect[156.0 760.0 203.0 769.0]/Subtype/Link/Type/Annot
26  >>
27  endobj
```