**From:** Dave Kleiman [dave@davekleiman.com]
**Sent:** 6/24/2011 12:03:48 PM
**To:** Craig Wright [craig@panopticrypt.com]
**Subject:** Requested attached.
**Attachments:** Tulip Trust.pdf.asc; Tulip Trust.pdf.tar.asc; Tulip Trust.pdf

```
Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
```