DEF_00079344.msg - header.txt

```
 1  Received: by 10.49.87.99 with SMTP id w3csp150869qez;
 2          Thu, 23 Jun 2011 19:03:57 -0700 (PDT)
 3  Received: by 10.101.3.26 with SMTP id f26mr6628969ani.0.1351116096730;
 4          Thu, 23 Jun 2011 19:03:56 -0700 (PDT)
 5  Return-Path: <dave@davekleiman.com>
 6  Received: from server505.appriver.com (server505c.appriver.com. [98.129.35.7])
 7          by mx.google.com with ESMTPS id v8si329566yhm.130.2011.06.23.19.03.56
 8          (version=TLSv1/SSLv3 cipher=OTHER);
 9          Thu, 23 Jun 2011 19:03:56 -0700 (PDT)
10  Received-SPF: pass (google.com: domain of dave@davekleiman.com designates
10  98.129.35.7 as permitted sender) client-ip=98.129.35.7;
11  Authentication-Results: mx.google.com; spf=pass (google.com: domain of
11  dave@davekleiman.com designates 98.129.35.7 as permitted sender)
11  smtp.mail=dave@davekleiman.com
12  X-Note-AR-ScanTimeLocal: 06/23/2011 09:03:55 PM
13  X-Policy: GLOBAL - davekleiman.com
14  X-Primary: dave@davekleiman.com
15  X-Note: This Email was scanned by AppRiver SecureTide
16  X-ALLOW: @davekleiman.com ALLOWED
17  X-Virus-Scan: V-
18  X-Note: Spam Tests Failed:
19  X-Country-Path: UNKNOWN->UNITED STATES->UNITED STATES
20  X-Note-Sending-IP: 98.129.35.1
21  X-Note-Reverse-DNS:
22  X-Note-Return-Path: dave@davekleiman.com
23  X-Note: User Rule Hits:
24  X-Note: Global Rule Hits: G329 G330 G331 G332 G336 G337 G348 G444
25  X-Note: Encrypt Rule Hits:
26  X-Note: Mail Class: ALLOWEDSENDER
27  X-Note: Headers Injected
28  Received: from [98.129.35.1] (HELO smtp.exg5.exghost.com)
29    by server505.appriver.com (CommuniGate Pro SMTP 5.3.13)
30    with ESMTPS id 236045818 for craig@panopticrypt.com; Thu, 23 Jun 2011
30    21:03:55 -0500
31  Received: from MBX02.exg5.exghost.com ([169.254.2.43]) by
32   HT03.exg5.exghost.com ([98.129.23.45]) with mapi; Thu, 23 Jun 2011 21:03:55
33   -0500
34  From: Dave Kleiman <dave@davekleiman.com>
35  To: Craig Wright <craig@panopticrypt.com>
36  Date: Thu, 23 Jun 2011 21:03:48 -0500
37  Message-ID: <41A9E8A6808A4C498A4747A540FFF51F373EEDF40F@MBX02.exg5.exghost.com>
38  Accept-Language: en-US
39  Content-Language: en-US
40  X-MS-Has-Attach:
41  X-MS-TNEF-Correlator:
42  acceptlanguage: en-US
43  Content-Type: text/plain; charset="utf-8"
44  Content-Transfer-Encoding: base64
45  MIME-Version: 1.0
46  Subject: Requested attached.
```