| | |
|---|---|
| **From:** | Dave Kleiman |
| **To:** | Craig S Wright |
| **Subject:** | Requested attached. |
| **Date:** | Tuesday, 02 April 2013 19:17:09 PM |
| **Attachments:** | |
| **Importance:** | High |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1


Hello good Sir,
I cannot do much right now, but I will accept a role as director of Coin-Exch as we discussed. The contracts are done and we will use capital I have access to here. â€©â€©I will leave any dealings for the automation and banking software with you for the time being. I hope to see you in May/June as we discussed. It is good that you have engaged an accountant. Make sure Mr Wilson is on top of it all.

Respectfully,
Dave


-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQGcBAEBAgAGBQJUSEY3AAoJEKDaDrLlRet7KO8MAJBgaepkfUuhn2hRthD8rd04
o/tERHoJqxS8le16UKaOiUDfB+6OpKLbJXKabEzPBHiwvcAmZv8SjhJrtevGkoAz
VuAhemwRTRtZ0+Ie6kwzCYn9XKQJ2BJllm1ffrTa0swe4pBDClGGxe10ElKZT+GZ
W3jvqp7Ao5kcv1gnwPJt+KOslNqCoSduV+ce9kN1/MZbLVhjWIZRv6E6DS+DKP9e
fl3cg+uff0DdR4bzV+P1YbyUNu89MrEKHnBZ+RZ4AXMjD6cSl76ZCjSCLE6JiKA5
ObaXvB2dZPtB8yVqGxR29qVJtE7t7D63ucuneYgynSGoC0mykyi7OLGx8p1oQgI4
ZxQEM3eRMh6qlu76dEfeR+hyb4/jsXWL8mjjUkXaw9LGcPgTlQrBGcWXhcq0qgfH
IX/pI+TSEmthzqYLGLimbKfbBOKZerUbPE/GdHJSz7lGFTaoH9YRw+C375iWqoYU
Gv5tJiaYMrZR9CxYt7KmQia/lotE5ikz8LEsOae6Rg==
=A7Lr
-----END PGP SIGNATURE-----



Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801