DEF_00013188.PDF.obj_2_0.CLEAN.txt

```
 1  2 0 obj
 2  <</Length 4311/Subtype/XML/Type/Metadata>>stream
 3  <?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
 4  <x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 5.4-c005 78.147326, 2012/08/23-13:03:03        ">
 5     <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
 6        <rdf:Description rdf:about=""
 7           xmlns:xmp="http://ns.adobe.com/xap/1.0/"
 8           xmlns:xmpMM="http://ns.adobe.com/xap/1.0/mm/"
 9           xmlns:dc="http://purl.org/dc/elements/1.1/"
10           xmlns:pdf="http://ns.adobe.com/pdf/1.3/"
11           xmlns:pdfx="http://ns.adobe.com/pdfx/1.3/">
12         <xmp:ModifyDate>2014-10-23T11:08:30+11:00</xmp:ModifyDate>
13         <xmp:CreateDate>2014-10-23T11:08:30+11:00</xmp:CreateDate>
14         <xmp:MetadataDate>2014-10-23T10:54:18+11:00</xmp:MetadataDate>
15         <xmp:CreatorTool>Acrobat PDFMaker 11 for Microsoft Outlook</xmp:CreatorTool>
16         <xmpMM:DocumentID>uuid:75d61eff-a590-4649-ba5c-b6bd9a047e2e</xmpMM:DocumentID>
17         <xmpMM:InstanceID>uuid:e427f8dc-2c3d-4d2f-869c-6d8435a72d3e</xmpMM:InstanceID>
18         <dc:format>application/pdf</dc:format>
19         <dc:title>
20            <rdf:Alt>
21               <rdf:li xml:lang="x-default">Memo Style2.pdf</rdf:li>
22            </rdf:Alt>
23         </dc:title>
24         <dc:creator>
25            <rdf:Seq>
26               <rdf:li>craig.wright</rdf:li>
27            </rdf:Seq>
28         </dc:creator>
29         <pdf:Producer>Acrobat Distiller 11.0 (Windows)</pdf:Producer>
30         <pdfx:MailAttachments>Tulip Trust.pdf.asc Tulip Trust.pdf.tar.asc Tulip Trust.pdf
30         </pdfx:MailAttachments>
31         <pdfx:MailDate>D:20110624120457+10'00'</pdfx:MailDate>
32         <pdfx:MailFolder>Inbox</pdfx:MailFolder>
33         <pdfx:MailFrom>dave@davekleiman.com Dave Kleiman</pdfx:MailFrom>
34         <pdfx:MailSubject>Requested attached.</pdfx:MailSubject>
35         <pdfx:MailTo>craig@panopticrypt.com Craig S Wright </pdfx:MailTo>
```

```
DEF_00013188.PDF.obj_2_0.CLEAN.txt

    36            <pdfx:MailTransportHeader>Received: from gate.forward.smtp.dfw1a.emailsrvr.com (172.26.0.1) by
    36            ORD2HUB06.mex05.mlsrvr.com (172.26.1.36) with Microsoft SMTP Server (TLS) id  14.3.169.1; Thu, 24 Jun 201
    36            20:04:55 -0500 Return-Path: <craig@panopticrypt.com> X-Spam-Threshold: 95 X-Sp</pdfx:MailTransportHeader>
    37        </rdf:Description>
    38      </rdf:RDF>
    39  </x:xmpmeta>
    40
    41
    42
    43
    44
    45
    46
    47
    48
    49
    50
    51
    52
    53
    54
    55
    56
    57
    58
    59
    60
    61  <?xpacket end="w"?>
    62  endstream
    63  endobj
```