DEF_00050985.PDF.obj_60.txt

```
1  60 0 obj
2  <<
3  /Author (craig.wright)
4  /CreationDate (D:20121022090953+11'00')
5  /ModDate (D:20121022090953+11'00')
6  /Producer (Microsoft: Print To PDF)
7  /Title (Microsoft Word - Deed of Trust between)
8  >>
9  endobj
```