DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
   1      0:d=0  hl=4 l=6843 cons: SEQUENCE
   2      4:d=1  hl=2 l=   9 prim:  OBJECT             :pkcs7-signedData
   3     15:d=1  hl=4 l=6828 cons:  cont [ 0 ]
   4     19:d=2  hl=4 l=6824 cons:   SEQUENCE
   5     23:d=3  hl=2 l=   1 prim:    INTEGER          :01
   6     26:d=3  hl=2 l=  11 cons:    SET
   7     28:d=4  hl=2 l=   9 cons:     SEQUENCE
   8     30:d=5  hl=2 l=   5 prim:      OBJECT         :sha1
   9     37:d=5  hl=2 l=   0 prim:      NULL
  10     39:d=3  hl=2 l=  97 cons:    SEQUENCE
  11     41:d=4  hl=2 l=  10 prim:     OBJECT          :1.3.6.1.4.1.311.2.1.4
  12     53:d=4  hl=2 l=  83 cons:     cont [ 0 ]
  13     55:d=5  hl=2 l=  81 cons:      SEQUENCE
  14     57:d=6  hl=2 l=  44 cons:       SEQUENCE
  15     59:d=7  hl=2 l=  10 prim:        OBJECT        :1.3.6.1.4.1.311.2.1.28
  16     71:d=7  hl=2 l=  30 cons:        cont [ 2 ]
  17     73:d=8  hl=2 l=  28 prim:         cont [ 0 ]
  18    103:d=6  hl=2 l=  33 cons:       SEQUENCE
  19    105:d=7  hl=2 l=   9 cons:        SEQUENCE
  20    107:d=8  hl=2 l=   5 prim:         OBJECT        :sha1
  21    114:d=8  hl=2 l=   0 prim:         NULL
  22    116:d=7  hl=2 l=  20 prim:        OCTET STRING
  23       0000 - f2 7e 34 8d dc e7 b4 6a-87 d3 20 67 52 b3 c3 21   .~4....j.. gR..!
  24       0010 - 6d b8 8b ce                                       m...
  25    138:d=3  hl=4 l=5506 cons:    cont [ 0 ]
  26    142:d=4  hl=4 l=1219 cons:     SEQUENCE
  27    146:d=5  hl=4 l= 939 cons:      SEQUENCE
  28    150:d=6  hl=2 l=   3 cons:       cont [ 0 ]
  29    152:d=7  hl=2 l=   1 prim:        INTEGER         :02
  30    155:d=6  hl=2 l=  19 prim:       INTEGER
  30 :3300000071B32E8A6B82AA1F4E000000000071
  31    176:d=6  hl=2 l=  13 cons:       SEQUENCE
  32    178:d=7  hl=2 l=   9 cons:        OBJECT          :sha1WithRSAEncryption
  33    189:d=7  hl=2 l=   0 prim:        NULL
  34    191:d=6  hl=2 l= 119 cons:       SEQUENCE
  35    193:d=7  hl=2 l=  11 cons:        SET
  36    195:d=8  hl=2 l=   9 cons:         SEQUENCE
  37    197:d=9  hl=2 l=   3 prim:          OBJECT         :countryName
  38    202:d=9  hl=2 l=   2 prim:          PRINTABLESTRING :US
  39    206:d=7  hl=2 l=  19 cons:        SET
  40    208:d=8  hl=2 l=  17 cons:         SEQUENCE
  41    210:d=9  hl=2 l=   3 prim:          OBJECT         :stateOrProvinceName
  42    215:d=9  hl=2 l=  10 prim:          PRINTABLESTRING :Washington
  43    227:d=7  hl=2 l=  16 cons:        SET
  44    229:d=8  hl=2 l=  14 cons:         SEQUENCE
  45    231:d=9  hl=2 l=   3 prim:          OBJECT         :localityName
  46    236:d=9  hl=2 l=   7 prim:          PRINTABLESTRING :Redmond
  47    245:d=7  hl=2 l=  30 cons:        SET
  48    247:d=8  hl=2 l=  28 cons:         SEQUENCE
  49    249:d=9  hl=2 l=   3 prim:          OBJECT         :organizationName
  50    254:d=9  hl=2 l=  21 prim:          PRINTABLESTRING :Microsoft Corporation
  51    277:d=7  hl=2 l=  33 cons:        SET
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
 52     279:d=8  hl=2 l=   31 cons:         SEQUENCE
 53     281:d=8  hl=2 l=    3 prim:          OBJECT              :commonName
 54     286:d=9  hl=2 l=   24 prim:          PRINTABLESTRING     :Microsoft Time-Stamp
 54     PCA
 55     312:d=6  hl=2 l=   30 cons:         SEQUENCE
 56     314:d=7  hl=2 l=   13 prim:          UTCTIME             :150320173203Z
 57     329:d=7  hl=2 l=   13 prim:          UTCTIME             :160620173203Z
 58     344:d=6  hl=3 l=  179 cons:         SEQUENCE
 59     347:d=6  hl=2 l=   11 cons:          SET
 60     349:d=8  hl=2 l=    9 cons:           SEQUENCE
 61     351:d=9  hl=2 l=    3 prim:           OBJECT             :countryName
 62     356:d=9  hl=2 l=    2 prim:           PRINTABLESTRING    :US
 63     360:d=7  hl=2 l=   19 cons:          SET
 64     362:d=8  hl=2 l=   17 cons:           SEQUENCE
 65     364:d=9  hl=2 l=    3 prim:           OBJECT             :stateOrProvinceName
 66     369:d=9  hl=2 l=   10 prim:           PRINTABLESTRING    :Washington
 67     381:d=7  hl=2 l=   16 cons:          SET
 68     383:d=8  hl=2 l=   14 cons:           SEQUENCE
 69     385:d=9  hl=2 l=    3 prim:           OBJECT             :localityName
 70     390:d=9  hl=2 l=    7 prim:           PRINTABLESTRING    :Redmond
 71     399:d=7  hl=2 l=   30 cons:          SET
 72     401:d=8  hl=2 l=   28 cons:           SEQUENCE
 73     403:d=9  hl=2 l=    3 prim:           OBJECT             :organizationName
 74     408:d=9  hl=2 l=   21 prim:           PRINTABLESTRING    :Microsoft Corporation
 75     431:d=7  hl=2 l=   13 cons:          SET
 76     433:d=8  hl=2 l=   11 cons:           SEQUENCE
 77     435:d=9  hl=2 l=    3 prim:           OBJECT             :organizationalUnitName
 78     440:d=9  hl=2 l=    4 prim:           PRINTABLESTRING    :MOPR
 79     446:d=7  hl=2 l=   39 cons:          SET
 80     448:d=8  hl=2 l=   37 cons:           SEQUENCE
 81     450:d=9  hl=2 l=    3 prim:           OBJECT             :organizationalUnitName
 82     455:d=9  hl=2 l=   30 prim:           PRINTABLESTRING    :nCipher DSE
 82     ESN:B8EC-30A4-7144
 83     487:d=7  hl=2 l=   37 cons:          SET
 84     489:d=8  hl=2 l=   35 cons:           SEQUENCE
 85     491:d=9  hl=2 l=    3 prim:           OBJECT             :commonName
 86     496:d=9  hl=2 l=   28 prim:           PRINTABLESTRING    :Microsoft Time-Stamp
 86     Service
 87     526:d=6  hl=4 l=  290 cons:         SEQUENCE
 88     530:d=7  hl=2 l=   13 cons:          SEQUENCE
 89     532:d=8  hl=2 l=    9 prim:           OBJECT             :rsaEncryption
 90     543:d=8  hl=2 l=    0 prim:           NULL
 91     545:d=7  hl=4 l=  271 prim:          BIT STRING
 92        0000 - 00 30 82 01 0a 02 82 01-01 00 ea 91 bd b2 88 fd   .0..............
 93        0010 - 14 6f 21 36 28 03 66 33-3a 66 08 fb 5b 4b a4 ab   .o!6(.f3:f..[K..
 94        0020 - a0 28 34 4a 43 32 08 c0-86 e5 c9 3d d5 25 bc 7b   .(4JC2.....=.%.{
 95        0030 - 3e 62 87 d6 7d ef 0f 74-53 a3 f1 91 63 88 74 7f   >b..}..tS...c.t.
 96        0040 - e8 24 cd 03 50 c5 f1 ca-00 16 7b a5 39 b0 06 1c   .$..P.....{.9...
 97        0050 - 3c 44 7e f9 eb c4 b2 81-bc 17 23 ba fd 65 38 19   <D~.......#..e8.
 98        0060 - 85 7f ca a0 29 fd f6 3a-c0 0b 2f 68 f4 e0 34 4e   ....)..:../h..4N
 99        0070 - 7d 6f 17 c0 6e 99 aa fa-7f 61 25 d1 26 70 d2 74   }o..n....a%.&p.t
100        0080 - 7d df 61 73 5c ce 54 2a-39 51 03 33 09 f8 50 ad   }.as\.T*9Q.3..P.
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
101        0090 - 78 c7 89 08 b6 d4 85 2a-3f d7 d8 1f 51 ea ef fc    x......*?...Q...
102        00a0 - 68 5e b5 c1 e7 07 68 32-8d 2f 72 51 fe 03 31 47    h^...h2./rQ..1G
103        00b0 - 51 c5 d2 eb 72 07 af 20-95 f8 da 6a f8 77 67 e4    Q...r.. ...j.wg.
104        00c0 - 60 9a 70 4c ab 45 cb 7e-08 af e5 81 d4 57 cf 3a    `.pL.E.~.....W.:
105        00d0 - cc 13 75 9d 26 cd a0 a2-69 50 bc 3a 88 94 df b0    ..u.&...iP.:....
