# Craig Wright

| | |
|---|---|
| **From:** | Dave Kleiman |
| **Sent:** | Friday, 7 September 2012 9:45 PM |
| **To:** | 'Craig Wright' |
| **Subject:** | Re: Divorce |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

My good sir,
So, we are in agreement.

You have the various BAA projects and I can keep all of the bitcoin I have sent to Panama.

You set the exchange up in Australia and I get 10% of the company to be issued as 80/20 between myself and my father when it is running.

It is confirmed that I have B 320,832.1 and change. As agreed, I will not tell you who the others I have used here in the US are. We will exchange soon. You know this is a great opportunity for you to come over with that lady of yours and to see me. It needs to be soon. Too long.

Respectfully,
Dave Kleiman - http://www.ComputerForensicsLLC.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.20 (MingW32)

iQGcBAEBAgAGBQJTFp5cAAoJEAQV5sviP8wtY4EMAMQBtlUsrbQsdVpwlSgdBa0u
OpWsHWxwnWDakbZoP/5nzKSJmbZUXu+4p4AhYAlJ+sbGPDLTEMoH1R/hjhFO73C8
83BnP9nxAArY5caG0iYHAvfQHJ5vL7227Ab3BzulKLLj6LHcc8d0yrt1N8d10iEv
O/6Gvrh89wmYZoMmO0164sZXCPtCzz58Up0boIhEr4J1fZlqeNxYeUsCbgB7C107
otGCP1o1Twm7FTzLUE+Oaow9m8C93XbUrw7cCn2s/y2UzHRdT4NxB19ezr0LbAha
A4pMbZginkr5ZLcA+lBpOifcq4yTHlYBP8p4LGjRGTMt1+qb2WLrhdadmzuqljAJ
uvOtxrAYuYw0gd+HLAkUblmjvCMNmysi2X09AzHNSVmKYA6Tr3Jp/hKQLT2H7RY/
G7ecMFpzd3UG+vo7AeMUwuTj1/yYEyCqAQLhjRxcUYDqHwi2OASMELIzE6c3qs+F
NgeXGcPfxjAD29NUMU1/AtVNbpxyYGik6Fdh3eddQA==
=Kdea
-----END PGP SIGNATURE-----

CONFIDENTIAL   DEF_00027291

Next

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Sunday, October 21, 2012 19:26
**To:** Craig Wright
**Subject:** Fwd: Divorce

Got the agreement?
Skype has been a little flaky

Sent from my NON Iphone

**From:** Dave Kleiman
**Sent:** Friday, 7 September 2012 9:45 PM
**To:** 'Craig Wright'
**Subject:** Divorce
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
You have started seeing this new lady, fixate of her and get over your divorce. It happens. It did for me, you are not the only one. You need to code and just do what you love for a while.

The trust is setup in the Seychelles. I will arrange a shelf company to manage it in the UK as we discussed later. There is no rush there. I will leave you and myself off for now and leave it as non-trading. Just listen to some advice for once Craig and trust me to be your friend.

Dave
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.14 (MingW32)

iQGcBAEBAgAGBQJTECCiAAoJEAQV5sviP8wteHsL/1kULTTnPOepd4mPmg0U/RcR
1Cd0cqyBg44L/Ry+KTQ+0N5ugcR9/eEtYPQwkCaheJBJRHxHlzFUSxsznP1XyQT/
Y9GBWoA/jDP4qzlevxBHGOHchkLmH4ns66Mys2QtTtVufDcNmsSga2WeUZxcrOyl
h5KCAmqSOYpxoHCFjgioisB2GU+LZSqYXd8HgLUJrCP+scUUCFBpNllZYpbZRROA
ITAAhSVyegUk7CPawsCpnvz5OAhZ5PKny+GlmmuAEWJ/qXzDhOt6I5jYtlOWggNK
3SfqbV2wmbG5wBqysqUhjRn7MfjQ4BOZT5FWYTblCJldT7IMzSHYg86HuwsK91yf
QeJC9Tp1OAtHP9FxlAysufcsbSHq7c/Iaf5SOjoR5t4n+o+X9gkoS2PzJojvtf72
VHoXFDkyDk7dh6HNM+UXkgbZM4duV0eSbqdHe8+gmipQU25yXaBisA7TbVeqhqQu
qJPY0IGOJOCFU9uzJkH4cZ3dbAJCBDs1AAVpvrbDtw==
=Phap
-----END PGP SIGNATURE-----

CONFIDENTIAL