

| Home | Donate | Software | Download | Documentation | Blog |

# ALL NEWS

On this page you'll find all the news of previous years in reverse chronological order. News for the current year are found at the *main page*.

### GnuPG 2.2.7 released (2018-05-02)

We are pleased to announce the availability of GnuPG version 2.2.7. This is a maintenance release fixing a few problems. {**more**}

### GnuPG Made Easy 1.11.1 released (2018-04-20)

**GPGME** is a library that allows to add support for cryptography to a program. {**more**}.

### GnuPG 2.2.6 released (2018-04-09)

We are pleased to announce the availability of GnuPG version 2.2.6. This is a maintenance release fixing a few problems. {**more**}

Update (2018-04-16): In case you run into problems with **GPGME** and this or a later version of GnuPG, please apply this **patch** to GPGME or use GPGME version 1.11.0 which will soon be released.

### GnuPG 2.2.5 released (2018-02-22)

We are pleased to announce the availability of GnuPG version 2.2.5. This is a maintenance release fixing a few problems. {**more**}

### 20 Years of GnuPG (2017-12-20)

Exactly 20 years ago the first public version of GnuPG was released under the name "g10". Today we are pleased to announce the availability of GnuPG version 2.2.4. This is a maintenance release fixing a few minor bugs. {**more**}

### GnuPG Made Easy 1.10.0 released (2017-12-12)

**GPGME** is a library that allows to add support for cryptography to a program. {**more**}

### GnuPG 2.2.3 released (2017-11-21)

We are pleased to announce the availability of GnuPG version 2.2.3. This is a maintenance release mainly fixing a bug on Windows. The Windows installer **Gpg4win** 3.0.1 already includes this version of GnuPG. {**more**}

### GnuPG 2.2.2 released (2017-11-07)

We are pleased to announce the availability of GnuPG version 2.2.2. This is a maintenance release fixing a few bugs. {**more**}

### GnuPG 2.2.1 released (2017-09-19)

We are pleased to announce the availability of GnuPG version 2.2.1. This is a maintenance release fixing a few minor bugs. {**more**}

### Libgcrypt 1.8.1 released (2017-08-31)   IMPORTANT

We are pleased to announce the availability of **Libgcrypt** version 1.8.1 and 1.7.9. These releases fix a local side-channel attack on Curve25519 encryption dubbed "May the Fourth be With You" **CVE-2017-0379**. Read {**more**}...

### GnuPG 2.2.0 released (2017-08-28)

The GnuPG team is pleased to announce the availability of a new GnuPG release: version 2.2.0. Read {**more**} for details.

This release marks the start of a new long term support series to replace the 2.0.x series which will reach end-of-life on 2017-12-31.

### GnuPG 2.1.23 released (2017-08-09)

A new version of GnuPG has been released. Please read the full **announcement mail** for details. This version is intended as a release candidate for 2.2.0 which will mark a new long term stable branch.

### GnuPG 2.1.22 released (2017-07-28)

A new version of GnuPG has been released. Read the full **announcement mail** for details.

Update 2017-07-31: We fixed a problem with keyserver access in the Windows versions. A fixed installer has been uploaded; the **download** section has the links.

### GnuPG 1.4.22 released (2017-07-19)

Although GnuPG 1.4 is of limited use today we did a maintenance release to address the recently published local side channel attack **CVE-2017-7526**. See the **download** section on how to get this version.

### Libgcrypt 1.8.0 released (2017-07-18)

We are pleased to announce the availability of **Libgcrypt** version 1.8.0. This is a new stable version with full API and ABI compatibility to the 1.7 series. Its main features are support for the hash algorithm **Blake-2**, the addition of **XTS** mode, an improved random number generator, and performance improvements for the **ARM** architecture. See the **announcement mail** for details.

### Scute 1.5.0 released (2017-07-14)

Scute is a PKCS#11 module built around the GnuPG Agent and the GnuPG Smart Card Daemon. It allows you to use your OpenPGP smart card for TLS client authentication and S/MIME mail and document signing. Read the full **announcement mail** for details.

### Libgcrypt 1.7.8 released (2017-06-29)   IMPORTANT

We are pleased to announce the availability of **Libgcrypt** version 1.7.8. This release fixes the local side-channel attack **CVE-2017-7526**. See the **announcement mail** for details.

### GnuPG 2.1.21 released (2017-05-15)   IMPORTANT

A new version of GnuPG has been released. This release fixes a pubring.gpg corruption bug introduced with 2.1.20. Read the full **announcement mail** for details.

### GnuPG 2.1.20 released (2017-04-03)

A new version of GnuPG has been released. Read the full **announcement mail** for details.

### New installer for GnuPG 2.1.19 (2017-03-28)

An updated Windows **installer** for GnuPG 2.1.19 is now available. This installer fixes problems retrieving keys for **Posteo** accounts and other servers with limited set of TLS algorithms.

### GnuPG Made Easy 1.9.0 released (2017-03-28)

**GPGME** is a library that allows to add support for cryptography to a program. {**more**}

### GnuPG 2.1.19 released (2017-03-01)

A new version of GnuPG has been released. Read the full **announcement mail** for details.

### GnuPG 2.1.18 released (2017-01-23)

A new version of GnuPG has been released. Read the full **announcement mail** for details.

### Libgcrypt 1.7.6 released (2017-01-18)

We are pleased to announce the availability of Libgcrypt version 1.7.6. This is a maintenance release for the stable version of **Libgcrypt** with a few bug fixes.

### GnuPG 2.1.17 released (2016-12-20)

A new version of GnuPG has been released. Read the full **announcement mail** for details.

### Libgcrypt 1.7.5 released (2016-12-15)

We are pleased to announce the availability of Libgcrypt version 1.7.5. This is a maintenance release for the stable version of **Libgcrypt** with a few bug fixes. {**more**}

### Pinentry 1.0.0 released (2016-11-22)

After 14 years is was time to bump up the version of **Pinentry** to 1.0. This new release fixes a couple of minor bugs and introduces features to better diagnose problems. See the **download** section on how to get Pinentry.

### GPA 0.9.10 released (2016-11-19)

A maintenance release of the **GNU Privacy Assistant** is now available. Note that some of the changes are only available when build with the latest **GPGME** version and used with GnuPG 2.1.16 or later.

