DEF_00028008.mht.txt - GPG Output.txt

```
 1  >gpg --version
 2  gpg (GnuPG) 2.2.3
 3  libgcrypt 1.8.1
 4  Copyright (C) 2017 Free Software Foundation, Inc.
 5  License GPLv3+: GNU GPL version 3 or later <https://gnu.org/licenses/gpl.html>
 6  This is free software: you are free to change and redistribute it.
 7  There is NO WARRANTY, to the extent permitted by law.
 8
 9  Home: C:/Users/medman/AppData/Roaming/gnupg
10  Supported algorithms:
11  Pubkey: RSA, ELG, DSA, ECDH, ECDSA, EDDSA
12  Cipher: IDEA, 3DES, CAST5, BLOWFISH, AES, AES192, AES256, TWOFISH,
13          CAMELLIA128, CAMELLIA192, CAMELLIA256
14  Hash: SHA1, RIPEMD160, SHA256, SHA384, SHA512, SHA224
15  Compression: Uncompressed, ZIP, ZLIB, BZIP2
16
17  >gpg -vv --verify DEF_00028008.mht.txt
18  gpg: armor: BEGIN PGP SIGNED MESSAGE
19  gpg: armor header: Hash: SHA1
20  # off=0 ctb=ff tag=63 hlen=2 plen=11 new-ctb
21  :packet 63: length 11 - gpg control packet# off=13 ctb=cb tag=11 hlen=2 plen=0 partial
21  new-ctb
22  gpg: armor: BEGIN PGP SIGNATURE
23  gpg: armor header: Version: GnuPG v2.0.17 (MingW32)
24  :literal data packet:
25          mode t (74), created 0, name="",
26          raw data: unknown length
27  gpg: original file name=''
28  # off=1970 ctb=89 tag=2 hlen=3 plen=412
29  :signature packet: algo 1, keyid 0415E6CBE23FCC2D
30          version 4, created 1393740431, md5len 0, sigclass 0x01
31          digest algo 2, begin of digest 57 48
32          hashed subpkt 2 len 4 (sig created 2014-03-02)
33          subpkt 16 len 8 (issuer key ID 0415E6CBE23FCC2D)
34          data: [3070 bits]
35  gpg: Signature made 03/02/14 01:07:11 Eastern Standard Time
36  gpg:                using RSA key 0415E6CBE23FCC2D
37  gpg: using pgp trust model
38  gpg: key 19A0AA04A2EBA45E: accepted as trusted key
39  gpg: Good signature from "Dave Kleiman (Bitcoin so we neer have to wotty about
39  infaltion and easing) <dave@davekleiman.com>" [unknown]
40  gpg: WARNING: This key is not certified with a trusted signature!
41  gpg:          There is no indication that the signature belongs to the owner.
42  Primary key fingerprint: 036A 7C16 5FDF D5F1 FA53  9075 0415 E6CB E23F CC2D
43  gpg: textmode signature, digest algorithm SHA1, key algorithm rsa3072
```