

**Clayton, Ciudad ded Saber,**
Pullen Street
Panama City
Republic of Panama

PAID

# Invoice #00701208

Invoice Date: 25th May 2015

Due Date: 29th May 2015

**Invoiced To**
Panopticrypt Pty Ltd c/o
DeMorgan (Wright Family Trust)
ATTN: Ramona Watts
43 St Johns Ave
Gordon, New South Wales, 2072
Australia

| Description | Total |
|---|---|
| Amended contract as per Clayton Utz (24 months continued service) | XBT.68.000,00 |
| Sub Total | XBT.68.000,00 |
| Credit | XBT.0,00 |
| Total | XBT.68.000,00 |

## Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| 25th May 2015 | Mail In Payment | | XBT.68.000,00 |
| | | Balance | XBT.0,00 |

PDF Generated on 26th May 2015