

**Clayton, Ciudad ded Saber,**
Pullen Street
Panama City
Republic of Panama

PAID

# Invoice #00701208

Invoice Date: **25**t**h May** 2015

Due Date: **29**th **May** 2015

**Invoiced To**
Panopticrypt Pty Ltd **c/o**
**DeMorgan (Wright Family Trust)**
ATTN: Ramona Watts
43 St Johns Ave
Gordon, New South Wales, 2072
Australia

| Description | Total |
|---|---|
| **Amended contract as per Clayton Utz** (2**4** months continued service) | XBT.**68.0**00,00 |
| Sub Total | XBT.**68.0**00,00 |
| Credit | XBT.0,00 |
| Total | XBT.**68.0**00,00 |

## Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| **25th May** 2015 | Mail In Payment | | XBT.**68.0**00,00 |
| | | Balance | XBT.0,00 |

PDF Generated on 2**6**th May 2015