# IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC
# v.
# CRAIG WRIGHT

Civil Action No.: 9:18-cv-80176-BB/BR
*Demonstrative for Dr. Matthew J. Edman Direct*
June 28, 2019

1

# OBJECT CODE FROM OCT. 2014 EMAIL

### Original Object Code of Oct. 2014 Email

```
37  BT
38  0   scn
39  /TT0 1 Tf
40  7.5 0 0 7.5 79.5 771.75 Tm
41  (From:)Tj
42  /CS1 cs 0 0 1   scn
43  /TT1 1 Tf
44  10.2 0 Td
45  (Craig S Wright)Tj
46  ET
```

### Modified Object Code of Oct. 2014 Email

```
41  BT
42  0   scn
43  /TT0 1 Tf
44  7.5 0 0 7.5 79.5 771.75 Tm
45  (From:)Tj
46  ET
47  /TouchUp_TextEdit MP
48  BT
49  /CS1 cs 0 0 1   scn
50  /C2_0 7.5 Tf
51  156 771.75 Td
52  <002700440059004800030002E004F0048004C005000440051>Tj
```

### Code to Text Mapping

```
0027 0044 0059 0048 0003 002E 004F 0048 004C 0050 0044 0051
'D'  'a'  'v'  'e'   '   '.'  'K'  'l'  'e'  'i'  'm'  'a'  'n'
```

### Modified Display Text for Oct. 2014 Email

From:                                    Dave Kleiman

2

# OBJECT CODE FROM OCT. 2014 EMAIL

Original email "From:" field (Oct. 2014 Email)

```
4    <<
5      /S/URI/URI(mailto:craig@panopticrypt.com)
6    >>
```

Original email "To:" field (Oct. 2014 Email)

```
18   <<
19     /S/URI/URI(mailto:craig@panopticrypt.com)
20   >>
```



Original email "From:" field (Oct. 2014 Email)

```
4    <<
5      /S/URI/URI(mailto:dave@davekleiman.com)
6    >>
```

Original email "To:" field (Oct. 2014 Email)

```
18   <<
19     /S/URI/URI(mailto:overlyqualified@gmail.com)
20   >>
```



Display of Modified Hyperlinks (Oct. 2014 Email)

```
From:                                 Dave Kleiman
To:                                   Craig S Wright
```

3



## Object Code of Oct. 2014 Email

```
80  BT
81  /CS0 cs 0  scn
82  /TT0 1 Tf
83  7.5 0 0 7.5 79.5 750.75 Tm
84  (Subject:)Tj
85  /TT1 1 Tf
86  10.2 0 Td
87  (Requested attached.)Tj
88  /TT0 1 Tf
89  -10.2 -1.4 Td
90  (Date:)Tj
91  /TT1 1 Tf
92  10.2 0 Td
93  (Friday, 17 October 2014 12:04:57 PM)Tj
94  /TT0 1 Tf
95  -10.2 -1.4 Td
96  (Attachments:)Tj
97  /CS1 cs 0 0 1  scn
98  /TT1 1 Tf
99  10.2 0 Td
100 (Tulip Trust.pdf.asc)Tj
101 ET
```

## Modified Object Code of June 2011 Email

```
90  /TouchUp_TextEdit MP
91  BT
92  /TT1 7.5 Tf
93  156 750.75 Td
94  (Requested attached.)Tj
95  0 -10.5 TD
96  (Friday, )Tj
97  /C2_1 7.5 Tf
98  24.76 0 Td
99  <00150017>Tj            "24"
100 /TT1 7.5 Tf
101 ( )Tj
102 /C2_1 7.5 Tf
103 <002D005800510048>Tj    "June"
104 /TT1 7.5 Tf
105 25.968 0 Td
106 ( 201)Tj
107 /C2_1 7.5 Tf
108 14.626 0 Td
109 <0014>Tj                "1"
110 /TT1 7.5 Tf
111 ( 12:04:57 PM)Tj
112 /C2_1 7.5 Tf
113 48.563 0 Td
114 <0003>Tj
115 /CS1 cs 0 0 1  scn
116 /TT1 7.5 Tf
117 -113.917 -10.5 Td
118 (Tulip Trust.pdf.asc)Tj
119 ET
```

## Text of Oct. 2014 Email

| From: | Dave Kleiman |
|---|---|
| To: | Craig S Wright |
| Subject: | Requested attached. |
| Date: | Friday, 17 October 2014 12:04:57 PM |
| Attachments: | Tulip Trust.pdf.asc |

## Text of June 2011 Email

| From: | Dave Kleiman |
|---|---|
| To: | Craig S Wright |
| Subject: | Requested attached. |
| Date: | Friday, 24 June 2011 12:04:57 PM |
| Attachments: | Tulip Trust.pdf.asc |