# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

### PLAINTIFFS' NOTICE OF FILING THE DESIGNATED PORTIONS OF CRAIG WRIGHT'S DEPOSITION TRANSCRIPT, ITS CORRESPONDING EXHIBITS, AND EXHIBITS 8, 9, 10, AND 11 OF THE JONATHAN WARREN DEPOSITION

In connection with the June 28 and August 5, 2019 show cause hearings before Judge Bruce Reinhart, and as indicated at the August 5, 2019 hearing, Plaintiffs give notice of filing the designated portions of Craig Wright's deposition transcript, its corresponding exhibits, and exhibits 8, 9, 10 and 11 of the Jonathan Warren deposition.

Dated August 21, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
ROCHE FREEDMAN LLP
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman