Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


------------------------------)
                              )
                              )
                              )
IRA KLEIMAN, as the personal  )CASE NO:
representative of the Estate  )9:18-cv-80176-BB/BR
of David Kleiman, and W&K Info)
Defense Research, LLC         )
                              )
         Plaintiffs,          )
                              )
v.                            )
                              )
                              )
CRAIG WRIGHT                  )
                              )
         Defendant.           )
                              )
                              )
------------------------------)




Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019


Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by:  Paula Foley



```
 1              A P P E A R A N C E S
 2   On behalf of the Plaintiffs:
 3           VELVEL (DEVIN) FREEDMAN, ESQ.
             Boies Schiller Flexner LLP
 4           100 SE Second Street, Suite 2800,
             Miami, Florida 33131
 5
             KYLE W. ROCHE, ESQ.
 6           Admitted Pro Hac Vice
             Boies Schiller Flexner LLP
 7           333 Main Street
             Armonk, NY 10504
 8
 9   On behalf of the Defendant:
10           ANDRÉS RIVERO
             ZAHARAH R. MARKOE
11           Rivero Mestre LLP
             2525 Ponce de Leon Blvd.
12           Ste. 1000 Miami,
             FL 331134
13
14
     Court Reporter:
15
             PAULA FOLEY
16           Magna Legal Services
             1635 Market Street,
17           Philadelphia,
             PA 19103
18           United States
19
     Also Present:
20
             PHILIP HILL (Videographer, Magna Legal
21           Services)
22           ANDREW S. BRENNER, ESQ (Boies Schiller
             Flexner LLP) for the Plaintiff By Telephone
23
             JOHN MCADAMS, ESQ (Boies Schiller Flexner
24           LLP) By Telephone
25           IRA KLEIMAN (Plaintiff) By Telephone
```



Page 3

1                    I N D E X

2

    Deponent                                Page

3

    DR. CRAIG STEVEN WRIGHT

4

    Questions by MR. FREEDMAN           5 - 385

5

6

7              - - - - - - - - - -

8

9        Exhibits marked during this deposition

10           Exhibit                      Page

11             1                           78

               2                          126

12             3                          189

               4                          227

13             5                          239

               6                          259

14             7                          296

               8                          314

15             9                          333

              10                          347

16

17

18

19

20

21

22

23

24

25



Page 63

5          Q.      In 2007, did you speak with Dave Kleiman

6    about blockchain, timechain or Bitcoin?

7          A.      I do not remember the first time that

8    I actually mentioned it to Dave.

9          Q.      It could have been in 2007?

10         A.      It was either 2007 or 2008.  There's an

11   e-mail that I believe people have a copy of.  I do not

12   remember the date of the e-mail.

13         Q.      What does the e-mail say?

14               MS. MARKOE:  Objection.

15               THE WITNESS:  I do not remember what the

16   e-mail says.  I think it speaks for itself.

17   BY MR. FREEDMAN:

18         Q.      What was the purpose of e-mailing Dave

19   Kleiman?

20               MS. MARKOE:  Objection.

21               THE WITNESS:  I wanted Dave to give me

22   some help with editing a paper.

23   BY MR. FREEDMAN:

24         Q.      Which paper?

25         A.      In this particular e-mail that I believe



Page 64

1    you are saying, the Bitcoin white paper.

2            Q.     The date of that e-mail -- does it help

3    you recollect if I tell you that that e-mail is in March

4    of 2008?

5            A.     Yes, I will believe that that is the

6    date, then, and the date about that was March 2008 if

7    that is what it says.



```
6             Q.    I am handing you what is marked as

7    Plaintiff's Exhibit 1.  This purports to be an e-mail

8    from you to Dave Kleiman dated 12th March 2008.  Do you

9    recognise this e-mail?

10            A.    I recognise what you have there.

11            Q.    Is this the e-mail that you sent?

12                  MS. MARKOE:  Objection.

13                  THE WITNESS:  No.

14   BY MR. FREEDMAN:

15            Q.    Why is it not the e-mail you sent?

16            A.    Because this is an import into a

17   different mail server that existed at a later time.

18            Q.    Is this an identical copy of the e-mail

19   you sent to Dave Kleiman?

20                  MS. MARKOE:  Objection.

21                  THE WITNESS:  No, because when you import

22   something from one exchange server to another it is not

23   identical.

24   BY MR. FREEDMAN:

25            Q.    Is the text of the e-mail identical?
```



Page 80

 1                    MS. MARKOE:  Objection.

 2                    THE WITNESS:  I am unable to say whether

 3    it is identical.  It looks the same.

