Page 389

          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the Personal
Representative of the Estate
of DAVID KLEIMAN, and W&K
Info Defense Research, LLC,

            Plaintiffs,
v.
CRAIG WRIGHT,
            Defendant.
_____/

                         Paul G. Rogers Federal
                         Building and U.S. Courthouse
                         701 Clematis Street
                         West Palm Beach, Florida 33401
                         Friday, June 28, 2019
                         9:17 a.m. - 11:28 a.m.

         C O N F I D E N T I A L

      CONTINUED VIDEOTAPED DEPOSITION OF
         DR. CRAIG STEVEN WRIGHT

     Taken before Darline M. West,

Registered Professional Reporter, Notary Public

in and for the State of Florida At Large,

pursuant to Notice of Taking Deposition filed

by the Plaintiffs in the above cause.

            Magna Legal Services
             www.MagnaLS.com
              866.624.6221



Page 408



```
23        Q.    What were the -- what was the value of the
24   Bitcoins on the date that the divorce was settled?
25        A.    I don't know.
```



Page 409

1       Q.    Do you know of an approximate idea of the

2    value of the Bitcoin?

3       A.    When we did our settlement, it was in 2011.

4    The value of the Bitcoin was not what was being

5    discussed.   The value of Bitcoin in 2011 was about

6    $80,000.   The debts associated with it were in the

7    order of millions.



Page 413

███  ███  █████████████████████████

███  ██████████████████████

███  ███  ████████████████████

███  █████████████████████████

███  ████████████████

███  ███  █████████████  ██████████

███  █████████████

███  █████████  ██████████

███  ██████████████

███  █████████  ███████  ████████

███  ██████

███  ██████████

███  ███  ████████████████

███  █████████████████

███  ███  ███  ██████████████

███  ██████████

17        Q.   Was Tulip Trading, Ltd. dealt with in the

18   divorce?

19        A.   That was created after we separated.

20        Q.   So that was created after 2010?

21        A.   Correct.

22        Q.   But you were not divorced when it was --

23   when was it created?

24        A.   It was created -- I believe, the date was

25   June or July 2011.



Page  414

1        Q.   And when you -- did you create Tulip
2   Trading?
3        A.   I didn't create it.  It was a company that
4   I paid created it.
5        Q.   Okay.  And -- and you paid that company for
6   the property sometime after 2010 and before 2000 --
7   sorry.  Sorry.  Let me strike that.
8             You paid the company for Tulip Trading
9   sometime after 2010, but before the formal divorce of
10  2012?
11       A.   Yes.
12       Q.   Okay.  And when you paid for that company,
13  you assumed full ownership of the company?
14       A.   It was set up under a bearer share
15  structure initially.
16       Q.   Who was the owner of the company when --
17  who was the bearer share owner of the company when
18  you set it up?
19       A.   I owned the bearer shares.  There were
20  nominee shareholders and nominee directors.
21       Q.   So the listed owner of Tulip Trading at the
22  time of its incorporation was a company that you
23  owned the shares to; is that correct?
24       A.   In effect, yes.
25  ███  █████  ████████████████████████



Page 442



10      Q.   Dr. Wright, this is the May 13th declar-

11   the 2019 declaration that you signed, which I'm

12   marking as Plaintiff's Exhibit 1.

13           And Dr. Wright, you gave this declaration

14   based on your personal knowledge; is that correct?

15      A.   Yes.



Page 443

████████████

████  ████████████████████████

████████████████

4        Q.   Dr. Wright, in paragraph 3 of your

5    declaration, you state that you used your best

6    efforts to gather certain trust documents.

7             Do you see that?

8        A.   Yes.  I'm not the trustee of these trusts.

██  ██  ████████████████████

██  ████████████████████████

██  ████████████

██  ██████████████████

██  ██  ██  ██████████████████

██  ██████████████████████████

██  ██  ██████████████████

██  ██████████████████████████

██  ████████████████████████

██  ████████████████

██  ██████████████████

██  ██████████████████████

██  ██████████████

██  ████████████

██  ██  ████████████████████

██  ████████████

██  ██  ██  ██████████████████



Page 444

16          (Plaintiffs' Exhibit 2, E-mail from David

17   Kleiman to Craig Wright, Bates labeled Defense 2413

18   through 2415 was marked for identification.)

