CONFIDENTIAL

File   Settings   Help

| Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Whitelist | Network Status |

The Address book is useful for adding names or labels to other people's Bitmessage addresses so that you can recognize them more easily in your inbox. You can add entries here using the 'Add' button, or from your inbox by right-clicking on a message.

Add new entry

| Name or Label | Address |
|---|---|
| Dave Kleiman | BM-2cTAL7E64nBMt4Ld3fcDzCkJjzZzLWiVzH |
| Craig S Wright | BM-NBxKmH0XmLqdV1MjFSvix9EmjukeX6VP5 |
| UT NG Hotwire PE | BM-2cUBy6DvsVhtwwjTYkd1Hh42pJMt7PUvUx |
| MJF Dealings to Baraka | BM-2cWf4jNfcz9fX4qb9EqoZx945b9NUVgwAV |

Validation
(proof of
identity)

This shows # Dave Kleiman is mapped to
one above bitmessage address.

EXHIBIT
P8
7/24/19   M
PENGAD 800-631-6989

DEF_00013147



Validation
(proof of
identity)

This shows # Dave Kleiman is mapped to
the above bitmessage address.



Trust



| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:53 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cM6G2sdUx6jr16f52ehs.. | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12.

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 5 of these are replicated in the other trust members. This leaves you will 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways
- both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the Blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfilled.

As agreed,
Dave



Trust



Hi Craig,
We have everything ready.

Myself and the others have the keys to exchange. Once you find the software you need, and a buyer who is wiling to take Bitcoin we will transfer the rights.

You made the terms, but just remember, you are also bound by them.

You cannot use Bitcoin in Australia before the tax issues are sorted. I know you said that you are close, but I have heard this from you before. As such, everything stays and transacts via the UK.

This lady of yours still will into say yes and sits on the fence. So, even if it is just to protect you from you, know that the trust will not allow anything you have not yourself initially set as terms. You are bound by your own conditions and only regain control in 2020. I know you and accept you, so try not to be too grumpy when we make you stay in the rules.

I have my own life here and we all require that you do what you promised.

The loan remians and our terms will need to be met.

Dave

# DEED OF ASSIGNMENT

(Form A - B)

This Assignment made between:

**Craig Wright R&D (ABN 97 481 146 384) FOR Hotwire PreEmptive Intelligence Pty Ltd [HWPE] (ABN 48 164 068 348) as Director and in Payment for HWPE**
a Business registered and existing under the Laws of <u>NSW Australia</u>
(hereinafter called the ASSIGNOR of the one party), and

**Strasan Pty Ltd (ABN 56 152 222 241)**
a corporation registered and existing under the Laws of <u>NSW Australia</u> (hereinafter called the ASSIGNEE of the one party).

WITNESSETH:

WHEREAS the ASSIGNOR is the registered proprietor in NSW Australia and has the following Bitcoin addresses associated through private keys to be transferred.

- 1PbXw8aP5PymdQUM29UyimhgnFykut5p2W
- 1P5759ZaUX44MHEsiJgWckBMNAEJbGu7SY
- 1CXnCzV78381AJQtxHYihF7kzoixtoncKE
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 146mH689Kn1yPqvWzkZHa4BfhEyhYoTWML
- 168Rc6wJdL4chWhEUQwyywi4sHub6erf2s
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 1JzzLXxuwn45S9HvBqAhkhWa3GhyG3zm64
- 1M7ocmVnWpvKa41RGf7H8wS6thy5Tt3bad
- 153R6qYmjySgwaQpQjKv7pb2nEN5cg8RJq

WHEREAS the ASSIGNEE is desirous of acquiring the entire right, title and interest in and to the above-mentioned Bitcoin keys and will at leisure transfer these into the address 1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that in consideration of the payment by ASSIGNEE to ASSIGNOR of the sum of rights to the debt and all associated values thereof, the receipt of which is hereby acknowledged, and for other good and valuable consideration, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE the full and exclusive right (including the right to claim the priority), title and interest in and to the above-mentioned Bitcoin addresses in consideration for all debt(s) outstanding to the ASSINGEE. ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale. All values and transfers are noted to be paid and finalized with all rights going from the Assignor to the Assignee immediately.



EXHIBIT

P10

The authorized representatives of the aforesaid parties have hereunto fixed their signatures on

the date as mentioned below.

**ASSIGNOR:**

By: _____
    **Representative: Craig S Wright**
    **Sign on:**    **30 June 2013**

**ASSIGNEE:**

By: _____
    Representative: Uyen T Nguyen
    **Sign on: 30 June 2013**

*(Note: Neither notarization nor legalization is required)*



Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Rich | Wed, 16 Jan 2013 04:15 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:31 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signie | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |

All is good.
I will arrange this as soon as possible Craig

We will have one of the others do up the finacials and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata... Astounding.

As soon as I have these systems going I will start on it. The automata for semi group solutions will save as a long time.

I do not think Prof Rees knows what we offered him, not rewally, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use 1LXc28hWx1tBnp5sCAb2EaNFqPwqXCuERD to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470.12 BTC for work he had done for the prior. You will get the details of this from the following addresses.

