# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Andrew S. Brenner of the law firm Boies Schiller Flexner LLP, hereby enters his appearance as counsel for Plaintiff, Ira Kleiman in his capacity as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC, and requests that all pleadings, correspondence and related materials in this case be provided to the undersigned.

Dated: August 27, 2019

Respectfully submitted,

*/s/ Andrew s. Brenner*
ANDREW S. BRENNER, Esq.
Florida Bar No. 978663
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

                                        */s/ Andrew S. Brenner*
                                        ANDREW S. BRENNER