1               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2
                 Case No. 18-80176-CIV-BB
3
IRA KLEIMAN, ET AL.,          )
4                             )
      PLAINTIFFS,             )
5                             )
      -v-                     )
6                             )
CRAIG WRIGHT,                 )
7                             )
      DEFENDANT.              )    West Palm Beach, Florida
8                             )    August 26, 2019
_____)
9


10        TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS

11          BEFORE THE HONORABLE BRUCE E. REINHART

12              UNITED STATES MAGISTRATE JUDGE

13


14   Appearances:

15   (On Page 2.)

16


17   Reporter              Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768         Official Court Reporter
18                         701 Clematis Street
                           West Palm Beach, Florida  33401
19                         E-mail:  SFranklinUSDC@aol.com

20

21

22

23

24

25

```
 1   Appearances:

 2   FOR THE PLAINTIFFS          Velvel Freedman, ESQ.
                                 Boies, Schiller, Flexner, LLP
 3                               100 Southeast 2nd Street
                                 Suite 2800
 4                               Miami, FL 33131
     -and-
 5                               Andrew Brenner, ESQ.
                                 Boies, Schiller, Flexner, LLP
 6                               100 Southeast 2nd Street
                                 Suite 2800
 7                               Miami, FL 33131
     -and-
 8                               Kyle Roche, ESQ.
                                 Boies, Schiller, Flexner, LLP
 9                               333 Main Street
                                 Armonk, NY 10504
10
     FOR THE DEFENDANT:          Amanda M. McGovern, ESQ.
11                               Rivero Mestre, LLP
                                 2525 Ponce de Leon Boulevard
12                               Suite 1000
                                 Coral Gables, FL 33134
13   -and-
                                 Schneur Z. Kass, ESQ.
14                               Rivero Mestre, LLP
                                 2525 Ponce De Leon Boulevard
15                               Suite 1000
                                 Coral Gables, FL 33134
16   -and-
                                 Andres Rivero, ESQ.
17                               Rivero Mestre, LLP
                                 2525 Ponce de Leon Boulevard
18                               Suite 1000
                                 Coral Gables, FL 33134
19   -and-
                                 Zaharah R. Markoe, ESQ.
20                               Rivero Mestre, LLP
                                 2500 Ponce de Leon Boulevard
21                               Suite 1000
                                 Miami, FL 33134
22
                                 *  *  *  *  *
23

24

25
```

```
 1          (Call to the order of the Court.)

 2              THE COURT:  Good afternoon, everyone.  Have a seat,

 3    please.

 4              We are here on case number 18-80176, Ira Kleiman, as

 5    Personal Representative of the Estate of David Kleiman and W&K

 6    Info Defense Research, LLC, versus Dr. Craig Wright.

 7              Let me start by having counsel make their

 8    appearances, and I'll start with counsel for the plaintiff.

 9              MR. FREEDMAN:  Your Honor, Vel Freedman for the

10    plaintiff.

11              THE COURT:  Good afternoon, Mr. Freedman.

12              MR. ROCHE:  Kyle Roche, plaintiff.

13              THE COURT:  Good afternoon, Mr. Roche.

14              MR. BRENNER:  Good afternoon.  Andrew Brenner for

15    the plaintiff.

16              THE COURT:  Mr. Brenner, good afternoon.

17              And for the defense?

18              MS. McGOVERN:  Good afternoon, Your Honor.  Amanda

19    McGovern for defendant Dr. Craig Wright.

20              THE COURT:  Ms. McGovern, good afternoon.

21              MR. RIVERO:  Good afternoon, Your Honor.  Andres

22    Rivero for Dr. Wright, who is present, as the Court surely

23    knows.

24              THE COURT:  Mr. Rivero, Dr. Wright, welcome.

25              MR. KASS:  Good afternoon.  Zalman Kass for the
```

 1   defendant, Dr. Craig Wright.

 2          THE COURT:  Mr. Kass, good afternoon.

 3          MS. MARKOE:  Good afternoon, Your Honor.  Zaharah

 4   Markoe on behalf of Dr. Wright.

 5          THE COURT:  Ms. Markoe, good afternoon.

 6          Okay.  So since the last time we were all together,

 7   I have received the exhibits that were submitted -- I'm sorry,

 8   the deposition designations that were filed in the record, and

 9   I have reviewed those.

10          Was there any other evidence that either side had

11   submitted into the record or wants to submit into the record

12   at this time?

13          Mr. Freedman, Mr. Roche, Mr. Brenner, anything else?

14          MR. FREEDMAN:  If you give me one minute, Your

15   Honor.

16          THE COURT:  Sure.

17          MR. FREEDMAN:  No, Your Honor.

18          THE COURT:  Okay.  For the defense?

19          Well, plaintiff rests.

20          Defense, any other evidence?

21          MS. McGOVERN:  No, Your Honor.

22          THE COURT:  All right.  So the evidence is now

23   closed, and I will hear argument.  I think Ms. McGovern, I --

24   since it's Dr. Wright's burden as to the impossibility of

25   compliance, but it's ultimately the plaintiffs' burden as to

```
 1   the overall question of sanctions, but I will let Dr. Wright

 2   have the first and last word.

 3           So Ms. McGovern, whenever you're ready.

 4           MS. McGOVERN:  May I stand at the podium, Your

 5   Honor?

 6           THE COURT:  You may.

 7           Before you do that, I do have to take a brief

 8   recess -- a brief break for one second.

 9           Mr. Freedman, I hope you have a healthy young one at

10   home since we last saw you.  Is everything okay?

11           MR. FREEDMAN:  Yes, Your Honor, a young beautiful

12   girl.

13           THE COURT:  Congratulations; mazel tov.

14           MR. FREEDMAN:  Thank you.

15           THE COURT:  Counsel, I have nothing -- I'm not

16   saying you should use it up, but I have nothing else scheduled

17   this afternoon.  So I want everyone to take as much time as

18   they feel they need to make whatever arguments they want to

19   make.

20           MR. FREEDMAN:  Your Honor, actually, unrelated to

21   this, just as a housekeeping matter before we start.

22           THE COURT:  Yes.

23           MR. FREEDMAN:  The Court signed the letter rogatory,

24   but the Court signed a redacted version of the letter

25   rogatory, and we've begun preparing those papers for
```

1    submissions to the UK courts, and our UK counsel has informed

2    us we need an unredacted signed copy by the Court.  I did

3    bring a copy with me, but I mistakenly brought one that had

4    Judge Bloom's signature line on it.  So maybe if we could mail

5    one to the Court or e-mail it.

6            THE COURT:  How big is the packet?

7            MR. FREEDMAN:  It's small.  It's just the one letter

8    rogatory.  It's like a couple of pages.

9            THE COURT:  You can -- yeah, assuming it's something

10   that the other side has seen -- I understand they don't

11   necessarily agree with my granting the letter rogatory.  As

12   long as they've seen it and approved it for form, you can just

13   e-mail us a PDF, we'll print it out and I can sign it.

14           MR. FREEDMAN:  Thank you.

15           THE COURT:  It's my pleasure.

16           All right.  Ms. McGovern, whenever you're ready.

17           MS. McGOVERN:  Good afternoon, Your Honor.

18           THE COURT:  Good afternoon.

19           MS. McGOVERN:  Thank you very much.

20           Your Honor, the Court ordered Dr. Wright to produce

21   a list of public addresses, or actually the Bitcoin that was

22   held as of 12/31/2013.  So the issue before this Court is

23   whether Dr. Wright has demonstrated an inability to comply

24   with this order.  The decisions that are addressing this

25   shifted burden explain that it's composed of the following:

```
 1    An explanation as to why compliance is not possible; and a
 2    good faith effort to comply using all reasonable efforts
 3    possible.
 4           In response to the Court's order, Dr. Wright has
 5    provided the first 70 of those public addresses.  There are
 6    over 16,000.  In addition, Dr. Wright has disclosed his full
 7    holdings of Bitcoin as of December 31st, 2013, and has stated
 8    under oath exactly how much Bitcoin he holds as of that date,
 9    and has confirmed under oath that that Bitcoin has not moved.
10           The explanation, the first part, Dr. Wright
11    testified before Your Honor in a full-day evidentiary hearing
12    under oath that the public addresses are contained in an
13    encrypted file that cannot be accessed at this time.  The
14    testimony was unequivocal.  When asked whether Dr. Wright
15    specifically could provide a list of those public addresses,
16    and, in fact, whether it was impossible for him to provide
17    those public addresses at this time, he testified on page 22:
18    Yes, it is.
19           In addition, when asked specifically if he could
20    provide the remaining list of public addresses beyond the
21    first 70 that he provided, that if he could do it, would he do
22    it.
23           And he testified unequivocally:  Yes, I would.
24           Beyond that, Your Honor, he explained why it makes
25    no sense that he wouldn't.  From a credibility perspective,
```

```
 1   which is something that the plaintiffs have argued on this
 2   issue before this Court, this limited issue before this Court,
 3   the plaintiffs essentially have argued he cannot be believed.
 4   That's not evidence.
 5           In explaining why he would provide the list of
 6   public addresses if he could -- and, in fact, it strains
 7   credulity as to why he wouldn't do that -- he went into
 8   detailed explanation as to how the process worked.  He
 9   specifically explained that in 2011, he disassociated himself
10   with the file with Dave Kleiman's help for a number of
11   reasons, the first of which was that he did not want to be
12   associated with the name Satoshi Nakamoto.  And the reason for
13   that was because the invention that he testified under oath he
14   created was being misused in terrible ways:  As heroin
15   markets, pedophilia centers and other things.
16           So his testimony when asked, how is it possible that
17   someone with that amount of Bitcoin wouldn't keep a file so
18   that he could access the public addresses later, he explained
19   he wanted total disassociation with it.  It strains credulity,
20   according to Dr. Wright, and it seems reasonable to believe
21   him, that someone would want to be associated with that kind
22   of an invention.  So the rationale for disassociating himself
23   with the file and the Bitcoin at that time is not incredulous.
24           In addition, the value of the Bitcoin in 2011 is not
25   what it is today.  Today the numbers are staggering, there's
```

 1    no question about it.  That wasn't the case then.

 2              Additionally, Dr. Wright explained that this process

 3    in which he encrypted the file and the reason why he cannot

 4    access it, it is impossible to access, is because Dave Kleiman

 5    is dead.  In addition, the information that could possibly

 6    help him decrypt the file now, apart from the fact that he

 7    can't speak to his good friend, Dave Kleiman, is the fact that

 8    the files, the electronic devices and the information that

 9    Dave Kleiman had at his house has been discarded, overwritten,

10    and is encrypted.

11              Those are undisputed facts in this case.

12              Dr. Wright further testified under oath that it is

13    very possible, based upon the manner in which the encrypted

14    file was set up, that the information to decrypt the file,

15    process the algorithm that would allow him to generate the

16    public addresses and provide that information could be

17    available in January 2020.  Discovery has been ordered;

18    discovery is not complete.

19              If, in fact, Dave Kleiman's devices are later

20    decrypted and information becomes available when the forensic

21    analyses are complete, and that information allows an earlier

22    access, that may remedy the situation even earlier than

23    January.

24              In addition, Dr. Wright produced testimony, or

25    provided testimony and produced information in an effort to

1   demonstrate to this Court all reasonable efforts in good faith

2   to comply with this Court's order.  Dr. Wright instruction

3   high-level staff at nChain to do everything that they could to

4   provide what was a probabilistic list of the public addresses

5   beyond the first 70 that were produced.

6        The plaintiffs criticized that process, arguing that

7   the information and the criteria that was used was in the

8   control of Dr. Wright.  Of course, it was.  It was, in fact,

9   the information that Dr. Wright had that was utilized to try

10  to generate a list of the probabilistic public addresses that

11  would be available.  That information was explained by Steve

12  Shadders, who testified under oath as to the procedures that

13  he followed, and that he provided that information at the

14  instruction of Dr. Wright, who was attempting to comply with

15  this Court's order.

16       The list of public addresses, a probabilistic list,

17  was a attempt at a complete inclusive list of public addresses

18  that Dr. Wright had beyond the first 70 produced.  That list

19  was provided to plaintiffs' counsel on June 28th at the close

20  of the first evidentiary hearing.  After the close of the

21  evidentiary hearing, Your Honor, it was then produced to them

22  in electronic file.

23       At the cross-examination of Steve Shadders on

24  August 5th, the second day of this Court's evidentiary

25  hearing, there was absolutely no evidence provided that any

1    analyses on that probabilistic list was done.

2          Steve Shadders also testified and provide --

3    provided exclement (sic) explanation as to what the public

4    address information would provide to the plaintiffs.  We

5    believe that's important, Your Honor, because the holdings

6    that Dr. Wright had as of December 31st, 2013, have been

7    provided, and the information regarding the public addresses,

8    if, in fact, he had a list now that he could say, I've done

9    everything I can to just remember the 16,000-and-some public

10   addresses, wouldn't necessarily provide the plaintiffs with

11   any additional information, because as Steve Shadders

12   testified, as well as Dr. Wright testified, ownership cannot

13   be determined by having a public address.

14         Further, whether somebody mined with another person,

15   even if it were possible during the relevant time period,

16   which it was not, cannot be determined by having the public

17   address.

18         So the information that a public address can provide

19   to the plaintiffs in this case should be considered by this

20   Court in addressing the inability to provide that to

21   plaintiffs at this juncture.  It's our position, Your Honor,

22   that the evidence shows, that the evidence demonstrates, that

23   that information does not provide plaintiffs with information

24   that merits the kind of allegations that are being made

25   surrounding its, the plaintiffs', inability to obtain that

1    information now.

2           Plaintiffs have not produced any evidence in this

3    evidentiary hearing that defeats impossibility, Your Honor.

4    There's been no witness provided that rebuts Dr. Wright's

5    unequivocal testimony that he cannot provide the public

6    addresses at this time.

7           Plaintiffs' expert did not address that question.

8    Instead, plaintiff spent most of the cross-examination of

9    Dr. Wright on reviewing and reading verbatim lines in metadata

10   with respect to e-mails and other documents.  Apparently, the

11   primary argument in response to impossibility or the inability

12   to access the public addresses is something -- is simply or is

13   nothing more than -- I'm not saying that it's -- should be

14   taken lightly; credibility's important.  The plaintiffs'

15   entire theme on this issue before this Court is that

16   Dr. Wright should not be believed.  Supposition and belief is

17   not evidence, and the rationale and the explanations that

18   Dr. Wright has provided as to his inability, separate and

19   apart from his unequivocal statements that he is unable to do

20   it, makes sense.

21          When asked if Dr. Wright has already sustained or

22   has already suffered certain consequences as a result of these

23   contempt proceedings, his answer to this Court was:  Yes.

24   Can't speak to his mother; he's having difficulty talking to

25   his wife.  These are serious allegations the plaintiffs have

1   lodged in this case, and he's here today for that reason.  He

2   is being charged in this case in this -- on this issue before

3   this Court with a willful violation of a federal court order,

4   and he has testified and explained that he is taking that very

5   seriously.

6          Your Honor, we understand there's been a delay, and

7   Your Honor asked Dr. Wright about that delay on June 28th and

8   specifically asked if you knew about -- or that you knew that

9   you weren't able to access the encrypted file with the public

10  addresses at the time they were requested, why didn't you just

11  say that?  Why was there a period from February, March and

12  April, when we were discovering that and reaching a full

13  understanding of what you're testifying under oath now?

14         And if we could go back, Your Honor, we would.  If

15  we could go back with a fuller understanding of what the

16  issues are in this case, I'm sure the plaintiffs would.  I

17  don't think Ira would have wiped out the files with pictures

18  of his children.  Or perhaps there's something more.  But at

19  this stage, things have been done that wouldn't have been

20  done, particularly in light of the fact that in 2014, when

21  Dr. Wright contacted Dave Kleiman's father, he specifically

22  said:  There is important information in Dave Kleiman's

23  devices, protect it, and the opposite was done.

24         So during the period of time in which the issue of

25  the public addresses was being discovered, there were a lot of

1    other things happening, as well, in this case.  There is a

2    massive amount of discovery that has been conducted in good

3    faith in this case.

4           We don't mean to suggest, Your Honor, that we don't

5    understand the issue before you, and I'm certainly not trying

6    to detract the Court's attention on what the issue is.  We

7    understand it, and we're very -- taking it very seriously.

8           But in terms of context and in terms of explanation,

9    we think it's important to understand what that context is.

10   So when you're unable to do something, and you're trying to

11   understand exactly what the circumstances are about it,

12   particularly in light of the fact that we have so many

13   computers and so much data, and corporations and available

14   resources, we wanted to make sure that, in fact, all of the

15   information was put before the Court and it was accurate.

16          If Dr. Wright did not wish to allow the plaintiffs

17   access to the public addresses, he explained under oath that

18   the last thing he would have done is provide the first 70,

19   because that, in fact, as he explained, identifies him as

20   Satoshi Nakamoto.  Producing the rest of the public addresses

21   provide -- causes absolutely no concern.

22          And importantly, plaintiffs have offered no

23   explanation as to why he wouldn't do it; why he would put

24   himself, his credibility, the credibility of his counsel on

25   the line if the public addresses don't do what the plaintiffs

1    are claiming it does; and if he's already tried to comply by

2    providing the first 70, and if he's asked his staff to give a

3    list of every single public address that could possibly be his

4    based upon the criteria that he was able to narrow.

5             The explanation that the information may come in

6    January 2020 is important in light of the fact that discovery

7    is ongoing.  But it's also important because we're not even

8    done reviewing Dave's devices.  We haven't gotten to the

9    point, Your Honor, of even being able, from a defense

10   perspective, to go beyond simply the identification of the

11   files that were deleted.  By court order, our forensic experts

12   are reviewing that information, and we're not at the point

13   where we can, as they say in today's parlance a lot, take a

14   deep dive.  But we're very anxious to do it, and we believe

15   information, critical information, about this case is

16   contained there.

17            To take a leap and claim and argue that Dr. Wright

18   should be foreclosed from a defense, a robust defense in this

19   case, on claims of an oral general partnership, a default

20   judgment for half the Bitcoin, some sort of punitive sanction

21   stated publicly about his intentions regarding this Court's or

22   regarding the inability to comply with this Court's order is

23   simply not proportionate to the facts and circumstances that

24   have been presented and the evidence that's been presented on

25   this issue.

```
 1              Your Honor, I'd also like to say that this issue is
 2    not every issue in the case.  We come before Your Honor and
 3    often hear the same mantra about things that aren't related to
 4    the issue before this Court.  We believe it's very important,
 5    Your Honor, that the issue before this Court, which is a
 6    limited issue of a noncompliance of a discovery order, doesn't
 7    mean it's not important.  Simply talking about the definition
 8    of what is before the Court not be conflated with other issues
 9    that have been presented to the Court on other facts and other
10    allegations.
11              In other words, Dr. Wright doesn't lose his right to
12    due process to a jury trial because there have been some sort
13    of credibility determination vel non in this case that he's no
14    longer entitled to those things.
15              In the absence of any evidence, Your Honor, that
16    defeats impossibility, that's what we're left with.
17              Your Honor asked if the parties, counsel for the
18    parties, could think about appropriate remedies in this case
19    for what has transpired concerning the inability to provide
20    the public addresses and the timing of that.  And, Your Honor,
21    we are very, very mindful of the importance of mitigating
22    potential harm.  Exxon is ringing in my ears.  But we do
23    believe that it is important to keep in mind here that it is
24    not a willful noncompliance that we are looking at here.  The
25    intentions were not to hide and deceive.  If that were the
```

```
 1    case, common sense would dictate that you wouldn't say exactly
 2    how much Bitcoin you have as of 12/31/13, you wouldn't provide
 3    the first 70, and you wouldn't pull high-end staff away from
 4    other projects to provide a list, a probabilistic list, an
 5    all-inclusive list of the public addresses that they probably
 6    are in light of the fact that the admission under oath, which
 7    is not refuted, is that the Bitcoin hasn't moved.
 8           So in terms of the remedy, Your Honor, we believe
 9    this Court should determine first and foremost, in light of
10    the absence of evidence regarding a willful violation as to
11    what information the plaintiffs have not received, and, in
12    fact, the prejudice to the plaintiffs if they don't receive
13    that information at this time.  If, in fact, the Bitcoin
14    hasn't moved, and in light of the fact that discovery is not
15    over, and with the very high possibility that this information
16    will ultimately be provided to plaintiffs before trial, we
17    don't believe, even assuming that the Court were to impose a
18    sanction, that anything beyond a sanction for the period of
19    time that was taken in reaching a full understanding of this
20    issue should be imposed.  In other words, the plaintiffs'
21    counsel engaged in efforts that perhaps were not necessary and
22    could be determined to have been wasted had that information
23    been provided sooner, and we understand that.  The same is
24    true, Your Honor, on our side.
25           And if that's the case, any remedy that the Court
```

```
 1   should impose reasonably should be limited to that reasonable
 2   amount of time that the plaintiffs spent working towards that
 3   ultimate understanding.  We don't believe, Your Honor, that it
 4   would be fair to include the evidentiary hearing on that
 5   issue, and here's why.
 6            We highly doubt plaintiffs' counsel would have
 7   simply taken Dr. Wright's statement that the file is encrypted
 8   and he cannot access it without requesting an evidentiary
 9   showing.  We believe, Your Honor, we would have needed that
10   evidentiary showing, and we would have needed to engage in
11   that process anyway.  But for the period of time that Your
12   Honor referenced on June 28th, where you specifically asked
13   Dr. Wright about that time period, we believe any -- any
14   sanction should be limited to that reasonable attorney's fee,
15   which can be presented to Your Honor and addressed as to its
16   reasonableness at a later time, and we do not believe, Your
17   Honor, that that sanction should imply in any way a willful
18   noncompliance with this Court's order, simply because the
19   gravity with which that kind of finding carries would be
20   unfair.
21            In an ideal world, Your Honor, in light of the fact
22   that discovery has not been completed, and Dr. Wright has
23   testified as to the very high possibility that he will receive
24   that information in January, we ask that you -- that the Court
25   refrain from imposing any sanction at all, including a
```

1    reasonable attorney's fee, until January 31st, 2020.

2         I know what you're going to hear next.  It's going

3    to be a request for the highest sanction possible:  Default

4    judgment, strike pleadings, essentially determine the case

5    over and claim game over.  The law is not designed to set a

6    litigant up for failure.  And without evidence -- and there is

7    none -- that Dr. Wright has willfully failed to comply with

8    this Court's order, we believe, Your Honor, that even the

9    suggestion of that kind of a sanction cannot be reconciled

10   with our court of justice and with our system.

11        We also recognize, Your Honor, that the Court has

12   spent time, and the Court has put in effort in reaching a full

13   understanding on this issue.  I know Bitcoin's not new, but

14   Shamir schemes, and Bitcoin, and protocol, and code, and all

15   of those things wrapped together, and a deceased, the other

16   main witness in this case who cannot speak and whose files are

17   not available, because they're encrypted themselves or they've

18   been erased, doesn't necessarily come up in one case all at

19   the same time.

20        So we're working through it, and we're working

21   through it in good faith, Your Honor.  I can say -- and we

22   just have to glance over there to the right real quick, that

23   everybody on this side is honored to be in front of this

24   Court.  Dr. Wright has come from the UK for a day because --

25   might not be the right word -- but in the form of an

 1    allocution recognizes what this Court has done.

 2            The mere fact that an explanation was provided in

 3    the manner in which provided is a testament to the kind of

 4    system that we have, which is a system of truth and arriving

 5    at it, and the ability to be able to explain things that are

 6    difficult to explain, even if they're not perhaps fully

 7    explained the first time because they're complicated.

 8            Your Honor, with respect to the issue of the Court

 9    and the Court's time, Dr. Wright would like to address the

10    Court very, very briefly.

11            THE COURT:  Sure.

12            Dr. Wright, I'd be pleased to hear anything you'd

13    like to say.

14            Good afternoon.

15            THE WITNESS:  Good afternoon, Your Honor.

16            I'd like to start by saying I apologize sincerely.

17    I quite often make comments to people and don't realize what

18    they're missing.  So I answer something, and they don't

19    understand the full answer.  I say I'm not able to do

20    something, but I'm still working on it, and I don't explain

21    that.  And I even do it with my own attorneys, who are

22    slightly learning how to deal with me.

23            I'm also working on everything I can.  I believe

24    I'll know the addresses by January.  And on top of that, even

25    if I don't have the private keys, I'm working on other things,

```
 1    including legal aspects, et cetera.

 2            Some of what I'm working on on my doctorate, where

 3    I've given up time to actually where I'm supposed to be

 4    attending is on the nature of things like worldwide freezing

 5    orders and other things, so that some of the things I've been

 6    talking about, like, like crimes and whatever else involving

 7    Bitcoin so that judges like yourself will be able to issue

 8    orders and have them enforced and have Bitcoin seized.  And

 9    that will include mine if you rule against me.

10            By the time this case is over --

11            MR. FREEDMAN:  Your Honor, can we just object?

12            THE WITNESS:  -- I will be able to do that, and I

13    will --

14            MR. FREEDMAN:  The witness hasn't been sworn in, and

15    I don't know if this is argument, or testimony, or evidence,

16    or . . .

17            THE COURT:  I'm considering it argument and not

18    evidence, and I'm letting Dr. Wright -- he asked to speak.

19    I'll hear what he has to say.  But I'm not considering it as

20    proof or evidence that will weigh on me whether burdens have

21    been met in this case.  But I think it's fair to allow

22    Dr. Wright to speak if he'd like to.

23            Dr. Wright, you may condition.

24            THE WITNESS:  If you need to swear me in on this, I

25    will.
```

```
 1              THE COURT:  I'm good.

 2              THE WITNESS:  But by the time this case is over, I

 3    can tell you that there will be ways of recovering Bitcoin,

 4    whether people like to admit that or not.  And if judges, in

 5    global orders, enforced with things like crimes or things that

 6    I'll comply with, which I will, want to seize Bitcoin or want

 7    to force it to be issued, then that will be possible.  And in

 8    part, I'm working on that.

 9              So no matter what happens in this case, I may not be

10    able to give you those addresses now, but as soon as I can, I

11    will get them to you.  And so I just want to say I'm sorry I

12    haven't been able to yet, Your Honor.

13              THE COURT:  Thank you, Dr. Wright.  I appreciate

14    your time.  Appreciate you being here; it's important.  Thank

15    you.

16              Ms. McGovern.

17              MS. McGOVERN:  Thank you, Your Honor.

18              THE COURT:  Ms. McGovern, you're an outstanding

19    advocate.  You've made an excellent presentation for

20    Dr. Wright, and I take to heart everything you've said to me,

21    but the last thing you mentioned is the importance of truth,

22    so let me ask you:  On April 18th, you filed a motion in which

23    you represented that Dr. Wright was not the trustee of any

24    trusts that held Bitcoin, and three weeks later, he swore an

25    affidavit based on my order saying that he was.  How is one of
```

```
 1   those not willfully false?

 2           MS. McGOVERN:  Your Honor, I -- the issue concerning

 3   the holdings of the Bitcoin were not an -- were not a willful

 4   false statement.  I think, Your Honor, this is a question of

 5   merely sitting down and having a full appreciation for what

 6   the situation was.  The --

 7           THE COURT:  Well, no, no, no.

 8           MS. McGOVERN:  Perhaps the communication was wrong,

 9   but we -- I will say this, Your Honor.  When we -- when we

10   went to sit down with Dr. Wright to address the question, and

11   after -- after that we -- we learned a lot of information that

12   we -- we should have -- we should have more fully understood.

13   But I will say, Your Honor, there also was the issue of

14   timing.  We were under such -- we were under such complete

15   time pressure to be able to explain to the Court what exactly

16   was the holdings of Bitcoin, and who held it, and how it was

17   held.  We were relying on documents that we had received.

18           All I can say in that regard, Your Honor, is is

19   we -- we did not have a complete appreciation for the holdings

20   of the Bitcoin, and how they were held, and all of the

21   different terms and so forth concerning that at the time.  We

22   just didn't have a complete understanding.

23           THE COURT:  At which time?  At the time of the

24   motion that you had two months to prepare, or the declaration

25   that I let you fly to England to sit with your client to
```

```
1    prepare?
2            MS. McGOVERN:  Your Honor, I mean, I understand your
3    point.  I mean, I understand your point.  It's upsetting that
4    we were incomplete in our information, I understand that.
5            I --
6            THE COURT:  Well, you've argued to me that
7    credibility's important.  These are the things I have to look
8    at.
9            I'd point you to another thing I'll give you an
10   opportunity to explain to me.  In a number of documents, in a
11   number of pleadings, including in his declaration, Dr. Wright
12   swore that there was Bitcoin in the trust, Bitcoin currency in
13   the trust, and yet his testimony before me sitting right there
14   under oath is:  No, it isn't.  The keys are there, not the
15   currency.
16           Reconcile that for me.
17           MS. McGOVERN:  Your Honor, I think -- I think that
18   actually is, from what I -- from what I can understand, is
19   there -- the trust -- the overlay of the trust and the legal
20   ownership of the Bitcoin is different than the manner in which
21   the keys are actually -- in which the coins are actually held.
22   So there are really two structures.  There's a legal
23   structure, and then there is the technical structure.
24           So the coins are accessed with private keys.  The
25   ownership is arguably governed by the trust documents.
```

```
 1              THE COURT:  No, and I understand that.  I understand
 2    there is a difference there.  But the coins, the currency can
 3    be transferred.
 4              MS. McGOVERN:  Yes.
 5              THE COURT:  We've all talked about that.
 6              And clearly the representations that were made in
 7    motions and in Dr. Wright's declaration is that the coins had
 8    been transferred into the trust.  They were the corpus of the
 9    trust.  That was his word under oath, having sat with his
10    lawyers for two days, that the coin itself was in the blind
11    trust, which, by the way, wasn't blind, because he's one of
12    the trustees.  We'll get to that in a second.
13              So how does it then morph to, oh, no, the coin
14    itself is not in the trust; the coins never moved.  What's in
15    the trust are the keys.
16              Reconcile that for me.  How does that not go to his
17    credibility and the burden that I have to consider in this
18    case?
19              MS. McGOVERN:  I think it fails in terms of its
20    explanation, Your Honor.  I don't -- I don't want to mince
21    words.  I believe that there is a manner in which the trust
22    ownership over the coins was explained that appears to not
23    reconcile with the manner in which the coins are held.
24              For example, if there's a trust in the Seychelles
25    that owns the coins, the coins -- the corpus of -- the coins
```

1    are the corpus of the trust.  But the coins are actually held

2    in a manner which can only be accessed by having the private

3    keys.  I think, unfortunately, it's an explanation where it's

4    not a proper legal explanation as to the manner in which a

5    corpus of a trust is held.  The coins have never moved.  The

6    coins have always been mined, and I think Dr. Wright's

7    explanation was that they were mined, and they've never moved.

8         Then after that, you're talking about the ownership

9    structure in which the coins are owned.  I think that's where

10   the miscommunication came.

11        THE COURT:  Okay.  And explain to me how it's a

12   blind trust if he's the trustee.

13        MS. McGOVERN:  Your Honor, when we flew to London,

14   we had received -- we wanted to gather as many documents as we

15   could that would explain the structure of the trust, and we

16   had received an organogram which ultimately didn't reconcile

17   with the trust document.  That's -- that's the explanation as

18   to that.

