UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                                            **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

### DR. CRAIG WRIGHT'S MOTION FOR ENLARGEMENT OF TIME TO CHALLENGE MAGISTRATE REINHART'S ORDER DEEMING CERTAIN FACTS AS ESTABLISHED AND STRIKING CERTAIN AFFIRMATIVE DEFENSES

Dr. Craig Wright respectfully requests a fourteen-day extension of time to file a motion with the district court judge challenging Magistrate Reinhart's August 27th order (the "Order") [D.E. 277]. In support of this request, Dr. Wright states as follows:

1. On August 27, 2019, Magistrate Reinhart issued an order deeming as established certain facts that go to the heart of this case and striking eight of Dr. Wright's affirmative defenses (the "Order") [D.E. 277].

2. Dr. Wright does not concede that Magistrate Reinhardt had the power to enter the order that he did. However, the time frame that arguably could apply to addressing the legal validity of the purported order would be the 14-day time frame set forth in Rule 72 of the Federal Rules of Civil Procedure.

3. Accordingly, without waiving his rights as to whether the purported order was correctly issued in the first place, any motion challenging the order would be due on September 10, 2019.

4.     Counsel for Dr. Wright have been diligently working on meeting this deadline, however, Central and South Florida are currently threatened by a major hurricane. Hurricane Dorian is expected to make landfall in Florida early next week and counsel for Dr. Wright have been expending significant time preparing for the hurricane, which has limited their ability to work on this matter.

5.     Dr. Wright submits that it is crucial that his attorneys have sufficient time to submit his challenge. The testimony and evidence submitted in the two days of evidentiary hearings is voluminous, the facts and legal issues are extremely complex, and the sanctions issued by Magistrate Reinhart go to the heart of the case and the defendant's ability to defend against the billion-dollar claims lodged against him.

6.     For the foregoing reasons, Dr. Wright moves for an additional fourteen days to file his challenge to the Order, which would make it due on September 24, 2019.

7.     This motion is brought in good faith and not for the purposes of delay.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion. Plaintiffs' counsel does not oppose this enlargement of time.

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveromestre.com

Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
JORGE MESTRE
Florida Bar No. _____
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

### CERTIFICATE OF SERVICE

I certify that on August 30, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819