## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>   Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>   Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of this Court, the undersigned respectfully moves for the admission *pro hac vice* of Joseph M. Delich of the law firm of Roche Freedman LLP, 185 Wythe Avenue F2, Brooklyn, NY 11249, (929) 457-0057, for purposes of appearance as co-counsel on behalf of Ira Kleiman as personal representative for the Estate of David Kleiman and W&K Info Defense Research, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joseph M. Delich to receive electronic filings in this case, and in support thereof states as follows:

  1.  Joseph M. Delich is not admitted to practice in the U.S. District Court for the Southern District of Florida and is a member in good standing of the Bar of the State of New York.

  2.  Movant, Velvel (Devin) Freedman, of the law firm of Roche Freedman LLP, 200 S Biscayne Boulevard, Suite 5500 Miami, Florida 33131, (305) 753-3675, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida

and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joseph Delich has made payment of this Court's $75 admission fee. His certification in accordance with Rule 4(b) is attached hereto.

4. Joseph M. Delich, by and through the undersigned designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests that the Clerk of the Court hereinafter provide Notice of Electronic Filings to Joseph M. Delich at email address: jdelich@rochefreedman.com.

WHEREFORE, Velvel Freedman, moves this Court to enter an Order for Joseph M. Delich, to appear before this Court as co-counsel on behalf of Ira Kleiman as the personal representative for the Estate of David Kleiman and W&K Info Defense Research, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joseph M. Delich.

Dated: September 5, 20219               Respectfully submitted,

                                        **ROCHE FREEDMAN LLP**

                                        By:   */s/ Velvel (Devin) Freedman*
                                              Velvel (Devin) Freedman
                                              Florida Bar No.: 99762
                                              200 South Biscayne Blvd., Suite 5500
                                              Miami, Florida 33131
                                              Tel.:   (305) 357-3861
                                              Email:  vel@rochefreedman.com

**And**

**BOIES SCHILLER FLEXNER LLP**

By:    /s/ *Andrew S. Brenner*
      Andrew S. Brenner
      Fla. Bar No: 978663
      100 SE Second Street, Suite 2800
      Miami, Florida 33131
      Tel.:   (305) 539-8400
      Email:  abrenner@bsfllp.com

*Attorneys for Plaintiffs*
IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K
Info Defense Research, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman and W&K Info Defense Research, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>  Defendant. | CASE NO.: 9:18-cv-80176 |

## CERTIFICATION OF JOSEPH M. DELICH

Pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, I hereby certify (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida, and (2) I am a member in good standing of the Bar of the State of New York.

                                                             */s/ Joseph M. Delich*
                                                             Joseph M. Delich

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which caused a copy to be served on all counsel of record.

By: /s/ *Velvel (Devin) Freedman*
Velvel (Devin) Freedman
Florida Bar No.: 99762
200 South Biscayne Blvd., Suite 5500
Miami, Florida 33131
Tel.: (305) 357-3861
Email: vel@rochefreedman.com

*Attorneys for Plaintiffs*
IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman and W&K Info Defense Research, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>    Defendant. | CASE NO.: 9:18-cv-80176 |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Joseph M. Delich, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in this Court and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, IT IS HEREBY ORDERED:

The Motion is GRANTED. Joseph M. Delich, may appear and participate in this action on behalf of Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC. The Clerk shall hereinafter provide electronic notification of all electronic filings to Joseph M. Delich, at jdelich@rochefreedman.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
BETH BLOOM,
UNITED STATES DISTRICT JUDGE

*Copies furnished to:* All Counsel of Record