# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>        Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of this Court, the undersigned respectfully moves for the admission *pro hac vice* of Maxwell V. Pritt of the law firm of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, CA 94104, (415) 293-6800, for purposes of appearance as co-counsel on behalf of Ira Kleiman as personal representative for the Estate of David Kleiman and W&K Info Defense Research, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Maxwell Pritt to receive electronic filings in this case, and in support thereof states as follows:

1.      Maxwell V. Pritt is not admitted to practice in the U.S. District Court for the Southern District of Florida and is a member in good standing of the Bar of the State of California.

2.      Movant, Andrew S. Brenner, of the law firm of Boies Schiller Flexner LLP, 100 SE Second Street, Suite 2800, Miami, Florida 33131, (305) 539-8400, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Maxwell V. Pritt has made payment of this Court's $75 admission fee. His certification in accordance with Rule 4(b) is attached hereto.

4. Maxwell V. Pritt, by and through the undersigned designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests that the Clerk of the Court hereinafter provide Notice of Electronic Filings to Maxwell V. Pritt at email address: mpritt@bsfllp.com.

WHEREFORE, Andrew S. Brenner, moves this Court to enter an Order for Maxwell V. Pritt, to appear before this Court as co-counsel on behalf of Ira Kleiman as the personal representative for the Estate of David Kleiman and W&K Info Defense Research, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Maxwell V. Pritt.

Dated: September 6, 2019               Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By:   /s/ *Andrew S. Brenner*
    Andrew S. Brenner
    Fla. Bar No: 978663
    100 SE Second Street, Suite 2800
    Miami, Florida 33131
    Tel.:    (305) 539-8400
    Email:  abrenner@bsfllp.com

       **And**

**ROCHE FREEDMAN LLP**

By:   */s/ Velvel (Devin) Freedman*
      Velvel (Devin) Freedman
      Florida Bar No.: 99762
      Southeast Financial Center
      200 South Biscayne Blvd., Suite 5500
      Miami, Florida 33131
      Tel.:   (305) 357-3861
      Email:  vel@rochefreedman.com

      *Attorneys for Plaintiffs*
      IRA KLEIMAN, as the personal representative
      of the Estate of David Kleiman, and W&K
      Info Defense Research, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman and W&K Info Defense Research, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>　　Defendant. | **CASE NO.:** 9:18-cv-80176 |

## CERTIFICATION OF MAXWELL V. PRITT

Pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, I hereby certify (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida, and (2) I am a member in good standing of the Bar of the State of California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maxwell V. Pritt*
　　　　　　　　　　　　　　　　　　　　　　　Maxwell V. Pritt

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which caused a copy to be served on all counsel of record.

By: /s/ *Andrew S. Brenner*
Andrew S. Brenner
Fla. Bar No: 978663
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Tel.   (305) 539-8400
Email:  abrenner@bsfllp.com

*Attorneys for Plaintiffs*
IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman and W&K Info Defense Research, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>  Defendant. | **CASE NO.:** 9:18-cv-80176 |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Maxwell V. Pritt, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in this Court and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, IT IS HEREBY ORDERED:

The Motion is GRANTED. Maxwell V. Pritt, may appear and participate in this action on behalf of Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC. The Clerk shall hereinafter provide electronic notification of all electronic filings to Maxwell V. Pritt, at mpritt@bsfllp.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
BETH BLOOM,
UNITED STATES DISTRICT JUDGE

*Copies furnished to:* All Counsel of Record