UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

    Plaintiffs,
v.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties Joint Motion for a 30-Day Extension of All Discovery and Case Deadlines, and Trial Setting, ECF No. [284], filed on September 17, 2019 ("Motion").  In the Motion, the parties represent that they have reached a settlement in principle and require an additional 30-days to finalize all relevant terms. The Court has reviewed the Motion, the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [284]**, is **GRANTED in part and DENIED in part.** The Court's Scheduling Order, **ECF No. [149]**, is **AMENDED** as follows:

| | |
|---|---|
| **December 5, 2019** | Parties disclose experts and exchange expert witness summaries or reports. |
| **December 19, 2019** | Parties exchange rebuttal expert witness summaries or reports. |
| **January 3, 2020** | All discovery, including expert discovery, is completed. |
| **January 17, 2020** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all <u>dispositive motions</u>.**  Each party is limited to filing one motion *in limine* and one Daubert motion.  If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. |

Case No. 18-cv-80176-BLOOM/Reinhart

**The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

All other provisions in the Scheduling Order, **ECF No. [149]**, not amended in this Order, shall remain in full effect.

Plaintiffs' Motion for Attorneys' Fees shall be due **no later than October 20, 2019** and Defendant's Opposition to Judge Reinhart's Sanctions Order, **ECF No. [277]**, shall be due **no later than October 24, 2019**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 17, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2