**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,
v.                                                      **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.
_____/

**JOINT MOTION**
**FOR AN ADDITIONAL 30-DAY EXTENSION OF**
**ALL DISCOVERY AND CASE DEADLINES, AND TRIAL SETTING**

As the parties previously informed the Court, they are currently engaged in good faith settlement discussions. To further facilitate these discussions, Dr. Wright and Plaintiffs respectfully request an additional 30-day extension of all discovery and case deadlines. In support of this request, the parties state as follows:

1. On September 17, 2019, the parties informed the Court that they had reached a non-binding agreement in principle to settle this matter and requested a 30-day extension of all case deadlines to facilitate the settlement discussions. D.E. 284.

2. On September 18, 2019, the Court granted a 30-day extension of time on all case deadlines, but kept the trial setting the same. D.E. 286.

3. Since that date, the parties have worked diligently on reaching an agreement on all terms. In that effort, the parties' counsel have met three times in person to go over the details of the final agreement and have made significant progress on reaching the form of what will become the final binding agreement. Due to the complexity of the settlement and associated documents, however, a bit more time is needed to finalize and memorialize the agreement.

4. In the meantime, the extended case deadlines are quickly approaching. For example, plaintiffs' motion for attorneys' fees is due on October 20, 2019, Dr. Wright's opposition to Judge Reinhart's sanctions order is due on October 24, 2019, and expert disclosures are due on December 5, 2019.

5. Additionally, the Jewish Holidays are upon us and members of the plaintiffs' and defendant's teams were, and will be, unable to work on September 30, and October 1, 9, 14, 15, 21, and 22.

6. Reaching a final binding settlement agreement is in the best interests of both parties, and an additional 30-day extension of all case deadlines (including the trial setting) will enable both parties to devote their full efforts to that goal.

7. For the foregoing reasons, the parties jointly move for an additional 30-day extension of all discovery and case deadlines.

8. This motion is brought in good faith and not for the purposes of delay.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties affected by the relief sought in this motion. All parties agree to the relief sought.

*Attorneys for Plaintiffs*

s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com


Kyle W. Roche, Esq.
Admitted Pro Hac Vice

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero

| | |
|---|---|
| ROCHE FREEDMAN LLP<br>185 Wythe Avenue F2<br>Brooklyn, New York 11249<br>kyle@rochefreedman.com | ANDRES RIVERO<br>Florida Bar No. 613819<br>AMANDA MCGOVERN<br>Florida Bar No. 964263<br>ZAHARAH MARKOE<br>Florida Bar No. 504734 |

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

      /s/ Andres Rivero_____
ANDRES RIVERO
Florida Bar No. 613819