UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Parties Joint Motion for an Additional 30-Day Extension of All Discovery and Case Deadlines, and Trial Setting, ECF No. [287], filed on October 8, 2019 ("Motion").  In the Motion, the parties request an additional 30-days to finalize their settlement agreement resolving all claims in the above-referenced action. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion, **ECF No. [287]**, is **GRANTED in part and DENIED in part.** Plaintiffs' Motion for Attorneys' Fees shall be due **no later than November 20, 2019**. Defendant's Opposition to Judge Reinhart's Sanctions Order, **ECF No. [277]**, shall be due **no later than November 25, 2019**.

2. All other provisions in the Scheduling Orders, **ECF No. [149], [286]**, not amended by this Order, shall remain in full effect.

Case No. 18-cv-80176-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 8, 2019.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record