**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## PLAINTIFFS' EXPEDITED REPLY IN SUPPORT OF ITS MOTION TO DEPOSE OUT OF STATE WITNESS IN UNDER 14 DAYS WHILE PROVIDING VIDEOCONFERENCE ACCESS TO DEFENDANT OR IN THE ALTERNATIVE TO DEPOSE VIA VIDEOCONFERENCE AT A LATER DATE

Craig's response doesn't clearly state his counsel isn't available for the proposed deposition date of November 8, 2019, doesn't list what conflict prevents any of his six attorneys of record from appearing, or provide any specific reason why the deposition shouldn't move forward. Instead, the response simply takes issue with the seven-day notice period. But seven days is sufficient for depositions in Florida (L.R. 26.1(h)) and as (i) Plaintiffs have offered to set up a videolink to the deposition, and (ii) Craig has now agreed to depose Mr. Wilson via videolink, it's unclear what the issue is with the deposition moving forward.

Mr. Wilson is an important witness who Plaintiffs would strongly prefer to depose in person. Realistically, it appears that's only possible if the deposition moves forward on November 8. For this reason, Plaintiff respectfully requests permission to proceed on November 8.[1]

---

[1] Subject to the witnesses continued availability due to the delay in confirmation.

1

Defendant criticizes Plaintiffs for giving a high-level summary to the Court of why, after two joint motions for extensions to facilitate a settlement, the parties are back in active litigation and short on time. Plaintiffs did nothing wrong. And while Craig's response accuses Plaintiffs of using court filings as an "attempt to harm his reputation,"[2] it's Craig who's since taken to the internet calling Ira a "scumbag," "conman," "try-hard," and **ironically** claiming that *Ira* is "perjuring himself" and engaging in "criminal fraud."[3]

That said, Plaintiffs agree with Craig that this is not the proper forum to litigate the settlement issue and the prejudice it's caused. Plaintiffs would gladly take the opportunity to "set the record straight" with the Court and demonstrate the accuracy of their statements.

## CONCLUSION

Plaintiffs respectfully request that the Court allow them to depose Mr. Wilson on November 8, 2019 in Washington D.C., subject to his continued availability, on condition they provide Defense counsel with the ability to attend the deposition via videolink.

Dated: November 4, 2019

Respectfully submitted,

**ROCHE FREEDMAN LLP**

By: ___/s/ *Velvel (Devin) Freedman*___
    Velvel (Devin) Freedman
    Florida Bar No.: 99762
    200 South Biscayne Blvd., Suite 5500
    Miami, Florida 33131
    Tel.:   (305) 357-3861
    Email:  vel@rochefreedman.com

    Kyle W. Roche
    Joes Delich

---

[2] ECF No. 292 at 2.

[3] https://medium.com/@craig_10243/on-scammers-a-redux-b194e5185453

*Admitted Pro Hac Vice*
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com
Jdelich@rochefreedman.com

**and**

**BOIES SCHILLER FLEXNER LLP**

By:   /s/ *Andrew S. Brenner*
     Andrew S. Brenner
     Fla. Bar No: 978663
     100 SE Second Street, Suite 2800
     Miami, Florida 33131
     Tel.:   (305) 539-8400
     Email:  abrenner@bsfllp.com

*Attorneys for Plaintiffs*
IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K
Info Defense Research, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

     *s/ Velvel (Devin) Freedman*
     VELVEL (DEVIN) FREEDMAN

3