UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

Plaintiffs, Ira Kleiman and W&K Info Defense Research, LLC, hereby notify that Court and all parties of record that Kyle Roche, who is admitted to practice pro hac vice in this court, is now associated with Roche Freedman LLP. Mr. Roche's contact information should be updated as follows:

>Kyle W. Roche
>Roche Freedman LLP
>185 Wythe Avenue F2
>Brooklyn, NY 11249
>kyle@rochefreedman.com

Dated: November 5, 2019

Respectfully submitted,

**ROCHE FREEDMAN LLP**

By: ___*/s/ Velvel (Devin) Freedman*___
   Velvel (Devin) Freedman
   Florida Bar No.: 99762
   200 South Biscayne Blvd., Suite 5500
   Miami, Florida 33131
   Tel.:   (305) 357-3861
   Email:  vel@rochefreedman.com

Kyle W. Roche
Joes Delich
*Admitted Pro Hac Vice*
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com
Jdelich@rochefreedman.com

*Attorneys for Plaintiffs*
IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K
Info Defense Research, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN