UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.:  9:18-cv-80176-BB |

## NOTICE OF FILING EXHIBITS TO PLAINTIFFS' DISCOVERY MEMORANDUM (ECF NO. [298-1])

Pursuant to this Court's standing discovery order (ECF No. [102]) requiring the parties to file copies of all source materials relevant to the discovery dispute, Plaintiffs file this notice to provide copies of the following:

- Defendant's ESI Disclosure, attached as **Exhibit 1**;
- Plaintiffs' First Request for Admission, attached as **Exhibit 2**;
- Plaintiffs' Fifth and Sixth Sets of Interrogatories, attached as **Exhibit 3**;
- Plaintiffs' Sixth and Seventh Requests for Production, attached as **Exhibit 4**;

Plaintiffs intended to include copies of these exhibits with the joint discovery memo, but Craig filed his own submission without notice to Plaintiffs (ECF No. 298), without conferring with counsel, and in so doing filed the *draft* plaintiffs had sent him for review (ECF No. 298-1). As a result, the filing did not include copies of Plaintiffs' discovery requests that are at issue.[1]

---

[1] Craig's submission also contained material factual inaccuracies including but not limited to, inexplicably stating that Plaintiffs "know full well that their own actions destroyed any possibility of settlement." Nothing could be further from the truth. Nor is it true that Plaintiffs submitted false arguments in support of Wilson's expedited deposition. Plaintiffs would be happy to address these issues at the Court's request.

Dated: November 20, 2019

Respectfully submitted,

**ROCHE FREEDMAN LLP**

By:   */s/ Velvel (Devin) Freedman*
     Velvel (Devin) Freedman
     Florida Bar No.: 99762
     200 South Biscayne Blvd., Suite 5500
     Miami, Florida 33131
     Tel.: (305) 357-3861
     Email: vel@rochefreedman.com

     Kyle W. Roche
     Joes Delich
     *Admitted Pro Hac Vice*
     185 Wythe Avenue F2
     Brooklyn, New York 11249
     kyle@rochefreedman.com
     Jdelich@rochefreedman.com

     **and**

**BOIES SCHILLER FLEXNER LLP**

By:   */s/ Andrew S. Brenner*
     Andrew S. Brenner
     Fla. Bar No: 978663
     100 SE Second Street, Suite 2800
     Miami, Florida 33131
     Tel.: (305) 539-8400
     Email: abrenner@bsfllp.com

     *Attorneys for Plaintiffs*
     IRA KLEIMAN, as the personal representative
     of the Estate of David Kleiman, and W&K
     Info Defense Research, LLC

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 20, 2019, a true and correct copy of the foregoing was served via e-mail on all counsel of record

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
