# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>    *Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**DR. WRIGHT'S DISCLOSURE OF ALL REPOSITORIES OF POTENTIALLY RELEVANT ESI PRUPSANT TO THE PARTIES' STIPULATED DISCOVERY PLAN**

Pursuant to the parties' Stipulated Discovery Plan, ECF No. [88], at 4, ¶3, Dr. Wright discloses the following repositories of potentially relevant ESI presently known to him that is under his personal possession, custody, or control:

(1) Email addresses: There are no email addresses that are potentially relevant to the case. There are .pst files which contain emails on various electronic devices listed below at (2).

(2) Laptops, desktops, hard drives, tablets, phones, or any other computing device:

- Buffalo LinkStation (System SN 45887800801333) (media capacity 16000GB) – unable to access data
- Seagate BlackArmor NAS 400 (System SN 2GG110VJ) (media capacity 12000) (total collection volume 3287.955GB)[1]

---

[1] "craig" data share with a collection volume of 28.3GB was processed in its entirely, including 27GB of email; "craig.wright" data share with a collection volume of 3.881G was processed in its entirety; "Ramona" data share with a collection volume of 0.040GB was processed in its entirety; "wiki" data share with a collection volume of 0.001GB was processed in its entirety; "public" data share with a collection volume of 544GB, including 20GB of email; "video" data share with a collection volume of 682.530GB has

- QNAP TS-EC1680U-RP (System SN QQ169/11030) (media capacity 16000GB) QNAP Controller server racked with three QNAP expansion units listed immediately below; Contains 16 10TB drives[2]
- QNAP REXP-1620U-RP (System SN Q171/04853GB) (media capacity 160000GB) QNAP expansion unit ("SHELF 1"); contains 16 10TB drives
- QNAP REXP-1620U-RP (System SN Q171/08434 (media capacity 160000GB) QNAP expansion unit ("SHELF 2"); contains 16 10TB drives
- QNAP REXP-1620U-RP (System SN Q171/08452 (media capacity 160000GB) QNAP expansion unit ("SHELF 3"); contains 16 10TB drives
- Hard drive – drive was non-functional and unreadable
- Lemel BOX-LEM-FR821BLK (external hard drive) (media capacity 500GB) – drive heavily damaged and unable to acquire any data from it
- Hard drive (media capacity 320GB) (collection volume 207GB)
- Hard drive (media capacity 20 GB) (collection volume 15.7GB)
- Hard drive (media capacity 160GB) (collection volume 54.3GB)
- Hard drive (media capacity 400GB) – drive non-functional
- Hard drive (media capacity 400GB) - unable to read or image
- Hard drive (media capacity 80GB) – drive non-functional
- Hard drive (media capacity 200G) (collection volume 186GB)
- Dell laptop (System SN X9708A00) (media capacity 80GB) (collection volume 42.5GB)
- Buffalo external hard drive (System SN 85292534508836) (media capacity 3000GB) (collection volume 970GB)
- HP Pavilion G Series laptop (System SN GOL-19632) (media capacity 500GB) (collection volume 500GB)
- Astone external hard drive (System SN 221E09480254) (media capacity 320GB) (collection volume 210GB)
- WD Elements WD1000EB035-01 external hard drive (System SN WCAU49520074 (media capacity 1000GB) (collection volume 1000GB)
- Laptop ASUS R552J (System SN DAN0CY467767442) (media capacity 1500GB) (collection volume 1010GB) (HW0327 Bobby Wilson)
- Laptop ASUS R750J (System SN D6N0CY45842624A) (media capacity 750GB) (collection volume 3.64GB) (HW0042 Brian Chen)

---

not been processed yet as it is not proportional to the needs of the case; "work" data share with a collection volume of 2029.19GB has been processed in part based on a partial review of file names by Dr. Wright's counsel and the use of the following search terms applied to the filenames and filepaths: Dave, Kleiman, DK, W&K, WKID, Coinex, Coinexch, Coinexchange; Coin-Ex; Coin-Exch; Coin-Exchange, coin ex, coin exch, coin exchange. The total volume of data processed and in process from the "work" data share is 26.9GB, including 24.7GB of email. The processing of additional data from the "work" data share is disproportionate to the needs of the case and will result in an additional cost of over $100,000.

[2] AlixPartners is currently analyzing the QNAP servers.

2

- Laptop ASUS R552J (System SN DAN0CY467749444) (media capacity 1500GB) (collection volume 246GB) (HW0321 Newton Chung)
- MacBook Pro (System SN C02LM0LHFD57) (media capacity 500GB) (collection volume 466GB) (HW046 Erik Esplanada)
- MacBook Pro (System SN C02LLBA5FD57) (media capacity 500GB) (collection volume 25.1GB) (HW0245 Faruk Akgul)
- Dell Inspiron 14z laptop (System SN JOYKQT1) (media capacity 500GB) (collection volume 164GB)
- Dell D05S (Alienware) desktop (System SN GF9CNW1) (media capacity 1000GB) (collection volume 69.2GB)
- External hard drive Maxtor 9NZ2A4-500 (System SN 2HVEXOCE) (media capacity 500GB) (collection volume 408GB)
- External hard drive Maxtor 9NZ2A4-500 (System SN n/a) (media capacity 500GB) (collection volume 413GB)
- External hard drive Maxtor 9NZ2A4-500 (System SN n/a) (media capacity 1000GB) (collection volume 718GB)
- External hard drive Maxtor 9NZ2A4-500 (System SN n/a) (media capacity 1000GB) (collection volume 704GB)

(3) any device or software used to mine or store cryptocurrencies - none

(4) any device or software used to write or code the Bitcoin client - none

(5) cloud storage accounts – none

(6) USB, flash drives, CD/DVDs or any other physical ESI storage medium – none aside from those listed in (2) above.

(7) Social media accounts

- Twitter - @ProfFaustus
- Medium
- Linked-In
- Reddit
- CoinGeek
- The Bitcoin SV Channel

(8) Any intranet or shared servers – see (2) above

(9) Text messages and voicemails – none except for anything relevant on one of the devices listed in (2) above

(10) Repositories used to develop or store intellectual property including but not limited to any computer code repositories – see (2) above

3

(11) Any unique or proprietary software on which relevant data is stored – see (2) above.

4