# EXHIBIT 4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>     *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>     *Defendant.* | CASE NO.:  9:18-cv-80176-BB |

## PLAINTIFFS' SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT CRAIG WRIGHT

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs Ira Kleiman, as personal representative of the estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"), by and through their counsel of record, hereby requests that Defendant Craig Wright ("Defendant") respond in writing to the following Requests for Production of Documents and Things ("Requests") within thirty (30) days of receipt of these Requests, and produce the requested responses, documents and things at the offices of ROCHE FREEDMAN LLP, 200 S. Biscayne Blvd., Suite 5500 Miami, Florida 33131, or at some mutually-agreeable date, location, and time, where facilities are available for inspection and copying.  These Requests are continuing in nature.  Responsive information discovered subsequent to service of Plaintiffs' responses hereto shall be disclosed through supplemental responses within thirty (30) days of discovery, pursuant to Fed. R. Civ. P. 26(e)

<u>DEFINITIONS AND INSTRUCTIONS</u>

1.      The terms "You," "Your," or "Defendant" means Defendant Craig Wright, and includes the agents, employees, partners, and affiliates of Defendant and all other persons (as defined herein) acting or purporting to act on behalf of Defendant or who are subject to the direction or control of Defendant.

2.      The term "Wright Patent" means any patent or patent application, filed anywhere in the world, on which Craig Steven Wright is named as an inventor, any related patents and patent applications, including but not limited to the patents and patent applications identified in Exhibit A.

3.      The term "nChain Entity" means any entity (as defined herein) associated with the nChain group, including but not limited to nChain Holdings Limited and nChain Limited, jointly and severally, and includes the officers, directors, agents, employees, partners, and affiliates of any such entity and all other persons (as defined herein) acting or purporting to act on behalf of any such entity or who are subject to the direction or control of any such entity.

4.      The term "nChain Patent" means any patent or patent application, filed anywhere in the world, that is assigned to any nChain Entity or in which any nChain Entity has an ownership interest, any related patents and patent applications, including without limitation the patents and patent applications identified in Exhibit B.

5.      The terms "document" or "documents" shall be synonymous in meaning, equal in scope and shall have the broadest meaning ascribed to them by Federal Rule of Civil Procedure 34(a).  This shall include, without limitation, the following items, whether printed or reproduced by any process, or written or produced by hand or stored in computer memory,

2

magnetic or hard disk or other data storage medium, and whether or not claimed to be privileged, confidential or otherwise excludable from discovery, namely: electronic or computerized data compilations, notes, letters, correspondence, communications, e-mails, text messages, memoranda, summaries of telephone conversations, records of telephone conversations, summaries or records of personal conversations or meetings, diaries, reports, laboratory and research reports and notebooks, recorded experiments, charts, plans, drawings, diagrams, schematic diagrams, illustrations, product descriptions, technology roadmaps, design documents, product analyses, white papers, requests for proposal, technical tutorials, writings related to proposed or actual product improvements or changes, user manuals or guides, installation guides or manuals, technical descriptions or specifications, product repair manuals or guides, photographs, video images, business flow charts or descriptions or specifications, product functions or descriptions or specifications, minutes or records of meetings, summaries of interviews, reports or investigations, opinions or reports of consultants, reports of trademark searches, trademark application materials, opinions of counsel, agreements, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade letters, press releases, sales and purchase orders, receipts, invoices, quotations, estimates, leases or consignments, drafts of any of the foregoing documents, and all other material fixed in a tangible or electronic medium of whatever sort or type in the possession, custody or control of Defendant or any of their representatives, whether or not prepared by Defendant.  "Document" or "Documents" also includes all non-identical copies of the foregoing, such as those bearing comments, postscripts, changes, amendments, addenda, or other notations not present on the original document as initially written, typed or otherwise prepared.

6.      The term "thing" shall be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a) including, without limitation, tangible things which constitute or contain matters within the scope of Fed. R. Civ. P. 26(b) and which are in the possession, custody or control of Defendant.

7.      "Referring to," "relating to," "referring or relating to," and "related to" include the following:  pertaining to, making reference to, concerning, comprising, evidencing, alluding to, responding to, connected with, commenting on, with respect to, about, regarding, resulting from, embodying, explaining, supporting, discussing, showing, describing, reflecting, analyzing, constituting, setting forth, in respect of, or having any logical or factual connection with the subject matter in question.

8.      "Refer to" and "relate to" include the following:  pertain to, make reference to, concern, comprise, evidence, allude to, respond to, connect with, comment on, with respect to, are about, regard to, result from, embody, explain, support, discuss, show, describe, reflect, analyze, constitute, set forth, or have any logical or factual connection with the subject matter in question.

9.      The term "any" or "each" should be understood to include and encompass "all."

10.     The singular includes the plural number and vice versa, any use of gender includes both genders, and a verb tense includes all other verb tenses where the clear meaning is not distorted by addition of another tense or tenses.

