**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                          **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.
_____/

## DR. WRIGHT'S NOTICE OF FILING EXHIBITS

In advance of the November 20 discovery hearing, Dr. Wright is submitting the following four exhibits:

(1)    **Declaration of David White of AlixPartners, dated November 20, 2019**: in his declaration Mr. White states the steps that AlixPartners, at the direction of counsel for Dr. Wright, has taken to collect the ESI from Network-Attached Storage ("NAS") devices;

(2)    **Plaintiffs' Responses and One Objection to Defendant's First Request for Production**: Dr. Wright is requesting that the Court consider Requests Numbers 4, 5, and 12;

(3)    **Plaintiffs' Responses and Objections to Defendant's Second Request for Production**: Dr. Wright is requesting that the Court consider Request Number 41; and

(4) **Plaintiffs' Responses and Objections to Defendant's Third Request for**

**Production**: Dr. Wright is requesting that the Court consider Request Number 6.

>Respectfully submitted,
>
>RIVERO MESTRE LLP
>*Attorneys for Dr. Craig Wright*
>2525 Ponce de Leon Boulevard, Suite 1000
>Miami, Florida 33134
>Telephone: (305) 445-2500
>Fax: (305) 445-2505
>Email: arivero@riveromestre.com
>Email: amcgovern@riveromestre.com
>Email: arolnick@riveromestre.com
>Email: bpaschal@riveromestre.com
>
>By: s/ Andres Rivero
>ANDRES RIVERO
>Florida Bar No. 613819
>ALAN H. ROLNICK
>Florida Bar No. 715085
>AMANDA MCGOVERN
>Florida Bar No. 964263
>BRYAN L. PASCHAL
>Florida Bar No. 091576

## CERTIFICATE OF SERVICE

I certify that on November 20, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

> /s/Andres Rivero
> ANDRES RIVERO