# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                                           **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## DECLARATION OF DAVID J. WHITE

1.     I am a Director with AlixPartners. I am over the age of 21 and I reside in Los Angeles, CA.

2.     I make this declaration based on my personal knowledge.

3.     In this case, acting at the direction of Dr. Wright, AlixPartners has collected data from over 20 electronic devices and has processed over 3.64 million documents from these devices.

4.     One of those more than 20 devices is a Network-Attached Storage, or "NAS" device, which is a file-level computer data storage server typically connected to a computer network providing data access to a group of clients or other devices.

5.     The NAS device is a Seagate BlackArmor NAS 400, which was assigned the control number E0025198 by my firm at the time of collection.

6.     The NAS device has a total storage capacity of 12,000 GB (12TB) and was found to contain over 3,000 GB of stored data, under various group data shares.

7. Of these shared volumes, AlixPartners has processed all the data from the following:

    a. "Craig" (29.8 GB);

    b. "Craig Wright" (4.2 GB);

    c. "Ramona" (0.040GB); and,

    d. "Wiki" (0.001 GB).

8. Additionally, at the direction of counsel AlixPartners processed the data from the following "public" and "work" shares:

    a. "Public," all emails (22 GB) and multiple SMS files (0.26 GB) under the "Craig" folder path and;

    b. "Work," all emails (27 GB) and all documents whose file names or folder paths were responsive to the following 14 search terms (2.6 GB):

        i. Dave;
        ii. Kleiman;
        iii. DK;
        iv. W&K;
        v. WKID;
        vi. Conex;
        vii. Coinexch;
        viii. Coinexchange;
        ix. Coin-Ex;
        x. Coin-Exch;
        xi. Coin-Exchange;
        xii. coin ex;
        xiii. coin exch; and,
        xiv. coin exchange.

9. AlixPartners is unable to use complex Boolean search terms on the file contents, names and folder paths of the "work" or "public" data share in its current original format. To run such search terms, AlixPartners would have to first process the remaining 2,002 GB of data in the "work" data share and the 544 GB of data in the "public" data share and load the data to our

2

electronic discovery software systems. Given the volume, the cost for the "work" data share is estimated to exceed $100,000 and the cost for the "public" data share is estimated to exceed $35,000.

10. AlixPartners did not process any of the data under the "video" data share, but it has prepared a listing of all files that are in the "video" data share and provided it to counsel for Dr. Wright. Multimedia files such as videos, do not contain text and are not readily searchable. Beyond reviewing the file names and paths, in order to discern their subject matter and content, each video would need to be manually reviewed. The folder contains approximately 5,000 files.

11. No additional shared volumes were found on the NAS, other than those described above.

Pursuant to 28 U.S.C § 1746(2), I declare under penalty of perjury that my statement here is true and correct.

Dated: November 20, 2019

_____
David J. White