# EXHIBIT 1

| Attorney | Entry | Hours | Date | Amount |
|---|---|---|---|---|
| Kyle Roche | Review Bitcoin address motion from R. Keefe. | 1.8 | 4/21/19 | $ 1,242.00 |
| Kyle Roche | Document review for bitcoin wallet motion. | 2 | 4/24/19 | $ 1,380.00 |
| Vel Freedman | Attention to revised bitcoin motion. | 3.4 | 4/27/19 | $ 3,060.00 |
| Vel Freedman | Continued attention to bitcoin motion. | 1.6 | 4/28/19 | $ 1,440.00 |
| Andrew Brenner | Revise memoranda in opposition to motion regarding bitcoin addresses; communications with team re: same. | 1.2 | 4/29/19 | $ 1,260.00 |
| Vel Freedman | Attention to drafts of all pending motions and review of OC filing in preparation of same. | 2.5 | 4/29/19 | $ 2,250.00 |
| Vel Freedman | Prepare for and attend telephonic status conference; attention to motion to compel. | 1 | 5/6/19 | $ 900.00 |
| Vel Freedman | Review and finalize Plaintiffs Response re Production of List of Public Addresses. | 1 | 5/8/19 | $ 900.00 |
| Kyle Roche | Review trust documentation and discuss with V. Freedman and team; review documents. | 4 | 5/9/19 | $ 2,760.00 |
| Kyle Roche | Review draft declaration and documents produced | 2 | 5/13/19 | $ 1,380.00 |
| Andrew Brenner | Review documents concerning potential fraud on the Court; multiple communications with team re: same. | 1.3 | 5/14/19 | $ 1,365.00 |
| Andrew Brenner | Review documents at issue in potential fraud on the court claim; prepare for and participate in teleconference re: same. | 3 | 5/16/19 | $ 3,150.00 |
| Kyle Roche | Coordinate on document review; create and update bitcoin wallet tracker; review trust documents. | 8.2 | 5/16/19 | $ 5,658.00 |
| Andrew Brenner | Continued attention to potential fraud on the Court claim; continue review of documents re: same; multiple communications with team re: same. | 1 | 5/17/19 | $ 1,050.00 |
| Kyle Roche | Review trust documents. | 1 | 5/17/19 | $ 690.00 |
| Stephen Lagos | Drafted motion for sanction of striking defendant's pleadings. | 7.4 | 5/18/19 | $ 4,514.00 |
| Vel Freedman | Attention to experts, bitcoin addresses, and other discovery issues; attention to motion practice. | 3 | 5/19/19 | $ 2,700.00 |
| Kyle Roche | Coordinate with V. Freedman on team on trust investigation; documents review; review ▮ work product. | 2.8 | 5/20/19 | $ 1,932.00 |
| Stephen Lagos | Compiled table of cases in which courts imposed default sanctions on defendants for litigation misconduct. | 8 | 5/21/19 | $ 4,880.00 |
| Vel Freedman | Attention to expert reports and drafting of motions. | 2 | 5/21/19 | $ 1,800.00 |
| Kyle Roche | Review ▮ work product. | 2 | 5/22/19 | $ 1,380.00 |
| Stephen Lagos | Complied table of cases in which courts imposed default sanctions on defendants for litigation misconduct. | 8.6 | 5/22/19 | $ 5,246.00 |
| Kyle Roche | Coordinate with V. Freedman and ▮ on issues with email files. | 5 | 5/23/19 | $ 3,450.00 |
| Stephen Lagos | Edited draft motion for sanctions striking defendant's pleadings. | 4.5 | 5/27/19 | $ 2,745.00 |
| Kyle Roche | Review ▮ work product. | 2 | 5/28/19 | $ 1,380.00 |
| Kyle Roche | Review ▮ work product; draft sanctions motion. | 2.5 | 5/30/19 | $ 1,725.00 |
| Kyle Roche | Draft motion to compel; draft correspondence to opposing counsel. | 3 | 5/31/19 | $ 2,070.00 |
| Andrew Brenner | Review and revise motion to compel compliance with Court Order; multiple communications with team re: same. | 1.5 | 6/3/19 | $ 1,575.00 |
| Kyle Roche | Finalize motion to compel transactional documents draft and file motion to seal motion to compel. | 7 | 6/3/19 | $ 4,830.00 |
| Vel Freedman | Review sealed motion to compel transactional documents. | 0.2 | 6/3/19 | $ 180.00 |
| Kyle Roche | Coordinate with ▮ and V. Freedman on fraudulent emails. | 5.4 | 6/4/19 | $ 3,726.00 |
| Vel Freedman | Review response to motion to compel, conference w/ client and team re same. | 1.5 | 6/7/19 | $ 1,350.00 |
