# EXHIBIT 2



July 17, 2019

Ira Kleiman
5104 Robino Circle
West Palm Beach, FL 33417

Dear Mr. Kleiman:

If you have any questions or comments, please do not hesitate to contact Velvel Freedman. If you have any questions regarding your invoices, please call me at 914-749-8200. If you have any questions regarding payment information, please contact our Boca Raton office at 561-886-6000.

Sincerely yours,

Sherri Venticinque-Presti
Billing Manager

Enclosures


BOIES
SCHILLER
FLEXNER

Invoice No. 158321                                                                    June 30, 2019

Services Through the Month of June 2019
on Behalf of Ira Kleiman
In Connection with the Bitcoin Litigation

### A. Time Related Charges

Time Devoted by Andrew Brenner

Time Devoted by Velvel Freedman

Time Devoted by Kyle Roche

Time Devoted by Kyle Roche

Time Devoted by Stephen Lagos

Time Devoted by Stephen Lagos

**Total Time Related Charges:**



Invoice No. 158321                                                                        June 30, 2019

Services Through the Month of June 2019
on Behalf of Ira Kleiman
In Connection with the Bitcoin Litigation

## B. Other Charges



Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| ███████ | ████████████████████████████████████████████████ | 9.5 |
| ███████████████████████████████████████████████████████████████ | | |
| 04/29/19 (Mon.) | Revise memoranda in opposition to motions regarding ████████████ bitcoin addresses; communications with team re: same. | 2.5 |
| ███████████████████████████████████████████████████████████████ | | |
| 05/14/19 (Tue.) | Review documents concerning potential fraud on the Court; multiple communications with team re: same. | 1.3 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|---|---|---|
| 05/16/19 (Thu.) | Review documents at issue in potential fraud on the court claim; prepare for and participate in teleconference re: same. | 3.0 |
| 05/17/19 (Fri.) | Continued attention to potential fraud on the Court claim; continue review of documents re: same; multiple communications with team re: same. | 1.0 |
| 06/03/19 (Mon.) | Review and revise motion to compel compliance with Court Order; multiple communications with team re: same. | 1.5 |
| 06/11/19 (Tue.) | Attention various outstanding discovery issues; attention to pending motions; communications with team re: same; begin reviewing documents in connection with preparing outline for continued deposition of Craig Wright. | 4.0 |
| 06/12/19 (Wed.) | Continue review of documents re: updated deposition of Craig Wright; begin drafting outline for updated deposition of Craig Wright. | 4.0 |
| 06/13/19 (Thu.) | Continue review of documents related to updated deposition of Craig Wright; review initial deposition of Craig Wright; continue drafting outline for updated deposition of Craig Wright. | 8.0 |
| 06/14/19 (Fri.) | Continue drafting outline for updated deposition of Craig Wright. | 4.0 |
| 06/17/19 (Mon.) | Continue drafting and revising deposition outline for update deposition of Craig Wright; revise mediation statement. | 2.5 |
| 06/18/19 (Tue.) | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ continue drafting and revising deposition outline; review of additional documents re: same. | 3.0 |
| 06/19/19 (Wed.) | Continue drafting and revising deposition outline for update deposition of Craig Wright; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conferences with team re: hearing preparation. | 2.5 |
| 06/21/19 (Fri.) | Continue revising outline for update deposition of Craig Wright; review additional documents and proposed revisions re: same. | 3.0 |
| 06/22/19 (Sat.) | Continue revising outline for update deposition of Craig Wright; communications with team re: same; review additional documents re: same. | 1.5 |
| 06/23/19 (Sun.) | Continue revising outline for update deposition of Craig Wright; communications with team re: same; review additional documents re: same. | 2.1 |
| 06/25/19 (Tue.) | Continued attention to update deposition of Craig Wright; review additional documents re: same; attention to preparation for 6/28 hearing; multiple communications with team re: same. | 2.5 |
| 06/26/19 (Wed.) | Continued preparation for update deposition; continued preparation for June 28 evidentiary hearing; multiple communications with team re: same. | 3.0 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 06/27/19 (Thu.) | Continued preparation for update deposition; continued preparation for June 28 evidentiary hearing; multiple communications with team re: same. | 8.0 |
| 06/28/19 (Fri.) | Prepare for and attend evidentiary hearing. | 9.5 |







Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|--------------------------|-------|
|      |                          |       |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| ██████ | ████████████████████████████████████████████████████████████████████████████████████████ | ████ |
| 04/27/19 (Sat.) | ██████████████████████ attention to revised bitcoin motion (3.4); ████████ ██ | ██ |
| 04/28/19 (Sun.) | ██████████████████████████ continued attention to bitcoin motion and national security motions (3.2); | ██ |
| 04/29/19 (Mon.) | Attention to drafts of all pending motions and review of OC filing in preparation of same. | 5.0 |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 05/06/19 (Mon.) | Prepare for and attend telephonic status conference; attention to motion to compel (1), ███████ | █ |
| | ███████████████████████████ | |
| 05/08/19 (Wed.) | Review and finalize Plaintiff's Response re Production of List of Public Addresses. | 1.0 |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | | |
| 05/19/19 (Sun.) | Attention to experts, bitcoin addresses, and other discovery issues; attention to motion practice | 3.0 |
| | | |
| 05/21/19 (Tue.) | Attention to expert reports and drafting of motions | 2.0 |
| | | |

1906099870001-158321

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | | |
| 06/03/19 (Mon.) | Review sealed motion to compel transactional documents | 0.2 |
| | | |
| 06/07/19 (Fri.) | Review response to motion to compel, conference w/ client and team re same | 1.5 |
| 06/10/19 (Mon.) | Prepare for upcoming discovery hearing | 4.0 |
| | | |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | ███████████████████████████████████████████████ | |
| 06/11/19 (Tue.) | Review Plts' Motion to Compel Defendant to Comply with this Court's Orders Directing Him to Produce a List of Bitcoins He Held as of 12-31-2013 | 0.2 |
| 06/11/19 (Tue.) | Prepare for and attend Discovery Hearing | 8.5 |
| | | |
| 06/21/19 (Fri.) | Preparation for hearing/deposition | 5.0 |
| 06/22/19 (Sat.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 2.5 |
| 06/23/19 (Sun.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |
| 06/24/19 (Mon.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|--------------------------|-------|
| 06/24/19 (Mon.) | Review Plt's Unopposed Motion to Bring Electronic Equipment and editing same | 0.3 |
| 06/25/19 (Tue.) | Review Plt's Notice of Intention to Call Dr. Edman and editing same | 0.5 |
| 06/25/19 (Tue.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |
| 06/26/19 (Wed.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |
| 06/27/19 (Thu.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.5 |
| 06/28/19 (Fri.) | Prepare for and attend CSW depo and show cause hearing | 12.0 |













Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 04/24/19 (Wed.) | ██████████████████████████ document review for bitcoin wallet motion. | 7.2 |
| 05/09/19 (Thu.) | Review trust documentation and discuss with Velvel and team; review documents; ████████████████████. | 8.2 |

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)



| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | █████████████████████████████ | |
| 05/13/19 (Mon.) | ████████████████████████████ review draft declaration and documents produced ████████ ████████ | 8.2 |
| | ████████████████████████████ | |
| 05/16/19 (Thu.) | Coordinate on document review; create and update bitcoin wallet tracker; review trust documents | 8.2 |
| 05/17/19 (Fri.) | ██████████████████████████ review trust documents; ██████████████████ | 4.2 |
| | ████████████████████████████ | |
| 05/20/19 (Mon.) | Coordinate with Vel on team on trust investigation; documents review; review ████ █████ work product. | 2.8 |
| | ████████████████████████████ | |
| 05/22/19 (Wed.) | ██████████████████████████ review ████ work product; ████████████████ | 8.4 |
| 05/23/19 (Thu.) | Coordinate with Velvel ████ on issues with email files. ██████████████ review hot documents; ████████████ | 7.2 |
| | ████████████████████████████ | |
| 05/28/19 (Tue.) | ██████████████████████ review ████ work product; ████████ | 4.1 |

