| Expense Detail | Date | Amount |
|---|---|---|
| Consulting/Experts - Other - - Vendor: Berkeley Research Group LLC . Professional Services Provided by Matthew Edman (Cryptography Expert)/April 2019. Berkeley Research Group LLC | 4/30/19 | $ 9,128.00 |
| Court Costs - Transcript Expenses - - Vendor: Franklin Court Reporting . Hearing Before Magistrate Bruce Reinhart. Franklin Court Reporting | 6/2/19 | $ 1,531.80 |
| Document Reproduction - Outside Services SiteLogistix | 6/26/19 | $ 104.96 |
| Document Reproduction - Outside Services SiteLogistix | 6/26/19 | $ 30.99 |
| Travel - Airfare - - Vendor: Kyle Roche Delta Airlines Airfare OneWay from JFK to Miami, FL Kyle Roche | 6/26/19 | $ 298.30 |
| Travel - Lodging Expenses - - Vendor: Kyle Roche Two Night Stay at The Courtyard by Marriot Kyle Roche | 6/26/19 | $ 506.24 |
| Travel -Taxis - - Vendor: Kyle Roche Uber Taxi from Home to JFK re: Evidentiary Hearing Kyle Roche | 6/26/19 | $ 56.99 |
| Document Reproduction - Outside Services SiteLogistix | 6/27/19 | $ 1,297.80 |
| Document Reproduction - Outside Services SiteLogistix | 6/27/19 | $ 914.61 |
| Travel - Airfare - - Vendor: American Express. R/T: Vail, CO/FTL - Hearing (West Palm Beach Trip 6/27 to 6/29/19). American Express | 6/27/19 | $ 1,882.00 |
| Travel - Bus/Train - - Vendor: Robert George Keefe. Brightline Train Tickets for 3 People From West Palm Beach to Miami - Hearing (West Palm Bench Trip 6/28/19). Robert George Keefe | 6/28/19 | $ 120.00 |
| Travel - Bus/Train - - Vendor: Robert George Keefe. Brightline Train Tickets for 5 People From Miami to West Palm Beach - Hearing (West Palm Bench Trip 6/28/19). Robert George Keefe | 6/28/19 | $ 175.00 |
| Residence to West Palm Beach Courthouse - Hearing (Ft. Lauderdale Trip 6/27 to 6/29/19). Andrew Brenner | 6/28/19 | $ 36.13 |
| Palm Beach Courthouse to Residence - Hearing (Ft. Lauderdale Trip 6/27 to 6/29/19). Andrew Brenner | 6/28/19 | $ 35.32 |
| Pnrking at Courthouse - Hearing (Ft. Lauderdale Trip 6/27 to 6/29 119). Andrew S. Brenner | 6/28/19 | $ 9.00 |
| Travel - Lodging Expenses - - Vendor: Kyle Roche One Night Stay at The W Hotel in Miami, FL Kyle Roche | 6/28/19 | $ 310.25 |
| Travel - Taxis - - Vendor: Kyle Roche Uber from Train Station to Courthouse | 6/28/19 | $ 8.66 |
| Ft. Lauderdnle Airport to Residence - Hearing (West Pnlm Beach Trip 6/27 to 6/29/19). Andrew Brenner | 6/29/19 | $ 64.25 |
| Travel - Airfare - - Vendor: Kyle Roche Delta Airlines Airfare from Miami, FL to JFK Kyle Roche | 6/30/19 | $ 312.30 |
| Travel - Lodging Expenses - - Vendor: Kyle Roche One Night Stay at The W Hotel in Miami, FL due to flight cancellation Kyle Roche | 6/30/19 | $ 588.74 |
| Travel - Taxis - - Vendor: Kyle Roche Uber from Hotel to Airport Kyle Roche | 6/30/19 | $ 19.39 |
| Professional Services for Digital Forensics and Cryptography (May, June, July 2019). Berkeley Research Group LLC | 7/10/19 | $ 28,348.57 |
| Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | 8/4/19 | $ 132.19 |
| Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | 8/4/19 | $ 108.43 |

| Expense Detail | Date | Amount |
|---|---|---|
| Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | 8/4/19 | $ 84.74 |
| Document Reproduction - Outside Services - - Vendor: Robert George Keefe . Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | 8/4/19 | $ 2.50 |
| Travel - Airfare - - Vendor: Americ.in Express Ft. Lauderdale - Hearing (West Palm Beach Trip 8/4 to 8/6/19). American Express | 8/4/19 | $ 1,282.00 |
| Travel - Car Services - - Vendor: Andrew S. Brenner. Limo 1 of Weston - From Ft. Lauderdale Airport to Residence - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | 8/4/19 | $ 63.75 |
| Travel - Mileage and Tolls - - Vendor: Nathalie Bermond. Mileage From Office to West Palm Beach Courthouse - Evidentiary Hearing (West Palm Beach Trip 8/5/19). Nathalie Bermond | 8/5/19 | $ 47.27 |
| Travel - Mileage and Tolls - - Vendor: Nathalie Bermond. Mileage From West Palm Beach Courthouse to Office - Evidentiary Hearing (West Palm Beach Trip 8/5/19). Nathalie Bermond | 8/5/19 | $ 49.24 |
| Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Amlrew S. Brenner | 8/5/19 | $ 36.94 |
| Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner. Mileage from West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | 8/5/19 | $ 36.07 |
| Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Breimer | 8/5/19 | $ 8.00 |
| Residence to Ft. Lauderdale Airport - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | 8/6/19 | $ 64.25 |
| BRG - Matt Edman - Services Rendered Through August 5, 2019 | 8/15/19 | $ 16,507.12 |
| Trial transcripts August 5 hearing day two. Check #2293 | 8/19/19 | $ 1,680.00 |
| West Palm Beach to Miami - Hearing (West Palm Beach Trip 8/2619). Nathalie Bermond | 8/26/19 | $ 40.00 |
| Miami to West Palm Beach - Hearing (West Palm Beach Trip 8/2619). Nathalie Bermond | 8/26/19 | $ 27.00 |
| Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner. Mileage From Residence to West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/26/19). Andrew S. Brenner | 8/26/19 | $ 37.52 |
| Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner. Mileage From West Palm Beach Courthouse lo Residence - Hearing (West Palm Beach T1ip 8/26/19). Andrew S. Brenner | 8/26/19 | $ 37.46 |
| | TOTAL | $ 66,023.78 |