UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                   **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## DR. WRIGHT'S MOTION
## FOR ADDITIONAL PAGES TO OBJECT TO MAGISTRATE REINHART'S ORDER

Dr. Wright respectfully requests that the Court grant him ten additional pages to object to Magistrate Reinhart's order [D.E. 277] (the "Order"). In support of this request, Dr. Wright states as follows:

1. The 29-page Order is the result of a two-day evidentiary hearing where four witnesses provided testimony and where the Court considered 49 exhibits.

2. The Order makes multiple findings of fact based on that testimony and evidence and imposes drastic sanctions that impinge on Dr. Wright's due process rights.

3. Dr. Wright submits that the 20-page limit imposed by Local Rule 7(1)(c)(2) is insufficient to address all of the Magistrate's findings, to make an adequate record, and to fully brief the Court as to the bases for his objection.

4. For the good reasons stated above, Dr. Wright respectfully requests that he be permitted a total of 30 pages, not including cover page and signature block, to object to the Order.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties affected by the relief sought in this motion. Plaintiffs do not oppose the relief sought.

*Respectfully submitted,*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on November 21, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819