# Zalman Kass

| | |
|---|---|
| **From:** | Zaharah Markoe |
| **Sent:** | Tuesday, June 25, 2019 5:15 PM |
| **To:** | 'Velvel (Devin) Freedman'; Kyle Roche |
| **Cc:** | Amanda McGovern; Zalman Kass |
| **Subject:** | Kleiman v. Wright |

Vel,

Below is a bitcoin address that Dr. Wright mined on his laptop and that did not go into a trust.

16LukCKiiraP5iDT8X4ZgDGufq7L4dtg6o

Best,

Zaharah

**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.