# Zalman Kass

| | |
|---|---|
| **From:** | Zalman Kass |
| **Sent:** | Monday, June 3, 2019 12:27 PM |
| **To:** | Velvel (Devin) Freedman |
| **Cc:** | Kyle Roche; Amanda McGovern; Zaharah Markoe; Bryan Paschal; Nathalie Bermond |
| **Subject:** | Tulip Trust Document Production |

Vel,

In furtherance of our meet and confer conference on Thursday, May 30, 2019, the purpose of this communication is to confirm our review and production of all non-privileged documents in our database that contain the term "Tulip" or "Seychelles." On Friday, May 31, 2019, our vendors sent you two links containing a total of 1,648 documents responsive to the word "Tulip." We expect to send you the remaining documents by this Wednesday.

The initial production of the documents containing the term "Seychelles" is scheduled to go out today, with the remainder going out on Wednesday.

To be clear, these productions include all non-privileged documents containing the words "tulip" or "Seychelles" that relate to the trusts or bitcoin.

Best,

Zalman


**Zalman Kass**
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(T) 305.445.2500 | (F) 305.445.2505
zkass@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.