**Block Height**

*Transaction Number*
*(Transaction 540a7e… is the first transaction in Block #50)*

```
"hash": "0000000026f34d197f653c5e80cb805e40612eadb0f45d00d7ea4164a20faa33",
"confirmations": 605319,
"strippedsize": 215,
"size": 215,
"weight": 860,
"height": 50,
"version": 1,
"versionHex": "00000001",
"merkleroot": "540a7e54fd64478554519f1b2d643ecc888c5030631487f9cfc530b71d281309",
"tx": [
  "540a7e54fd64478554519f1b2d643ecc888c5030631487f9cfc530b71d281309"
],
```

**Block #50**

*Transaction 540a7e…*

```
{
  "txid": "540a7e54fd64478554519f1b2d643ecc888c5030631487f9cfc530b71d281309",
  "hash": "540a7e54fd64478554519f1b2d643ecc888c5030631487f9cfc530b71d281309",
  "version": 1,
  "size": 134,
  "vsize": 134,
  "weight": 536,
  "locktime": 0,
  "vin": [
    {
      "coinbase": "04ffff001d013f",
      "sequence": 4294967295
    }
  ],
  "vout": [
    {
      "value": 50,
      "n": 0,
      "scriptPubKey": {
        "asm": "041ada81ea00c11098d2f52c20d5aa9f5ba13f9b583fda66f2a478dd7d95a7ab615159d98b63df2e6f3ecb3ef9eda138e4587e7afd31e7f434cbb6837e17feb0c5 OP_CHECKSIG",
        "hex": "41041ada81ea00c11098d2f52c20d5aa9f5ba13f9b583fda66f2a478dd7d95a7ab615159d98b63df2e6f3ecb3ef9eda138e4587e7afd31e7f434cbb6837e17feb0c5ac",
        "reqSigs": 1,
        "type": "pubkey",
        "addresses": [
          "17iyRRXBHJKbv5DKPPkttWewm3CHdNPGQd"
        ]
      }
    }
  ],
  "hex": "01000000010000000000000000000000000000000000000000000000000000000000000000ffffffff0704ffff001d013fffffffff0100f2052a01000000434104 1ada81ea00c11098d2f52c20d5aa9f5ba13f9b583fda66f2a478dd7d95a7ab615159d98b63df2e6f3ecb3ef9eda138e4587e7afd31e7f434cbb6837e17feb0c5ac 00000000",
  "blockhash": "0000000026f34d197f653c5e80cb805e40612eadb0f45d00d7ea4164a20faa33",
  "confirmations": 604804,
  "time": 1231614698,
  "blocktime": 1231614698
}
```

**Transaction ID**

**Public address** ← → **Public key**