UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                            **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## DEFENDANT'S NOTICE OF FILING ERRATA

Pursuant to this Court's instructions to file Dr. Wright's April 4, 2019 deposition, Dr. Wright hereby files his Amended Errata Sheet to supplement plaintiffs' notice of filing [DE 312].

Dated November 26, 2019

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819

                                        JORGE MESTRE
                                        Florida Bar No. 88145
                                        AMANDA MCGOVERN
                                        Florida Bar No. 964263
                                        ZAHARAH MARKOE
                                        Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

      I certify that on November 26, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                        /s/ Andres Rivero_____
                                      ANDRES RIVERO
                                        Florida Bar No. 613819