AMENDED ERRATA & CONFIDENTIALITY DESIGNATIONS
VIDEOTAPTED DEPOSITION OF CRAIG STEVEN WRIGHT
CASE NO. 9:18-cv-80176-BB/BR
Thursday, April 4, 2019

| Page/Line # | Original | Correction | Reason for Change |
|---|---|---|---|
| 5:3 | loose | lose | Spelling correction |
| 5:24-6:1 | Confidential | Confidential | Confidential |
| 9:19-10:9 | Confidential | Confidential | Confidential |
| 19:4 | lit | list | Transcription error |
| 15:12 | Lynne | Lynn | Spelling correction |
| 16:16 | Lynne | Lynn | Spelling correction |
| 17:14 | Lynne | Lynn | Spelling correction |
| 107:13 | Lynne | Lynn | Spelling correction |
| 39:24-40:6, 43:25-44:21 | The referred to videoconference occurred in 2011 | The referred to videoconference occurred in 2010 | Contextual error by the witness who answered these questions after stating that he took a trip to the United States in 2009/2010, and then responded to a question about whether he travelled to the United States in 2011, he travelled to the United States about a year after the trip he had just been discussing. |
| 68:25 | Context | Contacts | Transcription error |
| 102:13 | Cheshire | Chesher | Spelling correction |
| 104:22 | Cheshire | Chesher | Spelling correction |
| 105:5, 9, 15, 18 | Cheshire | Chesher | Spelling correction |
| 126:21 | Is it one of those things? | This is one of those things. | Transcription error |
| 183:16 | strict | instruct | Transcription error |
| 186:21 | There were mining pools, | There were no mining pools, | Transcription error |
| 206:11 | addresses that you knew controlled? | addresses that you knew Dave controlled? | Transcription error |
| 251:14 | Libya Reserves | Liberty Reserve | Transcription error |
| 289:21 | trust | trustee | Transcription error |
| 320:11 | your client's | the client's | Transcription error |

AMENDED ERRATA & CONFIDENTIALITY DESIGNATIONS
VIDEOTAPTED DEPOSITION OF CRAIG STEVEN WRIGHT
CASE NO. 9:18-cv-80176-BB/BR
Thursday, April 4, 2019

| Page/Line # | Original | Correction | Reason for Change |
| --- | --- | --- | --- |
| 360:18, 21 | Lynne | Lynn | Spelling correction |
| 363:8, 12 | Lynne | Lynn | Spelling correction |
| 364:15 | Lynne | Lynn | Spelling correction |
| 369:6 | Lynne | Lynn | Spelling correction |
| 370:1-371:16 | Confidential | Confidential | Confidential |