## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                              **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION

Please take notice that the undersigned attorney, under Fed. R. Civ. P. 30(b)(6), will take the videotaped deposition of:

| NAME | DATE & TIME | PLACE |
|---|---|---|
| **Corporate Representative for W&K Info Defense Research, LLC (Topics of Examination attached as Schedule A)** | **December 10, 2019, at 10:00 a.m.** | **Rivero Mestre LLP<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Miami, Florida 33134** |

The deposition will be upon oral examination before a notary public or any other officer authorized by law to take depositions. The undersigned intends to record the testimony of the deponent by audio and/or video technology in addition to intending to stenographic method. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as

permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

RIVERO MESTRE LLP
*Attorneys for Dr. Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
AMANDA MCGOVERN
Florida Bar No. 964263
BRYAN L. PASCHAL
Florida Bar No. 091576

## **CERTIFICATE OF SERVICE**

I certify that on November 8, 2019, I severed by e-mail the foregoing document to all counsel of record.

/s/Andres Rivero
ANDRES RIVERO

**SCHEDULE A**

**Designated Topics for
W&K Info Defense Research LLC's Corporate Representative**

**I. DEFINITIONS**

The following terms and words have the following meanings:

A. "Communications" means any oral, written, or electronic transmission of information, including, but not limited to, letters or correspondence, conversations, meetings, discussions, telephone calls, telegrams, telecopies, telexes, seminars, conferences, messages, facsimile transmissions, electronic mail, vistomail, notes or memoranda.

B. "Complaint" means the Second Amended Complaint [D.E. 83], and its previously filed versions.

C. "Control" means in Your possession, custody, under Your direction, or available to You upon reasonable demand, and includes in the possession, custody, or available upon reasonable demand, of those under the direction of You or Your employees, subordinates, counsel, accountants, consultants, experts, and any persons or entities acting or purporting to act on Your behalf.

D. "Cryptocurrency" means any digital currency in which encryption techniques are used to regulate the generation of units of currency and verify the transfer of funds, operating independently of a central bank. It shall include, but not be limited to, Bitcoin, Bitcoin Cash, any other "forked" Bitcoin asset, and Etherium's Ethers.

E. "Document" means any item within the scope of Rule 34 of the Federal Rules of Civil Procedure, including, without limitation, any written or graphic matter or other means of preserving thought or expression, all tangible things from which information or thoughts can be processed or transcribed, and all copies containing additional matter, however produced or

3

reproduced, of any kind and description, in Your actual or constructive possession, custody, care, or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to this action, or which are themselves listed below as specific documents, including, but not limited to, the following: correspondence, memoranda, notes, messages, letters, telegrams, teletyped messages, facsimiles, electronic mail, text messages, social-media posts, bulletins, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, computer memory, word processing data, computer printouts, work-product schedules, account records, patents, licenses, legal pleadings, minutes of directors' meetings, minutes of shareholders' or other meetings, work assignments, transaction files, statistical records, financial records, bank records, security agreements, testing reports, newspaper or magazine articles, stories or clippings, affidavits, pleadings, contracts, transcripts, surveys, graphic representations of any kind, photographs, graphs, microfilms, videotapes, tape recordings, motion pictures or other films, or information maintained in any electronic medium (including, but not limited to, information found in computer hard drives, flash drives, USB drives, pocket drives, CDs, backup tapes, metadata, and PDFs).

   F. "Including" means "including without limitation."

   G. "Plaintiffs" mean Ira Kleiman as the personal representative of the Estate of David Kleiman, and W&K Info Research Defense LLC (including any affiliates, subsidiaries, parent companies, or principals) and their respective agents.

   H. "Relating to" and "relate to" means directly or indirectly referring to, evidencing, discussing, defining, mentioning, reflecting, regarding, pertaining to, consisting of, concerning, recording, evaluating, or in any way logically or factually connected with the matter discussed or to which reference is made.

I.  "You," "Your," and "W&K" means W&K Info Defense Research LLC and any agent, employee, attorney, independent contractor, or any other person acting at the direction of, or on behalf of, W&K Info Defense Research LLC.

## II.  RELEVANT TIME FRAME

Unless specified in a request, this request includes and encompasses all responsive information from January 1, 2008 to the present.

## II. DESIGNATED TOPICS

The corporate representative of W&K will be deposed regarding the following topics:

1. The facts alleged in the Complaint.
2. W&K's membership, including the identification of its current and former members and communications with those members relating to the facts alleged in the Complaint.
3. W&K's business purpose.
4. W&K's proprietary and financial documents.
5. W&K's tax filings.
6. W&K's alleged ownership or development of intellectual property.
7. W&K's alleged mining of bitcoin or any Cryptocurrency.
8. W&K's ownership of bitcoin or any other Cryptocurrency.
9. W&K's reinstatement in 2018.
10. W&K's administrative dissolutions.
11. W&K Panama.
12. Any legal actions against W&K that is related to its alleged intellectual property, bitcoin or any Cryptocurrency.

13. Any legal actions that W&K brought that is related to its intellectual property, bitcoin or any Cryptocurrency.

14. Any accounts that W&K had at Liberty Reserve.

15. W&K's membership meetings discussing this action, Dr. Craig Wright, bitcoin, or Cryptocurrency.

16. The assignment of any rights asserted in the Complaint.

17. All persons who are believed or known by W&K to have any knowledge concerning any of the issues in the Complaint.

18. The location of documents related to the Complaint.

19. W&K's administration and its mailing address, physical address, and mail received relating to this action.