Kleiman v. Wright



**Bryan Paschal** <bpaschal@riveromestre.com>
Monday, March 11, 2019 at 1:16 PM
vfreedman@bsfllp.com;   kroche@bsfllp.com;   Zaharah Markoe;   Zalman Kass;   Andres Rivero
Show Details

Kyle and Vel,

Here are the list of topics for Ira's initial deposition:

1. The identification of Dave Kleiman's electronic devices.
2. The chain-of-custody for Dave Kleiman's electronic devices.
3. The preservation of Dave Kleiman's electronic devices and steps taken to preserve Dave Kleiman's electronic devices.
4. Attempts to access Dave Kleiman's electronic devices.
5. The storage and preservation of Dave Kleiman's working papers.
6. Forensic imaging of Dave Kleiman's electronic devices.
7. Steps taken to identify Dave Kleiman's email addresses.
8. Steps taken to identify Dave Kleiman's Bitmessage accounts.
9. The location of W&K Info Defense Research LLC's ("W&K") proprietary documents and information.
10. Steps taken to identify W&K's email addresses.
11. Steps taken to identify W&K's Bitmessage accounts.
12. Any email accounts for W&K Panama.
13. Any Bitmessage accounts for W&K Panama.
14. The identification of Dave Kleiman's public Bitcoin wallet address.
15. The identification of any companies in which Dave Kleiman may have held a proprietary interest.
16. The identification of Dave Kleiman's Liberty Reserve account.
17. Identification of Dave Kleiman's intellectual property.

Please let us know Ira's availability for the deposition.

Sincerely,

**Bryan L. Paschal**
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(T) 305.445.2500 | (F) 305.445.2505
Bpaschal@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.