UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    *Plaintiffs,*

v.

CRAIG WRIGHT

    *Defendant.*

CASE NO.: 9:18-cv-80176-BB/BR

# JOINT NOTICE OF ATTEMPTED COMPLIANCE WITH COURT ORDER (DE #310) AND JOINT MOTION FOR LIMITED EXTENSION OF CERTAIN PRETRIAL DEADLINES

On November 25, 2019, the Court issued an Order (ECF No. 310) requiring the parties file a joint notice indicating the agreed upon dates for the Defendant's deposition. Prior and since the issuance of that Order, the parties have been working cooperatively to schedule depositions, complete their expert disclosures, and otherwise comply with the pretrial deadlines set by the Court.

The parties have been unable to find mutually agreeable dates for the deposition of Dr. Wright.

Plaintiffs offered to take the Defendant's deposition on any combination of December 17, 18 and 19, and 23. The Defendant and his counsel have indicated that they are not available then. Defendant has a pre-planned family vacation over the Christmas holiday (including December 23) and Defendant's counsel have pre-paid family holiday plans that conflict with the proposed dates.

Defendant provided two dates: December 30 and January 3. Given that (i) the deposition will take place in London, (ii) those dates are 5 days apart spanning the New Year's Holiday

(meaning counsel will miss the new year holiday with their families), and (iii) co-counsel for the Plaintiffs has a pre-paid vacation that conflicts with those dates, Plaintiffs strongly prefer not to accept them.

## Joint Motion

Given the schedules laid out above, the holidays, and other commitments of counsel, the parties agree that it will be extremely burdensome to complete the depositions of both Plaintiffs and the Defendant prior to January 3. Accordingly, the parties jointly move to extend the deadline to complete **party** depositions to January 17. Should the Court grant this extension, Dr. Wright's deposition will be set for January 14 and 15.[1] If the Court does not grant the extension, the parties need the Court to resolve the inability to schedule Defendant's deposition at a mutually agreeable time.

Additionally, the parties request a brief extension of the deadlines related to expert disclosures. Specifically, the parties move that the deadline for expert disclosures be moved back to December 13 (currently December 5) and that the rebuttal expert disclosure deadline be moved to January 3 (currently December 19). This extension is needed, in part, to accommodate the fact that one of Plaintiffs' witnesses is getting married on the week of December 5 and will be relatively unavailable due to his nuptials. Additionally, the parties request that the deadline for the completion of expert depositions be extended until January 17.

None of the above requested extensions will require extension of other deadlines, including the trial date. For the Court's convenience, the Parties are requesting the following modifications to the current scheduling order:

- Deadline for rebuttal expert disclosure: January 3, 2019

---

[1] The parties remain confident they can jointly set the dates for Ira and W&K if this extension is granted.

- Craig Wright Deposition: January 14 and 15, 2019.[2]

- Deadline to complete Party and Expert depositions: January 17, 2019

- Deadline to make initial expert disclosures: December 13, 2019

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the parties are jointly moving for the requested relief.

Dated November 26, 2019

By: s/ Andres Rivero

ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

*Attorneys for Dr. Craig Wright*

Respectfully submitted,

s/ Velvel (Devin) Freedman

Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
**ROCHE FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

---

[2] The second date may or may not be necessary, depending on the Court's ruling on Plaintiffs' Motion for Leave to Extend Deposition Time Limit and for Special Master (DE #307).

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            */s/ Velvel (Devin) Freedman*
                                            Velvel (Devin) Freedman