UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

  *Plaintiffs,*

v.

CRAIG WRIGHT

  *Defendant.*

CASE NO.: 9:18-cv-80176-BB/BR

**NOTICE OF SECOND ATTEMPTED COMPLIANCE WITH COURT ORDER**
**(DE #316)**

On November 27, 2019, the Court issued an Order (ECF No. 316) requiring the parties "to confer this morning and select 2 consecutive dates to take the deposition during the weeks of December 2 or December 9. The parties are to advise the Court of those dates by 1:00 pm today."

Plaintiffs' counsel immediately called Defense counsel to confer and was advised that Defense counsel was seeking dates from their client. Furthermore, 27 minutes after the Court's order, Plaintiffs' counsel emailed Defense counsel that they were available to depose the Defendant on December 9, 10, 11, or 12.

Follow up calls with Defense counsel resulted in the Defendant offering December 1 and 2 or December 14 and 15. But neither offer includes consecutive dates within the parameters set by the Court to pick two dates in the weeks of December 2 and December 9 (12/1 is before and 12/15 is after). More importantly, December 1 is a Sunday, December 14 is a Saturday, and December 15 is a Sunday. Putting aside the fact that weekend proffers are generally not acceptable, Defense counsel is well aware that lead counsel for Plaintiffs is an orthodox Jewish rabbi that cannot travel or take a deposition on the Sabbath (Saturday). Furthermore, due to Sabbath

observance, Counsel can't reach London by Sunday morning. Finally, in regard to the December 1 and 2 offer, as a practical matter, there simply isn't enough time for Plaintiffs to prepare for the most important deposition in this case while flying to London in what would total 2-bussiness days (or 4-calendar days including holidays, weekends/Sabbath, and traveling time).

Plaintiffs' counsel therefore informed Defense counsel that they would seek permission from the Court to set the deposition on December 10th and 11th.

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
**ROCHE FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman