**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

     Plaintiffs,

v.                                                         **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

     Defendant.
_____/

## DR. WRIGHT'S NOTICE OF COMPLIANCE

Dr. Craig Wright respectfully submits this notice in compliance with the Court's order to provide "2 consecutive dates to take the deposition" of Dr. Craig Wright "during the weeks of December 2 or December 9." D.E. 317. Within minutes of getting the order, the parties immediately began conferring to schedule the deposition, and Dr. Wright has offered the below five dates:

- November 30, 2019 (all day);
- December 1, 2019 (all day);
- December 2, 2019 (ending by 1 p.m.);
- December 14, 2019 (all day); and
- December 15, 2019 (all day).

Dr. Wright understands that these dates are not ideal. However, we are making every effort to comply with the Court's order. Additionally, there are no other available dates during the first two weeks of December. Dr. Wright has pre-planned management meetings on December 2 and 3, for which non-parties are traveling from outside of the country and for which Dr. Wright is responsible. He is re-arranging that meeting so that he can be available on

December 2 beginning at 1 p.m. From December 4-13, Dr. Wright is traveling in Asia for pre-planned and pre-paid speaking engagements and meetings that cannot be moved at this point.

Since the parties received the Court's order, the have worked feverishly to confer and schedule the deposition on two consecutive dates that do not conflict with dates that do not conflict with the Sabbath or counsel and party's pre-paid and pre-planned travel. We continue to confer and we are confident that we can schedule the deposition. Otherwise, we ask that the Court schedule the deposition on the dates identified above.

Respectfully submitted,

RIVERO MESTRE LLP
*Attorneys for Dr. Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: arolnick@riveromestre.com
Email: bpaschal@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
AMANDA MCGOVERN
Florida Bar No. 964263
BRYAN L. PASCHAL
Florida Bar No. 091576

## **CERTIFICATE OF SERVICE**

I certify that on November 27, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/Andres Rivero
ANDRES RIVERO
