UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

       Plaintiffs,

v.

CRAIG WRIGHT,

       Defendant.

_____/

**OMNIBUS ORDER**

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Leave to Extend the Time

Limit for Defendant's Deposition and to Appoint a Special Master, ECF No. [307], filed on

November 21, 2019 ("Motion").  Defendant has filed a Response to Plaintiffs' Motion, ECF No.

[314]. The Court has reviewed the Motion, the record and applicable law, and is otherwise fully

advised.

In the Motion, Plaintiffs request the Court enter an order extending the time limit for the

Defendant's deposition to fourteen hours and for the Court to appoint a special master to oversee

the deposition. *See generally*, ECF No. [307]. Defendant does not oppose the extension of the time

limit for Defendant's deposition, however, requests that such extension not exceed ten hours. *See*

*generally*, ECF No. [314]. The Defendant also argues that a special master should be appointed to

oversee the depositions of all the parties in this case.[1] ECF No. [314], at 4. The Defendant does

not oppose the appointment of a special master to oversee his own deposition but proposes that

_____

[1] The Court notes that there is no motion presently pending addressing such request, and therefore the
request is improperly raised at this time.  However, after a review of the record, the Court disagrees that it
reflects the need to appoint a special master to oversee the depositions of *all parties* in this case

any costs related to such appointment be split by the parties. *Id.* After a review of the Motion and the Response, the Court finds a reasonable basis for the limited extension of the time limit for Defendant's deposition and for the appointment of a special master as specified below.

On November 26, 2019, the parties filed a Joint Motion for an Extension of Time for Certain Pretrial Deadlines, ECF No. [316], which the Court subsequently denied, ECF No. [317]. The Court appreciates the parties' efforts in working to provide dates for the Defendant's deposition to take place. Upon review of the filings, and in light of the parties' varying scheduling conflicts, the Court finds good cause exists to extend the Court's deadlines. Thus, the Court will vacate its prior order, and extend the Court's deadlines to accommodate the parties. ***The Court takes this time to also caution the parties that no further extensions of time shall be granted as to the pretrial deadlines in effect***.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [307]**, is **GRANTED IN PART AND DENIED IN PART.**

2. The deposition time limit of Defendant Craig Wright shall be extended to 12 (twelve) hours over the course of two (2) days.

3. **The Honorable Bruce E. Reinhart** is **APPOINTED** as Special Master in this case to oversee the deposition of the Defendant Craig Wright. The Special Master shall appear at the deposition via videoconference.[2]

**IT IS FURTHER ORDERED** that the Court's Order, **ECF No. [317]**, is **VACATED**, the Motion, **ECF No. [316]**, is **GRANTED**, and the Court's Scheduling Order, **ECF No. [286]**, is **AMENDED** as follows:

---

[2] The parties shall be responsible to ensure that the location where the Defendant's deposition is to take place has the appropriate video conferencing technology and capability.

| | |
|---|---|
| **December 13, 2019** | Parties disclose experts and exchange expert witness summaries or reports. |
| **January 3, 2020** | Parties exchange rebuttal expert witness summaries or reports. |
| **January 14-15, 2020** | The Defendant's Deposition shall take place on January 14-15, 2020 from 1:00 p.m. (GMT) – 7:00 p.m. (GMT) each day. |
| **January 17, 2020** | All discovery, including expert discovery, is completed. All party and expert depositions shall be completed by this date. |
| **January 21, 2020** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed.  **This deadline includes all <u>dispositive motions</u>.**  Each party is limited to filing one motion *in limine* and one Daubert motion.  If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted.  **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.** |

All other provisions in the Scheduling Orders, **ECF Nos. [149]**, **[286]**, not amended in this

Order, shall remain in full effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 27, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record