**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                                                                    **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

**JOINT MOTION FOR A 14-DAY**
**ENLARGEMENT OF TIME TO FILE RESPONSE MOTIONS**

      Dr. Craig Wright respectfully requests that the Court grant him a two-week enlargement of time to file his response to plaintiffs' motion for attorney fees [D.E. 303] (the "Fee Motion"), which is presently due on December 4, 2019. Plaintiffs also request a two-week enlargement of time to file their response to Dr. Wright's Objection to Magistrate's Order [D.E. 311] (the "Objection"), which is presently due on December 9, 2019. The parties agree to each other's request and, for simplicity sake, file this joint motion requesting a two-week enlargement of time for them to file their respective responses. As grounds for support, the parties state as follows:

      1.      On November 20, 2019, and after two 30-day extensions, plaintiffs filed their Fee Motions, attaching over 130 pages of exhibits, including time entries. Dr. Wright's response to the Fee Motion is currently due on December 4, 2019.

      2.      On November 25, 2019, and after two 30-day extensions, Dr. Wright filed his 28-page objection to Judge Reinhart's order. Plaintiffs' response to the Objection is currently due on December 9, 2019.

3.      During the 14-day window for the parties to prepare their respective responses, in addition to the holiday, the parties have been (and continue to be) heavily engaged in discovery, including preparing for and taking depositions and responding to discovery requests.

4.      Consequently, the parties require additional time to prepare their responses to the issues raised in the Fee Motion and the Objection. The parties respectfully submit that a two-week enlargement of time will allow them to fully brief the issues in their respective responses.

5.      If the Court grants the parties' request:

a.   Dr. Wright's response to the Fee Motion would be due on December 18, 2109;

b.   Plaintiffs' response to the Objection would be due on December 23, 2019 (though Plaintiffs have indicated it is their intention to file as soon as their response is complete with the goal of filing sooner than December 23, 2019, if possible).

6.      This motion is brought in good faith and not for the purposes of delay.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties affected by the relief sought in this motion. All parties agree to the relief sought.

*Attorneys for Plaintiffs*

s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com


Kyle W. Roche, Esq.
Admitted Pro Hac Vice

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com


By: s/ Andres Rivero

ROCHE FREEDMAN LLP
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on December 2, 2019, I electronically filed this document with the Clerk of

the Court using CM/ECF. I also certify that this document is being served today on all counsel of

record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

 /s/ Andres Rivero_____
ANDRES RIVERO
Florida Bar No. 613819

3