UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ERICA P. JOHN FUND, INC., et al., *On Behalf of Itself and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>vs.<br><br>HALLIBURTON COMPANY and DAVID J. LESAR,<br><br>Defendants. | CIVIL ACTION NO.: 3:02-CV-1152-M<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF CARL E. GOLDFARB ON BEHALF OF BOIES SCHILLER FLEXNER LLP IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Carl E. Goldfarb, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of Florida and am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), court-appointed Lead Counsel for the Plaintiff and the Class. I am admitted in this case *pro hac* vice. The matters stated herein are based on my personal knowledge and records maintained by my law firm, and if called upon to testify, I could and would testify competently thereto. I submit this supplemental declaration in support of an award of attorneys' fees and reimbursement of litigation expenses in connection with services rendered by BSF in this action.

2.      In my declaration submitted on July 3, 2017, I inadvertently failed to exclude the time BSF spent on its application for fees. The lodestar for the 256.3 hours of work on fees was $180,005, which reduces BSF's compensable lodestar to $26,558,485.50 and Class Counsel's

1

lodestar to $42,943,955. The requested fee of $33,333,333.00 is now 0.78 of Class Counsel's collective lodestar (rounded up from 0.776).

    3.    Here is a revised chart replacing the chart in my July 3, 2017 declaration. Based on contemporaneous time records, BSF has invested over 42,233.4 hours of attorney and paralegal time valued at $26,558,485.50 at current rates through June 26, 2017.[1] The table below breaks down the firm time and lodestar on an individual basis:

| Name | Hours | Rate | 2017 Lodestar |
|---|---|---|---|
| Andrew Adler (A) | 726.5 | 770 | $559,405.00 |
| Christopher Arborn (PL) | 109.6 | 310 | $33,976.00 |
| Justin Arborn (A) | 120.4 | 540 | $65,016.00 |
| Anthony Arsali (A) | 34.1 | 420 | $14,322.00 |
| Sashi Bach (P) | 622.9 | 890 | $554,381.00 |
| Laura Benvenuto (P) | 99.8 | 350 | $34,930.00 |
| Amber Birtcher (PL) | 326.9 | 130 | $42,497.00 |
| David Boies (P) | 301.8 | 1,650.00 | $497,970.00 |
| Caryl L. Boies (P) | 1,312.10 | 670 | $879,107.00 |
| David Boies IV (PL) | 40.3 | 260 | $10,478.00 |
| Michael Bonner (SA) | 279.8 | 310 | $86,738.00 |
| Ellen Boyd (SA) | 172.7 | 170 | $29,359.00 |
| Ellen Brockman (OC) | 206.4 | 870 | $179,568.00 |
| Michael H. Calvin (PL) | 2,612.40 | 330 | $862,092.00 |
| James Catania (PL) | 39.1 | 130 | $5,083.00 |
| Daniil Chernichenko (PL) | 123.9 | 260 | $32,214.00 |
| Scott Crespo (PL) | 38.2 | 160 | $6,112.00 |
| Daniel Crispino (SA) | 20.4 | 370 | $7,548.00 |
| Ashanti Decker (A) | 204.9 | 440 | $90,156.00 |
| Adam Deckinger (A) | 277.6 | 650 | $180,440.00 |
| Hampton Dellinger (P) | 28.1 | 1,180.00 | $33,158.00 |
| Duncan Dwyer (PL) | 71.7 | 190 | $13,623.00 |
| Randi Enison (SA) | 64 | 330 | $21,120.00 |
| Justin Fitzdam (A) | 5,231.50 | 720 | $3,766,680.00 |
| Brian Garvey (SA) | 154.2 | 180 | $27,756.00 |
| Rachael Anne Gelber (A) | 271.4 | 620 | $168,268.00 |
| Eli Glasser (OC) | 1,019.30 | 750 | $764,475.00 |

---

[1] Boies Schiller Flexner has compiled its lodestar using 2017 hourly rates for individuals still at the firm and for individuals no longer at the firm by using their last hourly rate.

| Name | Hours | Rate | 2017 Lodestar |
|---|---|---|---|
| Carl E. Goldfarb (P) | 8,086.40 | 850 | $6,873,440.00 |
| Beth Griffin (Sum) | 31.8 | 290 | $9,222.00 |
| Steven Habig (PL) | 28 | 100 | $2,800.00 |
| Anna Hayes (A) | 81 | 420 | $34,020.00 |
| Dennis Heller (SA) | 647.7 | 310 | $200,787.00 |
| Andres Idarraga (A) | 2,698.80 | 630 | $1,700,244.00 |
| Heather Justice (SA) | 193.8 | 180 | $34,884.00 |
| Katherine Katz (Sum) | 67.8 | 290 | $19,662.00 |
| David Kligler (SA) | 551.2 | 350 | $192,920.00 |
| Susan Klock (A) | 698.3 | 620 | $432,946.00 |
| Carolyn Lee (PL) | 292.5 | 200 | $58,500.00 |
| Peter Legere (SA) | 624.3 | 170 | $106,131.00 |
| Lauren Fleischer Louis (OC) | 390.4 | 700 | $273,280.00 |
| Aaron Marcus (A) | 173.2 | 590 | $102,188.00 |
| Erica Maultsby (PL) | 705.9 | 135 | $95,296.50 |
| Sigrid McCawley (P) | 2,350.60 | 890 | $2,092,034.00 |
| Thomas M. McCawley (SA) | 4,207.50 | 390 | $1,640,925.00 |
| David Nelson (P) | 1,867.70 | 980 | $1,824,466.00 |
| Pascual Oliu (A) | 58.5 | 620 | $36,270.00 |
| Zhen Pan (SA) | 0 | 370 | $0.00 |
| Michael Panayotou (SA) | 440 | 180 | $79,200.00 |
| Gera R. Peoples (A) | 36.9 | 450 | $16,605.00 |
| Sandra Perkins (PL) | 110.8 | 260 | $28,808.00 |
| Eric Posner (P) | 197.2 | 1,150.00 | $226,780.00 |
| Vijay Raveendranath (SA) | 491.6 | 350 | $172,060.00 |
| Joshua Riley (P) | 21.7 | 910 | $19,747.00 |
| Christine L. Rotondo (PL) | 138.2 | 140 | $19,348.00 |
| Steven Schmelkin (SA) | 388.5 | 340 | $132,090.00 |
| Alec Schultz (A) | 607 | 660 | $400,620.00 |
| Adam Shaw (P) | 34.5 | 890 | $30,705.00 |
| Josh Sheptow (A) | 225.3 | 650 | $146,445.00 |
| Jonathan Silver (SA) | 114.1 | 390 | $15,288.00 |
| Robert B. Silver (P) | 177.7 | 1,180.00 | $209,686.00 |
| Ian Silverman (SA) | 207.1 | 170 | $35,207.00 |
| Stuart H. Singer (P) | 79.5 | 1,030.00 | $81,885.00 |
| Mark Singletary (SA) | 622.2 | 350 | $217,770.00 |
| Matthew Smith (PL) | 156.6 | 190 | $29,754.00 |
| **Grand Total Duration** | **42,233.4** | Grand Total Lodestar | **$26,558,485.50** |

**Supp. App. 003**

(A)     Associate
(P)     Partner
(OC)    Of Counsel
(SA)    Staff Attorney
(PL)    Paralegal
(Sum)   Summer Associate

4. Time spent with regard to Lead Counsel's application for fees including this declaration, are not included in the table.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on July 24, 2017 in Fort Lauderdale, Florida.

/s/ Carl E. Goldfarb
Carl E. Goldfarb