The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMTAX HOLDINGS 114, LLC, and AMTAX HOLDINGS 169, LLC <br><br> Defendants. | No. 3:17-cv-06048-RBL <br><br> **DECLARATION OF DAVID J. BURMAN IN SUPPORT OF DEFENDANT AND COUNTER-PLAINTIFF AMTAX HOLDINGS 114, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE ENVIRONMENTAL INDEMNITY** |
| AMTAX HOLDINGS 114, LLC, AMTAX HOLDINGS 169, and PARKWAY APARTMENTS, LP <br><br> Counter-Plaintiffs, <br><br> v. <br><br> HIDDEN HILLS MANAGEMENT, LLC, and 334TH PLACE 2001, LLC <br><br> Counter-Defendants. | |

DECLARATION OF DAVID J. BURMAN
No. 3:17-cv-06048-RBL-

**Boies Schiller Flexner LLP**
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

I, David J. Burman, declare as follows:

1. I am an attorney licensed to practice before the courts of Washington and the District of Columbia and am a partner in the law firm Perkins Coie LLP. I have personal knowledge of the facts stated in this declaration, as indicated, and if called as a witness, I could competently testify to those facts. I make this declaration based on my forty years of practice, including competing for litigation work, estimating and budgeting matters for clients, and preparing and explaining invoices.

2. I have been involved in the management of the firm, its litigation practice, or a litigation practice group for most of my years of practice. I have been substantially involved in establishing rates and was primarily responsible for setting Seattle office litigation rates for seven years and firm-wide litigation rates for six years. My efforts in these regards included reviewing public and private sources of information about rates for national and Western District of Washington practices. While I have not been involved in management in recent years, I continue to follow the markets and trends.

3. I am familiar with many of the leading federal court litigators, nationally and in the Western District, and with the types of matters that justify national as opposed to local market rates. I have also reviewed recent rate information in preparing this declaration. I have been an expert witness on fee applications by other firms over a dozen times, and I co-authored the chapter on court-awarded attorney's fees in the Business and Commercial Litigation in Federal Court treatise, published by the ABA Section of Litigation.

4. We acted as local counsel in this matter, but Defendant and Counter-Plaintiff AMTAX Holdings 114, LLC ("AMTAX 114") is primarily represented by the law firm of Boies Schiller Flexner LLP ("BSF"). BSF is a national law firm that does not have an office in this District. I have worked with BSF on a half dozen matters and am generally familiar with the qualifications of the attorneys at BSF. I know that the firm has significant experience litigating complex commercial litigation matters, and I have always been impressed with the lawyers with whom I have worked.

DECLARATION OF DAVID J. BURMAN
No. 3:17-cv-06048-RBL- 2

**Boies Schiller Flexner LLP**
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

5. I understand that AMTAX 114 sought BSF's representation in this matter because they wanted the advantage of BSF's familiarity with the partnership in which this dispute arose, as well as its experience and expertise with the Low Income Housing Tax Credit ("LIHTC") industry more generally.

6. AMTAX 114 prevailed at summary judgment on the litigation concerning the environmental indemnity obligation that Plaintiff and Counter-Defendant HHM owed to AMTAX 114 under the Hidden Hills 2001, Limited Partnership Environmental Indemnity & ADA Compliance Agreement (the "Environmental Indemnity").  BSF now seeks certain attorneys' fees related to its pre-summary judgment work in this matter pursuant to a mandatory fee-shifting provision set forth in Section 11 of the Environmental Indemnity.

7. As set forth in the declaration of lead trial counsel Eric Pettit filed concurrently herewith, BSF is submitting the following hourly rates for consideration by this Court:

| Timekeeper | Position | Year of Law School Graduation | Current Hourly Rate |
|---|---|---|---|
| **Eric Pettit** | Partner | 2003 | $720 |
| **Arwen Johnson** | Partner | 2006 | $710 |
| **Grayce Zelphin** | Senior Associate | 2011 | $640 |
| **Eliza Sweren-Becker** | Junior Associate | 2015 | $470 |
| **Jessica Rodriguez** | Paralegal | N/A | $275 |

8. Perkins Coie attorneys regularly appear in the Western District of Washington and compete for work here, and these rates are comparable to those of Perkins Coie lawyers with similar levels of experience, including the associates who assisted in this matter.  Our local rates are toward the high end of the Western District market but are well within it.  Undiscounted rates for our litigation partners with 12-15 years of experience in the Western District generally are also over $700, and our associate and paralegal rates, depending on area of expertise and length of practice, are in line with those sought by BSF here.  Thus, in my experience and opinion, AMTAX 114 would have paid similar rates if they had hired us or a similar firm headquartered in the Western District, but they would not have had the substantive and efficiency advantages of

DECLARATION OF DAVID J. BURMAN
No. 3:17-cv-06048-RBL- 3

**Boies Schiller Flexner LLP**
725 South Figueroa Street, 31st Floor
Los Angeles, CA  90017-5524
Telephone:  (213) 629-9040
Facsimile:  (213) 629-9022

BSF's familiarity with the clients and issues. The rates are reasonable for this matter in this market.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of August, 2019, at Seattle, Washington.

_____
David J. Burman

DECLARATION OF DAVID J. BURMAN
No. 3:17-cv-06048-RBL- 4

**Boies Schiller Flexner LLP**
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

# CERTIFICATE OF SERVICE

On August 6, 2019, I caused to be served upon the below named counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| David R. Goodnight<br>Rita V. Latsinova<br>J. Scott Pritchard<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Phone: (206) 624-0900<br>Facsimile: (206) 386-7500<br>Email: david.goodnight@stoel.com<br>Email: rita.latsinova@stoel.com<br>Email: scott.pritchard@stoel.com | __X__ Via the Clerk's eFiling Application<br>_____ Via hand delivery<br>_____ Via U.S. Mail, 1st Class, Postage Prepaid<br>_____ Via Overnight Delivery<br>_____ Via Facsimile<br>_____ Via Email |
|---|---|

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Los Angeles, California, on August 6, 2019.

/s/ Sonia L. Mejia
Sonia L. Mejia

CERTIFICATE OF SERVICE
No. 3:17-cv-06048-RBL-1

**Boies Schiller Flexner LLP**
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022