UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES**

Plaintiff, in accordance with Fed. R. Civ. 6(b), moves for a 4-day extension of time to file its reply in support of its motion for attorneys fees (DE 303).

1. On November 21, 2019, Plaintiffs filed their Motion for Attorneys Fees.

2. On December 9, 2019, and pursuant to an extension granted by this Court, Craig filed his response to the fees motion.

3. Plaintiffs reply is currently due on December 16, 2019.

4. Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause.

5. Good cause exists for an extension because, unfortunately, counsel has numerous obligations that make meeting the December 16 deadline extremely difficult. Specifically, Plaintiffs response opposing Craig's objection to Judge Reinhart's sanctions order is due that day. Judge Reinhart has also scheduled a discovery status conference for the parties on that day.[1] And

---

[1] Plaintiffs intend to seek a short continuance of that conference if the Court's schedule permits, but are hopeful it will remain on calendar sometime during the week of the 16th.

lead counsel for Plaintiff is scheduled to attend an all-day mediation before Mr. Harry Schafer in *OJ Commerce LLC et. al. v. Kidkraft LP et. al*, Case No. 0:19-cv-60341 on December 16 as well.

6. For the forgoing reasons, Plaintiffs request a 4-day extension of time to file its reply, up to and including December 20, 2019.

7. In accordance with S.D. Fla. L.R. 7.1(a)(3), Velvel Freedman conferred with counsel for Defendant, who does not oppose the relief requested herein. Further Defendant will not be prejudiced by the relief requested, which is not being sought for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests this Court grant a 4-day extension of time, up to and including December 20, 2019, for Plaintiffs to file a reply in support of its Motion for Attorneys Fees.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiff conferred with counsel for Defendant and Defendant does not oppose the relief requested.

Dated: December 10, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
**ROCHE FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on December 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>*/s/ Velvel (Devin) Freedman*   </u>
Velvel (Devin) Freedman