**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

Plaintiffs,

v.

CRAIG WRIGHT

Defendant.

**CASE NO.: 9:18-cv-80176-BB/BR**

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

THIS CAUSE is before the Court on Plaintiffs' Motion for Extension of Time to File their Reply in Support of Motion for Attorneys Fees. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and that Plaintiff shall have until December 20, 2019 to file their Reply.

**DONE AND ORDERED** in chambers on this ___ day of December, 2019.

______________________________
JUDGE BETH BLOOM
UNITED STATES MAGISTRATE JUDGE

Copies furnished: All counsel of record