UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

      Plaintiffs,

v.

CRAIG WRIGHT

      Defendant.

CASE NO.: 9:18-cv-80176-BB

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs respectfully request leave to exceed the page limits by an additional 10 pages to respond to Craig's objection (ECF No. [311]) to Judge Reinhart's sanctions order (ECF No. [277]). In support of this request, Plaintiffs state as follows:

1. Judge Reinhart's 29-page order is the result of three days of hearings where the court heard from two live fact witnesses, one live expert witness, reviewed three deposition transcripts, and 49 exhibits, to conclude that Craig "intentionally submitted fraudulent documents to the Court, obstructed a judicial proceeding, and gave perjurious testimony." *Id*. at 28.

2. Craig requested, and was granted ten (10) additional pages to object to this Order, and filed papers attacking the Order on numerous procedural and substantive grounds.

3. Plaintiffs need additional pages to fully explain the full scale of Craig's deception, respond to Craig's argument, and demonstrate why Judge Reinhart was correct to find that "no lesser sanction would suffice."

4. In accordance with S.D. Fla. L.R. 7.1(a)(3), Velvel Freedman conferred with counsel for Defendant, Zalman Kass, Esq., who does not oppose the relief requested herein. Further, Defendant will not be prejudiced by the relief requested.

For the foregoing reasons, Plaintiffs respectfully request this Court grant leave to file a response not to exceed 30 pages.

Dated: December 13, 2019

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
**ROCHE FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                      */s/ Velvel (Devin) Freedman*
                                      Velvel (Devin) Freedman