# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and Plaintiffs may file a Response not to exceed 30 pages.

**DONE AND ORDERED** in chambers on this ___ day of December, 2019.

---

JUDGE BETH BLOOM
UNITED STATES MAGISTRATE JUDGE

Copies furnished: All counsel of record