CONFIDENTIAL UNDER THE TERMS OF THE CONFIDENTIALITY AGREEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.

_____/

### DECLARATION OF DR. CRAIG S. WRIGHT

I, Craig S. Wright, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18, and I am competent to testify.

2. I give this declaration based on my personal knowledge.

3. I have gathered to the best of my ability the documents related to the trusts referred to in my Declaration dated May 8, 2019 (i.e., Tulip Trust I and Tulip Trust II).

4. I attach to this Declaration the trust document dated June 24, 2011, which is referenced in paragraph 5 of my May 8, 2019 Declaration. This document is an authentic copy.

5. I attach to this Declaration the trust document dated October 23, 2012, which is referenced in paragraph 5 of my May 8, 2019 Declaration as Tulip Trust I. This document is an authentic copy.

CSW

**CONFIDENTIAL UNDER THE TERMS OF THE CONFIDENTIALITY AGREEMENT**

6. I attach to this Declaration the trust document for Tulip Trust II, which is dated October 24, 2012 and which is referenced in paragraph 18 of my May 8, 2019 Declaration. This document is an authentic copy. Tulip Trust II received the formal trust number referenced in paragraph 18 in approximately 2014.

7. I attach an organogram relating to Tulip Trust II. This document is an authentic copy.

8. I have instructed my counsel to search for any other documents for Tulip Trusts I and II and to produce them. Any additional documents related to Tulip Trusts I and II will be produced as quickly as possible.

9. With respect to documents related to any transactions that were made under Tulip Trust I and Tulip Trust II, I provide the following information for the purpose of full and good faith compliance with the Court's Order of May 3, 2019 and the ruling following the Status Conference on May 6, 2019.

10. The electronic files that would be used to create the private keys to the Bitcoin that I mined directly into the trust known as 0133224d, were transferred into Tulip Trust I. The Bitcoin itself, however, has never been transacted. There is thus no transaction documentation for the movement of any of that Bitcoin.

11. I have searched for documentation that reflects the use of the rights to Bitcoin controlled by Tulip Trust I, but held by third parties, and used to fund companies in Australia. I attach documentation that I have located to date. The attached documents reflecting those payments are authentic copies of the documents I have located. I have instructed my counsel to search for any additional documentation that might exist and to produce that documentation as quickly as possible.



**CONFIDENTIAL UNDER THE TERMS OF THE CONFIDENTIALITY AGREEMENT**

I declare that the foregoing is true and correct under penalty of perjury and in accordance with the laws of the United States of America.

This sworn declaration was signed in London on May 13, 2019.

Dr. Craig S. Wright