Page 389

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the Personal
Representative of the Estate
of DAVID KLEIMAN, and W&K
Info Defense Research, LLC,

        Plaintiffs,
v.
CRAIG WRIGHT,
        Defendant.
_____/

                Paul G. Rogers Federal
                Building and U.S. Courthouse
                701 Clematis Street
                West Palm Beach, Florida 33401
                Friday, June 28, 2019
                9:17 a.m. - 11:28 a.m.

C O N F I D E N T I A L

CONTINUED VIDEOTAPED DEPOSITION OF
DR. CRAIG STEVEN WRIGHT

Taken before Darline M. West,

Registered Professional Reporter, Notary Public

in and for the State of Florida At Large,

pursuant to Notice of Taking Deposition filed

by the Plaintiffs in the above cause.

Magna Legal Services
www.MagnaLS.com
866.624.6221



```
                                                         Page 390
 1   APPEARANCES:
 2   On behalf of the Plaintiffs:
 3        BOIES SCHILLER FLEXNER LLP
 4        100 SE Second Street, Suite 2800
 5        Miami, Florida 33131
 6        Phone:  305.539.8400
 7        E-mail:  Vfreedman@bsfllp.com
 8        By:  VELVEL (DEVIN) FREEDMAN, ESQ.
 9             ANDREW BRENNER, ESQ.
10             ROBERT KEEFE, ESQ.
11                      -and-
12        BOIES SCHILLER FLEXNER LLP
13        333 Main Street
14        Armonk, New York 10504
15        Phone:  914.749.8275
16        E-mail:  Kroche@bsfllp.com
17        By:  KYLE W. ROCHE, ESQ.
18             (Admitted Pro Hac Vice)
19             JOHN MCADAMS, ESQ.
20
21
22
23
24
25   (Appearances continued on the following page:)
```



```
 1   APPEARANCES:
 2   On behalf of the Defendant:
 3        RIVERO MESTRE LLP
 4        2525 Ponce de Leon Boulevard, Suite 1000
 5        Miami, Florida 33134
 6        Phone:  305.445.2500
 7        E-mail:  Amcgovern@riveromestre.com
 8        By:  AMANDA MCGOVERN, ESQ.
 9             ANDRÉS RIVERO, ESQ.
10             ZAHARAH R. MARKOE, ESQ.
11             ZALMAN KASS, ESQ.
12
13   ALSO PRESENT:
14             THE HONORABLE BRUCE E. REINHART
15             NATHALIE BERMOND - Assistant to Velvel
16        Freedman, Esq.
17             RYAN KICK - Video Technician (Magna Legal
18        Services)
19
20                       - - -
21
22
23
24
25
```



```
                                                              Page 392
 1                          I N D E X
 2   WITNESS:                                         PAGE:
 3   DR. CRAIG STEVEN WRIGHT
 4   DIRECT EXAMINATION (Continued)                    403
     BY MR. FREEDMAN:
 5
     CERTIFICATE OF OATH                               501
 6
     REPORTER'S CERTIFICATE                            502
 7
     WITNESS CERTIFICATE                               503
 8
     ERRATA SHEET                                      504
 9
10
                            - - -
11
                        E X H I B I T S
12
                            - - -
13
14                   Description                        Page
15   Plaintiffs' Exhibit 1   May 13, 2019               442
                             declaration signed by
16                           Dr. Craig Wright
17   Plaintiffs' Exhibit 2   E-mail from David          444
                             Kleiman to Craig
18                           Wright, Bates labeled
                             Defense 2413 through
19                           2415
20   Plaintiffs' Exhibit 3   Document Bates             451
                             labeled 2416
21
     Plaintiffs' Exhibit 4   Dr. Wright's May 8th       451
22                           declaration
23   Plaintiffs' Exhibit 5   Document that starts       457
                             off "Deed of Trust
24                           between," Bates
                             labeled Defense 50985
25                           through 50989
```



Page 414

1    Q.   And when you -- did you create Tulip
2  Trading?
3    A.   I didn't create it.  It was a company that
4  I paid created it.
5    Q.   Okay.  And -- and you paid that company for
6  the property sometime after 2010 and before 2000 --
7  sorry.  Sorry.  Let me strike that.
8         You paid the company for Tulip Trading
9  sometime after 2010, but before the formal divorce of
10 2012?
11   A.   Yes.
12   Q.   Okay.  And when you paid for that company,
13 you assumed full ownership of the company?
14   A.   It was set up under a bearer share
15 structure initially.
16   Q.   Who was the owner of the company when --
17 who was the bearer share owner of the company when
18 you set it up?
19   A.   I owned the bearer shares.  There were
20 nominee shareholders and nominee directors.
21   Q.   So the listed owner of Tulip Trading at the
22 time of its incorporation was a company that you
23 owned the shares to; is that correct?
24   A.   In effect, yes.
25   Q.   Okay.  And Miss -- Lynne had no ownership



Page 447

```
 1        Q.   So let's make sure we're on the same page.
 2             Document 2413 --
 3        A.   Yes.
 4        Q.   -- that first page only, is an e-mail from
 5   Dave Kleiman to you?
 6        A.   That is the appearance of what it is, yes.
 7        Q.   Okay.  And it was written on June -- on or
 8   about June 24th, 2011?
 9        A.   Yes.
10        Q.   And you recall receiving this e-mail on or
11   about June 24th, 2011?
12        A.   Yes.
13        Q.   Okay.  Dr. Wright, in discovery, we
14   received this as a scan of a paper printout.  We also
15   received it as a pdf file, but we did not receive it
16   as an actual e-mail file.
17             Can you explain why that is?
18        A.   When I was outed in December 2015 as
19   Satoshi, I tried to remove all evidence of who I was.
20   I did my best to wipe out all of my social media.  I
21   did my best to wipe out my e-mails and any other
22   record that would tie me to being Satoshi Nakamoto.
23        Q.   So you kept only a paper copy; is that
24   correct?
25        A.   No, I did not.
```

