# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                               **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## DR. WRIGHT'S MOTION TO EXCEED PAGE LIMIT

Dr. Craig Wright respectfully requests that the Court grant him leave to exceed, by five pages, Local Rule 7.1(c)'s page limitation for his reply in support of his objection to the magistrate order deeming certain facts established and striking certain affirmative defenses (the "Objection") [D.E. 311]. As grounds for support, Dr. Wright states as follows:

1. On December 16, 2019, after having been granted leave to file an additional ten pages, plaintiffs filed their 29-page response to the Objection (the "Response") [D.E. 332].

2. Dr. Wright respectfully submits that he will require an additional five pages to fully address the issues raised in plaintiffs' Response.

3. For the foregoing reasons, Dr. Wright respectfully requests that this Court grant him leave to file a reply in support of his Objection that does not exceed 15 pages.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties affected by the relief sought in this motion. Plaintiffs do not believe that the rules permit Dr. Wright to file a reply, but do not oppose the request for additional pages, should the Court permit the reply.

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

I certify that on December 17, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819