## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                                                  **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

## DR. WRIGHT'S MOTION FOR A 10-DAY
## ENLARGEMENT OF TIME TO FILE HIS REPLY MOTION

Dr. Craig Wright respectfully requests that the Court grant him a ten-day enlargement of time to file his reply in support of his objection to the magistrate order deeming certain facts established and striking certain affirmative defenses (the "Objection") [D.E. 311], which is presently due on December 23, 2019. As grounds for support, Dr. Wright states as follows:

1.      On December 16, 2019, after having been granted an extension of time, plaintiffs filed their 29-page response to the Objection (the "Response") [D.E. 332]. Dr. Wright's reply in support of his Objection is currently due on December 23, 2019.

2.      In light of pre-arranged holiday travel, as well as immediate discovery deadlines beforehand (this includes defending a deposition, drafting discovery memoranda, and attending a discovery hearing), Dr. Wright requires additional time to prepare his reply. Dr. Wright respectfully submits that a ten-day enlargement of time will not unduly delay this matter and will allow him to fully brief the issues in his reply.

3.      If the Court grants Dr. Wright's request, Dr. Wright's reply in support of his Objection would be due on January 2, 2020.

4.      This motion is brought in good faith and not for the purposes of delay.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties affected by the relief sought in this motion. Plaintiffs do not believe that the rules permit Dr. Wright to file a reply, but do not oppose the request for additional time, should the Court permit the reply.

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

**CERTIFICATE OF SERVICE**

I certify that on December 17, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

 /s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819