UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

        Plaintiffs,

v.

CRAIG WRIGHT,

        Defendant.

CASE NO.: 9:18-cv-80176-BB/BR

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO EXCEED PAGE LIMIT

Plaintiffs asked Defendant to include their full position on this Motion (ECF No. 335) in their Certificate of Good Faith Conference. Defendant refused to do so on the basis that Plaintiffs' stated position was too long. In any event, below is Plaintiffs' response to Defendant's Motion:

As set forth in Plaintiffs' Response to Defendant's Objection, the nature of Judge Reinhart's Order likely includes both dispositive and non-dispositive matters. Although the local rules allow for a Reply brief in support of an Objection to a Magistrate's ruling on a non-dispositive matter, those rules do not appear to allow for a reply on Objections to rulings on dispositive matters. See Southern District of Florida Rules of Court, Magistrate Judge Rules 4(a)(1) and (b) and Fed. R. Civ. P. 72.

Accordingly, it does not appear that Defendant is entitled to a full Reply in this instance. For whatever Reply the Court allows, Plaintiffs will not oppose the time extension or page enlargement, and instead defer to the Court's decision as to each.

Dated: December 17, 2019							Respectfully submitted,

							*/s/ Andrew s. Brenner*
							ANDREW S. BRENNER, Esq.
							Florida Bar No. 978663
							BOIES SCHILLER FLEXNER LLP
							100 SE Second Street, Suite 2800
							Miami, Florida 33131
							Telephone: (305) 539-8400
							Facsimile: (305) 539-1307
							abrenner@bsfllp.com


							*Counsel to Plaintiffs Ira Kleiman as
							Personal Representative of the Estate of
							David Kleiman and W&K Info Defense
							Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

							*/s/ Andrew S. Brenner*
							ANDREW S. BRENNER