```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                  Case No. 18-80176-CIV-BB
 3
   IRA KLEIMAN, ET AL.,          )
 4                               )
        PLAINTIFFS,              )
 5                               )
        -v-                      )
 6                               )
   CRAIG WRIGHT,                 )
 7                               )
        DEFENDANT.               )    West Palm Beach, Florida
 8                               )    November 20, 2019
   _____)
 9

10          TRANSCRIPT OF DISCOVERY HEARING PROCEEDINGS

11            BEFORE THE HONORABLE BRUCE E. REINHART

12                 UNITED STATES MAGISTRATE JUDGE

13


14   Appearances:

15   (On Page 2.)

16


17   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
18                               701 Clematis Street
                                 West Palm Beach, Florida  33401
19                               E-mail:  SFranklinUSDC@aol.com

20

21

22

23

24

25
```

```
 1   Appearances:

 2   FOR THE PLAINTIFFS          Velvel Freedman, ESQ.
                                 Roche Freedman, LLP
 3                               200 South Biscayne Boulevard
                                 Suite 5500
 4                               Miami, FL 33131
     -and-
 5                               Andrew Brenner, ESQ.
                                 Boies, Schiller, Flexner, LLP
 6                               100 Southeast 2nd Street
                                 Suite 2800
 7                               Miami, FL 33131
     -and-
 8   (By Telephone)             Kyle Roche, ESQ.
                                 Roche Freedman, LLP
 9                               185 Wythe Avenue F2
                                 Brooklyn, NY 11249
10   -and-
     (By Telephone)             Joseph M. Delich, ESQ.
11                               Roche Freedman, LLP
                                 185 Wythe Avenue F2
12                               Brooklyn, NY 11249

13   FOR THE DEFENDANT:         Andres Rivero, ESQ.
                                 Rivero Mestre, LLP
14                               2525 Ponce de Leon Boulevard
                                 Suite 1000
15                               Coral Gables, FL 33134
     -and-
16                               Schneur Z. Kass, ESQ.
                                 Rivero Mestre, LLP
17                               2525 Ponce De Leon Boulevard
                                 Suite 1000
18                               Coral Gables, FL 33134
     -and-
19                               Bryan L. Paschal, ESQ.
                                 Rivero Mestre, LLP
20                               2525 Ponce de Leon Boulevard
                                 Suite 1000
21                               Coral Gables, FL 33134

22                                 *  *  *  *  *

23

24

25
```

```
 1          (Call to the order of the Court.)

 2          THE COURT:  All right.  Good afternoon, everyone.

 3  This is case number 18-80176, Ira Kleiman and W&K Info Defense

 4  Research versus Dr. Craig Wright.  Let me start with

 5  appearances.  I'll start with counsel for the Plaintiffs.

 6          MR. FREEDMAN:  Vel Freedman from Roche Freedman for

 7  the plaintiffs, Your Honor.

 8          THE COURT:  Mr. Freedman, good afternoon.

 9          MR. FREEDMAN:  Good afternoon, Your Honor.

10          MR. BRENNER:  Good afternoon, Your Honor.  Andrew

11  Brenner for Boies Schiller on behalf of the plaintiffs.

12          THE COURT:  Mr. Brenner, good afternoon.

13          And do we have anybody on the phone?

14          MR. ROCHE:  Al Roche from Roche Freedman.

15          THE COURT:  Mr. Roche, good afternoon.

16          Anybody else on the phone for the plaintiff?

17          MR. DELICH:  Joseph Delich, from Roche Freedman, as

18  well.

19          THE COURT:  I'm sorry, I didn't catch your last

20  name.

21          MR. DELICH:  Joseph Delich.

22          THE COURT:  Oh, Delich.

23          MR. DELICH:  D-e-l-i-c-h.

24          THE COURT:  I'm sorry, Mr. Delich.  I apologize for

25  not getting your name right.
```

```
 1                 MR. DELICH:  Not a problem.

 2                 THE COURT:  All right.  And for the defense.

 3                 Mr. Rivero, good afternoon.

 4                 MR. RIVERO:  Good afternoon, Judge.  Andres Rivero

 5     for Dr. Wright.

 6                 THE COURT:  Good afternoon.

 7                 And who have you got?

 8                 MR. KASS:  Good afternoon.  Zelman Kass for

 9     Dr. Craig Wright.

10                 THE COURT:  Yes, Mr. Kass.  Good afternoon, good to

11     see you.

12                 MR. PASCAL:  Good afternoon.  Bryan Pascal for

13     Dr. Craig Wright.

14                 THE COURT:  And Mr. Pascal, good to see you again.

15                 All right, folks.

16                 And anybody on the phone for the defense?  You're

17     all here live and in person.  Okay, great.

18                 So this matter is before the Court for a discovery

19     hearing this afternoon, and I did review the dueling discovery

20     memoranda, as well as the hundred pages that were filed in the

21     last hour.  So that ruined my afternoon, but that's okay.  I

22     had to read something.

23                 Okay.  So let me just take this one step at a time.

24     I think the first issue -- hold on.  All right.  Let me take

25     up the issue of the responses to the discovery requests that
```

```
 1   were made.
 2             Mr. Rivero, if I could just ask you, as of now,
 3   everyone agree that they're due December 2nd, unless I
 4   accelerate them?  Is that the understanding?
 5             MR. RIVERO:  That is what I -- well, I should say
 6   that's --
 7             THE COURT:  That's your position.
 8             MR. RIVERO:  -- our view of the matter.  And in
 9   terms of particulars, Mr. Kass was involved in the actual
10   discussions, Judge.
11             THE COURT:  Okay.
12             MR. RIVERO:  But there was an agreement.  That's our
13   view, and unless they're making a motion to expedite -- and
14   the rest I can -- Ms. Markoe and Ms. McGovern are in London
15   today.  They've been there, Ms. Markoe since Sunday morning,
16   Ms. McGovern since Monday morning.  It's -- you know, it's a
17   complex --
18             THE COURT:  I understand.
19             MR. RIVERO:  -- and we're working hard, but it's
20   only five days, business days, 'til December 2nd, Judge.
21             THE COURT:  I understand.  No, no, I'm aware of all
22   that.  I'm just trying to make sure I frame the issues.
23             So your position is it's not due 'til December 2nd
24   until I -- unless I order otherwise.
25             Mr. Freedman, is that your position, as well, or --
```

 1   that unless I order otherwise, and you're just asking me to

 2   order otherwise?  Is that where we are?

 3           MR. FREEDMAN:  Not quite, Your Honor.

 4           THE COURT:  Okay.

 5           MR. FREEDMAN:  Although practically speaking, I --

 6   that might just be where we are.

 7           THE COURT:  Okay.

 8           MR. FREEDMAN:  Because as Mr. Rivero pointed out

 9   that there's five days left.

10           THE COURT:  Okay.  So let's work off that

11   assumption.

12           And Mr. Rivero, based upon what you've told me about

13   what your colleagues are doing, I assume you'll be filing, at

14   least in part, answers and probably some objections, but

15   primarily answers?

16           MR. RIVERO:  Yeah.  Judge, under the circumstances

17   of the case, yes, I anticipate answers on the 2nd.

18           THE COURT:  Okay, great.

19           All right.  Well, in that case, I'm going to not

20   order anything expedited as to them.  I did look at them.  I'm

21   not saying you can't file legal objections if you believe

22   they're proper legal objections to file.  What I was going to

23   do to make sure, because I realize there's a compressed

24   timeframe here, was offer that I have time on the afternoon of

25   December 4th which I'd be happy to set aside.  So that way you

1  can serve -- the answers can be served on the 2nd.  That will

2  give Mr. Freedman and his team at least a day to look at them,

3  and then if the parties need me to rule on any objections or

4  anything else, we can have a hearing on the 4th.

5        MR. RIVERO:  Judge, I think it seems like a sound

6  idea to me, because we do have a compressed time left, and

7  there may be other issues if the --

8        THE COURT:  Sure.

9        MR. RIVERO:  Thank you, Judge.

10        THE COURT:  Sure.

11        Mr. Freedman, is that --

12        MR. FREEDMAN:  Yes, Your Honor.  Thank you.

13        THE COURT:  Obviously reserving any objection you

14  have to me not expediting the responses, but the afternoon of

15  the 4th work for you?

16        MR. FREEDMAN:  Yes, Your Honor.  Thank you.

17        THE COURT:  I always try to -- I know I'm free -- I

18  think I have one thing that day, which is just -- I can move

19  it if I have to.  So -- and you all seem to like to come here

20  in person.  So tell me when the train schedule accommodates

21  you so that I can give you what you need, and I'll be happy to

22  set something aside.  Usually the afternoons have tended to

23  work best, I know, but . . .

24        Mr. Freedman, any thoughts?

25        MR. FREEDMAN:  I think the defendant has set a

```
 1   deposition for that morning that's also down here in West
 2   Palm, so that -- late or afternoon probably would work great
 3   actually.
 4            THE COURT:  All right.  How about I set it for
 5   3:00 o'clock work for everybody?
 6            MR. RIVERO:  We --
 7            That should work, Judge.
 8            THE COURT:  All right, great.
 9            Here's when I'll do.  I'll set December 4th at
10   3:00 p.m.  I'll set aside 90 minutes -- you don't need to use
11   it if you don't need to use it -- for a discovery conference
12   as to the pending discovery requests and any objections to
13   those, and then anything else that comes up between now and
14   then, just give me a notice hopefully more than an hour, but
15   give me some notice that you want to talk about it, and we'll
16   deal with everything at that point, so, again, we can just
17   keep the case moving for you.
18            All right.  So I'm not -- so as to the request to
19   expedite the responses to the discovery, I'll overrule that
20   objection -- or I'll deny that request.
21            All right.  Let me turn next to the -- looks like
22   the ESI is the next issue, and I -- I'll be candid, I'm not
23   quite sure I understand what the ask is, so let me first turn
24   to either Mr. Brenner or Mr. Freedman.  What is it you're
25   asking for, and then I can evaluate what it is they shouldn't
```

```
 1  give you, should give you, haven't given you, et cetera.
 2          MR. FREEDMAN:  Your Honor --
 3          THE COURT:  You can stay seated if you'd like,
 4  Mr. Freedman, if you're more comfortable, you can stand if
 5  you're more comfortable, whatever's easier.
 6          MR. FREEDMAN:  Thank you, Your Honor.
 7          We're asking for the defendant to subject the
 8  remaining data portions to the search terms that have been
 9  agreed to the parties and --
10          THE COURT:  Data portions of what?  Back up for me.
11  It's been a while since I thought about this case, so just --
12  and it's certainly a while since I thought about the discovery
13  aspect.  So help me out what it is we're talking about.
14          MR. FREEDMAN:  Understood, Your Honor.
15          I don't know if the Court has in front of it docket
16  entry 298-1.
17          THE COURT:  I have 299-1.
18          MR. FREEDMAN:  298 dash -- sorry, 299-1.
19          THE COURT:  I do have 298-1 and 299-1.
20          MR. FREEDMAN:  No, Your Honor, you are right.  299-1
21  is the right place to be.
22          THE COURT:  Okay.
23          MR. FREEDMAN:  Sorry.  The --
24          THE COURT:  So this was their -- looks like --
25          MR. FREEDMAN:  -- dueling discovery memorandums got
```

```
 1   me messed up.
 2              THE COURT:  That's fine.
 3              This looks like this was their initial disclosures
 4   or some part of their voluntary disclosures as to the --
 5              MR. FREEDMAN:  Right.  The parties agreed that they
 6   would voluntarily produce information about ESI to help get
 7   the ball rolling --
 8              THE COURT:  Right.
 9              MR. FREEDMAN:  -- under the Court's guidance earlier
10   in the case.
11              THE COURT:  Got it.
12              MR. FREEDMAN:  Dr. Wright produced this, which was
13   his ESI disclosures, and if the Court looks at page 2 of the
14   ECF stamping --
15              THE COURT:  Got it.
16              MR. FREEDMAN:  -- at the bottom, the last bullet
17   identifies a Seagate BlackArmor NAS 400 system, media capacity
18   12,000, total collection volume 3287.9 gigabytes.
19              THE COURT:  Got it.
20              MR. FREEDMAN:  As I understand it, the defendant was
21   saying that this has a total capacity of 12,000 gigabytes, but
22   that 3287.9 were used.
23              THE COURT:  Okay.
24              MR. FREEDMAN:  And if the Court looks at footnote 1,
25   the ESI disclosure breaks down the type of data that was
```

 1   enclosed within that Seagate BlackArmor hard drive.

 2          And there are different data shares.  There's a data

 3   share with the title Craig, which was fully processed;

 4   Craig.Wright, which was fully processed; Ramona, which was

 5   fully processed; and wiki, which was also fully processed.

 6   But there are three data shares, I guess you could view them

 7   as sorta like parent folders --

 8          THE COURT:  Yeah.

 9          MR. FREEDMAN:  -- that have not been fully

10   collected.

11          THE COURT:  Okay.

12          MR. FREEDMAN:  Those three are the public, the

13   video, and the work data share.

14          THE COURT:  Okay.

15          MR. FREEDMAN:  Now, for the Court's convenience,

16   after the filing of this motion, the defendant pointed us out

17   to a file listing in the video data share, and so we're happy

18   to go through that file listing and come back to the Court if

19   necessary after we do that.

20          THE COURT:  Appreciate that.

21          MR. FREEDMAN:  So if it's okay, I'm going to take

22   video off the table for now.

23          THE COURT:  Absolutely.

24          MR. FREEDMAN:  And so we're going to focus on the

25   public and the work data shares.

```
 1                THE COURT:  Okay.

 2                MR. FREEDMAN:  In the public data share in that

 3     footnote, the defendant notes that there were 544 gigabytes of

 4     data, 20 of which were e-mails.  However, as I understand it

 5     according to this ESI disclosure, they did not process any of

 6     that data at all, because they determined it was not

 7     proportional to the needs of the case.  And so the plaintiffs

 8     have gotten nothing from that 544 gigabytes.

 9                THE COURT:  Okay.

10                MR. FREEDMAN:  The other data share is the work data

11     share, of which 2029 gigabytes were processed of data.  As I

12     understand it, the defendants have produced over to the

13     plaintiffs 26.9 gigabytes of that 2000 gigabytes.  And the way

14     they decided what to produce, the way the defendant decided

15     what he was going to produce was that counsel reviewed the

16     file names and file paths.  Not documents, just file names and

17     file paths.  As I understand it, this was an eyeball search

18     for arbitrary terms that the defendant set.  "Arbitrary" is a

19     strong word.  For terms that the defendant set without input

20     from the plaintiffs.  Those terms being Dave Kleiman, DK, W&K,

21     W&KID, different variations of CoinExchange, and then based on

22     hit of the file name only, turned those over.

23                THE COURT:  Okay.

24                MR. FREEDMAN:  That completely ignores the parties'

25     13-hour marathon agreement on search terms.  It completely
```

```
 1   ignores the fact that, for example, there could be a data file

 2   that had the name trust allocations --

 3           THE COURT:  Uh-huh.

 4           MR. FREEDMAN:  -- and inside that file name, trust

 5   allocations, could be Dave Kleiman owns 50 percent of the

 6   trust, and that would not be picked up by the method chosen by

 7   the defendant.

 8           THE COURT:  Understood.

 9           MR. FREEDMAN:  Your Honor, I --

10           THE COURT:  So what -- so -- okay.  Go ahead, sorry.

11           MR. FREEDMAN:  My point is that what the plaintiffs

12   are asking for is that the defendants collect this data, put

13   it through the search terms that the parties have agreed to,

14   and produce any relevant hits, and they do so quickly.

15           THE COURT:  Okay.  But what's -- what's the theory

16   of rel -- what are you looking for?  What do you need that

17   you're going to find in here?  What do you think you're going

18   to find in here that you need that you don't already have and

19   that I haven't already given you?

20           MR. FREEDMAN:  So, Your Honor, there -- although the

21   Court's sanctions order establishes a lot of what the

22   plaintiffs need to accomplish, there is, for example, a

23   pending civil theft claim which requires a showing of criminal

24   intent, which the defendant -- plaintiffs still need to prove

25   for their civil theft claim.  And also, the Court specifically
```

 1    did not find the amount of Bitcoin that Dr. Wright actually

 2    has.  He's testified to having mined a little over 800,000

 3    Bitcoin, but --

 4             THE COURT:  Well, he's testified that he doesn't

 5    know how much he has.

 6             MR. FREEDMAN:  I believe he testified --

 7             THE COURT:  He's testified it was more than a

 8    certain amount, but he doesn't know how much he has.

 9             MR. FREEDMAN:  Right, Your Honor.  That's correct.

10    And there are documents that show that it might have been

11    closer to 1.1 million Bitcoin.

12             THE COURT:  Uh-huh.

13             MR. FREEDMAN:  And so there are still some issues

14    that do need to be fleshed out through discovery.

15             THE COURT:  Oh, I understand.  I understand there's

16    issues to be fleshed out, but what's the reason to believe

17    that you're going to find it in this --

18             MR. FREEDMAN:  Uh, because --

19             THE COURT:  -- set of data?

20             MR. FREEDMAN:  I mean, because based on a review of

21    just the file names of this data, the defendants hit 20 --

22    almost 27 gigabytes of relevant data as dictated by the -- by

23    their own curtail --

24             So let me take a step back.  The parties have agreed

25    on search terms that are relevant to establishing the issues

```
 1   in the case based on a very small subset of those search

 2   terms.  And just applying those search terms to the file

 3   names, they have already identified 27 gigabytes of relevant

 4   data.  Now, if they were to continue applying those search

 5   terms, we would -- we would suspect that there would be a lot

 6   more.

 7            Also, Your Honor, I do believe it's worth noting

 8   that the defendant has made it quite clear that they intend to

 9   challenge the Court's current order with Judge Bloom, and

10   while we are confident it will be upheld, we do need to

11   prepare in the event it is not.

12            THE COURT:  Understood.

13            MR. FREEDMAN:  And finally, Your Honor, I know

14   you've heard this from me a couple times, but our client is

15   deceased.  The only way to get accurate information, or any

16   information in this case, is through documents.  As the

17   Court's found, the defendant has misrepresented under oath,

18   has submitted forged documents.  We need contemporaneous

19   documents.

20            And, Your Honor, if I may, we got this in the last

21   two days from the defendant.  It is a transcript from a

22   meeting with the Australian tax office between Dr. Wright and

23   the Australian tax office.  It just came in.  And if Your

24   Honor turns to page 4 of that transcript --

25            THE COURT:  Hold on.
```

```
 1              Mr. Rivero, do you have this?

 2              MR. RIVERO:  I'm looking at it just now, Judge.

 3              THE COURT:  Okay.  I just want to make sure we're

 4    all on the same page here, literally and figuratively on the

 5    same page.

 6              MR. FREEDMAN:  Your Honor --

 7              MR. RIVERO:  Yep.  I've just turned to page 4,

 8    Judge.

 9              THE COURT:  Okay.  Me, too.

10              MR. FREEDMAN:  Okay.  And if you look at line 30.

11              THE COURT:  Uh-huh.

12              MR. FREEDMAN:  Sorry, Your Honor.  Nope, that's

13    the -- let me get to the right page.  Hold on.  Page 6,

14    rather -- my mistake.  Page 6, line 30.

15              THE COURT:  Okay.

16              MR. FREEDMAN:  And this is a member of the

17    Australian tax office whose last name is O'Mahoney, his first

18    name is Greg.  So Greg O'Mahoney, he says to Craig:  So how

19    did it come to be that -- are all of the assets of the

20    trust -- this is talking about the Seychelles trust -- they

21    were originally sourced from you?

22              And Dr. Wright responds:  And Dave.

23              And O'Mahoney says:  And Dave?

24              And Dr. Wright says:  Yes.

25              Your Honor, I mean, obviously plaintiffs believe
```

 1    this just validates what you found in your sanctions order.

