# EXHIBIT 2



July 17, 2019

Ira Kleiman
5104 Robino Circle
West Palm Beach, FL 33417

Dear Mr. Kleiman:

If you have any questions or comments, please do not hesitate to contact Velvel Freedman. If you have any questions regarding your invoices, please call me at 914-749-8200. If you have any questions regarding payment information, please contact our Boca Raton office at 561-886-6000.

Sincerely yours,

Sherri Venticinque-Presti
Billing Manager

Enclosures



Invoice No. 158321

June 30, 2019

Services Through the Month of June 2019
on Behalf of Ira Kleiman
In Connection with the Bitcoin Litigation

## A. Time Related Charges

██████████████████████████████████████   ████████

Time Devoted by Andrew Brenner (████████ $1,050.00 per hour)   ████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

Time Devoted by Velvel Freedman (████████ $900.00 per hour)   ████████

██████████████████████████████████████████████

██████████████████████████████████████████

Time Devoted by Kyle Roche (████████ $690.00 per hour)   ████████

Time Devoted by Kyle Roche (████████ $690.00 per hour)   ████████

Time Devoted by Stephen Lagos (████████ $610.00 per hour)   ████████

Time Devoted by Stephen Lagos (████████ $610.00 per hour)   ████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

**Total Time Related Charges:**   ████████



Invoice No. 158321                                                        June 30, 2019

Services Through the Month of June 2019
on Behalf of Ira Kleiman
In Connection with the Bitcoin Litigation

**B. Other Charges**



Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| ████ | ████████████████████████████████████████████ | 9.5 |
| ████████ | ████████████████████████████████████████████ | |
| 04/29/19 (Mon.) | Revise memoranda in opposition to motions regarding ████████ bitcoin addresses; communications with team re: same. | 2.5 |
| 05/14/19 (Tue.) | Review documents concerning potential fraud on the Court; multiple communications with team re: same. | 1.3 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 05/16/19 (Thu.) | Review documents at issue in potential fraud on the court claim; prepare for and participate in teleconference re: same. | 3.0 |
| 05/17/19 (Fri.) | Continued attention to potential fraud on the Court claim; continue review of documents re: same; multiple communications with team re: same. | 1.0 |
| 06/03/19 (Mon.) | Review and revise motion to compel compliance with Court Order; multiple communications with team re: same. | 1.5 |
| 06/11/19 (Tue.) | Attention various outstanding discovery issues; attention to pending motions; communications with team re: same; begin reviewing documents in connection with preparing outline for continued deposition of Craig Wright. | 4.0 |
| 06/12/19 (Wed.) | Continue review of documents re: updated deposition of Craig Wright; begin drafting outline for updated deposition of Craig Wright. | 4.0 |
| 06/13/19 (Thu.) | Continue review of documents related to updated deposition of Craig Wright; review initial deposition of Craig Wright; continue drafting outline for updated deposition of Craig Wright. | 8.0 |
| 06/14/19 (Fri.) | Continue drafting outline for updated deposition of Craig Wright. | 4.0 |
| 06/17/19 (Mon.) | Continue drafting and revising deposition outline for update deposition of Craig Wright; revise mediation statement. | 2.5 |
| 06/18/19 (Tue.) | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ continue drafting and revising deposition outline; review of additional documents re: same. | 3.0 |
| 06/19/19 (Wed.) | Continue drafting and revising deposition outline for update deposition of Craig Wright; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conferences with team re: hearing preparation. | 2.5 |
| 06/21/19 (Fri.) | Continue revising outline for update deposition of Craig Wright; review additional documents and proposed revisions re: same. | 3.0 |
| 06/22/19 (Sat.) | Continue revising outline for update deposition of Craig Wright; communications with team re: same; review additional documents re: same. | 1.5 |
| 06/23/19 (Sun.) | Continue revising outline for update deposition of Craig Wright; communications with team re: same; review additional documents re: same. | 2.1 |
| 06/25/19 (Tue.) | Continued attention to update deposition of Craig Wright; review additional documents re: same; attention to preparation for 6/28 hearing; multiple communications with team re: same. | 2.5 |
| 06/26/19 (Wed.) | Continued preparation for update deposition; continued preparation for June 28 evidentiary hearing; multiple communications with team re: same. | 3.0 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 06/27/19 (Thu.) | Continued preparation for update deposition; continued preparation for June 28 evidentiary hearing; multiple communications with team re: same. | 8.0 |
| 06/28/19 (Fri.) | Prepare for and attend evidentiary hearing. | 9.5 |







Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
|      |                           |       |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | ███████████████████████████████████████████ | █ |
| 04/27/19 (Sat.) | ████████████████████ attention to revised bitcoin motion (3.4); ████████ ███ ? | █ |
| 04/28/19 (Sun.) | ██████████████████████ continued attention to bitcoin motion and national security motions (3.2); | █ |
| 04/29/19 (Mon.) | Attention to drafts of all pending motions and review of OC filing in preparation of same. | 5.0 |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 05/06/19 (Mon.) | Prepare for and attend telephonic status conference; attention to motion to compel (1), ██████████████████████████████████ ████████████████ | ██ |
| | ████████████████████████████████████████████████████████████████████████████████████████████████████████████████ | |
| 05/08/19 (Wed.) | Review and finalize Plaintiff's Response re Production of List of Public Addresses. | 1.0 |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | | |
| 05/19/19 (Sun.) | Attention to experts, bitcoin addresses, and other discovery issues; attention to motion practice | 3.0 |
| | | |
| 05/21/19 (Tue.) | Attention to expert reports and drafting of motions | 2.0 |
| | | |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | | |
| 06/03/19 (Mon.) | Review sealed motion to compel transactional documents | 0.2 |
| | | |
| 06/07/19 (Fri.) | Review response to motion to compel, conference w/ client and team re same | 1.5 |
| 06/10/19 (Mon.) | Prepare for upcoming discovery hearing | 4.0 |
| | | |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
|  | | |
| 06/11/19 (Tue.) | Review Plts' Motion to Compel Defendant to Comply with this Court's Orders Directing Him to Produce a List of Bitcoins He Held as of 12-31-2013 | 0.2 |
| 06/11/19 (Tue.) | Prepare for and attend Discovery Hearing | 8.5 |
| 06/21/19 (Fri.) | Preparation for hearing/deposition | 5.0 |
| 06/22/19 (Sat.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 2.5 |
| 06/23/19 (Sun.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |
| 06/24/19 (Mon.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |

Summary of Work Performed by Velvel Freedman
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 06/24/19 (Mon.) | Review Plt's Unopposed Motion to Bring Electronic Equipment and editing same | 0.3 |
| 06/25/19 (Tue.) | Review Plt's Notice of Intention to Call Dr. Edman and editing same | 0.5 |
| 06/25/19 (Tue.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |
| 06/26/19 (Wed.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.0 |
| 06/27/19 (Thu.) | Prepare for 6/28 hearing and depo (cross outline, depo outline, expert direct, legal issues, discovery issues) | 15.5 |
| 06/28/19 (Fri.) | Prepare for and attend CSW depo and show cause hearing | 12.0 |









1906099870001-158321





Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
|      |                           |       |

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | ███████████████████████████████████████ | |
| 04/24/19 (Wed.) | ███████████████████ document review for bitcoin wallet motion. | 7.2 |
| | ███████████████████████████████████████ | |
| 05/09/19 (Thu.) | Review trust documentation and discuss with Velvel and team; review documents; ███████████████. | 8.2 |

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|---|---|---|
| | ███████████████████████████████████████████████████████ | |
| 05/13/19 (Mon.) | ████████████████████████████████████████ review draft declaration and documents produced ████████████ ; ████████████████ . | 8.2 |
| | ███████████████████████████████████████████████████████ | |
| 05/16/19 (Thu.) | Coordinate on document review; create and update bitcoin wallet tracker; review trust documents | 8.2 |
| 05/17/19 (Fri.) | ████████████████████████████████████ review trust documents; ████████████████████████ | 4.2 |
| | ███████████████████████████████████████████████████████ | |
| 05/20/19 (Mon.) | Coordinate with Vel on team on trust investigation; documents review; review ███████ work product. | 2.8 |
| | ███████████████████████████████████████████████████████ | |
| 05/22/19 (Wed.) | █████████████████████████████████ review █████████ work product; ████████████████████████ . | 8.4 |
| 05/23/19 (Thu.) | Coordinate with Velvel ████████ on issues with email files. ██████████████████ ; review hot documents; ██████████████████ . | 7.2 |
| | ███████████████████████████████████████████████████████ | |
| 05/28/19 (Tue.) | ██████████████████████████████████ review ██████ work product; ██████████████ . | 4.1 |

