# EXHIBIT 2



Invoice No. 158321                                                                                June 30, 2019

Services Through the Month of June 2019
on Behalf of Ira Kleiman
<u>In Connection with the Bitcoin Litigation</u>

### A. Time Related Charges

▮

Time Devoted by Andrew Brenner (▮ $1,050.00 per hour)    ▮

▮

▮

Time Devoted by Velvel Freedman (▮ $900.00 per hour)    ▮

▮

▮

Time Devoted by Kyle Roche (▮ $690.00 per hour)    ▮

Time Devoted by Kyle Roche (▮ $690.00 per hour)    ▮

Time Devoted by Stephen Lagos (▮ $610.00 per hour)    ▮

Time Devoted by Stephen Lagos (▮ $610.00 per hour)    ▮

▮

**Total Time Related Charges:**   ▮



Invoice No. 159962                                                                                      September 30, 2019

Services Through the Month of September 2019
on Behalf of Ira Kleiman
<u>In Connection with the Bitcoin Litigation</u>

## A. Time Related Charges

Time Devoted by Andrew Brenner ( ███ $1,050.00 per hour)

Time Devoted by Kyle Roche ( ███ $690.00 per hour)

Time Devoted by Stephen Lagos ( ███ $610.00 per hour)

**Total Time Related Charges:** ███