UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    Plaintiffs,

v.

CRAIG WRIGHT

    Defendant.

CASE NO.: 9:18-cv-80176-BB

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiffs respectfully request leave to exceed the page limits by one and a quarter pages for their reply in support of their motion for attorneys' fees (ECF No. [347]), or in the alternative, for leave to file a 10-page reply in compliance with the rules within 12 hours of the Court's order. In support of this request, Plaintiffs state as follows:

1. Due to an issue with formatting, and a last-minute edit to Plaintiffs reply, it inadvertently exceeded the 10-page limit set for replies by one page and three lines. Counsel did not realize this until after it was filed.

2. Consequently, Plaintiffs seek leave to exceed the page limits by that amount, or in the alternative, leave to file a motion with the formatting corrected and the last-minute edit altered to bring the motion within 10-pages. Plaintiffs request 12 hours from the Court's order to file the corrected motion.

3. In accordance with S.D. Fla. L.R. 7.1(a)(3), Velvel Freedman conferred with counsel for Defendant, Andres Rivero, Esq. who does not oppose the relief requested herein. Further, Defendant will not be prejudiced by the relief requested.

For the foregoing reasons, Plaintiffs respectfully request this Court grant leave to file a reply that exceeds the page limits by 1 and a quarter pages or for 12 hours to file a corrected motion.

Dated: December 23, 2019

Respectfully submitted,

s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
**ROCHE FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on December 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

              */s/ Velvel (Devin) Freedman*
              Velvel (Devin) Freedman