## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                                        **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

## AMENDED[1] MOTION FOR EXTENSION
## OF TIME TO CONSENT TO MAGISTRATE JURISDICTION

Defendant requests a brief extension of time for the parties to notify the Court whether they consent to jurisdiction before Judge Reinhart. In support of this request, defendant states as follows:

1. In accordance with the Court's scheduling order [D.E. 149], the parties have until December 26, 2019, to consent to a trial and final disposition by Judge Reinhart.

2. The parties have been discussing this matter, however, given the pace of discovery and the scheduling deadlines, the parties require additional time to reach an agreement.

3. Defendant has asked plaintiffs whether they would agree to this extension, but as of this filing, they have not responded with their position.

4. For the foregoing reason, defendant requests that the Court extend that deadline to January 3, 2020.

---

[1] Defendant previously filed a motion at D.E. 353 asking for the same relief. That motion erroneously included the signature block of plaintiffs' counsel. Defendant is filing this amended motion to correct that.

1

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for defendant conferred with counsel for plaintiffs, however, they have not responded with their position.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ *Andres Rivero*
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on December 26, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman