# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

  plaintiffs,

v.              **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

  defendant.

_____/

## UPDATED[1] AMENDED MOTION FOR EXTENSION OF TIME TO CONSENT TO MAGISTRATE JURISDICTION

Defendant requests a brief extension of time for the parties to notify the Court whether they consent to jurisdiction before Judge Reinhart. In support of this request, defendant states as follows:

1. In accordance with the Court's scheduling order [D.E. 149], the parties have until December 26, 2019, to consent to a trial and final disposition by Judge Reinhart.

2. The parties have been discussing this matter, however, given the pace of discovery and the scheduling deadlines, the parties require additional time to reach an agreement.

3. For the foregoing reason, defendant requests that the Court extend that deadline to January 3, 2020.

---

[1] Defendant previously filed a motion at D.E. 353 and 354 asking for the same relief. Defendant is filing this updated amended motion to inform the Court that plaintiffs' counsel has informed counsel for defendant that they join in the relief sought and to correct the signature on the certificate of service.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for defendant conferred with counsel for plaintiffs. Plaintiffs join in the relief sought.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ *Andres Rivero*
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on December 26, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Andres Rivero
Andres Rivero