# EXHIBIT 1

MENU      FRIDAY DECEMBER 27 2019

# Bitcoin 'creator' uses UK libel law to silence critics

**Matthew Moore**, Media Correspondent

May 7 2019, 12:01am, The Times



Craig Wright sent legal letters to those who deny that he is Satoshi Nakamoto
MARK HARRISON/PA

    

Share

An Australian computer scientist who claims to be the mysterious creator of bitcoin is using English libel law in an attempt to silence people who do not believe him.

Craig Wright, 49, generated headlines around the world in 2016 by publicly identifying himself as Satoshi Nakamoto, the pseudonym adopted by the person or group that invented the cryptocurrency, a form of electronic cash.

However, the evidence he put forward was seen by critics as unconvincing and it later emerged that his claim was linked to a PR strategy around a new business venture.

He failed to provide incontrovertible proof that he was Nakamoto, saying: "I do not have the courage. I cannot."

Dr Wright, who is based in the UK, is now involved with a new cryptocurrency business called Bitcoin SV, standing for Satoshi's Vision.

In recent weeks prominent figures in the bitcoin world who accuse the Australian of lying have received letters from a London law firm, SCA Ontier, warning that they face defamation action.

"Our client has not fraudulently claimed to be Satoshi Nakamoto. He is Satoshi Nakamoto," one of the letters states. They demand that the recipients delete all posts alleging that Dr Wright is a fraud and undertake never to repeat the claim, warning that "our client is plainly entitled to substantial damages". The letter concludes: "In the event that you do not comply with the above requirement, our client will bring proceedings against you in this jurisdiction for libel."

Representatives for Dr Wright confirmed that the warning letters had been sent to six individuals or news outlets that had denied that he was the father of bitcoin.

Formal legal proceedings have been started against two people, including Peter McCormack, a bitcoin podcaster from Bedfordshire.

Mr McCormack told *The Times* that he was being pursued for £100,000 and said that the legal action violated the founding spirit of bitcoin, which is anti-authoritarian, libertarian and decentralised. "I think it's ridiculous," he said. "It's completely antithetical to what bitcoin is and the original behaviour of Satoshi Nakamoto. He's exploiting the UK libel laws. I think his goal is to win a court case against someone who claims he's not

Satoshi. But even if he wins, it doesn't prove he's Satoshi, it proves somebody can't prove he isn't."

Mr McCormack said that supporters had offered to represent him pro bono if the case ever reached court.

Dr Wright's team said he was only pursuing people who had accused him of being a fraud. "It is important to remember that most of these people have a huge vested interest in [Satoshi] not being Craig so they will be increasingly aggressive to defend that," a spokesman said.

"From Craig's point of view he just wants to prove it legally in court rather than be judged by the Twitterverse."

London has long been considered the world's libel capital because of its stringent defamation laws.

Ministers sought to protect free expression with the Defamation Act 2013, which requires the claimant to demonstrate that they have suffered serious reputational damage. The law also sought to reduce libel tourism by restricting claims from people with little connection to England and Wales.

Bitcoin was founded in 2008 with the publication of a research paper Bitcoin: A Peer to Peer Electronic Cash System, under Satoshi's name. The crypto- currency soared in value over the following decade, making billions for early investors.

## Continue reading

Subscribe to The Digital Pack

for instant access

Subscribe

Already a subscriber? Login

Comments are subject to our community guidelines, which can be viewed here.

Comments (13)

Newest ⌄



**Robert Gravatt**   7 MAY

If you lost any money in bitcoin, you now have someone to sue.



**Susan**   7 MAY

I'm Spartacus



*This post violated our policy.*



**Cyclops**   7 MAY

The elegance of English libel law is that he doesn't have to.



**DBM**   7 MAY

Having watched crypto space for some years now it is pretty clear that Wright has a huge ego and if he really was the creator of Bitcoin he would have demonstrated it from the outset and not have rely on libel law.



**HM G**   7 MAY



In the cause of reducing CO2 emissions, ban this technology (whoever invented it) as it uses ever more computing power (electricity) for little benefit to the planet

I'm please to see The Times has published this despite the risk of legal action

J  JHG  7 MAY

More fake news?

T  Community Admin  STAFF  7 MAY

We welcome your views, however there may be a delay in comments appearing. If you have any questions about our comments policy, please take a look at our FAQs: https://www.thetimes.co.uk/edition/news/frequently-asked-questions-about-our-commenting-platform-rq9qhpddm

  BBDavies  7 MAY

It would be interesting if any number of people were to claim that they are Satoshi Nakamoto. Since the name is not apparently a pseudonym & presumably is not copyright protected, there is presumably no barrier to people making this claim. The more claims that are made, the less likely any one of them is to be Nakamoto, especially given that his existence is not confirmed.

Meanwhile can can anyone confirm if the scribbles in the photo make any sense at all? I can see a number of sigma signs & xs, but also e/e which would simplify to e & would normally be shown as such. It looks like gibberish to me, but I could be wrong.

  David Edwards  6 MAY

It seems our defamation law is still a scandal for a jurisdiction that professes to respect "free expression" as a human right. Nevertheless, I thought that under English Law you can change your name at will. That makes a statement like: "*Our client has not fraudulently claimed to be Satoshi Nakamoto. He is*

*Satoshi Nakamoto*" meaningless. Just substitute Satoshi Nakamoto with "Spartacus", and you can see where this could go.

 **zxcvbnm**  7 MAY  ⬅ David Edwards

Doesn't go anywhere because I am Spartacus

Show all 1 replies



View more comments

⬆ BACK TO TOP

GET IN TOUCH

| About us | Contact us |
| Help | The Times Editorial Complaints |
| The Sunday Times Editorial Complaints | Place an announcement |
| Classified advertising | Display advertising |
| The Times corrections | The Sunday Times corrections |
| Careers | |

MORE FROM THE TIMES AND THE SUNDAY TIMES

| | |
|---|---|
| The Times e-paper | The Sunday Times e-paper |
| Times Currency Services | The Sunday Times Wine Club |
| Times Print Gallery | Times Crossword Club |
| Sunday Times Driving | Times+ |
| The Sunday Times Rich List | Times Expert Traveller |
| Good University Guide | Schools Guide |
| Newsletters | Best Places to Live |
| Best Places to Stay | Sportswomen of the Year Awards |
| Times Appointments | Podcasts |
| Times Money Mentor | |

© Times Newspapers Limited 2019.

Registered in England No. 894646.

Registered office: 1 London Bridge Street, SE1 9GF.

| | |
|---|---|
| Privacy & cookie policy | Licensing |
| Cookie settings | Site map |
| Topics | Commissioning terms |
| Terms and conditions | Do not sell my personal information |