# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## ORDER GRANTING PLAINTIFFS' MOTION TO REQUIRE DEFENDANT TO MAKE HIS WIFE RAMONA WATTS AVAILABLE FOR DEPOSITION OR, IN THE ALTERNATIVE, PRECLUDE HER FROM TESTIFYUNG AT TRIAL

THIS CAUSE is before the Court on Plaintiffs' Motion to Require Defendant to Make His Wife Ramona Watts Available for Deposition or, in the alternative, Preclude her from Testifying at Trial (ECF No. [344]). The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Ms. Ramona Watts cannot testify at trial unless she

1. appears for a deposition in London prior to the discovery cutoff date. Plaintiffs shall not be required to pay costs in excess of $10,000 and the scope of the deposition shall be governed by the Federal Rules of Civil Procedure; or

2. appears for deposition in the Southern District of Florida at least 5 days prior to trial, with the costs and scope of the deposition governed by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in chambers on this ___ day of December, 2019.

                                                                                         _____
JUDGE BETH BLOOM
UNITED STATES MAGISTRATE JUDGE

Copies furnished: All counsel of record