# EXHIBIT A

# Nathalie Bermond

| | |
|---|---|
| **From:** | Zaharah Markoe <zmarkoe@riveromestre.com> |
| **Sent:** | Friday, December 27, 2019 2:34 PM |
| **To:** | Velvel Freedman; Kyle Roche; Andrew S. Brenner; Joe Delich |
| **Cc:** | Andres Rivero; Amanda McGovern; Zalman Kass; Bryan Paschal |
| **Subject:** | RE: Lynn Wright |
| **Attachments:** | 2019.12.27. NOT OF TAKING DEPO.pdf |

All,

Attached is Lynn Wright's deposition notice. Unfortunately, the only day that she has available before the close of discovery is January 13 in Australia.

Best,

Zaharah

**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Velvel Freedman <vel@rochefreedman.com>
**Sent:** Thursday, December 26, 2019 11:51 AM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>; Kyle Roche <kyle@rochefreedman.com>; abrenner@bsfllp.com; Joe Delich <jdelich@rochefreedman.com>
**Cc:** Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Bryan Paschal <bpaschal@riveromestre.com>
**Subject:** Re: Lynn Wright

Zaharah,

We don't consent to a remote deposition of Ms. Wright. While we don't oppose you taking the deposition via videolink, we'd want to attend that deposition in person, and given the current schedule until the close of discovery (including holidays) – there simply isn't enough time for us to travel to Australia.

Further, I have a bar mitzvah that Sunday and need to travel to London around then to take Craig's deposition. So that date doesn't work.

-Vel
**Velvel (Devin) Freedman**
Partner

1

Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rochefreedman.com

---

**From:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Date:** Tuesday, December 24, 2019 at 2:14 PM
**To:** "vel@rochefreedman.com" <vel@rochefreedman.com>, "kyle@rochefreedman.com" <kyle@rochefreedman.com>, "Andrew S. Brenner" <abrenner@bsfllp.com>, Joe Delich <jdelich@rochefreedman.com>
**Cc:** Andres Rivero <arivero@riveromestre.com>, Amanda McGovern <amcgovern@riveromestre.com>, Zalman Kass <zkass@riveromestre.com>, Bryan Paschal <bpaschal@riveromestre.com>
**Subject:** Lynn Wright

All,

We plan to notice Lynn Wright's deposition in Australia. She is available on January 13th (which is January 12th here). Given the schedule and the distance, we propose having her deposition taken remotely by video with a court reporter present in Australia to administer the oath. We also suggest that we start the deposition if possible at 4 p.m. our time on January 12th (or later), which is 8 a.m. Australia time; we are confirming that time works with Ms. Wright. Please let us know your position as soon as possible and we can prepare a stipulation to have the deposition taken remotely.

Best regards,

Zaharah

**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.