# EXHIBIT B

# Nathalie Bermond

| | |
|---|---|
| **From:** | Velvel Freedman |
| **Sent:** | Wednesday, December 11, 2019 10:49 PM |
| **To:** | Bryan Paschal |
| **Cc:** | Nathalie Bermond; Andres Rivero; Amanda McGovern; Zaharah Markoe; Zalman Kass; Kyle Roche; Joe Delich; Andrew S. Brenner |
| **Subject:** | Re: SERVICE OF COURT DOCUMENT: Kleiman v. Wright, Case No. 9:18-cv-80176-BB/BR |

Bryan - we told Zalman and Zaharah that this depo was canceled yesterday. Sorry you weren't advised. There's a lot going on...

Velvel (Devin) Freedman
Partner
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rochefreedman.com

---

**From:** Bryan Paschal <bpaschal@riveromestre.com>
**Sent:** Wednesday, December 11, 2019 10:47:27 PM
**To:** Velvel Freedman <vel@rochefreedman.com>
**Cc:** Nathalie Bermond <nbermond@rochefreedman.com>; Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Kyle Roche <kyle@rochefreedman.com>; Joe Delich <jdelich@rochefreedman.com>; Andrew S. Brenner <Abrenner@bsfllp.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT: Kleiman v. Wright, Case No. 9:18-cv-80176-BB/BR

I'm following up with this. We're not available. Please let me know if you intend to proceed with this deposition. I am available on 1/3, however.

Sent from my iPhone

> On Dec 6, 2019, at 4:28 PM, Velvel Freedman <vel@rochefreedman.com> wrote:
>
> The witness said he was only available on 1/2 and 1/3. I can't do 1/3. But we could start in the afternoon? That way we can fly in the morning of? I don't think I'll have more than 2 hours of questions.
>
> Velvel (Devin) Freedman
> Partner
> Roche Freedman LLP
> Southeast Financial Center
> 200 S Biscayne Blvd
> Suite 5500
> Miami, FL 33131
> (t) (305) 753-3675

(@) vel@rochefreedman.com

**From:** Bryan Paschal <bpaschal@riveromestre.com>
**Sent:** Friday, December 6, 2019 4:13:52 PM
**To:** Nathalie Bermond <nbermond@rochefreedman.com>; Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; Kyle Roche <kyle@rochefreedman.com>; Joe Delich <jdelich@rochefreedman.com>; Andrew S. Brenner <abrenner@bsfllp.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Kleiman v. Wright, Case No. 9:18-cv-80176-BB/BR

Vel,

We are not available on January 2, 2020, for a deposition in Maryland, which will require us to travel on New Year. Please propose additional dates.

Bryan

**From:** Nathalie Bermond <nbermond@rochefreedman.com>
**Sent:** Friday, December 6, 2019 3:22 PM
**To:** Andres Rivero <arivero@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Bryan Paschal <bpaschal@riveromestre.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; Kyle Roche <kyle@rochefreedman.com>; Joe Delich <jdelich@rochefreedman.com>; Andrew S. Brenner <abrenner@bsfllp.com>
**Subject:** SERVICE OF COURT DOCUMENT: Kleiman v. Wright, Case No. 9:18-cv-80176-BB/BR

| **Court in which proceeding is pending:** | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| **Case Number:** | Case No. 9:18-cv-80176-BB/BR |
| **Name of party (Plaintiff):** | IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC |
| **Name of party (Defendant):** | CRAIG WRIGHT |
| **Title of each document served:** | NOTICE OF TAKING VIDEO DEPOSITION |
| **Sender's Name & Telephone Number:** | Velvel (Devin) Freedman, Esq. (305) 357-3861 |

Nathalie M. Bermond
Office Administrator
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
Tel. 305-357-3861
Email: nbermond@rochefreedman.com