# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>　　　Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>　　　Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court on Plaintiffs' Motion to File a notice of filing under seal. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and that **DEFENDANT** shall have until January 19, 2019 to propose redactions to the Tulip Trust III document attached thereto.

DONE AND ORDERED in chambers on this ___ day of January 20, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Bruce Reinhart
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies furnished: All counsel of record