UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**PLAINTIFFS' NOTICE OF FILING
A THIRD TULIP TRUST DOCUMENT**

In advance of today's discovery hearing, Plaintiffs give notice of filing a third Tulip Trust document ("Tulip Trust III") that was not produced under this Court's prior order to produce all documents related to the "blind" tulip trust (ECF No. [166]). Plaintiffs received this document for the first time on January 6, 2020, amongst a production of 428 other documents, without any explanation as to its late disclosure, or even an email pointing out this document had been produced. Pursuant to this Court's Order (ECF No. [368]), this document is being filed under seal.

Dated: January 9, 2020                     Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida  33131
Telephone: (305) 357-3861
vel@rochefreedman.com
nbermond@rochefreedman.com

>Kyle W. Roche, Esq.
>Joseph M. Delich, Esq.
>*Admitted Pro Hac Vice*
>**ROCHE FREEDMAN LLP**
>185 Wythe Avenue F2
>Brooklyn, NY11249
>kyle@rochefreedman.com
>jdelich@rochefreedman.com
>
>Andrew S. Brenner, Esq.
>**BOIES SCHILLER FLEXNER LLP**
>100 SE 2nd Street, Suite 2800
>Miami, Florida 33131
>abrenner@bsfllp.com
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

>*/s/ Velvel (Devin) Freedman*
>Velvel (Devin) Freedman