UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-80176-Bloom/Reinhart

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and
W&K INFO DEFENSE RESEARCH, LLC,

       Plaintiffs,

  v.

CRAIG WRIGHT,

       Defendant.
_____/

### ORDER REGARDING DEFENDANT'S NON-DISCLOSURE AGREEMENTS

On January 9, 2020, the Court heard oral argument regarding Defendant's assertion of confidentiality in declining to produce certain documents in discovery. According to defense counsel, Defendant has previously entered into non-disclosure agreements (NDA's) with other individuals and entities which he believes precludes him from producing certain documents in this lawsuit. It is hereby **ORDERED** that any documents, otherwise discoverable in this lawsuit, which Defendant has withheld on the basis of the NDA's, shall be produced by Defendant, subject to the terms of the parties' confidentiality stipulation which the Court has adopted in this case.

**DONE AND ORDERED** in Chambers this 9th day of January 2020, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE