## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | CASE NO.: 9:18-cv-80176-BB/BR |
| Plaintiffs, | |
| v. | |
| CRAIG WRIGHT, | |
| Defendant. | |

## PLAINTIFFS' EXPEDITED MOTION TO EXTEND DISCOVERY AND TO POSTPONE THE DEPOSITIONS OF CRAIG WRIGHT, RAMONA WATTS AND ANDREW O'HAGAN

On January 10, 2020, the court issued its Order on Defendant Craig Wight's Objection to Magistrate Order "Deeming" Certain Facts Established and "Striking" Certain Affirmative Defenses (the "January 10th Order") (DE 373).  In that Order, the Court affirmed in part and reversed in part Magistrate Judge Reinhart's order, and affirmed in part and sustained in part Defendant's Objection to that Order.

This Court recognized that the January 10th Order may necessitate a need for Plaintiffs to extend the discovery period in order to conduct additional discovery beyond the presently set discovery cut off period.  The Court further stated that it would consider any renewed discovery requests that the Plaintiffs may have.

As a result of this Court's Order, Plaintiffs will need to take far broader discovery than would have been necessary had the Court fully affirmed Magistrate Judge Reinhart's Order. (August 27, 2019 DE 277).  Plaintiffs therefore request, as this Court's Order indicated, an extension of the discovery period and other current pretrial deadlines.  Plaintiffs may also need to

seek a continuance of the trial.  Given that it is Friday, and the Sabbath is approaching, Plaintiffs do not have time today to set forth the full relief they will be seeking.  Plaintiffs will file a motion fully setting forth the requested relief by Tuesday, January 14th.  Plaintiffs also reserve the right to seek additional discovery and to revisit other discovery requests that had been considered unnecessary in light of Magistrate Judge Reinhart's Order.

However, most pressing now, is Plaintiffs' request to postpone the depositions of Craig Wright, Ramona Watts and Andrew O'Hagan currently set to take place in London next week.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(d)(2), Plaintiffs' request a ruling on this Motion no later than 10:00am on Sunday, January 12, 2020, as their counsel currently are scheduled to fly to London later that day for the depositions set forth above. Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with counsel for Defendant who opposes the relief requested.

Dated: January 10, 2020

Respectfully submitted,

*s/ Andrew Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.

Joe Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE CYRULNIK FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com


*Counsel to Plaintiffs Ira Kleiman as*
*Personal Representative of the Estate of*
*David Kleiman and W&K Info Defense*
*Research, LLC.*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 10, 2020 a true and correct copy of the foregoing

was filed with CM/ECF, which caused a copy to be served on all counsel of record.


*/s/ Andrew S. Brenner*
ANDREW S. BRENNER