UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

**ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION TO EXTEND DISCOVERY AND TO POSTPONE THE DEPOSITIONS OF CRAIG WRIGHT, RAMONA WATTS AND ANDREW O'HAGAN**

THIS CAUSE is before the Court on Plaintiffs' Expedited Motion to Extend Discovery and to Postpone the Depositions of Craig Wright, Ramona Watts and Andrew O'Hagan. This Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The depositions of Craig Wright, Ramona Watts and Andrew O'Hagan are postponed. Plaintiffs shall have until Tuesday, January 14, 2020 to file a motion seeking any additional relief requested as a result of this Court's January 10, 2020 Order.

**DONE AND ORDERED** in chambers on this ___ day of January, 2019.

JUDGE BETH BLOOM
UNITED STATES DISTRICT COURT JUDGE

Copies furnished: All counsel of record