UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.:  9:18-cv-80176-BB/BR |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR NINETY DAY EXTENSION OF PRETRIAL DEADLINES AND FOR CONTINUANCE OF TRIAL DATE**

THIS CAUSE is before the Court on Plaintiffs' Motion for Ninety Day Extension of Pretrial Deadlines and for Continuance of Trial Date. This Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Court orders as follows: Plaintiffs shall be entitled to seven (7) interrogatories about the bounded courier; that Defendant shall respond to those interrogatories within ten (10) days of service.

Furthermore, **THIS CAUSE** is now set for trial during the Court's two-week trial calendar beginning on **June 29, 2020, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, June 23, 2020**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| 20 days from this order | Plaintiffs shall raise any discovery disputes based on prior responses from Craig and/or prior rulings Plaintiffs wish to revisit |
| March 2, 2020 | The parties to apprise the Court on progress of discovery (including international discovery), and whether leave to add additional parties will be sought |
| March 27, 2020 | Plaintiff to disclose any supplements to expert witness summaries or reports or disclose new experts with summaries/reports |
| April 6, 2020 | Defendant to submit any rebuttal expert reports in response to any supplemental/additional experts disclosed by Plaintiff |
| April 17, 2020 | Plaintiffs' discovery, including expert discovery, shall be completed (if Plaintiffs supplement their expert reports, or disclose new experts, Defendant shall be entitled to depose such experts before this date). |
| May 4, 2020 | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all <u>dispositive motions</u>.** Each party is limited to filing one motion *in limine* and one Daubert motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.** |
| June 15, 2020 | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in chambers on this ___ day of January, 2020.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished: All counsel of record

2