UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                    **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.
_____/

## DR. CRAIG WRIGHT'S NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE

      Yesterday evening, plaintiffs filed a motion to continue pretrial deadlines and trial date [D.E. 377]. Dr. Craig Wright respectfully informs the Court that he intends to respond to plaintiffs' motion and will file the response by midnight tonight.

      Respectfully submitted,

RIVERO MESTRE LLP
*Attorneys for Dr. Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: arolnick@riveromestre.com
Email: bpaschal@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
AMANDA MCGOVERN
Florida Bar No. 964263
BRYAN L. PASCHAL
Florida Bar No. 091576

## CERTIFICATE OF SERVICE

      I certify that on January 15, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                                        /s/Andres Rivero  
                                                                       ANDRES RIVERO