```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                        Case No. 18-80176-CIV-BB
 3
     IRA KLEIMAN, ET AL.,        )
 4                               )
          PLAINTIFFS,            )
 5                               )
          -v-                    )
 6                               )
     CRAIG WRIGHT,               )
 7                               )
          DEFENDANT.             )   West Palm Beach, Florida
 8                               )   November 20, 2019
     _____)
 9

10          TRANSCRIPT OF DISCOVERY HEARING PROCEEDINGS

11             BEFORE THE HONORABLE BRUCE E. REINHART

12                  UNITED STATES MAGISTRATE JUDGE

13

14   Appearances:

15   (On Page 2.)

16

17   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768                Official Court Reporter
18                                701 Clematis Street
                                  West Palm Beach, Florida  33401
19                                E-mail:  SFranklinUSDC@aol.com

20

21

22

23

24

25
```

```
 1   Appearances:

 2   FOR THE PLAINTIFFS          Velvel Freedman, ESQ.
                                 Roche Freedman, LLP
 3                               200 South Biscayne Boulevard
                                 Suite 5500
 4                               Miami, FL 33131
     -and-
 5                               Andrew Brenner, ESQ.
                                 Boies, Schiller, Flexner, LLP
 6                               100 Southeast 2nd Street
                                 Suite 2800
 7                               Miami, FL 33131
     -and-
 8   (By Telephone)              Kyle Roche, ESQ.
                                 Roche Freedman, LLP
 9                               185 Wythe Avenue F2
                                 Brooklyn, NY 11249
10   -and-
     (By Telephone)              Joseph M. Delich, ESQ.
11                               Roche Freedman, LLP
                                 185 Wythe Avenue F2
12                               Brooklyn, NY 11249

13   FOR THE DEFENDANT:          Andres Rivero, ESQ.
                                 Rivero Mestre, LLP
14                               2525 Ponce de Leon Boulevard
                                 Suite 1000
15                               Coral Gables, FL 33134
     -and-
16                               Schneur Z. Kass, ESQ.
                                 Rivero Mestre, LLP
17                               2525 Ponce De Leon Boulevard
                                 Suite 1000
18                               Coral Gables, FL 33134
     -and-
19                               Bryan L. Paschal, ESQ.
                                 Rivero Mestre, LLP
20                               2525 Ponce de Leon Boulevard
                                 Suite 1000
21                               Coral Gables, FL 33134

22                                    * * * * *

23

24

25
```

```
 1   did not find the amount of Bitcoin that Dr. Wright actually
 2   has.  He's testified to having mined a little over 800,000
 3   Bitcoin, but --
 4             THE COURT:  Well, he's testified that he doesn't
 5   know how much he has.
 6             MR. FREEDMAN:  I believe he testified --
 7             THE COURT:  He's testified it was more than a
 8   certain amount, but he doesn't know how much he has.
 9             MR. FREEDMAN:  Right, Your Honor.  That's correct.
10   And there are documents that show that it might have been
11   closer to 1.1 million Bitcoin.
12             THE COURT:  Uh-huh.
13             MR. FREEDMAN:  And so there are still some issues
14   that do need to be fleshed out through discovery.
15             THE COURT:  Oh, I understand.  I understand there's
16   issues to be fleshed out, but what's the reason to believe
17   that you're going to find it in this --
18             MR. FREEDMAN:  Uh, because --
19             THE COURT:  -- set of data?
20             MR. FREEDMAN:  I mean, because based on a review of
21   just the file names of this data, the defendants hit 20 --
22   almost 27 gigabytes of relevant data as dictated by the -- by
23   their own curtail --
24             So let me take a step back.  The parties have agreed
25   on search terms that are relevant to establishing the issues
```

```
 1  in the case based on a very small subset of those search
 2  terms.  And just applying those search terms to the file
 3  names, they have already identified 27 gigabytes of relevant
 4  data.  Now, if they were to continue applying those search
 5  terms, we would -- we would suspect that there would be a lot
 6  more.
 7            Also, Your Honor, I do believe it's worth noting
 8  that the defendant has made it quite clear that they intend to
 9  challenge the Court's current order with Judge Bloom, and
10  while we are confident it will be upheld, we do need to
11  prepare in the event it is not.
12            THE COURT:  Understood.
13            MR. FREEDMAN:  And finally, Your Honor, I know
14  you've heard this from me a couple times, but our client is
15  deceased.  The only way to get accurate information, or any
16  information in this case, is through documents.  As the
17  Court's found, the defendant has misrepresented under oath,
18  has submitted forged documents.  We need contemporaneous
19  documents.
20            And, Your Honor, if I may, we got this in the last
21  two days from the defendant.  It is a transcript from a
22  meeting with the Australian tax office between Dr. Wright and
23  the Australian tax office.  It just came in.  And if Your
24  Honor turns to page 4 of that transcript --
25            THE COURT:  Hold on.
```

15