## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## NOTICE OF APPEARANCE

Please take notice that attorney Laselve E. Harrison of the law firm of Boies Schiller Flexner LLP, hereby enters his appearance as counsel for Plaintiffs, Ira Kleiman in his capacity as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC, and requests that all pleadings, correspondence and related materials in this case be provided to the undersigned.

Dated: January 31, 2020.

Respectfully submitted,

*/s/ Laselve E. Harrison*
LASELVE E. HARRISON, ESQ.
Florida Bar No. 112537
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
lharrison@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 31, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

/s/ *Laselve E. Harrison*
LASELVE E. HARRISON