UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>        Defendant. | CASE NO.:  9:18-cv-80176-BB/BR |

## PLAINTIFFS' MOTION TO SEAL

Pursuant to the Court's order at ECF No. [382], Plaintiffs will be filing a motion seeking reconsideration of various discovery rulings from the Court.

Craig has marked one of the exhibits included in this filing as "confidential." Plaintiffs do not believe the Tulip Trust III document should be sealed, but believe Craig should be afforded the opportunity to propose redactions to the Court.

Accordingly, Plaintiffs make this motion to seal to comply with the Stipulated Confidential Order and the Local Rules of this Court.

WHEREFORE, Plaintiffs request Defendant be given 10 days to provide proposed redactions to the Court.

Dated:  February 4, 2020            Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida  33131
Telephone: (305) 357-3861
vel@rochefreedman.com
nbermond@rochefreedman.com

>Kyle W. Roche, Esq.
>Joseph M. Delich, Esq.
>*Admitted Pro Hac Vice*
>**ROCHE FREEDMAN LLP**
>185 Wythe Avenue F2
>Brooklyn, NY11249
>kyle@rochefreedman.com
>jdelich@rochefreedman.com
>
>Andrew S. Brenner, Esq.
>**BOIES SCHILLER FLEXNER LLP**
>100 SE 2nd Street, Suite 2800
>Miami, Florida 33131
>abrenner@bsfllp.com
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

>*/s/ Velvel (Devin) Freedman*
>Velvel (Devin) Freedman