# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court on Plaintiffs' Motion to File a notice of filing under seal. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and that **DEFENDANT** shall have 10 days to propose redactions to the Court.

DONE AND ORDERED in chambers on this ___ day of February 2020.

_____
Judge Bruce Reinhart
United States Magistrate Judge

Copies furnished: All counsel of record