# Zalman Kass

| | |
|---|---|
| **From:** | Zaharah Markoe |
| **Sent:** | Monday, May 20, 2019 5:37 PM |
| **To:** | Kyle Roche |
| **Cc:** | Velvel (Devin) Freedman; Amanda McGovern; Zalman Kass; Bryan Paschal |
| **Subject:** | Kleiman v. Wright - multimedia files |
| **Attachments:** | Multi-Media File Listings.zip |

Kyle,

As discussed and agreed last week, attached is our multimedia file listing by device (I will send you the password in a separate email). We have already instructed AlixPartners to process and put into Relativity, the multimedia files listed below by device and line number. Please let us know if you have any questions. We will consider any additional multimedia files you identify; as agreed, however, neither side agrees to process every file identified by the other side and will provide notification of any objection.

We look forward to receiving your list this week.

E00300534 – Macbook Pro:
    3384-3505.
E0025198- Seagate NAS:
    35507-35569 (only if SMS refers to text messages)
    67875-67924
    68820-25
    69050-79
    69090-91
    69183
    69398
    69410-13
    69415
    89998-90016
    90027
    98514
    98518-19
    98459-83

Best,

Zaharah

**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and

then immediately delete this message.