## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>    *Defendant.* | CASE NO.:  9:18-cv-80176-BB/BR |

## NOTICE OF APPEARANCE

Please take notice that Constantine P. Economides of ROCHE CYRULNIK FREEDMAN LLP hereby enters his appearance as counsel in the above-captioned action for Plaintiffs IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC, and is hereby designated as counsel in this proceeding.

Dated: February 19, 2020

Respectfully submitted,

*/s/ Constantine P. Economides*
Constantine P. Economides, Esq.
Florida Bar No. 118177
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida  33131
Telephone: (305) 357-3861
ceconomides@rcfllp.com
nbermond@rcfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Constantine P/ Economides*
CONSTANTINE P. ECONOMIDES
