**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of this Court, the undersigned respectfully moves for the admission *pro hac vice* of Stephen Lagos of the law firm of Roche Cyrulnik Freedman LLP, 99 Park Ave., Suite 1910, New York, NY 10016, (603) 494-9245, for purposes of appearance as co-counsel on behalf of Ira Kleiman as personal representative for the Estate of David Kleiman and W&K Info Defense Research, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stephen Lagos to receive electronic filings in this case, and in support thereof states as follows:

1. Stephen Lagos is not admitted to practice in the U.S. District Court for the Southern District of Florida and is a member in good standing of the Bar of the State of New York.

2. Movant, Velvel (Devin) Freedman, of the law firm of Roche Cyrulnik Freedman LLP, 200 S Biscayne Boulevard, Suite 5500 Miami, Florida 33131, (305) 753-3675, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stephen Lagos has made payment of this Court's $75 admission fee. His certification in accordance with Rule 4(b) is attached hereto.

4. Stephen Lagos, by and through the undersigned designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests that the Clerk of the Court hereinafter provide Notice of Electronic Filings to Stephen Lagos at email address: slagos@rcfllp.com.

WHEREFORE, Velvel Freedman, moves this Court to enter an Order for Stephen Lagos, to appear before this Court as co-counsel on behalf of Ira Kleiman as the personal representative for the Estate of David Kleiman and W&K Info Defense Research, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen Lagos.

Dated: February 19, 2020             Respectfully submitted,

**ROCHE CYRULNIK FREEDMAN LLP**

By: ___*/s/ Velvel (Devin) Freedman*___
      Velvel (Devin) Freedman
      Florida Bar No.: 99762
      200 South Biscayne Blvd., Suite 5500
      Miami, Florida 33131
      Tel.:   (305) 357-3861
      Email:  vel@rcfllp.com

*Attorney for Plaintiffs*
IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K
Info Defense Research, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which caused a copy to be served on all counsel of record.

By: /s/ *Velvel (Devin) Freedman*
Velvel (Devin) Freedman
Florida Bar No.: 99762
200 South Biscayne Blvd., Suite 5500
Miami, Florida 33131
Tel.: (305) 357-3861
Email: vel@rcfllp.com

*Attorneys for Plaintiffs*
IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC