**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman and W&K Info Defense Research, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>     Defendant. | **CASE NO.:** 9:18-cv-80176 |

## CERTIFICATION OF STEPHEN LAGOS

Pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, I hereby certify (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida, and (2) I am a member in good standing of the Bar of the State of New York.

_____
*/s/ Stephen Lagos*
Stephen Lagos