# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman and W&K Info Defense Research, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>  Defendant. | CASE NO.: 9:18-cv-80176 |

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stephen Lagos, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in this Court and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, IT IS HEREBY ORDERED:

The Motion is GRANTED. Stephen Lagos, may appear and participate in this action on behalf of Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC. The Clerk shall hereinafter provide electronic notification of all electronic filings to Stephen Lagos, at slagos@rcfllp.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____, 2020.

_____
BETH BLOOM,
UNITED STATES DISTRICT JUDGE

*Copies furnished to:* All Counsel of Record