UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>      *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>      *Defendant.* | CASE NO.: 9:18-cv-80176-BB |

## **PLAINTIFFS' MOTION TO SEAL**

The Parties are jointly filing a Status Report. The Status Report references certain documents that the Defendant ("Craig") marked as "Confidential" pursuant to the Stipulated Confidentiality Order. (ECF No. [105-1].) While Plaintiffs do not believe the Status Report should be sealed in its entirety, Plaintiffs believe that Defendant should be afforded the opportunity to propose redactions to the Court.

Accordingly, Plaintiffs make this motion to seal to comply with the Stipulated Confidential Order and the Local Rules of this Court.

WHEREFORE, Plaintiffs request Defendant be given 10 days to provide proposed redactions to the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 24, 2020 | */s/ Andrew S. Brenner*___<br>Andrew S. Brenner, Esq.<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd Street, Suite 2800<br>Miami, Florida 33131<br>abrenner@bsfllp.com |
|  | Velvel (Devin) Freedman, Esq.<br>Florida Bar No. 99762<br>**ROCHE CYRULNIK FREEDMAN LLP**<br>200 S. Biscayne Blvd, Suite 5500<br>Miami, Florida  33131<br>Telephone: (305) 357-3861<br>vel@rcfllp.com<br>nbermond@rcfllp.com |
|  | Kyle W. Roche, Esq.<br>Joseph M. Delich, Esq.<br>*Admitted Pro Hac Vice*<br>**ROCHE CYRULNIK FREEDMAN LLP**<br>99 Park Avenue, Suite 1910<br>kyle@rcfllp.com<br>jdelich@rcfllp.com |
|  | *Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Andrew S. Brenner*  
ANDREW S. BRENNER