**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

### ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court on Plaintiffs' Motion to File their Status Report under seal. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and that **DEFENDANT** shall have until March 5, 2020 to propose redactions to the Parties' Status Report.

**DONE AND ORDERED** in chambers on this ___ day of February, 2020.

_____
Judge Bruce Reinhart
United States Magistrate Judge

Copies furnished: All counsel of record