UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　**Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## DR. CRAIG WRIGHT'S OPPOSITION TO PLAINTIFFS' AMENDED [1] MOTION FOR ISSUANCE OF LETTER ROGATORY

Dr. Wright opposes plaintiffs' request that the Court issue a letter rogatory to obtain documents from nonparty nChain Limited ("nChain") because their request is untimely and prejudicial to Dr. Wright. Discovery has been ongoing for over 20 months (excluding the stay). The discovery cutoff is April 17, 2020, a mere month and a half away, and extending the discovery deadline to accommodate plaintiffs' untimely request would be prejudicial to Dr Wright, as would plaintiffs' use of documents that are obtained after the discovery deadline.

Contrary to plaintiffs' assertions in their motion for issuance of letter rogatory [D.E. 412] (the "Motion"), nChain is not a surprise witness, and the transfer of intellectual property to nChain is not something that plaintiffs recently discovered. *See* Motion at 3 (arguing that "[d]ocuments *recently produced* by the Defendant show that the Defendant was paid millions as part of a deal to transfer intellectual property. . . to nChain) (emphasis added). On June 26, 2019, over *eight*

---

[1] Dr. Wright is not filing this opposition under seal because it does not contain confidential information under the stipulated confidentiality order. In doing so, Dr. Wright does not waive the right to argue that the information contained in plaintiffs' motion [D.E. 412] is confidential and that it should continue to be sealed in its entirety. As ordered by the Court at D.E. 414, Dr. Wright will submit his proposed redactions to plaintiffs' motion by March 20, 2020.

*months ago*, Dr. Wright produced to plaintiffs the document effectuating the transfer of assets to nChain. Nor did plaintiffs recently discover that document. Seven months ago, on July 1, 2019, counsel for Dr. Wright and counsel for plaintiffs had a meet and confer call to discuss the confidential designation of the asset transfer document.

If the Court determines the Motion should be granted, Dr. Wright requests that the Court issue a ruling consistent with the proposal outlined by Judge Reinhart at the March 5, 2020, hearing. That is, plaintiffs are permitted to seek the letter rogatory on nChain, but the Court will not extend discovery, postpone the pre-trial deadlines, or continue the trial date to accommodate the completion of the letter rogatory process. Dr. Wright also requests that the Court preserve his objection to the use at trial of any document produced after the discovery cutoff as prejudicial to Dr. Wright's defense of the case.

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
SCHNEUR KASS
Florida Bar No. 100554

## **CERTIFICATE OF SERVICE**

I certify that on March 6, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

    /s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554