UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## DECLARATION OF DENIS BOSIRE MAYAKA

I, Denis Bosire Mayaka, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18, and I am competent to testify.

2. I give this declaration based on my personal knowledge.

3. I am a citizen of Kenya and I reside in Nairobi, Kenya.

4. I am lawyer and obtained my bachelor of law degree in 2007 in Kenya from Moi University in Kenya.

5. I have represented Dr. Craig Steven Wright since 2012 on, among others, investment matters. Specifically, I represented Dr. Wright and Wright International Investments Ltd in connection with the Tulip Trust documents, including the Tulip Trust dated July 7, 2017.

This sworn declaration was signed in Kenya on February 27, 2020.

_____
**DENIS BOSIRE MAYAKA**
**Legal Identification Number:**