Search    

**DENIS MAYAKA**
Chief Executive Officer at The Offshore House Limited

Connect  🔒 Message  More...

Promoted

Promoted

**LL.M. Degree Programs**
Texas A&M Law - Earn Your LLM Completely Online. Join the Aggie Network.

**Lawyer's Guid Avvo**
Your practice ne reviews. Get the La Guide to Avvo Re

Learn more　Learn more



Connect  🔒 Message  More...

**DENIS MAYAKA** · 2nd
Chief Executive Officer at The Offshore House Limited
Seychelles · 500+ connections · Contact info

The Offshore House Limited
CFA Institute

Add new skills with these courses

**Finance Foundations**
Viewers: 39,488

**Corporate Finance Foundations**
Viewers: 6,493

**CMO Foundations: W with Leadership and F of-Directors**
Viewers: 6,194

See more courses

## Highlights

 **1 mutual connection**
You and DENIS both know Nihal Sri Ameresekere, Professional Consultant

## About

Who I am

A globally-experienced international legal and financial services professional with experience in finance, le　... see more

## Experience

**Chief Executive Officer**
The Offshore House Limited
Mar 2015 – Present · 5 yrs 1 mo
http://www.theoffshorehouse.com

I head a The Offshore House Limited where I provide strategic leadership and direction to the firm.

The Offshore House is one of the most respected and reputable fiduciary services and management company in the world; having established relationships with Law Firms, Accounting Firms, High Net Worth Individuals, Family Offices, Banks, Brokers, Liquidity Providers and Professional traders across the globe.

Since our launch, The Offshore House has worked tirelessly to develop sophisticated pro ...see more

**Managing Director**
TrendSetter Traders Ltd
Feb 2015 – Present · 5 yrs 2 mos
http://www.trendsetter-traders.com

We are one of the leading Introducing Brokers to a renowned securities and forex broker in the world. We introduce our clients to the licensed broker. The broker then provides an online trading platform where our clients open accounts and trade in a wide range of securities including, but not limited to, equities, bonds, CFDs, CDs, derivatives, forex, commodities, precious metals, ir ...see more

 **Fund & Investment Services Manager**
Abacus (Seychelles) Limited
May 2012 – Feb 2015 · 2 yrs 10 mos

  Q Search



**DENIS MAYAKA**
Chief Executive Officer at The Offshore House Limited

### Senior Consultant
Seychelles Institute of Management
Jun 2010 – Jun 2012 · 2 yrs 1 mo

Consultant in the public and private sector in management, business process re-engineering and change, financial management, law and tax



### Faculty Manager
Strathmore University
Jan 2009 – May 2010 · 1 yr 5 mos

Preparation and implementation of the departmental budget
Quality Management
Staff hiring and recruitment
Perfomance appraissal of staff                                            ...see more

## Education

### CFA Institute
Level II Candidate in the CFA Programme
2011 - 2012

### Chartered Institute of Securities and Investments (UK)
Masters in Applied Wealth Management, Financial Markets, Portfolio Construction Theory
2010 – 2012

Financial Markets
Portfolio Construction Theory

### Association of Chartered Certified Accountants (ACCA)
Chartered Accountant, ACCA, ACCA
2011 – 2011

Corporate Reporting
Advanced Performance Management
Advanced Financial Management
Professional Ethics
Business Analysis
Tax



### Moi University
Bachelor of Laws (LL.B.), Commercial law
2003 – 2007

### Strathmore University
Certified Public Accountant of Kenya, CPA(K), CPA(K)
2002 – 2005

Show fewer education ∧

## Skills & Endorsements

**Mutual Funds** · 99+

 Endorsed by **Paul Hobbs**, who is highly skilled at this

Endorsed by **13 of DENIS' colleagues** at Strathmore University

**Financial Analysis** · 99

 Messaging



### Recommendations

Received (0)  Given (1)



**Elizabeth Irungu, CFA**
GM, Business Development & Client Services
October 6, 2012, DENIS worked with Elizabeth in different groups

Elizebeth was one of the best Ecomics lecturers in the CFA programme in Strathmore University. In her, I found a dependable lecturer and a a good friend.

Case 9:18-cv-80176-BB   Document 426-2   Entered on FLSD Docket 03/11/2020   Page 4 of 4