# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC

      Plaintiffs,

        v.                                            **Case No. 9:18-cv-80176**

CRAIG WRIGHT,

      Defendant.

_____/

## DR. WRIGHT'S RESPONSE TO ORDER TO SHOW CAUSE

For the foregoing reasons, and pursuant to Magistrate Judge Reinhart's March 20, 2020 Order to Show Cause [D.E. 414], Dr. Wright moves to have the following information redacted from the respective discovery materials on the record.

First, the Court should protect the disclosure of Dr. Wright's home address that is identified in Exhibit 1 to Plaintiffs' Amended Motion for Letter Rogatory [D.E. 412]. This information is highly personal in nature and should remain confidential. Next, Craig Wright's Confidential Response to Plaintiffs' Interrogatory, which is attached as Exhibit 1 to Motion for Reconsideration of Certain Discovery Requests [D.E. 392] (and also attached as Exhibit A to Joint Status Report [D.E. 404]) identifies Denis Mayaka's personal address, which is protected confidential personal information. *See* Craig Wright's Confidential Response to Plaintiffs' Interrogatory at *4. Additionally, Dr. Craig Wright's Second Amended Initial Disclosures, which is attached as Exhibit 2 to Plaintiffs' Amended Motion for Letter Rogatory [D.E. 412], identifies witness phone numbers, which similarly is protected confidential personal information. *See*

Amended Motion for Letter Rogatory at *1-2. Dr. Wright requests that the Court protect this personal information from disclosure and redact it from the record.

Finally, pursuant to the Court's March 6, 2020 Order regarding the discovery hearing on March 5, 2020, the 2017 Tulip Trust document [D.E. 369-1] shall remain under seal. Plaintiffs have attached this document as Exhibit C to Joint Status Report [D.E. 412] and Dr. Wright requests that the court continue to keep this file wholly under seal. Dr. Wright has proposed very few, minor redactions to the discovery materials related to personal identifying information, which he has sent to the Court under separate cover.

Dated: March 20, 2020

                              **RIVERO MESTRE LLP**

                              *Attorneys for Craig Wright*
                              2525 Ponce de León Blvd., Suite 1000
                              Miami, Florida 33134
                              Telephone: (305) 445-2500
                              Facsimile: (305) 445-2505
                              E-mail: arivero@riveromestre.com
                              E-mail: amcgovern@riveromestre.com
                              E-mail: arolnick@riveromestre.com
                              E-mail: zmarkoe@riveromestre.com
                              E-mail: zkass@riveromestre.com
                              Secondary: receptionist@riveromestre.com

                              By:     /s/ Andrés Rivero_____
                                      ANDRES RIVERO
                                      Florida Bar No. 613819
                                      AMANDA M. MCGOVERN
                                      Florida Bar No. 964263
                                      ZAHARAH MARKOE
                                      Florida Bar No. 504734

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 20, 2020, I electronically served this document on all counsel of record by e-mail.

/s/ Andrés Rivero
ANDRÉS RIVERO