UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.     **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

## DR. CRAIG WRIGHT'S MOTION TO SEAL

In accordance with Rule 72(a) of the Federal Rules of Civil Procedure, Dr. Wright will be filing an objection to the Magistrate Order on Discovery [D.E. 420] (the "Objection"). Defendant will be filing the Objection publicly, but requests authorization to file select exhibits as a separate filing under seal. Those exhibits have been designated as confidential under the Court ordered stipulated confidentiality agreement [D.E. 105.1] and contain confidential information, such as financial records, board meeting minutes, share registries, and defendant's privilege log (the "Confidential Exhibits").

Defendant's Objection is the offshoot of a motion to compel the production of discovery, which is "recognized an exception to the public right of access." *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). Further, in his Objection, defendant primarily relies on the Confidential Exhibits to show that he had in fact provided plaintiffs with a list of the relevant corporations and to show that the corporations in fact maintained the corporate formality (*i.e.,* holding regular board meetings, keeping separate financial records, and maintaining share registries). Defendant does not rely on the specific contents of the documents to advance his arguments. As such, there is a minimal public need for access to those records.

For that reason, defendant requests authorization to file the Confidential Exhibits under seal as part of a notice of filing exhibits (in a separate docket entry from the Objection). That will enable him to file the Objection unsealed and allow the public to have immediate access. Additionally, should the Court desire, defendant is prepared to propose redactions to the Confidential Exhibits.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion. Plaintiffs' counsel does not agree with the relief sought.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on March 23, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

    /s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554