

# Current & Historical Company Extract

**Name:** HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD.
**ACN:** 164 068 348

Date/Time: 06 December 2019 AEST 07:42:59 AM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

**Current & Historical Company Extract**

**HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD.**
**ACN 164 068 348**

| Organisation Details | | Document Number |
|---|---|---|
| **Current Organisation Details** | | |
| Name: | HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD. | CR1046N1 |
| ACN: | 164 068 348 | |
| ABN: | 48164068348 | |
| Registered in: | New South Wales | |
| Registration date: | 02/06/2013 | |
| Next review date: | 02/06/2018 | |
| Name start date: | 02/06/2013 | |
| Status: | Deregistered | |
| Date deregistered: | 01/10/2017 | |
| Deregistration reason: | SECTION 601AA | |
| Deregistration code: | S601AA | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |
| **Previous Organisation Details from 29/10/2016 to 30/09/2017** | | |
| Name: | HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD. | 7E8477752 |
| Name start: | 02/06/2013 | |
| Status: | Strike-Off Action In Progress | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |
| **Previous Organisation Details from 23/09/2016 to 28/10/2016** | | |
| Name: | HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD. | 7E8374549 |
| Name start: | 02/06/2013 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |
| **Previous Organisation Details from 28/04/2014 to 22/09/2016** | | |
| Name: | HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD. | 7E6010477 |
| Name start: | 02/06/2013 | |
| Status: | Externally Administered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |
| **Previous Organisation Details from 02/06/2013 to 27/04/2014** | | |
| Name: | HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD. | 1E9428931 |
| Name start: | 02/06/2013 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

**Current & Historical Company Extract**

**HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD.**
**ACN 164 068 348**

| Address Details | | Document Number |
|---|---|---|
| **Historical** | | |
| Registered address: | Level 5, 32-38 Delhi Road, MACQUARIE PARK NSW 2113 | 7E5572404 |
| Start date: | 21/10/2013 | |
| Cease date: | 01/10/2017 | |
| Registered address: | CRAIG S WRIGHT, 43 St Johns Avenue, GORDON NSW 2072 | 1E9428931 |
| Start date: | 02/06/2013 | |
| Cease date: | 20/10/2013 | |
| Principal Place Of Business address: | Level 5, 32-38 Delhi Road, MACQUARIE PARK NSW 2113 | 7E5572404 |
| Start date: | 21/10/2013 | |
| Cease date: | 01/10/2017 | |
| Principal Place Of Business address: | CRAIG S WRIGHT, 43 St Johns Avenue, GORDON NSW 2072 | 1E9428931 |
| Start date: | 02/06/2013 | |
| Cease date: | 20/10/2013 | |

| Officeholders and Other Roles | | Document Number |
|---|---|---|
| **Previous Director** | | |
| Name: | CRAIG STEVEN WRIGHT | 7E5471390 |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 | |
| Born: | 23/10/1970, BRISBANE, QLD | |
| Appointment date: | 02/06/2013 | |
| Cease date: | 01/10/2017 | |
| Name: | RAMONA WATTS | 7E5471390 |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 | |
| Born: | 30/10/1970, SINGAPORE, SINGAPORE | |
| Appointment date: | 01/07/2013 | |
| Cease date: | 01/10/2017 | |
| Name: | JAMIE ROBERT WILSON | 7E5471390 |
| Address: | 361 Westlake Drive, WESTLAKE QLD 4074 | |
| Born: | 15/06/1980, BRISBANE, QLD | |
| Appointment date: | 01/08/2013 | |
| Cease date: | 23/10/2013 | |
| Name: | CRAIG STEVEN WRIGHT | 1E9428931 |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 | |
| Born: | 23/01/1980, BRISBANE, QLD | |
| Appointment date: | 02/06/2013 | |
| Cease date: | 02/06/2013 | |
| **Previous Secretary** | | |
| Name: | JAMIE ROBERT WILSON | 7E5575766 |
| Address: | 361 Westlake Drive, WESTLAKE QLD 4074 | |
| Born: | 15/06/1980, BRISBANE, QLD | |
| Appointment date: | 10/10/2013 | |
| Cease date: | 23/10/2013 | |
| Name: | CRAIG STEVEN WRIGHT | 7E5471390 |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 | |

**Current & Historical Company Extract**  HOTWIRE PREEMPTIVE INTELLIGENCE PTY. LTD.
ACN 164 068 348

|  |  |
|---|---|
| Born: | 23/10/1970, BRISBANE, QLD |
| Appointment date: | 02/06/2013 |
| Cease date: | 10/10/2013 |

