

**ASIC**
Australian Securities & Investments Commission

# Current & Historical Company Extract

**Name:** INTEGYRS PTY LTD
**ACN:** 137 033 535

Date/Time: 06 December 2019 AEST 07:42:59 AM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

EXTRACT

**Current & Historical Company Extract**

INTEGYRS PTY LTD
ACN 137 033 535

| Organisation Details | Document Number |
|---|---|

### Current Organisation Details

| | | |
|---|---|---|
| Name: | INTEGYRS PTY LTD | CR1046N1 |
| ACN: | 137 033 535 | |
| ABN: | 95137033535 | |
| Registered in: | New South Wales | |
| Registration date: | 11/05/2009 | |
| Next review date: | 11/05/2015 | |
| Name start date: | 11/05/2009 | |
| Status: | Deregistered | |
| Date deregistered: | 16/02/2015 | |
| Deregistration reason: | SECTION 601AB | |
| Deregistration code: | S601AB | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

### Previous Organisation Details from 08/12/2014 to 15/02/2015

| | | |
|---|---|---|
| Name: | INTEGYRS PTY LTD | 7E6579707 |
| Name start: | 11/05/2009 | |
| Status: | Strike-Off Action In Progress | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

### Previous Organisation Details from 31/08/2011 to 07/12/2014

| | | |
|---|---|---|
| Name: | INTEGYRS PTY LTD | 7E3920099 |
| Name start: | 11/05/2009 | |
| Status: | Externally Administered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

### Previous Organisation Details from 11/05/2009 to 30/08/2011

| | | |
|---|---|---|
| Name: | INTEGYRS PTY LTD | 1E5424714 |
| Name start: | 11/05/2009 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | Document Number |
|---|---|

### Historical

| | | |
|---|---|---|
| Registered address: | 95 Woodview Avenue,  LISAROW NSW 2250 | 7E3627930 |
| Start date: | 04/05/2011 | |
| Cease date: | 16/02/2015 | |
| Registered address: | 51 Cowangarra Road,  BAGNOO NSW 2446 | 1E5424714 |

**Current & Historical Company Extract**

**INTEGYRS PTY LTD**
**ACN 137 033 535**

| | | |
|---|---|---|
| Start date: | 11/05/2009 | |
| Cease date: | 03/05/2011 | |
| Principal Place Of Business address: | 95 Woodview Avenue,  LISAROW NSW 2250 | 7E3627930 |
| Start date: | 15/03/2011 | |
| Cease date: | 16/02/2015 | |
| Principal Place Of Business address: | 95 Woodview Avenue,  LISAROW NSW 2250 | 1E5424714 |
| Start date: | 11/05/2009 | |
| Cease date: | 14/03/2011 | |

| Officeholders and Other Roles | Document Number |
|---|---|

**Previous Director**

| | | |
|---|---|---|
| Name: | CRAIG STEVEN WRIGHT | 7E3627930 |
| Address: | 95 Woodview Avenue,  LISAROW NSW 2250 | |
| Born: | 23/10/1970, BRISBANE, QLD | |
| Appointment date: | 11/05/2009 | |
| Cease date: | 16/02/2015 | |
| Name: | LYNN WRIGHT | 7E3627930 |
| Address: | 95 Woodview Avenue,  LISAROW NSW 2250 | |
| Born: | 22/01/1952, ONTARIO, CANADA | |
| Appointment date: | 15/03/2011 | |
| Cease date: | 11/12/2012 | |

**Previous External Administrator**

| | | |
|---|---|---|
| Role: | Appointed Liquidator(CTWU) | 7E5775863 |
| Type: | CQ | |
| Name: | DAVID GREGORY YOUNG | |
| Address: | YOUNG BUSINESS RIT, Level 14,  9-13 Hunter Street,  SYDNEY NSW 2000 | |
| Appointment date: | 31/08/2011 | |
| Court no: | Federal NSW 1257 of 2011 | |
| Cease date: | 02/12/2014 | |

**Previous Ultimate Holding Company**

| | | |
|---|---|---|
| Name: | CLOUDCROFT PTY. LTD. | 7E3627930 |
| ACN: | 149 732 365 | |
| ABN: | 94149732365 | |

| Share Information |
|---|

**Previous Share Structure**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD0 | ORDINARY SHARES | 855000 | 520000.00 | 0.00 | 7E2913024 |

**Previous Members**

| | |
|---|---|
| Name: | LYNN WRIGHT |
| Address: | 95 Woodview Avenue,  LISAROW NSW 2250 |

**Current & Historical Company Extract**

INTEGYRS PTY LTD

**ACN 137 033 535**

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD0 | 350000 | yes | FULLY | 7E2912998 |

Name:   JULIE LAIMER

Address:   21 Lema Circuit,  KURABY QLD 4112

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD0 | 225000 | yes | FULLY | 7E2913024 |

Name:   LYNN WRIGHT

Address:   95 Woodview Avenue,  LISAROW NSW 2250

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD0 | 280000 | no | FULLY | 7E3627930 |

