

# Current & Historical Company Extract

**Name:** PANOPTICRYPT PTY LTD
**ACN:** 151 567 118

Date/Time: 06 December 2019 AEST 07:42:53 AM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

**Current & Historical Company Extract**

**PANOPTICRYPT PTY LTD**
**ACN 151 567 118**

| Organisation Details | | Document Number |
|---|---|---|
| **Current Organisation Details** | | |
| Name: | PANOPTICRYPT PTY LTD | 7E9030283 |
| ACN: | 151 567 118 | |
| ABN: | 34151567118 | |
| Registered in: | New South Wales | |
| Registration date: | 20/06/2011 | |
| Next review date: | 20/06/2020 | |
| Name start date: | 20/06/2011 | |
| Status: | Externally Administered | |
| Note: | For information about this status refer to the documents listed under the heading 'External Administration and/or appointment of Controller', below. | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |
| **Previous Organisation Details from 20/06/2011 to 04/05/2017** | | |
| Name: | PANOPTICRYPT PTY LTD | 1E7484539 |
| Name start: | 20/06/2011 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | | Document Number |
|---|---|---|
| **Current** | | |
| Registered address: | COMPANIES BY QUORUM SERVICES PTY LTD, Unit 7, 492 Christine Avenue, ROBINA QLD 4226 | 7E6356803 |
| Start date: | 17/09/2014 | |
| Principal Place Of Business address: | Level 6, 91 Phillip Street, PARRAMATTA NSW 2150 | 7E7858156 |
| Start date: | 07/04/2016 | |
| **Historical** | | |
| Registered address: | 43 St Johns Avenue, GORDON NSW 2072 | 7E5099431 |
| Start date: | 27/03/2013 | |
| Cease date: | 16/09/2014 | |
| Registered address: | Unit 12, 2A Killara Avenue, KILLARA NSW 2071 | 1E7484539 |
| Start date: | 20/06/2011 | |
| Cease date: | 26/03/2013 | |
| Principal Place Of Business address: | '02' Se 5, 32 Delhi Road, NORTH RYDE NSW 2113 | 7E7524297 |
| Start date: | 03/12/2015 | |
| Cease date: | 06/04/2016 | |

**Current & Historical Company Extract**  PANOPTICRYPT PTY LTD
ACN 151 567 118

| | | |
|---|---|---|
| Principal Place Of Business address: | 43 St Johns Avenue, GORDON NSW 2072 | 7E5099431 |
| Start date: | 01/03/2013 | |
| Cease date: | 02/12/2015 | |
| Principal Place Of Business address: | Unit 12, 2A Killara Avenue, KILLARA NSW 2071 | 1E7484539 |
| Start date: | 20/06/2011 | |
| Cease date: | 28/02/2013 | |

## Contact Address

Section 146A of the Corporations Act 2001 states 'A contact address is the address to which communications and notices are sent from ASIC to the company'.

### Historical

| | | |
|---|---|---|
| Address: | PO BOX 6522, GOLD COAST MC QLD 9726 | |
| Start date: | 09/09/2014 | |
| Cease date: | 29/07/2016 | |

## Officeholders and Other Roles                                                                 Document Number

### Director

| | | |
|---|---|---|
| Name: | CRAIG STEVEN WRIGHT | 7E5099431 |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 | |
| Born: | 23/10/1970, BRISBANE, QLD | |
| Appointment date: | 20/06/2011 | |

### Previous Director

| | | |
|---|---|---|
| Name: | RAMONA MEI WATTS | 7E5099431 |
| Address: | 43 St Johns Avenue, GORDON NSW 2072 | |
| Born: | 30/10/1970, , SINGAPORE | |
| Appointment date: | 20/06/2011 | |
| Cease date: | 24/06/2016 | |
| Name: | ALLAN GRANGER | 2E2919975 |
| Address: | 201 Scenic Highway, TERRIGAL NSW 2260 | |
| Born: | 20/07/1950, SYDNEY, NSW | |
| Appointment date: | 11/12/2015 | |
| Cease date: | 17/06/2016 | |

### External Administrator

| | | |
|---|---|---|
| Role: | Appointed Liquidator(CTWU) | 7E9030283 |
| Type: | CQ | |
| Name: | JASON WALTER BETTLES | |
| Address: | WORRELLS SOLVENCY & FORENSIC ACCOUNTANTS, 'Worrells Solvency & Forensic, Accountants Hq' Level 5, 58 Riverwalk Avenue, ROBINA QLD 4226 | |
| Appointment date: | 05/05/2017 | |
| Court no: | Federal QLD QUD123 of 2017 | |

