## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.:  9:18-cv-80176-BB/BR |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION FOR ENLARGEMENT OF TIME OF EXPERT RELATED DEADLINES AND FOR EXTENSION OF TIME TO COMPLETE THREE FACT WITNESS DEPOSITIONS

THIS CAUSE is before the Court on Plaintiffs' Expedited Motion for Enlargement of Expert Related Deadlines and for Extension of Time to Complete Three Fact Witness Depositions. This Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Scheduling Order (DE 382) is modified as follows:

April 10, 2020  Parties to disclose expert witness summaries or reports or disclose new experts with summaries/reports

April 17, 2020  Fact discovery completed (except as requested below)

April 20, 2020  Parties exchange rebuttal expert summaries or reports

May 1, 2020    All expert discovery shall be completed

May 28, 2020  All pre-trial motions, motions in limine, and Daubert motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions. Each party is limited to filing one motion in limine and one Daubert motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.

All other deadlines not listed above remain in effect.

Furthermore, the Plaintiffs shall be allowed to exceed the fact discovery deadline in order

to take the depositions of the three fact witnesses noted in their motion.

**DONE AND ORDERED** in chambers on this \_\_\_ day of March, 2020.

_____
JUDGE BETH BLOOM
UNITED STATES DISTRICT COURT JUDGE

Copies furnished: All counsel of record