UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**REPLY IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME**

The tone of Defendant's Response hardly seems appropriate given the difficult circumstances everyone is undoubtedly facing. The truth is that Defendant does not identify any specific prejudice associated with the limited relief Plaintiffs are seeking.

First, the two-week extension of the expert deadline will not materially impact any trial preparation, and will not impact the trial date in any way. Plaintiffs are working to supplement their existing expert reports and are trying to develop additional experts. Each endeavor has been severely hampered by the current environment occasioned by the COVID-19 pandemic. In light of the absence of any prejudice to the Defendant, and the obvious prejudice to the Plaintiffs, a brief extension is warranted.

Second, with regard to the fact witness depositions, Plaintiffs are doing what they can to complete them by the current deadline. The witnesses were served with more than enough time to complete their depositions. As noted, Mr. Sullivan's challenge has been pending for many months. Plaintiffs never expected Dr. Lowe would resist the subpoena (and are in fact trying to work with counsel to resolve that). And Plaintiffs didn't think that Mr. Nguyen, a U.S. citizen and attorney,

would attempt to avoid service for two months straight. Unfortunately, Plaintiffs cannot control when these issues will be resolved as it will depend on when Courts are able to rule, and when Plaintiffs are able to overcome what appear to be efforts by Mr. Nguyen to avoid service.[1]

Plaintiffs respectfully request that the instant Motion be granted to avoid extreme prejudice to Plaintiffs ability to develop its expert and factual narrative.

                                                          Respectfully submitted,

Dated: March 25, 2020                    /s/ Velvel (Devin) Freedman
                                                          Velvel (Devin) Freedman, Esq.
                                                          Florida Bar No. 99762
                                                          **ROCHE CYRULNIK FREEDMAN LLP**
                                                          200 S. Biscayne Blvd, Suite 5500
                                                          Miami, Florida 33131
                                                          Telephone: (305) 357-3861
                                                          vel@rcfllp.com
                                                          nbermond@rcfllp.com

                                                          Kyle W. Roche, Esq.
                                                          Joseph M. Delich, Esq.
                                                          *Admitted Pro Hac Vice*
                                                          **ROCHE CYRULNIK FREEDMAN LLP**
                                                          99 Park Avenue, Suite 1910
                                                          New York, NY 10016
                                                          kyle@rcfllp.com
                                                          jdelich@rcfllp.com

                                                          Andrew S. Brenner, Esq.
                                                          **BOIES SCHILLER FLEXNER LLP**
                                                          100 SE 2nd Street, Suite 2800
                                                          Miami, Florida 33131
                                                          abrenner@bsfllp.com

                                                          *Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

**CERTIFICATE OF SERVICE**

---

[1] Plaintiffs are preparing a motion for alternative service and expect to have that on file by the end of the week.

I HEREBY CERTIFY that on March 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Velvel Freedman*
VELVEL (DEVIN) FREEDMAN
