## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>     Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>     Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## PLAINTIFF IRA KLEIMAN'S RESPONSE TO
## DR. WRIGHT'S FIRST REQUEST FOR ADMISSION TO IRA KLEIMAN

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of the Southern District of Florida, Plaintiff Ira Kleiman ("Plaintiff") hereby serves its Response and Objections to Defendant's First Request for Admissions dated March 2, 2020.

## GENERAL OBJECTIONS

Plaintiff objects to these Requests to the extent they attempt to impose obligations on Plaintiff other than those imposed or authorized by the Federal Rules of Civil Procedure, Local Rules of the Southern District of Florida, and/or any applicable orders of the Court. Plaintiff further objects to these Requests to the extent they are overbroad, vague, ambiguous, or undefined. Plaintiff objects to the extent that these Requests lack relevance or proportionality to the needs of the case or to the issues at stake.

Plaintiff also objects to these Requests to the extent they seek the disclosure of documents protected from discovery by the attorney-client privilege, the work-product doctrine, and/or any other applicable privilege and exemption. Inadvertent disclosure of any privileged or otherwise

protected documents or information shall not be a waiver of any claim of privilege, work-product protection, or exemption.

Plaintiff further objects to all Requests that seek an admission that he has "no documents, electronic devices or communications" on two bases. First, this is an attempt to require a search for documents that may go beyond what the parties have agreed to for the scope of document searches. Second, and independent of the first objection, Plaintiff possesses electronic devices that are encrypted and that he cannot access.

Subject to and without waiving the foregoing General Objections, all of which are incorporated as if fully stated herein, Plaintiff responds to the specific Requests as follows:

## RESPONSES TO REQUESTS FOR ADMISSION

1. Admit You have no documents, electronic devices, or communications that show Dave Kleiman exercised dominion or control over any Bitcoin.

   *Response:  Objection.  I am unable to admit or deny as phrased.  The terms "exercised dominion or control over any Bitcoin" are vague and undefined.  To the extent the request seeks an admission that I do not have any documents, electronic devices, or communications that show that Dave had an ownership interest in any bitcoin, the request is Denied.*

2. Admit You have no documents, electronic devices, or communications showing Dave Kleiman's rights to any Bitcoin other than the claim you made concerning the Bitcoin identified in the list of addresses Craig Wright produced on January 14, 2020.

   *Response:  Denied.*

2

3. Admit You have no documents, electronic devices, or communications showing Dave Kleiman's ownership of any Bitcoin other than the claim you made concerning the Bitcoin identified in the list of addresses Craig Wright produced on January 14, 2020.

***Response: Denied.***

4. Admit You have no documents, electronic devices, or communications of any public Bitcoin addresses belonging to Dave Kleiman.

***Response: Objection. I am unable to admit or deny as phrased. To the extent the request seeks an admission that I do not have any documents, electronic devices, or communications that show that Dave had an ownership interest in any bitcoin, the request is Denied.***

5. Admit You have no documents, electronic devices, or communications showing any Bitcoin being moved by Dave Kleiman to Craig Wright.

***Response: Objection. I am unable to admit or deny as phrased. The terms "Bitcoin being moved by Dave Kleiman to Craig Wright" are vague and undefined.***

6. Admit You have no documents, electronic devices, or communications showing that Dave Kleiman had rights to any of Craig Wright's Bitcoin.

***Response: Objection. I am unable to admit or deny as phrased. The terms "rights to any of Craig Wright's Bitcoin" are vague and undefined. To the extent the request seeks an admission that I do not have any documents, electronic devices, or communications demonstrating Dave Kleiman's rights to bitcoin Craig Wright is wrongly claiming sole ownership over, the Request is Denied.***

7. Admit You have no documents, electronic devices, or communications showing that Dave Kleiman had any Bitcoin wallets with any Bitcoin he mined.

***Response: Denied.***

8. Admit You have no documents, electronic devices, or communications showing that Dave Kleiman had any Bitcoin wallets with any Bitcoin he purchased.

***Response: Objection. I am unable to admit or deny as phrased as I do not understand this Request. The term "Bitcoin wallets" is not inclusive of Bitcoin addresses. Further, the term "purchased" does not purport to state the mechanism for purchase.***

9. Admit You have no documents, electronic devices, or communications showing that Dave Kleiman had any Bitcoin wallet with any Bitcoin he was paid (including the IRS and associated tax records).

***Response: Objection. I am unable to admit or deny as phrased as I do not understand this Request. The term "Bitcoin wallets" is vague, undefined, and not inclusive of Bitcoin addresses. The term "paid" is vague and undefined as well. The term "IRS records" and "tax records" are similarly vague, undefined, and unclear.***

10. Admit You have no documents, electronic devices, or communications showing that Dave Kleiman filed a claim of ownership with the IRS or other government department with respect to any Bitcoin.

