# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court on Plaintiffs' Motion to File the parties Joint Discovery Memorandum under seal. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and the Joint Discovery Memorandum will remain under seal until further Order of this Court.

DONE AND ORDERED in chambers on this ___ day of April, 2020.

_____
Judge Bruce Reinhart
United States Magistrate Judge

Copies furnished: All counsel of record