## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## JOINT MOTION TO SEAL

Today, Defendant will be filing a motion asking the Court to approve a joint stipulation between the parties and a non-party deponent. The joint stipulation references certain documents and issues that the parties and non-party have agreed to designate as "Confidential" pursuant to the Stipulated Confidentiality Order. [D.E. 105-1]. Accordingly, the parties file this motion to seal to comply with the Stipulated Confidentiality Order and the Local Rules of this Court.

WHEREFORE, the parties request authorization to file under seal the Joint Motion for Approval of a Joint Stipulation

Dated:  April 27, 2020                                   Respectfully submitted,

By: */s/* Amanda McGovern                         By: */s/* Velvel Freedman

<div style="columns:2">

AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No.  504734

**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

*Attorneys for Dr. Craig Wright*

Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

</div>

I certify that on April 27, 2022, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

               /s/ Schneur Kass
               SCHNEUR KASS
               Florida Bar No. 100554