**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

       plaintiffs,

v.                                  **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

       defendant.

_____/

**DR. WRIGHT'S OPPOSITION**
**TO PLAINTIFFS' REQUEST FOR EXTENSION OF TIME**

Plaintiffs ask the Court to grant a 10-day extension of time to file a motion for sanctions

related to a list of bitcoin addresses that defendant produced almost four months ago on January

14, 2020, and a notice that was filed on that same date (the "Motion"). The Court should deny that

request.

As an initial matter, it's unclear what remedy plaintiffs intend to seek in their Motion. But

in any event, if plaintiffs are seeking further discovery, the Motion should have been made months

ago in front of Judge Reinhart, and if plaintiffs are seeking any other remedy (including

dispositive relief), the deadline for the Motion clearly is May 8, 2020. *See* D.E. 441.

Plaintiffs state that they need additional time because they haven't received the final

transcripts for some of the recent depositions and because of the COVID-19 pandemic. But that

misses the point. The conduct on which plaintiffs' Motion is premised occurred almost four

months ago. They have had more than sufficient time to prepare their Motion.

Plaintiffs' request to extend the deadline directly prejudices trial preparation and threatens

delay. All of the pre-trial deadlines are set in lockstep and double tracking what appears to be a

motion for dispositive relief unnecessarily undercuts the pre-trial schedule. It is time to prepare this case for trial. The deadlines in the Court's Scheduling Order should be honored.

For the foregoing reasons, defendant asks the Court to deny plaintiffs' request for additional time to file their Motion.

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554

### CERTIFICATE OF SERVICE

I certify that on May 6, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554