UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN, as personal representative
of the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## DR. CRAIG WRIGHT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Dr. Craig Wright respectfully requests that the Court grant him leave to file a motion for summary judgment that exceeds the page limits set forth in Local Rule 7.1(c) by 20 pages, for a total of 40 pages. Plaintiffs do not oppose the relief sought here. Dr. Wright states the following in support of this motion:

    1.    The parties have been engaged in discovery for more than 16 months, culminating in the production of millions of pages of documents, dozens of depositions, and significant written discovery. All discovery is now closed.

    2.    The Court has ordered that all motions for dispositive relief, including motions for summary judgment, be filed by May 8, 2020. Dr. Wright intends to file a motion for summary judgment, seeking for the case to be resolved in its entirety or partially, narrowing the issues for trial.

    3.    Dr. Wright respectfully requests that the Court grant him leave to exceed the page-limit requirement by no more than 20 pages.

4. The additional pages will allow Dr. Wright to adequately address all legal and factual issues that can be streamlined for the Court and demonstrate that summary judgment is appropriate. Specifically, the additional pages are necessary to fully address the numerous legal issues in this case and to provide the Court with a thorough analysis of those issues. Furthermore, additional pages will allow Dr. Wright to establish that there are no genuine disputes of material facts that go to the core of plaintiffs' claims.

For all the foregoing reasons, Dr. Wright respectfully requests that the Court grant him leave to file a motion for summary judgment that that does not exceed 40 pages total.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Dr. Wright has conferred with plaintiffs' counsel. Plaintiffs do not oppose to the relief requested here.

Respectfully submitted,

RIVERO MESTRE LLP
*Attorneys for Dr. Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email amcgovern@riveromestre.com
Email bpaschal@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ALAN H. ROLNICK
Florida Bar No. 715085
BRYAN L. PASCHAL
Florida Bar No. 091576

## **CERTIFICATE OF SERVICE**

      I certify that on May 6, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                       /s/Amanda McGovern