UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,

    *Plaintiffs,*

v.

CRAIG WRIGHT,

    *Defendant.*

CASE NO.: 9:18-cv-80176-BB/BR

# PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiffs request the Court grant leave to file their comprehensive motion *in limine* and a *Daubert* motion that exceeds the page limits set forth in Local Rule 7.1(c)(2). Defendant does not oppose the relief sought here. In support of this motion, Plaintiffs state the following:

1. The Court has ordered that all pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts), be filed by May 8, 2020. The Local Rules limit such motions to twenty pages. This Court's Amended Scheduling Order instructs that the Court will grant leave to exceed this page-limit if all evidentiary issues cannot be addressed within 20 pages. [DE 441].

2. Plaintiffs intend to file an omnibus motion *in limine* requesting certain testimony be excluded at trial. At this time, this motion will cover 8-10 different topics. Plaintiffs respectfully request the Court grant leave to exceed the page limit requirements by no more than <u>15 pages</u>.

1

3.  Plaintiffs also intend to file an omnibus *Daubert* motion (which will include requests to strike expert testimony) and to prohibit or limit the testimony of 4 expert witnesses. Plaintiffs respectfully request the Court grant leave to exceed the page limit by no more than <u>20 pages</u>.

4.  Plaintiffs have made their best effort to keep these motions concise. However, this case is complex, as is evidenced by the myriad of discovery, eleven experts, and extensive fact depositions. Given the breadth of material covered, the amount of issues to be sorted prior to trial, and Defendants focus on inappropriate/irrelevant issues in discovery (*e.g.,* Ira's relationship with his brother), additional pages are necessary to address the issues surrounding trial testimony and expert disclosures.

WHEREFORE, Plaintiffs respectfully request the Court grant leave to file the above motions not to exceed the limitations requested herein.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who does not oppose the relief sought here.

Dated: May 7, 2020                                    Respectfully submitted,

*/s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
Florida Bar No. 978663
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida 33131
Telephone: (305) 357-3861

vel@rcfllp.com
nbermond@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, Suite 1910
New York City, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Andrew S. Brenner*
ANDREW S. BRENNER