# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>　　　Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>　　　Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Plaintiffs' Motion for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Plaintiffs' omnibus motion in *limine* may exceed the page limits by no more than 15 pages, and their omnibus *Daubert* motion may exceed the page limits by no more than 20 pages.

DONE AND ORDERED in chambers on this ___ day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Beth Bloom
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished: All counsel of record