Carter Conrad
December 10, 2019

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3              CASE NO. 9:18-cv-80176-BB/BR

4

    IRA KLEIMAN, as the personal representative
5   of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,
6
              Plaintiffs,
7
    -vs-
8
    CRAIG WRIGHT,
9
              Defendant.
10

11  * * * * * * * * * * * * * * * * * *

12  VIDEOTAPED DEPOSITION OF CARTER CONRAD

13  DATE TAKEN: December 10, 2019

14  TIME: 10:09 a.m. - 11:00 a.m.

15  PLACE: 250 North Australian Avenue

16  West Palm Beach, Florida 33401

17
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                AND NOTARY PUBLIC

19

20  * * * * * * * * * * * * * * * * * *

21

22

23

24

25

Carter Conrad
December 10, 2019                                    2

```
 1   APPEARANCES:

 2   On behalf of the Plaintiff:

 3        KYLE ROCHE, ESQUIRE
          VEL FREEDMAN, ESQUIRE (via phone)
 4        ROCHE FREEDMAN, P.A.
          200 S. Biscayne Boulevard
 5        Suite 5500
          Miami, Florida 33131

 6

 7

 8   On behalf of the Defendant:

 9        BRYAN PASCHAL, ESQUIRE
          ZALMAN KASS, ESQUIRE
10        RIVERO MESTRE, P.A.
          2525 Ponce de Leon Boulevard
11        Suite 1000
          Coral Gables, Florida 33134

12

13   On behalf of the Witness:

14        BRUCE ZIMET, ESQUIRE
          LAW OFFICE OF BRUCE ZIMET, P.A.
15        250 North Australian Avenue
          Suite 1400
16        West Palm Beach, Florida 33401

17   Also Present: Robert Doyle, The Videographer
                    Ira Kleiman, via phone
18

19

20

21

22

23

24

25
```

Carter Conrad
December 10, 2019                                    3

```
 1                          -  -  -
                          I N D E X
 2                          -  -  -

 3   WITNESS:        DIRECT    CROSS    REDIRECT    RECROSS
     CARTER CONRAD
 4   BY MR. PASCHAL:    4                   53
     BY MR. ROCHE:             32
 5

 6                          -  -  -
                       E X H I B I T S
 7                          -  -  -

 8
     NUMBER                              PAGE
 9   DEFENDANT'S EX. 1                    22
     DEFENDANT'S EX. 2                    25
10   DEFENDANT'S EX. 3                    27

11

12   Exhibit 3 was retained by counsel for the Plaintiff.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Carter Conrad
December 10, 2019                                    4

```
 1                        - - -
 2            THE VIDEOGRAPHER:  Good morning everyone.
 3       We're now on video record.  Today's date
 4       December 10th 2019.  The time now is 10:09 a.m.
 5       Counsel will you announce your appearances and the
 6       witness will be sworn in.
 7            MR. PASCHAL:  Bryan Paschal for Dr. Craig
 8       Wright.
 9            MR. KASS:  Zalman Kass for Dr. Craig Wright.
10            MR. ROCHE:  Kyle Roche for plaintiffs.
11            MR. ZIMET:  Bruce Zimet for the witness.
12            THE WITNESS:  Carter Conrad.  I do.
13                        - - -
14  Thereupon,
15                      (CARTER CONRAD)
16                       having been first duly sworn or
17  affirmed, was examined and testified as follows:
18                    DIRECT EXAMINATION
19  BY MR. PASCHAL:
20       Q.   Good morning.  Could you please state your
21  full name for the record?
22       A.   Carter Vance Conrad, Jr.
23       Q.   Carter, have you ever been deposed before?
24       A.   Yes, sir.
25       Q.   How many times have you been deposed?
```

Carter Conrad
December 10, 2019                              5

```
 1        A.    Dozens.

 2        Q.    Was that as an expert witness?

 3        A.    Correct.

 4        Q.    So you know how a deposition works?

 5        A.    Yes, sir.

 6        Q.    So not going to go over like the background

 7   the basics but is there any reason why you wouldn't be

 8   able to give full complete testimony today?

 9        A.    No, sir.

10        Q.    Are you on any medication that could affect

11   your testimony?

12        A.    No.

13        Q.    And you know if you need to take a break at

14   any moment just let me know.  What's your current

15   profession?

16        A.    I am a member of Computer Forensics, LLC, a

17   Florida limited liability company.

18        Q.    What is Computer Forensics, LLC?

19        A.    We provide consulting services, litigation

20   support in matters involving electronically stored

21   information.

22        Q.    How long have you been with Computer

23   Forensics, LLC?

24        A.    2012 was founded.  I was one of the original

25   members.
```

Carter Conrad
December 10, 2019                                    6

```
 1          Q.   Who are the other members of Computer

 2    Forensics, LLC?

 3          A.   Originally in January or February of 2012 it

 4    was David Kleiman and then about six months later

 5    Patrick Paige was also joined as a member.

 6          Q.   Those are all the members for Computer

 7    Forensics?

 8          A.   Yes, sir, that's correct.

 9          Q.   Some background.  What school did you attend?

10          A.   School, college?

11          Q.   Yes.  Just high school.

12          A.   Here locally Martin County High School.  I

13    attended Western Maryland College and also Colombia

14    Southern University.

15          Q.   Do you have any certifications?

16          A.   I do.

17          Q.   Okay.

18          A.   Related to computer forensics, Security

19    University I'm qualified.  Forensic Expert Security

20    University qualified, security analyst.  Comp Tia.  I

21    have a Security Plus and A Plus Certification.  I have a

22    certification from Black Bag Technologies related to

23    forensics.  I have a certification from X1 social

24    discovery for their product.  I don't remember all the

25    acronyms but those are basically it.
```

Carter Conrad
December 10, 2019                                    7

1         Q.   When I asked you about being an expert witness

2    were you testifying about computer electronics or

3    forensics?

4         A.   Yes, sir.

5         Q.   You said you've testified dozens of times on

6    that topic?

7         A.   I have.  As a matter of fact I just prepared a

8    declaration yesterday and I believe the number since

9    2008 is 68 times I've provided sworn testimony.

10        Q.   Have you ever worked on a case involving

11   Bitcoin?

12        A.   No, sir.

13        Q.   Do you know -- did you know David Kleiman?

14        A.   I did.  He was a business partner of mine.

15        Q.   Aside from the business when did you first

16   meet Dave Kleiman?

17        A.   It was probably in the 2008/2009 timeframe.

18   We met at an FBI -- FBI Infragard meeting down in Miami

19   Florida International University I believe it was.  We

20   met in person for the first time.  We had had several

21   phone conversations prior to that.

22        Q.   Can you explain what is the FBI Infragard?

23        A.   Public sector private sector co-venturer

24   that's sponsored by the FBI.  They aggregate individuals

25   from certain vertical markets particularly technology,

Carter Conrad
December 10, 2019                                      8

1    other infrastructure, utilities, telecom, people from

2    the private sector.  They're vetted, background checked

3    and then they're allowed to join the FBI Infragard

4    Association.

5              I guess the thought is that during a time when

6    maybe the public sector would need to reach out to the

7    private sector there would already be individuals who

8    are vetted and part of that organization.

9         Q.   So it was -- was it a difficult process to

10   become a member?

11        A.   As far as you had to pass a background check

12   clearly and then you had to be involved in whatever the

13   vertical market that they were interested in having

14   individuals be part of.  So difficult I don't know how

15   to answer that but it was a process to be approved.

16        Q.   Do you remember when you became a member of

17   the Infragard?

18        A.   Again 2008 I think but I'm not certain.

19        Q.   Do you know when David became a member of --

20        A.   I believe it was prior to my approval but I

21   don't have any specific date.

22        Q.   Did you consider David Kleiman a friend?

23        A.   Yes.

24        Q.   How often would you speak to David?

25        A.   Daily.  If not every other day.  Sometimes

Carter Conrad
December 10, 2019                                    9

1    multiple times a day.

2        Q.   What would you talk about with David?

3        A.   A variety of subjects.  The central aspect of

4    our conversations or initially was some of the

5    certifications that we held in common.  I reached out to

6    him as, you know, someone in the local area that was in

7    the same business, introduced myself, offered to be of

8    any assistance I could to him.

9             Dave had quite the reputation as an expert

10   internationally and just thought it would be not only

11   good for my practice, my business practice, but just in

12   general to get to know someone who was basically a

13   superstar in the computer forensics field.

14       Q.   When you were partners with David at Computer

15   Forensics approximately how many cases did you work on

16   with him, can you recall?

17       A.   I don't know.  I simply can't put a number.

18       Q.   I want to know background.  Whose idea was it

19   to create Computer Forensics?

20       A.   It was a joint venture.  Dave had fallen ill

21   back in 2010.  We had separate practices.  When I met

22   him at the FBI Infragard meeting it was the first time I

23   realized he was in a chair.  Prior to that we had had

24   conversations, never came up.  I had no reason to ask.

25   I met him there.  We had a lot of commonalities.  Had a

1    friendship that started at that point.

2              Prior to his falling ill we would work

3    together, particularly on engagements where if we were

4    in an office setting there would be computers that

5    needed to be imaged at a desk location.  It would be

6    very difficult for him to reach under the desk, unplug

7    the computers to get at the hard drives.

8              So I would work with him and assist him, be

9    his legs to some degree so that he could, you know,

10   accomplish the engagement.  So I don't remember your

11   initial question, I'm sorry.  Got a little --

12        Q.   Computer Forensics.

13        A.   During the time when he fell ill was in the

14   hospital his phone was continuing to ring with new

15   opportunities.  So we worked out an arrangement where I

16   would help his clients to be serviced.  If it was

17   something simple I would just simply perform the task,

18   bill the client and if it was more involved then I would

19   perform part of the task.

20             I would have him to do whatever he could do at

21   that time.  Sometimes his health just simply prevented

22   him from engaging but in order to have some income he

23   was amenable with all of that.  But it got to a point in

24   2011 late in 2011, where we discussed why won't we just

25   join forces officially under the moniker of Computer

Carter Conrad
December 10, 2019                                    11

1    Forensics, LLC and that way we could have some revenue
2    sharing in an official way.  I recall the day that we
3    researched -- I researched the domain
4    ComputerForensicsLLC.com was available and he was very
5    excited and we immediately that day registered the
6    domain so that we could be together.
7         Q.   Let me ask when Dave was working with Computer
8    Forensics, LLC did he bill by the hour for work that he
9    was doing?
10        A.   Yes, sir, that was the model.  Basically our
11   corporate model is each member has their own book of
12   business unless there is opportunities where there was a
13   chance to for two people to participate or in one
14   particular case I remember all three of us participated
15   in the engagement but each one would be responsible for
16   their own billing and it was by the hour.
17        Q.   Do you know how much David -- what was his
18   hourly rate?
19        A.   $325 an hour I believe.  It might have been
20   $275 when we initially started but fairly soon after
21   that went to $325.
22        Q.   Do you remember your rate?
23        A.   Same.
24        Q.   Same, okay.  Did a lot of people reach out to
25   David for business?

Carter Conrad
December 10, 2019                              12

1        A.   His phone was quite busy.  It was again his

2   reputation was that of, you know, very knowledgeable,

3   professional practitioner and as a result he would get a

4   lot of referrals or direct inquiries.

5        Q.   Then in 2010 you said Dave was ill.  Do you

6   know what he was ill from?

7        A.   My understanding and I never directly talked

8   to him about it but my understanding is he had

9   contracted a bacteria MRSA and as a result the infection

10  forced him to have treatment and be hospitalized.

11       Q.   When was he hospitalized?

12       A.   My recollection is 2010.

13       Q.   Did he stay in the hospital consistently?

14       A.   For the most part up until just a few weeks

15  before his death.  There were times when he would get

16  out.  I remember he had a trial and the doctors allowed

17  him to leave the hospital with some assistance and

18  medical personnel assistance to go.  I don't know if he

19  testified at that trial or not.  That was a case that

20  originated before Computer Forensics, LLC was formed.

21  So I just -- I don't know that we have any records of

22  that.

23       Q.   What hospital was he?

24       A.   The Veterans Administration Hospital here

25  locally.  But more time was spent at the VA Hospital in

Carter Conrad
December 10, 2019                                    13

1   Miami.  They -- the VA Hospital in Miami had a spinal

2   cord injury unit.  The one up here my understanding does

3   not so that's for treatment purposes Miami was more -- a

4   more practical place for him to receive treatment.

5          Q.    Did you ever visit him while -- David while he

6   was in the hospital?

7          A.    Multiple times.

8          Q.    Could you describe what the hospital looked

9   like?

10         A.    So the one in West Palm is a little bit newer.

11  He was in a quarantined area at the one in West Palm

12  because that's when he was first diagnosed with MRSA.

13  So to enter there you would have to gown up and it was a

14  contagious area.  The VA Hospital in Miami is much

15  larger, much older building.  More -- I saw evidence of

16  vast number of patients, more than in West Palm.

17  Various veterans that were there, ages -- wide range of

18  ages and disabilities.

19         Q.    Do you know who Ira Kleiman is?

20         A.    I understand David's step brother.

21         Q.    Did you ever see Ira visit Dave at the

22  hospital?

23         A.    No, sir.

24         Q.    Did Dave ever say that Ira visited him while

25  he was in hospital?

Carter Conrad
December 10, 2019                          14

1        A.   We had very few conversations about Ira over

2   the course of my entire time I've known Dave.

3        Q.   What were the subjects of those conversations?

4        A.   They were estranged.  I mean that was my

5   understanding.  I can't give you specific time.

6        Q.   So they didn't have a good relationship?

7             MR. ROCHE:  Objection to form.

8             THE WITNESS:  That's my understanding.

9   BY MR. PASCHAL:

10       Q.   Now, you went in the entire time you knew

11  David did he ever mention anything about Bitcoin to you?

12       A.   No, sir.

13       Q.   In the entire time that you knew David did he

14  ever mention Craig Wright to you?

15       A.   Yes.

16       Q.   What would he say about Craig Wright?

17       A.   Craig shared a certification that Dave and I

18  both had at the time.  The International Society of

19  Forensic Computer Examiners and Craig was active posting

20  on the list.  I can't tell you how active.  I just would

21  recognize his name from the post.

22            I had understood through Dave that they worked

23  together on a project.  Dave classified it as a white

24  paper.  Had to do with the analysis of data from a hard

25  drive if that data had been overwritten.  Basically the

Carter Conrad
December 10, 2019                                    15

1   summation of that paper, I haven't read it, but the

2   summation as Dave represented it to me is if data on a

3   hard drive on a magnetic storage device is overwritten

4   just one time with other data in the sector or in the

5   cluster that it's in that it becomes very difficult to

6   determine what that underlying data was.

7            I guess it was in correlation with a

8   Department of Defense requirement that data be

9   overwritten seven times in a variety of different

10   manners but they had basically established that for most

11   practical uses if the data is overwritten one time

12   effectively you've destroyed the data and that was a

13   project according to Dave that they had worked on

14   together.

15       Q.   I just want to ask you about the overwriting

16   data.  So Dave and Craig's position was that if you

17   overwrite data once it's unrecoverable?

18            MR. ROCHE:  Objection.

19            MR. ZIMET:  You can answer.

20            THE WITNESS:  That's my understanding.  Again

21       I haven't read the paper.

22   BY MR. PASCHAL:

23       Q.   But you're familiar with this sort of stuff

24   because -- is sit like part of what you work on?

25            MR. ROCHE:  Objection.

Carter Conrad
December 10, 2019                               16

