Kimon Andreou
December 03, 2019

1               UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF FLORIDA

3                CASE NO. 9:18-cv-80176-BB/BR

4

5    IRA KLEIMAN, as the personal representative
     of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
6
                                              ORIGINAL
            Plaintiffs,
7

8    -vs-

     CRAIG WRIGHT,
9
            Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   DEPOSITION OF KIMON ANDREOU

13   DATE TAKEN: December 3, 2019

14   TIME: 1:40 p.m. - 3:25 p.m.

15   PLACE: 3340 Hollywood Boulevard

16   Hollywood, Florida 33321

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18              AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25

Kimon Andreou
December 03, 2019                                                        2

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3         ANDREW BRENNER, ESQUIRE
           BOIES SCHILLER & FLEXNER, P.A.
 4         100 S.E 2nd Avenue
           Suite 2800
 5         Miami, Florida 33131
           abrenner@bsfllp.com
 6

 7         VEL FREEDMAN, ESQUIRE (via phone)
           ROCHE FREEDMAN, P.A.
 8         200 S. Biscayne Boulevard
           Suite 5500
 9         Miami, Florida 33131

10

11    On behalf of the Defendant:

12         BRYAN PASCHAL, ESQUIRE
           ZALMAN KASS, ESQUIRE
13         AMANDA MCGOVERN, ESQUIRE (via phone)
           RIVERO MESTRE, P.A.
14         2525 Ponce de Leon Boulevard
           Suite 1000
15         Coral Gables, Florida 33134

16    Also Present: Ira Kleiman (via telephone)

17

18

19

20

21

22

23

24

25
```

```
 1                       -  -  -
                       I N D E X
 2                       -  -  -

 3   WITNESS:        DIRECT    CROSS    REDIRECT    RECROSS
     KIMON ANDREOU
 4   BY MR. PASCHAL:   4                 102
     BY MR. BRENNER:           66                    105
 5                       -  -  -
                     E X H I B I T S
 6                       -  -  -

 7
     NUMBER                            PAGE
 8   DEFENDANT'S EX. 1                  16
     DEFENDANT'S EX. 2                  23
 9   DEFENDANT'S EX. 3                  33
     DEFENDANT'S EX. 4                  35
10   DEFENDANT'S EX. 5                  46
     DEFENDANT'S EX. 6                  47
11   DEFENDANT'S EX. 7                  53
     DEFENDANT'S EX. 8                  59
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kimon Andreou
December 03, 2019                                    4

```
1                    P R O C E E D I N G S

2                           - - -

3        Deposition taken before Rick E. Levy,

4   Registered Professional Reporter and Notary Public

5   in and for the State of Florida at Large, in the

6   above cause.

7                           - - -

8   Thereupon,

9                      (KIMON ANDREOU)

10                      having been first duly sworn or

11  affirmed, was examined and testified as follows:

12                  DIRECT EXAMINATION

13  BY MR. PASCHAL:

14       Q.   Good afternoon.  Could you please state your

15  name for the record?

16       A.   Kimon Andreou.

17       Q.   Mr. Andreou, I'm Bryan Paschal, I represent

18  Dr. Craig Wright.  This is Zalman Kass.

19            MR. KASS:  I also represent Craig Wright.

20            MR. BRENNER:  Andrew Brenner on behalf of

21       plaintiffs.  Anyone on the phone?  Open line but

22       nobody dialed in apparently.  Who just dialed in?

23            MR. FREEDMAN:  Vel Freedman is on the

24       telephone also on behalf of plaintiffs.

25
```

Kimon Andreou
December 03, 2019                                    5

1    BY MR. PASCHAL:

2         Q.   Mr. Andreou, have you ever been deposed

3    before?

4         A.   No.

5         Q.   Do you know how this works?

6         A.   No.

7         Q.   I'm going to ask you questions and you're

8    under oath.  I need you to give verbal responses so that

9    the court reporter can take down your answer.

10        A.   Okay.

11        Q.   If you need to take a break at any moment just

12   let me know we'll take a quick pause.

13        A.   Okay.

14        Q.   Are you under any medication?

15        A.   No.

16        Q.   Is there any reason why you cannot give

17   testimony today?

18        A.   No.

19        Q.   Mr. Andreou, did you know David Kleiman?

20        A.   I did.

21        Q.   How did you know Mr. Kleiman?

22        A.   We worked together at a company called

23   Security doc or S-doc.  I started working there in I

24   believe 2002 and he was the head of security.  He was

25   the chief security officer or something of that sort for

Kimon Andreou
December 03, 2019                                      6

1   that company.  It was a start up.  We built -- the

2   company, built security software and I was hired to

3   manage the QA side of the software and application

4   development.  There were two sides, the back end server

5   side and then client and applications used for that.

6       Q.   When you say QA do you mean quality assurance?

7       A.   Quality assurance, yes.

8           MR. BRENNER:  Mr. Andreou, I notice you have a

9       tendency to answer questions quickly even before he

10      finishes.  If you can wait half a second to give me

11      a chance to lodge any objection if I need to and

12      then you'll be able to answer his questions.

13          THE WITNESS:  Okay.

14          MR. BRENNER:  Thank you.

15          THE WITNESS:  May I proceed?

16          MR. BRENNER:  Yes.

17          THE WITNESS:  So I worked with him there and

18      we worked together for a few years.  That's how we

19      met.

20   BY MR. PASCHAL:

21      Q.   Would you consider your relationship with

22   Mr. Kleiman a business relationship or were you guys --

23          MR. BRENNER:  Object to the form.

24          THE WITNESS:  It started out as -- sorry.

25          MR. BRENNER:  You can answer.

Kimon Andreou
December 03, 2019                                          7

1          THE WITNESS:  May I answer?

2          MR. PASCHAL:  So he is going to object and

3     just answer because he's stating for the record

4     unless he instructs you not to answer.

5          MR. BRENNER:  I'm not going to instruct you

6     not to answer.  I can't imagine I would.  The point

7     is for the record so if you let him finish his

8     question even if you're absolutely sure what he is

9     going to say.  Let me make an objection if I need

10    to and then you answer.  That way Mr. Levy can get

11    us all down.

12         THE WITNESS:  I will try to control myself.

13         MR. BRENNER:  You're doing fine.

14         THE WITNESS:  I started we were just

15    colleagues.  Over time we started because we had

16    some common interests.  I had interest in security.

17    I was working in the security space.  We would go

18    to gun shows together so it evolved into a very

19    close friendship.

20  BY MR. PASCHAL:

21    Q.    How often would you see Mr. Kleiman?

22    A.    At work it would be -- well, I would go every

23  day.  Dave had a more flexible schedule so he would show

24  up maybe every day.  Sometimes not show up at all.  With

25  his disability there were times that he had bad days or

1    bad weeks but I would see him frequently.  I would say

2    three times a week at least.

3         Q.   When did Mr. Kleiman become disabled, do you

4    know?

5         A.   I believe it was sometime in the '90s.  He was

6    still working for the Palm Beach Sheriff's Office.  He

7    told me what the accident was.  He was riding a

8    motorcycle and he got into an accident with a car and

9    that's when he ended up in a wheelchair.  When I met him

10   in 2003 he was already I think it was close to ten years

11   that he was already in a wheelchair.

12        Q.   He was paralyzed?

13        A.   Yes, from waist down.

14        Q.   Going back to S-doc what kind of company was

15   S-doc?

16        A.   It was a start-up company.  It built -- the

17   main, the flagship product was a product called S-doc

18   and it was a system that did secure -- it transferred

19   data files so it was a secure transfer and storage of

20   data.

21             So think of it as Carbonite or any of the

22   cloud based type of solutions.  There wasn't a term

23   called cloud back then it was all server and client.  It

24   was a server that allowed for encrypted connections.  We

25   built the whole technology there and had an encrypted

Kimon Andreou
December 03, 2019                                          9

1    file system on the server and it was just a management

2    of that.

3             That was the main -- the flagship product.

4    That was built primarily by a number of developers that

5    were working on the back end.  My side was on the QA

6    side to do security testing on it, make sure that it

7    works, that it can't be hacked and also -- this is the

8    part that I worked with Dave on very closely was to

9    build a process to secure servers because his strength

10   was on the server security so we built a software to do

11   that called Security doc or S-doc.  I did the interface

12   and automated everything.

13            Dave had all the logic and which settings to

14   adjust and what to do so I took that and I put in a

15   program so it does it automatically with one click do it

16   all.

17       Q.   Was Dave like a computer programmer?

18       A.   No.  He was familiar with it.  He could dabble

19   but not a programmer.

20       Q.   When you say dabble what do you mean?

21       A.   Like he could write a simple script but not

22   real programming.  That's when he would come to me.

23       Q.   What's a script?

24       A.   A script is more like a series of moderately

25   simple commands that -- how should I put this, doesn't

Kimon Andreou
December 03, 2019                                10

1    have much logic in there.  It's a way to -- if you were

2    on the computer and start typing up all the things you

3    would do.  Like a macro in Excel.  Create a macro it

4    creates something a background that's more or less what

5    a script is, best way I can describe it, versus a

6    program where there has a lot more complex programming.

7    You have to be more aware of your hardware, of the

8    interactions with users, with the more variables so it's

9    a lot more complex.

10        Q.   So you started working with Dave in 2002 but

11   could you tell us when did your friendship really start

12   to -- do you know the year you developed the friendship?

13        A.   I can't pinpoint that.  It just happened.

14        Q.   Around 2002 though?

15        A.   Well, I started late in 2002 so I would say

16   more like 2003 or so.

17        Q.   Did you and Dave have any hobbies that you

18   shared?

19        A.   Mostly going to gun shows.  We would go to the

20   Palm Beach Gun Show every month.  So what we would do is

21   go to the Palm Beach Gun Show.  After that we would go

22   somewhere to eat so that was our routine.  We would go

23   out to dinner or go to the range together.

24             So that was really the extent of our social

25   interaction but it was frequent enough.  I guess what

Kimon Andreou
December 03, 2019                                11

1    guy friends do.

2         Q.   Do you know when Dave Kleiman was admitted

3    into the hospital?

4              MR. BRENNER:   Object to the form.

5    BY MR. PASCHAL:

6         Q.   Was Dave Kleiman ever admitted into a

7    hospital?

8         A.   Yes.  Several times.  He would go to the V.A.

9    when he had issues and sometimes he would stay there for

10   a couple days.  The one time that he had -- usually it

11   was more -- about a couple days.  Either there was an

12   infection or something and he would go to the V.A.

13   either the one -- well, mostly the one in Miami.

14         The one in Palm Beach opened up he would go

15   there.  It was right by his house but it was very short

16   maybe a weekend or two or three days.  Nothing special.

17   But when he had a major infection is when he was

18   admitted into the V.A. in Miami and that was where he

19   never really checked out.  That was it.

20        Q.   Do you know what year that was when he was

21   admitted to the Miami V.A?

22        A.   I would have to say probably in 2011 because

23   the reason why I say that my daughter was born December

24   of 2012 and he had already been there for it felt like a

25   year so I'm guessing it was sometime in 2011.  I don't

Kimon Andreou
December 03, 2019                                    12

1    know the exact date.

2        Q.    Do you know how he was admitted into the

3    hospital?

4        A.    It started out because he had an infection.

5    Because of his disability and being paralyzed he had no

6    feeling from the waste down he was prone to infections

7    so he would get a minor cut he wouldn't know it was

8    there.  He wouldn't feel it and by the time he realized

9    it was infected so he had to go in and to get it taken

10   care of.

11          When he first went to the V.A. I thought it

12   was another routine clean up like he had done many

13   times.  Then he was admitted into it and it just

14   progressed from there.

15       Q.    In that last visit where he stayed in the

16   Miami V.A. did he go voluntarily to the V.A. just to get

17   checked out?

18       A.    As far as I know it was on his own volition.

19   He chose to do that.

20       Q.    Did you visit him in the V.A.?

21       A.    Yes.

22       Q.    How often did you visit him?

23       A.    I would visit -- at the time I would work out

24   of the Port of Miami so it was just across from the

25   other side of I-95 so I would visit him practically

Kimon Andreou
December 03, 2019                                    13

1    every day.

2        Q.    Where do you work?

3        A.    I work for Royal Caribbean.

4        Q.    Where is the Miami V.A?

5        A.    It is in Downtown Miami just right off of 836

6    essentially on the west side of I-95.  I don't remember

7    the address.  I would just drive there.

8        Q.    When you visited him was there like a

9    procedure to go into the hospital?

10       A.    I would just go through security.  I knew

11   where he was.  The first time I had to figure out the

12   actual wing he was in but there wasn't really any

13   procedure unless security -- security is pretty lax

14   there.  I would just walk in.  Nobody checked me.  I

15   guess I got asked for I.D. twice by security but no real

16   procedure.

17       Q.    Was there a visitor log?

18       A.    Not that I'm aware of.  The nurses after a

19   while they knew who I was so they would just say he was

20   in the bathroom.  He is not there.  He's somewhere else.

21       Q.    When you say he was in a wing do you remember

22   what wing he was in?

23       A.    It was the spinal injury.

24       Q.    Was he in a room?

25       A.    He was in a room, yes.

Kimon Andreou
December 03, 2019                                    14

```
 1        Q.   Was he the only one in the room?

 2        A.   On occasion.

 3        Q.   Did he share the room with somebody at points?

 4        A.   Yes.

 5        Q.   Was it like a curtain that separated him from

 6   somebody else?

 7        A.   Yes.

 8        Q.   What sort of procedures -- were the procedures

 9   done in the room or was he taken into another?

10             MR. BRENNER:  Object to the form.

11             MR. PASCHAL:  Go ahead.  You can answer.

12             THE WITNESS:  I am not sure.  I can't say with

13        certainty.  I mean he would tell me about some of

14        the procedures they would do for him.  Sometimes

15        they would have to scrape the bone or do some of

16        that stuff.

17             So I am guessing that they took him somewhere

18        to do that but I honestly never asked him if they

19        did it in a room or they took him somewhere else.

20        They would check on him in the room but beyond that

21        I'm not sure.

22   BY MR. PASCHAL:

23        Q.   What did his room look like?  Can you describe

24   it?

25        A.   It was a hospital room, white cream colored
```

Kimon Andreou
December 03, 2019                              15

1    walls, hospital bed that you can lift the back.  It had

2    a table next to him where he had a bunch of stuff.  When

3    I would visit him I would always go -- he would phone in

4    the order to Hooters because it was on the way there so

5    I would pick up the order from Hooters, bring it over to

6    him, place it over there.  That's where -- his backpack

7    would be there so he can reach his backpack and he would

8    always have his laptop with his USB sticks and his keys

9    and all that on his lap.

10              Sometimes he would have two laptops.  But as

11   far as the room it was a normal hospital room.  Nothing

12   particular about it.

13        Q.   Did David ever mention that he didn't like the

14   V.A. Hospital?

15        A.   Dave was a complainer.  You could put him up

16   on the penthouse suite of the Ritz and he would complain

17   about it.

18              MR. PASCHAL:  So let me show you what I'm

19        going to mark as Exhibit 1.

20              (Defendant's Exhibit No. 1 was

21              marked for identification.)

22   BY MR. PASCHAL:

23        Q.   Do you recognize this document?

24        A.   Looks like his resume, Dave's resume.

25        Q.   Are all these his certifications at the top?

Kimon Andreou
December 03, 2019                                    16

1       A.    Yes.  He liked to collect certifications.  He

2   told me that even though he knew his stuff one time he

3   was asked to be an expert witness in a court case and he

4   didn't like it when he was questioned -- when he was

5   told that why should I trust you you don't have any sort

6   of certifications.  Opposing expert's witness has all

7   these.  Pissed him off so he made it a life goal to get

8   every single certification under the sun.  He wanted to

9   be able to spell Mississippi twice.

10      Q.    Did people ever refer to him as Dave

11  Mississippi?

12      A.    Yes, Dave Mississippi Kleiman.

13      Q.    Under here under experience first bullet point

14  developed a Windows Operating System Tool S-Lok?

15      A.    That was the one, yes.  He was the brains of

16  it.  I took it and I packaged it to -- because he had it

17  as notes.  Maybe a couple of scripts I had to edit by

18  hand every single time or he would have to figure out

19  what sort of server he was on and then adjust all these

20  flags and all this stuff.

21           So I codified all of that logic, everything

22  that was in Dave's head I codified it into an

23  application to do this so that you just start it, hit

24  lock it down and it would do it for you.  You don't have

25  to -- anybody could do that.

Kimon Andreou
December 03, 2019                                    17

1      Q.    Is S-Lok still operating today?

2      A.    I would seriously doubt it.  The company S-doc

3  when I left in 2006 it had been shut down as far as I

4  know.  I mean there were no employees.  Now, if it

5  legally still exists I'm not sure but zero employees.

6      Q.    So based on your friendship with Dave Kleiman

7  was Dave a shy person?

8      A.    Not really.

9      Q.    Was he a timid person?

10     A.    No.

11     Q.    What type of person was Dave Kleiman?

12     A.    He was very vocal but very private.  So he

13 would not mince words.  He would be very -- if he had an

14 issue he would be very clear about it and he would -- if

15 he didn't like you he would tell you he didn't like you.

16     Q.    If somebody did something wrong to him would

17 he be quiet about it?

18          MR. BRENNER:  Object to the form.

19          THE WITNESS:  He -- depends on what was done

20     to him.

21 BY MR. PASCHAL:

22     Q.    Somebody stole hundreds of million of dollars

23 from him would he be quiet about it?

24          MR. BRENNER:  Object to the form.

25          THE WITNESS:  Well, he would have told

Kimon Andreou
December 03, 2019                                18

1        somebody I believe.  I mean I don't know.  He would

2        have said something because he always -- with Dave

3        it was always feast or famine so he would work

4        maybe three months after S-doc went out of business

5        he would work three months of the year.  He would

6        make a ton of money and then the rest of the year

7        he would be behind on his mortgage payments so I'm

8        not sure how I would take that with Dave.  He was

9        odd with his money.  Very generous.  When he had

10       the money he was generous.

11   BY MR. PASCHAL:

12       Q.   We're going to talk about that a little more

13   in a second.  But just looking at his resume did Dave

14   ever talk about his time in the Army?

15       A.   He had his stories from the Army.  I would egg

16   him on too asking him about things but yes, he would

17   talk about his time in the Army.

18       Q.   Then did he talk about any of these other

19   prior jobs with you?

20       A.   He did talk to me about Intelliswitch, about

21   Suffolk, about PBSO.  Yes, he did tell me about those.

22   Not a lot of detail but he did tell me for example

23   Intelliswitch he would tell me they had this location in

24   Downtown West Palm with they had all these switches and

25   data center.  At Suffolk I don't remember what he told

Kimon Andreou
December 03, 2019                              19

1   me.  He just told me he used to work for Suffolk because

2   you would see at least in Palm Beach County they have

3   signs all over construction.

4           At PBSO yes, he would talk a lot about that.

5   He had told me that since he was on helicopters in the

6   Army he was training to be a helicopter pilot for PBSO

7   but then he had his accident so he couldn't do it.

8       Q.   Did he ever talk about any of his published

9   works that he wrote?

10      A.   Yes, he was big about that.  He was very proud

11  that he didn't have any real formal education.  Didn't

12  even have a bachelor's degree that he was publishing and

13  he was considered an expert.  A couple of these I was a

14  co-author or technical editor so the How to Cheat At

15  Windows and Winternals, the fourth from the bottom.

16      Q.   Would you characterize your relationship with

17  Mr. Kleiman one in which he confided with you?

18      A.   To the extent that Dave would confide in

19  somebody because he was very private.

20      Q.   Did Dave ever tell you that he was working on

21  Bitcoin?

22      A.   Never.

23      Q.   Did Dave ever tell you he had had a

24  partnership with Dr. Craig Wright?

25      A.   I knew of his friendship with Craig.  He had

Kimon Andreou
December 03, 2019                                    20

1    mentioned Craig quite a bit.  Well, frequently actually

2    but about a partnership I did know that they were

3    working on publishing some papers or working on a book

4    or something like that but -- inferring from your

5    question of any sort of business partnership that he did

6    not mention anything to me, no.

7         Q.    Did he ever tell you that he was developing

8    any intellectual property related to Bitcoin?

9         A.    No.

10        Q.    Did he ever tell you that he had hundreds of

11   millions of dollars stashed away of Bitcoin?

12        A.    No, he did not.

13        Q.    When Mr. Kleiman spoke about Craig Wright did

14   he ever say anything bad about Dr. Wright?

15        A.    No.

16        Q.    What would he say about him?

17        A.    He admired Craig.  He always spoke very highly

18   of him.  He would always -- there were security mailing

19   lists where different topics would come up and when

20   somebody would contradict Craig and then Dave would

21   always relay to me the response that Craig would then

22   write like a two or three page response to that and he

23   was very -- he would say that with glee how he quote

24   unquote shut the other person up.  But -- I know that

25   when Craig would visit because he would go to Orlando

Kimon Andreou
December 03, 2019                                    21

1   with his wife, at least that's what they would me he

2   would drive up to Orlando to meet with them.  Whenever

3   he would speak of Craig it would be in a positive light.

4        Q.   So he never told you Craig stole anything from

5   him?

6              MR. BRENNER:  Object to the form.

7              THE WITNESS:  He did not.

8   BY MR. PASCHAL:

9        Q.   Did he ever make it seem as though Craig stole

10  anything from him?

11             MR. BRENNER:  Object to the form.

12             THE WITNESS:  He did not.

13  BY MR. PASCHAL:

14       Q.   Did Dave ever talk about Ira Kleiman?

15       A.   He was private about his family but he did

16  mention Ira as his brother and he did say to me that

17  their interaction wasn't -- they weren't close.  But

18  beyond that I don't know.  He was very -- I mean it

19  took -- I didn't find out that he was adopted until two

20  or three years into knowing him or that he had a family

21  for that matter.

22       Q.   When you say "he" are you talking about Dave?

23       A.   Dave.  That Dave had -- yes, so he was very

24  private about his family.  He wouldn't speak about his

25  family.  He would speak about his dad, about his mom

Kimon Andreou
December 03, 2019                                    22

```
1    when she passed away but he was -- he didn't like

2    talking about his personal stuff.

3         Q.   What was his dad's name, do you remember?

4         A.   I don't remember.

5         Q.   You visited Dave was it like every night at

6    some point?

7         A.   In the beginning it was almost every day, as I

8    would leave the office I would just head over there,

9    spend maybe half hour, one hour with him.  Usually take

10   him delivery from Hooters and then go home.  After a few

11   months it was maybe three or four times a week.

12         Towards the end as my wife got progressively

13   more pregnant it was less and then when my daughter was

14   born in December I just couldn't.  We would text.  I

15   would call him.  We would call each other but I just

16   couldn't physically visit as frequently.

17         Q.   On those days every day when you would go

18   visit Dave Kleiman did he ever mention that Ira Kleiman

19   visited him?

20         A.   No, he did not.

21         Q.   Do you know if Ira Kleiman ever visited him?

22         A.   As far as I'm aware no.  From my own personal

23   knowledge, no, I don't know.

24         Q.   Do you know if Dave's father visited him?

25         A.   I don't.  I would doubt that he can.  I know
```

Kimon Andreou
December 03, 2019                                      23

1    that Dave's father was elderly.  Was in his 80s or 90s

2    so it would have been pretty rough for him to drive all

3    the way down.

4        Q.    When you mentioned those laptops earlier in

5    the hospital do you remember what type of laptop those

6    were?

7        A.    He liked Dell laptops.

8        Q.    Let me ask you is Dell and Alienware is that

9    the same?

10           MR. BRENNER:  I didn't hear the question.  Is

11       Dell what?

12           MR. PASCHAL:  Is Dell and Alienware the same

13       thing.

14           MR. BRENNER:  Alienware.

15           THE WITNESS:  Alienware is owned by Dell.

16   BY MR. PASCHAL:

17       Q.    Did he have an Alienware computer?

18       A.    Possibly.  He liked to get the most powerful

19   computer.

20           MR. PASCHAL:  Mark this as 2.

21           (Defendant's Exhibit No. 2 was

22           marked for identification.)

23   BY MR. PASCHAL:

24       Q.    Do you recognize what I just handed you?

25       A.    Yes.

Kimon Andreou
December 03, 2019                              24

1        Q.    What is it?

2        A.    It is the text messages that I was able to

3   extract from my phone between myself and Dave.

4        Q.    How did you extract these text messages?

5        A.    I used software called I explore off of my old

6   device or old iPhone and just export the data.  It has a

7   function that you can do that.

8        Q.    Did you produce these text messages in

9   response to our subpoena?

10       A.    Yes.

11       Q.    What date did you extract this data?

12       A.    It was earlier this year.  I don't recall the

13  date.  I guess that was it.  April 11th.  There was a

14  software export.

15       Q.    Going to go back and forth.  I want to ask you

16  in 2011 what was Dave's financial situation, do you

17  know?

18            MR. BRENNER:  Object to the form.

19            THE WITNESS:  It was pretty bad.

20  BY MR. PASCHAL:

21       Q.    Did Dave have problems paying utility bills?

22            MR. BRENNER:  Object to the form.

23            THE WITNESS:  He did mention that he had --

24       every now and then he would say he's behind or that

25       they would do something but not so much utilities,

Kimon Andreou
December 03, 2019                                    25

```
1          he would talk more about his mortgage.
2               MR. PASCHAL:  We'll get into that.
3    BY MR. PASCHAL:
4          Q.   Can you turn to page -- it's going to say
5    Kimon and bunch of zeros.  90.
6               MR. BRENNER:  Nine zero?
7               MR. PASCHAL:  90.
8               MR. BRENNER:  Thank you.
9    BY MR. PASCHAL:
10         Q.   So in that second message --
11         A.   I see it.
12         Q.   Is that 15, 16 is that is 316?
13         A.   316, yes.
14         Q.   Is that Dave's message?
15         A.   That is Dave's message.
16         Q.   Why was he sending you this message?
17              MR. BRENNER:  Object to the form.
18              THE WITNESS:  To tell me.  To share with me.
19    BY MR. PASCHAL:
20         Q.   Did you guys have a phone conversation before
21    this?
22         A.   Not to my recollection.
23         Q.   Did you help him with any of these utility
24    bills?
25         A.   No.
```

Kimon Andreou
December 03, 2019                                    26

1      Q.   Did he ask for help?

2      A.   No.  He was too proud to do that.

3      Q.   Did he mention anyone helping with any of

4   these bills?

5      A.   No, he did not.  To my recollection.

6      Q.   Did he ever mention that his internet and

7   cable was actually disconnected?

8      A.   I don't remember.  I would have to read

9   through this if he ever said it.  To my memory, no.

10      Q.   You talk about the mortgage.  What did he say

11   about his mortgage?

12      A.   That it was behind.  That it would go into

13   short sale.  That it would go into foreclosure.  I don't

14   remember if he put it in the messages or it was over the

15   phone but he tried to -- I think he re-financed a few

16   times to try to take care of that but he had -- he had

17   problems where it was months that he wouldn't pay his

18   mortgage because he couldn't pay his mortgage and then

19   he would pay everything all at once because he got a

20   forensic case that he got paid for.

21      Q.   These forensic cases how much would he make

22   off these cases?

23           MR. BRENNER:  Object to the form.

24           THE WITNESS:  I don't remember the numbers but

25        it was -- he would make quite a bit of money.

Kimon Andreou
December 03, 2019                                    27

1   BY MR. PASCHAL:

2       Q.    So can I characterize it that he couldn't pay

3   these bills until he would get these cases and then he

4   would pay his bills?

5           MR. BRENNER:   Object to the form.

6           THE WITNESS:   Yes, that was usually the case.

7       Although I would wonder and I would ask him why he

8       didn't take on more cases because he would work

9       seemingly three months out of the year and the rest

10      of the year he wouldn't do any work.

11          So if he keep this on then he wouldn't have

12      any of these issues.   That's one of the things I

13      would ask him why don't you do that.

14  BY MR. PASCHAL:

15      Q.    Did Dave ever tell you all of his or some of

16  his medical problems that doctors were advising him

17  about?

18          MR. BRENNER:   Object to the form.

19          THE WITNESS:   I wouldn't know if it was all or

20      not.

21  BY MR. PASCHAL:

22      Q.    Did he talk about it frequently?

23          MR. BRENNER:   Object to the form.

24          THE WITNESS:   He would tell me if it was a bad

25      day or if they found something.   Every so often I

Kimon Andreou
December 03, 2019                                            28

```
 1        would ask him when are you coming out.  Sometimes

 2        he would say well, they tell me that in two weeks I

 3        can get out.

 4             So as it was getting closer I would ask him

 5        how is it going.  They found this, they found

 6        another infection or they found MRSA or something

 7        so he has to stay longer.  But if that was the

 8        extent of it or there was something else I wouldn't

 9        know.

10   BY MR. PASCHAL:

11        Q.   Do you recall him ever telling you that the

12   doctors advised him that he can no longer do his

13   forensic work because of his medical condition?

14             MR. BRENNER:  Object to the form.

15             THE WITNESS:  He never said that to me.

16   BY MR. PASCHAL:

17        Q.   Do you know that his house was ultimately

18   foreclosed on?

19        A.   May I respond?

20             MR. BRENNER:  He asked if you know the house

21        was foreclosed.  You can respond.

22             THE WITNESS:  I don't know that.  I'm not

23        surprised but I -- I don't remember that.  I'm not

24        surprised because of his -- the way he paid or not

25        paid his bills.
```

Kimon Andreou
December 03, 2019                                    29

1    BY MR. PASCHAL:

2        Q.    So I know this, you were a close friend to

3    Dave but I really need to understand who Dave Kleiman

4    was.

5        A.    Okay.

6        Q.    For trial.  Can you tell us about his

7    relationships with significant others?

8            MR. BRENNER:  Object to the form.

9            THE WITNESS:  Okay, so he was -- I believe he

10           was married three times and after that his

11           philosophy was to only date strippers.  According

12           to him it was a lot simpler.  It was a much more

13           transactional, a lot easier for him to manage.

14           There were a couple that he would see whether

15           there was one stripper that he would be on and off

16           again.  For a while she moved in with him and then

17           there was this other lady that wasn't in that same

18           industry.  Not really sure what she did but it

19           seemed like it was getting serious.  I met her.  We

20           went out to dinner a couple times.

21           My fiancee at the time and then we went to

22           dinner.  They came together to my wedding but after

23           a while they broke up.  But yes, his relationships

24           by in large were more ephemeral if you will.

25

Kimon Andreou
December 03, 2019                              30

1    BY MR. PASCHAL:

2        Q.   I want to kind of go back over some of the

3    stuff you said.  Can you tell us what do you know about

4    his first marriage?

5        A.   His first marriage was when he had -- he was

6    relatively new at PBSO and she also worked there.  I'm

7    not sure what her role was if she was a deputy there or

8    civilian administration whatever.  Got married and after

9    a while she started cheating on him with somebody else

10   that was working there and he was telling me that he --

11   made it public, went to the press and all that and they

12   got a divorce.  Don't know her name.  Don't know

13   anything about her.  Just know that.

14       Q.   Going back to one of my questions earlier in

15   that sense when somebody did him wrong he did vocally

16   speak out about it?

17           MR. BRENNER:  Object to the form.

18           THE WITNESS:  I don't know what I don't know

19       so I can't tell whether he would do that for people

20       that did him wrong and he didn't say anything but

21       in this particular case yes, and I guess it stung

22       him.

23   BY MR. PASCHAL:

24       Q.   So what do you know about the second marriage?

25       A.   I don't.  I just know that he was married.

Kimon Andreou
December 03, 2019                          31

```
 1    The only time he spoke with any detail was the first

 2    one.

 3         Q.    Do you know when he was divorced?

 4         A.    No.

 5              MR. BRENNER:  Which time?  Object to form.  I

 6         don't know which time you're talking about.

 7              MR. PASCHAL:  When he was divorced.

 8              MR. BRENNER:  Object to the form.

 9              THE WITNESS:  No, when I met him he was not

10         married.

11    BY MR. PASCHAL:

12         Q.    Do you know the name of the stripper who moved

13    in with him?

14         A.    No.  Well, I don't remember.  I knew at the

15    time but I don't remember.

16         Q.    Did he ever talk about that person?

17         A.    He would when they were together and when she

18    was living with him but not particularly.

19         Q.    Do you remember the timeframe where he was

20    with that person?

21         A.    2003, four.  Yes, I think it was before --

22    because I moved from West Palm in 2006 and it was while

23    I was living in West Palm Beach that she was living with

24    him so it has to be before that.  So 2004 or five.

25         Q.    Then do you know the name of the second
```

Kimon Andreou
December 03, 2019                                    32

```
 1    stripper that he was dating?
 2             MR. BRENNER:  Object to the form.
 3             THE WITNESS:  No.  The one that came to my
 4        wedding she was not a stripper.  I don't know what
 5        she did because I don't remember.  But I remember
 6        she was Polish but that's about it.
 7    BY MR. PASCHAL:
 8        Q.   What other financial troubles did Dave Kleiman
 9    have other than his mortgage and utility bills?
10             MR. BRENNER:  Object to the form.
11             THE WITNESS:  He never mentioned anything else
12        other than that.  Those are the two big ones.
13        Somehow he was able to pay for his car.  He had to
14        change a couple times in the period I knew him and
15        those vans he had get expensive because they have
16        to be customized for him to be able to drive them
17        but I don't know of anything else other than his
18        house related bills.
19    BY MR. PASCHAL:
20        Q.   Do you know any of Dave's other friends?
21        A.   The one I interacted with were Pat Paige and
22    Carter.  Paige -- Pat and Carter.
23        Q.   When did you speak with Mr. Paige and
24    Mr. Carter?
25             MR. BRENNER:  Object to the form.
```

Kimon Andreou
December 03, 2019                                    33

1   BY MR. PASCHAL:

2        Q.   When was the last time you spoke with him?

3        A.   Last time maybe a few months ago to Pat or

4   with Pat.

5        Q.   What did you guys discuss?

6        A.   Last time it was -- I don't remember because

7   he went on a cruise this past summer.  So I don't

8   remember if last time I spoke to him was when he was

9   asking me about the cruise or when he was telling me

10  about a change in the case because he is tracking it and

11  got a message this happened or that happened.

12            MR. PASCHAL:  This is Exhibit 3.

13            (Defendant's Exhibit No. 3 was

14            marked for identification.)

15  BY MR. PASCHAL:

16       Q.   Do you recognize this e-mail?

17       A.   Yes.

18       Q.   Can you turn to the last page?

19       A.   Yes.

20       Q.   Is this your --

21            MR. BRENNER:  You're on Bates 205?

22            MR. PASCHAL:  205, last page.

23            MR. BRENNER:  Thank you.

24  BY MR. PASCHAL:

25       Q.   You're e-mailing Patrick Paige?

Kimon Andreou
December 03, 2019                                    34

1        A.    Yes.

2        Q.    This link is to Coin Desk.  Do you remember

3   what that link was?

4        A.    It was talking about Craig being sued by Ira.

5   Coin Desk is one of the Web sites.  I found it through I

6   think through Google News or through Wikipedia had a

7   link to it so that's how I -- that's how I found it and

8   yes, I was just expressing my shock for $10 billion.

9              So the point there on the encrypted drive was

10  I don't know how to get to the -- how I can decrypt it

11  without the key.

12       Q.    Patrick Paige responds to your e-mail.  He

13  said he saw it.  He says he's still involved.

14       A.    Yes.

15       Q.    He is still suing us.  When he says he is

16  referring to is still suing Paige and Conrad?

17       A.    Yes.

18       Q.    Do you know anything about that lawsuit?

19       A.    Just what he told me that Ira is also suing

20  them.  I don't remember if it's personally or the

21  company and he is pretty -- he is not happy about it.

22       Q.    Then you respond you say "what the hell, he is

23  suing me too.  Ira was always a bit odd."

24       A.    Yes.

25       Q.    What do you mean by odd?

Kimon Andreou
December 03, 2019                                          35

```
 1         A.    So odd was in the -- by the way that Dave had

 2    said that they weren't very interacting with him.  Dave

 3    would say he didn't have any interaction and then when I

 4    did -- when Ira did contact me which was I don't

 5    remember at what point he contacted me asking for my

 6    assistance in decrypting Dave's encrypted drive I

 7    offered to help and then we spoke on the phone for -- at

 8    some point related to that and he sounded odd on the

 9    phone.  Judgmental maybe not the nicest thing to do

10    but --

11              (Defendant's Exhibit No. 4 was

12              marked for identification.)

13    BY MR. PASCHAL:

14         Q.    I'm handing you an e-mail you exchanged with

15    Ira Kleiman.  Can you go to the beginning of that e-mail

16    which starts on --

17              MR. BRENNER:  I assume you're marking this as

18         number four?

19              MR. PASCHAL:  Sorry, 4.

20              THE WITNESS:  It's marked 4.

21              MR. PASCHAL:  0015?

22              THE WITNESS:  Yes.

23    BY MR. PASCHAL:

24         Q.    Is this the first time that -- sorry, goes in

25    the reverse.  Can you go to 0013?
```

Kimon Andreou
December 03, 2019                                    36

1        A.    Yes.

2        Q.    So near the top of the page it says on

3   May 16th 2016 Iradavid2009@ ██████████ is that Ira

4   Kleiman's e-mail address?

5        A.    Yes, a person that has contacted me from that

6   e-mail address said it was Ira.  When I spoke to him --

7        Q.    It says "hello Kimon, I understand you knew my

8   brother Dave and was wondering if I can talk to you.

9   Thanks, Ira."

10       A.    Yes.

11       Q.    Before this e-mail had you ever spoken to Ira

12   before?

13       A.    Never.

14       Q.    When you originally got that e-mail were you

15   seeing whether or not Ira was trying to learn about his

16   brother?

17            MR. BRENNER:  Objection to the form.

18            THE WITNESS:  I don't know what he was looking

19       for but it was the brother of my closest friend

20       so -- my late closest friend so I want to see what

21       I could do for him.

22   BY MR. PASCHAL:

23       Q.    You would have been happy to tell him anything

24   about his brother, right?

25       A.    Yes.

Kimon Andreou
December 03, 2019                          37

1      Q.    Then you respond "hello Ira, yes, I knew Dave
2   very well.  Still pains me that I could not go to his
3   funeral.  What can I do for you."
4      A.    Yes.
5      Q.    So you're giving Ira Kleiman an open book to
6   ask whatever he wants about Dave Kleiman; right?
7            MR. BRENNER:  Object to the form.
8            THE WITNESS:  That was my intent, yes.
9   BY MR. PASCHAL:
10     Q.    What did Ira ask you about?
11     A.    Well, he asked me about Dave's involvement
12  with Bitcoin.
13     Q.    Did he ask you about anything else?
14           MR. BRENNER:  Object to the form.
15           THE WITNESS:  He asked me about -- he told me
16       that he had Dave's encrypted hard drive or
17       encrypted thumb drive and if I could help him crack
18       it essentially.  That's what he asked -- well, he
19       asked me if I knew anything about the Bitcoin and
20       about Dave being involved in Bitcoin.  By then it
21       had been all over the news so I knew that much and
22       he asked me for help with his encrypted thumb drive
23       and asked if I could help him with that.  That's
24       something that I couldn't do at the time and I
25       still can't do.

Kimon Andreou
December 03, 2019                                    38

1   BY MR. PASCHAL:

2        Q.   Did he ask you how is Dave in the hospital?

3             MR. BRENNER:  Object to the form.

4             THE WITNESS:  No, he did not.

5   BY MR. PASCHAL:

6        Q.   Did he ask you other than Bitcoin any other

7   things or hobbies that Dave was working on during those

8   years in his life?

9        A.   No, he did not.

10       Q.   Did he ask you about Dave's death?

11       A.   No.  Well, he did talk about that he had some

12  suspicions and that he was thinking that it may not have

13  been suicide or natural causes.  He did talk about some

14  of that.  The condition of the death so what brought it

15  about that it wasn't what was reported to be wasn't as

16  clean as it was reported to be.

17       Q.   What was he saying what evidence did he have

18  to support any of that?

19       A.   Nothing that he told me about.  To me it

20  sounded more like conjecture.

21       Q.   You offered to help look at the drives; right?

22       A.   So I'm familiar with the software he used

23  because Dave turned me over to that software and I use

24  it as well.  Basically it's used to secure -- secure

25  container and you put in whatever personal.  I have a

Kimon Andreou
December 03, 2019                                    39

```
 1    copy of my Social Security card I have things in there
 2    to protect and the security of it is very, very good.
 3         It is for all intents and purposes
 4    uncrackable.  So I know that at least my skill set is
 5    not the level to be able to break that but because I'm
 6    familiar with the software if he had the password or the
 7    pass phrase I knew how to use the software so I could
 8    unlock it for him which is why in the e-mail I'm
 9    offering to do it at any location he wants.
10         Q.   When you made that offer did Ira take you up
11    on the offer?
12         A.   No.  He said he did not have the password.
13         Q.   Did he ask you to take a look at the drives?
14         A.   No, he didn't.
15         Q.   Did he ask you to try to see if you can break
16    into them?
17         A.   No.
18         Q.   Mr. Andreou, did Ira ever explain to you that
19    he re-formated Dave's hard drives when he came into
20    possession of them?
21              MR. BRENNER:  Object to the form.
22              THE WITNESS:  No.
23    BY MR. PASCHAL:
24         Q.   Did he ever tell you that he destroyed all of
25    Dave's work papers when he came in possession of them?
```

Kimon Andreou
December 03, 2019                                          40

1              MR. BRENNER:  Object to the form.

2              THE WITNESS:  No.

3    BY MR. PASCHAL:

4         Q.   Do you know what re-formating a hard drive

5    means?

6         A.   Yes.

7         Q.   Do you know what that does to a hard drive?

8         A.   Yes.

9         Q.   Are you aware that Dave Kleiman actually wrote

10   a paper with Craig Wright about reformatting hard

11   drives?

12        A.   He didn't write about reformatting.

13        Q.   He wrote about overriding data?

14        A.   Very different.  So secure wipe is not the

15   same as a format.  Format you can recover from format,

16   two or three formats.

17        Q.   Then did he ever tell you that after the

18   re-format he used the device for multiple years to store

19   random stuff?

20             MR. BRENNER:  Object to the form.

21             THE WITNESS:  No, he did not.

22   BY MR. PASCHAL:

23        Q.   If you reformat a drive and then continue to

24   write data over it does it make it more difficult to

25   recover?

Kimon Andreou
December 03, 2019                                    41

```
1              MR. BRENNER:  Object to the form.

2              THE WITNESS:  It makes it more difficult.

3         It's not impossible.

4              MR. PASCHAL:  Let's take a few minutes break.

5              MR. BRENNER:  For those on the phone we're

6         going to take a few minute break.  I'll unmute it

7         when we start back up.

8              (Thereupon, a brief recess was taken.)

9  BY MR. PASCHAL:

10        Q.   Mr. Andreou, can you go back to your text

11   messages with Dave Kleiman?

12        A.   Yes.

13        Q.   Can you go to Kimon 104?

14        A.   Yes.

15        Q.   Did you buy Lotto tickets for Dave Kleiman?

16        A.   Yes, on occasion he would send me to buy Lotto

17   tickets.  Sometimes he would give me the money.

18   Sometimes he wouldn't but yes.

19        Q.   Were there any particular numbers he would

20   always play or random numbers?

21        A.   Random numbers.

22        Q.   How often would he play?

23        A.   Usually when there was a big jackpot or when

24   he felt like it.  When it's a big jackpot and big number

25   everybody plays.
```

Kimon Andreou
December 03, 2019                                    42

1     Q.   He says in here "if I win I will give you

2     $20 million?"

3     A.   Yes.

4     Q.   Did he ever say -- other than here did he ever

5     say that on any other occasion?

6     A.   Yes, he would say that if he wins big he would

7     give me or give me half or give me something and give

8     Pat or Craig -- not Craig, or Carter something.

9     Q.   Do you think he was -- sorry, were you

10    finished?

11    A.   That was it.  This wasn't the first time or

12    the last time.

13    Q.   Do you think he was joking when he said that?

14        MR. BRENNER:  Object to the form.

15        THE WITNESS:  It sounded sincere.  Of course

16        you never know until it actually happens but it

17        sounded sincere.

18    BY MR. PASCHAL:

19    Q.   Just based on what you know of Dave if he won

20    the Lotto would he have split the money with you?

21        MR. BRENNER:  Object to the form.

22    BY MR. PASCHAL:

23    Q.   Patrick and Carter Conrad?

24    A.   I believe so.  I believed he would have.

25    Maybe not half but he would have given something, yes.

Kimon Andreou
December 03, 2019                                    43

```
 1        Q.    Could you turn to Kimon 199?

 2        A.    Yes.

 3              MR. BRENNER:  Wait a second, please.  Okay,

 4        thank you.

 5   BY MR. PASCHAL:

 6        Q.    So on March 25th 2013 you text Dave and you

 7   said alive?

 8        A.    Yes.

 9        Q.    He didn't respond; right?

10        A.    Yes.

11        Q.    Did you call him on that day also?

12        A.    Probably.

13        Q.    Were you able to get in contact with him?

14        A.    No.  Not until as you can see when is the next

15   Paige I guess same day.  April 18th.  Yes.  So every now

16   and then I would send him a note alive or still alive

17   and he would say yes or barely or whatever.  He would

18   just -- some witty remark there.

19              So I hadn't seen him.  I hadn't visited him in

20   a while.  I had a three month old at home and not that

21   it's an excuse but anyway so I texted him to see if he

22   is okay.

23        Q.    Then on March 29, 2013 you text him "hello"

24   question mark the V.A. says you were discharged last

25   week?
```

Kimon Andreou
December 03, 2019                    44

1      A.    Yes.  So because I hadn't heard from him in a

2  while and he hadn't responded to my messages.  Usually

3  he was very good at responding.  I went to the V.A. and

4  the nurses knew me so they said are you looking for

5  Dave.  I said yes.  He was discharged last week.  That's

6  when I sent him a note.

7      Q.    Did they tell you anything about his

8  discharge?

9      A.    No.  Just that he just left.

10      Q.    Do you know if the doctors discharged him or

11  whether he just left?

12      A.    I think he just left on his own because he

13  would -- he was just tired.  Wanted to leave.

14      Q.    What was he tired of?

15          MR. BRENNER:  Object to the form.

16          THE WITNESS:  Of being in the hospital.

17  BY MR. PASCHAL:

18      Q.    Do you know where he went after he was

19  discharged?

20      A.    No.  But I presume he went to his house.

21      Q.    Did you call him or speak to him after he was

22  discharged?

23      A.    Just text message, not by phone.  I never

24  spoke to him again.  It was just a text message and that

25  was that text message.  I even asked him are you

Kimon Andreou
December 03, 2019                                    45

1    accepting calls he said no.  Still at home so I don't

2    know for a fact but I asked him if he was at home and he

3    said yes.

4         Q.   At this point were you concerned about Dave at

5    all?

6         A.   Yes.  Which was why I was trying to get a hold

7    of him.

8         Q.   Why were you concerned about Dave?

9         A.   Because I was afraid he was going to go back

10   into his dark place I had seen him once before.  I don't

11   remember when it was but it was a time when it was

12   really bad and he had contemplated suicide and he had

13   talked about how he pretends to pull a trigger in his

14   mouth and he had said all those things.

15              So I was concerned that after being for over a

16   year or however long he was at the hospital and seeing

17   he wasn't really getting any better basically he said

18   screw it.  He would always used to joke -- well, joke

19   sort of is that people with his condition with his

20   disability usually don't live beyond 50.  So I think all

21   that together would put him in a bad place.  So that was

22   my concern at the time.  That's why I was trying to get

23   a hold of him.

24        Q.   When did you learn that he passed away?

25        A.   When it was either Carter or Pat that sent out

Kimon Andreou
December 03, 2019                                    46

```
 1    an e-mail.  It was a group e-mail if I remember.  Quite
 2    a few people.
 3              MR. PASCHAL:  This is 5.
 4              (Defendant's Exhibit No. 5 was
 5              marked for identification.)
 6              THE WITNESS:  Yes, this is it.
 7    BY MR. PASCHAL:
 8         Q.   This is an e-mail that Carter Conrad sent out
 9    when Dave passed away?
10         A.   Yes.
11         Q.   Do you know how Carter found out that Dave
12    passed away?
13         A.   I'm not sure.  I don't know if either of them
14    ever told me but Pat I know was a deputy at PBSO so
15    maybe he knew that from there, from a former colleague
16    of his or was on the news.  I know that afterward, after
17    this e-mail at some point when I spoke to Pat he said
18    something that either he went to his house or some story
19    I don't remember the details but he mentioned something
20    like that.
21         Q.   This is the first notice that you received
22    that Dave Kleiman passed away; right?
23         A.   Correct.
24         Q.   Do you remember what you were doing when you
25    received this e-mail?
```

Kimon Andreou
December 03, 2019                                    47

1      A.    No.

2      Q.    You respond about Dave's funeral.  You weren't

3  able to make it to the funeral?

4      A.    No, I wasn't.

5      Q.    So in that time after Dave was discharged from

6  the hospital do you know of him telling anybody or have

7  you spoken to anybody that said that Dave had a large

8  amount of money anywhere?

9           MR. BRENNER:  Object to the form.

10          THE WITNESS:  No.

11 BY MR. PASCHAL:

12     Q.    In the time when Dave was at his house, he

13 left the hospital on his own did he ever -- he didn't

14 call you; right?

15          MR. BRENNER:  Object to the form.

16          THE WITNESS:  No, when he left that last time

17     when he left he didn't tell me.  I didn't know

18     until I went to the V.A. to ask to look for him.

19          MR. PASCHAL:  This is going to be 6.

20          (Defendant's Exhibit No. 6 was

21          marked for identification.)

22 BY MR. PASCHAL:

23     Q.    This is an e-mail -- if you go to 402 which is

24 on the next page that's the same Carter Conrad e-mail

25 announcing Dave's death; right?

Kimon Andreou
December 03, 2019                                    48

```
 1        A.   Yes.

 2        Q.   And Craig Wright is copied on that e-mail;

 3   right?

 4        A.   Yes.

 5        Q.   Were all these people close friends of Dave?

 6        A.   I don't know.  Let me look at the names.

 7   Scott Moulton rings a bell but the others don't ring a

 8   bell.

 9        Q.   You don't remember Dave talking about any of

10   those people other than Craig?

11        A.   No.  For some reason Scott Moulton's name

12   rings a bell.  I'm not sure.

13        Q.   Then Craig or Dr. Wright e-mails back with a

14   blog post or a piece for Dave; you see that?

15        A.   Yes, I see that.

16        Q.   Then you respond to Craig that it was a

17   beautiful piece.  Was this your only e-mail

18   communication with Dr. Wright?

19        A.   I had forgotten I had even done that.  Yes, as

20   far as I know.

21        Q.   Do you remember what the blog post was?

22        A.   Some sort of eulogy, I don't remember.

23        Q.   Do you remember -- was there any electronic

24   device that Dave kept that stood out to you?

25             MR. BRENNER:  Object to the form.
```

Kimon Andreou
December 03, 2019                              49

1          THE WITNESS:  He had a lot of stuff.  I mean

2     he had two computers.  He had his -- he had his

3     thumb drive, his USB drive he had a lot of things

4     on.  He had devices.  I mean he would carry his

5     full forensic kit with him.

6  BY MR. PASCHAL:

7     Q.   The thumb drive, what did he keep on that?

8          MR. BRENNER:  Object to the form.

9          THE WITNESS:  That's where he had passwords

10    and other things on there.  I don't know.  I never

11    got to see it.  It was just -- he really protected

12    that.

13  BY MR. PASCHAL:

14    Q.   What did it look like?

15    A.   Not sure -- I mean I don't remember.  I think

16  it is one of those rugged type USB drives but I cannot

17  say 100 percent this is exactly what it looked like.  I

18  never paid attention to it.

19    Q.   Do you know what color it was?

20    A.   I want to say black with some red or red with

21  some black but again I am not --

22    Q.   You said --

23         MR. BRENNER:  Hold on.  You can finish your

24    answer.

25         MR. PASCHAL:  I think he was done.

Kimon Andreou
December 03, 2019                                              50

```
1              THE WITNESS:  I'm not 100 percent sure.
2    BY MR. PASCHAL:
3         Q.   You said that he protected the thumb drive.
4    What do you mean by that?
5         A.   He would not let anyone see what he was typing
6    to access it nor what was on it.  At least never let me.
7         Q.   Did he ever talk about it?
8         A.   Nope.
9         Q.   Did he always keep it on him?
10        A.   Yes.
11        Q.   Where?
12        A.   I want to say it was with his keys and his
13   backpack.
14        Q.   The backpack was always in the hospital room
15   with him?
16        A.   Yes, never left his sight.
17        Q.   What else was in that backpack?
18        A.   His computers.  Other forensic type equipment
19   to do -- to make digital copies of hard drives.  I don't
20   know if he had a gun in there.  Not in the hospital but
21   he had a gun in there I think.
22        Q.   The thumb drive was encrypted?
23             MR. BRENNER:  Object to the form.
24             THE WITNESS:  Yes, I believe so.  From what he
25        told me it was encrypted.  That was where he had
```

Kimon Andreou
December 03, 2019                                      51

1        his personal -- his secure -- whenever he wanted

2        something secure he would access that drive.

3    BY MR. PASCHAL:

4        Q.   So just to understand encryption how difficult

5    would it be to break in or break through that

6    encryption?

7             MR. BRENNER:  Object to the form.

8             THE WITNESS:  So he would use software called

9        True Crypt and what that does is it has the option

10       of either encrypting the entire drive whatever that

11       drive may be or create a container that then

12       Windows for that matter would consider it another

13       drive and whatever is in there is secure.

14            So it was made so that it was using algorithms

15       that are public algorithms that are published and

16       examined or whatever that they cannot be

17       un-encrypted without knowing the secret pass phrase

18       or password, if you will.

19            My skill set isn't to the level that I can do

20       the type of crypt analysis to go into that and

21       crack it but people that are experts in the field

22       had done that and had examined the source code for

23       True Crypt and found it to be solid.  It's used at

24       least at the time it was being used the same

25       algorithms were being used by the U.S. government.

Kimon Andreou
December 03, 2019                              52

1    BY MR. PASCHAL:

2        Q.    Just for laymen's terms would it be very

3    difficult then to access whatever David had on the

4    encrypted drive?

5            MR. BRENNER:   Form.

6            THE WITNESS:   Yes, absolutely.   Very

7        difficult.

8    BY MR. PASCHAL:

9        Q.    If he didn't want somebody to have something

10   on this file it would be very difficult for them to get

11   it; right?

12           MR. BRENNER:   Object to the form.

13           THE WITNESS:   Yes.   I believe that was the

14       intent.

15   BY MR. PASCHAL:

16       Q.    Do you know if Dave ever shared any passcodes

17   with Ira Kleiman?

18       A.    I'm not aware of that.

19       Q.    You have no idea what that pass phrase would

20   be to access that True Crypt file?

21       A.    No way.   No.   All I know that it was very long

22   that it would take him a while to type it.

23       Q.    What do you mean any very long?

24       A.    64 characters.   So what I would do is when he

25   was done typing a password I would just throw out

Kimon Andreou
December 03, 2019                                    53

1    numbers to confuse him and then he would have to

2    restart.  That's as much as I know about his passwords.

3               MR. PASCHAL:  Mark this as 7.

4               (Defendant's Exhibit No. 7 was

5               marked for identification.)

6    BY MR. PASCHAL:

7         Q.   Do you recognize this e-mail?

8         A.   Yes.

9         Q.   In this e-mail you say "Ira contacted me

10   yesterday trying to pick my brain on this whole affair."

11   Are you referring to -- what are you referring to when

12   you say whole affair?

13        A.   About Ira trying -- Dave's involvement with

14   Bitcoin and about getting access to Dave's encrypted

15   files, encrypted container or drive.  I'm not exactly

16   sure which format he had selected but yes, that was it.

17        Q.   Then the next sentence you mention a 64

18   character unguessable?

19        A.   Yes.

20        Q.   Pass phrase.

21        A.   Because Dave was known for.  He had a password

22   to even start his computer before logging into Windows

23   so IOS password which is also one of the long ones with

24   special characters.  Had to do special combinations on

25   the keyboard to get to it.

Kimon Andreou
December 03, 2019                                          54

1      Q.   When you turn on his computer it doesn't boot

2  up automatically?

3      A.   No.  So he had to put a password in there

4  before it got into Windows where he would log into that

5  and then --

6      Q.   So when you turn on his computer what would

7  you see?

8      A.   I don't remember if he set it up to be -- to

9  not have a prompt at all and you have make it stuck and

10  have to type it because I know he was toying with some

11  of that stuff or it was prompting for password.  That I

12  don't remember.  He was known for having highly complex

13  passwords and lots of them.

14     Q.   I just want to go to something you said.  When

15  you started up I don't know computers.  It wouldn't just

16  say Windows it would just be like a black screen?

17     A.   Black screen.

18     Q.   That doesn't mean that the hard drive there's

19  anything wrong with the hard drive; right?

20          MR. BRENNER:  Object to the form.

21          THE WITNESS:  It could mean that the whole

22       hard drive on the computer is encrypted.  Or that

23       he just has a lock on the laptop.

24  BY MR. PASCHAL:

25     Q.   Without the pass phrase you can't even get to

Kimon Andreou
December 03, 2019                                    55

1    the log in screen for the Windows?

2         A.   Correct.  So he had a password for that, a

3    super long one.  He had a password -- another very

4    complex different password super long to actually log in

5    to Windows.  So he had passwords wherever he could put a

6    password he would put a password.  It was what he did

7    which is what I'm referencing to here.

8         Q.   All right.  Then you say -- when you're

9    talking about the 64 character pass phrase are you

10   talking about the pass phrase that accessed the USB

11   drive you just mentioned?

12        A.   Well --

13             MR. BRENNER:  Object to the form.

14             THE WITNESS:  I'm referring to a pass phrase

15        that because Dave would come up with all these

16        random pass phrases.  To my knowledge it wasn't any

17        pattern to it.  It was just completely random that

18        somehow he would memorize them and so my reference

19        there is to -- so it's one is to what Ira had

20        reached out to help -- about helping him un-encrypt

21        or decrypt Dave's secured container the drive and

22        also knowing that Dave had these highly complex

23        passwords that nobody could really guess.

24   BY MR. PASCHAL:

25        Q.   Do you think Dave would have written down a

Kimon Andreou
December 03, 2019                                    56

1   copy of his passwords?

2          MR. BRENNER:  Object to the form.

3          THE WITNESS:  No.  He kept it all in his head.

4   BY MR. PASCHAL:

5      Q.   Was that like a security risk problem?

6          MR. BRENNER:  Object to the form.

7          THE WITNESS:  He was paranoid about security.

8   BY MR. PASCHAL:

9      Q.   To the best of your knowledge did Dave ever

10  tell you he is leaving or in the event of his death he

11  is leaving anything for someone?

12         MR. BRENNER:  Object to the form.

13         THE WITNESS:  No.  I never even bothered

14     asking him because as far as I knew he didn't have

15     anything.  I'm sorry I do want to say I would joke

16     with him saying -- because he had very good

17     computers if he could leave me one of his

18     computers.

19  BY MR. PASCHAL:

20     Q.   One of the Dells?

21     A.   Dell, whatever the computer was.  He would

22  always try to get every so often get the top of the line

23  and most powerful computer.  I'm a computer guy.

24     Q.   Can you go up to Patrick's response to you.

25  He says "we've been trying to figure it out but not

Kimon Andreou
December 03, 2019                                    57

1   having much luck."  Is that figuring out the pass phrase

2   you're referring to?

3        A.    No.  So I had worked -- after S-doc Dave his

4   only source of income was the forensic work as far as I

5   know at least.  So he needed help many times on creating

6   a simple program or doing something for one of his books

7   he wanted a program back then when there were CDs as

8   inserts on to books that would help automate some of his

9   work.

10       He would reach out to me and I would code it

11  for him.  Pat knew about that so that's when he reached

12  out to me to help him with a case he had ironically

13  about Bitcoin.

14       If I remember correctly about this case it was

15  a case that out of Miami where somebody I forget the

16  name had set up a Bitcoin exchange in Miami and people

17  had put in their Bitcoin and the guy ran away with the

18  money and fled to China.

19       So Pat or his company was contracted to try to

20  recover as much of it as possible.  Some of the data was

21  in the database.  Since Pat knew I had helped Dave in

22  the past and knew that my strong point really is in

23  databases and that's what I currently do also work with

24  data that's why he reached out to me since he is not

25  familiar with databases.  So that's the background for

Kimon Andreou
December 03, 2019                                        58

1   that.

2       Q.   What is the back up server that he is

3   referring to?

4       A.   On that case there was a back up server for

5   that Bitcoin exchange that was -- that's where the data

6   was expected to be so I think we covered the money or

7   the Bitcoin for those that had signed up with that

8   exchange and so he was trying to recover data from

9   there.

10           He had asked me to help with the -- to find if

11  there was anything that could be found in the database

12  that was there.  Didn't find anything.  It was wiped

13  clean.  There was nothing to be found.

14      Q.   How much Bitcoin was stolen in that exchange?

15           MR. BRENNER:  Object to the form.

16           THE WITNESS:  I believe it was in the

17      millions.  10 million.

18  BY MR. PASCHAL:

19      Q.   10 million Bitcoin or dollars?

20      A.   Dollars.

21      Q.   What was the name of the exchange?

22      A.   I don't remember.  I mean I could find it.

23      Q.   How would you find it?

24      A.   I would have to look through my e-mail with

25  Pat about this or text message or something I don't

Kimon Andreou
December 03, 2019                                    59

```
 1   know.  Pat would know because it was one of his cases.

 2          MR. PASCHAL:  Can we take a break?

 3          MR. BRENNER:  Sure.

 4          (Thereupon, a brief recess was taken.)

 5          MR. BRENNER:  We are ready to go back on the

 6      record.

 7          MR. PASCHAL:  Mark this as Exhibit 8.

 8          (Defendant's Exhibit No. 8 was

 9          marked for identification.)

10   BY MR. PASCHAL:

11       Q.   Do you recognize this e-mail with Patrick

12   Paige to you?

13       A.   Yes.

14       Q.   Then this e-mail -- Paige says "now all Ira

15   needs to do is find 350K of Bitcoins.  On another note I

16   need help with SQL database."  What is SQL database?

17       A.   That was the database I was referring earlier

18   with the case out of Miami with the Bitcoin exchange of

19   there was a database in there.  I think it was as My

20   Sequel database.  There are hundred of thousands of kind

21   of database.  It's just a brand name.  Sequel structure

22   query language SQL is main language for database so

23   that's -- people use interchangeably with databases or

24   whatever.  Besides the point so it was referencing to

25   that if I had any luck in finding anything in that
```

Kimon Andreou
December 03, 2019                                              60

```
 1   database and I haven't found anything.

 2        Q.   You say or Paige says "we have had some luck

 3   recovering some wallets but now close to the millions

 4   stolen."  Is he referring to -- what is he referring to

 5   there?

 6        A.   I took it and I still take it as being

 7   reference to that case, that forensic case he had taken

 8   on.

 9        Q.   Do you know how he recovered those wallets?

10        A.   No.  Didn't ask him.

11        Q.   Was Dave your closest friend?

12        A.   Yes.

13        Q.   Since filing this lawsuit has Ira Kleiman

14   contacted you?

15        A.   No.

16        Q.   Since he filed his lawsuit has his lawyers

17   contacted you?

18        A.   Yes.  I was contacted last night.

19        Q.   What were you told?  What was that

20   conversation?

21        A.   Really the only question I was asked was about

22   this specific e-mail.

23             MR. BRENNER:  Mr. Paschal, I had gotten your

24        notes before the depo so I knew you were going to

25        ask about it.
```

Kimon Andreou
December 03, 2019                               61

1    BY MR. PASCHAL:

2        Q.    What did you -- who contacted you?

3              MR. BRENNER:  My name is Andrew Brenner.  I

4    did.

5    BY MR. PASCHAL:

6        Q.    What did he ask you?

7        A.    He asked me about the deposition today and

8    asked me -- brought up this e-mail and asked me about

9    it.  Said he was curious and wanted to understand about

10   that and what was meant by sequel database, by all of

11   that.  Right now I repeated whatever I told you last

12   night.

13       Q.    Did you repeat that you believed he was --

14   that Paige was referring to a case that he had?

15       A.    Yes.  We talked about the case that he had and

16   how -- why Pat reached out to me for this case.

17       Q.    Why did he reach out to you for the case?

18       A.    Because he knew that I had helped Dave in the

19   past so he knew that -- he felt he could trust me

20   because Dave had trusted me and I have -- my strong suit

21   is in databases, working with data and databases.

22       Q.    Was that the first time that Ira's counsel

23   contacted you?

24       A.    Yes.

25       Q.    And we spoke before; right?

Kimon Andreou
December 03, 2019                                    62

1      A.    Yes.

2      Q.    You don't have to go back to the text messages

3   my colleague is pointing out there's references in here

4   Dave asked you to go to the ATM for him?

5      A.    Yes, it was just once in the V.A. that he

6   asked me to go to the ATM for him.

7      Q.    He gave you his PIN?

8      A.    Yes.

9      Q.    He trusted you with his PIN?

10     A.    Yes.  I don't remember how much money he had

11  in the account.  I don't know if you're going there but

12  I'm telling you right now.

13     Q.    Was it $100 million?

14           MR. BRENNER:  Object to the form.

15           THE WITNESS:  It was not.  That I would have

16       remembered.

17           MR. PASCHAL:  I think I'm done.  Let me confer

18       with him for a second.  Go off the record.

19           MR. BRENNER:  Going off the record for a

20       minute.

21           (Discussion held off the record.)

22           MR. BRENNER:  We are back on the record.

23  BY MR. PASCHAL:

24     Q.    Mr. Andreou, just so I get it clear for the

25  record what exactly did Mr. Brenner tell you on the call

Kimon Andreou
December 03, 2019                                    63

1   about this e-mail?

2        A.   He asked me about what is SQL, how I got -- so

3   if I knew what this was about.  I said it was about the

4   Miami case.  Then it went to why did Pat reach out to me

5   for that so I gave him the background and about -- then

6   what happened a little bit more about the case.  What

7   did I do and what was Pat's involvement.

8        Q.   When you say the case you mean --

9        A.   The forensic case that Pat had or Pat's

10  company had out of Miami.

11       Q.   Did Mr. Brenner -- just to be clear that was

12  the only time plaintiff's counsel has ever contacted

13  you; right?

14       A.   Yes.

15       Q.   So Mr. Brenner didn't mention anything about

16  whether Dave was involved with Bitcoin?

17       A.   He asked me if I knew anything about that I

18  said no.

19       Q.   I guess get your opinion.  Was Dave the type

20  of person who -- was he a big saver?

21            MR. BRENNER:  Object to the form.

22            THE WITNESS:  No.

23  BY MR. PASCHAL:

24       Q.   So if he had money he would use it?

25            MR. BRENNER:  Object to the form.

Kimon Andreou
December 03, 2019                                    64

```
 1              THE WITNESS:  Yes.
 2    BY MR. PASCHAL:
 3        Q.   Do you know if he ever invested in stocks?
 4              MR. BRENNER:  I'm sorry?
 5    BY MR. PASCHAL:
 6        Q.   Stocks.  Did he ever invest in stocks?
 7        A.   He never told me anything about that.
 8        Q.   You mentioned that people with his condition
 9    didn't live to what age was it?
10        A.   50.
11        Q.   How old was he when he died?
12        A.   He was -- he was born in '67 so I don't
13    remember he died in 2013 so --
14        Q.   Was he the type of person who was planning for
15    the future?
16              MR. BRENNER:  Object to the form.
17              THE WITNESS:  No.
18    BY MR. PASCHAL:
19        Q.   Financially?
20              MR. BRENNER:  Object to the form.
21              THE WITNESS:  No.
22    BY MR. PASCHAL:
23        Q.   On Bitcoin when did you first hear of Bitcoin?
24        A.   Maybe in 2011, 2010.  People were talking
25    about Bitcoin.  It was -- I mean it really became a
```

Kimon Andreou
December 03, 2019                                    65

1    hit -- computer news when somebody used Bitcoin to buy

2    pizza.

3         Q.    Do you remember when that was?

4         A.    2010, 2011.

5         Q.    Was it two Dominos pizza?

6         A.    Yes, I think that was it.

7         Q.    At that time when the news and everyone was

8    talking about -- because I remember that Bitcoin Dave

9    never mentioned anything about Bitcoin to you?

10            MR. BRENNER:   Object to the form.

11   BY MR. PASCHAL:

12        Q.    Correct?

13        A.    There was only one time that he said Bitcoin.

14   He actually mentioned Bitcoin was I remember I was

15   driving home from work and he asked me if I knew about

16   Bitcoin and what was my opinion on it.   At that time I

17   said I don't know much about it and it seems like of

18   hokie because there's no support -- unless it gets --

19   unless it's supported broadly supported by either banks

20   or industry or the market really it's something that

21   computer geeks are going to enjoy but that's about it.

22   That was the first and only conversation we ever had.

23   That was the extent of it too.

24            MR. PASCHAL:   That's it.

25            MR. BRENNER:   Okay.

Kimon Andreou
December 03, 2019                              66

1              CROSS (KIMON ANDREOU)

2   BY MR. BRENNER:

3       Q.    Again my name is Andrew Brenner, I represent

4   the plaintiffs in this action.  You and I did speak

5   yesterday.  I want to start with that part and I am

6   going to jump around a bit to different topics.  I'm

7   going to start with our conversation yesterday.  I

8   called you late in the afternoon I believe and you

9   called me right back, is that what happened?

10      A.    A little later I saw your message.  I was at

11  work in a meeting.

12      Q.    Right.  How long would you estimate that

13  conversation was for?

14      A.    Just a few minutes.

15      Q.    You told counsel for Dr. Wright that the one

16  document I asked you about was what has since been

17  marked Exhibit 8 to this deposition.  Do you see that?

18      A.    Correct.

19      Q.    You have that in right of you; right?

20      A.    Yes.

21      Q.    That is Bates stamped with a Paige prefix and

22  it's 1693 to 1694; correct?

23      A.    Correct.

24      Q.    And you were asked questions -- you told

25  counsel that I asked you about specifically the top

Kimon Andreou
December 03, 2019                                    67

1    e-mail on 1693; correct?

2         A.    Correct.

3               MR. PASCHAL:   Objection to form.

4    BY MR. BRENNER:

5         Q.    Did I tell you what this e-mail meant or did I

6    ask you what this e-mail meant?

7         A.    You asked me.

8         Q.    In fact I think you used the word you said I

9    was -- that I told you I was curious to find out what it

10   meant; is that correct?

11        A.    Yes.

12        Q.    And you told me and just so the record is

13   clear that the discussion regarding the SQL database and

14   the recovering some wallets had to do with a case that

15   Patrick Paige was working on; right?

16        A.    That is correct.

17        Q.    And Patrick Paige's case had nothing to do

18   with Dave Kleiman?

19        A.    Correct.

20        Q.    Had nothing to do with Ira Kleiman; correct?

21        A.    Correct.

22        Q.    The reason you thought Patrick had reached out

23   to you was because and I wrote this down you had helped

24   Dave in the past?

25        A.    Correct.

Kimon Andreou
December 03, 2019                              68

1      Q.   And you had helped Dave in the past working on

2   cases Dave had in his role as a forensic expert;

3   correct?

4      A.   That's correct.

5      Q.   Again nothing to do with the case we're here

6   on today regarding Dave Kleiman and Ira Kleiman and

7   Craig Wright; correct?

8      A.   Correct.

9      Q.   So the Exhibit 8 or Exhibit 8 and the e-mail

10  on 1/6/93 has nothing to do with the case we're here on

11  today; correct?

12     A.   As far as I can tell that is correct.

13     Q.   That was basically the extent of our

14  conversation; correct?

15     A.   Correct.

16     Q.   Other than scheduling and things like that?

17     A.   Right.

18     Q.   I think I predicted he would ask you questions

19  for about an hour and a half.  I was pretty close on

20  that one too, right?

21     A.   You said about an hour and a half for each

22  side.

23     Q.   I said I would be less and that will be true

24  too.  I'm going to hop around to some other topics.

25  Again I apologize to the extent it's disjointed.  You

Kimon Andreou
December 03, 2019                                        69

 1    were asked by counsel in a few different ways how you

 2    would describe Dave Kleiman.  Do you recall that?

 3         A.   Yes.

 4         Q.   One of the things you told counsel was you

 5    were specifically asked whether he was shy and I think

 6    you said no; correct?

 7         A.   Correct.

 8         Q.   But then you followed up and you said a couple

 9    times that he was quote very private, did I get that

10    right?

11         A.   Correct.

12         Q.   Dave was a guy who shared what he wanted to

13    share with who he wanted to share it; correct?

14         A.   Pretty much, yes.

15         Q.   For example you were one of his closest

16    friends; right?

17         A.   I know he was one of my closest friends.

18    Whether I was one of his closest friends I don't know.

19         Q.   You would hope so; right?

20         A.   Yes.

21         Q.   You remember Dave fondly; right?

22         A.   Yes.

23         Q.   You miss him?

24         A.   Yes.

25         Q.   But for example even though you guys at least

Kimon Andreou
December 03, 2019                                    70

1    from your end had a close friendship for example he

2    didn't talk to you much about his family; right?

3        A.    That is correct.

4        Q.    And you knew that he was involved in -- strike

5    that.  You had originally met Dave when you worked

6    together at Secure Lock?

7        A.    Security Doc.

8        Q.    Security Doc?

9        A.    Yes.

10       Q.    Originally your relationship with him started

11   off as co-workers?

12       A.    Correct.

13       Q.    From there you developed a friendship;

14   correct?

15       A.    Correct.

16       Q.    You understood -- when did you leave Security?

17       A.    In 2006.

18       Q.    When did Dave leave?

19       A.    Little before that.

20       Q.    You guys left around the same time but he left

21   first?

22       A.    Yes.

23       Q.    After that you understood -- you stayed in

24   contact with Dave obviously; correct?

25       A.    Yes.

Kimon Andreou
December 03, 2019                                    71

1        Q.    And you understood that he moved on to other

2    professional matters; right?

3        A.    Yes.

4        Q.    Is it fair to say that he shared with you some

5    of what he was doing but not all of what he was doing?

6        A.    Yes.

7        Q.    He kept matters that were just not part of his

8    relationship with you he would not share with you;

9    correct?

10       A.    Correct.

11       Q.    And you talked about how he did mention to you

12   Dr. Wright or you called him Craig?

13       A.    (Indicating).

14       Q.    Right?

15       A.    Correct.

16       Q.    Again I wrote it down but if I get it wrong

17   you tell me you said he mentioned Craig frequently?

18       A.    Correct.

19       Q.    And he mentioned that I think you said they

20   were publishing some things together?

21       A.    They were working on publishing some papers

22   together or books.  I don't remember what it was but

23   publishing together.

24       Q.    Publishing together?

25       A.    Yes.

Kimon Andreou
December 03, 2019                                72

```
 1        Q.   And I think you also said there were times or
 2   at least one time where he went to see Craig and Craig's
 3   wife was it in Orlando?
 4        A.   Yes.
 5        Q.   Dave was not married at the time; right?
 6        A.   No.
 7        Q.   They had both -- they were working both
 8   professionally and they had a social relationship or do
 9   you know if they did?
10        A.   As far as when Craig was in Florida Dave would
11   drive up to meet them but Dave wouldn't get on an
12   airplane.
13        Q.   So to the extent he would see Craig he would
14   see him when Craig was in Florida and Dave was able to
15   drive to him as opposed to fly somewhere?
16        A.   Correct.
17        Q.   You understood they had contacts far beyond
18   times they saw each other; right?
19        A.   Correct.
20        Q.   You understood they were working on publishing
21   things in the technology field?
22        A.   Correct.
23        Q.   You just don't know what those were?
24        A.   What he did mention was the secure wiping or
25   recovering from a secure wipe from I think it was a
```

Kimon Andreou
December 03, 2019                                    73

1    Guttenberg type of secure wipe.

2        Q.    One of the things you know Dave and Craig

3    worked on together was things to do with recovering

4    information off computer devices?

5        A.    Specifically storage media such as a hard

6    drive.

7        Q.    You don't know what else they worked on

8    together; correct?

9        A.    No.

10       Q.    There could have been lots of things or could

11   have been nothing; correct?

12       A.    Correct.

13       Q.    But knowing how much he talked about him it

14   seems like they were doing more than just talking about

15   recovering information off devices; correct?

16           MR. PASCHAL:  Object to the form.

17           THE WITNESS:  I wouldn't know.

18   BY MR. BRENNER:

19       Q.    You wouldn't no one way or the other?

20       A.    I wouldn't know one way or the other.

21       Q.    You were asked questions throughout the

22   deposition regarding Dave's financial situation.  Do you

23   recall that?

24       A.    Yes.

25       Q.    You don't know -- you don't have personal

1    knowledge of what Dave's personal financial situation

2    was, do you?

3        A.   Only what he told me.

4        Q.   Correct.  So you knew for example you had some

5    texts where he talked about utility bills?

6        A.   Correct.

7        Q.   You did recall the utility bills -- you recall

8    to mortgage?

9        A.   Mortgage payments yes.

10        Q.   Counsel refreshed your recollection by showing

11    some texts about some utility bills; correct?

12        A.   Yes.

13        Q.   But it wasn't like it was a part of yours and

14    Dave's relationship where you talked about your

15    respective financial positions; correct?

16        A.   Correct.

17        Q.   You didn't talk about your financial futures;

18    right?

19        A.   No.

20        Q.   For example you I saw in the text messages

21    during the time that Dave was in the hospital you were

22    awaiting your first child?

23        A.   Correct.

24        Q.   Then I think you had that child; correct?

25        A.   Yes.

Kimon Andreou
December 03, 2019                    75

1      Q.   And you weren't confiding in Dave about how

2  you were going to provide for the child's future, were

3  you?

4      A.   Nothing.

5      Q.   It just wasn't part of your relationship;

6  correct?

7      A.   Right.

8      Q.   You were not his financial advisors?

9      A.   Correct.

10     Q.   He was not your financial advisor; correct?

11     A.   Correct.

12     Q.   You were guys, you were friends; right?

13     A.   Yes.

14     Q.   You liked to go to gun shows?

15     A.   Yes.

16     Q.   You liked to eat Hooters together?

17     A.   Yes.

18     Q.   Liked to occasionally exchange locker room

19  type humor?

20     A.   Right.

21     Q.   You did what guys do?

22     A.   Yes.

23     Q.   You mentioned at the very end of your

24  examination by counsel for Dr. Wright that in addition

25  to speaking with me you also spoke with counsel for

Kimon Andreou
December 03, 2019                    76

1   Dr. Wright; correct?

2        A.   Yes.

3        Q.   Is Mr. Paschal the only one you spoke to?

4        A.   No.

5        Q.   Let's go through it.  First of all, have you

6   ever spoken to Dr. Wright?

7        A.   No.

8        Q.   By the way in exhibit -- let me just ask you

9   this.  Can you go to Exhibit 6?

10       A.   Yes.

11       Q.   Counsel asked you about Exhibit 6 and he

12  correctly pointed out to you that Dr. Wright -- this was

13  an e-mail exchange among several people which at one

14  point branched off to you writing directly to

15  Dr. Wright; is that correct?

16       A.   That is correct.

17       Q.   And that's the top of page 401, Kimon 401;

18  right?

19       A.   Correct.

20       Q.   What you were responding to was that Craig had

21  written a small what he called a small piece for Dave

22  after his death; right?

23       A.   That is correct.

24       Q.   So as I track Exhibit 6 what I see is that

25  Craig and yourself and a bunch of other people frankly

Kimon Andreou
December 03, 2019                                    77

```
 1   were part of an e-mail from Carter Conrad where he had

 2   regretfully announced to Dave's friends and colleagues

 3   that Dave had passed away; correct?

 4        A.   Correct.

 5        Q.   One of the responses to that e-mail was an

 6   e-mail from Craig although you can't tell I'm assuming

 7   it was to the whole group saying he had written a small

 8   piece for Dave; correct?

 9        A.   It was to the whole group.

10        Q.   He apparently posed that piece on something

11   called GSEcompliance/blogspot.com.AU; right?

12        A.   Yes.

13        Q.   And now I am going to the top e-mail I can

14   tell by that that you read the piece because you wrote

15   this is a beautiful piece?

16        A.   Yes.

17        Q.   And do you remember what that piece said?

18        A.   No, I don't remember what it said.  I

19   remember -- well, I mean now that I read it I remember

20   that I read it and that I liked it and it was -- it was

21   a nice eulogy and that's why I commented on it.  That's

22   about it.

23        Q.   You essentially were telling Craig you thought

24   he had written something nice and Dave would have

25   appreciated it?
```

Kimon Andreou
December 03, 2019                                    78

1      A.    Correct.

2      Q.    Again you say he was your best friend and

3   that's true; correct?

4      A.    Yes.

5      Q.    And that you thought you would miss him and

6   that turned out to be true also?

7      A.    Correct.

8      Q.    You mentioned that you -- we jumped off here

9   you had had conversations also with counsel for

10  Dr. Wright; correct?

11     A.    Correct.

12     Q.    When is the first time you were contacted by

13  counsel for Dr. Wright?

14     A.    The beginning of the year March or April.

15     Q.    Beginning of this year?

16     A.    Yes.

17     Q.    Who contacted you?

18     A.    I received something in the mail and then I

19  called I don't know if I spoke with you Mr. Paschal or

20  with Mr. Rivero.  I remember I called and coincidentally

21  one of the partners on the firm happens to be the

22  brother of my boss at work.

23     Q.    So let's unpack that a little bit.  You

24  received something in the mail.  Do you think you

25  received a subpoena or a request for documents or

Kimon Andreou
December 03, 2019                                    79

1   something else?

2        A.   I think it was a subpoena.  I'm not sure.  I'm

3   not familiar with the document, the type of document.

4        Q.   Fair enough.  What do you think you received

5   in the mail from --

6        A.   It was a very legal document asking for

7   everything, to provide documentation.  It was like

8   discovery so to find all sorts of documents and

9   communications that I have had with Ira with Dave.

10       Q.   That led to your production of documents

11  including some of the ones we went over today?

12       A.   Correct.

13       Q.   After receiving that did you call Rivero

14  Mestre?

15       A.   Yes.

16       Q.   You think you spoke to Mr. Paschal or

17  Mr. Rivero or both?

18       A.   I know I didn't speak with Mr. Rivero.  I

19  don't know if it was Mr. Paschal or one of his

20  colleagues there.

21       Q.   You know you did not speak with Mr. Rivero?

22       A.   Not on the phone at that time, no.

23       Q.   You first call to Rivero Mestre is after you

24  received what you described as a legal looking document

25  setting forth certain documents of yours they wanted to

Kimon Andreou
December 03, 2019                                    80

1    see; right?

2         A.    Correct.

3         Q.    You called their office and you think you

4    spoke to Mr. Paschal; right?

5         A.    Yes.  I don't remember whether it was

6    Mr. Paschal or one of your female -- Mr. Paschal's

7    female colleagues there.

8         Q.    Fair enough.  What did you all talk about?

9         A.    Taking about the case and about setting up

10   some time to speak in person.

11        Q.    What did they tell you about the case?

12        A.    That they're representing Craig, Dr. Wright in

13   this case versus Ira, Dave's brother, and related to

14   Bitcoin.  I don't remember the details of the phone

15   conversation.

16        Q.    In that first conversation?

17        A.    Yes.

18        Q.    Did they tell you anything more about what the

19   case was about in that first conversation?

20        A.    No.  No.  They did -- it was more to schedule

21   the meeting, the in-person meeting.

22        Q.    I'm going to get there, I promise.  In that

23   conversation did they ask if they can come meet you in

24   person?

25        A.    Yes.

Kimon Andreou
December 03, 2019                                    81

1      Q.    By the who was your boss related to Rivero

2   Mestre?

3      A.    Mr. Mestre.

4      Q.    Your boss' name?

5      A.    Her name is Christina Mestre Quintairos.

6      Q.    Is she married to someone?

7      A.    She is married.

8      Q.    To who?

9      A.    To somebody named -- with surname of

10  Quintairos.  She is the sister of Mr. Mestre.

11     Q.    She is Mr. Mestre's sister?

12     A.    Yes.

13     Q.    Got it.  Did you ever talk to her about the

14  case?

15     A.    I asked her when I received the document I

16  sent a picture because it had the firm's name are you

17  related I know that's an uncommon surname.  She said

18  yes, that's my brother's firm but I haven't discussed

19  the case.  I just told her that I am part of it.

20     Q.    Then in response to Rivero Mestre's request to

21  meet you did you agree to meet with them?

22     A.    Yes.

23     Q.    When did that meeting take place?

24     A.    I believe it was sometime in April.

25     Q.    Shortly after this?

Kimon Andreou
December 03, 2019                                    82

```
1        A.    It would be whatever date I produced this so
2   it would be right after.  April then.
3        Q.    Do you have any e-mail correspondence with
4   them?
5        A.    Yes.
6        Q.    You do?
7        A.    With Mr. Paschal.
8        Q.    What are those e-mails about?
9        A.    It's either coordinating a session or --
10  mostly coordination.  I don't remember off the top of my
11  head.  I have to look at the e-mails but it's mostly
12  coordination.
13       Q.    If I were to send you a request would you be
14  able to produce those for me?
15       A.    Yes.
16       Q.    Did you produce those with the other documents
17  you produced in case?
18       A.    No.  I produced what was specifically asked of
19  me.
20       Q.    So you still have those e-mails; right?
21       A.    Yes.
22       Q.    I would ask you to preserve those.
23       A.    Okay.
24       Q.    The meeting in early April where did that take
25  place?
```

Kimon Andreou
December 03, 2019                                    83

```
 1        A.   At the cafeteria of the Port of Miami offices
 2   of Royal Carribean.
 3        Q.   Who was at that meeting?
 4        A.   It was Mr. Rivero and Mr. Paschal.
 5        Q.   And yourself?
 6        A.   Yes.
 7        Q.   How long did that meeting last?
 8        A.   Maybe an hour, hour and a half.
 9        Q.   Who bought lunch?
10        A.   There was no lunch.
11        Q.   So you met -- it was the three of you for an
12   hour, hour and a half in Royal Carribean?
13        A.   Yes.
14        Q.   You still work there?
15        A.   Yes.
16        Q.   Tell me what happened at that meeting.
17        A.   Taking about -- first it was social
18   commentary, how the coincidence and all that but to the
19   meat of it was talking about how I knew Dave; what was
20   the relationship with Dave. Did I know Ira. Had I ever
21   spoken to him before. Talking about did I know about
22   Bitcoin. Did I know if Dave was involved in Bitcoin.
23   Did he ever speak of Bitcoin. Did I know about the
24   financials. When was the last time I spoke to him. Did
25   I visit him. Did I know if Ira visited him. Did I
```

Kimon Andreou
December 03, 2019                                    84

1    know -- there was a question on the lottery tickets

2    whether that -- so there was conversation like that.  So

3    that's what we talked about.  So more or less the same

4    questions that were asked today.

5        Q.   Did you find it odd they were asking you about

6    you purchasing lottery tickets for your friend five, ten

7    years ago?

8        A.   Wasn't talking about me purchasing lottery

9    tickets.  It was more that Dave said if he won the

10   lottery he would share the money.  That was the comment.

11       Q.   Did you tell them that you -- strike that.

12   Did they tell you what their client Dr. Wright's

13   involvement with Bitcoin was?

14       A.   They asked me -- they did not mention that.

15   They asked me if I thought that they would have -- they

16   could have built it.

17       Q.   Let's unpack that.  Did they ask you if you

18   thought that Dave and Craig could have built Bitcoin?

19       A.   Could have created Bitcoin, yes.

20       Q.   At the time that Dave was alive you had no

21   knowledge of that one way or the other?

22       A.   Absolutely not.

23       Q.   Since then you have no personal knowledge of

24   that one way or the other; correct?

25       A.   No.

Kimon Andreou
December 03, 2019                                    85

1       Q.   Did you tell them what your opinion was?

2       A.   Yes.

3       Q.   What was your opinion?

4       A.   That it is possible but I can't tell.

5       Q.   Did they discuss with you Exhibit 8 that we

6   went over today?

7       A.   No.

8       Q.   After that meeting when, if ever, was the next

9   time you talked to someone from Rivero Mestre either in

10  person or on the phone?

11      A.   It was a couple times.  It was either about --

12  it was about scheduling and it was about -- then at some

13  point three months ago or so was talking about setting

14  up a deposition and then that trying to schedule the

15  next few months and then reached out to me about saying

16  we need to do it and what would be a good day to do it.

17      Q.   Other than scheduling issues did you have any

18  other conversations with Rivero Mestre that you have not

19  told me about?

20      A.   Not to my recollection.  Most of the

21  conversation we had would be -- was via e-mail.

22      Q.   You have all those?

23      A.   I have all them, yes.

24      Q.   Were there also text messages or just e-mail?

25      A.   Just e-mails.

Kimon Andreou
December 03, 2019                              86

1        Q.    You have e-mails with Mr. Paschal?

2        A.    Mr. Paschal, yes.

3        Q.    Is he the only one from Rivero Mestre that you

4   have e-mails with?

5        A.    I believe there was one more with

6   Mr. Paschal's female colleague.

7        Q.    Ms. McGovern or Ms. Marco?

8        A.    I don't remember the name.  Almost all of it

9   was with Mr. Paschal.

10       Q.    In case I wasn't clear before I'm asking you

11   to preserve all e-mail communications you have with

12   anyone from Rivero Mestre; objection?

13       A.    Yes.  That's how I took it.

14       Q.    Can you just tell me again because I had

15   trouble following it.  You told us that at Security Doc

16   you and Dave specifically worked together on S-Lok?

17       A.    Correct.

18       Q.    Explain to me what S-Lok is.

19       A.    S-Lok was a product that would secure a

20   Windows server so that it would be difficult for

21   someone -- an unauthorized user to access the Windows

22   part of the server.  So remotely connect or find some

23   sort of hole or try to compromise the server the Windows

24   server in some fashion.

25            So we were tasked to figure out something

Kimon Andreou
December 03, 2019                    87

1    because it was considered a weak point in our overall

2    environment of main product that we had.  Dave was the

3    expert in securing servers.  So I worked with him to

4    productionalize it, to make it easy to use so we can

5    deploy it and secure server without having to have Dave

6    or someone like Dave manually adjust everything.

7         Q.   Are you familiar with what is meant by block

8    chain technology?

9         A.   I am.

10        Q.   What's your understanding of what block chain

11   technology is?

12        A.   It's a sort of link -- so there's a chunk of

13   data that has a part of its data is to point to the next

14   block, if you will, the next chunk of data in this chain

15   so that you can -- if you compromise one piece of this

16   link of a chain then you compromise the rest and it's a

17   way to secure the -- to make sure that data is

18   un-compromised.

19        Q.   It's fair to say that part of block chain

20   technology involves the ability to secure all the links

21   in the block; right?

22             MR. PASCHAL:  Objection to form.

23   BY MR. BRENNER:

24        Q.   Is that fair to say?

25        A.   Yes.

Kimon Andreou
December 03, 2019                                    88

```
 1        Q.   Would you agree with me that the S-Lok program

 2   involved some of the similar type security

 3   considerations?

 4             MR. PASCHAL:  Objection to form.

 5             THE WITNESS:  No.  Two different things.

 6             MR. BRENNER:  Okay.

 7   BY MR. PASCHAL:

 8        Q.   Do you know what Infraguard was?

 9        A.   Yes.

10        Q.   What is that?

11        A.   That is the part of the FBI that is the

12   government and industry relationship division if you

13   will.  So it's a way for the government -- the FBI to

14   have an outreach program with industry.  They have

15   chapters throughout the U.S. and they help -- they hold

16   meetings once a month, once a quarter on different

17   topics.

18        Q.   Sort of an interface between the FBI and the

19   technology community?

20        A.   Pretty much, yes.

21        Q.   Were you a part of Infraguard program?

22        A.   Yes.

23        Q.   Was Dave?

24        A.   Yes.

25        Q.   In fact Dave was a sector chief in that,
```

Kimon Andreou
December 03, 2019                              89

1    wasn't he?

2        A.    Yes.

3        Q.    You mentioned a gentleman by the name of

4    Patrick Paige; correct?

5        A.    Yes.

6        Q.    Tell me how you met Patrick.

7        A.    Through Dave.  The first time I met him was

8    when Pat came to visit Dave at the office and then I

9    don't remember the exactly how the next time but I think

10   via e-mail.

11       Q.    What was your understanding of the

12   relationship between Dave and Patrick?

13       A.    That they were long time friends since they

14   were both at the Palm Beach Sheriff's Office.

15       Q.    Did they also in addition to their friendship

16   have a working relationship?

17       A.    Yes.  They worked forensic cases together.  My

18   understanding was Pat did -- he was in the computer

19   crimes division or some sort for the PBSO and then they

20   decided to partner together and create a company.

21       Q.    You mentioned that Dave and you were shown

22   some text messages around March and April of 2013.  Do

23   you recall that?

24       A.    Yes.

25       Q.    Just to sort of orient you Dave passed away in

Kimon Andreou
December 03, 2019                                    90

```
 1   April 2013?
 2        A.    Yes.
 3        Q.    So those text messages were in the last -- we
 4   can look at them, in last thirty days or so of his life?
 5        A.    Yes.
 6        Q.    You were asked -- there's a text message that
 7   says, It's on page -- we're in Exhibit 2.  I'm looking
 8   it's the second to last page, it's Kimon 199.
 9        A.    Yes.
10        Q.    You see that?
11        A.    Yes.
12        Q.    You were specifically directed to this series
13   of unanswered text messages from you to Dave.  They
14   don't get answered until the very end?
15        A.    Yes.
16        Q.    And one of those says the V.A. says you were
17   discharged last week.  Do you see that?
18        A.    Yes.
19        Q.    That appears to be a message from Friday
20   March 29th?
21        A.    Correct.
22        Q.    You were asked if Dave had been discharged by
23   the doctors or he left on his own.  Do you remember
24   being asked that?
25        A.    Yes.
```

Kimon Andreou
December 03, 2019                                   91

1      Q.    You said you thought he had left on his own?

2      A.    Correct.

3      Q.    You don't know that one way or the other, do

4  you?

5      A.    I don't know that one way or the other.

6      Q.    You're making an assumption?

7      A.    I am making an assumption based on his

8  commentary how he kept threatening he would do that.

9      Q.    There were times -- I think you said this to

10  be fair to you you said that Dave was sick of being in

11  the hospital?

12      A.    Correct.

13      Q.    Maybe sick is the wrong word.  He didn't like

14  being in the hospital?

15      A.    Correct.

16      Q.    He wanted to get out?

17      A.    Yes.

18      Q.    But as far as the actual mechanics of how he

19  was discharged you would defer to the doctors and the

20  medical records on that?

21      A.    Correct.

22      Q.    You don't have firsthand knowledge of that?

23      A.    No, I do not.

24      Q.    You and Dave left Security Doc in 2006;

25  correct?

Kimon Andreou
December 03, 2019                                    92

1          A.    I believe so, yes.

2          Q.    Did you go right to Royal Carribean from

3     there?

4          A.    No, I spent a couple months with another

5     company and then jumped to Royal Carribean.

6          Q.    What was that other company?

7          A.    I don't recall but it was a company that was

8     being financed by the main financier of Security Doc.

9          Q.    Did Dave work at that company?

10         A.    I think he did some consulting work but the

11    didn't actually work as an employee.

12         Q.    Do you recall any of the work -- did you work

13    with him there at all when he was a consultant and you

14    were an employee?

15         A.    No.  We didn't do any work for that.  I was

16    working with the main person running that company.  It

17    was more for -- they were working a forensic accounting

18    firm to build some software for them.

19         Q.    Is that company secure discovery solutions?

20         A.    Yes.

21         Q.    I got it; right?

22         A.    That was it.

23         Q.    That was just for a few months that you were

24    there?

25         A.    Yes.

Kimon Andreou
December 03, 2019                    93

1     Q.   From there did you go to Royal Carribean?

2     A.   Correct.

3     Q.   Did Dave ever work at Royal Carribean?

4     A.   No.

5     Q.   From that point forward so let's say we're end

6  of 2006 into 2007 did you and Dave ever work at the same

7  company together?

8     A.   No.

9     Q.   Now, there were times where Dave was doing --

10  had a private consulting business; correct?

11     A.   Correct.

12     Q.   And were there times as part of his consulting

13  business for his client that he consulted with you?

14     A.   Yes.  He had asked me to maybe create a little

15  program for him so that -- I created a program that

16  would help run some scripts that he had pre-written.  So

17  that he could just load it and have it execute.

18     Q.   So Dave I think you talked about this before

19  Dave was a good idea man; right?

20     A.   Yes.

21     Q.   He came up with big and interesting concepts;

22  right?

23     A.   You can say that, yes.

24     Q.   And there were times where he needed someone

25  with your expertise to translate the big concept into

Kimon Andreou
December 03, 2019                          94

1   the actual mechanics of a computer program?

2        A.    Correct.

3        Q.    And you sometimes did that for him in

4   connection with his private consulting work?

5        A.    Yes.   Either that or for a book that he would

6   be writing.

7        Q.    A book that he would be writing?

8        A.    Yes.

9        Q.    Would he pay you for those services?

10       A.    No.   Nor did I ask for money.

11       Q.    You would do it as a friend?

12       A.    Yes.

13       Q.    Who is Dave McIlroy?

14       A.    Dave McIlroy was the person running Security

15   Discovery Solutions.

16       Q.    Was he the financier of --

17       A.    No, I believe Michael Fain.

18       Q.    Where is Dave McIlroy now?

19       A.    I have no idea.

20       Q.    When is the last time you spoke or heard from

21   him?

22       A.    Maybe in 2007.   I have him on LinkedIn but

23   that's the extent of it.

24       Q.    If you wanted to get in touch with him could

25   you I guess through LinkedIn?

Kimon Andreou
December 03, 2019                                    95

1        A.    Through LinkedIn, yes.

2        Q.    Any other way?

3        A.    No.

4        Q.    You were shown some text messages in fact the

5    ones we were just looking at where you texted to Dave I

6    think twice but I don't want to misrepresent it in one

7    text chain whether he was alive; right?

8        A.    Yes.

9        Q.    So on March 25th you wrote alive question

10   mark; right?

11       A.    Yes.

12       Q.    He didn't respond; right?  Correct?

13       A.    Correct.

14       Q.    Were there times where Dave just didn't

15   respond to your text?

16       A.    Not typically, no.

17       Q.    This was unusual for you?

18       A.    Correct.

19       Q.    That's why I think Mr. Paschal asked you you

20   don't recall specifically but you think you may have

21   called him to follow up on this?

22       A.    Yes.

23       Q.    Didn't get in touch with him?

24       A.    No.

25       Q.    And you actually ask him again well, you then

Kimon Andreou
December 03, 2019                                    96

1   have some more light-hearted text with him on April 11

2   you wish him Happy Cheese Fondue Day?

3        A.   Yes.

4        Q.   Is that something he enjoyed?

5        A.   It would be a running joke between us.  Find

6   random things that get celebrated during the year and

7   just say it.

8        Q.   So in this time period between March 25th and

9   April 17th you actually received no text from Dave

10  Kleiman; right?

11       A.   Correct.

12       Q.   Do you think you spoke to him during that

13  period?

14       A.   I did not.

15       Q.   You know you did not?

16       A.   I know I did not.

17       Q.   How do you know that?

18       A.   Because I would not have been sending him that

19  and I remember that I had not spoken to him since I went

20  to the hospital to check up on him.  I remember

21  commenting that to my wife.

22       Q.   Sometime after you send the text that the V.A.

23  says you were discharged -- take that back.  The text

24  that says the V.A. says you were discharged last week is

25  that what you learned when you went to the V.A. to see

1    him?

2        A.   Yes.

3        Q.   You went to see your friend and there was an

4    empty bed?

5        A.   Yes, I was worried about him so I went to see

6    what was going on.  The nurses they recognized me they

7    said he had been discharged.

8        Q.   You actually sent him a text on April 18th

9    asking still alive?

10       A.   Correct.

11       Q.   You told Mr. Paschal that over the years that

12   was sort of a catch phrase that you would send to Dave

13   when you hadn't heard from him for a while?

14       A.   Right.

15       Q.   Although you were concerned this was not some

16   shocking level of concern; correct?

17       A.   That's true.

18       Q.   Then he actually did respond to that one he

19   just says yes?

20       A.   He says yes and it's there somewhere.

21       Q.   He just says yes?

22       A.   Yes.

23       Q.   You asked if he was accepting calls; right?

24       A.   Yes.  Because I remember that I would call him

25   he wouldn't answer.  So that's why I asked him if he is

Kimon Andreou
December 03, 2019                          98

```
 1    accepting calls.
 2          Q.    He said he was not?
 3          A.    Correct.
 4          Q.    Then you asked if he was still at home this is
 5    still on April 18th?
 6          A.    Correct.
 7          Q.    He said he was at home?
 8          A.    Yes.
 9          Q.    By the way you said you visited him a lot in
10    the hospital because -- well, not because you were able
11    to visit him daily in the hospital for a period of time
12    and then several times a week because the hospital was
13    close to the Port of Miami where you worked?
14          A.    Correct.
15          Q.    Were you working at Royal Carribean 2013?
16          A.    Yes.
17          Q.    Where were you living?
18          A.    In Plantation.
19          Q.    Dave was living was it Palm Beach Gardens?
20          A.    Yes.
21          Q.    Did you at any point did you ever go to Dave's
22    house?
23          A.    I've only been to his -- only been to his
24    house once and that was when I still lived in West Palm
25    Beach.
```

Kimon Andreou
December 03, 2019                                    99

1    Q.   When was that?

2    A.   I moved out of West Palm in 2006.  So I

3    visited him before that I don't know if it was four or

4    five.

5    Q.   I think I saw some texts where somewhere along

6    the line occasionally you would meet him at a

7    restaurant?

8    A.   Yes, usually Longhorn.

9    Q.   Longhorn Steakhouse?

10   A.   Yes.

11   Q.   Man of refined taste?

12   A.   Very much so.

13   Q.   And you saw him a lot in the hospital?

14   A.   Yes.

15   Q.   You mentioned that Dave mentioned to you once

16   in your entire time you knew him Bitcoin?

17   A.   Correct.

18   Q.   I don't think Mr. Paschal asked you this but

19   if he did I apologize for asking again.  When did that

20   conversation happen?

21   A.   I don't remember exactly when but I believe he

22   was already in the hospital so it must have been

23   sometime in 2011.

24   Q.   When you said already in the hospital you're

25   referring to the long hospital stay?

Kimon Andreou
December 03, 2019                                    100

```
 1        A.    Correct.

 2        Q.    Even though there were others previous?

 3        A.    Yes, but they were much shorter.

 4        Q.    So sometime in 2011 you think?

 5        A.    I believe so, yes.  I'm not certain.

 6        Q.    You had a marker that you were able to use,

 7   something happened in December of 2011?

 8        A.    December 2012.

 9        Q.    December 12 what happened then?

10        A.    My daughter was born.

11        Q.    When she was born -- your daughter was born

12   December 2012?

13        A.    Yes.

14        Q.    Dave was already in what I would called the

15   hospital for the long stay?

16        A.    2012 when I had the conversation.

17        Q.    That's what I was trying to get at.  Sometimes

18   it helps to have a marker.  Sometime in 2012 or could it

19   have been 2013 when you had the Bitcoin conversation?

20        A.    I'm not sure.  Not sure.  I mean now that you

21   ask me specifically I'm not sure.  I want to say it was

22   before my daughter was born but it could have been in

23   2013.  Pretty sure it was 2012.

24        Q.    If you had to pick between 2012 and 2013 you

25   would go '12?
```

Kimon Andreou
December 03, 2019                                    101

1        A.    If I had to bet money I would go 2012.

2        Q.    Not going to make you do that.  What that

3   conversation was is sort of out of the blue he asked you

4   what your opinion of Bitcoin was; right?

5              MR. PASCHAL:  Object to the form.

6   BY MR. BRENNER:

7        Q.    Is that a fair characterization?

8        A.    Pretty much, yes.

9        Q.    He listened to your opinion?

10       A.    Yes.

11       Q.    He had sought out your opinion throughout the

12  years on various things in your respective technology

13  fields; right?

14       A.    We would --

15             MR. PASCHAL:  Objection to form.

16             THE WITNESS:  We would talk about different

17       things and random ideas that either he had or I

18       had.

19  BY MR. BRENNER:

20       Q.    You shared with him your opinion of Bitcoin

21  which you told Mr. Paschal?

22       A.    Correct.

23       Q.    That was the last you two discussed?

24       A.    Only time.

25       Q.    One and only?

Kimon Andreou
December 03, 2019                                              102

1        A.    Yes.

2              MR. BRENNER:  Let's take a little break and

3    see if I'm done.

4              THE WITNESS:  Okay.

5              (Thereupon, a brief recess was taken.)

6              MR. BRENNER:  We're back on the record.  Thank

7    you, sir.  I have no further questions for you.

8              THE WITNESS:  Thank you.

9              MR. PASCHAL:  Just have a few questions.

10                  REDIRECT (KIMON ANDREOU)

11   BY MR. PASCHAL:

12       Q.    Mr. Brenner he was talking about your

13   conversations with Mr. Kleiman and at one point he said

14   that you weren't Dave's financial advisor; right?

15       A.    That's correct.

16       Q.    He said that you guys had locker room humor

17   type conversations; correct?

18       A.    Correct.

19       Q.    Do you think Dave Kleiman was having locker

20   room humor conversations when he told you he couldn't

21   pay for his mortgage?

22             MR. BRENNER:  Object to the form.

23             THE WITNESS:  That's not humorous.

24   BY MR. PASCHAL:

25       Q.    Do you think he was having locker room humor

Kimon Andreou
December 03, 2019                              103

1    when he told you he couldn't pay for his utility bills?

2            MR. BRENNER:  Object to the form.

3            THE WITNESS:  That is not locker room type

4        conversations, no.

5    BY MR. PASCHAL:

6        Q.   Do you think he was having locker room humor

7    when he told you that they broke his bone in the V.A?

8            MR. BRENNER:  Excuse me?

9            MR. PASCHAL:  Broke his leg.

10           MR. BRENNER:  Object to the form.

11           THE WITNESS:  No.

12   BY MR. PASCHAL:

13       Q.   Do you recall that text message where he said

14   they broke his leg?

15       A.   I recall the conversation.  Whether it was

16   text message or I spoke to him about it but yes, they

17   had to do that to -- because of all the trouble that he

18   had and his bones were very brittle.  They had to do a

19   lot of work on him.

20       Q.   Dave tried to refinance his mortgage; right?

21           MR. BRENNER:  Object to the form.

22           THE WITNESS:  Yes, he did tell me he

23       refinanced and trying to refinance his mortgage.

24   BY MR. PASCHAL:

25       Q.   That was a pretty big deal; right?

Kimon Andreou
December 03, 2019                                    104

1                 MR. BRENNER:  Object to the form.

2                 THE WITNESS:  Yes.

3    BY MR. PASCHAL:

4        Q.    He wanted to keep his home?

5                 MR. BRENNER:  Object to the form.

6                 THE WITNESS:  Yes.

7    BY MR. PASCHAL:

8        Q.    And he told that to you?

9                 MR. BRENNER:  Object to the form.

10                THE WITNESS:  He did not tell me he wanted to

11        keep his home but I mean if you're trying to

12        refinance that's how I took it.

13   BY MR. PASCHAL:

14       Q.    On Bitcoin that conversation you had with

15   Mr. Kleiman I think what 2010, 2011 Bitcoin is in the

16   news now, right?

17                MR. BRENNER:  Object to the form.

18                THE WITNESS:  '11 or '12 but yes.

19   BY MR. PASCHAL:

20       Q.    '11 or '12.  I mean especially you're in the

21   IT community so you would have seen Bitcoin around,

22   right?

23                MR. BRENNER:  Object to the form.

24                THE WITNESS:  Yes.

25

Kimon Andreou
December 03, 2019                           105

1   BY MR. PASCHAL:

2      Q.   I am not in the I.T. community I have seen it.

3      A.   It was pretty popular at the time.  Had sort

4   of a seedy reputation at the time but it was very well

5   known at least for technology people.

6      Q.   During this time that it's so well known about

7   Bitcoin Mr. Kleiman not once told you that he had

8   involvement in Bitcoin; right?

9           MR. BRENNER:  Object to form.

10          THE WITNESS:  Not once, no.

11  BY MR. PASCHAL:

12     Q.   Did he ever hint at it?

13          MR. BRENNER:  Object to the form.

14          THE WITNESS:  No.

15          MR. PASCHAL:  We're done.

16                RECROSS (KIMON ANDREOU)

17  BY MR. BRENNER:

18     Q.   Really briefly.  Dave was a good friend,

19  right?

20     A.   Yes.

21     Q.   Trusted him?

22     A.   Yes.

23     Q.   Did you trust him enough that if you had a

24  deal with him you would expect him to honor it?

25          MR. PASCHAL:  Objection, form.

Kimon Andreou
December 03, 2019                          106

1                THE WITNESS:  I would hope so.

2   BY MR. BRENNER:

3       Q.   If you shared a confidence with him would you

4   expect him to keep it?

5       A.   Yes.

6            MR. PASCHAL:  Objection to form.

7   BY MR. BRENNER:

8       Q.   Following his accident he was dealt a pretty

9   tough hand at least medically; right?

10           MR. PASCHAL:  Object to form.

11           THE WITNESS:  Correct.

12  BY MR. BRENNER:

13      Q.   Paralyzed from waist down; right?

14      A.   Correct.

15      Q.   Did he quit on life?

16           MR. PASCHAL:  Objection, form.

17           THE WITNESS:  No.

18  BY MR. BRENNER:

19      Q.   Did he keep working?

20      A.   He did.

21      Q.   Did he find a way to drive a car?

22      A.   Yes.

23      Q.   Did he find a way to have social

24  relationships?

25      A.   Yes.

Kimon Andreou
December 03, 2019                                    107

1      Q.   Was Dave a complainer?

2      A.   Yes.

3      Q.   What did he like to complain about?

4      A.   Everything.

5      Q.   Sort of in a whiny type of way?

6      A.   Yes.

7      Q.   But he was a tough guy too, wasn't he?

8      A.   Very much so.

9      Q.   Self sufficient?

10     A.   Yes.

11     Q.   You mentioned Mr. Paschal asked you if he

12  asked you to I think it was with utilities but maybe

13  with the mortgage whether he asked -- if you helped him

14  out with that; right?

15     A.   That's correct.

16     Q.   You did not; right?

17     A.   Correct.

18     Q.   Because he never asked you to; right?

19     A.   Correct.

20     Q.   He would never ask you to; right?

21     A.   Also correct.

22     Q.   He was a man that was not looking for charity;

23  right?

24     A.   Correct.

25     Q.   He was a man that wanted to take care of

Kimon Andreou
December 03, 2019                                    108

1    himself; correct?

2         A.    Correct.

3         Q.    That included financially; correct?

4         A.    Correct.

5              MR. BRENNER:  That's all I have.

6              THE WITNESS:  Okay.

7              MR. PASCHAL:  I think we are done.  Thank you.

8              MR. BRENNER:  You have the right to as a

9    witness in the deposition of Florida you have a

10   right to read the deposition to make sure that our

11   court reporter Mr. Levy took down what you said

12   accurately and you also have the right to waive

13   that reading.

14             If you choose to read it I believe that

15   Mr. Levy will send you a letter advising you how

16   that takes place and you can make any changes you

17   want on what's called an errata sheet or you can

18   waive that.  The only thing you have to do today is

19   decide.

20             THE WITNESS:  I want to read it.

21             MR. PASCHAL:  You said read or waive?

22             THE WITNESS:  Read.

23             MR. BRENNER:  Thanks.

24             MR. PASCHAL:  Take it as soon as possible.

25             COURT REPORTER:  Do you want a copy?

Kimon Andreou
December 03, 2019                    109

1          MR. BRENNER:  I need it expedited.  I need it

2     by Thursday.

3                    (Witness excused.)

4             (Deposition was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kimon Andreou
December 03, 2019                                     110

1

2                    CERTIFICATE OF REPORTER

3              THE STATE OF FLORIDA

4              COUNTY OF BROWARD

5

6          I, Rick Levy, Registered Professional Reporter
     and Notary Public in and for the State of Florida at
7    large, do hereby certify that I was authorized to
     and did report said deposition in stenotype of KIMON
8    ANDREOU; and that the foregoing pages, numbered from
     1 to 109, inclusive, are a true and correct
9    transcription of my shorthand notes of said
     deposition.

10
           I further certify that said deposition was
11   taken at the time and place hereinabove set forth
     and that the taking of said deposition was commenced
12   and completed as hereinabove set out.

13         I further certify that I am not attorney or
     counsel of any of the parties, nor am I a relative
14   or employee of any attorney or counsel of party
     connected with the action, nor am I financially
15   interested in the action.

16         The foregoing certification of this transcript
     does not apply to any reproduction of the same by
17   any means unless under the direct control and/or
     direction of the certifying reporter.

18
           IN WITNESS WHEREOF, I have hereunto set my hand
19   this 3rd day of December, 2019.

20   _____

21
                Rick Levy, RPR, FPR, Notary Public
22              in and for the State of Florida
                My Commission Expires:  12/7/19
23              My Commission No.:  FF 939483.

24

25

1                          CERTIFICATE OF OATH

2    THE STATE OF FLORIDA

3             COUNTY OF BROWARD

4

5         I, Rick Levy, REGISTERED PROFESSIONAL REPORTER,

6    Notary Public, State of Florida, certify that KIMON

7    ANDREOU personally appeared before me on the 3rd day

8    of December, 2019 and was duly sworn.

9

10        Signed this 4th day of December, 2019.

11

12

13

14

15        _____

16             Rick Levy, RPR, FPR
               Notary Public - State of Florida
               My Commission Expires:  12/7/19
17             My Commission No.:  FF 939483

18

19

20             RICK LEVY
               Notary Public - State of Florida
21             Commission # FF 939483
               My Comm. Expires Dec 7, 2019
22             Bonded through National Notary Assn

23

24

25

```
1              E R R A T A   S H E E T

2    IN RE:  IRA KLEIMAN VS CRAIG WRIGHT

3    DEPOSITION OF:  KIMON ANDREOU

4    TAKEN: 12/3/2019

5        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

6    PAGE #  LINE #   CHANGE                 REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   Please forward the original signed errata sheet to
     this office so that copies may be distributed to all
18   parties.

19   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct
20   subject to  any changes in form or substance
     entered here.

21

22   DATE: _____

23

24   SIGNATURE OF
     DEPONENT:_____

25
```

```
 1    DATE:        December 4, 2019

 2    TO:          Kimon Andreou
                   12350 Northwest 6th Street
 3                 Plantation, Florida 33325.

 4
      IN RE:       Ira Kleiman vs Craig Wright
 5

 6    Dear Mr. Andreou:

 7    Enclosed please find the original errata page with
      your copy of the transcript so KIMON ANDREOU may
 8    read and sign their transcript.  Please have him/her
      make whatever changes are necessary on the errata
 9    page and sign it.  Then place the original errata
      page back into the original transcript.  Please then
10    forward the original errata page back to our office
      @1080 Woodcock Road, Suite 100, Orlando, Florida
11    32803.

12    If the errata page is not signed by the witness
      within 30 days after this letter has been furnished,
13    we will then process the transcript without a signed
      errata page.  If your client wishes to waive their
14    right to read and sign, please have him/her sign
      their name at the bottom of this letter and send it
15    back to the office.

16         Your prompt attention to this matter is

17    appreciated.

18    Sincerely,

19    _____

20    RICK E. LEVY, RPR

21    I do hereby waive my signature:

22    _____
      KIMON ANDREOU

23    cc via transcript:  Bryan Paschal, Esq.
                          Andrew Brenner, Esq.
24    file copy

25
```

Kimon Andreou
December 03, 2019

1

**$**

$10  34:8
$100  62:13
$20  42:2

**0**

0013  35:25
0015  35:21

**1**

1  15:19,20
1/6/93  68:10
10  58:17,19
100  49:17
  50:1
104  41:13
11  96:1
  104:18,20
11th  24:13
12  100:9,25
  104:18,20
15  25:12
16  25:12
1693  66:22
  67:1
1694  66:22
16th  36:3
17th  96:9
18th  43:15
  97:8 98:5
199  43:1 90:8

**2**

2  23:20,21
  90:7
2002  5:24
  10:10,14,15
2003  8:10
  10:16 31:21
2004  31:24

2006  17:3
  31:22 70:17
  91:24 93:6
  99:2
2007  93:6
  94:22
2010  64:24
  65:4 104:15
2011  11:22,25
  24:16 64:24
  65:4 99:23
  100:4,7
  104:15
2012  11:24
  100:8,12,16,
  18,23,24
  101:1
2013  43:6,23
  64:13 89:22
  90:1 98:15
  100:19,23,24
2016  36:3
205  33:21,22
25th  43:6
  95:9 96:8
29  43:23
29th  90:20

**3**

3  33:12,13
316  25:12,13
350K  59:15

**4**

4  35:11,19,20
401  76:17
402  47:23

**5**

5  46:3,4
50  45:20
  64:10

**6**

6  47:19,20
  76:9,11,24
64  52:24
  53:17 55:9
67  64:12

**7**

7  53:3,4

**8**

8  59:7,8
  66:17 68:9
  85:5
80s  23:1
836  13:5

**9**

90  25:5,7
90s  8:5 23:1

**A**

ability  87:20
able  6:12
  16:9 24:2
  32:13,16 39:5
  43:13 47:3
  72:14 82:14
  98:10 100:6
about  11:11
  14:13 15:12,
  17 17:14,17,
  23 18:12,14,
  16,17,18,20,
  21 19:4,8,10
  20:2,13,14,16
  21:14,15,22,
  24,25 22:2
  25:1 26:10,11
  27:17,22 29:6
  30:3,13,16,24

31:6,16 32:6
  33:9,10 34:4,
  18,21 36:15,
  24 37:6,10,
  11,13,15,19,
  20 38:10,11,
  13,15,19
  40:10,12,13
  44:7 45:4,8,
  13 47:2 48:9
  50:7 53:2,13,
  14 55:9,10,20
  56:7 57:11,
  13,14 58:25
  60:21,25
  61:7,8,9,15
  63:1,2,3,5,6,
  15,17 64:7,25
  65:8,9,15,17,
  21 66:16,25
  68:19,21 70:2
  71:11 73:13,
  14 74:5,11,
  14,17 75:1
  76:11 77:22
  80:8,9,11,18,
  19 81:13 82:8
  83:17,19,21,
  23 84:3,5,8
  85:11,12,13,
  15,19 93:18
  97:5 101:16
  102:12 103:16
  105:6 107:3
above  4:6
absolutely
  7:8 52:6
  84:22
accepting
  45:1 97:23
  98:1
access  50:6
  51:2 52:3,20
  53:14 86:21
accessed
  55:10
accident  8:7,
  8 19:7 106:8

Kimon Andreou
December 03, 2019

2

According
  29:11
account   62:11
accounting
  92:17
accurately
  108:12
across   12:24
action   66:4
actual   13:12
  91:18 94:1
actually   20:1
  26:7 40:9
  42:16 55:4
  65:14 92:11
  95:25 96:9
  97:8,18
addition
  75:24 89:15
address   13:7
  36:4,6
adjust   9:14
  16:19 87:6
administration
  30:8
admired   20:17
admitted
  11:2,6,18,21
  12:2,13
adopted   21:19
advised   28:12
advising
  27:16 108:15
advisor   75:10
  102:14
advisors   75:8
affair   53:10,
  12
affirmed   4:11
afraid   45:9
after   10:21
  13:18 18:4
  22:10 29:10,
  22 30:8 40:17
  44:18,21
  45:15 46:16
  47:5 57:3

70:23 76:22
79:13,23
81:25 82:2
85:8 96:22
afternoon
  4:14 66:8
afterward
  46:16
again   29:16
  44:24 49:21
  66:3 68:5,25
  71:16 78:2
  86:14 95:25
  99:19
age   64:9
ago   33:3 84:7
  85:13
agree   81:21
  88:1
ahead   14:11
airplane
  72:12
algorithms
  51:14,15,25
Alienware
  23:8,12,14,
  15,17
alive   43:7,16
  84:20 95:7,9
  97:9
all   7:11,24
  8:23 9:13,16
  10:2 15:9,25
  16:6,19,20,21
  18:24 19:3
  23:2 26:19
  27:15,19
  30:11 37:21
  39:3,24 45:5,
  14,20 48:5
  52:21 54:9
  55:8,15 56:3
  59:14 61:10
  71:5 76:5
  79:8 80:8
  83:18 85:22,
  23 86:8,11
  87:20 92:13

103:17 108:5
allowed   8:24
almost   22:7
  86:8
along   99:5
already   8:10,
  11 11:24
  99:22,24
  100:14
also   4:19,24
  9:7 30:6
  34:19 43:11
  53:23 55:22
  57:23 72:1
  75:25 78:6,9
  85:24 89:15
  107:21 108:12
although   27:7
  77:6 97:15
always   15:3,8
  18:2,3 20:17,
  18,21 34:23
  41:20 45:18
  50:9,14 56:22
am   14:12,17
  49:21 66:5
  77:13 81:19
  87:9 91:7
  105:2
among   76:13
amount   47:8
analysis
  51:20
and   4:4,5,11
  5:7,24 6:2,3,
  5,11,17 7:2,
  10 8:8,18,19,
  23,25 9:1,7,
  12,13,14
  10:2,17 11:9,
  12,18,24
  12:5,8,9,13
  15:7,8,9,16
  16:3,16,19,
  20,24 17:14
  18:6,24
  19:12,15
  20:19,20,22

21:16 22:10,
13 23:8,12
24:3,6,15,24
25:5 26:6,18
27:3,7,9
29:10,15,16,
21 30:6,8,10,
11,20,21
31:17,22
32:9,14,21,
22,23 33:10
34:7,16,21
35:3,7,8 36:8
37:17,19,21,
23,24 38:12,
23,25 39:2,3
40:23 41:24
42:7,23 43:6,
16,17,20
44:2,3,24
45:2,12,14,16
48:2 49:10
50:12 51:9,
13,15,20,22,
23 53:1,14
54:5,9,13
55:18,21
56:23 57:10,
16,17,18,22,
23 58:8 60:1,
6 61:7,8,9,
10,15,20,21,
25 63:5,7
65:7,15,16,
17,22 66:4,5,
8,21,24
67:12,13,17,
23 68:1,6,9,
16,19,21,23
69:5,8 70:4
71:1,11,19
72:1,2,8,14
73:2 74:13
75:1 76:11,
17,25 77:2,
13,17,20,21,
24 78:2,5,18,
20 79:8 80:3,
9,13 83:4,5,

8,12,18 84:18
85:12,14,15,
16 86:16
87:5,16
88:12,15,18
89:8,12,19,
20,21,22
90:16 91:19,
24 92:5,13
93:6,12,17,
21,24 94:3
95:25 96:6,8,
19 97:3,20
98:12,24
99:13 100:24
101:17,25
102:2,13
103:18,23
104:8 108:12,
16
**Andreou**  4:9,
16,17 5:2,19
6:8 39:18
41:10 62:24
66:1 102:10
105:16
**Andrew**  4:20
61:3 66:3
**announced**
77:2
**announcing**
47:25
**another**  12:12
14:9 28:6
51:12 55:3
59:15 92:4
**answer**  5:9
6:9,12,25
7:1,3,4,6,10
14:11 49:24
97:25
**answered**
90:14
**any**  5:11,14,
16 6:11 8:21
10:17 13:12
16:5 18:18
19:8,11 20:5,
8 25:23 26:3

27:10,12 31:1
32:20 35:3
38:6,18 39:9
41:19 42:5
45:17 48:9,23
52:16,23
55:16 59:25
82:3 85:17
92:12,15 95:2
98:21 108:16
**anybody**  16:25
47:6,7
**anyone**  4:21
26:3 50:5
86:12
**anything**
20:6,14 21:4,
10 30:13,20
32:11,17
34:18 36:23
37:13,19 44:7
54:19 56:11,
15 58:11,12
59:25 60:1
63:15,17 64:7
65:9 80:18
**anyway**  43:21
**anywhere**  47:8
**apologize**
68:25 99:19
**apparently**
4:22 77:10
**appears**  90:19
**application**
6:3 16:23
**applications**
6:5
**appreciated**
77:25
**April**  24:13
43:15 78:14
81:24 82:2,24
89:22 90:1
96:1,9 97:8
98:5
**are**  5:14
15:25 21:22
28:1 32:12

40:9 44:4,25
51:15,21
53:11 55:9
59:5,20 62:22
65:21 81:16
82:8 87:7
108:7
**Army**  18:14,
15,17 19:6
**around**  10:14
66:6 68:24
70:20 89:22
104:21
**as**  4:11 6:24
8:21 12:18
15:10,11,19
16:10,17 17:3
21:9,16 22:7,
12,16,22
23:20 28:4
35:17 38:15,
16,24 40:15
43:14 48:19,
20 53:2,3
56:14 57:4,7,
20 59:7,19
60:6 68:2,12
70:11 72:10,
15 73:5 76:24
79:24 91:18
92:11 93:12
94:11 108:8,
24
**ask**  5:7 23:8
24:15 26:1
27:7,13 28:1,
4 37:6,10,13
38:2,6,10
39:13,15
47:18 60:10,
25 61:6 67:6
68:18 76:8
80:23 82:22
84:17 94:10
95:25 100:21
107:20
**asked**  13:15
14:18 16:3
28:20 37:11,

15,18,19,22,
23 44:25 45:2
58:10 60:21
61:7,8 62:4,6
63:2,17 65:15
66:16,24,25
67:7 69:1,5
73:21 76:11
81:15 82:18
84:4,14,15
90:6,22,24
93:14 95:19
97:23,25 98:4
99:18 101:3
107:11,12,13,
18
**asking**  18:16
33:9 35:5
56:14 79:6
84:5 86:10
97:9 99:19
**assistance**
35:6
**assume**  35:17
**assuming**  77:6
**assumption**
91:6,7
**assurance**
6:6,7
**at**  4:5 5:11,
22 7:22,24
8:2 12:23
14:3 15:25
18:13,25
19:2,4,14
21:1 22:5
26:19 29:21
30:6 31:14
35:5,7 37:24
38:21 39:4,9,
13 43:20 44:3
45:1,2,4,16,
22 46:14,17
47:12 48:6
50:6 51:23,24
54:9 57:5
65:7,16 66:10
69:25 70:6
72:2,5 75:23

Kimon Andreou
December 03, 2019

4

76:13 78:22
79:22 82:11
83:1,3,16
84:20 85:12
86:15 89:8,14
90:4 92:9,13
93:3,6 95:5
98:4,7,15,21
99:6 100:17
102:13 105:3,
4,5,12 106:9
**ATM** 62:4,6
**attention**
49:18
**automate** 57:8
**automated**
9:12
**automatically**
9:15 54:2
**awaiting**
74:22
**aware** 10:7
13:18 22:22
40:9 52:18
**away** 20:11
22:1 45:24
46:9,12,22
57:17 77:3
89:25

**B**

**bachelor's**
19:12
**back** 6:4
8:14,23 9:5
15:1 24:15
30:2,14 41:7,
10 45:9 48:13
57:7 58:2,4
59:5 62:2,22
66:9 96:23
102:6
**background**
10:4 57:25
63:5
**backpack**
15:6,7 50:13,

14,17
**bad** 7:25 8:1
20:14 24:19
27:24 45:12,
21
**banks** 65:19
**barely** 43:17
**based** 8:22
17:6 42:19
91:7
**basically**
38:24 45:17
68:13
**Bates** 33:21
66:21
**bathroom**
13:20
**Beach** 8:6
10:20,21
11:14 19:2
31:23 89:14
98:19,25
**beautiful**
48:17 77:15
**became** 64:25
**because** 7:3,
15 9:9 11:22
12:4,5 15:4
16:16 18:2
19:1,19 20:25
26:18,19 27:8
28:13,24
31:22 32:5,15
33:6,10 38:23
39:5 44:1,12
45:9 53:21
54:10 55:15
56:14,16 59:1
61:18,20
65:8,18 67:23
77:14 81:16
86:14 87:1
96:18 97:24
98:10,12
103:17 107:18
**become** 8:3
**bed** 15:1 97:4

**been** 4:10 5:2
11:24 17:3
23:2 36:23
37:21 38:13
56:25 66:16
73:10,11
90:22 96:18
97:7 98:23
99:22 100:19,
22
**before** 4:3
5:3 6:9 25:20
31:21,24
36:11,12
45:10 53:22
54:4 60:24
61:25 70:19
83:21 86:10
93:18 99:3
100:22
**beginning**
22:7 35:15
78:14,15
**behalf** 4:20,
24
**behind** 18:7
24:24 26:12
**being** 12:5
34:4 37:20
44:16 45:15
51:24,25 60:6
90:24 91:10,
14 92:8
**believe** 5:24
8:5 18:1 29:9
42:24 50:24
52:13 58:16
66:8 81:24
86:5 92:1
94:17 99:21
100:5 108:14
**believed**
42:24 61:13
**bell** 48:7,8,
12
**Besides** 59:24
**best** 10:5
56:9 78:2

**bet** 101:1
**better** 45:17
**between** 24:3
88:18 89:12
96:5,8 100:24
**beyond** 14:20
21:18 45:20
72:17
**big** 19:10
32:12 41:23,
24 42:6 63:20
93:21,25
103:25
**billion** 34:8
**bills** 24:21
25:24 26:4
27:3,4 28:25
32:9,18 74:5,
7,11 103:1
**bit** 20:1
26:25 34:23
63:6 66:6
78:23
**Bitcoin** 19:21
20:8,11
37:12,19,20
38:6 53:14
57:13,16,17
58:5,7,14,19
59:18 63:16
64:23,25
65:1,8,9,13,
14,16 80:14
83:22,23
84:13,18,19
99:16 100:19
101:4,20
104:14,15,21
105:7,8
**Bitcoins**
59:15
**black** 49:20,
21 54:16,17
**block** 87:7,
10,14,19,21
**blog** 48:14,21
**blue** 101:3

Kimon Andreou
December 03, 2019

5

| | | | |
|---|---|---|---|
| **bone** 14:15 103:7 | 43:3 44:15 47:9,15 48:25 | **bunch** 15:2 25:5 76:25 | **by** 4:13 5:1 6:20 7:20 9:4 |
| **bones** 103:18 | 49:8,23 50:23 | **business** 6:22 | 11:5,15 12:8 |
| **book** 20:3 37:5 94:5,7 | 51:7 52:5,12 54:20 55:13 | 18:4 20:5 93:10,13 | 13:15 14:22 15:22 16:17 |
| **books** 57:6,8 71:22 | 56:2,6,12 58:15 59:3,5 | **but** 4:21 8:1 9:19,21 | 17:21 18:11 21:8,13 |
| **boot** 54:1 | 60:23 61:3 | 10:10,25 | 23:15,16,23 |
| **born** 11:23 22:14 64:12 100:10,11,22 | 62:14,19,22, 25 63:11,15, 21,25 64:4, | 11:15,17 13:12,15 14:18,20 | 24:20 25:3,9, 19 27:1,14,21 28:10,16 |
| **boss** 78:22 81:1 | 16,20 65:10, 25 66:2,3 | 15:10 17:5,12 18:13,16,22 | 29:1,24 30:1, 23 31:11 |
| **boss'** 81:4 | 67:4 73:18 | 19:7 20:2,4, | 32:7,19 33:1, |
| **both** 72:7 79:17 89:14 | 87:23 88:6 101:6,19 | 24 21:15,17 22:1,15 24:25 | 15,24 34:4,25 35:1,13,23 |
| **bothered** 56:13 | 102:2,6,12,22 103:2,8,10,21 | 26:15,16,24 28:7,23 29:3, | 36:22 37:9,20 38:1,5 39:23 |
| **bottom** 19:15 | 104:1,5,9,17, 23 105:9,13, | 18,22,23 | 40:3,22 41:9 |
| **bought** 83:9 | 17 106:2,7, | 30:20 31:15, 18 32:5,6,17 | 42:18,22 43:5 44:17,23 46:7 |
| **brain** 53:10 | 12,18 108:5, 8,23 | 35:10 36:19 39:5 41:18 | 47:11,22 49:6,13 50:2, |
| **brains** 16:15 | **brief** 41:8 59:4 102:5 | 42:16,25 | 4 51:3,25 |
| **branched** 76:14 | **briefly** 105:18 | 43:21 44:20 45:2,11 | 52:1,8,15 53:6 54:24 |
| **brand** 59:21 | **bring** 15:5 | 46:14,19 48:7 49:16,21 | 55:24 56:4,8, 19 58:18 |
| **break** 5:11 39:5,15 41:4, 6 51:5 59:2 102:2 | **brittle** 103:18 | 50:20 51:21 53:16 56:25 | 59:10 61:1,5, 10 62:23 |
| **Brenner** 4:20 6:8,14,16,23, | **broadly** 65:19 | 60:3 62:11 65:21 69:8,25 | 63:23 64:2,5, 18,22 65:11, |
| 25 7:5,13 | **broke** 29:23 103:7,9,14 | 70:20 71:5, 16,22 72:11 | 19 66:2 67:4 69:1 73:18 |
| 11:4 14:10 17:18,24 | **brother** 21:16 36:8,16,19,24 | 73:13 74:13 81:18 82:11 | 74:10 75:24 76:8 77:14 |
| 21:6,11 23:10,14 | 78:22 80:13 | 83:18 85:4 | 78:12 81:1 |
| 24:18,22 | **brother's** 81:18 | 89:9 91:18 92:7,10 94:22 | 87:7,23 88:7 89:3 90:22 |
| 25:6,8,17 26:23 27:5, | **brought** 38:14 61:8 | 95:6,20 99:18,21 | 92:8 98:9 101:6,19 |
| 18,23 28:14, 20 29:8 30:17 | **Bryan** 4:17 | 100:3,22 103:16 | 102:11,24 103:5,12,24 |
| 31:5,8 32:2, 10,25 33:21, | **build** 9:9 92:18 | 104:11,18 105:4 107:7, | 104:3,7,13,19 105:1,11,17 |
| 23 35:17 | **built** 6:1,2 8:16,25 9:4, | 12 | 106:2,7,12,18 |
| 36:17 37:7,14 38:3 39:21 | 10 84:16,18 | **buy** 41:15,16 65:1 | |
| 40:1,20 41:1, 5 42:14,21 | **bullet** 16:13 | | |

Kimon Andreou
December 03, 2019

6

---

**C**

cable  26:7
cafeteria
  83:1
call  22:15
  43:11 44:21
  47:14 62:25
  79:13,23
  97:24
called  5:22
  8:17,23 9:11
  24:5 51:8
  66:8,9 71:12
  76:21 77:11
  78:19,20 80:3
  95:21 100:14
  108:17
calls  45:1
  97:23 98:1
came  29:22
  32:3 39:19,25
  89:8 93:21
can  5:9 6:10,
  25 7:10 10:5
  14:11,23
  15:1,7 22:25
  24:7 25:4
  27:2 28:3,12,
  21 29:6 30:3
  33:18 34:10
  35:15,25 36:8
  37:3 39:15
  40:15 41:10,
  13 43:14
  49:23 51:19
  56:24 59:2
  68:12 76:9
  77:13 80:23
  86:14 87:4,15
  90:4 93:23
  108:16,17
can't  7:6 9:7
  10:13 14:12
  30:19 37:25
  54:25 77:6
  85:4

cannot  5:16
  49:16 51:16
car  8:8 32:13
  106:21
Carbonite
  8:21
card  39:1
care  12:10
  26:16 107:25
Caribbean
  13:3
Carribean
  83:2,12 92:2,
  5 93:1,3
  98:15
carry  49:4
Carter  32:22,
  24 42:8,23
  45:25 46:8,11
  47:24 77:1
case  16:3
  26:20 27:6
  30:21 33:10
  57:12,14,15
  58:4 59:18
  60:7 61:14,
  15,16,17
  63:4,6,8,9
  67:14,17
  68:5,10 80:9,
  11,13,19
  81:14,19
  82:17 86:10
cases  26:21,
  22 27:3,8
  59:1 68:2
  89:17
catch  97:12
cause  4:6
causes  38:13
CDS  57:7
celebrated
  96:6
center  18:25
certain  79:25
  100:5
certainty

14:13
certification
  16:8
certifications
  15:25 16:1,6
chain  87:8,
  10,14,16,19
  95:7
chance  6:11
change  32:14
  33:10
changes
  108:16
chapters
  88:15
character
  53:18 55:9
characterizati
on  101:7
characterize
  19:16 27:2
characters
  52:24 53:24
charity
  107:22
Cheat  19:14
cheating  30:9
check  14:20
  96:20
checked  11:19
  12:17 13:14
Cheese  96:2
chief  5:25
  88:25
child  74:22,
  24
child's  75:2
China  57:18
choose  108:14
chose  12:19
Christina
  81:5
chunk  87:12,
  14
civilian  30:8
clean  12:12
  38:16 58:13

clear  17:14
  62:24 63:11
  67:13 86:10
click  9:15
client  6:5
  8:23 84:12
  93:13
close  7:19
  8:10 21:17
  29:2 48:5
  60:3 68:19
  70:1 98:13
closely  9:8
closer  28:4
closest
  36:19,20
  60:11 69:15,
  17,18
cloud  8:22,23
co-author
  19:14
co-workers
  70:11
code  51:22
  57:10
codified
  16:21,22
Coin  34:2,5
coincidence
  83:18
coincidentally
  78:20
colleague
  46:15 62:3
  86:6
colleagues
  7:15 77:2
  79:20 80:7
collect  16:1
color  49:19
colored  14:25
combinations
  53:24
come  9:22
  20:19 55:15
  80:23

---

Kimon Andreou
December 03, 2019

7

| | | | |
|---|---|---|---|
| coming 28:1 | concepts 93:21 | contacted 35:5 36:5 | 69:6,7,11,13 70:3,12,14, |
| commands 9:25 | concern 45:22 97:16 | 53:9 60:14, 17,18 61:2,23 | 15,24 71:9, 10,15,18 |
| comment 84:10 | concerned 45:4,8,15 | 63:12 78:12, 17 | 72:16,19,22 73:8,11,12,15 |
| commentary 83:18 91:8 | 97:15 | contacts 72:17 | 74:4,6,11,15, 16,23,24 |
| commented 77:21 | condition 28:13 38:14 | container 38:25 51:11 | 75:6,9,10,11 76:1,15,16, |
| commenting 96:21 | 45:19 64:8 | 53:15 55:21 | 19,23 77:3,4, 8 78:1,3,7, |
| common 7:16 | confer 62:17 | contemplated 45:12 | 10,11 79:12 |
| communication 48:18 | confide 19:18 | continue 40:23 | 80:2 84:24 86:17 89:4 |
| communications 79:9 86:11 | confided 19:17 | contracted 57:19 | 90:21 91:2, 12,15,21,25 |
| community 88:19 104:21 | confidence 106:3 | contradict 20:20 | 93:2,10,11 94:2 95:12, |
| 105:2 | confiding 75:1 | control 7:12 | 13,18 96:11 97:10,16 |
| company 5:22 6:1,2 8:14,16 | confuse 53:1 | conversation 25:20 60:20 | 98:3,6,14 99:17 100:1 |
| 17:2 34:21 57:19 63:10 | conjecture 38:20 | 65:22 66:7,13 68:14 80:15, | 101:22 102:15,17,18 |
| 89:20 92:5,6, 7,9,16,19 | connect 86:22 | 16,19,23 84:2 85:21 99:20 | 106:11,14 107:15,17,19, |
| 93:7 | connection 94:4 | 100:16,19 101:3 103:15 | 21,24 108:1, 2,3,4 |
| complain 15:16 107:3 | connections 8:24 | 104:14 | correctly 57:14 76:12 |
| complainer 15:15 107:1 | Conrad 34:16 42:23 46:8 | conversations 78:9 85:18 | correspondence 82:3 |
| completely 55:17 | 47:24 77:1 | 102:13,17,20 103:4 | could 4:14 9:18,21 10:11 |
| complex 10:6, 9 54:12 55:4, | consider 6:21 51:12 | coordinating 82:9 | 15:15 16:25 36:21 37:2, |
| 22 | considerations 88:3 | coordination 82:10,12 | 17,23 39:7 43:1 54:21 |
| compromise 86:23 87:15, | considered 19:13 87:1 | copied 48:2 | 55:5,23 56:17 58:11,22 |
| 16 | construction 19:3 | copies 50:19 | 61:19 73:10 84:16,18,19 |
| computer 9:17 10:2 23:17,19 | consultant 92:13 | copy 39:1 56:1 108:25 | 93:17 94:24 100:18,22 |
| 53:22 54:1,6, 22 56:21,23 | consulted 93:13 | correct 46:23 55:2 65:12 | couldn't 19:7 22:14,16 |
| 65:1,21 73:4 89:18 94:1 | consulting 92:10 93:10, | 66:18,22,23 67:1,2,10,16, | 26:18 27:2 37:24 102:20 |
| computers 49:2 50:18 | 12 94:4 | 19,20,21,25 68:3,4,7,8, | |
| 54:15 56:17, 18 | contact 35:4 43:13 70:24 | 11,12,14,15 | |
| concept 93:25 | | | |

Kimon Andreou
December 03, 2019

8

103:1
**counsel**   61:22
  63:12 66:15,
  25 69:1,4
  74:10 75:24,
  25 76:11
  78:9,13
**County**   19:2
**couple**   11:10,
  11 16:17
  19:13 29:14,
  20 32:14 69:8
  85:11 92:4
**course**   42:15
**court**   5:9
  16:3 108:11,
  25
**covered**   58:6
**crack**   37:17
  51:21
**Craig**   4:18,19
  19:24,25
  20:1,13,17,
  20,21,25
  21:3,4,9 34:4
  40:10 42:8
  48:2,10,13,16
  68:7 71:12,17
  72:2,10,13,14
  73:2 76:20,25
  77:6,23 80:12
  84:18
**Craig's**   72:2
**cream**   14:25
**create**   10:3
  51:11 89:20
  93:14
**created**   84:19
  93:15
**creates**   10:4
**creating**   57:5
**crimes**   89:19
**CROSS**   66:1
**cruise**   33:7,9
**crypt**   51:9,
  20,23 52:20

**curious**   61:9
  67:9
**currently**
  57:23
**curtain**   14:5
**customized**
  32:16
**cut**   12:7

_____

D

**dabble**   9:18,
  20
**dad**   21:25
**dad's**   22:3
**daily**   98:11
**dark**   45:10
**data**   8:19,20
  18:25 24:6,11
  40:13,24
  57:20,24
  58:5,8 61:21
  87:13,14,17
**database**
  57:21 58:11
  59:16,17,19,
  20,21,22 60:1
  61:10 67:13
**databases**
  57:23,25
  59:23 61:21
**date**   12:1
  24:11,13
  29:11 82:1
**dating**   32:1
**daughter**
  11:23 22:13
  100:10,11,22
**Dave**   7:23
  9:8,13,17
  10:10,17
  11:2,6 15:15
  16:10,12
  17:6,7,11
  18:2,8,13
  19:18,20,23
  20:20 21:14,

22,23 22:5,18
  24:3,21 27:15
  29:3 32:8
  35:1,2 36:8
  37:1,6,20
  38:2,7,23
  40:9 41:11,15
  42:19 43:6
  44:5 45:4,8
  46:9,11,22
  47:5,7,12
  48:5,9,14,24
  52:16 53:21
  55:15,22,25
  56:9 57:3,21
  60:11 61:18,
  20 62:4
  63:16,19 65:8
  67:18,24
  68:1,2,6
  69:2,12,21
  70:5,18,24
  72:5,10,11,14
  73:2 74:21
  75:1 76:21
  77:3,8,24
  79:9 83:19,
  20,22 84:9,
  18,20 86:16
  87:2,5,6
  88:23,25
  89:7,8,12,21,
  25 90:13,22
  91:10,24 92:9
  93:3,6,9,18,
  19 94:13,14,
  18 95:5,14
  96:9 97:12
  98:19 99:15
  100:14 102:19
  103:20 105:18
  107:1
**Dave's**   15:24
  16:22 22:24
  23:1 24:16
  25:14,15
  32:20 35:6
  37:11,16
  38:10 39:19,

25 47:2,25
  53:13,14
  55:21 73:22
  74:1,14 77:2
  80:13 98:21
  102:14
**David**   5:19
  15:13 52:3
**day**   7:23,24
  13:1 22:7,17
  27:25 43:11,
  15 85:16 96:2
**days**   7:25
  11:10,11,16
  22:17 90:4
**deal**   103:25
  105:24
**dealt**   106:8
**death**   38:10,
  14 47:25
  56:10 76:22
**December**
  11:23 22:14
  100:7,8,9,12
**decide**   108:19
**decided**   89:20
**decrypt**   34:10
  55:21
**decrypting**
  35:6
**defendant's**
  15:20 23:21
  33:13 35:11
  46:4 47:20
  53:4 59:8
**defer**   91:19
**degree**   19:12
**delivery**
  22:10
**Dell**   23:7,8,
  11,12,15
  56:21
**Dells**   56:20
**depends**   17:19
**deploy**   87:5
**depo**   60:24

Kimon Andreou
December 03, 2019

9

deposed 5:2
deposition
  4:3 61:7
  66:17 73:22
  85:14 108:9,
  10
deputy 30:7
  46:14
describe 10:5
  14:23 69:2
described
  79:24
Desk 34:2,5
destroyed
  39:24
detail 18:22
  31:1
details 46:19
  80:14
developed
  10:12 16:14
  70:13
developers
  9:4
developing
  20:7
development
  6:4
device 24:6
  40:18 48:24
devices 49:4
  73:4,15
dialed 4:22
did 5:19,20,
  21 8:3,18
  9:11 10:11,17
  12:16,20,22
  14:3,19,23
  15:13 16:10
  17:16 18:13,
  18,20,21,22
  19:8,20,23
  20:2,5,7,10,
  12,13 21:7,9,
  12,14,15,16
  22:18,20
  23:17 24:4,8,
  11,21,23

25:20,23
26:1,3,5,6,10
27:15,22
29:18 30:15,
20 31:16
32:5,8,23
33:5 35:4
37:10,13
38:2,4,6,9,
10,11,13,17
39:10,12,13,
15,18,24
40:17,21
41:15 42:4
43:11 44:7,21
45:24 47:13
49:7,14 50:7,
9 55:6 56:9
61:2,4,6,13,
17 62:25
63:4,7,11
64:6,23 66:4
67:5 69:9
70:16,18
71:11 72:9,24
74:7 75:21
79:13,21
80:8,11,18,
20,23 81:13,
21,23 82:16,
24 83:7,20,
21,22,23,24,
25 84:5,11,
12,14,17
85:1,5,17
89:15,18
92:2,9,10,12
93:1,3,6
94:3,10
96:14,15,16
97:18 98:21
99:19 103:22
104:10
105:12,23
106:15,19,20,
21,23 107:3,
16
didn't 15:13
16:4 17:15

19:11 21:19
22:1 23:10
27:8 30:20
35:3 39:14
40:12 43:9
47:13,17 52:9
56:14 58:12
60:10 63:15
64:9 70:2
74:17 79:18
91:13 92:11,
15 95:12,14,
23
died 64:11,13
different
  20:19 40:14
  55:4 66:6
  69:1 88:5,16
  101:16
difficult
  40:24 41:2
  51:4 52:3,7,
  10 86:20
digital 50:19
dinner 10:23
  29:20,22
DIRECT 4:12
directed
  90:12
directly
  76:14
disability
  7:25 12:5
  45:20
disabled 8:3
discharge
  44:8
discharged
  43:24 44:5,
  10,19,22 47:5
  90:17,22
  91:19 96:23,
  24 97:7
disconnected
  26:7
discovery
  79:8 92:19
  94:15

discuss 33:5
  85:5
discussed
  81:18 101:23
discussion
  62:21 67:13
disjointed
  68:25
division
  88:12 89:19
divorce 30:12
divorced
  31:3,7
do 5:5 6:6
  8:3 9:6,10,
  14,15,20
  10:3,12,20
  11:1,2,20
  12:2,19 13:2,
  21 14:14,15,
  18 15:23
  16:23,24,25
  19:7 22:3,21,
  24 23:5,24
  24:7,16,25
  26:2 27:10,13
  28:11,12,17
  30:3,19,24
  31:3,12,19,25
  32:20 33:16
  34:2,18,25
  35:9 36:21
  37:3,24,25
  39:9 40:4,7
  42:9,13
  44:10,18
  46:11,24 47:6
  48:21,23
  49:19 50:4,19
  51:19 52:16,
  23,24 53:7,24
  55:25 56:15
  57:23 59:11,
  15 60:9 63:7
  64:3 65:3
  66:17 67:14,
  17,20 68:5,10
  69:2 72:8
  73:3,22 74:2

Kimon Andreou
December 03, 2019

10

75:21 77:17
78:24 79:4
82:3,6 85:16
88:8 89:22
90:17,23
91:3,8,23
92:12,15
94:11 96:12,
17 101:2
102:19,25
103:6,13,17,
18 108:18,25
**doc**  5:23 9:11
70:7,8 86:15
91:24 92:8
**doctors**  27:16
28:12 44:10
90:23 91:19
**document**
15:23 66:16
79:3,6,24
81:15
**documentation**
79:7
**documents**
78:25 79:8,
10,25 82:16
**does**  9:15
40:7,24 51:9
**doesn't**  9:25
54:1,18
**doing**  7:13
46:24 57:6
71:5 73:14
93:9
**dollars**  17:22
20:11 58:19,
20
**Dominos**  65:5
**don't**  11:25
13:6 16:5,24
18:1,25 21:18
22:4,23,25
24:12 26:8,
13,24 27:13
28:22,23
30:12,18,25
31:6,14,15

32:4,5,17
33:6,7 34:10,
20 35:4 36:18
45:1,10,20
46:13,19
48:6,7,9,22
49:10,15
50:19 54:8,
12,15 58:22,
25 62:2,10,11
64:12 65:17
69:18 71:22
72:23 73:7,25
77:18 78:19
79:19 80:5,14
82:10 86:8
89:9 90:14
91:3,5,22
92:7 95:6,20
99:3,18,21
**done**  12:12
14:9 17:19
48:19 49:25
51:22 52:25
62:17 102:3
105:15 108:7
**doubt**  17:2
22:25
**down**  5:9 7:11
8:13 12:6
16:24 17:3
23:3 55:25
67:23 71:16
106:13 108:11
**Downtown**  13:5
18:24
**Dr**  4:18 19:24
20:14 48:13,
18 66:15
71:12 75:24
76:1,6,12,15
78:10,13
80:12 84:12
**drive**  13:7
21:2 23:2
32:16 34:9
35:6 37:16,
17,22 40:4,7,
23 49:3,7

50:3,22 51:2,
10,11,13 52:4
53:15 54:18,
19,22 55:11,
21 72:11,15
73:6 106:21
**drives**  38:21
39:13,19
40:11 49:16
50:19
**driving**  65:15
**duly**  4:10
**during**  38:7
74:21 96:6,12
105:6

---

**E**

**e-mail**  33:16
34:12 35:14,
15 36:4,6,11,
14 39:8 46:1,
8,17,25
47:23,24
48:2,17 53:7,
9 58:24
59:11,14
60:22 61:8
63:1 67:1,5,6
68:9 76:13
77:1,5,6,13
82:3 85:21,24
86:11 89:10
**e-mailing**
33:25
**e-mails**  48:13
82:8,11,20
85:25 86:1,4
**each**  22:15
68:21 72:18
**earlier**  23:4
24:12 30:14
59:17
**early**  82:24
**easier**  29:13
**easy**  87:4
**eat**  10:22
75:16

**edit**  16:17
**editor**  19:14
**education**
19:11
**egg**  18:15
**either**  11:11,
13 45:25
46:13,18
51:10 65:19
82:9 85:9,11
94:5 101:17
**elderly**  23:1
**electronic**
48:23
**else**  13:20
14:6,19 28:8
30:9 32:11,17
37:13 50:17
73:7 79:1
**employee**
92:11,14
**employees**
17:4,5
**empty**  97:4
**encrypted**
8:24,25 34:9
35:6 37:16,
17,22 50:22,
25 52:4
53:14,15
54:22
**encrypting**
51:10
**encryption**
51:4,6
**end**  6:4 9:5
22:12 70:1
75:23 90:14
93:5
**ended**  8:9
**enjoy**  65:21
**enjoyed**  96:4
**enough**  10:25
79:4 80:8
105:23
**entire**  51:10
99:16

Kimon Andreou
December 03, 2019

11

environment
  87:2
ephemeral
  29:24
equipment
  50:18
errata  108:17
especially
  104:20
essentially
  13:6 37:18
  77:23
estimate
  66:12
eulogy  48:22
  77:21
even  6:9 7:8
  16:2 19:12
  44:25 48:19
  53:22 54:25
  56:13 69:25
  100:2
event  56:10
ever  5:2 11:6
  15:13 16:10
  18:14 19:8,
  20,23 20:7,
  10,14 21:9,14
  22:18,21
  26:6,9 27:15
  28:11 31:16
  36:11 39:18,
  24 40:17 42:4
  46:14 47:13
  50:7 52:16
  56:9 63:12
  64:3,6 65:22
  76:6 81:13
  83:20,23 85:8
  93:3,6 98:21
  105:12
every  7:22,24
  10:20 13:1
  16:8,18 22:5,
  7,17 24:24
  27:25 43:15
  56:22

everybody
  41:25
everyone  65:7
everything
  9:12 16:21
  26:19 79:7
  87:6 107:4
evidence
  38:17
evolved  7:18
exact  12:1
exactly  49:17
  53:15 62:25
  89:9 99:21
examination
  4:12 75:24
examined  4:11
  51:16,22
example  18:22
  69:15,25 70:1
  74:4,20
Excel  10:3
exchange
  57:16 58:5,8,
  14,21 59:18
  75:18 76:13
exchanged
  35:14
excuse  43:21
  103:8
execute  93:17
exhibit
  15:19,20
  23:21 33:12,
  13 35:11 46:4
  47:20 53:4
  59:7,8 66:17
  68:9 76:8,9,
  11,24 85:5
  90:7
exists  17:5
expect  105:24
  106:4
expected  58:6
expensive
  32:15

experience
  16:13
expert  16:3
  19:13 68:2
  87:3
expert's  16:6
expertise
  93:25
experts  51:21
explain  39:18
  86:18
explore  24:5
export  24:6,
  14
expressing
  34:8
extent  10:24
  19:18 28:8
  65:23 68:13,
  25 72:13
  94:23
extract  24:3,
  4,11

                F

fact  45:2
  67:8 88:25
  95:4
Fain  94:17
fair  71:4
  79:4 80:8
  87:19,24
  91:10 101:7
familiar  9:18
  38:22 39:6
  57:25 79:3
  87:7
family  21:15,
  20,24,25 70:2
famine  18:3
far  12:18
  15:11 17:3
  22:22 48:20
  56:14 57:4
  68:12 72:10,
  17 91:18

fashion  86:24
father  22:24
  23:1
FBI  88:11,13,
  18
feast  18:3
feel  12:8
feeling  12:6
felt  11:24
  41:24 61:19
female  80:6,7
  86:6
few  6:18
  22:10 26:15
  33:3 41:4,6
  46:2 66:14
  69:1 85:15
  92:23 102:9
fiancee  29:21
field  51:21
  72:21
fields  101:13
figure  13:11
  16:18 56:25
  86:25
figuring  57:1
file  9:1
  52:10,20
filed  60:16
files  8:19
  53:15
filing  60:13
financed  92:8
financial
  24:16 32:8
  73:22 74:1,
  15,17 75:8,10
  102:14
financially
  64:19 108:3
financials
  83:24
financier
  92:8 94:16
find  21:19
  58:10,12,22,
  23 59:15 67:9

Kimon Andreou
December 03, 2019

12

79:8 84:5
86:22 96:5
106:21,23
**finding** 59:25
**fine** 7:13
**finish** 7:7
49:23
**finished**
42:10
**finishes** 6:10
**firm** 78:21
81:18 92:18
**firm's** 81:16
**first** 4:10
12:11 13:11
16:13 30:4,5
31:1 35:24
42:11 46:21
61:22 64:23
65:22 70:21
74:22 76:5
78:12 79:23
80:16,19
83:17 89:7
**firsthand**
91:22
**five** 31:24
84:6 99:4
**flags** 16:20
**flagship** 8:17
9:3
**fled** 57:18
**flexible** 7:23
**Florida** 4:5
72:10,14
108:9
**fly** 72:15
**follow** 95:21
**followed** 69:8
**following**
86:15 106:8
**follows** 4:11
**fondly** 69:21
**Fondue** 96:2
**for** 4:5,15
5:25 6:5,18
7:3,7 8:6,24

11:9,24 13:3,
15 14:14
15:21 16:24
18:22 19:1,6
21:21 23:2,22
26:1,20 29:6,
13,16 30:19
32:13,16
33:14 34:8
35:5,7,12
36:19,21
37:3,22 39:3,
8 40:18 41:5,
15 44:4 45:2,
15 46:5
47:18,21
48:11,14
51:12,22
52:2,10 53:5,
21 54:11,12
55:1,2 56:11
57:6,11,25
58:4,7 59:9,
22 61:16,17
62:4,6,18,19,
24 63:5 64:14
66:13,15
68:19,21
69:15,25 70:1
74:4,20 75:2,
24,25 76:21
77:8 78:9,13,
25 79:6 82:14
83:11 84:6
86:20 88:13
89:19 92:15,
17,18,23
93:13,15
94:3,5,9,10
95:17 97:13
98:11 99:19
100:15 102:7,
21 103:1
105:5 107:22
**foreclosed**
28:18,21
**foreclosure**
26:13

**forensic**
26:20,21
28:13 49:5
50:18 57:4
60:7 63:9
68:2 89:17
92:17
**forget** 57:15
**forgotten**
48:19
**form** 6:23
11:4 14:10
17:18,24
21:6,11
24:18,22
25:17 26:23
27:5,18,23
28:14 29:8
30:17 31:5,8
32:2,10,25
36:17 37:7,14
38:3 39:21
40:1,20 41:1
42:14,21
44:15 47:9,15
48:25 49:8
50:23 51:7
52:5,12 54:20
55:13 56:2,6,
12 58:15
62:14 63:21,
25 64:16,20
65:10 67:3
73:16 87:22
88:4 101:5,15
102:22 103:2,
10,21 104:1,
5,9,17,23
105:9,13,25
106:6,10,16
**formal** 19:11
**format** 40:15
53:16
**formats** 40:16
**former** 46:15
**forth** 24:15
79:25
**forward** 93:5

**found** 27:25
28:5,6 34:5,7
46:11 51:23
58:11,13 60:1
**four** 22:11
31:21 35:18
99:3
**fourth** 19:15
**frankly** 76:25
**Freedman** 4:23
**frequent**
10:25
**frequently**
8:1 20:1
22:16 27:22
71:17
**Friday** 90:19
**friend** 29:2
36:19,20
60:11 78:2
84:6 94:11
97:3 105:18
**friends** 11:1
32:20 48:5
69:16,17,18
75:12 77:2
89:13
**friendship**
7:19 10:11,12
17:6 19:25
70:1,13 89:15
**from** 8:13
12:6,14,24
14:5 15:5
17:23 18:15
19:15 20:4
21:4,10
22:10,22 24:3
31:22 36:5
40:15 44:1
46:15 47:5
50:24 58:8
65:15 70:1,13
72:25 77:1,6
79:5 85:9
86:3,12
90:13,19 92:2
93:1,5 94:20

Kimon Andreou
December 03, 2019                                    13

96:9 97:13
106:13
full  49:5
function  24:7
funeral  37:3
 47:2,3
further  102:7
future  64:15
 75:2
futures  74:17

        G

Gardens  98:19
gave  62:7
 63:5
geeks  65:21
generous
 18:9,10
gentleman
 89:3
get  7:10
 12:7,9,16
 16:7 23:18
 25:2 27:3
 28:3 32:15
 34:10 43:13
 45:6,22 52:10
 53:25 54:25
 56:22 62:24
 63:19 69:9
 71:16 72:11
 80:22 90:14
 91:16 94:24
 95:23 96:6
 100:17
gets  65:18
getting  28:4
 29:19 45:17
 53:14
give  5:8,16
 6:10 41:17
 42:1,7
given  42:25
giving  37:5
glee  20:23

go  7:17,22
 10:19,21,22,
 23 11:8,12,14
 12:9,16 13:9,
 10 14:11 15:3
 20:25 22:10,
 17 24:15
 26:12,13 30:2
 35:15,25 37:2
 41:10,13 45:9
 47:23 51:20
 54:14 56:24
 59:5 62:2,4,
 6,18 75:14
 76:5,9 92:2
 93:1 98:21
 100:25 101:1
goal  16:7
goes  35:24
going  5:7
 7:2,5,9 8:14
 10:19 15:19
 18:12 24:15
 25:4 28:5
 30:14 41:6
 45:9 47:19
 60:24 62:11,
 19 65:21
 66:6,7 68:24
 75:2 77:13
 80:22 97:6
 101:2
good  4:14
 39:2 44:3
 56:16 85:16
 93:19 105:18
Google  34:6
got  8:8 13:15
 22:12 26:19,
 20 30:8,12
 33:11 36:14
 49:11 54:4
 63:2 81:13
 92:21
gotten  60:23
government
 51:25 88:12,
 13

group  46:1
 77:7,9
GSECOMPLIANCE/
BLOGSPOT.COM.
AU  77:11
guess  10:25
 13:15 24:13
 30:21 43:15
 55:23 63:19
 94:25
guessing
 11:25 14:17
gun  7:18
 10:19,20,21
 50:20,21
 75:14
Guttenberg
 73:1
guy  11:1
 56:23 57:17
 69:12 107:7
guys  6:22
 25:20 33:5
 69:25 70:20
 75:12,21
 102:16

        H

hacked  9:7
had  7:15,16,
 23,25 8:25
 9:13 11:9,10,
 17,24 12:4,5,
 9,12 13:11
 15:1,2 16:16,
 17 17:3,13
 18:9,15,23,24
 19:5,7,23,25
 20:10 21:20,
 23 24:23
 26:16 30:5
 32:13,15 34:6
 35:1 36:11
 37:16,21
 38:11 39:6
 43:20 45:10,
 12,14 47:7

48:19 49:1,2,
 3,4,9 50:20,
 21,25 51:22
 52:3 53:16,
 21,24 54:3
 55:2,3,5,19,
 22 56:16
 57:3,12,16,
 17,21 58:7,10
 59:25 60:2,7,
 23 61:14,15,
 18,20 62:10
 63:9,10,24
 65:22 67:14,
 17,20,22,23
 68:1,2 70:1,5
 72:7,8,17
 74:4,24 76:20
 77:1,3,7,24
 78:9 79:9
 81:16 83:20
 84:20 85:21
 86:14 87:2
 90:22 91:1
 93:10,14,16
 96:19 97:7
 100:6,16,19,
 24 101:1,11,
 17,18 102:16
 103:17,18
 104:14 105:3,
 7,23
hadn't  43:19
 44:1,2 97:13
half  6:10
 22:9 42:7,25
 68:19,21
 83:8,12
hand  16:18
 106:9
handed  23:24
handing  35:14
happen  99:20
happened
 10:13 33:11
 63:6 66:9
 83:16 100:7,9
happens  42:16
 78:21

Kimon Andreou
December 03, 2019

14

**happy** 34:21
36:23 96:2
**hard** 37:16
39:19 40:4,7,
10 50:19
54:18,19,22
73:5
**hardware** 10:7
**has** 10:6 16:6
24:6 28:7
31:24 36:5
51:9 54:23
60:13,16
63:12 66:16
68:10 87:13
**have** 5:2 6:8
10:1,7,17
11:22 14:15
15:8,10 16:5,
18,24 17:25
18:2 19:2,11,
12 23:2,17
24:21 25:20
26:8 27:11
32:9,15 35:3
36:23 38:12,
17,25 39:1,12
42:20,24,25
47:6 52:9,19
53:1 54:9,10
55:25 56:14
58:24 60:2
61:20 62:2,15
66:19 73:10,
11,25 76:5
77:24 79:9
82:3,11,20
84:15,16,18,
19,23 85:17,
18,22,23
86:1,4,11
87:5 88:14
89:16 91:22
93:17 94:19,
22 95:20
96:1,18 99:22
100:18,19,22
102:7,9
104:21 105:2

106:23 108:5,
8,9,12,18
**haven't** 60:1
81:18
**having** 4:10
54:12 57:1
87:5 102:19,
25 103:6
**he** 5:24 6:9
7:2,4,8,23,25
8:5,6,7,8,9,
10,11,12
9:18,21,22
11:8,9,10,12,
14,17,18,20,
24 12:2,4,5,
6,7,8,9,11,
12,13,15,16,
19 13:11,12,
19,20,21,22,
24,25 14:1,3,
9,13 15:2,3,
7,10,13,16
16:1,2,3,4,7,
8,15,16,18,19
17:9,12,13,
14,15,17,19,
23,25 18:1,2,
3,5,7,8,9,10,
15,16,18,20,
21,22,23,25
19:1,4,5,6,7,
8,9,10,11,12,
13,17,19,20,
23,25 20:5,7,
10,12,14,16,
17,18,22,23,
25 21:1,3,4,
7,9,12,15,16,
18,19,20,22,
23,24,25
22:1,18,20,25
23:7,17,18
24:23,24
25:1,16 26:1,
2,3,5,6,9,10,
14,15,16,17,
18,19,20,21,
25 27:2,3,7,

8,10,11,22,24
28:2,7,12,15,
20,24 29:9,
14,15 30:5,
10,15,19,20,
25 31:1,3,7,
9,16,17,19
32:1,11,13,15
33:7,8,9,10
34:12,13,15,
19,21,22
35:3,5,8
36:18 37:6,
11,13,15,16,
18,22 38:2,4,
6,9,10,11,12,
13,17,19,22
39:6,9,12,13,
14,15,19,24,
25 40:12,13,
17,18,21
41:16,17,18,
19,22,24
42:1,4,6,9,
13,19,20,24,
25 43:9,17,21
44:2,3,5,9,
11,12,13,14,
18,20,21
45:1,2,9,12,
13,14,16,17,
18,24 46:15,
17,18,19
47:12,13,16,
17 49:1,2,3,
4,7,9,11,25
50:3,5,7,9,
20,21,24,25
51:1,2,8
52:9,24 53:1,
16,21 54:3,4,
8,10,12,23
55:2,3,5,6,18
56:3,7,10,14,
16,17,21,25
57:5,7,10,11,
12,24 58:2,8,
10 60:4,7,9,
16 61:6,7,9,

13,14,15,17,
18,19 62:5,7,
9,10 63:2,17,
20,24 64:3,6,
7,11,12,13,14
65:13,14,15
68:18 69:5,9,
12,13,17
70:1,4,20
71:1,4,5,7,8,
11,17,19
72:2,13,24
73:13 74:3,5
75:10 76:11,
21 77:1,7,10,
24 78:2 83:23
84:9,10 86:3
89:1,18 90:23
91:1,8,13,16,
18 92:10,13
93:13,14,16,
17,21,24
94:5,7,9,16
95:7,12 96:4
97:7,18,20,
21,23,25
98:2,4,7
99:19,21
101:3,9,11,17
102:12,13,16,
20,25 103:1,
6,7,13,17,22
104:4,8,10
105:7,12
106:8,15,19,
20,21,23
107:3,7,11,
13,18,20,22,
25
**he's** 7:3
13:20 24:24
34:13
**head** 5:24
16:22 22:8
56:3 82:11
**hear** 23:10
64:23
**heard** 44:1
94:20 97:13

Kimon Andreou
December 03, 2019

15

| | | | |
|---|---|---|---|
| **held** 62:21 | 32:14,16 | 15,16 28:12, | **hospital** |
| **helicopter** | 33:2,8 35:2 | 13,17,24,25 | 11:3,7 12:3 |
| 19:6 | 36:6,21,23 | 29:6,10,23 | 13:9 14:25 |
| **helicopters** | 37:17,23 39:8 | 30:4,5 32:9, | 15:1,11,14 |
| 19:5 | 43:11,13,16, | 13,17 36:15, | 23:5 38:2 |
| **hell** 34:22 | 19,21,23 | 24 37:2,22 | 44:16 45:16 |
| **hello** 36:7 | 44:1,6,10,21, | 38:8 44:7,12, | 47:6,13 |
| 37:1 43:23 | 24,25 45:2,7, | 20 45:10,13, | 50:14,20 |
| **help** 25:23 | 10,21,23 | 19 46:16,18 | 74:21 91:11, |
| 26:1 35:7 | 47:6,18 49:5 | 47:12,13 | 14 96:20 |
| 37:17,22,23 | 50:9,15 52:22 | 49:2,3,4 | 98:10,11,12 |
| 38:21 55:20 | 53:1 55:20 | 50:12,16,18 | 99:13,22,24, |
| 57:5,8,12 | 56:14,16 | 51:1 53:2,22 | 25 100:15 |
| 58:10 59:16 | 57:11,12 | 54:1,6 56:1, | **hour** 22:9 |
| 88:15 93:16 | 60:10 62:4,6, | 3,10,17 57:3, | 68:19,21 |
| **helped** 57:21 | 18 63:5 69:23 | 6,8,19 59:1 | 83:8,12 |
| 61:18 67:23 | 70:10 71:12 | 60:16 62:7,9 | **house** 11:15 |
| 68:1 107:13 | 72:14,15 | 64:8 68:2 | 28:17,20 |
| **helping** 26:3 | 73:13 78:5 | 69:15,18 70:2 | 32:18 44:20 |
| 55:20 | 83:21,24,25 | 71:7 75:8 | 46:18 47:12 |
| **helps** 100:18 | 87:3 89:7 | 76:22 79:19 | 98:22,24 |
| **her** 29:19 | 92:13 93:15 | 90:4,23 91:1, | **how** 5:5,21 |
| 30:7,12,13 | 94:3,21,22,24 | 7 93:12,13 | 6:18 7:21 |
| 81:5,13,15,19 | 95:21,23,25 | 94:4 98:23 | 9:25 12:2,22 |
| **here** 16:13 | 96:1,2,12,18, | 102:21 103:1, | 18:8 19:14 |
| 42:1,4 55:7 | 19,20 97:1,5, | 7,9,14,18,20, | 20:23 24:4 |
| 62:3 68:5,10 | 8,13,24,25 | 23 104:4,11 | 26:21 28:5 |
| 78:8 | 98:9,11 99:3, | 106:8 | 34:7,10 38:2 |
| **highly** 20:17 | 6,13,16 | **hit** 16:23 | 39:7 41:22 |
| 54:12 55:22 | 101:20 | 65:1 | 45:13 46:11 |
| **him** 6:17 7:7 | 103:16,19 | **hobbies** 10:17 | 51:4 58:14,23 |
| 8:1,9 12:20, | 105:21,23,24 | 38:7 | 60:9 61:16 |
| 22,25 13:8 | 106:3,4 | **hokie** 65:18 | 62:10 63:2 |
| 14:5,14,17, | 107:13 | **hold** 45:6,23 | 64:11 66:12 |
| 18,19,20 | **himself** 108:1 | 49:23 88:15 | 69:1 71:11 |
| 15:2,3,6,15 | **hint** 105:12 | **hole** 86:23 | 73:13 75:1 |
| 16:7,10 | **hired** 6:2 | **home** 22:10 | 83:7,18,19 |
| 17:16,20,23 | **his** 6:12 7:7, | 43:20 45:1,2 | 86:13 89:6,9 |
| 18 21:5,10,20 | 25 9:9 11:15 | 65:15 98:4,7 | 91:8,18 96:17 |
| 22:9,10,15, | 12:5,18 14:23 | 104:4,11 | 104:12 108:15 |
| 19,21,24 23:2 | 15:6,7,8,9, | **honestly** | **however** 45:16 |
| 25:23 27:7, | 24,25 16:2 | 14:18 | **humor** 75:19 |
| 13,16 28:1,4, | 18:7,9,13,14, | **honor** 105:24 | 102:16,20,25 |
| 11,12 29:12, | 15,17 19:7,8, | **Hooters** 15:4, | 103:6 |
| 13,16 30:9, | 25 21:1,15, | 5 22:10 75:16 | **humorous** |
| 15,20,22 | 16,24,25 | **hop** 68:24 | 102:23 |
| 31:9,13,18,24 | 22:2,3 23:1 | **hope** 69:19 | **hundred** 59:20 |
| | 25:1 26:6,11, | 106:1 | **hundreds** |
| | 17,18 27:4, | | 17:22 20:10 |

Kimon Andreou
December 03, 2019

16

---

**I**

I'LL   41:6
I'M   4:17 5:7
   7:5 11:25
   13:18 14:21
   15:18 17:5
   18:7 22:22
   28:22,23 30:6
   35:14 38:22
   39:5,8 46:13
   48:12 50:1
   52:18 53:15
   55:7,14
   56:15,23
   62:12,17 64:4
   66:6 68:24
   77:6 79:2
   80:22 86:10
   90:7 100:5,
   20,21 102:3
I'VE   98:23
I-95   12:25
   13:6
I.D.   13:15
I.T.   105:2
idea   52:19
   93:19 94:19
ideas   101:17
identification
   15:21 23:22
   33:14 35:12
   46:5 47:21
   53:5 59:9
if   5:11 6:10,
   11 7:7,8,9
   10:1 14:18
   17:4,13,14,16
   22:21,24
   26:9,14
   27:11,19,24,
   25 28:7,20
   29:24 30:7
   33:8 34:20
   36:8 37:17,
   19,23 39:6,15
   40:23 42:1,6,

19 43:21
44:10 45:2
46:1,13 47:23
50:20 51:18
52:9,16 54:8
56:17 57:14
58:10 59:25
62:11 63:3,
17,24 64:3
65:15 71:16
72:9 78:19
79:19 80:23
82:13 83:22,
25 84:9,15,17
85:8 87:14,15
88:12 90:22
94:24 97:23,
25 98:4 99:3,
19 100:24
101:1 102:3
104:11 105:23
106:3 107:11,
13 108:14
imagine   7:6
impossible
   41:3
in   4:5,22
   5:23 7:16,17
   8:5,9,10,11
   9:14 10:1,3,
   10,15 11:13,
   14,18,22,25
   12:9,15,20
   13:5,12,14,
   20,21,22,24,
   25 14:1,9,19,
   20 15:3 16:3,
   22 17:3
   18:13,14,17,
   23 19:2,5,17,
   18 21:3 22:7,
   14 23:1,4
   24:8,16 25:10
   26:14 28:2
   29:16,17,24
   30:14,21
   31:13,22,23
   32:14 33:10
   35:1,6,24

37:20 38:2,8,
25 39:1,8,25
42:1 43:13,19
44:1,16
45:13,21
47:5,12
50:14,17,20,
21 51:5,13,21
53:9 54:3
55:1,4 56:3,
10 57:16,17,
21,22 58:11,
14,16 59:19,
25 61:18,21
62:3,5,11
64:3,6,12,13,
24 66:4,8,11,
19 67:8,24
68:1,2 69:1
70:4,17,23
72:3,10,14,21
74:20,21
75:1,24 76:8
78:18,24 79:5
80:10,12,16,
19,22,23
81:20,24
82:17,24
83:12,22 85:9
86:10,24
87:1,3,14,21
88:25 89:15,
18,25 90:3,4,
7 91:10,14,24
94:3,22,24
95:4,6,23
96:8 98:9,11,
18,24 99:2,
13,16,22,23,
24 100:4,7,
14,18,22
101:12 103:7
104:15,20
105:2,8 107:5
108:9
in-person
   80:21
included
   108:3

including
   79:11
income   57:4
Indicating
   71:13
industry
   29:18 65:20
   88:12,14
infected   12:9
infection
   11:12,17 12:4
   28:6
infections
   12:6
inferring
   20:4
information
   73:4,15
Infraguard
   88:8,21
injury   13:23
inserts   57:8
instruct   7:5
instructs   7:4
intellectual
   20:8
Intelliswitch
   18:20,23
intent   37:8
   52:14
intents   39:3
interacted
   32:21
interacting
   35:2
interaction
   10:25 21:17
   35:3
interactions
   10:8
interchangeabl
y   59:23
interest   7:16
interesting
   93:21
interests
   7:16

Kimon Andreou
December 03, 2019

interface
  9:11 88:18
internet  26:6
into  7:18 8:8
  11:3,6,18
  12:2,13 13:9
  14:9 16:22
  21:20 25:2
  26:12,13
  39:16,19
  45:10 51:20
  53:22 54:4
  93:6,25
invest  64:6
invested  64:3
involved
  34:13 37:20
  63:16 70:4
  83:22 88:2
involvement
  37:11 53:13
  63:7 84:13
  105:8
involves
  87:20
IOS  53:23
iphone  24:6
Ira  21:14,16
  22:18,21
  34:4,19,23
  35:4,15 36:3,
  6,9,11,15
  37:1,5,10
  39:10,18
  52:17 53:9,13
  55:19 59:14
  60:13 67:20
  68:6 79:9
  80:13 83:20,
  25
Ira's  61:22
Iradavid2009@
g-mail.com
  36:3
ironically
  57:12
is  4:18,23
  5:16 7:2,7,8

9:7,24 10:5,
20 11:17
13:4,5,13,20
17:1 23:8,10,
12,15 24:1,2
25:12,14,15
28:5 33:10,
12,20 34:2,5,
15,16,19,21,
22 35:24 36:3
38:2 39:2,3,
4,8 40:14
43:14,22
45:19 46:3,6,
8,21 47:19,23
48:2 49:16,17
51:9,13 52:24
53:23 54:22
55:7,19
56:10,11
57:1,22,24
58:2 59:15,
16,22 60:4
61:3,21 62:3
63:2 66:3,9,
21 67:10,12,
16 68:12 70:3
71:4 76:3,15,
16,23,24
77:15 78:12
79:23 81:5,6,
7,10,11 85:4
86:3,18 87:7,
11,13,17,24
88:10,11
91:13 92:19
94:13,18,20
96:4,24 97:25
98:4 101:3,7
103:3 104:15
108:18
isn't  51:19
issue  17:14
issues  11:9
  27:12 85:17
it  6:1,24
  7:18,22 8:5,
  10,16,18,19,
  21,23 9:1,6,

7,15,18 10:3,
5,13,25
11:10,15,19,
24,25 12:4,7,
8,9,11,13,18,
24 13:5,23
14:5,19,24,25
15:1,4,5,6,
11,12,17
16:4,7,16,22,
23,24 17:2,3,
4,14,17,23
18:3 19:7
21:3,9,18
22:5,7,11,13
23:2 24:1,2,
6,12,13,19
25:11 26:9,
12,13,14,17,
25 27:2,19,
22,24 28:4,5,
8 29:12,18,19
30:11,16,21
31:21,22,24
32:6 33:6,10
34:4,5,7,10,
13,21 36:2,6,
7,19 37:18,20
38:12,14,15,
16,19,24
39:2,3,8,9
40:24 41:2,6,
24 42:11,15,
16 44:24
45:11,18,25
46:1,6 47:3
48:16 49:11,
14,16,17,18,
19 50:6,7,9,
12,25 51:5,9,
12,14,21,23,
24 52:2,10,
11,21,22
53:16,25
54:1,4,8,9,
10,11,15,16,
21 55:6,16,17
56:3,25
57:10,14,20

58:12,16,22,
23 59:1,19,24
60:6,25 61:9
62:5,13,15,24
63:3,4,24
64:9,25 65:5,
6,16,17,18,
21,23,24 67:9
69:13 71:4,
16,22 72:3,25
73:13 74:13
75:5 76:5
77:7,9,18,19,
20,21,22,25
79:2,6,7,19
80:5,20
81:13,16,19,
24 82:1,2
83:4,11,17,19
84:5,9,16
85:4,11,12,16
86:8,13,15,20
87:1,4,5
92:7,16,21,22
93:17 94:11,
23 95:6 96:5,
7 98:19 99:3,
22 100:18,21,
22,23 103:15,
16 104:12,21
105:2,3,4,12,
24 106:4
107:12
108:14,20,24
it's  10:1,8
  25:4 34:20
  35:20 38:24
  41:3,24 43:21
  51:23 55:19
  59:21 65:19,
  20 66:22
  68:25 82:9,11
  87:12,16,19
  88:13 90:7,8
  97:20 105:6
its  87:13

Kimon Andreou
December 03, 2019                    18

**J**

jackpot
  41:23,24
jobs  18:19
joke  45:18
  56:15 96:5
joking  42:13
Judgmental
  35:9
jump  66:6
jumped  78:8
  92:5
just  4:22
  5:11 7:3,14
  9:1 10:13
  12:13,16,24
  13:5,7,10,14,
  19 16:23
  18:13 19:1
  22:8,14,15
  23:24 24:6
  30:13,25
  34:8,19 42:19
  43:18 44:9,
  11,12,13,23,
  24 49:11 51:4
  52:2,25
  54:14,15,16,
  23 55:11,17
  59:21 62:5,24
  63:11 66:14
  67:12 71:7
  72:23 73:14
  75:5 76:8
  81:19 85:24,
  25 86:14
  89:25 92:23
  93:17 95:5,14
  96:7 97:19,21
  102:9

**K**

Kass  4:18,19
keep  27:11
  49:7 50:9

  104:4,11
  106:4,19
kept  48:24
  56:3 71:7
  91:8
key  34:11
keyboard
  53:25
keys  15:8
  50:12
kimon  4:9,16
  25:5 36:7
  41:13 43:1
  66:1 76:17
  90:8 102:10
  105:16
kind  8:14
  30:2 59:20
kit  49:5
Kleiman  5:19,
  21 6:22 7:21
  8:3 11:2,6
  16:12 17:6,11
  19:17 20:13
  21:14 22:18,
  21 29:3 32:8
  35:15 37:5,6
  40:9 41:11,15
  46:22 52:17
  60:13 67:18,
  20 68:6 69:2
  96:10 102:13,
  19 104:15
  105:7
Kleiman's
  36:4
knew  13:10,19
  16:2 19:25
  31:14 32:14
  36:7 37:1,19,
  21 39:7 44:4
  46:15 56:14
  57:11,21,22
  60:24 61:18,
  19 63:3,17
  65:15 70:4
  74:4 83:19
  99:16

know  5:5,12,
  19,21 8:4
  10:12 11:2,20
  12:1,2,7,18
  17:4 18:1
  20:2,24 21:18
  22:21,23,24,
  25 24:17
  27:19 28:9,
  17,20,22 29:2
  30:3,12,13,
  18,24,25
  31:3,6,12,25
  32:4,17,20
  34:10,18
  36:18 39:4
  40:4,7 42:16,
  19 44:10,18
  45:2 46:11,
  13,14,16
  47:6,17 48:6,
  20 49:10,19
  50:20 52:16,
  21 53:2
  54:10,15 57:5
  59:1 60:9
  62:11 64:3
  65:17 69:17,
  18 72:9,23
  73:2,7,17,20,
  25 78:19
  79:18,19,21
  81:17 83:20,
  21,22,23,25
  84:1 88:8
  91:3,5 96:15,
  16,17 99:3
knowing  21:20
  51:17 55:22
  73:13
knowledge
  22:23 55:16
  56:9 74:1
  84:21,23
  91:22
known  53:21
  54:12 105:5,6

**L**

lady  29:17
language
  59:22
lap  15:9
laptop  15:8
  23:5 54:23
laptops  15:10
  23:4,7
large  4:5
  29:24 47:7
last  12:15
  33:2,3,6,8,
  18,22 42:12
  43:24 44:5
  47:16 60:18
  61:11 83:7,24
  90:3,4,8,17
  94:20 96:24
  101:23
late  10:15
  36:20 66:8
later  66:10
lawsuit  34:18
  60:13,16
lawyers  60:16
lax  13:13
laymen's  52:2
learn  36:15
  45:24
learned  96:25
least  8:2
  19:2 21:1
  39:4 50:6
  51:24 57:5
  69:25 72:2
  105:5 106:9
leave  22:8
  44:13 56:17
  70:16,18
leaving
  56:10,11
led  79:10
left  17:3
  44:9,11,12

Kimon Andreou
December 03, 2019

19

47:13,16,17
50:16 70:20
90:23 91:1,24
leg 103:9,14
legal 79:6,24
legally 17:5
less 10:4
22:13 68:23
84:3
let 5:12 7:7,
9 15:18 23:8
48:6 50:5,6
62:17 76:8
let's 41:4
76:5 78:23
84:17 93:5
102:2
letter 108:15
level 39:5
51:19 97:16
Levy 4:3 7:10
108:11,15
life 16:7
38:8 90:4
106:15
lift 15:1
light 21:3
light-hearted
96:1
like 9:17,21,
24 10:3,16
11:24 12:12
13:8 14:5,23
15:13,24 16:4
17:15 20:4,22
22:1,5 29:19
38:20 41:24
46:20 49:14,
17 54:16 56:5
65:17 68:16
73:14 74:13
79:7 84:2
87:6 91:13
107:3
liked 16:1
23:7,18
75:14,16,18
77:20

line 4:21
56:22 99:6
link 34:2,3,7
87:12,16
Linkedin
94:22,25 95:1
links 87:20
listened
101:9
lists 20:19
little 18:12
63:6 66:10
70:19 78:23
93:14 102:2
live 45:20
64:9
lived 98:24
living 31:18,
23 98:17,19
load 93:17
location
18:23 39:9
lock 16:24
54:23 70:6
locker 75:18
102:16,19,25
103:3,6
lodge 6:11
log 13:17
54:4 55:1,4
logging 53:22
logic 9:13
10:1 16:21
long 45:16
52:21,23
53:23 55:3,4
66:12 83:7
89:13 99:25
100:15
longer 28:7,
12
Longhorn
99:8,9
look 14:23
38:21 39:13
47:18 48:6
49:14 58:24

82:11 90:4
looked 49:17
looking 18:13
36:18 44:4
79:24 90:7
95:5 107:22
Looks 15:24
lot 10:6,9
18:22 19:4
29:12,13
49:1,3 98:9
99:13 103:19
lots 54:13
73:10
lottery 84:1,
6,8,10
Lotto 41:15,
16 42:20
luck 57:1
59:25 60:2
lunch 83:9,10

---

**M**

macro 10:3
made 16:7
30:11 39:10
51:14
mail 78:18,24
79:5
mailing 20:18
main 8:17 9:3
59:22 87:2
92:8,16
major 11:17
make 7:9 9:6
18:6 21:9
26:21,25
40:24 47:3
50:19 54:9
87:4,17 101:2
108:10,16
makes 41:2
making 91:6,7
man 93:19
99:11 107:22,
25

manage 6:3
29:13
management
9:1
manually 87:6
many 12:12
57:5
March 43:6,23
78:14 89:22
90:20 95:9
96:8
Marco 86:7
mark 15:19
23:20 43:24
53:3 59:7
95:10
marked 15:21
23:22 33:14
35:12,20 46:5
47:21 53:5
59:9 66:17
marker 100:6,
18
market 65:20
marking 35:17
marriage
30:4,5,24
married 29:10
30:8,25 31:10
72:5 81:6,7
matter 21:21
51:12
matters 71:2,
7
may 6:15 7:1
28:19 36:3
38:12 51:11
95:20
maybe 7:24
11:16 16:17
18:4 22:9,11
33:3 35:9
42:25 46:15
64:24 83:8
91:13 93:14
94:22 107:12
Mcgovern 86:7

Mcilroy
  94:13,14,18
me  5:12 6:10
  7:9 8:7 9:22
  13:14 14:13
  15:18 16:2
  18:20,21,22,
  23 19:1,5
  20:6,21 21:1,
  16 23:8 25:18
  27:24 28:2,15
  30:10 33:9
  34:19,23
  35:4,5 36:5
  37:2,11,15,
  19,22 38:19,
  23 41:16,17
  42:7 44:4
  46:14 47:17
  48:6 50:6,25
  53:9 56:17
  57:10,12,24
  58:10 61:7,8,
  16,19,20
  62:6,17 63:2,
  4,17 64:7
  65:15 66:9
  67:7,12 71:17
  74:3 75:25
  76:8 82:14,19
  83:16 84:8,
  14,15 85:15,
  19 86:14,18
  88:1 89:6
  93:14 97:6
  100:21 103:8,
  22 104:10
mean  6:6 9:20
  14:13 17:4
  18:1 21:18
  34:25 49:1,4,
  15 50:4 52:23
  54:18,21
  58:22 63:8
  64:25 77:19
  100:20
  104:11,20
means  40:5

meant  61:10
  67:5,6,10
  87:7
meat  83:19
mechanics
  91:18 94:1
media  73:5
medical  27:16
  28:13 91:20
medically
  106:9
medication
  5:14
meet  21:2
  72:11 80:23
  81:21 99:6
meeting  66:11
  80:21 81:23
  82:24 83:3,7,
  16 85:8
meetings
  88:16
memorize
  55:18
memory  26:9
mention  15:13
  20:6 21:16
  22:18 24:23
  26:3,6 53:17
  63:15 71:11
  72:24 84:14
mentioned
  20:1 23:4
  32:11 46:19
  55:11 64:8
  65:9,14
  71:17,19
  75:23 78:8
  89:3,21 99:15
  107:11
message
  25:10,14,15,
  16 33:11
  44:23,24,25
  58:25 66:10
  90:6,19
  103:13,16

messages
  24:2,4,8
  26:14 41:11
  44:2 62:2
  74:20 85:24
  89:22 90:3,13
  95:4
Mestre  79:14,
  23 81:2,3,5,
  10 85:9,18
  86:3,12
Mestre's
  81:11,20
met  6:19 8:9
  29:19 31:9
  70:5 83:11
  89:6,7
Miami  11:13,
  18,21 12:16,
  24 13:4,5
  57:15,16
  59:18 63:4,10
  83:1 98:13
Michael  94:17
million  17:22
  42:2 58:17,19
  62:13
millions
  20:11 58:17
  60:3
mince  17:13
minor  12:7
minute  41:6
  62:20
minutes  41:4
  66:14
misrepresent
  95:6
miss  69:23
  78:5
Mississippi
  16:9,11,12
moderately
  9:24
mom  21:25
moment  5:11
money  18:6,9,

10 26:25
  41:17 42:20
  47:8 57:18
  58:6 62:10
  63:24 84:10
  94:10 101:1
month  10:20
  43:20 88:16
months  18:4,5
  22:11 26:17
  27:9 33:3
  85:13,15
  92:4,23
more  7:23
  9:24 10:4,6,
  7,8,9,16
  11:11 18:12
  22:13 25:1
  27:8 29:12,24
  38:20 40:24
  41:2 63:6
  73:14 80:18,
  20 84:3,9
  86:5 92:17
  96:1
mortgage  18:7
  25:1 26:10,
  11,18 32:9
  74:8,9 102:21
  103:20,23
  107:13
most  23:18
  56:23 85:20
mostly  10:19
  11:13 82:10,
  11
motorcycle
  8:8
Moulton  48:7
Moulton's
  48:11
mouth  45:14
moved  29:16
  31:12,22 71:1
  99:2
Mr  4:13,17,
  19,20,23 5:1,
  2,19,21 6:8,

Kimon Andreou
December 03, 2019

21

14,16,20,22,
23,25 7:2,5,
10,13,20,21
8:3 11:4,5
14:10,11,22
15:18,22
17:18,21,24
18:11 19:17
20:13 21:6,8,
11,13 23:10,
12,14,16,20,
23 24:18,20,
22 25:2,3,6,
7,8,9,17,19
26:23 27:1,5,
14,18,21,23
28:10,14,16,
20 29:1,8
30:1,17,23
31:5,7,8,11
32:2,7,10,19,
23,24,25
33:1,12,15,
21,22,23,24
35:13,17,19,
21,23 36:17,
22 37:7,9,14
38:1,3,5
39:18,21,23
40:1,3,20,22
41:1,4,5,9,10
42:14,18,21,
22 43:3,5
44:15,17
46:3,7 47:9,
11,15,19,22
48:25 49:6,8,
13,23,25
50:2,23 51:3,
7 52:1,5,8,
12,15 53:3,6
54:20,24
55:13,24
56:2,4,6,8,
12,19 58:15,
18 59:2,3,5,
7,10 60:23
61:1,3,5
62:14,17,19,

22,23,24,25
63:11,15,21,
23,25 64:2,4,
5,16,18,20,22
65:10,11,24,
25 66:2 67:3,
4 73:16,18
76:3 78:19,20
79:16,17,18,
19,21 80:4,6
81:3,10,11
82:7 83:4
86:1,2,6,9
87:22,23
88:4,6,7
95:19 97:11
99:18 101:5,
6,15,19,21
102:2,6,9,11,
12,13,22,24
103:2,5,8,9,
10,12,21,24
104:1,3,5,7,
9,13,15,17,
19,23 105:1,
7,9,11,13,15,
17,25 106:2,
6,7,10,12,16,
18 107:11
108:5,7,8,11,
15,21,23,24
**MRSA** 28:6
**Ms** 86:7
**much** 10:1
24:25 26:21
29:12 37:21
53:2 57:1,20
58:14 62:10
65:17 69:14
70:2 73:13
88:20 99:12
100:3 101:8
107:8
**multiple**
40:18
**must** 99:22
**my** 9:5 11:23
22:12,13,22
24:3,5 25:22

26:5,9 29:21,
22 30:14 32:3
34:8 35:5
36:7,19,20
37:8 39:1,4
44:2 45:22
51:19 53:10
55:16,18
57:22 58:24
59:19 61:3,20
62:3 65:16
66:3 69:17
78:22 81:18
82:10 85:20
89:17 96:21
100:10,22
**myself** 7:12
24:3

---

### N

**name** 4:15
22:3 30:12
31:12,25
48:11 57:16
58:21 59:21
61:3 66:3
81:4,5,16
86:8 89:3
**named** 81:9
**names** 48:6
**natural** 38:13
**near** 36:2
**need** 5:8,11
6:11 7:9 29:3
59:16 85:16
**needed** 57:5
93:24
**needs** 59:15
**never** 11:19
14:18 19:22
21:4 28:15
32:11 36:13
42:16 44:23
49:10,18
50:6,16 56:13
64:7 65:9
107:18,20

**new** 30:6
**news** 34:6
37:21 46:16
65:1,7 104:16
**next** 15:2
43:14 47:24
53:17 85:8,15
87:13,14 89:9
**nice** 77:21,24
**nicest** 35:9
**night** 22:5
60:18 61:12
**Nine** 25:6
**no** 5:4,6,15,
18 9:18 12:5
13:15 15:20
17:4,10 20:6,
9,12,15
22:20,22,23
23:21 25:25
26:2,5,9
28:12 31:4,9,
14 32:3 33:13
35:11 38:4,9,
11 39:12,14,
17,22 40:2,21
43:14 44:9,20
45:1 46:4
47:1,4,10,16,
20 48:11
52:19,21 53:4
54:3 56:3,13
57:3 59:8
60:10,15
63:18,22
64:17,21
65:18 69:6
72:6 73:9,19
74:19 76:4,7
77:18 79:22
80:20 82:18
83:10 84:20,
23,25 85:7
88:5 91:23
92:4,15 93:4,
8 94:10,17,19
95:3,16,24
96:9 102:7
103:4,11

Kimon Andreou
December 03, 2019

22

105:10,14
106:17
**nobody** 4:22
13:14 55:23
**Nope** 50:8
**nor** 50:6
94:10
**normal** 15:11
**not** 7:4,5,6,
24 9:19,21
13:18,20
14:12,21
17:5,8,13
18:8,22 20:6,
12 21:7,12
22:20 24:25
25:22 26:5
27:20 28:22,
23,24 29:18
30:7 31:9,18
32:4 34:21
35:9 36:15
37:2 38:4,9,
12 39:5,12
40:14,21 41:3
42:8,25
43:14,20
44:23 46:13
48:12 49:15,
21 50:1,5,20
52:18 53:15
54:9 56:25
57:24 62:15
71:5,7,8 72:5
75:8,10 79:2,
3,21,22
84:14,22
85:18,20
91:23 95:16
96:14,15,16,
18,19 97:15
98:2,10
100:5,20,21
101:2 102:23
103:3 104:10
105:2,7,10
107:16,22
**Notary** 4:4

**note** 43:16
44:6 59:15
**notes** 16:17
60:24
**nothing** 11:16
15:11 38:19
58:13 67:17,
20 68:5,10
73:11 75:4
**notice** 6:8
46:21
**now** 17:4
24:24 43:15
59:14 60:3
61:11 62:12
77:13,19 93:9
94:18 100:20
104:16
**number** 9:4
35:18 41:24
**numbers** 26:24
41:19,20,21
53:1
**nurses** 13:18
44:4 97:6

---

**O**

**oath** 5:8
**object** 6:23
7:2 11:4
14:10 17:18,
24 21:6,11
24:18,22
25:17 26:23
27:5,18,23
28:14 29:8
30:17 31:5,8
32:2,10,25
37:7,14 38:3
39:21 40:1,20
41:1 42:14,21
44:15 47:9,15
48:25 49:8
50:23 51:7
52:12 54:20
55:13 56:2,6,
12 58:15

62:14 63:21,
25 64:16,20
65:10 73:16
101:5 102:22
103:2,10,21
104:1,5,9,17,
23 105:9,13
106:10
**objection**
6:11 7:9
36:17 67:3
86:12 87:22
88:4 101:15
105:25 106:6,
16
**obviously**
70:24
**occasion** 14:2
41:16 42:5
**occasionally**
75:18 99:6
**odd** 18:9
34:23,25
35:1,8 84:5
**of** 4:5,20,24
5:24,25 6:3
8:14,19,21,22
9:2,4,24
10:7,24 11:24
12:5,10,24,25
13:5,6,18
14:8,13,15
15:2,16 16:6,
15,17,19,21
17:11,22
18:4,5,6,18,
22 19:8,13,25
20:5,10,11,18
21:3 23:5
24:5 25:5,23
26:3,16,25
27:9,10,12,15
28:8,13,24
30:2,14
31:12,25
32:17,20 34:5
35:15 36:2,19
38:14,18
39:1,2,20,24,

25 42:15,19
44:14,16
45:7,19,23
46:13,16
47:6,8 48:5,
9,22 49:1,3,
16 50:19
51:10,20
52:18 53:23
54:11,13
56:1,9,10,17,
20,22 57:4,6,
8,15,20 58:21
59:1,15,18,
20,21 61:10
63:10,20
64:14,23
65:17,23
66:19 68:13
69:4,15,17,18
71:5,7 73:1,
2,10 74:1,13
75:5,23 76:5,
17,25 77:1,5
78:14,15,21,
22 79:3,8,10,
11,19,25
80:6,14 81:9,
10,19 82:10,
18 83:1,2,11,
19,23 84:21,
23 85:20
86:8,22,23
87:2,10,12,
13,14,15,16,
19 88:2,11,
18,21 89:3,
11,22,25
90:4,13,16
91:10,18,22
92:8,12 93:6,
12 94:1,16,23
97:12,16
98:11,13
99:2,11 100:7
101:3,4,20
103:17,19
105:4 107:5,
25 108:9

Kimon Andreou
December 03, 2019

23

| | | | |
|---|---|---|---|
| **off** 13:5 16:7 24:5 26:22 29:15 62:18, 19,21 70:11 73:4,15 76:14 78:8 82:10 | 54:1,6,22,23 57:5,8 58:4 59:5,15 60:8 62:22,25 64:23 65:16 67:1,15 68:1, 6,10,19 71:1, 21 72:11,20 73:3,7 77:10, 21 78:21 79:22 84:1 85:10 86:16 88:16 90:7,23 91:1,7,20 94:22 95:9,21 96:1,20 97:6, 8 98:5 101:12 102:6 103:19 104:14 106:15 108:17 | 95:5 | 22 55:21 56:10 57:6,19 58:6,19,25 59:23 60:2 63:9 65:20 67:5 68:9 71:12,22 72:1,8,24 73:10,19,20 78:14,19,25 79:16,17,19 80:6 82:9 84:3,21,24 85:10,13,24 86:7,22,23 87:6 89:19 90:4,23 91:3, 5 94:5,20 99:3 100:18 101:17 103:16 104:18,20 108:17,21 |
| | | **only** 14:1 29:11 31:1 48:17 57:4 60:21 63:12 65:13,22 74:3 76:3 86:3 98:23 101:24, 25 108:18 | |
| **offer** 39:10, 11 | | | |
| **offered** 35:7 38:21 | | **open** 4:21 37:5 | |
| **offering** 39:9 | | **opened** 11:14 | |
| **office** 8:6 22:8 80:3 89:8,14 | | **operating** 16:14 17:1 | |
| | | **opinion** 63:19 65:16 85:1,3 101:4,9,11,20 | |
| **officer** 5:25 | | | |
| **offices** 83:1 | | **opposed** 72:15 | |
| **often** 7:21 12:22 27:25 41:22 56:22 | | **Opposing** 16:6 | |
| | | **option** 51:9 | |
| **okay** 5:10,13 6:13 29:5,9 43:3,22 65:25 82:23 88:6 102:4 108:6 | **once** 26:19 45:10 62:5 88:16 98:24 99:15 105:7, 10 | **or** 4:10 5:23, 25 6:22 7:25 8:21 9:11 10:4,16,23 11:12,16 14:9,15,19 16:18 18:3 19:14 20:3,4, 22 21:20 22:11 23:1 24:6,24 26:14 27:15,19,25 28:6,8,24 30:7 31:24 33:3,9,11 34:6,20 36:15 37:16 38:7,13 39:6 40:16 41:20,23 42:7,8,11 43:16,17 44:10,21 45:16,25 46:16,18 47:6 48:13,14 49:20 51:5, 11,16,18 53:15 54:11, | **order** 15:4,5 |
| | | | **orient** 89:25 |
| | | | **originally** 36:14 70:5,10 |
| **old** 24:5,6 43:20 64:11 | **one** 9:15 11:10,13,14 14:1 16:2,15 19:17 22:9 27:12 29:15 30:14 31:2 32:3,21 34:5 49:16 53:23 55:3,19 56:17,20 57:6 59:1 65:13 66:15 68:20 69:4,15,17,18 72:2 73:2,19, 20 76:3,13 77:5 78:21 79:19 80:6 84:21,24 86:3,5 87:15 90:16 91:3,5 95:6 97:18 101:25 102:13 | | **Orlando** 20:25 21:2 72:3 |
| **on** 4:20,21, 23,24 9:1,5, 6,8,10 10:2 12:18 13:6 14:2,20 15:4, 9,16 16:19 17:6,19 18:7, 16 19:5,20 20:3 22:17 27:8,11 28:18 29:15 30:9 33:7,21 34:9 35:7,8,16 36:2 38:7 39:11 41:5,16 42:5,19 43:6, 11,23 44:12 46:16 47:13, 24 48:2 49:4, 7,10,23 50:6, 9 52:3,10 53:10,24 | | | **other** 12:25 18:18 20:24 22:15 29:17 32:8,9,12,17, 20 38:6 42:4, 5 48:10 49:10 50:18 68:16, 24 71:1 72:18 73:19,20 76:25 82:16 84:21,24 85:17,18 91:3,5 92:6 95:2 |
| | | | **others** 29:7 48:7 100:2 |
| | **ones** 32:12 53:23 79:11 | | **our** 10:22,24 24:9 66:7 68:13 87:1 108:10 |

Kimon Andreou
December 03, 2019

24

out 6:24
  10:23 11:19
  12:4,17,23
  13:11 16:18
  18:4 21:19
  27:9 28:1,3
  29:20 30:16
  45:25 46:8,11
  48:24 52:25
  55:20 56:25
  57:1,10,12,
  15,24 59:18
  61:16,17 62:3
  63:4,10 67:9,
  22 76:12 78:6
  85:15 86:25
  91:16 99:2
  101:3,11
  107:14
outreach
  88:14
over 7:15
  15:5,6 19:3
  22:8 26:14
  30:2 37:21
  38:23 40:24
  45:15 79:11
  85:6 97:11
overall 87:1
overriding
  40:13
own 12:18
  22:22 44:12
  47:13 90:23
  91:1
owned 23:15

P

packaged
  16:16
page 20:22
  25:4 33:18,22
  36:2 47:24
  76:17 90:7,8
paid 26:20
  28:24,25
  49:18

Paige 32:21,
  22,23 33:25
  34:12,16
  43:15 59:12,
  14 60:2 61:14
  66:21 67:15
  89:4
Paige's 67:17
pains 37:2
Palm 8:6
  10:20,21
  11:14 18:24
  19:2 31:22,23
  89:14 98:19,
  24 99:2
paper 40:10
papers 20:3
  39:25 71:21
paralyzed
  8:12 12:5
  106:13
paranoid 56:7
part 9:8 66:5
  71:7 74:13
  75:5 77:1
  81:19 86:22
  87:13,19
  88:11,21
  93:12
particular
  15:12 30:21
  41:19
particularly
  31:18
partner 89:20
partners
  78:21
partnership
  19:24 20:2,5
Paschal 4:13,
  17 5:1 6:20
  7:2,20 11:5
  14:11,22
  15:18,22
  17:21 18:11
  21:8,13
  23:12,16,20,
  23 24:20

25:2,3,7,9,19
  27:1,14,21
  28:10,16 29:1
  30:1,23 31:7,
  11 32:7,19
  33:1,12,15,
  22,24 35:13,
  19,21,23
  36:22 37:9
  38:1,5 39:23
  40:3,22 41:4,
  9 42:18,22
  43:5 44:17
  46:3,7 47:11,
  19,22 49:6,
  13,25 50:2
  51:3 52:1,8,
  15 53:3,6
  54:24 55:24
  56:4,8,19
  58:18 59:2,7,
  10 60:23
  61:1,5 62:17,
  23 63:23
  64:2,5,18,22
  65:11,24 67:3
  73:16 76:3
  78:19 79:16,
  19 80:4,6
  82:7 83:4
  86:1,2,9
  87:22 88:4,7
  95:19 97:11
  99:18 101:5,
  15,21 102:9,
  11,24 103:5,
  9,12,24
  104:3,7,13,19
  105:1,11,15,
  25 106:6,10,
  16 107:11
  108:7,21,24
Paschal's
  80:6 86:6
pass 39:7
  51:17 52:19
  53:20 54:25
  55:9,10,14,16
  57:1

passcodes
  52:16
passed 22:1
  45:24 46:9,
  12,22 77:3
  89:25
password
  39:6,12 51:18
  52:25 53:21,
  23 54:3,11
  55:2,3,4,6
passwords
  49:9 53:2
  54:13 55:5,23
  56:1
past 33:7
  57:22 61:19
  67:24 68:1
Pat 32:21,22
  33:3,4 42:8
  45:25 46:14,
  17 57:11,19,
  21 58:25 59:1
  61:16 63:4,9
  89:8,18
Pat's 63:7,9
Patrick 33:25
  34:12 42:23
  59:11 67:15,
  17,22 89:4,6,
  12
Patrick's
  56:24
pattern 55:17
pause 5:12
pay 26:17,18,
  19 27:2,4
  32:13 94:9
  102:21 103:1
paying 24:21
payments 18:7
  74:9
PBSO 18:21
  19:4,6 30:6
  46:14 89:19
penthouse
  15:16

people   16:10
  30:19 45:19
  46:2 48:5,10
  51:21 57:16
  59:23 64:8,24
  76:13,25
  105:5
percent   49:17
  50:1
period   32:14
  96:8,13 98:11
person   17:7,
  9,11 20:24
  31:16,20 36:5
  63:20 64:14
  80:10,24
  85:10 92:16
  94:14
personal
  22:2,22 38:25
  51:1 73:25
  74:1 84:23
personally
  34:20
philosophy
  29:11
phone   4:21
  15:3 24:3
  25:20 26:15
  35:7,9 41:5
  44:23 79:22
  80:14 85:10
phrase   39:7
  51:17 52:19
  53:20 54:25
  55:9,10,14
  57:1 97:12
phrases   55:16
physically
  22:16
pick   15:5
  53:10 100:24
picture   81:16
piece   48:14,
  17 76:21
  77:8,10,14,
  15,17 87:15

pilot   19:6
PIN   62:7,9
pinpoint
  10:13
Pissed   16:7
pizza   65:2,5
place   15:6
  45:10,21
  81:23 82:25
  108:16
plaintiff's
  63:12
plaintiffs
  4:21,24 66:4
planning
  64:14
Plantation
  98:18
play   41:20,22
plays   41:25
please   4:14
  43:3
point   7:6
  16:13 22:6
  34:9 35:5,8
  45:4 46:17
  57:22 59:24
  76:14 85:13
  87:1,13 93:5
  98:21 102:13
pointed   76:12
pointing   62:3
points   14:3
Polish   32:6
popular   105:3
Port   12:24
  83:1 98:13
posed   77:10
positions
  74:15
positive   21:3
possession
  39:20,25
possible
  57:20 85:4
  108:24

Possibly
  23:18
post   48:14,21
powerful
  23:18 56:23
practically
  12:25
pre-written
  93:16
predicted
  68:18
prefix   66:21
pregnant
  22:13
preserve
  82:22 86:11
press   30:11
presume   44:20
pretends
  45:13
pretty   13:13
  23:2 24:19
  34:21 68:19
  69:14 88:20
  100:23 101:8
  103:25 105:3
  106:8
previous
  100:2
primarily   9:4
prior   18:19
private   17:12
  19:19 21:15,
  24 69:9 93:10
  94:4
probably
  11:22 43:12
problem   56:5
problems
  24:21 26:17
  27:16
procedure
  13:9,13,16
procedures
  14:8,14
proceed   6:15

process   9:9
produce   24:8
  82:14,16
produced
  82:1,17,18
product   8:17
  9:3 86:19
  87:2
production
  79:10
productionaliz
  e   87:4
professional
  4:4 71:2
professionally
  72:8
program   9:15
  10:6 57:6,7
  88:1,14,21
  93:15 94:1
programmer
  9:17,19
programming
  9:22 10:6
progressed
  12:14
progressively
  22:12
promise   80:22
prompt   54:9
prompting
  54:11
prone   12:6
property   20:8
protect   39:2
protected
  49:17 50:3
proud   19:10
  26:2
provide   75:2
  79:7
public   4:4
  30:11 51:15
published
  19:8 51:15
publishing
  19:12 20:3

Kimon Andreou
December 03, 2019

26

71:20,21,23,
24 72:20
pull   45:13
purchasing
84:6,8
purposes   39:3
put   9:14,25
15:15 26:14
38:25 45:21
54:3 55:5,6
57:17

**Q**

QA   6:3,6 9:5
quality   6:6,7
quarter   88:16
query   59:22
question   7:8
20:5 23:10
43:24 60:21
84:1 95:9
questioned
16:4
questions   5:7
6:9,12 30:14
66:24 68:18
73:21 84:4
102:7,9
quick   5:12
quickly   6:9
quiet   17:17,
23
Quintairos
81:5,10
quit   106:15
quite   20:1
26:25 46:1
quote   20:23
69:9

**R**

ran   57:17
random   40:19
41:20,21
55:16,17 96:6

101:17
range   10:23
re-financed
26:15
re-format
40:18
re-formated
39:19
re-formating
40:4
reach   15:7
57:10 61:17
63:4
reached   55:20
57:11,24
61:16 67:22
85:15
read   26:8
77:14,19,20
108:10,14,20,
21,22
reading
108:13
ready   59:5
real   9:22
13:15 19:11
realized   12:8
really   10:11,
24 11:19
13:12 17:8
29:3,18
45:12,17
49:11 55:23
57:22 60:21
64:25 65:20
105:18
reason   5:16
11:23 48:11
67:22
recall   24:12
28:11 69:2
73:23 74:7
89:23 92:7,12
95:20 103:13,
15
received
46:21,25
78:18,24,25

79:4,24 81:15
96:9
receiving
79:13
recess   41:8
59:4 102:5
recognize
15:23 23:24
33:16 53:7
59:11
recognized
97:6
recollection
25:22 26:5
74:10 85:20
record   4:15
7:3,7 59:6
62:18,19,21,
22,25 67:12
102:6
records   91:20
recover
40:15,25
57:20 58:8
recovered
60:9
recovering
60:3 67:14
72:25 73:3,15
RECROSS
105:16
red   49:20
REDIRECT
102:10
refer   16:10
reference
55:18 60:7
references
62:3
referencing
55:7 59:24
referring
34:16 53:11
55:14 57:2
58:3 59:17
60:4 61:14
99:25

refinance
103:20,23
104:12
refinanced
103:23
refined   99:11
reformat
40:23
reformatting
40:10,12
refreshed
74:10
regarding
67:13 68:6
73:22
Registered
4:4
regretfully
77:2
related   20:8
32:18 35:8
80:13 81:1,17
relationship
6:21,22 19:16
70:10 71:8
72:8 74:14
75:5 83:20
88:12 89:12,
16
relationships
29:7,23
106:24
relatively
30:6
relay   20:21
remark   43:18
remember
13:6,21 18:25
22:3,4 23:5
26:8,14,24
28:23 31:14,
15,19 32:5
33:6,8 34:2,
20 35:5 45:11
46:1,19,24
48:9,21,22,23
49:15 54:8,12
57:14 58:22

```
62:10 64:13          rest  18:6           83:4 85:9,18        91:1,9,10
65:3,8,14             27:9 87:16          86:3,12             97:7 98:2,7,9
69:21 71:22        restart  53:2        role  30:7            99:24 102:13,
77:17,18,19        restaurant             68:2                16 103:13
78:20 80:5,14        99:7              room  13:24,25         108:11,21
82:10 86:8         resume  15:24          14:1,3,9,19,      sale  26:13
89:9 90:23           18:13               20,23,25          same  23:9,12
96:19,20           reverse  35:25        15:11 50:14          29:17 40:15
97:24 99:21        Rick  4:3             75:18 102:16,        43:15 47:24
remembered         riding  8:7           20,25 103:3,6        51:24 70:20
  62:16            right  11:15        rough  23:2            84:3 93:6
remotely             13:5 36:24        routine  10:22      saver  63:20
  86:22              37:6 38:21          12:12             saw  34:13
repeat  61:13        43:9 46:22        Royal  13:3            66:10 72:18
repeated             47:14,25 48:3       83:2,12 92:2,        74:20 99:5,13
  61:11             52:11 54:19          5 93:1,3         say  6:6 7:9
reported             55:8 61:11,25       98:15               8:1 9:20
  38:15,16          62:12 63:13       rugged  49:16          10:15 11:22,
reporter  4:4       66:9,12,19        run  93:16             23 13:19,21
  5:9 108:11,25     67:15 68:17,     running  92:16          14:12 20:14,
represent            20 69:10,16,       94:14 96:5           16,23 21:16,
  4:17,19 66:3      19,21 70:2                               22 24:24 25:4
representing        71:2,14 72:5,                            26:10 28:2
  80:12             18 74:18        ┌──────────────┐         30:20 34:22
reputation          75:7,12,20      │      S       │         35:3 42:4,5,6
  105:4             76:18,22        └──────────────┘         43:17 49:17,
request  78:25      77:11 80:1,4                             20 50:12
  81:20 82:13       82:2,20 87:21   S-DOC  5:23              53:9,12 54:16
respective          92:2,21          8:14,15,17             55:8 56:15
  74:15 101:12      93:19,22         9:11 17:2              60:2 63:8
respond             95:7,10,12       18:4 57:3              71:4 78:2
  28:19,21          96:10 97:14,    S-LOK  16:14            87:19,24
  34:22 37:1        23 101:4,13      17:1 86:16,            93:5,23 96:7
  43:9 47:2         102:14           18,19 88:1            100:21
  48:16 95:12,     103:20,25        said  18:2            saying  38:17
  15 97:18          104:16,22        26:9 28:15             56:16 77:7
responded          105:8,19          30:3 34:13             85:15
  44:2             106:9,13          35:2 36:6            says  34:13,15
responding         107:14,16,18,     39:12 42:13            36:2,7 42:1
  44:3 76:20        20,23 108:8,     43:7 44:4,5            43:24 56:25
responds            10,12            45:1,3,14,17           59:14 60:2
  34:12          ring  48:7          46:17 47:7            90:7,16
response         rings  48:7,12      49:22 50:3             96:23,24
  20:21,22 24:9  risk  56:5          54:14 61:9             97:19,20,21
  56:24 81:20    Ritz  15:16         63:3,18            schedule  7:23
responses  5:8   Rivero  78:20       65:13,17 67:8         80:20 85:14
  77:5            79:13,17,18,       68:21,23           scheduling
                  21,23 81:1,20      69:6,8 71:17,          68:16 85:12,
                                     19 72:1
                                     77:17,18
                                     81:17 84:9
```

Kimon Andreou
December 03, 2019

28

| | | | |
|---|---|---|---|
| 17 | seedy 105:4 | 57:16 | sides 6:4 |
| Scott 48:7,11 | seeing 36:15 | setting 79:25 | sight 50:16 |
| scrape 14:15 | 45:16 | 80:9 85:13 | signed 58:7 |
| screen 54:16, | seem 21:9 | settings 9:13 | significant |
| 17 55:1 | seemed 29:19 | several 11:8 | 29:7 |
| screw 45:18 | seemingly | 76:13 98:12 | signs 19:3 |
| script 9:21, | 27:9 | share 14:3 | similar 88:2 |
| 23,24 10:5 | seems 65:17 | 25:18 69:13 | simple 9:21, |
| scripts 16:17 | 73:14 | 71:8 84:10 | 25 57:6 |
| 93:16 | seen 43:19 | shared 10:18 | simpler 29:12 |
| second 6:10 | 45:10 104:21 | 52:16 69:12 | since 19:5 |
| 18:13 25:10 | 105:2 | 71:4 101:20 | 57:21,24 |
| 30:24 31:25 | selected | 106:3 | 60:13,16 |
| 43:3 62:18 | 53:16 | she 22:1 | 66:16 84:23 |
| 90:8 | Self 107:9 | 29:16,18 | 89:13 96:19 |
| secret 51:17 | send 41:16 | 30:6,7,9 | sincere |
| sector 88:25 | 43:16 82:13 | 31:17,23 | 42:15,17 |
| secure 8:18, | 96:22 97:12 | 32:4,5,6 | single 16:8, |
| 19 9:9 38:24 | 108:15 | 81:6,7,10,11, | 18 |
| 40:14 51:1,2, | sending 25:16 | 17 100:11 | sir 102:7 |
| 13 70:6 | 96:18 | sheet 108:17 | sister 81:10, |
| 72:24,25 73:1 | sense 30:15 | Sheriff's 8:6 | 11 |
| 86:19 87:5, | sent 44:6 | 89:14 | sites 34:5 |
| 17,20 92:19 | 45:25 46:8 | shock 34:8 | situation |
| secured 55:21 | 81:16 97:8 | shocking | 24:16 73:22 |
| securing 87:3 | sentence | 97:16 | 74:1 |
| security | 53:17 | short 11:15 | skill 39:4 |
| 5:23,24,25 | separated | 26:13 | 51:19 |
| 6:2 7:16,17 | 14:5 | shorter 100:3 | small 76:21 |
| 9:6,10,11 | sequel 59:20, | Shortly 81:25 | 77:7 |
| 13:10,13,15 | 21 61:10 | should 9:25 | so 5:8 6:17 |
| 20:18 39:1,2 | series 9:24 | 16:5 | 7:2,7,18,23 |
| 56:5,7 70:7, | 90:12 | show 7:23,24 | 8:19,21 9:10, |
| 8,16 86:15 | serious 29:19 | 10:20,21 | 14,15 10:8, |
| 88:2 91:24 | seriously | 15:18 | 10,15,16,20, |
| 92:8 94:14 | 17:2 | showing 74:10 | 22,24 11:25 |
| see 7:21 8:1 | server 6:4 | shown 89:21 | 12:7,9,24,25 |
| 19:2 25:11 | 8:23,24 9:1, | 95:4 | 13:19 14:17 |
| 29:14 36:20 | 10 16:19 | shows 7:18 | 15:4,7,18 |
| 39:15 43:14, | 58:2,4 86:20, | 10:19 75:14 | 16:7,21,23 |
| 21 48:14,15 | 22,23,24 87:5 | shut 17:3 | 17:6,12 18:3, |
| 49:11 50:5 | servers 9:9 | 20:24 | 7 19:7,14 |
| 54:7 66:17 | 87:3 | shy 17:7 69:5 | 21:4,23 23:2 |
| 72:2,13,14 | services 94:9 | sick 91:10,13 | 24:25 25:10 |
| 76:24 80:1 | session 82:9 | side 6:3,5 | 27:2,11,25 |
| 90:10,17 | set 39:4 | 9:5,6 12:25 | 28:4,7 29:2,9 |
| 96:25 97:3,5 | 51:19 54:8 | 13:6 68:22 | 30:19,24 |
| 102:3 | | | 31:24 33:7 |

Kimon Andreou
December 03, 2019

29

34:7,9 35:1
36:2,20 37:5,
21 38:14,22
39:4,7 40:14
42:24 43:6,
15,19,21
44:1,4 45:1,
15,20,21
46:14 47:5
50:24 51:4,8,
14 52:24
53:23 54:3,6
55:2,5,18,19
56:22 57:3,5,
11,19,25
58:6,8 59:22,
24 60:24
61:19 62:24
63:2,5,15,24
64:12,13
67:12 68:9
69:19 72:13
74:4 76:24
78:23 79:8
82:1,20 83:11
84:2,3 85:13
86:20,22,25
87:3,4,12,15
88:13 90:3,4
92:1 93:5,15,
16,18 95:9
96:8 97:5,25
99:2,12,22
100:4,5
104:21 105:6
106:1 107:8
social  10:24
39:1 72:8
83:17 106:23
software  6:2,
3 9:10 24:5,
14 38:22,23
39:6,7 51:8
92:18
solid  51:23
solutions
8:22 92:19
94:15

some  7:16
14:13,15 20:3
22:6 27:15
30:2 35:8
38:11,13
43:18 46:17,
18 48:11,22
49:20,21
54:10 57:8,20
60:2,3 67:14
68:24 71:4,
20,21 74:4,11
79:11 80:10
85:12 86:22,
24 88:2
89:19,22
92:10,18
93:16 95:4
96:1 97:15
99:5
somebody
14:3,6 17:16,
22 18:1 19:19
20:20 30:9,15
52:9 57:15
65:1 81:9
somehow  32:13
55:18
someone  56:11
81:6 85:9
86:21 87:6
93:24
something
5:25 10:4
11:12 17:16
18:2 20:4
24:25 27:25
28:6,8 37:24
42:7,8,25
46:18,19 51:2
52:9 54:14
57:6 58:25
65:20 77:10,
24 78:18,24
79:1 86:25
96:4 100:7
sometime  8:5
11:25 81:24
96:22 99:23

100:4,18
sometimes
7:24 11:9
14:14 15:10
28:1 41:17,18
94:3 100:17
somewhere
10:22 13:20
14:17,19
72:15 97:20
99:5
soon  108:24
sorry  6:24
35:19,24 42:9
56:15 64:4
sort  5:25
14:8 16:5,19
20:5 45:19
48:22 86:23
87:12 88:18
89:19,25
97:12 101:3
105:3 107:5
sorts  79:8
sought  101:11
sounded  35:8
38:20 42:15,
17
source  51:22
57:4
space  7:17
speak  21:3,
24,25 30:16
32:23 44:21
66:4 79:18,21
80:10 83:23
speaking
75:25
special  11:16
53:24
specific
60:22
specifically
66:25 69:5
73:5 82:18
86:16 90:12
95:20 100:21

spell  16:9
spend  22:9
spent  92:4
spinal  13:23
split  42:20
spoke  20:13,
17 31:1 33:2,
8 35:7 36:6
44:24 46:17
61:25 75:25
76:3 78:19
79:16 80:4
83:24 94:20
96:12 103:16
spoken  36:11
47:7 76:6
83:21 96:19
SQL  59:16,22
63:2 67:13
stamped  66:21
start  6:1
10:2,11 16:23
41:7 53:22
66:5,7
start-up  8:16
started  5:23
6:24 7:14,15
10:10,15 12:4
30:9 54:15
70:10
starts  35:16
stashed  20:11
state  4:5,14
stating  7:3
stay  11:9
28:7 99:25
100:15
stayed  12:15
70:23
Steakhouse
99:9
sticks  15:8
still  8:6
17:1,5 34:13,
15,16 37:2,25
43:16 45:1
60:6 82:20

Kimon Andreou
December 03, 2019                                                    30

83:14 97:9
  98:4,5,24
stocks 64:3,6
stole 17:22
  21:4,9
stolen 58:14
  60:4
stood 48:24
storage 8:19
  73:5
store 40:18
stories 18:15
story 46:18
strength 9:9
strike 70:4
  84:11
stripper
  29:15 31:12
  32:1,4
strippers
  29:11
strong 57:22
  61:20
structure
  59:21
stuck 54:9
stuff 14:16
  15:2 16:2,20
  22:2 30:3
  40:19 49:1
  54:11
stung 30:21
subpoena 24:9
  78:25 79:2
such 73:5
sued 34:4
sufficient
  107:9
Suffolk
  18:21,25 19:1
suicide 38:13
  45:12
suing 34:15,
  16,19,23
suit 61:20
suite 15:16

summer 33:7
sun 16:8
super 55:3,4
support 38:18
  65:18
supported
  65:19
sure 7:8 9:6
  14:12,21 17:5
  18:8 29:18
  30:7 46:13
  48:12 49:15
  50:1 53:16
  59:3 79:2
  87:17 100:20,
  21,23 108:10
surname 81:9,
  17
surprised
  28:23,24
suspicions
  38:12
switches
  18:24
sworn 4:10
system 8:18
  9:1 16:14

            T

table 15:2
take 5:9,11,
  12 18:8 22:9
  26:16 27:8
  39:10,13
  41:4,6 52:22
  59:2 60:6
  81:23 82:24
  96:23 102:2
  107:25 108:24
taken 4:3
  12:9 14:9
  41:8 59:4
  60:7 102:5
takes 108:16
Taking 80:9
  83:17

talk 18:12,
  14,17,18,20
  19:4,8 21:14
  25:1 26:10
  27:22 31:16
  36:8 38:11,13
  50:7 70:2
  74:17 80:8
  81:13 101:16
talked 45:13
  61:15 71:11
  73:13 74:5,14
  84:3 85:9
  93:18
talking 21:22
  22:2 31:6
  34:4 48:9
  55:9,10 64:24
  65:8 73:14
  83:19,21 84:8
  85:13 102:12
tasked 86:25
taste 99:11
technical
  19:14
technology
  8:25 72:21
  87:8,11,20
  88:19 101:12
  105:5
telephone
  4:24
tell 10:11
  14:13 17:15
  18:21,22,23
  19:20,23
  20:7,10 25:18
  27:15,24 28:2
  29:6 30:3,19
  36:23 39:24
  40:17 44:7
  47:17 56:10
  62:25 67:5
  68:12 71:17
  77:6,14
  80:11,18
  83:16 84:11,
  12 85:1,4
  86:14 89:6

103:22 104:10
telling 28:11
  30:10 33:9
  47:6 62:12
  77:23
ten 8:10 84:6
tendency 6:9
term 8:22
terms 52:2
testified
  4:11
testimony
  5:17
testing 9:6
text 22:14
  24:2,4,8
  41:10 43:6,23
  44:23,24,25
  58:25 62:2
  74:20 85:24
  89:22 90:3,6,
  13 95:4,7,15
  96:1,9,22,23
  97:8 103:13,
  16
texted 43:21
  95:5
texts 74:5,11
  99:5
than 32:9,12,
  17 38:6 42:4
  48:10 68:16
  73:14 85:17
thank 6:14
  25:8 33:23
  43:4 102:6,8
  108:7
Thanks 36:9
  108:23
that 5:8,25
  6:1,5 7:10,25
  8:11,18,24
  9:2,3,4,6,7,
  8,11,14,25
  10:13,17,21,
  22,24 11:10,
  18,19,20,23
  12:15,19

Kimon Andreou
December 03, 2019

13:18 14:5,
16,17,18,20
15:1,9,13
16:2,5,15,21,
22,23,25
18:8,12 19:4,
5,9,10,11,12,
18,20 20:2,4,
5,7,10,21,22,
23,24 21:16,
18,19,20,21,
23 22:18,25
23:1,8 24:2,
7,13,23,24
25:2,10,12,
14,15 26:2,6,
12,13,16,17,
20 27:2,6,13,
16 28:2,7,11,
12,15,17,22,
23 29:10,14,
15,17 30:10,
11,13,15,19,
20,25 31:16,
20,23,24
32:1,3,12
33:11 34:3,
18,19 35:1,2,
8,15,24 36:3,
5,14 37:2,8,
16,21,23,24
38:7,11,12,
14,15,18,19,
23 39:4,5,10,
18,24 40:7,9,
17 42:5,6,11,
13 43:11,20
44:9,24,25
45:15,19,21,
24,25 46:8,
11,15,16,18,
20,21,22
47:5,7,16
48:2,14,15,
16,19,24
49:7,12 50:3,
4,17,25 51:2,
5,9,10,11,12,
14,15,16,19,

20,21,22
52:13,18,19,
20,21,22
53:16 54:4,
11,18,21,22
55:2,10,15,
17,22,23 56:5
57:1,8,11,15,
22 58:1,2,4,
5,7,11,12,14
59:17,25
60:7,19
61:10,11,13,
14,15,18,19,
22 62:5,15
63:5,9,11,17
64:7,8 65:3,
6,7,8,13,16,
20,22,23
66:5,9,12,15,
17,19,21,25
67:9,10,13,
14,16 68:12,
13,16,20,23
69:2,9 70:3,
4,5,19,23
71:1,4,7,19
73:23 74:21,
24 75:24
76:12,15,16,
20,23,24
77:3,5,10,14,
17,19,20
78:5,6,8,23
79:9,10,13,22
80:12,16,19,
22 81:19,23
82:24 83:3,7,
16,18 84:2,4,
9,10,11,14,
15,17,18,20,
21,24 85:4,5,
8,14,18 86:3,
15,19,20
87:2,13,15,
17,19,24
88:1,10,11,25
89:13,21,23
90:6,10,17,

19,24 91:3,5,
8,10,20,22
92:6,7,9,15,
16,19,22,23
93:5,13,15,
16,17,23
94:3,5,7
96:4,6,12,17,
18,19,21,22,
23,24,25
97:11,12,18,
24 98:24
99:1,3,15,19
100:6,20
101:2,7,17,23
102:14,16
103:3,7,13,
17,25 104:8,
14 105:6,7,23
107:14,22,25
108:3,10,13,
14,16,18
**that's**  6:18
8:9 9:22 10:4
15:6 21:1
27:12 32:6
34:7 37:18,23
44:5 45:22
47:24 49:9
53:2 57:11,
23,24,25 58:5
59:23 65:21,
24 68:4 76:17
77:21 78:3
81:17,18 84:3
86:13 94:23
95:19 97:17,
25 100:17
102:15,23
104:12 107:15
108:5
**their**  21:17
57:17 80:3
84:12 89:15
**them**  21:2
32:16 34:20
39:16,20,25
46:13 52:10
54:13 55:18

72:11 81:21
82:4 84:11
85:1,23 90:4
92:18
**then**  6:5,12
7:10 8:23
12:13 16:19
18:6,18 19:7
20:20,21
22:10,13
24:24 26:18
27:3,11
29:16,21
31:25 34:22
35:3,7 37:1,
20 40:17,23
43:16,23
48:13,16
51:11 52:3
53:1,17 54:5
55:8 57:7
59:14 63:4,5
69:8 74:24
78:18 81:20
82:2 84:23
85:12,14,15
87:16 89:8,19
92:5 95:25
97:18 98:4,12
100:9
**there**  5:16,23
6:4,17 7:25
8:22,25 10:1,
6 11:9,11,15,
24 12:8,14
13:7,8,12,14,
17,20 15:4,6,
7 17:4 20:18
22:8 24:13
28:8 29:14,
15,17 30:6,7,
10 34:9 39:1
41:19,23
43:18 46:15
48:23 49:10
50:20,21
51:13 54:3
55:19 57:7
58:4,9,11,12,

Kimon Andreou
December 03, 2019

13 59:19,20
60:5 62:11
65:13 70:13
72:1 73:10
79:20 80:7,22
83:10,14
84:1,2 85:24
86:5 91:9
92:3,13,24
93:1,9,12,24
95:14 97:3,20
100:2
**there's** 54:18
62:3 65:18
87:12 90:6
**thereupon** 4:8
41:8 59:4
102:5
**these** 15:25
16:7,19
18:18,24
19:13 24:4,8
25:23 26:4,
21,22 27:3,12
48:5 55:15,22
**they** 13:19
14:14,15,17,
18,19,20
18:23,24 19:2
20:2 21:1,17
24:25 27:25
28:2,5,6
29:22,23
30:11 31:17
32:15 35:2
44:4,7 51:16
71:19,21
72:7,8,9,17,
18,20 73:7,14
79:25 80:11,
18,20,23
84:5,12,14,
15,17 85:5
88:14,15
89:13,15,17,
19 90:13
92:17 97:6
100:3 103:7,
14,16,18

**they're** 80:12
**thing** 23:13
35:9 108:18
**things** 10:2
18:16 27:12
38:7 39:1
45:14 49:3,10
68:16 69:4
71:20 72:21
73:2,3,10
88:5 96:6
101:12,17
**think** 8:10,21
26:15 31:21
34:6 42:9,13
44:12 45:20
49:15,25
50:21 55:25
58:6 59:19
62:17 65:6
67:8 68:18
69:5 71:19
72:1,25 74:24
78:24 79:2,4,
16 80:3 89:9
91:9 92:10
93:18 95:6,
19,20 96:12
99:5,18 100:4
102:19,25
103:6 104:15
107:12 108:7
**thinking**
38:12
**thirty** 90:4
**this** 4:18 5:5
9:7,25 15:23
16:20,23
18:23 23:20
24:11,12
25:16,21 26:9
27:11 28:5
29:2,17 30:21
33:7,11,12,
16,20 34:2
35:17,24
36:11 42:11
45:4 46:3,6,
8,17,21,25

47:19,23
48:17 49:17
52:10 53:3,7,
9,10 57:14
58:25 59:7,
11,14 60:13,
22 61:8,16
63:1,3 66:4,
17 67:5,6,23
76:9,12 77:15
78:15 80:13
81:25 82:1
87:14,15
90:12 91:9
93:18 95:17,
21 96:8 97:15
98:4 99:18
105:6
**those** 18:21
22:17 23:4,5
32:12,15 38:7
41:5 45:14
48:10 49:16
58:7 60:9
72:23 82:8,
14,16,20,22
85:22 90:3,16
94:9
**though** 10:14
16:2 21:9
69:25 100:2
**thought** 12:11
67:22 77:23
78:5 84:15,18
91:1
**thousands**
59:20
**threatening**
91:8
**three** 8:2
11:16 18:4,5
20:22 21:20
22:11 27:9
29:10 40:16
43:20 83:11
85:13
**through** 13:10
26:9 34:5,6
51:5 58:24

76:5 89:7
94:25 95:1
**throughout**
73:21 88:15
101:11
**throw** 52:25
**thumb** 37:17,
22 49:3,7
50:3,22
**tickets**
41:15,17
84:1,6,9
**time** 7:15
11:10 12:8,23
13:11 16:2,18
18:14,17
29:21 31:1,5,
6,15 33:2,3,
6,8 35:24
37:24 42:11,
12 45:11,22
47:5,12,16
51:24 61:22
63:12 65:7,
13,16 70:20
72:2,5 74:21
78:12 79:22
80:10 83:24
84:20 85:9
89:7,9,13
94:20 96:8
98:11 99:16
101:24 105:3,
4,6
**timeframe**
31:19
**times** 7:25
8:2 11:8
12:13 22:11
26:16 29:10,
20 32:14 57:5
69:9 72:1,18
85:11 91:9
93:9,12,24
95:14 98:12
**timid** 17:9
**tired** 44:13,
14

Kimon Andreou
December 03, 2019

33

to   5:7,8,11
6:2,9,10,11,
12,23 7:2,4,
5,6,9,10,12,
18 8:10,14
9:6,8,9,10,
13,14,22
10:1,7,12,19,
21,22,23
11:4,8,12,21,
22 12:6,9,11,
16,19 13:9,11
14:10,15,18
15:2,4,5,19
16:1,3,7,8,9,
10,16,17,18,
23,25 17:16,
18,20,24
18:12,20
19:1,6,14,18
20:6,8,21,22,
25 21:2,6,11,
16 23:2,18
24:2,9,15,18,
22 25:4,17,
18,22 26:2,5,
8,9,15,16,23
27:5,18,23
28:7,14,15
29:2,3,8,11,
12,13,20,21,
22 30:2,11,
14,17 31:5,8,
24 32:2,3,10,
13,16,25
33:3,8,18
34:2,7,10,12,
16 35:7,8,9,
15,25 36:6,8,
11,15,17,20,
23 37:2,5,7,
14 38:3,15,
16,18,19,21,
23,24 39:2,5,
7,9,13,15,18,
21 40:1,7,18,
20,23,24
41:1,6,10,13,
16 42:14,21

43:1,13,21
44:2,3,13,15,
20,21,24
45:6,9,13,18,
22 46:17,18
47:3,7,9,15,
18,19,23
48:16,24,25
49:8,11,18,20
50:6,12,19,23
51:4,5,7,19,
20,23 52:3,9,
10,12,20,22
53:1,10,11,
14,22,24,25
54:3,8,10,14,
20,25 55:4,5,
7,13,14,16,
17,19,20
56:2,6,9,12,
15,22,24,25
57:2,8,10,12,
18,19,24
58:3,6,8,10,
13,15,24
59:5,12,15,24
60:3,4,7,24
61:9,14,16,17
62:2,4,6,14
63:4,11,21,25
64:9,16,20
65:1,9,10,21
66:5,6,7,17,
22 67:3,9,14,
17,20,23
68:5,10,24,25
69:12,13 70:2
71:1,4,11
72:2,11,13,
14,15 73:3,16
74:8 75:2,14,
16,18,25
76:3,6,9,12,
14,20 77:2,5,
7,9,13 78:6,
21 79:7,8,10,
16,23,25
80:4,10,13,
20,22 81:1,6,

8,9,13,20,21
82:11,13,14,
22 83:18,21,
24 85:9,14,
15,16,20
86:11,18,21,
23,25 87:3,4,
5,13,17,19,
20,22,24
88:4,13 89:8,
15,20,25
90:8,12,13,19
91:9,10,16,19
92:2,5,18
93:1,14,25
94:24 95:5,6,
15,21 96:12,
19,20,21,25
97:3,5,12,18
98:11,13,21,
23 99:15,25
100:6,17,18,
21,24 101:1,
2,5,9,15
102:22 103:2,
10,16,17,18,
20,21,23
104:1,4,5,8,
9,10,11,17,23
105:9,13,24
106:4,6,10,
21,23 107:3,
12,18,20,25
108:8,10,12,
14,18,20
today   5:17
17:1 61:7
68:6,11 79:11
84:4 85:6
108:18
together   5:22
6:18 7:18
10:23 29:22
31:17 45:21
70:6 71:20,
22,23,24
73:3,8 75:16
86:16 89:17,
20 93:7

told   8:7
16:2,5 17:25
18:25 19:1,5
21:4 34:19
37:15 38:19
46:14 50:25
60:19 61:11
64:7 66:15,24
67:9,12 69:4
74:3 81:19
85:19 86:15
97:11 101:21
102:20 103:1,
7 104:8 105:7
ton   18:6
too   18:16
26:2 34:23
65:23 68:20,
24 107:7
took   9:14
14:17,19
16:16 21:19
60:6 86:13
104:12 108:11
Tool   16:14
top   15:25
36:2 56:22
66:25 76:17
77:13 82:10
topics   20:19
66:6 68:24
88:17
touch   94:24
95:23
tough   106:9
107:7
Towards   22:12
toying   54:10
track   76:24
tracking
33:10
training   19:6
transactional
29:13
transfer   8:19
transferred
8:18

Kimon Andreou
December 03, 2019                                                                34

| | | | |
|---|---|---|---|
| translate 93:25 | typically 95:16 | until 21:19 27:3 42:16 | |
| trial 29:6 | typing 10:2 | 43:14 47:18 | **V** |
| tried 26:15 103:20 | 50:5 52:25 | 90:14 | |
| trigger 45:13 | | unusual 95:17 | V.a 11:21 13:4 103:7 |
| trouble 86:15 103:17 | **U** | up 6:1 7:24 8:9 10:2 | V.A. 11:8,12, 18 12:11,16, |
| troubles 32:8 | U.S. 51:25 88:15 | 11:14 12:12 15:5,15 | 20 15:14 43:24 44:3 |
| true 51:9,23 52:20 68:23 | ultimately 28:17 | 20:19,24 21:2 29:23 39:10 | 47:18 62:5 90:16 96:22, |
| 78:3,6 97:17 | un-compromised 87:18 | 41:7 54:2,8, 15 55:15 | 24,25 |
| trust 16:5 61:19 105:23 | un-encrypt 55:20 | 56:24 57:16 58:2,4,7 61:8 | vans 32:15 variables 10:8 |
| trusted 61:20 62:9 105:21 | un-encrypted 51:17 | 69:8 72:11 80:9 85:14 | various 101:12 |
| try 7:12 26:16 39:15 | unanswered 90:13 | 93:21 95:21 96:20 | Vel 4:23 |
| 56:22 57:19 86:23 | unauthorized 86:21 | us 7:11 10:11 29:6 30:3 | verbal 5:8 versus 10:5 |
| trying 36:15 45:6,22 | uncommon 81:17 | 34:15 86:15 96:5 | 80:13 |
| 53:10,13 56:25 58:8 | uncrackable 39:4 | USB 15:8 49:3,16 55:10 | very 7:18 9:8 11:15 17:12, |
| 85:14 100:17 103:23 104:11 | under 5:8,14 16:8,13 | use 38:23 39:7 51:8 | 13,14 18:9 19:10,19 |
| turn 25:4 33:18 43:1 | understand 29:3 36:7 | 59:23 63:24 87:4 100:6 | 20:17,23 21:18,23 35:2 |
| 54:1,6 | 51:4 61:9 | used 6:5 19:1 | 37:2 39:2 40:14 44:3 |
| turned 38:23 78:6 | understanding 87:10 89:11, | 24:5 38:22,24 40:18 45:18 | 52:2,6,10,21, 23 55:3 56:16 |
| twice 13:15 16:9 95:6 | 18 | 51:23,24,25 65:1 67:8 | 69:9 75:23 79:6 90:14 |
| two 6:4 11:16 15:10 20:22 | understood 70:16,23 71:1 | user 86:21 | 99:12 103:18 105:4 107:8 |
| 21:19 28:2 32:12 40:16 | 72:17,20 | users 10:8 using 51:14 | via 85:21 89:10 |
| 49:2 65:5 88:5 101:23 | unguessable 53:18 | usually 11:10 22:9 27:6 | visit 12:15, 20,22,23,25 |
| type 8:22 17:11 23:5 | unless 7:4 13:13 65:18, | 41:23 44:2 45:20 99:8 | 15:3 20:25 22:16,18 |
| 49:16 50:18 51:20 52:22 | 19 | utilities 24:25 107:12 | 83:25 89:8 98:11 |
| 54:10 63:19 64:14 73:1 | unlock 39:8 unmute 41:6 | utility 24:21 25:23 32:9 | visited 13:8 22:5,19,21,24 |
| 75:19 79:3 88:2 102:17 | unpack 78:23 84:17 | 74:5,7,11 103:1 | 43:19 83:25 98:9 99:3 |
| 103:3 107:5 | unquote 20:24 | | |

Kimon Andreou
December 03, 2019

35

| | | | |
|---|---|---|---|
| visitor 13:17 | 24 13:8,11, | 55:6,17 56:5, | 23 101:3,4,23 |
| vocal 17:12 | 12,17,19,21, | 7,21 57:4,14, | 102:5,12,19, |
| vocally 30:15 | 22,23,24,25 | 19,20 58:4,5, | 25 103:6,15, |
| volition | 14:1,5,9,25 | 6,8,11,12,13, | 25 105:3,4,18 |
| 12:18 | 15:4,11,15,20 | 14,16,21 | 106:8 107:1, |
| voluntarily | 16:3,4,15,19, | 59:1,4,8,17, | 7,12,22,25 |
| 12:16 | 22 17:7,9,11, | 19,24 60:11, | wasn't 8:22 |
| | 12,19 18:3,8, | 18,19,21 | 13:12 21:17 |
| | 10 19:5,6,10, | 61:9,10,13, | 29:17 38:15 |
| ___ W ___ | 12,13,19,20 | 14,22 62:5, | 42:11 45:17 |
| | 20:7,23 | 13,15 63:3,7, | 47:4 55:16 |
| waist 8:13 | 21:15,18,19, | 11,16,19,20 | 74:13 75:5 |
| 106:13 | 23 22:1,3,5, | 64:9,11,12, | 84:8 86:10 |
| wait 6:10 | 7,11,13 23:1, | 14,25 65:3,5, | 89:1 107:7 |
| 43:3 | 21 24:2,12, | 6,7,13,14,16, | waste 12:6 |
| waive 108:12, | 13,16,19 | 22,23 66:10, | way 7:10 |
| 18,21 | 25:16 26:2,7, | 13,16 67:9, | 10:1,5 15:4 |
| walk 13:14 | 12,14,17,25 | 15,23 68:13, | 23:3 28:24 |
| wallets 60:3, | 27:6,19,24 | 19 69:4,5,9, | 35:1 52:21 |
| 9 67:14 | 28:4,7,8,17, | 12,17,18 70:4 | 73:19,20 76:8 |
| walls 15:1 | 21 29:4,9,10, | 71:5,22 72:3, | 84:21,24 |
| want 24:15 | 11,12,15,17, | 5,10,14,24,25 | 87:17 88:13 |
| 30:2 36:20 | 19 30:5,7,10, | 73:3 74:2,13, | 91:3,5 95:2 |
| 49:20 50:12 | 25 31:1,3,7, | 21 75:10 | 98:9 106:21, |
| 52:9 54:14 | 9,18,19,21, | 76:12,20 | 23 107:5 |
| 56:15 66:5 | 22,23 32:1,4, | 77:5,7,9,20 | ways 69:1 |
| 95:6 100:21 | 6,13 33:2,6, | 78:2 79:2,6, | we 5:22 6:1, |
| 108:17,20,25 | 8,9,13 34:3, | 7,19 80:5,19, | 18 7:14,15,17 |
| wanted 16:8 | 4,8,9,23 | 20 81:1,24 | 8:24 9:10 |
| 44:13 51:1 | 35:1,4,11 | 82:18 83:3,4, | 10:19,20,21, |
| 57:7 61:9 | 36:6,8,15,18, | 10,11,17,19, | 22 22:14,15 |
| 69:12,13 | 19 37:8 38:7, | 22,24 84:1,2, | 29:19,21 35:7 |
| 79:25 91:16 | 12,15,16,17 | 9,10,13,20 | 41:7 58:6 |
| 94:24 104:4, | 41:8,23 42:9, | 85:1,3,8,11, | 59:2,5 60:2 |
| 10 107:25 | 11,13 44:3,5, | 12,13,21 | 61:15,25 |
| wants 37:6 | 13,14,18,21, | 86:5,9,19 | 62:22 65:22 |
| 39:9 | 24,25 45:2,6, | 87:1,2 88:8, | 78:8 79:11 |
| was 4:11 5:24 | 9,11,15,16, | 23,25 89:7, | 84:3 85:5,16, |
| 6:1,2 7:17 | 21,22,25 | 11,18 91:10, | 21 86:25 |
| 8:5,7,10,11, | 46:1,4,14,16 | 19 92:6,7,13, | 87:2,4 90:3 |
| 12,14,16,17, | 47:5,12,20 | 15,17,22,23 | 92:15 95:5 |
| 18,19,23,24 | 48:16,17,21, | 93:9,19 | 101:14,16 |
| 9:1,3,4,5,8, | 23 49:11,19, | 94:14,16 | 108:7 |
| 10,17,18 | 25 50:5,6,12, | 95:7,17 97:3, | we'll 5:12 |
| 10:22,24,25 | 14,17,22,25 | 5,6,12,15,23 | 25:2 |
| 11:2,6,11,15, | 51:14,24 | 98:2,4,7,12, | we're 18:12 |
| 17,18,19,20, | 52:13,21,25 | 19,24 99:1,3, | 41:5 68:5,10 |
| 23,25 12:2,6, | 53:4,16,21 | 22 100:10,11, | 90:7 93:5 |
| 7,9,12,13,18, | 54:10,11,12 | 14,17,21,22, | 102:6 105:15 |

Kimon Andreou
December 03, 2019

36

we've 56:25
weak 87:1
Web 34:5
wedding 29:22
 32:4
week 8:2
 22:11 43:25
 44:5 90:17
 96:24 98:12
weekend 11:16
weeks 8:1
 28:2
well 7:22
 10:15 11:13
 17:25 20:1
 28:2 31:14
 37:2,11,18
 38:11,24
 45:18 55:12
 77:19 95:25
 98:10 105:4,6
went 12:11
 18:4 29:20,21
 30:11 33:7
 44:3,18,20
 46:18 47:18
 63:4 72:2
 79:11 85:6
 96:19,25
 97:3,5
were 6:4,22
 7:14,25 9:5
 10:1 14:8
 17:4 20:2,18
 23:6 27:16
 29:2,14,24
 31:17 32:21
 36:14 41:19
 42:9 43:13,24
 45:4,8 46:24
 48:5 51:25
 57:7 60:19,24
 64:24 66:24
 69:1,5,15
 71:7,20,21
 72:1,7,20,23
 73:14,21
 74:21 75:2,8,

12 76:20
 77:1,23 78:12
 82:13 84:4,5
 85:24 86:25
 88:21 89:13,
 14,21 90:3,6,
 12,16,22 91:9
 92:14,17,23
 93:9,12,24
 95:4,5,14
 96:23,24
 97:15 98:10,
 15,17 100:2,
 3,6 103:18
weren't 21:17
 35:2 47:2
 75:1 102:14
west 13:6
 18:24 31:22,
 23 98:24 99:2
what 7:8 8:7,
 14 9:14,20
 10:4,20,25
 11:20 13:22
 14:8,23 15:18
 16:19 17:11,
 19 18:25
 20:16 21:1
 22:3 23:5,11,
 24 24:1,11,16
 26:10 29:18
 30:3,7,18,24
 32:4,8 33:5
 34:3,19,22,25
 35:5 36:18,20
 37:3,10,18
 38:14,15,17
 40:4,7 42:19
 44:14 46:24
 48:21 49:7,
 14,17,19
 50:4,5,6,17,
 24 51:9
 52:19,23,24
 53:11 54:6
 55:6,7,19
 57:23 58:2,21
 59:16 60:4,19
 61:2,6,10

62:25 63:2,3,
 6,7 64:9
 65:16 66:9,16
 67:5,6,9
 69:12 71:5,22
 72:23,24 73:7
 74:1,3 75:21
 76:20,21,24
 77:17,18
 79:4,24 80:8,
 11,18 82:8,18
 83:16,19
 84:3,12 85:1,
 3,16 86:18
 87:7,10 88:8,
 10 89:11 92:6
 96:25 97:6
 100:9,14,17
 101:2,4
 104:15 107:3
 108:11
what's 9:23
 87:10 108:17
whatever 30:8
 37:6 38:25
 43:17 51:10,
 13,16 52:3
 56:21 59:24
 61:11 82:1
wheelchair
 8:9,11
when 6:6 8:3,
 9 9:20,22
 10:11 11:2,9,
 17,20 12:11
 13:8,21 15:2
 16:4 17:3
 18:9 20:13,
 19,25 21:22
 22:1,13,17
 23:4 28:1
 30:5,15 31:3,
 7,9,17 32:23
 33:2,8,9
 34:15 35:3,4
 36:6,14
 39:10,19,25
 41:7,23,24
 42:13 43:14

44:6 45:11,
 24,25 46:9,
 17,24 47:12,
 16,17 52:24
 53:11 54:1,6,
 14 55:8 57:7,
 11 63:8
 64:11,23
 65:1,3,7
 70:5,16,18
 72:10,14
 78:12 81:15,
 23 83:24 85:8
 89:8 92:13
 94:20 96:25
 97:13 98:24
 99:1,19,21,24
 100:11,16,19
 102:20 103:1,
 7
whenever 21:2
 51:1
where 10:6
 11:18 12:15
 13:2,4,11
 15:2,6 20:19
 26:17 31:19
 44:18 49:9
 50:11,25 54:4
 57:15 58:5
 72:2 74:5,14
 77:1 82:24
 93:9,24 94:18
 95:5,14
 98:13,17 99:5
 103:13
wherever 55:5
whether 29:14
 30:19 36:15
 44:11 63:16
 69:5,18 80:5
 84:2 95:7
 103:15 107:13
which 9:13
 19:17 31:5,6
 35:4,16 39:8
 45:6 47:23
 53:16,23 55:7
 76:13 101:21

Kimon Andreou
December 03, 2019

37

| | | | |
|---|---|---|---|
| while 13:19 29:16,23 30:9 31:22 43:20 44:2 52:22 97:13 | wiped 58:12 wiping 72:24 wish 96:2 with 6:17,21 7:24 8:8 9:8, | 96:1 101:20 102:13 104:14 105:24 106:3 107:12,13,14 without 34:11 | work 7:22 12:23 13:2,3 18:3,5 19:1 27:8,10 28:13 39:25 57:4,9, |

whiny 107:5
white 14:25
who 4:22
13:19 29:3
31:12 61:2
63:20 64:14
69:12,13
78:17 81:1,8
83:3,9 94:13
whole 8:25
53:10,12
54:21 77:7,9
why 5:16
11:23 16:5
25:16 27:7,13
39:8 45:6,8,
22 57:24
61:16,17 63:4
77:21 95:19
97:25
wife 21:1
22:12 72:3
96:21
Wikipedia
34:6
will 7:12
29:24 42:1
51:18 68:23
87:14 88:13
108:15
win 42:1
Windows 16:14
19:15 51:12
53:22 54:4,16
55:1,5 86:20,
21,23
wing 13:12,
21,22
wins 42:6
Winternals
19:15
wipe 40:14
72:25 73:1

15,18 10:8,10
14:3,12 15:8
17:6 18:2,8,
9,19,24
19:16,17,24,
25 20:23
21:1,2 22:9
25:18,23 26:3
29:7,16 30:9
31:1,13,18,
20,23 32:21,
23 33:2,4
35:2,14
37:12,22,23
38:22 39:6
40:10 41:11
42:20 43:13
45:19 48:13,
18 49:5,20
50:12,15
52:17 53:13,
23 54:10,19
55:15 56:16
57:12,17,23,
25 58:7,10,24
59:11,16,18,
23 61:21
62:9,18 63:16
64:8 66:5,7,
21 67:14,18,
20 68:5,10
69:13 70:10,
24 71:4,8
73:3 75:25
78:9,19,20
79:3,9,18,21
81:9,21 82:3,
7,16 83:20
84:13 85:5,18
86:1,4,5,9,11
87:3,7 88:1,
14 92:4,13,16
93:13,21,25
94:4,24 95:23

51:17 54:25
87:5
witness 6:13,
15,17,24 7:1,
12,14 14:12
16:3,6 17:19,
25 21:7,12
23:15 24:19,
23 25:18
26:24 27:6,
19,24 28:15,
22 29:9 30:18
31:9 32:3,11
35:20,22
36:18 37:8,15
38:4 39:22
40:2,21 41:2
42:15 44:16
46:6 47:10,16
49:1,9 50:1,
24 51:8 52:6,
13 54:21
55:14 56:3,7,
13 58:16
62:15 63:22
64:1,17,21
73:17 88:5
101:16 102:4,
8,23 103:3,
11,22 104:2,
6,10,18,24
105:10,14
106:1,11,17
108:6,9,20,22
witty 43:18
won 42:19
84:9
wonder 27:7
wondering
36:8
word 67:8
91:13
words 17:13

23 65:15
66:11 78:22
83:14 92:9,
10,11,12,15
93:3,6 94:4
103:19
worked 5:22
6:17,18 9:8
30:6 57:3
70:5 73:3,7
86:16 87:3
89:17 98:13
working 5:23
7:17 8:6 9:5
10:10 19:20
20:3 30:10
38:7 61:21
67:15 68:1
71:21 72:7,20
89:16 92:16,
17 98:15
106:19
works 5:5 9:7
19:9
worried 97:5
would 6:21
7:6,17,21,22,
23 8:1 9:22
10:3,15,19,
20,21,22
11:8,9,12,14,
22 12:7,23,25
13:7,10,14,19
14:13,14,15,
20 15:3,5,7,
10,16 16:18,
24 17:2,13,
14,15,16,23,
25 18:1,3,5,
7,8,15,16,23
19:2,4,16,18
20:16,18,19,
20,21,23,25
21:1,2,3,25

Kimon Andreou
December 03, 2019

38

22:8,14,15,
17,25 23:2
24:24,25 25:1
26:8,12,13,
19,21,25
27:3,4,7,8,
13,24 28:1,2,
4 29:14,15
30:19 31:17
35:3 36:23
41:16,17,19,
22 42:6,20,
24,25 43:16,
17 44:13
45:18,21 49:4
50:5 51:2,5,
8,12 52:2,10,
19,22,24,25
53:1 54:4,6,
16 55:6,15,
18,25 56:15,
21 57:8,10
58:23,24 59:1
62:15 63:24
66:12 68:18,
23 69:2,19
71:8 72:10,13
77:24 78:5
82:1,2,13,22
84:10,15
85:16,21
86:19,20 88:1
91:8,19 93:16
94:5,7,9,11
96:5,18
97:12,24 99:6
100:14,25
101:1,14,16
104:21 105:24
106:1,3
107:20
**wouldn't**
12:7,8 21:24
26:17 27:10,
11,19 28:8
41:18 54:15
72:11 73:17,
19,20 97:25

**Wright** 4:18,
19 19:24
20:13,14
40:10 48:2,
13,18 66:15
68:7 71:12
75:24 76:1,6,
12,15 78:10,
13 80:12
**Wright's**
84:12
**write** 9:21
20:22 40:12,
24
**writing** 76:14
94:6,7
**written** 55:25
76:21 77:7,24
**wrong** 17:16
30:15,20
54:19 71:16
91:13
**wrote** 19:9
40:9,13 67:23
71:16 77:14
95:9

**Y**

**year** 10:12
11:20,25
18:5,6 24:12
27:9,10 45:16
78:14,15 96:6
**years** 6:18
8:10 21:20
38:8 40:18
84:7 97:11
101:12
**yes** 6:7,16
8:13 11:8
12:21 13:25
14:4,7 16:1,
12,15 18:16,
21 19:4,10
21:23 23:25
24:10 25:13
27:6 29:23

30:21 31:21
33:17,19
34:1,8,14,17,
24 35:22
36:1,5,10,25
37:1,4,8
40:6,8 41:12,
14,16,18
42:3,6,25
43:2,8,10,15,
17 44:1,5
45:3,6 46:6,
10 48:1,4,15,
19 50:10,16,
24 52:6,13
53:8,16,19
59:13 60:12,
18 61:15,24
62:1,5,8,10
63:14 64:1
65:6 66:20
67:11 69:3,
14,20,22,24
70:9,22,25
71:3,6,25
72:4 73:24
74:9,12,25
75:13,15,17,
22 76:2,10
77:12,16
78:4,16 79:15
80:5,17,25
81:12,18,22
82:5,15,21
83:6,13,15
84:19 85:2,23
86:2,13 87:25
88:9,20,22,24
89:2,5,17,24
90:2,5,9,11,
15,18,25
91:17 92:1,
20,25 93:14,
20,23 94:5,8,
12 95:1,8,11,
22 96:3 97:2,
5,19,20,21,
22,24 98:8,
16,20 99:8,

10,14 100:3,
5,13 101:8,10
102:1 103:16,
22 104:2,6,
18,24 105:20,
22 106:5,22,
25 107:2,6,10
**yesterday**
53:10 66:5,7
**you** 4:14 5:2,
5,7,8,11,14,
16,19,21 6:6,
8,10,14,21,
22,25 7:4,5,
7,10,21 8:3
9:20 10:1,2,
7,10,11,12,17
11:2,20 12:2,
20,22 13:2,8,
21 14:11,23
15:1,15,18,23
16:5,23,24
17:15 18:19
19:2,16,17,
20,23 20:7,10
21:4,22 22:3,
5,17,21,24
23:4,5,8,24
24:4,7,8,11,
15,16 25:4,8,
16,20,23
26:10 27:13,
15 28:1,11,
17,20,21
29:2,6,24
30:3,24 31:3,
12,19,25
32:20,23
33:2,5,16,18,
23 34:2,18,
22,25 35:14,
15,25 36:7,8,
11,14,23
37:1,3,10,13
38:2,6,10,21,
25 39:10,13,
15,18,24
40:4,7,9,15,
17,23 41:10,

Kimon Andreou
December 03, 2019
39

```
13,15 42:1,9,        8,9,12,17,19,     you'll  6:12
13,16,19,20          23,24 79:4,       you're  5:7
43:1,4,6,11,         13,16,21,23,        7:8,13 31:6
13,14,23,24          24 80:3,8,11,       33:21,25
44:4,7,10,18,        18,23 81:13,        35:17 37:5
21,25 45:4,8,        16,21 82:3,6,       55:8 57:2
24 46:11,21,         13,16,17,20,        62:11 91:6
24 47:2,6,7,         22 83:11,14         99:24 104:11,
14,23 48:9,          84:5,6,11,12,       20
14,16,21,23,         17,20,23          your  4:14 5:9
24 49:19,22,         85:1,5,9,17,        6:21 10:7,11
23 50:3,4            18,22 86:1,3,       17:6 19:16
51:18 52:16,         10,11,14,15,        20:4 33:20
19,23 53:7,9,        16 87:7,14,         34:12 41:10
11,12,17             15,16 88:1,8,       48:17 49:23
54:1,6,7,9,          12,21 89:3,6,       56:9 60:11,23
14,15,25             21,23,25            63:19 66:10
55:8,9,11,25         90:6,10,12,         70:1,10
56:10,24             13,16,17,22,        74:10,14,17,
58:23 59:11,         23 91:1,3,4,        22 75:5,10,23
12 60:2,9,14,        9,10,19,22,24       78:2 79:10
17,19,24             92:2,12,13,23       80:6 81:1,4
61:2,6,11,13,        93:1,6,13,18,       84:6 85:1,3
17,23 62:2,4,        23 94:3,9,11,       87:10 89:11
7,9,12,25            20,24,25            93:25 95:15
63:8,13 64:3,        95:4,5,9,17,        97:3 99:16
8,23 65:3,9          19,20,25            100:11 101:4,
66:4,8,12,15,        96:2,9,12,15,       9,11,12,20
16,17,19,24,         17,22,23,24,        102:12
25 67:5,6,7,         25 97:3,8,11,     yours  74:13
8,9,12,22,23         12,13,15,23         79:25
68:1,18,21,25        98:4,9,10,13,     yourself
69:1,2,4,6,8,        15,17,21            76:25 83:5
15,19,21,23,         99:6,13,15,
25 70:2,4,5,         16,18,24          ─────────────
13,16,20,23          100:4,6,19,             Z
71:1,4,8,11,         20,24 101:2,
12,17,19             3,20,21,23        Zalman  4:18
72:1,9,17,20,        102:7,8,14,       zero  17:5
23 73:2,7,19,        16,19,20,25         25:6
21,22,25             103:1,6,7,13      zeros  25:5
74:2,4,7,14,         104:8,14,21
17,20,21,24          105:7,23,24
75:1,2,3,8,          106:3 107:11,
12,14,16,21,         12,13,16,18,
23,25 76:3,5,        20 108:7,8,9,
8,9,11,12,14,        11,12,14,15,
20 77:6,14,          16,17,18,21,
17,23 78:2,5,        25
```

## Dave Kleiman CAS, CCE, CEECS, CIFI, CISM, CISSP, ISSAP, ISSMP, MCSE, MVP

████████████████████████

I am a recognized security expert that has worked in the Information Technology sector since 1990. A former Florida certified law enforcement officer, currently, I run an independent Computer Forensic company DaveKleiman.com that specializes in Computer Forensic Examinations, Litigation Support, E-Discovery, Incident Response, and Intrusion Analysis.

I have been accepted as a computer expert witness in Federal and State courts. Additionally, I have served as a court appointed expert. Recent cases qualified as expert witness and/or requiring sworn testimony:

**Allerd Charles Smith v. Effective Teleservices, Inc., et al.** *(15th Judicial Circuit Palm Beach County, Florida)-2007,2008*
**State v. John Zweig** (19th *Judicial Circuit St. Lucie County, Florida)-2008*
**NonProfit Technologies, Inc. v. Robert J. Blake, Jr.** *(United States District Court Southern District of Florida)-2007*
**Medical Research Institute v. Bio-Engineered Supplements & Nutrition, Inc., et al.** *(United States Court for the Eastern District of Texas)-2006*
**United States v. Orlansky, et al.** *(United States District Court Southern District of Florida)-2006*
**United States v. Eric B. Lobsinger** *(U.S. Navy Western Pacific Judicial Circuit)-2006*
**State v. Yona Rabinowitz** *(15th Judicial Circuit Palm Beach County, Florida)-2005*

**Experience:**
**Data Forensics and IT Security Consulting**                                        1997 to present
DaveKleiman.com, Palm Beach Gardens, Florida
**Clients include: Palm Beach County Sheriff's Office, Palm Beach County DA's office, Department of the Navy, Naval Criminal Investigative Service, Waste Management, South Florida Water Management District, and Private Law Firms.**

- Developed a Windows Operating System lockdown tool, S-Lok, which surpasses NSA, NIST, and Microsoft Common Criteria Guidelines, while performing as interim CISO for Securit-e-Doc, Inc West Palm Beach, FL 2001-2004. Supervised the development of a cryptographic module system that resulted in the passing of FIPS-140 compliance. Evaluated technical information, security requirements, and documentation during the system development process.
- Utilize management skills in support of IT security and forensic investigations, and post-intrusion network analysis.
- Perform forensic investigations, attack forensics, packet forensics, incident response, intrusion analysis, and audits.
- Identify legal need for discovery and provided methods of electronic discovery and litigation support.
- Prepare for court appearances and depositions for criminal and civil testimony.
- Perform analysis of expert witness reports and testimony.
- Develop and foster long-term liaison contacts with cyber security organizations.
- Develop forensic courseware; provide supporting seminars and labs.
- Execute risk assessments, security audits, and ensure agency compliance with information security best practices.
- Evaluate information and disseminate cogent and comprehensive reports in support of operations, and collection requirements.
- Create policies and procedures on regarding response to computer crime events, regulatory compliance issues, and operational/investigatory processes. Understanding the legal and technological impact such a policy will have on an organization, and the consequences faced by an organization when such a policy does not exist
- Conduct research, analysis, counterintelligence, and services designed to detect and deter instances of system and network exploitation and data exfiltration by unauthorized internal/external sources.
- Monitor information security systems for intrusions or failures. Respond with corrective action to incident(s) to ensure minimal systems or data is compromised. Inform organization during incident of cause, impact, status of corrective action. Analyze and implement counter measures to prevent reoccurrence of incidents.
- Maintain record of incidents and resolution to incorporate for future security incident solutions. Provide executive and organizational briefing at conclusion of incident with cause and effect.
- Review system design specifications and operational procedures for adherence to information security policies.
- Recommend information security solutions throughout the system development process.
- Develop efficient support and upgrade strategies; submitted necessary support and budgets
- Implement, upgrade, and recover email, database, and perimeter systems.
- Perform program management analysis, design, and training in line with information technology regulations.
- Coordinate security of data, backup procedures, testing, recovery, and security access controls.
- Remain familiar with Federal, State and other policies/standards that affect information security
- Advise vendors and management with briefing and presentations to exchange relevant data.



EXHIBIT
1
12/3/19

Dave Kleiman

**VP of Technical Operations**                                              2000 - 2001
Intelliswitch, Inc./Citywalk.net, West Palm Beach, Florida,
**Internet Startup company that provided international ISP and VoIP services.**
- Supervised the development and maintenance of a secure international VoIP network
- Maintained ISP company network, email, and web services.
- Instituted and conducted security awareness programs, served as advisor to all positions.
- Performed investigations and incident analysis.
- Executed security audits on perimeter security systems and managed resolutions.
- Conducted business continuity exercises with emergency action plans.
- Reviewed system design specifications and operational procedures for adherence to information security policies.
- Interacted with management and submitted reports, budgets, system security information, and recommendations.
- Provided leadership and support to align regional departments to achieve worldwide IT objectives.
- Supervised quality assurance and source code review of software development.
- Recommended information security solutions throughout the system development process.

**Director of IT**                                                          1997 - 2000
Suffolk Construction Company, Inc., Palm Beach Gardens, Florida
**Privately held national company with 400-800 million in annual revenues**
- Developed and maintained a secure regional Windows and Novell network between Florida and Boston offices with integrated E-mail and Telecommunications.
- Designed remote office access through Citrix servers and clients.
- Performed incident response, intrusion analysis, and investigations.
- Monitored security logs for all regional IT systems.

**Information Systems Analyst / Law Enforcement Officer**   1994 - 1997
Palm Beach County Sheriff's Office, West Palm Beach, Florida
**PBSO is law enforcement agency with over 3000 employees.**
- Performed standard law enforcement duties in support of criminal investigations.
- Administered an enterprise NT, Novell, and Mainframe network.
- Analyzed all systems security; reported, logged, and investigated findings daily.
- Integrated a Mainframe data retrieval system into an MS Access database.

**United States Army**                                                      1986 - 1990
**Aviation Logistics: Distinguished Honor Graduate**
Performed Aviation duties, avionics, and encrypted communications
- 1987 U.S. Army Soldier of the Year

**Published works:**
- Perl Scripting for Windows Security: Technical Editor, ISBN: 159749173X, Jan 2008
- The Official CHFI Study Guide: (Exam 312-49), Lead Author and Technical Editor, ISBN:1597491977, Oct 2007
- Windows Forensic Analysis: Including DVD Toolkit, Technical Editor, ISBN:159749156X, April 2007
- Rootkits for Dummies: Forensic Advisor, ISBN:0471917109, Jan 2007
- CD and DVD Forensics: Technical Editor, ISBN:1597491284, Nov 2006
- How to Cheat at Windows System Administration: Contributing Author, ISBN:1597491055, Sep 2006
- Enemy at the Water Cooler: Real Life Stories of Insider Threats, Technical Reviewer, ISBN:1597491292, Aug 2006
- Winternals: Recovery and Administration Field Guide, Lead Author and Technical Editor, ISBN:1597490792, Jun 2006
- Security Log Management: Identifying Patterns in the Chaos, Contributing Author, ISBN:1597490423, Jan 2006
- Perfect Passwords: Selection, Protection, Authentication, Technical Editor, ISBN:1597490415, Dec 2005
- Microsoft® Log Parser Toolkit: Investigating Intrusions, Contributing Author, ISBN:1932266526, Feb 2005

KIMON_00009285

Dave Kleiman

**Speaking Engagements / Instructor Lead Training:**
- Locating Intrusions and Collecting Evidence on Live Computer Systems, PBCGov, Palm Beach, FL Sep 2007
- Log File Forensics Tools and Tricks, San Diego, CA, HTCIA International Training Conference, Aug 2007
- Tools, Tricks, and Traps: CyberCrime Institute, Kennesaw State University, GA, CyberCrime Summit, Mar 2007
- Florida Bar Approved CLE Course # 2569 6, West Palm Beach, FL, Effective e-Discovery, Jun 2006
- Advanced Log File Forensics: CyberCrime Institute, Kennesaw State University, GA, CyberCrime Summit, Mar 2006
- Forensic Incident Response through Log File Analysis: Tampa, FL, DoD Cyber Crime Conference, Jan 2006
- Forensics for Information Security Managers: Vienna, VA., (ISC)2, Sep 2005
- Following an Intrusion through a Microsoft® Network: Washington, D.C., FBI InfraGard National Conference, Aug 2005
- Secure Electronic Environments: Cleveland, OH, Nuclear Information Technology Strategic Leadership, Jun 2005
- Secure Document Delivery Concepts and Options: Ft. Lauderdale, FL, ISSA, Nova University, May 2005

**Certifications:**
- Microsoft Windows Security - Most Valuable Professional (MVP®)
- Information Systems Security Management Professional (ISSMP®)
- Information Systems Security Architecture Professional (ISSAP®)
- Certified Information Systems Security Professional (CISP®)
- Certified Electronic Evidence Collection Specialist (CEECS)
- Certified Professional in Comprehensive Security (CPCS)
- Certified Information Forensics Investigator™ (CIFI)
- Certified Information Security Manager (CISM®)
- Microsoft Certified Systems Engineer (MCSE®)
- Certified Anti-Terrorism Specialist (CAS)
- Certified Computer Examiner(CCE®)

**Professional Affiliations:**
- Member and Certification Committee - National Center for Forensic Science (NCFS) - Digital Forensics Certification Board (DFCB) a program of the U.S. Department of Justice's Office of Justice Programs, National Institute of Justice.
- Member and Sector Chief for Information Technology - The FBI's InfraGard®
- Member - International Association of Counter Terrorism and Security Professionals (IACSP)
- Member - International Association of Computer Investigative Specialists® (IACIS)
- Member - International Society of Forensic Computer Examiners® (ISFCE)
- Member - International Information Systems Forensics Association (IISFA)
- Member - Information Systems Audit and Control Association® (ISACA)
- Member - The Institute of Computer Forensic Professionals (ICFP)
- Member - Association of Certified Fraud Examiners (ACFE)
- Member - Miami Electronic Crimes Task Force (MECTF)
- Member - Anti Terrorism Accreditation Board (ATAB)
- Member - High Tech Crime Consortium (HTCC)

**Education:**
- Indian River Community College - Ft. Pierce, FL -1992: Criminal Justice. (Distinguished Honor Graduate)
- Embry-Riddle Aeronautical University - FL - 1988 to 1989: Professional Aeronautics. (Dean's List)
- University of Maryland - 1987 to 1988: Computer Science.
- Palm Beach Community College - Palm Beach, FL - 1983 to 1986/1992: Computer Science, Criminal Justice. (Presidents Academic Honor Roll)

Dave Kleiman

Digitally signed by Dave Kleiman
DN: cn=Dave Kleiman,
o=DaveKleiman.com, ou=OP,
email=digitalsign@davekleiman.
com, c=US
Date: 2008.05.26 14:18:53 -04'00'

# Chat with Dave Kleiman

07/02/2009 18:20:02 - 04/18/2013 14:38:43

## Export Details:

Device Name    Kimon's iPhone

Device ID    37ed395309a57510af1999d878024c48f5ea23f6

Backup Date    Thursday, April 11, 2019 08:42

Backup Directory C:\Users\111717\AppData\Roaming\Apple Computer\MobileSync\Backup\37ed395309a57510af1999d878024c48f!

iOS    7.1.2

Current Time Zone (UTC-05:00) Eastern Time (US & Canada)

Created with    iExplorer v4.2.8.0

## Participants:

█████████████, Dave Kleiman



Thursday, July 02, 2009

Dave Kleiman

Broward blvd.?                                        18:20

Thursday, July 23, 2009

Dave Kleiman

Your nyctalopia has caused you to become pachydermatous.        18:21

Thursday, July 30, 2009

Me

?                                                    19:32

Dave Kleiman

Did your books get there yet?                        21:56

Me

nothing arrived. what address did you send them to?   21:57

Dave Kleiman

The one you never gave me!!                          21:58

Me

funny                                                21:58

Me

I may be driving to WPB this weekend                 21:59

Page 1



EXHIBIT

2

RL   12/3/19

Saturday, August 01, 2009

**Dave Kleiman**
What a gallimaufry it is to get books to you. 18:44

Me
kissemebooty-do you prefer to meet or mail them? 18:48

Friday, August 07, 2009

**Dave Kleiman**
Yo! 10:49

**Dave Kleiman**
I am looking at you! 10:49

Me
Stalker 10:50

**Dave Kleiman**
Do you have offices on 33rd 10:50

Me
probably 10:51

**Dave Kleiman**
Well I am across the street 10:51

Me
which city? 10:52

**Dave Kleiman**
Miami off 826 10:52

Me
is that blue lagoon? 10:53

**Dave Kleiman**
33122 10:53

Me
we used to be there but mived a few months ago 10:54

**Dave Kleiman**
Well there are gates a guars and your anme on the building 10:55

Me
there may still be some stuff there 10:56

Page 2

KIMON_00000025



Sunday, August 09, 2009

**Dave Kleiman**

Sometimes you are so cantankerous.

19:41

Me

that's preposterous

19:47

Tuesday, August 18, 2009

**Dave Kleiman**

Oklahoma and Arkansas and has 1,800 poultry houses, which produce an estimated 345,000 tons of chicken waste each year.

09:49

Me

fascinating

09:50

**Dave Kleiman**

A notable gynecologist said, "The best engine in the world is the vagina.
It can be started with one finger.
It is self-lubricating.
It takes any size piston.
And it changes its own oil every four weeks.
It is only a pity that the management system is so fucking temperamental."

13:29

Friday, August 21, 2009

**Dave Kleiman**

You are such a spear-carrier

10:06

Me

why, thank you for noticing!

10:06

**Dave Kleiman**

spear-carrier \SPEER-kair-ee-er\ noun - a person whose actions are of little significance or value in an event or organization

10:07

KIMON_00000026



Saturday, August 22, 2009

Dave Kleiman

Did you know?
"Animadversion" comes ultimately from the Latin phrase "animum advertere," meaning "to turn the mind to." It is easy to see how we also get "adverse" and "adversary" from "advertere," especially when we remember that "to turn to" easily becomes "to turn against." Other English words descended from "advertere" include "advert," meaning "to turn the attention (to)" or "to make reference (to)," and "advertise." 07:25

Thursday, September 17, 2009

Dave Kleiman

Who's that riding into the sun, who's the man with the itchy gun, who's the man who kills for fun! Psycho dad psycho dad psycho dad. 09:56

Friday, September 18, 2009

Me
happy new year! 18:33

Dave Kleiman

Happy thanksgiving! 23:53

Friday, October 23, 2009

Me
look up coq au vin 19:02

Thursday, October 29, 2009

Me
at&t is fubar for voice 18:46

Friday, October 30, 2009

Dave Kleiman

Violence is necessary to clean our cities, it's time, to get your Irish on. 20:46

Me
they're after me lucky charms! 20:51

Page 4

KIMON_00000027

Dave Kleiman

That was one of the finest examples of spiritual guidance I've ever had the good fortune to witness.

20:50

Dave Kleiman

Peace, they say, is the enemy of memory, so it had been for my boys, for some time now, their past had felt like a dream...Then, suddenly, it was back.

20:52

Dave Kleiman

You ready for this shit, my dear brother? Let's do some gratuitous violence.
Easy boys! Daddy's workin!

21:35

Monday, November 02, 2009

Dave Kleiman

???

18:31

Tuesday, November 10, 2009

Dave Kleiman

My powers are so great, my enemies go blind from over exposure to pure awesomeness!!

10:30

Dave Kleiman

There is no charge for my awesomeness....... Or attractiveness

19:35

Wednesday, November 11, 2009

Dave Kleiman

Where did we lookup that time where the use of ESQ was illegal?

16:03

Me

we didn't - what we discussed was that it can be used by anyone. however if anyone intends to use it as a form of nobility, then it would not be recognized by the constitution

16:07

Dave Kleiman

but we found it in one state where it was restricted to attorneys

16:08

Me

oh - in Arizona

16:09

Page 5

KIMON_00000028

Sunday, November 15, 2009

Dave Kleiman

Tuesday 20:00 hrs NBC Merry Madagascar featuring the penguins    21:01

Monday, November 16, 2009

Me    21:54
soft kitty

Dave Kleiman    21:55
Sheldons here

Me    21:59
i am watching tv

Dave Kleiman    22:04
You got your service?

Me    22:04
off air

Dave Kleiman    22:05
But you still got to see it.

Me    22:06
yeah, with hd rabbit ears

Thursday, November 19, 2009

Dave Kleiman    12:09
I am bored.... Sing me soft kitty

Me    12:15
that's only for when you're sick

Friday, November 20, 2009

Me    12:42
you never gave me the contact info for that web guy

Dave Kleiman    13:31
You never sung soft kitty to me....

Wednesday, November 25, 2009

Me    05:06
when I was in the Corps, I was a SEAL Green Beret piloting F22 fighter jets

Dave Kleiman    10:04
I flew humvees off the deck of my m16 ship

Page 6

KIMON_00000029

Me

what was your rank? I was a 4 star, full bird gunnery sargeant major general commander

10:12

Dave Kleiman

Lieutenant colnel corporal first class major lance sergeant captain

10:15

Me

yeah well, I got the Navy Cross of the Air Force for my actions against the Germans at Pearl Harbor

10:17

Dave Kleiman

Well i got the purple star of valor for driving my turbine tank across the battlle of valley forge

10:27

Thursday, November 26, 2009

Dave Kleiman

Gobble gobble gobble! Happy T-day!

14:50

Me

gobble gobble

15:02

Monday, December 07, 2009

Dave Kleiman

Doubtful, Coco learned 2000 words, none which had anything to do with shoes

21:45

Me

like hannukah in july

21:45

Tuesday, December 08, 2009

Dave Kleiman

Text me your new address so i can send these books

18:20

Monday, December 14, 2009

Dave Kleiman

I am either on or away from the phone, please try and call me later. Thank you and have a great day! -Dave

18:13

Thursday, December 17, 2009

Me

?

18:58

Dave Kleiman

What?

19:15

KIMON_00000030



Me                                                              19:15
are you alivr?

Dave Kleiman                                                    19:17
no

Wednesday, December 23, 2009

Dave Kleiman                                                    11:12
How much did you pay and how much are your taxes

Me                                                              11:14
414 and about 1000

Dave Kleiman                                                    11:15
Your property taxes are only 1,000 a year?

Me                                                              11:15
a month

Dave Kleiman                                                    11:17
Just taxes not insurance? I trying to calculate something out for taxes

Me                                                              11:19
my current taxes are based on the previous valuation of the house

Dave Kleiman                                                    11:21
Yes i know that. I am just trying to calculate something with the loss difference and need to the tax amount.

Me                                                              11:23
i have no clue. i'll try to find a calculator online

Dave Kleiman                                                    11:24
Someone else is buying a 470k house that was 800K last year.  thye think thier taxes are only going to be 6000 a year.

Dave Kleiman                                                    11:24
You really do know. I figured you just bought and would remember

Me                                                              11:24
depends on the county too. broward is the most expensive one

Page 8

KIMON_00000031



Dave Kleiman

I know!! I am just trying what yours since you just bought it and thye are buying one this week
11:25

Dave Kleiman

Thought ut was a simple question... sorry
11:26

Me

i'm paying 2700 total of which 1100 is taxes & insurance. I think it's like 800-900 in taxes
11:26

Me

last valuation was in high 700's to low 800's
11:27

Me

(i think)
11:27

Dave Kleiman

That is why was using you as an example they are buyin.g equalish and the previous price was equlaish
11:28

Me

ok, so figure about 1100 for taxes & insurance with an 80/20 split
11:29

Me

per month
11:29

Dave Kleiman

Which is right then becuase the number i got was 1.35%.
11:30

Me

their title company should give them the exact amount
11:31

Me

sounds right
11:31

Friday, December 25, 2009

Dave Kleiman

Happy Hanukah!!
11:55

Me

happy kwanzaa
13:47

Dave Kleiman

:)
13:48

KIMON_00000032



Thursday, December 31, 2009

**Dave Kleiman**

You too super dude!                                          23:55

Tuesday, January 05, 2010

**Dave Kleiman**

Did you read it?                                             07:21

Me

you're a fraud                                               07:32

Me

:-)                                                          07:32

**Dave Kleiman**

Will call you when i am done                                 11:03

Me

I found out I have a 1pm meeting. Will try to push back to like 1:30   11:46
or so

**Dave Kleiman**

Ok well i just finsihed                                      11:56

**Dave Kleiman**

Well I'll get up at 7 yeah! and I'll work all through the night. I've
got no time for living, yes I'm working all the time. Seems to me I     15:40
could live my life a lot better than I think I am. Guess that's why the
call me, they call me the working man....

Me

longest tweet EVAR!                                          15:41

Monday, January 11, 2010

Me

so, did you like it?                                         12:53

**Dave Kleiman**

Like what?                                                   13:08

Me

the tool i sent you last night                               13:07

**Dave Kleiman**

I do not have it.. What time did you send?                   13:09

Page 10

KIMON_00000033



Me
9 or so          13:09

Me
20:52 to be exact          13:10

Dave Kleiman
Trojan maker!! It stopped it atthe server. Will have to look at it later          13:13

Me
your server sucks          13:16

Me
well?          16:55

Dave Kleiman
It will be hours before i can even look          17:21

Me
by then, I will have released version 2.0          17:29

Dave Kleiman
Cool send it when you do          17:30

Me
it will only work on windows 12          17:30

Dave Kleiman
Good becuase i am on the alpha and beta 12 test team. Did i tell you i made mvp again?          17:46

Me
how much was the renewal fee?          17:47

Dave Kleiman
1 billion dollars.  You know i was a billion seconds old a few years back. I will 1.5 bil in 2014          17:43

Me
and you look it too          17:46

Dave Kleiman
Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave          18:11

KIMON_00000034

Dave Kleiman

Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave   18:41

Friday, January 15, 2010

Dave Kleiman

Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave   18:11

Dave Kleiman

I'm a Barbie girl in a Barbie world life in plastic, it's fantastic. You can brush my hair, undress me everywhere. Imagination, life is your creation!   20:56

Saturday, January 16, 2010

Dave Kleiman

I'm a blond bimbo girl in a fantasy world
Dress me up, make it tight, I'm your dollie

You're my doll, rock'n'roll, feel the glamour and pain   14:51
Kiss me here, touch me there, hanky panky

Make me walk, make me talk, do whatever you please
I can act like a star, I can beg on my knees

Me

r u trying to seduce my husband?   14:58

Dave Kleiman

yes   15:17

Thursday, January 28, 2010

Dave Kleiman

I might need some Jewish penicillin, with some schmaltz.   17:54

Monday, February 08, 2010

Dave Kleiman

I am watching you   14:22

Me

I am farting in your general direction   14:22

Dave Kleiman

I really need to learn spanish!   15:41

Page 12

KIMON_00000035



**Dave Kleiman**

Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave    17:59

Monday, February 15, 2010

**Dave Kleiman**

What is for dinner?    15:37

Friday, February 19, 2010

**Dave Kleiman**

Hello, I am either on or away from the phone right now, please try and call me back later. Have a great day! -Dave    18:10

Friday, February 26, 2010

Me

are we still on for Sunday?    17:46

Saturday, February 27, 2010

**Dave Kleiman**

No not feeling well    13:31

Me

what's wrong?    13:33

**Dave Kleiman**

I am dying. I am mostly dead    13:34

Me

am I in your will?    13:35

**Dave Kleiman**

Yes, i have set so you get all my bills    13:36

Sunday, February 28, 2010

Me

how are you feeling?    14:24

**Dave Kleiman**

ok    14:46

Me

better?    14:46

**Dave Kleiman**

Mmmmmmmmm kinda    14:47

KIMON_00000036



Me
very persuasive
14:49

Dave Kleiman
I could lie and say, stupendous tremendous outstanding
14:52

Me
splendiferous!
14:53

Dave Kleiman
Supercalifragilisticexpialidocious
14:58

Monday, March 08, 2010

Dave Kleiman
His enemies are blinded by overexposure to pure awesomeness. It mattered no how many foes he faced, they were no match for his bodacity.
07:54

Saturday, March 20, 2010

Dave Kleiman
hi
08:26

Dave Kleiman
Wake up lazy ass!
08:39

Me
i've been up
08:50

Me
so, what time?
08:51

Dave Kleiman
Did you just wake up?
08:52

Me
at 7
08:53

Me
what time are we meeting?
08:54

Dave Kleiman
Lies!
08:55

Dave Kleiman
Whenever you want
08:56

Page 14

KIMON_00000037

Dave Kleiman

Bing!                                                                                    08:57

                                                                        Me
                                                              10?                        08:59

Dave Kleiman

ish                                                                                      08:59

                                                                        Me
                                            what does that mean?                         09:00

                                                                        Me
                                                              10:30?                      09:00

Dave Kleiman

No seriously I will be leaving my house probably exactly at 10                           09:00

                                                                        Me
                                                   and arriving?                          09:00

Dave Kleiman

You are too serious                                                                      09:00

                                                                        Me
                                                              boobies                     09:01

Dave Kleiman

Think it takes 25 minutes to get there                                                   09:01

Dave Kleiman

Go drink some coffee so you are not grumpy.                                              09:02

Dave Kleiman

Now I have to eat a dozen eggs, I am HUNGRY!                                             09:02

                                                                        Me
                                        I'm not grumpy - I'm sleepy                      09:04

                                                                        Me
                                            just the egg whites?                          09:04

Dave Kleiman

Meeeeeeee toooooooo                                                                      09:04

KIMON_00000038



Dave Kleiman

Thursday I did not fet to bed untile 0247 and had to be up at 8. Laas night I did get to bed until 0145

09:06

Dave Kleiman

Just the yellows :)p

09:06

Me

party animal

09:06

Me

asian thing?

09:07

Dave Kleiman

hahahaha

09:07

Dave Kleiman

Where the F*** is global warming when we need it!

09:14

Dave Kleiman

Your mother was a hamster!

22:05

Me

your father smelled of elderberries

22:06

Dave Kleiman

I fart in your general direction!

22:07

Me

now leave before or i will taunt you a second time!

22:12

Dave Kleiman

Did you get my reply email and attachment earlierr?

22:15

Me

received but not read

22:17

Tuesday, March 23, 2010

Dave Kleiman

Dangit!  I needed that sharpoint thing I sent you a month ago!!

13:16

Me

?

13:17

Dave Kleiman

Poopiehead!  Check email

13:24

Page 16

KIMON_00000039



**Dave Kleiman**

I asked you to make me exes for something awhile back    13:24

Me

don't remember but, ok - I'll make these    13:25

**Dave Kleiman**

If you need sharepoint I will give you my msdn logon.    19:37

Me

please send it over. none of the things I tried works    20:43

**Dave Kleiman**

[redacted]    20:46

**Dave Kleiman**

[redacted]    20:47

**Dave Kleiman**

Emailed the url    20:47

**Dave Kleiman**

Resent the right url    20:49

Thursday, March 25, 2010

**Dave Kleiman**

Did you actually see the premade VHD files the other day? I cannot find them    14:42

Me

you sent them to me?    14:42

**Dave Kleiman**

No, you were going to downalod them Premade 2003 or 8 virtual hard drives that load up in Virtual PC or Server on MSDN.    14:44

Me

I didn't see them there so I'm going to create them from scratch    14:45

**Dave Kleiman**

They are here somwhere, i downloaded 1 or 2 in the past. I will find them    14:46

Me

ok    14:46

Page 17

KIMON_00000040



Sunday, March 28, 2010

**Dave Kleiman**
Please tell me you did the sharepoint thing
19:19

**Dave Kleiman**
Do they have spa packages on your cruises?
20:33

Me
yes
20:33

**Dave Kleiman**
Well find me a good one, I have to send Patricks wife.
20:34

Me
ok
20:34

**Dave Kleiman**
I guess like 3 days or something
20:35

Me
not many 3 day options
20:49

**Dave Kleiman**
No Fri-Sun crusies? What are the options?
20:51

Monday, April 05, 2010
**Dave Kleiman**
Any luck on the cruise thing for patricks wife?
17:14

Me
check your email
17:16

**Dave Kleiman**
Thanks
17:42

Wednesday, April 07, 2010
**Dave Kleiman**
Was our old address ███████████
16:09

Me
yes
16:09

Page 18

KIMON_00000041



1238-0.mp3

11:18

Dave Kleiman

You are going to hurt my feelings if you do not watch Ricky Gervais hbo series. I am laughing so hard I am crying right now

21:11

Tuesday, April 20, 2010

Dave Kleiman

Please call me

21:03

Friday, April 23, 2010

Dave Kleiman

Sorry waw sleeping when you called. Only had about 5 hours sleep since mon. Have court now and teaching class at 1430. Should be done by 1700.

05:39

Dave Kleiman

Hello, I am either on or away from the phone right now and cannot take your call. Please try and reach me later. Thank you and have a great day! -Dave

18:08

Sunday, May 02, 2010

Dave Kleiman

By the way it has been well over a year and we still have our guns

09:58

Me

but no ammo

09:59

Dave Kleiman

Yes we do... The aliens took yours

10:00

Me

and the AG said he wants to bring back the AWB

10:00

Dave Kleiman

Whatever.. If you are a true gun owner, it does not matter what they say

10:01

KIMON_00000042

Me

you just hide 'em, right?                                    10:01

Dave Kleiman

No, you start wearing ALL of them all the time, even in the shower.        10:03

Me

I do!                                         10:03

Dave Kleiman

I think i need a thousand rounds.. Where should i get it?        10:05

Me

ammoman.com                                    10:05

Dave Kleiman

superman.com                                              10:05

Me

i'm so cool, superman wears kimon pajamas        10:06

Monday, May 03, 2010

Dave Kleiman

Malva malva she's our woman, if she cant do it no one can!        17:59

Dave Kleiman

Birdie num num!                                              19:55

Thursday, May 06, 2010

Dave Kleiman

Greece is in turmoil                                         07:08

Me

no shit                                       07:11

Dave Kleiman

:)                                                            07:12

Monday, May 10, 2010

Dave Kleiman

Are you alive                                              11:35

Me

rumors of my demise are greatly exaggerated        11:36

KIMON_00000043

Tuesday, May 11, 2010

Dave Kleiman

What is the website with the science cartoon humor?     09:15

Me

xkcd.com     09:16

Dave Kleiman

Yeah that is the one thanks     09:16

Dave Kleiman

roflmaoroflmaoroflmaoroflmaoroflmaoroflmaoroflmaorofl
maoroflmaoroflmaoroflmaoroflmaoroflmaoroflmaoroflmao     17:44
roflmaoroflmaoroflmao

Thursday, May 13, 2010

Dave Kleiman

www.crabrevenge.com     08:35

Friday, May 21, 2010

Dave Kleiman

I need a low foam double cucumber mocha mint latte with vanilla     20:59
bean shavings, can I grab anything for anyone?

Saturday, May 22, 2010

Dave Kleiman

You rush a miracle man, you get rotten miracles.     20:55

Saturday, May 29, 2010

Me

what's the disk encryption software you use?     10:31

Dave Kleiman

Drivecrypt from securstar     11:02

Me

danke     11:05

Me

the normal one or the plus pack?     11:40

Dave Kleiman

Dcpp is ful disk encryption     12:33

Me

which do you use?     12:34

KIMON_00000044

Dave Kleiman

I use both. DC for encrypted containers. DCPP for FDE.                    14:19

Me

ok - so i need both...                    14:20

Thursday, June 03, 2010

Dave Kleiman

Lighting struck and the phone dropped :)                    18:52

Friday, June 04, 2010

Dave Kleiman

You should get farmers insurance                    14:21

Me

don't have a farm                    14:22

Dave Kleiman

You said you were growing veggies                    14:23

Me

good point                    14:23

Dave Kleiman

I saw the strangest thing on NCIS the other day                    14:23

Me

?                    14:24

Dave Kleiman

You know the agent who is the girl from Israel                    14:24

Me

yes                    14:24

Dave Kleiman

They were making fun of her telling her she needs to learn to
assimilate because she never uses contractions in her                    14:29
speech .......like me... Maybe I am ex Israeli intelligence.

Me

)                    14:30

Dave Kleiman

Maybe I picked that habit up in Jewish private school when I was a
little kid.. I am going to research and see if that is common                    18:16

KIMON_00000045



Monday, June 07, 2010

Dave Kleiman

Hello, sorry I could not take your call, I am either on or away from the phone. Please try and call me again later. Thank you and have a great day!  -Dave                    18:57

Saturday, June 19, 2010

Me
May I generate a Windows 7 key?                    09:39

Dave Kleiman
sure                    09:40

Me
merci - how are you feeling?                    09:40

Dave Kleiman
terible                    09:41

Me
wonderful - what do you need me to bring?                    09:41

Dave Kleiman
Stop do not want to haveconversation have 10p3.5 fever and covered in blankets                    09:43

Dave Kleiman
Started losing vision yesterday                    09:48

Me
doctor - now                    09:58

Sunday, June 20, 2010

Me
?                    11:42

Dave Kleiman
wha                    11:44

Me
better or worse?                    11:43

Dave Kleiman
No.. I am moving intothe hiosssptal mondah                    11:45

Page 23

KIMON_00000046



Me
about time – how can i help?          11:46

Dave Kleiman
You cannot........          11:48

Me
ok...          11:47

Dave Kleiman
You coul murdr all the peoplr blowing horns on worlrd cup for me.          11:50

Me
done          11:49

Dave Kleiman
Who do you think is playing best?          13:05

Me
griechenland          13:08

Dave Kleiman
Seriously you know my brain hurts          13:10

Me
brazil & argentina          13:09

Dave Kleiman
We will see if brazil does ok against côyote d'roadrunner today          13:13

Me
yep, starts in one hour          13:13

Dave Kleiman
Netherland has been surprising          13:15

Me
nah, they're always good.          13:15

Me
Italy is just a disappointment          13:15

Dave Kleiman
Why, we hate italy..          13:41

Page 24

KIMON_00000047

Me
but not as much as France                    13:42

Dave Kleiman
But didnt Italy steal the salt mines and some islands from Greece?   13:43

Me
they gave them back in '44                    13:44

Dave Kleiman
Oh, i guess we can be nice to them then        13:45

Me
indeed                    13:46

Tuesday, June 22, 2010

Me
?                    19:02

Dave Kleiman
Huh?                    19:33

Me
are you in the hospital? are you better?        19:34

Dave Kleiman
I go back tomorrow                    19:35

Me
any improvement?                    19:35

Dave Kleiman
Not really                    19:36

Me
do you have a diagnosis?                    19:46

Dave Kleiman
No I had to wait for tests and stuff            20:19

Wednesday, June 23, 2010

Dave Kleiman
Did you see that!                    11:51

Me
was in a meeting and missed it - crap          12:06

Page 25

KIMON_00000048



Friday, June 25, 2010

Me    19:42

how are you?

Wednesday, June 30, 2010

Dave Kleiman    15:37

What, is the command to register a dll?

Me    17:30

regsvr32

Dave Kleiman    17:51

I was using srv

Me    17:51

gets me every time

Friday, July 02, 2010

Dave Kleiman    06:56

Uruguay will win, Brazil could lose.

Dave Kleiman    06:58

That is if you include the elevation statistics

Me    10:39

how about tomorrow's games?

Me    10:39

can you predict scores?

Dave Kleiman    11:50

Told ya!

Me    11:51

you said "could lose". hardly a definitive statement

Dave Kleiman    11:52

Whatever

Me    11:53

you called uruguay, how about tomorrow's games?

Dave Kleiman    11:53

I have not done the stats for them

KIMON_00000049

Me
slacker                11:54

Dave Kleiman

Arg/Ger will be 3 to 1... Guess who will be the 3      13:38

Me
A?                14:04

Dave Kleiman

They will not come back from that if they do not score in the first
20 minutes of the second half,they have no stamina      15:32

Me
deutschland wins the whole thing      21:24

Saturday, July 03, 2010

Dave Kleiman

You want me teach you say some things in German for the game      07:05

Dave Kleiman

They need to put this back on ESPN!! The video and audio are out
of sync!! ABC suxors!!      09:40

Me
univision      09:40

Dave Kleiman

What is univision?      09:41

Me
spanish tv      09:41

Dave Kleiman

Is it HD?      09:41

Me
i dont know      09:42

Dave Kleiman

Channel 38, it is not HD, i am on my 60in plasma, I need HD      09:44

Dave Kleiman

720x480 vs 1920x1080 is a big difference      09:46

Page 27

KIMON_00000050

Me
stretch it                                          09:46

Me
we're watching univision in hd                      09:48

Dave Kleiman
Alenmana is german in spanish?                      09:48

Me
Alemaña is Germany                                  09:49

Me
sorry Alemania                                      09:50

Dave Kleiman
But not on Comcast, they have not moved it to HD yet, i see the hd    09:50
logo in the lower right corner, but it is not really hd

Me
ah                                                  09:50

Me
off air?                                            09:51

Dave Kleiman
What do you mean off air?                           09:52

Me
old school - with antenna                           09:52

Dave Kleiman
Do you have enough money on you to buy everyone dinner?    09:54

Me
Don't need money - I just say "I'm Dave Kleiman, put it on my tab"    09:56

Dave Kleiman
Bet that germany scores the first goal within 25 minutes    09:56

Dave Kleiman
Geht Deutschland Geht!!                             09:56

Dave Kleiman
Zie!!                                               09:57

KIMON_00000051

Dave Kleiman

That is go germany go an goal!! 09:57

Me

:) 09:57

Dave Kleiman

Zie!!! 10:03

Me

Goooooooooooooool! 10:04

Dave Kleiman

Arg is very accurate with their head shots. 10:12

Me

but germany is dominating them 10:13

Dave Kleiman

Ugh! 10:24

Me

I can't believe how fast they are 10:24

Dave Kleiman

Zie!!! 11:24

Me

whoohoo! 11:25

Dave Kleiman

Geht Deutschland Geht!! Geht Deutschland Geht!! 11:25

Dave Kleiman

Zie!!!!!!!!!!! 11:31

Dave Kleiman

The Arg coach looks like he is singing, Damn it feels good to be a Gangsta! With those earings 11:40

Me

hehehe - I can't stand Maradona 11:41

Me

you were wrong! 11:46

KIMON_00000052

Dave Kleiman

Zie!!!!!!!!!!!!!!!!!!!!!!!!    11:45

Dave Kleiman

A good wrong!    11:46

Me    11:47

indeed

Dave Kleiman

Put your money on Paraguay    11:51

Me    11:51

ok - but, I want Spain to win

Dave Kleiman

Ok, I am not going to pick on this one, but my gut says Paraguay.    12:49

Me    12:54

:)

Dave Kleiman

Lies!    15:19

Me    15:20

:)

Dave Kleiman

You know he was not offsides    15:20

Me    15:21

it was a good goal

Me    15:21

heh, the guy said the exact same thing

Me    15:49

wow

Dave Kleiman

What the heck happened    15:50

Me    15:50

should've been another penalty

Page 30

KIMON_00000053



Dave Kleiman

Well it really does not matter because Ger would tear up either of these    16:13

Me
i agree    16:13

Tuesday, July 06, 2010

Dave Kleiman

Called that, so now we know NED vs GER    18:15

Me
then who?    18:44

Dave Kleiman

Germany of course    18:45

Me
score?    18:45

Dave Kleiman

Come on now. If I had to guess 3-1    18:46

Dave Kleiman

Ned is going to be like, what happened?    18:47

Me
heh    19:24

Wednesday, July 07, 2010

Dave Kleiman

I just put 300 on germany....?    13:16

Me
at what odds?    14:29

Dave Kleiman

Straight up    14:30

Me
not bad    14:30

Dave Kleiman

They are playing slow?    14:41

KIMON_00000054

Dave Kleiman

0 0 at 70 min

15:56

Dave Kleiman

1 0 at 73

16:00

Dave Kleiman

And that is 300 down the tubes

16:03

Me

not over yet

16:09

Dave Kleiman

Yes it is... They look terrible

16:12

Dave Kleiman

They are playing like the slowest team i have ever seen

16:16

Me

wth?! they were like machines with Argentina. But, Spain is not chopped liver either

16:17

Dave Kleiman

But they are not even moving fast

16:17

Me

viva españa!

16:22

Saturday, July 10, 2010

Dave Kleiman

This the best game of the whole cup

15:44

Sunday, July 11, 2010

Dave Kleiman

I think I will put $1k on ned

14:14

Me

wow! sure?

14:15

Dave Kleiman

They have upset everyone even Brazil

14:16

Me

spain did too - even beat ger

14:17

Page 32

KIMON_00000055

Dave Kleiman

No Spain was ranked #2 the whole cup, they did not upset anyone          14:18

Me

I am sure the Germans were very upset when they lost          14:19

Dave Kleiman

ahahahahahahah          14:19

Dave Kleiman

I had no idea Spain was an all girl team          15:46

Me

hehehe          15:47

Dave Kleiman

I mean it seems to be a good tactic, the other team is too busy watching the girls rolling around on the ground holding thier legs to score a goal          15:53

Dave Kleiman

Most of thier games were 1 0          15:53

Dave Kleiman

The only way they can win is with Ned 1 man down          16:56

Me

I hope you didn't bet the $1k          17:16

Wednesday, July 28, 2010

Dave Kleiman

Hello,  I am sorry I could not take your call, I am either on or away from the phone. Please try and call me again later. Thank you and have a great day! -Dave          18:45

Dave Kleiman

On the phone kimoneeeeeeeeeeeeeeee          18:46

Tuesday, August 03, 2010

Dave Kleiman

Nevefr try to kill someone on cinco de mayo          21:20

KIMON_00000056

Wednesday, August 04, 2010

Dave Kleiman

Hello, I am sorry I could not take your call, I am either on or away from the phone. Please try and call me again later. Thank you and have a great day! -Dave    18:46

Monday, August 09, 2010

Me

MCSE = Microsoft Certified Solitaire Expert?    06:19

Thursday, August 12, 2010

Dave Kleiman    21:10

niggubmiedud

Tuesday, August 24, 2010

Dave Kleiman    18:24

On the phone

Wednesday, September 29, 2010

Me

I'd like to come visit this Saturday, are you ok with that?    12:36

Dave Kleiman

Call sat morn will let you know, status. But yes, prob afterrnoon    13:04

Me

ok, I will    13:05

Saturday, October 02, 2010

Me

how do you feel? may I come see you today?    12:01

Dave Kleiman

After 1430    12:02

Me

ok    12:02

Dave Kleiman

Kimon, please do not take offense,, but please do not come until 1500    12:46

Me

you're my friend, there is no offense whatsoever. would you prefer I come during the week, after work?    12:51

Page 34

KIMON_00000057



Tuesday, October 19, 2010

**Dave Kleiman**

When you coming by?                                        21:27

Me

when do you want me to?                                    21:37

Wednesday, October 20, 2010

**Dave Kleiman**

I do not know, when you are not busy                       07:39

Me

today?                                                     09:01

Me

?                                                          17:46

**Dave Kleiman**

Better a planned day                                       19:22

Me

ok, tuesday or wednesday next week?                        19:44

Tuesday, November 02, 2010

**Dave Kleiman**

1201 NW 16th Street                                        18:45
Miami, FL  33125-1693

**Dave Kleiman**

An Argentinean steak :)                                    20:16

Me

)                                                          20:17

Wednesday, November 03, 2010

**Dave Kleiman**

Tonight's dinner is mac and cheese and fried okra and tomatoes....   17:22
Any questions to why I want Cuban sandwiches?

Me

you have all the fun                                       18:44

**Dave Kleiman**

Are you lost yet?                                          18:59

Page 35

KIMON_00000058



Thursday, November 04, 2010

**Dave Kleiman**

Jody might not come on saturday *sigh*. So you have to pick up the vacca frita                 18:51

Me

si senor                 19:03

**Dave Kleiman**

You remember the Latin Cafe at LeJune and 836 when I took or picked you up from the airport?                 19:05

Me

no... send me the address                 19:06

**Dave Kleiman**

305-642-4700
Latin Cafe 2000
875 NW 42nd Ave
Miami, FL
33126                 19:07

**Dave Kleiman**

Opposite side of 836 from the airport                 19:07

Me

ok                 19:58

**Dave Kleiman**

And you have to eat with me, it is boring eating alone. What time Sat?                 20:00

Me

don't know yet                 20:21

Friday, November 05, 2010

**Dave Kleiman**

Do you want a tuna sandwich?                 13:56

Me

I'll have 3                 13:56

**Dave Kleiman**

My enemies will go blind from over exposure to awesomeness!!                 21:19

KIMON_00000059

Me
don't touch the royal feet!                    21:31

Dave Kleiman
Why does he keep touching my feet              21:32

Me
The feet! I told you about - I told you to - I told you - didn't I tell    21:35
him about the feet?

Dave Kleiman
Do you know around what time tomorrow?         21:36

Me
around 11:30-12:00 EDT                         21:37

Dave Kleiman
Skipper, shouldn't we tell them that the boat is out of gas? Nah!    21:46
Just smile and wave, boys, smile and wave!

Saturday, November 06, 2010

Me
text me the address to the cuban place         10:34

Dave Kleiman
Me (4/11):
305-642-4700
Latin Cafe 2000
875 NW 42nd Ave
Miami, FL                                      10:36
33126
Me (4/11):
Opposite side of 836 from the airport

Dave Kleiman
Do you not want to know what I want?           10:57

Dave Kleiman
Vaaaaaaaaaaaaaaaacccccccccccccccccccccccccccccccccaaaaaaaaaaaaaa    11:38
ffffffffffffffffffffffffffffrrrrrrrrrrrrrrrrrrrrriiiiiiiiiiiiiiiiiiiiiiiittttttttttttttttttttaaaaaaaaa

Dave Kleiman
When you say vacca, say frita!                 11:40

Page 37

KIMON_00000060



Me
vacca!                                                    11:42

Dave Kleiman
Hey Pokey Joe                                             12:18

Dave Kleiman
Dude I am still stuffed!                                  17:02

Me
you're welcome                                            17:03

Me
We're thinking about going to Chima again tonight         18:50

Monday, November 08, 2010

Dave Kleiman
This is kind of weird. But apparently Jody died Sunday morning.   20:12
They do not what happened yet.

Tuesday, November 09, 2010

Me
awake?                                                    07:12

Dave Kleiman
Never slept                                               12:32

Me
ok... so, wth was that about Jody?                        12:32

Dave Kleiman
Waiting for his mom and dad to call me back again         12:34

Me
so, it's true?                                            13:03

Dave Kleiman
What is true?                                             13:04

Me
that he's dead                                            13:38

Dave Kleiman
You think I would joke about that?                        13:54

Page 38

KIMON_00000061

Me
no but, I like confirming stuff like that    13:55

Me
call me    18:51

Dave Kleiman
I was sleeping    21:36

Me
did you talk to them?    21:49

Dave Kleiman
Did I talk to who?    22:04

Me
Jody's parents. And it's "whom"    22:05

Dave Kleiman
yes    22:06

Me
can you talk?    22:06

Dave Kleiman
yes    22:07

Wednesday, November 10, 2010

Me
you rang?    14:47

Dave Kleiman
accident    14:48

Me
ok    14:49

Thursday, November 11, 2010

Me
happy veteran's day    07:00

Dave Kleiman
Did you fill out this InfraGard thing?    14:02

Me
yes, I updated it as requested    14:23

KIMON_00000062

Tuesday, November 16, 2010

**Dave Kleiman**

When are you leaving for Mexico?    09:26

Me

not certain we are going but, if we will, it will be on the 24th    09:27

**Dave Kleiman**

If you have time to stop by before then, I need a few things of
minor importance.    11:11

Me

of course! is there something I can do before that?    11:23

**Dave Kleiman**

12 pack of 7up, because it is ridiculously bubbly. 12 pack of canada
dry ginger ale, because it is made with real ginger. Like 10 or 20
ones    12:23

Me

ok, I'll try to bring them today    12:53

**Dave Kleiman**

Yippie!!    16:31

Wednesday, November 17, 2010

**Dave Kleiman**

Tell the wifey I said hi, Mr. Diet 7up    18:43

Me

kisseemebooty    18:43

**Dave Kleiman**

Do not forget my ginger ale    19:07

Me

diet, right?    19:07

**Dave Kleiman**

Ha ha ha    19:08

**Dave Kleiman**

Me (16/11):
12 pack of 7up, because it is ridiculously bubbly. 12 pack of canada
dry ginger ale, because it is made with real ginger. Like 10 or 20
ones    19:03

KIMON_00000063

Friday, November 19, 2010

**Dave Kleiman**

No love?

18:01



18:05

**Dave Kleiman**

I want some lucama juice and a cows butt sandwich

18:22

**Dave Kleiman**

And some scrotum soup and blood pudding

18:47

Sunday, November 21, 2010

**Dave Kleiman**

Radiance of the Sea?

10:03

Me

yes, it is one of the ships

10:04

**Dave Kleiman**

You rang?

11:08

Me

verily

11:08

Thursday, November 25, 2010

Me

gobble gobble

11:59

**Dave Kleiman**

Hi turkey

12:01

Me

I'm turkeyfic

12:02

KIMON_00000064

Friday, November 26, 2010

Dave Kleiman
Niko Niko!

20:20

Me
huh?

20:21

Dave Kleiman
??

20:21

Me
?!?

20:21

Dave Kleiman
?¿?¿

20:22

Sunday, November 28, 2010

Dave Kleiman
I like turtles

08:55

Monday, November 29, 2010

Dave Kleiman
I was sleeping when you called.

22:52

Dave Kleiman
I like turtles!

22:53

Tuesday, November 30, 2010

Dave Kleiman
?

18:16

Dave Kleiman
I like turtles!

18:16

Dave Kleiman
You watching?

19:30

Me
what am i watching?

19:31

Dave Kleiman
Billy the exterminator.. On AE

19:31

Thursday, December 02, 2010

Dave Kleiman
Chicken testicles?

18:58

KIMON_00000065



Me
and rooster eggs    18:59

Saturday, December 04, 2010

Dave Kleiman
Queen mary 2?    12:27

Me
competitor    12:28

Dave Kleiman
They said it is the biggest    12:29

Me
5 years ago    12:30

Dave Kleiman
I think you are liar liar pants on fire    12:30

Me
kisseemebooty    12:31

Dave Kleiman
They were just contructing it in 2003    12:32

Me
yeah, it takes a year to complete    12:32

Dave Kleiman
My whole world is falling apart in pbg.    12:34

Dave Kleiman
It says you must consult a travel agent before you choose a cruise    13:07

Me
it helps but not if you know what you're doing. and places like expedia are travel agentso!    13:08

Dave Kleiman
Priceline negotiator!!    13:09

Me
for cruises you get normal pricing there    13:10

KIMON_00000066



Tuesday, December 07, 2010

Dave Kleiman

Freedom of the Seas

09:08

Me

Allure of the Seas

09:17

Dave Kleiman

No. Freedom of the Seas?

09:18

Thursday, December 09, 2010

Dave Kleiman

Your iPhone sucks!

19:49

Friday, December 10, 2010

Dave Kleiman

When I get out of here, I am going to drive around the US to all the Man v. Food restaurants.

16:08

Me

:)

16:13

Saturday, December 11, 2010

Dave Kleiman

Ahahahaaaaaaaaaha! Ha!

19:30

Tuesday, December 14, 2010

Dave Kleiman

Want some chitlins?

14:35

Dave Kleiman

Wasting away in Margaritaville.....

18:39

Dave Kleiman

Are you alive?

19:40

Me

problems at work

19:40

Dave Kleiman

:( that sucks! I wish I would have known, I told them not to bring my dinner.

20:12

Me

crap - sorry, I didn't know

20:12

Page 44

KIMON_00000067



Dave Kleiman
I have tootsie pops                                      20:13

Me
let me call you when I'm done                            20:13

Dave Kleiman
Could not hear you                                       20:39

Dave Kleiman
███████                                                  21:15

Dave Kleiman
Can you believe I still have to be here another 3 months.... At least   21:54

Thursday, December 16, 2010
Dave Kleiman                                             17:38
Did you call me at 1630?

Me
yes i did                                                17:41

Dave Kleiman
Ok                                                       17:46

Sunday, December 19, 2010
Dave Kleiman                                             18:51
On the phone with patrick

Tuesday, December 21, 2010
Dave Kleiman                                             12:29
Funky!

Me
play that funky music white boy                          16:42

Dave Kleiman
Yawn... What is up                                       20:52

Wednesday, December 22, 2010
Dave Kleiman
I am headed to surgery, I will talk to you in couple, three or four   21:26
days. -Dave

Me
good luck                                                21:44

Page 45

KIMON_00000068

Friday, December 24, 2010

Dave Kleiman

Ok. Well that got all screwed up. The OR doctors saw something wrong with my knee, called xray to the OR, and they saw one of the many metal rods I have was causing the infection, so they had to cancel the current surgery and opened my knee, now they have to schedule to have the rod removed and reschedule the other surgery. Whatever, guess I will live here forever. 22:28

Me

what the hell? have they given any indication when? how close together can they happen? 22:30

Dave Kleiman

I do not know, but I imagine a couple three weeks. 22:34

Me

ok - so, when is the first one? 23:01

Dave Kleiman

Do not know yet 23:46

Me

ok - I'll bring you some more eggnogg when I get back to Miami 23:48

Tuesday, December 28, 2010

Dave Kleiman

22:40

I have surgery thursday

Wednesday, December 29, 2010

Me

13:18

ok - and the other one?

Dave Kleiman

Do not know 13:19

Saturday, January 01, 2011

Dave Kleiman

08:29

Happy New Year!

Me

happy new year! I thought you'd be in ICU until next week - how did it go? 08:30

Dave Kleiman

It went good............ But now I want pizza! 08:31

Page 46

KIMON_00000069

**Dave Kleiman**

Chezzy crust                                                                08:32

**Dave Kleiman**

I am goofy                                                                  08:32

Me

and I am Kimon, pleased to meet you                                         08:33

Me

I am glad you're done with this one and that you are back in your           08:34
room already

**Dave Kleiman**

Me too!                                                                     08:34

Me

is your next one scheduled?                                                 08:36

**Dave Kleiman**

Not yet.                                                                    08:37

Me

ok - but you're almost done with the VA. You are past the half-way          08:37
point

Sunday, January 02, 2011

**Dave Kleiman**

Can I buy something and have it shipped to your father inlaw, and           11:41
he can ship it to you?

Me

sure but, what is it?                                                       11:42

**Dave Kleiman**

Quad band cellphone and gps jammer                                          11:44

**Dave Kleiman**

I will buy you one too. We might be able to ship it to your brother,        11:54
but many euro countries it is a non import item

Me

let me check                                                               11:55

Page 47

KIMON_00000070



Monday, January 03, 2011

Me  12:24

no, they don't want the risk

Friday, January 07, 2011

Dave Kleiman  06:16

Can I be the captain on one of your boats?

Me  08:17

absolutely!

Dave Kleiman  10:59

Which one will they let me drive?

Me  10:59

the biggest one

Dave Kleiman  11:16

Well let them know I am bringing my own navigators and stuff, so they can kick off their crew...

Saturday, January 08, 2011

Dave Kleiman  06:58

Turn on animal planet

Me  06:59

zzzzz....

Dave Kleiman  06:59

No zzzzzzzzzzzzzzzz! Get up!

Dave Kleiman  08:18

Are you awake now?

Me  08:23

yes because the furniture is being delivered

Dave Kleiman  08:24

Turn on animal planet

Dave Kleiman  09:33

Have you ever seen predator stoppers on Spike?

Dave Kleiman  11:17

I do not have that channel :(

KIMON_00000071

**Dave Kleiman**

Dude, I just got moved to my own room with a couch. Now you have to visit me one day and kick back on my couch          15:32

Sunday, January 09, 2011

**Dave Kleiman**

Penguins are hunting roaches          11:09

Monday, January 10, 2011

**Dave Kleiman**

Google computer forensics and look at #8          16:22

Me

never heard of the guy          16:23

**Dave Kleiman**

That is the to keyword for what I do...          16:24

**Dave Kleiman**

Top not to          16:24

**Dave Kleiman**

Hold on a minute          18:29

Tuesday, January 11, 2011

**Dave Kleiman**

I need a clock          17:44

Me

what happened to your $75,000 watch?          17:46

**Dave Kleiman**

My new room does not have a clock :( i need one.......          17:47

Me

ok, when I come visit I'll bring you one          17:47

**Dave Kleiman**

An elcheapo battery wall clock          17:51

Me

my favorite brand          17:58

**Dave Kleiman**

Should I ship it to your house?          18:25

Page 49

KIMON_00000072

Me
ok but, you cannot accept deliveries there?    18:26

Dave Kleiman
Yes but it takes like a week for the mail room to process it.    18:27

Me
ok    18:28

Thursday, January 13, 2011
18:44
:( you hungup

Dave Kleiman

Tuesday, January 18, 2011
Dave Kleiman
The best penguins ever is on................ I am fine by the way, in case    15:42
you were wondering

Me
thank you - i was losing sleep over that    15:42

Thursday, January 20, 2011
Dave Kleiman
What does it mean when someone puts _ on both side of word.    11:44
Like _is_

Me
emphasis    11:44

Dave Kleiman
ahhhh    11:45

Dave Kleiman
If you named your kid Twitter Facebook Andreou could they get    11:49
you for trademark infringement?

Me
poor kid would have to deal with 3 lawsuits at the same time    11:49

Dave Kleiman
Ahahahahaha!    20:42

Friday, January 21, 2011
Dave Kleiman
16:55
May the fleas of a thousand camels infest your armpits!

KIMON_00000073

Me

Boils and plagues plaster you over, that you may be abhorred farther than seen and one infect another against the wind a mile! you souls of geese that bear the shapes of men     16:59

Dave Kleiman

Where is my bday pizza?     19:07

Me

isn't tomorrow?     19:08

Me

It     19:08

Dave Kleiman

Will you run up to Memphis and grab me some BBQ?     19:33

Me

on my way     19:36

Saturday, January 22, 2011

Dave Kleiman

I got pointy hat a horn and sparkling cider     12:49

Me

happybirthday!     12:50

Dave Kleiman

Do you want a pointy hat too?     12:50

Me

whoohoo!     12:59

Sunday, January 23, 2011

Me

we won nothing     09:45

Dave Kleiman

yippieeeeeeeeeee     09:57

Tuesday, January 25, 2011

Dave Kleiman

Hello, I am either on or away from my phone right now. Please leave a message or try me later.  Thanks, and have a great day! - Dave     19:00

Page 51

KIMON_00000074



Wednesday, January 26, 2011

Dave Kleiman

Good morning!                                                      07:31

Me

buon giorno                                   07:31

Monday, January 31, 2011

Dave Kleiman

Hello, I am either on or away from my phone right now. Please     18:37
leave a message or try me later.  Thanks, and have a great day! -
Dave

Tuesday, February 01, 2011

Dave Kleiman

abundans cautela non nocet                                        14:29

Wednesday, February 02, 2011

Me

happy groundhog day                        14:49

Dave Kleiman

Happy happy joy joy!                                              15:06

Dave Kleiman

annus terribilis                                                 16:18

Me

veni vidi vici                              16:21

Dave Kleiman

10740 NW 7th Ave. Cliffs 305-754-2679. Me wantee                 16:57

Dave Kleiman

And if you do ever come by.... I need change for a 20.... ones   17:21

Thursday, February 03, 2011

Dave Kleiman

Ok this sucks!!                                                   11:29

Dave Kleiman

I just found out no surgery until April 27!                      15:56

Dave Kleiman

Hangeruper!                                                       20:06

Page 52

KIMON_00000075



**Sunday, February 06, 2011**

Dave Kleiman

Can you please bring me 20 ones...soon?    16:09

Me

ok - tuesday    16:09

Dave Kleiman

:)    16:19

**Monday, February 14, 2011**

Dave Kleiman

I was sleepin    23:29

**Monday, February 28, 2011**

Dave Kleiman

Are you alive, answer either way....    14:09

Me

I am mostly dead    14:26

Dave Kleiman

:)    14:27

Dave Kleiman

Bajo nueva administracion especialidades    16:11

Me

under new management specialties    16:11

**Wednesday, March 02, 2011**

Dave Kleiman

I was sleeping :)    22:18

**Friday, March 04, 2011**

Dave Kleiman

I need a favor on the I think Oasis ship that leaves from ft lauderdale. My friend Craig Ball, who is RCCL emrald customer, and his family leave tomorrow. They drove down from lauderdale to visit me, just left. Can I send them some champagne or do something cool?    22:33

Me

yes, you can call the 800 number to do that    22:39

Page 53

**Dave Kleiman**

You are supposed to the rccl expert and help me?!?!                                    22:40

Me

I don't deal with that side - heck, I haven't even been on a cruise yet                 22:41

**Dave Kleiman**

But you should be magical                                                              22:49

**Dave Kleiman**

What is the 800#m                                                                      22:53

Monday, March 07, 2011

**Dave Kleiman**

Brought to ICU only have phopne for 5 minutes, if you have anything important let me know, will check text messages once a day. I am ok.                                   10:50

Me

how can you be ok and be taken to ICU. does not compute                               10:51

**Dave Kleiman**

I was not ok but now ok.....dorky                                                      10:52

Me

ah - so what happened? was it acute steak deficiency?                                  10:53

**Dave Kleiman**

yes                                                                                    11:05

Wednesday, March 09, 2011

Me

hi - still in ICU?                                                                     08:40

**Dave Kleiman**

Yes, but they took the tube out of my nose                                            12:04

Me

so I take it you are better now - when are they releasing you? and wth happened?      12:05

**Dave Kleiman**

Bp dropped to like 60 over 42                                                          12:08

KIMON_00000077

Dave Kleiman

They will not release me until you bring steak          12:09

Me

so you need more salt in your diet. i cannot bring you a steak in          12:25
ICU - you have to escape from there

Dave Kleiman

I will escape!          13:04

Thursday, March 10, 2011

Dave Kleiman

You now how wanted you to bring steak...that might change to          12:12
activia and saltine crackers

Me

that bad huh?          12:13

Dave Kleiman

I imagine you know this mediamp4.com          15:45

Me

no i did not - thanks!          15:54

Friday, March 11, 2011

Dave Kleiman

Was asleep          22:59

Me

I take it you're out of ICU          23:00

Dave Kleiman

yep          23:00

Me

good - I'll come by this week with your activia          23:01

Dave Kleiman

:)          23:02

Sunday, March 13, 2011

Dave Kleiman

Dude, I have hiccuped/burped approximately 11,000 times in the          20:37
past 2.5 days

Page 55

KIMON_00000078

Me
wow                                                                                    20:38

Monday, March 14, 2011

Dave Kleiman                                                                           22:09
Was asleeeeeeeeeeeeeep

Tuesday, March 15, 2011

Dave Kleiman                                                                           13:34
Crazy crazy crazy

Me
:)                                                                                     13:35

Dave Kleiman
Whenever you plan on coming by let me know ahead of time...... I     15:43
will let you know if I need activa or steak :)

Me
you don't like surprise activia?                                                       16:03

Dave Kleiman                                                                           16:05
Well... Because I would want the "vanilla" flavor whenever you go.

Dave Kleiman                                                                           16:06
I am picky :)

Me
no shit :)                                                                             16:06

Dave Kleiman
Trying to decide between the dell streak and motorola atrix, since    16:08
they will not correct W7 phone until next year. What do you think?

Me
iphone 5                                                                               16:08

Dave Kleiman                                                                           16:09
No.. I need a good phone not a toy

Dave Kleiman
I like the streak becuase it has 5in screen. But atrix is fastest phone    16:10
out there and streak=$500 and atrix=$99

KIMON_00000079



Me

this one is perfect for you: http://quad-band-phones.com/lowest-priced-phones/xyh001-phone-for-the-elderly?cPath=160    17:07

Dave Kleiman

Hahahaha! Ha!    17:51

Dave Kleiman

I think your phone died.    19:25

Dave Kleiman

Ok, how about a burger and fries and some wings from hooters right upstairs from the steak place or a steak :) :) :) :) :)    22:45

Wednesday, March 16, 2011

Dave Kleiman

Miracle grow!!    19:28

Me

oui    19:29

Dave Kleiman

For all your plant needs!    19:30

Thursday, March 17, 2011

Me

call me    18:52

Friday, March 18, 2011

Dave Kleiman

I am saving your booty!    16:27

Dave Kleiman

Carter was on brickel and stoppedat hooters    17:22

Me

was he attacked by any bunnies?    17:23

Dave Kleiman

No.. I tried to get him to kidnap some    17:24

Me

wake up!    18:53

Dave Kleiman

?    18:54

Page 57

KIMON_00000080



Me — look to your right — 18:54

Dave Kleiman
kimon — 18:54

Dave Kleiman
Nooo but it come in my room.... — 18:55

Dave Kleiman
Supposed to give tgo the nurses to out in fridge — 18:55

Dave Kleiman
I wanted to hangout and talkto you — 19:07

Me — me too - it's ok - next time — 19:08

Dave Kleiman
Yes but you are not bored to death... — 19:09

Me — :-) — 19:10

Dave Kleiman
It is like talking to cats.. The entire staff here might add up to your IQ — 19:12

Saturday, March 19, 2011
Dave Kleiman
Thanks agian... The wings were good at midnight.  Next time wake me up though. — 17:04

Tuesday, March 22, 2011
Dave Kleiman
The next time you do have a minute to stop by, i need you go to the atm here on the first floor for me — 19:13

Wednesday, March 23, 2011
Me — ok — 12:42

Saturday, March 26, 2011
Dave Kleiman
Can you please please stop by for just a minute on monday and go to the atm here for me..before I go bezerko — 22:52

Page 58

KIMON_00000081



Me
ok but it will be late in the evening   22:54

Dave Kleiman
Whenever is fine..you only have to stop for a minute   22:55

Me
i will   22:55

Monday, March 28, 2011
Dave Kleiman
I did it. It took me 37 minutes (should have taken 5) to get to the atm And back. Wow this is sucky. You do not have to worry about stopping by for that, but you are still welcome to come by if you want.   14:45

Monday, April 11, 2011
Dave Kleiman
The end is almost here!   15:19

Me
run for the hills!   15:39

Me
btw, I'm visiting today   16:19

Dave Kleiman
With wings from hoooooooooooooters?   16:25

Me
yep   16:25

Dave Kleiman
If yopu call me when you are going to your car and call it in so it is ready when you get there..unless of course you like waiting with the hooters girls   16:28

Me
i actually prefer calling before i leave since it only takes 5' to get there   16:29

Dave Kleiman
okeeeeeedokeeeeeeeee   16:30

Me
send me your order   16:30

Page 59

KIMON_00000082

Dave Kleiman

10 wings hot with side of hot sauce. Western bbq burger w/fries. Extra pickles and ketchup   17:07

Me
and for dessert?   17:08

Dave Kleiman

You coming like around 7?   17:08

Me
yes   17:08

Dave Kleiman

Fried pickles for desert.... serious   17:10

Me
ok   17:12

Tuesday, April 12, 2011

Me
well?   10:49

Dave Kleiman

Still waiting   10:54

Me
?   16:00

Dave Kleiman

?? What?   18:02

Me
surgery   18:02

Dave Kleiman

Still waiting......... No stress here   18:02

Wednesday, April 13, 2011

Me
?   18:09

Saturday, April 16, 2011

Me
how did it go?   08:46

KIMON_00000083



Sunday, April 17, 2011

Me                08:52
?

Monday, April 18, 2011

Dave Kleiman
I am in SICU, they did not finish, guess I am going back in        16:13
tomorrow or something

Me                16:13
wth?

Dave Kleiman
You got me?        16:14

Me                16:14
what the hell?

Me                16:14
as in what the hell happened?

Dave Kleiman
Do not know, have not seen the surgeon        16:17

Me                16:17
ok - will you be able to talk later?

Me                16:17
I take it that I cannot visit

Dave Kleiman
I think you can....but you have to bring wings :)        16:18

Me                16:18
can I?

Dave Kleiman
I think you can....but you have to bring wings :)        16:18

Dave Kleiman
Let me ask        16:19

Dave Kleiman
Dude it is Passover, you have to bring matzah wings        16:27

Page 61

KIMON_00000084

Me

doesn't start 'til sundown - I'll set your watch to Hawaii time          16:28

Dave Kleiman

Until 2000HRS is visiting hours          16:33

Me

ok - sun sets at 19:45          16:34

Dave Kleiman

Do not forget to as for the matzah wings ......... lol          18:21

Dave Kleiman

Yes they said you can bring whatever.          18:22

Dave Kleiman

Are you lost yet?          18:45

Dave Kleiman

They said there was a sign that says SICU/MICU near the elevator          18:46

Tuesday, April 19, 2011

Dave Kleiman

Went to surgery Friday, have been in SICU ever since. Ok so the deal is they could not finish because my bones grew so much in the last 15 years in the femur and hip area, for some reason much more on the right side than the left. (most likely the root cause of how this all started) The bones are very vascular, which causes a lot of blood loss when they grind them, so they stopped and did not finish for safety reasons, have to wait a few weeks and then go again. I have hole in my leg the size of a softball, you can see my hip, but I am fine. Do not worry about me ........ There he goes. One of God's own prototypes. A high-powered mutant of some kind never even considered for mass production. Too weird to live, and too rare to die!!!          13:13

Me

the x-men have nothing on you          13:14

Dave Kleiman

You can still bring me chicken wings whenever you want even though I am going back downstairs :)          13:23

Me

matzah wings?          13:24

KIMON_00000085

**Dave Kleiman**

Yes exactly!!                                                                              13:25

                                                          Me                              13:25
                                          are hooters girls kosher?

**Dave Kleiman**

Who cares we will have a rabbi bless them first                                           13:26

                                                          Me                              14:48
                                                          :)

                                    Thursday, April 21, 2011

**Dave Kleiman**

Awwwwwwwwwwwww dang                                                                        20:52

**Dave Kleiman**

I fell asleepy                                                                            20:53

                                                          Me                              21:03
                                          aw shucks

**Dave Kleiman**

I missed big bang theroy :(                                                               21:04

                                                          Me                              21:04
                                          me too

                                    Saturday, April 23, 2011

**Dave Kleiman**

Do you work on Monday?                                                                    13:07

**Dave Kleiman**

If monday is not a holiday can you stop by and go to the ATM for                          13:09
me?

                                                          Me                              13:35
                                                          ok

                                                          Me                              14:23
                                          I'll come by after work

**Dave Kleiman**

I figured you were not going to come by during work :)                                    14:25

KIMON_00000086

Monday, April 25, 2011

Dave Kleiman

I am really starting to hate this place....Not actually this place itself, just the concept of being confined to a room and having to rely on everyone else for everything. I do not think this is good for my type of personality. It may start manifesting into inappropriate behavior and misplaced anger.... That of course leads to killing kittens and bunny rabbits and who knows where that takes you....     13:23

Me

a tour around the country doing shows, a popular twitter feed and a TV show?     13:26

Me

and Charlie, how did you get my number?     13:27

Me

(btw, it doesn't bother me to help but, I ubderstand what you're saying)     13:27

Dave Kleiman

I know, but it is like I cannot even go down the hall to get soda out of the soda machine...do you know how imprisoned/weak/useless that makes you feel especially if you deal with it for months upon months. I bet just a few weeks of that would drive a normal person insane.     13:34

Me

It absolutely would. I would have gone crazy myself.     13:39

Dave Kleiman

Baron Von streusel     21:41

Me

hehehe - this who gave the title to me http://www.royalhouseofgeorgia.ge/     21:47

Monday, May 02, 2011

Dave Kleiman

hello     15:36

Me

hello     15:37

Page 64

KIMON_00000087



**Dave Kleiman**

How are you today Baron Von Streusel    15:37

Me

fantabulous? and you herr doktor?    15:38

**Dave Kleiman**

I am going nutz! Seriously! But other than that I am ok    15:40

Me

i take it you do nothave word yet    15:40

**Dave Kleiman**

Word on?    15:41

Me

surgery    15:41

**Dave Kleiman**

Oh yeah on the 19th... Who knows if I will even make through this one    15:42

Me

huh?    15:43

Me

why do you say that?    15:43

**Dave Kleiman**

I am almost did not on the last one and still taking this stupid blood pressure medicine    15:44

**Dave Kleiman**

That is why they stopped last time    15:44

Me

you failed to mention that minor detail before...    15:45

**Dave Kleiman**

You better come before than and eat some french fries with me again.........you never know    15:45

Me

)    15:46

KIMON_00000088

Dave Kleiman

No i did not..

15:45

Dave Kleiman

I sent this to you: Went to surgery Friday, have been in SICU ever since. Ok so the deal is they could not finish because my bones grew so much in the last 15 years in the femur and hip area, for some reason much more on the right side than the left. (most likely the root cause of how this all started) The bones are very vascular, which causes a lot of blood loss when they grind them, so they stopped and did not finish for safety reasons, have to wait a few weeks and then go again. I have hole in my leg the size of a softball, you can see my hip, but I am fine. Do not worry about me ........ There he goes. One of God's own prototypes. A high-powered mutant of some kind never even considered for mass production. Too weird to live, and too rare to die!!!

15:48

Me

yes but that does not mean "I was almost dead and that's why they stopped"

15:49

Dave Kleiman

""The bones are very vascular, which causes a lot of blood loss when they grind them, so they stopped and did not finish for safety reasons, have to wait a few weeks and then go again""

15:49

Dave Kleiman

What did you think I meant by stop for safedty reasons

15:50

Me

just simple caution and not "oh shit!"

15:50

Dave Kleiman

Ohhhhhhhh. Well that is what I meant... I loss like 2.5 pints of blood

15:50

Me

wow

15:51

Dave Kleiman

That,is why I always ask for lots of ketchup

15:52

Me

)

15:52

Page 66

KIMON_00000089

Dave Kleiman

Did you hear they put bin laden's body right next to the roswell alien bodies                                                    15:54

Me

I thought they sold the body to the Greys for the latter's probing pleasure                                                          15:55

Tuesday, May 03, 2011

Dave Kleiman

So my electric is good for another 4 months. My water for 3 months (40 a month even if I do not use any water?). I have to pay $300 to comcast before they will disconect the service.                15:16

Me

in how many months is the penalty waived?                          15:17

Dave Kleiman

No, I owe them a back bill from last month, my account is suspended so they cannot do anything until I pay it.                    15:20

Me

oh, ok                                                              15:20

Dave Kleiman

Funny I was watching hbo this weekend on xfinity, lady said my account has been suspended for 11 days.                              15:21

Wednesday, May 04, 2011

Dave Kleiman

Ummm good news or bad news?                                         08:04

Me

ok.. bad news                                                       08:05

Dave Kleiman

No chicken wings for us friday                                      08:05

Me

good news?                                                          08:05

Dave Kleiman

Surgery Friday                                                      08:06

Me

oh! then when can you have chicken wingd?                           08:07

Page 67

KIMON_00000090

Me
and how come? 08:08

Dave Kleiman
I guess they had an opening 08:08

Me
you get to go home 2 weeks earlier 08:09

Dave Kleiman
Yes but they messed up our schedule 08:11

Me
your surgery is more important - I'll bring you wings today 08:13

Dave Kleiman
Wings are always more important than surgery :) 08:14

Me
:) so, is today a wing day or have you started the presurgery diet? 08:21

Dave Kleiman
No that is tomorrow after 1800. Then at midnight not even water 08:23

Me
I know to never feed you after midnight 08:25

Dave Kleiman
You are really stopping by tonight, right? 11:54

Me
yrs 11:54

Me
yes 11:54

Dave Kleiman
Ok good! 11:55

Me
bringing broccoli and celery sticks 11:55

Dave Kleiman
And asparagus too please, enough to make our pee turn green 11:56

KIMON_00000091



Me
of course                                                          11:59

Dave Kleiman

Just wanted to let all of you know my surgery was scheduled for        12:08
the 19th of May and just found out now it is moved to this Friday.

Dave Kleiman

Can we quit our jobs and become the A Team?                           17:38

Dave Kleiman

Yes their real moms                                                   20:09

Dave Kleiman

Do not forget I owe you $600,000                                      20:10

Dave Kleiman

Your phone just called me                                             20:37

Thursday, May 05, 2011

Dave Kleiman

I should have just had you take the card with you. Then you could       07:30
have just got it the next time you go to an ATM. Besides if I do not
make it, I do not want leave owing you $60 ;)

Me
what a maroon                                                         07:30

Dave Kleiman

Did you watch the video?                                              20:55

Friday, May 06, 2011

Me
still at around 10?                                                   07:09

Dave Kleiman

Already back....will explain in a minute                              08:54

Dave Kleiman

Wow! The effort of psycing up to get ready for surgery and then
not having it is more stressful than having it. Well the Docs
explained some new technique they have as I entered the O.R.          09:03
They said it was much safer and the felt more comfortable with it,
so I said yes even though it meant rescheduling.

KIMON_00000092

Me

ummm... WTF?!   09:10

Dave Kleiman

Roger that sir! My hands are shaking right now from like an
adrenaline surge. Something where they put a ballon in the artery    09:12
if they get a lot of bleeding they inflate the ballon

Me

wow   09:14

Me

when is it scheduled for now?   09:50

Dave Kleiman

Do not know yet.   09:51

Dave Kleiman

Oh, that is right the Doc said I have to get my Hot Sauce levels    09:52
back up again :)

Me

of course   09:55

Dave Kleiman

It seems to work ;)   09:56

Dave Kleiman

If you have time after work for ATM let me know....and I will not try    12:04
to coerce for chicken wings I promise

Me

:)   12:13

Me

on my way   18:30

Dave Kleiman

Now you can have the 6 billon I owe you!   18:33

Dave Kleiman

Wooohoooooo found it for $3   20:06

Me

yippee!   20:06

KIMON_00000093



Saturday, May 07, 2011

Dave Kleiman

Did you watch rango? Was your pizza good?   14:21

Me

not yet & yes.  :)   14:22

Monday, May 09, 2011

Dave Kleiman

And todays secret word is.....
pneumonoultramicroscopicsilicovolcanoconiosis   12:20

Me

ok - who cares about tiny holes in the lungs?   12:22

Dave Kleiman

Did you look at the photos yet?   21:50

Me

yes, they're amazing   21:52

Thursday, May 12, 2011

Dave Kleiman

Whopper!!!   19:09

Me

bopper   19:10

Dave Kleiman

Slopper!p   19:10

Dave Kleiman

Copper!   19:10

Dave Kleiman

Flopper!   19:11

Me

flipper   19:11

Dave Kleiman

Snipper!   19:12

Tuesday, May 17, 2011

Dave Kleiman

I am going to throw myself off a cliff!   11:28

Page 71

KIMON_00000094

Me
hard to find in FL - what happened? 11:28

Dave Kleiman
I am in this room and the other person watches the bible network all day and night........ There is going to be a problem here!! 11:30

Me
hehehehe 11:30

Dave Kleiman
No hehehe. I am about to shake up a coke and toss it into the top of his light fixture. 11:32

Wednesday, May 18, 2011

Dave Kleiman
Wow! F**k f**k f**k! 11:43

Dave Kleiman
Now I just got an email from comcast says my bill is $1000 11:44

Me
how the hell did that happen? 11:57

Dave Kleiman
They are charging me for the equipment $450 each until returned 11:59

Me
wow 12:00

Dave Kleiman
I have no roomate for the rest of today at least. 12:00

Dave Kleiman
Oh so today would be a good day for you to come by and visit :) 12:01

Dave Kleiman
Just kidding I know you are busy....whenever you feel like it 12:01

Me
heat game tonight so, it would be sans chicken wings 12:03

Dave Kleiman
Sans? 12:04

KIMON_00000095



Me                                                               12:04
without

Dave Kleiman                                                     12:05
Whopper?

Me                                                               12:06
I'll let you know within the hour

Dave Kleiman                                                     12:06
Oh that game is in Chicago by the way :)

Dave Kleiman                                                     14:19
I got you a present whenever you do come by

Dave Kleiman                                                     16:08
And the honeymoon is over :(

Me                                                               16:08
he's back?

Dave Kleiman                                                     16:45
No a new person is coming later this evening

Me                                                               17:16
a devout muslim?

Dave Kleiman                                                     18:23
Not sure..but at least there is no 24/7 muslim channel

Dave Kleiman                                                     18:52
Możesz mi powiedzieć jak dostać się na stadion?

Thursday, May 19, 2011

Dave Kleiman                                                     15:28
!@#$%&$*@(!))!*##&#&$^^$#*((!))!)!!))!!))=*&#&^&#@*!

Dave Kleiman                                                     17:40
Did you like my zombie proof house?

Dave Kleiman                                                     19:04
Had to reboot my phone 3 times in the last 15 minutes just in case
you tried to call

KIMON_00000096

Me

i did - i wanted to confirm you wanted wings and, since you didn't answer, I'll just bring some gefiltefish    19:06

Dave Kleiman

My favorite!!    19:06

Dave Kleiman

Some matzah and horseradish too please    19:06

Me

any other way would be uncivilized!    19:07

Dave Kleiman

You could not read the Greek I sent you earlier?    19:07

Dave Kleiman

θα πρέπει να φέρει φτερούγες κοτόπουλου;    19:09

Me

the grammar is so horrid, I refuse to respond - it is beneath me    19:10

Dave Kleiman

It says something like do you come bearing chicken wings    19:10

Me

it says: will he have to bring chicken wings?    19:11

Dave Kleiman

Ok close enough    19:12

Me

:)    19:12

Dave Kleiman

I just thing it is funny that there are words for chicken wings in polish greek latin and so on.    19:13

Me

it's actually a phrase: wings of a chicken    19:14

Dave Kleiman

Is it wed?    19:18

Me

thur    19:18

KIMON_00000097

**Dave Kleiman**

Becuase wed is wings day with all kinds of specials     19:18

Me

what is today?     19:19

**Dave Kleiman**

10 wings and fries for 599, today it is 899     19:20

**Dave Kleiman**

Nevermind thag is bonless wings... Yuck!     19:21

**Dave Kleiman**

Ok  I will leave you alone so you can finish working... What time you think?     19:23

Me

leaving in 10     19:24

**Dave Kleiman**

You want me to call in?     19:24

Me

go for it     19:25

**Dave Kleiman**

You want anything?     19:25

Me

nope - call in 5'     19:26

**Dave Kleiman**

Some steamed shrimp?     19:26

Me

i can only eat steamed broccoli     19:26

**Dave Kleiman**

Roger in 5 syncing clock ...19:27:42..44..46     19:27

Me

you're off by $\pi/7$ seconds     19:29

KIMON_00000098



Dave Kleiman

Totals is $28, I got you and extra side of celery. I got wings and steamed shrimp... You could eat 1 or 2 steamed shrimp no? It will be ready in 10 under dave. Ask for xtra ketchup plz.    19:37

Dave Kleiman

It only shows a lexus a bmw and a ford.    20:00

Me

on my way    20:07

Dave Kleiman

On my way too    20:07

Me

yippee    20:07

Dave Kleiman

Remember I am in the next roomover    20:08

Dave Kleiman

Criminal minds marathon.......all day memorial day    21:18

Me

huzzah    22:10

Dave Kleiman

fuzzah    22:10

Dave Kleiman

Indigestion .......................... Pepto Bismol!    22:49

Friday, May 20, 2011

Dave Kleiman

Why did the chicken cross the road?    07:24

Me

to get to hooters?    07:25

Dave Kleiman

Eh hu hu hu, he said hooter eh hu hu hu...    07:26

Dave Kleiman

I wonder how many people have to work in the HR department for a company that has 920,000 employees.....    08:13

KIMON_00000099



Me
4      08:23

Dave Kleiman
Now that huckleberryfin and trump are not running, who do we vote for      11:48

Me
you?      11:49

Dave Kleiman
:0 Newt/Palin ahahahahahahaha      11:50

Me
yeah... I'd vote for Bugs/Daffy before any ticket with Palin on it      11:51

Dave Kleiman
I would vote for rocky/moose      11:52

Me
I knew you were a pinko commie!      11:52

Dave Kleiman
Yippie it is the weekend!      11:53

Dave Kleiman
All my friends from 800 and 877 keep calling me, they must really like me!      15:43

Me
you're a popular guy      15:43

Dave Kleiman
Yes I am!      15:45

Saturday, May 21, 2011
Dave Kleiman
You want some of mussels?      17:47

Sunday, May 22, 2011
Dave Kleiman
I think I'm turning Japanese, I think I'm turning Japanese, I really think so!      15:56

Dave Kleiman
Minute to win it, biggest winner ever tomorrow at 20:00      21:01

KIMON_00000100

Tuesday, May 24, 2011

**Dave Kleiman**

Can someone block "strangers" from seeing their tweets? 14:16

**Dave Kleiman**

The IT guys just got busted from Rothstein. They were making fake banking websites. 18:04

Wednesday, May 26, 2011

**Dave Kleiman**

Hello? 21:10

Me

hi 21:15

**Dave Kleiman**

I am answering your call :) 21:16

Thursday, May 26, 2011

**Dave Kleiman**

Muhahaha. Have you been off all week? 11:40

Me

? 11:40

**Dave Kleiman**

Monday you said you were home... Or were you bsssssing 11:42

Me

BSng 12:24

**Dave Kleiman**

I should have gueSSed it was BS ;) 12:25

**Dave Kleiman**

Do you have time today or tomorrow for the ATM? 14:37

Me

I'll come by today 15:28

**Dave Kleiman**

Will you do the DoDo brown dance? 15:29

Me

I dance for singles 15:30

Page 78

KIMON_00000101



Dave Kleiman

Do you want any of the Japanese Ninja movies I have, like the wassabi warrior?                15:30

Dave Kleiman

Do you want any of the Japanese Ninja movies I have, like the wassabi warrior?                15:31

Dave Kleiman

Can I have a Whopper?                16:17

Dave Kleiman

Do you want a drink from the machines?                19:11

Me

no thanks - I'm good                19:12

Dave Kleiman

6367                19:13

Me

triple whopper with cheese & bacon?                19:15

Dave Kleiman

They have triples, for real?                19:16

Me

yes                19:16

Dave Kleiman

sure                19:16

Me

large fries & onion rings?                19:16

Dave Kleiman

sure                19:17

Dave Kleiman

A line to remember... The only difference between my life and a porno, is my life has better lighting.                19:19

Dave Kleiman

I will talk to you tomorrow                20:51

KIMON_00000102

Dave Kleiman

Indigestion........bluhhhhhhh                                    21:15

Friday, May 27, 2011

Dave Kleiman
                                                                13:51
Wooooooooooohooooooooo!

                                              Me
                                              ?                 13:57

Dave Kleiman

Just felt like saying woohoo                                    14:34

Dave Kleiman

Call and check on me tomorrow.                                  16:34

                                              Me
                              what happened?                    16:59

Dave Kleiman

Nothing just do not feel good                                   17:00

Saturday, May 28, 2011

Dave Kleiman

Hey, you know those small packs of rasins that come in a pack. The
next time you go to publix can you get me a pack. Apparently my     18:10
potassium is low, according to the Net, rasins per cup have the
most of anything.

                                              Me
                                 no problem                     18:11

Tuesday, May 31, 2011

Dave Kleiman
                                                                08:39
We need to win powerball it is like 200 million

                                              Me
                              I know! We must                   08:39

Wednesday, June 01, 2011
                                              Me
                                                                15:39
           don't forget I'm bringing you your dried fruit

Dave Kleiman
                                                                15:39
Mmmmmm yummmmmy

KIMON_00000103

**Dave Kleiman**

You know how to make my day!   15:42

Me
that's how I get all the girls   15:45

**Dave Kleiman**

Hey baby, want some dried fruit!   15:46

Me
works every time   15:46

**Dave Kleiman**

Do you throw in some pistashios to seal the dealeo?   15:47

Me
only if she's at least a 9.5   15:48

**Dave Kleiman**

Ahhhhhhhh ok I see now   15:49

**Dave Kleiman**

muhahahahahaha   17:46

Me
indeed   17:46

**Dave Kleiman**

When you go home later you have to stop at your publix or whatever for power ball tickets. It is huge tonight   18:21

**Dave Kleiman**

5-12-14-22-24 PB 15 and 7-11-25-31-39 PB 17 and 1 quick pick for me please. If I win I will give you 20 Million   18:29

Me
ok   18:31

Thursday, June 02, 2011

Me
did we win?   07:17

**Dave Kleiman**

I do not know yet..have not looked   07:18

Page 81

KIMON_00000104

**Dave Kleiman**

Why is your pool not big enough? You want a double olympic pool with a bolwing alley under it?    07:20

**Dave Kleiman**

Not even 1 number    13:28

Me

you suck    13:31

Friday, June 03, 2011

**Dave Kleiman**

High five!    07:59

Me

low five    07:59

Thursday, June 09, 2011

**Dave Kleiman**

I missed big bang.............sleeeeeeeeeeeep    20:51

Me

booo    21:26

Friday, June 10, 2011

**Dave Kleiman**

Even medical marijuana users may be fired for falling a drug test    16:16

**Dave Kleiman**

16 MS patches tuesday    16:17

**Dave Kleiman**

i4i patent appeal rejected by Supreme Court    16:17

**Dave Kleiman**

The power has been out since 1630    17:10

Me

wow    17:11

**Dave Kleiman**

Really? At the hospital...    17:11

**Dave Kleiman**

Awesome county BCC/DRP plan.......    17:15

KIMON_00000105

Me
hehehe                                    17:17

Dave Kleiman
Take your protein pills and put your helmet on....... Commencing
countdown engines on!                      18:09

Dave Kleiman
I started mine, I will let you know tomorrow how it is looking     20:06

Me
ok                                         20:09

Dave Kleiman
Sent you email-a-roni                      20:09

Dave Kleiman
Maybe the .exe under rars is for self extracting.    20:50

Dave Kleiman
And it seems to be running smother, it is over 200MB in 52
minutes it could be done in less than 10 hours, before I waited    20:52
more than 24 and it was not even done

Saturday, June 11, 2011
Dave Kleiman
It finshed 22 hrs                          17:44

Me
yippee!                                    17:45

Dave Kleiman
It is almostperfect... It is going out to the internet for theme and
css becuase they are on wp.com or wordpress.com     17:47

Wednesday, June 15, 2011
Dave Kleiman
How do you "jump to root" of a directory structure on a
website? ../ or ./ or is it .\ or something?    08:49

Me
plain ole /                                08:49

Me
it's like navigating in unix               08:49

Page 83

KIMON_00000106

Dave Kleiman

No workie :( ../ takes you back 1 dir ../../ goes back 2. I mean in the html. There has to be a way to just go back to root
08:54

plain slash does it - are you running in a webserver?
Me 08:55

Dave Kleiman

No off line
08:56

there's your problem. might as well use c\
Me 08:56

Dave Kleiman

But you do not what drive usb will be...
08:59

how about \website\
Me 09:00

Dave Kleiman

This sucks!
09:09

there is the option of having awebsite on a stick
Me 09:10

Dave Kleiman

? What is a website on a stick?
09:55

google is your friend
Me 09:56

webserver that runs off a usb stick
Me 09:58

Thursday, June 16, 2011

Dave Kleiman

Muhahahahaha!
16:16

ok.
Me 16:16

Friday, June 17, 2011

Dave Kleiman

Errrrrrrrr..
07:47

KIMON_00000107



Me
burp                                                                    07:47

Dave Kleiman
No.. No burp, I have a mountain of salt on my eggs                      07:49

Me
good - now you can                                                      07:51

Saturday, June 18, 2011
Dave Kleiman
Do you have a way to force a long file/folder name, that is beyond      20:57
the NTFS limit?

Me
no but do you want me to find one?                                      21:03

Dave Kleiman
If you can. I tried the old create a share deep in the tree, but the
USB stick only has 200MB avail so it gives me shared server store       21:18
error

Me
ok                                                                      21:19

Tuesday, June 21, 2011
Dave Kleiman
Do not take 95, big accident in express lane.                          18:06

Wednesday, June 22, 2011
Dave Kleiman
Are you alive?                                                          08:34

Me
though rumor abound to the contraray, I am - alas - indeed alive        08:36

Dave Kleiman
Ok then                                                                 08:37

Thursday, June 23, 2011
Dave Kleiman
Big bang theroy at 20:00                                                19:12

Me
rerun                                                                   19:15

KIMON_00000108

Dave Kleiman

Well wehave not seen a bunch of them          19:16

Friday, June 24, 2011

Me

awake?          07:14

Dave Kleiman

yep          07:36

Dave Kleiman

Happy friday!          15:13

Dave Kleiman

Wow, you screwed up!          15:27

Me

huh?          15:27

Dave Kleiman

Those pistachios are so f'n good, I will be bugging you non-stop
when they are gone          15:28

Me

I'll get you on a subscription plan          15:28

Dave Kleiman

:)          17:02

Tuesday, June 28, 2011

Dave Kleiman

watchout          07:58

Me

?          07:59

Dave Kleiman

...for that tree. george          08:00

Dave Kleiman

Happy tuesday          08:10

Me

is it fat?          08:11

KIMON_00000109

**Dave Kleiman**

Sure why not                                        08:11

Me

take your top off then!                             08:21

**Dave Kleiman**

wooooooooohoooooooooooo                             08:22

**Dave Kleiman**

He gets killed?                                     08:30

Me

massacred, eaten alive                              08:30

Me

who are we talking about?                           08:30

**Dave Kleiman**

No.. Charliegets killed                             08:31

Me

that's one of the rumors                            08:31

**Dave Kleiman**

yawn                                                20:14

**Dave Kleiman**

Had to switch to edge, 3g is down                   20:15

Me

all of at&t                                         20:31

**Dave Kleiman**

Thley suck!                                         20:39

Wednesday, June 29, 2011

**Dave Kleiman**

Wake up!                                            08:35

Me

being awake is overrated                            08:36

Thursday, June 30, 2011

**Dave Kleiman**

You forgot me :(                                    21:51

Page 87

KIMON_00000110



Me

was in the office until 8:30 and then on the phone 21:52

Dave Kleiman

OIC 21:53

Friday, July 01, 2011

Dave Kleiman

Dude I am hurting so bad. oweeeeeeeeed 16:24

Dave Kleiman

? 18:07

Dave Kleiman

?? Watch the iPhone video 18:39

Me

is your msdn subscription still valid? 19:42

Dave Kleiman

yes 19:46

Me

may I log in? 19:49

Dave Kleiman

Only if you watch the iphone video 19:50

Me

I like the payphone finder 19:51

Dave Kleiman

ahahahaha 19:51

Dave Kleiman

Do not write this down, you none security person 19:52

Me

ok 19:52

Dave Kleiman

19:53

Dave Kleiman

19:53

KIMON_00000111

Me
merci beaucoup   19:53

Dave Kleiman
You have a coupe D'bea?   19:54

Me
indeed   19:57

Saturday, July 02, 2011
Dave Kleiman
Ooooooooooowwwwwwwwwweeeeeeeeeeeee!   06:29

Monday, July 04, 2011
Dave Kleiman
Do you remember where that table is that has many of the
extended charcters..it was like wordpad or something?   20:06

Me
you mean the character map?   20:07

Dave Kleiman
I found right after I sent that   20:08

Me
ok   20:08

Wednesday, July 06, 2011
Dave Kleiman
Just come by tomorrow instead   09:47

Me
sure?   09:47

Dave Kleiman
Yep..otherwise you will be driving yourself crazy running around   10:00

Thursday, July 07, 2011
Dave Kleiman
Yippie!   17:22

Dave Kleiman
Power is out! woohooo   17:24

Me
again?   18:45



Page 89

KIMON_00000112



Dave Kleiman

yep                                                    19:37

Dave Kleiman

Boing!                                                 20:00

Monday, July 11, 2011

Dave Kleiman

Wear rubber duckies!                                   08:17

Wednesday, July 13, 2011

Me

how did you know I would?                              09:39

Dave Kleiman

Row, row, row!                                         09:50

Me

no, it's: row, row, breathe, row                       13:12

Tuesday, July 19, 2011

Dave Kleiman

Good morning!                                          11:58

Me

well hello there                                       11:58

Dave Kleiman

I fall asleep like at 6 last night                     12:04

Me

you do need your beauty rest                           12:06

Dave Kleiman

No it is the 1.5 mile around the hospitals I have done the last 3
days                                                   12:07

Thursday, July 21, 2011

Dave Kleiman

Surgery next thur                                      14:08

Me

whoohoo!                                               14:08

Me

so, for when should i set up the reservation at chima?  14:10

KIMON_00000113



Dave Kleiman

Dude, it will be sept before I can even start PT                                 14:28

Dave Kleiman

I was asleep                                                                      22:10

                                                                            Me
                                                    inconceivable!                22:13

Dave Kleiman

Exactly!                                                                          22:13

                              Friday, July 22, 2011
Dave Kleiman
                                                                                  21:44
Was in MRI

                                                                            Me
            so? you cannot take your hunk-o-junk, sorry excuse for a phone        21:52
            with you?

Dave Kleiman

Sure, I will take your iphone in with me                                          21:54

                                                                            Me
                              no need - my iphone has an mri app                  21:54

                              Thursday, July 28, 2011
                                                                            Me
                                                                                  07:47
                                              ready for surgery?

                              Saturday, July 30, 2011
Dave Kleiman

Out of surgery, in ICU, everything is fine. Just got my phone, forgot
to leave it off on Wednesday so the battery is only 35%, so my                    11:28
phone may be off today. Text messages are easiest as the ICU is
supposed to be a quiet place.

                                                                            Me
            got it - I call SICU yesterday to ask about you but, you were         11:29
            sleeping. I take it everything went well?

Dave Kleiman

yep                                                                               11:29

Dave Kleiman

Just tired                                                                        11:29

Page 91

KIMON_00000114

Me
no more surgeries, right?                                    11:30

Dave Kleiman
nope                                                          11:35

Me
whoohoo! so, Chima in October?                               11:35

Dave Kleiman
You are buying because I am broke                            11:48

Me
:) that was the deal anyway                                  11:48

Sunday, July 31, 2011
Me
can you eat pistachios?                                      19:57

Dave Kleiman
I can eat chimichangas!!                                     19:58

Me
whoohoo!                                                     19:59

Dave Kleiman
What are you doing?                                          20:02

Me
watching ice road truckers and eating pasta                 20:02

Dave Kleiman
Ice road truckers? You need psych help!                      20:38

Monday, August 01, 2011
Dave Kleiman
Happy ramadon ?spell?                                        07:19

Me
it's spelled                                                 07:41

Dave Kleiman
You sent me 4 squares, I am geometrically enthused!          07:52

Me
apparently, your hunk o junk phone doesn't do unicode        07:55

Page 92

KIMON_00000115

Dave Kleiman

Œ Ψ Ξ ¤                                                                  07:57

Dave Kleiman

Haveyou ever played brainschool?                                         11:24

Me

no                                                                       12:10

Dave Kleiman

It is pretty challenging                                                 12:23

Me

link?                                                                    12:35

Dave Kleiman

I got on some phone place, but on my comp that I do not have             12:57

Dave Kleiman

http://www.mastersoftmobilesolutions.com/brainschool_ppc.php             13:00

Dave Kleiman

Hey I am guessing you plan on coming by this week, I will be back
downstairs tomorrow.                                                     18:30

Me

pistachio time                                                           16:42

Dave Kleiman

You are coming today?                                                    19:46

Me

tomorrow                                                                 19:45

Dave Kleiman

Ohh I saw "pistachio time" and thought you meant now..... Can it
maybe be chicken wings time too? :)                                      19:47

Me

what's the magic word?                                                   19:48

Dave Kleiman

Chimichangah?                                                            19:53

Dave Kleiman

Rootytoottooty?                                                          19:58

Page 93

KIMON_00000116

Dave Kleiman

Antidisestablishmentanteriosim?

20:00

Dave Kleiman

I have no idea if I spelled that right

20:00

Me

lol

20:01

Dave Kleiman

Remind me to watch AAUTV.org at 0800, one of the nurses daughters is running in nationals, could make junior olympics

20:11

Me

wow

20:17

Tuesday, August 02, 2011

Dave Kleiman

Are you stopping by tonight?

17:30

Me

yes, I sent you an email - did you receive it?

17:31

Dave Kleiman

I have been moving getting all my stuff, i did not look yet.

17:32

Me

ok - can I stop by?

17:32

Dave Kleiman

Well if you get out early enough and have time for wings, I really did not get dinner, it went upstairs.

17:33

Dave Kleiman

Yes you can stop by I am setting up my computer now

17:34

Me

deal - I'll leave at about 18:15 or so

17:34

Dave Kleiman

I got the email...I told you he dies in either a druken car wreck or drug OD, possibly some sexual death... Find him with vibrator up his butt

17:57

Me

lol

17:57

KIMON_00000117

Me
on my way                                           18:38

Dave Kleiman
Dude I cannot believe I ate all of those wings and fries, and I am
still hungry                                                          21:11

Me
wow                                                  21:11

Wednesday, August 03, 2011
Dave Kleiman
Watch out for the hurricane                          08:07

Dave Kleiman
Was sleeping                                         20:22

Thursday, August 04, 2011
Dave Kleiman
I love salty nutz in my mouth!                       19:20

Sunday, August 07, 2011
Dave Kleiman
So he is my website doing :)                         19:13

Me
it was hacked by anonymous                           19:14

Monday, August 08, 2011
Me
can you please send me that zombie proof house?      12:32

Me
never mind - found it                                13:37

Dave Kleiman
Did not even hear my phone :(                        15:04

Dave Kleiman
You have to start leaving work earlier :)            22:04

Wednesday, August 10, 2011
Dave Kleiman
Let me know if you have time to go to the teller this week    14:51

Me
I doubt it for this week - sorru                     14:55

Page 95

KIMON_00000118

Dave Kleiman

Poopiehead!                                                                17:48

                                                                    Me

                                              i fart inyour direction       17:49

Dave Kleiman

Strange women lying in ponds distributing swords is no basis for a
system of government, supreme excutive power derives from a          17:53
mandate of the masses, not some farce aquatic cermony.

                          Thursday, August 11, 2011

Dave Kleiman
                                                                           18:09
SmellyHead!

                                                                    Me

                                                kisseemeebooty             18:23

Dave Kleiman

Well it is really hard to miss                                             18:24

                          Friday, August 12, 2011
Dave Kleiman
                                                                           07:58
Did you read about that plane that goes 13,000+ mph?

                                                                    Me

                                                the one they lost?          07:58

Dave Kleiman

They did not lose it, it is in the pacific ocean                           07:59

                                                                    Me

that's like saying that the mars rover wasn't lost, it's somewhere on      07:59
mars

Dave Kleiman

Well, it crashed in the ocean. But the point is, do you know how           08:01
fast 13,000mph is?

                                                                    Me

                          the land speed of an unladen swallow?             08:02

Dave Kleiman

Exactly..but seriously circling the globe in less than 2 hours is pretty   08:03
fast

KIMON_00000119



Me
what's the stopping distance from top velocity?          08:04

Dave Kleiman
Squishy?          08:05

Me
seriously, if it needs 1000 miles to come to a complete stop from it's top speed, it'll becabitch to fly          08:08

Dave Kleiman
Unless I am flying it of course          08:09

Me
naturally          08:22

Thursday, August 18, 2011

Dave Kleiman
You know how if you look at something in plan text that was originally formatted in html or RTF and it does not recognize a carriage return. Is there some terminology for that?          09:35

Me
user error?          09:36

Me
I don't know - sounds like a format issue          09:36

Dave Kleiman
Wow, not big words like normal for me. Like super plain text formatting circumference error, or something like that... :)p          09:38

Saturday, August 20, 2011

Dave Kleiman
How do you spell tomorrow in spanish?          08:46

Me
mañana          08:46

Dave Kleiman
Dankie!          08:47

Thursday, August 25, 2011

Dave Kleiman
sleepy          20:09

Page 97

KIMON_00000120

Friday, August 26, 2011

**Dave Kleiman**

Att is having problems?

12:17

Me

looks like it

12:23

Monday, August 29, 2011

**Dave Kleiman**

How is my website :)

10:02

Me

thank you for reaching prime credit. name is peggy

10:03

**Dave Kleiman**

Sorry forgot to call you back, the shrimp lo mein sold you out :)

19:54

Me

bastich

19:54

**Dave Kleiman**

Yippie!

19:55

Tuesday, August 30, 2011

**Dave Kleiman**

You home yet?

19:26

Me

yep

19:26

**Dave Kleiman**

Yippie! Maybe i will be awake tomorrow :)

19:27

Me

:)

19:52

Friday, September 02, 2011

Me

poopie head

19:39

**Dave Kleiman**

??

19:40

Thursday, September 08, 2011

**Dave Kleiman**

Hi!

19:59

Page 98

KIMON_00000121

Me
hola                                                             19:59

Dave Kleiman
Was machen sie?                                                 20:02

Me
haagen daz                                                      20:02

Dave Kleiman
What flavor?                                                    20:03

Me
octopus                                                         20:04

Dave Kleiman
Yummy!                                                          20:31

Wednesday, September 14, 2011
Dave Kleiman
Hello, I am either on or away from my phone right now. Please
leave a message or try me later.  Thanks, and have a great day! -   19:12
Dave

Tuesday, September 20, 2011
Dave Kleiman
Howdy how!                                                      14:41

Wednesday, September 21, 2011
Dave Kleiman
I am busy right now. I'll call you back later.                  16:53

Dave Kleiman
Non phone answerer!                                             19:17

Thursday, September 22, 2011
Dave Kleiman
They broke my leg                                               10:53

Me
wtf?!                                                           10:53

Dave Kleiman
Exactly...I have not killed anyoyne                             10:54

KIMON_00000122

Dave Kleiman

Yet!                                                                 10:54

                                                              Me

                                          how? why?                  10:55

Dave Kleiman

They were strching it                                                10:56

Dave Kleiman

I am f'n pissed right now...i am ready to blow my top                10:56

Dave Kleiman

Well now..not that bad just the tibia and femur....@^#^@*!*!!))!+!    17:52
%^@t%#%@%!$##%^!&!&!

                                                              Me

                how the hell did those idiots do that? and do you need me to    17:55
                come over?

Dave Kleiman

Stretching it.  :( With chicken wings? :(                            17:56

                                                              Me

                                        will it help?                18:14

Dave Kleiman

Hooters chicken wings always help when you are depressed             18:18

                                                              Me

                ok - I'll text when shutting down so that you order them    18:19

Dave Kleiman

If I was a believer I would probably think god hates me              18:20

                                                              Me

                                      he's testing you               18:21

                                                              Me

                                        still at work                19:29

Dave Kleiman

Yippie! You will like your name today                                19:30

                                                              Me

                                                ?                    19:30

Page 100

KIMON_00000123

Me
ok, shutting down                    19:34

Me
on my way to see Dave                19:35

Dave Kleiman
Samir Nagheenanajar                  19:35

Dave Kleiman
You meant to send the last to wifey  18:35

Dave Kleiman
Person of interest seems pretty good so far   21:13

Dave Kleiman
Very good show                       21:56

Me
good to know for next week           22:25

Friday, September 23, 2011

Me
?                                    18:55

Dave Kleiman
Nothing yet..only a junior ortho doc came sofar   18:56

Me
great                                18:57

Dave Kleiman
:)                                   20:04

Dave Kleiman
Was with nurses and drs when you called   20:16

Dave Kleiman
Had fever and chills                 20:17

Me
because of the break?                20:53

Saturday, September 24, 2011

Dave Kleiman
                                     10:37
Could be, not sure

KIMON_00000124

Sunday, September 25, 2011

Me 20:31
watching the princess bride

Dave Kleiman 20:31
Bride, you must not be out-side

Me 20:33
hehehe - how's the fever?

Dave Kleiman 20:33
Fever, he must of pulled the lever

Me 20:34
inconceivable!

Dave Kleiman 20:35
Inconceivable, how unbelievable

Tuesday, September 27, 2011

Dave Kleiman 11:06
I am stuck on bandaids, because bandaid stuck on me!

Dave Kleiman 11:08
My bologna has a first name, its O S C A R, my bologna has a second name, its M E Y E R. And I love to eat it everyday, and if you ask me why Ill say, cause Oscar Meyer has a way with B O L O G N A!

Wednesday, September 28, 2011

Dave Kleiman 18:41
I am busy right now. I'll call you back later.

Friday, September 30, 2011

Dave Kleiman 11:03
Ok now a catscan....still no idea on what is going to happen yet.

Me 11:04
beautiful!

Dave Kleiman 11:04
eggggxactly

Tuesday, October 04, 2011

Dave Kleiman 21:46
You ok?

Page 102

KIMON_00000125



**Me**
yeah - been working until 21:00    21:47

**Dave Kleiman**
Finally got my catscan at 1800 today.    21:48

**Me**
finally! results?    21:48

**Dave Kleiman**
tomorrow    21:49

**Dave Kleiman**
I hope    21:49

**Me**
hope so    21:49

Thursday, October 06, 2011

**Dave Kleiman**
I missed big bang and personof interest    22:02

**Me**
so did I    22:02

Sunday, October 09, 2011

**Dave Kleiman**
16,47,30,21,44,14 and 26,36,46,17,48,6    17:44

**Dave Kleiman**
41,35,15,16,29,9    17:46

**Me**
?    17:46

**Dave Kleiman**
Fortunecookie lotto nubers    17:47

Tuesday, October 11, 2011

**Dave Kleiman**
How dare you call me before 1930 hrs!    21:21

Thursday, October 13, 2011

**Dave Kleiman**
How are the pyramids contstruction going?    07:10

Page 103

KIMON_00000126

Me
**damn slaves are acting up again**                    07:10

Saturday, October 15, 2011

Me
**did you see the email I sent?**                    12:04

Dave Kleiman
Yes, I want to be a Col. too.                    12:12

Me
**really? I can submit your name for it. In a month or two, after I'm
confirmed in the system**                    12:13

Dave Kleiman
Yes really seriously really                    12:14

Me
**ok, I will take care of it**                    12:15

Dave Kleiman
Yippie!                    12:15

Dave Kleiman
How much did you pay for your sw 1911                    18:07

Me
**about $850**                    18:08

Tuesday, October 18, 2011

Dave Kleiman
Ask your gun nut buddys if Rock Island armory stuff is any good.                    17:34

Me
**my only gun nut buddy is currently keeping me from going to
Chima**                    18:07

Dave Kleiman
I meam like the 1911 forum                    18:16

Dave Kleiman
Wow. Did i miss big bang again                    20:26

Dave Kleiman
No..it is only tues                    20:26

KIMON_00000127

Wednesday, October 19, 2011

**Dave Kleiman**

THE TORNADO HIT BY YOU!?!   17:03

Me
close to me   17:37

Me
I'll call and tell you about it   17:37

**Dave Kleiman**

Funny it looked like your trailer park on the news   17:38

Me
it was one over   17:39

Sunday, October 23, 2011

**Dave Kleiman**

So is SIRI any good?   20:46

Me
the best   20:46

**Dave Kleiman**

Please do not be so descriptive   20:47

Me
ok.. it can take dictation, read back text, understands colloquialisms, etc   20:51

**Dave Kleiman**

Is it any better than dragon speak?   20:54

Me
don't know   20:55

**Dave Kleiman**

I do not think dragon answers   20:56

Me
technically Siri doesn't take dictation but she understands whole sentences and can write long text, if you're patient   20:58

Monday, October 24, 2011

**Dave Kleiman**

I am busy right now. I'll call you back later.   18:33

Page 105

KIMON_00000128

Thursday, October 27, 2011

Me
18:02
Wake up

Dave Kleiman

Someone sent some lame robot dance and it rendered me
unconscious

18:07

Me
18:09
I am dictating this text message to you

Dave Kleiman

Last week was first RoG for the season, new one tonight after BB

19:27

Friday, October 28, 2011

Dave Kleiman

Might have a programmer for you if still looking. He programmed
databases for airlines..

12:54

Me
12:54
i have one

Me
12:54
hired him last week

Dave Kleiman

Well excuse me...

12:55

Me
12:55
you are excused

Dave Kleiman

Ok, well that means you have time for my website now :)

12:55

Me
13:01
ich spreche kein englisch

Dave Kleiman

I am busy right now. I'll call you back later.

18:05

Page 106

KIMON_00000129



10:26

Sunday, October 30, 2011

Dave Kleiman

Had fever every night all week, going for catscan today

10:13

Me

you didn't say anything - let me know how it goes

10:26

Dave Kleiman

I could not say anything because I was mostly dead.....

10:30

Me

:)

10:31

Monday, October 31, 2011

Me

so, should I bring the cart over?

10:33

Dave Kleiman

Cart?

10:34

Me

http://www.youtube.com/watch?v=grbSQ6O6kbs

10:35

Wednesday, November 02, 2011

Dave Kleiman

What is for dinner?

18:25

Me

beef

18:25

Page 107

KIMON_00000130

*Saturday, November 19, 2011*

Dave Kleiman

Buy lotto tickets: 1, 12, 13, 17, 28, 40 and 2, 5, 20, 24, 38, 49

18:48

*Tuesday, November 22, 2011*

Dave Kleiman

What is the name of the place you buy ammo online?

17:24

Me

for bulk quantities of factory ammo: ammoman.com

17:32

Dave Kleiman

thanks

17:32

*Thursday, November 24, 2011*

Dave Kleiman

Gobble gobble gobble!

07:31



07:52

*Friday, November 25, 2011*

Dave Kleiman

6, 7, 20, 28, 31, 49

19:01

*Friday, December 02, 2011*

Dave Kleiman

Howdy stranger

09:52

Me

it's alive!!

09:52

Dave Kleiman

Yessssssssss I am

11:33

KIMON_00000131

Me
woohoo!                                                    11:34

Tuesday, December 06, 2011

Dave Kleiman
I am busy right now. I'll call you back later.              18:29

Me
ok                                                          18:29

Thursday, December 08, 2011

Me
I fart in your direction                                    07:26

Dave Kleiman
Your mother was a hamster!                                  07:27

Me
your father smelled of elderberries                         07:28

Dave Kleiman
Are you suggesting coconuts migrate?                        07:31

Me
are you saying Ni to that old woman?                        07:35

Dave Kleiman
Old man....woman....what....you called me old man I am a woman
and I am not old.......well I cant just call you woman...    07:37

Dave Kleiman
Look strange woman lying in ponds distrbuting swords is no basis
for a system of government, extreme executive power comes from
a mandate from the masses, not from some farce aquatic        07:43
cermony.......

Dave Kleiman
Look strange woman lying in ponds distrbuting swords is no basis
for a system of government, extreme executive power comes from
a mandate from the masses, not from some farce aquatic        12:23
cermony.......

Monday, December 12, 2011

Dave Kleiman
Thanks dude!! But you did not have to do that....although I am   16:56
broke

Page 109

KIMON_00000132



Me
it arrived already? that was fast   16:58

Dave Kleiman
I am already using it   16:59

Me
:)   17:16

Tuesday, December 13, 2011
Dave Kleiman
Hello, I am either on or away from the phone right now.  I will try   18:20
to call you back or please try me again later. Thank you and have a
great day!

Me
far too wordy my dear Dr.   18:21

Thursday, December 15, 2011
Dave Kleiman
You still working   19:57

Me
no, home - why?   19:57

Dave Kleiman
Cause you did not call and I was sleeping last night when you did   20:13

Me
i did - it went to voicemail   20:14

Dave Kleiman
I have not been on the phone..   20:15

Me
don't know then - I guess your phone autoblocks me   20:16

Dave Kleiman
Oh yeah, the new antiandreou app   20:19

Dave Kleiman
Ok I am hitting the hay   20:20

Me
hit it hard   20:20

KIMON_00000133

**Thursday, December 22, 2011**

Dave Kleiman

What is the MS SQL dbase extension(s)? .sql?
14:07

Me

dat i think
14:08

Me

sql is for code
14:08

Dave Kleiman

ok
14:08

Dave Kleiman

Deleteall those emails, this is for a case
14:42

Me

already done
14:42

**Sunday, December 25, 2011**

Dave Kleiman

Merry xmas!
10:47

Me

thanks!
14:55

Me

thank you!
15:35

Dave Kleiman

**Thursday, December 29, 2011**

The stars at night are big and bright, deep in the heart of texas!
15:07

Dave Kleiman

**Sunday, January 01, 2012**

Happy New Year!
00:05

Me

happy new year!
08:35

Dave Kleiman

**Thursday, January 05, 2012**

Did you get my reply email?
09:42

Me

no
09:42

Page 111

KIMON_00000134

**Dave Kleiman**

Yes you did, I just cloaked it so you could not see it          09:43

Me
lol          09:43

**Dave Kleiman**

Are you back yet?          09:49

Me
yes but have been sick          09:49

Me
will call this afternoon when leaving the office          09:50

Me
are you out yet?          09:53

**Dave Kleiman**

No :(          09:53

Me
any closer?          09:55

**Dave Kleiman**

But I have driven home a bunch. Fixed my keypad door opener          09:55
that was all corroded

Me
have you fixed your gun yet?          09:56

**Dave Kleiman**

No..that is going to take a professional, but I have 3 more jujst like          09:57
it :)

Me
:)          09:58

Me
when do you want to go to chima?          09:58

**Dave Kleiman**

Right now!          09:58

Me
too early          10:00

KIMON_00000135



Dave Kleiman

I know... We will figure it out tonight

10:02

Friday, January 06, 2012

Dave Kleiman

Did I miss anything?

20:38

Me

yes, I had the winning lotto numbers but now I forgot

20:45

Me

I like dropping in unannounced on psychics and say "I believe you were expecting me"

20:46

Dave Kleiman

Yes sir!

20:47

Dave Kleiman

Tell me what card I picked

20:48

Me

the joker

20:49

Dave Kleiman

Wow you are amazing

20:49

Me

I know

20:49

Dave Kleiman

Did you know about boat pits hidden under the walls of the pyramids

20:51

Me

yeah, it's for the boats that carried the pyramids to their positions

20:57

Dave Kleiman

Ahhh I see I wonder how big they would have to be to carry a pyramid

20:58

Dave Kleiman

If either of us win the lottery, wed have to take a class a semester together at college for a long time

20:59

Me

the boats were small, like canoes

21:42

Page 113

KIMON_00000136



Me
they carried the puramids upside down to the site and then tip them over
21:42

Me
*pyramids
21:43

Dave Kleiman
hahahahahaha
21:43

Saturday, January 07, 2012

Dave Kleiman
Are you home or out?
14:23

Me
out
14:23

Me
wassup?
14:24

Dave Kleiman
Just seeing if interenets is messed up
14:25

Me
works fine on phone
14:27

Dave Kleiman
ok
14:49

Tuesday, January 10, 2012

Me
I feel neglected
19:07

Dave Kleiman
I have been sick, beenb sleeping
22:06

Me
what's wrong?
22:08

Dave Kleiman
dying
22:17

Me
we all are - but what specifically?
22:17

KIMON_00000137



Dave Kleiman

fever                                                                              22:18

Me

how many days?                                                                     22:36

Dave Kleiman

Can we talk tomorow pleas, tired                                                   22:36

Me

of course - get your rest                                                          22:36

Thursday, January 12, 2012

Dave Kleiman

Dangit! I missed bing bang again                                                   20:57

Sunday, January 15, 2012

Me

Is everything okay?                                                                14:24

Dave Kleiman

Yes sir                                                                            14:43

Monday, January 16, 2012

Dave Kleiman

?                                                                                  20:16

Dave Kleiman

3 shirts 1 pair of pants at tommys $509                                            20:30

Dave Kleiman

Why did you not tell me your competitor sunk?                                      20:51

Thursday, January 19, 2012

Dave Kleiman

sorry, I worked on 2 affidavits until 2100 hrs......head hurt, but I               06:52
made $3250 so I guess it was worth it.

Me

now you can buy those $1000 shirts                                                 07:59

Friday, January 20, 2012

Dave Kleiman

Yippie!                                                                            14:15

Page 115

KIMON_00000138

Sunday, January 22, 2012

Me
10:08
happy birthday!

Dave Kleiman
Thanks!
10:09

Dave Kleiman
I weigh two hundred and fucking sixty pounds!
15:03

Me
15:05
before or after pooping?

Dave Kleiman
During :)
15:19

Thursday, February 02, 2012

Me
10:47
happy groundhog day

Dave Kleiman
Yippie!
10:47

Me
10:48
happy groundhog day

Sunday, February 05, 2012

Dave Kleiman
Did anyone win powerball i bought 60 worth
18:51

Me
18:51
no - it's at 250M for Wednesday

Dave Kleiman
I bought the tickets with 2 draws :)
20:23

Me
21:22
:)

Thursday, February 09, 2012

Me
07:42
310M

Dave Kleiman
wow
07:43

Page 116

KIMON_00000139



Dave Kleiman
I won I won
15:45

Dave Kleiman
$
15:45

Dave Kleiman
$11
15:45

Sunday, February 12, 2012

Dave Kleiman
??
11:21

Me
haven't checked
11:43

Dave Kleiman
Someone won because it is only 40 mil on wed
11:47

Me
do you know in which state?
11:48

Dave Kleiman
One person
11:48

Me
one person from which state?
11:49

Dave Kleiman
Hold on pushy
11:49

Dave Kleiman
11players matched 5 for 1mil each (no florida) 1 winner won 325mil in rhode island
11:50

Me
bastards!
11:51

Me
I blame the communists
11:53

Dave Kleiman
This in olny the 13th time ever a lottery jackpot passed 300mil
11:54

Me
dammit
12:07

KIMON_00000140

Wednesday, February 15, 2012

Dave Kleiman

7901 SW 6th court, suite 305, Plantation, FL 33324

20:34

Friday, February 17, 2012

Dave Kleiman

You use google maps for directions on yiur phone right?

18:25

Me

correct

18:33

Dave Kleiman

How do you amke it do directions to an address phone has gps

18:34



15:51

Saturday, March 10, 2012

Me

surgery?

11:33

Me

(I've been sick the past 3 days)

11:39

Dave Kleiman

Nothing yet

13:09

Me

ok - still on for Tuesday?

13:10

Dave Kleiman

It seems that would be yes

13:13

Page 118

KIMON_00000141



**Me**
fogo de chao it is                    13:31

Tuesday, March 13, 2012

Dave Kleiman
Did you make them 1830?                    17:16

**Me**
reservation for 18:30, yes                    17:16

Dave Kleiman
Need you to stop at pharmacy, need ear drops for water in ear..i
will get there early and hold reservation                    17:22

**Me**
ok                    17:28

Dave Kleiman
Dude, I cannot move!                    21:30

**Me**
lol - I'm already in bed                    21:30

Wednesday, March 14, 2012

Dave Kleiman
Those eardrops worked                    16:20

**Me**
whoohoo!                    16:20

Dave Kleiman
Made reservations for1900                    18:36

**Me**
:)                    18:44

Dave Kleiman
I did not eat breakfast or lunch today I was so full                    18:45

**Me**
wow                    18:45

Monday, March 26, 2012

Dave Kleiman
Need to talk about wed and fri with you                    14:52

Page 119

KIMON_00000142

Me
want to talk now? 14:53

Dave Kleiman
We can speak tomorrow 21:29

Me
okie dokie 21:29

Wednesday, March 28, 2012

Dave Kleiman
god yzal eht revo spmuj xof nworb kciuq eht 18:00

Dave Kleiman
Lamprocles 19:01

Me
you need brain surgery... 19:02

Dave Kleiman
No i put it under eric havelock 19:03

Me
i'm walking in - what name? 19:07

Dave Kleiman
Eric havelock 19:07

Me
10 wngs right? 19:10

Dave Kleiman
And fries 19:10

Dave Kleiman
With xtra side of hot sauce 19:10

Me
they had it as perez 19:11

Dave Kleiman
I even spelled it?? 19:12

Me
what can i tell you 19:14

Page 120

KIMON_00000143



Me
which room are you in? 19:18

Dave Kleiman
A hospital room 19:19

Thursday, March 29, 2012

Dave Kleiman
Bring my stuff today please 13:03

Me
ok 13:10

Me
all good with the surgery? 13:12

Dave Kleiman
I am guessing yes, but still nobody has come to talk to me 13:13

Me
well, do you notice any missing parts? 13:14

Dave Kleiman
My brain 13:15

Me
) 13:27

Dave Kleiman
540millionjackpot? 13:54

Me
california 13:55

Dave Kleiman
It says in 37 states megamillion 13:55

Me
florida does not participate 13:56

Dave Kleiman
Of course we do not........ 13:57

Dave Kleiman
Even if I fall asleep still come by 17:15

KIMON_00000144

Me
17:18
ok

Me
18:11
where will I find you?

Dave Kleiman
18:12
In the hospital

Dave Kleiman
18:12
My room :)

Me
18:12
ok, I'll drop off the backpack in the room :)

Saturday, March 31, 2012

Dave Kleiman
14:17
Did you know the humpback whale produces 130 gallons of milk per day and baby humpback whales grow 200 pounds per day.

Me
14:39
so, you're a baby humpback? :D

Dave Kleiman
14:44
Just call me humpy!

Me
14:51
roger that

Tuesday, April 10, 2012

Dave Kleiman
20:27
You called early, sorry I missed your call.

Wednesday, April 11, 2012

Dave Kleiman
21:07
Turn on the Science channel and look at the boat and helicopter these researchers have.. They must be funded by Paul Allen

Monday, April 23, 2012

Dave Kleiman
06:51
Wow, so Skype thinks it is smarter than me. It was telling me that my 18 multi-character passwords were to easy to guess and would not let me change my password, so I literally type in what the f*** and says password successfully changed...really?

Page 122

KIMON_00000145



Me
you've been schooled by skype!          08:52

Wednesday, April 25, 2012

Dave Kleiman

That movie was good                      23:29

Friday, April 27, 2012

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach       16:09
me again later. -Dave

Me
you suck          16:10

Saturday, April 28, 2012

Dave Kleiman

What is the tilda called in other languages like in Spanish when it is    08:33
above a letter?

Me
it's still a tilde in spanish. however, the letter with it such as ñ is    09:14
called "enie"

Me
in greek, the symbol of the tilde is called "perispomeni"    09:14

Dave Kleiman

Thanks!          09:16

Monday, April 30, 2012

Dave Kleiman

Is the ñ enie in Portuguese too?         18:29

Me
No but, they do have it on the a, like this ã    18:32
they also have these: á ê ç ó ó
in addition to accented vowels

Dave Kleiman

OK, Brazil is Portuguese correct? Someone, not Portuguese, sent    18:37
me a request to find all "transferência" but I cannot find any. Did
they make a grammar error?

Me
correct on both          18:38

Page 123

KIMON_00000146



Me
it should be a simple n    18:38

Dave Kleiman
What does transfereficia mean? I tried Google with no luck    18:52

Me
transferencia
it means transfer    18:52

Wednesday, May 02, 2012
Dave Kleiman
Call me back    19:22

Friday, May 04, 2012
Dave Kleiman
OK, what time is good tomorrow morning?    19:33

Me
how about 6:00    19:43

Me
:D    19:43

Me
How about if I call you when I get up? Best Buy opens at 10    19:51

Dave Kleiman
OK, but you will have to break into Best Buy at that hour    19:51

Saturday, May 05, 2012
Dave Kleiman
Good morning    10:14

Dave Kleiman
Just so I know what time do you think you will be here    10:35

Me
text me when ready    12:05

Dave Kleiman
Okeeeeee dokeeeee    12:17

Me
does that mean "ok, I'll do that" or "ok, ready" ?    12:17

KIMON_00000147



Dave Kleiman

Hehehehe OK I am fjnished                                             12:18

Dave Kleiman

Roast Brie sandwich from menu, ask to add ceased dressing. 3          13:57
oatmeal cookies, jalopena chips

Dave Kleiman

Success!                                                             14:11

                                                              Me
                                                       woohoo!        14:11

Dave Kleiman

Ended up using xcopy                                                 17:26

Dave Kleiman

Thanks for getting all that stuff                                    17:26

                                                              Me
                             told ya the command line is best         17:27

                                                              Me
                                        you're welcome :)             17:27

Dave Kleiman

Shooooooosh your mouth!                                              17:27

Dave Kleiman

Still burning DVDs :o                                                21:40

                         Monday, May 07, 2012
Dave Kleiman

Are you hungry?                                                      16:31

                                                              Me
                                              yes, why?               16:32

Dave Kleiman

Because I cannot find anyone to eat with me                          16:32

                                                              Me
                                                       :)             16:33

KIMON_00000148

Dave Kleiman

1 hour special tonight

19:59

Me

season finale

20:00

Dave Kleiman

Yes

20:00

Dave Kleiman

All 3 of the 1 hour star wars family guys are on in a row on TBS

20:59

Thursday, May 10, 2012

Dave Kleiman

If Constantine was the first Roman emperor to convert to Christianity in 306, who were the Christians from 1-300?

11:23

Me

non emperors

11:23

Dave Kleiman

Hmmm

11:24

Me

until then, it was people outside of the halls of imperial power

11:25

Dave Kleiman

He was the one that out the Bible together, right?

11:25

Me

yes, he saw that the christian community was a mess without a standard list of texts and dogmas (several competing ideas like Arianism) so he wanted to organize the fastest growing religion in his realm

11:42

Dave Kleiman

American schools suck!

11:42

Me

lol

11:43

Dave Kleiman

I have heard his name before, but never the ecnumenical council or the nicene creed..hmmm

11:44

KIMON_00000149

> **Me** 11:45
> it's a christian thing. pretty important in christianity

**Dave Kleiman** 11:46
But it is all history, real history, unlike Noah's ark

> **Me** 11:47
> true

**Dave Kleiman** 11:51
In the US everyone knows the fairy tale Noah's Ark, but I bet only a few know Constantinus vs Maxentinus

> **Me** 11:52
> well, it's the same people that believe they are living the same life as the first christians because the are blindly following the bible...

**Dave Kleiman** 20:49
Just called you back.

Friday, May 11, 2012

**Dave Kleiman** 14:08
Is the name Malgorzata Skora male or female? Editor of pentest mag

> **Me** 14:10
> no idea
> sounds female

Tuesday, May 15, 2012

> **Me** 18:13
> Jerry Berkowitz called me - do you have any idea what it's about?

**Dave Kleiman** 18:14
He likes men

> **Me** 18:15
> )

**Dave Kleiman** 18:15
He did not call me so I have no idea

> **Me** 18:16
> his voicemail was not very helpful. He said he wants to talk to me about some "wild things going on"

KIMON_00000150



Dave Kleiman

Wooooohoooooo!

18:48

Wednesday, May 16, 2012

Me

have lunch mtg with O'Leary

10:43

Dave Kleiman

What? Seriously?

11:17

Me

yeah - will let you know after. I'm really curious to hear what the plan is. Plus, free lunch :)

11:18

Dave Kleiman

Watch the 2 minute trailer I sent you

20:28

Dave Kleiman

I am a registered republican, I only seem liberal because I believe hurricanes are caused by high barometric pressure NOT gay marriage

21:51

Me

blasphemer!

21:52

Thursday, May 17, 2012

Dave Kleiman

The next time I am dreaming, I will know I am dreaming. Am I dreaming? Is this a dream?

20:15

Me

WAKE UP!!!!!!!!!!!

20:15

Friday, May 18, 2012

Dave Kleiman

You will never believe what is in vanilla pudding

15:39

Me

?

15:39

Dave Kleiman

The secretion of beaver anus glands

15:41

Me

link?

15:41

KIMON_00000151

Dave Kleiman
Seriously                                                                    15:41

Me
[citation needed]                                                            15:42

Dave Kleiman
I am watching it on CNN. Donut holes have duck feathers                      15:42

Dave Kleiman
Called castoreum                                                             15:44

Me
wow - just read it online                                                    15:46

Dave Kleiman
The secretion of beaver anus glands                                          15:52

Me
saw it                                                                       15:52

Monday, May 21, 2012

Me
put it on nbc                                                                21:04

Dave Kleiman
?                                                                            21:18

Me
american ninja warrior                                                       21:19

Dave Kleiman
Are you serious?                                                             21:23

Dave Kleiman
Did you look at that email?                                                  21:23

Me
I did - looks really good but did he use the same photo for the
badge & passport?                                                            21:44

Dave Kleiman
I am busy ninjaing                                                           21:48

Dave Kleiman
It looks identical                                                           21:48

Page 129

KIMON_00000152

Dave Kleiman

That dude with his hair in his eyes looks like a stoner    21:49

Dave Kleiman

Are you still watching this?    21:59

Me
yes, still watching it    22:07

Me
he does    22:07

Dave Kleiman

Check email for preview    22:13

Me
watching    22:14

Dave Kleiman

That is the guy coming ip next    22:15

Me
parkour is awesome    22:15

Dave Kleiman

Funny, he looks like he would say yo dude the tubes are awesome    22:18

Me
)    22:18

Me
I enjoyed that    22:37

Wednesday, May 23, 2012

Dave Kleiman

We can put the gays inside an electric fence and drop food to them until they cease to exist...wow    09:04

Me
but the prison yard will be FABULUS!    09:04

Dave Kleiman

I am guessing I should just order some food. :)    18:59

Me
yes, sorry - you're still getting steak this week    19:00

Page 130

KIMON_00000153

**Dave Kleiman**

:)                                                                    19:01

**Dave Kleiman**

It is 79° in Suva                                                     19:01

Me
in Svalbard?                                                          19:06

**Dave Kleiman**

I do not have that one                                                19:07

**Dave Kleiman**

In Banda Aceh it is 76                                                19:09

Me
why would anyone want to go there?                                    19:13

**Dave Kleiman**

It is awesome there not ghey like france                              19:14

Me
banda aceh? it's a warzone                                            19:15

**Dave Kleiman**

No it is a lovely place for a spot of tea                             19:16

**Dave Kleiman**

Everyone there is jacked up on caffeine                               19:18

Me
per'aps                                                               19:20

**Dave Kleiman**

How about Geroge Town Malaysia?                                       19:20

Thursday, May 24, 2012

Me
what do you want for dinner?                                          15:49

**Dave Kleiman**

What do you want dinner?                                              15:50

**Dave Kleiman**

Los ranchos?                                                          15:51

KIMON_00000154



Dave Kleiman
Any thoughts?
15:58

Dave Kleiman
Did I lose you muchaho?
17:05

Me
sorry - mtg
17:06

Me
whatever you want
17:06

Dave Kleiman
What time do you think you will be leaving?
17:06

Me
around 6
17:09

Dave Kleiman
Well los ranchos is something different or I can order us perricones
17:10

Dave Kleiman
They have steak
17:10

Me
you're the guest of honor :)
17:11

Dave Kleiman
We will be picking up something for jeff too I will give you the$$ for his lobster
17:26

Dave Kleiman
I will call them at like 5 to 6 and order
17:27

Me
from where?
17:27

Dave Kleiman
Www.beststeakinmiami.com
17:27

Dave Kleiman
What do you want? I am getting churrasco los ranchos
17:28

Dave Kleiman
Any thoughts my friend?
17:47

Page 132

KIMON_00000155

Dave Kleiman

Should I wait to call? 17:58

Dave Kleiman

Should I wait to call? 17:58

Me

sorry
I'll have the same 18:00

Me

are they delivering or am i picking up? 18:01

Dave Kleiman

I know you are working. Should I call now or wait 15 minutes? 18:01

Me

call now 18:01

Dave Kleiman

Los ranchks at bayside 18:01

Me

delivery ir pickup? 18:02

Dave Kleiman

Pick up... that is why i asked about perriclnes they deliver 18:02

Dave Kleiman

How you want steak cooked medium? 18:04

Me

medium/ medium well 18:04

Me

no problem to pick up 18:04

Dave Kleiman

Is that a question? 18:05

Me

it's a statement: medium/medium well for me 18:05

Me

let me know when they say it will be ready 18:09

Page 133

KIMON_00000156

Dave Kleiman

No.. " no problem to pick up"                                      18:09

Me

I will pick up                                                     18:09

Dave Kleiman

It will be ready at 1820                                           18:10

Me

ok                                                                 18:10

Dave Kleiman

1820-1825                                                          18:10

Dave Kleiman

I thought it was 1805 when i sent the first message               18:11

Me

which name?                                                        18:20

Dave Kleiman

Please sure there is extra butter with lobster.                   18:21

Dave Kleiman

Dave                                                               18:21

Me

I don't look like a Dave. I'm too good looking                    18:23

Dave Kleiman

I change it to castoreum for you                                  18:25

Dave Kleiman

Extra drawn butter fir lobster                                    18:32

Me

yes                                                                18:32

Me

they had it added                                                 18:32

Dave Kleiman

Yippie!                                                            18:33

Page 134

KIMON_00000157



**Dave Kleiman**

Do you know what a dog sled driver is called?                    20:51

Me
musher?                    20:51

**Dave Kleiman**

Wow                    20:51

Me
:)                    20:52

Saturday, May 26, 2012

Me
mush!                    13:00

Sunday, May 27, 2012

**Dave Kleiman**

ANW Monday at 2100                    19:21

Me
awesome                    19:21

Monday, May 28, 2012

**Dave Kleiman**

Are you really going to be a frickin dad?!?                    00:02

Me
yes, I will be                    09:12

Me
due November 29                    09:12

Friday, June 01, 2012

**Dave Kleiman**

What is the hex of the one you sent yesterday                    14:06

Me
check your email                    14:09

Sunday, June 03, 2012

**Dave Kleiman**

Check it now when you can. I like it                    15:39

Page 135

KIMON_00000158



19:41

Dave Kleiman

No no

19:53

Me

yes yes

19:54

Me

trakphone you said?

21:03

Me

never mind - found it

21:27

Dave Kleiman

Trapcall

21:28

Me

found the perfect movie for you based on your recent patterns

21:30

Dave Kleiman

Boondock saints?

21:31

Me

magic mike

21:31

Dave Kleiman

That sounds cool

21:32

Friday, June 08, 2012

Dave Kleiman

Did I talk to you?

21:03

Page 136

KIMON_00000159

**Dave Kleiman**

Is there a tool bar in chrome so I can pick like file print?   23:10

Me
ctrl+p   23:12

**Dave Kleiman**

So that would be no, there is not? what about making the page 's title appear across the top?   23:13

Me
click on the wrench on the top right   23:14

Monday, June 11, 2012

**Dave Kleiman**

Howdy pepe   14:23

Me
hola   14:24

**Dave Kleiman**

Did you watch the trailer I sent you the other day   14:25

Me
yes I did   14:25

Tuesday, June 12, 2012

**Dave Kleiman**

I am mega stressed   17:35

Me
why?   17:37

**Dave Kleiman**

The case officially starts Monday, my testimony is crucial and I am stuck here   17:39

Me
it'll be fine, it's not like this is your first case or that you did a shoddy job   17:41

**Dave Kleiman**

How am I going to testify?   17:42

Me
haven't you given a written statement?   17:42

Page 137

KIMON_00000160



Dave Kleiman

Yes but that does not matter                                          17:43

Me

it'll be fine                                          17:44

Me

you're not on vacation or avoiding the court - you have a pretty
good reason to miss it                                          17:45

Dave Kleiman

No.....I am going to have to go and then be stick here another 8
weeks after                                          17:46

Dave Kleiman

I cannot miss it                                          17:46

Me

oh                                          17:46

Me

I'll take you to fogo de chao after                                          17:49

Thursday, June 14, 2012

Dave Kleiman

What is the little icon thingy called in front of the url that has to be
72px?                                          17:50

Me

16x16px                                          18:13

Me

favicon                                          18:13

Dave Kleiman

In your sms on iphone is there a Edit option?                                          21:10

KIMON_00000161



Dave Kleiman

And you can cut and paste rjght?

21:12

Me

yes    21:12

Dave Kleiman

That is what I just told the bonehead

21:12

Me

huh?    21:13

KIMON_00000162

**Dave Kleiman**

I told him to cut and paste text into emails and send to self so they can print them out    21:14

Me

what a maroon    21:19

**Dave Kleiman**

Affirmative    21:19

Friday, June 15, 2012

**Dave Kleiman**

The attorney he from cali that I am working for, his father is a Kentucky Colonel!    19:45

Me

ha!    19:46

**Dave Kleiman**

Last name Riney    19:48

Sunday, June 17, 2012

Me

so, am I taking you to court tomorrow?    23:16

Monday, June 18, 2012

**Dave Kleiman**

No I am at court was sleeping when uou text    08:59

Tuesday, June 19, 2012

**Dave Kleiman**

YOU SHOULD HAVE NEVER LET ME CALL!!!    19:44

Me

?!    19:47

**Dave Kleiman**

$487    19:48

Me

what did you get?    19:51

**Dave Kleiman**

Pants and shirt    20:04

Page 140



Wednesday, June 20, 2012

Dave Kleiman

Quantum materiae materietur marmota monax si marmota monax materiam possit materiari?                                            19:12

Me

42                                            19:12

Dave Kleiman

I think 69                                            19:19

Friday, June 22, 2012

Dave Kleiman

13GB on its way                                            11:23

Dave Kleiman

How do you know this person                                            11:29

Me

he's causing a lot of trouble in a society I'm in                                            11:29

Me

he's the president of the nonprofit                                            11:30

Me

and there have been some odd financial transactions made by him using society money                                            11:34

Dave Kleiman

How do you import history (not bokmarks) in chrome I remember seeing it but cannot fimd now                                            13:55

Me

don't remember - will have to check                                            13:56

Dave Kleiman

Also is there a way to show download speed and progress?                                            13:57

Me

ctl + j                                            13:57

Dave Kleiman

When I print pages from chrome it bolds all the Ls, any ideas?                                            17:55

Me

will have to check that but it might be in settings                                            17:56

Page 141

KIMON_00000164

Wednesday, June 27, 2012

**Dave Kleiman**

What ever happened to that dude on the board          19:49

**Dave Kleiman**

?          20:40

Me

he's still trying to take over the board, violating every statute the society has          20:41

Me

oh well, I guess the IRS will be getting a phone call          20:42

**Dave Kleiman**

:)          20:43

Thursday, June 28, 2012

**Dave Kleiman**          20:31

?

Friday, June 29, 2012

Me

hi          08:13

**Dave Kleiman**

I forgot you went to Greece          08:13

Me

I'm in Greece, I'll email later          08:13

Me

just landed          08:13

Monday, July 09, 2012

**Dave Kleiman**

You are back          21:07

Me

'tis so          21:21

Tuesday, July 10, 2012

**Dave Kleiman**

Hey if I wnt to put words in a picture (the jpgs at top of the webpage) what should I use?          09:47

Page 142

KIMON_00000165



Me
either edit the image or add a caption formatted above the image        09:48

Dave Kleiman
I mean which program, gimp?        09:48

Me
gimp would work just fine        09:49

Wednesday, July 11, 2012

Dave Kleiman
I did not forget you I was on the ohone so long my Bluetooth died        19:48

Thursday, July 12, 2012

Dave Kleiman
Do you use chrome on your iPhone?        10:11

Me
I just installed it this morning        10:12

Dave Kleiman
Do you like?  Can you give me 100,000 for my location-based soci media virtual cloud start-up        11:10

Dave Kleiman
Social not soci        11:11

Me
no but how about 10M?        11:11

Dave Kleiman
:)        11:11

Dave Kleiman
Do you have Bellsouth isp at home?        20:02

Me
yes        20:03

Dave Kleiman
When you get a chance tell me your ip        20:03

Me
▓▓▓▓▓▓▓▓        20:04

KIMON_00000166

Dave Kleiman

Thanks                                                          20:04

                                                    Me
                                              why?             20:05

Dave Kleiman

Testing ip lookup tool                                         20:06

Dave Kleiman

Yours is a miami ip                                            20:08

                                                    Me
                                              oui              20:08

Dave Kleiman

Yours comes out of the nap dowtown miami                       20:09

                                                    Me
                                              nice             20:09

Dave Kleiman

Show is on tbs                                                 22:04

                                                    Me
                                              ok               22:21



                                                               15:21

KIMON_00000167



15:22

Monday, July 16, 2012

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach me again later. -Dave

19:00

Tuesday, July 17, 2012

Dave Kleiman

I just was told I can go home whenever I am ready

15:50

Me

fantastic!!

16:01

Me

and finally!

16:01

Dave Kleiman

I will need probably 2 or so weeks in pt

18:33

Friday, July 20, 2012

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach me again later. -Dave

19:00

Saturday, July 21, 2012

Me

yo

20:19

Dave Kleiman

Yo

21:33

Page 145

KIMON_00000168

Tuesday, July 24, 2012

**Dave Kleiman**

How much should I bid on a tomato in the shape of jesus?                    08:17

Me

how much does it weigh?                    08:17

**Dave Kleiman**

Hmmm, not sure, less than 16 ozs                    08:20

Me

so less than what a pound of tomatoes cost                    08:21

**Dave Kleiman**

But it is in the shape of jesus....                    08:22

**Dave Kleiman**

How about  bread with burn marks in the shape of jesus?                    08:23

Me

ooooh!                    08:48

Tuesday, July 31, 2012

Me

what's wrong with your voicemail                    18:41

**Dave Kleiman**

I do not know what is wrong. I missed a dozen phone calls today                    20:09

Me

is it that phone service?                    20:10

**Dave Kleiman**

Not sure my phone has not rung all day                    20:11

Me

I called twice and instead of voicemail I get "area code and phone number"                    20:11

**Dave Kleiman**

Piece of junk                    20:23

**Dave Kleiman**

Somone else said  I got a message urban phone is disconnected                    21:01

KIMON_00000169

Me
wow - have you figured what is causing it?    21:02

Dave Kleiman
The trapcall thing I have. I shut it off and sent them an email    21:14

Me
but what the hell happened?    21:16

Dave Kleiman
It is the thing I use that transcribes, tells me I have a missed call even when the phone is off and unmasks blocked calls    21:17

Dave Kleiman
They must be having an issue    21:18

Me
I know - what happened that it got screwed up    21:18

Dave Kleiman
I do not know yet. I sent them an email just 30 minutes ago    21:19



12:51

Me
:D    12:53

Friday, August 03, 2012
Dave Kleiman
I know you are home already    19:31

Dave Kleiman
Talk to you later    19:31

Page 147

KIMON_00000170



Me
ok                    20:01

Wednesday, August 08, 2012

Me
your phone sucks      18:52

Dave Kleiman
Is it doing it again?           21:21

Me
it was answering after a few rings    21:25

Dave Kleiman
My vmail did? I have no missed calls    21:27

Me
not voicemail - as if you were answering and then put the phone    21:28
down away from you

Dave Kleiman
I turend trap call back today         21:29

Dave Kleiman
Dangit                              21:29

Me
crap call              21:29

Friday, August 10, 2012

Dave Kleiman                          19:19
Powerball $253 million

Dave Kleiman                          19:20
Buy me s quick pick

Me
done                   19:38

Saturday, August 11, 2012

Dave Kleiman                          23:50
Did you pick a middle name yet

Sunday, August 12, 2012

Me
not yet                07:49

Page 148

KIMON_00000171

**Dave Kleiman**

$300 million                                                          12:33

**Dave Kleiman**

How about Xylophia                                                   12:35

Me

why that?                                                            13:49

**Dave Kleiman**

Cause it is a cool name, it means lover of the forest                15:50

Me

Xylophylia means lover of wood. Not exactly a good name for a        16:04
girl

**Dave Kleiman**

Wood or the woods as in a forest?                                    16:04

**Dave Kleiman**

How about Etumu, Eyotah, or Evanthe?                                 16:07

**Dave Kleiman**

Ok so you hate the names I suggested                                 22:01

Me

was I that obvious? :)                                               22:01

**Dave Kleiman**

I thought they were stupendous                                       22:03

Me

I think they are just the first two syllables                        22:04

**Dave Kleiman**

Hahahahaha                                                           22:04

**Dave Kleiman**

How about Immokaleah                                                 22:07

Monday, August 13, 2012

**Dave Kleiman**

I herby formerly request you pick the winning powerball              08:52

Me

you must sumbit in triplicate                                        08:53

Page 149

KIMON_00000172

Me
using the approved form    08:53

Tuesday, August 14, 2012

Dave Kleiman
Howdy!    21:18

Friday, August 17, 2012

Dave Kleiman
Do not forget wiki :)    22:16

Me
yes, dear    22:17

Tuesday, August 21, 2012

Dave Kleiman
Howdy :)    19:54

Me
yamalamadingdong    20:14

Dave Kleiman
Dipptydoodopdippitydo    20:23

Wednesday, August 22, 2012

Dave Kleiman
Was getting in bed, you still driving?    19:22

Me
nope - I'm home    19:41

Dave Kleiman
10-4    19:42

KIMON_00000173



18:15



18:16



21:07

Me



21:07

Page 151

KIMON_00000174

Dave Kleiman

:)                                                                    21:09

Sunday, August 26, 2012

Dave Kleiman                                                          20:47

The Wikipedia updates look awesome

Thursday, August 30, 2012

Dave Kleiman                                                          20:31

Apparently he is BSing on facebook, says he is not married yet

Me                                                                   20:47

huh - ok

Thursday, September 06, 2012

Dave Kleiman                                                          18:51

Hello, I am either on or away from the phone, please try and reach
me again later. -Dave

Friday, September 07, 2012

Dave Kleiman                                                          06:40

Do you say Congressman Smith or Honorable Smith in a letter?

Me                                                                   07:14

The Honorable X

Me                                                                   07:14

and then
Dear Mr X

Me                                                                   07:14

http://www.formsofaddress.info/Congressman.html

Dave Kleiman                                                          07:16

Why would I go to a website when I cab ask you

Me                                                                   07:16

:D

Me                                                                   07:16

that site has examples too

Page 152

KIMON_00000175

Dave Kleiman

Am I the prettiest? Sho'nuff
Am I the meanest?  Sho'nuff
Am I the baddest mofo low down around this town? Sho'nuff          07:17

The Shogun of Miami has arrived!

Me          07:18

fo shizzle          07:18



07:16



11:23

Dave Kleiman

I finally rememt what the issue is with trucrypt on a flash drive. You
have to be an admin to use it          21:07

Dave Kleiman

With OFTE you do not          21:08

KIMON_00000176



Me
sorry about earlier                21:38

Dave Kleiman
Sorry about what?                  21:40

Me
how does OFTE mount as a device?   21:40

Me
hanging up abruptly                21:40

Dave Kleiman
That email was supposed to say 64 bit W7   21:51

Me
ah!                                21:53

Wednesday, September 12, 2012
Dave Kleiman
Sorry dude passed out watching last years season of dexter I   23:28
missed

Thursday, September 13, 2012
Dave Kleiman
Good morning                       08:56

Me
buongiorno                         10:46

Friday, September 14, 2012
Dave Kleiman
Hello, I am either on or away from the phone, please try and reach   18:34
me again later. -Dave

KIMON_00000177



18:54



18:56

KIMON_00000178

Friday, September 21, 2012

Dave Kleiman



CHALLENGE ACCEPTED

18:36

Tuesday, September 25, 2012

Dave Kleiman

So?

15:17

Dave Kleiman

Is it curriculum vitae or curriculum vita?

22:30

Dave Kleiman

And what about dinner

22:31

Dave Kleiman

?

22:31

Me

vitae

22:31

Me

not next friday – I was reminded that there is a baby shower on that saturday

22:33

Dave Kleiman

:(

22:33

Me

I know

22:33

Dave Kleiman

Thursday?

22:34

Page 156

KIMON_00000179

this friday or we have to reschedule for two weeks from now...

Me — 22:37

hopefully by then you'll be a free man

Me — 22:38

**Dave Kleiman**

I will let you tomorrow.

22:38

okay

Me — 22:38

Wednesday, September 26, 2012

**Dave Kleiman**

Sorry buddy had a little episode. Had the shakes and stuff better now. Worn out

21:55

wth? what happened?

Me — 21:56

**Dave Kleiman**

Not sure talk tomorrow really tired

21:57

ok

Me — 21:57

**Dave Kleiman**

Not sure talk tomorrow really tired

21:58

Tuesday, October 09, 2012

**Dave Kleiman**

You have winzip installed?

09:10

I have 7zip

Me — 09:10

let me know if it works for you

Me — 16:43

did it work?

Me — 17:10

**Dave Kleiman**

On phone con will try in a bit. Did you to it to work with the "real log"

17:17



Page 157

KIMON_00000180

Me · 17:17
oui

Thursday, October 11, 2012

Me · 16:34
still working?

**Dave Kleiman** · 17:34
Yes

Me · 17:34
ol

Me · 17:34
ok

**Dave Kleiman** · 17:36
Why arw you off?

Me · 17:36
oui

Friday, October 12, 2012

**Dave Kleiman** · 18:31
Hello, I am either on or away from the phone, please try and reach me again later. -Dave

Monday, October 15, 2012

Me · 18:14
which site delivers from any restaurant

**Dave Kleiman** · 18:17
Not any restaurant they have like 25 to choose from

Me · 18:17
ok - that one

**Dave Kleiman** · 18:17
Have to look

**Dave Kleiman** · 18:17
Hold om

Me · 18:39
?

KIMON_00000181



Dave Kleiman

Trying to find the stupid place                                                18:40

Me

I thought you used them every day                                             18:40

Dave Kleiman

Wheeldeliver.com is one                                                        18:41

Me

merci beaucoup                                                                 18:42

Dave Kleiman

I can do 26 miles                                                              18:58

Dave Kleiman

What did you get to eat                                                        19:47

Me

bucca di peppo                                                                 19:49

Dave Kleiman

Bulls nutz?                                                                    19:49

Me

it's a delicacy                                                               19:49

Tuesday, October 23, 2012

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach            19:04
me again later. -Dave

Monday, October 29, 2012

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach            18:36
me again later. -Dave

KIMON_00000182

Wednesday, October 31, 2012

Dave Kleiman



13:08

Dave Kleiman

Photoshop

13:09

Dave Kleiman

Hello, I am either on or away from the phone, please try and reach me again later. -Dave

18:38

Thursday, November 22, 2012

Dave Kleiman

Gobble Gobble Gobble!!!

09:30

Dave Kleiman

Happy Thanksgiving! May all of the turkeys you encounter be on the table.

09:36

Me

:D you too

09:59

Friday, November 23, 2012

Dave Kleiman

Did anything pop out yet.

13:46

Me

not yet

14:09

Tuesday, November 27, 2012

Dave Kleiman

Well are you pappa Kimon yet?

13:16

Me

not yet

13:17

KIMON_00000183



Thursday, November 29, 2012

**Dave Kleiman**

Papa Kimon? — 13:16

Me

not yet — 13:34

Friday, November 30, 2012

**Dave Kleiman**

? — 21:10

Me

nope — 21:11

**Dave Kleiman**

:( — 21:11

Monday, December 03, 2012

Me

in the hospital - in labor — 12:56

**Dave Kleiman**

You are or your wife? — 12:58

**Dave Kleiman**

;) — 12:58

Me

me of course — 12:58

Me

she has arrived! — 15:39

**Dave Kleiman**

Pappa Kimon! — 15:40

**Dave Kleiman**

How old is she? — 15:40

**Dave Kleiman**

;) — 15:40

**Dave Kleiman**

I owe you cigars and a bottle of Scotch — 15:41

Page 161

KIMON_00000184

Dave Kleiman

How much does she weigh etc? 15:41

Me

7lb 8oz 15:42

Me

I need to get the paper with the details 15:42

Dave Kleiman

That sounds like how I like my steaks 15:43

Dave Kleiman

Yippie! 15:43

Dave Kleiman

When do you all get to go home? 15:44

Me

Wednesday they said 15:57

Tuesday, December 04, 2012

Dave Kleiman

Pappa Kimon! 13:19

Me

uncle dave! 13:21

Wednesday, December 12, 2012

Dave Kleiman

I have a 103.5 fever. Sleeping 18:44

Thursday, December 20, 2012

Dave Kleiman

Was asleep. I am old. 19:16

Dave Kleiman

And fat 19:16

Kimon Andreou

I know :D 19:16

Dave Kleiman

And ugly 19:16

KIMON_00000185

Dave Kleiman



19:17

Kimon Andreou

That's not what your baby momma says    19:17

Kimon Andreou

ha!    19:18

Friday, December 21, 2012

Dave Kleiman



15:43

Tuesday, December 25, 2012

Dave Kleiman

🔥 Merry Christmas 🔔 -Dave    11:16

KIMON_00000186

Wednesday, December 26, 2012

Me 19:02
:D

Me 19:02
happy kwanzaa!

Me 19:02
(starts today)

Dave Kleiman 19:13
Happy Boxing Day

Dave Kleiman 19:14
Happy Make Cut Out Snowflakes Day tomorrow!

Monday, December 31, 2012

Dave Kleiman 16:36
Happy New Year! ☆★☆★☆★☆★

Me 16:55
happy hogmanay!

Dave Kleiman 20:50
Happy Ossobuco!

Tuesday, January 01, 2013

Me 10:36
happy new year!

Dave Kleiman 10:43
Happy Ossobuco!

Dave Kleiman 10:45
Happy national oatmeal month!

Wednesday, January 09, 2013

Dave Kleiman 23:37
Was asleep when you called

Thursday, January 10, 2013

Dave Kleiman 08:20
Happy houseplant appreciation day!

Friday, January 11, 2013

Dave Kleiman 13:32
Happy step in a puddle and splash your friends day!

Page 164

KIMON_00000187



Saturday, January 12 2013

Dave Kleiman

Happy feast of fabulous wild men day and happy pharmacists day!    08:46

Me

I dream of a genie with light brown hair    09:54

Dave Kleiman

Your bday is tomorrow,  right?    21:23

Sunday, January 13, 2013

Me

'tis indeed    12:10

Dave Kleiman

Happy old fart papa Kimon day!    12:11

Me

:D    12:13

Monday, January 14, 2013

Dave Kleiman

Missed your call    19:54

Thursday, January 17, 2013

Dave Kleiman

Happy Ditch New Years Resolution Day!    07:30

Friday, January 18, 2013

Dave Kleiman

My temperature is 101.9. So much for my weekend home    19:34

Me

is it because you over exerted yourself?    19:42

Dave Kleiman

No    19:43

Dave Kleiman

UTI    19:45

Me

infection?    19:46

Me

ah!    19:46

KIMON_00000188



Me
how long to recuperate?          19:49

Dave Kleiman
I do not know                    19:51

Dave Kleiman
Happy anniversary tomorrow       20:05

Me
thank you!                       20:06

Saturday, January 19, 2013

Me
how do you feel?                 14:19

Dave Kleiman
Much better                      14:29

Dave Kleiman
Even more betterer now that I know it is  National Popcorn day!    14:29

Me
we must celebrate!               14:33

Monday, January 21, 2013

Me
your birthday is tomorrow, right?    18:26

Dave Kleiman
Yes                              18:41

Me
:)
UTI gone?                        19:52

Dave Kleiman
I think                          20:22

Tuesday, January 22, 2013

Me
happy birthday! I'm sure there will be a big party at your    07:04

Me
old folks home                   07:05

KIMON_00000189



**Wednesday, January 23, 2013**

Dave Kleiman

Happy National Pie day and Happy Handwriting day! — 09:51

**Friday, January 25, 2013**

Dave Kleiman

Happy Opposite Day! — 10:52

Me

do you mean "miserable"? — 12:25

Dave Kleiman

Hahaha — 12:26

Dave Kleiman

My life sucks — 12:27

Me

That's awesome! I'm so happy for you — 12:27

Dave Kleiman

:) — 12:27

**Saturday, January 26, 2013**

Dave Kleiman

I am 20 minutes into Dredd and want my $3 back — 20:28

Me

ha! — 20:50

Me

have you seen looper? — 20:50

Dave Kleiman

Yes it was ehhhhh sorta ok. I am telling you watch total recall — 21:14

Me

ok, maybe tomorrow — 21:14

**Sunday, January 27, 2013**

Dave Kleiman

Happy chocolate cake and punch the clock day! — 08:19

KIMON_00000190

Me

> ha!
> http://m.newser.com/story/161704/casey-anthony-files-for-bankruptcy.html

13:27

Dave Kleiman

I saw a the headline earlier but did noy read the story yet

13:28

Dave Kleiman

Should I watch End of Watch or Stolen?

21:23

Me

don't know either one

21:23

Monday, January 28, 2013

Dave Kleiman

When you can take a picture of anything with your GPS on and GPS tag set to yes with your iphone

15:32

Me

check your email

15:34

Dave Kleiman

Donkey!

15:37

Thursday, January 31, 2013

Dave Kleiman

Happy Backward day and Inspire your Heart with Art day!

08:58

Saturday, February 02, 2013

Dave Kleiman

Happy Ground Hog Day!

12:21

Monday, February 04, 2013

Dave Kleiman

Happy Thank a Mailman Day and Create a Vacum Day!!

07:55

Tuesday, February 05, 2013

Dave Kleiman

If dead people in tombs are 'entombed', are dead people in crypts 'encrypted'?

18:13

Wednesday, February 06, 2013

Dave Kleiman

Happy Lame Duck Day!

08:32

KIMON_00000191



Dave Kleiman

You alive?                                                    20:03

Thursday, February 07, 2013

Me                                                            08:44

funky cold medina

Thursday, February 14, 2013

Dave Kleiman

Happy Ferris Wheel Day, Happy National Organ Donor Day, and    08:11
Happy Valentines Day

Dave Kleiman

OMG....poor little tink tink allegedly murdered his girlfriend:

http://www.nydailynews.com/sports/more-sports/police-double-   09:16
amputee-olympian-pistorius-involved-shooting-home-
article-1.1263867

Friday, February 15, 2013

Dave Kleiman

Happy National Gum Drop Day!                                   08:19

Saturday, February 16, 2013

Dave Kleiman

Happy do a grouch a favor day!                                 10:50

Wednesday, February 20, 2013

Dave Kleiman

Happy Cherry Pie and Love Your Pet Day!                        08:28

Thursday, February 21, 2013

Dave Kleiman

Happy Card Reading Day!                                         08:37

Friday, February 22, 2013

Dave Kleiman

Happy Be Humble Day, Walking The Dog Day, and International     11:47
World Thinking Day!!

Saturday, February 23, 2013

Dave Kleiman

Happy International Dog Biscuit Appreciation Day! And Happy     08:55
Tennis Day!

Page 169

KIMON_00000192

Dave Kleiman



13:18

Monday, February 25, 2013

Dave Kleiman                                                                    09:22

Happy National Pistol Patent Day!

Tuesday, February 26, 2013

Dave Kleiman                                                                    17:18

Happy National Pistachio Day... it's a nutty day!

Wednesday, February 27, 2013

Dave Kleiman

Man stabbed after refusing to change positions during threesome
- When one man wouldn't swap positions during a threesome
with a female acquaintance, the other man pulled out a butcher       12:39
knife and stabbed him.

http://www.upi.com/blog/2013/02/14/Man-stabbed-after-
refusing-to-change-positions-during-threesome/1911360866370/

                                                                    Me

                              don't you hate it when that happens?   13:33

Dave Kleiman                                                         13:34

:)

Page 170

KIMON_00000193

Thursday, February 28, 2013

Dave Kleiman



07:47

Me



08:05

Dave Kleiman



08:07

KIMON_00000194

Friday, March 01, 2013

Me



12:17

Saturday, March 02, 2013

Me



08:09

Dave Kleiman

You need help

08:10

Tuesday, March 05, 2013

Dave Kleiman

08:28

Happy Multiple Personality Day!!!!

Thursday, March 07, 2013

Dave Kleiman

09:17

Happy National Crown Roast of Pork Day!!!

KIMON_00000195

Saturday, March 09, 2013

Me



20:06

Dave Kleiman



20:24

Sunday, March 10, 2013

Dave Kleiman

08:27

Happy Middle Name Pride Day!

Page 173

KIMON_00000196

Me



12:56

Monday, March 11, 2013

Dave Kleiman



19:10

Dave Kleiman



19:12

Me

http://en.m.wikipedia.org/wiki/White_House_Down

22:40

Dave Kleiman

Somehow the Olympus down looks like a better cast

22:42

Page 174

KIMON_00000197



Me
it does                    22:42

Me
but still...               22:43

Dave Kleiman
Just emailed you the 49 second trailer          22:43

Tuesday, March 12, 2013
Dave Kleiman
I forgot to tell you                            12:30

Me
?          12:31

Dave Kleiman
The other day I had a meeting with the FBI, the agent her name
was Mulder.                                     12:31

Dave Kleiman
Seriously          12:32

Me
she must hate it          12:32

Dave Kleiman
I wanted to ask her where skully was          12:32

Me
lol          12:36

Dave Kleiman
Happy Girl Scouts Day and Happy Plant a Flower Day!          13:45

Wednesday, March 13, 2013
Dave Kleiman
Happy Ear Muff Day and Happy Jewel Day!          08:18

KIMON_00000198



Thursday, March 14, 2013

**Dave Kleiman**

Happy 3.14159265259 (Pi) Day!

Happy Learn About Butterflies Day!

Happy Popcorn Lover's Day!                                    08:58

And

Happy Potato Chip Day!

Monday, March 25, 2013

Me
alive?                                                            17:56

Friday, March 29, 2013

Me
hello?                                                           17:46

Me
The VA says you were discharged last week         17:47

Thursday, April 11, 2013

Me
happy cheese fondue day                                  18:56

Monday, April 15, 2013

Me
happy national glazed ham day                           18:16

Tuesday, April 16, 2013

Me
happy national baked ham with pineapple day      21:08

Wednesday, April 17, 2013

Me
happy national cheeseball day                             19:21

Thursday, April 18, 2013

Me
still alive?                                                         14:36

**Dave Kleiman**

Yes                                                                   14:36

Page 176

KIMON_00000199



KIMON_00000200

| | |
|---|---|
| **From:** | Patrick Paige ▇▇▇▇▇▇▇▇ |
| **on behalf of** | Patrick ▇▇▇▇▇▇▇▇▇▇ |
| **Sent:** | 2/27/2018 8:14:22 PM |
| **To:** | Kimon Andreou ▇▇▇▇▇▇g] |
| **Subject:** | RE: Dave & bitcoin (again) |

Thanks bud... you're the greatest. Have fun on your trip.

*Patrick Paige* EnCE SCERS
**Computer Forensics LLC**
*933 S. Military Trl. Suite E8*
*West Palm Beach FL 33415*
*Office: 561.404.3074*
**www.computerforensicsllc.com**

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Kimon Andreou ▇▇▇▇▇▇▇▇▇
**Sent:** Tuesday, February 27, 2018 1:06 PM
**To:** Patrick Paige ▇▇▇▇▇▇▇▇
**Subject:** Re: Dave & bitcoin (again)

ha!

If you do decide on cruising, you have two options: Friends & Family rates (restricted to select sailings) or a straight 10% off of the best publicly available price.

Let me know and I can give you the details on how to book. We have Royal Caribbean, Celebrity Cruises, and Azamara Club Cruises

On Tue, Feb 27, 2018 at 1:02 PM, Patrick Paige ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇> wrote:

Doing good... same ole stuff... Look at you being the world traveler... Yeah my wife wants us to do a cruise this summer with the kids, not sue what we will do if anything.

*Patrick Paige* EnCE SCERS

**Computer Forensics LLC**

*933 S. Military Trl. Suite E8*

*West Palm Beach FL 33415*

*Office: 561.404.3074*

**www.computerforensicsllc.com**



EXHIBIT 3   12/3/19   SUPPLY/JUSTICE.COM

KIMON_00000202

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Kimon Andreou ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, February 27, 2018 12:59 PM

**To:** Patrick Paige ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Re: Dave & bitcoin (again)

Yep, still at Royal Caribbean. I'm getting ready for a trip out to Germany and the Netherlands on Saturday and then to Shanghai a few weeks after that

Other than Ira, how have you been?

On Tue, Feb 27, 2018 at 12:55 PM, Patrick Paige ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Yes... how you been? You still over at RC?

*Patrick Paige* EnCE SCERS

**Computer Forensics LLC**

933 S. Military Trl. Suite E8

West Palm Beach FL 33415

Office: 561.404.3074

**www.computerforensicsllc.com**

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Kimon Andreou ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, February 27, 2018 9:05 AM

**To:** Patrick Paige ███████████████████████>

**Subject:** Re: Dave & bitcoin (again)

What the hell?! He's suing you too?

Ira was always a bit... odd

On Tue, Feb 27, 2018 at 8:47 AM, Patrick Paige ███████████████████████> wrote:

Hey bud... Yeah I saw it... unfortunately we're are still involved... he is still suing us... GREED

I'm reading the complaint here, https://www.theverge.com/2018/2/26/17055102/craig-wright-satoshi-lawsuit-dave-kleiman-stolen-bitcoin

*Patrick Paige* EnCE SCERS

**Computer Forensics LLC**

933 S. Military Trl. Suite E8

West Palm Beach FL 33415

Office: 561.404.3074

**www.computerforensicsllc.com**

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Kimon Andreou ████████████████████

**Sent:** Tuesday, February 27, 2018 8:40 AM

**To:** Patrick Paige ██████████████████████

**Subject:** Dave & bitcoin (again)

Hi Pat

Hope all is well

Did you see this: https://www.coindesk.com/satoshi-craig-wright-sued-10-billion/

Ira's suing for $10B?! Is he expecting Craig to provide the key to unlock that encrypted drive?

Best

Kimon



Kimon Andreou <kimon@andreou.org>

## Re: Dave Kleiman
7 messages

**Kimon Andreou** ▮ >                                                    Mon, May 16, 2016 at 10:31 AM
To: iradavid2009@ ▮

Hello Ira,

Yes, I knew Dave very well and it still pains me that I couldn't go to his funeral.

What can I do for you?

Kimon

> On Mon, May 16, 2016 at 9:52 AM, Ira ▮ > wrote:
>
> Hello Kimon,
>
> I understand you knew my brother Dave and was wondering if I could
> talk to you.
>
> Thanks,
> Ira

**Ira Private** ▮ >                                                     Mon, May 16, 2016 at 11:39 AM
To: Kimon Andreou ▮ >

I have been looking for someone that can give me insight into Dave's
involvement with bitcoin.  I am hoping that person is you.

Ira
[Quoted text hidden]

**Kimon Andreou** ▮ >                                                    Mon, May 16, 2016 at 11:52 AM
To: Ira Private ▮

I'd be happy to talk to you and share what little I know

▮

I'm open between 2-4pm and then after 6pm
[Quoted text hidden]

**Ira Private** ▮ :om>                                                  Mon, May 16, 2016 at 6:26 PM
To: Kimon Andreou ▮

Hello Kimon,

Thanks for speaking with me.  The main thing I am struggling with is determining what David would want me to do.  Should I try to
ignore all of this news or do I try to uncover the truth.

I believe that they were good friends, but the more I learn about Craig, the more I wonder if he tried to take advantage of David
during his last days.  So many things don't add up.

Would you be interested in helping me figure this mystery out?  If I were to show you some of the contracts and documents they
exchanged, would you have time to review some of it?

Kind regards,
Ira



EXHIBIT
4
12|3|19

KIMON_00000013

[Quoted text hidden]

---

**Kimon Andreou** ⬛⬛⬛⬛⬛ >
To: Ira Private ⬛⬛⬛⬛⬛⬛ >

Mon, May 16, 2016 at 7:03 PM

Hi Ira

Dave was perhaps the closest friend I ever had. I would do anything for him and would be happy to help you out.

I agree that some things don't make sense and, though not an attorney, I can certainly take a look. At the end of the day, however, the encrypted drive would need to be accessed and without that it's all moot.

Best

Kimon

[Quoted text hidden]

---

**Ira Private** ⬛⬛⬛⬛⬛ >
To: Kimon Andreou ⬛⬛⬛⬛⬛ >

Mon, May 16, 2016 at 7:38 PM

Thanks so much.

I have been trying to put together a timeline of events that happened around April 2013. If you are able to find any phone, text or emails around this time with Dave, please let me know.

Timeline -
http://gizmodo.com/the-strange-life-and-death-of-dave-kleiman-a-computer-1747092460  "About two weeks before his grisly death, there was a change in Dave Kleiman. The formerly generous and lively computer forensics expert became confrontational and bitter. Around that time, Kleiman left the Veteran's Affairs hospital where he'd been a patient, and called his close friend and business partner Patrick Paige to let him know. "They've decided to release you? That's great," Paige remembers asking. "No," Kleiman responded. "I told the doctors to go fuck themselves."

- April 2, 2013 - Dave supposedly signs a contract transfering everything back in W&K Info Defense back to Craig.
- April 13, 2013 Craig leaves a message on his Travel blog "Muhaha Evil grin and all"
the location page displays "EVIL - Dive Bar Oak Ridge, NJ 07438" showing he was in the USA the same month as Davids passing. https://foursquare.com/dr_craig_wright
- April 26, 2013 David's death is announced, His autopsy shows his body may have been decomposing for quite some time.
- The Autopsy didn't show trauma or gunshot wounds, but he tested positive for Benzodiazepines (sedative) and Cocaine.  I never knew him to take any drugs like Cocaine.
- There is a bullet hole found in his mattress and I found a bullet shell under his bed.

(side note) Craig's Facebook page was named Prof. Faustus.  That is a character from a story about a man that sells his soul to the devil for power, experience, pleasure and knowledge.

When I view the timeline like this I can't help but question Craig's motives.

Attached is the contract between Craig and Dave.  Perhaps you can make more sense of it than I can.

Thanks,
Ira
[Quoted text hidden]

---

📄 **1.Contract for the Sale of Shares_ref-CEWK03 (1).pdf**
2078K

---

**Kimon Andreou** ⬛⬛⬛⬛⬛ >
To: Ira Private ⬛⬛⬛⬛⬛⬛ >

Mon, May 16, 2016 at 8:27 PM

Hi Ira

I found the last text message exchange I had with him. It was between 2:36pm through 2:38pm on April 18, 2013. I was off by a week from the announcement of his death, as per the timeline you sent. The exchange was
Me: still alive?

Dave: Yes
Me: :) are you accepting calls?
Dave: No
Me: ok, still at home?
Dave: No

That was the last exchange I had with him.

The last time before that when I heard from him was on Mar 14 where he sent me a silly message. I had been sending him messages and calling him regularly since until the April 18th exchange. I had seen him go through low points like this before and figured he was going through one of these again.

Dave was never a drug person and was vehemently against it. I distinctly remember his reaction at the VA when he was offered pain medications and he effectively threw them at the doctors' face. He would rather go through the excruciating pain he was experiencing at the hospital than get any sort of drug that would blunt his mental acuity. He was very proud of that.

Having said all that, I remember Pat or Carter telling me that he was with his "girlfriend". Knowing his choice in girlfriends, I wouldn't be surprised if she had been the one that brought the drugs and Dave, in his darkest moment, decided to just go for it.

Now, would Craig be the type to harm Dave? I don't know. Money brings out the worst in people. I never met Craig though had been hearing of him for years through Dave and I'm sure Craig had heard of me. I have no first hand assessment of Craig.

I recall you mentioning that Craig was building a "quantum computer". I don't think Craig is actually doing that since those exist in a handful of university labs (like MIT) and government agencies like the NSA. They are of extremely limited scope now. Heck, if Craig has something like that he can monetize it beyond anything the alleged bitcoins can bring him.

As for the contract itself, accurate or not, I find it hard to believe that Dave would sign it without getting more out of it. Looking at the messages I exchanged with him, after two weeks of calling him I went to the VA to see him in person on March 29th. That is when the nurses told me that he had been discharged the week prior. If he had signed a contract that would bring him 9 figures, he'd been telling the world about it and we'd be planning a celebratory dinner at Chima (his favorite Brazilian restaurant).

Having said that, without access to the data Dave encrypted, what can be proven?

I don't know if I've helped or made things muddier.

If you do have a candidate password or passwords for the encrypted volume, I'd be happy to assist. For your own peace of mind, it can be done at the Sheriff's Office with your attorney present. My loyalty is to Dave and I hate anything negative about his reputation.

Best

Kirnon

[Quoted text hidden]

| | |
|---|---|
| **From:** | Kimon Andreou ████████████████ |
| **on behalf of** | Kimon Andreou <kimon@andreou.org>████████████ |
| **Sent:** | 4/29/2013 3:31:17 PM |
| **To:** | Carter Conrad ████████████████ |
| **CC:** | Patrick Paige ████████████████ |
| **Subject:** | Re: Dave Kleiman |

Thank you Carter for letting me know

I lost perhaps my closest friend. Please do let me know about any details regarding his memorial (though I know he hated this stuff) and how if I can help in any way.

Kimon

On Mon, Apr 29, 2013 at 11:22 AM, Carter Conrad ████████████████████ > wrote:

As close friends of Dave, Patrick and I wanted to let you know in advance of any general posting that we have lost a dear friend and colleague...

As most of you are aware Dave was battling an infection from 2010, and had never fully recovered in the 2 ½+ years that followed.

Dave died in his home in Palm Beach Gardens of, what is being told to us, natural causes.

At this time no further details are available, although there are plans for a memorial, and these will be pasted on as they become available.

Carter V Conrad, Jr

Computer Forensics, LLC

1880 N. Congress Avenue, Suite 333

Boynton Beach, Florida 33426

Phone: (561) 404-3074

Cell: ████████

www.ComputerForensicsLLC.com



EXHIBIT
5
12|3|19

KIMON_00000431

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

KIMON_00000432

| | |
|---|---|
| **From:** | Kimon Andreou ███████████ ████████ |
| on behalf of | Kimon Andreou ███████████ ████████ |
| **Sent:** | 4/29/2013 9:37:48 PM |
| **To:** | craig@████████ |
| **Subject:** | Re: Dave Kleiman |

Craig,

That is a beautiful piece and though I know Dave would never have admitted it, he would've liked it.

Thank you for writing it. He was my best friend and I will miss him.

Best

Kimon


On Mon, Apr 29, 2013 at 5:30 PM, Craig S Wright ███████████████ > wrote:

I have written a small piece for Dave.


http://gse-compliance.blogspot.com.au/2013/04/dave-kleiman.html


It does not suffice, but it is the best I can do.


Regards,

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

Director, Technical Services and Research

# PanOptiCrypt

    **Security + Research**

Tel: + 612 8003 7553 | Mobile: ███████████

http://www.panopticrypt.com

  



EXHIBIT

6

12|3|19

KIMON_00000401

**From:** Carter Conrad ████████████████████████

**Sent:** Tuesday, 30 April 2013 1:23 AM

**To:** Patrick Paige

**Cc:** Bill Long; Greg Kelley; Craig Ball; Matthew Shannon; Jerry Hatchett; Eric Robi; Greg Freemyer; Paul Henry; Craig S. Wright; Scott Moulton'; Wayne Marney; Bob Bell; Bill Dean; Kimon Andreou; Greg Kelley

**Subject:** Dave Kleiman

As close friends of Dave, Patrick and I wanted to let you know in advance of any general posting that we have lost a dear friend and colleague...

As most of you are aware Dave was battling an infection from 2010, and had never fully recovered in the 2 ½+ years that followed.

Dave died in his home in Palm Beach Gardens of, what is being told to us, natural causes.

At this time no further details are available, although there are plans for a memorial, and these will be pasted on as they become available.

Carter V Conrad, Jr

Computer Forensics, LLC

1880 N. Congress Avenue, Suite 333

Boynton Beach, Florida 33426

Phone: (561) 404-3074

Cell: ████████████

www.ComputerForensicsLLC.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| | |
|---|---|
| **From:** | Patrick Paige |
| **on behalf of** | Patrick Paige |
| **Sent:** | 5/17/2016 4:36:52 PM |
| **To:** | Kimon Andreou |
| **Subject:** | Re: Kleiman |

Yeah... we have been trying to figure it out but not having much luck. I'm in miami right now trying to image the backup server. I'll let you know how it goes.

Patrick Paige
Computer Forensics LLC
1880 N. Congress Ave. Ste. 333
Boynton Beach, FL 33426
561.404.3074

On Tue, May 17, 2016 at 6:29 AM -0700, "Kimon Andreou"        wrote:

So, interesting turn of events. Ira contacted me yesterday trying to pick my brain on this whole affair.

I wish I knew what is the truth and could help with the passphrase but, knowing Dave, it's bound to be one of his famous 64 character unguessable ones.

I take it he's reached out to you too?

EXHIBIT

7

12|3|19

SUPPYJUSTICE.COM

KIMON_00000222

Message

| | |
|---|---|
| **From:** | Patrick Paige ████████████████████████████████████ |
| **Sent:** | 6/28/2016 1:08:00 AM |
| **To:** | Kimon Andreou |
| **Subject:** | RE: Dave Story |

Hey bud... Yeah was a long story... Gambling??? Never heard him discuss sports or care about any teams.  The drug comment surprised me, but Ira told me they found trace amounts of cocaine, but never saw that.  Now all Ira needs to do is find the 350k of bitcoins... on another note, any luck on the SQL database.  We have had some luck recovering some wallets, but now close to the millions stolen.

*Patrick Paige* EnCE SCERS
**1880 North Congress Ave. Ste 333**
**Boynton Beach FL 33426**
*Office: 561.404.3074*
**www.computerforensicsllc.com**

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Kimon Andreou ████████████████████
**Sent:** Monday, June 27, 2016 4:39 PM
**To:** Patrick Paige ████████████████████
**Subject:** Re: Dave Story

Thanks for sharing. I just finished reading it (I was unable to do so earlier) and all I can say is "wow!".

Some things about Dave I believe and some I cannot believe.

I'm glad you weren't dragged into this yourself. I would've done the same in your shoes.

On Wed, Jun 22, 2016 at 11:01 AM, Patrick Paige ████████████████████████████████ > wrote:

This is from the book author that wanted to me with me but never did.

http://www.lrb.co.uk/v38/n13/andrew-ohagan/the-satoshi-affair

*Patrick Paige* EnCE SCERS

**1880 North Congress Ave. Ste 333**

**Boynton Beach FL 33426**

*Office: 561.404.3074*

**www.computerforensicsllc.com**



**EXHIBIT**
*8*
12 3 19

PAIGE_00001693

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*