UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.

                                  Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.

## DECLARATION OF KALEB JONES

I, Kaleb Jones, declare as follows:

1. I am a citizen of the United States. I am over the age of 18, and I give this declaration based on my personal knowledge. No one has offered me any money or any other benefit to give this sworn statement.

2. I lived with David Kleiman from approximately the age of six (6) to approximately the age of fifteen (15), between approximately 2002 and 2010. My mother was Dave's fiancée.

3. David Kleiman was like a father figure to me. He offered me personal advice and financial support during my childhood. Because of his influence in my life, I decided to enter into military service, and I am now pursuing a career in cybersecurity.

4. During the whole time that I lived with him, David Kleiman never mentioned or spoke to me about Bitcoin, Craig Wright or any business partnership or joint venture between them.

5. My mother never told me that Dave had anything to do with Bitcoin or cryptocurrency.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 19, 2019.

*Kaleb Jones*