

TransUnion.   TRANSUNION CONSUMER CREDIT REPORT

Subscriber Name:   KARP LAW
Subscriber Code/Market:
Results Issued:   5/21/13 10:55 CT

INPUT PARAMETERS FOR PRIMARY SUBJECT
Reference ID:
SSN:
Name:   Kleiman, David
Current Address:

KLEIMAN , DAVID  A.
Also Known As:
KLEIMAN,DAVID,ALAN

SSN:
Date of Birth:

Phone:

In File Since:   5/90

Current Address:                Previous Address:              Previous Address:

Reported 11/06                  Reported 7/97

EMPLOYMENT

ALERTS AND SPECIAL MESSAGES

CREDIT INFORMATION   Summary   (Total History)

| Public Records: | 0 | Collections: | 1 | Trades: | 17 | Inquiries: | 4 |
| Negative Trade Accounts: | 5 | Trade Accounts with Any Historical Negatives: | 3 | Occurrence of Historical Negatives: | 28 | | |

COLLECTIONS

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 5/21/13 10:55:10
Page: 2 of 5

TRADES



KARP_00000097

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 4/21/17 10:55 CT
Page: 3 of 5

TRADES



CONFIDENTIAL

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 5/21/13 10:05 CT
Page: 4 of   5

TRADES



CONFIDENTIAL

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 5/21/13 10:53 CDT
Page: 5 of 5

## TRADES

## INQUIRIES

| Date | Subscriber Name (Code) | Type | Amount |
|------|------------------------|------|--------|
| 5/21/13 | KARP LAW (PDC5182364 FLA) | | |
| 4/22/13 | SPRINGLF FIN (FTA8780882 FLA) | | |
| 9/12/11 | GECRB/AMAZON (BNY5371284 EAS) | | |
| 6/16/11 | CAP ONE (BPC2699824 NTL) | | |

## ADDRESS ANALYSIS

REPORT SERVICED BY
TRANSUNION
(800) 888-4213
P.O. BOX 1000, CHESTER, PA 19022
CONSUMER DISCLOSURES CAN BE OBTAINED ONLINE THROUGH TRANSUNION AT:
HTTP://WWW.TRANSUNION.COM

END OF TRANSUNION REPORT

Achieve more ℠ with TransUnion

CONFIDENTIAL