CONFIDENTIAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OFFLORIDA

IRA KLEIMAN, as the personal
representative of the Estate of David
Kleiman, and W&K Info
Defense Research, LLC,

     Plaintiffs,

v.

CRAIG WRIGHT

     Defendant.

**CASE NO.:  9:18-cv-80176-BB**

**EXPERT REPORT OF**
**WILLIAM R. NICHOLSON**
**DECEMBER 13, 2019**

CONFIDENTIAL

## T.      INTRODUCTION AND SCOPE OF OPINION

1.      I currently serve as the Principal, Partner and Chief Compliance Officer of Heritage Capital Group, Inc. I have been retained on behalf of Dr. Craig Wright to provide an opinion on the following two issues in this case:

      **i.**   The financial condition of David A. Kleiman in the years of 2009 through 2013;  and

      **ii.**   Whether David A. Kleiman appears to have had substantial assets in the years of 2009 through  2013.

2.      In conducting my analysis and reaching my opinions contained in this report, I was not assisted by anyone. I am compensated at an hourly rate of $450. My compensation for this engagement is not contingent on the outcome of this litigation. The total amount of my compensation is not presently known because of work yet to be completed, which includes deposition testimony if requested, and testimony at trial.

## II.      BACKGROUND AND QUALIFICATIONS

3.      As a Principal, Partner and Chief Compliance Officer of Heritage Capital Group, Inc., I am closely involved in selling closely-held, privately-owned companies, arranging financing for complex transactions and consulting for banks and mortgage  bankers.

4.      I have been involved in the financial industry since 1973 and have worked as a Loan Originator at Barnett Mortgage Trust and Barnett Mortgage, Director of Lending at Greenburg Savings, Senior Vice President at PNC Bank, Director at Barnett Bank of Florida, Real Estate executive  at Nations Bank, Director at Bank of America Securities, and manager at Chatsworth Securities.  Additionally, I have served as a member of four different loan committees and have also worked with loan administration. A CV containing further details of my relevant experience can be found at the end of this report.

CONFIDENTIAL

### III.    OPINION

5.    Mr. Kleiman appears to have been in poor financial condition, and it does not appear that he had access to any substantial assets in the years of 2010 through 2013.

6.    Mr. Kleiman's IRS account transcript for the year ending in 2010 reflects an adjusted gross income of $13,105, with $3,755 in taxable income. The transcript for the year ending in 2011 reflects an adjusted gross income of $24,495 with a taxable income of $6,465.

7.    That was a sizable drop in income from the Mr. Kleiman's 2009 year-end transcripts, which reflects $70,125 in adjusted gross income and $40,813 in taxable income. In 2010, it also placed him in an income bracket that was only slightly above the poverty level.  The federal poverty guidelines for a single-family household in 2010 were $10,830.

8.    Further, Mr. Kleiman's credit report reflects a poor credit history with numerous overdue accounts and delinquencies. As of June 2013, Mr. Kleiman's:

   a.  Home mortgage was over 24 months delinquent;

   b.  Three of his credit cards had missed payments; and,

   c.  His Comcast account was in collections.

9.    Additionally, his credit report shows a 'hard pull' by Springleaf Holdings, LLC Financial ("Springleaf") on April 22, 2013, which is just four days before Mr. Kleiman's body was found.

10.    Potential lenders run hard pulls when a potential borrower is requesting funds, and the consumer must consent before the potential lender makes the hard pull.

11.    Mr. Kleiman's credit report does not show that any account was opened in Mr. Kleiman's name, which suggests that that his credit request was never approved.

12.    Springleaf (now operating as One Main Financial) is a subprime lender that offers high rate loans.

13.    Based on all the above, it is my opinion that Mr. Kleiman appears to have been in very poor financial condition, and it does not appear that he had access to any substantial assets in the years of 2009 through 2013.

CONFIDENTIAL

**Curriculum Vitae**

William R. Nicholson

| | |
|---|---|
| Mailing Address: | Heritage Capital Group, Inc. |
| | 4417 Beach Boulevard, Suite 302 |
| | Jacksonville, FL 32207 |
| | ███████████████████████ |
| Telephone: | ███████████████████████ |

Education:    University of North Carolina
Master of Business Administration - Finance/ Real Estate, 1973
One of two in the graduating class of 110 recommended for the PhD track.

Wesleyan University
B.A. - Political Science, 1968

Experience:    Heritage Capital Group, Inc.
2009-present. Current position: Principal, Partner and Chief Compliance Officer
Involved in selling closely held, privately-owned companies, arranging financing for
complex transactions and consulting for banks and mortgage bankers. Sale - leaseback
expertise.