106        00e0 - 54 38 de 89 39 cd 86 32-a5 90 0f 7e bf ed cc 94    T8..9..2...~....
107        00f0 - 25 a6 41 86 61 26 c7 dd-37 7e 5c 0d e8 17 ca 37    %.A.a&..7~\....7
108        0100 - 7f e8 24 b6 4e b4 f8 1b-23 eb 02 03 01 00 01       ..$.N...#......
109   820:d=6  hl=4 l= 265 cons:            cont [ 3 ]
110   824:d=7  hl=4 l= 261 cons:            SEQUENCE
111   828:d=8  hl=2 l=  29 cons:            SEQUENCE
112   830:d=9  hl=2 l=   3 prim:            OBJECT            :X509v3 Subject Key
112   Identifier
113   835:d=9  hl=2 l=  22 prim:            OCTET STRING
114        0000 - 04 14 f8 fd 23 87 05 94-80 56 cd 33 a5 41 c2 6c    ....#....V.3.A.l
115        0010 - cc 08 36 c8 b2 a2                                  ..6...
116   859:d=8  hl=2 l=  31 cons:            SEQUENCE
117   861:d=9  hl=2 l=   3 prim:            OBJECT            :X509v3 Authority Key
117   Identifier
118   866:d=9  hl=2 l=  24 prim:            OCTET STRING
119        0000 - 30 16 80 14 23 34 f8 d9-52 46 70 0a ed 40 fb 76    0...#4..RFp..@.v
120        0010 - fb b3 2b b0 c3 35 b3 0f-                           ..+..5..
121   892:d=8  hl=2 l=  84 cons:            SEQUENCE
122   894:d=9  hl=2 l=   3 prim:            OBJECT            :X509v3 CRL
122   Distribution Points
123   899:d=9  hl=2 l=  77 prim:            OCTET STRING
124        0000 - 30 4b 30 49 a0 47 a0 45-86 43 68 74 74 70 3a 2f    0K0I.G.E.Chttp:/
125        0010 - 2f 63 72 6c 2e 6d 69 63-72 6f 73 6f 66 74 2e 63    /crl.microsoft.c
126        0020 - 6f 6d 2f 70 6b 69 2f 63-72 6c 2f 70 72 6f 64 75    om/pki/crl/produ
127        0030 - 63 74 73 2f 4d 69 63 72-6f 73 6f 66 74 54 69 6d    cts/MicrosoftTim
128        0040 - 65 53 74 61 6d 70 50 43-41 2e 63 72 6c             eStampPCA.crl
129   978:d=8  hl=2 l=  88 cons:            SEQUENCE
130   980:d=9  hl=2 l=   8 prim:            OBJECT            :Authority Information
130   Access
131   990:d=9  hl=2 l=  76 prim:            OCTET STRING
132        0000 - 30 4a 30 48 06 08 2b 06-01 05 05 07 30 02 86 3c    0J0H..+.....0..<
133        0010 - 68 74 74 70 3a 2f 2f 77-77 77 2e 6d 69 63 72 6f    http://www.micro
134        0020 - 73 6f 66 74 2e 63 6f 6d-2f 70 6b 69 2f 63 65 72    soft.com/pki/cer
135        0030 - 74 73 2f 4d 69 63 72 6f-73 6f 66 74 54 69 6d 65    ts/MicrosoftTime
136        0040 - 53 74 61 6d 70 50 43 41-2e 63 72 74                StampPCA.crt
137  1068:d=8  hl=2 l=  19 cons:            SEQUENCE
138  1070:d=9  hl=2 l=   3 prim:            OBJECT            :X509v3 Extended Key
138   Usage
139  1075:d=9  hl=2 l=  12 prim:            OCTET STRING
140        0000 - 30 0a 06 08 2b 06 01 05-05 07 03 08                0...+.......
141  1089:d=5  hl=2 l=  13 cons:            SEQUENCE
142  1091:d=6  hl=2 l=   9 prim:            OBJECT            :sha1WithRSAEncryption
143  1102:d=6  hl=2 l=   0 prim:            NULL
144  1104:d=5  hl=4 l= 257 prim:            BIT STRING
145        0000 - 00 2d 04 b4 ca 29 0b 59-fc 2e ea a0 af 4c 4e 68    .-...).Y.....LNh
146        0010 - 04 f8 92 ed 29 c2 66 cc-6b 70 c9 87 e8 be 87 fc    ....).f.kp......
147        0020 - 5d f4 dd 4f a5 1a 6f 78-97 ad 6b 05 38 51 41 72    ]..O..ox..k.8QAr
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
148        0030 - 9d 39 e4 1a 1b c3 6d 71-fc 70 b6 d3 cc b6 90 58   .9....mq.p.....X
149        0040 - 04 28 3f d6 1e ef 83 b3-14 18 0c 95 0b f7 a5 11   .(?.............
150        0050 - 13 98 c6 85 56 5e ee 33-b4 0c 37 b5 80 ea f5 12   ....V^.3..7.....
151        0060 - 68 d9 2e 7b 86 08 72 3b-14 7b d4 d9 d0 16 4f c0   h..{..r;.{....O.
152        0070 - 2f 0b 1f 2d ca e5 1b d0-ae e9 84 b0 8f 0b 5d 73   /..-.........]s
153        0080 - b8 16 81 40 23 58 2c ea-61 aa fe bd 7f d3 8d 5a   ...@#X,.a......Z
154        0090 - 70 fc 79 cd 66 96 65 63-b5 05 12 76 e2 2a 3b 2b   p.y.f.ec...v.*;+
155        00a0 - ed 82 ac 9a ec 27 41 a7-97 0e 23 16 9f 41 c8 4e   .....'A...#..A.N
156        00b0 - 6d 53 11 40 04 cc 60 99-da 98 ec 2b ae 97 fb e0   mS.@..`....+....
157        00c0 - 7d f5 ba 8b 00 f4 25 17-7f 62 7a bb 51 57 c1 f0   }.....%..bz.QW..
158        00d0 - f0 cd 9c 1b 61 73 ad 95-8c 2b 76 22 a8 ab 70 38   ....as...+v"..p8
159        00e0 - b4 01 28 7d 66 42 53 de-9f f4 07 7c 5a 30 0e 82   ..(}fBS....|Z0..
160        00f0 - 03 59 f6 84 86 b9 15 25-62 b0 0b d2 cf f1 db 96   .Y.....%b.......
161        0100 - 45                                                E
162   1365:d=4  hl=4 l=1260 cons:     SEQUENCE
163   1369:d=5  hl=4 l= 980 cons:     SEQUENCE
164   1373:d=6  hl=2 l=   3 cons:      cont [ 0 ]
165   1375:d=7  hl=2 l=   1 prim:       INTEGER           :02
166   1378:d=6  hl=2 l=  19 prim:      INTEGER
166   :33000000CA6CD5321235C4E15500001000000CA
167   1399:d=6  hl=2 l=  13 cons:      SEQUENCE
168   1401:d=7  hl=2 l=   9 prim:       OBJECT            :sha1WithRSAEncryption
169   1412:d=7  hl=2 l=   0 prim:       NULL
170   1414:d=6  hl=2 l= 121 cons:      SEQUENCE
171   1416:d=7  hl=2 l=  11 cons:       SET
172   1418:d=8  hl=2 l=   9 cons:        SEQUENCE
173   1420:d=9  hl=2 l=   3 prim:         OBJECT          :countryName
174   1425:d=9  hl=2 l=   2 prim:         PRINTABLESTRING :US
175   1429:d=7  hl=2 l=  19 cons:       SET
176   1431:d=8  hl=2 l=  17 cons:        SEQUENCE
177   1433:d=9  hl=2 l=   3 prim:         OBJECT          :stateOrProvinceName
178   1438:d=9  hl=2 l=  10 prim:         PRINTABLESTRING :Washington
179   1450:d=7  hl=2 l=  16 cons:       SET
180   1452:d=8  hl=2 l=  14 cons:        SEQUENCE
181   1454:d=9  hl=2 l=   3 prim:         OBJECT          :localityName
182   1459:d=9  hl=2 l=   7 prim:         PRINTABLESTRING :Redmond
183   1468:d=7  hl=2 l=  30 cons:       SET
184   1470:d=8  hl=2 l=  28 cons:        SEQUENCE
185   1472:d=9  hl=2 l=   3 prim:         OBJECT          :organizationName
186   1477:d=9  hl=2 l=  21 prim:         PRINTABLESTRING :Microsoft Corporation
187   1500:d=7  hl=2 l=  35 cons:       SET
188   1502:d=8  hl=2 l=  33 cons:        SEQUENCE
189   1504:d=9  hl=2 l=   3 prim:         OBJECT          :commonName
190   1509:d=9  hl=2 l=  26 prim:         PRINTABLESTRING :Microsoft Code Signing
190   PCA
191   1537:d=6  hl=2 l=  30 cons:      SEQUENCE
192   1539:d=7  hl=2 l=  13 prim:       UTCTIME           :140422173900Z
193   1554:d=7  hl=2 l=  13 prim:       UTCTIME           :150722173900Z
194   1569:d=6  hl=3 l= 131 cons:      SEQUENCE
195   1572:d=7  hl=2 l=  11 cons:       SET
196   1574:d=8  hl=2 l=   9 cons:        SEQUENCE
197   1576:d=9  hl=2 l=   3 prim:         OBJECT          :countryName
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
 198   1581:d=9  hl=2 l=    2 prim:             PRINTABLESTRING   :US
 199   1585:d=7  hl=2 l=   19 cons:           SET
 200   1587:d=8  hl=2 l=   17 cons:            SEQUENCE
 201   1589:d=9  hl=2 l=    3 prim:             OBJECT            :stateOrProvinceName
 202   1594:d=9  hl=2 l=   10 prim:             PRINTABLESTRING   :Washington
 203   1606:d=7  hl=2 l=   16 cons:           SET
 204   1608:d=8  hl=2 l=   14 cons:            SEQUENCE
 205   1610:d=9  hl=2 l=    3 prim:             OBJECT            :localityName
 206   1615:d=9  hl=2 l=    7 prim:             PRINTABLESTRING   :Redmond
 207   1624:d=7  hl=2 l=   30 cons:           SET
 208   1626:d=8  hl=2 l=   28 cons:            SEQUENCE
 209   1628:d=9  hl=2 l=    3 prim:             OBJECT            :organizationName
 210   1633:d=9  hl=2 l=   21 prim:             PRINTABLESTRING   :Microsoft Corporation
 211   1656:d=7  hl=2 l=   13 cons:           SET
 212   1658:d=8  hl=2 l=   11 cons:            SEQUENCE
 213   1660:d=9  hl=2 l=    3 prim:             OBJECT            :organizationalUnitName
 214   1665:d=9  hl=2 l=    4 prim:             PRINTABLESTRING   :MOPR
 215   1671:d=7  hl=2 l=   30 cons:           SET
 216   1673:d=8  hl=2 l=   28 cons:            SEQUENCE
 217   1675:d=9  hl=2 l=    3 prim:             OBJECT            :commonName
 218   1680:d=9  hl=2 l=   21 prim:             PRINTABLESTRING   :Microsoft Corporation
 219   1703:d=6  hl=4 l=  290 cons:         SEQUENCE
 220   1707:d=7  hl=2 l=   13 cons:          SEQUENCE
 221   1709:d=8  hl=2 l=    9 prim:           OBJECT              :rsaEncryption
 222   1720:d=8  hl=2 l=    0 prim:           NULL
 223   1722:d=7  hl=4 l=  271 prim:          BIT STRING
 224      0000 - 00 30 82 01 0a 02 82 01-01 00 96 71 5d ed 06 46   .0.........q]..F
 225      0010 - fa 84 cb 9d 5b b7 46 c7-b0 e1 b4 11 39 03 ad b1   ....[.F.....9...