### GnuPG 2.1.16 released (2016-11-18)

It has been 3 months since the last GnuPG *modern* release and thus it was time for a new one: Version 2.1.16 is now available. Read the full **announcement mail** for details.

### GnuPG Made Easy (GPGME) 1.7.0 released (2016-09-21)

**GPGME** is a library that allows to add support for cryptography to a program. Highlights in this release are Python and C++ language bindings as well as support for GnuPG 2.1 features. {**more**}

### GnuPG 2.1.15 released (2016-08-18)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### Security fixes for Libgcrypt and GnuPG 1.4 (2016-08-17)   IMPORTANT

A bug in the random number generator of Libgcrypt and in GnuPG 1.4 has been found. Updating the software is highly suggested. Please read this **mail** for details. Note that the CVE id in that mail is not correct, the correct one is **CVE-2016-6313**.

### GnuPG 2.1.14 released (2016-07-14)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### Libgcrypt 1.7.2 released (2016-07-14)

We are pleased to announce the availability of Libgcrypt version 1.7.2. This is a maintenance release for the stable version of **Libgcrypt** with a few bug fixes. **{more}**

### GnuPG 2.1.13 released (2016-06-16)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### Libgcrypt 1.7.1 released (2016-06-15)

We are pleased to announce the availability of Libgcrypt version 1.7.1. This is a maintenance release for the stable version of **Libgcrypt** with a few bug fixes. **{more}**

### First OpenPGP conference (2016-05-20)

If you are a user or implementer of OpenPGP related software, you may join us at **OpenPGP.conf** in Cologne on September 8 and 9, 2016.

### GnuPG 2.1.12 released (2016-05-04)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### Libgcrypt 1.7.0 released (2016-04-15)

We are pleased to announce the availability of Libgcrypt version 1.7.0. This is a new stable version of **Libgcrypt** with full API and ABI compatibiliy to the 1.6 series. Its main features are new algorithms, curves, and performance improvements. **{more}**

### GnuPG 2.0.30 released (2016-03-31)

GnuPG 2.0.30 is now available. This release fixes a few minor bugs; users of GnuPG 2.0.x may want to update to this version. **{more}**

### Libgcrypt 1.6.5 released (2016-02-09)   *IMPORTANT*

Libgcrypt version 1.6.5 and an updated Windows installer for GnuPG 2.1.11 has been released to mitigate a new side-channel attack. **{more}**

### GnuPG 2.1.11 released (2016-01-26)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### GnuPG 1.4.20 released (2015-12-20)

18 years after the first GnuPG release version 1.4.20 has been released today. This release from the *classic* branch of GnuPG now also rejects the insecure MD5 signatures created by PGP-2 (unless the `--pgp2` option is used). **{more}**

### GnuPG 2.1.10 released (2015-12-04)

A new version of the *modern* branch of GnuPG has been released. The main features of this release are support for **TOFU** and anonymous key retrieval via **Tor**. Read the full **announcement mail** for details.

### GNUPG 2.1.9 RELEASED (2015-10-09)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### GNUPG 2.1.8 RELEASED (2015-09-10)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### GPA 0.9.9 RELEASED (2015-09-09)

A new version of **GPA**, the graphical frontend for GnuPG, is now available. This release fixes a couple of bugs and has been changed to show the clipboard view on startup. **{more}**

### GNUPG 2.0.29 RELEASED (2015-09-08)

GnuPG 2.0.29 is now available. This release fixes a couple of bugs; users of GnuPG 2.0.x may want to update to this version. **{more}**

### LIBGCRYPT 1.6.4 RELEASED (2015-09-08)

Libgcrypt version 1.6.4 has been released to fix a few minor bugs and a crash on newer Windows versions. **{more}**

### LIBASSUAN 2.3.0 RELEASED (2015-08-28)

**Libassuan** is a generic **IPC** library used by GnuPG, GPGME, and a few other packages. This release fixes two bugs and introduces new support functions for the socket wrappers. See **here** for details.

### GPGME 1.6.0 AND LIBGPG-ERROR 1.20 RELEASED (2015-08-26)

GPGME 1.6.0 is now available. This release introduce a mode to export screet keys, improves the error return codes, and is prepared to make use of the GnuPG 2.1 Windows installer. See this full **announcement**. An update of Libgpg-error to fix a problem in Windows has also been released; see this **announcement**.

### GNUPG 2.1.7 RELEASED (2015-08-11)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### GNUPG 2.1.6 RELEASED (2015-07-01)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### GNUPG 2.1.5 RELEASED (2015-06-11)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### GPGME 1.5.5 RELEASED (2015-06-08)

GPGME 1.5.5 is now available. This release fixes a crash due to malformed user ids and a regression when gpgsm < 2.1 is used. See the full **{announcement}** mail.

### GNUPG 2.0.28 RELEASED (2015-06-02)

GnuPG 2.0.28 is now available. This release fixes a couple of bugs; users of GnuPG 2.0.x should update to this version. **{more}**

### GnuPG 2.1.4 released (2015-05-12)

A new version of the *modern* branch of GnuPG has been released. Read the full **announcement mail** for details.

### GnuPG 2.1.3 released (2015-04-11)

This is another release of the *modern* branch of GnuPG. It fixes a lot of bugs. Read the full **announcement mail**.

### GnuPG 1.4.19 released (2015-02-27)    IMPORTANT

GnuPG 1.4.19 is now available. This release mitigates two new side channel attack methods as well as a couple of other bugs. **{more}**

### Libgcrypt 1.6.3 released (2015-02-27)    IMPORTANT

Libgcrypt version 1.6.3 has been released to mitigate two new side channel attack methods. **{more}**

### GnuPG 2.0.27 released (2015-02-18)

GnuPG 2.0.27 is now available. This release fixes a couple of bugs; users of GnuPG 2.0.x should update to this version. **{more}**

### GnuPG 2.1.2 released (2015-02-11)

This is the third release of the *modern* branch of GnuPG. It fixes a lot of bugs. Read the full **announcement mail**.

### GnuPG 2.1.1 released (2014-12-16)

This is the second release of the *modern* branch of GnuPG. It fixes a lot of bugs and brings some new features. Read more about 2.1 at the **feature overview** page and in the **announcement** mail.

### Libksba 1.3.2 released (2014-11-25)    IMPORTANT

This is a security fix release and all users of Libksba should update to this version. Note that **GnuPG 2.x** makes use of Libksba and thus all user of GnuPG 2.x need to install this new version of Libksba and restart the dirmngr process. Read the full **announcement**.