 4    BY MR. FREEDMAN:

 5         Q.    Did you send this original e-mail on 12th

 6    March 2008?

 7                    MS. MARKOE:  Objection.

 8                    THE WITNESS:  This is not an e-mail.

 9    BY MR. FREEDMAN:

10         Q.    Did you send an e-mail that looks the

11    same as this on 12th March 2008?

12                    MS. MARKOE:  Objection.

13                    THE WITNESS:  I sent an e-mail that

14    contains the body that was approximately like that, if

15    not like that.  I cannot say exactly because this is a

16    copy and whatever else, but that is very familiar, and

17    that would appear to be the e-mail I sent, yes.

18    BY MR. FREEDMAN:

19         Q.    On 12th March 2008?

20                    MS. MARKOE:  Objection.

21                    THE WITNESS:  Yes.



Page 91

7    BY MR. FREEDMAN:

8         Q.     Who owned the Craig Wright R&D in the

9    Seychelles?

10              MS. MARKOE:  Objection.

11              THE WITNESS:  I am unable to answer the

12   "who owned" because each of the companies, or whatever

13   else I have, has a complex ownership structure.  At the

14   end of the day, I own nothing.  I do not own a single

15   share in any company that I know of.  I do not own a

16   single disposition of a trust that I know of.  I have no

17   ownership of anything, which is what you are trying to

18   get at.  I have very carefully constructed something

19   where I get to direct my research and own nothing.

20   BY MR. FREEDMAN:

21        Q.     So I appreciate, again, that you are

22   anticipating where I am going, but please just answer

23   the question.

24        A.     I believe that was answering the

25   question.



Page 92

```
 1              Q.     Actually, I just want to know who owns
 2     them, not if you own them.  Who owns them?
 3                     MS. MARKOE:  Objection.
 4                     THE WITNESS:  I believe I was ----
 5                     MS. MARKOE:  You may answer.
 6                     THE WITNESS:  I believe I was answering.
 7     My answer is I have set up something so that I do not
 8     need to know who owns them.  I do not know who owns
 9     nChain now.
10     BY MR. FREEDMAN:
11              Q.     Who knows who owns Craig Wright R&D?
12                     MS. MARKOE:  Objection.
13                     THE WITNESS:  I have ensured that I know
14      nothing about the ownership of the companies I am with.
15     BY MR. FREEDMAN:
16              Q.     Who did you make that arrangement with?
17                     MS. MARKOE:  Objection.
18                     THE WITNESS:  Other individuals.
19     BY MR. FREEDMAN:
20              Q.     What are the names of those individuals?
21                     MS. MARKOE:  Objection.
22                     THE WITNESS:  I do not remember all of
23      their names.  Those people are no longer part of my
24      life.
25     BY MR. FREEDMAN:
```



Page 93

 1          Q.     Do you remember any of their names?

 2                 MS. MARKOE:  Objection.

 3                 THE WITNESS:  Yes.

 4   BY MR. FREEDMAN:

 5          Q.     Can you tell me the names that you do

 6   recall?

 7                 MS. MARKOE:  Objection.

 8                 THE WITNESS:  There was a Mark in High

 9   Secured in Panama.

10   BY MR. FREEDMAN:

11          Q.     Anyone else?

12          A.     I am thinking.  (Pause) No, I do not

13   remember the names.

14          Q.     Do you remember Mark's last name?

15          A.     No, I do not.

16          Q.     Mark was part of the people that took

17   care of the ownership of Craig Wright R&D for you?

18                 MS. MARKOE:  Objection.

19                 THE WITNESS:  I do not know exactly what

20   they did.  People set up structures.

21   BY MR. FREEDMAN:

22          Q.     You trusted these people to set up

23   structures for your companies?

24                 MS. MARKOE:  Objection.

25                 THE WITNESS:  High Secured was a law



Page 94

1    firm.

2    BY MR. FREEDMAN:

3          Q.    So you trusted a law firm to set up

4    ownership structures for your companies?

5          A.    Yes.

6          Q.    And you have no way to get those records

7    today?

8          A.    Not that I know of.

9          Q.    Did Craig Wright R&D ever mine Bitcoin?

10         MS. MARKOE:  Objection.

11         THE WITNESS:  No.



Page 196



```
 9          Q.     So as I understand it, from December of

10    2010, until 2016, you never earned the mining reward for

11    mining a block of Bitcoin; is that correct?

12              MS. MARKOE:   Objection.   You can answer.

13              THE WITNESS:   That is correct.
```



Page 198



24          Q.      To the best of your recollection, did
25     Dave Kleiman have any knowledge of the mining you were



1    doing in Bagnoo?