19   BY MR. FREEDMAN:

20       Q.   Okay.  And I'm gonna mark this as -- the

21   first one as Plaintiff's Exhibit 2.

22          And the first one is the one that starts

23   off from Dave Kleiman to Craig Wright, and it's an

24   e-mail.  It's Bates labeled Defense 2413 through

25   2415.



Page 445

1          Is that correct?

2      A.    It is page 216.

3      Q.    You're including this second page

4  (indicating)?

5      A.    2416.

6      Q.    Okay.  So, then, you're stating that --

7  let's -- let's make sure we're on the same page here.

8          Your para- -- paragraph 4 says "I attached

9  to this declaration the trust document dated

10  June 24th, 2011, which is referenced in paragraph 5

11  of my May 8th, 2019 declaration."

12          You're holding Defense 2413 through 2416.

13  Is that what you were referencing in your

14  declaration?

15      A.    This is a document related to that.  This

16  isn't the formal trust.  This is what I have.



Page 446

██████████████████████████████████████████

2        Q.   Okay.  But this is what you're referencing

3   in paragraph 4; is that correct?

4        A.   It is the document I have to do with that.

5   I don't have everything to do with what became the

6   Tulip Trust.

7        Q.   This is what you have?

8        A.   That is what I have.

9        Q.   And it's an authentic?

10       A.   Yes.

██  ██  ████  ██████████████████████████████

██  ████████████████████████████████████████

██  ████████████████████████

██  ██  ██████████████████████

██  ██  ████████████████████████████████

██  ████

██  ██  ██████████████████████████████████

██  ██████████████████████████  ██████████████

██  ██████████████████████████  ██████████████

██  ██████████████████████████

██  ██  ██████████████████████████████████

██  ████████████████████████████████████████

██  ██████████████████

██  ██  ██  ██████████████  ████████████████

██  ██████████████



Page 447

1        Q.   So let's make sure we're on the same page.

2             Document 2413 --

3        A.   Yes.

4        Q.   -- that first page only, is an e-mail from

5   Dave Kleiman to you?

6        A.   That is the appearance of what it is, yes.

7        Q.   Okay.  And it was written on June -- on or

8   about June 24th, 2011?

9        A.   Yes.

10       Q.   And you recall receiving this e-mail on or

11  about June 24th, 2011?

12       A.   Yes.

13       Q.   Okay.  Dr. Wright, in discovery, we

14  received this as a scan of a paper printout.  We also

15  received it as a pdf file, but we did not receive it

16  as an actual e-mail file.

17            Can you explain why that is?

18       A.   When I was outed in December 2015 as

19  Satoshi, I tried to remove all evidence of who I was.

20  I did my best to wipe out all of my social media.  I

21  did my best to wipe out my e-mails and any other

22  record that would tie me to being Satoshi Nakamoto.

23       Q.   So you kept only a paper copy; is that

24  correct?

25       A.   No, I did not.



Page 448

```
1              MS. MCGOVERN:  Object.  I'm gonna

2         object to the line of questioning.  We

3         actually produced this document in e-mail

4         form.  And we have produced the ESI of this

5         document.

6              MR. FREEDMAN:  When did you make that

7         production?

8              THE COURT:  I'll overrule the

9         objection.

10   BY MR. FREEDMAN:

11        Q.    Okay.  So, Dr. Wright --

12             MS. MCGOVERN:  My objection was simply

13        to the extent that you're asking the witness

14        the actual discovery production.  I want to

15        clarify for the record, that is, in fact,

16        been produced.
```



Page 451

███  ███   ███      ███████████████

███  ███████████████████████

███        ██████████████████████████

███  ███████████████████

███        █████████████

███    ██   ███

███    ███   █████████████████████

███  ██████████  █████████████

███    ███  ███████████████████████

███  █████████

███        ███████████  ██████████

12              (Plaintiffs' Exhibit 3, Document Bates

13     labeled 2416 was marked for identification.)

14              MR. FREEDMAN:  And just so the record

15          is clear, 2413 through 2415 is Plaintiff's

16          Exhibit 2.  2416 is Plaintiff's Exhibit 3.

17          And now I've just handed Dr. Wright his

18          May 13th [sic] declaration, which is gonna

19          be Plaintiff's Exhibit 4.