- 146nsH689Kn1yPqvWdk2Ha4EthEyhYcTWHL
- 153R6qWajySgwaQpQjKv7pb2nEH5cg8RJq
- 1CXnCzV78381AJQtxHfYhF7kzobxtandXE
- 1PbXw8aP5PyaidQUM29UyenhgnFykuK5p2W
- 1P5759ZeUK44HHEsJgWckENKAEJbGu7SY
- 168Rc6w3dL4chWhEUQwyym4sHub6erf2s
- 19dQ2xfrK5GBUahG6Cy87xDRK7W9YFnGFx

Make sure that ttrust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make him or Joan take it no matter what!

1LXc28hWx1tBnp5sCAb2EaNFqPwqXCuERD is recorded for Strassan. make sure thus links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar

The company is Signia (783956).
50th St, Global Plaza Tower,
19th Floor
Panama City, Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Gracia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love hwer and I do want her to marry me,

Rees

Sent 7/11/12

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:25 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from N... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:55 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave,
In 2011 I gave you control of the BTC and had you move it into trust.

I have promised some of this.. The following addresses in particular

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

These are promised to Prof. Rees and his wife (too many bloody Davids :)

Make sure that he gets a position in the trust or manage it for him (he seems to be failing fast), I do not care if it is his or his wife etc... just make sure that they can be a part of it.

Again, I will not have a direct say, but get it authorised with the others as soon as you can and make this his share of the trust. I needed the work he did to solve the issues with restrictions of scalars, twists of elliptic curves / abelian varieties, and primitive subgroups, including the algebraic tori that arise in torus-based cryptography and the abelian varieties that we are going to use.

Can you please make sure it is these so I can see his interest in the trust when we start up work next year.

C

---

Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 5 of these are replicated in the other trust members. This leaves you will 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways
- both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfilled.

As agreed,
Dave

Rees

Received 8/11/12

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 03:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | [illegible] |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cWAbGDeSUefbr1kf32ahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Of course good Sir.

---

Dave,
In 2011 I gave you control of the BTC and had you move it into trust.

I have promised some of this. The following addresses in particular.

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

These are promised to Prof. Rees and his wife (too many bloody Davids :)

Make sure that he gets a position in the trust or manage it for him (he seems to be failing fast), I do not care if it is him or his wife etc... just make sure that they can be a part of it.

Again, I will not have a direct say, but get it authorised with the others as soon as you can and make this his share of the trust. I needed the work he did to solve the issues with restrictions of scalars, twists of elliptic curves / abelian varieties, and primitive subgroups, including the algebraic tori that arise in torus-based cryptography and the abelian varieties that we are going to use.

Can you please make sure it is these so I can see his interest in the trust when we start up work next year.

C

---

Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12.

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 5 of these are replicated in the other trust members. This leaves you with 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways
- Both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the Blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfilled.

As agreed,
Dave



Rees

sent 8/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Trust... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:23 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 03:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from N... | Message sent. Sent at Sun, 02 Jun 2013 08:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 06:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 01 Jan 2013 01:0? PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:20 PM |

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save us a long time.

I do not think Prof Rees knows what we offered him, not really, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to them) know to use 1LXc28hWx3knpSsCAb2EaHFqPwqJCuERD to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470.12 BTC for work he had done for the prior. You will get the details of this from the following addresses.

- 146mHE89Kn1yPqvWAZHaAERhEyhrrCYWM
- 153RBqfmgySgwaQpQjKv7pb2nEf5og3RJq
- 1CWC2Y7838 1AJQbdYhF7crdxNmdKE
- 1PbXw8eP5PymdQUM29UytnhgnPyku5p2W
- 1P5799IaUX4M4EsJgWddMNAEJbGu7SY
- 168RcfwXdL4chWhEUQwyyw4shubfwrf2s
- 1NQ2xfvKSQBUahG6CvBhDRxCWWYfvGFx

Make sure that trust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make Hex or Sean take it no matter what!

1LXc28hWx3knpSsCAb2EaHFqPwqJCuERD is recorded for Strassan. make sure thus links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (782956).
50th St, Global Plaza Tower,
19th Floor
Panama City. Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Grade.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. SICE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Love. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know that I will fight past the end and then some.

CSW

Rees

sent 29/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Trust ... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from N. | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 06:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1033 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:26 PM |

We need to make sure that all the accounts are done correctly.

We need this sorted by 30 June. I am starting to contact the ATO to see if I can make this smoother than the last time.

Too many things are transfered and paid when the contracts are not complete and the accounts are not up to date .. Please make sure you send me the details. I do not want to have 6s get out of hand. July will be too late.

Craig

---

All is good.
I will arrange this as soon as possible Craig

We will have one of the others do up the finacials and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save us a long time.

I do not think Prof Rees knows what we offered him, not really, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use 1LXc28hWx1t8npSeCAb2EaNFqPwqJCuERD to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470.12 BTC for work he had done for the prior. You will get the details of this from the following addresses.

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

Make sure that trust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make him or Jean take it no matter what!!

1LXc28hWx1t8npSeCAb2EaNFqPwqJCuERD is recorded for Strassen, make sure thus links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (783956).
50th St, Global Plaza Tower,
19th Floor
Panama City, Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Grade.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Rees

Received 4/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | High Secured | High Secured Account | Mon, 13 May 2013 09:35 PM |
| Craig S Wright | Dave Kleiman | Re: All Safe. | Wed, 13 Feb 2013 03:11 AM |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Craig S Wright | Dave Kleiman | Re: Rich | Wed, 16 Jan 2013 04:15 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 09:38 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:45 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |

All in hand. We will make sure we are all cleared and the transactions we have can be reconciled to those you have before your BOT in June.