19        I think also, the problem was in literally

20   transcribing and getting before Your Honor during that two- or

21   three-day window an explanation as to why -- what the

22   circumstances were regarding the ownership of the trust.  And

23   I think the use of the word "blind," I was actually reading

24   the paperwork after, you know, later, recently, of course, and

25   I realized, you know, that's a very cryptic way of describing

```
1    ownership of these coins.
2            But, Your Honor, in terms of credibility on this
3    issue, the ownership structure and the location of the
4    coins -- so we have the location of the coins, or, rather, the
5    existence of the coins, the holdings of the coins, whether
6    they've moved, and the ownership structure.  I think the
7    confusion occurred in trying to explain an ownership
8    structure.  Looking back, if we could do this all over again,
9    I think the answer should have been from the very, very
10   beginning, had we fully understood it, you've asked for the
11   public addresses for all Bitcoin held as of 12/31/13.
12            THE COURT:  Actually, I never did.
13            MS. McGOVERN:  Or --
14            THE COURT:  I have never -- because I went back and
15   looked.  I have never ordered the production of public
16   addresses.  I have ordered a listing of his Bitcoin holdings.
17            MS. McGOVERN:  Yes, yes.
18            THE COURT:  I have never said --
19            MS. McGOVERN:  Yes.
20            THE COURT:  -- it is limited to the public
21   addresses.
22            MS. McGOVERN:  I agree.
23            THE COURT:  So why did I hear for the very first
24   time on June 28th that public addresses are meaningless, when
25   we've been talking about them since March?
```

```
 1            MS. McGOVERN:  Your Honor, I -- what I was trying to

 2    say about in response to that issue, though, is in terms of

 3    the public addresses is you're absolutely right.  You ordered

 4    holdings of Bitcoin.  Because we were looking at this from the

 5    beginning of this case from a tracing perspective, and I

 6    remember specifically when they were specifically asking for

 7    this information, you said, I am not going to allow a tracing

 8    from present backwards.  I'm -- I'm not going to allow that.

 9    That was the way this issue first came up.

10            THE COURT:  Uh-huh.

11            MS. McGOVERN:  But what I am going to allow, because

12    I believe it's relevant, because their claim is Dr. Wright

13    stole Dave's Bitcoin, is I'm going to allow from a certain

14    point to a certain point.  In other words, from the beginning

15    through a certain point.

16            So it was all about the Bitcoin holdings.  But in

17    terms of identifying the holdings, a manner in which you can

18    identify the -- in other words, you can confirm the holdings

19    is by identifying a public address, because you look at the

20    public address, you can see that there's coins there.

21            THE COURT:  Right.

22            MS. McGOVERN:  Right?

23            THE COURT:  There's also wallets, and there's lots

24    of ways to identify it.

25            MS. McGOVERN:  Exactly, Your Honor.
```

1        THE COURT:  In fact, if you go back and look at the

2   transcript, when I first mentioned it, I said I assumed he can

3   just produce as well of wallets.  That was the term I've used.

4        MS. McGOVERN:  Yes.

5        THE COURT:  And I've always been very scrupulous to

6   use the term "holdings," assuming that, as purporting to be

7   the creator of Bitcoin, Dr. Wright would be in a very good

8   position to tell me what data point I needed to know.  And if

9   I was at the wrong data point, he was going to tell me.

10        MS. McGOVERN:  Right.

11        THE COURT:  I didn't hear that until June 28th --

12        MS. McGOVERN:  I understand.

13        THE COURT:  -- that I had the wrong data point.

14        MS. McGOVERN:  I understand, Your Honor.  I

15   understand.

16        THE COURT:  So as I said, you're a very good

17   advocate, Ms. McGovern.  Your client has put you in a horrible

18   position.  You are doing everything you can to save him, and

19   you're doing a great job of it.

20        But let me hear from Mr. Freedman.  I'll give you

21   the last word.

22        MS. McGOVERN:  Thank you, Your Honor.

23        THE COURT:  Thank you.

24        Mr. Freedman.

25        MR. FREEDMAN:  Your Honor, if it's all right, can we

```
1    take a two-minute break?
2              THE COURT:  Yes.  I'll take a five-minute break.
3    We'll be back at 2:20.
4              MR. FREEDMAN:  Thank you.
5         (A recess was taken from 2:17 p.m. to 2:22 p.m., after
6    which the following proceedings were had:)
7              THE COURT:  Have a seat, please.  All right.  Let's
8    see, everyone's back.
9              All right.  Mr. Freedman, whenever you're ready you
10   may proceed.
11             MR. FREEDMAN:  Actually, Your Honor, before I start
12   the actual closing, I don't know if this would help the Court,
13   but if it would, Mr. Roche and I were discussing that it might
14   be beneficial to the Court if the parties submitted proposed
15   findings of fact, conclusions of law?
16             THE COURT:  I don't think that's necessary.
17             MR. FREEDMAN:  Okay.  Your Honor, the circumstances
18   of this case are unique, which is something I know you've
19   heard me say before.  The -- our client is deceased, and the
20   technology at issue in this case is designed to keep secrets.
21   And based on admissions by Dr. Wright, including a written
22   e-mail from Dr. Wright to Ira that Dave owns 300,000 Bitcoin
23   in the trust, our client sued Dr. Wright for his share of the
24   Bitcoin they mined together as Satoshi Nakamoto.
25             Now, knowing that the information in this case is
```

1    mostly flowing one way, plaintiffs' position is that

2    Dr. Wright has perjured, forged and deceived his way through

3    the discovery process, culminating in the misrepresentations

4    and forgeries provided to this Court in response to its order

5    to produce a listing of his Bitcoin holdings.

6            And there are so many misrepresentations, Your

7    Honor, that I can't possibly focus on them today, and I don't

8    think the Court wants to hear about them all today.  Today, I

9    want to focus only on the Court's order that Dr. Wright

10   produce a list of his Bitcoin holdings as of December 31st,

11   2013.  And to really focus on that and the gravity of the

12   fraud that was attempted to be perpetrated on this Court by

13   Dr. Wright, I'd like to take a moment to go through how we got

14   here.

15           Now, given the lack of information, plaintiffs

16   needed a starting point, and there was an initial request for

17   all of Dr. Wright's Bitcoin holdings.  Plaintiffs wanted to

18   trace them backward.  Dr. Wright's counsel objected, and as

19   this Court told plaintiffs "no."  But as a compromise, the

20   Court said it would let the plaintiffs pick a relevant time

21   and trace the Bitcoin forward.

22           After multiple hearings in March of 2019, the Court

23   ordered Dr. Wright to produce the list before his deposition

24   or object.  During those hearings, the Court found that what

25   Bitcoin that existed as of December 31st, 2013, and where it's

```
 1   gone since then is relevant to plaintiffs' claim that Craig
 2   converted, Dr. Wright converted the Satoshi Nakamoto
 3   partnership's Bitcoin, and that plaintiffs are entitled to
 4   work forward, to sit in a deposition with Dr. Wright, go
 5   through the list of his Bitcoin, and ask him which were Dave's
 6   and which were his.  And at no time during these proceedings
 7   did the defendant ever claim that it was impossible for him to
 8   produce this list.
 9           April 4th, 2019, Dr. Wright sits for his deposition.
10   He never filed his motion.  At his deposition he makes the
11   following statements under oath:
12           First on page 293:  Dave has no rights to the trust,
13   no ownership of the trust, no knowledge of the setup of the
14   trust.
15           Going to skip down a little bit:  Dave was asked
16   simply to hold a part of some documents and keys that were
17   split using Shamir's Secret Sharing Scheme so that he did not
18   even know what he was actually holding.
19           And then on page 294, he answered this to the
20   following questions:
21           "Did you put Bitcoin into the trust in 2011?
22           "No.
23           "Did you put Bitcoin into the trust in 2012?
24           "No.
25           "Did you ever put Bitcoin into the trust?
```

```
 1                "No.
 2                "Did anyone ever put Bitcoin into the trust?
 3                "No.
 4                "Did the Tulip Trust ever come to hold private keys
 5   to Bitcoin wallets?
 6                "No.
 7                "Did it ever come to own or possess private keys to
 8   Bitcoin addresses?
 9                "No.
10                "What is the relationship between the Tulip Trust
11   and Bitcoin?
12                "Answer:  What the hell does that question even
13   mean?"
14                So plaintiffs walked out of Dr. Wright's first
15   deposition thinking that Dave knew nothing about the setup of
16   the Tulip Trust, of the trust, and that the trust never
17   controlled any Bitcoin.
18                Shortly after the deposition, the Craig extend --
19   the Court extends Dr. Wright's deadline to file his motion for
20   protective order, and we see the first pivot from Dr. Wright.
21   He realizes that he must provide the Court with a reason he
22   can't comply with its order.  And so in complete conflict with
23   his deposition testimony he puts into a motion:  In 2011,
24   Dr. Wright transferred all of his Bitcoin into a blind trust.
25   Therefore, Dr. Wright cannot give the list the Court -- give
```

1    the list that the Court is asking for.

2           There's some motion practice, and then on March 3rd

3    the Court issues an order.  The Court recognizes -- denies

4    Dr. Wright's motion for protective order, recognizes that it's

5    not an undue burden defense, it's an impossibility defense,

6    and the Court discredits the impossibility argument, stating

7    that Craig, Dr. Wright, can get the information from the

8    trustees.

9           The Court orders him to provide a sworn declaration

10   identifying the name or location of the blank trust, the

11   trustees, the beneficiaries, and to produce and swear to the

12   authenticity of all documents relating to the formation,

13   administration and operation of the trust and all

14   transactional records of the blind trust, including records

15   reflecting transfer of the Bitcoin into the blind trust.

16          Three days later, Dr. Wright's counsel moves for an

17   extension of time.  The Court sets a hearing, and at that

18   hearing, Dr. Wright's counsel clearly states why they need

19   more time.  I'm quoting here from page 5 of the transcript:

20   "In order to have a fulsome understanding, a full

21   understanding of these trusts, and really just being able to

22   explain them in a straightforward manner and have the

23   information sworn to, we want to make sure it is absolutely,

24   unequivocally not confusing and accurate."

25          And then on page 6:  "As you know, there are issues

```
 1   regarding, well, I guess allegations of lies and things like
 2   that in this case.  We're being very hypersensitive to it."
 3              Just skip a couple words:  "In fact, actually,
 4   Zaharah and I are flying to London in a couple hours, and the
 5   purpose for the extra time was really just to make sure that
 6   we've got it 100 percent right."
 7              The Court grants the extension but notes twice that
 8   it's facially not credible someone would transfer that much
 9   Bitcoin to someone with no record of it.  And plaintiffs leave
10   the hearing believing that whenever the documents finally do
11   get submitted, they're finally going to have an understanding
12   of what exactly went on.
13              Now, I want to be clear about something.  I am not
14   making any allegations about the integrity of Rivero Mestre
15   here at all.  I raise these quotes, because I know that there
16   are very good lawyers on the other side of this case, and
17   those lawyers went to London and sat down with their client
18   and instructed him that they needed to be absolutely,
19   unequivocally not confusing and accurate and 100 percent true.
20              So Dr. Wright's lawyers fly to London, and two days
21   later Dr. Wright files a sworn statement based on personal
22   knowledge without any caveats, stating that in 2011 he took
23   steps to consolidate Bitcoin.  That in October of 2012, a
24   formal trust document was executed creating a corpus of mined
25   Bitcoin called Tulip Trust I.  That the trustees are a UK
```

1  company called Coin LTD, UK, Uyen Nguyen, Craig Wright, David
2  Kleiman, Panopticrypt, Savanah, and the holder of various PGP
3  key I.D.s, which he identifies as himself, Satoshi Nakamoto,
4  Craig Wright.  He identifies the beneficiaries as Wright
5  International Investments and Tulip Trading.  And at the end,
6  he puts in that the access to the encrypted file with the
7  public and private keys to Bitcoin he mined requires, and I
8  quote:  Myself and a combination of trustees referenced in
9  Tulip Trust I to unlock based on a Shamir scheme.
10        Five days later, Dr. Wright files another sworn
11  statement attaching copies of the documents he's been order to
12  produce.  He swears to their authenticity without any caveats,
13  thus authenticated the Dave Kleiman trust documents that are
14  plaintiffs' exhibit 1, the Tulip Trust I document, which is
15  plaintiffs' exhibit 9, and the HIGHSECURED invoice, which is
16  plaintiffs' exhibit 23.
17        And I want to pause here for a minute, Your Honor,
18  because this was egregious.  Dr. Wright knew he was in
19  trouble, but instead of coming clean, he willfully and
20  purposefully submitted evidence he forged to the Court and
21  swore to its authenticity.  And I know that later he says it
22  wasn't him, and I'll address that dishonesty later.
23        When nothing more comes from Dr. Wright and the list
24  doesn't appear, plaintiffs move to compel again.  The Court
25  grants the motion to compel, but makes an important

 1    observation.  And here we see Dr. Wright's misrepresentations
 2    developing.  The Court points out that Dr. Wright's
 3    declaration indicates that he knows who has the keys, they are
 4    his trustees, and he hasn't explained why he hasn't obtained
 5    the keys from these trustees.  So now Dr. Wright realizes that
 6    the Court has seen through his charade, and that he's going to
 7    have to make up more misrepresentations if he's going to get
 8    through this.  So he shows up the morning of June 28th, and he
 9    sits at a deposition, and he states under oath that he paid
10    for Tulip Trading before 2012, which plaintiffs later show to
11    be untrue.  He bought an aged shelf company in 2014.
12          And he swears under oath that Dave Kleiman wrote
13    that e-mail on June 24th, 2011, and he remembers it --
14    receiving it then, which plaintiffs again showed to be untrue.
15          And then he sits for the hearing, and on
16    cross-examination, plaintiffs prove that the Dave Kleiman
17    e-mail is a forgery.  It was sent from Craig's e-mail account,
18    from a computer named for Craig's initials that was located in
19    Australia.  Its "from" field has been edited.  Its "date"
20    field has been edited.  It's been sent from and created by
21    software that didn't exist in 2011.  It's actually a
22    modification of an e-mail that was sent in October 17th, 2014.
23    Plaintiffs proved that based on a document I.D., the metadata
24    showing Thursday, when it was really a Friday, the fact that
25    they actually -- we actually have the October 17th, 2014,

1  e-mail, sent the same day Dr. Wright bought Tulip Trading from

2  Denis Myakka, at Abacus Offshore.

3          In fact, Dr. Edman testified that other documents

4  produced were also created from this same forged document.

5  And as testified by Dr. Edman, the cryptographic signature it

6  includes in the Dave Kleiman trust documents that purports to

7  be Dave Kleiman was actually used by someone well after Dave

8  died, thus demonstrating that Dave was not the one in sole

9  possession of that key.

10         Plaintiffs then proved that 2012 Tulip Trust I

11  document was a forgery also.  It contains five embedded font

12  files copyrighted by and digitally signed by Microsoft in

13  2015.

14         It names Tulip Trading as a beneficiary, which is an

15  aged shelf company we proved Craig didn't even purchase until

16  2014.  And the HIGHSECURED invoice submitted by Dr. Wright as

17  proof of transaction history is a forgery, too.  It's been

18  heavily modified using the same techniques as some of those

19  other forgeries.  In fact, Your Honor, Dr. Wright admits these

20  documents are forgeries, but his defense is that he was hacked

21  and set up.

22         Well, first, he's provided no proof of that, no

23  evidence of that.  He gave no testimony on that on redirect.

24  He provided no other witness to talk about this, only the

25  blatant, bald assertion that, I was hacked.

```
 1            Second, if this Court's to believe that it wasn't
 2   Dr. Wright based on his mere statement that it wasn't him,
 3   that's an issue of credibility, and as best summed up by Judge
 4   Bloom, this witness has none.
 5            Third, it came from his e-mail, his computer in
 6   Australia on the same day he bought Tulip Trading.
 7            Your Honor, Dr. Wright is dishonest, and he doesn't
 8   hesitate to make misrepresentations about documents that he
 9   has forged while sitting right there before this Court.
10            On cross-examination, Dr. Wright was presented with
11   Bitmessages that he produced that are purportedly between him
12   and Dave Kleiman but are dated November 6, 2012, and some
13   dated earlier.  Now, putting aside for a moment that the
14   purported message between him and Dave conflicts and
15   contradicts the amount of key slices that he claims he needs
16   to access the coins, he testified that he remembered receiving
17   it around November 6, 2012.  He then expressly denied that it
18   was a forgery when he was asked.  But he knows it's a forgery,
19   because as testified to by the creator of Bitmessage himself,
20   it's a forgery, and Bitmessage wasn't even available until
21   November 19th, 2012.  And yet Dr. Wright has produced multiple
22   pages of Bitmessages that predate its release.  He is a serial
23   forger.
24            Plaintiffs' examination showed that almost every one
25   of the Tulip I trustees are under Dr. Wright's control, thus
```

1   challenging his inability to open the file.

2           Number one, Coin LTD, UK.  There are public UK

3   records showing Dr. Wright was a director.

4           Uyen Nguyen, plaintiffs have shown in other

5   proceedings before the district court that she was a

6   mouthpiece for Dr. Wright.

7           Craig Wright obviously controls himself.

8           Dave Kleiman.

9           Panopticrypt.  Dr. Wright said his wife controls it.

10  His blog post says he controls it.

11          Savanah.  Dr. Wright's e-mails and communications

12  show that he controls Savanah.

13          And the PGP key I.D., as he admits, are controlled

14  by him.

15          So he controls six out of the seven trustees that he

16  swore in his affidavit:  Myself and a combination of trustees

17  referenced in Tulip Trust I to unlock based on a Shamir scheme

18  can open the files.

19          So Dr. Wright shifts again.  He now claims the trust

20  documents are meaningless legal wrappers, and that he couldn't

21  access the Bitcoin, because, in complete conflict with his

22  testimony earlier at his first deposition, that Dave Kleiman

23  knew nothing about the setup of the trust, and that Dave did

24  not even know what he had.  He testifies now that it was Dave

25  who convinced him not to destroy the Bitcoin, Dave who was in

```
 1   charge of the key slices, and Dave who set up the entire
 2   system for returning the slices to Craig, all done in a way
 3   where Dr. Wright can't know who has the keys to billions of
 4   dollars worth of Bitcoin he stole from his deceased partner.
 5           Now, Your Honor, the problem with not telling the
 6   truth is that it gets hard to keep track of what story you've
 7   told, and there are numerous documents and statements from
 8   Dr. Wright reflecting how many key slices are necessary to
 9   access the purported encrypted file:  Eight of 15, 12 of 15, 3
10   of 5.  And, of course, it's well known that he already signed
11   with block 9 for Gavin Andresen.
12           So to explain these discrepancies, Dr. Wright
13   fabricates a new lie, a Genesis block file, a seed file, a 1
14   of 10 file, 1 through 10 file.  Of course, none of these
15   statements are included in his sworn declaration that was
16   supposed to be hypersensitive and 100 percent accurate.  In
17   fact, Your Honor, no one has seen this mysterious file.  It
18   has not been produced to the plaintiffs in litigation, in
19   discovery.  It has not been produced to our expert.  No expert
20   from Dr. Wright has testified about this file.  Even
21   Mr. Shadders himself, who came here to reconstruct it,
22   admitted that he has not seen this mysterious file.
23           And, Your Honor, I want to take a minute to talk
24   about Mr. Shadders' list.  It's only something like 60 percent
25   accurate, which makes it useless.  It's based on 12 hours of
```

```
 1    work, it's based on research that was conducted years earlier,
 2    and it's missing well-known Satoshi addresses.
 3             THE COURT:  Well, when you say it's only 60 percent
 4    accurate, what do you mean?  You mean -- are you saying he
 5    didn't accurately apply the criteria that he said he was going
 6    to apply, or --
 7             MR. FREEDMAN:  No.  Mr. Shadders said that it has
 8    a -- an inaccuracy rate of -- because it's overinclusive.  It
 9    has something like 1600 -- how many -- do you remember how
10    many addresses are --
11             THE COURT:  27,000.
12             MR. FREEDMAN:  27,000, and I am not good at math,
13    Your Honor, but it should be 800 -- 800,000 divided by 50 or
14    so.
15             THE COURT:  Well, I think the testimony was that it
16    over -- that it was overinclusive by approximately 500,000
17    Bitcoin.  That doesn't make it inaccurate, it just makes it
18    overinclusive.
19             MR. FREEDMAN:  Well, but then it makes it useless
20    for the plaintiffs, because at any address, Dr. Wright can
21    just say, oh, that's one of the inaccurate ones.
22             THE COURT:  Okay.  I just wanted to make sure if I
23    was missing some data that said something Mr. Shadders had
24    done incorrectly.
25             MR. FREEDMAN:  No.  Well --
```

```
 1              THE COURT:  You're saying he applied the -- you

 2    don't contest that he applied the criteria that he testified

 3    he applied and he got the outcome he got, you just say the

 4    outcome is not helpful.

 5              MR. FREEDMAN:  With the exception of what he

 6    admitted on the stand that he had misapplied, that's right,

 7    yeah.

 8              THE COURT:  Okay.

 9              MR. FREEDMAN:  Correct.

10              THE COURT:  I just wanted to make sure.  I'm sorry

11    to interrupt your argument.  Go ahead, please.

12              MR. FREEDMAN:  Your Honor, the evidence demonstrated

13    that Dr. Wright has willfully, and in bad faith, refused to

14    comply with this Court's order.  His story changes by the day,

15    and when ordered to produce documents to back up his

16    deceptions, he brazenly submits forgeries to this Court to

17    substantiate his claims that the Bitcoin he took were locked

18    in trust, but they aren't.  Dr. Wright is willfully refusing

19    to comply with this Court's order, and this Court should see

20    through his deceptions and forgeries.

21              Now, with that background in place, Your Honor, I'd

22    like to transition to remedies and the standards to be

23    applied, and specifically to a case I found very helpful,

24    which was Costa versus Datapro.  It's -- the cite is 2011

25    Westlaw 7318760, and it's a report and recommendation authored
```

1    by Judge Goodman that was adopted by Judge Graham.

2             And this case has a lot of parallels to ours.  There

3    is a defendant that failed to produce documents per a court

4    order; a defendant that committed perjury.  There was no due

5    diligence conducted.  There was the fact that the defendant --

6    the Court mentions, why would you fight to produce these --

7    these documents if you -- if they don't exist -- and the

8    defendant ended up claiming that they didn't exist.  If they

9    don't exist, why would you fight so hard not to produce them?

10   There were shifting positions.  The defendant shifted his

11   position back and forth.  And there was the failure to state

12   that he simply didn't have the documents for many months.

13            And there were parallels in what the Court did.  The

14   Court issued several orders, just like this Court.  The Court

15   ordered a redeposition, just like this Court.  They were

16   warned about potential sanctions, just like this Court.  And

17   the extension of the discovery -- the discovery period was

18   extended there, as well.

19            And in that case, Judge Goodman recommended that the

20   pleadings be stricken where the defendant misrepresented

21   several key facts at deposition and violated the Court order.

22            But first is the burden, and this Court mentioned it

23   before.  Once the moving party, which is us in this case,

24   makes a prima facie showing of a discovery violation, the

25   nonmovant, which is Dr. Wright, must show that it was

1    impossible to comply with the relevant court order to avoid

2    sanction.

3              And there are generally three requirements before a

4    court will impose severe sanctions under Rule 37 for willful

5    discovery violations:  The party's failure to comply is

6    willful or in bad faith; the failure is prejudicial; and a

7    lesser sanction would fail to adequately punish and ensure

8    compliance with the Court's order.

9              And here, we are not confronted with an act of

10   negligence in failing to comply with the Court orders.  The

11   record demonstrates that Dr. Wright's noncompliance is an

12   intentional, contrived pattern of behavior.

13             And, Your Honor, the Costa case that I've just cited

14   makes it clear that past conduct is relevant for the bad faith

15   analysis to show that it was in bad faith the noncompliance,

16   to show that a lesser sanction -- you know, past conduct is

17   also relevant to show that a lesser sanction just won't do.

18   And past behavior is also relevant to show credibility; that

19   Dr. Wright is the only one who says that it is impossible for

20   him, and he should not be trusted.

21             Your Honor, Dr. Wright is not a first-time offender

22   in this case.  In fact, it came to the plaintiffs' attention

23   this morning that Dr. Wright has been sanctioned by a court in

24   Australia that we've just found out for refusal to comply with

25   orders, and we just haven't had time to gather that evidence

1    yet.

2            THE COURT:  I'm not going to consider that.  That's

3    not in the record before me.

4            MR. FREEDMAN:  Your Honor, the first time he tried

5    to commit a fraud on this Court is in his first motion to

6    dismiss, when he swore he had nothing to do with W&K.

7    Plaintiffs thought that after they exposed that, that would be

8    the end of it, but they were wrong.  He tried to do it again

9    in a second motion to dismiss, when he swore that all the

10   Australian tax documents were in Australia in supported of his

11   forum non conveniens motion and later withdrew that in

12   discovery saying he didn't have to go to Australia because he

13   had all the documents.

14           He did it again, when, at his deposition and under

15   oath, he claimed that he couldn't answer certain questions

16   pursuant to United States national security, only withdrawing

17   it when this Court told him to go get the United States to

18   join his objection, and then the -- then the objection

19   transformed into a Craig Wright personal security objection.

20           And then in April, Dr. Wright filed a motion for

21   judgment on the pleadings and supported the motion with two

22   forgeries that needed to be withdrawn by his own attorneys

23   because, to their credit, after the public had exposed them as

24   forgeries, they needed to acknowledge to this Court that they

25   could not substantiate the authenticity of those two exhibits.

 1          Your Honor, Judge bloom said it best when she denied

 2   Dr. Wright's motion and quoted Sir Walter Scott's 19th-century

 3   novel Marmion:  "Oh!  What a tangled web we weave when first

 4   we practice to deceive."  In fact, Judge bloom went even

 5   further, finding that, quote:  "Unfortunately, the record is

 6   replete with instances in which the defendant has proffered

 7   conflicting sworn testimony before this Court.  In weighing

 8   the evidence, the Court simply does not find the defendant's

 9   testimony to be credible."

10          Your Honor, I go through all of the above, because

11   we believe this Court should impose a severe sanction and

12   strike Dr. Wright's pleadings.  There is no doubt that this is

13   a drastic sanction, and before it's imposed, the Court has to

14   consider whether lesser sanctions can adequately address the

15   defendant's conduct.  And as this Court is aware, the

16   administration of justice in our system requires that parties

17   comply with certain basic norms.  They must produce documents

18   relevant to the dispute; they must testify truthfully; they

19   must not -- they must not manipulate or otherwise forge

20   documents.  If these safeguards are violated, the ability of

21   our system to deliver justice is gone.

22          As stated by Judge Cone (sic) before he entered

23   default for perjury in the Sprint Sols case in 83 F.Supp.3d

24   1290:  "Our legal system is dependent upon the willingness of

25   the litigants to allow an honest and true airing of the real

```
 1   facts."
 2          Dr. Wright has told this Court repeatedly through
 3   his conduct that he has no intention of playing by the rules.
 4   He has submitted false affidavits; he has submitted fraudulent
 5   documents; he has testified one way, only to later take
 6   positions that are 100 percent at odds with that sworn
 7   testimony.
 8          And what has he done in response to our orders
 9   regarding his Bitcoin holdings list?  He relied on obviously
10   forged documents, changed his story repeatedly as new
11   circumstances developed and otherwise concocted a story that,
12   quite frankly, Your Honor, makes no sense.
13          Now, I expect that Dr. Wright will tell this Court
14   that the strikings of his pleading is too drastic a remedy;
15   that something less will do.  But it won't.  Many courts in
16   the Southern District of Florida have recognized that and
17   entered default in the face of forged evidence.  To quote the
18   Eleventh Circuit on this issue, there is, quote:  "No sanction
19   short of striking of the answer to adequately address the
20   issue of fabricated evidence."  That's the Forsberg case at
21   634 F.App'x, at 680.
22          That's because, Your Honor, as Judge Ryskamp held in
23   the Vargas case, which had very similar facts to ours, in that
24   in Vargas, the plaintiff had alleged that the defendant had
25   sexually harassed her, and that he had given her a pair of
```

1    undergarments and a picture and said to her, I want you to

2    pose in these undergarments like this picture.  And at the

3    deposition, the plaintiff pulled these undergarments out of

4    her purse, and she said these were the undergarments he gave.

5            And a subsequent investigation into these

6    undergarments revealed that they were not manufactured until

7    after the time that the plaintiff alleged this had occurred,

8    just like the software in the case simply didn't exist at the

9    time when Dr. Wright claims these messages were actually sent.

10           And in Vargas, Your Honor, Judge Ryskamp held:  "If

11   manufactured evidence is merely excluded while the lawsuit

12   continues, litigants would infer that they have everything to

13   gain and nothing to lose by continuing to falsify evidence.

14   Indeed, allowing a defendant" -- and this is going back to

15   Sprint, with Judge Cone (sic).

16           THE COURT:  Cohn.

17           MR. FREEDMAN:  Cohn, thank you.

18           Allowing a defendant who has demonstrated comfort

19   with fabricating testimony to continue to offend against a

20   claim, quote, would only provide such defendant with further

21   opportunities to subvert the integrity of the judicial

22   process.  No less drastic sanction will remedy the situation.

23   Dr. Wright's pleadings should be stricken.  He will not play

24   by the rules.  He will continue to fabricate and lie and

25   provide evidence before this Court and put plaintiffs in a

1    position where they simply cannot prosecute this case.

2            That said, the Court asked us to be prepared to

3    discuss other remedies, so I will do that.  But I just want to

4    be clear for the record that plaintiffs' position is that

5    Dr. Wright's pleadings should be stricken is not only

6    justified, it is necessary to bring this case to a fair and

7    just resolution.

8            THE COURT:  Okay.  Before you leave that, however --

9    because your position in your written document was that the

10   proper remedy was to declare that the 1,100,000 Bitcoin is

11   joint property belonging equally to Dr. Wright and Dave

12   Kleiman.  So you're -- you are asking for a more severe remedy

13   than that at this time.

14           MR. FREEDMAN:  Your Honor, that request was made

15   before the evidence of all the forgeries were submitted to the

16   Court, before we were aware of the full extended of the fraud

17   being perpetrated by the defendant.

18           THE COURT:  Okay.  I just wanted to clarify that you

19   were asking for a more severe sanction.  I just wanted to be

20   clear.

21           MR. FREEDMAN:  Yes, Your Honor.

22           THE COURT:  Okay.

23           MR. FREEDMAN:  We've had a long discussion about

24   this, and we just don't know how to move forward at this

25   point, because nothing -- we can't trust anything that's been

 1    handed to us, and the defendant has no integrity.

 2              THE COURT:  Okay.  So you were starting to say there

 3    were other --

 4              MR. FREEDMAN:  Your Honor, you asked us for

 5    different --

 6              THE COURT:  No, I mean, you can ask for whatever

 7    remedy you want to ask for.  You don't have to ask for less

 8    than you want.  It doesn't mean you're going to get it, but

 9    you don't have to ask for less than you want.

10              MR. FREEDMAN:  I will -- if the Court allows me, I

11    will discuss an alternative remedy.

12              THE COURT:  Sure.

13              MR. FREEDMAN:  Rule 37 allows the Court to consider

14    remedies short of striking the pleadings, and I want to focus

15    on two of those specifically, 37(b)(2)(A)(i) and

16    37(b)(2)(A)(ii).  And they allow for the following remedies

17    for the violation of a court order, which is:  Directing that

18    the matters embraced in the order or other designated facts be

19    taken as established for purposes of the action as the

20    prevailing party claims, and prohibiting the disobedient party

21    from supporting or opposing designated claims or defenses or

22    from introducing designated matters in evidence.

23              Each of these remedies, Your Honor, seeks to achieve

24    this same goal, which is that a party cannot use its own

25    violation of a court order as a sword in support of its own

1   prosecution or defense in a case.  Here, the Court's orders

2   and the discovery that is the subject of those orders goes to

3   the heart of plaintiffs' case.  As this Court is aware, much

4   of plaintiffs' claim revolves around the allegation that Dave

5   Kleiman and Craig Wright jointly mined and held Bitcoin

6   together.  And although there are different numbers contained

7   in different documents, Dr. Wright himself has admitted that

8   he was holding 300,000 Bitcoin in trust for Dave at the time

9   of his death.  That's exhibit 14 to the second amended

10  complaint.