11.     Whenever the conjunctive is used, it shall also be taken in the disjunctive, and vice versa.

## <u>REQUESTS FOR PRODUCTION</u>

**<u>REQUEST FOR PRODUCTION NO. 1:</u>**

All documents identified in response to Interrogatory No. 13.

**<u>REQUEST FOR PRODUCTION NO. 2:</u>**

All file histories for all Wright Patents and nChain Patents.

Dated:  September 2, 2019

Respectfully submitted,

By: *<u>/s/Velvel (Devin) Freedman</u>*
Velvel (Devin) Freedman, Esq.
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
ROCHE FREEDMAN LLP
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as
Personal Representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC.*

## Exhibit A

### Wright Patents Identified by Publication Number

| | | |
|---|---|---|
| G561468 | MX2018010048 | BR112018016822 |
| G562622 | MX2018010050 | BR112018016825 |
| US20190058733 | MX2018010054 | BR112018016826 |
| US20190066228 | MX2018010056 | BR112018071743 |
| BRPI1816782 | MX2018010057 | BR112018071802 |
| BRPI1816819 | MX2018010058 | BR112018071814 |
| BRPI1816234 | MX2018010059 | BR112018072929 |
| BRPI1816245 | MX2018013617 | BR112018072965 |
| BRPI1816797 | MX2018013618 | BR112018072969 |
| BRPI1816805 | MX2018013620 | CN109074433 |
| BRPI1816810 | US20180367298 | CN109074562 |
| BRPI1816815 | US20190043048 | CN109074563 |
| BRPI1816821 | US20190050541 | CN109074565 |
| BRPI1816822 | US20190050832 | CN109074579 |
| BRPI1816825 | US20190052458 | CN109074580 |
| BRPI1816826 | US20190057211 | CN109089427 |
| BRPI1871743 | US20190057362 | CN109155035 |
| BRPI1871802 | US20190057382 | US10269084 |
| BRPI1871814 | US20190058592 | US20140359291 |
| BRPI1872929 | US20190058600 | US20180025455 |
| G562621 | US20190066065 | US9811869 |
| MX2018010052 | US20190068365 | SG11201809582 |
| US20190052454 | US20190073624 | SG11201809584 |
| G560274 | US20190095909 | SG11201811005 |
| G561466 | US20190102758 | AU2017261921 |
| G561469 | US20190116024 | AU2017263291 |
| G561725 | US20190130391 | CN109074434 |
| G561726 | US20190130399 | CN109074462 |
| G561727 | US20190139031 | CN109074576 |
| G561728 | US20190158470 | ES2701980 |
| G561729 | US20190164138 | ES2701981 |
| G562623 | CN101370931 | KR1020180137022 |
| G562624 | BR112018016819 | KR1020180137024 |
| G562656 | BR112018016782 | PH12018502384 |
| G564201 | CN109155036 | PH12018502386 |
| G564206 | BR112018016234 | SI3295350 |
| G564299 | BR112018016245 | SI3295362 |
| G568333 | BR112018016797 | CN109478997 |
| MX2018009355 | BR112018016805 | KR1020190034272 |
| MX2018009356 | BR112018016810 | WO2017187398 |
| MX2018010044 | BR112018016815 | WO2017195161 |
| MX2018010045 | BR112018016821 | WO2017195164 |

| | | |
|---|---|---|
| WO2018020389 | HRP20181373 | DK3257191 |
| WO2019034951 | CL2018002362 | DK3268914 |
| EP3295350 | CL2018002363 | ES2680851 |
| EP3295362 | CL2018002364 | ES2687182 |
| EP3449450 | CL2018002365 | ES2691254 |
| EP3491773 | CL2018002366 | HUE040631 |
| AU2017223127 | CL2018002369 | IL261209 |
| C022803 | SG11201806784 | IL261210 |
| C022809 | SG11201903387 | IL261211 |
| IN201847044429 | SG10201805995 | IL261212 |
| IN201847044433 | SG11201805542 | IL261213 |
| IN201847048871 | SG11201806702 | IL261214 |
| JP2019511759 | SG11201806704 | IL262806 |
| JP2019511761 | SG11201806709 | IL262807 |
| JP2019514087 | SG11201806711 | IL262809 |
| JP6514830 | SG11201806712 | KR1020180112061 |
| JP6514831 | SG11201806713 | KR1020180114182 |
| JP6556370 | SG11201806780 | KR1020180114198 |
| KR101974060 | SG11201806781 | KR1020180114915 |
| KR101974075 | SG11201806785 | KR1020180114942 |
| KR20180137022 | SG11201808758 | KR1020180115282 |
| KR20180137024 | SG11201809115 | KR1020180115293 |
| US20190149337 | SG11201809117 | KR1020180115701 |
| US20190163883 | SG11201809585 | KR1020180115727 |
| KR20190034272 | KR1020180114939 | KR1020180115764 |
| BRPI1872965 | KR1020190071778 | KR1020180115766 |
| BRPI1872969 | AU2017263290 | KR1020180115778 |
| G558484 | CN108292402 | KR1020180115779 |
| G558485 | CN108352015 | KR1020180116278 |
| G559908 | CN108780548 | KR1020180117119 |
| G561465 | CN108781161 | KR1020180117124 |
| G564198 | CN108885741 | KR1020180123709 |
| G564199 | CN108885745 | KR1020180127504 |
| G564200 | CN108885746 | KR1020180128968 |
| G564207 | CN108885748 | KR1020190002688 |
| G564208 | CN108885761 | KR1020190004309 |
| G564519 | CN109074566 | KR1020190004310 |
| G571367 | CN109155034 | KR1020190004311 |
| EP2771821 | CN109314637 | PH12018501741 |
| WO2013059871 | CN109314642 | PH12018501742 |
| AU2013201602 | CN109417465 | PH12018501743 |
| AU2014259536 | CN109479004 | PH12018501744 |
| CN109314636 | CN109643420 | PH12018501745 |
| CN109314698 | CN109791659 | PH12018501746 |
| KR1020180115726 | CO2018008191 | PH12018502385 |
| KR1020180115768 | CO2018009236 | PH12018550108 |