| Kyle Roche | Review ▮ assignments; finalize motion for sanctions. | 4.2 | 6/8/19 | $ 2,898.00 |
| Kyle Roche | Draft hearing outline for discovery conference. | 3.5 | 6/10/19 | $ 2,415.00 |
| Vel Freedman | Prepare for upcoming discovery hearing. | 4 | 6/10/19 | $ 3,600.00 |
| Andrew Brenner | Attention various outstanding discovery issues; attention to pending motions; communications with team re: same; begin reviewing documents in connection with preparing outline for continued deposition of Craig Wright. | 4 | 6/11/19 | $ 4,200.00 |

| Attorney | Entry | Hours | Date | Amount |
|---|---|---|---|---|
| Kyle Roche | Prepare for and attending hearing with Vel; discuss plan of action following outcome of hearing. | 6.8 | 6/11/19 | $ 4,692.00 |
| Vel Freedman | Review Pits' Motion to Compel Defendant to Comply with this Court's Orders Directing Him to Produce a List of Bitcoins He Held as of 12-31-2013. | 0.2 | 6/11/19 | $ 180.00 |
| Vel Freedman | Prepare for and attend Discovery Hearing. | 8.5 | 6/11/19 | $ 7,650.00 |
| Andrew Brenner | Continue review of documents re: updated deposition of Craig Wright; begin drafting outline for updated deposition of Craig Wright. | 4 | 6/12/19 | $ 4,200.00 |
| Kyle Roche | Coordinate on Dr. Edman direct examination; coordinate with A. Brenner on Craig depo outline. | 11.2 | 6/12/19 | $ 7,728.00 |
| Andrew Brenner | Continue review of documents related to updated deposition of Craig Wright; review initial deposition of Craig Wright; continue drafting outline for updated deposition of Craig Wright. | 8 | 6/13/19 | $ 8,400.00 |
| Kyle Roche | Meet with Dr. Edman and prepare direct examination; coordinate with A. Brenner on depo outline. | 9.8 | 6/13/19 | $ 6,762.00 |
| Andrew Brenner | Continue drafting outline for updated deposition of Craig Wright. | 4 | 6/14/19 | $ 4,200.00 |
| Kyle Roche | Develop Dr. Edman direct examination outline; coordinate with billing on transcript; coordinate with Brenner on depo outline. | 8.4 | 6/14/19 | $ 5,796.00 |
| Stephen Lagos | Reviewed documents relating to Shamir schemes to help V. Freedman prepare for 6/28 hearing. | 7.2 | 6/16/19 | $ 4,392.00 |
| Andrew Brenner | Continue drafting and revising deposition outline for update deposition of Craig Wright. | 2 | 6/17/19 | $ 2,100.00 |
| Kyle Roche | Update Dr. Edman direct. | 4 | 6/17/19 | $ 2,760.00 |
| Andrew Brenner | Continue drafting and revising deposition outline; review of additional documents re: same. | 2 | 6/18/19 | $ 2,100.00 |
| Andrew Brenner | Continue drafting and revising deposition outline for update deposition of Craig Wright. | 2 | 6/19/19 | $ 2,100.00 |
| Kyle Roche | Coordinate with Dr. Edman on direct examination; coordinate with V. Freedman on cross and depo. | 5 | 6/19/19 | $ 3,450.00 |
| Kyle Roche | Coordinate with Dr. Edman on direct examination; coordinate with V. Freedman on Craig cross and direct; coordinate with John on draft motion for videotaping depo and noticing. | 12.4 | 6/20/19 | $ 8,556.00 |
| Andrew Brenner | Continue revising outline for update deposition of Craig Wright; review additional documents and proposed revisions re: same. | 3 | 6/21/19 | $ 3,150.00 |
| Kyle Roche | Prepare Dr. Edman direct examination; coordinate with Vel on cross-examination and direct. | 8 | 6/21/19 | $ 5,520.00 |
| Vel Freedman | Preparation for hearing/deposition. | 5 | 6/21/19 | $ 4,500.00 |
| Andrew Brenner | Continue revising outline for update deposition of Craig Wright; communications with team re: same; review additional documents re: same. | 1.5 | 6/22/19 | $ 1,575.00 |
| Kyle Roche | Update Dr. Edman direct examination outline. | 5.8 | 6/22/19 | $ 4,002.00 |
| Vel Freedman | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 2.5 | 6/22/19 | $ 2,250.00 |
| Andrew Brenner | Continue revising outline for update deposition of Craig Wright; communications with team re: same; review additional documents re: same. | 2.1 | 6/23/19 | $ 2,205.00 |