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | ████████████████████████████████████████████████████ | |
| 05/30/19 (Thu.) | Review ████ work product ██████████████████████ | 8.4 |
| 05/31/19 (Fri.) | Draft motion to compel; draft correspondence to opposing counsel; ████████ | 7.5 |
| 06/03/19 (Mon.) | Finalize motion to compel transactional documents; ███████████ ██████████████ ████████ draft and file motion to seal motion to compel ██████████████ ███████ | 14.2 |
| 06/04/19 (Tue.) | ████████ coordinate with ████ and Vel on fraudulent emails; ████████ | 12.2 |
| | ████████████████████████████████████████████████████ | |
| 06/08/19 (Sat.) | Review ████ assignments; finalize motion for sanctions. | 4.2 |
| 06/10/19 (Mon.) | ██████████ ██ ████████████████████████ draft hearing outline for discovery conference. | 7.2 |
| 06/11/19 (Tue.) | Prepare for and attending hearing with Vel; discuss plan of action following outcome of hearing. | 6.8 |
| 06/12/19 (Wed.) | Coordinate on Dr. Edman direct examination; coordinate with Andrew on Craig depo outline | 11.2 |
| 06/13/19 (Thu.) | Meet with Dr. Edman and prepare direct examination; coordinate with Andrew on depo outline. | 9.8 |
| 06/14/19 (Fri.) | Develop Dr. Edman direct examination outline; coordinate with billing on transcript; coordinate with Brenner on depo outline. | 8.4 |
| | ████████████████████████████████████████████████████ | |
| 06/17/19 (Mon.) | Update Dr. Edman direct; prepare for mediation. | 8.4 |
| | ████████████████████████████████████████████████████ | |

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| ████████████████████████████████████████████████████████████████ | | |
| 06/19/19 (Wed.) | Coordinate with Dr. Edman on direct examination; coordinate with Vel on cross and depo; ██████████████████████████████████████████ ████ | 9.8 |
| 06/20/19 (Thu.) | Coordinate with Dr. Edman on direct examination; coordinate with Vel on Craig cross and direct; coordinate with John on draft motion for videotaping depo and noticing Court on Edman testimony. | 12.4 |
| 06/21/19 (Fri.) | Prepare Dr. Edman direct examination; coordinate with Vel on cross-examination and direct; ███████████████████████████. | 9.5 |
| 06/22/19 (Sat.) | Update Dr. Edman direct examination outline. | 5.8 |
| ████████████████████████████████████████████████████████████████ | | |
| 06/25/19 (Tue.) | Finalize notice of expert testimony; finalize videographer motion; work on Dr. Edman direct examination outline; ████████████████████████████. | 10.2 |
| 06/26/19 (Wed.) | Prepare for June 28 hearing. | 11.2 |
| 06/27/19 (Thu.) | Prepare for June 28 hearing. | 11.5 |
| 06/28/19 (Fri.) | Prepare for and attend June 28th hearing. | 12.2 |

Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 05/18/19 (Sat.) | Drafted motion for sanction of striking defendant's pleadings. | 7.4 |

Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | ███████████████████████████████ | |
| 05/21/19 (Tue.) | Compiled table of cases in which courts imposed default sanctions on defendants for litigation misconduct. | 8.0 |
| 05/22/19 (Wed.) | Complied table of cases in which courts imposed default sanctions on defendants for litigation misconduct. | 8.6 |
| | ███████████████████████████████ | |
| 05/27/19 (Mon.) | Edited draft motion for sanctions striking defendant's pleadings. | 4.5 |
| | ███████████████████████████████ | |
| 06/16/19 (Sun.) | Reviewed documents relating to Shamir schemes to help V. Freedman prepare for 6/28 hearing. | 7.2 |
| | ███████████████████████████████ | |
| 06/23/19 (Sun.) | Reviewed transcripts of ATO interviews with Defendant to help V. Freedman prepare for 6/28 hearing. | 7.0 |
| | ███████████████████████████████ | |





Page 1



Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)



Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)