 2    Clearly, Dr. Wright is admitting to the Australian tax office

 3    in 2014 that Dave contributed to the corpus of the trust.  It

 4    is documents like these that we hope to find in these data

 5    shares.

 6            And honestly, Your Honor, the more documents we get,

 7    the more our experts are able to prove that other documents

 8    are forgeries.

 9            THE COURT:  I understand.

10            And if I give you a quantum computer and you could

11    look at every single thing instantaneously, you'd have a lot

12    of information, but that's not how the process works.  There

13    comes a point where you're looking for a needle in a haystack,

14    and that's what I'm just trying to assess here.  What is

15    the -- I'm not saying you're not entitled to it, but that's

16    what I need to assess.  You know, to simply say we might find

17    it is true, but if we all had infinite time and infinite

18    computing power, we'd find everything.  That's just not how it

19    works anymore.

20            So let me go back.  This particular computer, the

21    Seagate, what has been the evidence in the case as to what it

22    was, who used it, what it was used for and that sort of stuff?

23    Do we know?

24            MR. FREEDMAN:  We don't know, Your Honor.

25            THE COURT:  We don't know.

 1            Okay.  All right.  Hold on.  I want to let

 2   Mr. Freedman finish, Mr. Rivero, and then I'll give you a full

 3   chance to respond.

 4            MR. RIVERO:  I'm sorry.

 5            MR. FREEDMAN:  All we know, Your Honor, is that

 6   based on their own review, they determined that a not

 7   insignificant portion of it was relevant, and that was just

 8   based on the file names.

 9            THE COURT:  On the file names.

10            So your concern is that it's not that hard to run

11   the file -- to run the search terms over the content, not just

12   the file names, and they should have done that and then

13   produced it.

14            MR. FREEDMAN:  And, Your Honor, in fairness to the

15   defendant, they've claimed that it will cost them I think a

16   hundred thousand dollars to do that search and that it's not

17   proportioned to the needs of the case.  I'm not sure why it

18   costs that much money just to run search terms through data.

19   I know that a lot of e-Discovery providers have ways to run

20   search terms on less expensive methods.  But even if it would

21   cost a hundred thousand dollars, Your Honor, I think the

22   parties have agreed to search terms which have governed

23   discovery in this process, and they should -- they should --

24   why are they withholding it?  It is part of the collection

25   that they produced.  I haven't heard anything from the

 1   defendant showing that it is not relevant or a reason why it's

 2   not relevant, and barring any compelling reason why this data

 3   share isn't going to be relevant, we think the search terms

 4   should be run over them.

 5            THE COURT:  Understood.  Thank you.  Let me hear

 6   from Mr. Rivero.

 7            And, again, you can also remain seated.  Whatever

 8   you're more comfortable doing.

 9            MR. RIVERO:  Judge, it's that old habit as an AUSA.

10            THE COURT:  I got it.

11            MR. RIVERO:  And, Judge, I stand when I'm looked at,

12   so I apologize.

13            Judge, I got lost with the shares.  I'm going to let

14   Mr. Kass address this issue.

15            THE COURT:  Mr. Kass, all right.

16            MR. KASS:  Your Honor, I believe --

17            THE COURT:  Just if you wouldn't mind, Mr. Kass,

18   just pull the microphone over.

19            MR. KASS:  Of course.

20            THE COURT:  Because otherwise you don't get

21   recorded; we don't get a record.  So take your time and -- but

22   speak into the microphone.

23            MR. KASS:  All right, Your Honor.

24            First, I believe it would be helpful if we put all

25   this data processing in context.  To start off with,

1    AlixPartners, at our direction, pulled data from -- pulled

2    data from over 20 devices, little bit more than 20.  One of

3    those devices was this NAS device.  Now, from all of those 20

4    devices, they pulled everything from it, they processed

5    everything from it, and those -- that amounts to over

6    3.9 million documents that we pulled off that device, off

7    those devices, that were processed, that search terms were run

8    against and documents produced to plaintiffs.  To date, we've

9    produced over a hundred thousand documents, and we are

10   continuing to produce documents.

11            So just to kind of help everybody understand what's

12   going on with the --

13            THE COURT:  I'm sorry.  How many devices was that?

14            MR. KASS:  Over 20 devices.

15            THE COURT:  Okay.  Thank you.

16            MR. KASS:  In the low twenties.

17            THE COURT:  Okay.

18            MR. KASS:  Now, as for this one particular device, I

19   believe it would be helpful if the Court were to look at the

20   declaration that we submitted this morning from AlixPartners

21   from David Wright, because --

22            THE COURT:  Yes, I did review that.

23            MR. KASS:  Yeah.  And the reason why I mention that

24   is that some of the -- this, I believe, is a more accurate

25   representation of what data is actually on that device, and I

```
1    would just like to point out a few things.

2              THE COURT:  Sure.

3              MR. KASS:  First of all, from here, you could

4    already see who the users are.  We know for sure in addition

5    to Craig there's Ramona, there's a wiki, and there's a public

6    and a work, which really don't identify who the person is.

7              And just one other thing I want to correct for the

8    record before I go a little further is that as for the work,

9    the data that we had pulled, what we had pulled off was the

10   e-mails equal 27 gigabytes, and those were the e-mails that

11   were responsive to Dr. Wright's name.  The other searches that

12   we ran against the search terms were only 2.7 gigabytes.  So

13   there really is less sort of responsive documents.

14             But if I could just digress for one second.

15             THE COURT:  Uh-huh.

16             MR. RIVERO:  I also want to put this in context in

17   time-wise.

18             Opposing counsel made references to how we didn't

19   run the right search terms, that as if things weren't done the

20   correct way.  But I do want to point out that we sent this ESI

21   disclosure to plaintiffs in March 20th of 2013, which was --

22   '19, sorry, which is well before the parties had agreed to any

23   search terms, well before we had that marathon session, and we

24   did our best to search for terms that we believe would be

25   helpful.
```

```
 1                And I would also point out that up until this time,

 2    from when we provided it to plaintiffs, they never objected,

 3    they never said anything.  It's only now, at the close of

 4    discovery, when they are raising this issue.

 5                THE COURT:  Can I ask a factual question --

 6                MR. KASS:  Sure.

 7                THE COURT:  -- as it pertains to the e-mails in the

 8    work --

 9                MR. KASS:  Yes.

10                THE COURT:  -- computer or the work share of that

11    computer.  Do we know what time period those e-mails exist

12    for?  I mean, have we able -- at a minimum, been able to do a

13    analysis to determine if they are for the -- because if

14    they're for a time period that's outside the relevant time

15    period in this case, maybe it's narrow -- it can be narrowed

16    down.

17                MR. KASS:  Your Honor, to that, the answer is that

18    we actually processed all of the e-mails under there.  The

19    issue is the documents that are non-e-mails in the work

20    folder.

21                THE COURT:  Okay.  So let me just talk about the --

22    stop you there.

23                The 27 gigabytes of e-mail --

24                MR. KASS:  Uh-huh.

25                THE COURT:  -- that was in the work folder, you say
```

```
 1    you process -- are those -- those have been processed, the
 2    search terms have been run --
 3              MR. KASS:  Yes.
 4              THE COURT:  -- and if there are responsive documents
 5    they're going to be produced?
 6              MR. KASS:  Correct.
 7              THE COURT:  So that's not an issue.
 8              So the only issue is, okay, is the 2.6 gigabytes of
 9    non-e-mail materials.  Is that -- am I correct?  I'm just
10    trying to follow you.
11              MR. KASS:  I'm sorry, I don't mean to interrupt.
12              THE COURT:  No, that's all right.
13              MR. KASS:  So we produced 2.6 gigabytes out of the
14    entire amount, and if you go to paragraph 9, the remaining is
15    2000 gigabytes.
16              THE COURT:  Of non-e-mail data.
17              MR. KASS:  Exactly; that didn't hit on the search
18    terms of the file names or the folder paths.
19              THE COURT:  Okay.
20              MR. KASS:  And, Your Honor, if I could speak just a
21    little bit more about the cost associated with this.
22              THE COURT:  But -- hold on before you get to that.
23              MR. KASS:  Okay.
24              THE COURT:  Same question, though, as to the 2000 --
25    I guess, what, two terabytes of data on the work share.  Do we
```

```
 1   have a sense of the time period during which those documents

 2   were created?  Because, again, if they're created in 2008, '9

 3   and '10, we may be in a different world than if they were

 4   created in -- or if they are created after Mr. Kleiman's dead,

 5   we may be in a very different world than if they're created

 6   in, you know, 2012, when the allegation is this partnership

 7   was in its core.

 8            MR. KASS:  Um, Your Honor, I don't have that answer,

 9   but what I do -- what I could say is that -- and this is

10   something I'm going to get to in a little bit --

11            THE COURT:  Uh-huh.

12            MR. KASS:  -- is that I have a listing of every

13   single file and every single file name that is -- that is on

14   that device.  So a simple solution were, just like we did with

15   the videos, I mean, if opposing counsel wants to take a look

16   at all the listings and run their own searches, we'll be --

17   we're agreeable to that.

18            THE COURT:  Give them their own searches of the file

19   names, or of the entire device?

20            MR. KASS:  Okay.  So the file names.

21            And the reason for that is that in order to actual

22   search -- actually search the data that is inside the

23   documents, you have to upload it, take it off the server,

24   upload it, process it, and there's a price per gigabyte.

25            THE COURT:  I understand.
```

```
 1                    MR. KASS:  And that's where the cost gets involved.

 2                    THE COURT:  Understand.

 3                    But I guess my -- and if the answer is you don't

 4          know, I appreciate that you don't know.  But in that listing

 5          you have, usually when you can get the metadata related to a

 6          file, one of the things you can get is a file creation date or

 7          a last modified date.

 8                    MR. KASS:  Uh-huh.

 9                    THE COURT:  I'm just asking if you know off the top

10          of your head or if you have that available to you, and perhaps

11          whether you do it for me here today, or maybe that's, again,

12          something you can sit down with opposing counsel, and if they

13          could look at the dates of creation, there might be an ability

14          to narrow that universe.

15                    MR. KASS:  Unfortunately, Your Honor, I don't have

16          that information offhand, but if we could obtain it without

17          processing all that data, of course we would provide it --

18                    THE COURT:  Okay.

19                    MR. KASS:  -- to the Court or to --

20                    THE COURT:  I understand.

21                    Okay.  You were going to talk to the cost issue,

22          though.  Go ahead.

23                    MR. KASS:  Okay.  Right.

24                    So the cost issue is really that, as I mentioned, is

25          the offloading, it's the processing all that data.
```

1          And I also want to mention that if you were to look

2     at the listing of all those documents, a lot of them are

3     videos, audio books, things from a very quick glance, you

4     could see this really doesn't seem to pertain to the case.

5          So there may be some sort of compromise or some sort

6     of middle ground where opposing counsel could look at the

7     listing of files, hey, this kinda seems something that's

8     relevant, well, maybe that we want to process.  But just to

9     kind of say spend a hundred thousand dollars, over a hundred

10    thousand dollars just for the work data, and then you also

11    have for the other folder, which is I believe the public is

12    another 35,000.  So we're already talking over $135,000, and

13    we've submitted an affidavit from --

14         THE COURT:  Uh-huh.

15         MR. KASS:  -- our -- you know, substantiating that

16    cost, just on the hope that something might be there, it

17    really seems excessive and not proportionate to the needs of

18    the case.

19         THE COURT:  Okay.  Very well.

20         Mr. Freedman, I'll give you the last word.

21         MR. FREEDMAN:  Your Honor, you asked why I thought

22    there might be relevant documents on these servers.  I think

23    the answer is that it lists who its users are.  Its users are

24    Ramona and Craig, both people that were highly involved in the

25    business at the relevant time, businesses that Mr. Wilson has

 1   testified were creating intellectual property prior to the

 2   time, Bitcoin-related intellectual property, prior to Dave

 3   Kleiman's death.

 4          Mr. Wilson also testified that shortly after Dave

 5   died, Craig's behavior changed dramatically.  He appeared as

 6   if he had come into a lot of money, and that -- that these

 7   companies that had been developing Bitcoin-related

 8   intellectual property prior to death, under the Court's order

 9   would be potentially relevant to IP issues in the course that

10   the plaintiffs are going to need for their case.

11          Also, Your Honor, we've heard this exact same

12   argument before, we've produced thousands of documents, we

13   don't need to give you the Australian documents.  The Court

14   ordered the production of the Australian documents, and that's

15   what resulted in the transcript I just handed up to the Court.

16          So the more documents we're getting, we -- you know,

17   our search terms are tailored to make sure that we're not, you

18   know, engaging in a wasteful process.  And we'd be more than

19   happy to, you know, exclude audio books and files, or system

20   files that we know are not relevant, but, you know, dot docs,

21   dot pdfs, e-mail files, you know, those type of files should

22   be subjected to our search terms.  And maybe that is a way to

23   get rid of some of the data, and we'd be happy to work with

24   that, but we believe we should get these files.  The users are

25   relevant, the time period is relevant.  A review of just the

 1  file names his resulted in over two gigabytes of relevant

 2  data, and that's just a small segment of our search terms and

 3  just the file paths.

 4        THE COURT:  Understood.

 5        Okay.  I'm not going to -- here's when I'm going to

 6  do.  I'm not going to order the defendant to spend $130,000 to

 7  conduct this search at this time.  I understand that there may

 8  be -- there's always relevant data if you look hard enough.

 9  The question is I have to balance under Rule 26, you know,

10  cost and benefits and over-collection, and how much signal

11  you're going to get and how much noise you're going to get.

12  And I think just to order blanket that they have to go through

13  all of the two terabytes of data, do all the search terms, do

14  the review and produce it, I just think that's

15  disproportionate to the needs of the case at this point, given

16  the other discovery that's been given and the searches that

17  have been done.

18        Now, that being said, I would order them to produce

19  to you a copy of what Mr. Kass is suggesting, the listing of

20  all of the files, and if there's other metadata that is

21  retrievable without incurring substantial costs, such as

22  creation dates, mass modification dates and things like

23  that -- and I think I did this elsewhere in this case, as

24  well, and I think that's a useful exercise.  Because then,

25  Mr. Freedman, once you have that, meet and confer, talk to

1    each other, and if at that point you want to come back to me

2    with a more targeted request that I order them to do, you

3    know, PDF files between this date and that date, or TXT files

4    between this date and that date, I'll entertain that.  But a

5    blanket requirement to do all of it, I do find -- I find the

6    affidavit to be credible, and I do believe that that's an

7    undue burden at this time.

8              But -- so that will be my resolution of that issue.

9              MR. FREEDMAN:  Your Honor.

10             THE COURT:  Yeah.

11             MR. FREEDMAN:  Can I just, one quick question?

12             THE COURT:  Yeah, sure.

13             MR. FREEDMAN:  Can we get that file in advance of

14   the December 4th date?  Just because the close of discovery's

15   on January 3rd.

16             THE COURT:  Yeah, let me -- yeah, sure.

17             Mr. Kass, how quickly do you think you could produce

18   that material?  It sounds like part of the list you have

19   already, which is a list of file names.

20             MR. KASS:  Yeah, Your Honor, it's already generated.

21   It will just take me a few minutes.  I could send it to

22   opposing counsel today.

23             THE COURT:  Perfect.

24             All right.  And to the extent you can get the other

25   one with some additional metadata --

```
 1              MR. KASS:  Yes.

 2              THE COURT:  -- talk to your people, figure out how

 3    much time that's going to take.  Talk to Mr. Freedman and

 4    Mr. Brenner.

 5              And Mr. Freedman, if you have an issue with that, I

 6    think Mr. Kass has always been pretty responsive and

 7    understands the need for urgency.  So if he tells you three

 8    weeks, that's one thing.  If he tells you three days, that's

 9    something different.

10              So I'll let you all take the first shot at that, but

11    my expectation is it will be relatively quickly.

12              Okay.  So that's the ESI issue.

13              Let me turn to the request for admission.  I think

14    that was the next one.  I'm just going through the plaintiff's

15    memo first, Mr. Rivero.  I've got yours here, too.  I'll get

16    to it.

17              All right.  So Mr. Freedman, I looked at that, the

18    request for admission.  It looks like that's just a transcript

19    of an interview that Dr. Wright gave, and you're essentially

20    asking whether he agrees that he said what he did and whether

21    it's true or not.  Why is all of that relevant?  What do you

22    need that for at this point in this case?

23              MR. FREEDMAN:  Sure, Your Honor.  Just give me a

24    second --

25              THE COURT:  Sure.
```

```
1            MR. FREEDMAN:  -- to pull up the --

2            THE COURT:  299-2, at page 6.

3            MR. FREEDMAN:  299-2.  Thank you, Your Honor.

4            THE COURT:  Uh-huh.

5            MR. FREEDMAN:  Uh, Your Honor, there are a couple

6    statements in this that I think are very key.

7            THE COURT:  Okay.

8            MR. FREEDMAN:  On the bottom of page 6.

9            THE COURT:  Uh-huh.

10            MR. FREEDMAN:  How will you actually get the money?

11   We've talked over the years, and I've always tried to respect

12   your privacy just because it's none of my business how much

13   someone else is holding, but now you'll have to break the

14   Tulip Trust to transfer the coins.

15            And Craig says:  If the Court makes an order, I will

16   comply with the order, and the Court has made an order, it's

17   that simple.

18            Here Dr. Wright is saying he has the power to

19   transfer the coins at any time.

20            Also, the -- in the next paragraph down, Craig says:

21   Not at least, just under half.  And then, because they'll have

22   to come out of partnership.  I spent more money on the project

23   than Dave, again, is an admission of the partnership,

24   admission --

25            THE COURT:  Hold on.  So where -- you lost me on the
```

1    second one.

2         MR. FREEDMAN:  Yeah, I'm sorry, Your Honor.

3         So if you're on the top of ECF page 8.

4         THE COURT:  Okay.

5         MR. FREEDMAN:  And it's the second Craig Wright on

6    the page, the second half.

7         THE COURT:  Okay.  I spent more money on -- okay.

8         MR. FREEDMAN:  And then if the Court drops down to

9    the second Craig Wright up from the bottom of the page.

10        THE COURT:  Uh-huh.

11        MR. FREEDMAN:  The two last sentences:  I own a lot

12   of BTC, which is Bitcoin.  Dave should have owned 320,000, and

13   I should have had 800,000, and now it's a 50/50.  At the end

14   of the day, it's not a good thing for BTC is Craig's admission

15   that Dave Kleiman was entitled to 320,000 Bitcoin.

16        And then this last Craig Wright on page 7:  Trust

17   me, everyone makes me look like a mean expletive.  I might

18   have been a expletive, but I was the expletive who was

19   withholding.  I could have tanked the market anytime in the

20   last 10 years and ran away laughing; I didn't.  This is Craig

21   clearly admitting he has control over the Bitcoin at all

22   times.