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | ███████████████████ | |
| 05/30/19 (Thu.) | Review █████ work product ██████████████████ | 8.4 |
| 05/31/19 (Fri.) | Draft motion to compel; draft correspondence to opposing counsel; ████████ | 7.5 |
| 06/03/19 (Mon.) | Finalize motion to compel transactional documents; ████████████ ██████████████; draft and file motion to seal motion to compel ████████████ | 14.2 |
| 06/04/19 (Tue.) | ████████ coordinate with ████ and Vel on fraudulent emails; ████████ | 12.2 |
| | ███████████████████ | |
| 06/08/19 (Sat.) | Review █████ assignments; finalize motion for sanctions. | 4.2 |
| 06/10/19 (Mon.) | ████████████ ██████████████ draft hearing outline for discovery conference. | 7.2 |
| 06/11/19 (Tue.) | Prepare for and attending hearing with Vel; discuss plan of action following outcome of hearing. | 6.8 |
| 06/12/19 (Wed.) | Coordinate on Dr. Edman direct examination; coordinate with Andrew on Craig depo outline | 11.2 |
| 06/13/19 (Thu.) | Meet with Dr. Edman and prepare direct examination; coordinate with Andrew on depo outline. | 9.8 |
| 06/14/19 (Fri.) | Develop Dr. Edman direct examination outline; coordinate with billing on transcript; coordinate with Brenner on depo outline. | 8.4 |
| | ███████████████████ | |
| 06/17/19 (Mon.) | Update Dr. Edman direct; prepare for mediation. | 8.4 |

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| ████████████████████████████████████████████████████████████████████████████████████████ | | |
| 06/19/19 (Wed.) | Coordinate with Dr. Edman on direct examination; coordinate with Vel on cross and depo; ██████████████████████████████████████████████████ ███████ | 9.8 |
| 06/20/19 (Thu.) | Coordinate with Dr. Edman on direct examination; coordinate with Vel on Craig cross and direct; coordinate with John on draft motion for videotaping depo and noticing Court on Edman testimony. | 12.4 |
| 06/21/19 (Fri.) | Prepare Dr. Edman direct examination; coordinate with Vel on cross-examination and direct; ███████████████████████████. | 9.5 |
| 06/22/19 (Sat.) | Update Dr. Edman direct examination outline. | 5.8 |
| ██████████████████████████████████████████████████████████████████████████████████████████████ | | |
| 06/25/19 (Tue.) | Finalize notice of expert testimony; finalize videographer motion; work on Dr. Edman direct examination outline; ████████████████████████. | 10.2 |
| 06/26/19 (Wed.) | Prepare for June 28 hearing. | 11.2 |
| 06/27/19 (Thu.) | Prepare for June 28 hearing. | 11.5 |
| 06/28/19 (Fri.) | Prepare for and attend June 28th hearing. | 12.2 |

Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| 05/18/19 (Sat.) | Drafted motion for sanction of striking defendant's pleadings. | 7.4 |

Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)

| Date | Summary of Work Performed | Hours |
|------|---------------------------|-------|
| | ███████████████████████████████████████████████ | |
| 05/21/19 (Tue.) | Compiled table of cases in which courts imposed default sanctions on defendants for litigation misconduct. | 8.0 |
| 05/22/19 (Wed.) | Complied table of cases in which courts imposed default sanctions on defendants for litigation misconduct. | 8.6 |
| | ███████████████████████████████████████████████ | |
| 05/27/19 (Mon.) | Edited draft motion for sanctions striking defendant's pleadings. | 4.5 |
| | ███████████████████████████████████████████████ | |
| 06/16/19 (Sun.) | Reviewed documents relating to Shamir schemes to help V. Freedman prepare for 6/28 hearing. | 7.2 |
| | ███████████████████████████████████████████████ | |
| 06/23/19 (Sun.) | Reviewed transcripts of ATO interviews with Defendant to help V. Freedman prepare for 6/28 hearing. | 7.0 |
| | ███████████████████████████████████████████████ | |