**Previous External Administrator**

| | | 7E6010477 |
|---|---|---|
| Role: | Administrator (CUA) | |
| Type: | AC | |
| Name: | BARRY FREDERIC KOGAN | |
| Address: | Level 31, 60 Margaret Street, SYDNEY NSW 2000 | |
| Appointment date: | 28/04/2014 | |
| Cease date: | 24/06/2014 | |

| | | 7E6010477 |
|---|---|---|
| Role: | Administrator (CUA) | |
| Type: | AC | |
| Name: | ANTHONY GREGORY MCGRATH | |
| Address: | MCGRATHNICOL, 'McGrathnicol' L 31, 60 Margaret Street, SYDNEY NSW 2000 | |
| Appointment date: | 28/04/2014 | |
| Cease date: | 24/06/2014 | |

| | | 7E8028062 |
|---|---|---|
| Role: | Administrator (DCA) | |
| Type: | AD | |
| Name: | BARRY FREDERIC KOGAN | |
| Address: | MCGRATHNICOL, Level 12, 20 Martin Place, SYDNEY NSW 2000 | |
| Appointment date: | 24/06/2014 | |
| Cease date: | 23/09/2016 | |

| | | 7E8036202 |
|---|---|---|
| Role: | Administrator (DCA) | |
| Type: | AD | |
| Name: | ANTHONY GREGORY MCGRATH | |
| Address: | MCGRATHNICOL, Level 12, 20 Martin Place, SYDNEY NSW 2000 | |
| Appointment date: | 24/06/2014 | |
| Cease date: | 23/09/2016 | |

**Share Information**

**Previous Share Structure**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY | 10000000 | 29999800.00 | 0.00 | 7E5471599 |

**Previous Members**

| | |
|---|---|
| Name: | CRAIG STEVEN WRIGHT |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 7670000 | yes | FULLY | 7E5471599 |

| | | |
|---|---|---|
| Name: | ROBERT URQUHART | |
| Address: | 17 West Street, FIVE DOCK NSW 2046 | |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 250000 | yes | FULLY | 7E5471599 |

| | |
|---|---|
| Name: | UYEN THUC NGUYEN |
| Address: | 3128 Merced Ave, South El Monte,, Ca 91733-1208, United States |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 774000 | yes | FULLY | 7E5471599 |

| | |
|---|---|
| Name: | RAMONA WATTS |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 306000 | no | FULLY | 7E5505449 |

| | |
|---|---|
| Name: | DENARIUZ SG |
| Org No.: | 166 426 875 |
| Address: | 108 Namly Ave, Singapore |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 1000000 | yes | FULLY | 7E5598193 |

| | |
|---|---|
| Name: | JAMIE ROBERT WILSON |
| Address: | 361 Westlake Drive, WESTLAKE QLD 4074 |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 1000000 | yes | FULLY | 7E5471599 |

| | |
|---|---|
| Name: | DAVID PERRY |
| Address: | 6082 Dagny Circle,, Huntington Beach,, California, 94627, United States |

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 306000 | yes | FULLY | 7E5471599 |

| **Documents** |
|---|

Note: Where no Date Processed is shown, the document in question has not been processed. In these

instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---|---|---|---|---|---|
| 02/06/2013 | 201C  Application For Registration As A Proprietary Company | 02/06/2013 | 3 | 02/06/2013 | 1E9428931 |
| 28/08/2013 | 484E  Change To Company Details Appointment Or Cessation Of A Company Officeholder | 28/08/2013 | 3 | 28/08/2013 | 7E5471390 |
| 28/08/2013 | 484  Change To Company Details<br>    484O Changes To Share Structure<br>    484G Notification Of Share Issue<br>    484N Changes To (Members) Share Holdings | 28/08/2013 | 4 | 28/08/2013 | 7E5471599 |
| 12/09/2013 | 484N  Change To Company Details Changes To (Members) Share Holdings | 12/09/2013 | 2 | 12/09/2013 | 7E5505449 |
| 12/10/2013 | 484  Change To Company Details<br>    484B Change Of Registered Address<br>    484C Change Of Principal Place Of Business (Address) | 12/10/2013 | 2 | 12/10/2013 | 7E5572404 |
| 15/10/2013 | 484E  Change To Company Details Appointment Or Cessation Of A Company Officeholder | 15/10/2013 | 2 | 15/10/2013 | 7E5575763 |
| 15/10/2013 | 484E  Change To Company Details Appointment Or Cessation Of A Company Officeholder | 15/10/2013 | 2 | 15/10/2013 | 7E5575766 |
| 24/10/2013 | 484  Change To Company Details<br>    484E Appointment Or Cessation Of A Company Officeholder<br>    484N Changes To (Members) Share Holdings | 24/10/2013 | 3 | 24/10/2013 | 7E5598193 |
| 29/04/2014 | 505U  Notification Of Appt Of Administrator Under S.436a, 436b, 436c, 436e(4), 449b, 449c(1), 449c(4) Or 449(6) | 29/04/2014 | 2 | 28/04/2014 | 7E6010477 |