Name:   CRAIG STEVEN WRIGHT

Address:   51 Cowangarra Road,  BAGNOO NSW 2446

| Class | Number held | Beneficially held | Paid | Document number |
|-------|-------------|-------------------|------|-----------------|
| ORD0 | 280000 | yes | FULLY | 7E2799322 |

## Documents

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---------------|-----------|----------------|-----------------|----------------|-----------------|
| 11/05/2009 | 201C  Application For Registration As A Proprietary Company | 11/05/2009 | 3 | 11/05/2009 | 1E5424714 |
| 11/11/2009 | 484  Change To Company Details<br>484O Changes To Share Structure<br>484G Notification Of Share Issue<br>484N Changes To (Members) Share Holdings | 11/11/2009 | 2 | 11/11/2009 | 7E2539784 |
| 30/03/2010 | 484N  Change To Company Details Changes To (Members) Share Holdings | 30/03/2010 | 3 | 30/03/2010 | 7E2799322 |

| | | | | | |
|---|---|---|---|---|---|
| 24/05/2010 | 484 Change To Company Details<br>484O Changes To Share Structure<br>484G Notification Of Share Issue<br>484N Changes To (Members) Share Holdings | 24/05/2010 | 2 | 24/05/2010 | 7E2912998 |
| 24/05/2010 | 484 Change To Company Details<br>484O Changes To Share Structure<br>484G Notification Of Share Issue<br>484N Changes To (Members) Share Holdings | 24/05/2010 | 2 | 24/05/2010 | 7E2913024 |
| 27/04/2011 | 484 Change To Company Details<br>484B Change Of Registered Address<br>484C Change Of Principal Place Of Business (Address)<br>484D Change To Ultimate Holding Company<br>484A1 Change Officeholder Name Or Address<br>484E Appointment Or Cessation Of A Company Officeholder<br>484N Changes To (Members) Share Holdings | 27/04/2011 | 4 | 27/04/2011 | 7E3627930 |
| 01/08/2011 | 519G Notification Of Application To Wind Up Company Under S. 459p, 462 Or 464 | 03/08/2011 | 1 | 29/07/2011 | 027701440 |
| 31/08/2011 | 519D Notification Of Making Of Winding Up Order | 02/09/2011 | 1 | 31/08/2011 | 027752443 |
| 31/08/2011 | 560 Court Order To Wind Up A Company And Appoint A Liquidator | 02/09/2011 | 2 | 31/08/2011 | 027752444 |
| 01/09/2011 | 505G Notification Of Appointment Of Liquidator By The Court | 01/09/2011 | 2 | 31/08/2011 | 7E3920099 |
| 21/09/2011 | 507C Report As To Affairs Regarding Court Winding Up | 21/09/2011 | 22 | 16/09/2011 | 7E3963463 |
| 16/11/2011 | 564 Preliminary Report Of A Liquidator | 16/11/2011 | 2 | 16/09/2011 | 7E4094731 |

**INTEGYRS PTY LTD**
**ACN 137 033 535**

| 20/03/2012 | 524E  Presentation Of Accounts & Statement Accounts Of Winding Up By Court | 20/03/2012 | 10 | 28/02/2012 | 7E4345422 |
|---|---|---|---|---|---|
| 28/09/2012 | 524E  Presentation Of Accounts & Statement Accounts Of Winding Up By Court | 28/09/2012 | 10 | 28/08/2012 | 7E4748827 |
| 27/03/2013 | 524E  Presentation Of Accounts & Statement Accounts Of Winding Up By Court | 27/03/2013 | 10 | 27/02/2013 | 7E5116663 |
| 19/09/2013 | 524E  Presentation Of Accounts & Statement Accounts Of Winding Up By Court | 19/09/2013 | 10 | 27/08/2013 | 7E5522084 |
| 17/01/2014 | 506L  Notification Of Change Of Address Of Notice Of Change Of Address Of External Administrator(Elec) | 17/01/2014 | 3 | 17/01/2014 | 7E5775863 |
| 19/03/2014 | 524E  Presentation Of Accounts & Statement Accounts Of Winding Up By Court | 19/03/2014 | 11 | 27/02/2014 | 7E5918356 |
| 26/09/2014 | 524E  Presentation Of Accounts & Statement Accounts Of Winding Up By Court | 26/09/2014 | 10 | 30/08/2014 | 7E6398794 |
| 08/12/2014 | 524F  Presentation Of Accounts & Statement Final Accounts Of Winding Up By Court | 08/12/2014 | 8 | 02/12/2014 | 7E6579694 |
| 08/12/2014 | 578  Deregistration Request (Liquidator Not Acting Or Affairs Fully Wound Up) | 08/12/2014 | 1 | 08/12/2014 | 7E6579707 |
| 08/12/2014 | 505R  Notification Of Resignation Or Removal Of Liquidator/provisional Liquidator | 08/12/2014 | 2 | 02/12/2014 | 7E6579711 |

**\*\*\*End of Extract of 5 Pages\*\*\***