## Share Information

### Share Structure

**Current & Historical Company Extract**

**PANOPTICRYPT PTY LTD**
**ACN 151 567 118**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY SHARES | 10000000 | 14999950.00 | 0.00 | 7E5463516 |

**Members**

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

Name: CRAIG STEVEN WRIGHT
Address: 43 St Johns Avenue, GORDON NSW 2072

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 5000000 | yes | FULLY | 7E5463516 |

Name: RAMONA MEI WATTS
Address: 43 St Johns Avenue, GORDON NSW 2072

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 5000000 | yes | FULLY | 7E5463516 |

**Documents Relating to External Administration and/or Appointment of Controller**

This extract may not list all documents relating to this status. State and Territory records should be searched.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---|---|---|---|---|---|
| 08/05/2017 | 505G  Notification Of Appointment Of Liquidator By The Court | 09/05/2017 | 2 | 05/05/2017 | 7E9030283 |
| 08/05/2017 | 519D  Notification Of Making Of Winding Up Order | 09/05/2017 | 1 | 05/05/2017 | 029980737 |
| 08/05/2017 | 560  Court Order To Wind Up A Company And Appoint A Liquidator | 09/05/2017 | 2 | 05/05/2017 | 029980738 |
| 27/11/2017 | 524E  Presentation Of Accounts & Statement Accounts Of Winding Up By Court | 27/11/2017 | 4 | 04/11/2017 | 7E9686874 |
| 23/05/2018 | 524E  Presentation Of Accounts & Statement | 23/05/2018 | 4 | 04/05/2018 | 7EAA35844 |

**Current & Historical Company Extract**

PANOPTICRYPT PTY LTD
ACN 151 567 118

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Accounts Of Winding Up By Court |  |  |  |  |
| 11/06/2019 | 5602B  Annual Administration Return Return Of Winding Up By Court | 11/06/2019 | 4 | 04/05/2019 | 7EAM11318 |
| 21/06/2019 | 5602B  Annual Administration Return Return Of Winding Up By Court | 21/06/2019 | 4 | 04/05/2019 | 7EAM53819 |

### Documents

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---|---|---|---|---|---|
| 19/06/2011 | 201C  Application For Registration As A Proprietary Company | 20/06/2011 | 3 | 19/06/2011 | 1E7484539 |
| 20/03/2013 | 484  Change To Company Details<br>     484B Change Of Registered Address<br>     484C Change Of Principal Place Of Business (Address)<br>     484A1 Change Officeholder Name Or Address<br>     484A2 Change Member Name Or Address | 20/03/2013 | 4 | 20/03/2013 | 7E5099431 |
| 25/08/2013 | 484  Change To Company Details<br>     484O Changes To Share Structure<br>     484G Notification Of Share Issue<br>     484N Changes To (Members) Share Holdings | 25/08/2013 | 3 | 25/08/2013 | 7E5463516 |
| 10/09/2014 | 484B  Change To Company Details Change Of Registered Address | 10/09/2014 | 2 | 10/09/2014 | 7E6356803 |
| 03/12/2015 | 484C  Change To Company Details Change Of Principal Place Of Business (Address) | 03/12/2015 | 2 | 03/12/2015 | 7E7524297 |
| 18/12/2015 | 484E  Change To Company Details Appointment Or | 18/12/2015 | 2 | 18/12/2015 | 2E2919975 |

|  | Cessation Of A Company Officeholder |  |  |  |  |
|---|---|---|---|---|---|
| 08/04/2016 | 484C  Change To Company Details Change Of Principal Place Of Business (Address) | 08/04/2016 | 2 | 08/04/2016 | 7E7858156 |
| 20/06/2016 | 484E  Change To Company Details Appointment Or Cessation Of A Company Officeholder | 20/06/2016 | 2 | 17/06/2016 | 2E4014901 |
| 29/06/2016 | 484E  Change To Company Details Appointment Or Cessation Of A Company Officeholder | 29/06/2016 | 2 | 29/06/2016 | 7E8105195 |
| 10/03/2017 | 519G  Notification Of Application To Wind Up Company Under S. 459p, 462 Or 464 | 14/03/2017 | 1 | 08/03/2017 | 029931095 |

**\*\*\*End of Extract of 5 Pages\*\*\***