***Response: Objection. I am unable to admit or deny as phrased. The terms "claim of ownership" and "other government department" are vague and undefined. The request also seeks information that is not relevant to the claims***

*or defenses in the case.  The request further assumes that any such filing was required by law.*

11.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman filed a claim of ownership with the IRS or other government department with respect to any owned shared in W&K Info Defense Research, LLC.

*Response:  Objection.  I am unable to admit or deny as phrased.  The terms "claim of ownership", "other government department" and "owned shares" are vague and undefined.  The request further assumes that any such filing was required by law.*

12.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman filed a claim of ownership with the IRS or other government department with respect to any partnership.

*Response:  Objection.  I am unable to admit or deny as phrased.  The terms "claim of ownership" and "other government department" are vague and undefined.  The request further assumes that any such filing was required by law.*

13.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman filed a claim of ownership with the IRS or other government department with respect to any owned or developed intellectual property.

*Response:  Objection.  I am unable to admit or deny as phrased.  The terms "claim of ownership," "other government department," "owned," "developed," and "intellectual property" are vague and undefined.  The request further assumes that any such filing was required by law.*

14.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman developed any trade secrets relating to blockchain-based technologies.

*Response:  Denied.*

15.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman wrote or co-authored the Satoshi Nakamoto white paper.

*Response:  Denied.*

16.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman declared himself to be or referred to himself as all or part of the Satoshi Nakamoto identity.

*Response:  Objection.  I am unable to admit or deny as phrased.  The term "declared himself" and "Satoshi Nakamoto identity" is vague and undefined.  To the extent the request seeks an admission that I do not have any documents, electronic devices, or communications that show that Dave was all or part of the Satoshi Nakamoto identity, the Request is Denied.*

17.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman declared himself to be or referred to himself as the inventor/creator of Bitcoin.

*Response:  Objection.  I am unable to admit or deny as phrased.  The term "declared himself" is vague and undefined.*

18.     Admit You have no agreements that refer to a partnership between Dave Kleiman and Craig Wright.

*Response:  Objection.  I am unable to admit or deny as phrased.  The term "have no agreements" is vague and undefined.   To the extent the request seeks an admission that I do not have any documents evidencing a partnership between Dave Kleiman and Craig Wright, the Request is Denied.*

19.     Admit You have no documents, electronic devices, or communications showing the terms of a partnership between Dave Kleiman and Craig Wright.

*Response:  Denied.*

20.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman ever entered into a partnership agreement with Craig Wright.

*Response:  Denied.*

21.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman filed any tax returns listing or claiming a partnership with or company associated with Craig Wright.

*Response:  Objection.  I am unable to admit or deny as phrased.  Additionally, I have produced all tax returns of Dave Kleiman that are in my possession, custody or control.*

22.     Admit You have no documents, electronic devices, or communications showing that Dave Kleiman owned Bitcoin or Bitcoin related intellectual property.

*Response:  Denied.*

23.     Admit You have no documents, electronic devices, or communications showing any business relationship of any kind between Craig Wright and Ira Kleiman.

*Response:  Denied.*

24.   Admit You have no documents, electronic devices, or communications showing any agreement between Dave Kleiman and Craig Wright for any Bitcoin-related business.

*Response:  Denied.*

25.   Admit You have no documents, electronic devices, or communications showing an agreement between Dave Kleiman and Craig Wright for the creation of any intellectual property.

*Response:  Denied.*

26.   Admit You have no documents, electronic devices, or communications showing Dave Kleiman having a property interest in any Bitcoin.

*Response:  Denied.*

27.   Admit You have no documents, electronic devices, or communications showing Dave Kleiman having a property interest in any blockchain-related intellectual property.

*Response:  Denied.*

28.   Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in mathematics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

29.   Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in computer science.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

30.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in law.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

31.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in economics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

32.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in statistics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

33.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in information security.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

34.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in cryptography.

*Response:  Objection to the extent that the Request implies that such a Bachelor's degree existed and/or were otherwise available to Dave Kleiman.  Subject to that Objection, the request is Admitted.*

35.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in software development.

*Response:  Objection to the extent that the Request implies such a Bachelor's degree existed and/or were otherwise available to Dave Kleiman.  Subject to that Objection, the request is Admitted.*

36.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in project management.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

37.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in engineering.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

38.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in finance.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

39.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Bachelor's degrees in game theory.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

40.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in mathematics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

41.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in computer science.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

42.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in law.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

43.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in economics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

44.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in statistics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

45.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in information security.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

46.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in cryptography.

*Response:  Objection to the extent that the Request implies that such a Master's degree existed and/or were otherwise available to Dave Kleiman.  Subject to that Objection, the request is Admitted.*

47.   Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in software development.