```
 1              THE WITNESS:  Yes.
 2   BY MR. PASCHAL:
 3       Q.   If somebody was to overwrite data for let's
 4   say several years would that make it difficult to
 5   recover data?
 6              MR. ROCHE:  Objection, calls for expert
 7         testimony.
 8              THE WITNESS:  As it relates to the white paper
 9         and the inference that I understood from it
10         overwriting it one time is effective -- effectively
11         overwriting the data but again the Department of
12         Defense requirement for data destruction is I think
13         seven times in various patterns.
14   BY MR. PASCHAL:
15       Q.   So when you said white paper you mean
16   overwriting data white paper?
17       A.   Yes.  Again I don't know the name of it.
18   Research paper commonly referred to as a white paper.
19       Q.   Did Dave ever say that he had any other
20   business ventures with Craig Wright?
21       A.   No.  No.
22       Q.   Did he say that he was ever working on any
23   projects with Craig Wright other than the white paper?
24       A.   I don't remember.  I don't recall any, no.
25       Q.   Did Dave ever speak -- let me say in the
```

Carter Conrad
December 10, 2019                              17

```
 1  reverse.  Did Dave ever speak highly of Craig Wright?
 2          MR. ROCHE:  Objection to form.
 3          THE WITNESS:  I would say -- to the extent
 4      that they worked together on a project Dave had
 5      respect for him but --
 6          MR. ZIMET:  The question is did he ever speak
 7      highly of him so if you know you do and if you
 8      don't know you don't.
 9          THE WITNESS:  I can't categorize.  There was
10      nothing disparaging.
11  BY MR. PASCHAL:
12      Q.   Up until the date that David died did he ever
13  say anything bad about Craig Wright?
14      A.   I don't recall any disparaging remarks.
15      Q.   He certainly never said Craig stole anything
16  from him?
17          MR. ROCHE:  Objection.
18          THE WITNESS:  I don't recall hearing any of
19      that, no.
20  BY MR. PASCHAL:
21      Q.   And Dave never told you that he had hundreds
22  of millions of dollars worth of Bitcoin?
23          MR. ROCHE:  Objection.
24          THE WITNESS:  No.
25
```

Carter Conrad
December 10, 2019                                          18

1    BY MR. PASCHAL:

2         Q.   Are you familiar with Dave's -- in any way of

3    Dave's financial situation?

4         A.   I was.

5         Q.   What was his financial situation?

6         A.   Toward the end of his life it was dire.

7         Q.   You know his house was being foreclosed?

8         A.   Yes, I would go to his house to pick up mail

9    for him and there was notices from the mortgage company.

10        Q.   Were there other notices regarding debt and

11   debt collection?

12        A.   Credit card.  Other -- that's just my

13   recollection.  It was not a good financial situation he

14   was in.

15        Q.   When you visited his house did you have a key

16   to access his house?

17        A.   I did.  He would have to call me in at the

18   gate.  I wasn't on a permanent entry list but he would

19   call me in.  I would go pick up the mail.  Check on the

20   status of the house.

21        Q.   Did you ever see computers in his home?

22        A.   I'm not certain.  I don't know.  He had an

23   office.  There was computer equipment in there.  Were

24   they actually computers I just don't recall.

25        Q.   Do you recall ever seeing any of that computer

Carter Conrad
December 10, 2019                                    19

```
 1   equipment being turned on?
 2        A.   Again there were routers and other equipment.
 3   When right before a few weeks before he died when he
 4   left the hospital I know he had brought his equipment
 5   home and yes, I saw it functioning then but if you're
 6   asking the visits that I made when he was in the
 7   hospital I just don't recall.
 8        Q.   What other financial troubles did you know
 9   that Dave had?
10        A.   His cell phone which was kind of his
11   connection to everything was in danger of being turned
12   off several times for non-payment.  So we would make
13   sure that he had funds available to do that.
14        Q.   When you say that does that mean you paid for
15   his cell phone bill?
16        A.   Patrick and I provided money so we can take
17   care of him.
18        Q.   He never asked for money; right?
19        A.   He never asked for money.
20        Q.   You just knew you had to take care of it?
21             MR. ROCHE:  Objection to form.
22             THE WITNESS:  He was a personal friend.  I was
23        aware to whatever degree of his circumstances I
24        wanted to help him.
25
```

Carter Conrad
December 10, 2019                          20

```
 1    BY MR. PASCHAL:
 2         Q.   His phone was in danger of being cut off when
 3    he was in the hospital?
 4         A.   Yes.
 5         Q.   So that would have been as you said his
 6    connection to everybody?
 7         A.   Correct.
 8              MR. ROCHE:  Objection.
 9    BY MR. PASCHAL:
10         Q.   Did Dave ever tell you that Ira provided him
11    with any money?
12         A.   I believe my testimony previously was we had
13    very limited discussions about Ira.
14         Q.   So that would be a no?
15         A.   I don't recall any, no.
16         Q.   When Dave checked out of the hospital did he
17    contact you?
18         A.   We were in fairly constant contact with each
19    other.  It was surprising that he had left the hospital
20    but he expressed he had just grown tired of everything
21    and he didn't really even check himself out.  He just
22    left.  He had access to his van there and he took his
23    stuff and wheeled himself out the door and --
24         Q.   So doctors didn't clear him?
25         A.   That's my understanding, no, he was not
```

Carter Conrad
December 10, 2019                              21

```
 1   cleared.

 2        Q.   Was Dave happy in the VA?

 3             MR. ROCHE:  Objection.

 4             THE WITNESS:  I wouldn't classify -- I don't

 5        know how to answer that question happy.  He was a

 6        happy guy generally.  He wasn't happy about his

 7        circumstances.

 8   BY MR. PASCHAL:

 9        Q.   When Dave had to check himself out of the

10   hospital what did he talk about with you in those

11   conversations?

12        A.   I recall going to his house on an evening.  I

13   can't tell what that date was and there was discussions

14   about the future and how he was ready to move on, grow

15   the business and, you know, we had had basically, you

16   know, a setback with him being in the hospital and that

17   he was excited to move forward and fulfill the thoughts

18   that we had had with having, you know, to grow the

19   business and be profitable.

20        Q.   Did he tell you anything about him leaving the

21   hospital?