BBX Capital (NYSE: BBX)
Member of the Board of Directors of BBX Capital for 16 years. Serves on the Audit and
the Compensation Committees, in addition to general board responsibilities related to
corporate governance.

WRN Financial, www.wrnfinancial.com 2009-
present. Current position: President
Providing litigation suppo11 to attorneys in real estate banking/finance disputes,
investment banking matters and board of directors' governance.

BSE Management (Private Equity Fund)
2008 - 2009 Head of Due Diligence
Managed 7 member due diligence team conducting on-site loan quality of earnings on
various Florida and Georgia  banks.

WRN Financial / Heritage Capital Group
2003 - 2008 President of WRN Financial/ Principal at Heritage Capital Group
Engaged in executive search for senior bankers, real estate consulting and conducting
select real estate assignments through an affiliation with Heritage Capital Group.

Chatsworth Securities
I /2003 - 8/2003 Manager, Director
Worked on entity and project financings for homebuilder and apartment clients of the

CONFIDENTIAL

firm.

Bank of America Securities 2000-2002
Managing Director
Directed a 15 member team with offices in Charlotte, Chicago, Dallas, Jacksonville and Los Angeles, focused on the needs of large privately-held real estate firms . He also was involved in acquisition, divestiture, and advisory assignments with public real estate companies.

Nations Bank (now Bank of America) 1997-2000
Real Estate Executive
Managed $3 billion commercial real estate portfolio for six Florida offices.

Barnett Bank of Florida, Inc.
1992-1997 Director of Commercial Real Estate
Chairman of the bank's Community Development Corpora lion, Vice Chairman and director of Main American Capital, a mortgage banking joint venture involving commercial real estate loan securitization and a member of the bank's seven member executive loan committee, which reviewed and approved all bank credits from $25 million to $200 million. Fo1med Barnett Realty Partners, a m01tgage banking and real estate investment bank, which represented Salomon Brothers and other institutional capital providers as Florida correspondents.
Managed the bank's real estate syndication activities, and worked with Barnett's larger real estate clients to provide innovative capital raising solutions. Overall portfolio responsibilities ranged from $6 to $10 bi Ilion.

PNC Bank
1983-1992 Senior Vice President
Led the bank's national construction lending group and supporting the international division on select overseas real estate transactions.

Greensburg Savings (Greensburg, PA) 1979-1982
Director of Lending
Oversaw all aspects of the enterprise related to lending, appraisals, collections, servicing, branch lending, residential and commercial lending.

Barnett Mo1tgage Trust and Barnett Mortgage Companies 1973-1979
Originated commercial loans, later managed troubled assets. Ran residential bank loan production for the state of Florida.

P.H. Craig & Associates (Chapel Hill, NC) 1971-1973
Part-time residential and real estate broker while attending graduate school. Qualified as expert witness in Federal, State & District of Columbia cow ls.

Licensed Real Estate Broker, Florida (1999)
Series 7-Registered Representative, FINRA (2000)

*CONFIDENTIAL*

> Series 14-Qualified Compliance Officer (20 I 0)
> Series 24-General Securities Principal, FINRA (2000) Series 63-
> Uniform Securities Agent, FTNRA (2000)
> Series 79 - Limited Representative - Investment Banking, FTNRA (2009)

Loan Committee experience includes:

> Real Estate Member of PNC's Senior Loan Committee -1983-1991

> Member of Barnett Bank's Executive Loan Committee - 1992-1997

> Chairman of Main America Capital Loan Committee - 1994-1996

> Chairman of Barnett Realty Partner's Loan Committee -1995-1997

Loan Administration and Policy Experience:

> PNC's Loan Administration and Loan Disbursement Policies and Procedures - 1982-1991. Worked on teams that developed loan closing, administration and disbursement policies and procedures

> Barnett's Real Estate lending, appraisal and loan administration procedures and policies - 1992-1995. Headed up system-wide effort to create uniform unde1writing, closing and disbursement procedures

> BSE Management - 2009-2010. Developed due diligence processes and procedures for evaluating bank loan and investment portfolios and risks related thereto.

Additional Background Information:

> Past president of the Council for Sustainable Florida, past chairman of the American Bankers Association Real Estate and Finance Committee, and head of the ABA 's environmental task force.

> Vietnam veteran and captain in the U.S. Marine Corps.