 226      0020 - 15 73 60 9c eb a7 b6 6e-1a 3c 3f ff 65 e3 34 f1   .s`....n.<?.e.4.
 227      0030 - a6 a5 21 5e 56 99 6c 58-e4 92 a1 0a 5c c2 d3 dc   ..!^V.lX....\...
 228      0040 - 52 2f 0c 65 9a 20 61 40-53 31 9c 6c 8f 21 7d ba   R/.e. a@S1.l.!}.
 229      0050 - f9 fe 13 50 52 60 95 3a-5b b9 58 a5 74 61 41 a9   ...PR`.:[.X.taA.
 230      0060 - 94 e0 ad 26 4e 4c a1 97-70 49 27 5e 7c 67 ca 4f   ...&NL..pI'^|g.O
 231      0070 - 1e 71 84 46 bc 1d 4b b6-e2 0f c5 c6 27 c9 07 e6   .q.F..K.....'...
 232      0080 - 7a 0a a5 17 00 19 4c 70-45 38 2d 81 b4 50 aa c5   z.....LpE8-..P..
 233      0090 - 67 d1 fa 79 bc c5 cc a1-72 9b f4 25 34 98 f8 54   g..y....r..%4..T
 234      00a0 - df 12 39 38 12 2f a4 6b-a5 9a 7e c7 62 d1 dc cf   ..98./.k..~.b...
 235      00b0 - ed 3d 34 f8 b9 df 35 30-ba ec 79 32 a9 e1 a9 ac   .=4...50..y2....
 236      00c0 - 55 4d 4c 7f 4c 56 c3 13-0b 76 f1 07 f9 cc 47 ac   UML.LV...v....G.
 237      00d0 - fb 88 d5 52 a5 1e 28 fa-3d 2d cf cf 84 98 86 71   ...R..(.=-.....q
 238      00e0 - 65 11 cf 85 c9 09 44 86-e1 6f e7 b1 fc ac 40 44   e.....D..o....@D
 239      00f0 - a5 a9 8b 23 3f 82 49 9d-d5 96 59 50 13 59 18 73   ...#?.I...YP.Y.s
 240      0100 - ff 43 0c ad 2b d4 7f 30-40 67 02 03 01 00 01      .C..+..0@g.....
 241   1997:d=6  hl=4 l=  352 cons:         cont [ 3 ]
 242   2001:d=7  hl=4 l=  348 cons:          SEQUENCE
 243   2005:d=8  hl=2 l=   19 cons:           SEQUENCE
 244   2007:d=9  hl=2 l=    3 prim:            OBJECT             :X509v3 Extended Key
 244   Usage
 245   2012:d=9  hl=2 l=   12 prim:            OCTET STRING
 246      0000 - 30 0a 06 08 2b 06 01 05-05 07 03 03               0...+.......
 247   2026:d=8  hl=2 l=   29 cons:           SEQUENCE
 248   2028:d=9  hl=2 l=    3 prim:            OBJECT             :X509v3 Subject Key
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
          Identifier
249   2033:d=9  hl=2  l=  22 prim:           OCTET STRING
250          0000 - 04 14 1f 5e e2 5d 50 8d-56 86 be 4a 3c cf 04 e8    ...^.]P.V..J<...
251          0010 - a7 87 b5 cb bf 83                                  ......
252   2057:d=8  hl=2  l=  81 cons:           SEQUENCE
253   2059:d=9  hl=2  l=   3 prim:           OBJECT           :X509v3 Subject
253   Alternative Name
254   2064:d=9  hl=2  l=  74 prim:           OCTET STRING
255          0000 - 30 48 a4 46 30 44 31 0d-30 0b 06 03 55 04 0b 13    0H.F0D1.0...U...
256          0010 - 04 4d 4f 50 52 31 33 30-31 06 03 55 04 05 13 2a    .MOPR1301..U...*
257          0020 - 33 31 35 39 35 2b 62 34-32 31 38 66 31 33 2d 36    31595+b4218f13-6
258          0030 - 66 63 61 2d 34 39 30 66-2d 39 63 34 37 2d 33 66    fca-490f-9c47-3f
259          0040 - 63 35 35 37 64 66 63 34-34 30                      c557dfc440
260   2140:d=8  hl=2  l=  31 cons:           SEQUENCE
261   2142:d=9  hl=2  l=   3 prim:           OBJECT           :X509v3 Authority Key
261   Identifier
262   2147:d=9  hl=2  l=  24 prim:           OCTET STRING
263          0000 - 30 16 80 14 cb 11 e8 ca-d2 b4 16 58 01 c9 37 2e    0..........X..7.
264          0010 - 33 16 16 b9 4c 9a 0a 1f-                           3...L...
265   2173:d=8  hl=2  l=  86 cons:           SEQUENCE
266   2175:d=9  hl=2  l=   3 prim:           OBJECT           :X509v3 CRL
266   Distribution Points
267   2180:d=9  hl=2  l=  79 prim:           OCTET STRING
268          0000 - 30 4d 30 4b a0 49 a0 47-86 45 68 74 74 70 3a 2f    0M0K.I.G.Ehttp:/
269          0010 - 2f 63 72 6c 2e 6d 69 63-72 6f 73 6f 66 74 2e 63    /crl.microsoft.c
270          0020 - 6f 6d 2f 70 6b 69 2f 63-72 6c 2f 70 72 6f 64 75    om/pki/crl/produ
271          0030 - 63 74 73 2f 4d 69 63 43-6f 64 53 69 67 50 43 41    cts/MicCodSigPCA
272          0040 - 5f 30 38 2d 33 31 2d 32-30 31 30 2e 63 72 6c       _08-31-2010.crl
273   2261:d=8  hl=2  l=  90 cons:           SEQUENCE
274   2263:d=9  hl=2  l=   8 prim:           OBJECT           :Authority Information
274   Access
275   2273:d=9  hl=2  l=  78 prim:           OCTET STRING
276          0000 - 30 4c 30 4a 06 08 2b 06-01 05 05 07 30 02 86 3e    0L0J..+.....0..>
277          0010 - 68 74 74 70 3a 2f 2f 77-77 77 2e 6d 69 63 72 6f    http://www.micro
278          0020 - 73 6f 66 74 2e 63 6f 6d-2f 70 6b 69 2f 63 65 72    soft.com/pki/cer
279          0030 - 74 73 2f 4d 69 63 43 6f-64 53 69 67 50 43 41 5f    ts/MicCodSigPCA_
280          0040 - 30 38 2d 33 31 2d 32 30-31 30 2e 63 72 74          08-31-2010.crt
281   2353:d=5  hl=2  l=  13 cons:           SEQUENCE
282   2355:d=6  hl=2  l=   9 prim:           OBJECT           :sha1WithRSAEncryption
283   2366:d=6  hl=2  l=   0 prim:           NULL
284   2368:d=5  hl=4  l= 257 prim:           BIT STRING
285          0000 - 00 77 5c eb d7 91 3d cd-bd 7b 83 d9 85 a9 b0 43    .w\...=..{.....C
286          0010 - 9d 73 7c 17 c9 0f ed 36-db c7 b5 2c 1b 5e fb 54    .s|....6...,.^.T
287          0020 - 05 3a 83 71 40 81 09 a2-b7 71 26 5e d6 7d b6 6c    .:.q@....q&^.}.l
288          0030 - 3b c9 aa 5f 5d 03 18 2a-1d 27 7e 07 e9 c5 65 1f    ;.._].*.'~..e.