### GnuPG 2.1.0 with ECC support released (2014-11-06)

This is the first release of the new *modern* branch of GnuPG. It features a lot of new things including support for ECC. Read more at the **feature overview** page and in the **announcement** mail.

### A beta for GnuPG 2.1.0 released (2014-10-03)

A beta release for the forthcoming GnuPG 2.1 version is now available. **{more}**

### GPA 0.95 released

GPA is the GNU Privacy Assistant, a frontend to GnuPG. This new release has support for ECC keys and improves on the UI server feature. **{more}**

### GnuPG 2.0.26 released (2014-08-12)

GnuPG 2.0.26 is now available. This is a maintenance release. **{more}**

### Libgcrypt 1.5.4 security fix release    IMPORTANT

Using any Libgcrypt version less than 1.5.4 with GnuPG 2.0.x and Elgamal encryption keys is vulnerable to the *Get Your Hands Off My Laptop* attack. Please update to the newly released Libgcrypt 1.5.4 or a 1.6 version. **{more}**

### Get Your Hands Off My Laptop (2014-08-07)

Daniel Genkin, Itamar Pipman, and Eran Tromer latest side channel attack targets an *older version* of GnuPG. If your GnuPG and Libgcrypt versions are up-to-date you are safe. **{more}**

### GPGME 1.5.1 and 1.4.4 released (2014-08-07)    IMPORTANT

A security fix release for the GPGME library is available. It is suggested to update to one of these version. **{more}**

### GnuPG 2.0.25 and 1.4.18 released (2014-06-30)

To fix a minor regression in the previous releases we released today new versions of GnuPG-1 and GnuPG-2: **{2.0.25}**, **{1.4.18}**

### GnuPG 2.0.24 released (2014-06-24)    IMPORTANT

GnuPG 2.0.24 is now available. This GnuPG-2 release features a fix for a denial of service attack and a few other changes. **{more}**

### GnuPG 1.4.17 released (2014-06-23)    IMPORTANT

GnuPG 1.4.17 is now available. This GnuPG-1 release features a fix for a denial of service attack and a few other minor changes. **{more}**

### GnuPG 2.0.23 released (2014-06-03)

We are pleased to announce the availability of GnuPG 2.0.23. This is a maintenance release with a few new features. **{more}**

### Goteo campaign: preliminary results (2014-05-12)

The blog has a report on the current status of the campaign including an overview of the financial results. **{read here}**

### Mission complete: campaign ends, closing stats (2014-02-06)

After 50 days of crowdfunding, the GnuPG campaign for new website and infrastructure will close tomorrow. That means rewards for backers can now be ordered and preparations for dispatch can begin. Here are the results so far. **{more}**

### 16 Years of protecting privacy (2013-12-20)

Today marks 16 years since the first release of GnuPG. In that time the project has grown from being a hacker's hobby into one of the world's most critical anti-surveillance tools. Today GnuPG stands at the front line of the battle between invasive surveillance and civil liberties. **{more}**

### GnuPG launches crowdfunding campaign (2013-12-19)

Today GNU Privacy Guard (GnuPG) has launched its first **crowdfunding campaign** with the aim of building a new website and long term infrastructure. **{more} {deutsch} {francaise}**

### GnuPG 1.4.16 released (2013-12-18)    IMPORTANT

Along with the publication of an interesting new **side channel attack** by Genkin, Shamir, and Tromer we announce the availability of a new stable GnuPG release to relieve this bug: Version 1.4.16 ... **{more}**

### Blog: Getting Goteo crowdfunding approval (2013-12-18)

The targets are set, the rewards are prepared, the press release has been edited and translated, and now we're waiting for approval from the crowdfunding platform Goteo ... **{more}**

### GnuPG 1.4.16 released (2013-12-18)   IMPORTANT

Along with the publication of an interesting new **side channel attack** by Genkin, Shamir, and Tromer we announce the availability of a new stable GnuPG release to relieve this bug: Version 1.4.16 ... **{more}**

### Libgcrypt 1.6.0 released (2013-10-16)

The GNU project is pleased to announce the availability of Libgcrypt version 1.6.0. This is the new stable version of Libgcrypt with the API being mostly compatible to previous versions. Due to the removal of certain long deprecated functions this version introduces an ABI change.

The main features of this version are performance improvements, better support for elliptic curves, new algorithms and modes, as well as API and internal cleanups. **{more}**

### Blog: Preparing for launch (2013-12-13)

Mid December, giving season, and nearly time for the GnuPG Crowdfunding to commence. We've been working hard on preparations ... **{more}**

### Blog: Friends tell friends they love GnuPG (2013-11-13)

Using GnuPG for email encryption takes two to tango. That's why we're asking users to share their stories using #iloveGPG ... **{more}**

### New website infrastructure (2013-11-12)

After more than a decade we switched from the legacy WML based website system to a new **org-mode** based one. The old WML code was not anymore maintainable and building the website took way to long. The new system uses plain text files and will make it way easier to keep information up to date. Unfortunately the translations are gone for now — most of them have not been updated for many years anyway.

### Blog: Securing the future of GPG (2013-11-05)

We have a plan for securing the long term stability of GnuPG development by giving more to our users, and asking more from them in return ... **{more}**

### Security update for GnuPG (2013-10-05)   IMPORTANT

We are pleased to announce the availability of a new stable GnuPG release: Version 2.0.22 ... **{more}**

### Security update for GnuPG (2013-10-05)   IMPORTANT

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.15 ... **{more}**

### GnuPG 2.0.21 released (2013-08-19)

We are pleased to announce the availability of GnuPG 2.0.21. ... **{more}**

### Security update for GnuPG (2013-07-25)   IMPORTANT

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.14 ... **{more}**

### Security update for Libgcrypt (2013-07-25)   IMPORTANT

We are pleased to announce the availability of a new stable Libgcrypt release: Version 1.5.3 ... **{more}**

### GnuPG 2.0.20 released (2013-05-10 18:59:01)

We are pleased to announce the availability of GnuPG 2.0.20. ... {more}

### GnuPG 1.4.13 released (2012-12-20 21:51:56)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.13 ... {more}

### GnuPG 2.0.19 released (2012-03-27 11:22:13)

We are pleased to announce the availability of GnuPG 2.0.19. ... {more}

### GnuPG 1.4.12 released (2012-01-30 17:39:22)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.12 ... {more}

### GnuPG 1.4.13 released (2012-12-20 21:51:56)

Wir freuen uns, Ihnen die Verfügbarkeit von GnuPG 1.4.13 bekannt zu geben. {more}