2                    MS. MARKOE:  Objection.

3                    THE WITNESS:  Yes, he did.

4    BY MR. FREEDMAN:

5            Q.    How did he come to find out about that?

6            A.    He knew I had a property in Bagnoo and

7    that I was running Bitcoin nodes.



Page 227

█████████████████████████   ██████████████████
      ████████████████   █████████████████   ██
██████████████████████   ██████████████████   ████████████
██████████████
                  ████████████████   █████████████████████████
██████████████████   █████████████
████████████████████████████████████████████████
█████████████████

9        Q.     I have handed you what we have marked as

10   Plaintiff's Exhibit 4.  Can you go to the bottom,

11   please, of page 4.  Do you recognise what this document

12   is?

13        A.     Yes.  This was a document put together by

14   staff at one of my companies.

15        Q.     Did you send this document to

16   Ira Kleiman?

17        A.     I presume so, seeing as it is chronology

18   of Craig Wright to Ira K.

█████   ████   ████████████████████████
█████   ██████████████   ██████████████████████████
█████   █████   ██████████████████████████
█████   █████   ██████████████████████
█████   ██████████████████████████████
█████   ████████████████████████████████████████
█████   ████████████████



Page 288

████  ████  ████████████████████

████  ████  ██████████████████████

████  ████████████████████████████

████  ████  ██████████

████  ████  ███████████  █████████

████  ████████████████

████  ████  ████████████████

████  ████  █████████████████████████████

████  ████  ██████████████████████████████

████  ██████████████████████████████

████  ████████████  █████████████

████  ██████████████  ███████████████████

████  ████████████████████████████████████

████  ████████████  ██████████████████████

████  ████████████████

16  BY MR. FREEDMAN:

17          Q.      Did Ms. Nguyen ever become a trustee for

18    you?

19                  MS. MARKOE:  Objection.

20                  THE WITNESS:  In what sense?

21  BY MR. FREEDMAN:

22          Q.      Was she ever a trustee that you were --

23    strike that.  Was she ever the trustee over a trust that

24    you were the beneficiary of?

25          A.      What sort of trust are we talking about?



Page 289

1          Q.      Any.

2          A.      Then yes.

3          Q.      Can you tell me what that trust was

4    about?

5                  MS. MARKOE:  Objection.  You can answer.

6                  THE WITNESS:  That trust was holding a

7    number of slices of early Bitcoin keys.

8    BY MR. FREEDMAN:

9          Q.      Does that mean that it controlled

10   Bitcoin?

11                 MS. MARKOE:  Objection.

12                 THE WITNESS:  Nobody controls Bitcoin.

13   BY MR. FREEDMAN:

14         Q.      Does that mean it owned Bitcoin?

15                 MS. MARKOE:  Objection.

16                 THE WITNESS:  No, that does not mean it

17   owned Bitcoin.

18   BY MR. FREEDMAN:

19         Q.      What was the name of the trust?

20         A.      Which trust?

21         Q.      How many was Uyen a trust on?

22         A.      I do not know.

23         Q.      How many are you aware of her being a

24   trustee on?

25         A.      At least one.



Page 290

```
 1          Q.     What is the name of that trust?

 2          A.     There was a trust called the Tulip Trust.

 3          Q.     Is that trust no longer in existence?

 4          A.     The trust was formalised early on and is

 5   not the informal thing from 2011.

 6          Q.     I am not following. When was the

 7   Tulip Trust created?

 8          A.     2011.

 9          Q.     Who created it?

10          A.     Me.

11          Q.     Who were the trustees when you created

12   it?

13          A.     I do not remember.  I would need to look

14   at the document.

15          Q.     Where are the documents?

16          A.     I do not have the documents.

17          Q.     Who has the documents?

18          A.     I do not know.

19          Q.     Who were the beneficiaries of the

20   Tulip Trust in 2011?

21          A.     I do not have the document.  I cannot

22   answer that.

23          Q.     What assets were controlled by the

24   Tulip Trust in 2011?

25          A.     Companies that I hold overseas, such as
```