20              (Plaintiffs' Exhibit 4, Dr. Wright's May

21     8th declaration was marked for identification.)

22     BY MR. FREEDMAN:

23          Q.   All right.  Dr. Wright, this declaration

24     and all the statements made in it are based on your

25     personal knowledge?



Page 452

1      A.    Yes.

2      Q.    And based on your personal knowledge, you

3    swear that all the statements in this declaration are

4    true; is that right?

5      A.    They're simplified.  And the full truth is,

6    thus, more complex.  The trust owns companies.  The

7    companies own other structures.  And there's a

8    difference between Bitcoin and Bitcoin.  Bitcoin

9    refers to both the network and individual holdings as

10   assets.

11          There are multiple -- unfortunately,

12   Bitcoin is used in many ways.  It's a problem that I

13   have with how I name things.  So when you say the

14   Bitcoin, it can refer to Bitcoin, the network;

15   Bitcoin, the software; Bitcoin, the node; Bitcoin,

16   the implementation, and Bitcoin as the actual unit of

17   account.



Page 453

1   accordance with the laws of the United States of

2   America."

3              This sworn declaration was signed in London

4   on May 8th, 2019, and then your signature appears at

5   the bottom?

6        A.   Yes.

7        Q.   So this declaration is true and correct,

8   Dr. Wright?

9        A.   Once again, there is a level of the truth.

10  I can say this is true, in that it captures an

11  overall simplified version of everything, and I can

12  explain everything in further details.  It's like

13  saying I own a white car.  Then I can explain

14  further.  I own a white car with this VIN number.  I

15  own a white car with this particular engine.  I own a

16  white car of this make.  I own a white car of this

17  year.



Page 454

17      Q.   Dr. Wright, it was your intention the

18   court's relying on the statements made in this

19   declaration?

20      A.   I said a basic overview of what the trust

21   structure was that then owned other things.  I didn't

22   go into the holdings of each trust, no.

23      Q.   But you expected the court to rely on your

24   basic overview; is that correct?

25      A.   I'm not sure what you mean by "rely on."



Page 457

███

███

███

███

███

███

███

███

███

███

███

███

███

███

15      Q.   Is Plaintiff's Exhibit 5 the October 23rd,

16   2012 trust document referenced in paragraph 5 of your

17   May 13th declaration?

18      A.   I did not create the document, and I did

19   not sign it.

20        MS. MCGOVERN:  Answer the -- just

21      listen to the question.  He's asking whether

22      that -- this agreement is the agreement

23      that's referenced in your declaration.

24      That's the question.

25        THE WITNESS:  To the best of my



Page 458

1          knowledge, yes.

2     BY MR. FREEDMAN:

3          Q.   Who created this document?

4          A.   I don't actually know.  I know people in

5     Abacus, who are running blind holdings for me, that

6     they would have the bearer shares certificates, et

7     cetera.  It would be one of them, I would say.

8          Q.   So -- but you received a copy of this fully

9     executed sometime around October 23rd, 2012; is that

10    correct?

11         A.   I don't know when it was received.

12         Q.   It was executed in October 2012.  You

13    received it sometime thereafter?

14         A.   It was received and in the trust files

15    after.

16         Q.   Okay.  When did you first get a copy of

17    this document?

18         A.   I don't know.  I -- my lawyers received all

19    of the sealed boxes of files.  All of this was in

20    there.  I hadn't touched any of that for years.

21         Q.   So you put all of your Bitcoin in a trust,

22    but you never even looked at the trust document?

23         A.   No, I didn't put all of my Bitcoin in the

24    trust.  That's a misrepresentation.  I put all of my

25    intellect property.  My intellect property included



Page 459

1    the algorithms that would initially have my mined

2    Bitcoins included.



Page 463

██  ████████████████████████████████████

██  █████████   ████████████████████████

██      ██  ██████████████████████████

██  ███████████████████

██      ██  ████████████████

██      ██  ██████████████████████████████

██  ████████████████████████

██      ██  ██████   █████████

██      ██  ██████████████████████████████

██  ██████

██      ██  █████████████████

██      ██  ████████████████████████

██  ██████████████████████████████

██  ████████████

15        Q.   Dr. -- Dr. Wright, in these trust documents

16   you identify a sum of 1,100,111 Bitcoin and eight

17   and, I think, 24,000 Bitcoin.