Dave

---

We need to make sure that all the accounts are done correctly.

We need this sorted by 30 June. I am starting to contact the ATO to see if I can make this smoother than the last time.

Too many things are transfered and paid when the contracts are not complete and the accounts are not up to date… Please make sure you send me the details. I do not want to have to get out of hand. July will be too late.

Craig

---

All is good.
I will arrange this as soon as possible Craig

We will have one of the others do up the finacials and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata … Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save as a long time.

I do not think Prof Rees knows what we offered him, not really, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use [illegible] to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 15,470.12 BTC for work he had done for the prize. You will get the details of this from the following addresses.

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

Make sure that trust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little … well he is not really focused on being paid so please make him or Joan take it no matter what!

[illegible] is rewarded for Strassen. make sure this links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (782956).
50th St, Global Plaza Tower,
16th Floor
Panama City, Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Gracia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments. so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes ..

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

Home    Charts    Stats    Wallet

# Transaction

75c94043ee55375aecb9343cce15e0e4d5b9e1619...

1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD - (Spent)
13ts4NovccXoQxzrn9syxtM5kgR5XDFyJ2 - (Spent)

34,512.919 BTC

## Summary

| | |
|---|---|
| Size | 2029 (bytes) |
| Received Time | 2013-08-13 16:58:11 |
| Included In Blocks | 251985 ( 2013-08-13 17:12:26 + 14 minutes ) |
| Confirmations | 105105 Confirmations |
| Relayed by IP ❷ | 67.77.133.146 (whois) |
| Visualize | View Tree Chart |

## Inputs and Outputs

| | |
|---|---|
| Total Input | 34,512.919 BTC |
| Total Output | 34,512.919 BTC |
| Fees | 0 BTC |
| Estimated BTC Transacted | 34,512.819 BTC |
| Scripts | Hide scripts & coinbase |

## Network Propagation (Click to view)

CONFIDENTIAL                                                                      DEF_00023260

19/05/2015    Bitcoin Transaction 75c94043ee55375aecb9343cce15e0e4d5b9e16190551e5e76396776c4aadb55



## Input Scripts

3046022100962c06d82a2cfec66add35c771a727618e955030b9c3a4c48c0ed5028da6f11502210090b822c537d83
032d4d5ba773a6c33d1bcf347f6fa55b3f0086d56ee75f437756134d9cfa779be8

3045022100d7b84e5d5ff1eb3e81afdcf83187b8d7ff4e4e8e12ce0488a8bcd76c5b2f37b4022015bf4d31a3a7395ab(
04a144698a82cb1a9104f33dbbcb0f8bc2e0f015df3a15ab4c18a25a68625e025efa0f5af6108fe153701931e188631.

3045022100b94e964f3f9e196fbba9679753c4ab0542089b374625e6848e7ad652a692abb10220089a1438e78a908(
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9(

3046022100a2882f9cb6e11942e11e22cc15d4a79b3ec2ef19e901e3228e14a1adc68fe4a2022100c32d885334f951
047c063b79816a8f0b60401dc3e5a983e290780954291aa00de8d9f8afb6ab8a20e9af9639b1d783d285ea7a51ff77f

30450220470d61c0db94ba75b0d52af85b65c8d0bb0071fc786b6d55a158f716060958e6022100c38e769583565fb0
04a875dd71bf9b1d71f381c882cb41fe28fe431a6e97b781e0a128f5e1e0ec9fb1dcd49218729cbfcb7e42666451e08

30450220325c25074c19619dc0be007d4c25776ff4d5d619a7c9425844811054da7694b8022100fd0fcf2f861d67e9(
041175754b997a183f77b24b396d0eeda5724e886297ac5be4a408b997e7b000e13becd7cfd33dc3057bc949b2d49

3045022100edb27b0e8118c81a1d9ccbc32f616e5c6627b5dc43890edd47e987cd9c43b6db02206d17a62e1fec02b
0499916458727b484ecfbe4adc58f19912fe416d1957b99870abd3c38dcc4f804718faaacbf366534136feaf4407244(

3046022100b04452d13009a54a414d22bba874f03ab468c7bf329be48bdae6a5e3028c7e2b022100dbf412de2918b
0453ee8f7c4b25fac803529f07f6df24c9ccc677043b2129abdee7424c85feae007889a9a56fe1a9e8f0a790a00f183d

CONFIDENTIAL    DEF_00023261

19/05/2015       Bitcoin Transaction 75c94043ee55375aecb9343cce15e0e4d5b9e16190551e5a76396776c4aadb55

3045022100f88828ddcb8aa2082c8c500789354035154cfb4bc9e2082bfd5fdf206c81b9150220670c8b5ede94836a
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9c

30450221009ed0f97a007d872cf745de52ba101d41aef4da3dae7cd137bdb84a263b4284370220160f545f570032a2
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9c