11       And while Dr. Wright testified exactly the opposite

12  at this hearing, plaintiffs have shown this Court an e-mail

13  that Dr. Wright sent to Ira before the lawsuit, where

14  Dr. Wright writes that it was Dave who held Bitcoin in

15  50-Bitcoin-sized addresses and Craig who held his Bitcoin in

16  large addresses.  Inexplicably, Dr. Wright is now claiming

17  that he kept his Bitcoin in 50-Bitcoin-size addresses and is

18  refusing to tell plaintiffs which addresses those are.

19       Dr. Wright now denies that he and Dave mined any

20  Bitcoin together, and he is also denying that he is holding

21  any Bitcoin for Dave in trust or anywhere else.  In other

22  words, the location, which in Bitcoin terms is the public

23  addresses of these Bitcoin, is a central issue in this case,

24  and to prove our claims, plaintiff sought the public addresses

25  of Dr. Wright's Bitcoin, or a listing in order to identify

1    them.

2              And as Dr. Wright himself has stated, Bitcoin's

3    public ledger tracking the movement of every Bitcoin in

4    existence is an immutable evidence trail.  The parties have

5    already litigated the relevance of this information, and this

6    Court has unequivocally ruled that it is highly relevant to

7    plaintiffs' claims.

8              Dr. Wright claims that he hasn't moved the Bitcoin,

9    but we have no one to believe for that, other than his own

10   word, which can't be trusted.  And he has specifically said

11   the opposite in e-mails to Ira Kleiman, where he said that he

12   had his Bitcoin in large addresses.

13             Your Honor, the 70 addresses provide by Dr. Wright

14   is really nothing new.  He claimed to be Satoshi Nakamoto.

15   Everyone knows Satoshi Nakamoto mined the first 70 or so

16   addresses.

17             Dr. Wright has refused to give up this information,

18   even though the overwhelming evidence shows that it is readily

19   accessible to him.  His claim that he cannot comply with the

20   Court's order is not credible, and he has decided he will not

21   give up the keys to billions of dollars in Bitcoin.  The

22   reason for that can only be explained by the conclusion that

23   providing this information will show that Dr. Wright has taken

24   billions of dollars in Bitcoin from Dave.

25             If Dr. Wright's not telling the truth and the

1    Bitcoin have in fact moved, it would be extraordinarily

2    relevant to plaintiffs' claims.  That's how we would drill

3    down on where they are, where they went, who has them, who

4    else knows about them.

5            Since Dr. Wright is depriving plaintiffs of their

6    ability to prove key components of their claims, any remedy

7    must correct that.  And, therefore, plaintiffs are requesting

8    in the alternative if this Court won't strike Dr. Wright's

9    pleadings the following:

10           Pursuant to Rule 37(b)(A)(i) (sic), the Court should

11   order that the allegations in plaintiffs' second amended

12   complaint regarding ownership of the Bitcoin at issue be

13   deemed admitted.  Specifically, plaintiffs request the

14   following paragraphs of the second amended complaint be

15   established for purposes of the case.

16           I have a copy of the second amended complaint if it

17   would help the Court, or I can just give you the --

18           THE COURT:  I have it here electronically, but if

19   you want to tell me the paragraphs you're asking.

20           MR. FREEDMAN:  It's -- and I don't -- unless the

21   Courts wants, I don't need to go through them.  It's just

22   65 --

23           THE COURT:  No.  Make your record, please.

24           MR. FREEDMAN:  Sixty-five, 88, 92, 93, 94, 95, 111,

25   112 and 116.

 1          An order deeming these matters admitted is the

 2   minimal remedy necessary to address Dr. Wright's willful

 3   violation of this Court's orders, the result of which is

 4   serious damage to plaintiffs' ability to prove critical

 5   elements of their case that relate to the joint Bitcoin

 6   holdings.

 7          Similar to the above, and pursuant to 37(a) -- I

 8   have lost -- (b)(2)(A)(ii), plaintiffs additionally request

 9   that this Court preclude Dr. Wright from offering any evidence

10   or otherwise seeking to deny that any of the factual

11   allegations plaintiffs seek to admit through the paragraphs we

12   just went through.

13          Now, plaintiffs are mindful that the sanctions we

14   are requesting are severe, but Dr. Wright's intentional

15   conduct and the damage it has done to plaintiffs' ability to

16   prove this case warrants them.

17          And just because the Court has asked for us to be

18   open-minded about remedies, at a minimum, plaintiffs would

19   request that the Court enter a sanction under

20   Rule 37(b)(2)(A)(i) that the following single designated fact

21   be taken as established for the purposes of this action:  Dave

22   Kleiman owns some of the Bitcoin held in the Tulip Trust, and

23   leave it to the jury to determine how much that is.

24          Again, Your Honor, I just want to stress that it is

25   our position that his pleadings should be stricken, because we

```
1    cannot prosecute this case in this manner.  But should the
2    Court not be willing to do so, these remedies, in addition to
3    the remedies we requested in our motion, are what plaintiffs
4    are asking this Court to do.
5              THE COURT:  I assume you want your attorney's fees,
6    too.
7              MR. FREEDMAN:  That'd be great, Your Honor.
8              THE COURT:  I thought so.  Okay.
9              MR. FREEDMAN:  But I -- one thing I do want to point
10   out, Your Honor.  The case is -- has a value of many billions
11   of dollars, and plaintiffs -- while plaintiffs want attorney's
12   fees, it's not an attorney's -- the attorney fees is not
13   enough in this case.  It's simply not enough.  Because if you
14   steal billions of dollars, and you pay even a million dollars
15   in attorney's fees, it's just not a deterrent, and it's a
16   great deal, Your Honor.  It's the best sale ever invented.
17             THE COURT:  I understand.
18             But let me ask you, address if you would,
19   Ms. McGovern makes the good argument, right?  Why would he
20   risk it?  If he really can turn all this information over,
21   they've got other defenses.  They've got defenses that Dave
22   Kleiman gave his shares in Bitcoin to Dr. Wright in return for
23   corporate shares.  They've got other -- they've got res
24   judicata defenses.  They've got statute of limitations.
25   They've got lots of other defenses.  What's the motivation
```

1    here?  Why wouldn't he?  He's taking a big risk.

2         MR. FREEDMAN:  Because all those defenses, Your

3    Honor, are paper walls.  The contract that purportedly

4    evidences that Dave Kleiman signed his shares away is a fake

5    signature from a computer-generated font that has no proof

6    that Dave Kleiman ever signed it.

7         Dr. Wright has admitted via e-mail to Craig -- to

8    Ira that at least 300,000 Bitcoin held in the trust belong to

9    Dave.  The -- he has told the Australian tax office in

10   transcripts that some of the Bitcoin held in trust belong to

11   Dave Kleiman.  He's going to face a severe uphill battle.  And

12   if he adds on top of that the list of Bitcoins -- he's told --

13   he's told Ira before litigation that Dave was the one who held

14   his Bitcoin in 50-Bitcoin-sized wallets, and he was the one

15   who had large Bitcoin wallets, and now he's completely

16   flipped, and he's saying that list of 50-Bitcoin-sized

17   wallets, it's mine.  And if the jury sees that list, they're

18   going to award it to Dave Kleiman's estate.

19        THE COURT:  Okay.

20        MR. FREEDMAN:  And he doesn't want that to happen.

21        THE COURT:  Okay.

22        MR. FREEDMAN:  And he came here, and he submitted

23   forged evidence, and he gave perjurious testimony in an attempt

24   to persuade the Court, hoping -- because he's done this for a

25   long time, Your Honor -- that somebody wouldn't see through

```
 1    it.  And thankfully we have people on our team, like Dr. Edman
 2    and others, who are able to digitally analyze these documents
 3    and expose them for the forgeries they are.
 4              THE COURT:  All right.  Thank you, Mr. Freedman.
 5              Anything further?
 6              MR. FREEDMAN:  No, Your Honor.
 7              THE COURT:  All right.  Thank you.
 8              Ms. McGovern?
 9              MS. McGOVERN:  Yes, Your Honor.
10              THE COURT:  Please.
11              He argued exactly what you said he was going to
12    argue.  As I said, you're a very good lawyer.
13              MS. McGOVERN:  All right.  I have a lot of notes
14    here.
15              THE COURT:  Go.  Take as much time as you need.
16              MS. McGOVERN:  Thank you, Your Honor.
17              THE COURT:  Sure.
18              MS. McGOVERN:  Game over is not fair.  It's just not
19    fair.  We have a solid defense in this case, Your Honor, which
20    is:  You can't mine together during the relevant time period,
21    and we're going to prove it.
22              We also have a solid defense that there are no
23    documents that any reasonable man -- and I say that in the
24    universal context -- would reach the conclusion that Dave
25    Kleiman and Craig Wright had a 50/50 partnership deal where
```

 1    everything that Craig Wright invented from the time he was 18

 2    years old, as a fairly eccentric, awkward kid in Australia, is

 3    now Dave Kleiman's.  That just didn't happen, and we're going

 4    to prove it.

 5            Most importantly, Craig Wright has the right in our

 6    system of justice to prove his defense.

 7            There have been a lot of allegations that have been

 8    made today about perjury in this case on this issue before

 9    this Court.  I was there both days, and it was very clear that

10    there was no testimony about intent to defraud with the PDFs

11    that were presented to the Court by Dr. Edman.  He just didn't

12    have the basis to reach that conclusion.

13            THE COURT:  Oh, I wouldn't let him.

14            MS. McGOVERN:  And you wouldn't let him.

15            So perjury?  That didn't happen in this case on this

16    issue before this Court.

17            With respect to the past conduct, which is -- which

18    is a big gloss, that's a really wide shot across the bow.

19            And Mr. Freedman raised the issue of the motion to

20    dismiss, and we understand that in challenging the Court's

21    subject matter jurisdiction, the Court found what it found.

22    But there have not been, in this case, on this issue before

23    this Court, there have not been conclusions or proof that

24    Dr. Wright is a fraudster, is a perjurer and has willfully

25    failed to comply with this Court's order.

```
 1              There is so much argument, that sometimes it's hard
 2    to distinguish between plaintiffs' enthusiasm for their very
 3    large case and the evidence that's been presented in front of
 4    this Court.  But to that point I would say this:  We're not
 5    done yet.  There's still three months left, three and a half
 6    months left of discovery, and the Judge has allowed plaintiffs
 7    that additional time to discover this case.  And whereas we
 8    opposed it initially, it's a good thing, because discovery is
 9    bringing in new information every single day.
10              We have not approached discovery in this case like a
11    surgeon performing a delicate heart surgery.  We haven't,
12    because we can't, and we talked to the Court about that from
13    the very beginning.  There are a lot of corporations, there
14    have been so many documents, and we did not discriminate in
15    forensically imaging those and getting our production as close
16    to done as possible before that first discovery deadline.  We
17    turned over things, and I believe Your Honor recognized, some
18    good, some bad.  We didn't discriminate.  We just produced it
19    in good faith if it was requested.
20              I hesitate to even touch upon in referring to this
21    miscommunication and perhaps misunderstanding with respect to
22    this issue, but when I refer to discovery coming in every day
23    and new discovery coming in every day, I'm really not kidding.
24    I mean, we -- we've received information in discovery, which
25    we are vetting now much more carefully.  We're not -- as
```

```
 1   everybody keeps telling us, it's a marathon, not a sprint,
 2   even if sometimes you feel like it's a sprint.
 3             And some of that information that's come in, we
 4   don't know exactly how it's going to come in, but it includes
 5   Dave's public addresses.  I'm surprised plaintiffs haven't
 6   mentioned that.
 7             MR. FREEDMAN:  Objection, Your Honor.  This is not
 8   in the record.
 9             THE COURT:  It's not in the record.
10             MS. McGOVERN:  I only raise discovery is ongoing,
11   because I believe the remedies that have been requested here
12   are beyond reasonable in our American court system.  I don't
13   think what has happened here should result in a windfall to
14   plaintiffs.
15             The paragraphs that they would like to be declared
16   adjudicated, the facts in those paragraphs they ask this Court
17   to take away from our federal jury system are beyond
18   incredible and frightening if, in fact, under these facts and
19   this record they believe that's justified.  It includes
20   allegations of a general partnership, joint mining, ownership.
21   It's the whole kit and caboodle.  It is:  We asked for
22   discovery; we win.
23             Your Honor, the arguments that were made before you
24   just now are almost as though discovery were closed and trial
25   is very, very soon, and the prejudice is absolute, but I
```

```
1     didn't hear what the prejudice with respect to the failure to
2     provide the public addresses actually was.  And if that
3     information is provided, and even under our belief it wouldn't
4     be by December 3rd, but it would be by January 31st, does that
5     mean that those requested sanctions by plaintiffs' counsel are
6     justified?  What happens then?  What happens if the discovery
7     that is not complete, and by all accounts, and I think any
8     lawyer that practices this type of litigation would say, a lot
9     can be done in three and a half months.
10          We haven't even taken a deposition.  We haven't
11    taken one merits deposition.  We haven't even deposed Ira
12    Kleiman about Dave's devices, and we haven't had the ability
13    to fully inquire over why those devices, when litigation was
14    imminent, were wiped out.  We haven't even had an opportunity
15    to do that, and yet plaintiffs have just asked the Court to
16    determine that they've won the case.
17          Let the plaintiffs present all of that argument to
18    the jury.  If they feel so strongly about those things, they
19    should feel very good about their case.  But that doesn't mean
20    we don't or we lose ours.  Let the process complete itself.
21    Let discovery close, and let the opportunity for the
22    information by the end of January to play out before these
23    types of rulings or considerations regarding plaintiffs'
24    request, even if they were warranted, be even considered in
25    light of the gravity and the message they carry.
```

```
 1              There was, Your Honor, not a determination with
 2   plaintiffs' expert on August 5th that Dr. Wright forged any
 3   documents.  And the June 2011 e-mail, if you recall the
 4   diagram with the red line and the electronic file, they didn't
 5   prove that was forged.  I think specifically it was -- the
 6   question was:  You can't get there from here, can you?
 7              THE COURT:  Well, I think your argument was you
 8   can't tell whether it was a 2014 document that was modified to
 9   look like a 2011 document, or a 2011 document that was
10   modified to look like a 2014 document.
11              MS. McGOVERN:  Yes.
12              THE COURT:  And Dr. Edman agreed with you.
13              MS. McGOVERN:  And he agreed.  PDFs change every
14   time you save them.
15              To reach conclusions in this technical kind of a
16   case without a full record before the Court is premature and
17   dangerous and unnecessary.  There's time to sort this out, and
18   I do not believe -- I think there is a very loose referral to
19   past conduct as a way to justify the kind of sanctions that
20   they've requested here, and I think the reason for that
21   reliance is because of the absence of evidence regarding the
22   willful noncompliance.
23              Your Honor, we appreciate your time.
24              THE COURT:  Thank you very much, Ms. McGovern.
25              All right.  Counsel, it's 3:10.  I'm going to take a
```

 1   recess until 3:30, and then I'll be back.  So we'll be in

 2   recess 'til 3:30.

 3       (A recess was taken from 3:12 p.m. to 3:29 p.m., after

 4   which the following proceedings were had:)

 5           THE COURT:  All right.  Good afternoon, everyone.

 6   Please have a seat.

 7           All right.  So the matter is before the Court today

 8   on the plaintiffs' motion to compel at docket entry 210 and

 9   the Court's order dated June 14th at docket entry 217.

10           I have considered the totality of all the docketed

11   filings in this case, including the pleadings and transcripts

12   of the prior -- relating to the prior hearings in this case.

13   And as the judicial officer who presided at those proceedings,

14   I retain a current and independent recollection of the events.

15           I have also reviewed all the exhibits introduced

16   into the record at the hearing, including the deposition

17   excerpts that were filed in the record.

18           And I've carefully considered the very fine

19   arguments this afternoon of all counsel.  I'm fully advised,

20   and I'm ready to make a decision.

21           Two preliminary points:

22           First, I am not required to decide, and I do not

23   decide, whether Dr. Wright is Satoshi Nakamoto.  I also am not

24   required to decide, and I do not decide, the amount of

25   Bitcoin, if any, that Dr. Wright controls today.  For purposes

1  of this proceeding, I accept Dr. Wright's representation that

2  he controlled, directly or indirectly, some Bitcoin on

3  December 31st, 2013, and that he continues to control some

4  today.

5          This case arises from a dispute over the ownership

6  of Bitcoin and Bitcoin-related intellectual property.  The

7  second amended complaint alleges that Dr. Wright and David

8  Kleiman were partners in the creation of Bitcoin cyber

9  currency, and that they mined, or, that is, acquired a

10 substantial amount of that currency together.  Dr. Wright

11 denies that a partnership existed with David Kleiman, and he

12 further denies that David Kleiman has any ownership interest

13 in any Bitcoin that was mined by Dr. Wright.

14         Alternatively, Dr. Wright asserts that David Kleiman

15 transferred any interest he had in that Bitcoin and

16 intellectual property to Dr. Wright in exchange for equity in

17 a company that ultimately failed.

18         David Kleiman died in 2013.

19         As early as July of 2018, the plaintiffs in this

20 case sought discovery to identify the amount of Bitcoin that

21 Dr. Wright owns and controls, starting with Ira Kleiman's

22 first set of interrogatories in July of 2018, as well as the

23 plaintiffs' first request for production.  Dr. Wright

24 interposed legal objections because those requests asked not

25 just for a listing of the coin, but also for other documents

1    and materials well beyond the scope of simply a list of

2    Bitcoin.

3            As was discussed earlier today, we had a number of

4    discovery hearings, and on March 14th, I ruled that Dr. Wright

5    was required to provide, quote, a listing of all Bitcoin that

6    was owned by him -- I'm sorry.  I ruled that Dr. Wright should

7    provide a listing of his Bitcoin, and I asked:  How difficult

8    would it be to come up with this information?  I assume it's

9    just a list of Bitcoin wallets from December 2013, end quote.

10           Admittedly, Dr. Wright's counsel probably wasn't

11   prepared for that question, hadn't had a chance to talk to

12   their client, but the answer was:  Well, it's a list -- it

13   would be a list of public addresses, but it would identify

14   Craig Wright as being the owner of these addresses, end quote.

15           So I ruled, although it wasn't reduced to writing,

16   that Dr. Wright should provide a listing of his Bitcoin

17   holdings.  My ruling was not limited to a list of public

18   addresses.  I did not set a deadline for the filing of the

19   motion, nor did I set a date for the production.

20           On April 4th, Dr. Wright was deposed.  During his

21   deposition an issue came up relating to testimony and

22   questions relating to his Bitcoin holdings.  The parties got

23   me on the phone, as I -- we had agreed would be the procedure.

24   I think as I recall -- I haven't had a chance to review that

25   particular transcript, but as I recall, there was some

1    misunderstanding, perhaps, about when Dr. Wright would be

2    filing his motion for protective order.  I believe Ms. Markoe

3    testified or said on the call that there had -- she understood

4    there had been an agreement with counsel for -- that it

5    wouldn't be filed before the deposition, and so I deferred

6    ruling on that.  No harm, no foul.  I deferred ruling, and I

7    said that Dr. Wright could file a motion for protective order.

8            At a subsequent discovery hearing on April 11th, I

9    set a deadline of April 19th for any motions relating to

10   Dr. Wright's Bitcoin holdings in my March 14th order.

11           On March 18th, Dr. Wright's counsel filed a sealed

12   motion regarding production of a list of public addresses of

13   Bitcoin, which we've talked about today.  It was in that

14   motion that it was represented to the Court and to opposing

15   counsel that, quote:  In 2011, Dr. Wright transferred

16   ownership of all of his Bitcoin into a blind trust.

17   Dr. Wright is not a trustee or a beneficiary of the blind

18   trust, end quote.

19           The defendants -- I'm sorry, the plaintiffs filed

20   their response to that motion and asked me to order Dr. Wright

21   to comply with my March 14th order, which I did.  And I noted

22   in my order that, quote:  The argument that Dr. Wright is

23   incapable of providing an accurate listing of his current or

24   historical Bitcoin holdings was never presented in any of the

25   prior hearings before this Court.  Once again, I did not order

```
 1   him to produce a list of public addresses, I ordered a listing
 2   of his Bitcoin holdings.  And I set some deadlines for the
 3   production of materials relating to the trust, including a
 4   sworn declaration from Dr. Wright as to the identity of the
 5   trustees and other things.
 6          At defense counsel's request, I gave an extension of
 7   time for them to go to London so that they could meet in
 8   person with Dr. Wright to make sure that whatever was filed
 9   was fully accurate.  Dr. Wright provided a sworn declaration
10   on May 8th, swearing that he'd met with counsel on May 7th
11   and 8th, and representing that he was a trustee of the Tulip
12   Trust, which was inconsistent with the motion that had been
13   filed three weeks earlier, and for the first time stating that
14   there was an encrypted file that contained the public
15   addresses and their associate private keys, and that that
16   could only be accessed by a -- keys obtained by Dr. Wright and
17   a combination of the trustees under a Shamir scheme.
18          Plaintiffs then filed a motion to compel, which is
19   the motion that brings us here today, asking for sanctions
20   under Rule 37.  And I noted after we had oral argument on that
21   and Ms. McGovern, rightly so, requested that Dr. Wright be
22   given an opportunity to testify and explain, since he was the
23   person most knowledgeable, I set a hearing so that Dr. Wright
24   could testify, and that was the hearing that we held on June
25   the 28th.
```

1          So that's what brings us here today.  I heard the

2    testimony on June 28th, the testimony of Dr. Wright,

3    Mr. Shadders, Dr. Edman, and the additional deposition

4    transcripts that were offered outside of the hearing.

5          So before the Court are a couple of legal

6    principles.  One is Rule 37 of the Federal Rules of Civil

7    Procedure, which authorizes the Court to award attorney's fees

8    against a party and/or the party's counsel as a sanction for

9    certain discovery-related conduct.  The sanction can be

10   attorney's fees.  They can also be what I will call

11   substantive sanctions, such as Mr. Freedman discussed in his

12   remarks, deeming facts to be proven, prohibiting certain

13   defenses, striking pleadings, and everything up to and

14   including a default judgment.

15         The burden of proof under Rule 37 is a preponderance

16   of the evidence, meaning more likely than not.  The purpose of

17   Rule 37 sanctions is to compensate the Court and other parties

18   for the added expense caused by discovery abuses, to compel

19   the discovery, to deter others from engaging in similar

20   conduct, and to penalize the offending party.  There's wide

21   discretion in the district court to impose sanctions.

22         The most severe sanctions are usually only imposed

23   upon a finding that a party's failure to comply with a order

24   was willful or the result of bad faith, that the paper seeking

25   sanctions was prejudiced, and that a lesser sanction would

1    fail to adequately punish and be inadequate to ensure
2    compliance with court orders.

3          In a situation like the one we have here, that a
4    party asserts they are unable to comply with a court order,
5    the person seeking sanctions has an initial burden to show
6    prima facie that the other party has failed to comply with the
7    order.  Once that showing is made, the party then who is
8    claiming impossibility bears the burden by a preponderance of
9    the evidence to show that compliance is impossible and that
10   they will -- and that they have employed the most utmost
11   diligence in discharging their responsibilities under the
12   order; that they have, in good faith, undertaken all
13   reasonable efforts to comply.

14         I also have before me a request or at least
15   consideration of contempt.  Whereas here the parties have not
16   consented to have me preside over this case, I cannot hold
17   someone in civil contempt or indirect criminal contempt.
18   Instead, if the person's conduct in my opinion constitutes an
19   indirect criminal contempt or a civil contempt, I must
20   forthwith certify those facts to the district judge for
21   further proceedings.  The sanction of civil contempt may be
22   employed for either of two purposes:  To coerce the defendant
23   into compliance, and/or to compensate the complainant for
24   losses.

25         A finding of civil contempt must be supported by

1    clear and convincing evidence; that is, evidence that the

2    alleged person violated the order -- I'm sorry, that the order

3    that was violated was valid and lawful, clear and unambiguous,

4    that the person had the ability to comply.

5            And clear and convincing evidence is evidence that

6    places in the mind of the ultimate fact-finder an abiding

7    conviction that the truth of the factual contention is highly

8    probable.

9            As compared to civil contempt, criminal contempt is

10   punitive.  So an alleged criminal contempt occurring outside

11   the presence of the Court, which would be an indirect criminal

12   contempt, must be proven beyond a reasonable doubt.

13           So that's the framework of where we are.  I make the

14   following findings, each of which I will explain more fully:

15           First, I find that Dr. Wright has not met his burden

16   of proving by a preponderance of the evidence that he's unable

17   to comply with my orders.

18           Second, the evidence in the record before me does

19   not rise to the level of proof beyond a reasonable doubt

20   necessary for criminal contempt, and for that reason I do not

21   certify criminal contempt to Judge Bloom.  Although I find

22   clear and convincing evidence that could support a civil

23   contempt, the sanctions available under Rule 37 are

24   sufficient, so I exercise my discretion.  I do not certify

25   facts to Judge Bloom for civil contempt proceedings.

1          Third, an award of attorney's fees is warranted

2     against Dr. Wright, but not against his counsel.

3          And, fourth, I impose substantive sanctions under

4     Rule 37, which I'll discuss later.

5          So the factual issue for decision before me is

6     whether a preponderance of the evidence proves that Dr. Wright

7     is incapable of complying with the Court's orders, and

8     specifically, did Dr. Wright prove that the evidence necessary

9     to identify his Bitcoin holdings on December 31st, 2013, is

10    encrypted in a file that is in a blind trust and for which

11    Dr. Wright does not have and cannot presently get the

12    decryption keys.  The evidence offered in support of this

13    hypothesis was the testimony of Dr. Wright and the testimony

14    of Steven Kaufman, also known as Steve Shadders.

15         Now, as the finder of fact, I must consider a number

16    of questions in assessing the witness' credibility:

17         First, did the witness impress me as one who was

18    telling the truth?

19         Second, did the witness have any particular reason

20    not to tell the truth?

21         Third, did the witness have a personal interest in

22    the outcome of the case?

23         Fourth, did the witness seem to have a good memory?

24         Fifth, did the witness have the opportunity and

25    ability to accurately observe the things he or she testified

```
 1   about?
 2            Sixth, did the witness appear to understand the
 3   questions clearly and answer them directly?
 4            And, seventh, did the witness' testimony differ from
 5   other testimony or other evidence?
 6            That is the Eleventh Circuit pattern jury
 7   instruction on witness credibility.
 8            As will be discussed more fully in a minute, the
 9   evidence in the record demonstrated that Dr. Wright, either
10   directly or through counsel, made inconsistent statements
11   about material matters.  And in considering that evidence, I
12   am mindful, quote:  That a simple mistake doesn't mean a
13   witness isn't telling the truth as he or she remembers it.
14   People naturally tend to forget some things or remember them
15   inaccurately.  So if a witness misstated something, I must
16   decide whether it was because of an innocent lapse in memory
17   or an intentional deception.  And the significance of that may
18   depend on whether the misstatement is about an important fact
19   or an unimportant detail.  That's the Eleventh Circuit pattern
20   jury instruction on~-- also on witness credibility and
21   inconsistent statements.
22            A party's disbelieved testimony can be used to
23   sustain the opposing party's burden of proof.
24            Let me turn for a second to Mr. Shadders.
25   Mr. Shadders testified that he was asked by Dr. Wright to try
```

to reconstruct Dr. Wright's Bitcoin holdings by applying six

data filters to the public Bitcoin block chain.  Mr. Shadders

is the chief technology officer at nChain, Limited, a Bitcoin

technology company in London, where Dr. Wright is the chief

scientist.  Dr. Wright provide the six-filter criteria.

Mr. Shadders wrote computer code to apply it and devoted

approximately 12 to 16 hours to the project.  His analysis

identified approximately 27,000 Bitcoin public addresses that

met all six criteria.

Because one of the criteria was that the Bitcoin

address correspond to a newly mined Bitcoin block, each public

address represents 50 Bitcoin.  Therefore, Mr. Shadders'

analysis identified approximately 1,350,000 Bitcoin.  These

could not be further distilled to identify Bitcoin controlled

by Dr. Wright.

I found Mr. Shadders' testimony about his effort to

apply these filter criteria to be credible and worthy of

belief.  I understand the inference that Dr. Wright would not

have wasted Mr. Shadders' time if Dr. Wright were capable of

complying with the Court's order.  I also accept that

Mr. Shadders' efforts demonstrate a good-faith attempt by

Dr. Wright to comply.  Nevertheless, for the reasons I will

talk about in a moment, I give limited weight to these two

inferences.

Let me turn now to Dr. Wright's testimony.

```
 1              Apparently, dead men tell no tales, but perhaps they
 2    send bonded couriers.  I completely reject Dr. Wright's
 3    testimony about the alleged Tulip Trust, the alleged encrypted
 4    file and his alleged inability to identify his Bitcoin
 5    holdings.  Quite simply, Dr. Wright's story not only was not
 6    supported by other evidence in the record, it defies common
 7    sense and real life experience.
 8              Consider the claims.
 9              Dr. Wright says he designed Bitcoin to be an
10    anonymous digital cash system with an evidentiary trail.  He
11    mined approximately 1 million Bitcoin.  There is no accessible
12    evidentiary trail for the vast majority of them.
13              He portrays himself as a latter day
14    Dr. Frankenstein, whose creature turned evil when hijacked by
15    drug dealers, human traffickers and other criminals.  So to
16    save himself, he engaged David Kleiman to remove all traces of
17    his involvement with Bitcoin from the public record.  As part
18    of his efforts to disassociate from Bitcoin and, quote, so
19    that I wouldn't be in trouble, end quote, he put all his
20    Bitcoin and/or the keys to it, because the story changed, into
21    a computer file that is encrypted with a hierarchical Shamir
22    encryption protocol.
23              He then put the encrypted file into a blind trust,
24    of which he is the trustee, and gave away a controlling number
25    of the key slices to the now deceased Dave Kleiman, and so
```

1    therefore he cannot now encrypt the file that controls access

2    to the Bitcoin.  His only hope is that a bonded courier

3    arrives in 2020 with the decryption keys.  If the courier does

4    not appear, Dr. Wright will lose the ability to access

5    billions of dollars-worth of Bitcoin, and he says he doesn't

6    care.  That's completely inconceivable.

7             Turning to the factors that the Eleventh Circuit

8    says I must consider.

9             Dr. Wright's demeanor did not impress me as someone

10   who was telling the truth.  When it was favorable to him,

11   Dr. Wright appeared to have an excellent memory and a

12   scrupulous attention to detail.  Otherwise, he was belligerent

13   and evasive.  He did not directly and clearly respond to

14   questions.  He quibbled about irrelevant technicalities.  When

15   confronted with evidence indicating that certain documents had

16   been fabricated or altered he became defensive, tried to

17   sidestep questioning, and ultimately made vague comments about

18   systems being hacked and others having access to his

19   computers.  None of these excuses were corroborated by any

20   other evidence.