| | | |
|---|---|---|
| PH12018550109 | WO2017145047 | AU2017222470 |
| PL3257191 | WO2017145049 | AU2017222471 |
| PL3268914 | WO2017163220 | AU2017223126 |
| SI3257191 | WO2017178955 | AU2017223129 |
| SI3268914 | WO2017178956 | AU2017223133 |
| SI3295349 | WO2017187395 | AU2017223136 |
| Z01708483 | WO2017187396 | AU2017223138 |
| Z01805019 | WO2017187397 | AU2017223158 |
| EP3420669 | WO2017187399 | AU2017257447 |
| EP3420697 | WO2017195160 | AU2017257448 |
| G01603118 | WO2018020372 | AU2017257449 |
| IN201847033464 | WO2019008531 | C009731 |
| IN201847033517 | WO2019008532 | C010116 |
| JP2019511151 | WO2019008533 | C013173 |
| JP2019512761 | EP3420513 | C013180 |
| KR20180115726 | EP3257002 | C013182 |
| KR20180115768 | EP3257006 | C013185 |
| TW201921279 | EP3257191 | C014726 |
| TW201921887 | EP3259724 | C014727 |
| TW201921888 | EP3259725 | C014737 |
| TW201928821 | EP3268914 | C014748 |
| WO2017145001 | EP3420507 | C015569 |
| WO2017145048 | EP3420508 | C019267 |
| WO2019034986 | EP3420514 | C019270 |
| WO2019038634 | EP3420515 | C019275 |
| WO2019049022 | EP3420516 | C019276 |
| WO2019106512 | EP3420517 | C022899 |
| WO2019142075 | EP3420518 | IN201847033190 |
| EP3364598 | EP3420668 | IN201847033271 |
| EP3443517 | EP3420674 | IN201847033324 |
| WO2017145007 | EP3420675 | IN201847033352 |
| WO2018078584 | EP3443530 | IN201847033377 |
| WO2017145002 | EP3449446 | IN201847033383 |
| WO2017145003 | EP3449449 | IN201847033453 |
| WO2017145004 | EP3449451 | IN201847033454 |
| WO2017145005 | EP3449452 | IN201847033468 |
| WO2017145006 | EP3491778 | IN201847033482 |
| WO2017145008 | EP3295349 | IN201847033507 |
| WO2017145009 | EP3433814 | IN201847033518 |
| WO2017145010 | AU2017222469 | IN201847033532 |
| WO2017145016 | C014752 | IN201847033569 |
| WO2017145017 | IN201847033438 | IN201847033629 |
| WO2017145018 | AU2017349752 | IN201847033662 |
| WO2017145019 | IN201947018143 | IN201847037053 |
| WO2017145020 | AU2017222421 | IN201847040652 |
| WO2017145021 | AU2017222468 | IN201847040861 |