| Stephen Lagos | Reviewed transcripts of ATO interviews with Defendant to help V. Freedman prepare for 6/28 hearing. | 7 | 6/23/19 | $ 4,270.00 |
| Vel Freedman | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15 | 6/23/19 | $ 13,500.00 |
| Vel Freedman | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15 | 6/24/19 | $ 13,500.00 |
| Vel Freedman | Review Plt's Unopposed Motion to Bring Electronic Equipment and editing same. | 0.3 | 6/24/19 | $ 270.00 |
| Andrew Brenner | Continued attention to update deposition of Craig Wright; review additional documents re: same; attention to preparation for 6/28 hearing; multiple communications with team re: same. | 2.5 | 6/25/19 | $ 2,625.00 |

| Attorney | Entry | Hours | Date | Amount |
|---|---|---|---|---|
| Kyle Roche | Finalize notice of expert testimony; finalize videographer motion; work on Dr. Edman direct examination outline. | 8.2 | 6/25/19 | $ 5,658.00 |
| Vel Freedman | Review Plt's Notice of Intention to Call Dr. Edman and editing same. | 0.5 | 6/25/19 | $ 450.00 |
| Vel Freedman | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15 | 6/25/19 | $ 13,500.00 |
| Andrew Brenner | Continued preparation for update deposition; continued preparation for June 28 evidentiary hearing; multiple communications with team re: same. | 3 | 6/26/19 | $ 3,150.00 |
| Kyle Roche | Prepare for June 28 hearing. | 11.2 | 6/26/19 | $ 7,728.00 |
| Vel Freedman | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15 | 6/26/19 | $ 13,500.00 |
| Andrew Brenner | Continued preparation for update deposition; continued preparation for June 28 evidentiary hearing; multiple communications with team re: same. | 8 | 6/27/19 | $ 8,400.00 |
| Kyle Roche | Prepare for June 28 hearing. | 11.5 | 6/27/19 | $ 7,935.00 |
| Vel Freedman | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.5 | 6/27/19 | $ 13,950.00 |
| Andrew Brenner | Prepare for and attend evidentiary hearing. | 9.5 | 6/28/19 | $ 9,975.00 |
| Kyle Roche | Prepare for and attend June 28th hearing. | 12.2 | 6/28/19 | $ 8,418.00 |
| Vel Freedman | Prepare for and attend CSW depo and show cause hearing. | 12 | 6/28/19 | $ 10,800.00 |
| Andrew Brenner | Attention to post-hearing strategy and preparation for continuation of hearing. | 1 | 7/1/19 | $ 1,050.00 |
| Andrew Brenner | Continued attention to strategy for continuation of evidentiary hearing. | 1.5 | 7/2/19 | $ 1,575.00 |
| Andrew Brenner | Attention to response to Defendant's motion for miscellaneous relief and how it is impacted by pendency of hearing on the Court's Order to show cause. | 2.7 | 7/9/19 | $ 2,835.00 |
| Andrew Brenner | Review and analysis of transcript of day 1 of evidentiary hearing on the Court's Order to Show Cause. | 2.1 | 7/10/19 | $ 2,205.00 |
| Andrew Brenner | Attention to prep aration for continuation of evidentiary hearing on order to show cause. | 1.2 | 7/17/19 | $ 1,260.00 |
| Andrew Brenner | Attention to preparation for continuation of evidentiary hearing. | 1.3 | 7/19/19 | $ 1,365.00 |
| Andrew Brenner | Continued attention to continuation of evidentiary hearing. | 1.1 | 7/22/19 | $ 1,155.00 |
| Andrew Brenner | Preparation for continuation of evidentiary hearing and expert disclosures re: same. | 1.1 | 7/24/19 | $ 1,155.00 |
| Andrew Brenner | Preparation for continuation of evidentiary hearing and expert disclosures re : same . | 2.3 | 7/25/19 | $ 2,415.00 |
| Andrew Brenner | Continue to prepare for continuation of evidentiary hearing. | 1.9 | 7/26/19 | $ 1,995.00 |
| Andrew Brenner | Continue to prepare for continuation of evidentiary hearing. | 2.1 | 7/29/19 | $ 2,205.00 |
| Andrew Brenner | Continue to prepare for continuation of evidentiary hearing. | 1.9 | 7/31/19 | $ 1,995.00 |
| Andrew Brenner | Continue to prepare for August 5th evidentiary hearing. | 3.6 | 8/1/19 | $ 3,780.00 |
| Kyle Roche | Prepare for August 5th hearing; practice direct examination with Dr. Edman. | 18.2 | 8/1/19 | $ 12,558.00 |