Detailed Summary of Other Charges





## Detailed Summary of Other Charges





### Document Reproduction Services

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| 06/26/19 | 0810 | 6302C | Document Reproduction - Outside Services SiteLogistix | | 104.96 |
| 06/26/19 | 0810 | 6302C | Document Reproduction - Outside Services SiteLogistix | | 30.99 |

Detailed Summary of Other Charges



Detailed Summary of Other Charges



Detailed Summary of Other Charges



Detailed Summary of Other Charges



## Detailed Summary of Other Charges



**Special Supplies**

Detailed Summary of Other Charges





## Detailed Summary of Other Charges



## Detailed Summary of Other Charges

| Date | | | | Description | Amount |
|------|---|---|---|---|---|
| 06/28/19 | 2482 | 2103C | | Travel - Bus/Train - - Vendor: Robert George Keefe . Brightline Train Tickets for 3 People From West Palm Beach to Miami - Hearing (West Palm Beach Trip 6/28/19). Robert George Keefe | 120.00 |
| 06/28/19 | 2482 | 2103C | | Travel - Bus/Train - - Vendor: Robert George Keefe . Brightline Train Tickets for 5 People From Miami to West Palm Beach - Hearing (West Palm Beach Trip 6/28/19). Robert George Keefe | 175.00 |
| 06/29/19 | 0404 | 2105C | | Travel - Car Services - - Vendor: Andrew S. Brenner . Limo 1 of Weston From Residence to Ft. Lauderdale Airport - Hearing (West Palm Beach Trip 6/27 to 6/29/19). Andrew S. Brenner | 64.25 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|------|------|------|------|------|
| 06/28/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From Residence to West Palm Beach Courthouse - Hearing (Ft. Lauderdale Trip 6/27 to 6/29/19). Andrew S. Brenner | | 36.13 |
| 06/28/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From West Palm Beach Courthouse to Residence - Hearing (Ft. Lauderdale Trip 6/27 to 6/29/19). Andrew S. Brenner | | 35.32 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|-------------|-----------|-----------|-----------|--------|



**Outside Services**

### Detailed Summary of Other Charges



#### Experts and Consulting Fees

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|-------------|-----------|-----------|-----------|--------|
| 04/30/19 | 1970 | 6503C | Consulting/Experts - Other - - Vendor: Berkeley Research Group LLC . Professional Services Provided by Matthew Edman (Cryptography Expert)/April 2019. Berkeley Research Group LLC | | 9,128.00 |

Detailed Summary of Other Charges





Client/Matter Name: Ira Kleiman
Invoice Number: 1906099870001-158321

Detailed Summary of Other Charges





**BOIES SCHILLER FLEXNER**

Invoice No. 159962

September 30, 2019

Services Through the Month of September 2019
on Behalf of Ira Kleiman
<u>In Connection with the Bitcoin Litigation</u>

**A. Time Related Charges**

Time Devoted by Andrew Brenner

Time Devoted by Kyle Roche
Time Devoted by Stephen Lagos

**Total Time Related Charges:**



BOIES
SCHILLER
FLEXNER

Invoice No. 159962                                                September 30, 2019

Services Through the Month of September 2019
on Behalf of Ira Kleiman
In Connection with the Bitcoin Litigation