23        As Your Honor's aware, the defendant intends on

24   appealing this Court's sanctions order.  This is relevant to

25   this Court's sanctions order.  This is directly contrary to

```
 1   his sworn testimony in front of the Court.

 2             THE COURT:  Okay.  But so -- well, what is it you're

 3   asking in your request for admission?  You just asking whether

 4   he said these things?

 5             MR. FREEDMAN:  Your Honor, that's -- yeah, that's

 6   it.  We just want him to say whether or not it's an accurate

 7   transcript of his interview.  I don't know why it would take

 8   30 days, but, you know, it is what it is.

 9             THE COURT:  Well, that's a different question.

10             Okay.  Hold on one second.

11             MR. FREEDMAN:  Your Honor, just to --

12             THE COURT:  Hold on.  Hold on one second.  They need

13   me to sign something for criminal court tomorrow.

14             Sorry, Mr. Freedman, go ahead.

15             MR. FREEDMAN:  No, Your Honor.  The only thing I

16   point out is the only reason this was included, we don't have

17   responses to this yet, so the only reason --

18             THE COURT:  Okay.  So maybe I took up -- yeah, you

19   know what, I said I wasn't going to take up the discovery

20   issues today, and then I went and took one up, so I apologize.

21             All right.  Well, we can hold that one -- we can

22   hold that one in abeyance, then, until the 4th.  I apologize.

23   I forgot that I had said I was (sic) going to take up those

24   today.  Okay.  So let's put that aside for now, and let's see

25   what response you get, Mr. Freedman.  Maybe you'll be
```

 1   pleasantly surprised by the response you get.

 2           All right.  So I think that those are all the issues

 3   that were raised in the plaintiff's discovery memo; is that

 4   right, Mr. Freedman?  Have I now either addressed or deferred

 5   all the issues that you had raised?

 6           MR. FREEDMAN:  You have, Your Honor.

 7           We do have two other issues, but we can deal with

 8   those at the end or now, as the Court . . .

 9           THE COURT:  Well, tell me what they are, and then

10   I'll figure out if I'm going to deal with them, and when, and

11   all that good stuff.

12           MR. FREEDMAN:  Yes.

13           One is the Court ordered us to file the transcript

14   of Dr. Wright's deposition, and then defendant asked for

15   redactions.

16           THE COURT:  Uh-huh.

17           MR. FREEDMAN:  The Court allowed the defendant to

18   submit redactions, but we don't have a ruling.

19           THE COURT:  Oh, I thought I ruled on that.  Okay.

20           MR. FREEDMAN:  So we just don't know what to do

21   there, so . . .

22           THE COURT:  Okay. we'll go back and check.  I

23   thought I had -- I think it was a very limited redaction, as I

24   recall.  It was like one or two words at the very end of the

25   deposition.

```
 1              MR. RIVERO:  The designations were not extensive,

 2  Judge.

 3              THE COURT:  All right.  We'll go back and --

 4              MR. FREEDMAN:  The plaintiff has no objection to the

 5  redactions.

 6              THE COURT:  Okay.

 7              MR. FREEDMAN:  We're just waiting for the Court

 8  to --

 9              THE COURT:  Do you have a docket entry number that

10  we can -- Mr. Freedman, you're usually pretty good about that.

11              MR. FREEDMAN:  I don't think it came through docket

12  entry, I think it came through your clerk, Your Honor.

13              THE COURT:  Oh, no, no.  I mean as to the -- my

14  order requiring them to --

15              MR. FREEDMAN:  File it?

16              THE COURT:  -- file it.

17              MR. FREEDMAN:  I believe it came through the --

18              THE COURT:  Okay.  We'll go back and double-check.

19  That's fine.

20              MR. FREEDMAN:  But I can look that up.

21              THE COURT:  Okay.  All right.  We'll -- if you still

22  have it in your system somewhere, the -- maybe it's

23  Mr. Brenner's got it, because I know you've changed since

24  then.  But if somebody still has the e-mail communication with

25  our chambers where this all went down, if you could forward
```

1    that to us, that will expedite it.

2             MR. FREEDMAN:  I will send it.  I will send it back,

3    Your Honor.  The way it progressed was we had submitted the

4    deposition directly to the Court --

5             THE COURT:  Right.

6             MR. FREEDMAN:  -- but not filed it.

7             THE COURT:  Right.

8             MR. FREEDMAN:  And then we got a message saying that

9    you had reviewed it and wanted it part of the record because

10   it formed the basis of part of your decision.

11            THE COURT:  Right.  That's right.

12            And then I notified Dr. Wright's counsel that before

13   I would file it in the public record, I wanted to give them a

14   chance to redact it.

15            Did we ever file it under seal?  Is it in the

16   record?  It may be in the record under seal.

17            MR. FREEDMAN:  I don't believe so, Your Honor.  I

18   believe you just had it mailed to chambers.

19            THE COURT:  Okay.  I'll go back and check.  I'm

20   shocked that I would have relied on it in my decision if I

21   hadn't put it in the record.  We'll clean that up.  I

22   understand the issue, and you're all correct, and I appreciate

23   the reminder.

24            All right.  So that was one; granted.

25            MR. FREEDMAN:  Yeah.  The other issue is, Your

 1   Honor, we -- we intend to seek the Court's permission to

 2   depose Dr. Wright for more than the seven hours allowed under

 3   the rules.

 4           THE COURT:  Okay.

 5           MR. FREEDMAN:  And I just want to know if the Court

 6   wants us to proceed with a discovery memo on that or file a

 7   formal motion on that.  We have it ready to file, we just

 8   don't know the form in which --

 9           THE COURT:  You can go ahead and just file a motion.

10           MR. FREEDMAN:  Okay.

11           THE COURT:  I mean, I assume there's opposition,

12   Mr. Rivero?

13           MR. RIVERO:  Yes.

14           THE COURT:  There is?  Okay.  So I think on that

15   one, I don't want to limit you to the five pages that you

16   would have to share for that sort of a memo.  So Mr. Freedman,

17   go ahead.  If you've got it ready to go, go ahead and file it.

18           Mr. Rivero, I don't know if you have -- you'll get

19   the full two weeks to respond, just because of -- we do have

20   some issues.  But let me -- give us a sense of -- if you two

21   can agree on a timeframe for response, and if there's to be a

22   reply -- I don't usually need a reply -- but talk amongst

23   yourselves.  I want to get it ruled on quickly, but I want to

24   give you each a fair chance to fully argue the issues.

25           MR. FREEDMAN:  We're happy to waive our reply, Your

1   Honor, but like the Court's pointed out, discovery closes

2   January 3rd, and the deposition has to take place in London.

3          THE COURT:  Understood.

4          MR. FREEDMAN:  So we kinda -- if -- I don't know

5   if --

6          THE COURT:  Well, discovery closes -- I have to

7   check with Judge Bloom.  I forget what her rules are in terms

8   of continuing.  Most of the judges' views is you can actually

9   continue to take discovery, you just don't get your summary

10  judgment motion deadline extended.  I don't know what Judge

11  Bloom's view is on that.

12         But like I said, if you've got the motion ready to

13  go today, Mr. Freedman, I can't imagine their response would

14  be it will take them a month to research.  It's not going to

15  be a long legal memo.

16         MR. FREEDMAN:  No, it's not, Your Honor.  It's a

17  pretty short memo.

18         THE COURT:  Yeah.  So, again, if the parties think

19  it will be more expeditious to do one pleading and submit it

20  together, I'm happy to get it.  If you want to file yours, and

21  Mr. Rivero, you can fast-track a response, I'll do that, too.

22         MR. RIVERO:  Judge, and I'm sensitive to the fact

23  that even though we'll try to do a response quickly, the

24  holiday --

25         THE COURT:  Yeah.

MR. RIVERO: -- falls (inaudible).

But you mentioned something which, frankly, as a matter of good order, we're not specifically asking for it, but we're certainly open to the idea of conducting some -- one or more depos after the 3rd just because of the holidays, Judge.

THE COURT: Yeah.

MR. RIVERO: So I know you're not ordering it, but --

THE COURT: I don't know that I have the -- under Judge Rosenberg's rule I have the authority to help you with that, and under Judge Bloom's I have to go back and check. I don't know that I have the authority to help you with that, but let's put it this way, Dr. Wright's going to be deposed, right? It's just a question for how long. So you all can set the date, you can schedule a deposition, you can file your motion with me, I will rule on it immediately. And so I would assume in the time it's going to take to coordinate the logistics to get it set up, I can help you with that.

MR. FREEDMAN: Yeah, the only issue is we would want two days. If they win, they only want one day. Will you give us two days to block off until this is resolved?

MR. RIVERO: I don't have a problem with scheduling it --

THE COURT: Yes, schedule --

1          MR. RIVERO:  -- because there's (inaudible) doesn't

2     concede the question, yes.

3          THE COURT:  Right.  No, no, no.  I think that's --

4     like I always do with my discovery hearings, like we'll set a

5     time, and if we don't need it, we don't have to use it.

6          MR. RIVERO:  Right.

7          THE COURT:  I'd urge the parties, set aside two

8     days.  You're going to be in London anyway.  Set aside two

9     days, and if the -- I limit the deposition to one day, then

10    you have extra time.  If I don't, you've got it scheduled.

11         And I recognize it will not be a Friday, because you

12    and Ms. Markoe have to get back on Friday.  So I understand.

13    Mr. Kass, as well, I think all have to get back.  So that's

14    fine.

15         So, yeah, just go ahead and file what you need to

16    file.

17         MR. FREEDMAN:  Thank you, Your Honor.

18         THE COURT:  Yeah, no.  Appreciate it.

19         All right.  So, anyway, from the plaintiff at least

20    I've addressed everything you've wanted to raise today, or

21    I've deferred it 'til the 4th; is that correct, Mr. Freedman?

22         MR. FREEDMAN:  Yes, Your Honor.  Thank you.

23         THE COURT:  All right.  Let me turn, then, to

24    Dr. Wright's memo.  Which, it looked like, Mr. Rivero, when I

25    glanced at it quickly, you were asking me to revisit a couple

```
 1    of prior orders.  Was that really the scope of your ask?

 2              MR. RIVERO:  Yes, Judge.  And I'm going to let

 3    Mr. Pascal, who's been involved in the --

 4              THE COURT:  Great.  Let me --

 5              MR. RIVERO:  -- specifics on those, but it's at the

 6    end of our short --

 7              THE COURT:  Right.  Let me just find the right

 8    paperwork here, if you'd give me a second.  Okay.  I've got

 9    all the paperwork, I just don't have the cover sheet that

10    tells me what's behind all the paperwork.  Give me a second.

11    It's here.

12              Okay.  Go ahead, Mr. Pascal.  Thank you very much.

13              And, again, you may be seated if you like.  You can

14    come to the lectern if you like.  Just use the lectern

15    wherever you are.

16              MR. PASCAL:  Okay.  So Dr. Wright has two

17    discovery --

18              THE COURT:  No, you got to use the microphone.

19    That's my point.  Either switch seats with Mr. Kass, or move

20    the mike, or come to the lectern, just because otherwise you

21    don't get a record.

22              MR. PASCAL:  Okay.  So, Your Honor, we have two

23    discovery issues that we would like to raise.

24              THE COURT:  Uh-huh.

25              MR. PASCAL:  Your Honor has addressed both of these
```

1    issues previously at the June 28th hearing.

2         The first issue is the tax returns from Dave Kleiman

3    and the Estate of Dave Kleiman.  We have requested that, and

4    plaintiffs agreed to produce it in February, without

5    objection, in February of this year.  On June 28th we hadn't

6    received it.  There was a rolling production.  We expected it

7    would come in through those rolling productions; it had not.

8    And it was raised at the June 28th hearing.  The resolution

9    that Mr. Freedman had raised at that hearing was that he would

10   provide us with a tax authorization form.  Not the actual tax

11   documents, but at page 200, it was line 4 through 15 of the

12   actual transcript hearing, Your Honor agreed that the

13   authorization form would be fine.

14        We have not received the actual tax -- they didn't

15   provide us with the authorization form, and, in fact, on I

16   think a week later, it was August 8th, we e-mailed plaintiffs,

17   and they asked us to send them whatever form that we thought

18   they needed to fill out.  We sent the form.  And it was

19   Mr. Kass who actually objected, because he thought, you know,

20   they needed to prepare those forms and send it, but it was

21   fine.

22        THE COURT:  Well, there's a standard IRS form that a

23   taxpayer has to execute to request a copy of their own tax

24   return.

25        MR. PASCAL:  Yes.

```
 1              THE COURT:  And I think when -- if I'm remembering
 2    that hearing correctly, my point was simply that it's the same
 3    form that every American uses; find the right form.
 4              Obviously, I guess Mr. Ira Kleiman, as the personal
 5    representative of the Estate, would have to execute it on
 6    behalf of David Kleiman, and then they would serve it to you
 7    so that the documents would come directly to you, rather than
 8    going to Mr. Kleiman, and then having to go from Mr. Kleiman,
 9    to Mr. Freedman, to you.
10              MR. PASCAL:  Okay.
11              THE COURT:  So if what you're saying is that form
12    has never been executed, let's figure out why.
13              MR. PASCAL:  So they executed some form, and then
14    they sent it to the IRS.  Apparently, you know, I guess
15    because there was settlement talks there was some stalling,
16    and, you know, (inaudible).  But on November 5th at a meet and
17    confer, Mr. Kass had asked Mr. Freedman what happened to this
18    (sic) tax returns, and the response was, I don't know, and we
19    get an e-mail on November 11th saying that they submitted the
20    wrong form, they need to submit new forms, which they're in
21    the process of doing now.
22              THE COURT:  Okay.
23              MR. PASCAL:  And just -- I'm sorry.
24              THE COURT:  Okay.  Go ahead.
25              MR. PASCAL:  We're going from February to November,
```

1   and we haven't received the tax documents that they haven't

2   objected to producing, and it's a fairly simple process to get

3   it.  So at this point, you know, we have to ask for relief,

4   but we'd ask for at the very least we'd get the tax

5   authorization form that Mr. Freedman had agreed that he would

6   provide us with so that we could get the tax documents

7   ourselves.

8            THE COURT:  Understood.

9            So that's as to all three that was -- that's just as

10  to request number -- numbers 4 and 5?

11           MR. PASCAL:  Yes, in the first request for

12  production.

13           THE COURT:  Okay.

14           MR. PASCAL:  The response to the first request --

15           THE COURT:  All right.  Mr. Freedman, just sort of

16  bring me up to date on where we are on that.

17           MR. FREEDMAN:  Sure, Your Honor.

18           THE COURT:  It sounds to me like everyone's been

19  trying, and maybe there's just been some administrative snafus

20  here.

21           MR. FREEDMAN:  Yeah, I'm not quite sure there has

22  been, but I'll be happy to clear the record here.

23           We -- we sent the relevant IRS form, the correct IRS

24  form, on August 20th of 2019.

25           THE COURT:  Sent it to who?

```
 1                 MR. FREEDMAN:  To the IRS.

 2                 THE COURT:  To the IRS.

 3                 MR. FREEDMAN:  Fully executed to get the records.

 4     We worked with Mr. Kass to make sure we were asking for

 5     everything that Mr. Kass wanted.  In fact, Mr. Kass was the

 6     one who sent us the IRS form.  I think I insisted on that to

 7     make sure we were getting the right form in.

 8                 THE COURT:  Okay.

 9                 MR. FREEDMAN:  That was August 20th.

10                 On September 11th, the parties reached a settlement

11     agreement in principle.  That settlement process and the

12     documenting of that settlement process ended up --

13                 THE COURT:  Falling apart.

14                 MR. FREEDMAN:  -- falling apart on October 30th.

15                 THE COURT:  Okay.

16                 MR. FREEDMAN:  On November 6th, Mr. Kass asked us to

17     follow up with the IRS on the status of that request.

18                 On November 11th, my secretary and I got on the

19     phone with IRS agent Scott Munoz, Agent Number 10035299313.

20     Mr. Munoz told us that he could not give us any information at

21     all about the request, because the IRS needed Form 56 and Form

22     2848 filled out before they could provide us with --

23                 THE COURT:  Right.  The 2848 is the -- because you

24     want Mr. Kleiman, you had to have a power of attorney, which

25     is the 2848 form.
```

1          MR. FREEDMAN:  Yes, sir.  You have the benefit of

2    financial experience, Your Honor.  I --

3          THE COURT:  I have dealt with the IRS as an attorney

4    for many, many times, and, yes, the 2848 is very important to

5    them.  Since we're throwing -- they're afraid of Section 6103

6    liability, so that's why they demand the 2848.  You got to

7    learn to speak numbers when you talk to the IRS.

8          MR. FREEDMAN:  I am a persuasive person, Your Honor,

9    but they would not move without --

10         THE COURT:  Nope.

11         MR. FREEDMAN:  -- those two forms.

12         THE COURT:  They do the not.

13         MR. FREEDMAN:  So we sent those two forms to the

14   client to get them executed and filled out.  In the interim, I

15   traveled internationally.  I was in London on a few days.

16         On November 18th, these forms were filled out and

17   sent to the IRS.  My secretary has calendared to follow up

18   with the IRS this Friday to find up what the status of those

19   forms are.  I'm not sure what more I can do.  I can't force

20   the IRS to give me the forms, but we are certainly trying to

21   get them.

22         THE COURT:  Okay.  I appreciate the situation you're

23   in, and, yes, the problem is that you tried to call, and they

24   won't talk to you.  So now they'll talk to you, and I'm sure

25   they'll tell you they're working on it and they have no

 1    information for you, but that's just the way the IRS works.

 2              But, yeah, all I can order you to do is continue

 3    with the diligence you've been doing, continue to communicate

 4    with Mr. Kass and Mr. Pascal, and, you know, if it turns out

 5    you reach a point where these materials haven't been retrieved

 6    and somebody feels like they ought to be entitled to some

 7    remedy for that, we can address that in a more directed way,

 8    but let's just hope it all comes through quickly and we don't

 9    have to go down that read, and if --

10              MR. FREEDMAN:  Also, Your Honor, I just want to add

11    one --

12              THE COURT:  I'm not suggesting anyone's -- be clear.

13    I'm not suggesting anyone's done anything wrong or right here,

14    I'm just saying that at this point I think the best process is

15    to continue.  Mr. -- Dr. Wright has not asked for any other

16    remedy at this point other than to direct you to continue with

17    your diligent efforts, which is what I'm doing.  And if at

18    some point Dr. Wright believes he's entitled to some other

19    remedy, he can tee that up, and I'll deal with it.

20              MR. FREEDMAN:  The only other thing I would add,

21    Your Honor -- thank you very much.  The only other thing I

22    would add is that we did receive some tax documents, not a

23    lot, but some from Mr. Klei -- Dave Kleiman's former

24    accountant.