Page 1





1906099870001-158321

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)



Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (June 2019)



Detailed Summary of Other Charges





## Detailed Summary of Other Charges





<u>Document Reproduction Services</u>

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 06/26/19 | 0810 | 6302C | Document Reproduction - Outside Services SiteLogistix | | 104.96 |
| 06/26/19 | 0810 | 6302C | Document Reproduction - Outside Services SiteLogistix | | 30.99 |

**Detailed Summary of Other Charges**



Detailed Summary of Other Charges



Detailed Summary of Other Charges



## Detailed Summary of Other Charges



## Detailed Summary of Other Charges



Special Supplies

## Detailed Summary of Other Charges





## Detailed Summary of Other Charges



## Detailed Summary of Other Charges

| | | | | |
|---|---|---|---|---|
| 06/28/19 | 2482 | 2103C | Travel - Bus/Train - - Vendor: Robert George Keefe . Brightline Train Tickets for 3 People From West Palm Beach to Miami - Hearing (West Palm Beach Trip 6/28/19). Robert George Keefe | 120.00 |
| 06/28/19 | 2482 | 2103C | Travel - Bus/Train - - Vendor: Robert George Keefe . Brightline Train Tickets for 5 People From Miami to West Palm Beach - Hearing (West Palm Beach Trip 6/28/19). Robert George Keefe | 175.00 |
| 06/29/19 | 0404 | 2105C | Travel - Car Services - - Vendor: Andrew S. Brenner . Limo 1 of Weston From Residence to Ft. Lauderdale Airport - Hearing (West Palm Beach Trip 6/27 to 6/29/19). Andrew S. Brenner | 64.25 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| 06/28/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From Residence to West Palm Beach Courthouse - Hearing (Ft. Lauderdale Trip 6/27 to 6/29/19). Andrew S. Brenner | | 36.13 |
| 06/28/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From West Palm Beach Courthouse to Residence - Hearing (Ft. Lauderdale Trip 6/27 to 6/29/19). Andrew S. Brenner | | 35.32 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|

### Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|



**Outside Services**

## Detailed Summary of Other Charges



### Experts and Consulting Fees

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| 04/30/19 | 1970 | 6503C | Consulting/Experts - Other - - Vendor: Berkeley Research Group LLC . Professional Services Provided by Matthew Edman (Cryptography Expert)/April 2019. Berkeley Research Group LLC | | 9,128.00 |

## Detailed Summary of Other Charges





## Detailed Summary of Other Charges





Invoice No. 159962                                              September 30, 2019

Services Through the Month of September 2019
on Behalf of Ira Kleiman
<u>In Connection with the Bitcoin Litigation</u>

**A. Time Related Charges**

Time Devoted by Andrew Brenner (█████████$1,050.00 per hour)

Time Devoted by Kyle Roche (█████████$690.00 per hour)
Time Devoted by Stephen Lagos (█████████$610.00 per hour)

**Total Time Related Charges:**



BSF BOIES SCHILLER FLEXNER

Invoice No. 159962                                                                September 30, 2019

Services Through the Month of September 2019
on Behalf of Ira Kleiman
In Connection with the Bitcoin Litigation