| | | | | | |
|---|---|---|---|---|---|
| 16/05/2014 | 5011B  Copy Of Minutes Of Meeting Of Members, Creditors, Contributories Or Committee Of Inspection Under S.436e Or S.439a | 16/05/2014 | 31 | 08/05/2014 | 7E6054706 |
| 16/06/2014 | 5011B  Copy Of Minutes Of Meeting Of Members, Creditors, Contributories Or Committee Of Inspection Under S.436e Or S.439a | 16/06/2014 | 48 | 02/06/2014 | 7E6129070 |
| 25/06/2014 | 505Y  Notification Of Resignation Or Removal Of Administrator Of Company Under Administration Under S.436e(4), 449b Or 449c | 25/06/2014 | 2 | 24/06/2014 | 7E6156889 |
| 25/06/2014 | 505V  Notification Of Appointment Of Administrator Of Deed Of Company Arrangement Under S. 444a(2), 449d(1) Or 449d(2) | 25/06/2014 | 2 | 24/06/2014 | 7E6156902 |
| 11/07/2014 | 5047A  Deed Of Company Arrangement Copy Of Deed Of Company Arrangement | 11/07/2014 | 30 | 24/06/2014 | 7E6204785 |
| 22/07/2014 | 524Z  Presentation Of Accounts & Statement Presentation Of Final Accounts Of Administrator | 22/07/2014 | 11 | 24/06/2014 | 7E6229950 |
| 27/11/2014 | 5011A  Copy Of Minutes Of Meeting Of Members, Creditors, Contributories Or Committee Of Inspection Other Than Under S.436e Or S.439a | 27/11/2014 | 25 | 31/10/2014 | 7E6552570 |
| 23/01/2015 | 524U  Presentation Of Accounts & Statement Presentation Of Accounts Of Administrator Of Deed Of Company Arrangement | 23/01/2015 | 7 | 23/12/2014 | 7E6673653 |
| 23/07/2015 | 524U  Presentation Of Accounts & Statement Presentation Of Accounts Of Administrator Of Deed Of Company Arrangement | 23/07/2015 | 5 | 23/06/2015 | 7E7156014 |
| 11/12/2015 | 5011A  Copy Of Minutes Of Meeting Of Members, Creditors, Contributories Or Committee Of Inspection Other Than Under S.436e Or S.439a | 11/12/2015 | 39 | 07/12/2015 | 7E7548517 |
| 11/12/2015 | 5047B  Deed Of Company Arrangement Variation Of Deed Of Company Arrangement | 11/12/2015 | 35 | 09/12/2015 | 7E7548761 |
| 22/01/2016 | 524U  Presentation Of | 22/01/2016 | 5 | 23/12/2015 | 7E7639952 |

|  | Accounts & Statement Presentation Of Accounts Of Administrator Of Deed Of Company Arrangement |  |  |  |  |
|---|---|---|---|---|---|
| 06/06/2016 | 506L  Notification Of Change Of Address Of Notice Of Change Of Address Of External Administrator(Elec) | 06/06/2016 | 3 | 06/06/2016 | 7E8028062 |
| 08/06/2016 | 506L  Notification Of Change Of Address Of Notice Of Change Of Address Of External Administrator(Elec) | 08/06/2016 | 4 | 08/06/2016 | 7E8036202 |
| 25/07/2016 | 524U  Presentation Of Accounts & Statement Presentation Of Accounts Of Administrator Of Deed Of Company Arrangement | 25/07/2016 | 5 | 23/06/2016 | 7E8186291 |
| 23/09/2016 | 5056  Notice Of Termination Of Deed Of Company Arrangement Where Arrangement Achieves Its Purpose | 23/09/2016 | 2 | 23/09/2016 | 7E8374549 |
| 27/09/2016 | 505Z  Notification Of Resignation Or Removal Of Administrator Under Deed Of Company Arrangement Under S. 449(1) | 27/09/2016 | 2 | 23/09/2016 | 7E8381533 |
| 07/10/2016 | 524V  Presentation Of Accounts & Statement Presentation Of Final Accounts Of Administrator Of Deed Of Company Arrangement | 20/10/2016 | 9 | 23/09/2016 | 029746953 |
| 29/10/2016 | 6010  Application For Voluntary Deregistration Of A Company | 29/10/2016 | 2 | 29/10/2016 | 7E8477752 |

***End of Extract of 7 Pages***