*Response:  Objection to the extent that the Request implies that such a Master's degree existed and/or were otherwise available to Dave Kleiman.  Admitted.*

48.   Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in project management.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

49.   Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in engineering.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

50.   Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in finance.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

51.   Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Master's degrees in game theory.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

52.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in mathematics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

53.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in computer science.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

54.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in law.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

55.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in economics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

56.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in statistics.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

57.     Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in information security.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

58.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in cryptography.

*Response:  Objection to the extent that the Request implies that such a Doctorate degree existed and/or were otherwise available to Dave Kleiman.  Admitted.*

59.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in software development.

*Response:  Objection to the extent that the Request implies that such a Doctorate degree existed and/or were otherwise available to Dave Kleiman.  Admitted.*

60.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in project management.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

61.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in engineering.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

62.    Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in finance.

*Response:  Objection.  This request seeks information that is not relevant to any of the claims or defenses in the case.*

63. Admit You have no documents, electronic devices, or communications that show Dave Kleiman received any Doctorate degrees in game theory.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

64. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in cryptography.

***Response: Objection. I am unable to admit or deny this request as phrased. The terms "published," "peer-reviewed paper," and "cryptography" are vague and undefined.***

65. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in law.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

66. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in mathematics.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

67. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in steganography.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

68. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in programming/code development/review.

***Response: Objection. I am unable to admit or deny this request as phrased. The terms "published," "peer-reviewed paper," and programming/code are vague and undefined.***

69. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in Peer-to-Peer technologies.

***Response: Objection. I am unable to admit or deny this request as phrased. The terms "published," "peer-reviewed paper," and "Peer-to-Peer technologies" are vague and undefined.***

70. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in web cookies and/or tracking technologies.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

71. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in auditing/accounting/ledger technology.

***Response: Objection. I am unable to admit or deny this request as phrased. The terms "published," "peer-reviewed paper," and "auditing/accounting/ledger technology" are vague and undefined.***

72. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in CAATs (Computer Aided Audit Technologies).

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

73. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in Digital Signature systems.

***Response: Objection. I am unable to admit or deny this request as phrased. The terms "published" and "peer-reviewed paper" and "Digital Signature Systems" are vague and undefined.***

74. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in finance.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

75. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in software reliability.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

76. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in software auditing.

***Response: Objection. This request seeks information that is not relevant to any of the claims or defenses in the case.***

77. Admit You have no documents, electronic devices, or communications that show Dave Kleiman published a peer-reviewed paper in software development.

***Response: Objection. I am unable to admit or deny this request as phrased. The terms "published" and "peer-reviewed paper" and "software development" are vague and undefined.***

78. Admit You have no documents, electronic devices, or communications showing that Dave Kleiman had ever written any C/C+ programs.

***Response: Denied.***

79. Admit You have no documents, electronic devices, or communications showing that Dave Kleiman had ever written any Forth programs.

***Response: I am unable to admit or deny this as "Forth programs" is not defined.***

80. Admit You have no documents, electronic devices, or communications that showing that Dave Kleiman had ever written and compiled code using Microsoft Visual Studio.

***Response: Denied.***

81. Admit You have no documents, electronic devices, or communications that show Dave Kleiman had any knowledge of how Bitcoin works.

***Response: Denied.***

82. Admit You have no documents, electronic device, or communications that show Dave Kleiman had any knowledge of how Bitcoin was designed.

***Response: Denied.***

83. Admit that You did not rely on any statements made by Craig Wright in February 2014.

*Response:  Denied.*

84.     Admit that You did not rely on any statements made by Craig Wright in March 2014.

*Response:  Denied.*

85.     Admit that You did not rely on any statements made by Craig Wright in April 2014.

*Response:  Denied.*

86.     Admit that You did not rely on any statements made by Craig Wright in May 2014.

*Response:  Denied.*

87.     Admit that You did not rely on any statements made by Craig Wright in July 2014.

*Response:  Denied.*

88.     Admit that You did not rely on any statements made by Craig Wright in August 2014.

*Response:  Denied.*

89.     Admit that You did not rely on any statements made by Craig Wright in November 2014.

*Response:  Denied.*

90.     Admit that You did not rely on any statements made by Craig Wright in June 2015.

*Response:  Denied.*

91.     Admit that You did not rely on any statements made by Craig Wright in July 2015.

*Response:  Denied.*

92.     Admit that You did not rely on any statements made by Craig Wright in August 2015.

*Response:  Denied.*

93.     Admit that You did not rely on any statements made by Craig Wright in October

2015.

**Response:  Denied.**

Dated: April 1, 2020                                        Respectfully submitted,

<u>*s/ Andrew Brenner*</u>
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joe Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, Suite 1910
New York, NY 10016
kyle@rcfllp.com
Jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as*
*Personal Representative of the Estate of*
*David Kleiman and W&K Info Defense*
*Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2020 a true and correct copy of the foregoing was

served on all counsel of record.

*/s/ Andrew S. Brenner*
ANDREW S. BRENNER