22        A.   Yes.

23        Q.   What did he say?

24        A.   He used an expletive to basically say he was

25   done being there.
```

Carter Conrad
December 10, 2019                                      22

1          Q.   Were you concerned at that time?

2          A.   Dave was a very independent guy and I had no

3   reason to think that he wasn't going to care for himself

4   or that he would be any danger by being at home.  I

5   think he felt like that there was some bureaucracy at

6   the VA that was preventing him from leaving and he

7   wanted to be rid of that.

8          Q.   When you say bureaucracy could you explain

9   that?

10         A.   I think he felt like the doctors were being

11  too cautious maybe.  That's my own -- that's my own

12  reputation.  I didn't hear those words from him.  He was

13  certainly not wanting to be there.  He felt restricted

14  him being there.  I'm just going to turn my phone off.

15              MR. PASCHAL:  I have this marked as Exhibit 1.

16              (Defendant's Exhibit No. 1 was

17              marked for identification.)

18              THE WITNESS:  Yes, sir.

19  BY MR. PASCHAL:

20         Q.   Do you recognize what I just handed you?

21         A.   I do.

22         Q.   What is it?

23         A.   It's an e-mail that I sent the date says

24  April 29th to a group of people with the subject line

25  Dave Kleiman.

Carter Conrad
December 10, 2019                                    23

1        Q.   And you're announcing to -- in this e-mail

2   you're announcing to Dave's close friends that he had

3   passed away; right?

4        A.   Friends and business associates, yes.

5        Q.   And Craig Wright is on this e-mail?

6        A.   Yes, sir, that's right.

7        Q.   Was it your understanding that Dave and Craig

8   were friends?

9        A.   Again business associates.  So I was going to

10  make a public announcement via e-mail on the IFCE Web

11  site, the CCE Web site and I didn't want people seeing

12  the information for the first time so I was sending out

13  some advance notification to those that I knew Dave was

14  associated with.

15       Q.   How did you find out that Dave had passed

16  away?

17       A.   Patrick told me the Friday before this.  My

18  recollection was this was a Monday and I was going to

19  make an announcement but that preceding Friday Patrick

20  hadn't heard from Dave and was on his way to his house

21  to do a welfare check and by the time he got there I

22  guess maybe law enforcement, I don't know, I wasn't

23  there but I recall Patrick calling me and saying that

24  Dave had passed away.

25       Q.   Did Ira Kleiman reach out to you after Dave

Carter Conrad
December 10, 2019                                        24

```
 1   passed away?
 2        A.   I had some e-mail correspondence with Ira
 3   subsequent to Dave's death.  I don't recall the nature
 4   of those but I know there was some correspondence.
 5        Q.   Did he talk about Bitcoin with you?
 6        A.   I don't recall again the content.  I believe
 7   and obviously this is second hand and not testimony
 8   but -- you can ask Patrick.
 9        Q.   Did you ever offer Ira any help to access
10   Dave's drives and cell phones?
11        A.   I believe I did.
12        Q.   Did Ira ever take you up on that offer?
13        A.   My only recollection is he grew impatient and
14   then filed a lawsuit.
15        Q.   When you say filed a lawsuit was that against
16   you?
17        A.   Against Computer Forensics, against Carter
18   Conrad, against Patrick Paige as an individual.
19        Q.   In that lawsuit -- he alleged in that lawsuit
20   injunction for return of Dave's Bitcoins?
21        A.   I don't recall.
22        Q.   The complaint against Computer Forensics --
23             MR. ZIMET:  Sorry?
24             THE WITNESS:  I believe it was individually.
25             MR. ZIMET:  All three.  Corporate and the two
```

Carter Conrad
December 10, 2019                                      25

```
 1        individuals.
 2   BY MR. PASCHAL:
 3        Q.   What happened to that -- in that lawsuit?
 4        A.   Dismissed or -- yes, I believe it was
 5   dismissed.  It's no longer active as far as my
 6   understanding.
 7        Q.   Since he sued you -- let me ask you.  Did you
 8   ever have access to Dave Kleiman's alleged Bitcoin?
 9        A.   No.  No, sir.
10        Q.   And Ira sued you?
11        A.   We were the subject of a lawsuit, yes.
12             MR. ZIMET:  Secondly, Ira didn't sue
13        individually in his capacity as personal
14        representative of the estate.  The document speaks
15        for itself on the lawsuit.
16             MR. PASCHAL:  This is Exhibit 2.
17             (Defendant's Exhibit No. 2 was
18             marked for identification.)
19   BY MR. PASCHAL:
20        Q.   Turn to the second page of Exhibit 2.  Is
21   there anything on this page that you recognize?
22        A.   Yes, sir, my handwriting.
23        Q.   Where is your handwriting on this?
24        A.   In the bolded block received 10/10/13.
25        Q.   Do you ever remember receiving this document?
```

1    A.   I believe it was -- I remember receiving it,

2    yes.

3         Q.   And the address here ████████████████

4    ████████.   Are you familiar with that address?

5         A.   I am.

6         Q.   What is that address?

7         A.   It is a mail location, a Drop Box that Dave

8    would use for his business and I guess personal items

9    also.

10        Q.   Do you understand this to be a court document

11   from the Supreme Court of New South Wales?

12             MR. ROCHE:  Objection to form.

13             THE WITNESS:  Yes, it looked like some sort of

14        legal proceeding that was being instituted so I

15        felt like it was important to document exactly when

16        I received it so that I memorialized it with the

17        Sharpie pen.

18   BY MR. PASCHAL:

19        Q.   Do you recall any conversations where you told

20   Ira about this document?

21        A.   No.

22             MR. PASCHAL:  Can I have one second, I think

23        we'll be done?

24             MR. ZIMET:  Sure.

25             MR. PASCHAL:  Go off the record.

Carter Conrad
December 10, 2019                                      27

```
 1                (Discussion held off the record.)

 2                THE VIDEOGRAPHER:  Back on the record.

 3    BY MR. PASCHAL:

 4        Q.   Sir, do you recognize this document?

 5        A.   I believe this is the lawsuit that we were

 6    referring to previously.  Exhibit 3.

 7                (Defendant's Exhibit No. 3 was

 8                marked for identification.)

 9    BY MR. PASCHAL:

10        Q.   Can you turn to paragraph 32?

11        A.   Yes, sir.

12        Q.   You see in the last sentence "Ira individually

13    and as personal representative of the Estate of David

14    Kleiman alleges further upon information and belief

15    David Kleiman created and maintained Bitcoin for his

16    personal property during his time he was a member of

17    Computer Forensics."

18        A.   Okay.

19        Q.   Did Ira have any basis to make this

20    allegation?

21                MR. ROCHE:  Objection.

22                THE WITNESS:  I wasn't aware of any efforts

23          regarding Dave and Bitcoin.  I have no

24          understanding why this assertion was made.

25
```

Carter Conrad
December 10, 2019                                    28

```
1   BY MR. PASCHAL:
2       Q.   Then paragraph 35 the last sentence "Ira as a
3   representative of the estate alleged Computer Forensics
4   should be enjoined from monetizing, transferring,
5   otherwise converting such Bitcoin to its use.  At least
6   it principals or third parties."  You see that?
7       A.   I do.
8       Q.   And you never had any Bitcoin, did you?
9            MR. ROCHE:  Objection.
10  BY MR. PASCHAL:
11      Q.   Of Dave's Bitcoin?
12      A.   I have never owned Bitcoin.  I didn't have
13  Dave's Bitcoin.  No.
14      Q.   Just about Dave Kleiman.  Were you aware of
15  any girlfriends or wives that he had?
16      A.   Was I aware of any?
17      Q.   Girlfriends or wives that he had.
18      A.   I know or it was represented to me through
19  Dave that there were a couple of girlfriends.  I know he
20  was married at one time.  I have no knowledge about that
21  relationship.
22      Q.   Are you aware that David had asked you what --
23  sorry, do you know how his marriage ended?
24      A.   In divorce I believe.
25      Q.   Were there any circumstances where that was --
```

Carter Conrad
December 10, 2019                              29

1   where Dave reported that in the media?

2        A.   I'm not aware of any.

3        Q.   Do you know the name of his wife?

4        A.   I do not.

5        Q.   Do you know the name of his girlfriends?

6        A.   Right toward the end of his life there was a

7   young lady I believe her name is Lineda.  I would see --

8   I know that they would be together, have phone

9   conversations.  Dave would indicate that.

10       Q.   Did Dave ever have a girlfriend that lived

11  with him?

12       A.   Not to my knowledge.

13       Q.   Just based on what you know of Dave would you

14  consider him somebody as a saver, somebody that saved

15  his money?

16            MR. ROCHE:  Objection.

17            THE WITNESS:  I don't know how to answer that

18       question.  He was very generous when he had money.

19            MR. PASCHAL:  I think that's it for us.

20  BY MR. PASCHAL:

21       Q.   Since this lawsuit was filed have you ever

22  spoken to Ira Kleiman?

23       A.   No.

24       Q.   Okay.

25       A.   There was a meeting I believe Ira was in

Carter Conrad
December 10, 2019                              30

```
1    attendance here at this office but I haven't had any
2    direct contact with him.
3         Q.   Was that meeting about this case or about the
4    separate case?
5         A.   I don't recall.  I'm sorry.
6         Q.   Do you know when that meeting happened?
7         A.   It's been months ago.  I don't know the exact
8    date.
9         Q.   Do you know what was discussed?
10        A.   I mean in general it was about Dave but again
11   I'm not sure if it was in reference -- I believe it to
12   be in reference to the initial lawsuit but I'm just not
13   certain.
14        Q.   When you say lawsuit do you mean this lawsuit
15   or --
16        A.   The Exhibit 3 that you provided to me.  I
17   believe it was in reference to that.
18        Q.   Do you know who was in attendance at that
19   meeting?
20        A.   Patrick Paige and counsel -- well, Mr. Zimet
21   and I believe Mr. Velvel was in attendance I believe.
22        Q.   Is that the first time that counsel for -- has
23   counsel for Ira Kleiman ever contacted you other than
24   the meeting?  Was that the first time?
25        A.   I believe so.
```

Carter Conrad
December 10, 2019                                    31

1              MR. ZIMET:  Just to be clear he did not
2         contact the witness.  Any communication would have
3         been attorney to attorney.  There was no reaching
4         out to Mr. Conrad directly.
5    BY MR. PASCHAL:
6         Q.   To be clear you were not at that meeting;
7    right?
8         A.   The meeting here that I just described, yes, I
9    was in attendance.
10        Q.   You were in attendance?
11        A.   Yes, sir.
12        Q.   Was this case discussed at all?
13        A.   I don't have any recollection.  Again I don't
14   want to provide a guess.  My recollection though is that
15   it had to do with the lawsuit described in Exhibit 3.
16   That's my best understanding.
17        Q.   Do you have any documents from that meeting?
18        A.   No, sir.
19             MR. PASCHAL:  I think I am done.
20             MR. ROCHE:  Can we take like a two or three
21        minute break and then I'll finish up?
22             MR. ZIMET:  Of course.
23             THE VIDEOGRAPHER:  We're off record.
24             (Thereupon, a brief recess was taken.)
25             THE VIDEOGRAPHER:  Back on the record.

```
 1                    CROSS (CARTER CONRAD)

 2    BY MR. ROCHE:

 3        Q.   Good morning Carter, just a few short

 4    questions.  Prior to today did you have any

 5    communications with counsel for defendant?

 6        A.   There was a meeting -- there was a meeting

 7    here at this office.  I don't recall the date.

 8        Q.   Was it in 2019?

 9        A.   Likely but again I'm not certain of the date.

10        Q.   Do you recall who was at the meeting?

11        A.   Mr. Zimet and Patrick Paige.  Counsel

12    represented here was there.  There may have been one

13    other person.  I just don't recall.

14        Q.   Both Bryan and Zalman were here?

15        A.   I don't think so (Indicating).

16        Q.   Just Bryan?

17             MR. ZIMET:  He is pointing to Bryan for the

18        record.

19             THE WITNESS:  Yes.

20    BY MR. ROCHE:

21        Q.   There may have been one other person but you

22    can't recall right now?