CONFIDENTIAL

**Recent and Active Cases**

| Case Name | Case# | Status | Date of Engagement |
|---|---|---|---|
| Rachele Cibula, on behalf of herself; and James Montesi, Belkis Velazquez, and Nestor Mato, on behalf of themselves and all others similarly situated | 2015CA010910 | Active | 2019 |
| Jenkins vs. Wells Fargo | CC-02-2017-C-12 | Settled | 2017 |
| Bazarian International Financial Associates, L.L.C, Plaintiff v. Desarrollos Aerohotelco, CA., et al,. Defendants | l: l 3-cv-01981-BAH | Went to Trial | 2017 |
| MVB Bank, Inc., c/o Dovenmuehle Mortgage, Plaintiff v. John Garvin; and Julie Garvin, Defendants. Julie Garvin, Third-Party Plaintiff, v. Dovenmuehle M01igage, Inc., A Delaware Corporation, Third-Party Defendant. | 16-P-162-3 | Settled | 2017 |
| Southern Fiber adv. Bank of America, N.A. | Arbitration | Settled | 2017 |
| Jeffrey H. Mims, Solely in His Capacity as Trustee for the Litigation Trust Created in the Color Star Bankruptcy Case, Plaintiff, v. NexBank Securities, Inc. d/b/a NexBank Capital Advisors f/k/a BmTier Advisors | DC-13-14628 | Settled | 2016 |
| Federal Deposit Insurance Corporation as Receiver for Superior Bank v. George J. Hall, et al. | 8:20 l 4-cv-00834-SCB-EAJ | Settled | 2016 |
| United States of America v. Fred Davis Clark, Jr. | 13-10034-CR-JEM (s) | Went to Trial | 2015 |
| Federal Deposit Insurance Co1:poration as Receive for R-G Premier Bank v. Victor J. Gian, et al. | 3:12 -cv- 01029PAD | Settled | 2015 |
| Community Bank of Florida v. Vilarino | 10-11257 CA 09 | Went to Trial | 2014 |
| Seawalk Investments, LLC, Debtor; U.S. Bankruptcy Court | 3:11-bk-05969OAF | Settled | 2013 |
| Federal Deposit Insurance Corp as receiver of Peninsula Bank v. Simon Portnoy, Richard Solano, Carlo Loricco, et al. | 8:l 3-cv-01124JDW | Settled | 2013 |
| RL Regi Financial, LLC v. Amberleigh, LLC Ronald D. Fenn individually, Deborah A. Fenn, individually, RD&C Management, Inc., Braham Aggarwal, individually, and Homeowners Association of Legacy Park, Tnc. v. Regions Dank | 20 l 0-CA-000751 | Settled | 2013 |
| .Tomithnn F. Perlmnn, Rsg., as court appointed receiver for Creative Capital Consortium,  LLC,  et al. v. Regency Realty Group, Tnc. v. Thomas  Weisz, .l:hu barn .Krnrm;r, Lawrence .Kramer, et al. | 120-cv-80486-DTKH | Settled | 2013 |
| NNN Re::ilty Tnvestors, T.LC v. NNN Oak Park Office | J0-2012-00547865-CU-JR-CJC | S1,;llku | 2013 |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Wachovia Bank, N.A. v. James R. Stark, Stuart Shaw , et al. | C.A. NO .: 2010-CP-23-507 | Settled | November, 2012 |
| Cuenant v. Baker Hoestetler | 2009-CA-08377-0 | Settled | October, 2012 |
| Mercantil Commercebank, N.A. v. Port Mayaca Plantation, LLC Camayen Cattle Co., et al. | 09-3548 CA | Settled | September, 2012 |
| WBCMT 2007-C31 Hazeltine, LLC, a Florida limited liability company v. Starbury GSA VII, LLC, a Florida limited liability company, and Florida Door Solutions Inc., a Florida corporation | 10-CA-22376 | Settled | February, 2012 |
| United Central Bank v. Standard Property Development, LLC, et al. | 48-2010-CA-008785 | Settled | January, 2012 |
| John Simon, Joan Simon, Andreas Kallistros, et al. v. National City Mortgage Company and National City Bank | C.A. NO.: 2:09-cv-00376-JES-DNF | Settled | February, 2011 |
| Martin County Marine Holdings, LLC, a Florid<1 limited liability company v. Martin County Marine Corp., et al. | 10-1219-CA | Settled | December, 2010 |

CONFIDENTIAL

## Documents Considered

- Trans Union consumer credit report dated May 21, 2013.
- SEC form 1Ok for fiscal year ending December 31, 2016 for one main holdings Inc.
- Business wire report dated September 29, 2016 "Springleaf Financialis now One Main".
- Wikipedia report on One Main Financial - not dated.
- Bank rate report with financial personal loans: 2019 review.
- One Main Financial personal loans - review/bank rate.
- One Main Financial personal loans dated November 22, 2019.
- The simple dollar review of One Main Financial loans dated November 20, 2019.
- Dave Kleiman's 2011 and 2012 tax returns.
- Dave Kleiman's IRS account transcripts.
- Federal poverty guidelines for 2010.

_April 10, 2020_

_____          _____
William R. Nicholson                                    Date