289          0040 - b5 cf 0d b7 54 c7 28 38-5a 88 e7 7b c1 19 b6 56    ....T.(8Z..{...V
290          0050 - 32 ba e2 cc cb 93 db af-6e 0f 5d 44 f5 d4 b0 ef    2.......n.]D....
291          0060 - 1b d5 4e c1 af 0e ef 20-9b f2 e1 fe 27 5d e8 c5    ..N.... ....']..
292          0070 - ff 61 f6 19 d2 28 0a 22-9d df cd 70 82 9e 18 72    .a...(."...p...r
293          0080 - d8 23 cc 7a 2c 43 ee ff-ea c0 e0 e6 1d aa 9e 97    .#.z,C..........
294          0090 - 33 00 52 6f 07 b8 d3 88-6c de a4 06 35 a7 c2 53    3.Ro....l...5..S
295          00a0 - 86 65 11 77 09 8f 35 59-b9 d8 86 a8 00 fe f8 31    .e.w..5Y.......1
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
296         00b0 - 7d 2c f4 8c 05 9d c0 c1-d5 77 72 6c e9 4d 59 26    },.......wrl.MY&
297         00c0 - 83 f1 c2 b2 88 57 93 35-00 7c 50 2b bc 59 fc fe    .....W.5.|P+.Y..
298         00d0 - 1c 29 38 82 d3 de 52 97-45 29 18 4e 96 5b 9d ba    .)8...R.E).N.[..
299         00e0 - 5f 1b a3 f1 27 50 ea 07-95 e8 6d 34 0d 38 57 dc    _...'P....m4.8W.
300         00f0 - 37 28 35 95 3a 38 9c d4-ed 6a 85 5d 0e 22 11 5e    7(5.:8...j.]."."^
301         0100 - 7b                                                 {
302  2629:d=4  hl=4 l=1468 cons:        SEQUENCE
303  2633:d=5  hl=4 l= 932 cons:        SEQUENCE
304  2637:d=6  hl=2 l=   3 cons:          cont [ 0 ]
305  2639:d=7  hl=2 l=   1 prim:           INTEGER             :02
306  2642:d=6  hl=2 l=  10 prim:          INTEGER             :6133261A000000000031
307  2654:d=6  hl=2 l=  13 cons:          SEQUENCE
308  2656:d=7  hl=2 l=   9 prim:           OBJECT              :sha1WithRSAEncryption
309  2667:d=7  hl=2 l=   0 prim:           NULL
310  2669:d=6  hl=2 l=  95 cons:          SEQUENCE
311  2671:d=7  hl=2 l=  19 cons:           SET
312  2673:d=8  hl=2 l=  17 cons:            SEQUENCE
313  2675:d=9  hl=2 l=  10 prim:             OBJECT            :domainComponent
314  2687:d=9  hl=2 l=   3 prim:             IA5STRING         :com
315  2692:d=7  hl=2 l=  25 cons:           SET
316  2694:d=8  hl=2 l=  23 cons:            SEQUENCE
317  2696:d=9  hl=2 l=  10 prim:             OBJECT            :domainComponent
318  2708:d=9  hl=2 l=   9 prim:             IA5STRING         :microsoft
319  2719:d=7  hl=2 l=  45 cons:           SET
320  2721:d=8  hl=2 l=  43 cons:            SEQUENCE
321  2723:d=9  hl=2 l=   3 prim:             OBJECT            :commonName
322  2728:d=9  hl=2 l=  36 prim:             PRINTABLESTRING   :Microsoft Root
322  Certificate Authority
323  2766:d=6  hl=2 l=  30 cons:          SEQUENCE
324  2768:d=7  hl=2 l=  13 prim:           UTCTIME             :100831221932Z
325  2783:d=7  hl=2 l=  13 prim:           UTCTIME             :200831222932Z
326  2798:d=6  hl=2 l= 121 cons:          SEQUENCE
327  2800:d=7  hl=2 l=  11 cons:           SET
328  2802:d=8  hl=2 l=   9 cons:            SEQUENCE
329  2804:d=9  hl=2 l=   3 prim:             OBJECT            :countryName
330  2809:d=9  hl=2 l=   2 prim:             PRINTABLESTRING   :US
331  2813:d=7  hl=2 l=  19 cons:           SET
332  2815:d=8  hl=2 l=  17 cons:            SEQUENCE
333  2817:d=9  hl=2 l=   3 prim:             OBJECT            :stateOrProvinceName
334  2822:d=9  hl=2 l=  10 prim:             PRINTABLESTRING   :Washington
335  2834:d=7  hl=2 l=  16 cons:           SET
336  2836:d=8  hl=2 l=  14 cons:            SEQUENCE
337  2838:d=9  hl=2 l=   3 prim:             OBJECT            :localityName
338  2843:d=9  hl=2 l=   7 prim:             PRINTABLESTRING   :Redmond
339  2852:d=7  hl=2 l=  30 cons:           SET
340  2854:d=8  hl=2 l=  28 cons:            SEQUENCE
341  2856:d=9  hl=2 l=   3 prim:             OBJECT            :organizationName
342  2861:d=9  hl=2 l=  21 prim:             PRINTABLESTRING   :Microsoft Corporation
343  2884:d=7  hl=2 l=  35 cons:           SET
344  2886:d=8  hl=2 l=  33 cons:            SEQUENCE
345  2888:d=9  hl=2 l=   3 prim:             OBJECT            :commonName
346  2893:d=9  hl=2 l=  26 prim:             PRINTABLESTRING   :Microsoft Code Signing
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
      PCA
347  2921:d=6  hl=4 l= 290 cons:          SEQUENCE
348  2925:d=7  hl=2 l=  13 cons:          SEQUENCE
349  2927:d=8  hl=2 l=   9 prim:           OBJECT             :rsaEncryption
350  2938:d=8  hl=2 l=   0 prim:           NULL
351  2940:d=7  hl=4 l= 271 prim:           BIT STRING
352      0000 - 00 30 82 01 0a 02 82 01-01 00 b2 72 59 5c 19 30   .0.........rY\.0
353      0010 - 64 bf 1d 9a 60 20 20 42-99 76 53 6c 3e 1b d6 6f   d...` B.vS1>..o
354      0020 - cc cb f1 ea 6b fe 97 16-10 e0 df 3a 74 83 1a b7   ....k......:t...
355      0030 - 2f a0 32 ec ff de c2 42-4e 23 d5 72 00 db 35 57   /.2....BN#.r..5W
356      0040 - 0a 89 ca ae 20 49 f4 f0-68 ac 4d 4b 8d a5 bd 79   .... I..h.MK...y
357      0050 - 4b 71 9b 47 07 da fd 25-df 9d 75 88 cf aa 73 44   Kq.G...%..u...sD
358      0060 - 7f d7 81 db f3 bd f2 36-a4 c9 5c 45 dc af ad 3d   .......6..\E...=
359      0070 - e0 28 68 97 1a a7 a5 72-73 56 f1 17 94 e4 fd 35   .(h...rsV.....5
360      0080 - 94 72 a0 d6 76 5f 1e 77-45 83 85 38 16 d0 73 5b   .r..v_.wE..8..s[
361      0090 - 05 ba 67 52 8d a5 b2 69-2f da 19 0b fe 92 74 29   ..gR...i/.....t)
362      00a0 - e2 76 2f 54 dd 14 30 59-f8 d2 8d 62 fd cb c9 5f   .v/T..0Y...b..._
363      00b0 - 46 31 50 b9 27 13 e4 40-30 cf 72 29 10 28 22 c7   F1P.'..@0.r).(".
364      00c0 - 37 4e 3d a0 32 3d 90 cd-a1 38 06 85 5c 4e 56 82   7N=.2=...8..\NV.
365      00d0 - 28 2a 05 32 b7 4b d7 4f-63 e7 d2 2d 62 f1 45 3d   (*.2.K.Oc..-b.E=
366      00e0 - e7 ac 08 00 f6 46 a1 9e-d1 5b 8c 26 53 e8 7a aa   .....F...[.&S.z.
367      00f0 - 4a f2 46 cf 37 3c 38 9e-b4 77 5c a5 17 9e 8d cb   J.F.7<8..w\.....
368      0100 - 11 8f 56 3c c1 ac 09 5f-03 d3 02 03 01 00 01      ..V<..._.......
369  3215:d=6  hl=4 l= 350 cons:          cont [ 3 ]
370  3219:d=7  hl=4 l= 346 cons:          SEQUENCE
371  3223:d=8  hl=2 l=  15 cons:          SEQUENCE
372  3225:d=9  hl=2 l=   3 prim:           OBJECT             :X509v3 Basic
372  Constraints
373  3230:d=9  hl=2 l=   1 prim:           BOOLEAN            :255
374  3233:d=8  hl=2 l=   5 prim:           OCTET STRING
375      0000 - 30 03 01 01 ff                                   0....
376  3240:d=8  hl=2 l=  29 cons:          SEQUENCE
377  3242:d=9  hl=2 l=   3 prim:           OBJECT             :X509v3 Subject Key
377  Identifier
378  3247:d=9  hl=2 l=  22 prim:           OCTET STRING
379      0000 - 04 14 cb 11 e8 ca d2 b4-16 58 01 c9 37 2e 33 16   .........X..7.3.
380      0010 - 16 b9 4c 9a 0a 1f                                 ..L...
381  3271:d=8  hl=2 l=  11 cons:          SEQUENCE
382  3273:d=9  hl=2 l=   3 prim:           OBJECT             :X509v3 Key Usage
383  3278:d=9  hl=2 l=   4 prim:           OCTET STRING
384      0000 - 03 02 01 86                                       ....
385  3284:d=8  hl=2 l=  18 cons:          SEQUENCE
386  3286:d=9  hl=2 l=   9 prim:           OBJECT             :1.3.6.1.4.1.311.21.1
387  3297:d=9  hl=2 l=   5 prim:           OCTET STRING
388      0000 - 02 03 01 00 01                                    .....