### GnuPG 2.0.19 released (2012-03-27 11:22:13)

We are pleased to announce the availability of GnuPG 2.0.19. ... {more}

### GnuPG 1.4.12 released (2012-01-30 17:39:22)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.12. ... {more}

### STEED project announced (2011-10-17 20:15:22)

STEED - Usable end-to-end encryption ... {more}

### GnuPG 2.0.18 released (2011-08-04 18:19:36)

We are pleased to announce the availability of GnuPG 2.0.18. ... {more}

### Libgcrypt 1.5.0 released (2011-06-29 12:21:39)

We are pleased to announce the availability of Libgcrypt 1.5.0. This is the new stable version of Libgcrypt and upward compatible with the 1.4 series. ... {more}

### GnuPG 2.0.17 released (2011-01-13 17:20:12)

We are pleased to announce the availability of GnuPG 2.0.17. ... {more}

### GnuPG 1.4.11 released (2010-10-18 13:36:14)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.11 ... {more}

### Important security update for GnuPG (2010-07-23 14:38:50)

While trying to import a server certificate for a CDN service, a segv bug was found in GnuPG's GPGSM tool. It is likely that this bug is exploitable by sending a special crafted signed message and having a user verify the signature. A simple patch is available ... {more}

### GnuPG 2.0.16 released (2010-07-19 10:44:59)

We are pleased to announce the availability of GnuPG 2.0.16. ... {more}

## GnuPG 2.0.15 released (2010-03-09 11:44:12)

We are pleased to announce the availability of GnuPG 2.0.15. ... **{more}**

## GnuPG 2.0.14 released (2009-12-21 19:03:26)

We are pleased to announce the availability of GnuPG 2.0.14. ... **{more}**

## Libgcrypt 1.4.5 released (2009-12-11 17:51:12)

We are pleased to announce the availability of Libgcrypt 1.4.5. This is the new stable version of Libgcrypt and upward compatible with the 1.2 series. ... **{more}**

## GnuPG 2.0.13 released (2009-09-04 19:12:01)

We are pleased to announce the availability of GnuPG 2.0.13. ... **{more}**

## GnuPG 1.4.10 released (2009-09-02 19:27:55)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.10 ... **{more}**

## GnuPG 2.0.12 released (2009-06-17 13:19:26)

We are pleased to announce the availability of GnuPG 2.0.12. ... **{more}**

## GnuPG 2.0.11 released (2009-03-03 13:02:51)

We are pleased to announce the availability of GnuPG 2.0.11 ... **{more}**

## Libgcrypt 1.4.4 released (2009-01-22 20:08:24)

We are pleased to announce the availability of Libgcrypt 1.4.4. This is the new stable version of Libgcrypt and upward compatible with the 1.2 series. ... **{more}**

## GnuPG 2.0.10 released (2009-01-12 10:59:05)

We are pleased to announce the availability of GnuPG 2.0.10 ... **{more}**

## Signing key updated! (2009-01-09 12:58:02)

The expiration date of the key used to sign GnuPG distributions has been prolonged for another year. Please update the key ... **{more}**

## GnuPG's 10th birthday! (2007-12-20 12:10:30)

It has been a decade since the very first version of the GNU Privacy Guard was released ... **{more}**

## GnuPG 2.0.8 released (2007-12-20 12:09:30)

We are pleased to announce the availability of GnuPG 2.0.8 ... **{more}**

## GnuPG 1.4.8 released (2007-12-20 12:09:03)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.8. ... **{more}**

## Libgcrypt 1.4.0 released (2007-12-10 20:10:34)

We are pleased to announce the availability of Libgcrypt 1.4.0. This is the new stable version of Libgcrypt and upward compatible with the 1.2 series. ... **{more}**

### NEW OPENPGP STANDARD (2007-11-02 17:54:26)

The new OpenPGP standard has been published. It was assigned RFC number

   1. ...

{more}

### GNUPG 2.0.7 RELEASED (2007-09-10 19:18)

We are pleased to announce the availability of GnuPG 2.0.7 ... {more}

### GNUPG 2.0.6 RELEASED (2007-08-16 17:48)

We are pleased to announce the availability of GnuPG 2.0.6 ... {more}

### GNUPG 2.0.5 RELEASED (2007-07-06 12:46)

We are pleased to announce the availability of GnuPG 2.0.5 ... {more}

### MANUAL PAGES ONLINE (2007-05-11 11:45:30)

The manuals of GnuPG and some related software are now available online. Check out the navigation bar or go
directly to the **overview page** .

### GNUPG 2.0.4 RELEASED (2007-05-09 13:02)

We are pleased to announce the availability of GnuPG 2.0.4 ... {more}

### GNUPG 2.0.3 RELEASED (2007-03-08 16:55:25)

We are pleased to announce the availability of GnuPG 2.0.3 ... {more}

### MULTIPLE MESSAGES PROBLEM IN GNUPG AND GPGME (2007-03-06 09:31:21)

A common usage problem of gpg has been identified. Instead of requiring a fix for all these applications, GnuPG
and GPGME have been changed to provide the necessary protection. ... {more}

### IMPORTANT SECURITY UPDATE FOR GNUPG(2006-12-06 17:18:35)

Tavis Ormandy of the Gentoo security team identified a severe and exploitable bug in the processing of encrypted
packets in GnuPG. Updating is highly suggested. A new version of GnuPG (1.4.6) as well has a patch to 2.0.1 has
been released. ... {more}

### ANNOUNCING THE WINNER OF THE LOGO CONTEST (2006-12-02 19:37:04)

And the winner is: Thomas Wittek ... {more}

### GNUPG 2.0.1 RELEASED (2006-11-29 15:14:13)

We are pleased to announce the availability of GnuPG 2.0.1 ... {more}

### DIRMNGR 1.0.0 RELEASED (2006-11-29 15:14:13)

We are pleased to announce the availability of Dirmngr 1.0.0 ... {more}

### GNUPG 2.0 RELEASED (2006-11-13 12:43:16)

We are pleased to announce the availability of GnuPG 2.0.0 ... {more}

### GnuPG 1.9.92 released (2006-10-11 13:43:29)

We are pleased to announce the availability of GnuPG 1.9.92 - one of the last steps towards a 2.0 release. ... {more}