Page 291

```
 1    Wright International Investments that I founded in 2009,

 2    and Tulip Trading.

 3              Q.      What is Tulip Trading?

 4              A.      It is a company.

 5              Q.      So, when it was founded in 2011, it never

 6    controlled the rights to any Bitcoin?

 7                      MS. MARKOE:  Objection: vague.

 8                      THE WITNESS:  That is not what I said.

 9    The rights ----

10    BY MR. FREEDMAN:

11              Q.      How did -- sorry, go ahead.

12              A.      The rights to Bitcoin and controlled are

13    different.  You are mixing all your bits and pieces,

14    yes.

15              Q.      Did the Tulip Trust own any Bitcoin at

16    any point from 2011 until 2013?

17              A.      The trust does not own generally.  A

18    trust holds in trust.

19              Q.      I do not want to get into an argument

20    with you about the structure of trusts, I am just trying

21    to get to the bottom of, did the trust have control over

22    Bitcoin?

23              A.      Which Bitcoin?

24              Q.      Any Bitcoin.

25              A.      Yes.
```



Page 292



18        Q.        Was Dave Kleiman ever involved with the

19  Tulip Trust?

20                MS. MARKOE:  Objection.  You may answer.

21                THE WITNESS:  Dave Kleiman was not

22  involved in the Tulip Trust as it is.  What you are

23  trying to get at was because I asked him to hold

24  documents for a while does that make him part of the

25  trust.  Dave was never a beneficiary of the trust.  Dave



Page 293

1    never put money into the trust.  Dave never had any

2    Bitcoin in the trust.  Dave never mined any Bitcoin that

3    had anything to do with the trust.  None of the Bitcoin

4    was ever involved with any mining in the US.  No Bitcoin

5    was post 2010 from that trust.  No company Dave owned

6    was involved with the trust.  No shares Dave owned was

7    involved with the trust.  Nothing Dave owned was

8    involved with the trust.  Dave had no rights to the

9    trust, no ownership of the trust, no knowledge of the

10   set-up of the trust.  He did not know about the

11   companies in the trust.  He did not know about Wright

12   International Investments that I set up in 2009.  Dave

13   did not know about any of those details.  Dave was asked

14   simply to hold a part of some documents and keys that

15   were split using Shamir's Secret Sharing scheme so that

16   he did not even know what he was actually holding.

████                    ████████    ██████████████████

████        ████████████████████

████              ████████████    ██████████████

20   BY MR. FREEDMAN:

21            Q.     Did you put Bitcoin into the trust in

22   2011?

23                   MS. MARKOE:  Objection.  You may answer.

24                   THE WITNESS:  I founded the trust.

25   BY MR. FREEDMAN:



Page 294

1           Q.      Did you put Bitcoin into the trust in
2      2011?
3                   MS. MARKOE:  Objection.
4                   THE WITNESS:  No.
5      BY MR. FREEDMAN:
6           Q.      Did you put Bitcoin into the trust in
7      2012?
8                   MS. MARKOE:  Objection.
9                   THE WITNESS:  No.
10     BY MR. FREEDMAN:
11          Q.      Did you ever put Bitcoin into the trust?
12                  MS. MARKOE:  Objection.
13                  THE WITNESS:  No.
14     BY MR. FREEDMAN:
15          Q.      Did anyone ever put Bitcoin into the
16     trust?
17                  MS. MARKOE:  Objection.
18                  THE WITNESS:  No.
19     BY MR. FREEDMAN:
20          Q.      Did the Tulip Trust ever come to hold
21     private keys to Bitcoin wallets?
22          A.      No.
23          Q.      Did it ever come to own or possess
24     private keys to Bitcoin addresses?
25          A.      No.



Page 295

1          Q.      What is the relationship between the
2    Tulip Trust and Bitcoin?
3                  MS. MARKOE:  Objection.  Again, where are
4    we on the topics?
5                  THE WITNESS:  What the hell does that
6    question even mean?



Page 314

█    ████████

2        Q.    Does Ms. Nguyen still maintain a trust

3  role in relation to companies that are related to you?

4        MS. MARKOE:  Objection.  You can answer.

5        THE WITNESS:  No.

6  BY MR. FREEDMAN:

7        Q.    She is no longer a trustee of any trusts

8  related to you?

9        MS. MARKOE:  Objection.  You may answer.

10        THE WITNESS:  That is what I just said.

11  BY MR. FREEDMAN:

12        Q.    When did she stop becoming a trustee of

13  trusts related to you?