18             What were you referring to?

19        A.   825,050.

20        Q.   What were you referring to when you said

21   "Bitcoin," when you said that?  What is that sum?

22        A.   That sum is the initial Bitcoin that my

23   machines mined between January 2009 and August 2010.

24        Q.   And if you sent me one of those, what would

25   you have sent me?  So, now, take off 1,100,111.  You



Page 464

1   send me one.  You have 1,100,110.

2             What do I now have?

3        A.   One particular coin would then be moved as

4   a new ledger entry.  That ledger entry would take a

5   coin-based mined coin, which is validated on the

6   ledger, and it would pay to a new address as changed

7   to myself.  That new address would be one or more

8   keys or other scripts that would pay me 49 Bitcoin,

9   as you say, or Satoshi, and multiplied by the

10  relevant number, because it's an integer, plus one of

11  the unit that people call Bitcoin to yourself.

12       Q.   So that unit that people call Bitcoin that

13  you sent me one of, Satoshi multiplied by the

14  relevant number, I'm gonna refer to it as coin.

15  Okay?

16       A.   Yes.

17       Q.   All right.  So let's get back, Dr. Wright.

18            So, Dr. Wright, in 2011, did you transfer

19  all of your coin, as I've just defined it, into a

20  blind trust?

21       A.   What I actually did was, I transferred the

22  algorithms and software that I had used, the

23  nonpublic version of Bitcoin that I was working on,

24  into an encrypted file.  That encrypted file was

25  then -- basically the key was split so that other



Page 465

 1    people could have it.

 2            I created a system so that I had both legal

 3    and technical controls.  The legal system was as a

 4    wrapper to ensure tax laws and other things were met.

 5    The technical controls were, therefore, so that I

 6    could basically, hand on heart, say I do not have

 7    control of any of these assets.

 8        Q.   And is Plaintiff's Exhibit 5, the Deed of

 9    Trust document, what you referred in your declaration

10    as Tulip Trust 1, is this part of that scheme to take

11    the coin out of your control?

12        A.   This was after that had occurred.  The coin

13    was out of my control in 2011.  This is more of a

14    legal structure that was set up.  This was not with

15    me.  This was between the companies.  I had

16    instructed people to take me off all the companies

17    and remove all of that information so that I wasn't

18    there anymore.

19        Q.   So the coin left your possession by virtue

20    of -- your control, by virtue of Plaintiff's

21    Exhibit 2?

22        A.   No.

23        Q.   Do you have Plaintiff's Exhibit 2 in front

24    of you?  Let me try to simplify that, actually.  I'll

25    strike the last question.



Page 466

1          The coin left your possession when you

2     transferred it to Dave Kleiman?

3          A.   No.





Page 468

9        Q.   Yes.  Let me just rephrase it.

10            Dr. Wright, you created the technical

11   solution to take the Bitcoin out of your control in

12   May of 2011; is that correct?

13       A.   The Bitcoin that you were saying as

14   mined --

15       Q.   All right.  Coin.  Let me refer to coin.  I

16   apologize.  It's a bad question.

17       A.   The -- the coin that you were saying were

18   mined, that was actually part of the software

19   process.  So the two things:  Coin that I mined

20   between 2009 and 2010 was taken out of my control.

21   The other aspect was Bitcoin I later purchased in

22   2011.

23       Q.   When in 2011 did you purchase Bitcoin --

24   coin?

25       A.   Between May and June 2011.



Page 469

1       Q.   How much did you purchase?

2       A.   I purchased what was -- I had planned to

3   purchase a little over one million Bitcoin.  I had

4   money on Liberty Reserve from gaming operations and

5   sports-book operations.  That was around

6   30 million U.S. dollars.  That $30 million was

7   transferred into Bitcoin.  The market, at the time,

8   was very illiquid, and I didn't realize exactly how

9   much it would impact the market.

10          And so I caused a price spike when I bought

11   this, a significant one.  The price of Bitcoin

12   temporarily went from cents to about $30 and then

13   dropped back down again.  And I was not able to

14   purchase all of the Bitcoin that I had planned.