3045022100fd9e79fc489c3d6a71efb017ab36a0de58c9c97224645568b3f61fc6461973d802205adc9842f5b7ba87b
04ea0f6da0e32aacb7c780871ded5ef67c5c38df1a3a4415b0ed762731504bb16fa501ee82f2cafa97420d64f6a3fca4

◄ ██████████████████████████████████████████                      ►

## Output Scripts

OP_DUP OP_HASH160 d6341a00f0c8f306d70e16394b7fe496de2b8774 OP_EQUALVERIFY
OP_CHECKSIG           OK

OP_DUP OP_HASH160 1fbf408a01fa88bed95b67bf3695fe6b94c70539 OP_EQUALVERIFY
OP_CHECKSIG           OK

CONFIDENTIAL           DEF_00023262

## DEED OF ASSIGNMENT

(Form A - B)

This Assignment made between:

**Craig Wright R&D (ABN 97 481 146 384) FOR Hotwire PreEmptive Intelligence Pty Ltd [HWPE] (ABN 48 164 068 348) as Director and in Payment for HWPE**
a Business registered and existing under the Laws of <u>NSW Australia</u>
(hereinafter called the ASSIGNOR of the one party), and

**Strasan Pty Ltd (ABN 56 152 222 241)**
a corporation registered and existing under the Laws of <u>NSW Australia</u>    (hereinafter called the ASSIGNEE of the one party).

WITNESSETH:

WHEREAS the ASSIGNOR is the registered proprietor in NSW Australia and has the following Bitcoin addresses associated through private keys to be transferred.

- 1PbXw8aP5PymdQUM29UyimhgnFykut5p2W
- 1P5759ZaUX44MHEsiJgWckBMNAEJbGu7SY
- 1CXnCzV78381AJQtxHYihF7kzoixtoncKE
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 146mH689Kn1yPqvWzkZHa4EfhEyhYoTWML
- 168Rc6wJdL4chWhEUQwyywi4sHub6erf2s
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 1JzzLXxuwn45S9HvBqAhkhWa3GhyG3zm64
- 1M7ccmVnWpvKa41RGf7H8wS6thy5Tt3bad
- 153R6qYmjySgwaQpQjKv7pb2nEN5cg8RJq

WHEREAS the ASSIGNEE is desirous of acquiring the entire right, title and interest in and to the above-mentioned Bitcoin keys and will at leisure transfer these into the address 1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN:   Be it known that in consideration of the payment by ASSIGNEE to ASSIGNOR of the sum of rights to the debt and all associated values thereof, the receipt of which is hereby acknowledged, and for other good and valuable consideration, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE the full and exclusive right (including the right to claim the priority), title and interest in and to the above-mentioned Bitcoin addresses in consideration for all debt(s) outstanding to the ASSINGEE.   ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale. All values and transfers are noted to be paid and finalized with all rights going from the Assignor to the Assignee immediately.

The authorized representatives of the aforesaid parties have hereunto fixed their signatures on

the date as mentioned below.

**ASSIGNOR:**

By: _____

    **Representative: Craig S Wright**

    **Sign on:**    **30 June 2013**

**ASSIGNEE:**

By: _____

    **Representative: Uyen T Nguyen**

    **Sign on: 30 June 2013**

*(Note: Neither notarization nor legalization is required)*



Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Rich | Wed, 16 Jan 2013 04:15 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |

All is good.
I will arrange this as soon as possible Craig

We will have one of the others do up the finacials and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save as a long time.

I do not think Prof Rees knows what we offered him, not rewally, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use 1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470.12 BTC for work he had done for the prior. You will get the details of this from the following addresses.

- 146mH689Kn1yPqvWzkZHa4EfhEyhYdTWML
- 153R6qYmjySgwaQpQJKv7pb2nEN5cg8RJq
- 1CXnCzV78381AJQbHYfhF7kzolxtondKE
- 1PbXw8aPSPymdQUM29UyimhgnFyfut5p2W
- 1P5759ZaUK44MHEsiJgWdEMNAEJbGu7SY
- 168Rc6wJdL4chWhEUQwyyw4sHub6erf2s
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx

Make sure that ttrust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make him or Joan take it no matter what!

1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD is rercorded for Strassan. make sure thius links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (783956).
50th St, Global Plaza Tower,
19th Floor
Panama City. Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Gracia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love hwer and I do want her to marry me,

20.25

Rees Sent 7/11/12

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| HJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| HJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| HJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| HJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave.
In 2011 I gave you control of the BTC and had you move it into trust.

I have promised some of this. The following addresses in particular.

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

These are promised to Prof. Rees and his wife (too many bloody Davids :)

Make sure that he gets a position in the trust or manage it for him (he seems to be failing fast), I do not care if it is him or his wife etc… just make sure that they can be a part of it.

Again, I will not have a direct say, but get it authorised with the others as soon as you can and make this his share of the trust. I needed the work he did to solve the issues with restrictions of scalars, twists of elliptic curves / abelian varieties, and primitive subgroups, including the algebraic tori that arise in torus-based cryptography and the abelian varieties what we are going to use.

Can you please make sure it is these so I can see his interest in the trust when we start up work next year.

C

---

Craig,
As you wanted, the trust will offer the loan to you. The process is defined as follows.

The keys are divided using the SSSS (Shamir's secret sharing scheme) scheme you had us work on. There are 15 key segments. It is divided with a threshold of 12.