21            Dr. Wright has a substantial stake in the outcome of

22   this case.  If the plaintiffs succeed on their claims, he

23   stands to lose billions of dollars in Bitcoin.  That gives him

24   a powerful motive not to identify his Bitcoin.  As long as the

25   relevant Bitcoin addresses remain secret, he can transfer the

```
1    Bitcoin without the plaintiffs ever being able to find them.

2    Because after all, Bitcoin is an anonymous cyber currency.

3            In addition, Dr. Wright had very good motives not to

4    tell the truth.  Most notably, he might want to prevent the

5    plaintiffs or others from finding his trove of Bitcoin.

6    Alternatively, there was evidence that relevant documents were

7    altered in or about 2014 when the Australian tax office

8    investigation was actively -- I'm sorry, when the Australian

9    tax office was actively investigating one of Dr. Wright's

10   companies.  Perhaps Dr. Wright's testimony here is motivated

11   by certain legal and factual positions he took in the

12   Australian tax office investigation and from which he cannot

13   now recede.

14           At the end of the day, his motivation doesn't

15   matter.  His testimony is not credible on its face.

16           As Judge Bloom recently noted, Dr. Wright has taken

17   directly conflicting factual positions at different times

18   throughout this litigation, and that behavior continued before

19   me.

20           There was substantial credible evidence that

21   documents produced by Dr. Wright to support his position in

22   this litigation are fraudulent and forged.  There was credible

23   and compelling evidence that documents had been altered.

24   Other documents are directly contradicted by Dr. Wright's

25   testimony or his sworn declaration of May 8th.  While it is
```

1 true that there was no direct evidence that Dr. Wright was

2 responsible for the alterations or fabrications of documents,

3 there is no evidence before the Court that anyone else had a

4 motive to falsify them.  And although Dr. Edman was not

5 permitted to testify that he believed they were fraudulent, as

6 the finder of fact, I find them to be fraudulent, and

7 willfully so.  There is a strong and unrebutted circumstantial

8 inference that Dr. Wright willfully created fraudulent

9 documents.

10    One example is the Deed of Trust document for the

11 Tulip Trust.  Among the trust assets identified in this

12 purported Deed of Trust, dated October 23rd, 2012, are all

13 Bitcoin and associated ledger assets transferred into Tulip

14 Trading, Limited by David Kleiman on February 10th, 2011.

15 Notably absent from the list of trust assets is any encrypted

16 file, any software or any public or private keys.

17    The Deed of Trust states that the parties forming

18 the Tulip Trust are Wright International Investments, Limited

19 and Tulip Trading, Limited.  There was credible and

20 conclusively probative evidence that Dr. Wright did not

21 control Tulip Trading, Limited until 2014, which would have

22 been two years after the trust allegedly was formed.  There

23 was other forensic evidence indicating that the Deed of Trust

24 document itself is fraudulent.

25    So the totality of the evidence in the record does

```
1    not substantiate -- I'm sorry.  I find that the totality of
2    the evidence in the record does not substantiate that the
3    Tulip Trust even exists, and I find that Dr. Wright's
4    testimony that this trust exists was intentionally false.  And
5    although I am only required to make this finding by a
6    preponderance of the evidence, if required to do so, I would
7    find clear and convincing evidence to support it.
8           Dr. Wright's false testimony about the Tulip Trust
9    was part of a sustained and concerted effort to impede
10   discovery in this case.  I start with his deceptive and
11   incomplete discovery pleadings.  He testified at the
12   evidentiary hearing that at least as early as December 2018,
13   he knew he could not provide a listing of his Bitcoin
14   holdings, yet the Court was not told this quote-unquote fact
15   until April 18th, 2019.
16          I give Dr. Wright the benefit of the doubt that
17   prior to May 14th, the plaintiffs were seeking information
18   that went beyond merely a list of his Bitcoin holdings on
19   December 31st, 2013.  Nevertheless, after the May 14th
20   hearing, it was well and clear that the Court expected
21   Dr. Wright to provide plaintiffs with sufficient information
22   so the Bitcoin holdings could be traced.
23          After May 14th, having lost on legal grounds,
24   Dr. Wright changed course and started making affirmative
25   misleading factual statements to the Court.  His April 18th
```

1    motion argued for the first time that he had transferred all

2    of his Bitcoin into a blind trust, and that he was not a

3    trustee or beneficiary of that trust, nor did he know any of

4    the public addresses which hold any of the Bitcoin in the

5    blind trust.  This pleading was intended to communicate the

6    false impression that Dr. Wright had no remaining connection

7    to the Bitcoin, and it was also intended to create the

8    impression that the Bitcoin themselves had been transferred

9    into the trust.

10              Now, this was a pleading.  It was not verified; it

11   was signed by counsel.  And by signing the document, counsel

12   certified that the pleading had evidentiary support.  The only

13   source of information that could have provided the information

14   was Dr. Wright.  So I find that counsel reasonably relied upon

15   Dr. Wright as the source of that information, and that

16   Dr. Wright is personally responsible for the

17   misrepresentations made in the pleading on April 18th.

18              As I noted earlier in discussing with Ms. McGovern,

19   three weeks later, Dr. Wright submitted a sworn statement that

20   contradicted the April 18th motion in which he admitted he was

21   one of the trustees of the trust.  So, clearly, his

22   represent -- one of those representations cannot be true.

23              He also gave inconsistent sworn testimony about what

24   is in the alleged trust.  His April 18th motion states that

25   Bitcoin had been transferred to the trust.  His May 8th

1    declaration swears that Bitcoin had been transferred to the

2    trust.  But at his deposition and at the evidentiary hearing,

3    he changed his story and testified that what had been

4    transferred were the keys to Bitcoin, not the Bitcoin itself.

5          All of this evidence cannot be reconciled;

6    particularly, the April 18th motion and the May 8th

7    declaration.  One of them is intentionally false.  The Court

8    gave Dr. Wright an extension of time to draft and file the

9    declaration so he could meet in person with counsel.  He swore

10   they had met, and that he had provided counsel, quote:  With

11   additional details and clarity regarding trusts that I settled

12   that hold or held Bitcoin that I mined or acquired on or

13   before December 31st, 2013.  He further -- end quote.

14         He further swore, quote:  In June 2011, I took steps

15   to consolidate the Bitcoin I mined with Bitcoin that I

16   acquired and other assets.

17         In October 2012, a formal trust document was

18   executed, creating a trust whose corpus included the Bitcoin

19   that I mined, acquired, and would acquire in the future.  The

20   name of that trust is Tulip Trust.  It was formed in the

21   Seychelles, end quote.

22         During his testimony at the evidentiary hearing,

23   Dr. Wright made a point of being precise in his use of terms,

24   including at one point contesting whether a document was an

25   e-mail or a PDF of an e-mail.  It is not credible that given

his claim to have an intimate understanding of Bitcoin, he
would have mistaken the currency for the keys that control the
ability to transfer the currency.  I find, instead, that he
belatedly realized that any transactions transferring Bitcoin
into the Tulip Trust would be reflected on the master block
chain.  That he would then be required to identify those
transactions, which would allow plaintiffs to trace.  So to
avoid that, he changed his story again.

His story also changed at the evidentiary hearing,
where he argued for the first time that a list of public
addresses was meaningless.  As I've noted, the Court never
ordered him to produce a list of public addresses.  I ordered
him to produce a list of his Bitcoin holdings.

His position that public addresses are meaningless
or have no evidentiary value is particularly disturbing,
because it was his counsel who first injected the idea of
public addresses as a discovery matter.  Now, admittedly,
counsel answered the Court's question without consulting
Dr. Wright and without time to fully research the situation,
so I do not fault counsel.  But if, as Dr. Wright now asserts,
his counsel was wrong, Dr. Wright, the self-proclaimed creator
of Bitcoin, and therefore a person who claims to have intimate
knowledge of how Bitcoin works, should have corrected the
record long before the evidentiary hearing on June 28th.

Instead, in his April 18th motion, Dr. Wright

1   explained he could not produce a list of public addresses.  He

2   never said that public addresses lack evidentiary value.  This

3   behavior continued in his May 8th declaration, where he again

4   talked about public addresses, but never argued that they were

5   meaningless.

6          Although Dr. Wright may not have an obligation to

7   correct an opposing party if its discovery request is

8   imprecise, the Court is different, particularly where, as

9   here, the Court's intent was unmistakable.  It was clear that

10  the Court was ordering Dr. Wright to produce evidence to

11  document the existence and extent of his Bitcoin holdings so

12  that plaintiffs could attempt to trace them through the master

13  block chain.  If, as Dr. Wright now claims, the public

14  addresses are not the proper data point to identify the

15  Bitcoin he held on December 31st, 2013, he had an obligation

16  to tell the Court.

17         His delay in doing so is deceptive and intentionally

18  misleading.

19         All this information is more than sufficient to

20  warrant sanctions that I've discussed.  However, there is also

21  the alleged file that Dr. Wright claims is being held by the

22  Tulip Trust which contains the information necessary to

23  reconstruct his Bitcoin holdings.  I find that file does not

24  exist based on the evidence before me.  Dr. Wright testified

25  it is an encrypted compressed file containing multiple

1    subfiles.  He explained, quote, each of these files has a

2    differently calculated encryption key.  It's a hierarchical

3    system, where, based on a combination of the file hash and the

4    original encryption key, there are a variety of those, there

5    are multiple Shamir schemes.  So, in essence, he testified

6    it's like a Russian nesting doll.

7          The Shamir scheme divides a single encryption key

8    into multiple key slices, and some subset of those key slices

9    is needed to decrypt a file.  Dr. Wright testified that 15 key

10   slices existed for the outermost file, but only eight key

11   slices were needed to decrypt that file, but he only has

12   seven, or can only access seven.

13         After observing his demeanor and considering a lack

14   of any other credible evidence in the record that this file

15   exists, I find that a preponderance of the evidence exists

16   that no -- I'm sorry, I find that a preponderance of the

17   evidence establishes that no such file exists, and that

18   Dr. Wright's testimony to the contrary was perjurous.

19         I also note as a side note that Dr. Wright testified

20   that the key slices for the encryption of the outermost layer

21   had to be applied in a particular order.  That is not what

22   Dr. Shamir's paper says.  According to Dr. Shamir's paper, a

23   Shamir scheme is decrypted by inserting each key slice into

24   the same polynomial to create a series of linear equations,

25   which are then solved simultaneously, not sequentially.  There

1    is no ordering or indexing of the key slices.

2           Now, that being said, I do not exclude the

3    possibility that Dr. Wright could have employed a modified

4    Shamir scheme, so I do not consider this testimony as to the

5    ordering of the key slices in making my overall findings, but

6    I do note it is inconsistent with Dr. Shamir's paper.

7           Now, Dr. Wright argues quite forceful that he would

8    never risk going to jail for contempt or having sanctions

9    imposed against him if he could produce a list of his Bitcoin

10   holdings.  He argues that it would not be credible that anyone

11   would make that choice.

12          Equally, if not more incredible, is the idea that

13   someone who controlled almost a million Bitcoin would encrypt

14   it in a way he could not access it and then wouldn't care if

15   he lost it all.

16          Additionally, as discussed above, there are many

17   reasons a person in Dr. Wright's situation would take the

18   risk.

19          In sum, after days of testimony, multiple discovery

20   hearings and lengthy pleadings, the sole evidence supporting

21   Dr. Wright's claim that he cannot comply with my order is his

22   uncorroborated, incredible testimony.  That is simply

23   insufficient to meet his evidentiary burden of proving by a

24   preponderance of the evidence that he is unable to comply.

25   Moreover, the totality of the evidence, including the negative

1   inference that I draw from Dr. Wright's not credible testimony
2   is more than sufficient to meet the plaintiffs' burden.
3         Now, Dr. Wright's counsel has also made a very
4   forceful argument that sanctions in this case ought to be
5   tempered by the idea that we should let the process play out.
6   There shouldn't be a windfall to the plaintiff for a discovery
7   violation, and I'm mindful of that.  But I also must say there
8   is nothing, nothing more prejudicial or inimical to the
9   American judicial system than perjury and false testimony,
10  which I have found occurred in this case.
11        So I now turn to the question of a proper remedy.
12        I begin with something I hope is obvious here.  I do
13  not find any basis, any basis for sanctions against
14  Dr. Wright's counsel.  Although several rules of civil
15  procedure authorize the Court to consider sanctions and
16  attorney's fees against counsel, there is no basis for that in
17  this record.  I have conducted numerous hearings, and I have
18  been able to closely observe counsel's conduct.  Counsel has
19  zealously and ethically advocated for their client.  Counsel
20  has unfailingly been candid with this Court, even when
21  Dr. Wright's conduct and conflicting statements have created
22  incredibly awkward situations for counsel.  I find that
23  counsel reasonably relied on Dr. Wright as a source of
24  information.  I find that Dr. Wright alone is fully
25  responsible for any evasion, incomplete or false

1    representations to the Court or noncompliance with the Court's

2    orders.  To that end, I commend his counsel for their

3    outstanding work in this matter.

4         So to this day, Dr. Wright has still not complied

5    with my order compelling discovery.  Rather, as described

6    already, a preponderance of the evidence establishes a

7    continuing pattern of obstructive behavior, including

8    incomplete or deceptive pleadings, filing a false declaration,

9    knowingly producing a fraudulent trust document and giving

10   perjurous testimony.  His conduct has wasted substantial

11   amounts of the Court's time and the plaintiffs' time and

12   resources, which could have been saved.  His behavior has

13   unnecessarily protracted this litigation.

14        I find there is clear and convincing evidence that

15   Dr. Wright's noncompliance is willful and in bad faith, that

16   plaintiffs have been prejudiced in the amount of time and

17   money and diversion that has been occasioned upon them, and

18   particularly given the extended pattern of noncompliance and

19   its egregiousness, a lesser sanction is not adequate to punish

20   or ensure future compliance with the Court's order.

21        Therefore, I will impose sanctions under Rule 37(b)

22   in addition to attorney's fees.

23        I start with the fact that Dr. Wright's conduct has

24   prevented the plaintiffs from obtaining evidence that I found

25   relevant to their claims to a partnership between Dr. Wright

1   and David Kleiman related to the development of Bitcoin

2   technology and the mining of Bitcoin.  Plaintiffs have been

3   prejudiced by not being able to try to pursue this theory by

4   tracing the Bitcoin that was mined.

5           Therefore, as a remedial measure pursuant to Federal

6   Rule of Civil Procedure 37(b)(2)(A)(i), the Court deems the

7   following facts to be established for purposes of this action:

8           And, by the way, I find that no lesser sanction is

9   sufficient than what I'm about to announce.

10          One, Dr. Wright and David Kleiman entered into a

11  50 percent 50/50 partnership to develop Bitcoin intellectual

12  property and to mine Bitcoin.

13          Second, it is deemed proven that all Bitcoin mined

14  by Dr. Wright prior to December 31st, 2013, was joint property

15  of Dr. Wright and David Kleiman at the time it was mined.

16  Because Dr. Wright's 10th affirmative defense relating to the

17  statute of frauds challenges the existence of a partnership,

18  it is inconsistent with these findings and these facts, so it

19  is stricken.

20          As a further punitive sanction, I deem the following

21  facts:

22          One, any Bitcoin-related intellectual property

23  developed by Dr. Wright prior to David Kleiman's death is

24  jointly and equally owned by Dr. Wright and by the plaintiffs.

25          And, two, any Bitcoin mined by Dr. Wright prior to

```
 1   David Kleiman's death and any assets traceable to those
 2   Bitcoin is presently jointly and equally owned by the
 3   plaintiffs and Dr. Wright.
 4           Dr. Wright's third, fourth, fifth, sixth, seventh,
 5   eighth, second seventh affirmative defenses assert that David
 6   Kleiman surrendered has legal rights in return for shares in a
 7   corporation.  These affirmative defenses are inconsistent with
 8   the facts as I have deemed them, so they are stricken.
 9           I do not strike Dr. Wright's first, second, I think
10   ninth, or 11th and 12th affirmative defenses.  So I do not --
11   I do not strike all of his pleadings.  I do not enter a
12   default judgment.  I leave in place the affirmative defenses
13   relating to statute of limitations, latches, res judicata and
14   the one I can't remember.
15           In addition, Dr. Wright's April 18th motion which
16   was in substance a motion for protective order was denied, the
17   plaintiffs' June 3rd motion to compel was granted, and the
18   current motion is also granted.  Therefore, I will order that
19   the plaintiffs are entitled to receive reasonable attorney's
20   fees and expenses related to each of those motions.
21           I will enter a written order summarizing these
22   findings more fully.
23           And with that, is there anything further that we
24   need to take up this afternoon, Mr. Freedman?
25           MR. FREEDMAN:  No, Your Honor.
```

```
1              THE COURT:  Ms. McGovern?

2              MS. McGOVERN:  No, Your Honor.

3              THE COURT:  All right.  Thank you all very much.

4    We'll be in recess.

5         (Proceedings concluded.)

6                          *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                           * * * * *

2                        I N D E X

3    Closing Arguments:

4          By Ms. McGovern                    6

5          By Mr. Freedman                    30

6          By Ms. McGovern                    58

7    Court's Findings and Ruling             64

8                           * * * * *

9                      E X H I B I T S

10   (None.)

11                          * * * * *

12                       CERTIFICATE

13       I, Stephen W. Franklin, Registered Merit Reporter, and

14   Certified Realtime Reporter, certify that the foregoing is a

15   correct transcript from the record of proceedings in the

16   above-entitled matter.

17       Dated this 27th day of AUGUST, 2019.

18

19       /s/Stephen W. Franklin
         _____
20       Stephen W. Franklin, RMR, CRR

21

22

23

24

25
```

MR. BRENNER: [1]
3/14
MR. FREEDMAN: [40]
3/9 4/14 4/17 5/11 5/14
5/20 5/23 6/7 6/14 21/11
21/14 29/25 30/4 30/11
30/17 42/7 42/12 42/19
42/25 43/5 43/9 43/12
46/4 49/17 50/14 50/21
50/23 51/4 51/10 51/13
54/20 54/24 56/7 56/9
57/2 57/20 57/22 58/6
61/7 89/25
MR. KASS: [1] 3/25
MR. RIVERO: [1] 3/21
MR. ROCHE: [1] 3/12
MS. MARKOE: [1] 4/3
MS. McGOVERN: [35]
3/18 4/21 5/4 6/17 6/19
22/17 23/2 23/8 24/2
27/13 27/17 27/19 27/22
28/1 28/11 28/22 28/25
29/4 29/10 29/12 29/14
29/22 58/9 58/13 58/16
58/18 59/14 61/10 63/11
63/13 90/2
THE COURT: [82] 3/2
3/11 3/13 3/16 3/20 3/24
4/2 4/5 4/16 4/18 4/22
5/6 5/13 5/15 5/22 6/6
6/9 6/15 6/18 20/11
21/17 22/1 22/13 22/18
23/7 23/23 24/6 25/1
25/5 26/11 27/12 27/14
27/18 27/20 27/23 28/10
28/21 28/23 29/1 29/5
29/11 29/13 29/16 29/23
30/2 30/7 30/16 42/3
42/11 42/15 42/22 43/1
43/8 43/10 46/2 49/16
50/8 50/18 50/22 51/2
51/6 51/12 54/18 54/23
56/5 56/8 56/17 57/19
57/21 58/4 58/7 58/10
58/15 58/17 59/13 61/9
63/7 63/12 63/24 64/5
90/1 90/3
THE WITNESS: [4]
20/15 21/12 21/24 22/2

'
'til [1] 64/2

-
-and [5] 2/4 2/7 2/13
2/16 2/19
-v [1] 1/5

/
/s/Stephen [1] 91/19

1
1 million [1] 75/11
1,100,000 [1] 50/10
1,350,000 [1] 74/13
10 [2] 41/14 41/14
100 [2] 2/3 2/6
100 percent [4] 35/6
35/19 41/16 48/6
1000 [4] 2/12 2/15 2/18
2/21
10504 [1] 2/9
10th [2] 78/14 88/16
111 [1] 54/24
112 [1] 54/25
116 [1] 54/25
11th [2] 67/8 89/10
12 [3] 41/9 41/25 74/7
12/31/13 [2] 17/2 27/11
12/31/2013 [1] 6/22
1290 [1] 47/24
12th [1] 89/10
13 [2] 17/2 27/11
14 [1] 52/9
14th [7] 64/9 66/4 67/10
67/21 79/17 79/19 79/23
15 [3] 41/9 41/9 84/9
16 [1] 74/7
16,000 [1] 7/6
1600 [1] 42/9
17th [2] 37/22 37/25
18 [1] 59/1
18-80176-CIV-BB [1]
1/2
18th [10] 22/22 67/11
79/15 79/25 80/17 80/20
80/24 81/6 82/25 89/15
19th [2] 39/21 67/9
19th-century [1] 47/2

2
2011 [14] 8/9 8/24 32/21
33/23 35/22 37/13 37/21
43/24 63/3 63/9 63/9
67/15 78/14 81/14
2012 [9] 32/23 35/23
37/10 38/10 39/12 39/17
39/21 78/12 81/17
2013 [13] 6/22 7/7 11/6
31/11 31/25 65/3 65/18
66/9 72/9 79/19 81/13
83/15 88/14
2014 [9] 13/20 37/11
37/22 37/25 38/16 63/8
63/10 77/7 78/21
2015 [1] 38/13
2018 [3] 65/19 65/22
79/12
2019 [5] 1/8 31/22 32/9
79/15 91/17
2020 [4] 9/17 15/6 19/1
76/3
210 [1] 64/8
217 [1] 64/9
22 [1] 7/17
23 [1] 36/16
23rd [1] 78/12
24th [1] 37/13
2500 [1] 2/20
2525 [1] 2/11 2/14 2/17

26 [1] 1/8
27,000 [3] 42/11 42/12
74/8
27th [1] 91/17
2800 [2] 2/3 2/6
28th [9] 10/19 13/7
18/12 27/24 29/11 37/8
68/25 69/2 82/24
293 [1] 32/12
294 [1] 32/19
2:17 [1] 30/5
2:20 [1] 30/3
2:22 [1] 30/5
2nd [2] 2/3 2/6

3
30 [1] 91/5
300,000 [3] 30/22 52/8
57/8
31st [12] 7/7 11/6 19/1
31/10 31/25 62/4 65/3
72/9 79/19 81/13 83/15
88/14
33131 [2] 2/4 2/7
33134 [4] 2/12 2/15 2/18
2/21
333 [1] 2/9
33401 [1] 1/18
37 [15] 45/4 51/13 51/15
51/16 54/10 55/7 55/20
68/20 69/6 69/15 69/17
71/23 72/4 87/21 88/6
3768 [1] 1/17
3:10 [1] 63/3
3:12 [1] 64/3
3:29 [1] 64/3
3:30 [2] 64/1 64/2
3rd [3] 34/2 62/4 89/17

4
4th [2] 32/9 66/20

5
50 [4] 42/13 58/25 74/12
88/11
50 percent [1] 88/11
50-Bitcoin-size [1]
52/17
50-Bitcoin-sized [3]
52/15 57/14 57/16
50/50 [2] 58/25 88/11
500,000 [1] 42/16
514-3768 [1] 1/17
561 [1] 1/17
58 [1] 91/6
5th [2] 10/24 63/2

6
60 percent [2] 41/24
42/3
634 [1] 48/21
64 [1] 91/7
65 [1] 54/24
680 [1] 48/21

7
70 [9] 7/5 7/21 10/5

10/18 14/18 15/2 17/3
53/13 53/15
701 [1] 1/18
7318760 [1] 43/25
7th [1] 68/10

8
800 [1] 42/13
800,000 [1] 42/13
80176 [1] 3/4
83 [1] 47/23
88 [1] 54/24
8th [6] 68/10 68/11
77/25 80/25 81/6 83/3

9
92 [1] 54/24
93 [1] 54/24
94 [1] 54/24
95 [1] 54/24

A
Abacus [1] 38/2
abiding [1] 71/6
ability [10] 20/5 47/20
54/6 55/4 55/15 62/12
71/4 72/25 76/4 82/3
able [15] 13/9 15/4 15/9
50/5 20/19 21/7 21/12
22/10 22/12 23/15 34/21
58/2 77/1 86/18 88/3
above [4] 47/10 55/7
85/16 91/16
above-entitled [1] 91/16
absence [3] 16/15 17/10
63/21
absent [1] 78/15
absolute [1] 61/25
absolutely [5] 10/25
14/21 28/3 34/23 35/18
abuses [1] 69/18
accept [2] 65/1 74/20
access [17] 8/18 9/4 9/4
9/22 12/12 13/9 14/17
18/8 36/6 39/16 40/21
41/9 76/1 76/4 76/18
84/12 85/14
accessed [4] 7/13 24/24
26/2 68/16
accessible [2] 53/19
75/11
according [2] 8/20 84/22
account [1] 37/17
accounts [1] 62/7
accurate [8] 14/15 34/24
35/19 41/16 41/25 42/4
67/23 68/9
accurately [2] 42/5
72/25
achieve [1] 51/23
acknowledge [1] 46/24
acquire [1] 81/19
acquired [2] 65/9 81/12
81/16 81/19
across [1] 59/18
act [1] 45/9
action [3] 51/19 55/21

88/7
actively [2] 77/8 77/9
actual [1] 30/12
actually [18] 5/20 6/21
21/3 24/18 24/21 24/21
26/1 26/23 27/12 30/11
32/18 35/3 37/21 37/25
37/25 38/7 49/9 62/2
added [1] 69/18
addition [9] 7/6 7/19
8/24 9/5 9/24 56/2 77/3
87/22 89/15
additional [4] 11/11
60/7 69/3 81/11
additionally [3] 9/2 55/8
85/16
address [18] 11/4 11/13
11/17 11/18 12/7 15/3
20/9 23/10 28/19 28/20
36/22 42/20 47/14 48/19
55/2 56/18 74/11 74/12
addressed [1] 18/15
addresses [62] 6/21 7/5
7/12 7/15 7/17 7/20 8/6
8/18 9/16 10/4 10/10
10/16 10/17 11/7 11/10
12/6 12/12 13/10 13/25
14/17 14/20 14/25 16/20
17/5 20/24 22/10 27/11
27/16 27/21 27/24 28/3
33/8 42/2 42/10 52/15
52/16 52/17 52/18 52/23
52/24 53/12 53/13 53/16
61/5 62/2 66/13 66/14
66/18 67/12 68/1 68/15
74/8 76/25 80/4 82/11
82/12 82/14 82/17 83/1
83/2 83/4 83/14
addressing [2] 6/24
11/20
adds [1] 57/12
adequate [1] 87/19
adequately [4] 45/7
47/14 48/19 70/1
adjudicated [1] 61/16
administration [2]
34/13 47/16
admission [1] 17/6
admissions [1] 30/21
admit [2] 22/4 55/11
admits [2] 38/19 40/13
admitted [7] 41/22 43/6
52/7 54/13 55/1 57/7
80/20
admittedly [2] 66/10
82/17
adopted [1] 44/1
advised [1] 64/19
advocate [2] 22/19
29/17
advocated [1] 86/19
affidavit [2] 22/25 40/16
affidavits [1] 18/4
affirmative [6] 79/24
88/16 89/5 89/7 89/10
89/12

(WITNESSNAME)

Index: after..beyond

**A**

**after [20]** 10/20 23/11 23/11 26/8 26/24 30/5 31/22 33/18 38/7 46/7 46/23 49/7 64/3 68/20 77/2 78/22 79/19 79/23 84/13 85/19
**afternoon [20]** 3/2 3/11 3/13 3/14 3/16 3/18 3/20 3/21 3/25 4/2 4/3 4/5 5/17 6/17 6/18 20/14 20/15 64/5 64/19 89/24
**again [10]** 27/8 36/24 37/14 40/19 46/8 46/14 55/24 67/25 82/8 83/3
**against [8]** 21/9 49/19 69/8 72/2 72/2 85/9 86/13 86/16
**aged [2]** 37/11 38/15
**agree [2]** 6/11 27/22
**agreed [2]** 63/12 63/13 66/23
**agreement [1]** 67/4
**ahead [1]** 43/11
**airing [1]** 47/25
**AL [1]** 1/3
**algorithm [1]** 9/15
**all-inclusive [1]** 17/5
**allegation [1]** 52/4
**allegations [9]** 11/24 12/25 16/10 35/1 35/14 54/11 55/11 59/7 61/20
**alleged [9]** 48/24 49/7 71/2 71/10 75/3 75/3 75/4 80/24 83/21
**allegedly [1]** 78/22
**alleges [1]** 65/7
**allocution [1]** 20/1
**allow [10]** 9/15 14/16 21/21 28/7 28/8 28/11 28/13 47/25 51/16 82/7
**allowed [1]** 60/6
**allowing [2]** 49/14 49/18
**allows [3]** 9/21 51/10 51/13
**almost [3]** 39/24 61/24 85/13
**alone [1]** 86/24
**already [6]** 12/21 12/22 15/1 41/10 53/5 87/6
**also [30]** 11/2 15/7 16/1 19/11 20/23 23/13 26/19 28/23 38/4 38/11 45/17 45/18 52/20 58/22 64/15 64/23 65/25 69/10 70/14 72/14 73/20 74/20 80/7 80/23 82/9 83/20 84/19 86/3 86/7 89/18
**alterations [1]** 78/2
**altered [3]** 76/16 77/7 77/23
**alternative [1]** 51/11 54/8
**Alternatively [2]** 65/14 77/6
**although [7]** 52/6 66/15

**always [2]** 26/6 29/5
**am [8]** 28/7 28/11 35/13 42/12 64/22 64/23 73/12 79/5
**Amanda [2]** 2/10 3/18
**amended [5]** 52/9 54/11 54/14 54/16 65/7
**American [2]** 61/12 86/9
**Among [1]** 78/11
**amount [8]** 8/17 14/2 18/2 39/15 64/24 65/10 65/20 87/16
**amounts [1]** 87/11
**analyses [1]** 9/21 11/1
**analysis [3]** 45/15 74/7 74/13
**analyze [1]** 58/2
**Andres [2]** 2/16 3/21
**Andresen [1]** 41/11
**Andrew [2]** 2/5 3/14
**announce [1]** 88/9
**anonymous [2]** 75/10 77/2
**another [3]** 11/14 24/9 36/10
**answer [9]** 12/23 20/18 20/19 27/9 33/12 46/15 48/19 66/12 73/3
**answered [2]** 32/19 82/18
**anxious [1]** 15/14
**any [46]** 4/10 4/20 10/25 11/11 12/2 16/15 17/25 18/13 18/13 18/17 18/25 22/23 33/17 35/14 35/22 36/12 42/20 52/19 52/21 54/6 55/9 55/10 58/23 62/7 63/2 64/25 65/12 65/13 65/15 67/9 67/24 72/19 76/19 78/15 78/16 78/16 80/3 80/4 82/4 84/14 86/13 86/13 86/25 88/22 88/25 89/1
**anyone [3]** 33/2 78/3 85/10
**anything [6]** 4/13 17/18 20/12 50/25 58/5 89/23
**anyway [1]** 18/11
**anywhere [1]** 52/21
**aol.com [1]** 1/19
**apart [2]** 9/6 12/19
**apologize [1]** 20/16
**Apparently [2]** 12/10 75/1
**appear [3]** 36/24 73/2 76/4
**appearances [3]** 1/14 1/21 3/8
**appeared [1]** 76/11
**appears [1]** 25/22
**applied [5]** 43/1 43/2 43/3 43/23 84/21
**apply [4]** 42/5 42/6 74/6 74/17

**applying [1]** 74/1
**appreciate [3]** 22/13 22/14 63/23
**appreciation [2]** 23/5 23/19
**approached [1]** 60/10
**appropriate [1]** 16/18
**approved [1]** 6/12
**approximately [5]** 42/16 74/7 74/8 74/13 75/11
**April [15]** 13/12 22/22 32/9 46/20 66/20 67/8 67/9 79/15 79/25 80/17 80/20 80/24 81/6 82/25 89/15
**April 11th [1]** 67/8
**April 18th [9]** 22/22 79/15 79/25 80/17 80/20 80/24 81/6 82/25 89/15
**April 19th [1]** 67/9
**April 4th [2]** 32/9 66/20
**aren't [2]** 16/3 43/18
**arguably [1]** 24/25
**argue [2]** 15/17 58/12
**argued [7]** 8/1 8/3 24/6 58/11 80/1 82/10 83/4
**argues [2]** 85/7 85/10
**arguing [1]** 10/6
**argument [13]** 4/23 12/11 21/15 21/17 34/6 43/11 56/19 60/1 62/17 63/7 67/22 68/20 86/4
**arguments [4]** 5/18 61/23 64/19 91/3
**arises [1]** 65/5
**Armonk [1]** 2/9
**around [2]** 39/17 52/4
**arrives [1]** 76/3
**arriving [1]** 20/4
**aside [1]** 39/13
**ask [9]** 18/24 22/22 32/5 51/6 51/7 51/7 51/9 56/18 61/16
**asked [22]** 7/14 7/19 8/16 12/21 13/7 13/8 15/2 16/17 18/12 21/18 27/10 32/15 39/18 50/2 51/4 55/17 61/21 62/15 65/24 66/7 67/20 73/25
**asking [7]** 28/6 34/1 50/12 50/19 54/19 56/4 68/19
**aspects [1]** 21/1
**assert [1]** 89/5
**assertion [1]** 38/25
**asserts [3]** 65/14 70/4 82/20
**assessing [1]** 58/18
**assets [5]** 78/11 78/13 78/15 81/16 89/1
**associate [1]** 68/15
**associated [3]** 8/12 8/21 78/13
**assume [2]** 56/5 66/8
**assumed [1]** 29/2
**assuming [3]** 6/9 17/17