| | | |
|---|---|---|
| IN201847040867 | JP2019515534 | TW201741956 |
| IN201847040875 | JP2019516274 | TW201911809 |
| IN201847040877 | JP2019517175 | |
| IN201847044145 | JP2019519014 | |
| TW201810152 | JP6511201 | |
| TW201810150 | JP6515246 | |
| E01891830 | JP6528008 | |
| JP2019511150 | KR101999188 | |
| KR20180114939 | KR20180112061 | |
| KR20190071778 | KR20180114182 | |
| CN109923521 | KR20180114198 | |
| JP2019522264 | KR20180114915 | |
| E01891822 | KR20180114942 | |
| E01891823 | KR20180115282 | |
| E01891825 | KR20180115293 | |
| E01891826 | KR20180115701 | |
| E01891827 | KR20180115727 | |
| E01891829 | KR20180115764 | |
| E01891832 | KR20180115766 | |
| E01892133 | KR20180115778 | |
| G01605032 | KR20180115779 | |
| G01607476 | KR20180116278 | |
| G01607477 | KR20180117119 | |
| G01613174 | KR20180117124 | |
| G01806524 | KR20180123709 | |
| G01806700 | KR20180127504 | |
| IL261238 | KR20180128968 | |
| IL262533 | KR20190002688 | |
| JP2019506074 | KR20190004309 | |
| JP2019506075 | KR20190004310 | |
| JP2019507510 | KR20190004311 | |
| JP2019508948 | L257191 | |
| JP2019508950 | L268914 | |
| JP2019508951 | SG11201805472 | |
| JP2019509648 | SG11201808758T | |
| JP2019511035 | AU2003205908 | |
| JP2019511147 | GB0204084 | |
| JP2019511766 | WO03071457 | |
| JP2019511854 | TW201820241 | |
| JP2019511855 | TW201732666 | |
| JP2019512909 | TW201732700 | |
| JP2019513312 | TW201732705 | |
| JP2019514089 | TW201732706 | |
| JP2019514099 | TW201733302 | |
| JP2019514235 | TW201733303 | |
| JP2019515373 | TW201733304 | |

**Exhibit B**

**nChain Patents Identified by Publication Number**

| | | |
|---|---|---|
| AU2017222421 | C013173 | CN109074579 |
| AU2017222468 | C013180 | CN109074580 |
| AU2017222469 | C013182 | CN109089427 |
| AU2017222470 | C013185 | CN109155034 |
| AU2017222471 | C014726 | CN109155035 |
| AU2017223126 | C014727 | CN109155036 |
| AU2017223127 | C014737 | CN109314636 |
| AU2017223129 | C014748 | CN109314637 |
| AU2017223133 | C014752 | CN109314642 |
| AU2017223136 | C015569 | CN109314698 |
| AU2017223138 | C019267 | CN109417465 |
| AU2017223158 | C019270 | CN109478223 |
| AU2017257447 | C019275 | CN109478278 |
| AU2017257448 | C019276 | CN109478279 |
| AU2017257449 | C022803 | CN109478280 |
| AU2017261921 | C022809 | CN109478298 |
| AU2017263290 | C022899 | CN109478307 |
| AU2017263291 | C943230 | CN109479004 |
| AU2017349752 | C943230C | CN109479005 |
| BRPI1816234 | CL2018002362 | CN109643420 |
| BRPI1816245 | CL2018002363 | CN109791659 |
| BRPI1816782 | CL2018002364 | CN109791671 |
| BRPI1816797 | CL2018002365 | CO2018008191 |
| BRPI1816805 | CL2018002366 | CO2018009236 |
| BRPI1816810 | CL2018002369 | DK3257191 |
| BRPI1816815 | CN108292402 | DK3268914 |
| BRPI1816819 | CN108352015 | EP3120309 |
| BRPI1816821 | CN108780548 | EP3257002 |
| BRPI1816822 | CN108781161 | EP3257006 |
| BRPI1816825 | CN108885741 | EP3257191 |
| BRPI1816826 | CN108885745 | EP3259724 |
| BRPI1871743 | CN108885746 | EP3259725 |
| BRPI1871802 | CN108885748 | EP3268914 |
| BRPI1871814 | CN108885761 | EP3295349 |
| BRPI1872929 | CN109074433 | EP3295350 |
| BRPI1872965 | CN109074434 | EP3295362 |
| BRPI1872969 | CN109074462 | EP3364598 |
| C004250 | CN109074562 | EP3387785 |
| C004263 | CN109074563 | EP3387786 |
| C004266 | CN109074565 | EP3387787 |
| C009731 | CN109074566 | EP3411840 |
| C010116 | CN109074576 | EP3420507 |