| Vel Freedman | Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/team and experts re same) | 14.9 | 8/1/19 | $ 13,410.00 |
| Andrew Brenner | Continue to prepare for August 5th evidentiary hearing. | 3 | 8/2/19 | $ 3,150.00 |
| Kyle Roche | Prepare for August 5th hearing; build out rough examination of Shadders cross; work on direct examination of Dr. Edman. | 16.8 | 8/2/19 | $ 11,592.00 |
| Vel Freedman | Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/team and experts re same) | 16.2 | 8/2/19 | $ 14,580.00 |
| Andrew Brenner | Continue to prepare for August 5th evidentiary hearing. | 2.8 | 8/3/19 | $ 2,940.00 |
| Kyle Roche | Rewrite Edman direct per conversation with V. Freedman. | 10 | 8/3/19 | $ 6,900.00 |
| Vel Freedman | Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/team and experts re same) | 2 | 8/3/19 | $ 1,800.00 |
| Andrew Brenner | Continue to prepare for August 5th evidentiary hearing. | 5 | 8/4/19 | $ 5,250.00 |

| Attorney | Entry | Hours | Date | Amount |
|---|---|---|---|---|
| Kyle Roche | Prepare for hearing; practice direct examination with Dr. Edman. | 17.5 | 8/4/19 | $ 12,075.00 |
| Stephen Lagos | Research re opposing expert at contempt hearings. | 2.7 | 8/4/19 | $ 1,647.00 |
| Vel Freedman | Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/team and experts re same) | 19.3 | 8/4/19 | $ 17,370.00 |
| Andrew Brenner | Prepare for and attend evidentiary hearing. | 10 | 8/5/19 | $ 10,500.00 |
| Kyle Roche | Prepare for, attend, and debrief for August 5 hearing. | 16.2 | 8/5/19 | $ 11,178.00 |
| Vel Freedman | Prepare for, attend, and follow up on, evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | 18 | 8/5/19 | $ 16,200.00 |
| Andrew Brenner | Attention to strategy issues arising from completion of evidentiary hearing and closing arguments re: same. | 1.3 | 8/6/19 | $ 1,365.00 |
| Andrew Brenner | Attention to strategy for closing arguments for evidentiary hearing. | 1.4 | 8/8/19 | $ 1,470.00 |
| Andrew Brenner | Continued attention to post-evidentiary hearing strategy issues. | 1.2 | 8/12/19 | $ 1,260.00 |
| Andrew Brenner | Attention to post-evidentiary hearing strategy and closing argument. | 2 | 8/15/19 | $ 2,100.00 |
| Andrew Brenner | Draft outline of closing argument for evidentiary hearing. | 2 | 8/19/19 | $ 2,100.00 |
| Vel Freedman | Review documents and transcripts related to final closing arguments. | 10.5 | 8/21/19 | $ 9,450.00 |
| Andrew Brenner | Continue drafting portions of closing argument and attention to strategy for the remaining portion. | 2 | 8/22/19 | $ 2,100.00 |
| Kyle Roche | Assist in preparation for oral argument. | 10.2 | 8/22/19 | $ 7,038.00 |
| Andrew Brenner | Continue drafting portions of closing argument. | 2.2 | 8/23/19 | $ 2,310.00 |
| Kyle Roche | Assist in preparation for oral argument. | 7.4 | 8/23/19 | $ 5,106.00 |
| Andrew Brenner | Continue drafting portions of closing argument. | 1.5 | 8/24/19 | $ 1,575.00 |
| Kyle Roche | Assist in preparation for oral argument. | 8.1 | 8/24/19 | $ 5,589.00 |
| Vel Freedman | Prepare for closing arguments. Conferences with team re same. Legal research required same. | 3 | 8/24/19 | $ 2,700.00 |
| Andrew Brenner | Continue drafting portions of closing argument. | 3 | 8/25/19 | $ 3,150.00 |
| Kyle Roche | Assist in preparation for oral argument. | 6 | 8/25/19 | $ 4,140.00 |
| Vel Freedman | Prepare for closing arguments; drafting same. Research in same. Conferences on same. | 19 | 8/25/19 | $ 17,100.00 |
| Andrew Brenner | Prepare for and attend closing arguments for evidentiary hearing. | 8.4 | 8/26/19 | $ 8,820.00 |
| Kyle Roche | Prepare for and attend oral argument. | 8.5 | 8/26/19 | $ 5,865.00 |
| Vel Freedman | Prepare for, attend, follow up on sanctions hearing. | 18 | 8/26/19 | $ 16,200.00 |
| Kyle Roche | Review ▇▇▇▇ work on pref-hash-algos; review A. Brenner depo outline; update Dr. Edman direct. | 5.8 | | $ 4,002.00 |
| | | | TOTAL: | $ 592,558.00 |