**B. Other Charges**

BOIES SCHILLER FLEXNER LLP

2200 Corporate Boulevard NW, Suite 400, Boca Raton, FL 33431 | (t) 561 886 6000 | (f) 561 886 6006 | www.bsfllp.com

Page 1



Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 07/01/19 (Mon.) | Attention to post-hearing strategy and preparation for continuation of hearing. | 1.0 |
| 07/02/19 (Tue.) | Continued attention to strategy for continuation of evidentiary hearing. | 1.5 |
| 07/09/19 (Tue.) | Attention to response to Defendant's motion for miscellaneous relief and how it is impacted by pendency of hearing on the Court's Order to show cause. | 2.7 |
| | | |
| 07/10/19 (Wed.) | Review and analysis of transcript of day 1 of evidentiary hearing on the Court's Order to Show Cause. | 2.1 |
| 07/17/19 (Wed.) | Attention to preparation for continuation of evidentiary hearing on order to show cause. | 1.2 |
| 07/19/19 (Fri.) | Attention to preparation for continuation of evidentiary hearing. | 1.3 |
| 07/22/19 (Mon.) | Continued attention to continuation of evidentiary hearing. | 1.1 |
| 07/24/19 (Wed.) | Preparation for continuation of evidentiary hearing and expert disclosures re: same. | 1.1 |
| 07/25/19 (Thu.) | Preparation for continuation of evidentiary hearing and expert disclosures re: same. | 2.3 |
| 07/26/19 (Fri.) | Continue to prepare for continuation of evidentiary hearing. | 1.9 |
| 07/29/19 (Mon.) | Continue to prepare for continuation of evidentiary hearing. | 2.1 |
| 07/31/19 (Wed.) | Continue to prepare for continuation of evidentiary hearing. | 1.9 |
| 08/01/19 (Thu.) | Continue to prepare for August 5th evidentiary hearing. | 3.6 |
| 08/02/19 (Fri.) | Continue to prepare for August 5th evidentiary hearing. | 3.0 |
| 08/03/19 (Sat.) | Continue to prepare for August 5th evidentiary hearing. | 2.8 |
| 08/04/19 (Sun.) | Continue to prepare for August 5th evidentiary hearing. | 5.0 |
| 08/05/19 | Prepare for and attend evidentiary hearing. | 10.0 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| Date | Summary of Work Performed | Hours |
|---|---|---|
| (Mon.) | | |
| 08/06/19 (Tue.) | Attention to strategy issues arising from completion of evidentiary hearing and closing arguments re: same. | 1.3 |
| 08/08/19 (Thu.) | Attention to strategy for closing arguments for evidentiary hearing. | 1.4 |
| 08/12/19 (Mon.) | Continued attention to post-evidentiary hearing strategy issues. | 1.2 |
| 08/15/19 (Thu.) | Attention to post-evidentiary hearing strategy and closing argument. | 2.0 |
| | | |
| 08/19/19 (Mon.) | Draft outline of closing argument for evidentiary hearing. | 2.0 |
| | | |
| 08/22/19 (Thu.) | Continue drafting portions of closing argument and attention to strategy for the remaining portion. | 2.0 |
| | | |
| 08/23/19 (Fri.) | Continue drafting portions of closing argument and attention to strategy for remaining portions. | 4.5 |
| | | |
| 08/25/19 (Sun.) | Continue drafting portions of closing argument and attention to strategy for remaining portions. | 6.0 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 08/26/19 (Mon.) | Prepare for and attend closing arguments for evidentiary hearing. | 8.4 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)







1909099870001-159962

Page 1





Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)



Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)



Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| 08/04/19 (Sun.) | Research re opposing expert at contempt hearings. | 2.7 |

Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)







Detailed Summary of Other Charges



Client/Matter Name: Ira Kleiman
Invoice Number: 190909870001-159962

### Detailed Summary of Other Charges



**Document Reproduction Services**

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 132.19 |
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 108.43 |
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 84.74 |
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 2.50 |