25              THE COURT:  Okay.

```
 1              MR. FREEDMAN:  And those documents have been
 2    produced to the defendant.
 3              THE COURT:  Okay.  That's all you can do.  I
 4    understand.
 5              But Mr. Pascal, thank you for bringing it to my
 6    attention, and I've issued my order and directive.
 7              MR. PASCAL:  Okay.  And, Your Honor, there's one
 8    more issue on discovery for us.
 9              THE COURT:  Yes.
10              MR. PASCAL:  And that's the production of Dave
11    Kleiman financial documents.
12              THE COURT:  Okay.  Hold on.  I'm just going through
13    your thing.  You had requests 4 and 5.  Those are the tax
14    returns and the IRS communications, we've dealt with that.
15    Twelve was the administration of the Estate.  Is that another
16    issue that you want to raise this afternoon?  I was just going
17    off of your list that you sent me.
18              MR. PASCAL:  Yes, that would go into the financial
19    administration of the Estate.
20              THE COURT:  Financials, okay.
21              MR. PASCAL:  Yeah.
22              And then we also have a separate request, too.  And
23    this is in the third request for production, a response,
24    request number 7.  We ask for documents related to the debts
25    and liability --
```

```
 1              THE COURT:  Okay.

 2              MR. PASCAL:  -- of the Estate.

 3              THE COURT:  All right.  So I interrupted you, and I

 4    apologize.  Go ahead.  You started to say the financial

 5    documents.  So that seems to subsume a couple of different

 6    materials, but go ahead.

 7              MR. PASCAL:  Yes, Your Honor.  So the financial

 8    documents, the past due notices of installment loans,

 9    information relating to his credit cards, his bank statements,

10    what was he withdrawing, what did he have, his assets of the

11    estate.  We haven't received those documents.

12              THE COURT:  Okay.

13              MR. PASCAL:  And I understand previously

14    Mr. Freedman had stated that because David's dead, there's a

15    problem with them locating the exact banks, but, you know, we

16    have a credit report from -- that was produced from Mr. Cart,

17    the attorney for the Estate, and you have the banks that are

18    on there.  I mean, we've tried to subpoena some of them, but

19    we run into problems, and it's a lot easier if plaintiffs can

20    just, you know, request those from the banks that Dave Kleiman

21    and the Estate of Dave Kleiman has a right to access right

22    now.

23              THE COURT:  Sure.  So tell me, so just for the

24    record, which of the requests for production do you think kind

25    of falls in this general lump category?  So request for
```

 1   production number 12 from their first request, which I see at

 2   my page 300-2.  Would that also include -- hold on.

 3           MR. PASCAL:  I believe that would be 300-3.

 4           THE COURT:  300-3, number 41?

 5           MR. PASCAL:  Yes, 41.

 6           THE COURT:  Okay.  Are there other -- those were I

 7   think the only two that I quickly saw.

 8           MR. PASCAL:  And there's anoth -- I'm sorry, Your

 9   Honor.

10           THE COURT:  And then 300-4, request number 6.

11           MR. PASCAL:  And I thought it was -- it might have

12   been seven of them.

13           THE COURT:  Seven under --

14           MR. PASCAL:  Debts and liability.

15           THE COURT:  Oh, yes, the next one.  Okay.  300-4,

16   request number 7.

17           Okay.  So, but those all fall into the general

18   category of financial records related to Mr. Kleiman, to which

19   there was no objection.  So it's just a question of kind of

20   status.

21           So Mr. Freedman, can you bring me up to date on

22   that?

23           MR. FREEDMAN:  Yeah, two things, Your Honor.

24           THE COURT:  Sure.

25           MR. FREEDMAN:  I'm not -- first of all, these

1  requests have been dealt with by the parties.  Search terms

2  were negotiated over these requests.  There are -- there have

3  been objections asserted over these requests.

4         THE COURT:  Okay.

5         MR. FREEDMAN:  Specifically 6 and 7 as to their

6  relevance.  But the parties did agree to search terms that

7  covered all these requests, and the ones that hadn't been

8  raised or adjudicated by the Court, those search terms have

9  been run across all our documents and have been produced.

10  There is some final privilege review that's been going on, but

11  otherwise a lot of these have been produced, Your Honor.

12         That being said, we -- on a call last week, we asked

13  what more the defendants -- defendant wanted, and the

14  defendant asked us to go to the banks.  I said, which banks?

15  They said, you know which banks.  I said, my client's dead.

16  I'm happy to ask Ira Kleiman if he knows what banks his

17  brother banked at, and that we would then go ahead and ask

18  those banks for records.  I did do that.

19         Mr. Ira Kleiman identified that he believes to have

20  recalled that Chase Bank and Wells Fargo Bank were banks that

21  Dave Kleiman has banked at.  We have prepared letters to these

22  two banks requesting all of the accounts that relate to Dave

23  Kleiman that list his Social Security number, his date of

24  birth, the Letters of Administration appointing Ira Kleiman as

25  personal representative.  And as we receive those documents,

```
 1   and assuming there's no privilege to them -- I can't imagine

 2   there would be -- we will produce them over when we receive

 3   them.

 4              THE COURT:  Okay, great.

 5              All right.  Here's what I'm going to do.  I

 6   appreciate that.  Let's just -- Mr. Pascal, I don't know what

 7   else I can do at this point other than to say let's just leave

 8   this on as kind of an open agenda item for December 4th.

 9   Let's just check in then, see where we are.  Hopefully the

10   banks have responded, the IRS has responded.  And, again, if

11   at some point Dr. Wright believes there's a remedy that he's

12   entitled to other than the production of the documents, he

13   can -- he can file the appropriate motion, and we'll

14   adjudicate it as we need to.

15              MR. FREEDMAN:  And, Your Honor, can I just ask, if

16   there is another financial -- I'm just going to again make the

17   same offer -- there's another financial, special financial

18   institution you would like us to approach, we would be happy

19   to do so.  Please just identify it for us, and we will send a

20   similar letter.

21              THE COURT:  Okay.  Well, as always, continue to meet

22   and confer as you have been throughout the trial.

23              MR. FREEDMAN:  We will, Your Honor.

24              THE COURT:  Mr. Rivero.

25              MR. RIVERO:  If I can -- Judge, if I can just make
```

```
 1   two observations.
 2              THE COURT:  Sure.
 3              MR. RIVERO:  One, I understand the ruling
 4   (inaudible), we have to -- we are starting to take depos, and
 5   we have depos Monday, we have them on December 4th --
 6              THE COURT:  Uh-huh.
 7              MR. RIVERO:  -- on the rest.  I just want to note on
 8   the record that if we do obtain, for example, tax documents or
 9   financial records that bear on those depos, I just want it to
10   be clear that we would take the position that we ought to be
11   permitted to examine as to those.
12              Judge, secondly --
13              THE COURT:  You say you would take the position, I'm
14   sorry?
15              MR. RIVERO:  That we --
16              THE COURT:  To reopen the deposition to request --
17              MR. RIVERO:  If we have not received them.
18              And I understand that they're -- that the -- you've
19   heard about the reasons for the delay.
20              THE COURT:  Yeah, no issues.
21              MR. RIVERO:  Judge, secondly, I don't want to -- I
22   don't want to make a big deal about this, but I cannot leave
23   this unrebutted.  In the draft which we ultimately submitted,
24   because there wasn't a unilateral submission, their statements
25   relating to the mediation that I think are -- I think they're
```

1    inappropriate to make.  And, Judge, Ms. Markoe is an observer

2    as to those.  We're not going to get further into -- I'm not

3    going to repeat what I've already said --

4           THE COURT:  Uh-huh.

5           MR. RIVERO:  -- in open court, but those statements

6    are 180 degrees the opposite of the events, and I cannot leave

7    that unrebutted, and I will rebut it every time it comes up

8    for the record, because we have personal knowledge.

9           THE COURT:  Understood.

10          MR. FREEDMAN:  Your Honor, can I respond to that?

11          THE COURT:  I don't think I need to.  Listen, you

12   filed what you filed, and Mr. Rivero, you wrote a response

13   that you felt you needed to write.  Again, if anybody -- if

14   anybody feels there's a legal issue that I need to rule on,

15   file whatever you think I need to rule on.

16          MR. FREEDMAN:  There is one potential legal issue,

17   Your Honor, which is we provided a draft memorandum to the

18   other -- to the defendants --

19          THE COURT:  Uh-huh.

20          MR. FREEDMAN:  -- to engage in a joint process of

21   that memo so that it should be filed together, and without our

22   authorization it was filed.

23          THE COURT:  Okay.

24          MR. FREEDMAN:  It was not a final document meant to

25   be filed, and we would hope that such a thing would not occur

```
 1   in the future without our permission.

 2             THE COURT:  Understood.

 3             Listen, let me -- everybody take a step back for a

 4   second.  You know, you all have been litigating against each

 5   other in this case for a while.  I know it's been contentious

 6   at times, but as Justice Breyer would say, in the mine run of

 7   your interactions with each other I see a lot of cooperation,

 8   consultation, good faith efforts on both sides.  You're going

 9   to kick each other in the shins every once in a while, that's

10   just the way these things work.  I understand that.

11             So, you know, sometimes in the rush of trying to get

12   things done we don't always -- and I did the same thing when I

13   was a lawyer -- we don't always extend the courtesies and the

14   same patience that we might otherwise extend.

15             You know, things get filed because there's concern

16   that you want to get ahead of the curve, and I understand all

17   that.

18             MR. RIVERO:  Your Honor --

19             THE COURT:  So I just ask you to continue to be the

20   professional advocates you've been and continue to collaborate

21   as you have.  And I understand every once in a while both

22   sides kind of fall off the edge, but I'm okay with that.

23             MR. RIVERO:  Judge, and I want to add one thing to

24   be clear, because I didn't -- part of this is on a separate

25   subject.  Our view is that -- our view is that the plaintiffs
```

1    and we and the third party acted in very good faith.  We don't

2    take issue with that during those discussions going back to

3    (inaudible).

4          So I think in general the parties have, in a very

5    large percentage, have cooperated well.

6          THE COURT:  I agree.

7          When I say (inaudible) in good faith, it may well be

8    that, you know, that defense counsel filed something that

9    Mr. Freedman had not wanted filed.  Everyone's rushing to meet

10    my deadlines.  Everyone's rushing to get things done.  You

11    know, do we always make that last phone call to say, hey,

12    before I file this are you okay with it?  Candidly, no, we

13    don't always do that, and sometimes it falls through the

14    cracks.

15          But certainly in this case from my observation that

16    is an extreme exception and not the rule.

17          So I understand the concerns on both sides here.

18    I'm sure there was great disappointment on both sides when the

19    case wasn't able to be resolved.  It happens.  We have to tee

20    it back up again, and we'll do that and move forward.  But I

21    do commend you all and thank you all for your efforts and ask

22    you to just keep working together.

23          All right.  Anything else we should take up this

24    afternoon?  Somebody's got their -- I guess your objections to

25    my order are due to Judge Bloom today?  Tomorrow?

```
 1            MR. RIVERO:  I believe it's Monday, Judge.

 2            THE COURT:  Monday.  Oh, you got the whole weekend.

 3    You're going to ruin Mr. Kass' and Mr. Pascal' weekend working

 4    on that?  Okay.

 5            MR. FREEDMAN:  Our attorney's fees motion is due

 6    today, Your Honor.

 7            THE COURT:  Oh, your -- I knew something was due

 8    today.  Okay, very good.

 9            While we're here, Mr. Freedman, anything else we can

10    do to help with this?

11            You know, I will throw something out that I think is

12    probably not -- well, I won't editorialize.  I will remind

13    you, as we are up against the discovery deadline, what I

14    remind all parties when they're in front of me and they're

15    concerned about the discovery deadline, which is if you want

16    to consent the case to me, I'll let you reset the discovery

17    deadlines.

18            You know, my general practice, and feel free to

19    share it with your clients if you want to even consider this

20    option, is if the parties consent the case to me, I give you

21    three things.  I give you -- you can redo the scheduling

22    order.  Literally, you just do it and tell me what you want,

23    and assuming you're not asking for a trial in 2023, I pretty

24    much give you what you ask for.  So you get relief from, you

25    know, December 3rd is the cutoff, and we have to get
```

1    everything done by January.  That's one thing.

2            The second thing I'll give you is a date certain for

3    trial.  So you would tell me you want to try the case in

4    November of 2020, you want to try it on November 3rd, we'll

5    try it on November 3rd, or November 10th, or whatever day we

6    can all agree to.  So you'll have a date certain.  Which, in a

7    case like this, when you've got people coming in from outside

8    the country and all over the world, that may be material to

9    both sides.

10           And the third thing is you get the same jury.  Well,

11   in this case you will get the same jury, because -- well, this

12   may not resonate to you as much as it resonates to other

13   lawyers.  I give you the trial in Palm Beach.  You can try the

14   case here, not in Miami.  That's what I usually say.  And the

15   idea is, look, you're going to get the same jury whether I'm

16   calling the balls and strikes, or Judge Bloom, or Judge

17   Rosenberg, or somebody else is calling the balls and strikes,

18   but you get the same jury.

19           Now, I would also tell you in this particular case,

20   given that counsel are all from Miami, if the parties want to

21   consent the case, I would certainly inquire from Chief Judge

22   Moore whether he could get me a courtroom in Miami if y'all

23   wanted to consent the case and try the case in Miami.  I

24   suspect if I told Judge Bloom that you were going to give this

25   case to me and take it away from her, she'd give me her

```
 1   courtroom for as long as I wanted it.

 2          But my point is this.  I think if you consent, if

 3   parties consent to magistrate judge jurisdiction, you should

 4   get something for that.  And so that's what I offer you, a

 5   little more flexibility, a date certain and a trial in the

 6   place that you want to try the case.

 7          So the procedures with that are, as I'm sure you all

 8   know, but it makes me feel better to say, if one side wants to

 9   consent and the other does not, nobody tells me; if neither

10   side wants to consent, nobody tells me; and if both sides do

11   agree to consent, you execute the form, you file it with Judge

12   Bloom; she will do an order transferring jurisdiction to me;

13   and we will promptly have a status conference to reset the

14   scheduling order.

15          So that's how it all works.

16          Any questions about the process, Mr. Freedman?

17          MR. FREEDMAN:  No, Your Honor.  Thank you.

18          THE COURT:  Mr. Rivero?

19          MR. RIVERO:  No, Your Honor.

20          THE COURT:  Okay.  Unless the parties have anything

21   else, that's all I have this afternoon.

22          Mr. Rivero, anything?

23          MR. RIVERO:  No, Your Honor.

24          THE COURT:  Mr. Freedman, you guys going to make the

25   train back?
```

1          MR. FREEDMAN:  I hope so, yes.

2          THE COURT:  What time's the train?

3          MR. FREEDMAN:  4:30.

4          THE COURT:  Go, run.  It's a five-minute walk.  Go.

5          MR. FREEDMAN:  Thank you, Your Honor.

6      (Proceedings concluded.)

7                        *  *  *  *  *

```
 1                              * * * * *

 2                           I N D E X

 3   Discovery Hearing                                  3

 4                              * * * * *

 5                        E X H I B I T S

 6   (None.)

 7                              * * * * *

 8                           CERTIFICATE

 9        I, Stephen W. Franklin, Registered Merit Reporter, and

10   Certified Realtime Reporter, certify that the foregoing is a

11   correct transcript, to the best of my ability, from the

12   DIGITAL AUDIO RECORDING of proceedings in the above-entitled

13   matter.

14        Dated this 19th day of DECEMBER, 2019.

15

16        /s/Stephen W. Franklin
          _____
17        Stephen W. Franklin, RMR, CRR

18

19

20

21

22

23

24

25
```

MR. BRENNER: [1]
3/10
MR. DELICH: [4]  3/17
3/21 3/23 4/1
MR. FREEDMAN:
[114]
MR. KASS: [31]  4/8
19/16 19/19 19/23 20/14
20/16 20/18 20/23 21/3
22/6 22/22 22/17 22/24
22/3 23/6 23/11 23/13
23/17 23/20 23/23 24/8
24/12 24/20 25/1 25/8
25/15 25/19 25/23 26/15
29/20 30/1
MR. PASCAL: [23]
4/12 41/16 41/22 41/25
42/25 43/10 43/13 43/23
43/25 44/11 44/14 48/7
48/10 48/18 48/21 49/2
49/7 49/13 50/3 50/5
50/8 50/11 50/14
MR. RIVERO: [37]  4/4
5/5 5/8 5/12 5/19 6/16
7/5 7/9 8/6 16/2 16/7
18/4 19/9 19/11 21/16
35/1 37/13 38/22 39/1
39/8 39/23 40/1 40/6
41/2 41/5 52/25 53/3
53/7 53/15 53/17 53/21
54/5 55/18 55/23 57/1
59/19 59/23
MR. ROCHE: [1]  3/14
THE COURT: [207]

**$**

$130,000 [1]  28/6
$135,000 [1]  26/12

**'**

'10 [1]  24/3
'19 [1]  21/22
'9 [1]  24/2
'til [3]  5/20 5/23 40/21

**-**

-and [5]  2/4 2/7 2/10
2/15 2/18
-v [1]  1/5

**/**

/s/Stephen [1]  61/16

**1**

1.1 million [1]  14/11
10 [1]  32/20
100 [1]  2/6
1000 [3]  2/14 2/17 2/20
10035299313 [1]  45/19
10th [1]  58/5
11249 [2]  2/9 2/12
11th [3]  43/19 45/10
45/18
12 [1]  50/1
12,000 [2]  10/18 10/21

13-hour [1]  12/25
15 [1]  42/11
18-80176 [1]  3/3
18-80176-CIV-BB [1]
1/2
180 degrees [1]  54/6
185 [2]  2/9 2/11
18th [1]  46/16
19th [1]  61/14

**2**

2.6 [2]  23/8 23/13
2.7 [1]  21/12
20 [7]  1/8 12/4 14/21
20/2 20/2 20/3 20/14
200 [2]  2/3 42/11
2000 [3]  12/13 23/15
23/24
2008 [1]  24/2
2012 [1]  24/6
2013 [1]  21/21
2014 [1]  17/3
2019 [3]  1/8 44/24 61/14
2020 [1]  58/4
2023 [1]  57/23
2029 [1]  12/11
20th [3]  21/21 44/24
45/9
2525 [3]  2/14 2/17 2/20
26 [1]  28/9
26.9 [1]  12/13
27 [4]  14/22 15/3 21/10
22/23
2800 [1]  2/6
2848 [5]  45/22 45/23
45/25 46/4 46/6
28th [3]  42/1 42/5 42/8
298 [1]  9/18
298-1 [1]  9/19
299-1 [4]  9/17 9/18 9/19
9/20
299-2 [2]  31/2 31/3
2nd [6]  2/6 5/3 5/20 5/23
6/17 7/1

**3**

3.9 million [1]  20/6
30 [3]  16/10 16/14 33/8
300-3 [2]  50/3 50/4
300-4 [2]  50/10 50/15
30th [1]  45/14
320,000 [2]  32/12 32/15
3287.9 [2]  10/18 10/22
33131 [2]  2/4 2/7
33134 [3]  2/15 2/18 2/21
33401 [1]  1/18
35,000 [1]  26/12
3768 [1]  1/17
3:00 o'clock [1]  8/5
3:00 p.m [1]  8/10
3rd [6]  29/15 38/2 39/5
57/25 58/4 58/5

**4**

400 [1]  10/17
41 [2]  50/4 50/5
4:30 [1]  60/3

4th [9]  6/25 7/4 7/15 8/9
29/14 33/22 40/21 52/8
53/5

**5**

50 [1]  32/13
50 percent [1]  13/5
50/50 [1]  32/13
514-3768 [1]  1/17
544 [2]  12/3 12/8
5500 [1]  2/3
56 [1]  45/21
561 [1]  1/17
5th [1]  43/16