**B. Other Charges**

BOIES SCHILLER FLEXNER LLP

2200 Corporate Boulevard NW, Suite 400, Boca Raton, FL 33431 | (t) 561 886 6000 | (f) 561 886 6006 | www.bsfllp.com



Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| Date | Summary of Work Performed | Hours |
|---|---|---|
| 07/01/19 (Mon.) | Attention to post-hearing strategy and preparation for continuation of hearing. | 1.0 |
| 07/02/19 (Tue.) | Continued attention to strategy for continuation of evidentiary hearing. | 1.5 |
| 07/09/19 (Tue.) | Attention to response to Defendant's motion for miscellaneous relief and how it is impacted by pendency of hearing on the Court's Order to show cause. | 2.7 |
| | | |
| 07/10/19 (Wed.) | Review and analysis of transcript of day 1 of evidentiary hearing on the Court's Order to Show Cause. | 2.1 |
| 07/17/19 (Wed.) | Attention to preparation for continuation of evidentiary hearing on order to show cause. | 1.2 |
| 07/19/19 (Fri.) | Attention to preparation for continuation of evidentiary hearing. | 1.3 |
| 07/22/19 (Mon.) | Continued attention to continuation of evidentiary hearing. | 1.1 |
| 07/24/19 (Wed.) | Preparation for continuation of evidentiary hearing and expert disclosures re: same. | 1.1 |
| 07/25/19 (Thu.) | Preparation for continuation of evidentiary hearing and expert disclosures re: same. | 2.3 |
| 07/26/19 (Fri.) | Continue to prepare for continuation of evidentiary hearing. | 1.9 |
| 07/29/19 (Mon.) | Continue to prepare for continuation of evidentiary hearing. | 2.1 |
| 07/31/19 (Wed.) | Continue to prepare for continuation of evidentiary hearing. | 1.9 |
| 08/01/19 (Thu.) | Continue to prepare for August 5th evidentiary hearing. | 3.6 |
| 08/02/19 (Fri.) | Continue to prepare for August 5th evidentiary hearing. | 3.0 |
| 08/03/19 (Sat.) | Continue to prepare for August 5th evidentiary hearing. | 2.8 |
| 08/04/19 (Sun.) | Continue to prepare for August 5th evidentiary hearing. | 5.0 |
| 08/05/19 | Prepare for and attend evidentiary hearing. | 10.0 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| Date | Summary of Work Performed | Hours |
|---|---|---|
| (Mon.) | | |
| 08/06/19 (Tue.) | Attention to strategy issues arising from completion of evidentiary hearing and closing arguments re: same. | 1.3 |
| 08/08/19 (Thu.) | Attention to strategy for closing arguments for evidentiary hearing. | 1.4 |
| 08/12/19 (Mon.) | Continued attention to post-evidentiary hearing strategy issues. | 1.2 |
| 08/15/19 (Thu.) | Attention to post-evidentiary hearing strategy and closing argument. | 2.0 |
| | ██████████████████████████████████████████████ | |
| | ██████████████████████████████████████████████ | |
| 08/19/19 (Mon.) | Draft outline of closing argument for evidentiary hearing. | 2.0 |
| | ██████████████████████████████████████████████ | |
| 08/22/19 (Thu.) | Continue drafting portions of closing argument and attention to strategy for the remaining portion. | 2.0 |
| | ██████████████████████████████████████████████ | |
| 08/23/19 (Fri.) | Continue drafting portions of closing argument and attention to strategy for remaining portions. | 4.5 |
| | ██████████████████████████████████████████████ | |
| 08/25/19 (Sun.) | Continue drafting portions of closing argument and attention to strategy for remaining portions. | 6.0 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| Date | Summary of Work Performed | Hours |
|---|---|---|
| 08/26/19 (Mon.) | Prepare for and attend closing arguments for evidentiary hearing. | 8.4 |

Summary of Work Performed by Andrew Brenner
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)















Page 1

Summary of Work Performed by Kyle Roche
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)



Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)



Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)

| 08/04/19 (Sun.) | Research re opposing expert at contempt hearings. | 2.7 |
| --- | --- | --- |

Summary of Work Performed by Stephen Lagos
In Connection with Ira Kleiman: Bitcoin Litigation (September 2019)





Page 1



1909099870001-159962



Detailed Summary of Other Charges



## Detailed Summary of Other Charges



<u>Document Reproduction Services</u>

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe .  Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 132.19 |
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe .  Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 108.43 |
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe .  Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 84.74 |
| 08/04/19 | 2482 | 6302C | Document Reproduction - Outside Services - - Vendor: Robert George Keefe .  Fedex Office/Color Copies for Evidentiary Hearing. Robert George Keefe | | 2.50 |