23        A.   I just can't recall.

24        Q.   Do you recall what the nature of those

25    conversations were?
```

 1          A.   Prior to any deposition I believe there was

 2     just an informal meeting, not a formal deposition

 3     request and we were amenable to hold that meeting.

 4          Q.   What types of questions were asked at that

 5     meeting?

 6          A.   Some background.  Just very similar in nature

 7     to what was asked about Dave, my relationship, Patrick's

 8     relationship with Dave.

 9          Q.   So were many of the questions that were asked

10     by counsel today asked at that meeting that occurred

11     earlier?

12          A.   It seems like there were some, yes.

13          Q.   Do you have any written communications with

14     counsel for defendants?

15          A.   No, sir.

16          Q.   We looked at -- if you can put exhibit I

17     believe it was two.

18               MR. ZIMET:  We have it.

19     BY MR. ROCHE:

20          Q.   Let's go to the second page of Exhibit 2 it's

21     Bates ending 1909.

22          A.   Yes.

23          Q.   You see this is addressed to W&K Info Defense

24     Research, LLC?

25          A.   I do.

Carter Conrad
December 10, 2019                                        34

1        Q.    Prior to receiving this had you heard of the

2    entity W&K Info Defense Research, LLC?

3        A.    No.

4             MR. ROCHE:   No further questions.

5             MR. ZIMET:   He'll read.

6             THE VIDEOGRAPHER:   We're off record.   It's

7        10:59 a.m.

8             MR. ZIMET:   He has the option.   He'll read the

9        depo before it's finished.

10            THE VIDEOGRAPHER:   11:00 a.m.   We're off

11       record.

12            MR. ZIMET:   Thank you gentlemen.   Patrick,

13       ready to go?

14            MR. PASCHAL:   I will order as soon as

15       possible.

16            MR. ROCHE:   I will take a copy.

17                  (Witness excused.)

18                  (Deposition was concluded.)

19

20

21

22

23

24

25

Carter Conrad
December 10, 2019                                    35

```
1

2                    CERTIFICATE OF REPORTER

3            THE STATE OF FLORIDA

4            COUNTY OF BROWARD

5

6        I, Rick Levy, Registered Professional Reporter
     and Notary Public in and for the State of Florida at
7    large, do hereby certify that I was authorized to
     and did report said deposition in stenotype of
8    CARTER CONRAD; and that the foregoing pages,
     numbered from 1 to 34, inclusive, are a true and
9    correct transcription of my shorthand notes of said
     deposition.
10
         I further certify that said deposition was
11   taken at the time and place hereinabove set forth
     and that the taking of said deposition was commenced
12   and completed as hereinabove set out.

13       I further certify that I am not attorney or
     counsel of any of the parties, nor am I a relative
14   or employee of any attorney or counsel of party
     connected with the action, nor am I financially
15   interested in the action.

16       The foregoing certification of this transcript
     does not apply to any reproduction of the same by
17   any means unless under the direct control and/or
     direction of the certifying reporter.
18
         IN WITNESS WHEREOF, I have hereunto set my hand
19   this 10TH day of December, 2019.

20

21       _____

22       Rick Levy, RPR, FPR, Notary Public
         in and for the State of Florida
         My Commission Expires:  12/8/2023
23       My Commission No.:  GG937684

24

25
```

Carter Conrad
December 10, 2019                                                36

```
 1                       CERTIFICATE OF OATH

 2    THE STATE OF FLORIDA

 3    COUNTY OF PALM BEACH

 4

 5         I, Rick Levy, REGISTERED PROFESSIONAL REPORTER,

 6    Notary Public, State of Florida, certify that CARTER

 7    CONRAD personally appeared before me on the 10th day

 8    of December, 2019 and was duly sworn.

 9

10            Signed this 10th day of December, 2019.

11

12

13

14

15         _____

16              Rick Levy, RPR, FPR
                Notary Public - State of Florida
17              My Commission Expires:  12/8/2023
                My Commission No.:  GG937684

18

19

20

21

22

23

24

25
```

RICK LEVY
Notary Public - State of Florida
Commission # FF 939483
My Comm. Expires Dec 7, 2019
Bonded through National Notary Assn

Carter Conrad
December 10, 2019                                      37

```
1              E R R A T A   S H E E T

2    IN RE:  IRA KLEIMAN VS CRAIG WRIGHT

3    DEPOSITION OF:  CARTER CONRAD

4    TAKEN: 12/10/2019

5        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

6    PAGE #  LINE #   CHANGE              REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   Please forward the original signed errata sheet to
     this office so that copies may be distributed to all
18   parties.

19   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct
20   subject to   any changes in form or substance
     entered here.

21

22   DATE: _____

23

24   SIGNATURE OF
     DEPONENT:_____
25
```

```
 1   DATE:        December 10, 2019

 2   TO:  BRUCE ZIMET, ESQUIRE
          LAW OFFICE OF BRUCE ZIMET, P.A.
 3        250 North Australian Avenue
          Suite 1400
 4        West Palm Beach, Florida 33401

 5   IN RE:      Ira Kleiman vs Craig Wright

 6   Dear Mr. Zimet:

 7   Enclosed please find the original errata page with
     your copy of the transcript so CARTER CONRAD may
 8   read and sign their transcript.  Please have him/her
     make whatever changes are necessary on the errata
 9   page and sign it.  Then place the original errata
     page back into the original transcript.  Please then
10   forward the original errata page back to our office
     @1080 Woodcock Road, Suite 100, Orlando, Florida
11   32803.

12   If the errata page is not signed by the witness
     within 30 days after this letter has been furnished,
13   we will then process the transcript without a signed
     errata page.  If your client wishes to waive their
14   right to read and sign, please have him/her sign
     their name at the bottom of this letter and send it
15   back to the office.

16        Your prompt attention to this matter is

17   appreciated.

18   Sincerely,

19   _____
     RICK E. LEVY, RPR
20
     I do hereby waive my signature:
21
     _____
22   CARTER CONRAD

23   cc via transcript:  Bryan Paschal, Esq.
                         Kyle Roche, Esq.
24   file copy