389  3304:d=8  hl=2 l=  35 cons:          SEQUENCE
390  3306:d=9  hl=2 l=   9 prim:           OBJECT             :1.3.6.1.4.1.311.21.2
391  3317:d=9  hl=2 l=  22 prim:           OCTET STRING
392      0000 - 04 14 fd d1 31 4e d3 26-8a 95 e1 98 60 3b a8 31   ....1N.&....`;.1
393      0010 - 6f a6 3c bc d8 2d                                 o.<..-
394  3341:d=8  hl=2 l=  25 cons:          SEQUENCE
395  3343:d=9  hl=2 l=   9 prim:           OBJECT             :1.3.6.1.4.1.311.20.2
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
396   3354:d=9  hl=2 l=   12 prim:             OCTET STRING
397       0000 - 1e 0a 00 53 00 75 00 62-00 43 00 41         ...S.u.b.C.A
398   3368:d=8  hl=2 l=   31 cons:             SEQUENCE
399   3370:d=9  hl=2 l=    3 prim:             OBJECT           :X509v3 Authority Key
399   Identifier
400   3375:d=9  hl=2 l=   24 prim:             OCTET STRING
401       0000 - 30 16 80 14 0e ac 82 60-40 56 27 97 e5 25 13 fc   0......`@V'..%..
402       0010 - 2a e1 0a 53 95 59 e4 a4-                          *..S.Y..
403   3401:d=8  hl=2 l=   80 cons:             SEQUENCE
404   3403:d=9  hl=2 l=    3 prim:             OBJECT           :X509v3 CRL
404   Distribution Points
405   3408:d=9  hl=2 l=   73 prim:             OCTET STRING
406       0000 - 30 47 30 45 a0 43 a0 43-a0 41-86 3f 68 74 74 70 3a 2f   0G0E.C.A.?http:/
407       0010 - 2f 63 72 6c 2e 6d 69 63-72 6f 73 6f 66 74 2e 63   /crl.microsoft.c
408       0020 - 6f 6d 2f 70 6b 69 2f 63-72 6c 2f 70 72 6f 64 75   om/pki/crl/produ
409       0030 - 63 74 73 2f 6d 69 63 72-6f 73 6f 66 74 72 6f 6f   cts/microsoftroo
410       0040 - 74 63 65 72 74 2e 63 72-6c                        tcert.crl
411   3483:d=8  hl=2 l=   84 cons:             SEQUENCE
412   3485:d=9  hl=2 l=    8 prim:             OBJECT           :Authority Information
412   Access
413   3495:d=9  hl=2 l=   72 prim:             OCTET STRING
414       0000 - 30 46 30 44 06 08 2b 06-01 05 05 07 30 02 86 38   0F0D..+.....0..8
415       0010 - 68 74 74 70 3a 2f 2f 77-77 77 2e 6d 69 63 72 6f   http://www.micro
416       0020 - 73 6f 66 74 2e 63 6f 6d-2f 70 6b 69 2f 63 65 72   soft.com/pki/cer
417       0030 - 74 73 2f 4d 69 63 72 6f-73 6f 66 74 52 6f 6f 74   ts/MicrosoftRoot
418       0040 - 43 65 72 74 2e 63 72 74-                          Cert.crt
419   3569:d=5  hl=2 l=   13 cons:             SEQUENCE
420   3571:d=6  hl=2 l=    9 prim:             OBJECT           :sha1WithRSAEncryption
421   3582:d=6  hl=2 l=    0 prim:             NULL
422   3584:d=4  hl=4 l=  513 prim:             BIT STRING
423       0000 - 00 59 39 3e 7f 26 46 af-eb 6f 40 b1 32 b5 6a eb   .Y9>.&F..o@.2.j.
424       0010 - 0e 2f 6e a8 49 f7 eb 5f-75 ed 4c 3b 2d d7 43 ad   ./n.I.._u.L;-.C.
425       0020 - 0b fe cb e9 2d 31 a3 23-cc 7c 50 98 80 21 5d ac   ....-1.#.|P..!].
426       0030 - 3d 2f 4c ba a2 a8 56 9c-e3 70 bb b8 b4 f8 79 b5   =/L...V..p....y.
427       0040 - 49 72 f7 3e ea 41 7f ca-e1 0c 17 69 cb a3 76 20   Ir.>.A.....i...
428       0050 - 2d fa 0b 50 c4 56 cd 2d-e3 4a d2 bc 70 e7 a8 0d   -..P.V.-.J..p...
429       0060 - a2 03 a5 56 e0 b8 8a 4b-57 f2 95 42 9c f1 f3 ef   ...V..KW..B....
430       0070 - ee e3 86 1f 34 3c b8 56-9a f0 53 23 85 2a a4 82   ....4<.V..S#.*..
431       0080 - 1c 93 e2 94 07 1d f2 e2-4e f8 8c a1 ca e8 13 a5   ........N.......
432       0090 - 91 4e c8 1b d2 8f 72 95-2a 71 6d 9b 1a f8 1c f0   .N....r.*qm.....
433       00a0 - 53 d6 67 cc 22 ff 5c 1d-cd a2 8c bd 27 b2 79 63   S.g.".\.....'.yc
434       00b0 - 56 44 a2 51 cd f9 e9 a3-58 56 dd 9b 02 45 44 2f   VD.Q....XV...ED/
435       00c0 - 5f f4 da ae d4 82 32 6e-fc a4 95 13 e4 eb 69 e7   _.....2n......i.
436       00d0 - a9 a2 2c be c8 2b 10 0e-65 8e 99 db f5 a2 fa 12   ..,..+..e.......
437       00e0 - 26 09 65 38 94 f1 7a 1f-4a bb d1 e1 56 e8 d0 78   &.e8..z.J...V..x
438       00f0 - 96 18 5c c9 35 16 5f dd-93 1d 49 8e 2d be ad 34   ..\.5.._.I.-..4
439       0100 - 44 1c ee 10 15 1a 00 5d-dd 35 5b 21 ce 98 c7 09   D.....].5[!....
440       0110 - ee 85 0e 8c 4f 6d 0e 13-4e 3d 7c 29 48 9c 72 d1   ....Om..N=|)H.r.
441       0120 - f3 6c ca c1 ec 70 a3 57-92 57 7d 94 8d a0 1b 48   .l...p.W.W}....H
442       0130 - 03 5a f7 cf a3 67 0a 74-a5 36 ed 2d 2f 17 c8 e6   .Z...g.t.6.-/...
443       0140 - 72 37 12 f4 6f b1 3c 67-82 f9 52 b2 8d 33 16 65   r7..o.<g..R..3.e
444       0150 - 1e 0e 8a dd 10 de 64 f4-6f ce 46 d4 d3 17 e9 79   ......d.o.F....y
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
445        0160 - c4 04 b4 d3 fb 2c df 1f-8a 9e ac 0a fb 13 27 40    ....,.......'@
446        0170 - ad e4 f9 e1 a9 7f 46 bb-07 60 47 65 60 40 4e b0    ......F..`Ge`@N.
447        0180 - 42 ec 4e ed b3 76 79 d8-0a 34 09 6d 1c 80 31 1f    B.N..vy..4.m..1.
448        0190 - e2 0e 54 dd e5 a1 fb e5-47 10 ad 64 98 ff 50 16    ..T.....G..d..P.
449        01a0 - 2e 7c bf 05 21 7a e2 95-41 27 69 c3 93 8f 95 c9    .|..!z..A'i.....
450        01b0 - 8d d8 9b 21 ae 0d 5c 9c-f0 a2 ae 86 68 83 0c 6a    ...!..\.....h..j
451        01c0 - 2d bb 76 6b 00 1d 96 ad-f2 16 7b f6 16 83 24 b9    -.vk......{...$.
452        01d0 - 88 cf 6a a8 47 31 2f 9a-dc e3 71 3d d7 00 7e 62    ..j.G1/...q=..~b
453        01e0 - 47 d1 ce 88 c9 b8 18 fa-0e 72 8d c1 a3 3d af 02    G........r...=..
454        01f0 - 40 6a ff 69 9b 96 e2 10-a8 10 b4 37 50 08 d6 c3    @j.i.......7P...