### GnuPG Logo contest (2006-09-19 14:43:08)

After 8 years the time has come to modernize the GnuPG Logo and to work on a new layout of the website ... {more}

### Gpg4win 1.0.6 released (2006-08-29 09:52:50)

We are pleased to announce the availibility of Gpg4win, version 1.0.6 ... {more}

### Libgcrypt 1.2.3 released (2006-08-29 09:49:39)

We are pleased to announce the availability of Libgcrypt 1.2.3. Since this is a bugfix release, it does not include any new features... {more}

### GnuPG 1.4.5 released (2006-08-01 17:42:11)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.5 ... {more}

### GnuPG 1.4.4 released (2006-06-25 15:57:40)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.4 ... {more}

### Gpg4win 1.0.1 released (2006-04-26 13:29:58)

We are pleased to announce the availibility of Gpg4win, version 1.0.1 ... {more}

### Gpg4win released (2006-04-03 14:28:36)

After struggling for 6 month with Windows pecularities, we are finally pleased to announce the first stable release of Gpg4win, version 1.0.0... {more}

### GnuPG 1.4.3 released (2006-04-03 14:28:36)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.3 ... {more}

### GnuPG does not detect injection of unsigned data (2006-03-09 20:02:28)

In the aftermath of the false positive signature verification bug more thorough testing of the fix has been done and another vulnerability has been detected. This new problem affects the use of gpg for verification of signatures which are not detached signatures. The problem also affects verification of signatures embedded in encrypted messages; i.e. standard use of gpg for mails. Update GnuPG as soon as possible to version 1.4.2.2! {more}

### False positive signature verification in GnuPG (2006-02-15 12:43:54)

The Gentoo project identified a security related bug in GnuPG. When using any current version of GnuPG for unattended signature verification (e.g. by scripts and mail programs), false positive signature verification of detached signatures may occur. This problem affects the tool **gpgv**, as well as using "gpg –verify" to imitate gpgv, if only the exit code of the process is used to decide whether a detached signature is valid. {more}

### GnuPG 1.9.20 (S/MIME and gpg-agent) released (2005-12-20 12:56:31)

We are pleased to announce the availability of GnuPG 1.9.20 - the branch of GnuPG featuring the S/MIME... {more}

### Libgcrypt 1.2.2 released (2005-10-05 15:34:42)

We are pleased to announce the availability of Libgcrypt 1.2.2. Since this is a bugfix release, it does not include any new features... {more}

### GnuPG 1.9.19 (S/MIME and gpg-agent) released (2005-09-12 15:29:20)

We are pleased to announce the availability of GnuPG 1.9.19 - the branch of GnuPG featuring the S/MIME... {more}

### GnuPG Explorer Extension (GPGee) version 1.2.1 released (2005-09-08 14:41:58)

Version 1.2.1 of GPGee has now been released and is available at... {more}

### GnuPG Explorer Extension (GPGee) version 1.2.0 released (2005-09-06 16:09:57)

Version 1.2.0 of GPGee has been released - head to the homepage at... {more}

### GPGee version 1.1.2 - Important Security Update (2005-07-30 00:29:18)

Version 1.1.2 of GPGee has been released. This release fixes a newly identified security issue... {more}

### GnuPG 1.4.2 released (2005-07-27 09:53:27)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.2 ... {more}

### GPGee (GnuPG Explorer Extension) version 1.1.1 (2005-07-18 04:58:16)

I have released version 1.1.1 of GPGee. This is a minor update to 1.1 to answer a couple user... {more}

### Second release candidate for GnuPG 1.4.2 available (2005-06-21 16:44:35 CET)

We are pleased to announce the availability of another release candidate for the forthcoming 1.4.2 version of gnupg... {more}

### GnuPG 1.9.17 (S/MIME and gpg-agent) released (2005-06-20 21:58:24 CET)

We are pleased to announce the availability of GnuPG 1.9.17; the development branch of GnuPG featuring the S/MIME protocol... {more}

### First release candidate for GnuPG 1.4.2 available (2005-05-31 14:27:33 CET)

We are pleased to announce the availability of a release candidate for the forthcoming 1.4.2 version of gnupg... {more}

### GnuPG 1.9.16 (S/MIME) released (2005-04-21 17:23:56 CET)

We are pleased to announce the availability of GnuPG 1.9.16; the development branch of GnuPG featuring the S/MIME protocol... {more}

### GnuPG 1.4.1 News (2005-03-15 17:53:36 CET)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.4.1... {more}

### Smartcard daemon and gpg's S/MIME cousin gpgsm (2005-02-23 12:43:27 CET)

The design is different to the previous versions and we may not support all ancient... {more}

### Attack against OpenPGP encryption (2005-02-11 02:00:17 CET)

Last night, Serge Mister and Robert Zuccherato published a paper reporting on an attack against OpenPGP symmetric encryption… **{more}**

### Libgcrypt 1.2.1 released (2005-01-09 15:03:22 CET)

We are pleased to announce the availability of Libgcrypt 1.2.1. Since this is a bugfix release, it does not include any new features… **{more}**

### GnuPG 1.2.7 released (2004-12-28 11:54:32 CET)

As promised in the announcement of GnuPG 1.4.0, we are now pleased to announce the availability GnuPG 1.2.7… **{more}**

### Updated GnuPG 1.4.0 Windows binary (2004-12-16 22:17:10 CET)

A couple of hours ago we announced GnuPG 1.4.0, claiming that a compiled version for MS Windows is also available. Unfortunately that Windows version… **{more}**

### GnuPG stable 1.4 released (2004-12-16 18:24:48 CET)

We are pleased to announce the availability of the new stable GnuPG series. This first release is version 1.4.0… **{more}**

### GnuPG 1.3.93 released (2004-12-14 11:06:45 CET)

The latest and hopefully last release candidate for GnuPG 1.4 is ready for public consumption. We strongly encourage people to try this release candidate… **{more}**

### sha1sum for MS Windows released (2004-12-09 17:16:22 CET)

In the light of the recently found weaknesses in the MD5 hash function we won't anymore accompany software announcements with MD5 checksums. Instead SHA-1 checksums will be given… **{more}**

### News available as in RSS 2.0 format (2004-11-25 22:49:58 CET)

As of today, the latest ten news from GnuPG's are available as RSS 2.0 compliant feed. Just point or paste the *RSS file* into your aggregator.