14        A.    2015.



Page 315

```
1   BY MR. FREEDMAN:
2           Q.      Dr. Wright, I am handing you what has
3   been marked now as Plaintiff's Exhibit 8.  This is some
4   exchange of e-mails between you and Ira Kleiman; do you
5   recognise that?
6           A.      Yes.
```



Page 317

████ ████████████

████    ██    ██████████████████████    ████████████

████    ██    ████████████████████████████████

████ ██████████████████████████████████

████ ████████████████████████████████████████

████ ██████████████████████████

████    ██    ████████████████████████████

████        ████████████    ██████████████████████

████    ██████████████

████            ██████████████    ██████████████████

████    ████████████    ████████████████

████            ████████████    ██████████████

████    ████████████

```
14           Q.     Can you look at page 2 of 5, please.

15           A.     Yes.

16           Q.     Can you look at the message that comes

17    from Ira to you at March 2nd, 2014.  Can you read that

18    for the record?

19           A.     "From: '----'".

20           Q.     Dr. Wright, please just read the body of

21    the e-mail.

22           A.     "Just to clarify on thoughts from

23    previous e-mail... In one of the email exchanges between

24    Dave and you, he mentioned that you had 1 million

25    Bitcoins in the trust and since you said he has 300,000
```



Page 318

1    as his part I was figuring the other 700,000 is yours.

2    Is that correct?  Ira."

3         Q.    Can you read above that your response at

4    March 1st, 2014 at 3 p.m.?

5         A.    Mine.  "Around that.  Minus what was

6    needed for the company's use."

7         Q.    So, where is the 300,000 that belonged to

8    Dave?

9              MS. MARKOE:  Objection.  Can you tie that

10   to one your topics, please?

11             MR. FREEDMAN:  4: "The location and

12   duration of Dave, W&K and Craig's mining of Bitcoin from

13   2009 until 2013."

14             MS. MARKOE:  You are not talking about

15   mining now, you are talking about actual Bitcoin.  Those

16   are two separate topics.  This does not relate to number

17   4.

18             MR. FREEDMAN:  Okay, so either instruct

19   him not to answer or allow the question.

20             MS. MARKOE:  I am going to instruct him

21   not to answer.

22   BY MR. FREEDMAN:

23        Q.    Can you go down to the February 28th,

24   2014 e-mail.

25        A.    Mmm-hmm.



1          Q.     You say:  "The trust Dave setup should
2     have around 300,000."  Do you see that?
3          A.     Yes.
4          Q.     Is that 300,000 Bitcoin?
5          A.     Yes.
6          Q.     Where is the trust Dave set up?
7          A.     Dave set up a series of trusts as well.
8     One was in Belize, which was not GICSR, he also had one
9     in Panama and companies in Costa Rica.
10         Q.     Do you have any information on who helped
11    him set those up?
12         A.     No.
13         Q.     Can you read the next sentence for me?
14         A.     "We moved everything offshore as a result
15    of my early fight with the Tax office.  This was back in
16    2011.  The BTC would be on a server on hard drive, just
17    the rights are overseas."
18         Q.     Here you say:  "We moved everything
19    offshore"?
20         A.     I use a royal "we" all the time, so if
21    you are taking "we", "we" rarely means, for me, multiple
22    people.  I talk.  As my lawyers keep instructing me,
23    stop saying "we".



Page 320



```
19          Q.    So is it your testimony here today,
20   Dr. Wright, that when you used "we" here, you were
21   referring only to yourself?
22          A.    Independently Dave set up his own trust.
23          Q.    I am talking about your use of the word
24   "we".
25          A.    I am talking, and explaining this.
```



Page 321

1   I moved my things, Dave moved his things, independently.

2   We did not do it together.  It was a quick, flippant

3   e-mail to a con man who will take things out of context.

4   Basically, as this says, BTC would be on a server or

5   hard drive.  My suspicion is that it is the one Dave had

6   with him at nearly all time.



Page 347

20    BY MR. FREEDMAN:

21          Q.      Mr. Wright, I have handed you what has

22    been marked now as Plaintiff's Exhibit 10.

23          A.      Yes.

24          Q.      Do you recognise what these are?

25          A.      Yes, they are a statement of claim.



Page 348

1    Q.    Who is the plaintiff in this action?

2    A.    The plaintiff is Craig Steven Wright.

3    Q.    Is that yourself?

4    A.    Yes, via ---

5          MS. MARKOE:  Objection.  You can answer.

6          THE WITNESS:  Yes, via a business trust.



Page 357



```
15          Q.     Can you go to page 13 for me.  The
16   signature in the middle of the page, is that your
17   signature?
18          A.     Yes.
19          Q.     Can you go to page 6 for me.  Is that
20   signature in the middle of the page your signature?
21          A.     Yes.
```



Page 376



13    BY MR. FREEDMAN:

14         Q.    Dr. Wright, did you ever tell Dave

15    Kleiman how much Bitcoin you mined?

16         A.    No.