15       Q.   How much Bitcoin -- how much coin did you

16   purchase?

17       A.   Somewhere between 650 and 700,000.

18       Q.   And where is that coin?

19       A.   Some of it was spent in corporations that I

20   was funding, and the last amount -- there's a little

21   over 100,000 Bitcoin that should remain nominally in

22   my name.  When a company that was helping manage it,

23   the principals of that company, called HySecure,

24   were arrested here in Florida a few years ago for

25   money laundering and extortion and a few other



1    things.

2          When the principals of HySecure were

3    arrested, the person who was managing that, a Rosella

4    Di Grazia, fled.  The last I had tracked her is

5    somewhere in Belize.

6          Q.   So in 2011 you purchased between 650 to

7    700,000 coin?

8          A.   Yes.

9          Q.   Subsequently spent all but a hundred

10   thousand of that coin?

11         A.   Yes.

12         Q.   That remains under the control of a woman

13   you can't locate?

14         A.   Yes.

15         Q.   That coin is not addressed at all in the

16   Tulip Trust documents you identified in your

17   declaration; is that correct?

18         A.   No.  That is the only one Dave ever knew

19   about.  Dave did not know anything about how many

20   mined Bitcoin I had, as coin, you say.  Dave had no

21   knowledge of what I was doing mining Bitcoin.  He had

22   knowledge later on when he helped me clean up and

23   stop being Satoshi.



5  Q. Dr. Wright, between the years of 2009 and

6 2010, how much coin did you mine?

7  A. I mined 821,050 coin using software that

8 was not public, and --

9   MS. MCGOVERN:  Simply answer the

10  question.  He simply asked you how much.

11  Just answer that question.

12   THE WITNESS:  There's two parts.

13   -- and -- and an amount of around

14  another hundred to 150 on a laptop, but I

15  don't have all of those coins.  Most of them

16  have either been transferred or lost.

17 BY MR. FREEDMAN:

18  Q. Hundred or 150 or a hundred thousand?

19  A. 100 to 150.  Sorry.  That means blocks, by

20 the way.

21  Q. 150 blocks?

22  A. Between a hundred and 150 blocks.

23  Q. And how many coin does that translate into?

24  A. Times 50.



Page 494

████   ██████████████   █████████████████

████   ████████████████████████████████████████

████   ████████████████████████████████████████

████   █████████████   █████████████   ██████████

████   ████████████████████████████████

████   █████████████████████████   █████████████

████   ████████████████████████████████████████

████   ████████████████████████████

████   ████████████   █████   █████████   ██████

████   ████████████████

████   █████████████████   ██████████████████

████   ███████

████   ███████████████████████

████   █████████████████   ██████████████████

████   ███████

████   ██████████████████

17        Q.   Doctor, I'm going to ask you a series of

18   questions.   In the interest of time, I'm gonna to ask

19   if you can answer them with a yes or no.

20          Sometime on or about June 24th, 2011, did

21   you transfer 1,100,111 Bitcoin to Dave Kleiman?

22        A.   No.

23        Q.   After that transfer, did you own any

24   Bitcoin?

25        A.   Yes.



Page 495

1       Q.    Did you control any Bitcoin?

2       A.    Yes.

3       Q.    Did Dave Kleiman transfer the Bitcoin you

4    transferred to him in Tulip Trading on or about June

5    10th, 2011?

6       A.    I didn't transfer Bitcoin.  I just said

7    that.

8       Q.    Did Dave Kleiman transfer any Bitcoin to

9    Tulip Trading on or about June 10th, 2011?

10      A.    No.

11      Q.    Were any Bitcoin then transferred by Tulip

12   Trading into the trust you called Tulip Trust 1?

13      A.    Sorry.  Can you repeat that?

14      Q.    Were any Bitcoin transferred by -- by Tulip

15   Trading into the trust you called Tulip Trust 1?

16      A.    No.

17      Q.    Where are those Bitcoin now?  Oh, sorry.  I

18   apologize.

19            Where are the Bitcoin in Tulip Trust 1 now?

20      A.    Sorry.  I have to go over which one is

21   which.