I hold 3 keys.
Uyen holds 2 keys.
You have 9 keys. 5 of these are replicated in the other trust members. This leaves you will 4 keys that only you know. You cannot control the trust, but you do have veto. In this way, you need to get agreement in one of the following ways
- both Uyen and I sign, or
- Uyen and two others to transfer control, or
- Myself and one other signs.

Uyen and I cannot let you know who the others are. You do not know them personally as far as I am aware.

Please note that you have made me promise this against my wishes, but as you have set these conditions, you need to live with them. The paper wallets I returned to you will be included in the total for the loan. If you do anything on the Blockchain, please remember your promise. I do not want the publicity from this, you would suffer as well. Keep it quiet.

You funded the trust when Bitcoin was worth hardly anything, but we have all put all we have into this. So the gain is not yours, it remains with the trust and in time the foundation. Remember that.

The remainder of the trust will vest when the conditions are fulfilled.

As agreed.
Dave



Rees

Received 8/11/13



Rees

Sent 8/1/13

**Bitmessage**

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:23 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save as a long time.

I do not think Prof Rees knows what we offered him, not rewally, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use 1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470.12 BTC for work he had done for the prior. You will get the details of this from the following addresses.

- 146mH689Kn1yPqvWsh2Ha4EfhEyhYcTVML
- 153R6qWejySgwaQpQjKv7pb2nEKScg8RJq
- 1CXnCzV7B381AJQbHYhF7kzoixtondXE
- 1PbXw8aP5PymdQUH29UymhgnFyfutSp2W
- 1P57592aUK44HHEsk3gWdd8MAEJbGu75Y
- 168Rc6m3dL4chWhEUQwyyuH6Hub6erf2s
- 19dQ2xfhKSGEUahG6Cv87kDRX7W6YFnGFx

Make sure that trust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make him or Joan take it no matter what!

1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD is rercorded for Strassan. make sure thus links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (783956).
50th St, Global Plaza Tower,
19th Floor
Panama City. Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Gracia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is thta the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know thta I will fight past the end and then some.

CSW



Rees

sent 29/1/13



*Rees*

*Received 4/2/13*

---

**Bitmessage**

File  Settings  Help

| Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status |

Search

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | High Secured | High Secured Account | Mon, 13 May 2013 09:15 PM |
| Craig S Wright | Dave Kleiman | Re: All Safe. | Wed, 13 Feb 2013 03:11 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 04 Feb 2013 04:19 AM |
| Craig S Wright | Dave Kleiman | Re: Rich | Wed, 16 Jan 2013 04:15 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |

All in hand. We will make sure we are all cleared and the transactions we have can be recorded to those you have before your BOY in June.

Dave

We need to make sure that all the accounts are done correctly.

We need this sorted by 30 June. I am starting to contact the ATO to see if I can make this smoother than the last time.

Too many things are transfered and paid when the contracts are not complete and the accounts are not up to date... Please make sure you send me the details. I do not want to have to get out of hand. July will be too late.

Craig

---

All is good.
I will arrange this as soon as possible Craig

We will have one of the others do up the finacials and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save as a long time.

I do not think Prof Rees knows what we offered him, not exacally, but we made the deal as it stands. Can you make sure that the others in the trust (I will talk to Uyen) knew to use 1LNc28VrVx1tbvpSsCAb3EaWFqPveJCUdRD to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470.12 BTC for work he had done for the prior. You will get the details of this from the following addresses.

- 14sor4189Ux1uPs1XK2hn4DfxEAVrd7dHL
- 153fKeNqUigveQpQbDr3sb3nDVbgd8Ltq
- 1CfeCzrFR38 IAJQbaH9bF7tunin5undE
- 1PbSnuksP3PyesQsJrKGNxJmhpnYvbu23p2VV
- 1P57392uCH44mHBeJqXnkl6Hl4UE3oda35V
- 168RxUnJJLK6hN8UQanyyenH4PsbfefZ6
- 1NkQjbrK3QBtaNG6Cv47k2BDCXnbtWwDFx

Make sure that thrust does its part to get this to him and formally list it all. I knew that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little .... well he is not really focused on being paid so please evita him or Joan take it no matter what!

1LNc28VrVx1tbvpSsCAb3EaWFqPveJCUdRD is recorded for Stranson. make sure thus links to David

Craig

---

Sr,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escoben.

The company is Signia (702936).
56th St, Global Plaza Tower,
19th Floor
Panama City. Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Gracia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and E are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love how r and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Law. They have already admited they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes .

Dave

---

Thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona :P

19/05/2015                    Bitcoin Transaction 75c94043ee55375aecb9343cce15e0e4d5b9e16190551e5a76396776c4aadb55

Home      Charts      Stats      Wallet

# Transaction

75c94043ee55375aecb9343cce15e0e4d5b9e1619...