29/6
**attaching [1]** 36/11
**attempt [4]** 10/17 57/23 74/21 83/12
**attempted [1]** 31/12
**attempting [1]** 10/14
**attending [1]** 21/4
**attention [3]** 14/6 45/22 76/12
**attorney [1]** 56/12
**attorney's [12]** 18/14 19/1 56/5 56/11 56/12 56/15 69/7 69/10 72/1 86/16 87/22 89/17
**attorneys [2]** 20/21 46/22
**August [4]** 1/8 10/24 63/2 91/17
**August 5th [2]** 10/24 63/2
**Australia [6]** 37/19 39/6 45/24 46/10 46/12 59/2
**Australian [5]** 46/10 57/9 77/7 77/8 77/12
**authenticated [1]** 36/13
**authenticity [4]** 34/12 36/12 36/21 46/6
**authored [1]** 43/25
**authorize [1]** 86/15
**authorizes [1]** 69/7
**available [7]** 9/17 9/20 10/11 14/13 19/17 39/20 71/23
**avoid [2]** 45/1 82/8
**award [3]** 57/18 69/7 72/1
**aware [3]** 47/15 50/16 52/3
**away [4]** 17/3 57/4 61/17 75/24
**awkward [2]** 59/2 86/22

**B**

**back [11]** 13/14 13/15 27/8 27/14 29/1 30/3 30/8 43/15 44/11 49/14 64/1
**background [1]** 43/21
**backward [1]** 31/18
**backwards [1]** 28/8
**bad [7]** 43/13 45/6 45/14 45/15 60/18 69/24 87/15
**bald [1]** 38/25
**based [13]** 9/13 15/4 22/25 30/21 35/21 36/9 37/23 39/2 40/17 41/25 42/1 83/24 84/3
**basic [1]** 47/17
**basis [4]** 59/12 86/13 86/13 86/16
**battle [1]** 79/17
**BB [1]** 1/2
**Beach [2]** 1/7 1/18
**bears [1]** 70/8
**beautiful [1]** 5/11
**became [1]** 76/16

**because [45]** 8/13 9/4 11/5 11/11 14/19 15/7 16/12 18/18 19/17 19/24 20/7 25/11 27/14 28/4 28/11 28/12 28/19 35/15 36/18 39/19 40/21 42/8 42/20 46/12 46/23 47/10 48/22 50/9 50/25 55/17 55/25 56/13 57/2 57/24 60/8 60/12 61/11 63/21 65/24 73/16 74/10 75/20 77/2 82/16 88/16
**becomes [1]** 9/20
**before [55]** 1/11 5/7 5/21 6/22 7/11 8/2 8/2 12/15 13/2 14/5 14/15 16/2 16/14 16/5 16/8 17/16 24/13 26/20 30/11 30/19 31/23 37/10 39/9 40/5 44/23 45/3 46/3 47/7 47/13 47/22 49/25 50/8 50/15 50/16 52/13 57/13 59/8 59/16 59/22 60/16 61/23 62/22 63/16 64/7 67/5 67/25 69/5 70/14 71/18 72/5 77/18 78/3 81/13 82/24 83/24
**begin [1]** 86/12
**beginning [4]** 27/10 28/5 28/14 60/13
**begun [1]** 5/25
**behalf [1]** 4/4
**behavior [6]** 45/12 45/18 77/18 83/3 87/7 87/12
**being [16]** 8/14 11/24 13/2 13/25 15/9 22/14 34/21 35/2 50/17 66/14 76/18 77/1 81/23 83/21 85/2 88/3
**belatedly [1]** 82/4
**belief [3]** 12/16 62/3 74/18
**believe [23]** 8/20 11/5 15/14 16/4 16/23 17/8 17/17 18/3 18/9 18/13 18/16 19/8 20/23 25/21 28/12 39/1 47/11 53/9 60/17 61/11 61/19 63/18 67/2
**believed [3]** 8/3 12/16 78/5
**believing [1]** 35/10
**belligerent [1]** 76/12
**belong [2]** 57/8 57/10
**belonging [1]** 50/11
**beneficial [1]** 30/14
**beneficiaries [2]** 34/11 36/4
**beneficiary [3]** 38/14 67/17 80/3
**benefit [1]** 79/16
**best [3]** 39/3 47/1 56/16
**between [5]** 33/10 39/11 39/14 60/2 87/25
**beyond [12]** 7/20 7/24

**B**

**beyond... [10]** 10/5 10/18 15/10 17/18 61/12 61/17 66/1 71/12 71/19 79/18

**big [3]** 6/6 57/1 59/18

**billions [7]** 41/3 53/21 53/24 56/10 56/14 76/5 76/23

**bit [1]** 32/15

**Bitcoin [165]**

**Bitcoin's [2]** 19/13 53/2

**Bitcoin-related [2]** 65/6 88/22

**Bitcoins [1]** 57/12

**Bitmessage [2]** 39/19 39/20

**Bitmessages [2]** 39/11 39/22

**blank [1]** 34/10

**blatant [1]** 38/25

**blind [13]** 25/10 25/11 26/12 26/23 33/24 34/14 34/15 67/16 67/17 72/10 75/23 80/2 80/5

**block [6]** 41/11 41/13 74/2 74/11 82/5 83/13

**blog [1]** 40/10

**bloom [6]** 39/4 47/1 47/4 71/21 71/25 77/16

**Bloom's [1]** 6/4

**Boies [3]** 2/2 2/5 2/8

**bonded [2]** 75/2 76/2

**both [1]** 59/9

**bought [3]** 37/11 38/1 39/6

**Boulevard [4]** 2/11 2/14 2/17 2/20

**bow [1]** 59/18

**brazenly [1]** 43/16

**break [3]** 5/8 30/1 30/2

**Brenner [4]** 2/5 3/14 3/16 4/13

**brief [2]** 5/7 5/8

**briefly [1]** 20/10

**bring [2]** 6/3 50/6

**bringing [1]** 60/9

**brings [2]** 68/19 69/1

**brought [1]** 6/3

**BRUCE [1]** 1/11

**burden [13]** 4/24 4/25 6/25 25/17 34/5 44/22 69/15 70/5 70/8 71/15 73/23 85/23 86/2

**burdens [1]** 21/20

---

**C**

**caboodle [1]** 61/21

**calculated [1]** 84/2

**called [2]** 35/25 36/1

**came [7]** 26/10 28/9 39/5 41/21 45/22 57/22 66/21

**can't [12]** 9/7 12/24 31/7 33/22 41/3 50/25 53/10 58/20 60/12 63/6 63/8 89/14

**candid [1]** 86/20

**cannot [21]** 7/13 8/3 9/3 11/12 11/16 12/5 18/8 19/9 19/16 33/25 50/1 51/24 53/19 56/1 70/16 72/11 76/1 77/12 80/22 81/5 85/21

**capable [1]** 74/19

**care [2]** 76/6 85/14

**carefully [2]** 60/25 64/18

**carries [1]** 18/19

**carry [1]** 62/25

**case [72]** 1/2 3/4 9/1 9/11 11/19 13/1 13/2 13/16 14/1 14/3 15/15 15/19 16/2 16/13 16/18 17/1 17/25 19/4 19/16 19/18 21/10 21/21 22/2 22/9 25/18 28/5 30/18 30/20 30/25 35/2 35/16 43/23 44/2 44/19 44/23 45/13 45/22 47/23 48/20 48/23 49/8 50/1 50/6 52/1 52/3 52/23 54/15 55/5 55/16 56/1 56/10 56/13 58/19 59/8 59/15 59/22 60/3 60/7 60/10 62/16 62/19 63/16 64/11 64/12 65/5 65/20 70/16 72/22 76/22 79/10 86/4 86/10

**cash [1]** 75/10

**caused [1]** 69/18

**causes [1]** 14/21

**caveats [2]** 35/22 36/12

**centers [1]** 8/15

**central [1]** 52/23

**century [1]** 47/2

**certain [10]** 12/22 28/13 28/14 28/15 46/15 47/17 69/9 69/12 76/15 77/11

**certainly [1]** 14/5

**CERTIFICATE [1]** 91/12

**certified [2]** 80/12 91/14

**certify [4]** 70/20 71/21 71/24 91/14

**cetera [1]** 21/1

**chain [3]** 74/2 82/6 83/13

**challenges [1]** 88/17

**challenging [2]** 40/1 59/20

**chance [2]** 66/11 66/24

**change [1]** 63/13

**changed [6]** 48/10 75/20 79/24 81/3 82/8 82/9

**changes [1]** 43/14

**charade [1]** 37/6

**charge [1]** 41/1

**charged [1]** 13/2

**chief [2]** 74/3 74/4

**children [1]** 13/18

**choice [1]** 85/11

**Circuit [4]** 48/18 73/6

**73/19 76/7**

**circumstances [5]** 14/11 15/23 26/22 30/17 48/11

**circumstantial [1]** 78/7

**cite [1]** 43/24

**cited [1]** 45/13

**CIV [1]** 1/2

**civil [10]** 69/6 70/17 70/19 70/21 70/25 71/9 71/22 71/25 86/14 88/6

**claim [10]** 15/17 19/5 28/12 32/1 32/7 49/20 52/4 53/19 82/1 85/21

**claimed [2]** 46/15 53/14

**claiming [4]** 15/1 44/8 52/16 70/8

**claims [18]** 15/19 39/15 40/19 43/17 49/9 51/20 51/21 52/24 53/7 53/8 54/2 54/6 75/8 76/22 82/22 83/13 83/21 87/25

**clarify [1]** 50/18

**clarity [1]** 81/11

**clean [1]** 36/19

**clear [13]** 35/13 45/14 50/4 50/20 59/9 71/1 71/3 71/5 71/22 79/7 79/20 83/9 87/14

**clearly [5]** 25/6 34/18 73/3 76/13 80/21

**Clematis [1]** 1/18

**client [7]** 23/25 29/17 30/19 30/23 35/17 66/12 86/19

**close [4]** 10/19 10/20 60/15 62/21

**closed [1]** 4/23 61/24

**closely [1]** 86/18

**closing [2]** 30/12 91/3

**code [2]** 19/14 74/6

**coerce [1]** 70/22

**Cohn [2]** 49/16 49/17

**coin [5]** 25/10 25/13 36/1 40/2 65/25

**coins [21]** 24/21 24/24 25/2 25/7 25/14 25/22 25/23 25/25 25/25 25/25 26/1 26/5 26/6 26/9 27/1 27/4 27/4 27/5 27/5 28/20 39/16

**combination [4]** 36/8 40/16 68/17 84/3

**comes [1]** 36/23

**comfort [1]** 49/18

**coming [3]** 36/19 60/22 60/23

**commend [1]** 87/2

**comments [2]** 20/17 76/17

**commit [1]** 46/5

**committed [1]** 44/4

**common [2]** 17/1 75/6

**communicate [1]** 80/5

**communication [1]** 23/8

**communications [1]** 40/11

**companies [1]** 77/10

**company [5]** 36/1 37/11 38/15 65/17 74/4

**compared [1]** 71/9

**compel [6]** 36/24 36/25 64/8 68/18 69/18 89/17

**compelling [2]** 77/23 87/5

**compensate [2]** 69/17 70/23

**complainant [1]** 70/23

**complaint [5]** 52/10 54/12 54/14 54/16 65/7

**complete [10]** 9/18 9/21 10/17 23/14 23/19 23/22 33/22 40/21 62/7 62/20

**completed [1]** 18/22

**completely [3]** 57/15 75/2 76/6

**compliance [7]** 4/25 7/1 45/8 70/2 70/9 70/23 87/20

**complicated [1]** 20/7

**complied [1]** 87/4

**comply [28]** 6/23 7/2 10/2 10/14 15/1 15/22 19/7 22/6 33/22 43/14 43/19 45/1 45/5 45/10 45/24 47/17 53/19 59/25 67/21 69/23 70/4 70/6 70/13 71/4 71/17 74/22 85/21 85/24

**complying [2]** 72/7 74/20

**components [1]** 54/6

**composed [1]** 6/25

**compressed [1]** 83/25

**compromise [1]** 31/19

**computer [5]** 37/18 39/5 57/5 74/6 75/21

**computer-generated [1]** 57/5

**computers [2]** 14/13 76/19

**concern [1]** 14/21

**concerning [3]** 16/19 23/2 23/21

**concerted [1]** 79/9

**concluded [1]** 90/5

**conclusion [3]** 53/22 58/24 59/12

**conclusions [3]** 30/15 59/23 63/15

**conclusively [1]** 78/20

**concocted [1]** 48/11

**condition [1]** 21/23

**conduct [14]** 45/14 45/16 47/15 48/3 55/15 59/17 63/19 69/9 69/20 70/18 86/18 86/21 87/10 87/23

**conducted [4]** 14/2 42/1 44/5 86/17

**Cone [2]** 47/22 49/15

**confirm [1]** 28/18

**confirmed [1]** 7/9

**conflated [1]** 16/8

**conflict [2]** 33/22 40/21

**conflicting [3]** 47/7 77/17 86/21

**conflicts [1]** 39/14

**confronted [2]** 45/9 76/15

**confusing [2]** 34/24 35/19

**confusion [1]** 27/7

**Congratulations [1]** 5/13

**connection [1]** 80/6

**consented [1]** 70/16

**consequences [1]** 12/22

**consider [9]** 25/17 46/2 47/14 51/13 72/15 75/8 76/8 85/4 86/15

**consideration [1]** 70/15

**considerations [1]** 62/23

**considered [4]** 11/19 62/24 64/10 64/18

**considering [4]** 21/17 21/19 73/11 84/13

**consolidate [2]** 35/23 81/15

**constitutes [1]** 70/18

**consulting [1]** 82/18

**contacted [1]** 13/21

**contained [4]** 7/12 15/16 52/6 68/14

**containing [1]** 83/25

**contains [2]** 38/11 83/22

**contempt [17]** 12/23 70/15 70/17 70/17 70/19 70/19 70/21 70/25 71/1 71/9 71/10 71/12 71/20 71/21 71/23 71/25 85/8

**contention [1]** 71/7

**contest [1]** 43/2

**contesting [1]** 81/24

**context [3]** 14/8 14/9 58/24

**continue [2]** 49/19 49/24

**continued [2]** 77/18 83/3

**continues [2]** 49/12 65/3

**continuing [2]** 49/13 87/7

**contract [1]** 57/3

**contradicted [2]** 77/24 80/20

**contradicts [1]** 39/15

**contrary [1]** 84/18

**contrived [1]** 45/12

**control [5]** 10/8 39/25 65/3 78/21 82/2

**controlled [5]** 33/17 40/13 65/2 74/14 85/13

**controlling [1]** 75/24

**controls [8]** 40/7 40/9 40/10 40/12 40/15 64/25 65/21 76/1

**conveniens [1]** 46/11

**converted [2]** 32/2 32/2

**conviction [1]** 71/7

**convinced [1]** 40/25

**C**

convincing [5] 71/1 71/5
71/22 79/7 87/14
copies [1] 36/11
copy [3] 6/2 6/3 54/16
copyrighted [1] 38/12
Coral [3] 2/12 2/15 2/18
corporate [1] 56/23
corporation [1] 89/7
corporations [2] 14/13
60/13
corpus [6] 25/8 25/25
26/1 26/5 35/24 81/18
correct [4] 43/9 54/7
83/7 91/15
corrected [1] 82/23
correspond [1] 74/11
corroborated [1] 76/19
Costa [2] 43/24 45/13
couldn't [2] 40/20 46/15
counsel [40] 3/7 3/8 5/15
6/1 10/19 14/24 16/17
17/21 18/6 31/18 34/16
34/18 62/5 63/25 64/19
66/10 67/4 67/11 67/15
68/10 69/8 72/2 73/10
80/11 80/11 80/14 81/9
81/10 82/16 82/18 82/20
82/21 86/3 86/14 86/16
86/18 86/19 86/22 86/23
87/2
counsel's [2] 68/6 86/18
couple [4] 6/8 35/3 35/4
69/5
courier [2] 76/2 76/3
couriers [1] 75/2
course [5] 10/8 26/24
41/10 41/14 79/24
court [140]
Court's [29] 7/4 10/2
10/15 10/24 14/6 15/21
15/22 18/18 19/8 20/9
31/9 39/1 43/14 43/19
45/8 52/1 53/20 55/3
59/20 59/25 64/9 72/7
74/20 82/18 83/9 87/1
87/11 87/20 91/7
courts [3] 6/1 48/15
54/21
CPE [1] 1/17
CRAIG [20] 1/6 3/6
3/19 4/1 32/1 33/18 34/7
36/1 36/4 38/15 40/7
41/2 46/19 52/5 52/15
57/7 58/25 59/1 59/5
66/14
Craig's [2] 37/17 37/18
create [2] 80/7 84/24
created [5] 8/14 37/20
38/4 78/8 86/21
creating [2] 35/24 81/18
creation [1] 65/8
creator [3] 29/7 39/19
82/21
creature [1] 75/14
credibility [11] 7/25

14/24 14/24 16/13 25/17
27/2 39/3 45/18 72/16
73/7 73/20
credibility's [2] 12/14
24/7
credible [12] 35/8 47/9
53/20 74/17 77/15 77/20
77/22 78/19 81/25 84/14
85/10 86/1
credit [1] 46/23
credulity [2] 8/7 8/19
crimes [2] 21/6 22/5
criminal [7] 70/17 70/19
71/9 71/10 71/11 71/20
71/21
criminals [1] 75/15
criteria [8] 10/7 15/4
42/5 43/2 74/5 74/9
74/10 74/17
critical [2] 15/15 55/4
criticized [1] 10/6
cross [4] 10/23 12/8
37/16 39/10
cross-examination [4]
10/23 12/8 37/16 39/10
CRR [2] 1/17 91/20
cryptic [1] 26/25
cryptographic [1] 38/5
culminating [1] 31/3
currency [8] 24/12
24/15 25/2 65/9 65/10
77/2 82/2 82/3
current [3] 64/14 67/23
89/18
cyber [2] 65/8 77/2

**D**

damage [2] 55/4 55/15
dangerous [1] 63/17
data [7] 14/13 29/8 29/9
29/13 42/23 74/2 83/14
Datapro [1] 43/24
date [3] 7/8 37/19 66/19
dated [5] 39/12 39/13
64/9 78/12 91/17
Dave [44] 8/10 9/4 9/7
9/9 9/19 13/21 13/22
30/22 32/12 32/15 33/15
36/13 37/12 37/16 38/6
38/7 38/7 38/8 39/12
39/14 40/8 40/22 40/23
40/24 40/25 41/1 50/11
52/4 52/8 52/14 52/19
52/21 53/24 55/21 56/21
57/4 57/6 57/9 57/11
57/13 57/18 58/24 59/3
75/25
Dave's [5] 15/8 28/13
32/5 61/5 62/12
David [15] 3/5 36/1 65/7
65/11 65/12 65/14 65/18
75/16 78/14 88/1 88/10
88/15 88/23 89/1 89/5
days [6] 25/10 34/16
35/20 36/10 59/9 85/19
de [4] 2/11 2/14 2/17

2/20
dead [2] 9/5 75/1
deadline [4] 33/19 60/16
66/18 67/9
deadlines [1] 68/2
deal [3] 20/22 56/16
58/25
dealers [1] 75/15
death [3] 52/9 88/23
89/1
deceased [4] 19/15
30/19 41/4 75/25
deceive [2] 16/25 47/4
deceived [1] 31/2
December [13] 7/7 11/6
31/10 31/25 62/4 65/3
66/9 72/9 79/12 79/19
81/13 83/15 88/14
December 2013 [1] 66/9
December 2018 [1]
79/12
December 31st [10] 7/7
11/6 31/10 31/25 65/3
72/9 79/19 81/13 83/15
88/14
December 3rd [1] 62/4
deception [1] 73/17
deceptions [2] 43/16
43/20
deceptive [3] 79/10
83/17 87/8
decide [5] 64/22 64/23
64/24 64/24 73/16
decided [1] 53/20
decision [2] 64/20 72/5
decisions [1] 6/24
declaration [14] 23/24
24/11 25/7 34/9 37/3
41/15 68/4 68/9 77/25
81/1 81/7 81/9 83/3 87/8
declare [1] 50/10
declared [1] 61/15
decrypt [4] 9/6 9/14
84/9 84/11
decrypted [1] 9/20
84/23
decryption [2] 72/12
76/3
Deed [4] 78/10 78/12
78/17 78/23
deem [1] 68/9
deemed [3] 54/13 88/13
89/8
deeming [2] 55/1 69/12
deems [1] 88/6
deep [1] 15/14
default [6] 15/19 19/3
47/23 48/17 69/14 89/12
defeats [2] 12/3 16/16
defendant [19] 1/7 2/10
3/19 4/1 32/7 44/3 44/4
44/5 44/8 44/10 44/20
47/6 48/24 49/14 49/18
49/20 50/17 51/1 70/22
defendant's [2] 47/8
47/15

defendants [1] 67/19
defense [16] 3/6 3/17
4/18 4/20 15/9 15/18
15/18 34/5 34/5 38/20
52/1 58/19 58/22 59/6
68/6 88/16
defenses [11] 51/21
56/21 56/21 56/24 56/25
57/2 69/13 89/5 89/7
89/10 89/12
defensive [1] 76/16
deferred [2] 67/5 67/6
defies [1] 75/6
definition [1] 16/7
defraud [1] 59/10
delay [3] 13/6 13/7
83/17
deleted [1] 15/11
delicate [1] 60/11
deliver [1] 47/21
demeanor [2] 76/9
84/13
demonstrate [2] 10/1
74/21
demonstrated [4] 6/23
43/12 49/18 73/9
demonstrates [2] 11/22
45/11
demonstrating [1] 38/8
denied [3] 39/17 47/1
89/16
denies [4] 34/3 52/19
65/11 65/12
Denis [1] 38/2
deny [1] 55/10
denying [1] 52/20
depend [1] 73/18
dependent [1] 47/24
deposed [2] 62/11 66/20
deposition [20] 4/8
31/23 32/4 32/9 32/10
33/15 33/18 33/23 37/9
40/22 44/21 46/14 49/3
62/10 62/11 64/16 66/21
67/5 69/3 81/2
depriving [1] 54/5
described [1] 87/5
describing [1] 26/25
designated [4] 51/18
51/21 51/22 55/20
designations [1] 4/8
designed [3] 19/5 30/20
75/9
destroy [1] 40/25
detail [2] 73/19 76/12
detailed [1] 8/8
details [1] 81/11
deter [1] 69/19
determination [2] 16/13
63/1
determine [4] 17/9 19/4
55/23 62/16
determined [3] 11/13
11/16 17/22
deterrent [1] 56/15
detract [1] 14/6

develop [1] 88/11
developed [2] 48/11
88/23
developing [1] 37/2
development [1] 88/1
devices [6] 9/8 9/19
13/23 15/8 62/12 62/13
devoted [1] 74/6
diagram [1] 63/4
dictate [1] 17/1
didn't [17] 13/10 23/22
26/16 29/11 37/21 38/15
42/5 44/8 44/12 46/12
49/8 59/3 59/11 59/15
60/18 62/1 63/4
died [2] 38/8 65/18
differ [1] 73/4
difference [1] 25/2
different [7] 23/21
24/20 51/5 52/6 52/7
77/17 83/8
differently [1] 84/2
difficult [2] 20/6 66/7
difficulty [1] 12/24
digital [1] 75/10
digitally [2] 38/12 58/2
diligence [2] 44/5 70/11
direct [1] 78/1
Directing [1] 51/17
directly [6] 65/2 73/3
73/10 76/13 77/17 77/24
director [1] 40/3
disassociate [1] 75/18
disassociated [1] 8/9
disassociating [1] 8/22
disassociation [1] 8/19
disbelieved [1] 73/22
discarded [1] 9/9
discharging [1] 70/11
disclosed [1] 7/6
discover [1] 60/7
discovered [1] 13/25
discovering [1] 13/12
discovery [40] 9/17 9/18
14/2 15/6 16/6 17/14
18/22 31/3 41/19 44/17
44/17 44/24 45/5 46/12
52/2 60/6 60/8 60/10
60/16 60/22 60/23 60/24
61/10 61/22 61/24 62/6
62/21 65/20 66/4 67/8
69/9 69/18 69/19 79/10
79/11 82/17 83/7 85/19
86/6 87/5
discovery-related [1]
69/9
discredits [1] 34/6
discrepancies [1] 41/12
discretion [2] 69/21
71/24
discriminate [2] 60/14
60/18
discuss [3] 50/3 51/11
72/4
discussed [5] 66/3 69/11
73/8 83/20 85/16

**D**

**discussing [2]** 30/13 80/18
**discussion [1]** 50/23
**dishonest [1]** 39/7
**dishonesty [1]** 36/22
**dismiss [3]** 46/6 46/9 59/20
**disobedient [1]** 51/20
**dispute [2]** 47/18 65/5
**distilled [1]** 74/14
**distinguish [1]** 60/2
**district [6]** 1/1 1/1 40/5 48/16 69/21 70/20
**disturbing [1]** 82/15
**dive [1]** 15/14
**diversion [1]** 87/17
**divided [1]** 42/13
**divides [1]** 84/7
**docket [2]** 64/8 64/9
**docketed [1]** 64/10
**doctorate [1]** 21/2
**document [18]** 26/17 35/24 36/14 37/23 38/4 38/11 50/9 63/8 63/9 63/9 63/10 78/10 78/24 80/11 81/17 81/24 83/11 87/9
**documents [39]** 12/10 23/17 24/10 24/25 26/14 32/16 34/12 35/10 36/11 36/13 38/3 38/6 38/20 39/8 40/20 41/7 43/15 44/3 44/7 44/12 46/10 46/13 47/17 47/20 48/5 48/10 52/7 58/2 58/23 60/14 63/3 65/25 76/15 77/6 77/21 77/23 77/24 78/2 78/9
**does [13]** 11/23 15/1 25/13 25/16 33/12 47/8 62/4 71/18 72/11 76/3 78/25 79/2 83/23
**doesn't [12]** 16/6 16/11 19/18 36/24 39/7 42/17 51/8 57/20 62/19 73/12 76/5 77/14
**doing [3]** 29/18 29/19 83/17
**doll [1]** 84/6
**dollars [8]** 41/4 53/21 53/24 56/11 56/14 56/14 76/5 76/23
**dollars-worth [1]** 76/5
**don't [29]** 6/10 13/17 14/4 14/4 14/25 17/12 17/17 18/3 20/17 20/18 20/20 20/25 21/15 25/20 25/20 30/12 30/16 31/7 43/2 44/7 44/9 50/24 51/7 51/9 52/20 54/21 61/4 61/12 62/20
**done [16]** 11/1 11/8 13/19 13/20 13/23 14/18 15/8 20/1 41/2 42/24 48/8 55/15 57/24 60/5

60/16 62/9
**doubt [5]** 18/6 47/12 71/12 71/19 79/16
**down [5]** 23/5 23/10 32/15 35/17 54/3
**Dr [5]** 3/19 21/23 74/19 76/4 85/6
**Dr. [256]**
**Dr. Craig [2]** 3/6 4/1
**Dr. Edman [7]** 38/3 38/5 58/1 59/11 63/12 69/3 78/4
**Dr. Frankenstein [1]** 75/14
**Dr. Shamir's [2]** 84/22 84/22
**Dr. Wright [190]**
**Dr. Wright's [54]** 4/24 12/4 18/7 25/7 26/6 31/17 31/18 33/14 33/19 34/4 34/16 34/18 35/20 37/1 37/2 39/25 40/11 45/11 47/2 47/12 49/23 50/5 52/25 53/25 54/8 55/2 55/14 65/1 66/10 67/10 67/11 74/1 74/25 75/2 75/5 76/9 77/9 77/10 77/24 79/3 79/8 84/18 85/17 85/21 86/1 86/3 86/14 86/21 87/15 87/23 88/16 89/4 89/9 89/15
**draft [1]** 81/8
**drastic [3]** 47/13 48/14 49/22
**draw [1]** 86/1
**drill [1]** 54/2
**drug [1]** 75/15
**due [2]** 16/12 44/4
**during [8]** 11/15 13/24 26/20 31/24 32/6 58/20 66/20 81/22

**E**

**e-mail [15]** 1/19 6/5 6/13 30/22 37/13 37/17 37/17 37/22 38/1 39/5 52/12 57/7 63/3 81/25 81/25
**e-mails [3]** 12/10 40/11 53/11
**each [6]** 51/23 71/14 74/11 84/1 84/23 89/20
**earlier [8]** 9/21 9/22 39/13 40/22 42/1 66/3 68/13 80/18
**early [2]** 65/19 79/12
**ears [1]** 16/22
**eccentric [1]** 59/2
**edited [2]** 37/19 37/20
**Edman [7]** 38/3 38/5 58/1 59/11 63/12 69/3 78/4
**effort [5]** 7/2 9/25 19/12 74/16 79/9
**efforts [6]** 7/2 10/1 17/21 70/13 74/21 75/18

**egregious [1]** 36/18
**egregiousness [1]** 87/19
**eight [2]** 41/9 84/10
**eighth [1]** 89/5
**either [3]** 4/10 70/22 73/9
**electronic [3]** 9/8 10/22 63/4
**electronically [1]** 54/18
**elements [1]** 55/5
**Eleventh [4]** 48/18 73/6 73/19 76/7
**else [6]** 4/13 5/16 21/6 52/21 54/4 78/3
**embedded [1]** 38/11
**embraced [1]** 51/18
**employed [3]** 70/10 70/22 85/3
**encrypt [2]** 76/1 85/13
**encrypted [16]** 7/13 9/3 9/10 9/13 13/9 18/7 19/17 36/6 41/9 68/14 72/10 75/3 75/21 75/23 78/15 83/25
**encryption [5]** 75/22 84/2 84/4 84/7 84/20
**end [12]** 17/3 36/5 46/8 62/22 66/9 66/14 67/18 75/19 77/14 81/13 81/21 87/2
**ended [1]** 44/8
**enforced [2]** 21/8 22/5
**engage [1]** 18/10
**engaged [2]** 17/21 75/16
**engaging [1]** 69/19
**England [1]** 23/25
**enough [2]** 56/13 56/13
**ensure [3]** 45/7 70/1 87/20
**enter [3]** 55/19 89/11 89/21
**entered [3]** 47/22 48/17 88/10
**enthusiasm [1]** 60/2
**entire [2]** 12/15 41/1
**entitled [4]** 16/14 32/3 89/19 91/16
**entry [2]** 64/8 64/9
**entry 210 [1]** 64/8
**entry 217 [1]** 64/9
**equally [4]** 50/11 85/12 88/24 89/2
**equations [1]** 84/24
**equity [1]** 65/16
**erased [1]** 19/18
**ESQ [7]** 2/2 2/5 2/8 2/10 2/13 2/16 2/19
**essence [1]** 84/5
**essentially [2]** 8/3 19/4
**established [4]** 51/19 54/15 55/21 88/7
**establishes [2]** 84/17 87/6
**estate [3]** 3/5 57/18
**et [2]** 1/3 21/1
**et cetera [1]** 21/1