| | | |
|---|---|---|
| EP3420508 | GB201703562 | GB201712493 |
| EP3420513 | GB201705621 | GB201713031 |
| EP3420514 | GB201705749 | GB201713046 |
| EP3420515 | GB201705858 | GB201713064 |
| EP3420516 | GB201705867 | GB201713084 |
| EP3420517 | GB201705868 | GB201713086 |
| EP3420518 | GB201705869 | GB201713363 |
| EP3420668 | GB201706071 | GB201713499 |
| EP3420669 | GB201706132 | GB201713790 |
| EP3420674 | GB201707168 | GB201713792 |
| EP3420675 | GB201707296 | GB201713794 |
| EP3420697 | GB201707788 | GB201713800 |
| EP3433814 | GB201708185 | GB201713805 |
| EP3443517 | GB201708190 | GB201714517 |
| EP3443530 | GB201708192 | GB201714660 |
| EP3449446 | GB201708196 | GB201714907 |
| EP3449449 | GB201708198 | GB201714987 |
| EP3449450 | GB201708200 | GB201715423 |
| EP3449451 | GB201708488 | GB201715701 |
| EP3449452 | GB201708491 | GB201718182 |
| EP3455999 | GB201708493 | GB201718505 |
| EP3465578 | GB201709096 | GB201719212 |
| EP3465579 | GB201709097 | GB201719654 |
| EP3482365 | GB201709098 | GB201719947 |
| EP3491598 | GB201709099 | GB201719998 |
| EP3491599 | GB201709188 | GB201720389 |
| EP3491600 | GB201709219 | GB201720753 |
| EP3491611 | GB201709367 | GB201720768 |
| EP3491612 | GB201709431 | GB201720946 |
| EP3491616 | GB201709432 | GB201721021 |
| EP3491773 | GB201709518 | GB201800706 |
| EP3491778 | GB201709760 | GB201800818 |
| EP3491779 | GB201709845 | GB201801753 |
| ES2680851 | GB201709848 | GB201802063 |
| ES2687182 | GB201709868 | GB201802148 |
| ES2691254 | GB201709871 | GB201802347 |
| ES2701980 | GB201710176 | GB201803396 |
| ES2701981 | GB201710283 | GB201803706 |
| GB201621827 | GB201710517 | GB201803815 |
| GB201621830 | GB201710967 | GB201804479 |
| GB201621831 | GB201710971 | GB201804739 |
| GB201701360 | GB201710974 | GB201804740 |
| GB201701589 | GB201711125 | GB201804742 |
| GB201701592 | GB201711867 | GB201804744 |
| GB201701605 | GB201711878 | GB201804948 |
| GB201701608 | GB201711879 | GB201805633 |

| | | |
|---|---|---|
| GB201805948 | GB201811773 | GB201907394 |
| GB201806112 | GB201811774 | GB201907395 |
| GB201806444 | GB201811968 | GB201907396 |
| GB201806448 | GB201813770 | GB201907397 |
| GB201806516 | GB201813772 | GB201907499 |
| GB201806517 | GB201813863 | GB2558484 |
| GB201806518 | GB201814873 | GB2558485 |
| GB201806519 | GB201815396 | GB2559908 |
| GB201806520 | GB201815816 | GB2560274 |
| GB201806521 | GB201816936 | GB2561465 |
| GB201806522 | GB201817506 | GB2561466 |
| GB201806523 | GB201817507 | GB2561468 |
| GB201806524 | GB201819284 | GB2561469 |
| GB201806525 | GB201819286 | GB2561725 |
| GB201806526 | GB201819290 | GB2561726 |
| GB201806691 | GB201819291 | GB2561727 |
| GB201806694 | GB201819293 | GB2561728 |
| GB201806696 | GB201819297 | GB2561729 |
| GB201806698 | GB201819299 | GB2562621 |
| GB201806700 | GB201820947 | GB2562622 |
| GB201806701 | GB201901391 | GB2562623 |
| GB201806702 | GB201901893 | GB2562624 |
| GB201806703 | GB201902086 | GB2562656 |
| GB201806704 | GB201902088 | GB2564198 |
| GB201806705 | GB201902089 | GB2564199 |
| GB201806706 | GB201902090 | GB2564200 |
| GB201806707 | GB201902092 | GB2564201 |
| GB201806719 | GB201902908 | GB2564206 |
| GB201806739 | GB201905198 | GB2564207 |
| GB201806740 | GB201905221 | GB2564208 |
| GB201806741 | GB201905348 | GB2564299 |
| GB201806742 | GB201906634 | GB2564519 |
| GB201806907 | GB201906637 | GB2568333 |
| GB201806909 | GB201906645 | GB2571367 |
| GB201806911 | GB201906893 | HRP20181373T1 |
| GB201806914 | GB201907180 | HUE040631T2 |
| GB201806930 | GB201907339 | IL261209 |
| GB201807807 | GB201907340 | IL261210 |
| GB201807811 | GB201907343 | IL261211 |
| GB201807813 | GB201907344 | IL261212 |
| GB201807816 | GB201907345 | IL261213 |
| GB201807822 | GB201907346 | IL261214 |
| GB201807835 | GB201907347 | IL261238 |
| GB201808493 | GB201907349 | IL262533 |
| GB201810981 | GB201907392 | IL262806 |
| GB201811672 | GB201907393 | IL262807 |