<u>Detailed Summary of Other Charges</u>



### Detailed Summary of Other Charges



**Travel Expenses**

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| 06/26/19 | 2218 | 2102C | Travel - Airfare - - Vendor: Kyle Roche Delta Airlines Airfare OneWay from JFK to Miami, FL Kyle Roche | | 298.30 |
| 06/27/19 | 0404 | 2102C | Travel - Airfare - - Vendor: American Express . R/T: Vail, CO/FTL - Hearing (West Palm Beach Trip 6/27 to 6/29/19). American Express | | 1,882.00 |
| 06/30/19 | 2218 | 2102C | Travel - Airfare - - Vendor: Kyle Roche Delta Airlines Airfare from Miami, FL to JFK Kyle Roche | | 312.30 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|------|------|------|------|------|
| 08/04/19 | 0404 | 2102C | Travel - Airfare - - Vendor: American Express . R/T Vail/Ft. Lauderdale - Hearing (West Palm Beach Trip 8/4 to 8/6/19). American Express | | 1,282.00 |
| 08/26/19 | 1888 | 2103C | Travel - Bus/Train - - Vendor: Nathalie Bermond . Brightline Train Ticket From West Palm Beach to Miami - Hearing (West Palm Beach Trip 8/2619). Nathalie Bermond | | 40.00 |
| 08/26/19 | 1888 | 2103C | Travel - Bus/Train - - Vendor: Nathalie Bermond . Brightline Train Ticket From Miami to West Palm Beach - Hearing (West Palm Beach Trip 8/2619). Nathalie Bermond | | 27.00 |
| 08/04/19 | 0404 | 2105C | Travel - Car Services - - Vendor: Andrew S. Brenner . Limo 1 of Weston - From Ft. Lauderdale Airport to Residence - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 63.75 |
| 08/06/19 | 0404 | 2105C | Travel - Car Services - - Vendor: Andrew S. Brenner . Limo 1 of Weston - From Residence to Ft. Lauderdale Airport - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 64.25 |
| 06/27/19 | 2218 | 2106C | Travel - Conference Meals - - Vendor: Kyle Roche Lunch at Au Bon Pain with J. McAdams and Dr. Eman Kyle Roche | | 33.43 |
| | | | 8/20/19). Andrew S. Brenner | | |
| 06/26/19 | 2218 | 2107C | Travel - Lodging Expenses - - Vendor: Kyle Roche Two Night Stay at The Courtyard by Marriot Kyle Roche | | 506.24 |
| 06/28/19 | 2218 | 2107C | Travel - Lodging Expenses - - Vendor: Kyle Roche One Night Stay at The W Hotel in Miami, FL Kyle Roche | | 310.25 |
| 06/30/19 | 2218 | 2107C | Travel - Lodging Expenses - - Vendor: Kyle Roche One Night Stay at The W Hotel in Miami, FL due to flight cancellation Kyle Roche | | 588.74 |
| 08/05/19 | 1888 | 2108C | Travel - Mileage and Tolls - - Vendor: Nathalie Bermond . Mileage From Office to West Palm Beach Courthouse - Evidentiary Hearing (West Palm Beach Trip 8/5/19). Nathalie Bermond | | 47.27 |
| 08/05/19 | 1888 | 2108C | Travel - Mileage and Tolls - - Vendor: Nathalie Bermond . Mileage From West Palm Beach Courthouse to Office - Evidentiary Hearing (West Palm Beach Trip 8/5/19). Nathalie Bermond | | 49.24 |
| 08/05/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . | | 36.94 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| | | | Mileage to West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | |
| 08/05/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage from West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 36.07 |
| 08/26/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From Residence to West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/26/19). Andrew S. Brenner | | 37.52 |
| 08/26/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From West Palm Beach Courthouse to Residence - Hearing (West Palm Beach Trip 8/26/19). Andrew S. Brenner | | 37.46 |
| 08/05/19 | 0404 | 2109C | Travel - Parking - - Vendor: Andrew S. Brenner . Parking at West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 8.00 |
| 06/26/19 | 2218 | 2110C | Travel - Taxis - - Vendor: Kyle Roche Uber Taxi from Home to JFK re: Evidentiary Hearing Kyle Roche | | 56.99 |
| 06/28/19 | 2218 | 2110C | Travel - Taxis - - Vendor: Kyle Roche Uber from Train Station to Courthouse Kyle Roche | | 8.66 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| ██████ | ██████ | ██████ | ██████ | ██████ | ██████ |

### Experts and Consulting Fees

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| | | | | | |
| 07/10/19 | 1970 | 6503C | Consulting/Experts - Other - - Vendor: Berkeley Research Group LLC . Professional Services for Digital Forensics and Cryptography (May, June, July 2019). Berkeley Research Group LLC | | 28,348.57 |

### Court Reporting Services and Transcripts

Detailed Summary of Other Charges



Client/Matter Name: Ira Kleiman
Invoice Number: 1909099870001-159962

# Roche Freedman LLP

vel@rochefreedman.com

███████████████

# INVOICE

| Number | 22 |
|---|---|
| Issue Date | 10/11/2019 |
| Due Date | 11/10/2019 |
| Matter | Kleiman v. Wright |