**6**

6103 [1]  46/5
6th [1]  45/16

**7**

701 [1]  1/18

**8**

800,000 [2]  14/2 32/13
80176 [1]  3/3
8th [2]  42/16

**9**

90 [1]  8/10

**A**

abeyance [1]  33/22
ability [2]  25/13 61/11
able [4]  17/7 22/12
22/12 56/19
above [1]  51/16
above-entitled [1]  61/12
Absolutely [1]  11/23
accelerate [1]  5/4
access [1]  49/21
accommodates [1]  7/20
accomplish [1]  13/22
according [1]  12/5
accountant [1]  47/24
accounts [1]  51/22
accurate [3]  15/15 20/24
33/6
across [1]  51/9
acted [1]  56/1
actual [5]  5/9 24/21
42/10 42/12 42/14
actually [8]  8/3 14/1
20/25 22/18 24/22 31/10
38/8 42/19
add [4]  47/10 47/20
47/22 55/23
addition [1]  21/4
additional [1]  29/7
address [2]  19/14 47/7
addressed [3]  34/4
40/20 41/25
adjudicate [1]  52/14
adjudicated [1]  51/8
administration [3]
48/15 48/19 51/24
administrative [1]  44/19
admission [6]  30/13

30/18 31/23 31/24 32/14
33/3
admitting [2]  17/2 32/21
advance [1]  29/13
advocates [1]  15/5
affidavit [2]  26/13 29/6
afraid [1]  46/5
after [5]  11/16 11/19
24/4 27/4 39/5
afternoon [20]  3/2 3/8
3/9 3/10 3/12 3/15 4/3
4/4 4/6 4/8 4/10 4/12
4/19 4/21 6/24 7/14 8/2
48/16 56/24 59/21
afternoons [1]  7/22
again [12]  4/14 8/16
19/7 24/2 25/11 31/23
38/18 41/13 52/10 52/16
54/13 56/20
against [4]  20/8 21/12
55/4 57/13
agenda [1]  52/8
agent [2]  45/19 45/19
agree [6]  5/3 37/21 51/6
56/6 58/6 59/11
agreeable [1]  24/17
agreed [9]  9/9 10/5
13/13 14/24 18/22 21/22
42/4 42/12 44/5
agreement [3]  5/12
12/25 45/11
agrees [1]  30/20
ahead [13]  13/10 25/22
33/14 37/9 37/17 37/17
40/15 41/12 43/24 49/4
49/6 51/17 55/16
AL [2]  1/3 3/14
AlixPartners [2]  20/1
20/20
allegation [1]  24/6
allocations [2]  13/2 13/5
allowed [2]  34/17 37/2
almost [1]  14/22
already [8]  13/18 13/19
15/3 21/4 26/12 29/19
29/20 54/3
also [16]  8/1 11/5 13/25
15/7 19/7 21/16 22/1
26/1 26/10 27/4 27/11
31/20 47/10 48/22 50/2
58/19
although [2]  6/5 13/20
always [10]  7/17 28/8
30/6 31/11 40/4 52/21
55/12 55/13 56/11 56/13
am [2]  23/9 46/8
American [1]  43/3
amongst [1]  37/22
amount [3]  14/1 14/8
23/14
amounts [1]  20/5
analysis [1]  22/13
Andres [2]  2/13 4/4
Andrew [2]  2/5 3/10
anoth [1]  50/8
another [4]  26/12 48/15

52/16 52/17
answer [4]  22/17 24/8
25/3 26/23
answers [4]  6/14 6/15
6/17 7/1
anticipate [1]  6/17
any [13]  7/3 7/13 7/24
8/12 12/5 13/14 15/15
19/2 21/22 31/19 45/20
47/15 59/16
anybody [5]  3/13 3/16
4/16 54/13 54/14
anymore [1]  17/19
anyone's [2]  47/12 47/13
anything [10]  6/20 7/4
8/13 18/25 22/3 47/13
56/23 57/9 59/20 59/22
anytime [1]  32/19
anyway [2]  40/8 40/19
aol.com [1]  1/19
apart [2]  45/13 45/14
apologize [5]  3/24 19/12
33/20 33/22 49/4
Apparently [1]  43/14
appealing [1]  32/24
appearances [3]  1/14
1/21 3/5
appeared [1]  27/5
applying [2]  15/2 15/4
appointing [1]  51/24
appreciate [6]  11/20
25/4 36/22 40/18 46/22
52/6
approach [1]  52/18
appropriate [1]  52/13
arbitrary [2]  12/18
12/18
argue [1]  37/24
argument [1]  27/12
aside [6]  6/25 7/22 8/10
33/24 40/7 40/8
ask [13]  5/2 8/23 22/5
41/1 44/3 44/4 48/24
51/16 51/17 52/15 55/19
56/21 57/24
asked [8]  26/21 34/14
42/17 43/17 45/16 47/15
51/12 51/14
asking [12]  6/1 8/25 9/7
13/12 25/9 30/20 33/3
33/3 39/3 40/25 45/4
57/23
aspect [1]  9/13
asserted [1]  51/3
assess [2]  17/14 17/16
assets [2]  16/19 49/10
associated [1]  23/21
assume [3]  6/13 37/11
39/18
assuming [2]  52/1 57/23
assumption [1]  6/11
attention [1]  48/6
attorney [3]  45/24 46/3
49/17
attorney's [1]  57/5
audio [26]  26/3 27/19

**A**

audio... [1] 61/12
August [3] 42/16 44/24 45/9
August 20th [2] 44/24 45/9
August 8th [1] 42/16
AUSA [1] 19/9
Australian [6] 15/22 15/23 16/17 17/2 27/13 27/14
authority [2] 39/11 39/13
authorization [5] 42/10 42/13 42/15 44/5 54/22
available [1] 25/10
Avenue [2] 2/9 2/11
aware [2] 5/21 32/23
away [2] 32/20 58/25

**B**

back [17] 9/10 11/18 14/24 17/20 29/1 34/22 35/3 35/18 36/2 36/19 39/12 40/12 40/13 55/3 56/2 56/20 59/25
balance [1] 28/9
ball [1] 10/7
balls [2] 58/16 58/17
bank [3] 49/9 51/20 51/20
banked [2] 51/17 51/21
banks [11] 49/15 49/17 49/20 51/14 51/14 51/15 51/16 51/18 51/20 51/22 52/10
barring [1] 19/2
based [6] 6/12 12/21 14/20 15/11 18/6 18/8
basis [1] 36/10
BB [1] 1/2
Beach [3] 1/7 1/18 58/13
bear [1] 53/9
because [31] 6/8 6/23 7/6 12/6 14/18 14/20 19/20 20/21 22/13 24/2 28/24 29/14 31/12 31/21 35/23 36/9 37/19 39/5 40/1 40/11 41/20 42/19 43/15 45/21 45/23 49/14 53/24 54/8 55/15 55/24 58/11
before [10] 1/11 4/18 21/8 21/22 21/23 23/22 27/12 36/12 45/22 56/12
behalf [2] 3/11 43/6
behavior [1] 27/5
behind [1] 41/10
being [3] 12/20 28/18 51/12
believe [18] 6/21 14/6 14/16 15/7 16/25 19/16 19/24 20/19 20/24 21/24 26/11 27/24 29/6 35/17 36/17 36/18 50/3 57/1
believes [3] 47/18 51/19

**B**

52/11
benefit [1] 46/1
benefits [1] 28/10
best [4] 7/23 21/24 47/14 61/11
better [1] 59/8
between [4] 8/13 15/22 29/3 29/4
big [1] 53/22
birth [1] 51/24
Biscayne [1] 2/3
bit [3] 20/2 23/21 24/10
Bitcoin [8] 14/1 14/3 14/11 27/2 27/7 32/12 32/15 32/21
Bitcoin-related [2] 27/2 27/7
BlackArmor [2] 10/17 11/1
blanket [1] 28/12 29/5
block [1] 39/22
Bloom [6] 15/9 38/7 56/25 58/16 58/24 59/12
Bloom's [2] 38/11 39/12
Boies [2] 2/5 3/11
books [2] 26/3 27/19
both [8] 26/24 41/25 55/8 55/21 56/17 56/18 58/9 59/10
bottom [3] 10/16 31/8 32/9
Boulevard [4] 2/3 2/14 2/17 2/20
break [1] 31/13
breaks [1] 10/25
Brenner [5] 2/5 3/11 3/12 8/24 30/4
Brenner's [1] 35/23
Breyer [1] 55/6
bring [2] 44/16 50/21
bringing [1] 48/5
Brooklyn [2] 2/9 2/12
brother [1] 51/17
BRUCE [1] 1/11
Bryan [2] 2/19 4/12
BTC [2] 32/12 32/14
bullet [1] 11/1
burden [1] 29/7
business [3] 5/20 26/25 31/12
businesses [1] 26/25

**C**

calendared [1] 46/17
calling [2] 58/16 58/17
came [4] 15/23 35/11 35/12 35/17
can't [4] 6/21 38/13 46/19 52/1
candid [1] 8/22
Candidly [1] 56/12
cannot [2] 53/22 54/6
capacity [2] 10/17 10/21
cards [1] 49/9
Cart [1] 49/16
case [34] 1/2 3/3 6/17

6/19 8/17 9/11 10/10 12/7 15/1 15/16 17/21 18/17 22/15 26/4 26/18 27/10 28/15 28/23 30/22 55/5 56/15 56/19 57/16 57/20 58/3 58/7 58/11 58/14 58/19 58/21 58/23 58/23 58/25 59/6
catch [1] 3/19
category [2] 49/25 50/18
certain [4] 14/8 58/2 58/6 59/5
certainly [5] 9/12 39/4 46/20 56/15 58/21
CERTIFICATE [1] 61/8
Certified [1] 61/10
certify [1] 61/10
cetera [1] 9/1
challenge [1] 15/9
chambers [2] 35/25 36/18
chance [3] 18/3 36/14 37/24
changed [2] 27/5 35/23
Chase [1] 51/20
check [6] 34/22 35/18 36/19 38/7 39/12 52/9
Chief [1] 58/21
chosen [1] 13/6
circumstances [1] 6/16
CIV [2] 13/23 13/25
civil [1] 13/23 13/25
claim [2] 13/23 13/25
claimed [1] 18/15
clean [1] 36/1
clear [5] 15/8 44/22 47/12 53/10 55/24
clearly [2] 17/2 32/21
Clematis [1] 1/18
clerk [1] 35/12
client [2] 15/14 46/14
client's [1] 51/15
clients [1] 57/19
close [2] 22/3 29/14
closer [1] 14/11
closes [2] 38/1 38/6
CoinExchange [1] 12/21
coins [2] 31/14 31/19
collaborate [1] 55/20
colleagues [1] 6/13
collect [1] 13/12
collected [1] 11/10
collection [3] 10/18 18/24 28/10
comes [4] 8/13 17/13 47/8 54/7
comfortable [3] 9/4 9/5 19/8
coming [1] 58/7
commend [1] 56/21
communicate [1] 47/3
communication [1] 35/24
communications [1] 48/14

companies [1] 27/7
compelling [1] 19/2
completely [2] 12/24 12/25
complex [1] 5/17
comply [1] 31/16
compressed [2] 6/23 7/6
compromise [1] 26/5
computer [4] 17/10 17/20 22/10 22/11
computing [1] 17/18
concede [1] 40/2
concern [2] 18/10 55/15
concerned [1] 57/15
concerns [1] 56/17
concluded [1] 60/6
conduct [1] 28/7
conducting [1] 39/4
confer [3] 28/25 43/17 52/22
conference [2] 8/11 59/13
confident [1] 15/10
consent [9] 57/16 57/20 58/21 58/23 59/2 59/3 59/9 59/10 59/11
consider [1] 57/19
consultation [1] 55/8
contemporaneous [1] 15/18
content [1] 18/11
contentious [1] 55/5
context [2] 19/25 21/16
continue [9] 15/4 38/9 47/2 47/3 47/15 47/16 52/21 55/19 55/20
continuing [2] 20/10 38/8
contrary [1] 32/25
contributed [1] 17/3
control [1] 32/21
convenience [1] 11/15
cooperated [1] 56/5
cooperation [1] 55/7
coordinate [1] 39/18
copy [2] 28/19 42/23
Coral [3] 2/15 2/18 2/21
core [1] 24/7
corpus [1] 17/3
correct [9] 14/9 21/7 21/20 23/6 23/9 36/22 40/21 44/23 61/11
correctly [1] 43/2
cost [8] 18/15 18/21 23/21 25/1 25/21 25/24 26/16 28/10
costs [2] 18/18 28/21
counsel [10] 3/5 12/15 21/18 24/15 25/12 26/6 29/22 36/12 56/8 58/20
country [1] 58/8
couple [4] 15/14 31/5 40/25 49/5
course [2] 19/19 25/17 27/9
court [26] 1/1 1/17 3/1

4/18 9/15 10/13 10/24 11/18 13/25 20/19 25/19 27/13 27/15 31/15 31/16 32/8 33/1 33/13 34/8 34/13 34/17 35/7 36/4 37/5 51/8 54/5
Court's [10] 10/9 11/15 13/21 15/9 15/17 27/8 32/24 32/25 37/1 38/1
courtesies [1] 55/13
courtroom [2] 58/22 59/1
cover [1] 41/9
covered [1] 51/7
CPE [1] 1/17
cracks [1] 56/14
CRAIG [14] 1/6 3/4 4/9 4/13 11/3 16/18 21/5 26/24 31/15 31/20 32/5 32/9 32/16 32/20
Craig's [2] 27/5 32/14
Craig.Wright [1] 11/4
created [2] 24/2 24/2 24/4 24/4 24/5
creating [1] 27/1
creation [3] 25/6 25/13 28/22
credible [1] 29/6
credit [2] 49/9 49/16
criminal [2] 13/23 33/13
CRR [2] 1/17 61/17
current [1] 15/9
curtail [1] 14/23
curve [1] 55/16
cutoff [1] 57/25

**D**

D-e-l-i-c-h [1] 3/23
dash [1] 9/18
data [39] 9/8 9/10 10/25 11/2 11/12 11/6 11/13 11/17 11/25 12/2 12/4 12/6 12/10 12/10 12/11 13/1 13/12 14/19 14/21 14/22 15/4 17/4 18/18 19/2 19/25 20/1 20/2 20/25 21/9 23/16 23/25 24/22 25/17 25/25 26/10 27/23 28/2 28/8 28/13
date [15] 20/8 25/6 25/7 29/3 29/3 29/4 29/4 29/14 39/16 44/16 50/21 51/23 58/2 58/6 59/5
Dated [1] 61/14
dates [3] 25/13 28/22 28/22
Dave [18] 12/20 13/5 16/22 16/23 17/3 27/2 27/4 31/23 32/12 32/15 42/2 42/3 47/23 48/10 49/20 49/21 51/21 51/22
David [2] 20/21 43/6
David's [1] 19/12
days [11] 5/20 5/20 6/9 15/21 30/8 33/8 39/21 39/22 40/8 40/9 46/15

WITNESS NAME                                                              Index: de..flexibility

## D

**de [3]** 2/14 2/17 2/20
**dead [3]** 24/4 49/14 51/15
**deadline [3]** 38/10 57/13 57/15
**deadlines [2]** 56/10 57/17
**deal [5]** 8/16 34/7 34/10 47/19 53/22
**dealt [3]** 46/3 48/14 51/1
**death [2]** 27/3 27/8
**debts [2]** 48/24 50/14
**deceased [1]** 15/15
**December [10]** 5/3 5/20 5/23 6/25 8/9 29/14 52/8 53/5 57/25 61/14
**December 2nd [3]** 5/3 5/20 5/23
**December 3rd [1]** 57/25
**December 4th [4]** 6/25 8/9 29/14 52/8
**decided [2]** 12/14 12/14
**decision [2]** 36/10 36/20
**declaration [1]** 20/20
**defendant [24]** 1/7 2/13 7/25 9/7 10/20 11/16 12/3 12/14 12/18 12/19 13/7 13/24 15/8 15/17 15/21 18/15 19/1 28/6 32/23 34/14 34/17 48/2 51/13 51/14
**defendants [5]** 12/12 13/12 14/21 51/13 54/18
**defense [4]** 3/3 4/2 4/16 56/8
**deferred [2]** 34/4 40/21
**degrees [1]** 54/6
**delay [1]** 53/19
**Delich [5]** 2/10 3/17 3/21 3/22 3/24
**demand [1]** 46/6
**deny [1]** 8/20
**depos [4]** 39/5 53/4 53/5 53/9
**depose [1]** 37/2
**deposed [1]** 39/14
**deposition [8]** 8/1 34/14 34/25 36/4 38/2 39/16 40/9 53/16
**designations [1]** 35/1
**determine [1]** 22/13
**determined [2]** 12/6 18/6
**developing [1]** 27/7
**device [6]** 20/3 20/6 20/18 20/25 24/14 24/19
**devices [6]** 20/2 20/3 20/4 20/7 20/13 20/14
**dictated [1]** 14/22
**didn't [6]** 3/19 21/18 23/17 32/20 42/14 55/24
**died [1]** 27/5
**different [7]** 11/2 12/21 24/3 24/5 30/9 33/9 49/5
**DIGITAL [1]** 61/12

**digress [1]** 21/14
**diligence [1]** 47/3
**diligent [1]** 47/17
**direct [1]** 47/16
**directed [1]** 47/7
**direction [1]** 20/1
**directive [1]** 48/6
**directly [3]** 32/25 36/4 43/7
**disappointment [1]** 56/18
**disclosure [3]** 10/25 12/5 21/21
**disclosures [3]** 10/3 10/4 10/13
**discovery [28]** 1/10 4/18 4/19 4/25 8/11 8/12 8/19 9/12 9/25 14/14 18/19 18/23 22/4 28/16 33/19 34/3 37/6 38/1 38/6 38/9 40/4 41/17 41/23 48/8 57/13 57/15 57/16 61/3
**discovery's [1]** 29/14
**discussions [2]** 5/10 56/2
**disproportionate [1]** 28/15
**DISTRICT [2]** 1/1 1/1
**DK [1]** 12/20
**docket [3]** 9/15 35/9 35/11
**docs [1]** 27/20
**document [1]** 54/24
**documenting [1]** 45/12
**documents [38]** 12/16 14/10 15/16 15/18 15/19 17/4 17/6 17/7 20/6 20/8 20/9 20/10 21/13 22/19 23/4 24/1 24/23 26/2 26/22 27/12 27/13 27/14 27/16 42/11 43/7 44/1 44/6 47/22 48/1 48/11 48/24 49/5 49/8 49/11 51/9 51/25 52/12 53/8
**does [1]** 59/9
**doesn't [4]** 14/4 14/8 26/4 40/1
**doing [5]** 6/13 19/8 43/21 47/3 47/17
**dollars [4]** 18/16 18/21 26/9 26/10
**don't [46]** 8/10 8/11 9/15 13/18 17/24 17/25 19/20 19/21 21/6 23/11 24/8 25/3 25/4 25/15 27/13 33/7 33/16 34/18 34/20 35/11 36/17 37/8 37/15 37/18 37/22 38/4 38/9 38/10 39/10 39/13 39/23 40/5 40/5 40/10 41/9 41/21 43/18 47/8 52/6 53/21 53/22 54/11 55/12 55/13 56/1 56/13
**done [7]** 18/12 21/19 28/17 47/13 55/12 56/10 58/1
**dot [2]** 27/20 27/21

**double [1]** 35/18
**double-check [1]** 35/18
**down [8]** 8/1 10/25 22/16 25/12 31/20 32/8 35/25 47/9
**Dr. [22]** 3/4 4/5 4/9 4/13 10/12 14/1 15/22 16/22 16/24 17/2 21/11 30/19 31/18 34/14 36/12 37/2 39/14 40/24 41/16 47/15 47/18 52/11
**Dr. Craig [3]** 3/4 4/9 4/13
**Dr. Wright [14]** 4/5 10/12 14/1 15/22 16/22 16/24 17/2 30/19 31/18 37/2 41/16 47/15 47/18 52/11
**Dr. Wright's [5]** 21/11 34/14 36/12 39/14 40/24
**draft [2]** 53/23 54/17
**dramatically [1]** 27/5
**drive [1]** 11/1
**drops [1]** 32/8
**due [6]** 5/3 5/23 49/8 56/25 57/5 57/7
**dueling [2]** 4/19 9/25
**during [2]** 24/1 56/2