## Detailed Summary of Other Charges



**Detailed Summary of Other Charges**



**Travel Expenses**

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|---|---|---|---|---|---|
| 06/26/19 | 2218 | 2102C | Travel - Airfare - - Vendor: Kyle Roche Delta Airlines Airfare OneWay from JFK to Miami, FL Kyle Roche | | 298.30 |
| 06/27/19 | 0404 | 2102C | Travel - Airfare - - Vendor: American Express . R/T: Vail, CO/FTL - Hearing (West Palm Beach Trip 6/27 to 6/29/19). American Express | | 1,882.00 |
| 06/30/19 | 2218 | 2102C | Travel - Airfare - - Vendor: Kyle Roche Delta Airlines Airfare from Miami, FL to JFK Kyle Roche | | 312.30 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|---------|------|-----------|------|--------|
| 08/04/19 | 0404 | 2102C | Travel - Airfare - - Vendor: American Express . R/T Vail/Ft. Lauderdale - Hearing (West Palm Beach Trip 8/4 to 8/6/19). American Express | | 1,282.00 |
| | | | | | |
| 08/26/19 | 1888 | 2103C | Travel - Bus/Train - - Vendor: Nathalie Bermond . Brightline Train Ticket From West Palm Beach to Miami - Hearing (West Palm Beach Trip 8/2619). Nathalie Bermond | | 40.00 |
| 08/26/19 | 1888 | 2103C | Travel - Bus/Train - - Vendor: Nathalie Bermond . Brightline Train Ticket From Miami to West Palm Beach - Hearing (West Palm Beach Trip 8/2619). Nathalie Bermond | | 27.00 |
| 08/04/19 | 0404 | 2105C | Travel - Car Services - - Vendor: Andrew S. Brenner . Limo 1 of Weston - From Ft. Lauderdale Airport to Residence - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 63.75 |
| 08/06/19 | 0404 | 2105C | Travel - Car Services - - Vendor: Andrew S. Brenner . Limo 1 of Weston - From Residence to Ft. Lauderdale Airport - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 64.25 |
| 06/27/19 | 2218 | 2106C | Travel - Conference Meals - - Vendor: Kyle Roche Lunch at Au Bon Pain with J. McAdams and Dr. Eman Kyle Roche | | 33.43 |
| | | | 8/26/19). Andrew S. Brenner | | |
| 06/26/19 | 2218 | 2107C | Travel - Lodging Expenses - - Vendor: Kyle Roche Two Night Stay at The Courtyard by Marriot Kyle Roche | | 506.24 |
| 06/28/19 | 2218 | 2107C | Travel - Lodging Expenses - - Vendor: Kyle Roche One Night Stay at The W Hotel in Miami, FL Kyle Roche | | 310.25 |
| 06/30/19 | 2218 | 2107C | Travel - Lodging Expenses - - Vendor: Kyle Roche One Night Stay at The W Hotel in Miami, FL due to flight cancellation Kyle Roche | | 588.74 |
| | | | | | |
| 08/05/19 | 1888 | 2108C | Travel - Mileage and Tolls - - Vendor: Nathalie Bermond . Mileage From Office to West Palm Beach Courthouse - Evidentiary Hearing (West Palm Beach Trip 8/5/19). Nathalie Bermond | | 47.27 |
| 08/05/19 | 1888 | 2108C | Travel - Mileage and Tolls - - Vendor: Nathalie Bermond . Mileage From West Palm Beach Courthouse to Office - Evidentiary Hearing (West Palm Beach Trip 8/5/19). Nathalie Bermond | | 49.24 |
| | | | | | |
| 08/05/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . | | 36.94 |

**Detailed Summary of Other Charges**

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|---------|------|-----------|------|--------|
| | | | Mileage to West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | |
| 08/05/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage from West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 36.07 |
| 08/26/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From Residence to West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/26/19). Andrew S. Brenner | | 37.52 |
| 08/26/19 | 0404 | 2108C | Travel - Mileage and Tolls - - Vendor: Andrew S. Brenner . Mileage From West Palm Beach Courthouse to Residence - Hearing (West Palm Beach Trip 8/26/19). Andrew S. Brenner | | 37.46 |
| 08/05/19 | 0404 | 2109C | Travel - Parking - - Vendor: Andrew S. Brenner . Parking at West Palm Beach Courthouse - Hearing (West Palm Beach Trip 8/4 to 8/6/19). Andrew S. Brenner | | 8.00 |
| 06/26/19 | 2218 | 2110C | Travel - Taxis - - Vendor: Kyle Roche Uber Taxi from Home to JFK re: Evidentiary Hearing Kyle Roche | | 56.99 |
| 06/28/19 | 2218 | 2110C | Travel - Taxis - - Vendor: Kyle Roche Uber from Train Station to Courthouse Kyle Roche | | 8.66 |