25
```

| Exhibits |
| --- |

**EX 0001 Carter**
 **Conrad DEFT 1**
**21019**  22:15,
 16
**EX 0002 Carter**
 **Conrad DEFT 1**
**21019**  25:16,
 17,20 33:20

| $ |
| --- |

**$275**  11:20
**$325**  11:19,21

| 1 |
| --- |

**1**  22:15,16
**10/10/13**
 25:24
**10:09**  4:4
**10:59**  34:7
**10th**  4:4
**11:00**  34:10
**1909**  33:21

| 2 |
| --- |

**2**  25:16,17,20
 33:20
**2008**  7:9 8:18
**2008/2009**
 7:17
**2010**  9:21
 12:5,12
**2011**  10:24
**2012**  5:24 6:3
**2019**  4:4 32:8
**29th**  22:24

| 3 |
| --- |

**3**  27:6,7
 30:16 31:15

**32**  27:10
**35**  28:2

| 4 |
| --- |

**4371**  26:3

| 6 |
| --- |

**68**  7:9

| A |
| --- |

**a.m.**  4:4
 34:7,10
**able**  5:8
**about**  6:4
 7:1,2 9:2
 12:8 14:1,11,
 16 15:15
 17:13 20:13
 21:6,10,14,20
 24:5 26:20
 28:14,20
 30:3,10 33:7
**access**  18:16
 20:22 24:9
 25:8
**accomplish**
 10:10
**according**
 15:13
**acronyms**  6:25
**active**  14:19,
 20 25:5
**actually**
 18:24
**address**  26:3,
 4,6
**addressed**
 33:23
**Administration**
 12:24
**advance**  23:13
**affect**  5:10
**affirmed**  4:17

**after**  11:20
 23:25
**again**  8:18
 12:1 15:20
 16:11,17 19:2
 23:9 24:6
 30:10 31:13
 32:9
**against**
 24:15,17,18,
 22
**ages**  13:17,18
**aggregate**
 7:24
**ago**  30:7
**all**  6:6,24
 10:23 11:14
 24:25 31:12
**allegation**
 27:20
**alleged**  24:19
 25:8 28:3
**alleges**  27:14
**allowed**  8:3
 12:16
**already**  8:7
**also**  6:5,13
 26:9
**am**  5:16 26:5
 31:19
**amenable**
 10:23 33:3
**analysis**
 14:24
**analyst**  6:20
**and**  4:5,17
 5:13 6:4,13,
 21 7:8 8:3,8,
 12 9:10 10:8,
 18 11:1,4,5,
 16 12:3,7,9,
 10,16,17
 13:13,18
 14:17,19
 15:12,16 16:9
 17:7,21 18:9,
 10 19:2,5,16
 20:21,22,23

 21:13,14,15,
 16,17,19
 22:2,6 23:1,
 4,5,7,11,18,
 20,21,23
 24:7,10,13,25
 25:10 26:3,8
 27:13,14,15,
 23 28:8
 30:20,21
 31:21 32:11,
 14 33:3
**announce**  4:5
**announcement**
 23:10,19
**announcing**
 23:1,2
**answer**  8:15
 15:19 21:5
 29:17
**any**  5:7,10,14
 6:15 8:21 9:8
 12:21 16:19,
 22,24 17:14,
 18 18:2,25
 20:11,15 22:4
 24:9 26:19
 27:19,22
 28:8,15,16,25
 29:2 30:1
 31:2,13,17
 32:4 33:1,13
**anything**
 14:11 17:13,
 15 21:20
 25:21
**appearances**
 4:5
**approval**  8:20
**approved**  8:15
**approximately**
 9:15
**April**  22:24
**are**  5:10 6:1,
 6,25 8:8 18:2
 26:4 28:22
**area**  9:6
 13:11,14

arrangement
 10:15
as   4:17 5:2
 6:5 7:7 8:11
 9:6,9 12:3,9
 14:23 15:2
 16:8,18 20:5
 22:15 24:18
 25:5,13 27:13
 28:2 29:14
 34:14
Aside   7:15
ask   9:24 11:7
 15:15 24:8
 25:7
asked   7:1
 19:18,19
 28:22 33:4,7,
 9,10
asking   19:6
aspect   9:3
assertion
 27:24
assist   10:8
assistance
 9:8 12:17,18
associated
 23:14
associates
 23:4,9
Association
 8:4
at   5:13 7:18
 9:14,22 10:1,
 5,7,20 12:19,
 25 13:11,21
 14:18 18:17
 22:1,4,5
 28:5,20 30:1,
 18 31:6,12
 32:7,10 33:4,
 10,16
attend   6:9
attendance
 30:1,18,21
 31:9,10
attended   6:13

attorney   31:3
available
 11:4 19:13
aware   19:23
 27:22 28:14,
 16,22 29:2
away   23:3,16,
 24 24:1

## B

back   9:21
 27:2 31:25
background
 5:6 6:9 8:2,
 11 9:18 33:6
bacteria   12:9
bad   17:13
Bag   6:22
based   29:13
basically
 6:25 9:12
 11:10 14:25
 15:10 21:15,
 24
basics   5:7
basis   27:19
Bates   33:21
became   8:16,
 19
because   13:12
 15:24
become   8:10
becomes   15:5
been   4:16,23,
 25 5:22 11:19
 14:25 20:5
 30:7 31:3
 32:12,21
before   4:23
 12:15,20 19:3
 23:17 34:9
being   7:1
 18:7 19:1,11
 20:2 21:16,25
 22:4,10,14
 26:14

belief   27:14
believe   7:8,
 19 8:20 11:19
 20:12 24:6,
 11,24 25:4
 26:1 27:5
 28:24 29:7,25
 30:11,17,21,
 25 33:1,17
best   31:16
bill   10:18
 11:8 19:15
billing   11:16
bit   13:10
Bitcoin   7:11
 14:11 17:22
 24:5 25:8
 27:15,23
 28:5,8,11,12,
 13
Bitcoins
 24:20
Black   6:22
block   25:24
bolded   25:24
book   11:11
both   14:18
 32:14
Boulevard
 26:4
Box   26:7
break   5:13
 31:21
brief   31:24
brother   13:20
brought   19:4
Bruce   4:11
Bryan   4:7
 32:14,16,17
building
 13:15
bureaucracy
 22:5,8
business
 7:14,15 9:7,
 11 11:12,25
 16:20 21:15,

 19 23:4,9
 26:8
busy   12:1
but   5:7 6:25
 8:15,18,20
 9:11 10:22,23
 11:15,20
 12:8,25 15:1,
 10,23 16:11
 17:5 18:18
 19:5 20:20
 23:19,23
 24:4,8 30:1,
 10,12 32:9,21
by   4:19 7:24
 11:8,16 14:9
 15:22 16:2,14
 17:11,20 18:1
 20:1,9 21:8
 22:4,19 23:21
 25:2,19 26:18
 27:3,9 28:1,
 10 29:20 31:5
 32:2,20
 33:10,19

## C

call   18:17,19
calling   23:23
calls   16:6
came   9:24
can   7:22 9:16
 15:19 19:16
 24:8 26:22
 27:10 31:20
 33:16
can't   9:17
 14:5,20 17:9
 21:13 32:22,
 23
capacity
 25:13
card   18:12
care   19:17,20
 22:3
carter   4:12,
 15,22,23

24:17 32:1,3
**case** 7:10
11:14 12:19
30:3,4 31:12
**cases** 9:15
**categorize**
17:9
**cautious**
22:11
**CCE** 23:11
**cell** 19:10,15
24:10
**central** 9:3
**certain** 7:25
8:18 18:22
30:13 32:9
**certainly**
17:15 22:13
**certification**
6:21,22,23
14:17
**certifications**
6:15 9:5
**chair** 9:23
**chance** 11:13
**check** 8:11
18:19 20:21
21:9 23:21
**checked** 8:2
20:16
**circumstances**
19:23 21:7
28:25
**classified**
14:23
**classify** 21:4
**clear** 20:24
31:1,6
**cleared** 21:1
**clearly** 8:12
**client** 10:18
**clients** 10:16
**close** 23:2
**cluster** 15:5
**co-venturer**
7:23

**collection**
18:11
**college** 6:10,
13
**Colombia** 6:13
**common** 9:5
**commonalities**
9:25
**commonly**
16:18
**communication**
31:2
**communications**
32:5 33:13
**Comp** 6:20
**company** 5:17
18:9
**complaint**
24:22
**complete** 5:8
**computer**
5:16,18,22
6:1,6,18 7:2
9:13,14,19
10:12,25 11:7
12:20 14:19
18:23,25
24:17,22
27:17 28:3
**Computerforens
icsllc.com**
11:4
**computers**
10:4,7 18:21,
24
**concerned**
22:1
**concluded**
34:18
**connection**
19:11 20:6
**Conrad** 4:12,
15,22 24:18
31:4 32:1
**consider** 8:22
29:14

**consistently**
12:13
**constant**
20:18
**consulting**
5:19
**contact**
20:17,18 30:2
31:2
**contacted**
30:23
**contagious**
13:14
**content** 24:6
**continuing**
10:14
**contracted**
12:9
**conversations**
7:21 9:4,24
14:1,3 21:11
26:19 29:9
32:25
**converting**
28:5
**copy** 34:16
**cord** 13:2
**corporate**
11:11 24:25
**correct** 5:3
6:8 20:7
**correlation**
15:7
**correspondence**
24:2,4
**could** 4:20
5:10 9:8
10:9,20 11:1,
6 13:8 22:8
**counsel** 4:5
30:20,22,23
32:5,11
33:10,14
**County** 6:12
**couple** 28:19
**course** 14:2
31:22

**court** 26:10,
11
**Craig** 4:7,9
14:14,16,17,
19 16:20,23
17:1,13,15
23:5,7
**Craig's** 15:16
**create** 9:19
**created** 27:15
**Credit** 18:12
**CROSS** 32:1
**current** 5:14
**cut** 20:2

---

D

**Daily** 8:25
**danger** 19:11
20:2 22:4
**data** 14:24,25
15:2,4,6,8,
11,12,16,17
16:3,5,11,12,
16
**date** 4:3 8:21
17:12 21:13
22:23 30:8
32:7,9
**Dave** 7:16
9:9,20 11:7
12:5 13:21,24
14:2,17,22,23
15:2,13,16
16:19,25
17:1,4,21
19:9 20:10,16
21:2,9 22:2,
25 23:7,13,
15,20,24,25
25:8 26:7
27:23 28:14,
19 29:1,9,10,
13 30:10
33:7,8
**Dave's** 18:2,3
23:2 24:3,10,
20 28:11,13

David   6:4
   7:13 8:19,22,
   24 9:2,14
   11:17,25 13:5
   14:11,13
   17:12 27:13,
   15 28:22
David's   13:20
day   8:25 9:1
   11:2,5
death   12:15
   24:3
debt   18:10,11
December   4:4
declaration
   7:8
defendant
   32:5
defendant's
   22:16 25:17
   27:7
defendants
   33:14
Defense   15:8
   16:12 33:23
   34:2
degree   10:9
   19:23
Department
   15:8 16:11
depo   34:9
deposed   4:23,
   25
deposition
   5:4 33:1,2
   34:18
describe   13:8
described
   31:8,15
desk   10:5,6
destroyed
   15:12
destruction
   16:12
determine
   15:6

device   15:3
diagnosed
   13:12
did   6:9 7:13,
   14,15 8:22
   9:15 11:8,24
   12:13 13:5,
   21,24 14:11,
   13 16:19,22,
   25 17:1,6,12
   18:15,17,21
   19:8 20:10,16
   21:10,20,23
   23:15,25
   24:5,9,11,12
   25:7 27:19
   28:8 29:10
   31:1 32:4
didn't   14:6
   20:21,24
   22:12 23:11
   25:12 28:12
died   17:12
   19:3
different
   15:9
difficult
   8:9,14 10:6
   15:5 16:4
dire   18:6
direct   4:18
   12:4 30:2
directly   12:7
   31:4
disabilities
   13:18
discovery
   6:24
discussed
   10:24 30:9
   31:12
discussion
   27:1
discussions
   20:13 21:13
dismissed
   25:4,5

disparaging
   17:10,14
divorce   28:24
do   4:12 6:15,
   16 7:13 8:16,
   19 10:20
   11:17,22 12:5
   13:19 14:24
   17:7 18:25
   19:13 22:20,
   21 23:21
   25:25 26:10,
   19 27:4 28:7,
   23 29:3,4,5
   30:6,9,14,18
   31:15,17
   32:10,24
   33:13,25
doctors   12:16
   20:24 22:10
document
   25:14,25
   26:10,15,20
   27:4
documents
   31:17
does   13:2
   19:14
doing   11:9
dollars   17:22
domain   11:3,6
don't   6:24
   8:14,21 9:17
   10:10 12:18,
   21 16:17,24
   17:8,14,18
   18:22,24 19:7
   20:15 21:4
   23:22 24:3,6,
   21 29:17
   30:5,7 31:13
   32:7,13,15
done   21:25
   26:23 31:19
door   20:23
down   7:18
dozens   5:1
   7:5

Dr   4:7,9
drive   14:25
   15:3
drives   10:7
   24:10
Drop   26:7
duly   4:16
during   8:5
   10:13 27:16

------

E