455        0200 - 3d                                                 =
456    4101:d=4  hl=4 l=1543 cons:       SEQUENCE
457    4105:d=5  hl=4 l=1007 cons:         SEQUENCE
458    4109:d=6  hl=2 l=   3 cons:           cont [ 0 ]
459    4111:d=7  hl=2 l=   1 prim:            INTEGER           :02
460    4114:d=6  hl=2 l=  10 prim:           INTEGER           :6116683400000000001C
461    4126:d=6  hl=2 l=  13 cons:           SEQUENCE
462    4128:d=7  hl=2 l=   9 prim:            OBJECT            :sha1WithRSAEncryption
463    4139:d=7  hl=2 l=   0 prim:            NULL
464    4141:d=6  hl=2 l=  95 cons:           SEQUENCE
465    4143:d=7  hl=2 l=  19 cons:            SET
466    4145:d=8  hl=2 l=  17 cons:             SEQUENCE
467    4147:d=9  hl=2 l=  10 prim:              OBJECT          :domainComponent
468    4159:d=9  hl=2 l=   3 prim:              IA5STRING       :com
469    4164:d=7  hl=2 l=  25 cons:            SET
470    4166:d=8  hl=2 l=  23 cons:             SEQUENCE
471    4168:d=9  hl=2 l=  10 prim:              OBJECT          :domainComponent
472    4180:d=9  hl=2 l=   9 prim:              IA5STRING       :microsoft
473    4191:d=7  hl=2 l=  45 cons:            SET
474    4193:d=8  hl=2 l=  43 cons:             SEQUENCE
475    4195:d=9  hl=2 l=   3 prim:              OBJECT          :commonName
476    4200:d=9  hl=2 l=  36 prim:              PRINTABLESTRING :Microsoft Root
476    Certificate Authority
477    4238:d=6  hl=2 l=  30 cons:           SEQUENCE
478    4240:d=7  hl=2 l=  13 prim:            UTCTIME           :070403125309Z
479    4255:d=7  hl=2 l=  13 prim:            UTCTIME           :210403130309Z
480    4270:d=6  hl=2 l= 119 cons:           SEQUENCE
481    4272:d=7  hl=2 l=  11 cons:            SET
482    4274:d=8  hl=2 l=   9 cons:             SEQUENCE
483    4276:d=9  hl=2 l=   3 prim:              OBJECT          :countryName
484    4281:d=9  hl=2 l=   2 prim:              PRINTABLESTRING :US
485    4285:d=7  hl=2 l=  19 cons:            SET
486    4287:d=8  hl=2 l=  17 cons:             SEQUENCE
487    4289:d=9  hl=2 l=   3 prim:              OBJECT          :stateOrProvinceName
488    4294:d=9  hl=2 l=  10 prim:              PRINTABLESTRING :Washington
489    4306:d=7  hl=2 l=  16 cons:            SET
490    4308:d=8  hl=2 l=  14 cons:             SEQUENCE
491    4310:d=9  hl=2 l=   3 prim:              OBJECT          :localityName
492    4315:d=9  hl=2 l=   7 prim:              PRINTABLESTRING :Redmond
493    4324:d=7  hl=2 l=  30 cons:            SET
494    4326:d=8  hl=2 l=  28 cons:             SEQUENCE
495    4328:d=9  hl=2 l=   3 prim:              OBJECT          :organizationName
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
496  4333:d=9  hl=2 l=   21 prim:           PRINTABLESTRING   :Microsoft Corporation
497  4356:d=7  hl=2 l=   33 cons:       SET
498  4358:d=8  hl=2 l=   31 cons:         SEQUENCE
499  4360:d=9  hl=2 l=    3 prim:           OBJECT            :commonName
500  4365:d=9  hl=2 l=   24 prim:           PRINTABLESTRING   :Microsoft Time-Stamp
500  PCA
501  4391:d=6  hl=4 l=  290 cons:     SEQUENCE
502  4395:d=7  hl=2 l=   13 cons:       SEQUENCE
503  4397:d=8  hl=2 l=    9 prim:         OBJECT              :rsaEncryption
504  4408:d=8  hl=2 l=    0 prim:         NULL
505  4410:d=7  hl=4 l=  271 prim:       BIT STRING
506      0000 - 00 30 82 01 0a 02 82 01-01 00 9f a1 6c b1 df db   .0..........l...
507      0010 - 48 92 2a 7c 6b 2e 19 e1-bd e2 e3 c5 99 51 23 50   H.*|k........Q#P
508      0020 - ad ce dd 18 4e 24 0f ee-d1 a7 d1 4c ad 74 30 20   ....N$.....L.t0
509      0030 - 11 eb 07 d5 54 95 15 49-94 1b 42 92 ae 98 5c 30   ....T..I..B...\0
510      0040 - 26 da 00 6b e8 7b bd ec-89 07 0f f7 0e 04 98 f0   &..k.{..........
511      0050 - 89 cc 1f cb 33 24 87 9d-f2 f4 67 1c 2c fc 7b e7   ....3$....g.,.{.
512      0060 - 88 1d ea e7 4e a3 a1 c1-23 53 ca 8d fa 45 cf 09   ....N...#S...E..
513      0070 - d0 5e af d0 b0 42 04 a2-f9 a6 6c 93 67 d7 28 dc   .^...B....l.g.(.
514      0080 - 46 53 b0 86 d0 e5 28 46-2e 27 ac 86 4f 55 52 0c   FS....(F.'..OUR.
515      0090 - e4 03 2c fb 6a 90 90 30-6e 87 f3 59 30 9d fa 7e   ..,.j..0n..Y0..~
516      00a0 - d6 97 b3 e8 21 97 7e f8-d2 13 f3 08 b7 53 6d 52   ....!.~.....SmR
517      00b0 - b4 45 90 9f 48 00 4a 47-66 11 27 29 66 a8 97 e4   .E..H.JGf.')f...
518      00c0 - d3 06 81 4a a2 f9 84 a7-11 47 14 09 82 9f 84 ed   ...J....G.....
519      00d0 - 55 78 fe 01 9a 1d 50 08-85 00 10 30 46 ed b7 de   Ux....P....0F...
520      00e0 - 23 46 bb c4 2d 54 9f af-1e 78 41 31 77 cc 9b df   #F..-T..xA1w...
521      00f0 - 3b 83 93 a1 61 02 b5 1d-0d b1 fc f7 9b b2 01 ce   ;...a...........
522      0100 - 22 4b 54 ff f9 05 c3 c2-20 0b 02 03 01 00 01      "KT..... ......
523  4685:d=6  hl=4 l=  427 cons:           cont [ 3 ]
524  4689:d=7  hl=4 l=  423 cons:       SEQUENCE
525  4693:d=8  hl=2 l=   15 cons:         SEQUENCE
526  4695:d=9  hl=2 l=    3 prim:           OBJECT            :X509v3 Basic
526  Constraints
527  4700:d=9  hl=2 l=    1 prim:           BOOLEAN           :255
528  4703:d=9  hl=2 l=    5 prim:           OCTET STRING
529      0000 - 30 03 01 01 ff                                    0....
530  4710:d=8  hl=2 l=   29 cons:         SEQUENCE
531  4712:d=9  hl=2 l=    3 prim:           OBJECT            :X509v3 Subject Key
531  Identifier
532  4717:d=9  hl=2 l=   22 prim:           OCTET STRING
533      0000 - 04 14 23 34 f8 d9 52 46-70 0a ed 40 fb 76 fb b3   ..#4..RFp..@.v..
534      0010 - 2b b0 c3 35 b3 0f                                 +..5..
535  4741:d=8  hl=2 l=   11 cons:         SEQUENCE
536  4743:d=9  hl=2 l=    3 prim:           OBJECT            :X509v3 Key Usage
537  4748:d=9  hl=2 l=    4 prim:           OCTET STRING
538      0000 - 03 02 01 86                                       ....
539  4754:d=8  hl=2 l=   16 cons:         SEQUENCE
540  4756:d=9  hl=2 l=    9 prim:           OBJECT            :1.3.6.1.4.1.311.21.1
541  4767:d=9  hl=2 l=    3 prim:           OCTET STRING
542      0000 - 02 01 00                                          ..
543  4772:d=8  hl=3 l=  152 cons:         SEQUENCE
544  4775:d=9  hl=2 l=    3 prim:           OBJECT            :X509v3 Authority Key
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
        Identifier
545  4780:d=9  hl=3 l= 144 prim:          OCTET STRING
546       0000 - 30 81 8d 80 14 0e ac 82-60 40 56 27 97 e5 25 13    0.......`@V'..%.
547       0010 - fc 2a e1 0a 53 95 59 e4-a4 a1 63 a4 61 30 5f 31    .*..S.Y...c.a0_1
548       0020 - 13 30 11 06 0a 09 92 26-89 93 f2 2c 64 01 19 16    .0.....&...,d...
549       0030 - 03 63 6f 6d 31 19 30 17-06 0a 09 92 26 89 93 f2    .com1.0.....&...
550       0040 - 2c 64 01 19 16 09 6d 69-63 72 6f 73 6f 66 74 31    ,d....microsoft1
551       0050 - 2d 30 2b 06 03 55 04 03-13 24 4d 69 63 72 6f 73    -0+..U...$Micros
552       0060 - 6f 66 74 20 52 6f 6f 74-20 43 65 72 74 69 66 69    oft Root Certifi
553       0070 - 63 61 74 65 20 41 75 74-68 6f 72 69 74 79 82 10    cate Authority..
554       0080 - 79 ad 16 a1 4a a0 a5 ad-4c 73 58 f4 07 13 2e 65    y...J...LsX....e
555  4927:d=8  hl=2 l=  80 cons:           SEQUENCE
556  4929:d=9  hl=2 l=   3 prim:           OBJECT            :X509v3 CRL
556  Distribution Points
557  4934:d=9  hl=2 l=  73 prim:           OCTET STRING
558       0000 - 30 47 30 45 a0 43 a0-41-86 3f 68 74 74 70 3a 2f    0G0E.C.A.?http:/
559       0010 - 2f 63 72 6c 2e 6d 69-63-72 6f 73 6f 66 74 2e 63    /crl.microsoft.c
560       0020 - 6f 6d 2f 70 6b 69 2f-63-72 6c 2f 70 72 6f 64 75    om/pki/crl/produ
561       0030 - 63 74 73 2f 6d 69 63-72-6f 73 6f 66 74 72 6f 6f    cts/microsoftroo
562       0040 - 74 63 65 72 74 2e 63-72-6c                         tcert.crl
563  5009:d=8  hl=2 l=  84 cons:           SEQUENCE
564  5011:d=9  hl=2 l=   8 prim:           OBJECT            :Authority Information
564  Access
565  5021:d=9  hl=2 l=  72 prim:           OCTET STRING
566       0000 - 30 46 30 44 06 08 2b-06-01 05 05 07 30 02 86 38    0F0D..+.....0..8
567       0010 - 68 74 74 70 3a 2f 2f-77-77 77 2e 6d 69 63 72 6f    http://www.micro
568       0020 - 73 6f 66 74 2e 63 6f-6d-2f 70 6b 69 2f 63 65 72    soft.com/pki/cer
569       0030 - 74 73 2f 4d 69 63 72-6f-73 6f 66 74 52 6f 6f 74    ts/MicrosoftRoot
570       0040 - 43 65 72 74 2e 63 72-74-                           Cert.crt
571  5095:d=8  hl=2 l=  19 cons:           SEQUENCE
572  5097:d=9  hl=2 l=   3 prim:           OBJECT            :X509v3 Extended Key
572  Usage
573  5102:d=9  hl=2 l=  12 prim:           OCTET STRING
574       0000 - 30 0a 06 08 2b 06 01-05-05 07 03 08                0...+.......