### GnuPG 1.3.92 released (development) (2004-10-28 14:30:58 CEST)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch to create what will extremely soon become the new stable release of… **{more}**

### GPGME 1.0.1 released (2004-10-22 21:27:47 CEST)

We are pleased to announce version 1.0.1 of GnuPG Made Easy, a library designed to make access to GnuPG easier for… **{more}**

### GnuPG 1.3.91 released (development) (2004-10-16 14:46:21 CEST)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch to create what will extremely soon become the new stable release of… **{more}**

### Building GnuPG for Win32 using MinGW (2004-10-12)

A new link to Carlo Luciano Bianco's page has been added under the *download section* . The detailed document is dedicated to Windows users and explains how to build GnuPG using MinGW.

## GnuPG Subkeys MiniHOWTO (2004-10-11)

With GnuPG and the possibility of having multiple subkeys, you can have only one key, but still retain the security feature that you do not have to revoke your primary key (and lose all signatures on it) if the key at the office is compromised... *{more}*

## GnuPG 1.3.90 released (development) (2004-10-02 15:47:23 CEST)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch to create what will... {more}

## GPGME 1.0.0 released (2004-09-30 18:07:54 CEST)

We are pleased to announce version 1.0.0 of GnuPG Made Easy, a library designed to make access to GnuPG easier for... {more}

## GnuPG 1.2.6 released (2004-08-26 12:07:34 CEST)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.2.6. The GNU Privacy Guard (GnuPG) is... {more}

## GnuPG 1.2.5 build instruction update (2004-07-27)

Due to a problem with the gettext installation on the build machine a little annoying bug will disturb... {more}

## GnuPG 1.2.5 released (2004-07-27)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.2.5. The GNU Privacy Guard (GnuPG) is... {more}

## GnuPG 1.2.5 second release candidate (2004-06-16)

We are pleased to announce the availability of the second release candidate for GnuPG 1.2.5... {more}

## GnuPG 1.3.6 released (development) (2004-05-22 18:07:54 CEST)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch to create what will eventually become GnuPG 1.4. It will change with greater frequency... {more}

## First U.S. mirror available (2004-05-06)

We are proud to enlist on our *mirror page* the first mirror located in the United States of America. This is the first tangible effort that we have logged since the rule relaxation by the U.S. Department of Commerce about **exporting cryptography** and we hope that more mirrors will follow.

## Libgcrypt 1.2.0 released (2004-04-16)

We are pleased to announce the availability of Libgcrypt 1.2.0, which is the first stable release of this general purpose crypto library... {more}

## GnuPG 1.2.5 first release candidate (2004-03-29)

We are pleased to announce the availability of the first release candidate for GnuPG 1.2.5... {more}

## GnuPG 1.3.5 released (development) (2004-02-26)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch to create what will... {more}

### GnuPG 1.2.4 released (2003-12-24)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.2.4. The GNU Privacy Guard (GnuPG) is... {more}

### GnuPG 1.3.4 released (development) (2003-11-27)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch to create what will... {more}

### GnuPG 1.2.3 patch to remove ElGamal signing keys (2003-11-27)

David Shaw wrote a patch against GnuPG 1.2.3 to disable the ability to create signatures using the ElGamal sign+encrypt... {more}

### GnuPG's ElGamal signing keys compromised (2003-11-27)

A severe problem with ElGamal sign+encrypt keys has been found. This leads to a full compromise of the private key. Fortunately... {more}

### Libgcrypt 1.1.44 released (2003-11-01)

We are pleased to announce version 1.1.44 of Libgcrypt, a general purpose cryptography library based on... {more}

### RISC OS port (2003-10-28)

The *Download section* now includes a link to Stefan Bellon's page who ported GnuPG to the RISC OS platform.

### GPA 0.7.0 released (2003-10-22)

We are pleased to announce the release of GPA 0.7.0. GPA is a graphical frontend for the GNU Privacy Guard... {more}

### GnuPG 1.3.3 released (development) (2003-10-10)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch... {more}

### HTTP access to FTP server dismissed (2003-09-22)

Because the HTTP protocol has a couple of problems compared to FTP when transmitting large files, we decided to dismiss this service for our server. All the files are thus only available from **ftp://ftp.gnupg.org/** via FTP.

### A Practical Introduction to GPG in Windows (2003-08-22)

The documentation section now contains a *new guide* from Brendan Kidwell which will hopefully help out Windows users who couldn't get the thing to work.

### GnuPG one-two-three released (2003-08-22)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.2.3... {more}

### Libgcrypt 1.1.42 released (2003-07-31)

We are pleased to announce version 1.1.42 of Libgcrypt, a general purpose cryptography library... {more}

### GnuPG 1.2.3 second release candidate (2003-07-30)

We are pleased to announce the availability of the second release candidate for GnuPG 1.2.3... {more}

### OpenPGP Smartcards (2003-07-07)

The new OpenPGP smartcards for GnuPG will be shown the first time at the **LinuxTag** , Europe's largest GNU/Linux exhibition (booth G24).

### GnuPG Keysigning Party HOWTO (2003-06-16)

Documentation section can now count a new entry among its HOWTOs. It is a valuable source of information for understanding and organizing a *GnuPG keysigning party* .

### GnuPG 1.3.2 released (2003-05-27)

The latest release from the development branch of GnuPG is ready for public consumption. The more GnuPG-familiar user is encouraged try this release... **{more}**

### Key validity bug in GnuPG 1.2.1 and earlier (2003-05-04)

As part of the development of GnuPG 1.2.2, a bug was discovered in the key validation code. This bug causes keys with more than one user ID... **{more}**

### GnuPG 1.2.2 released (2003-05-03)

We are pleased to announce the availability of a new stable GnuPG release: Version 1.2.2... **{more}**

### GnuPG.org/(it) 1.0 (2003-04-23)

Version 1.0 of this site's Italian translation has been released. - È stata rilasciata la versione 1.0 della traduzione italiana di questo sito.

### New revision of GPH French translation (2003-04-17)

Thanks to Jean-francois for the new French revision of *The GNU Privacy Handbook* .