22            You mean what we're calling mined coin?

23      Q.    Yeah.

24      A.    They are in an encrypted file, is the

25   simplest way to put it.  The software can generate



Page 496

1    all of the private -- the private keys.  The software

2    is in an encrypted file where different shares are --

3    are constructed.  Every file has a different Shamir

4    Secret Scheme.

5         Q.   Were there a million Bitcoin?

6         A.   No.

7         Q.   How many are there now?

8              MS. MCGOVERN:  Object to form.

9              THE WITNESS:  There were --

10   BY MR. FREEDMAN:

11        Q.   Sorry?  How many are there now?

12             MS. MCGOVERN:  Object to form.

13   BY MR. FREEDMAN:

14        Q.   You can answer.

15        A.   There has been no difference in the Bitcoin

16   that my software was engaged in mining.  It is

17   821,050.

18        Q.   Did you pay that sum of Bitcoin to the

19   trustee of Tulip Trust 2?

20             MS. MCGOVERN:  Object to form.

21             THE WITNESS:  No, I didn't pay

22        anything.

23   BY MR. FREEDMAN:

24        Q.   What is the difference between the

25   1.1 million Bitcoin in Tulip Trust in the Dave --



Page 497

1    sorry.  Strike that.

2              What is the difference between the 1.1

3    Bitcoin referenced in Dave Kleiman's e-mail

4    attachment and the 821,000 Bitcoin in Tulip Trust 1?

5         A.   The Bitcoin I was involved in, what you're

6    saying is, me -- my -- like I'm saying I mined for my

7    companies, was Tulip Trust 1.  That was between

8    January 2009 and August 2010.  That is separate to

9    the Bitcoin that was purchased from Liberty Reserve

10   and held by other entities at a later date.

11        Q.   And what is the difference between Tulip

12   Trust 1 and Tulip Trust 2?

13        A.   Basically we went through a number of

14   different structures to put around as legal controls

15   each of these structures.  The IP and intellectual

16   property that I had held from my creation of Bitcoin

17   was held separately to the rights to Bitcoin that I

18   was holding on the Liberty Reserve and other external

19   exchanges.

20        Q.   So the 821,000 Bitcoin you mined is

21   controlled legally and tech- -- legally by Tulip

22   Trust 1 and Tulip Trust 2; is that correct?

23        A.   No.

24        Q.   It's controlled technologically by Tulip

25   Trust 1 and legally by Tulip Trust 2?



Page 498

1        A.    No.

2        Q.    Tulip Trust 2 -- in Tulip Trust 2 it says

3   at paragraph 10 "One key slice will go to each

4   trustee with three issued to Dr. Wright."

5              Why is a legal document discussing key

6   slices?

7              MS. MCGOVERN:  Which -- which exhibit

8        are you on?

9              MR. FREEDMAN:  It's 50986, and it's

10        Exhibit 5.

11              THE WITNESS:  As I stated, this was a

12        document put together not by myself but by

13        other parties and needed to be updated and

14        changed because none of the parties involved

15        understood what I was actually doing.

16   BY MR. FREEDMAN:

17        Q.    What is the amount of Bit- -- what was the

18   amount of Bitcoin -- what is the most amount of

19   Bitcoin in Tulip Trust 1?

20        A.    In Tulip Trust 1, I don't remember, but the

21   total purchase that ended up resulting was a little

22   under 700,000.

23        Q.    What is the most amount of Bitcoin in Tulip

24   Trust 2?

25        A.    I'm sorry.  Tulip Trust 1 should -- I got



Page 499

1    them the wrong way around.  I apologize.

2         The Bitcoin that I, as you said, mined for

3    my entity, was always, at the end, 821,050.  It --

4    it's no change.  It's never been spent.  It's never

5    been moved.  It's never been interacted with.  The

6    other one that I purchased was a little under

7    700,000.

8         Q.   So the million Bitcoin doesn't exist?

9         A.   No.

10        Q.   And Dr. Wright, Tulip Trust 1 document and

11   the Tulip Trust 2 document, when did you obtain

12   possession of those two documents?

13        A.   I don't remember.

14             MS. MCGOVERN:  I'm going to object to

15        the question.  Outside the limited scope,

16        the subject of the deposition.

17             THE COURT:  I'll let him answer that

18        question.

19             THE WITNESS:  I don't remember.  I have

20        company files.  I don't remember when they

21        were sent to me.