1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD - (Spent)
13ts4NovccXoQxzrn9syxtM5kgR5XDFyJ2 - (Spent)

34,512.919 BTC

### Summary

| | |
|---|---|
| Size | 2029 (bytes) |
| Received Time | 2013-08-13 16:58:11 |
| Included In Blocks | 251985 ( 2013-08-13 17:12:26 + 14 minutes ) |
| Confirmations | 105105 Confirmations |
| Relayed by IP ❔ | 67.77.133.146 (whois) |
| Visualize | View Tree Chart |

### Inputs and Outputs

| | |
|---|---|
| Total Input | 34,512.919 BTC |
| Total Output | 34,512.919 BTC |
| Fees | 0 BTC |
| Estimated BTC Transacted | 34,512.819 BTC |
| Scripts | Hide scripts & coinbase |

### Network Propagation (Click to view)

19/05/2015                   Bitcoin Transaction 75c94043ee55375aecb9343cce15e0e4d5b9e16190551e5a76396776c4aadb55





## Input Scripts

3046022100962c06d82a2cfec66add35c771a727618e955030b9c3a4c48c0ed5028da6f11502210090b822c537d83
032d4d5ba773a6c33d1bcf347f6fa55b3f0086d56ee75f437756134d9cfa779be8

3045022100d7b84e5d5ff1eb3e81afdcf83187b8d7ff4e4e8e12ce0488a8bcd76c5b2f37b4022015bf4d31a3a7395ab(
04a144698a82cb1a9104f33dbbcb0f8bc2e0f015df3a15ab4c18a25a68625e025efa0f5af6108fe153701931e186631'

3045022100b94e964f3f9e196fbba9679753c4ab0542089b374625e6848e7ad652a692abb10220089a1438e78a908(
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9(

3046022100a2882f9cb6e11942e11e22cc15d4a79b3ec2ef19e901e3228e14a1adc68fe4a2022100c32d885334f951
047c063b79816a8f0b60401dc3e5a983e290780954291aa00de8d9f8afb6ab8a20e9af9639b1d783d285ea7a51ff77f

30450220470d61c0db94ba75b0d52af85b65c8d0bb0071fc786b6d55a158f716060958e6022100c38e769583565fb(
04a875dd71bf9b1d71f381c882cb41fe28fe431a6e97b781e0a128f5e1e0ec9fb1dcd49218729cbfcb7e42666451e08

30450220325c25074c19619dc0be007d4c25776ff4d5d619a7c9425844811054da7694b8022100fd0fcf2f861d67e9(
041175754b997a183f77b24b396d0eeda5724e886297ac5be4a408b997e7b000e13becd7cfd33dc3057bc949b2d49

3045022100edb27b0e8118c81a1d9ccbc32f616e5c6627b5dc43890edd47e987cd9c43b6db02206d17a62e1fec02b
0499916458727b484ecfbe4adc58f19912fe416d1957b99870abd3c38dcc4f804718faaacbf366534136feaf4407244(

3046022100b04452d13009a54a414d22bba874f03ab468c7bf329be48bdae6a5e3028c7e2b022100dbf412de2918b'
0453ee8f7c4b25fac803529f07f6df24c9ccc677043b2129abdee7424c85feae007889a9a56fe1a9e8f0a790a00f183d

3045022100f88828ddcb8aa2082c8c500789354035154cfb4bc9e2082bfd5fdf206c81b9150220670c8b5ede94836a
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9c

30450221009ed0f97a007d872cf745de52ba101d41aef4da3dae7cd137bdb84a263b4284370220160f545f570032a2
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9c

3045022100fd9e79fc489c3d6a71efb017ab36a0de58c9c97224645568b3f61fc6461973d802205adc9842f5b7ba87b
04ea0f6da0e32aacb7c780871ded5ef67c5c38df1a3a4415b0ed762731504bb16fa501ee82f2cafa97420d64f6a3fca4

◄ ▬▬▬▬▬▬▬▬▬▬▬▬▬                                                              ►

# Output Scripts

OP_DUP OP_HASH160 d6341a00f0c8f306d70e16394b7fe496de2b8774 OP_EQUALVERIFY
OP_CHECKSIG                                                                      OK

OP_DUP OP_HASH160 1fbf408a01fa88bed95b67bf3695fe6b94c70539 OP_EQUALVERIFY
OP_CHECKSIG                                                                      OK

Received 11/11/12





CONFIDENTIAL

DEF_00013376

Sent 13/11/12

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Treast... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| HJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| HJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| HJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| HJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:20 PM |

Thanks Dave.
I will look for the Coinbase when the amounts enter.

C

---

Sir,
I will transfer the smaller amounts into the 1933 address before I return it to you. Makes it simpler than it and the one paper wallet is all we need to secure back to you.

I will move [illegible] and [illegible] into 1933 shortly. You should see it come in later this week. I have been a little under the weather of late, so forgive any delay. This will add the last 5,400 plus and we can move the small change into this soon after and get the amounts up to the agreed total.

Regards,
Dave

Received 28/11/12



CONFIDENTIAL

DEF_00013378

Received 28/11/12



Same keys, but yes, I will also SMS.

I do not need to teach you to suck eggs, but make sure you encrypt the phone.

You bloody just work through the doc in any event. When you get off your arse and come visit me we will talk.

Dave

CONFIDENTIAL

23/10/2012 Tue



Trusted keys
0xE545EB7B 12.31.2010
0XB6559B7F 07.31.2012
0XE545EB7B 01.01.2021
0X5EC948A1 NE

2ND LEVEL VERIFICATION via call.
tulip rises
Dave

13:12

25/10/2012 Thu



I have used CFS in the UK.
I have 2 companies in the UK.
Design by Human
Permanent Success

I will handle the details for you.