**ethically [1]** 86/19
**evasion [1]** 86/25
**evasive [1]** 76/13
**even [28]** 9/22 11/15 15/7 15/9 17/17 19/8 20/6 20/21 20/24 32/18 33/12 38/15 39/20 40/24 41/20 47/4 53/18 56/14 60/20 61/2 62/3 62/10 62/11 62/14 62/24 62/24 79/3 86/20
**events [1]** 64/14
**ever [8]** 32/7 32/25 33/2 33/4 33/7 56/16 57/6 77/1
**every [8]** 15/3 16/2 39/24 53/3 60/9 60/22 60/23 63/13
**everybody [2]** 19/23 61/1
**everyone [4]** 3/2 5/17 53/15 64/5
**everyone's [1]** 30/8
**everything [9]** 5/10 10/3 11/9 20/23 22/20 29/18 49/12 59/1 69/13
**evidence [75]** 4/10 4/20 4/22 8/4 10/25 11/22 11/22 12/2 12/17 15/24 16/15 17/10 19/6 21/15 21/18 21/20 36/20 38/23 43/12 45/25 47/8 48/17 48/20 49/11 49/13 49/25 50/15 51/22 53/4 53/18 55/9 57/23 60/3 63/21 69/16 70/9 71/1 71/1 71/5 71/5 71/16 71/18 71/22 72/6 72/8 72/12 73/5 73/9 73/11 75/6 76/15 76/20 77/6 77/20 77/23 78/1 78/3 78/20 78/23 78/25 79/2 79/6 79/7 81/5 83/10 83/24 84/14 84/15 84/17 85/20 85/24 85/25 87/6 87/14 87/24
**evidences [1]** 57/4
**evidentiary [20]** 1/10 7/11 10/20 10/21 10/24 12/3 18/4 18/8 18/10 75/10 75/12 79/12 80/12 81/2 81/22 82/9 82/15 82/24 83/2 85/23
**evil [1]** 75/14
**exactly [9]** 7/8 14/11 17/11 23/15 28/25 35/12 52/11 58/11 61/4
**examination [5]** 10/23 12/8 37/16 39/10 39/24
**example [2]** 25/24 78/10
**excellent [2]** 22/19 76/11
**exception [1]** 43/5
**excerpts [1]** 64/17
**exchange [1]** 65/16
**exclement [1]** 11/3
**exclude [1]** 85/2

**excluded [1]** 49/11
**excuses [1]** 76/19
**executed [2]** 35/24 81/18
**exercise [1]** 71/24
**exhibit [4]** 36/14 36/15 36/16 52/9
**exhibit 1 [1]** 36/14
**exhibit 14 [1]** 52/9
**exhibit 23 [1]** 36/16
**exhibit 9 [1]** 36/15
**exhibits [3]** 4/7 46/25 64/15
**exist [6]** 37/21 44/7 44/8 44/9 49/8 83/24
**existed [3]** 31/25 65/11 84/10
**existence [4]** 27/5 53/4 83/11 88/7
**exists [5]** 79/3 79/4 84/15 84/15 84/17
**expect [1]** 48/13
**expected [1]** 79/20
**expense [1]** 69/18
**expenses [1]** 89/20
**experience [1]** 75/7
**expert [4]** 12/7 41/19 41/19 63/2
**experts [1]** 15/11
**explain [13]** 6/25 20/5 20/6 20/20 23/15 24/10 26/11 26/15 27/7 34/22 41/12 68/22 71/14
**explained [14]** 7/24 8/9 8/18 9/2 10/11 13/4 14/17 14/19 20/7 25/22 37/4 53/22 83/1 84/1
**explaining [1]** 8/5
**explanation [14]** 7/1 7/10 8/8 11/3 14/8 14/23 15/5 20/2 25/20 26/3 26/4 26/7 26/17 26/21
**explanations [1]** 12/17
**expose [1]** 58/3
**exposed [2]** 46/7 46/23
**expressly [1]** 39/17
**extend [1]** 33/18
**extended [3]** 44/18 50/16 87/18
**extends [1]** 33/19
**extension [5]** 34/17 35/7 44/17 68/6 81/8
**extent [1]** 83/11
**extra [1]** 35/5
**extraordinarily [1]** 54/1
**Exxon [1]** 16/22

**F**

**F.App'x [1]** 48/21
**F.Supp.3d [1]** 47/23
**fabricate [1]** 49/24
**fabricated [2]** 48/20 76/16
**fabricates [1]** 41/13
**fabricating [1]** 49/19
**fabrications [1]** 78/2
**face [3]** 48/17 57/11

**F**

face... [1] 77/15
facially [1] 35/8
facie [2] 44/24 70/6
fact [37] 7/16 8/6 9/6 9/7
9/19 10/8 11/8 13/20
14/12 14/14 14/19 15/6
17/6 17/12 17/13 17/14
18/21 20/2 29/1 30/15
35/3 37/24 38/3 38/19
41/17 44/5 45/22 47/4
54/1 55/20 61/18 71/6
72/15 73/18 78/6 79/14
87/23
fact-finder [1] 71/6
factors [1] 76/7
facts [16] 9/11 15/23
16/9 44/21 48/1 48/23
51/18 61/16 61/18 69/12
70/20 71/25 88/7 88/18
88/21 89/8
factual [6] 55/10 71/7
72/5 77/11 77/17 79/25
fail [2] 45/7 70/1
failed [5] 19/7 44/3
59/25 65/17 70/6
failing [1] 45/10
fails [1] 25/19
failure [6] 19/6 44/11
45/5 45/6 62/1 69/23
fair [5] 18/4 21/21 50/6
58/18 58/19
fairly [1] 59/2
faith [13] 7/2 10/1 14/3
19/21 43/13 45/6 45/14
45/15 60/19 69/24 70/12
74/21 87/15
fake [1] 57/4
false [10] 23/1 23/4 48/4
79/4 79/8 80/6 81/7 86/9
86/25 87/8
falsify [2] 49/13 78/4
father [1] 13/21
fault [1] 82/20
favorable [1] 76/10
February [2] 13/11
78/14
February 10th [1] 78/14
federal [4] 13/3 61/17
69/6 88/5
fee [2] 18/14 19/1
feel [4] 5/18 61/2 62/18
62/19
fees [10] 56/5 56/12
56/12 56/15 69/7 69/10
72/1 86/16 87/22 89/20
field [2] 37/19 37/20
fifth [2] 72/24 89/4
fight [2] 44/6 44/9
file [41] 7/13 8/10 8/17
8/23 9/3 9/6 9/14 9/14
10/22 13/9 18/7 33/19
36/6 40/1 41/9 41/13
41/13 41/14 41/14 41/17
41/20 41/22 63/4 67/7
68/14 72/10 75/4 75/21

75/23 76/1 78/16 81/8
83/21 83/23 83/25 84/3
84/9 84/10 84/11 84/14
84/17
filed [11] 4/8 22/22
32/10 46/20 64/17 67/5
67/11 67/19 68/8 68/13
68/18
files [9] 9/8 13/17 15/11
19/16 35/21 36/10 38/12
40/18 84/1
filing [3] 66/18 67/2
87/8
filings [1] 64/11
filter [2] 74/5 74/17
filters [1] 74/2
finally [2] 35/10 35/11
finder [3] 71/6 72/15
78/6
finding [6] 18/19 47/5
69/23 70/25 77/5 79/5
findings [6] 30/15 71/14
85/5 88/18 89/22 91/7
fine [1] 64/18
first [38] 5/2 7/5 7/10
7/21 8/11 10/5 10/18
10/20 14/18 15/2 17/3
17/9 20/7 27/23 28/9
29/2 32/12 33/14 33/20
38/22 40/22 44/22 45/21
46/4 46/5 47/3 53/15
60/16 64/22 65/22 65/23
68/13 71/15 72/17 80/1
82/10 82/16 89/9
first-time [1] 45/21
five [4] 30/2 36/10 38/11
54/24
five-minute [1] 30/2
FL [6] 2/4 2/7 2/12 2/15
2/18 2/21
flew [1] 26/13
Flexner [3] 2/2 2/5 2/8
flipped [1] 57/16
FLORIDA [4] 1/1 1/7
1/18 48/16
flowing [1] 31/1
fly [2] 23/25 35/20
flying [1] 35/4
focus [4] 31/7 31/9
31/11 51/14
followed [1] 10/13
following [12] 6/25 30/6
32/11 32/20 51/16 54/9
54/14 55/20 64/4 71/14
80/7 88/20
font [2] 38/11 57/5
force [1] 22/7
forceful [2] 85/7 86/4
foreclosed [1] 15/18
foregoing [1] 91/14
foremost [1] 17/9
forensic [3] 9/20 15/11
78/23
forensically [1] 60/15
forge [1] 47/19
forged [10] 31/2 36/20

38/4 39/9 48/10 48/17
57/23 63/2 63/5 77/22
forger [1] 39/23
forgeries [9] 31/4 38/19
38/20 43/16 43/20 46/22
46/24 50/15 58/3
forgery [6] 37/17 38/11
38/17 39/18 39/18 39/20
forget [1] 73/14
form [2] 6/12 19/25
formal [2] 35/24 81/17
formation [1] 34/12
formed [2] 78/22 81/20
forming [1] 78/17
Forsberg [1] 48/20
forth [2] 23/21 44/11
forthwith [1] 70/20
forum [1] 46/11
forward [3] 31/21 32/4
50/24
foul [1] 67/6
found [8] 31/24 43/23
45/24 59/21 59/21 74/16
86/10 87/24
fourth [3] 72/3 72/23
89/4
framework [1] 71/13
Frankenstein [1] 75/14
Franklin [4] 1/17 91/13
91/19 91/20
frankly [1] 48/12
fraud [3] 31/12 46/5
50/16
frauds [1] 88/17
fraudster [1] 59/24
fraudulent [7] 48/4
77/22 78/5 78/6 78/8
78/24 87/9
Freedman [13] 2/2 3/9
3/11 4/13 5/9 29/20
29/24 30/9 58/4 59/19
69/11 89/24 91/5
freezing [1] 21/4
Friday [1] 37/24
friend [1] 9/7
frightening [1] 61/18
front [2] 19/23 60/3
full [10] 7/6 7/11 13/12
17/19 19/12 20/19 23/5
34/20 50/16 63/16
full-day [1] 7/11
fuller [1] 13/15
fully [11] 20/6 23/12
27/10 62/13 64/19 68/9
71/14 73/8 82/19 86/24
89/22
fulsome [1] 34/20
further [12] 9/12 11/14
47/5 49/20 58/5 65/12
70/21 74/14 81/13 81/14
88/20 89/23
future [2] 81/19 87/20

**G**

Gables [3] 2/12 2/15
2/18

gain [1] 49/13
game [2] 19/5 58/18
gather [2] 26/14 45/25
gave [8] 38/23 49/4
56/22 57/23 68/6 75/24
80/23 81/8
Gavin [1] 41/11
general [2] 15/19 61/20
generally [1] 45/3
generate [2] 9/15 10/10
generated [1] 57/5
Genesis [1] 41/13
gets [1] 41/6
getting [2] 26/20 60/15
girl [1] 5/12
give [12] 4/14 15/2
22/10 24/9 29/20 33/25
33/25 53/17 53/21 54/17
74/23 79/16
given [6] 21/3 31/15
48/25 68/22 81/25 87/18
gives [1] 76/23
giving [1] 87/9
glance [1] 19/22
global [1] 22/5
gloss [1] 59/18
goal [1] 51/24
goes [1] 52/2
going [23] 19/2 19/2
28/7 28/8 28/11 28/13
29/9 32/15 35/11 37/6
37/7 42/5 46/2 49/14
51/8 57/11 57/18 58/11
58/21 59/3 61/4 63/25
85/8
gone [2] 32/1 47/21
good [37] 3/2 3/11 3/13
3/14 3/16 3/18 3/20 3/21
3/25 4/2 4/3 4/5 6/17
6/18 7/2 9/7 10/1 14/2
19/21 20/14 20/15 22/1
29/7 29/16 35/16 42/12
56/19 58/12 60/8 60/18
60/19 62/19 64/5 70/12
72/23 74/21 77/3
good-faith [1] 74/21
Goodman [2] 44/1 44/19
got [11] 31/13 35/6 43/3
43/3 56/21 56/21 56/23
56/23 56/24 56/25 66/22
gotten [1] 15/8
governed [1] 24/25
Graham [1] 44/1
granted [2] 89/17 89/18
granting [1] 6/11
grants [2] 35/7 36/25
gravity [3] 18/19 31/11
62/25
great [3] 29/19 56/7
56/16
grounds [1] 79/23
guess [1] 35/1

**H**

hacked [3] 38/20 38/25
76/18

hadn't [1] 66/11
half [3] 15/20 60/5 62/9
handed [1] 51/1
happen [3] 57/20 59/3
59/15
happened [1] 61/13
happening [1] 14/1
happens [3] 22/9 62/6
62/6
harassed [1] 48/25
hard [3] 41/6 44/9 60/1
harm [2] 16/22 67/6
hash [1] 84/3
hasn't [6] 17/7 17/14
21/14 37/4 37/4 53/8
haven't [11] 15/8 22/12
45/25 60/11 61/5 62/10
62/10 62/11 62/12 62/14
66/24
having [10] 3/7 11/13
11/16 12/24 23/5 25/9
26/2 76/18 79/23 85/8
he'd [2] 21/22 68/10
he's [19] 12/24 13/1 15/1
15/2 16/13 25/11 26/12
36/11 37/6 37/7 38/22
57/1 57/11 57/12 57/13
57/15 57/16 57/24 71/16
healthy [1] 5/9
hear [10] 4/23 16/3 19/2
20/12 21/19 27/23 29/11
29/20 31/8 62/1
heard [2] 30/19 69/1
hearing [23] 1/10 7/11
10/20 10/21 10/25 12/3
18/4 34/17 34/18 35/10
37/15 52/12 64/16 67/8
68/23 68/24 69/4 79/12
79/20 81/2 81/22 82/9
82/24
hearings [7] 31/22 31/24
64/12 66/4 67/25 85/20
86/17
heart [3] 22/20 52/3
60/11
heavily [1] 38/18
held [23] 6/22 22/24
23/16 23/17 23/20 24/21
25/23 26/1 26/5 27/11
48/22 49/10 52/5 52/14
52/15 55/22 57/8 57/10
57/13 68/24 81/12 83/15
83/21
hell [1] 33/12
help [4] 8/10 9/6 30/12
54/17
helpful [2] 43/4 43/23
here [28] 3/4 13/1 16/23
16/24 22/14 31/14 34/19
35/15 36/17 37/1 41/21
45/9 52/1 54/18 57/1
57/22 58/14 61/11 61/13
63/6 63/20 68/19 69/1
70/3 70/15 77/10 83/9
86/12
here's [1] 18/5

**H**

**heroin** [1] 8/14
**hesitate** [2] 39/8 60/20
**hide** [1] 16/25
**hierarchical** [2] 75/21 84/2
**high** [4] 10/3 17/3 17/15 18/23
**high-end** [1] 17/3
**high-level** [1] 10/3
**highest** [1] 19/3
**highly** [3] 18/6 53/6 71/7
**HIGHSECURED** [2] 36/15 38/16
**hijacked** [1] 75/14
**himself** [11] 8/9 8/22 14/24 36/3 39/19 40/7 41/21 52/7 53/2 75/13 75/16
**historical** [1] 67/24
**history** [1] 38/17
**hold** [5] 32/16 33/4 70/16 80/4 81/12
**holder** [1] 36/2
**holding** [3] 32/18 52/8 52/20
**holdings** [32] 7/7 11/5 23/3 23/16 23/19 27/5 27/16 28/4 28/16 28/17 28/18 29/6 31/5 31/10 31/17 48/9 55/6 66/17 66/22 67/10 67/24 68/2 72/9 74/1 75/5 79/14 79/18 79/22 82/13 83/11 83/23 85/10
**holds** [1] 7/8
**home** [1] 5/10
**honest** [1] 47/25
**Honor** [103]
**HONORABLE** [1] 1/11
**honored** [1] 19/23
**hope** [3] 5/9 76/2 86/12
**hoping** [1] 57/24
**horrible** [1] 29/17
**hours** [3] 35/4 41/25 74/7
**house** [1] 9/9
**housekeeping** [1] 5/21
**however** [2] 50/8 83/20
**huh** [1] 28/10
**human** [1] 75/15
**hypersensitive** [2] 35/2 41/16
**hypothesis** [1] 72/13

**I**

**I'd** [6] 16/1 20/12 20/16 24/9 31/13 43/21
**I'll** [10] 3/8 20/24 21/19 22/6 24/9 29/20 30/2 36/22 64/1 72/4
**I'm** [36] 4/7 5/15 12/13 13/16 14/5 20/19 20/20 20/23 20/25 21/2 21/3 21/17 21/18 21/19 22/1 22/8 22/11 28/8 28/8
28/13 34/19 43/10 46/2 60/23 61/5 63/25 64/19 64/20 66/6 67/19 71/2 77/8 79/1 84/16 86/7 88/9
**I've** [9] 11/8 21/3 21/5 29/3 29/5 45/13 64/18 82/11 83/20
**I.D** [2] 37/23 40/13
**I.D.s** [1] 36/3
**idea** [3] 82/16 85/12 86/5
**ideal** [1] 18/21
**identification** [1] 15/10
**identified** [3] 74/8 74/13 78/11
**identifies** [3] 14/19 36/3 36/4
**identify** [11] 28/18 28/24 52/25 65/20 66/13 72/9 74/14 75/4 76/24 82/6 83/14
**identifying** [3] 28/17 28/19 34/10
**identity** [1] 68/4
**ii** [2] 51/16 55/8
**imaging** [1] 60/15
**imminent** [1] 62/14
**immutable** [1] 53/4
**impede** [1] 79/9
**imply** [1] 18/17
**importance** [2] 16/21 22/21
**important** [13] 11/5 12/14 13/22 14/9 15/6 15/7 16/4 16/7 16/23 22/14 24/7 36/25 73/18
**importantly** [2] 14/22 59/5
**impose** [7] 17/17 18/1 45/4 47/11 69/21 72/3 87/21
**imposed** [4] 17/20 47/13 69/22 85/9
**imposing** [1] 18/25
**impossibility** [7] 4/24 12/3 12/11 16/16 34/5 34/6 70/8
**impossible** [6] 7/16 9/4 32/7 45/1 45/19 70/9
**imprecise** [1] 83/8
**impress** [2] 72/17 76/9
**impression** [2] 80/6 80/8
**inability** [9] 6/23 11/20 11/25 12/11 12/18 15/22 16/19 40/1 75/4
**inaccuracy** [1] 42/8
**inaccurate** [2] 42/17 42/21
**inaccurately** [1] 73/15
**inadequate** [1] 70/1
**incapable** [2] 67/23 72/7
**include** [2] 18/4 21/9
**included** [2] 41/15 81/18
**includes** [3] 38/6 61/4 61/19
**including** [12] 18/25 21/1 24/11 30/21 34/14 64/11 64/16 68/3 69/14 81/24 85/25 87/7
**inclusive** [2] 10/17 17/5
**incomplete** [1] 24/4
**inconceivable** [1] 76/6
**inconsistent** [7] 68/12 73/10 73/21 80/23 85/6 88/18 89/7
**incorrectly** [1] 42/24
**incredible** [3] 61/18 85/12 85/22
**incredibly** [1] 86/22
**incredulous** [1] 8/23
**Indeed** [1] 49/4
**independent** [1] 64/14
**indexing** [1] 85/1
**indicates** [1] 37/3
**indicating** [2] 76/15 78/23
**indirect** [3] 70/17 70/19 71/11
**indirectly** [1] 65/2
**Inexplicably** [1] 52/16
**infer** [1] 49/12
**inference** [3] 74/18 78/8 86/1
**inferences** [1] 74/24
**Info** [1] 3/6
**information** [54] 9/5 9/8 9/14 9/16 9/20 9/21 9/25 10/7 10/9 10/11 10/13 11/4 11/7 11/11 11/11 11/18 11/23 11/23 12/1 13/22 14/15 15/5 15/12 15/15 15/15 17/11 17/13 17/15 17/22 18/24 23/11 24/14 28/7 30/25 31/15 34/7 34/23 53/5 53/17 53/25 56/20 60/9 60/24 61/3 62/3 62/22 66/8 79/17 79/21 80/13 80/13 80/15 83/19 83/22 86/24
**informed** [1] 6/1
**inimical** [1] 86/8
**initial** [2] 31/16 70/5
**initially** [1] 60/8
**initials** [1] 37/18
**injected** [1] 82/16
**innocent** [1] 73/16
**inquire** [1] 62/13
**inserting** [1] 84/23
**instances** [1] 47/6
**instead** [5] 12/8 36/19 70/18 82/3 82/25
**instructed** [1] 35/18
**instruction** [4] 10/2 10/14 73/7 73/20
**insufficient** [1] 85/23
**integrity** [3] 35/14 49/21 51/1
**intellectual** [4] 65/6 65/16 88/11 88/22
**intended** [2] 80/5 80/7
**intent** [2] 59/10 83/9
**intention** [1] 48/3
**intentional** [3] 45/12 55/14 73/17
**intentionally** [3] 79/4 81/7 83/17
**intentions** [2] 15/21 16/25
**interest** [3] 65/12 65/15 72/21
**International** [2] 36/5 78/18
**interposed** [1] 65/24
**interrogatories** [1] 65/22
**interrupt** [1] 43/11
**intimate** [2] 82/1 82/22
**introduced** [1] 64/15
**introducing** [1] 51/22
**invented** [2] 56/16 59/1
**invention** [2] 8/13 8/22
**investigating** [1] 77/9
**investigation** [4] 49/5 77/8 77/12
**Investments** [2] 36/5 78/18
**invoice** [2] 36/15 38/16
**involvement** [1] 75/17
**involving** [1] 21/6
**IRA** [10] 1/3 3/4 13/17 30/22 52/13 53/11 57/8 57/13 62/11 65/21
**irrelevant** [1] 76/14
**isn't** [2] 24/14 73/13
**issue** [37] 6/22 8/2 8/2 12/15 13/2 13/24 14/5 14/6 15/25 16/1 16/2 16/4 16/5 16/6 17/20 18/5 19/13 20/8 21/7 23/2 23/13 27/3 28/2 28/9 30/20 39/3 48/18 48/20 52/23 54/12 59/8 59/16 59/19 59/22 60/22 66/21 72/5
**issued** [2] 22/7 44/14
**issues** [4] 13/16 16/8 34/3 34/25
**it's** [63] 4/24 4/25 6/7 6/7 6/8 6/9 6/15 6/25 11/21 12/13 14/9 15/7 16/4 16/7 19/2 21/21 22/14 24/3 26/3 26/3 26/11 28/12 29/25 31/25 34/4 34/5 35/8 37/20 37/21 38/17 39/18 39/20 41/10 41/24 41/25 42/1 42/2 42/3 42/8 43/24 43/25 47/13 54/20 54/21 56/12 56/13 56/15 56/15 56/16 57/17 58/18 60/1 60/8 61/1 61/2 61/4 61/9 61/21 63/25 66/8 66/12 84/2 84/6
**itself** [5] 25/10 25/14 62/20 78/24 81/4

**J**

**jail** [1] 85/8
**January** [8] 9/17 9/23 15/6 18/24 19/1 20/24 62/4 62/22
**January 2020** [2] 9/17 15/6
**January 31st** [2] 19/1 62/4
**job** [1] 29/19
**join** [1] 46/18
**joint** [4] 50/11 55/5 61/20 88/14
**jointly** [3] 52/5 88/24 89/2
**judge** [17] 1/12 6/4 39/3 44/1 44/1 44/19 47/1 47/4 47/22 48/22 49/10 49/15 60/6 70/20 71/21 71/25 77/16
**judges** [2] 21/7 22/4
**judgment** [5] 15/20 19/4 46/21 69/14 89/13
**judicata** [2] 56/24 89/13
**judicial** [3] 49/21 64/13 86/9
**July** [2] 65/19 65/22
**juncture** [1] 11/21
**June** [14] 10/19 13/7 18/12 27/24 29/11 37/8 37/13 63/3 64/9 68/24 69/2 81/14 82/24 89/17
**June 14th** [1] 64/9
**June 2011** [2] 63/3 81/14
**June 24th** [1] 37/13
**June 28th** [8] 10/19 13/7 18/12 27/24 29/11 37/8 69/2 82/24
**June 3rd** [1] 89/17
**jurisdiction** [1] 59/21
**jury** [7] 16/12 55/23 57/17 61/17 62/18 73/6 73/20
**just** [45] 5/21 6/7 6/12 11/9 13/10 19/22 21/11 22/11 23/22 29/3 34/21 35/3 35/5 42/17 42/21 42/22 43/3 43/10 44/14 44/15 44/16 45/13 45/17 45/24 45/25 49/8 50/3 50/7 50/18 50/19 50/24 54/17 54/21 55/12 55/17 55/24 56/15 58/18 59/3 59/11 60/18 61/24 62/15 65/25 66/9
**justice** [4] 19/10 47/16 47/21 59/6
**justified** [3] 50/6 61/19 62/6
**justify** [1] 63/19

**K**

**Kass** [3] 2/13 3/25 4/2
**Kaufman** [1] 72/14
**keep** [4] 8/17 16/23

**K**

**keep... [2]** 30/20 41/6
**keeps [1]** 61/1
**kept [1]** 52/17
**key [20]** 36/3 38/9 39/15
40/13 41/1 41/8 44/21
54/6 75/25 84/2 84/4
84/7 84/8 84/8 84/9
84/10 84/20 84/23 85/1
85/5
**keys [22]** 20/25 24/14
24/21 24/24 25/15 26/3
32/16 33/4 33/7 36/7
37/3 37/5 41/3 53/21
68/15 68/16 72/12 75/20
76/3 78/16 81/4 82/2
**kid [1]** 59/2
**kidding [1]** 60/23
**kind [7]** 8/21 11/24
18/19 19/9 20/3 63/15
63/19
**kit [1]** 61/21
**KLEIMAN [37]** 1/3 3/4
3/5 9/4 9/7 9/9 36/2
36/13 37/12 37/16 38/6
38/7 39/12 40/8 40/22
50/12 52/5 53/11 55/22
56/22 57/4 57/6 57/11
58/25 62/12 65/8 65/11
65/12 65/14 65/18 75/16
75/25 78/14 88/1 88/10
88/15 89/6
**Kleiman's [9]** 8/10 9/19
13/21 13/22 57/18 59/3
65/21 88/23 89/1
**knew [6]** 13/8 13/8
33/15 36/18 40/23 79/13
**know [19]** 19/2 19/13
20/24 21/15 26/24 26/25
29/8 30/12 30/18 32/18
34/25 35/15 36/21 40/24
41/3 45/16 50/24 61/4
80/3
**knowing [1]** 30/25
**knowingly [1]** 87/9
**knowledge [3]** 32/13
35/22 82/23
**knowledgeable [1]**
68/23
**known [3]** 41/10 42/2
72/14
**knows [5]** 3/23 37/3
39/18 53/15 54/4
**Kyle [2]** 2/8 3/12

**L**

**lack [3]** 31/15 83/2
84/13
**lapse [1]** 73/16
**large [4]** 52/16 53/12
57/15 60/3
**last [6]** 4/6 5/2 5/10
14/18 22/21 29/21
**latches [1]** 89/13
**later [15]** 8/18 9/19
18/16 22/24 26/24 34/16

35/21 36/10 36/21 36/22
37/10 46/11 48/5 72/4
80/19
**latter [1]** 75/13
**law [2]** 19/5 30/15
**lawful [1]** 71/3
**lawsuit [2]** 49/11 52/13
**lawyer [2]** 58/12 62/8
**lawyers [4]** 25/10 35/16
35/17 35/20
**layer [1]** 84/20
**leap [1]** 15/17
**learned [1]** 23/11
**learning [1]** 20/22
**least [3]** 57/8 70/14
79/12
**leave [4]** 35/9 50/8 55/23
89/12
**ledger [2]** 53/3 78/13
**left [3]** 16/16 60/5 60/6
24/22 26/4 40/20 47/24
65/24 69/5 77/11 79/23
89/6
**lengthy [1]** 85/20
**Leon [4]** 2/11 2/14 2/17
2/20
**less [4]** 48/15 49/22 51/7
51/9
**lesser [7]** 45/7 45/16
45/17 47/14 69/25 87/19
88/8
**let [16]** 3/7 5/1 22/22
23/25 29/20 31/20 56/18
59/13 59/14 62/17 62/20
62/21 62/21 73/24 74/25
86/5
**Let's [1]** 30/7
**letter [4]** 5/23 5/24 6/7
6/11
**letting [1]** 21/18
**level [2]** 10/3 71/19
**lie [2]** 41/13 49/24
**lies [1]** 35/1
**life [1]** 75/7
**light [8]** 13/20 14/12
15/6 17/6 17/9 17/14
18/21 62/25
**lightly [1]** 12/14
**likely [1]** 69/16
**limitations [2]** 56/24
89/13
**limited [2]** 8/2 16/6
18/1 18/14 27/20 66/17
74/3 74/23 78/14 78/18
78/19 78/21
**line [3]** 6/4 14/25 63/4
**linear [1]** 84/24
**lines [1]** 12/9
**list [42]** 6/21 7/15 7/20
8/5 10/4 10/10 10/16
10/16 10/17 10/18 11/1
11/8 15/3 17/4 17/4 17/5
31/10 31/23 32/5 32/8
33/25 34/1 36/23 41/24
48/9 57/12 57/16 57/17

66/1 66/9 66/12 66/13
66/17 67/12 68/1 78/15
79/18 82/10 82/12 82/13
83/1 83/5
**listing [10]** 27/16 31/5
52/25 65/25 66/5 66/7
66/16 67/23 68/1 79/13
**literally [1]** 26/19
**litigant [1]** 19/6
**litigants [2]** 47/25 49/12
**litigated [1]** 53/5
**litigation [7]** 41/18
57/13 62/8 62/13 77/18
77/22 87/13
**little [1]** 32/15
**LLC [1]** 3/6
**LLP [7]** 2/2 2/5 2/8 2/11
2/14 2/17 2/20
**located [1]** 37/18
**location [4]** 27/3 27/4
34/10 52/22
**locked [1]** 43/17
**lodged [1]** 13/1
**London [6]** 26/13 35/4
35/17 35/20 68/7 74/4
**long [5]** 6/12 50/23
57/25 76/24 82/24
**longer [1]** 16/14
**looked [1]** 27/15
**looking [3]** 16/24 27/8
28/4
**loose [1]** 63/18
**lose [5]** 16/11 49/13
62/20 76/4 76/23
**losses [1]** 70/24
**lost [3]** 55/8 79/23 85/15
**lot [8]** 13/25 15/13 23/11
44/2 58/13 59/7 60/13
62/8
**lots [2]** 28/23 56/25
**LTD [2]** 36/1 40/2

**M**

**MAGISTRATE [1]**
1/12
**mail [16]** 1/19 6/4 6/5
6/13 30/22 37/13 37/17
37/17 37/22 38/1 39/5
52/12 57/7 63/3 81/25
81/25
**mails [3]** 12/10 40/11
53/11
**main [2]** 2/9 19/16
**majority [1]** 75/12
**makes [11]** 7/24 12/20
32/10 36/25 41/25 42/17
42/19 44/24 45/14 48/12
56/19
**making [3]** 35/14 79/24
85/5
**man [1]** 58/23
**manipulate [1]** 47/19
**manner [10]** 9/13 20/3
24/20 25/21 25/23 26/2
26/4 28/17 34/22 56/1
**mantra [1]** 16/3