| | | |
|---|---|---|
| IL262809 | JP2019509648 | KR1020180115779 |
| IN201847033190 | JP2019511035 | KR1020180116278 |
| IN201847033271 | JP2019511147 | KR1020180117119 |
| IN201847033324 | JP2019511150 | KR1020180117124 |
| IN201847033352 | JP2019511151 | KR1020180123709 |
| IN201847033377 | JP2019511759 | KR1020180127504 |
| IN201847033383 | JP2019511761 | KR1020180128968 |
| IN201847033438 | JP2019511766 | KR1020180137022 |
| IN201847033453 | JP2019511854 | KR1020180137024 |
| IN201847033454 | JP2019511855 | KR1020190002688 |
| IN201847033464 | JP2019512761 | KR1020190004309 |
| IN201847033468 | JP2019512909 | KR1020190004310 |
| IN201847033482 | JP2019513312 | KR1020190004311 |
| IN201847033507 | JP2019514087 | KR1020190025942 |
| IN201847033517 | JP2019514089 | KR1020190033564 |
| IN201847033518 | JP2019514099 | KR1020190033565 |
| IN201847033532 | JP2019514235 | KR1020190033580 |
| IN201847033569 | JP2019515373 | KR1020190033581 |
| IN201847033629 | JP2019515534 | KR1020190034272 |
| IN201847033662 | JP2019516274 | KR1020190071778 |
| IN201847037053 | JP2019517175 | KR1020190094217 |
| IN201847040652 | JP2019519014 | KR1020190094224 |
| IN201847040861 | JP2019522264 | KR1020190094229 |
| IN201847040867 | JP2019523493 | MX2018009355 |
| IN201847040875 | JP2019523494 | MX2018009356 |
| IN201847040877 | JP6511201 | MX2018010044 |
| IN201847044145 | JP6514830B2 | MX2018010045 |
| IN201847044429 | JP6514831 | MX2018010048 |
| IN201847044433 | JP6515246B2 | MX2018010050 |
| IN201847048275 | JP6528008B2 | MX2018010052 |
| IN201847048589 | JP6556370B2 | MX2018010054 |
| IN201847048592 | KR1020180112061 | MX2018010056 |
| IN201847048610 | KR1020180114182 | MX2018010057 |
| IN201847048871 | KR1020180114198 | MX2018010058 |
| IN201847049583 | KR1020180114915 | MX2018010059 |
| IN201947018143 | KR1020180114939 | MX2018013617 |
| IN201947025108 | KR1020180114942 | MX2018013618 |
| IN201947025113 | KR1020180115282 | MX2018013620 |
| IN201947025123 | KR1020180115293 | PH12018501741 |
| IN201947031634 | KR1020180115701 | PH12018501742 |
| JP2019506074 | KR1020180115726 | PH12018501743 |
| JP2019506075 | KR1020180115727 | PH12018501744 |
| JP2019507510 | KR1020180115764 | PH12018501745 |
| JP2019508948 | KR1020180115766 | PH12018501746 |
| JP2019508950 | KR1020180115768 | PH12018502384 |
| JP2019508951 | KR1020180115778 | PH12018502385 |

| | | |
|---|---|---|
| PH12018502386 | TW201810151 | US20190058733 |
| PH12018550108 | TW201810152 | US20190066065 |
| PH12018550109 | TW201810990 | US20190066228 |
| PL3257191 | TW201816679 | US20190068365 |
| PL3268914 | TW201816694 | US20190073646 |
| SG10201805995VA | TW201820241 | US20190095909 |
| SG11201805472 | TW201820758 | US20190102758 |
| SG11201805542 | TW201832513 | US20190116024 |
| SG11201806702XA | TW201836321 | US20190130391 |
| SG11201806704 | TW201837805 | US20190130399 |
| SG11201806709 | TW201840159 | US20190139031 |
| SG11201806711QA | TW201842463 | US20190149337 |
| SG11201806712 | TW201842476 | US20190158470 |
| SG11201806713 | TW201842757 | US20190163883 |
| SG11201806780 | TW201843978 | US20190164137 |
| SG11201806781 | TW201901546 | US20190164138 |
| SG11201806784 | TW201901575 | US20190165932 |
| SG11201806785YA | TW201903623 | US20190172057 |
| SG11201808758 | TW201904232 | US20190173884 |
| SG11201809115 | TW201905791 | US20190229911 |
| SG11201809117 | TW201911809 | US20190266601 |
| SG11201809582 | TW201921279 | US9398018B2 |
| SG11201809584 | TW201921887 | US9830580B2 |
| SG11201809585WA | TW201921888 | WO2017145001 |
| SG11201811005XA | TW201923567 | WO2017145002 |
| SG11201811007 | TW201923648 | WO2017145003 |
| SG11201811008 | TW201924278 | WO2017145004 |
| SG11201811009VA | TW201928743 | WO2017145005 |
| SG11201811010UA | TW201928755 | WO2017145006 |
| SG11201811071VA | TW201928821 | WO2017145007 |
| SG11201903387 | US10055720B2 | WO2017145008 |
| SI3257191T1 | US20150269539 | WO2017145009 |
| SI3268914T1 | US20150269541 | WO2017145010 |
| SI3295349 | US20150271183 | WO2017145016 |
| SI3295350T1 | US20180039960 | WO2017145017 |
| SI3295362T1 | US20180367298 | WO2017145018 |
| TW201732666 | US20190043048 | WO2017145019 |
| TW201732700 | US20190050541 | WO2017145020 |
| TW201732705 | US20190050832 | WO2017145021 |
| TW201732706 | US20190052454 | WO2017145047 |
| TW201733302 | US20190052458 | WO2017145048 |
| TW201733303 | US20190057211 | WO2017145049 |
| TW201733304 | US20190057362 | WO2017163220 |
| TW201741956 | US20190057382 | WO2017178955 |
| TW201810143 | US20190058592 | WO2017178956 |
| TW201810150 | US20190058600 | WO2017187395 |