███████████████████

## Bill To:

1007 - Ira Kleiman

## Time Entries

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/1/2019<br>Prepare for August 5th hearing; practice direct examination with Dr. Edman. | Kyle Roche | $900.00 | 18.20 | $16,380 00 |
| Time<br>8/1/2019<br>Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 14.90 | $14,527 50 |
| ████████████████████████████████ | | | | |
| Time<br>8/2/2019<br>Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 16.20 | $15,795 00 |
| Time<br>8/2/2019<br>Prepare for August 5th hearing; build out rough examination of Shadders cross; work on direct examination of Dr. Edman. | Kyle Roche | $900.00 | 16.80 | $15,120 00 |
| Time<br>8/3/2019<br>████████████████ rewrite Edman direct per conversation with Vel; ██████████████████ | Kyle Roche | $900.00 | 17.20 | $15,480 00 |
| Time<br>8/3/2019<br>Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same); █████████████ | Devin (Velvel) Freedman | $975.00 | 3.00 | $2,925 00 |
| ████████████████████████████████ | | | | |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time<br>8/4/2019<br>prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 19.30 | $18,817.50 |
| Time<br>8/4/2019<br>Prepare for hearing; practice direct examination with Dr. Edman. | Kyle Roche | $900.00 | 17.50 | $15,750.00 |
| Time<br>8/5/2019<br>Prepare for, attend, and debrief for August 5 hearing. | Kyle Roche | $900.00 | 16.20 | $14,580.00 |
| Time<br>8/5/2019<br>prepare for, attend, and follow up on, evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 18.00 | $17,550.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|------------|-----------|------|-------|-----|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

| Time | Devin (Velvel) | $975.00 | 15.00 | $14,625 00 |
| 8/21/2019 | Freedman | | | |

████████████████████

████ (4.5); review documents and transcripts related to final closing arguments (10.5)

████████████████████████████████████████

████████████████████████████████████████

| Time | Kyle Roche | $900.00 | 10.20 | $9,180 00 |
| 8/22/2019 | | | | |

Assist in preparation for oral argument.

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/23/2019<br>Assist in preparation for oral argument. | Kyle Roche | $900.00 | 7.40 | $6,660.00 |
| ██████████████████████████████████████ | | | | |
| Time<br>8/24/2019<br>Prepare for closing arguments. Conferences with team re same. Legal research required same. | Devin (Velvel) Freedman | $975.00 | 3.00 | $2,925.00 |
| Time<br>8/24/2019<br>Assist in preparation for oral argument. | Kyle Roche | $900.00 | 8.10 | $7,290.00 |
| Time<br>8/25/2019<br>Assist in preparation for oral argument. | Kyle Roche | $900.00 | 6.00 | $5,400.00 |
| Time<br>8/25/2019<br>Prepare for closing arguments; drafting same. Research in same. Conferences on same. | Devin (Velvel) Freedman | $975.00 | 19.00 | $18,525.00 |
| Time<br>8/26/2019<br>Prepare for, attend, follow up on sanctions hearing | Devin (Velvel) Freedman | $975.00 | 18.00 | $17,550.00 |
| ██████████████████████████████████████ | | | | |
| Time<br>8/26/2019<br>Prepare for and attend oral argument. | Kyle Roche | $900.00 | 8.50 | $7,650.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|------------|-----------|------|-------|-----|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | Billed By | Rate | Hours | Sub |
|------------|-----------|------|-------|-----|

| Time Entry | Billed By | Rate | Hours | Sub |
|------------|-----------|------|-------|-----|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | Biller By | Rate | Hours | Sub |
|------------|-----------|------|-------|-----|

| Time Entry | Billed By | Rate | Hours | Sub |
| --- | --- | --- | --- | --- |

Expenses

| Expense | Billed By | Price | Qty | Sub |
| --- | --- | --- | --- | --- |

| Expense | Billed By | Price | Qty | Sub |
|---------|-----------|-------|-----|-----|