## E

**e-Discovery [1]** 18/19
**e-mail [5]** 1/19 22/23 27/21 35/24 43/19
**e-mailed [1]** 42/16
**e-mails [6]** 12/4 21/10 21/10 22/7 22/11 22/18
**each [5]** 29/1 37/24 55/4 55/7 55/9
**earlier [1]** 10/9
**easier [2]** 9/5 49/19
**ECF [2]** 10/14 32/3
**edge [1]** 55/22
**editorialize [1]** 57/12
**efforts [3]** 47/17 55/8 56/21
**either [3]** 8/24 34/4 41/19
**else [9]** 3/16 7/4 8/13 31/13 52/7 56/23 57/9 58/17 59/21
**elsewhere [1]** 28/23
**enclosed [1]** 11/1
**end [4]** 32/13 34/8 34/24 41/6
**ended [1]** 45/12
**engage [1]** 54/20
**engaging [1]** 27/18
**enough [1]** 28/8
**entertain [1]** 29/4
**entire [2]** 23/14 24/19
**entitled [6]** 17/15 32/15 47/6 47/18 52/12 61/12
**entry [3]** 9/16 35/9 35/12
**entry 298-1 [1]** 9/16
**equal [1]** 21/10

**ESI [7]** 8/22 10/6 10/13 10/25 12/5 21/20 30/12 2/13 2/16 2/19
**ESQ [7]** 2/2 2/5 2/8 2/10 2/13 2/16 2/19
**essentially [1]** 30/19
**establishes [1]** 13/21
**establishing [1]** 14/25
**estate [8]** 42/3 43/5 48/15 48/19 49/2 49/11 49/17 49/21
**et [2]** 1/3 9/1
**et cetera [1]** 9/1
**evaluate [1]** 8/25
**even [3]** 18/20 38/23 57/19
**event [1]** 15/11
**events [1]** 54/6
**ever [1]** 36/15
**every [7]** 17/11 24/12 24/13 43/3 54/7 55/9 55/21
**everybody [3]** 8/5 20/11 55/3
**everyone [3]** 3/2 5/3 32/17
**everyone's [3]** 44/18 56/9 56/10
**everything [7]** 8/16 17/18 20/4 20/5 40/20 45/5 58/1
**evidence [1]** 17/21
**exact [2]** 27/11 49/15
**Exactly [1]** 23/17
**examine [1]** 53/11
**example [3]** 13/1 13/22 53/8
**exception [1]** 56/16
**excessive [1]** 26/17
**exclude [1]** 27/19
**execute [2]** 42/23 43/5 59/11
**executed [4]** 43/12 43/13 45/3 46/14
**exercise [1]** 28/24
**exist [1]** 22/11
**expectation [1]** 30/11
**expected [1]** 42/6
**expedite [3]** 5/13 8/19 36/1
**expedited [1]** 6/20
**expediting [1]** 7/14
**expeditious [1]** 38/19
**expensive [1]** 18/20
**experience [1]** 46/2
**experts [1]** 17/7
**expletive [3]** 32/17 32/18 32/18
**extend [2]** 55/13 55/14
**extended [1]** 38/10
**extensive [1]** 35/1
**extent [1]** 29/24
**extra [1]** 40/10
**extreme [1]** 56/16
**eyeball [1]** 12/17

## F

**F2 [2]** 2/9 2/11

**fact [4]** 13/1 38/22 42/15 45/5
**factual [1]** 22/5
**fair [1]** 37/24
**fairly [1]** 44/2
**fairness [1]** 18/14
**faith [3]** 55/8 56/1 56/7
**fall [2]** 50/17 55/22
**falling [2]** 45/13 45/14
**falls [3]** 39/1 49/25 56/13
**Fargo [1]** 51/20
**fast [1]** 38/21
**fast-track [1]** 38/21
**February [3]** 42/4 42/5 43/25
**feel [2]** 57/18 59/8
**feels [2]** 47/6 54/14
**fees [1]** 57/5
**felt [1]** 54/13
**few [3]** 21/1 29/21 46/15
**figuratively [1]** 16/4
**figure [3]** 30/2 34/10 43/12
**file [45]** 6/21 6/22 11/17 11/18 12/16 12/16 12/16 12/17 12/22 13/1 13/4 14/21 15/2 18/8 18/9 18/11 18/12 23/18 24/13 24/13 24/14 24/20 25/6 25/6 28/1 28/3 29/13 29/19 34/13 35/15 35/16 36/13 36/15 37/6 37/7 37/9 37/17 38/20 39/16 40/15 40/16 52/13 54/15 56/12 59/11
**filed [10]** 4/20 36/6 54/12 54/12 54/21 54/22 54/25 55/15 56/8 56/9
**files [9]** 26/7 27/19 27/20 27/21 27/21 27/24 28/20 29/3 29/3
**filing [2]** 6/13 11/16
**fill [1]** 42/18
**filled [3]** 45/22 46/14 46/16
**final [2]** 51/10 54/24
**finally [1]** 15/13
**financial [10]** 46/2 48/11 48/18 49/4 49/7 50/18 52/16 52/17 52/17 53/9
**Financials [1]** 48/20
**fine [5]** 10/2 35/19 40/14 42/13 42/21
**finish [1]** 18/2
**first [12]** 4/24 8/23 16/17 19/24 21/3 30/10 30/15 42/22 44/11 44/14 50/1 50/25
**five [4]** 5/20 6/9 37/15 60/4
**five-minute [1]** 60/4
**FL [5]** 2/4 2/7 2/15 2/18 2/21
**fleshed [2]** 14/14 14/16
**flexibility [1]** 59/5

**F**

Flexner [1]  2/5
FLORIDA [3]  1/1 1/7
1/18
focus [1]  11/24
folder [4]  22/20 22/25
23/18 26/11
folders [1]  11/7
folks [1]  4/15
follow [3]  23/10 45/17
46/17
footnote [2]  10/24 12/3
footnote 1 [1]  10/24
force [1]  46/19
foregoing [1]  61/10
forged [1]  15/18
forgeries [1]  17/8
forget [1]  38/7
forgot [1]  33/23
form [21]  37/8 42/10
42/13 42/15 42/17 42/18
42/22 43/3 43/3 43/11
43/13 43/20 44/5 44/23
44/24 45/6 45/7 45/21
45/21 45/25 59/11
formal [1]  37/7
formed [1]  36/10
former [1]  47/23
forms [7]  42/20 43/20
46/11 46/13 46/16 46/19
46/20
forward [2]  35/25 56/20
found [2]  15/17 17/1
frame [1]  5/22
Franklin [4]  1/17 61/9
61/16 61/17
frankly [1]  39/2
free [2]  7/17 57/18
Freedman [39]  2/2 2/2
2/8 2/11 3/6 3/6 3/8 3/14
3/17 5/25 7/2 7/11 7/24
8/24 9/4 18/2 26/20
28/25 30/3 30/5 30/17
33/14 33/25 34/4 35/10
37/16 38/13 40/21 42/9
43/9 43/17 44/5 44/15
49/14 50/21 56/9 57/9
59/16 59/24
Friday [3]  40/11 40/12
46/18
front [3]  9/15 33/1 57/14
full [2]  18/2 37/19
fully [7]  11/3 11/4 11/5
11/5 11/9 37/24 45/3
further [2]  21/8 54/2
future [1]  55/1

**G**

Gables [3]  2/15 2/18
2/21
gave [1]  30/19
general [4]  49/25 50/17
56/4 57/18
generated [1]  29/20
gets [1]  25/1
getting [3]  3/25 27/16

45/7
gigabyte [1]  24/24
gigabytes [16]  10/18
10/21 12/3 12/8 12/11
12/13 12/13 14/22 15/3
21/10 21/12 22/23 23/8
23/13 23/15 28/1
give [27]  7/2 7/21 8/14
8/15 9/1 9/1 17/10 18/2
24/18 26/20 27/13 30/23
36/13 37/20 37/24 39/21
41/8 41/10 45/20 46/20
57/20 57/21 57/24 58/2
58/13 58/24 58/25
given [5]  9/1 13/19
28/15 28/16 58/20
glance [1]  26/3
glanced [1]  40/25
going [45]  6/19 6/22
11/21 11/24 12/15 13/17
13/17 14/17 19/3 19/13
20/12 23/5 24/10 25/21
27/10 28/5 28/5 28/6
28/11 28/11 30/3 30/14
33/19 33/23 34/10 38/14
39/14 39/18 40/8 41/2
43/8 43/25 48/12 48/16
51/10 52/5 52/16 54/2
54/3 55/8 56/2 57/3
58/15 58/24 59/24
good [22]  3/2 3/8 3/9
3/10 3/12 3/15 4/3 4/4
4/6 4/8 4/10 4/10 4/12
4/14 32/14 34/11 35/10
39/3 55/8 56/1 56/7 57/8
got [21]  4/7 9/25 10/11
10/15 10/19 15/20 19/10
19/13 30/15 35/23 36/8
37/17 38/12 40/10 41/8
41/18 45/18 46/6 56/24
57/2 58/7
gotten [1]  12/8
governed [1]  18/22
granted [1]  36/24
great [7]  4/17 6/18 8/2
8/8 41/4 52/4 56/18
Greg [2]  16/18 16/18
ground [1]  26/6
guess [6]  11/6 23/25
25/3 43/4 43/14 56/24
guidance [1]  10/9
guys [1]  59/24

**H**

habit [1]  19/9
had -- I [1]  34/23
hadn't [3]  36/21 42/5
51/7
half [2]  31/21 32/6
handed [1]  27/15
happened [1]  43/17
happens [1]  56/19
happy [6]  6/25 7/21
11/17 27/19 27/23 37/25
38/20 44/22 51/16 52/18
hard [1]  5/19 11/1 18/10

28/8
haven't [7]  9/1 13/19
18/25 44/1 44/1 47/5
49/11
having [4]  14/2 43/8
haystack [1]  17/13
he's [5]  14/2 14/4 14/7
47/18 52/11
head [1]  25/10
hear [1]  19/5
heard [4]  15/14 18/25
27/11 53/19
hearing [9]  1/10 4/19
7/4 42/1 42/8 42/9 42/12
43/2 61/3
hearings [1]  40/4
help [7]  9/13 10/6 20/11
39/11 39/13 39/19 57/10
helpful [3]  19/24 20/19
21/25
here [20]  4/17 6/24 7/19
8/1 13/17 13/18 16/4
17/14 21/3 25/11 30/15
31/18 41/8 41/11 44/20
44/22 47/13 56/17 57/9
58/14
here's [3]  8/9 28/5 52/5
hey [2]  26/7 56/11
highly [1]  26/24
hit [3]  12/22 14/21 23/17
hits [1]  13/14
hold [13]  4/24 15/25
16/13 18/1 23/22 31/25
33/10 33/12 33/12 33/21
33/22 48/12 50/2
holding [1]  31/13
holiday [1]  38/24
holidays [1]  39/5
honestly [1]  17/6
Honor [74]
Honor's [1]  32/23
HONORABLE [1]  1/11
hope [5]  17/4 26/16 47/8
54/25 60/1
hopefully [2]  8/14 52/9
hour [3]  4/21 8/14 12/25
hours [1]  37/2
However [1]  12/4
huh [16]  13/3 14/12
16/11 21/15 22/24 24/11
25/8 26/14 31/4 31/9
32/10 34/16 41/24 53/6
54/4 54/19
hundred [6]  4/20 18/16
18/21 20/9 26/9 26/9

**I**

I'd [2]  6/25 40/7
I'll [20]  3/5 7/21 8/9 8/9
8/10 8/19 8/20 8/22 18/2
26/20 29/4 30/10 30/15
34/10 36/19 38/21 44/22
47/19 57/16 58/2
I'm [53]  3/19 3/24 5/21
5/22 6/19 6/20 7/17 8/18
8/22 11/21 16/2 17/14

17/15 18/4 18/17 19/11
19/13 20/13 23/9 23/11
24/10 25/9 28/5 28/5
28/6 30/14 32/2 34/10
36/19 38/20 38/22 41/2
43/1 43/23 44/21 46/19
46/24 47/12 47/13 47/14
47/17 48/12 50/8 50/25
51/16 52/5 52/16 53/13
54/2 55/22 56/18 58/15
59/7
I've [8]  16/7 30/15 31/11
40/20 40/21 41/8 48/6
54/3
idea [3]  7/6 39/4 58/15
identified [2]  15/3 51/19
identifies [1]  10/17
identify [2]  21/6 52/19
ignores [2]  12/24 13/1
imagine [2]  38/13 52/1
immediately [1]  39/17
important [1]  46/4
inappropriate [1]  54/1
inaudible [6]  39/1 40/1
43/16 53/4 56/3 56/7
include [1]  50/2
included [1]  33/16
incurring [1]  28/21
infinite [2]  17/17 17/17
Info [1]  3/3
information [8]  10/6
15/15 15/16 17/12 25/16
45/20 47/1 49/9
initial [1]  10/3
input [1]  12/19
inquire [1]  58/21
inside [2]  13/4 24/22
insignificant [1]  18/7
insisted [1]  45/6
installment [1]  49/8
instantaneously [1]
17/11
institution [1]  52/18
intellectual [3]  27/1 27/2
27/8
intend [2]  15/8 37/1
intends [1]  32/23
intent [1]  13/24
interactions [1]  55/7
interim [1]  46/14
internationally [1]
46/15
interrupt [1]  23/11
interrupted [1]  49/3
interview [2]  30/19 33/7
involved [4]  5/9 25/1
26/24 41/3
IP [1]  27/9
IRA [6]  1/3 3/3 43/4
51/16 51/19 51/24
IRS [18]  42/22 43/14
44/23 44/23 45/1 45/2
45/6 45/17 45/19 45/21
46/3 46/7 46/17 46/18
46/20 47/1 48/14 52/10
isn't [1]  19/3

issue [22]  4/24 4/25 8/22
19/14 22/4 22/19 23/7
23/8 25/21 25/24 29/8
30/5 30/12 36/22 36/25
39/20 42/22 48/8 48/16
54/14 54/16 56/2
issued [1]  48/6
issues [15]  5/22 7/7
14/13 14/16 14/25 27/9
33/20 34/2 34/5 34/7
37/20 37/24 41/23 42/1
43/25
it's [38]  5/16 5/16 5/19
5/23 9/11 9/12 11/21
15/7 18/10 18/16 19/1
19/9 22/3 22/15 25/25
29/20 30/21 31/12 31/16
32/5 32/13 32/14 33/6
35/22 38/14 38/16 38/16
39/15 39/18 41/5 41/11
43/2 44/2 49/19 50/19
55/5 57/1 60/4
item [1]  52/8

**J**

January [3]  29/15 38/2
58/11
January 3rd [1]  38/2
joint [1]  54/20
Joseph [3]  2/10 3/17
3/21
judge [35]  1/12 4/4 5/10
5/20 6/16 7/5 7/9 8/7
15/9 16/2 16/8 19/9
19/11 19/13 35/2 38/7
38/10 38/22 39/6 39/11
39/12 41/2 52/25 53/12
53/21 54/1 55/23 56/25
57/1 58/16 58/16 58/21
58/24 59/3 59/11
judges' [1]  38/8
judgment [1]  38/10
June [3]  42/1 42/5 42/8
June 28th [3]  42/1 42/5
42/8
jurisdiction [2]  59/3
59/12
jury [4]  58/10 58/11
58/15 58/18
just [94]
Justice [1]  55/6

**K**

Kass [19]  2/16 4/8 4/10
5/9 19/14 19/15 19/17
28/19 29/17 30/6 40/13
41/19 42/19 43/17 45/4
45/5 45/5 45/16 47/4
Kass' [1]  57/3
keep [2]  8/17 56/22
key [1]  31/6
kick [1]  55/9
KID [1]  12/21
kind [6]  20/11 26/9
49/24 50/19 52/8 55/22
kinda [2]  26/7 38/4
Klei [1]  47/23

## K

**KLEIMAN [21]** 1/3 3/3
12/20 13/5 32/15 42/2
42/3 43/4 43/6 43/8 43/8
45/24 48/11 49/20 49/21
50/18 51/16 51/19 51/21
51/23 51/24
**Kleiman's [3]** 24/4 27/3
47/23
**knew [1]** 57/7
**know [61]** 5/16 7/17
7/23 9/15 14/5 14/8
15/13 17/16 17/23 17/24
17/25 18/5 18/19 21/4
22/11 24/6 25/4 25/4
25/9 26/15 27/16 27/18
27/19 27/20 27/20 27/21
28/9 29/3 33/7 33/8
33/19 34/20 35/23 37/5
37/8 37/18 38/4 38/10
39/8 39/10 39/13 42/19
43/14 43/16 43/18 44/3
47/4 49/15 49/20 51/15
52/6 55/4 55/5 55/11
55/15 56/8 56/11 57/11
57/18 57/25 59/8
**knowledge [1]** 54/8
**knows [1]** 51/16
**Kyle [1]** 2/8

## L

**large [1]** 56/5
**last [12]** 3/19 4/21 10/16
15/20 16/17 25/7 26/20
32/11 32/16 32/20 51/12
56/11
**late [1]** 8/2
**later [1]** 42/16
**laughing [1]** 32/20
**lawyer [1]** 55/13
**lawyers [1]** 58/13
**learn [1]** 46/7
**least [5]** 6/14 7/2 31/21
40/19 44/4
**leave [1]** 52/7 53/22 54/6
**lecturn [3]** 41/14 41/14
41/20
**left [2]** 6/9 7/6
**legal [5]** 6/21 6/22 38/15
54/14 54/16
**Leon [3]** 2/14 2/17 2/20
**less [2]** 18/20 21/13
**let [22]** 3/4 4/23 4/24
8/21 8/23 14/24 16/13
17/20 18/1 19/5 19/13
22/21 29/16 30/10 30/13
37/20 40/23 41/2 41/4
41/7 55/3 57/16
**let's [9]** 6/10 33/24
33/24 39/14 43/12 47/8
52/6 52/7 52/9
**letter [1]** 52/20
**letters [2]** 51/21 51/24
**liability [3]** 46/6 48/25
50/14
**limit [2]** 37/15 40/9

**limited [1]** 34/23
**line [3]** 16/10 16/14
42/11
**line 30 [2]** 16/10 16/14
**line 4 [1]** 42/11
**list [4]** 29/18 29/19
48/17 51/23
**Listen [2]** 54/11 55/3
**listing [7]** 11/17 11/18
24/12 25/4 26/2 26/7
28/19
**listings [1]** 24/16
**lists [1]** 26/23
**literally [2]** 16/4 57/22
**litigating [1]** 51/8
**little [6]** 14/2 20/2 21/8
23/21 24/10 59/5
**live [1]** 4/17
**LLP [7]** 2/2 2/5 2/8 2/11
2/13 2/16 2/19
**loans [1]** 49/8
**locating [1]** 49/15
**logistics [1]** 39/19
**London [4]** 5/14 38/2
40/8 46/15
**long [3]** 38/15 39/15
59/1
**looked [3]** 19/11 30/17
40/24
**looking [3]** 13/16 16/2
17/13
**looks [6]** 8/21 9/24 10/3
10/13 10/24 30/18
**lost [2]** 19/13 31/25
**lot [11]** 13/21 15/5 17/11
18/19 26/2 27/6 32/11
47/23 49/19 51/11 55/7
**low [1]** 20/16
**lump [1]** 49/25