## Detailed Summary of Other Charges

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| | | | | | |

**Experts and Consulting Fees**

| Date | Time Keeper# | Cost Code | Narrative | Task Code | Amount |
|------|--------------|-----------|-----------|-----------|--------|
| | | | | | |
| 07/10/19 | 1970 | 6503C | Consulting/Experts - Other - - Vendor: Berkeley Research Group LLC . Professional Services for Digital Forensics and Cryptography (May, June, July 2019). Berkeley Research Group LLC | | 28,348.57 |

**Court Reporting Services and Transcripts**

Detailed Summary of Other Charges



# Roche Freedman LLP

# INVOICE

vel@rochefreedman.com

| Number | 22 |
|---|---|
| Issue Date | 10/11/2019 |
| Due Date | 11/10/2019 |
| Matter | Kleiman v. Wright |

## Bill To:

1007 - Ira Kleiman

## Time Entries

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/1/2019<br>Prepare for August 5th hearing; practice direct examination with Dr. Edman. | Kyle Roche | $900.00 | 18.20 | $16,380 00 |
| Time<br>8/1/2019<br>Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 14.90 | $14,527 50 |
| Time<br>8/2/2019<br>Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 16.20 | $15,795 00 |
| Time<br>8/2/2019<br>Prepare for August 5th hearing; build out rough examination of Shadders cross; work on direct examination of Dr. Edman. | Kyle Roche | $900.00 | 16.80 | $15,120 00 |
| Time<br>8/3/2019<br>rewrite Edman direct per conversation with Vel; | Kyle Roche | $900.00 | 17.20 | $15,480 00 |
| Time<br>8/3/2019<br>Prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same); | Devin (Velvel) Freedman | $975.00 | 3.00 | $2,925 00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/4/2019<br>prepare for evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 19.30 | $18,817 50 |
| Time<br>8/4/2019<br>Prepare for hearing; practice direct examination with Dr. Edman. | Kyle Roche | $900.00 | 17.50 | $15,750 00 |
| Time<br>8/5/2019<br>Prepare for, attend, and debrief for August 5 hearing. | Kyle Roche | $900.00 | 16.20 | $14,580 00 |
| Time<br>8/5/2019<br>prepare for, attend, and follow up on, evidentiary hearing (review historic testimony, review depositions, review expert outlines and cross outlines, conference w/ team and experts re same) | Devin (Velvel) Freedman | $975.00 | 18.00 | $17,550 00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | Bill By | Rate | Hours | Sub |
|------------|---------|------|-------|-----|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time<br>8/21/2019 | Devin (Velvel)<br>Freedman | $975.00 | 15.00 | $14,625.00 |

████ (4.5); review documents and transcripts related to final closing arguments (10.5)

| Time<br>8/22/2019 | Kyle Roche | $900.00 | 10.20 | $9,180.00 |

Assist in preparation for oral argument.

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/23/2019<br>Assist in preparation for oral argument. | Kyle Roche | $900.00 | 7.40 | $6,660.00 |
| ████████████████ | | | | |
| Time<br>8/24/2019<br>Prepare for closing arguments. Conferences with team re same. Legal research required same. | Devin (Velvel) Freedman | $975.00 | 3.00 | $2,925.00 |
| Time<br>8/24/2019<br>Assist in preparation for oral argument. | Kyle Roche | $900.00 | 8.10 | $7,290.00 |
| Time<br>8/25/2019<br>Assist in preparation for oral argument. | Kyle Roche | $900.00 | 6.00 | $5,400.00 |
| Time<br>8/25/2019<br>Prepare for closing arguments; drafting same. Research in same. Conferences on same. | Devin (Velvel) Freedman | $975.00 | 19.00 | $18,525.00 |
| Time<br>8/26/2019<br>Prepare for, attend, follow up on sanctions hearing | Devin (Velvel) Freedman | $975.00 | 18.00 | $17,550.00 |
| ████████████████ | | | | |
| Time<br>8/26/2019<br>Prepare for and attend oral argument. | Kyle Roche | $900.00 | 8.50 | $7,650.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | | Billed By | | Rate | Hours | | Sub |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Time Entry | Billed By | Rate | Hours | Sub |
|------------|-----------|------|-------|-----|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|

| Expense | Billed By | Price | Qty | Sub |
|---------|-----------|-------|-----|-----|