e-mail   22:23
   23:1,5,10
   24:2
each   11:11,15
   20:18
earlier   33:11
effective
   16:10
effectively
   15:12 16:10
efforts   27:22
electronically
   5:20
electronics
   7:2
end   18:6 29:6
ended   28:23
ending   33:21
enforcement
   23:22
engagement
   10:10 11:15
engagements
   10:3
engaging
   10:22
enjoined   28:4
enter   13:13
entire   14:2,
   10,13
entity   34:2
entry   18:18
equipment
   18:23 19:1,2,

4
**established**
15:10
**estate**  25:14
27:13 28:3
**estranged**
14:4
**even**  20:21
**evening**  21:12
**ever**  4:23
7:10 13:5,21,
24 14:11,14
16:19,22,25
17:1,6,12
18:21,25
20:10 24:9,12
25:8,25
29:10,21
30:23
**every**  8:25
**everybody**
20:6
**everyone**  4:2
**everything**
19:11 20:20
**evidence**
13:15
**exact**  30:7
**exactly**  26:15
**EXAMINATION**
4:18
**examined**  4:17
**Examiners**
14:19
**excited**  11:5
21:17
**excused**  34:17
**exhibit**
22:15,16
25:16,17,20
27:6,7 30:16
31:15 33:16,
20
**expert**  5:2
6:19 7:1 9:9
16:6

**explain**  7:22
22:8
**expletive**
21:24
**expressed**
20:20
**extent**  17:3

———————

**F**

**fact**  7:7
**fairly**  11:20
20:18
**fallen**  9:20
**falling**  10:2
**familiar**
15:23 18:2
26:4
**far**  8:11 25:5
**FBI**  7:18,22,
24 8:3 9:22
**February**  6:3
**fell**  10:13
**felt**  22:5,10,
13 26:15
**few**  12:14
14:1 19:3
32:3
**field**  9:13
**filed**  24:14,
15 29:21
**financial**
18:3,5,13
19:8
**find**  23:15
**finish**  31:21
**finished**  34:9
**first**  4:16
7:15,20 9:22
13:12 23:12
30:22,24
**Florida**  5:17
7:19
**follows**  4:17
**for**  4:7,9,10,
11,21 6:6,24
7:20 9:11

10:6 11:8,13,
15,25 12:14
13:3,4 15:10
16:3,6,12
17:5 18:9
19:12,14,18,
19 22:3,17
23:12 24:20
25:15,18 26:8
27:8,15 29:19
30:22,23
32:5,17 33:14
**forced**  12:10
**forces**  10:25
**foreclosed**
18:7
**Forensic**  6:19
14:19
**forensics**
5:16,18,23
6:2,7,18,23
7:3 9:13,15,
19 10:12
11:1,8 12:20
24:17,22
27:17 28:3
**form**  14:7
17:2 19:21
26:12
**formal**  33:2
**formed**  12:20
**forward**  21:17
**founded**  5:24
**Friday**  23:17,
19
**friend**  8:22
19:22
**friends**  23:2,
4,8
**friendship**
10:1
**from**  6:22,23
7:15,25 8:1
10:22 12:6
14:21,24 16:9
17:16 18:9
22:6,12 23:20
26:11 28:4

31:17
**fulfill**  21:17
**full**  4:21 5:8
**functioning**
19:5
**funds**  19:13
**further**  27:14
34:4
**future**  21:14

———————

**G**

**gate**  18:18
**general**  9:12
30:10
**generally**
21:6
**generous**
29:18
**gentlemen**
34:12
**get**  9:12 10:7
12:3,15
**girlfriend**
29:10
**girlfriends**
28:15,17,19
29:5
**give**  5:8 14:5
**go**  5:6 12:18
18:8,19 26:25
33:20 34:13
**going**  5:6
21:12 22:3,14
23:9,18
**good**  4:2,20
9:11 14:6
18:13 32:3
**got**  10:11,23
23:21
**gown**  13:13
**grew**  24:13
**group**  22:24
**grow**  21:14,18
**grown**  20:20
**guess**  8:5

guy  21:6 22:2

---

**H**

had  7:20
  8:11,12 9:9,
  20,21,23,24,
  25 12:8,16
  13:1 14:1,18,
  22,24,25
  15:10,13
  16:19 17:4,21
  18:22 19:4,9,
  13,20 20:12,
  19,20,22
  21:9,15,18
  22:2 23:2,15,
  24 24:2 28:8,
  15,17,22
  29:18 30:1
  31:15 34:1
hadn't  23:20
hand  24:7
handed  22:20
handwriting
  25:22,23
happened  25:3
  30:6
happy  21:2,5,
  6
hard  10:7
  14:24 15:3
has  11:11
  30:22 34:8
have  4:23,25
  5:22 6:15,21,
  23 7:7,10
  8:21 10:20,22
  11:1,19
  12:10,21
  13:13 14:6
  18:15,17 20:5
  22:15 25:8
  26:22 27:19,
  23 28:12,20
  29:8,10,21

31:2,13,17
  32:4,12,21
  33:13,18
haven't  15:1,
  21 30:1
having  4:16
  8:13 21:18
he  7:14 9:23
  10:9,13,20,22
  11:4,8 12:3,
  6,8,11,13,15,
  16,18,23
  13:5,11,12,25
  14:11,13,16
  16:19,22
  17:6,12,15,21
  18:13,17,18,
  22 19:3,4,6,
  13,18,19,22
  20:3,16,19,
  20,21,22,25
  21:5,6,10,14,
  17,20,23,24
  22:3,4,5,6,
  10,12,13
  23:2,21 24:5,
  13,19 25:7
  27:16 28:15,
  17,19 29:18
  31:1 32:17
  34:8
He'll  34:5,8
health  10:21
hear  22:12
heard  23:20
  34:1
hearing  17:18
held  9:5 27:1
help  10:16
  19:24 24:9
her  29:7
here  6:12
  12:24 13:2
  26:3 30:1
  31:8 32:7,12,
  14
high  6:11,12

highly  17:1,7
him  9:6,8,16,
  22,25 10:6,8,
  20,22 12:8,
  10,17 13:4,5,
  24 17:5,7,16
  18:9 19:17,24
  20:10,24
  21:16,20
  22:6,12,14
  29:11,14 30:2
himself
  20:21,23 21:9
  22:3
his  10:2,9,
  14,16,21
  11:17 12:1,15
  14:21 18:5,6,
  7,8,15,16,21
  19:4,10,15,23
  20:2,5,22
  21:6,12 23:20
  25:13 26:8
  27:15,16
  28:23 29:3,5,
  6,15
hold  33:3
home  18:21
  19:5 22:4
hospital
  10:14 12:13,
  17,23,24,25
  13:1,6,8,14,
  22,25 19:4,7
  20:3,16,19
  21:10,16,21
hospitalized
  12:10,11
hour  11:8,16,
  19
hourly  11:18
house  18:7,8,
  15,16,20
  21:12 23:20
how  4:25 5:4,
  22 8:14,24
  9:15 11:17
  14:20 21:5,14

23:15 28:23
  29:17
hundreds
  17:21

---

**I**

I'LL  31:21
I'M  6:19 8:18
  10:11 18:22
  22:14 29:2
  30:5,11,12
  32:9
I'VE  7:9 14:2
idea  9:18
identification
  22:17 25:18
  27:8
if  5:13 8:25
  10:3,16,18
  12:18 14:25
  15:2,11,16
  16:3 17:7
  19:5 30:11
  33:16
IFCE  23:10
ill  9:20
  10:2,13 12:5,
  6
imaged  10:5
immediately
  11:5
impatient
  24:13
important
  26:15
in  4:6 5:20
  6:3 7:17,18,
  20 8:12,13
  9:5,6,11,13,
  21,23 10:4,
  13,22,23,24
  11:2,13,15
  12:5,13,25
  13:1,6,10,11,
  14,16,25
  14:10,13
  15:4,5,7,9

16:13,25
18:2,14,17,
19,21,23
19:6,11 20:2,
3,18 21:2,10,
16 23:1 24:19
25:3,13,24
27:12 28:24
29:1,25
30:10,11,12,
17,18,21
31:9,10,15
32:8 33:6
**income** 10:22
**independent**
22:2
**indicate** 29:9
**Indicating**
32:15
**individual**
24:18
**individually**
24:24 25:13
27:12
**individuals**
7:24 8:7,14
25:1
**infection**
12:9
**inference**
16:9
**Info** 33:23
34:2
**informal** 33:2
**information**
5:21 23:12
27:14
**Infragard**
7:18,22 8:3,
17 9:22
**infrastructure**
8:1
**initial** 10:11
30:12
**initially** 9:4
11:20
**injunction**
24:20

**injury** 13:2
**inquiries**
12:4
**instituted**
26:14
**interested**
8:13
**International**
7:19 14:18
**internationall
y** 9:10
**introduced**
9:7
**involved** 8:12
10:18
**involving**
5:20 7:10
**Ira** 13:19,21,
24 14:1
20:10,13
23:25 24:2,9,
12 25:10,12
26:20 27:12,
19 28:2
29:22,25
30:23
**is** 4:4 5:7,18
7:9,22 8:5
11:11,12
12:8,12
13:10,14,19
15:2,3,11,24
16:10,12 17:6
22:22 23:5
24:7,13
25:16,20,23
26:6,7 27:5
29:7 30:22
31:14 32:17
33:23
**it** 6:3,25
7:17,19 8:9,
15,20 9:10,
18,20,22
10:5,16,18,23
11:16,19
12:1,8 13:13
14:23 15:1,2,

5,7 16:4,8,9,
10,17 18:6,13
19:5,20 20:19
22:22 23:7
24:24 25:4
26:1,7,13,15,
16 28:6,18
29:19 30:10,
11,17 31:15
32:8 33:12,
17,18
**it's** 15:5,17
22:23 25:5
30:7 33:20
34:6,9
**items** 26:8
**its** 28:5
**itself** 25:15

---

### J

**January** 6:3
**join** 8:3
10:25
**joined** 6:5
**joint** 9:20
**Jr** 4:22
**just** 5:14
6:11 7:7
9:10,11
10:17,21,24
12:14,21
14:20 15:4,15
18:12,24
19:7,20
20:20,21
22:14,20
28:14 29:13
30:12 31:1,8
32:3,13,16,23
33:2,6

---

### K

**Kass** 4:9
**key** 18:15
**kind** 19:10

**Kleiman** 6:4
7:13,16 8:22
13:19 22:25
23:25 27:14,
15 28:14
29:22 30:23
**Kleiman's**
25:8
**knew** 14:10,13
19:20 23:13
**know** 5:4,13,
14 7:13 8:14,
19 9:6,12,17,
18 10:9 11:17
12:2,6,18,21
13:19 16:17
17:7,8 18:7,
22 19:4,8
21:5,15,16,18
23:22 24:4
28:18,19,23
29:3,5,8,13,
17 30:6,7,9,
18
**knowledge**
28:20 29:12
**knowledgeable**
12:2
**known** 14:2
**Kyle** 4:10

---

### L

**lady** 29:7
**Lake** 26:3
**larger** 13:15
**last** 27:12
28:2
**late** 10:24
**later** 6:4
**law** 23:22
**lawsuit**
24:14,15,19
25:3,11,15
27:5 29:21
30:12,14
31:15

least   28:5
leave   12:17
leaving   21:20
  22:6
left   19:4
  20:19,22
legal   26:14
legs   10:9
let   5:14 11:7
  16:25 25:7
let's   16:3
  33:20
liability
  5:17
life   18:6
  29:6
like   5:6 13:9
  15:24 22:5,10
  26:13,15
  31:20 33:12
Likely   32:9
limited   5:17
  20:13
line   22:24
Lineda   29:7
list   14:20
  18:18
litigation
  5:19
little   10:11
  13:10
lived   29:10
LLC   5:16,18,
  23 6:2 11:1,8
  12:20 33:24
  34:2
local   9:6
locally   6:12
  12:25
location   10:5
  26:7
long   5:22
longer   25:5
looked   13:8
  26:13 33:16
lot   9:25
  11:24 12:4

## M

made   19:6
  27:24
magnetic   15:3
mail   18:8,19
  26:7
maintained
  27:15
make   16:4
  19:12 23:10,
  19 27:19
manners   15:10
many   4:25
  9:15 33:9
marked   22:15,
  17 25:18 27:8
market   8:13
markets   7:25
marriage
  28:23
married   28:20
Martin   6:12
Maryland   6:13
matter   7:7
matters   5:20
may   32:12,21
maybe   8:6
  22:11 23:22
me   5:14 11:7
  15:2 16:25
  18:17,19
  23:17,23 25:7
  28:18 30:16
mean   14:4
  16:15 19:14
  30:10,14
media   29:1
medical   12:18
medication
  5:10
meet   7:16
meeting   7:18
  9:22 29:25
  30:3,6,19,24
  31:6,8,17

32:6,10 33:2,
  3,5,10
member   5:16
  6:5 8:10,16,
  19 11:11
  27:16
members   5:25
  6:1,6
memorialized
  26:16
mention
  14:11,14
met   7:18,20
  9:21,25
Miami   7:18
  13:1,3,14
might   11:19
millions
  17:22
mine   7:14
minute   31:21
model   11:10,
  11
moment   5:14
Monday   23:18
monetizing
  28:4
money   19:16,
  18,19 20:11