575  5116:d=5  hl=2 l=  13 cons:           SEQUENCE
576  5118:d=2 l=   9 prim:           OBJECT            :sha1WithRSAEncryption
577  5129:d=6  hl=2 l=   0 prim:           NULL
578  5131:d=4  hl=4 l= 513 prim:           BIT STRING
579       0000 - 00 10 97 8a c3 5c 03-44-36 dd e9 b4 ad 77 db ce    .....\.D6....w..
580       0010 - 79 51 4d 01 b1 2e 74-71-5b 6d 0c 13 ab ce be 7b    yQM...tq[m.....{
581       0020 - 8f b8 2e d4 12 a2 8c-6d-62 b8 57 02 cb 4e 20 13    .......mb.W..N .
582       0030 - 50 99 dd 7a 40 e2 57-bb-af 58 9a 1c e1 1d 01 86    P..z@.W..X......
583       0040 - ac bb 78 f2 8b d0 ec-3b-01 ee e2 be 8f 0a 05 c8    ..x....;........
584       0050 - 8d 48 e2 f0 53 15 dd-4f-ab 92 a4 f8 8d 6a d5 80    .H..S..O....j..
585       0060 - c1 e6 94 f2 06 2f 85-03-e9 91 2a 24 22 70 fb f6    ...../...*$"p..
586       0070 - fc e4 78 99 2e 0d f7-07-e2 70 bc 18 4e 9d 8e 0b    ..x......p..N..k
587       0080 - 0a 72 95 b8 a1 39 9c-67-2d c5 51 0e ea 62 5c 3f    .r...9.g-..Q..b\?
588       0090 - 16 98 8b 20 3f e2 07-1a-32 f9 cc 31 4a 76 31 3d    ... ?...2..1Jv1=
589       00a0 - 2b 72 0b c8 ea 70 3d-ff-85 0a 13 df c2 0a 61 8e    +r...p=.......a.
590       00b0 - f0 d7 b8 17 eb 4e 8b-7f-c5 35 2b 5e a3 bf eb bc    .....N...5+^....
591       00c0 - 7d 0b 42 7b d4 53 72-21-ee 30 ca bb 78 65 5c 5b    }.B{.Sr!.0..xe\[
592       00d0 - 01 17 0a 14 0e d2 da-14-98 f5 3c b9 66 58 b3 2d    ..........<.fX.-
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
593      00e0 - 2f e7 f9 85 86 cc 51 56-e8 9d 70 94 6c ac 39 4c   /.....QV..p.l.9L
594      00f0 - d4 f6 79 bf aa 18 7a 62-29 ef a2 9b 29 34 06 77   ..y...zb)...)4.w
595      0100 - 1a 62 c9 3d 1e 6d 1f 82-f0 0b c7 2c bb cf 43 b3   .b.=.m....,..C.
596      0110 - e5 f9 ec 7d b5 e3 a4 a8-74 35 b8 4e c5 71 23 12   ...}....t5.N.q#.
597      0120 - 26 76 0b 3c 52 8c 71 5a-46 43 14 bc b3 b3 b0 4d   &v.<R.qZFC.....M
598      0130 - 67 c8 9f 42 ff 80 79 21-80 9e 15 30 66 e8 42 12   g..B..y!...0f.B.
599      0140 - 5e 1a c8 9e 22 21 d0 43-e9 2b e9 bb f4 48 cc 2c   ^..."!.C.+...H.,
600      0150 - d4 d8 32 80 4c 26 2a 48-24 5f 5a ea 56 ef a6 de   ..2.L&*H$_Z.V...
601      0160 - 99 9d ca 3a 6f bd 81 27-74 06 11 ee 76 21 bf 9b   ...:o..'t...v!..
602      0170 - 82 c1 27 54 b6 b1 6a 3d-89 a1 76 61 b4 6e a1 13   ..'T.j=..va.n..
603      0180 - a6 bf aa 47 f0 12 6f fd-8a 32 6c b2 fe df 51 c8   ...G..o..2l...Q.
604      0190 - 8c 23 c9 66 bd 9d 1d 87-12 64 02 3d 2d af 59 8f   .#.f.....d.=-.Y.
605      01a0 - b8 e4 21 e5 b5 b0 ca 63-b4 78 54 05 d4 41 2e 50   ..!....c.xT..A.P
606      01b0 - ac 94 b0 a5 78 ab b3 a0-96 75 1a d9 92 87 13 75   ....x....u.....u
607      01c0 - 22 2f 32 a8 08 6e a0 5b-8c 25 bf a0 ef 84 ca 21   "/2..n.[.%.....!
608      01d0 - d6 eb 1e 4f ca 9a ee 49-e0 f7 01 65 6f 89 0b 7d   ...O...I...eo..}
609      01e0 - c8 69 c8 e6 6e ea a7 97-ce 31 29 ff 0e c5 5b 5c   .i..n....1)...[\
610      01f0 - d8 4d 1b a1 d8 fa 2f 9e-3f 2e 55 16 6b c9 13 a3   .M..../.?.U.k...
611      0200 - fd                                                .
612  5648:d=3  hl=4 l=1195 cons:     SET
613  5652:d=4  hl=4 l=1191 cons:      SEQUENCE
614  5656:d=5  hl=2 l=   1 prim:       INTEGER           :01
615  5659:d=5  hl=3 l= 144 cons:       SEQUENCE
616  5662:d=6  hl=2 l= 121 cons:        SEQUENCE
617  5664:d=7  hl=2 l=  11 cons:         SET
618  5666:d=8  hl=2 l=   9 cons:          SEQUENCE
619  5668:d=9  hl=2 l=   3 prim:           OBJECT            :countryName
620  5673:d=9  hl=2 l=   2 prim:           PRINTABLESTRING   :US
621  5677:d=7  hl=2 l=  19 cons:         SET
622  5679:d=8  hl=2 l=  17 cons:          SEQUENCE
623  5681:d=9  hl=2 l=   3 prim:           OBJECT            :stateOrProvinceName
624  5686:d=9  hl=2 l=  10 prim:           PRINTABLESTRING   :Washington
625  5698:d=7  hl=2 l=  16 cons:         SET
626  5700:d=8  hl=2 l=  14 cons:          SEQUENCE
627  5702:d=9  hl=2 l=   3 prim:           OBJECT            :localityName
628  5707:d=9  hl=2 l=   7 prim:           PRINTABLESTRING   :Redmond
629  5716:d=7  hl=2 l=  30 cons:         SET
630  5718:d=8  hl=2 l=  28 cons:          SEQUENCE
631  5720:d=9  hl=2 l=   3 prim:           OBJECT            :organizationName
632  5725:d=9  hl=2 l=  21 prim:           PRINTABLESTRING   :Microsoft Corporation
633  5748:d=7  hl=2 l=  35 cons:         SET
634  5750:d=8  hl=2 l=  33 cons:          SEQUENCE
635  5752:d=9  hl=2 l=   3 prim:           OBJECT            :commonName
636  5757:d=9  hl=2 l=  26 prim:           PRINTABLESTRING   :Microsoft Code Signing
636  PCA
637  5785:d=6  hl=2 l=  19 prim:        INTEGER
637  :33000000CA6CD5321235C4E1550001000000CA
638  5806:d=5  hl=2 l=   9 cons:       SEQUENCE
639  5808:d=6  hl=2 l=   5 prim:        OBJECT            :sha1
640  5815:d=6  hl=2 l=   0 prim:        NULL
641  5817:d=5  hl=3 l= 196 cons:       cont [ 0 ]
642  5820:d=6  hl=2 l=  25 cons:        SEQUENCE
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
643  5822:d=7  hl=2 l=    9 prim:       OBJECT              :contentType
644  5833:d=7  hl=2 l=   12 cons:       SET
645  5835:d=8  hl=2 l=   10 prim:         OBJECT            :1.3.6.1.4.1.311.2.1.4
646  5847:d=6  hl=2 l=   28 cons:       SEQUENCE
647  5849:d=7  hl=2 l=   10 prim:       OBJECT              :1.3.6.1.4.1.311.2.1.11
648  5861:d=7  hl=2 l=   14 cons:       SET
649  5863:d=8  hl=2 l=   12 cons:         SEQUENCE
650  5865:d=9  hl=2 l=   10 prim:         OBJECT            :Microsoft Individual
650  Code Signing
651  5877:d=6  hl=2 l=   35 cons:       SEQUENCE
652  5879:d=7  hl=2 l=    9 prim:       OBJECT              :messageDigest
653  5890:d=7  hl=2 l=   22 cons:       SET
654  5892:d=8  hl=2 l=   20 prim:         OCTET STRING
655       0000 - 2b f2 a8 00 1e 64 8d 79-10 89 be e1 e3 df 70 84   +....d.y......p.