### The No-War banner (2003-04-08)

Recently, a no-war banner has been added to the site. Because not all of us at GnuPG.org agreed on it, we moved it to the bottom of the page. We invite you to read more on our mailing-list. **{more}**

### GnuPG.org/(es) 0.9 (2003-02-19)

Ha visto la luz la versión 0.9 de la traducción al castellano de este sitio. - Version 0.9 of this site spanish translation has been released.

### GPA 0.6.1 released (2003-02-03)

We are pleased to announce the release of GPA 0.6.1 **{more}**

### Libgcrypt 1.1.12 released (2003-01-20)

I am pleased to announce a new Beta version of Libgcrypt, GNU's implementation of basic crypto functions. Libgcrypt is a general... **{more}**

### GPA 0.6.0 released (2002-12-24)

We are pleased to announce the release of GPA 0.6.0. GPA is a graphical frontend for the GNU Privacy Guard... *{more}*

### GnuPG signature key update and X-Request-PGP (2002-12-23)

The key used to sign GnuPG distributions would expire in a few days. I have extended the lifetime of this key for another... {more}

### GPGME 0.4.0 RELEASED (2002-12-23)

We are pleased to announce version 0.4.0 of GnuPG Made Easy, a library designed to make access to GnuPG easier for... *{more}*

### LIBGCRYPT 1.1.11 RELEASED (2002-12-22)

I am pleased to announce the availability of libgcrypt version 1.1.11. Libgcrypt is a general purpose cryptographic library based on the code from GnuPG and... {more}

### GNUPG.ORG 1.1 RELEASED (2002-12-15)

New site look has gained several positive critical comments since revision 1.0 was out, but many bugs were also reported. This revision tries to fix the most part of them.

### CRYPTPLUG 0.3.15 RELEASED (2002-12-05)

Due to an error in the configuration system, the previous release had some problems. This has been fixed and a new version... *{more}*

### NEWPG 0.9.4 RELEASED (2002-12-04)

I have just released newpg 0.9.4. NewPG is the S/MIME variant of GnuPG which does also include the gpg-agent, useful even for... *{more}*

### CRYPTPLUG 0.3.14 RELEASED (2002-12-04)

We have just released the first standalone version of cryptplug. cryptplug is required for GnuPG and S/MIME support under KDE... *{more}*

### GPGME 0.3.14 RELEASED (2002-12-04)

We have released gpgme 0.3.14. This version fixes a segv and a race condition with locales. gpgmeplug is not anymore included... *{more}*

### New look-and-feel site released to the public (2002-12-01)

After about four months of WML coding (well, summer was on the way ;-), first revision of the new site look-and-feel was released today. Site is available in english only for now.

### OpenCDK 0.3.3 (2002-11-25)

This is the first public announcement for OpenCDK. It is a library to provide some basic parts of the OpenPGP Message Format... {more}

### Pyme – Python OO interface to GPGME (2002-11-20)

Today I am announcing the first release of Pyme, the brand-new Python bindings for GPGME.... {more}

### GnuPG 1.3.1 released (development) (2002-11-12)

The latest release from the development branch of GnuPG is ready for public consumption. This is a branch to create what will...

### GPGRemail v0.1 initial announcement (2002-11-06)

GPGRemail is a minimalistic mailinglist software, meant for small, private, mailinglists that require strong cryptography via...

### RPMs (2002-10-28)

I'm currently uploading RPMs packages for gnupg 1.2.1. At this moment I've uploaded src and mdk 9.0 packages. The latter... **{more}**

### GnuPG 1.2.1 Windows update released (2002-10-26)

Due to a bug in the recent mingw32/cpd toolkit the latest GnuPG binary for Windows did not work on Windows NT. I have build... **{more}**

### GnuPG 1.2.1 has been released (2002-10-25)

Please see this *list of changes* and then go to the *download instructions* .

### GnuPG 1.3.0 released (development) (2002-10-18)

The first release from the new development branch of GnuPG is ready for public consumption. This is a branch to create what... **{more}**

### GnuPG 1.2.0 released (2002-09-21)

Far too many enhancements to be listed here, please see the **announcement mail** .

### New site (2002-06-20)

Developement of the site new look and feel has started.

### ftp.gnupg.org HTTP access (2002-05-08)

**ftp.gnupg.org** can now also be accessed by HTTP.

### GnuPG 1.0.7 released (2002-04-29)

Far too many enhancements to be listed here, please see the **announcement mail** .

### GPA 0.4.3 released (2002-01-14)

*GPA* 0.4.3 has been released.

### GPA pages (2001-11-15)

*GPA pages* reflect latest released version (gpa-0.4.2) now.

### GnuPG 1.0.6 released (2001-05-29)

See the *release note*.

### GnuPG 1.0.5 for W32 released (2001-05-02)

Released GnuPG 1.0.5 binary for W32.

### GnuPG 1.0.5 released (2001-04-29)

- The semantics of –verify have changed.

- Corrected hash calculation for input data larger than 512M.
- Large File Support is now working.
- A bunch of new options and commands.
- Keyserver support for the W32 version.
- Better handling of key expiration and subkeys.
- Estonian and Turkish translation.
- The usual fixes and other enhancements.

### New CVS access instructions (2001-04-18)

Changed the instructions for CVS access and add a list of available modules.

### GnuPG Tools (2001-04-03)

Add a new webpage about GnuPG tools.

### News about gnupg.de (2001-03-28)

News flash about **www.gnupg.de** .

### Link to Phil Zimmermann (2001-03-24)

Add a link to **Phil Zimmermann** 's homepage.

### New page about GPGME (2001-02-22)

Add a page about *GPGME* .

### Patch for GnuPG 1.0.4 released (2000-11-30)

Fixed a serious bug which could lead to false positives when checking detached signatures.

### New web design (2000-10-26)

New design of these web pages.

### GnuPG 1.0.4 W32 released (2000-10-23)

Pre-compiled version of *GnuPG 1.0.4* for Windows released.

### GnuPG 1.0.4 (2000-10-17)

- Fixed a serious bug which could lead to false signature verification results when more than one signature is fed to gpg.
- New utility gpgv which is a stripped down version of gpg to be used to verify signatures against a list of trusted keys.
- Rijndael (AES) is now supported.

### German GPH (2000-10-06)

Put the *German version* of the GPH online.

### Secure Telephony (2000-09-27)

Add a link about secure telephony and a pointer to a Japanese translation of RFC2440.

### GnuPG 1.0.3 released (2000-09-20)

- RSA support.
- Supports the new MDC encryption packet.
- Default options changed for better compatibility with PGP 7.
- The usual fixes and other enhancements.