Copied to clipboard

Dave

CONFIDENTIAL

DEF_00013380

### 25/10/2012 Thu



I have used CFS in the UK.
I have 2 companies in the UK.
Design by Human
Permanent Success

I will handle the details for
you.

Dave

14:53

### 27/11/2012 Tue



Bitmessage id.
BM-
NBxKmHXmLqdV1MjFSvix9E
mjukeX6VP5

early but based on your idea.

Dav        Copied to clipboard

CONFIDENTIAL

F1501310880T

--- 27/11/2012 Tue ---



Bitmessage id.
BM-
NBxKmHXmLqdV1MjFSvix9E
mjukeX6VP5

early but based on your idea.

Dave

01:20

--- 15/01/2013 Tue ---



Liberty has cleared into USD.
Transfer to my trust
underway.
So we have recieved it.
Thanks for changing this to
USD from BTC.

If you need to talk about Lynn
I am

Copied to clipboard

CONFIDENTIAL

DEF_00013382

Sent 28/11/12



CONFIDENTIAL

DEF_00013383

Received 3/12/12



| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appender | Mon, 10 Dec 2012 12:52 AM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 00:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 13:19 AM |
| Craig S Wright | BM-2cMbBGs6Ga3p3kiCQahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

[PGP signature block text]

-----END PGP SIGNATURE-----

CONFIDENTIAL

DEF_00013384

Received 5/1/13



CONFIDENTIAL

Sent 7/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Tinest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:20 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:13 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:33 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 [illegible] AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Ikaria Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQFLGSDXuqCn3Zk2buXYBa) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Received 7/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:19 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cWR9G3e5Uefbr6df32ahe ... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (763956).
50th St, Global Plaza Tower,
19th Floor
Panama City, Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Gracia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love hear and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes...

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933chfiK2gPQ&65DYvaGn13i2buYY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transfered.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Received 8/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:14 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | [illegible] |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:19 AM |
| Craig S Wright | BM-2cWA8G3e5Uefr8tf12ahe... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

All is good.
I will arrange this as soon as possible Craig

We will have one of the others do up the Rsocids and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata ... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save as a long time.

I do not think Prof Rees knows what we offered him, not really, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use [illegible] to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470 12BTC for work he had done for the prior. You will get the details of this from the following addresses.

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

Make sure that the trust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make him or Joan take it no matter what!

[illegible] is recorded for Strassan.. make sure this links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (763956).
50th St, Global Plaza Tower,
19th Floor
Panama City. Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Garcia.

They likely think you are running a gaming software firm and have no idea what bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love hwer and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is this the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes..

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet ([illegible]) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Received 9/1/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 [illegible] |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 07:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signia | Sat, 05 Jan 2013 01:45 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re: Re: Tulips | Wed, 28 Nov 2012 03:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |
| Craig S Wright | Dave Kleiman | 1933 | Sun, 11 Nov 2012 04:22 AM |
| Craig S Wright | Dave Kleiman | Re: The trust process | Thu, 08 Nov 2012 07:33 AM |
| Craig S Wright | Dave Kleiman | The trust process | Tue, 06 Nov 2012 12:18 AM |
| Craig S Wright | BM-2cWtBG3e9Uefp 8zf3ahw... | Trust Management | Mon, 22 Oct 2012 10:27 AM |

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave

Rn, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love hrer and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is that the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know this I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes...

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would like you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Received 16/1/13



| To | From | Subject | Received |
|---|---|---|---|
| Craig S Wright | High Secured | High Secured Account | Mon, 13 May 2013 09:35 PM |
| Craig S Wright | Dave Kleiman | Re: All Safe. | Wed, 13 Feb 2013 03:11 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 04 Feb 2013 06:19 AM |
| Craig S Wright | Dave Kleiman | Re: Fish | Wed, 16 Jan 2013 06:35 AM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Wed, 09 Jan 2013 11:54 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Tue, 08 Jan 2013 07:11 PM |
| Craig S Wright | Dave Kleiman | Re: Scripted Money | Mon, 07 Jan 2013 03:57 AM |
| Craig S Wright | Dave Kleiman | Scripted Money | Sat, 05 Jan 2013 05:39 PM |
| Craig S Wright | Dave Kleiman | Signis | Sat, 05 Jan 2013 01:46 PM |
| Craig S Wright | Dave Kleiman | The Trust and loan | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Trust | Mon, 24 Dec 2012 11:30 PM |
| Craig S Wright | Dave Kleiman | Appendix | Mon, 03 Dec 2012 12:57 PM |
| Craig S Wright | Dave Kleiman | Re Re: Tulips | Wed, 28 Nov 2012 09:32 PM |
| Craig S Wright | Dave Kleiman | Tulips | Wed, 28 Nov 2012 03:26 PM |

I think I lost money. At times I wonder if it is worth it. We have done deals together for years and we have nothing but code to show for it all.

Do you ever think we should just retire and enjoy some of the money?

Dave

Hey Dave
How does it feel to have been a millionaire? Even for a bit

Craig

CONFIDENTIAL

DEF_00013390

sent 10/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM ← |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and Icon | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:69 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave, there are only 111, 110 BTC - not being picky by what are we doing on the last few

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. KCE - fuck that. I love her and I do want her to marry me, but god only knows.