**manufactured [2]** 49/6
49/11
**marathon [1]** 61/1
**March [8]** 13/11 27/25
31/22 34/2 66/4 67/10
67/11 67/21
**March 14th [3]** 66/4
67/10 67/21
**March 18th [1]** 67/11
**March 3rd [1]** 34/2
**markets [1]** 8/15
**Markoe [4]** 2/19 4/4 4/5
67/2
**Marmion [1]** 47/3
**massive [1]** 14/2
**master [2]** 82/5 83/12
**material [1]** 73/11
**materials [2]** 66/1 68/3
**math [1]** 42/12
**matter [8]** 5/21 22/9
59/21 64/7 77/15 82/17
87/3 91/16
**matters [4]** 51/18 51/22
55/1 73/11
**May 14th [3]** 79/17
79/19 79/23
**May 7th [1]** 68/10
**May 8th [5]** 68/10 77/25
80/25 81/6 83/3
**maybe [1]** 6/4
**mazel [1]** 5/13
**McGovern [17]** 2/10
3/19 3/20 4/23 5/3 6/16
22/16 22/18 29/17 56/19
58/8 63/24 68/21 80/18
90/1 91/4 91/6
**me [35]** 3/7 4/14 6/3
20/22 21/9 21/20 21/24
22/20 22/22 24/6 24/10
24/13 24/16 25/16 26/11
29/8 29/9 29/20 30/19
46/3 51/10 54/19 56/18
66/23 67/20 70/14 70/16
71/18 72/5 72/17 73/24
74/25 76/9 77/19 83/24
**mean [13]** 14/4 16/7
24/2 24/3 33/13 42/4
42/4 51/6 51/8 60/24
62/5 62/19 73/12
**meaning [1]** 69/16
**meaningless [5]** 27/24
40/20 82/11 82/14 83/5
**measure [1]** 88/5
**meet [4]** 68/7 81/9 85/23
86/2
**memory [3]** 72/23 73/16
76/11
**men [1]** 75/1
**mentioned [4]** 22/21
29/2 44/22 61/6
**mentions [1]** 44/6
**mere [2]** 20/2 39/2
**merely [3]** 23/5 49/11
79/18
**Merit [1]** 91/13
**merits [2]** 11/24 62/11

**message [2]** 39/14 62/25
**messages [1]** 49/9
**Mestre [5]** 2/11 2/14
2/17 2/20 35/14
**met [5]** 21/21 68/10
71/15 74/9 81/10
**metadata [2]** 12/9 37/23
**Miami [3]** 2/4 2/7 2/21
**Microsoft [1]** 38/12
**might [3]** 19/25 30/13
77/4
**million [3]** 56/14 75/11
85/13
**mince [1]** 25/20
**mind [2]** 16/23 71/6
**minded [1]** 55/18
**mindful [4]** 16/21 55/13
73/12 86/7
**mine [4]** 21/9 57/17
58/20 88/12
**mined [20]** 11/14 26/6
26/7 30/24 35/24 36/7
52/5 52/19 53/15 65/9
65/13 74/11 75/11 81/12
81/15 81/19 88/4 88/13
88/15 88/25
**minimal [1]** 55/2
**minimum [1]** 55/18
**mining [2]** 61/20 88/2
**minute [6]** 4/14 30/1
30/2 36/17 41/23 73/8
**misapplied [1]** 43/6
**miscommunication [2]**
26/10 60/21
**misleading [2]** 79/25
83/18
**misrepresentations [6]**
31/3 31/6 37/1 37/7 39/8
80/17
**misrepresented [1]**
44/20
**missing [3]** 20/18 42/2
42/23
**misstated [1]** 73/15
**misstatement [1]** 73/18
**mistake [1]** 73/12
**mistaken [1]** 82/2
**mistakenly [1]** 6/3
**misunderstanding [2]**
60/21 67/1
**misused [1]** 8/14
**mitigating [1]** 16/21
**modification [1]** 37/22
**modified [4]** 38/18 63/8
63/10 85/3
**moment [3]** 31/13 39/13
74/23
**money [1]** 87/17
**months [5]** 23/24 44/12
60/5 60/6 62/9
**Moreover [1]** 85/25
**morning [2]** 37/8 45/23
**morph [1]** 25/3
**most [6]** 12/8 59/5 68/23
69/22 70/10 77/4
**mostly [1]** 31/1

**M**

**mother** [1] 12/24
**motion** [35] 22/22 23/24 32/10 33/19 33/23 34/2 34/4 36/25 46/5 46/9 46/11 46/20 46/21 47/2 56/3 59/19 64/8 66/19 67/2 67/7 67/12 67/14 67/20 68/12 68/18 68/19 80/1 80/20 80/24 81/6 82/25 89/15 89/16 89/17 89/18
**motions** [3] 25/7 67/9 89/20
**motivated** [1] 77/10
**motivation** [2] 56/25 77/14
**motive** [2] 76/24 78/4
**motives** [1] 77/3
**mouthpiece** [1] 40/6
**move** [2] 36/24 50/24
**moved** [9] 7/9 17/7 17/14 25/14 26/5 26/7 27/6 53/8 54/1
**movement** [1] 53/3
**moves** [1] 34/16
**moving** [1] 44/23
**Mr** [4] 3/13 3/16 4/2 91/5
**Mr.** [27] 3/11 3/24 4/13 4/13 4/13 5/9 29/20 29/24 30/9 30/13 41/21 41/24 42/7 42/23 58/4 59/19 69/3 69/11 73/24 73/25 74/2 74/6 74/12 74/16 74/19 74/21 89/24
**Mr. Brenner** [1] 4/13
**Mr. Freedman** [10] 3/11 4/13 5/9 29/20 29/24 30/9 58/4 59/19 69/11 89/24
**Mr. Rivero** [1] 3/24
**Mr. Roche** [2] 4/13 30/13
**Mr. Shadders** [8] 41/21 42/7 42/23 69/3 73/24 73/25 74/2 74/6
**Mr. Shadders'** [5] 41/24 74/12 74/16 74/19 74/21
**Ms** [3] 22/16 91/4 91/6
**Ms.** [14] 3/20 4/5 4/23 5/3 6/16 22/18 29/17 56/19 58/8 63/24 67/2 68/21 80/18 90/1
**Ms. Markoe** [2] 4/5 67/2
**Ms. McGovern** [12] 3/20 4/23 5/3 6/16 22/18 29/17 56/19 58/8 63/24 68/21 80/18 90/1
**much** [13] 5/17 6/19 7/8 14/13 17/2 35/8 52/3 55/23 58/15 60/1 60/25 63/24 90/3
**multiple** [6] 31/22 39/21 83/25 84/5 84/8 85/19
**must** [14] 33/21 44/25

47/17 47/18 47/19 47/19 54/7 70/19 70/25 71/12 72/15 73/15 76/8 86/7
**Myakka** [1] 38/2
**Myself** [2] 36/8 40/16
**mysterious** [2] 41/17 41/22

**N**

**Nakamoto** [8] 8/12 14/20 30/24 32/2 36/3 53/14 53/15 64/23
**name** [3] 8/12 34/10 81/20
**named** [1] 37/18
**names** [1] 38/14
**narrow** [1] 15/4
**national** [1] 46/16
**naturally** [1] 73/14
**nature** [1] 21/4
**nChain** [2] 10/3 74/3
**necessarily** [3] 6/11 11/10 19/18
**necessary** [8] 17/21 30/16 41/8 50/6 55/2 71/20 72/8 83/22
**need** [7] 5/18 6/2 21/24 34/18 54/21 58/15 89/24
**needed** [9] 18/9 18/10 29/8 31/16 35/18 46/22 46/24 84/9 84/11
**needs** [1] 39/15
**negative** [1] 85/25
**negligence** [1] 45/10
**nesting** [1] 84/6
**never** [14] 25/14 26/5 26/7 27/12 27/14 27/15 27/18 32/10 33/16 67/24 82/11 83/2 83/4 85/8
**Nevertheless** [2] 74/22 79/19
**new** [6] 19/13 41/13 48/10 53/14 60/9 60/23
**newly** [1] 74/11
**next** [1] 19/2
**Nguyen** [2] 36/1 40/4
**ninth** [1] 89/10
**no** [66] 1/2 4/17 4/21 7/25 9/1 10/25 12/4 14/21 14/22 16/13 22/9 23/7 23/7 23/7 24/14 25/1 25/13 31/19 32/6 32/12 32/13 32/13 32/22 32/24 33/1 33/3 33/6 33/9 35/9 38/22 38/22 38/23 38/24 41/17 41/19 42/7 42/25 44/4 47/12 48/3 48/12 48/18 49/22 51/1 51/6 53/9 54/23 57/5 58/6 58/22 59/10 67/6 67/6 75/1 75/11 78/1 78/3 80/6 82/15 84/16 84/17 85/1 86/16 88/8 89/25 90/2
**non** [2] 16/13 46/11
**noncompliance** [9] 16/6

16/24 18/18 45/11 45/15 63/22 87/15 87/18
**none** [5] 19/7 39/4 41/14 76/19 91/10
**nonmovant** [1] 44/25
**norms** [1] 47/17
**notably** [2] 77/4 78/15
**note** [3] 84/19 84/19 85/6
**noted** [5] 67/21 68/20 77/16 80/18 82/11
**notes** [2] 35/7 58/13
**nothing** [12] 5/15 5/16 12/13 33/15 36/23 40/23 46/6 49/13 50/25 53/14 86/8 86/8
**novel** [1] 47/3
**November** [3] 39/12 39/17 39/21
**November 19th** [1] 39/21
**November 6** [2] 39/12 39/17
**number** [8] 3/4 8/10 24/10 24/11 40/2 66/3 72/15 75/24
**number one** [1] 40/2
**numbers** [2] 8/25 52/6
**numerous** [2] 41/7 86/17
**NY** [1] 2/9

**O**

**oath** [15] 7/8 7/9 7/12 8/13 9/12 10/12 13/3 14/17 17/6 24/14 25/9 32/11 37/9 37/12 46/15 62/2 21/11 31/24
**object** [2] 21/11 31/24
**objected** [1] 31/18
**objection** [4] 46/18 46/18 46/19 61/7
**objections** [1] 65/24
**obligation** [2] 83/6 83/15
**observation** [1] 37/1
**observe** [2] 72/25 86/18
**observing** [1] 84/13
**obstructive** [1] 87/7
**obtain** [1] 11/25
**obtained** [2] 37/4 68/16
**obtaining** [1] 87/24
**obvious** [1] 86/12
**obviously** [2] 40/7 48/9
**occasioned** [1] 87/17
**occurred** [3] 27/7 49/7 86/10
**occurring** [1] 71/10
**October** [5] 35/23 37/2 37/25 78/12 81/17
**October 17th** [2] 37/22 37/25
**October 2012** [1] 81/17
**October 23rd** [1] 78/12
**odds** [1] 48/6
**offend** [1] 49/19

**offender** [1] 45/21
**offending** [1] 69/20
**offered** [3] 14/22 69/4 72/12
**offering** [1] 55/9
**office** [4] 57/9 77/7 77/9 77/12
**officer** [2] 64/13 74/3
**Official** [1] 1/17
**Offshore** [1] 38/2
**often** [2] 16/3 20/17
**oh** [2] 25/13 42/21 47/3 59/13
**okay** [14] 4/6 4/18 5/10 26/11 30/17 42/22 43/8 50/8 50/18 50/22 51/2 56/8 57/19 57/21
**old** [1] 59/2
**Once** [3] 44/23 67/25 70/7
**one** [35] 4/14 5/8 5/9 6/3 6/5 6/7 19/18 22/25 25/11 31/1 38/8 39/24 40/2 41/17 42/19 48/5 53/9 56/9 57/13 57/14 62/11 69/6 70/3 72/17 74/10 77/9 78/10 80/21 80/22 81/7 81/24 88/10 88/22 89/14
**ones** [1] 42/21
**ongoing** [2] 15/7 61/10
**only** [21] 26/2 31/9 38/24 41/24 42/3 45/19 46/16 48/5 49/20 50/5 53/22 61/10 68/16 69/22 75/5 76/2 79/5 80/12 84/10 84/11 84/12
**open** [3] 40/1 40/18 55/18
**open-minded** [1] 55/18
**operation** [1] 34/13
**opinion** [1] 70/18
**opportunities** [1] 49/21
**opportunity** [5] 24/10 62/14 62/21 68/22 72/24
**opposed** [1] 60/8
**opposing** [4] 51/21 67/14 73/23 83/7
**opposite** [3] 13/23 52/11 53/11
**oral** [2] 15/19 68/20
**order** [56] 3/1 6/24 7/4 10/2 10/15 13/3 15/11 15/22 16/6 18/18 19/8 22/25 31/4 31/9 33/20 33/22 34/3 34/4 34/20 36/11 43/14 43/19 44/4 44/21 45/1 45/8 51/17 51/18 51/25 52/25 53/20 54/11 55/1 59/25 64/9 67/2 67/7 67/10 67/20 67/21 67/22 67/25 69/23 70/4 70/7 70/12 71/2 71/2 74/20 84/21 85/21 87/5 87/20 89/16 89/18 89/21

**ordered** [11] 6/20 9/17 27/15 27/16 28/3 31/23 43/15 44/15 68/1 82/12 82/12
**ordering** [3] 83/10 85/1 85/5
**orders** [15] 21/5 21/8 22/5 34/9 44/14 45/10 45/25 48/8 52/1 52/2 55/3 70/2 71/17 72/7 87/2
**organogram** [1] 26/16
**original** [1] 84/4
**others** [4] 58/2 69/19 76/18 77/5
**otherwise** [4] 47/19 48/11 55/10 76/12
**ought** [1] 86/4
**our** [23] 6/1 11/21 15/11 17/24 19/10 19/10 24/4 30/19 30/23 41/19 47/16 47/21 47/24 48/8 52/24 55/25 56/3 58/1 59/5 60/15 61/12 61/17 62/3
**ours** [3] 44/2 48/23 62/20
**outcome** [4] 43/3 43/4 72/22 76/21
**outermost** [2] 84/10 84/20
**outside** [2] 69/4 71/10
**outstanding** [2] 22/18 87/3
**over** [16] 7/6 17/15 19/5 19/5 19/22 21/10 22/2 25/22 27/8 42/16 56/20 58/18 60/17 62/13 65/5 70/16
**overall** [2] 5/1 85/5
**overinclusive** [3] 42/8 42/16 42/18
**overlay** [1] 24/19
**overwhelming** [1] 53/18
**overwritten** [1] 9/9
**own** [6] 20/21 33/7 46/22 51/24 51/25 53/9
**owned** [2] 26/9 66/6 88/24 89/2
**owner** [1] 66/14
**ownership** [16] 11/12 24/20 24/25 25/22 26/8 26/22 27/1 27/3 27/6 27/7 32/13 54/12 61/20 65/5 65/12 67/16
**owns** [4] 25/25 30/22 52/22 65/21

**P**

**p.m** [4] 30/5 30/5 64/3 64/3
**packet** [1] 6/6
**page** [6] 1/15 7/17 32/12 32/19 34/19 34/25
**page 22** [1] 7/17
**page 293** [1] 32/12
**page 294** [1] 32/19

**P**

**page 5 [1]** 34/19
**page 6 [1]** 34/25
**pages [2]** 6/8 39/22
**paid [1]** 37/9
**pair [1]** 48/25
**Palm [2]** 1/7 1/18
**Panopticrypt [2]** 36/2
40/9
**paper [5]** 57/3 69/24
84/22 84/22 85/6
**papers [1]** 5/25
**paperwork [1]** 26/24
**paragraphs [5]** 54/14
54/19 55/11 61/15 61/16
**parallels [2]** 44/2 44/13
**parlance [1]** 15/13
**particular [3]** 66/25
72/19 84/21
**particularly [6]** 13/20
14/12 81/6 82/15 83/8
87/18
**parties [9]** 16/17 16/18
30/14 47/16 53/4 66/22
69/17 70/15 78/17
**partner [1]** 41/4
**partners [1]** 65/8
**partnership [7]** 15/19
58/25 61/20 65/11 87/25
88/11 88/17
**partnership's [1]** 32/3
**party [10]** 44/23 51/20
51/20 51/24 69/8 69/20
70/4 70/6 70/7 83/7
**party's [5]** 45/5 69/8
69/23 73/22 73/23
**past [5]** 45/14 45/16
45/18 59/17 63/19
**pattern [5]** 45/12 73/6
73/19 87/7 87/18
**pause [1]** 36/17
**pay [1]** 56/14
**PDF [2]** 6/13 81/25
**PDFs [2]** 59/10 63/13
**pedophilia [1]** 8/15
**penalize [1]** 69/20
**people [4]** 20/17 22/4
58/1 73/14
**per [1]** 44/3
**percent [7]** 35/6 35/19
41/16 41/24 42/3 48/6
88/11
**performing [1]** 60/11
**perhaps [8]** 13/18 17/21
20/6 23/8 60/21 67/1
75/1 77/10
**period [8]** 11/15 13/11
13/24 17/18 18/11 18/13
44/17 58/20
**perjured [1]** 31/2
**perjurer [1]** 59/24
**perjurous [3]** 57/23
84/18 87/10
**perjury [5]** 44/4 47/23
59/8 59/15 86/9
**permitted [1]** 78/5

**perpetrated [2]** 31/12
50/17
**person [9]** 11/14 68/8
68/23 70/5 71/2 71/4
81/9 82/22 85/17
**person's [1]** 70/18
**personal [4]** 3/5 35/21
46/19 72/21
**personally [1]** 80/16
**perspective [3]** 7/25
15/10 28/5
**persuade [1]** 57/24
**PGP [2]** 36/2 40/13
**phone [1]** 66/23
**pick [1]** 31/20
**picture [2]** 49/1 49/2
**pictures [1]** 13/17
**pivot [1]** 33/20
**place [2]** 43/21 89/12
**places [1]** 71/6
**plaintiff [11]** 3/8 3/10
3/12 3/15 4/19 12/8
48/24 49/3 49/7 52/24
86/6
**plaintiffs [71]** 1/4 2/2
8/1 8/3 10/6 11/4 11/10
11/19 11/21 11/23 12/2
12/25 13/16 14/16 14/22
14/25 17/11 17/12 17/16
18/2 31/15 31/17 31/19
31/20 32/3 33/14 35/9
36/24 37/10 37/14 37/16
37/23 38/10 40/4 41/18
42/20 46/7 49/25 52/12
52/18 54/5 54/7 54/13
55/8 55/11 55/13 55/18
56/3 56/11 56/11 60/6
61/5 61/14 62/15 62/17
65/19 67/19 68/18 76/22
77/1 77/5 79/17 79/21
82/7 83/12 87/16 87/24
88/2 88/24 89/3 89/19
**plaintiffs' [31]** 4/25
10/19 11/25 12/7 12/14
17/20 18/6 31/1 32/1
36/14 36/15 36/16 39/24
45/22 50/4 52/3 52/4
53/7 54/2 54/11 55/4
55/15 60/2 62/5 62/23
63/2 64/8 65/23 86/2
87/11 89/17
**plaintiffs' first [1]** 65/23
**play [3]** 49/23 62/22
86/5
**playing [1]** 48/3
**pleading [5]** 48/14 80/5
80/10 80/12 80/17
**pleadings [16]** 19/4
24/11 44/20 46/21 47/12
49/23 50/5 51/14 54/9
55/25 64/11 69/13 79/11
85/20 87/8 89/11
**please [6]** 3/3 30/7 43/11
54/23 58/10 64/6
**pleased [1]** 20/12
**pleasure [1]** 6/15

**podium [1]** 5/4
**point [18]** 15/9 15/12
24/3 24/3 24/9 28/14
28/14 28/15 29/8 29/9
29/13 31/16 50/25 56/9
60/4 81/23 81/24 83/14
**points [2]** 37/2 64/21
**polynomial [1]** 84/24
**Ponce [4]** 2/11 2/14 2/17
2/20
**portrays [1]** 75/13
**pose [1]** 49/2
**position [11]** 11/21 29/8
29/18 31/1 44/11 50/1
50/4 50/9 55/25 77/21
82/14
**positions [4]** 44/10 48/6
77/11 77/17
**possess [1]** 33/7
**possession [1]** 38/9
**possibility [3]** 17/15
18/23 85/3
**possible [8]** 7/1 7/3 8/16
9/13 11/15 19/3 22/7
60/16
**possibly [3]** 9/5 15/3
31/7
**post [1]** 40/10
**potential [2]** 16/22
44/16
**powerful [1]** 76/24
**practice [2]** 34/2 47/4
**practices [1]** 62/8
**precise [1]** 81/23
**preclude [1]** 55/9
**predate [1]** 39/22
**prejudice [2]** 17/12
61/25 62/1
**prejudiced [3]** 69/25
87/16 88/3
**prejudicial [2]** 45/6 86/8
**preliminary [1]** 64/21
**premature [1]** 63/16
**prepare [2]** 23/24 24/1
**prepared [2]** 50/2 66/11
**preparing [1]** 5/25
**preponderance [9]**
69/15 70/8 71/16 72/6
79/6 84/15 84/16 85/24
87/6
**presence [1]** 71/11
**present [3]** 3/22 28/8
62/17
**presentation [1]** 22/19
**presented [8]** 15/24
15/24 16/9 18/15 39/10
59/11 60/3 67/24
**presently [2]** 72/11 89/2
**preside [1]** 70/16
**presided [1]** 64/13
**pressure [1]** 23/15
**prevailing [1]** 51/20
**prevent [1]** 77/4
**prevented [1]** 87/24
**prima [1]** 44/24 70/6
**primary [1]** 12/11

**principles [1]** 69/6
**print [1]** 6/13
**prior [7]** 64/12 64/12
67/25 79/17 88/14 88/23
88/25
**private [8]** 20/25 24/24
26/2 33/4 33/7 36/7
68/15 78/16
**probabilistic [5]** 10/4
10/10 10/16 11/1 17/4
**probable [1]** 71/8
**probably [2]** 17/5 66/10
**probative [1]** 78/20
**problem [2]** 26/19 41/5
**procedure [4]** 66/23
69/7 86/15 88/6
**procedures [1]** 10/12
**proceed [1]** 30/10
**proceeding [1]** 65/1
**proceedings [11]** 1/10
12/23 30/6 32/6 40/5
64/4 64/13 70/21 71/25
90/5 91/15
**process [10]** 8/8 9/9 9/15
10/6 16/12 18/11 31/3
49/22 62/20 86/5
**proclaimed [1]** 82/21
**produce [19]** 6/20 29/3
31/5 31/10 31/23 32/8
34/11 36/12 43/15 44/3
44/6 44/9 47/17 68/1
82/12 82/13 83/1 83/10
85/9
**produced [13]** 9/24 9/25
10/5 10/18 10/21 12/2
38/4 39/11 39/21 41/18
41/19 60/18 77/21
**producing [2]** 14/20
87/9
**production [6]** 27/15
60/15 65/23 66/19 67/12
68/3
**proffered [1]** 47/6
**prohibiting [2]** 51/20
69/12
**project [1]** 74/7
**projects [1]** 17/4
**proof [8]** 21/20 38/17
38/22 57/5 59/23 69/15
71/19 73/23
**proper [4]** 26/4 50/10
83/14 86/11
**property [6]** 50/11 65/6
65/16 88/12 88/14 88/22
**proportionate [1]** 15/23
**proposed [1]** 30/14
**prosecute [2]** 50/1 56/1
**prosecution [1]** 52/1
**protect [1]** 13/23
**protective [5]** 33/20
34/4 67/2 67/7 89/16
**protocol [2]** 19/14 75/22
**protracted [1]** 80/3
**prove [10]** 37/16 52/24
54/6 55/4 55/16 58/21
59/4 59/6 63/5 72/8

**proved [3]** 37/23 38/10
38/15
**proven [3]** 69/12 71/12
88/13
**proves [1]** 72/6
**provide [30]** 7/15 7/16
7/20 8/5 9/16 10/4 11/2
11/4 11/10 11/18 11/20
11/23 12/5 14/18 14/21
16/19 17/2 17/4 33/21
34/9 49/20 49/25 53/13
62/2 66/5 66/7 66/16
74/5 79/13 79/21
**provided [21]** 7/5 7/21
9/25 10/13 10/19 10/25
11/3 11/7 12/4 12/18
17/16 17/23 20/2 20/3
31/4 38/22 38/24 62/3
68/9 80/13 81/10
**providing [3]** 15/2 53/23
67/23
**proving [2]** 71/16 85/23
**public [63]** 6/21 7/5 7/12
7/15 7/17 7/20 8/6 8/18
9/16 10/4 10/10 10/16
10/17 11/3 11/7 11/9
11/13 11/16 11/18 12/5
12/12 13/9 13/25 14/17
14/20 14/25 15/3 16/20
17/5 27/11 27/15 27/20
27/24 28/3 28/19 28/20
36/7 40/2 46/25 52/22
52/24 53/3 61/5 62/2
66/13 66/17 67/12 68/1
68/14 74/2 74/8 74/11
75/17 78/16 80/4 82/10
82/12 82/14 82/17 83/1
83/2 83/4 83/13
**publicly [1]** 15/21
**pull [1]** 17/3
**pulled [1]** 49/9
**punish [3]** 45/7 70/1
87/19
**punitive [3]** 15/20 71/10
88/20
**purchase [1]** 38/15
**purported [3]** 39/14
41/9 78/12
**purportedly [2]** 39/11
57/3
**purporting [1]** 29/6
**purports [1]** 38/6
**purpose [2]** 35/5 69/16
**purposefully [1]** 36/20
**purposes [6]** 51/19
54/15 55/21 64/25 70/22
88/7
**purse [1]** 49/4
**pursuant [4]** 46/16
54/10 55/7 88/5
**pursue [1]** 88/3
**put [11]** 14/15 14/23
19/12 29/17 32/21 32/23
32/25 33/2 49/25 75/19
75/23
**puts [2]** 33/23 36/6

**P**

**putting** [1] 39/13

**Q**

**question** [10] 5/1 9/1
12/7 23/4 23/10 33/12
63/6 66/11 82/18 86/11
**questioning** [1] 76/17
**questions** [6] 32/20
46/15 66/22 72/16 73/3
76/14
**quibbled** [1] 76/14
**quick** [1] 19/22
**quite** [4] 20/17 48/12
75/5 85/7
**quote** [20] 36/8 47/5
48/17 48/18 49/20 66/5
66/9 66/14 67/15 67/18
67/22 73/12 75/18 75/19
79/14 81/10 81/13 81/14
81/21 84/1
**quote-unquote** [1] 79/14
**quoted** [1] 47/2
**quotes** [1] 35/15
**quoting** [1] 34/19

**R**

**raise** [2] 35/15 61/10
**raised** [1] 59/19
**rate** [1] 42/8
**rather** [2] 27/4 87/5
**rationale** [2] 8/22 12/17
**reach** [3] 58/24 59/12
63/15
**reaching** [3] 13/12 17/19
19/12
**readily** [1] 53/18
**reading** [2] 12/9 26/23
**ready** [4] 5/3 6/16 30/9
64/20
**real** [3] 19/22 47/25 75/7
**realize** [1] 20/17
**realized** [2] 26/25 82/4
**realizes** [2] 33/21 37/5
**really** [9] 24/22 31/11
34/21 35/5 37/24 53/14
56/20 59/18 60/23
**Realtime** [1] 91/14
**reason** [8] 8/12 9/3 13/1
33/21 53/22 63/20 71/20
72/19
**reasonable** [12] 7/2 8/20
10/1 18/1 18/14 19/1
58/23 61/12 70/13 71/12
71/19 89/19
**reasonableness** [1]
18/16
**reasonably** [3] 18/1
80/14 86/23
**reasons** [3] 8/11 74/22
85/17
**rebuts** [1] 12/4
**recall** [3] 63/3 66/24
66/25
**recede** [1] 77/13
**receive** [3] 17/12 18/23

89/19
**received** [6] 4/7 17/11
23/17 26/14 26/16 60/24
**receiving** [2] 37/14
39/16
**recently** [2] 26/24 77/16
**recess** [1] 5/8 30/5 64/1
64/2 64/3 90/4
**recognize** [1] 19/11
**recognized** [2] 48/16
60/17
**recognizes** [3] 20/1 34/3
34/4
**recollection** [1] 64/14
**recommendation** [1]
43/25
**recommended** [1] 44/19
**reconcile** [4] 24/16
25/16 25/23 26/16
**reconciled** [2] 19/9 81/5
**reconstruct** [3] 41/21
74/1 83/23
**record** [25] 4/8 4/11
4/11 35/9 45/11 46/3
47/5 50/4 54/23 61/8
61/9 61/19 63/16 64/16
64/17 71/18 73/9 75/6
75/17 78/25 79/2 82/24
84/14 86/17 91/14
**records** [3] 34/14 34/14
40/3
**recovering** [1] 22/3
**red** [1] 63/4
**redacted** [1] 5/24
**redeposition** [1] 44/15
**redirect** [1] 38/23
**reduced** [1] 66/15
**refer** [1] 60/22
**referenced** [3] 18/12
36/8 40/17
**referral** [1] 63/18
**referring** [1] 60/20
**reflected** [1] 82/5
**reflecting** [2] 34/15 41/8
**refrain** [1] 18/25
**refusal** [1] 45/24
**refused** [2] 43/13 53/17
**refusing** [2] 43/18 52/18
**refuted** [1] 17/7
**regard** [1] 23/18
**regarding** [12] 11/7
15/21 15/22 17/10 26/22
35/1 48/9 54/12 62/23
63/21 67/12 81/11
**Registered** [1] 91/13
**REINHART** [1] 1/11
**reject** [1] 75/2
**relate** [1] 55/5
**related** [6] 16/3 65/6
69/9 88/1 88/22 89/20
**relating** [8] 34/12 64/12
66/21 66/22 67/9 68/3
88/16 89/13
**relationship** [1] 33/10
**release** [1] 39/22
**relevance** [1] 53/5

**relevant** [15] 11/15
28/12 31/20 32/1 45/1
45/14 45/17 45/18 47/18
53/6 54/2 58/20 76/25
77/6 87/25
**reliance** [1] 63/21
**relied** [3] 48/9 80/14
86/23
**relying** [1] 23/17
**remain** [1] 76/25
**remaining** [2] 7/20 80/6
**remarks** [1] 69/12
**remedial** [1] 88/5
**remedies** [10] 16/18
43/22 50/3 51/14 51/16
51/23 55/18 56/2 56/3
61/11
**remedy** [12] 9/22 17/8
17/25 48/14 49/22 50/10
50/12 51/7 51/11 54/6
55/2 86/11
**remember** [5] 11/9 28/6
42/9 73/14 89/14
**remembered** [1] 39/16
**remembers** [2] 37/13
73/13
**remove** [1] 75/16
**repeatedly** [2] 48/2
48/10
**replete** [1] 47/6
**report** [1] 43/25
**Reporter** [4] 1/17 1/17
91/13 91/14
**represent** [1] 80/22
**representation** [1] 65/1
**representations** [3] 25/6
80/22 87/1
**Representative** [1] 3/5
**represented** [2] 22/23
67/14
**representing** [1] 68/11
**represents** [1] 74/12
**request** [11] 19/3 31/16
50/14 54/13 55/8 55/19
62/24 65/23 68/6 70/14
83/7
**requested** [7] 13/10 56/3
60/19 61/11 62/5 63/20
68/21
**requesting** [3] 18/8 54/7
55/14
**requests** [1] 65/24
**required** [6] 64/22 64/24
66/5 79/5 79/6 82/6
**requirements** [1] 45/3
**requires** [2] 36/7 47/16
**res** [2] 56/23 89/13
**research** [3] 3/6 42/1
82/19
**resolution** [1] 50/7
**resources** [2] 14/14
87/12
**respect** [5] 12/10 20/8
59/17 60/21 62/1
**respond** [1] 76/13
**response** [6] 7/4 12/11