| | | |
|---|---|---|
| WO2017187396 | WO2018215949 | WO2019087006 |
| WO2017187397 | WO2018215951 | WO2019087007 |
| WO2017187398 | WO2018224941 | WO2019087008 |
| WO2017187399 | WO2018224942 | WO2019092542 |
| WO2017195160 | WO2018224943 | WO2019092543 |
| WO2017195161 | WO2018224945 | WO2019092544 |
| WO2017195164 | WO2018224954 | WO2019092545 |
| WO2018007916 | WO2018224955 | WO2019092552 |
| WO2018020369 | WO2018229608 | WO2019092561 |
| WO2018020370 | WO2018229631 | WO2019102334 |
| WO2018020371 | WO2018229632 | WO2019106512 |
| WO2018020372 | WO2018229633 | WO2019111125 |
| WO2018020373 | WO2018234922 | WO2019116157 |
| WO2018020375 | WO2018234987 | WO2019116184 |
| WO2018020376 | WO2018234988 | WO2019116187 |
| WO2018020377 | WO2018234990 | WO2019116246 |
| WO2018020389 | WO2018234991 | WO2019116248 |
| WO2018078519 | WO2019003071 | WO2019116249 |
| WO2018078520 | WO2019003072 | WO2019116250 |
| WO2018078584 | WO2019003081 | WO2019142075 |
| WO2018116104 | WO2019003083 | WO2019142076 |
| WO2018116105 | WO2019008531 | WO2019155331 |
| WO2018116106 | WO2019008532 | WO2019155333 |
| WO2018138612 | WO2019008533 | WO2019159045 |
| WO2018142258 | WO2019012392 | Z01708483 |
| WO2018142259 | WO2019016693 | Z01805019 |
| WO2018142260 | WO2019021105 | BR112018016234 |
| WO2018163031 | WO2019021106 | BR112018016245 |
| WO2018185724 | WO2019021107 | BR112018016782 |
| WO2018189634 | WO2019025913 | BR112018016797 |
| WO2018189656 | WO2019034951 | BR112018016805 |
| WO2018189657 | WO2019034959 | BR112018016810 |
| WO2018189658 | WO2019034969 | BR112018016815 |
| WO2018189667 | WO2019034983 | BR112018016819 |
| WO2018193341 | WO2019034984 | BR112018016821 |
| WO2018193355 | WO2019034986 | BR112018016822 |
| WO2018203186 | WO2019038634 | BR112018016825 |
| WO2018207064 | WO2019043536 | BR112018016826 |
| WO2018211382 | WO2019043537 | BR112018071743 |
| WO2018215871 | WO2019043538 | BR112018071802 |
| WO2018215872 | WO2019043589 | BR112018071814 |
| WO2018215873 | WO2019049022 | BR112018072929 |
| WO2018215874 | WO2019053583 | BR112018072965 |
| WO2018215875 | WO2019053585 | BR112018072969 |
| WO2018215876 | WO2019058240 | CA3004250 |
| WO2018215947 | WO2019058241 | CA3004263 |

CA3004266
CA3009731
CA3010116
CA3013173
CA3013180
CA3013182
CA3013185
CA3014726
CA3014727
CA3014737
CA3014748
CA3014752
CA3015569
CA3019267
CA3019270
CA3019275
CA3019276
CA3022803
CA3022809
CA3022899
KR101974060
KR101974075
KR101999188
KR20180112061
KR20180114182
KR20180114198
KR20180114915
KR20180114939
KR20180114942
KR20180115282
KR20180115293
KR20180115701
KR20180115726
KR20180115727
KR20180115764
KR20180115766
KR20180115768
KR20180115778
KR20180115779
KR20180116278
KR20180117119
KR20180117124
KR20180123709
KR20180127504
KR20180128968
KR20180137022

KR20180137024
KR20190002688
KR20190004309
KR20190004310
KR20190004311
KR20190025942
KR20190033564
KR20190033565
KR20190033580
KR20190033581
KR20190034272
KR20190071778
LT3257191
LT3268914
SG10201805995V
SG11201806702
SG11201806711
SG11201806785
ZA201708483
ZA201805019

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense
Research, LLC

       *Plaintiffs,*

v.