## M

**magistrate [2]** 1/12 59/3
**mail [7]** 1/19 22/23 23/9
23/16 27/21 35/24 43/19
**mailed [2]** 36/18 42/16
**mails [7]** 12/4 21/10
21/10 22/7 22/11 22/18
22/19
**makes [3]** 31/15 32/17
59/8
**making [1]** 5/13
**marathon [2]** 12/25
21/23
**March [1]** 21/21
**March 20th [1]** 21/21
**market [1]** 32/19
**Markoe [4]** 5/14 5/15
40/12 54/1
**mass [1]** 28/22
**material [2]** 29/18 58/8
**materials [3]** 23/9 47/5
49/6
**matter [4]** 4/18 5/8 39/3
61/13
**maybe [8]** 22/15 25/11
26/8 27/22 33/18 33/25

35/22 44/19
**McGovern [2]** 5/14 5/16
**me [62]**
**mean [9]** 14/20 16/25
22/12 23/11 24/15 32/17
35/13 37/11 49/16
**meant [1]** 54/24
**media [1]** 10/17
**mediation [1]** 53/25
**meet [4]** 28/25 43/16
52/21 56/9
**meeting [1]** 16/16
**member [1]** 16/16
**memo [8]** 30/15 34/3
37/6 37/16 38/15 38/17
40/24 54/21
**memoranda [1]** 4/20
**memorandum [1]** 54/17
**memorandums [1]** 9/25
**mention [2]** 20/23 26/1
**mentioned [2]** 25/24
39/2
**Merit [1]** 61/9
**message [1]** 36/8
**messed [1]** 10/1
**Mestre [3]** 2/13 2/16
2/19
**metadata [3]** 25/5 28/20
29/25
**method [1]** 13/6
**methods [1]** 18/20
**Miami [6]** 2/4 2/7 58/14
58/20 58/22 58/23
**microphone [3]** 19/18
19/22 41/18
**middle [1]** 26/6
**might [9]** 6/6 14/10
17/16 25/13 26/16 26/22
32/17 50/11 55/14
**mike [1]** 41/20
**million [2]** 14/11 20/6
**mind [1]** 19/17
**mine [1]** 55/6
**mined [1]** 14/2
**minimum [1]** 22/12
**minute [1]** 60/4
**minutes [2]** 8/10 29/21
**misrepresented [1]**
15/17
**mistake [1]** 16/14
**modification [1]** 28/22
**modified [1]** 25/7
**Monday [5]** 5/16 53/5
57/1 57/2
**money [5]** 18/18 27/6
31/10 31/22 32/7
**month [1]** 38/14
**Moore [1]** 58/22
**morning [4]** 5/15 5/16
8/1 20/20
**Most [1]** 38/8
**motion [9]** 5/13 11/16
37/7 37/9 38/10 38/12
39/17 52/13 57/5
**move [4]** 7/18 41/19
46/9 56/20

**moving [1]** 8/17
**Mr [1]** 47/15
**Mr. [90]**
**Mr. Brenner [3]** 3/12
8/24 30/4
**Mr. Brenner's [1]** 35/23
**Mr. Cart [1]** 49/16
**Mr. Delich [1]** 3/24
**Mr. Freedman [24]** 3/8
5/25 7/11 7/24 8/24 9/4
18/2 26/20 28/25 30/5
30/17 33/14 33/25 34/4
35/10 37/16 38/13 40/21
43/9 44/15 50/21 57/9
59/16 59/24
**Mr. Freedman and [2]**
7/2 30/3
**Mr. Freedman had [4]**
42/9 44/5 49/14 56/9
**Mr. Freedman what [1]**
43/17
**Mr. Ira [2]** 43/4 51/19
**Mr. Kass [17]** 4/10 5/9
19/14 19/15 19/17 28/19
29/17 30/6 40/13 41/19
42/19 43/17 45/4 45/5
45/5 45/16 47/4
**Mr. Kass' [1]** 57/3
**Mr. Klei [1]** 47/23
**Mr. Kleiman [2]** 43/8
43/8 45/24 50/18
**Mr. Kleiman's [1]** 24/4
**Mr. Munoz [1]** 45/20
**Mr. Pascal [6]** 4/14 41/3
41/12 47/4 48/5 52/6
**Mr. Pascal' [1]** 57/3
**Mr. Rivero [16]** 4/3 5/2
6/8 6/12 16/1 18/2 19/6
30/15 37/12 37/18 38/21
40/24 52/24 54/12 59/18
59/22
**Mr. Roche [1]** 3/15
**Mr. Wilson [2]** 26/25
27/4
**Ms. [6]** 5/14 5/14 5/15
5/16 40/12 54/1
**Ms. Markoe [4]** 5/14
5/15 40/12 54/1
**Ms. McGovern [2]** 5/14
5/16
**much [11]** 14/5 14/8
18/18 28/10 28/11 30/3
31/12 41/12 47/21 57/24
58/12
**Munoz [2]** 45/19 45/20

## N

**name [9]** 3/20 3/25
12/22 13/2 13/4 16/17
16/18 21/11 24/13
**names [12]** 12/16 12/16
14/21 15/3 18/8 18/9
18/12 23/18 24/19 24/20
28/1 29/19
**narrow [2]** 22/15 25/14
**narrowed [1]** 22/15

**NAS [2]** 10/17 20/3
**necessary [1]** 11/19
**need [25]** 7/3 7/21 8/10
8/11 13/16 13/18 13/22
13/24 14/14 15/10 15/18
17/16 27/10 27/13 30/7
30/22 33/12 37/22 40/5
40/15 43/20 52/14 54/11
54/14 54/15
**needed [4]** 42/18 42/20
45/21 54/13
**needle [1]** 17/13
**needs [4]** 12/7 18/17
26/17 28/15
**negotiated [1]** 51/2
**neither [1]** 59/9
**never [3]** 22/2 22/3
43/12
**new [1]** 43/6
**next [5]** 8/21 8/22 30/14
31/20 50/15
**no [23]** 1/2 5/21 5/21
9/20 23/12 33/15 35/4
35/13 35/13 38/16 40/3
40/3 40/3 40/18 41/18
46/25 50/19 52/1 53/20
56/12 59/17 59/19 59/23
**nobody [2]** 59/9 59/10
**noise [1]** 20/11
**non [3]** 22/19 23/9 23/16
**non-e-mail [2]** 23/9
23/16
**non-e-mails [1]** 22/19
**none [2]** 31/12 61/6
**Nope [2]** 16/12 46/10
**note [1]** 53/7
**notes [1]** 12/3
**nothing [1]** 12/8
**notice [2]** 8/14 8/15
**notices [1]** 49/8
**notified [1]** 36/12
**noting [1]** 15/7
**November [11]** 1/8
43/16 43/19 43/25 45/16
45/18 46/16 58/4 58/4
58/5 58/5
**November 10th [1]** 58/5
**November 11th [2]**
43/19 45/18
**November 18th [1]**
46/16
**November 3rd [2]** 58/4
58/5
**November 5th [1]** 43/16
**November 6th [1]** 45/16
**number [10]** 3/3 35/9
44/10 45/19 48/24 50/1
50/4 50/10 50/16 51/23
**Number 10035299313
[1]** 45/19
**number 12 [1]** 50/1
**number 41 [1]** 50/4
**number 6 [1]** 50/10
**number 7 [2]** 48/24
50/16
**numbers [2]** 44/10 46/7

**N**

numbers 4 [1] 44/10
NY [2] 2/9 2/12

**O**

o'clock [1] 8/5
O'Mahoney [3] 16/17
16/18 16/23
oath [1] 15/17
objected [3] 22/2 42/19
44/2
objection [5] 7/13 8/20
35/4 42/5 50/19
objections [7] 6/14 6/21
6/22 7/3 8/12 51/3 56/24
observation [1] 56/15
observations [1] 53/1
observer [1] 54/1
obtain [2] 25/16 53/8
obviously [3] 7/13 16/25
43/4
occur [1] 54/25
October [1] 45/14
October 30th [1] 45/14
off [11] 6/10 11/22 19/25
20/6 20/6 21/9 24/23
25/9 39/22 48/17 55/22
offer [3] 6/24 52/17 59/4
offhand [1] 25/16
office [1] 15/22 15/23
16/17 17/2
Official [1] 1/17
offloading [1] 25/25
Oh [7] 3/22 14/15 34/19
35/13 50/15 57/2 57/7
okay [83]
old [1] 19/9
once [3] 28/25 55/9
55/21
one [34] 4/23 7/18 20/2
20/18 21/7 21/14 25/6
29/11 29/25 30/8 30/14
32/1 33/10 33/12 33/20
33/21 33/22 34/13 34/24
36/24 37/15 38/19 39/4
39/21 40/9 45/6 47/11
48/7 50/15 53/3 54/16
55/23 58/1 59/8
ones [1] 51/7
only [14] 5/20 12/22
15/15 21/12 22/3 23/8
33/15 33/16 33/17 39/20
39/21 47/20 47/21 50/7
open [3] 39/4 52/8 54/5
opposing [5] 21/18
24/15 25/12 26/6 29/22
opposite [1] 54/6
opposition [1] 37/11
option [1] 57/20
order [27] 3/1 5/24 6/1
6/2 6/20 13/21 15/9 17/1
24/21 27/8 28/6 28/12
28/18 29/2 31/15 31/16
31/16 32/24 32/25 35/14
39/3 47/2 48/6 56/25
57/22 59/12 59/14

ordered [2] 27/14 34/13
ordering [1] 39/8
orders [1] 41/1
originally [1] 16/21
otherwise [7] 5/24 6/1
6/2 19/20 41/20 51/11
55/14
ought [2] 47/6 53/10
our [19] 5/8 5/12 15/14
17/7 20/1 21/24 26/15
27/17 27/22 28/2 35/25
37/25 41/6 51/9 54/21
55/1 55/25 55/25 57/5
ourselves [1] 44/7
outside [2] 22/14 58/7
over [20] 12/12 12/22
14/2 18/11 19/4 19/18
20/2 20/5 20/9 20/14
26/9 26/12 28/1 28/10
31/11 32/21 51/2 51/3
52/2 58/8
over-collection [1]
28/10
overrule [1] 8/19
own [6] 14/23 18/6
24/16 24/18 32/11 42/23
owned [1] 17/4
owns [1] 13/5

**P**

p.m [1] 8/10
page [17] 1/15 10/13
15/24 16/4 16/5 16/7
16/13 16/13 16/14 31/2
31/8 32/3 32/6 32/9
32/16 42/11 50/2
page 2 [1] 10/13
page 200 [1] 42/11
page 300-2 [1] 50/2
page 4 [2] 15/24 16/7
page 6 [4] 16/13 16/14
31/2 31/8
page 7 [1] 32/16
page 8 [1] 32/3
pages [2] 4/20 37/15
Palm [4] 1/7 1/18 8/2
58/13
paperwork [3] 41/8 41/9
41/10
paragraph [2] 23/14
31/20
paragraph 9 [1] 23/14
parent [1] 11/7
particular [1] 17/20
20/18 58/19
particulars [1] 5/9
parties [18] 7/3 9/9 10/5
13/13 14/24 18/22 21/22
38/18 40/7 45/10 51/1
51/6 56/4 57/14 57/20
58/20 59/3 59/20
parties' [1] 12/24
partnership [3] 24/6
31/22 31/23
party [1] 56/1
Pascal [7] 4/12 4/14

41/3 41/12 47/4 48/5
52/6
Pascal' [1] 57/3
Paschal [1] 2/19
past [1] 49/8
paths [4] 12/16 12/17
23/18 28/5
patience [1] 55/14
PDF [1] 29/3
pdfs [1] 27/21
pending [2] 8/12 13/23
people [3] 26/24 30/2
58/7
per [1] 24/24
percent [1] 13/5
percentage [1] 56/5
Perfect [1] 29/23
perhaps [1] 25/10
period [5] 22/11 22/14
22/15 24/1 27/25
permission [2] 37/1 55/1
permitted [1] 53/11
person [4] 4/17 7/20
21/6 46/8
personal [3] 43/4 51/25
54/8
persuasive [1] 46/8
pertain [1] 26/4
pertains [1] 22/7
phone [5] 3/13 3/16 4/16
45/19 56/11
picked [1] 13/6
place [3] 9/21 38/2 59/6
plaintiff [3] 3/16 35/4
40/19
plaintiff's [2] 30/14 34/3
plaintiffs [20] 1/4 2/2
3/5 3/7 3/11 12/7 12/13
12/20 13/11 13/22 13/24
16/25 20/8 21/21 22/2
27/10 42/4 42/16 49/19
55/25
pleading [1] 38/19
pleasantly [1] 34/1
Please [1] 52/19
point [20] 8/16 13/11
17/13 21/1 21/20 22/1
28/15 29/1 30/22 33/16
41/19 43/2 44/3 47/5
47/14 47/16 47/18 52/7
52/11 59/2
pointed [3] 6/8 11/16
38/1
Ponce [3] 2/14 2/17 2/20
portion [1] 18/7
portions [2] 9/9 38/18
position [5] 5/7 5/23
5/25 53/10 53/13
potential [1] 54/16
potentially [1] 27/9
power [3] 17/18 31/18
45/24
practically [1] 6/5
practice [1] 57/18
prepare [2] 15/11 42/20
prepared [1] 51/21

pretty [4] 30/6 35/10
38/17 57/23
previously [2] 42/1
49/13
price [1] 24/24
primarily [1] 6/15
principle [1] 45/11
prior [4] 27/1 27/2 27/8
41/1
privacy [1] 31/12
privilege [2] 51/10 52/1
probably [3] 6/14 8/2
57/12
problem [4] 4/1 39/23
46/23 49/15
problems [1] 49/19
procedures [1] 59/7
proceed [1] 37/6
proceedings [3] 1/10
60/6 61/12
process [14] 12/5 17/12
18/23 23/1 24/24 26/8
27/18 43/21 44/2 45/11
45/12 47/14 54/20 59/16
processed [9] 11/3 11/4
11/5 11/5 12/11 20/4
20/7 22/18 23/1
processing [3] 19/25
25/17 25/25
produce [10] 10/6 12/14
12/15 13/14 20/10 28/14
28/18 29/17 42/4 52/2
produced [13] 10/12
12/12 18/13 18/25 20/8
20/9 23/5 23/13 27/12
48/2 49/16 51/9 51/11
producing [1] 44/2
production [8] 27/14
42/6 44/12 48/10 48/23
49/24 50/1 52/12
productions [1] 42/7
professional [1] 55/20
progressed [1] 36/3
project [1] 31/22
promptly [1] 59/13
proper [1] 6/22
property [3] 27/1 27/2
27/8
proportional [1] 12/7
proportionate [1] 26/17
proportioned [1] 18/17
prove [2] 13/24 17/7
provide [5] 25/17 42/10
42/15 44/6 45/22
provided [2] 22/2 54/17
providers [1] 17/3
public [6] 11/12 11/25
12/2 21/5 26/11 36/13
pull [2] 19/18 31/1
pulled [6] 20/1 20/1 20/4
20/6 21/9 21/9
put [6] 13/12 19/24
21/16 33/24 36/21 39/14

**Q**

quantum [1] 17/10

question [8] 22/5 23/24
28/9 29/11 33/9 39/15
40/2 50/19
questions [1] 59/16
quick [2] 26/3 29/11
quickly [8] 13/14 29/17
30/11 37/23 38/23 40/25
47/8 50/7
quite [4] 6/3 8/23 15/8
44/21

**R**

raise [3] 40/20 41/23
48/16
raised [5] 34/3 34/5 42/8
42/9 51/8
raising [1] 22/4
Ramona [3] 11/4 21/5
26/24
ran [2] 21/12 32/20
rather [2] 16/14 43/7
reach [1] 47/5
reached [1] 45/10
read [2] 4/22 47/9
ready [3] 37/7 37/17
38/12
realize [1] 6/23
really [6] 21/6 21/13
25/24 26/4 26/17 41/1
Realtime [1] 61/10
reason [7] 14/16 19/1
19/2 20/23 24/21 33/16
33/17
reasons [1] 53/19
rebut [1] 54/7
recall [1] 34/24
recalled [1] 51/20
receive [3] 47/22 51/25
52/2
received [5] 42/6 42/14
44/1 49/11 53/17
recognize [1] 40/11
record [12] 19/21 21/8
36/9 36/13 36/16 36/16
36/21 41/21 44/22 49/24
53/8 54/8
recorded [1] 19/21
RECORDING [1] 61/12
records [4] 45/3 50/18
51/18 53/9
redact [1] 36/14
redaction [1] 34/23
redactions [3] 34/15
34/18 35/5
redo [1] 57/21
references [1] 21/18
Registered [1] 61/9
REINHART [1] 1/11
rel [1] 13/21
relate [1] 51/22
related [5] 25/5 27/2
27/7 48/24 50/18
relating [2] 49/9 53/25
relatively [1] 30/11
relevance [1] 51/6
relevant [21] 13/14

# R

relevant... [20] 14/22 14/25 15/3 18/7 19/1 19/2 19/3 22/14 26/8 26/22 26/25 27/9 27/20 27/25 27/25 28/1 28/8 30/21 32/24 44/23
relied [1] 36/20
relief [2] 44/3 57/24
remain [1] 19/7
remaining [2] 9/8 23/14
remedy [4] 47/7 47/16 47/19 52/11
remembering [1] 43/1
remind [2] 57/12 57/14
reminder [1] 36/23
reopen [1] 53/16
repeat [1] 54/3
reply [3] 37/22 37/22 37/25
report [1] 49/16
Reporter [4] 1/17 1/17 61/9 61/10
representation [1] 20/25
representative [2] 43/5 51/25
request [21] 8/18 8/20 29/2 30/13 30/18 33/3 42/23 44/10 44/11 44/14 45/17 45/21 48/22 48/23 48/24 49/20 49/25 50/1 50/10 50/16 53/16
requested [1] 42/3
requesting [1] 51/22
requests [8] 4/25 8/12 48/13 49/24 51/1 51/2 51/3 51/7
requirement [1] 29/5
requires [1] 13/23
requiring [1] 35/14
research [2] 3/4 38/14
reserving [1] 7/13
reset [2] 57/16 59/13
resolution [2] 29/8 42/8
resolved [2] 39/22 56/19
resonate [1] 58/12
resonates [1] 58/12
respect [1] 31/11
respond [3] 18/3 37/19 54/10
responded [2] 52/10 52/10
responds [1] 16/22
response [10] 33/25 34/1 37/21 38/13 38/21 38/23 43/18 44/14 48/23 54/12
responses [4] 4/25 7/14 8/19 33/17
responsive [4] 21/11 21/13 23/4 30/6
rest [2] 5/14 53/7
resulted [2] 27/15 28/1
retrievable [1] 28/21
retrieved [1] 47/5
return [1] 42/24
returns [2] 42/2 43/18

review [7] 4/19 14/20 18/6 20/22 27/25 28/14 51/10
reviewed [2] 12/15 36/9
revisit [1] 40/25
rid [1] 27/23
right [51] 3/2 3/25 4/2 4/15 4/24 6/19 8/4 8/8 8/18 8/21 9/20 9/21 10/5 10/8 14/9 16/13 18/1 19/15 19/23 21/19 23/12 25/23 29/24 30/17 33/21 34/2 34/4 35/3 35/21 36/5 36/7 36/11 36/11 36/24 39/15 40/3 40/6 40/19 40/23 41/7 41/7 43/3 44/15 45/7 45/23 47/13 49/3 49/21 49/21 52/5 56/23
Rivero [21] 2/13 2/13 2/16 2/19 4/3 4/4 5/2 6/8 6/12 16/1 18/2 19/6 30/15 37/12 37/18 38/21 40/24 52/24 54/12 59/18 59/22
RMR [2] 1/17 61/17
Roche [9] 2/2 2/8 2/8 2/11 3/6 3/14 3/14 3/15 3/17
rolling [3] 10/7 42/6 42/7
Rosenberg [1] 58/17
Rosenberg's [1] 39/11
ruin [1] 57/3
ruined [1] 4/21
rule [7] 7/3 28/9 39/11 39/17 54/14 54/15 56/16
ruled [2] 34/19 37/23
rules [2] 37/3 38/7
ruling [2] 34/18 53/3
run [13] 18/10 18/11 18/18 18/19 19/4 20/7 21/19 23/2 24/16 49/19 51/9 55/6 60/4
rush [1] 55/11
rushing [2] 56/9 56/10