  29:15,18
moniker   10:25
months   6:4
  30:7
more   10:18
  12:25 13:3,4,
  15,16
morning   4:2,
  20 32:3
mortgage   18:9
most   12:14
  15:10
move   21:14,17
Mr   4:7,9,10,
  11,19 14:7,9
  15:18,19,22,
  25 16:2,6,14
  17:2,6,11,17,

20,23 18:1
  19:21 20:1,8,
  9 21:3,8
  22:15,19
  24:23,25
  25:2,12,16,19
  26:12,18,22,
  24,25 27:3,9,
  21 28:1,9,10
  29:16,19,20
  30:20,21
  31:1,4,5,19,
  20,22 32:2,
  11,17,20
  33:18,19
  34:4,5,8,12,
  14,16
MRSA   12:9
  13:12
much   11:17
  13:14,15
multiple   9:1
  13:7
my   8:20 9:11
  12:7,8,12
  13:2 14:2,4,8
  15:20 18:12
  20:12,25
  22:11,14
  23:17 24:13
  25:5,22 29:12
  31:14,16 33:7
myself   9:7

## N

name   4:21
  14:21 16:17
  29:3,5,7
nature   24:3
  32:24 33:6
need   5:13 8:6
needed   10:5
never   9:24
  12:7 17:15,21
  19:18,19
  28:8,12

new 10:14
  26:11
newer 13:10
no 5:9,12
  7:12 9:24
  13:23 14:12
  16:21,24
  17:19,24
  20:14,15,25
  22:2,16 25:5,
  9,17 26:21
  27:7,23
  28:13,20
  29:23 31:3,18
  33:15 34:3,4
non-payment
  19:12
North 26:3
not 5:6 8:18,
  25 9:10 12:19
  13:3 18:13,22
  20:25 22:13
  24:7 29:2,4,
  12 30:11,12
  31:1,6 32:9
  33:2
nothing 17:10
notices 18:9,
  10
notification
  23:13
now 4:3,4
  14:10 32:22
number 7:8
  9:17 13:16

O

Objection
  14:7 15:18,25
  16:6 17:2,17,
  23 19:21 20:8
  21:3 26:12
  27:21 28:9
  29:16
obviously
  24:7

occurred
  33:10
of 5:16,24
  6:1,3 7:5,7,
  14 8:8,14,16,
  19 9:3,4,7,25
  10:19,23,25
  11:11,14,24
  12:2,4,21
  13:15,16,17
  14:2,3,18,24
  15:1,8,9,23,
  24 16:11,17
  17:1,7,18,22
  18:2,6,20,25
  19:10,11,17,
  20,23 20:2,
  16,20 21:9
  22:7,24 24:4,
  20 25:11,14,
  20 26:11,13
  27:13,16,22
  28:3,11,14,
  16,19 29:2,3,
  5,6,13 31:22
  32:9,24 33:4,
  9,20 34:1
off 19:12
  20:2 22:14
  26:25 27:1
  31:23 34:6,10
offer 24:9,12
offered 9:7
office 10:4
  18:23 30:1
  32:7
official 11:2
officially
  10:25
often 8:24
okay 6:17
  11:24 27:18
  29:24
older 13:15
on 4:3 5:10
  7:5,10 9:15
  10:3 14:20,23
  15:2,3,13,24

16:22 17:4
18:18,19 19:1
21:12,14
23:5,10,20
24:12 25:15,
21,23 27:2
29:13 31:25
once 15:17
one 5:24
  11:13,15
  13:2,10,11
  15:4,11 16:10
  26:22 28:20
  32:12,21
only 9:10
  24:13
opportunities
  10:15 11:12
option 34:8
or 4:16 6:3
  7:2 9:4 11:13
  12:4,19 15:4
  22:4 25:4
  28:6,15,17,18
  30:3,15 31:20
order 10:22
  34:14
organization
  8:8
original 5:24
Originally
  6:3
originated
  12:20
other 6:1
  8:1,25 15:4
  16:19,23
  18:10,12
  19:2,8 20:19
  30:23 32:13,
  21
otherwise
  28:5
our 9:4 11:10
out 8:6 9:5
  10:15 11:24
  12:16 20:16,
  21,23 21:9

23:12,15,25
31:4
over 5:6 14:1
overwrite
  15:17 16:3
overwriting
  15:15 16:10,
  11,16
overwritten
  14:25 15:3,9,
  11
own 11:11,16
  22:11
owned 28:12

P

page 25:20,21
  33:20
paid 19:14
Paige 6:5
  24:18 30:20
  32:11
Palm 13:10,
  11,16
paper 14:24
  15:1,21 16:8,
  15,16,18,23
paragraph
  27:10 28:2
part 8:8,14
  10:19 12:14
  15:24
participate
  11:13
participated
  11:14
particular
  11:14
particularly
  7:25 10:3
parties 28:6
partner 7:14
partners 9:14
Paschal 4:7,
  19 14:9 15:22
  16:2,14

17:11,20 18:1
20:1,9 21:8
22:15,19
25:2,16,19
26:18,22,25
27:3,9 28:1,
10 29:19,20
31:5,19 34:14
pass  8:11
passed  23:3,
15,24 24:1
patients
 13:16
Patrick  6:5
 19:16 23:17,
 19,23 24:8,18
 30:20 32:11
 34:12
Patrick's
 33:7
patterns
 16:13
pen  26:17
people  8:1
 11:13,24
 22:24 23:11
perform
 10:17,19
permanent
 18:18
person  7:20
 32:13,21
personal
 19:22 25:13
 26:8 27:13,16
personnel
 12:18
phone  7:21
 10:14 12:1
 19:10,15 20:2
 22:14 29:8
phones  24:10
pick  18:8,19
place  13:4
plaintiffs
 4:10

please  4:20
Plus  6:21
point  10:1,23
pointing
 32:17
position
 15:16
possible
 34:15
post  14:21
posting  14:19
practical
 13:4 15:11
practice  9:11
practices
 9:21
practitioner
 12:3
preceding
 23:19
prepared  7:7
prevented
 10:21
preventing
 22:6
previously
 20:12 27:6
principals
 28:6
prior  7:21
 8:20 9:23
 10:2 32:4
 33:1 34:1
private  7:23
 8:2,7
probably  7:17
proceeding
 26:14
process  8:9,
 15
product  6:24
profession
 5:15
professional
 12:3
profitable
 21:19

project  14:23
 15:13 17:4
projects
 16:23
property
 27:16
provide  5:19
 31:14
provided  7:9
 19:16 20:10
 30:16
public  7:23
 8:6 23:10
purposes  13:3
put  9:17
 33:16

## Q

qualified
 6:19,20
quarantined
 13:11
question
 10:11 17:6
 21:5 29:18
questions
 32:4 33:4,9
 34:4
quite  9:9
 12:1

## R

range  13:17
rate  11:18,22
reach  8:6
 10:6 11:24
 23:25
reached  9:5
reaching  31:3
read  15:1,21
 34:5,8
ready  21:14
 34:13
realized  9:23

really  20:21
reason  5:7
 9:24 22:3
recall  9:16
 11:2 16:24
 17:14,18
 18:24,25 19:7
 20:15 21:12
 23:23 24:3,6,
 21 26:19 30:5
 32:7,10,13,
 22,23,24
receive  13:4
received
 25:24 26:16
receiving
 25:25 26:1
 34:1
recess  31:24
recognize
 14:21 22:20
 25:21 27:4
recollection
 12:12 18:13
 23:18 24:13
 31:13,14
record  4:3,21
 26:25 27:1,2
 31:23,25
 32:18 34:6,11
records  12:21
recover  16:5
reference
 30:11,12,17
referrals
 12:4
referred
 16:18
referring
 27:6
regarding
 18:10 27:23
registered
 11:5
related  6:18,
 22

relates   16:8
relationship
  14:6 28:21
  33:7,8
remarks   17:14
remember   6:24
  8:16 10:10
  11:14,22
  12:16 16:24
  25:25 26:1
reported   29:1
representative
  25:14 27:13
  28:3
represented
  15:2 28:18
  32:12
reputation
  9:9 12:2
  22:12
request   33:3
requirement
  15:8 16:12
Research
  16:18 33:24
  34:2
researched
  11:3
respect   17:5
responsible
  11:15
restricted
  22:13
result   12:3,9
return   24:20
revenue   11:1
reverse   17:1
rid   22:7
right   19:3,18
  23:3,6 29:6
  31:7 32:22
ring   10:14
Roche   4:10
  14:7 15:18,25
  16:6 17:2,17,
  23 19:21 20:8
  21:3 26:12

27:21 28:9
29:16 31:20
32:2,20 33:19
34:4,16
routers   19:2

_____

S

said   7:5 12:5
  16:15 17:15
  20:5
same   9:7
  11:23,24
saved   29:14
saver   29:14
saw   13:15
  19:5
say   13:24
  14:16 16:4,
  19,22,25
  17:3,13 19:14
  21:23,24 22:8
  24:15 30:14
saying   23:23
says   22:23
school   6:9,
  10,11,12
second   24:7
  25:20 26:22
  33:20
Secondly
  25:12
sector   7:23
  8:2,6,7 15:4
security
  6:18,19,20,21
see   13:21
  18:21 27:12
  28:6 29:7
  33:23
seeing   18:25
  23:11
seems   33:12
sending   23:12
sent   22:23
sentence
  27:12 28:2

separate   9:21
  30:4
serviced
  10:16
services   5:19
setback   21:16
setting   10:4
seven   15:9
  16:13
several   7:20
  16:4 19:12
shared   14:17
sharing   11:2
Sharpie   26:17
short   32:3
should   28:4
similar   33:6
simple   10:17
simply   9:17
  10:17,21
since   7:8
  25:7 29:21
sir   4:24 5:5,
  9 6:8 7:4,12
  11:10 13:23
  14:12 22:18
  23:6 25:9,22
  27:4,11
  31:11,18
  33:15
sit   15:24
site   23:11
situation
  18:3,5,13
six   6:4
so   5:4,6 8:9,
  14 10:8,9,10,
  15 11:6 12:21
  13:3,10,13
  14:6 15:16
  16:15 17:7
  19:12,16
  20:5,14,24
  23:9,12
  26:14,16
  30:25 32:15
  33:9

social   6:23
Society   14:18
some   6:9 9:4
  10:9,22 11:1
  12:17 22:5
  23:13 24:2,4
  26:13 33:6,12
somebody   16:3
  29:14
someone   9:6,
  12
something
  10:17
Sometimes
  8:25 10:21
soon   11:20
  34:14
sorry   10:11
  24:23 28:23
  30:5
sort   15:23
  26:13
South   26:11
Southern   6:14
speak   8:24
  16:25 17:1,6
speaks   25:14
specific   8:21
  14:5
spent   12:25
spinal   13:1
spoken   29:22
sponsored
  7:24
started   10:1
  11:20
state   4:20
status   18:20
stay   12:13
step   13:20
stole   17:15
storage   15:3
stored   5:20
stuff   15:23
  20:23
subject   22:24

25:11
**subjects**  9:3
  14:3
**subsequent**
  24:3
**such**  28:5
**sue**  25:12
**sued**  25:7,10
**summation**
  15:1,2
**superstar**
  9:13
**support**  5:20
**Supreme**  26:11
**sure**  19:13
  26:24 30:11
**surprising**
  20:19
**sworn**  4:6,16
  7:9

**T**

**take**  5:13
  19:16,20
  24:12 31:20
  34:16
**taken**  31:24
**talk**  9:2
  21:10 24:5
**talked**  12:7
**task**  10:17,19
**Technologies**
  6:22
**technology**
  7:25
**telecom**  8:1
**tell**  14:20
  20:10 21:13,
  20
**testified**
  4:17 7:5
  12:19
**testifying**
  7:2
**testimony**
  5:8,11 7:9

16:7 20:12
  24:7
**than**  13:16
  16:23 30:23
**Thank**  34:12
**that**  5:2,10
  7:6,21 8:5,8,
  13,15 9:5,6,
  23 10:1,4,9,
  21,23 11:1,2,
  5,6,8,10,21
  12:2,19,21,22
  13:17,24
  14:4,13,17,
  22,25 15:1,5,
  6,8,10,12,13,
  16 16:4,9,19,
  22 17:4,12,
  19,21 18:25
  19:6,9,13,14
  20:5,10,14,19
  21:5,13,16,18
  22:1,3,4,5,6,
  7,9,23 23:2,
  7,13,15,19,23
  24:12,15,19
  25:3,21 26:4,
  6,7,14,16
  27:5 28:6,15,
  17,19,20,22,
  25 29:1,8,9,
  10,14,17
  30:3,6,16,17,
  18,22,24
  31:6,8,14,17
  33:3,4,9,10
**that's**  6:8
  7:24 13:3,12
  14:8 15:20
  18:12 20:25
  22:11 23:6
  29:19 31:16
**their**  6:24
  11:11,16
**then**  6:4 8:3,
  12 10:18 12:5
  19:5 24:14
  28:2 31:21

**there**  5:7 8:7
  9:25 10:4
  11:12 12:15
  13:13,17 17:9
  18:9,10,23
  19:2 20:22
  21:13,25
  22:5,13,14
  23:21,23 24:4
  25:21 28:19,