656       0010 - 61 11 47 57                                       a.GW
657  5914:d=6  hl=2 l=  100 cons:       SEQUENCE
658  5916:d=7  hl=2 l=   10 prim:       OBJECT              :1.3.6.1.4.1.311.2.1.12
659  5928:d=7  hl=2 l=   86 cons:       SET
660  5930:d=8  hl=2 l=   84 cons:         SEQUENCE
661  5932:d=9  hl=2 l=   42 cons:           cont [ 0 ]
662  5934:d=10 hl=2 l=   40 prim:           cont [ 0 ]
663  5976:d=9  hl=2 l=   38 cons:           cont [ 1 ]
664  5978:d=10 hl=2 l=   36 prim:             cont [ 0 ]
665  6016:d=5  hl=2 l=   13 cons:       SEQUENCE
666  6018:d=6  hl=2 l=    9 prim:       OBJECT              :rsaEncryption
667  6029:d=6  hl=2 l=    0 prim:       NULL
668  6031:d=5  hl=4 l=  256 prim:       OCTET STRING
669       0000 - 20 fa 87 6d 52 2a 27 55-e6 25 c0 db 8c ec ea 76   ..mR*'U.%.....v
670       0010 - ba 75 2b 57 87 fd 0e 7a-0d c9 d8 53 67 82 b8 82   .u+W...z...Sg...
671       0020 - cf e8 4c f5 9f 30 64 ab-5f 1f 02 98 0e 40 f4 1a   ..L..0d._...@..
672       0030 - 74 63 50 b0 06 3e 7d 58-9b 92 a3 d0 3a 5f 58 6a   tcP..>}X....:_Xj
673       0040 - 0a 00 93 27 c5 6e d3 e6-85 16 3d 3b 40 0d 0c 36   ...'.n....=;@..6
674       0050 - be 5f 62 8d a2 85 07 36-d0 5f f2 4a c9 cd e7 b5   ._b...6._.J.....
675       0060 - c5 20 e3 93 61 8a 26 77-a7 07 64 ed ec b5 16 bd   . ..a.&w..d.....
676       0070 - a2 75 3f ee be 2a b2 11-11 de 87 df 9e fd 5c b1   .u?..*........\.
677       0080 - 67 cb a6 98 c8 26 ab 66-78 2d 5c 95 d1 22 22 25   g....&.fx-\..""%
678       0090 - 16 45 41 7a 7d f2 f6 b5-20 9f f0 87 04 0a f2 97   .EAz}... .......
679       00a0 - 3a a0 73 63 36 68 ed 1c-db b4 98 b7 cb d2 e9 49   :.sc6h.........I
680       00b0 - 5a 9c 65 92 71 fa ca 03-41 6c da 5f d3 ba 74 a0   Z.e.q..Al._..t.
681       00c0 - 5c b5 66 c1 6d ee 4f bf-ed 2a d5 f7 c6 dd 25 8b   \.f.m.O..*....%.
682       00d0 - 42 60 15 e9 07 a9 3a cb-c3 f5 bf 76 66 e9 de b5   B`....:...vf...
683       00e0 - 74 74 7a 7b 60 c4 6b 0d-36 b9 8f 9c 81 a4 0c 08   ttz{`.k.6.......
684       00f0 - 2b 36 e8 ff c7 77 a3 53-01 ea 50 ca 2b d9 35 a9   +6...w.S..P.+.5.
685  6291:d=5  hl=4 l=  552 cons:       cont [ 1 ]
686  6295:d=6  hl=4 l=  548 cons:       SEQUENCE
687  6299:d=7  hl=2 l=    9 prim:       OBJECT              :countersignature
688  6310:d=7  hl=4 l=  533 cons:       SET
689  6314:d=8  hl=4 l=  529 cons:         SEQUENCE
690  6318:d=9  hl=2 l=    1 prim:         INTEGER           :01
691  6321:d=9  hl=3 l=  142 cons:         SEQUENCE
692  6324:d=10 hl=2 l=  119 cons:           SEQUENCE
693  6326:d=11 hl=2 l=   11 cons:             SET
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
694  6328:d=1  hl=2  l=   9 cons:                    SEQUENCE
695  6330:d=2  hl=2  l=   3 prim:                    OBJECT                  :countryName
696  6335:d=3  hl=2  l=   2 prim:                    PRINTABLESTRING    :US
697  6339:d=1  hl=2  l=  19 cons:                SET
698  6341:d=2  hl=2  l=  17 cons:                    SEQUENCE
699  6343:d=3  hl=2  l=   3 prim:                    OBJECT
699  :stateOrProvinceName
700  6348:d=3  hl=2  l=  10 prim:                    PRINTABLESTRING    :Washington
701  6360:d=1  hl=2  l=  16 cons:                SET
702  6362:d=2  hl=2  l=  14 cons:                    SEQUENCE
703  6364:d=3  hl=2  l=   3 prim:                    OBJECT                  :localityName
704  6369:d=3  hl=2  l=   7 prim:                    PRINTABLESTRING    :Redmond
705  6378:d=1  hl=2  l=  30 cons:                SET
706  6380:d=2  hl=2  l=  28 cons:                    SEQUENCE
707  6382:d=3  hl=2  l=   3 prim:                    OBJECT                  :organizationName
708  6387:d=3  hl=2  l=  21 prim:                    PRINTABLESTRING    :Microsoft
708  Corporation
709  6410:d=1  hl=2  l=  33 cons:                SET
710  6412:d=2  hl=2  l=  31 cons:                    SEQUENCE
711  6414:d=3  hl=2  l=   3 prim:                    OBJECT                  :commonName
712  6419:d=3  hl=2  l=  24 prim:                    PRINTABLESTRING    :Microsoft
712  Time-Stamp PCA
713  6445:d=2  hl=2  l=  19 prim:                    INTEGER
713  :3300000071B32E8A6B82AA1F4E000000000071
714  6466:d=9  hl=2  l=   9 cons:                SEQUENCE
715  6468:d=10 hl=2  l=   5 prim:                OBJECT                  :sha1
716  6475:d=10 hl=2  l=   0 prim:                NULL
717  6477:d=9  hl=2  l=  93 cons:                cont [ 0 ]
718  6479:d=10 hl=2  l=  24 cons:                SEQUENCE
719  6481:d=11 hl=2  l=   9 prim:                OBJECT                  :contentType
720  6492:d=11 hl=2  l=  11 cons:                SET
721  6494:d=12 hl=2  l=   9 prim:                    OBJECT                  :pkcs7-data
722  6505:d=10 hl=2  l=  28 cons:                SEQUENCE
723  6507:d=11 hl=2  l=   9 prim:                OBJECT                  :signingTime
724  6518:d=11 hl=2  l=  15 cons:                SET
725  6520:d=12 hl=2  l=  13 prim:                    UTCTIME                 :150522190005Z
726  6535:d=10 hl=2  l=  35 cons:                SEQUENCE
727  6537:d=11 hl=2  l=   9 prim:                OBJECT                  :messageDigest
728  6548:d=11 hl=2  l=  22 cons:                SET
729  6550:d=12 hl=2  l=  20 prim:                    OCTET STRING
730      0000 - 89 1e ee d0 28 15 85 ca-a1 b7 fd ba 5c b0 e5 d8   ....(.......\...
731      0010 - 7f c1 be 34                                       ...4
732  6572:d=9  hl=2  l=  13 cons:                    SEQUENCE
733  6574:d=10 hl=2  l=   9 prim:                OBJECT                  :sha1WithRSAEncryption
734  6585:d=10 hl=2  l=   0 prim:                NULL
735  6587:d=4  hl=4  l= 256 prim:                OCTET STRING
736      0000 - a3 44 47 bb f1 05 85 35-02 f8 b3 9e 1c 16 c6 cb   .DG....5........
737      0010 - c9 c4 31 b9 f7 9d ee cf-d5 ee 16 1b 15 4a 14 b3   ..1..........J..
738      0020 - 32 5a 9b 23 f7 38 ca c5-c0 e6 3f ca 66 a3 63 5e   2Z.#.8....?.f.c^
739      0030 - ea 80 db ed af 83 66 2e-c5 37 61 41 59 2b 92 3c   ......f..7aAY+.<
740      0040 - 7b 14 42 7b 99 ec 7f 9b-77 d4 d7 9c 71 d7 93 5b   {.B{....w...q..[
741      0050 - f8 cd 53 16 ee 22 ec ad-e3 ee 6a 95 65 c3 9a a3   ..S.."....j.e...
```

DEF_00050985.PDF.obj_8.ttf.sig_1.txt

```
742      0060 - b6 fe 80 aa 02 19 9c 0d-b4 4d 43 e7 a9 92 66 70      .........MC...fp
743      0070 - 48 10 33 e1 ef 53 a6 72-f1 ed e6 e7 63 86 72 ba      H.3..S.r....c.r.
744      0080 - 5d fb 07 16 c2 5f c9 9b-93 4c 43 3f 1f 18 f3 15      ]...._...LC?....
745      0090 - 6d b9 ef be 2d 51 87 03-c6 a8 bf 3f 50 cd 82 06      m...-Q.....?P...
746      00a0 - 67 39 ef a3 c8 08 a2 2a-f5 e7 15 4d 99 59 7d c5      g9.....*...M.Y}.
747      00b0 - 95 e8 51 81 c2 8c d9 1f-68 eb 4d ac 1f 06 a3 7b      ..Q.....h.M....{
748      00c0 - e3 0c b8 d7 67 c8 3d fc-55 ad d0 2c b9 cc f4 70      ....g.=.U..,...p
749      00d0 - f3 c2 76 b6 97 20 40 b4-f1 c6 7b 21 c5 a1 f6 50      ..v.. @...{!...P
750      00e0 - 3d 0f 36 27 e0 b2 81 fc-11 7e 85 ed 01 4e 20 c3      =.6'.....~...N .
751      00f0 - 73 d7 98 ef 17 3b 46 8f-e6 e2 14 3a 7b 2e b3 46      s....;F....:{..F
```