## FAQ (2000-09-06)

Add a *FAQ* .

## SITE IMPROVEMENTS (2000-08-28)

Add a short menu to the top of the docs page. Add a note about the PGP ARR problem.

## LINKS TO GPH (2000-08-08)

Put links to the GPH into the doc webpage.

## ITALIAN WEB SITE (2000-08-02)

Italian translation of the web pages.

## GNUPG 1.0.2 RELEASED (2000-07-12)

A lot of fixes and enhancements.

## PAGES ABOUT PGA (2000-06-29)

Add some pages about the *GPA*.

## TWO NEW SUPPORTED OSES (2000-03-20)

Add 2 OSes to the list of supported systems.

## CVS ACCESS (2000-03-15)

**cvs.gnupg.org** provides browsable access to the CVS tree of GnuPG and related projects.

## GNUPG 1.0.1 RELEASED (1999-12-16)

Bug fixes and small enhancements.

## GNUPG 1.0.0 RELEASED (1999-09-07)

Released the first production version.

## GNUPG 0.9.11 RELEASED (1999-09-03)

Some more fixes and cleanups.

## GNUPG 0.9.10 RELEASED (1999-08-04)

Minor bug fixes.

## GNUPG 0.9.9 RELEASED (1999-07-23)

- Yet another chunk of options.
- More bug fixes.

### GnuPG 0.9.8 released (1999-06-26)

- A couple of new options.
- Yet another workaround for PGP2.
- Other bug fixes.

### GnuPG 0.9.7 released (1999-05-23)

- Workarounds for a couple of PGP2 bugs.
- Other bug fixes.

### GnuPG 0.9.6 released (1999-05-06)

- Bug fixes.
- Subkey and signature revocations.

### GnuPG 0.9.5 released (1999-03-20)

- Bug fixes.
- –recv-keys command

### GnuPG 0.9.4 released (1999-03-08)

Bug fixes.

### GnuPG 0.9.3 released (1999-02-19)

- Bug fixes.
- Some new options.

### GnuPG 0.9.2 released (1999-01-20)

- Bug fixes.
- HKP keyserver support.

### GnuPG 0.9.1 released (1999-01-01)

- Fixed some serious bugs.
- Some internal redesign.
- Polish language support.
- Setup a anonymous rsync server.

### GnuPG 0.9.0 released (1998-12-23)

- Option to dash-escape "From" in clear text messages.
- Better support for unices without /dev/random.
- Fixed some bugs.

### GnuPG 0.4.5 released (1998-12-08)

- Brazilian translation.
- Improved key import.
- Loadable random gathering stuff.
- Files are now locked during updates.

### GnuPG 0.4.4 released (1998-11-20)

- Spanish translation.
- Fixed the way expiration dates are stored.
- Key validation is now much faster and some more bugs fixed.
- New feature to support signed patch files.

### GnuPG 0.4.3 released (1998-11-08)

- Russian translation.
- Now lists all matching names.
- Experimental support for keyrings store in GDBM files.
- Many bug fixes.

### GnuPG 0.4.1 released (1998-10-07)

- Fixed a couple of bugs and add some more features.
- Checked OpenPGP compliance.
- PGP 5 passphrase are now working.

### GnuPG 0.4.0 released (1998-09-18)

- Fixed a serious Bug in 0.3.5.
- Added 3DES.

### GnuPG 0.3.5 released (1998-09-14)

- Do not use this version!
- Anonymous enciphered messages.
- Building in another directory now work better.
- Blowfish weak key detection mechanism.

### GnuPG 0.3.4 released (1998-08-11)

Relased revision 0.3.4.

### GnuPG 0.3.3 released (1998-08-08)

- Alternate user IDs.
- A menu to sign, add, remove user ids and other tasks.
- **Twofish** as a new experimental cipher algorithm.
- Ability to run as a coprocess; this is nice for frontends.

### GnuPG 0.3.2 released (1998-07-09)

Bug fixes.

### GnuPG 0.3.1 released (1998-07-06)

- Bug fixes.
- More in compliance with OpenPGP.

### GnuPG 0.3.0 released (1998-06-25)

- Major enhancements.
- More complete v4 key support: Preferences and expiration time is set into the self signature.

- Key generation defaults to DSA/ElGamal keys, so that new keys are interoperable with pgp5.
- Support for dynamic loading of new algorithms.

### GNUPG 0.2.19 RELEASED (1998-05-29)

- Tiger has now the OpenPGP assigned number 6. Because the OID has changed, old signatures using this algorithm can't be verified.
- GnuPG now encrypts the compressed packed and not any longer in the reverse order; anyway it can decrypt both versions.
- `--add-key` works and you are now able to generate subkeys.
- It is now possible to generate ElGamal keys in v4 packets to create valid OpenPGP keys.
- Some new features for better integration into MUAs.

### GNUPG 0.2.18 RELEASED (1998-05-15)

- Add key generation for DSA and v4 signatures.
- Fixed a small bug in the key generation.
- New option `--compress-algo 1` to allow the creation of compressed messages which are readable by PGP.

### GNUPG 0.2.17 RELEASED (1998-05-04)

- More stuff for OpenPGP: Blowfish is now type 20, comment packets moved to a private type, packet type 3 now prepends conventional encryption packets.
- Fixed a passphrase bug and some others.

### GNUPG 0.2.16 RELEASED (1998-04-28)

- Experimental support for TIGER/192.
- Standard cipher is now Blowfish with 128 bit key in OpenPGP's CFB mode.

### GNUPG 0.2.15 RELEASED (1998-04-09)

- Fixed a bug with the old checksum calculation for secret keys.
- CAST5 works (using PGP's strange CFB mode).

### GNUPG 0.0.0 RELEASED (1997-12-20)

First release.

---

**Privacy Policy**     **Imprint**     **Archive**     **Sitemap**     **Blog**     **Files**

✝ Wir nehmen Abschied von einem
sicher geglaubten Freund, dem
**Fernmeldegeheimnis**
(Artikel 10 Grundgesetz)
* 23. Mai 1949, ✝ 18. Dezember 2015

(cc) BY-SA   These web pages are Copyright 1998--2018 The GnuPG Project and licensed under a **Creative Commons Attribution-ShareAlike 3.0 Unported License**. See **copying** for details. Page **source** last changed on 2019-02-12.