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is that the bastards have tried to get a bankruptcy order before they have the decision overturned. Lom. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know that I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes..

Dave

---

Thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona ;P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD amount will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

Sent 10/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Tweet.. | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:23 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:50 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 09:15 PM |
| Craig S Wright | Craig S Wright | Email /Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 [illegible] AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Hi Dave,
The other 3.5BTC is in my account.

As discussed, we will mint a few coind to do with S3ns (you) and TFH (me) an use these in this wallet (1933) when we use it again. A while I hope, but with all the changes.

I will let you know when I do this. Trying to get on to Government gig now.

I will inform them of the 17062966 amounts and embed them into the 1933 wallet. As agreed x 2 to recover chance - though little are the odds.

Craig

---

Dave, there are only 111,110 BTC - not being picky by what are we doing on the last few

---

Just let me know if you need anything.

I have finalised all of the payments, as your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

Just take care and try and not tell people what you think of them. As a start.

Dave

---

Dave
No, R and I are in flux. I never seem to do what is right. Bloody people. She wants me to be nice. I do not do nice. I am honest and I do to the point. NICE - fuck that. I love her and I do want her to marry me, but god only knows

I have an agreement with the ATO. She is hinting that she will marry me when I get my shit together. The problem is that the bastards have tried to get a bankruptcy order before they have the decision overturned. Low. They have already admitted they have lost and I was right, but they are trying to have me bankrupted so they can stop the case before the decision is entered.

They do not know me. They do not know that I will fight past the end and then some.

CSW

---

Craig,
You may be a friend, but do not go there.

We have the funds. Thanks for being prompt. I cannot tell you how important that was to me. Your system has cost me more than I expected. We said I would not make more than 10% but the reality is that the exchange rate drop means it is more like 1%.

Is Ramona going to say yes.

Dave

---

thanks Dave,
I have send the funds via Liberty. As requested, these are in USD. Nothing has come via Au being from the UK company and it is up to you how you now move this.

I am more than happy with it all. The system is running better than I could believe. I would kiss you if you were not so grumpy and if you were half as sexy as Ramona :P

CSW

---

Craig,
I acknowledge that the Bitcoin wallet (1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a) containing 111,114 Bitcoins will be returned to you on the receipt of payment from Liberty.

The amounts I need to pay are due and the full USD account will have to be transferred.

I will return the wallet to you on clearance.

The computer is up and has been running for a few months now, we have LINPAC results of several hundred TFlop/s so I need to finalise this. The people in Panama and Costa Rica that I have procured this from are not know to be forgiving of delays, so I would appreciate it if we have this finalised ASAP.

Dave

sent 12/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Tinest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 08:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe | Message sent. Sent at Tue, 12 Feb 2013 [illegible] |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 06 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 02:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 03:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave,
I have the wallet. You know... If people knew what it was...

I mean we sent 1.3million by fedex. There are better ways to send BTC, but really, trying to maintain a level of secrecy. I am amazed we have lasted this long.

The other parts of the loan are with UI, but this will make my search easier. I do not know if I can find the software I need, but I have a few people who may be a start.

How to have them accept Bitcoin?

There is a guy I met in a mining conference that may show promise.



Received 13/2/13



CONFIDENTIAL

DEF_00013394

Received 13/5/13
from High Secured



DEF_00013395

Received 11/11/12



Sent 13/11/12

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| HJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| HJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| HJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| HJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from H... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:58 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Thanks Dave.
I will look for the Coinbase when the amounts enter.

C

---

Sir,
I will transfer the smaller amounts into the 1933 address before I return it to you. Makes it simpler than it and the one paper wallet is all we need to secure back to you.

I will move 1DJ6tdEqEpccwYTBPpKhTA5WqA7taZTHQ7 and 14H16G5w5pQ7P3BFLMJdY6MggkF5CWvB8z into 1933 shortly. You should see it come in later this week. I have been a little under the weather of late, so forgive any delay. This will add the last 5,400 plus and we can move the small change into this soon after and get the amounts up to the agreed total.

Regards,
Dave



Received 28/11/12



Received 28/11/12



Sent 28/11/12



Received 3/12/12



Received 5/1/13



Sent 7/1/13



Received 7/1/13



Received 8/1/13



Received 9/1/13



Received 16/1/13



Sent 10/2/13



sent 10/2/13



sent 12/2/13

Bitmessage

File Settings Help

Inbox | Send | Sent | Your Identities | Subscriptions | Address Book | Blacklist | Network Status

Search | All

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:28 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| HJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:06 PM |
| HJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| HJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| HJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 05:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from H... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:05 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:27 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:25 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:29 PM |

Dave,
I have the wallet. You know... If people knew what it was ...

I mean we sent 1.2million by fedex. There are better ways to send BTC, but really, trying to maintain a level of secrecy. I am amazed we have lasted this long.

The other parts of the loan are with UT, but this will make my search easier. I do not know if I can find the software I need, but I have a few people who may be a start.

Now to have them accept Bitcoin!

There is a guy I met in a mining conference that may show promise.



Received 13/2/13



Received 13/5/13
from High Secured