28/2 31/4 48/8 67/20
**responsibilities** [1]
70/11
**responsible** [3] 78/2
80/16 86/25
**rest** [1] 14/20
**rests** [1] 4/19
**result** [4] 12/22 55/3
61/13 69/24
**retain** [1] 64/14
**return** [2] 56/22 89/6
**returning** [1] 41/2
**revealed** [1] 49/6
**review** [1] 66/24
**reviewed** [2] 4/9 64/15
**reviewing** [3] 12/9 15/8
15/12
**revolves** [1] 52/4
**right** [25] 4/22 6/16
16/11 19/22 19/25 24/13
28/3 28/21 28/22 29/10
29/25 30/7 30/9 35/6
39/9 43/6 56/19 58/4
58/7 58/13 59/5 63/25
64/5 64/7 90/3
**rightly** [1] 68/21
**rights** [2] 32/12 89/6
**ringing** [1] 16/22
**rise** [1] 71/19
**risk** [4] 56/20 57/1 85/8
85/15
**Rivero** [8] 2/11 2/14
2/16 2/17 2/20 3/22 3/24
35/14
**RMR** [2] 1/17 91/20
**robust** [1] 15/18
**Roche** [5] 2/8 3/12 3/13
4/13 30/13
**rogatory** [4] 5/23 5/25
6/8 6/11
**rule** [13] 21/9 45/4
51/13 54/10 55/20 68/20
69/6 69/15 69/17 71/23
72/4 87/21 88/6
**ruled** [4] 53/6 66/4 66/6
86/14
**rules** [4] 48/3 49/24 69/6
86/14
**ruling** [4] 66/17 67/6
67/6 91/7
**rulings** [1] 62/23
**Russian** [1] 84/6
**Ryskamp** [2] 48/22
49/10

**S**

**safeguards** [1] 47/20
**sale** [1] 56/16
**same** [9] 16/3 17/23
19/19 38/1 38/4 38/18
39/6 51/24 84/24
**sanction** [25] 15/20
17/18 17/18 18/14 18/17
18/25 19/3 19/9 45/2
45/7 45/16 45/17 47/11
47/13 48/18 49/22 50/19

55/19 69/8 69/9 69/25
70/21 87/19 88/8 88/20
**sanctioned** [1] 45/23
**sanctions** [22] 5/1 44/16
45/4 47/14 55/13 62/5
63/19 68/19 69/11 69/17
69/21 69/22 69/25 70/5
71/23 72/3 83/20 85/8
86/4 86/13 86/15 87/21
**sat** [2] 25/9 35/17
**Satoshi** [9] 8/12 14/20
30/24 32/2 36/3 42/2
53/14 53/15 64/23
**Savanah** [3] 36/2 40/11
40/12
**save** [3] 29/18 63/14
75/16
**saved** [1] 87/12
**saw** [1] 5/10
**say** [23] 11/8 13/11
15/13 16/1 17/1 19/21
20/13 20/19 21/19 22/11
23/9 23/13 23/18 28/2
30/19 42/3 42/21 43/3
51/2 58/23 60/4 62/8
86/7
**saying** [8] 5/16 12/13
20/16 22/25 42/4 43/1
46/12 57/16
**says** [7] 36/21 40/10
45/19 75/9 76/5 76/8
84/22
**scheduled** [1] 5/16
**scheme** [5] 32/17 36/9
40/17 68/17 84/7 84/23
85/4
**schemes** [2] 19/14 84/5
**Schiller** [3] 2/2 2/5 2/8
**Schneur** [1] 2/13
**scientist** [1] 74/5
**scope** [1] 66/1
**Scott's** [1] 47/2
**scrupulous** [2] 29/5
76/12
**sealed** [1] 67/11
**seat** [3] 3/2 30/7 64/6
**second** [16] 5/8 10/24
25/12 39/1 46/9 52/9
54/11 54/14 54/16 65/7
71/18 72/19 73/24 88/13
89/5 89/9
**secret** [2] 32/17 76/25
**secrets** [1] 30/20
**security** [2] 46/16 46/19
**seed** [1] 41/13
**seek** [1] 55/11
**seeking** [4] 55/10 69/24
70/5 79/17
**seeks** [1] 51/23
**seem** [1] 72/23
**seems** [1] 8/20
**seen** [5] 6/10 6/12 37/6
41/17 41/22
**sees** [1] 57/17
**seize** [1] 22/6
**seized** [1] 21/8

**S**

**self** [1] 82/21
**self-proclaimed** [1] 82/21
**send** [1] 75/2
**sense** [5] 7/25 12/20 17/1 48/12 75/7
**sent** [6] 37/17 37/20 37/22 38/1 49/9 52/13
**separate** [1] 12/18
**sequentially** [1] 84/25
**serial** [1] 39/22
**series** [1] 84/24
**serious** [2] 12/25 55/4
**seriously** [2] 13/5 14/7
**set** [10] 9/14 19/5 38/21 41/1 65/22 66/18 66/19 67/9 68/2 68/23
**sets** [1] 34/17
**settled** [1] 81/11
**setup** [3] 32/13 33/15 40/23
**seven** [3] 40/15 84/12 84/12
**seventh** [3] 73/4 89/4 89/5
**several** [3] 44/14 44/21 86/14
**severe** [7] 45/4 47/11 50/12 50/19 55/14 57/11 69/22
**sexually** [1] 48/25
**Seychelles** [2] 25/24 81/21
**SFranklinUSDC** [1] 1/19
**Shadders** [13] 10/12 10/23 11/2 11/11 41/21 42/7 42/23 69/3 72/14 73/24 73/25 74/2 74/6
**Shadders'** [5] 41/24 74/12 74/16 74/19 74/21
**Shamir** [9] 19/14 36/9 40/17 68/17 75/21 84/5 84/7 84/23 85/4
**Shamir's** [4] 32/17 84/22 84/22 85/6
**share** [1] 30/23
**shares** [4] 56/22 56/23 57/4 89/6
**Sharing** [1] 32/17
**shelf** [2] 37/11 38/15
**shifted** [2] 6/25 44/10
**shifting** [1] 44/10
**shifts** [1] 40/19
**short** [2] 48/19 51/14
**Shortly** [1] 33/18
**shot** [1] 59/18
**should** [29] 5/16 11/19 12/13 12/16 15/18 17/9 17/20 18/1 18/1 18/14 18/17 23/12 23/12 27/9 42/13 43/19 45/20 47/11 49/23 50/5 54/10 55/25 56/1 61/13 62/19 66/6 66/16 82/23 86/5

**shouldn't** [1] 86/6
**show** [10] 37/10 40/12 44/25 45/15 45/16 45/17 45/18 53/23 70/5 70/9
**showed** [2] 37/14 39/24
**showing** [6] 18/9 18/10 37/24 40/3 44/24 70/7
**shown** [2] 40/4 52/12
**shows** [3] 11/22 37/8 53/18
**sic** [4] 11/3 47/22 49/15 54/10
**side** [6] 4/10 6/10 17/24 19/23 35/16 84/19
**sidestep** [1] 76/17
**sign** [1] 6/13
**signature** [3] 6/4 38/5 57/5
**signed** [8] 5/23 5/24 6/2 38/12 41/10 57/4 57/6 80/11
**significance** [1] 73/17
**signing** [1] 80/11
**similar** [3] 48/23 55/7 69/19
**simple** [1] 73/12
**simply** [15] 12/12 15/10 15/23 16/7 18/7 18/18 32/16 44/12 47/8 49/8 50/1 56/13 66/1 75/5 85/22
**simultaneously** [1] 84/25
**since** [7] 4/6 4/24 5/10 27/25 32/1 54/5 68/22
**sincerely** [1] 20/16
**single** [4] 15/3 55/20 60/9 84/7
**Sir** [1] 47/2
**sit** [3] 23/10 23/25 32/4
**sits** [3] 32/19 37/15
**sitting** [3] 23/5 24/13 39/9
**situation** [6] 9/22 23/6 49/22 70/3 82/19 85/17
**situations** [1] 86/22
**six** [4] 40/15 74/1 74/5 74/9
**six-filter** [1] 74/5
**sixth** [2] 73/2 89/4
**Sixty** [1] 54/24
**Sixty-five** [1] 54/24
**size** [1] 52/17
**sized** [3] 52/15 57/14 57/16
**skip** [2] 32/15 35/3
**slice** [1] 84/23
**slices** [12] 39/15 41/1 41/2 41/8 75/25 84/8 84/8 84/10 84/11 84/20 85/1 85/5
**slightly** [1] 20/22
**small** [1] 6/7
**software** [3] 37/21 49/8 78/16
**sole** [2] 38/8 85/20

**solid** [2] 58/19 58/22
**Sols** [1] 47/23
**solved** [1] 84/25
**somebody** [2] 11/14 57/25
**someone** [8] 8/17 8/21 35/8 35/9 38/7 70/17 76/9 85/13
**something** [15] 6/9 8/1 12/12 13/18 14/10 20/18 20/20 30/18 35/13 41/24 42/9 42/23 48/15 73/15 86/12
**sometimes** [2] 60/1 61/2
**soon** [2] 22/10 61/25
**sooner** [1] 17/23
**sorry** [9] 4/7 22/11 43/10 66/6 67/19 71/2 77/8 79/1 84/16
**sort** [3] 15/20 16/12 63/17
**sought** [2] 52/24 65/20
**source** [3] 80/13 80/15 86/23
**Southeast** [2] 2/3 2/6
**SOUTHERN** [2] 1/1 48/16
**speak** [5] 9/7 12/24 19/16 21/18 21/22
**specifically** [14] 7/15 7/19 8/9 13/8 13/21 18/12 28/6 28/6 43/23 51/15 53/10 54/13 63/5 72/8
**spent** [3] 12/8 18/2 19/12
**split** [1] 32/17
**sprint** [4] 47/23 49/15 61/1 61/2
**staff** [3] 10/3 15/2 17/3
**stage** [1] 13/19
**staggering** [1] 8/25
**stake** [1] 76/21
**stand** [2] 5/4 43/6
**standards** [1] 43/22
**start** [7] 3/7 3/8 5/21 20/16 30/11 79/10 87/23
**started** [1] 79/14
**starting** [3] 31/16 51/2 65/21
**state** [1] 44/11
**stated** [4] 7/7 15/21 47/22 53/2
**statement** [6] 18/7 23/4 35/21 36/11 39/2 80/19
**statements** [8] 12/19 32/11 41/7 41/15 73/10 73/21 79/25 86/21
**states** [8] 1/1 1/12 34/18 37/9 46/16 46/17 78/17 80/24
**stating** [3] 34/6 35/22 68/13
**statute** [3] 56/24 88/17 89/13

**steal** [1] 56/14
**Stephen** [4] 1/17 91/13 91/19 91/20
**steps** [2] 35/23 81/14
**Steve** [5] 10/11 10/23 11/2 11/11 72/14
**Steven** [1] 72/14
**still** [3] 20/20 60/5 87/4
**stole** [2] 28/13 41/4
**story** [9] 41/6 43/14 48/10 48/11 75/5 75/20 81/3 82/8 82/9
**straightforward** [1] 34/22
**strains** [2] 8/6 8/19
**Street** [4] 1/18 2/3 2/6 2/9
**stress** [1] 55/24
**stricken** [6] 44/20 49/23 50/5 55/25 88/19 89/8
**strike** [5] 19/4 47/12 54/8 89/9 89/11
**striking** [3] 48/19 51/14 69/13
**strikings** [1] 48/14
**strong** [1] 78/7
**strongly** [1] 62/18
**structure** [7] 24/23 24/23 26/9 26/15 27/3 27/6 27/8
**structures** [1] 24/22
**subfiles** [1] 84/1
**subject** [2] 52/2 59/21
**submissions** [1] 6/1
**submit** [1] 4/11
**submits** [1] 43/16
**submitted** [11] 4/7 4/11 30/14 35/11 36/20 38/16 48/4 48/4 50/15 57/22 80/19
**subsequent** [2] 49/5 67/8
**subset** [1] 84/8
**substance** [1] 89/16
**substantial** [4] 65/10 76/21 77/20 87/10
**substantiate** [4] 43/17 46/25 79/1 79/2
**substantive** [2] 69/11 72/3
**subvert** [1] 49/21
**succeed** [1] 76/22
**such** [5] 23/14 23/14 49/20 69/11 84/17
**sued** [1] 30/23
**suffered** [1] 12/22
**sufficient** [5] 71/24 79/21 83/19 86/2 88/9
**suggest** [1] 14/4
**suggestion** [1] 19/9
**Suite** [6] 2/3 2/6 2/12 2/15 2/18 2/21
**sum** [1] 85/19
**summarizing** [1] 89/21
**summed** [1] 39/3
**support** [6] 51/25 71/22

**72/12 77/21 79/7 80/12**
**supported** [4] 46/10 46/21 70/25 75/6
**supporting** [2] 51/21 85/20
**supposed** [2] 21/3 41/16
**Supposition** [1] 12/19
**sure** [11] 4/16 13/16 14/14 20/11 34/23 35/5 42/22 43/10 51/12 58/17 68/8
**surely** [1] 3/22
**surgeon** [1] 60/11
**surgery** [1] 60/11
**surprised** [1] 61/5
**surrendered** [1] 89/6
**surrounding** [1] 11/25
**sustain** [1] 73/23
**sustained** [2] 12/21 79/9
**swear** [2] 21/24 34/11
**swearing** [1] 68/10
**swears** [3] 36/12 37/12 81/1
**sword** [1] 51/5
**swore** [8] 22/24 24/12 36/21 40/16 46/6 46/9 81/9 81/14
**sworn** [13] 21/14 34/9 34/23 35/21 36/10 41/15 47/7 48/6 68/4 68/9 77/25 80/19 80/23
**system** [13] 19/10 20/4 20/4 41/2 47/16 47/21 47/24 59/6 61/12 61/17 75/10 84/3 86/9
**systems** [1] 76/18

**T**

**take** [15] 5/7 5/17 15/13 15/17 22/20 30/1 30/2 32/13 41/23 48/5 58/15 61/17 63/25 85/17 89/24
**taken** [11] 12/14 17/19 18/7 30/5 51/19 53/23 55/21 62/10 62/11 64/3 77/16
**taking** [3] 13/4 14/7 57/1
**tales** [1] 75/1
**talk** [4] 38/24 41/23 66/11 74/23
**talked** [4] 25/5 60/12 67/13 83/4
**talking** [5] 12/24 16/17 21/6 26/8 27/25
**tangled** [1] 47/3
**tax** [5] 46/10 57/9 77/7 77/9 77/12
**team** [1] 58/1
**technical** [2] 24/23 63/15
**technicalities** [1] 76/14
**techniques** [1] 38/18
**technology** [4] 30/20 74/3 74/4 88/2
**tell** [11] 22/3 29/8 29/9

**T**

tell... [8] 48/13 52/18 54/19 63/8 72/20 75/1 77/4 83/16
telling [6] 41/5 53/25 61/1 72/18 73/13 76/10
tempered [1] 86/5
tend [1] 73/14
term [2] 29/3 29/6
terms [10] 14/8 14/8 17/8 23/21 25/19 27/2 28/2 28/17 52/22 81/23
terrible [1] 8/14
testament [1] 20/3
testified [28] 7/11 7/17 7/23 8/13 9/12 10/12 11/2 11/12 11/12 13/4 18/23 38/3 38/5 39/16 39/19 41/20 43/2 48/5 52/11 67/3 72/25 73/25 79/11 81/3 83/24 84/5 84/9 84/19
testifies [1] 40/24
testify [4] 47/18 68/22 68/24 78/5
testifying [1] 13/13
testimony [42] 7/14 8/16 9/24 9/25 12/5 21/15 24/13 33/23 38/23 40/22 42/15 47/7 47/9 48/7 49/19 57/23 59/10 66/21 69/2 69/2 72/13 72/13 73/4 73/5 73/22 74/16 74/25 75/3 77/10 77/15 77/25 79/4 79/8 80/23 81/22 84/18 85/4 85/19 85/22 86/1 86/9 87/10
thank [15] 5/14 6/14 6/19 22/13 22/14 22/17 29/22 29/23 30/4 49/17 58/4 58/7 58/16 63/24 90/3
thankfully [1] 58/1
That'd [1] 56/7
that's [27] 8/4 11/5 15/24 16/16 17/25 26/9 26/17 26/17 26/25 30/16 39/3 42/21 43/6 46/2 48/20 48/22 50/25 52/9 54/2 59/18 60/3 61/3 61/19 69/1 71/13 73/19 76/6
theme [1] 12/15
themselves [2] 19/17 80/8
theory [1] 88/3
there's [13] 8/25 12/4 13/6 13/18 24/22 25/24 28/20 28/23 28/23 34/2 60/5 63/17 69/20
therefore [8] 33/25 54/7 74/12 76/1 82/22 87/21 88/5 89/18
they're [6] 19/17 20/6 20/7 20/18 35/11 57/17
they've [12] 6/12 19/17

26/7 27/6 56/21 56/21 56/23 56/23 56/24 56/25 62/16 63/20
thing [5] 14/18 22/21 24/9 56/9 60/8
things [20] 8/15 13/19 14/1 16/3 16/14 19/15 20/5 20/25 21/4 21/5 21/5 22/5 22/5 24/7 35/1 60/17 62/18 68/5 72/25 73/14
think [27] 4/23 13/17 14/9 16/18 21/21 23/4 24/17 24/17 25/19 26/3 26/6 26/9 26/19 26/23 27/6 27/9 30/16 31/8 42/15 61/13 62/7 63/5 63/7 63/18 63/20 66/24 89/9
thinking [1] 33/15
third [4] 39/5 72/1 72/21 89/4
those [32] 4/9 5/25 7/5 7/15 7/17 9/11 16/14 19/15 22/10 23/1 31/24 35/17 38/18 46/25 51/15 52/2 52/18 57/2 60/15 61/16 62/5 62/13 62/18 64/13 65/24 70/20 80/22 82/6 84/4 84/8 89/1 89/20
though [3] 28/2 53/18 61/24
thought [2] 46/7 56/8
three [9] 22/24 26/21 34/16 45/3 60/5 60/5 62/9 68/13 80/19
three-day [1] 26/21
through [18] 19/20 19/21 28/15 31/2 31/13 32/5 37/6 37/8 41/14 43/20 47/10 48/2 54/21 55/11 55/12 57/25 73/10 83/12
throughout [1] 77/18
Thursday [1] 37/24
thus [3] 36/13 38/8 39/25
times [1] 77/17
timing [2] 16/20 23/14
today [14] 8/25 8/25 13/1 31/7 31/8 31/8 59/8 64/7 64/25 65/4 66/3 67/13 68/19 69/1
today's [1] 15/13
together [7] 4/6 19/15 30/24 52/6 52/20 58/20 65/10
told [8] 31/19 41/7 46/17 48/2 57/9 57/12 57/13 79/14
too [3] 38/17 48/14 56/6
took [4] 35/22 43/17 77/11 81/14
top [2] 20/24 57/12
total [1] 8/19

totality [2] 64/10 78/25 79/1 85/25
touch [1] 60/20
tov [1] 5/13
towards [1] 18/2
trace [4] 31/18 31/21 82/7 83/12
traceable [1] 89/1
traced [1] 79/22
traces [1] 75/16
tracing [2] 28/5 28/7 88/4
track [1] 41/6
tracking [1] 53/3
Trading [8] 36/5 37/10 38/1 38/14 39/6 78/14 78/19 78/21
traffickers [1] 75/15
trail [3] 53/4 75/10 75/12
transaction [1] 38/17
transactional [1] 38/2
transactions [2] 82/4 82/7
transcribing [1] 26/20
transcript [5] 1/10 29/2 34/19 66/25 91/15
transcripts [1] 57/10 64/11 69/4
transfer [4] 34/15 35/8 76/25 82/3
transferred [11] 25/3 25/8 33/24 65/15 67/15 78/13 80/1 80/8 80/25 81/1 81/4
transferring [1] 52/6
transformed [1] 46/19
transition [1] 43/22
transpired [1] 16/19
trial [3] 16/12 17/16 61/24
tried [4] 15/1 46/4 46/8 76/16
trouble [2] 36/19 75/19
trove [1] 77/5
true [5] 17/24 35/19 47/25 78/1 80/22
trust [87] 24/12 24/13 24/19 24/19 24/25 25/8 25/9 25/11 25/14 25/15 25/21 25/24 26/1 26/5 26/12 26/15 26/17 26/22 30/23 32/12 32/13 32/14 32/21 32/23 32/25 33/2 33/4 33/10 33/16 33/16 33/16 33/24 34/10 34/13 34/14 34/15 35/24 35/25 36/9 36/13 36/14 38/6 38/10 38/10 40/17 40/19 40/23 43/18 50/25 52/8 52/21 55/22 57/8 57/10 67/16 67/18 68/3 68/12 72/10 75/3 75/23 78/10 78/11 78/12 78/15 78/17 78/18 78/22 78/23 79/3 79/4 79/8 80/2 80/3 80/5

80/9 80/21 80/24 80/25 81/2 81/17 81/18 81/20 81/20 82/5 83/22 87/9
Trust I [4] 35/25 36/9 36/14 40/17
trusted [2] 45/20 53/10
trustee [6] 22/23 26/12 67/17 68/11 75/24 80/3
trustees [13] 25/12 34/8 34/11 35/25 36/8 37/4 37/5 39/25 40/15 40/16 68/5 68/17 80/21
trusts [3] 22/24 34/21 81/11
truth [10] 20/4 22/21 41/6 53/25 71/7 72/18 72/20 73/13 76/10 77/4
truthfully [1] 47/18
try [3] 10/9 73/25 88/3
trying [4] 14/5 14/10 27/7 28/1
Tulip [27] 33/4 33/10 33/16 35/25 36/5 36/9 36/14 37/10 38/1 38/10 38/14 39/6 39/25 40/17 55/22 68/11 75/3 78/11 78/13 78/18 78/19 78/21 79/3 79/8 81/20 82/5 83/22
turn [4] 56/20 73/24 74/25 86/11
turned [2] 60/17 75/14
Turning [1] 76/7
twice [1] 35/7
two [14] 23/24 24/22 25/10 26/20 30/1 35/20 46/21 46/25 51/15 64/21 70/22 74/23 78/22 88/25
two-minute [1] 30/1
type [1] 62/8
types [1] 62/23

**U**

Uh [1] 28/10
Uh-huh [1] 28/10
UK [7] 6/1 6/1 19/24 35/25 36/1 40/2 40/2
ultimate [2] 18/3 71/6
ultimately [5] 4/25 17/16 26/16 65/17 76/17
unable [5] 12/19 14/10 70/4 71/16 85/24
unambiguous [1] 71/3
uncorroborated [1] 85/22
under [29] 7/8 7/9 7/12 8/13 9/12 10/12 13/13 14/17 17/6 23/14 23/14 24/14 25/9 32/11 37/9 37/12 39/25 45/4 46/14 55/19 61/18 62/3 68/17 68/20 69/15 70/11 71/23 72/3 87/21
undergarments [5] 49/1 49/2 49/3 49/4 49/6
understand [21] 6/10

13/6 14/5 14/7 14/9 14/11 17/23 20/19 24/2 24/3 24/4 24/18 25/1 25/1 29/12 29/14 29/15 56/17 59/20 73/2 74/18
understanding [10] 13/13 13/15 17/19 18/3 19/13 23/22 34/20 34/21 35/11 82/1
understood [3] 23/12 27/10 67/3
undertaken [1] 70/12
undisputed [1] 9/11
undue [1] 34/5
unequivocal [3] 7/14 12/5 12/19
unequivocally [4] 7/23 34/24 35/19 53/6
unfailingly [1] 86/20
unfair [1] 18/20
unfortunately [2] 26/3 47/5
unimportant [1] 73/19
unique [1] 30/18
UNITED [4] 1/1 1/12 46/16 46/17
universal [1] 58/24
unless [1] 54/20
unlock [2] 36/9 40/17
unmistakable [1] 83/9
unnecessarily [1] 87/13
unnecessary [1] 63/17
unquote [1] 79/14
unrebutted [1] 78/7
unredacted [1] 6/2
unrelated [1] 5/20
until [8] 19/1 29/11 38/15 39/20 49/6 64/1 78/21 79/15
untrue [2] 37/11 37/14
uphill [1] 57/1
upon [7] 9/13 15/4 47/24 60/20 69/23 80/14 87/17
upsetting [1] 24/3
us [10] 6/2 6/13 44/23 50/2 51/1 51/4 55/17 61/1 68/19 69/1
used [4] 10/7 29/3 38/7 73/22
useless [2] 41/25 42/19
using [3] 7/2 32/17 38/18
usually [1] 69/22
utilized [1] 10/9
utmost [1] 70/10
Uyen [2] 36/1 40/4

**V**

vague [1] 76/17
valid [1] 71/3
value [4] 8/24 56/10 82/15 83/2
Vargas [3] 48/23 48/24 49/10
variety [1] 84/4
various [1] 36/2

## V

**vast [1]** 75/12
**vel [2]** 3/9 16/13
**Velvel [1]** 2/2
**verbatim [1]** 12/9
**verified [1]** 80/10
**version [1]** 5/24
**versus [2]** 3/6 43/24
**very [37]** 6/19 9/13 13/4
14/7 14/7 15/14 16/4
16/21 16/21 17/15 18/23
20/10 20/10 26/25 27/9
27/9 27/23 29/5 29/7
29/16 35/2 35/16 43/23
48/23 58/12 59/9 60/2
60/13 61/25 61/25 62/19
63/13 63/24 64/14 77/3
86/3 90/3
**vetting [1]** 60/25
**via [1]** 57/7
**violated [4]** 44/21 47/20
71/2 71/3
**violation [7]** 13/3 17/10
44/24 51/17 51/25 55/3
86/7
**violations [1]** 45/5

## W

**walked [1]** 33/14
**wallets [7]** 28/23 29/3
33/5 57/14 57/15 57/17
66/9
**walls [1]** 57/3
**Walter [1]** 47/2
**want [26]** 5/17 5/18 8/11
8/21 22/6 22/6 22/11
25/20 31/9 34/23 35/13
36/17 41/23 49/1 50/3
51/7 51/8 51/9 51/14
54/19 55/24 56/5 56/9
56/11 57/20 77/4
**wanted [8]** 8/19 14/14
26/14 31/17 42/22 43/10
50/18 50/19
**wants [3]** 4/11 31/8
54/21
**warned [1]** 44/16
**warrant [1]** 83/20
**warranted [2]** 62/24
72/1
**warrants [1]** 55/16
**wasn't [8]** 9/1 25/11
36/22 39/1 39/2 39/20
66/10 66/15
**wasted [3]** 17/22 74/19
87/10
**ways [3]** 8/14 22/3 28/24
**we'll [5]** 6/13 25/12 30/3
64/1 90/4
**we're [12]** 14/7 15/7
15/12 15/14 16/16 19/20
19/20 35/2 58/21 59/3
60/4 60/25
**we've [8]** 5/25 25/5
27/25 35/6 45/24 50/23
60/24 67/13

**weave [1]** 47/3
**web [1]** 47/3
**weeks [3]** 22/24 68/13
80/19
**weigh [1]** 21/20
**weighing [1]** 47/7
**weight [1]** 74/23
**welcome [1]** 3/24
**well [21]** 4/19 11/12
14/1 23/7 24/6 29/3 35/1
38/7 38/22 41/10 42/2
42/3 42/15 42/19 42/25
44/18 63/7 65/22 66/1
66/12 79/20
**well-known [1]** 42/2
**went [9]** 8/7 23/10 27/14
35/12 35/17 47/4 54/3
55/12 79/18
**weren't [1]** 13/9
**West [2]** 1/7 1/18
**Westlaw [1]** 43/25
**What's [2]** 25/14 56/25
**whatever [4]** 5/18 21/6
51/6 68/8
**whenever [4]** 5/3 6/16
30/9 35/10
**where [21]** 15/13 18/12
21/2 21/3 26/3 26/9
31/25 41/3 44/20 50/1
52/13 53/11 54/3 54/3
58/25 71/13 74/4 82/10
83/3 83/8 84/3
**whereas [2]** 60/7 70/15
**whether [14]** 6/23 7/14
7/16 11/14 21/20 22/4
27/5 47/14 63/8 64/23
72/6 73/16 73/18 81/24
**while [5]** 39/9 49/11
52/11 56/11 77/25
**whole [1]** 61/21
**whose [3]** 19/16 75/14
81/18
**why [19]** 7/1 7/24 8/5
8/7 9/3 13/10 13/11
14/23 14/23 18/5 26/21
27/23 34/18 37/4 44/6
44/9 56/19 57/1 62/13
**wide [2]** 59/18 69/20
**wife [2]** 12/25 40/9
**willful [11]** 13/3 16/24
17/10 18/17 23/3 45/4
45/6 55/2 63/22 69/24
87/15
**willfully [8]** 19/7 23/1
36/19 43/13 43/18 59/24
78/7 78/8
**willing [1]** 56/2
**willingness [1]** 47/24
**win [1]** 61/22
**windfall [2]** 61/13 86/6
**window [1]** 26/21
**wiped [2]** 13/17 62/14
**wish [1]** 14/16
**withdrawing [1]** 46/16
**withdrawn [1]** 46/22
**withdrew [1]** 46/11

**without [8]** 18/8 19/6
35/22 36/12 63/16 77/1
82/18 82/19
**witness [15]** 12/4 19/16
21/14 38/24 39/4 72/17
72/19 72/21 72/23 72/24
73/2 73/7 73/13 73/15
73/20
**witness' [2]** 72/16 73/4
**won [1]** 62/16
**won't [3]** 45/17 48/15
54/8
**words [7]** 16/11 17/20
25/21 28/14 28/18 35/3
52/22
**work [3]** 32/4 42/1 87/3
**worked [1]** 8/8
**working [8]** 18/2 19/20
19/20 20/20 20/23 20/25
21/2 22/8
**works [1]** 82/23
**world [1]** 18/21
**worldwide [1]** 21/4
**worth [2]** 41/4 76/5
**worthy [1]** 74/17
**wouldn't [17]** 7/25 8/7
8/17 11/10 13/19 14/23
17/1 17/2 17/3 57/1
57/25 59/13 59/14 62/3
67/5 75/19 85/14
**wrapped [1]** 19/15
**wrappers [1]** 40/20
**WRIGHT [208]**
**Wright's [54]** 4/24 12/4
18/7 25/7 26/6 31/17
31/18 33/14 33/19 34/4
34/16 34/18 35/20 37/1
37/2 39/25 40/11 45/11
47/2 47/12 49/23 50/5
52/25 53/25 54/8 55/2
55/14 65/1 66/10 67/10
67/11 74/1 74/25 75/2
75/5 76/9 77/9 77/10
77/24 79/3 79/8 84/18
85/17 85/21 86/1 86/3
86/14 86/21 87/15 87/23
88/16 89/4 89/9 89/15
**writes [1]** 52/14
**writing [1]** 66/15
**written [3]** 30/21 50/9
89/21
**wrong [5]** 23/8 29/9
29/13 46/8 82/21
**wrote [2]** 37/12 74/6

## Y

**yeah [2]** 6/9 43/7
**years [3]** 42/1 59/2
78/22
**yes [14]** 5/11 5/22 7/18
7/23 12/23 25/4 27/17
27/17 27/19 29/4 30/2
50/21 58/9 63/11
**yet [7]** 22/12 24/13
39/21 46/1 60/5 62/15
79/14

**you'd [1]** 20/12
**you're [17]** 5/3 6/16
13/13 14/10 14/10 19/2
22/18 26/8 28/3 29/16
29/19 30/9 43/1 50/12
51/8 54/19 58/12
**you've [6]** 22/19 22/20
24/6 27/10 30/18 41/6
**young [2]** 5/9 5/11
**yourself [1]** 21/7

## Z

**Zaharah [3]** 2/19 4/3
35/4
**Zalman [1]** 3/25
**zealously [1]** 86/19