CRAIG WRIGHT

       *Defendant.*

CASE NO.:  9:18-cv-80176-BB/BR

## PLAINTIFFS' SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT CRAIG WRIGHT

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs Ira Kleiman, as personal representative of the estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"), by and through their counsel of record, hereby requests that Defendant Craig Wright ("Defendant") respond in writing to the following Requests for Production of Documents and Things ("Requests") within thirty (30) days of receipt of these Requests, and produce the requested responses, documents and things at the offices of ROCHE FREEDMAN LLP, 200 S. Biscayne Blvd., Suite 5500 Miami, Florida 33131, or at some mutually-agreeable date, location, and time, where facilities are available for inspection and copying.  These Requests are continuing in nature.  Responsive information discovered subsequent to service of Plaintiffs' responses hereto shall be disclosed through supplemental responses within thirty (30) days of discovery, pursuant to Fed. R. Civ. P. 26(e)

<u>DEFINITIONS AND INSTRUCTIONS</u>

1.     The terms "You," "Your," or "Defendant" means Defendant Craig Wright, and includes the agents, employees, partners, and affiliates of Defendant and all other persons (as defined herein) acting or purporting to act on behalf of Defendant or who are subject to the direction or control of Defendant.

2.     The terms "document" or "documents" shall be synonymous in meaning, equal in scope and shall have the broadest meaning ascribed to them by Federal Rule of Civil Procedure 34(a).  This shall include, without limitation, the following items, whether printed or reproduced by any process, or written or produced by hand or stored in computer memory, magnetic or hard disk or other data storage medium, and whether or not claimed to be privileged, confidential or otherwise excludable from discovery, namely: electronic or computerized data compilations, notes, letters, correspondence, communications, e-mails, text messages, memoranda, summaries of telephone conversations, records of telephone conversations, summaries or records of personal conversations or meetings, diaries, reports, laboratory and research reports and notebooks, recorded experiments, charts, plans, drawings, diagrams, schematic diagrams, illustrations, product descriptions, technology roadmaps, design documents, product analyses, white papers, requests for proposal, technical tutorials, writings related to proposed or actual product improvements or changes, user manuals or guides, installation guides or manuals, technical descriptions or specifications, product repair manuals or guides, photographs, video images, business flow charts or descriptions or specifications, product functions or descriptions or specifications, minutes or records of meetings, summaries of interviews, reports or investigations, opinions or reports of consultants, reports of trademark

searches, trademark application materials, opinions of counsel, agreements, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade letters, press releases, sales and purchase orders, receipts, invoices, quotations, estimates, leases or consignments, drafts of any of the foregoing documents, and all other material fixed in a tangible or electronic medium of whatever sort or type in the possession, custody or control of Defendant or any of their representatives, whether or not prepared by Defendant.  "Document" or "Documents" also includes all non-identical copies of the foregoing, such as those bearing comments, postscripts, changes, amendments, addenda, or other notations not present on the original document as initially written, typed or otherwise prepared.

3.      The term "thing" shall be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a) including, without limitation, tangible things which constitute or contain matters within the scope of Fed. R. Civ. P. 26(b) and which are in the possession, custody or control of Defendant.

4.      "Referring to," "relating to," "referring or relating to," and "related to" include the following:  pertaining to, making reference to, concerning, comprising, evidencing, alluding to, responding to, connected with, commenting on, with respect to, about, regarding, resulting from, embodying, explaining, supporting, discussing, showing, describing, reflecting, analyzing, constituting, setting forth, in respect of, or having any logical or factual connection with the subject matter in question.

5.      "Refer to" and "relate to" include the following:  pertain to, make reference to, concern, comprise, evidence, allude to, respond to, connect with, comment on, with respect to, are

about, regard to, result from, embody, explain, support, discuss, show, describe, reflect, analyze, constitute, set forth, or have any logical or factual connection with the subject matter in question.

6.      The term "any" or "each" should be understood to include and encompass "all."

7.      The singular includes the plural number and vice versa, any use of gender includes both genders, and a verb tense includes all other verb tenses where the clear meaning is not distorted by addition of another tense or tenses.

8.      Whenever the conjunctive is used, it shall also be taken in the disjunctive, and vice versa.

<u>**REQUESTS FOR PRODUCTION**</u>

<u>**REQUEST FOR PRODUCTION NO. 1:**</u>

All documents and communications between you and Brenden Sullivan (or any person at Modern Consensus) dated between August 20, 2019 and September 7, 2019 that relate to this lawsuit, the Tulip Trust, Dave Kleiman, Plaintiffs, Bitcoin, or the allegations in Plaintiff's second amended complaint.


 Dated:  September 6, 2019                  Respectfully submitted,

                                           By: *<u>/s/Velvel (Devin) Freedman</u>*
                                           Velvel (Devin) Freedman, Esq.
                                           ROCHE FREEDMAN LLP
                                           200 S. Biscayne Blvd.
                                           Suite 5500 Miami, Florida 33131
                                           vel@rochefreedman.com

                                           Kyle W. Roche, Esq.
                                           ROCHE FREEDMAN LLP
                                           185 Wythe Avenue F2
                                           Brooklyn, New York 11249
                                           kyle@rochefreedman.com


                                           *Counsel to Plaintiffs Ira Kleiman as*
                                           *Personal Representative of the Estate of*
                                           *David Kleiman and W&K Info Defense*
                                           *Research, LLC.*