# S

same [12] 16/4 16/5 23/24 27/11 43/2 52/17 55/12 55/14 58/10 58/11 58/15 58/18
sanctions [4] 13/21 17/1 32/24 32/25
saw [1] 50/7
say [14] 5/5 17/16 22/25 24/9 26/9 33/6 49/4 52/7 53/13 55/6 56/7 56/11 58/14 59/8
saying [8] 6/21 10/21 17/15 31/18 36/8 43/11 43/19 47/14
says [5] 16/18 16/23 16/24 31/15 31/20
schedule [3] 7/20 39/16

scheduled [1] 40/10
scheduling [3] 39/23 57/21 59/14
Schiller [2] 2/5 3/11
Schneur [1] 2/16
scope [1] 41/1
Scott [1] 45/19
Seagate [3] 10/17 11/1 17/21
seal [2] 36/15 36/16
search [31] 6/17 12/17 12/25 13/13 14/25 15/1 15/2 15/4 18/11 18/16 18/18 18/20 18/22 19/3 20/7 21/12 21/19 21/23 21/24 23/2 23/12 24/22 24/22 27/17 27/22 28/2 28/7 28/13 51/1 51/6 51/8
searches [4] 21/11 24/16 24/18 28/16
seated [3] 9/3 19/7 41/13
seats [1] 41/19
second [12] 21/14 30/24 32/1 32/5 32/6 32/9 33/10 33/12 41/8 41/10 55/4 58/2
secondly [2] 53/12 53/21
secretary [2] 45/18 46/17
Section [1] 46/5
Section 6103 [1] 46/5
Security [1] 51/23
seek [1] 37/1
seem [2] 7/19 26/4
seems [4] 7/5 26/7 26/17 49/5
segment [1] 28/2
send [6] 29/21 36/2 36/2 42/17 42/20 52/19
sense [2] 24/1 37/20
sensitive [1] 38/22
sent [9] 21/22 41/18 43/14 44/23 44/25 45/6 46/13 46/17 48/17
sentences [1] 32/11
separate [2] 48/22 55/24
September [1] 45/10
September 11th [1] 45/10
serve [2] 7/1 43/6
served [1] 7/1
server [1] 24/23
servers [1] 26/22
session [1] 21/23
set [14] 6/25 7/22 7/25 8/4 8/9 8/10 12/8 12/19 14/19 39/15 39/19 40/4 40/7 40/8
settlement [4] 43/15 45/10 45/11 45/12
seven [3] 37/2 50/12 50/13
Seychelles [1] 16/20
SFranklinUSDC [1]

39/25
share [11] 11/3 11/13 11/17 12/2 12/10 12/11 19/3 22/10 23/25 37/16 57/19
shares [5] 11/2 11/6 11/25 17/5 19/13
she'd [1] 58/25
sheet [1] 41/9
shins [1] 55/9
shocked [1] 36/20
short [2] 38/17 41/6
shortly [1] 27/4
shot [1] 30/10
should [4] 5/5 8/7 9/1 18/12 18/23 18/23 19/4 27/21 27/24 32/12 32/13 54/21 56/23 59/3
shouldn't [1] 8/25
show [1] 14/10
showing [2] 13/23 19/1
sic [2] 33/23 43/18
side [2] 59/8 59/10
sides [6] 55/8 55/22 56/17 56/18 58/9 59/10
sign [1] 33/13
signal [1] 28/10
similar [1] 52/20
simple [3] 24/14 31/17 44/2
simply [2] 17/16 43/2
since [6] 5/15 5/16 9/11 9/12 35/23 46/5
single [3] 17/11 24/13 24/13
sir [1] 46/1
sit [1] 25/12
situation [1] 46/22
small [2] 15/1 28/2
snafus [1] 44/19
Social [1] 51/23
solution [1] 24/14
somebody [3] 35/24 47/6 58/17
Somebody's [1] 56/24
someone [1] 31/13
something [13] 4/22 7/22 24/10 25/12 26/7 26/16 30/9 33/13 39/2 56/8 57/7 57/11 59/4
sometimes [2] 55/11 56/13
somewhere [1] 35/22
sorry [15] 3/19 3/24 9/18 9/23 13/10 16/12 18/4 20/13 21/22 23/11 32/2 33/14 43/23 50/8 53/14
sort [6] 17/22 21/13 26/5 26/5 37/16 44/15
sorta [1] 11/7
sound [1] 7/5
sounds [2] 29/18 44/18
sourced [1] 16/21
South [1] 2/3
Southeast [1] 2/6

1/19
share [11] ...
SOUTHERN [1] 1/1
speak [3] 19/22 23/20 46/7
speaking [1] 6/5
special [1] 52/17
specifically [2] 13/25 39/3 51/5
Specifically 6 [1] 51/5
specifics [1] 41/5
spend [2] 26/9 28/6
spent [2] 31/22 32/7
stalling [1] 43/15
stamping [1] 10/14
stand [2] 9/4 19/11
standard [1] 42/22
start [3] 3/4 3/5 19/25
started [1] 49/4
starting [1] 53/4
stated [1] 49/14
statements [4] 31/6 49/9 53/24 54/5
STATES [2] 1/1 1/12
status [4] 45/17 46/18 50/20 59/13
stay [1] 9/3
step [3] 4/23 14/24 55/3
Stephen [1] 1/17 61/9 61/16 61/17
still [4] 13/24 14/13 35/21 35/24
stop [1] 22/22
Street [2] 1/18 2/6
strikes [2] 58/16 58/17
strong [1] 12/19
stuff [2] 17/22 34/11
subject [2] 9/7 55/25
subjected [1] 27/22
submission [1] 53/24
submit [3] 34/18 38/19 43/20
submitted [6] 15/18 20/20 26/13 36/3 43/19 53/23
subpoena [1] 49/18
subset [1] 15/1
substantial [1] 28/21
substantiating [1] 26/15
subsume [1] 49/5
such [2] 28/21 54/25
suggesting [3] 28/19 47/12 47/13
Suite [5] 2/3 2/6 2/14 2/17 2/20
summary [1] 38/9
Sunday [1] 5/15
sure [26] 5/22 6/23 7/8 7/10 8/23 16/3 18/17 21/2 21/24 22/6 27/17 29/12 29/16 30/23 30/25 44/17 44/21 45/4 45/7 46/19 46/24 49/23 50/24 53/2 56/18 59/7
surprised [1] 34/1
suspect [2] 15/5 58/24
switch [1] 41/19
sworn [1] 33/1

**S**

**system [3]** 10/17 27/19 35/22

**T**

**table [1]** 11/22
**tailored [1]** 27/17
**take [24]** 4/23 4/24 11/21 14/24 19/21 24/15 24/23 29/21 30/3 30/10 33/7 33/19 33/23 38/2 38/9 38/14 39/18 53/4 53/10 53/13 55/3 56/2 56/23 58/25
**talk [10]** 8/15 22/21 25/21 28/25 30/2 30/3 37/22 46/7 46/24 46/24
**talked [1]** 31/11
**talking [3]** 9/13 16/20 26/12
**talks [1]** 43/15
**tanked [1]** 32/19
**targeted [1]** 29/2
**tax [16]** 15/22 15/23 16/17 17/2 42/2 42/10 42/10 42/14 42/23 43/18 44/1 44/4 44/6 47/22 48/13 53/8
**taxpayer [1]** 42/23
**team [1]** 7/2
**tee [2]** 47/19 56/19
**Telephone [2]** 2/8 2/10
**tell [7]** 7/20 34/9 46/25 49/23 57/22 58/3 58/19
**tells [5]** 30/7 30/8 41/10 59/9 59/10
**tended [1]** 7/22
**terabytes [2]** 23/25 28/13
**terms [31]** 5/9 9/8 12/18 12/19 12/20 12/25 13/13 14/25 15/2 15/2 15/5 18/11 18/18 18/20 18/22 19/3 20/7 21/12 21/19 21/23 21/24 23/2 23/18 38/7 51/1 51/6 51/8
**testified [6]** 14/2 14/4 14/6 14/7 27/1 27/4
**testimony [1]** 33/1
**thank [15]** 7/9 7/12 7/16 9/6 19/5 20/15 31/3 40/17 40/22 41/12 47/21 48/5 56/21 59/17 60/5
**that's [50]** 4/21 5/6 5/7 5/12 8/1 10/2 14/9 16/12 17/12 17/14 17/15 17/18 22/14 23/7 23/12 25/1 25/11 26/7 27/14 28/2 28/14 28/16 28/24 29/6 30/3 30/8 30/8 30/12 30/18 33/5 33/5 33/9 35/19 36/11 40/3 40/13 41/19 44/9 44/9 46/6 47/1 48/3 48/10 51/10 55/9 58/1 58/14 59/4

**throw [1]** 57/11
**throwing [1]** 46/5
**time's [1]** 60/2
**time-wise [1]** 21/17
**timeframe [2]** 6/24 37/21
**times [4]** 15/14 32/22 46/4 55/6
**title [1]** 11/3
**today [10]** 5/15 25/11 29/22 33/20 33/24 38/13 40/20 56/25 57/6 57/8
**together [3]** 38/20 54/21 56/22
**told [3]** 6/12 45/20 58/24
**tomorrow [2]** 33/13 56/25
**too [4]** 16/9 30/15 38/21 48/22
**took [2]** 33/18 33/20
**top [2]** 25/9 32/3
**total [2]** 10/18 10/21
**track [1]** 38/21
**train [3]** 7/20 59/25 60/2
**transcript [9]** 1/10 15/21 15/24 27/15 30/18 33/7 34/13 42/12 61/11
**transfer [2]** 31/14 31/19
**transferring [1]** 59/12
**traveled [1]** 46/15
**trial [5]** 52/22 57/23 58/3 58/13 59/6
**tried [3]** 31/11 46/23 49/18
**true [2]** 17/17 30/21
**trust [8]** 13/2 13/4 13/6 16/20 16/20 17/3 31/14 32/16
**try [8]** 7/17 38/23 58/3 58/4 58/5 58/13 58/23 59/6
**trying [6]** 5/22 17/14 23/10 44/19 46/20 55/11
**Tulip [1]** 31/14
**turn [4]** 8/21 8/23 30/13 40/23
**turned [2]** 12/22 16/7
**turns [2]** 15/24 47/4
**Twelve [1]** 48/3
**twenties [1]** 20/16
**two [21]** 15/21 23/25 28/1 28/13 32/11 34/7 34/24 37/19 37/20 39/21 39/22 40/7 40/8 41/16 41/22 46/11 46/13 50/7 50/23 51/22 53/1
**TXT [1]** 29/3
**type [2]** 10/25 27/21

**U**

**Uh [18]** 13/3 14/12 14/18 16/11 21/15 22/24 24/11 25/8 26/14 31/4 31/5 31/9 32/10 34/16 41/24 53/6 54/4 54/19
**Uh-huh [16]** 13/3 14/12

16/11 21/15 22/24 24/11 25/8 26/14 31/4 31/9 32/10 34/16 41/24 53/6 54/4 54/19
**ultimately [1]** 53/23
**Um [1]** 24/8
**under [13]** 6/16 10/9 15/17 21/18 27/8 28/9 31/21 36/15 36/16 37/2 39/10 39/12 50/13
**understand [25]** 5/18 5/21 8/23 10/20 12/4 12/12 12/17 14/15 14/15 17/9 20/11 24/25 25/2 25/20 26/7 36/22 40/12 48/4 49/13 53/3 53/18 55/10 55/16 55/21 56/17
**understanding [1]** 5/4
**understands [1]** 30/7
**Understood [9]** 9/14 13/8 15/12 19/5 28/4 38/3 44/8 54/9 55/2
**undue [1]** 29/7
**Unfortunately [1]** 25/15
**unilateral [1]** 53/24
**UNITED [2]** 1/1 1/12
**universe [1]** 25/14
**unless [5]** 5/3 5/13 5/24 6/1 59/20
**unrebutted [2]** 53/23 54/7
**until [4]** 5/24 22/1 33/22 39/22
**upheld [1]** 15/10
**upload [2]** 24/23 24/24
**upon [1]** 6/12
**urge [1]** 40/7
**urgency [1]** 30/7
**us [19]** 11/16 34/13 36/1 37/6 37/20 39/22 42/10 42/15 42/17 44/6 45/6 45/16 45/20 45/20 45/22 48/8 51/14 52/18 52/19
**used [3]** 10/22 17/22 17/22
**useful [1]** 28/24
**users [4]** 21/4 26/23 26/23 27/24
**uses [1]** 43/3
**usually [5]** 7/22 25/5 35/10 37/22 58/14

**V**

**validates [1]** 17/1
**variations [1]** 12/21
**Vel [1]** 3/6
**Velvel [1]** 2/2
**versus [1]** 3/4
**very [14]** 15/1 24/5 26/3 26/19 31/6 34/23 34/24 41/12 44/4 46/4 47/21 56/1 56/4 57/8
**video [3]** 11/13 11/17 11/22
**videos [2]** 24/15 26/3
**view [6]** 5/8 5/13 11/6

16/11 21/15 22/24 24/11 25/8 26/14 31/4 31/9 32/10 34/16 41/24 53/6 54/4 54/19
**views [1]** 38/8
**volume [1]** 10/18
**volume 3287.9 [1]** 10/18
**voluntarily [1]** 10/6
**voluntary [1]** 10/4

**W**

**waiting [1]** 35/7
**waive [1]** 37/25
**walk [1]** 60/4
**want [33]** 8/15 16/3 18/1 21/7 21/16 21/20 26/1 26/8 29/1 33/6 37/5 37/15 37/23 37/23 38/20 39/20 39/21 45/24 47/10 48/16 53/7 53/9 53/21 53/22 55/16 55/23 57/15 57/19 57/22 58/3 58/4 58/20 59/6
**wanted [8]** 36/9 36/13 40/20 45/5 51/13 56/9 58/23 59/1
**wants [4]** 24/15 37/6 59/8 59/10
**wasn't [3]** 33/19 53/24 56/19
**wasteful [1]** 27/18
**ways [1]** 18/19
**we'd [5]** 17/18 27/18 27/23 44/4 44/4
**we'll [12]** 8/15 24/16 34/22 35/3 35/18 35/21 36/21 38/23 40/4 52/13 56/20 58/4
**we're [18]** 5/19 9/7 9/13 11/17 11/24 16/3 24/17 26/12 27/16 27/17 35/7 37/25 39/3 39/4 43/25 46/5 54/2 57/9
**we've [7]** 20/8 26/13 27/11 27/12 31/11 48/14 49/18
**week [2]** 42/16 51/12
**weekend [2]** 57/2 57/3
**weeks [2]** 30/8 37/19
**well [24]** 3/18 4/20 5/5 5/25 6/19 14/4 21/22 21/23 26/8 26/19 28/24 33/2 33/9 33/21 34/9 38/6 40/13 42/22 52/21 56/5 56/7 57/12 58/10 58/11
**Wells [1]** 51/20
**went [3]** 33/20 35/25
**weren't [1]** 21/19
**West [3]** 1/7 1/18 8/1
**what's [5]** 13/15 13/15 14/16 20/11 41/10
**whatever [4]** 19/7 42/17 54/15 58/5
**whatever's [1]** 9/5
**where [10]** 6/2 6/6 17/13 25/1 26/6 31/25 35/25 44/16 47/5 52/9
**wherever [1]** 41/15

## W

**whether [7]** 25/11 30/20 30/20 33/3 33/6 58/15 58/22

**while [7]** 9/11 9/12 15/10 55/5 55/9 55/21 57/9

**who's [1]** 41/3

**whole [1]** 57/2

**whose [1]** 16/17

**why [10]** 18/17 18/24 19/1 19/2 20/23 26/21 30/21 33/7 43/12 46/6

**wiki [2]** 11/5 21/5

**Wilson [2]** 26/25 27/4

**win [1]** 39/21

**wise [1]** 21/17

**withdrawing [1]** 49/10

**withholding [2]** 18/24 32/19

**within [1]** 11/1

**without [7]** 12/19 25/16 28/21 42/4 46/9 54/21 55/1

**won't [2]** 46/24 57/12

**words [1]** 34/24

**work [19]** 6/10 7/15 7/23 8/2 8/5 8/7 11/13 11/25 12/10 21/6 21/8 22/8 22/10 22/19 22/25 23/25 26/10 27/23 55/10

**worked [1]** 45/4

**working [4]** 5/19 46/25 56/22 57/3

**works [4]** 17/12 17/19 47/1 59/15

**world [3]** 24/3 24/5 58/8

**worth [1]** 15/7

**wouldn't [1]** 19/17

**WRIGHT [22]** 1/6 3/4 4/5 4/9 4/13 10/12 14/1 15/22 16/22 16/24 17/2 20/21 30/19 31/18 32/5 32/9 32/16 37/2 41/16 47/15 47/18 52/11

**Wright's [5]** 21/11 34/14 36/12 39/14 40/24

**wrong [2]** 43/20 47/13

**wrote [1]** 54/12

**Wythe [2]** 2/9 2/11

## Y

**y'all [1]** 58/22

**yeah [23]** 6/16 11/8 20/23 29/10 29/12 29/16 29/16 29/20 32/2 33/5 33/18 36/25 38/18 38/25 39/7 39/20 40/15 40/18 44/21 47/2 48/21 50/23 53/20

**year [1]** 42/5

**years [2]** 31/11 32/20

**Yep [1]** 16/7

**yes [26]** 4/10 6/17 7/12 7/16 16/24 20/22 22/9 23/3 30/1 34/12 37/13 39/25 40/2 40/22 41/2 42/25 44/11 46/1 46/4 46/23 48/9 48/18 49/7 50/5 50/15 60/1

**yet [1]** 33/17

**you'd [3]** 9/3 17/11 41/8

**you'll [5]** 6/13 31/13 33/25 37/18 58/6

**you're [26]** 4/16 6/1 8/24 9/4 9/5 13/17 13/17 14/17 17/13 17/15 19/8 28/11 28/11 30/19 32/3 33/2 35/10 36/22 39/8 40/8 43/11 46/22 55/8 57/3 57/23 58/15

**you've [11]** 6/12 15/14 35/23 37/17 38/12 40/10 40/20 47/3 53/18 55/20 58/7

**your -- I [1]** 57/7

**yours [2]** 30/15 38/20

**yourselves [1]** 37/23

## Z

**Zelman [1]** 4/8