  25 29:6,25
  31:3 32:6,12,
  21 33:1,12
**thereupon**
  4:14 31:24
**they**  7:24
  8:13 13:1
  14:4,6,22
  15:10,13 17:4
  18:24 29:8
**they're**  8:2,3
**think**  8:18
  16:12 22:3,5,
  10 26:22
  29:19 31:19
  32:15
**third**  28:6
**this**  15:23
  22:15 23:1,5,
  17,18 24:7
  25:16,21,23,
  25 26:10,20
  27:4,5,19,24
  29:21 30:1,3,
  14 31:12 32:7
  33:23 34:1
**those**  6:6,25
  14:3 21:10
  22:12 23:13
  24:4 32:24
**though**  31:14
**thought**  8:5
  9:10
**thoughts**
  21:17
**three**  11:14
  24:25 31:20

**through**  14:22
  28:18
**Tia**  6:20
**time**  4:4 7:20
  8:5 9:22
  10:13,21
  12:25 14:2,5,
  10,13,18
  15:4,11 16:10
  22:1 23:12,21
  27:16 28:20
  30:22,24
**timeframe**
  7:17
**times**  4:25
  7:5,9 9:1
  12:15 13:7
  15:9 16:13
  19:12
**tired**  20:20
**to**  5:6,8,13
  6:18,22 7:21
  8:3,6,9,11,
  12,15,20,24
  9:5,7,8,12,
  18,19,23,24
  10:2,5,6,7,9,
  14,16,20,22,
  23 11:13,21,
  24 12:8,10,
  17,18 13:4,13
  14:7,11,14,24
  15:2,5,13,15
  16:3,4,8,18
  17:2,3 18:8,
  16,17 19:11,
  13,20,21,23,
  24 20:6,22
  21:5,9,12,14,
  17,18,24
  22:3,7,13,14,
  24 23:1,2,9,
  13,18,20,21,
  25 24:3,9
  25:3,8,20
  26:10,12,15
  27:6,10,19
  28:5,18
  29:12,17,22

30:11,12,16,
17 31:1,3,4,
6,14,15 32:4,
17 33:1,3,7,
20,23 34:1,13
**today**  5:8
32:4 33:10
**Today's**  4:3
**together**  10:3
11:6 14:23
15:14 17:4
29:8
**told**  17:21
23:17 26:19
**too**  22:11
**took**  20:22
**topic**  7:6
**toward**  18:6
29:6
**transferring**
28:4
**treatment**
12:10 13:3,4
**trial**  12:16,
19
**troubles**  19:8
**turn**  22:14
25:20 27:10
**turned**  19:1,
11
**two**  11:13
24:25 31:20
33:17
**types**  33:4

---

### U

**under**  10:6,25
**underlying**
15:6
**understand**
13:20 26:10
**understanding**
12:7,8 13:2
14:5,8 15:20
20:25 23:7
25:6 27:24

31:16
**understood**
14:22 16:9
**unit**  13:2
**University**
6:14,19,20
7:19
**unless**  11:12
**unplug**  10:6
**unrecoverable**
15:17
**until**  12:14
17:12
**up**  9:24 12:14
13:2,13 17:12
18:8,19 24:12
31:21
**upon**  27:14
**us**  11:14
29:19
**use**  26:8 28:5
**used**  21:24
**uses**  15:11
**utilities**  8:1

---

### V

**VA**  12:25
13:1,14 21:2
22:6
**van**  20:22
**Vance**  4:22
**variety**  9:3
15:9
**various**  13:17
16:13
**vast**  13:16
**Velvel**  30:21
**venture**  9:20
**ventures**
16:20
**vertical**  7:25
8:13
**very**  10:6
11:4 12:2
14:1 15:5

20:13 22:2
29:18 33:6
**veterans**
12:24 13:17
**vetted**  8:2,8
**via**  23:10
**video**  4:3
**VIDEOGRAPHER**
4:2 27:2
31:23,25
34:6,10
**visit**  13:5,21
**visited**  13:24
18:15
**visits**  19:6

---

### W

**W&k**  33:23
34:2
**Wales**  26:11
**want**  9:18
15:15 23:11
31:14
**wanted**  19:24
22:7
**wanting**  22:13
**was**  4:17 5:2,
24 6:4,5
7:14,17,19
8:9,15,20
9:4,6,12,18,
20,22,23
10:13,14,16,
18,23 11:4,7,
9,10,12,16,17
12:1,2,5,6,
11,19,20,23,
25 13:3,6,11,
12,13,25
14:4,19 15:6,
7,12,16 16:3,
22 17:9 18:4,
5,6,7,9,13,
14,23 19:6,
10,11,22
20:2,3,12,19,
25 21:2,5,13,

14,17,24
22:2,5,6,12,
16 23:7,9,12,
13,18,20
24:4,15,24
25:4,17 26:1,
14,15 27:7,
16,24 28:16,
18,20,25
29:6,18,21,25
30:3,9,10,11,
17,18,21,24
31:3,9,12,24
32:6,8,10,12
33:1,7,17
34:18
**wasn't**  18:18
21:6 22:3
23:22 27:22
**way**  11:1,2
18:2 23:20
**we**  5:19 7:18,
19,20 9:5,21,
23,25 10:2,3,
15,24 11:1,2,
5,6,20 12:21
14:1 19:12,16
20:12,18
21:15,18
25:11 27:5
31:20 33:3,
16,18
**we'll**  26:23
**We're**  4:3
31:23 34:6,10
**Web**  23:10,11
**weeks**  12:14
19:3
**welfare**  23:21
**well**  30:20
**went**  11:21
14:10
**were**  7:2 8:13
9:14 10:3
12:15 13:17
14:3,4 18:10,
23 19:2 20:18
22:1,10 23:8

25:11 27:5
28:14,19,25
31:6,10
32:14,25
33:3,4,9,12
**West**  13:10,
11,16
**Western**  6:13
**what**  5:18 6:9
7:22 9:2
11:17 12:6,23
13:8 14:3,16
15:6,24 18:5
19:8 21:10,
13,23 22:20,
22 25:3 26:6
28:22 29:13
30:9 32:24
33:4,7
**What's**  5:14
**whatever**  8:12
10:20 19:23
**wheeled**  20:23
**when**  7:1,15
8:5,16,19
9:14,21 10:13
11:7,20
12:11,15
13:12 16:15
18:15 19:3,6,
14 20:2,16
21:9 22:8
24:15 26:15
29:18 30:6,14
**where**  10:3,
15,24 11:12
25:23 26:19
28:25 29:1
**which**  19:10
**while**  13:5,24
**white**  14:23
16:8,15,16,
18,23
**who**  6:1 8:7
9:12 13:19
30:18 32:10
**Whose**  9:18

**why**  5:7 10:24
27:24
**wide**  13:17
**wife**  29:3
**will**  4:5,6
34:14,16
**with**  5:22
9:2,14,16
10:8,14,23
11:7 12:17
13:12 14:24
15:4,7,23
16:20,23 18:2
20:11,18
21:10,16,18
22:24 23:14
24:2,5 26:4,
16 29:11 30:2
31:15 32:5
33:8,13
**witness**  4:6,
11,12 5:2 7:1
14:8 15:20
16:1,8 17:3,
9,18,24 19:22
21:4 22:18
24:24 26:13
27:22 29:17
31:2 32:19
34:17
**wives**  28:15,
17
**won't**  10:24
**words**  22:12
**work**  9:15
10:2,8 11:8
15:24
**worked**  7:10
10:15 14:22
15:13 17:4
**working**  11:7
16:22
**works**  5:4
**worth**  17:22
**would**  8:6,7,
24 9:2,10
10:2,4,5,8,
16,17,18,20

11:15 12:3,15
13:13 14:16,
20 16:4 17:3
18:8,17,18,19
19:12 20:5,14
22:4 26:8
29:7,8,9,13
31:2
**wouldn't**  5:7
21:4
**Wright**  4:8,9
14:14,16
16:20,23
17:1,13 23:5
**written**  33:13

---

**X**

---

**X1**  6:23

---

**Y**

---

**years**  16:4
**yes**  4:24 5:5
6:8,11 7:4
8:23 11:10
14:15 16:1,17
18:8 19:5
20:4 21:22
22:18 23:4,6
25:4,11,22
26:2,13 27:11
31:8,11 32:19
33:12,22
**yesterday**  7:8
**you**  4:5,20,
23,25 5:4,7,
10,13,22 6:9,
15 7:1,2,5,
10,13,15,22
8:11,12,16,
19,22,24 9:2,
6,14,15,16
10:9 11:17,22
12:2,5 13:5,
8,13,19,21
14:5,10,11,
13,14,20

15:15,16,19,
24 16:15
17:7,8,21
18:2,7,15,21,
25 19:8,14,20
20:5,10,17
21:10,15,18,
20 22:1,8,20
23:15,25
24:5,8,9,12,
15,16 25:7,
10,21,25
26:4,10,19
27:4,10,12
28:6,8,14,22,
23 29:3,5,13,
21 30:6,9,14,
16,18,23
31:6,10,17
32:4,10,21,24
33:13,16,23
34:1,12
**you're**  15:23
19:5 23:1,2
**you've**  7:5
15:12
**young**  29:7
**your**  4:5,20
5:11,14 10:10
11:22 23:7
25:23

---

**Z**

---

**Zalman**  4:9
32:14
**Zimet**  4:11
15:19 17:6
24:23,25
25:12 26:24
30:20 31:1,22
32:11,17
33:18 34:5,8,
12



**Message**

| | |
|---|---|
| **From:** | Carter Conrad |
| **Sent:** | 4/29/2013 7:22:37 PM |
| **To:** | Patrick Paige |
| **CC:** | Bill Long ⬛ >; Greg Kelley ⬛ >; Craig Ball ⬛ >; Matthew Shannon ⬛ >; Jerry Hatchett ⬛ >; Eric Robi ⬛ >; Greg Freemye ⬛ >; Paul Henry ⬛ >; Craig S. Wright ⬛ Scott Moulton ⬛ >; Wayne Marney ⬛ < ⬛ Bob Bell ⬛ >; Bill Dean ⬛ >; Kimon Andreou ⬛ >; Greg Kelley ⬛ > |
| **Subject:** | Dave Kleiman |

As close friends of Dave, Patrick and I wanted to let you know in advance of any general posting that we have lost a dear friend and colleague...

As most of you are aware Dave was battling an infection from 2010, and had never fully recovered in the 2 ½ years that followed.

Dave died in his home in Palm Beach Gardens of, what is being told to us, natural causes.

At this time no further details are available, although there are plans for a memorial, and these will be pasted on as they become available.

Carter V Conrad, Jr
Computer Forensics, LLC
1880 N. Congress Avenue, Suite 333
Boynton Beach, Florida 33426
Phone: (561) 404-3074
Cell: ⬛

www.ComputerForensicsLLC.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



PAIGE_00003509
PAIGE_00003509



Law Courts Building, Queens Square   Level 5 184  Phillip Street SYDNEY
NSW 2000
General Post Office Box 3 SYDNEY NSW 2001
DX 829, Sydney

Telephone: 1300 679 272
Facsimile:
TTY Phone: (02) 9230 8011

Email: supremecourt.enquiries@courts.nsw.gov.au
Website: www.lawlink.nsw.gov.au/sc

ABN: 77 057 165 500

**Supreme Court**
of New South Wales

W & K Info Defense Research LLC
4371 Norhtlake Blvd 314
Palm Beach
FL 33410 - 6253
United States of America



Your Ref:                                    3 September 2013

### NOTICE OF LISTING

Case number    2013/00245661
Case title     Craig Steven Wright v W & K Info Defense Research LLC

The matter is listed for Directions (Common Law Registrar) on 30/10/2013 at 09:00 AM, Supreme Court - Civil, Supreme Court Sydney Court 9C Queens Square Sydney

If you do not appear at Court, this matter may be dealt with in your absence.

### Listing Inquiries

Judicial Officers and Court Rooms are generally not allocated to cases until the day before the case is listed.

Listing details for cases are:
- published on the internet at http:\\www.lawlink.nsw.gov.au on the afternoon before the case is listed;
- published in the Sydney Morning Herald in the Law Notices section on the morning of the case (for Supreme Court and Sydney District Court only);
- available on notice boards in the foyer of the Court each morning.

Principal Registrar

vortak2



1 of 1



PAIGE_00001908
PAIGE_00001908

POSTAGE PAID AUSTRALIA



Supreme Court
of New South Wales

GPO Box 3, Sydney 2001

AIR MAIL

W 8 K Info Defense Research LLC

UNITED STATES of AMERICA

Rec'd 10/10/13

██████████

* SMLF NSW LM0020 708*
* 04 SEP 19 00 : 44 *

* SMLF NSW LM0020705 *
: 04 SEP 19 23:05 :

PAIGE_00001909
PAIGE_00001908