

*CONFIDENTIAL*

Expert Report of

Kevin E. Madura
AlixPartners LLP

April 10, 2020

AlixPartners, LLP / 30th Floor / 909 Third Avenue / New York, NY 10022 / T +1 212 490 2500 / F +1 212 490 1344 / alixpartners.com

*CONFIDENTIAL*

I submit this Report in the below-cited action pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and the Scheduling Order in this case.

## I. BACKGROUND AND QUALIFICATIONS

1. I am a Senior Vice President in the global Cybersecurity practice group at AlixPartners LLP. I have been retained as an expert in the matter of Kleinman v. Wright, Case No. 9:18-cv-80176 by Dr. Craig Wright, the defendant in this action ("Dr. Wright" or "Defendant") and have been asked to provide my opinion regarding certain questions. AlixPartners is being compensated at a rate of $480 per hour for my work in this matter.

2. I hold a Bachelor of Science in Computer Science from the University of Maryland and a Master's in Technology Management from Georgetown University.

3. I have been reading and writing code personally and professionally for over 12 years and am familiar with many different programming languages, specifically including but not limited to C++. I have written code for a variety of clients, including the Department of Defense, International Business Machines (IBM), local political campaigns, a school district, and a public university, among others. My full CV is attached as Exhibit 4.

4. I have substantial experience in computer security as it relates to computer programming, and I have identified hundreds of vulnerabilities in computer code and computer systems during the course of my professional career. Reviewing so much code also affords me an understanding of the knowledge and experience required to successfully create computer software.

5. I hold a Certified Ethical Hacker certification, a technical qualification that demonstrates expertise in identifying vulnerabilities and other technical weaknesses in computer systems, including programming code.

6. Before AlixPartners I was employed at International Business Machines (IBM) in the Federal consulting practice. IBM Federal is often contracted by various agencies of the United States Government to perform activities relating to information and technology management, including programming and other services. During my tenure at IBM in the Cybersecurity & Biometrics practice, I served as a Subject Matter Expert (SME) in the areas of cybersecurity and applied cryptography, engaging in matters related to securing the process of computer program development and information technology architecture. I have worked with both military and civilian agencies, including the Department of Defense, among others. I was also part of the Public Service Blockchain team that

*CONFIDENTIAL*

developed computer programs to explore potential applications of blockchain technology with government agencies.

7. At AlixPartners I regularly assist clients with technical investigations, forensic analysis, and other issues that require expertise in applied cryptography, computer programs, and other technical subjects. I regularly speak to law firms and other professional organizations regarding computer security, cryptocurrencies, and their implications for digital forensics.

8. As a result of my skill, experience, training, and education I have expert knowledge in the areas of computer security, computer program development, and applied cryptography as it relates to blockchain technology.

## II. QUESTIONS ASKED

For this report I was asked to inspect certain documents and testimony and provide my opinion on whether the decedent, David Kleiman, had the requisite skills and experience to have written the original Bitcoin core software application released in 2009.

## III. EVIDENCE REVIEWED

9. The resume and professional certification of David Kleiman and supporting documents, Bates numbered Kimon_00010690 to Kimon_00010697.
10. DECLARATION OF DAVID A KLEIMAN, Bates numbered KLEIMAN_00413115
11. A memorandum from Diane Clark, Human Resources Director for the City of Lake Worth Florida to Susan Stanton, City Manager dated August 19, 2009 discussing David Kleiman's qualifications.
12. The deposition transcripts of Gavin Andresen and Kimon Andreou in this matter.
13. A web archived copy of David Kleiman's professional biography found at: https://web.archive.org/web/20060519093230/http://s-doc.com/company/management.asp
14. Web archived copies of the S-Lok product technical documentation found at: https://web.archive.org/web/20060523010301/http://s-doc.com/medialibrary/other/PDFs/tech_info/slok_tech_overview.pdf and https://web.archive.org/web/20060523010600/http://s-doc.com/medialibrary/other/PDFs/tech_info/sev_sellsheet.pdf, and https://web.archive.org/web/20080828130153/http://www.s-doc.com/products/slok.asp

*CONFIDENTIAL*

15. The Bitcoin client application code, documentation and annotations at https://github.com/bitcoin/bitcoin
16. *The Crypto-Currency Bitcoin and its mysterious inventor*, Joshua Davis, The New Yorker, October 3, 2011.
17. *A Structural Analysis of Bitcoin*, Clemens H. Cap, Department of Computer Science, University of Rostock.
18. Dave Kleiman's publications, including:
    - Microsoft Log Parser Toolkit; Syngress Publishing; Contributing Author, ISBN 1-932266-52-6; (Feb 24, 2005).
    - Security Log Management: Identifying Patterns in the Chaos; Syngress Publishing; Contributing Author, ISBN 1-59749-042-3; (Apr 13, 2006).
    - Perfect Passwords: Selection, Protection and Authentication; Syngress Publishing; Technical Editor; ISBN 1-59749-041-5; (Dec 25, 2005).
    - Winternals Defragmentation, Recovery, and Administration Field Guide; Syngress Publishing; Technical Editor; ISBN 1-59749-079-2; (September 4, 2006).
    - CD and DVD Forensics: Technical Editor, ISBN 1-59749-128-4; (March 12, 2007).
    - How to Cheat at Windows System Administration: Contributing Author, ISBN 1-59749-105-5; (September 15, 2006).
    - Enemy at the Water Cooler: Real Life Stories of Insider Threats, Technical Reviewer, ISBN 1-59749-129-2; (January 7, 2007).
    - Rootkits for Dummies: Forensics Advisor; ISBN 978-0-471-91710-6; (January 30, 2007).
    - Windows Forensic Analysis Including DVD Toolkit: Technical Editor, ISBN 1-59749-156-X; (May 8, 2007).The Official CHFI Study Guide (Exam 312-49): Main author, ISBN 1-59749-197-7; (October 8, 2007).
19. Other documents as referenced in the text below.

### IV. OPINION

20. The Bitcoin software was first released on January 9, 2009 when version 0.1 was posted on the internet by "Satoshi Nakamoto," the pseudonym used by the code's original author(s). Satoshi also wrote and distributed the original Bitcoin Whitepaper and devised

4

*CONFIDENTIAL*

the first blockchain database or "ledger." Bitcoin version 0.1 is commonly referred to as the "reference implementation."

21. Up to and including version 0.1.5, published on February 4, 2009, it is believed that Satoshi was the primary author of the code. After that time a wider community of programmers became involved and assisted with future development.

22. The software code went through at least 20 additional subsequent revisions up to and including version 0.3.19 which was released on December 12, 2010, before Satoshi Nakamoto retired from the project and turned control of the code over to Gavin Andresen. These initial releases are commonly referred to as the "Satoshi Code."

23. Gavin Andresen continued to be the lead developer on the Bitcoin source code until 2017 (Andresen depo 26:14).

24. By his own admission in public forums Satoshi worked on the original code alone for at least a year and a half before publishing it publicly[1], though he may have shared earlier private versions with at least 3 people who assisted with its review in late 2008.

25. The Satoshi Code was written in the C++ programing language. C++ is an object-oriented programming language that can generate very efficient, very fast programs. However, it is also notorious for being a very difficult programming language to learn and an even more difficult programming language to write. Being an object-oriented language it requires programmers to create and destroy objects constantly. It also has no built-in memory management functionality which is why C++ is known as a "memory unsafe" language. It is up to the programmer to manually take care of memory management to avoid issues such as memory leaks and dangling references which will cause a program to crash or present security vulnerabilities. Writing C++ code that does not exhibit these issues is extremely hard. Most other object-oriented languages abstract memory management by using a mechanism called a garbage collector, therefore taking this manual task out of the hands of the programmer, but not C++. The requirement to constantly be aware of memory allocation and deallocation, to make sure that every object is freed once and only once, and to never keep a pointer to a freed object, makes C++ a much more challenging experience than most every other

---

[1] See Satoshi Nakamoto (17 November 2008). "Re: Bitcoin P2P e-cash paper 2008-11-17 16:33:04 UTC". Satoshi Nakamoto Institute at https://satoshi.nakamotoinstitute.org/emails/cryptography/15/. Last retrieved April 3, 2020.

*CONFIDENTIAL*

programming language. In contrast to most other programming languages, the requirement to manually manage memory allocations and utilize memory pointers requires knowledge of specific programming techniques. These and other features of C++ make it much less programmer-friendly than most other languages and is often criticized by even experienced programmers as being incredibly complex and unwieldly. It is especially unfriendly to those who "know just enough to be dangerous."

26. A review of the original Bitcoin code shows that it was written by somebody with deep expertise and experience in the C++ language. In fact, world renowned C++ coder Gavin Andresen, the lead programmer on the Bitcoin project development team for at least four years, who routinely interacted with Satoshi until he stepped away, and who is intimately aware of Satoshi's code writing skills referred to him as "definitely a top 10 percent programmer" (Andresen depo at 210:3). Naturally it would be expected that someone in the top 10 percent of a field would have extensive experience and background in activities directly related to that field. The expertise demonstrated in the original Bitcoin code goes beyond what is expected by even a typical programmer. Development of bitcoin required a deep fundamental understanding of cryptography as well as advanced knowledge of data structures, programming algorithms, networking, computer hardware, and specialized programming techniques. The expertise required to write C++ code that reflects this knowledge is difficult to attain and would many require years of hands on programming experience and training.

27. Other industry leading programmers have also made similar public assessments. Dan Kaminsky, a leading Internet-security researcher, is famous among hackers for discovering, in 2008, a fundamental flaw in the Internet Domain Name System which would have allowed a skilled coder to take over any Web site. He is also regarded as one of the world's best experts for testing software errors and weaknesses. In July 2011 he dug deeply into the Bitcoin software in an attempt to uncover its weaknesses. Kaminsky found none he could exploit. This attempt is recounted in a New Yorker article, in which he was interviewed on the subject by the author, Joshua Davis.

28. In this same article, Kaminsky, after noting that the programming style was dense and inscrutable is quoted as claiming, "the way the whole thing was formatted was insane. Only the most paranoid, painstaking coder in the world could avoid making mistakes." He then went on to proclaim, ""He's a world-class programmer, with a deep

*CONFIDENTIAL*

understanding of the C++ programming language. He understands economics, cryptography, and peer-to-peer networking."

29. David Kleiman had experience in computer forensics with a specific background in Windows operating system security and electronic discovery for litigation support. None of the information regarding the professional or personal life of David Kleiman shows that he was a skilled programmer in any language, let alone an advanced language such as C++, nor even a novice C++ programmer. His background and certifications show familiarity with utilizing tools that are programmed by others and then analyzing the data produced by those programs. Developing the bitcoin software requires an entirely different set of skills than the ones listed in the documents reviewed for David's background.

30. I have reviewed David Kleiman's resume and professional certification produced as Bates numbers Kimon_00010690 to Kimon_00010697. That resume shows that he was self-employed as a computer forensic investigator from 1997 until his death in 2013. This work entailed assisting legal counsel and their clients in legal disputes and investigations to recreate and opine on facts gleaned from digital evidence. Much of the experience described is managerial and supervisory in nature, and none includes any computer programming in any language at all. Many of the tools involved with computer forensics are driven by user interfaces and do not require advanced knowledge of the underlying programming language in order to extract forensic information. For example, in a report submitted to a Palm Beach court he details a forensic examination performed in the matter of Lighthouse Investment Partners v. Stacey Tenen. In it, Kleiman says he specializes in "computer forensics, data security, and analysis." (Exhibit 1, page 1) Nowhere in the report does he make reference to, or demonstrate experience in, topics related to computer programming or C++.

31. David Kleiman also worked as the Chief Information Security Officer for a software company called Securit-e-doc, Inc. for several years in early the 2000's. I have reviewed the professional biography included in an archived copy of the company's website which is attached as Exhibit 2 to this report. That biography describes the work he undertook at Securit-e-doc as also including a role as product manager for the S-Lok product. In this role his work is describes as "supervis[ing] the development of our Windows operating system lockdown tool...." This description is consistent with the deposition testimony of Kimon Andreou, a colleague of David Kleiman, who worked with him at

*CONFIDENTIAL*

Securit-e-doc and wrote the code for the product. (Andreou depo at 16:14). Mr. Andreou also testified that David Kleiman did not know how to write any complex code beyond simple scripts and "needed help many times on creating a simple program". (Andreou depo at 57:5-6). Andreou, who worked closely with Kleiman during their time at Securit-e-doc, states that Kleiman was "not a programmer" (Andreou depo at 9:19). In fact, the main product was developed by Andreou taking David's logic to "put in a program" to automate certain administration tasks. (Andreou depo at 9:14-15).

32. According to documentation from the archived Securit-e-doc website, the S-Lok product was a security administration tool used to secure networked Windows servers. The product was only available commercially for a few years before the company closed down. The S-Lok product enabled system administrators to set certain configuration settings on Windows servers in alignment with security guidelines offered by industry leaders such as Microsoft. A configuration setting allows users of a program (or operating system) to specify conditions or values that are then acted upon by the program. Knowledge of specific configuration settings, such as the ones offered by S-Lok, does not require the requisite knowledge of the underlying program language.

33. David Kleiman also worked for one year as the Vice President of Technical Operations for a small startup company called Intelliswitch. According to his resume, he oversaw the development of a voice-over-IP telephone network, maintained internet services, and provided other IT management for the company. None of this work describes computer programming or C++ language skills.

34. Prior to 1997 David Kleiman worked for three years as the Director of IT for a large construction company maintaining and securing their network infrastructure, and three years as a police officer for the Palm Beach police force where he also had some IT administration duties. He also spent time in the Army in Aviation Logistics. None of the roles included work as a computer programmer or coding in C++.

35. David Kleiman also lists 10 publications on his resume. A review of these publications shows that for more than half of these his role was simply providing technical review and or technical editing for the primary authors. In one publication he served as a "forensic advisor." In three others Kleiman was a co-author, in one case only writing one section of the book. The publications focus primarily on how to utilize existing popular tools to administer computer systems, review log data, or collect forensic information. None of

*CONFIDENTIAL*

these publications discuss or cover C++ programming and none of the work effort of David Kleiman on these publications included programming skills in C++.

36. David Kleiman also listed eleven professional certifications in his resume and various professional biographies that were reviewed. These include six certifications relating to systems security, one on system engineering, one on anti-terrorism, and three relating to computer forensics (evidence collection, examination and handling). None of these certifications relate to computer programming nor experience in C++. Many of the certifications demonstrate proficiency in the ability to use pre-packaged tools in the course of forensic investigations. Others are focused exclusively on non-technical skills such as management. In his deposition testimony, his close friend and colleague Kimon Andreou, also stated that Dave Kleiman was very proud of his certifications and liked to collect as many as he could. (Andreou depo at 16:1). Given this, it is reasonable to assume that he would have also listed any credentials, training or certification related to computer programming if he had them. None of the certifications listed require knowledge or experience in advanced C++ programming as part of the certification process.

37. David Kleiman also lists eleven professional affiliations on his resume. Again these all relate to organizations for computer forensics and security professionals and do not require demonstrating proficiency with any programming language as a requirement for membership. He lists no affiliations relating to computer programmers or C++ coding.

38. Between 1983 and 1992 David Kleiman attended courses at four different institutions which are also listed on his resume. He did not earn any college undergraduate or graduate degrees. None of the course work listed includes any relating to computer programming or C++ coding.

39. I also reviewed the biographical information and service offerings from archived versions of Dave Kleiman's website at DaveKleiman.com. This website was used for his computer forensics business which he ran from 1997 until his death. The archive reviewed was from May 30, 2009. This would have been during the same period that Satoshi Nakamoto was busy revising the early versions of the Bitcoin Software. The descriptions of Dave Kleiman's background and experience and the services he offered to provide on his website are consistent with the experience and skills described above. They focused on computer forensic services for litigation support and computer security consulting services. Nowhere on the site was there any mention of computer

*CONFIDENTIAL*

programming services or experience, Bitcoin, or C++ coding, in any form. There are also no references to any code repositories, links to programs created by Kleiman, or any other indication that programming was an activity that Kleiman performed on a regular basis. Further, nothing in Kleiman's background would indicate a deep understanding of economics, a key piece noted by Dan Kaminsky in the assessment of original Bitcoin code. The pages viewed are attached to this report as Exhibit 3.

40. It is my understanding that Dave Kleiman suffered significant financial difficulties in the last few years of his lifetime. At times he "would be behind on his mortgage payments" so much that he feared foreclosure and his utility bills were in arrears, among other issues (Andreou Depo 18:7, 26:13). The average salary in 2013 for a person with top-class C++ programming skill as are exhibited by Satoshi Nakamoto, was well in excess of $100,000.[2] Top C++ coders were in very high demand at that time and to this day are considered to be well compensated.

41. Based on all the above information, it is my opinion that the development of the Satoshi Code for the Bitcoin software by Dave Kleiman would be highly inconsistent with his skills and experience.

## V. RESERVATIONS

I reserve all rights to modify or supplement this Report if I become aware of any errors or misstatements, or if I become aware of other data or other evidence relevant to my position.

I also reserve all rights to respond to any statements made by the Plaintiffs, witnesses or expert witnesses to which a response is appropriate.

I understand that several depositions remain to be taken in this matter. I may also modify or supplement my opinions in view of opinions or arguments made by any person, including Plaintiffs' counsel and anyone engaged by Plaintiffs to provide opinions.

I may also modify or supplement my opinions if the Court provides litigants with any pertinent additional rulings.

I may expand or modify my opinions as my investigation and study continues and supplement my opinions in light of any relevant orders from the Court or in response to any additional information I review, and matters the Plaintiffs raise, or any opinions Plaintiffs' experts may provide.

---

[2] See, https://www.glassdoor.com/Salaries/software-engineer-c-developer-salary-SRCH_KO0,29.htm

10

*CONFIDENTIAL*

If called to testify at trial or a hearing in this case, I may use documents and/or materials to help me explain my points and opinions. I may also prepare and use graphics, images, photographs, video recordings, animations, and other presentation aids to help me explain my points and opinions. I may also use images, photographs, graphics, animations, and other presentation aids prepared by other witnesses to help me explain my points and opinions.

Dated: 10 April 2020, Washington, DC

By:

_____

Kevin Madura

*CONFIDENTIAL*

# KEVIN MADURA
Washington, DC |

## EDUCATION

**University of Maryland**
**Bachelor of Science, Computer Science; Minor in Leadership Studies**  2010-2014
Awards: Corporate Scholars Scholarship, Order of Omega

**Georgetown University**
**Master of Professional Studies, Technology Management**  2015-2017
Capstone: "Smart Traffic: Controlling Congestion with Technology"

## RELATED EXPERIENCE

*Independent Research*  2009
Discovered a software vulnerability, CVE-2009-0499, which was a "cross-site request forgery (CSRF) vulnerability in the Moodle forum software that allows remote attackers to delete or modify data."

IBM
**Cybersecurity Consultant - Cryptography SME**  2014 - 2018
Provided subject matter expertise in areas of cryptography, secure coding, and vulnerability management for entities within the Department of Defense.

Deployed technical solution to verify identity of soldiers using Common Access Cards (CAC) using cryptographic primitives such as SHA256 and public key cryptography, in alignment with NIST 800-53.

Hosted "lunch & learns" to educate colleagues on secure coding methodologies and case studies.

IBM
**Blockchain Identity Expert: Federal Agency**  2017
Primary architect of enterprise identity solution based on blockchain technology, which included validating the proper use of cryptography and secure coding methodology.

IBM
**Blockchain Programmer: USPS**  2017 - 2018
Led development of blockchain implementation and smart contract coding for government blockchain pilot programs.

AlixPartners
**Senior Vice President, Cybersecurity Practice**  2018 -
Advise clients on cybersecurity matters, ranging from technical implementation issues to executive risk management functions.

Performed forensic investigation for mobile application development company to determine exposure of malicious code and vulnerable software development kits.

Member of blockchain industry team tasked with exploring applications of distributed ledger technology for enterprise clients, implementing cryptocurrency coins, and proper management of Bitcoin wallets.

## CERTIFICATIONS

**Certified Ethical Hacker**
Credential ID ECC39758882107  2018

## CONFERENCE PRESENTATIONS

Armed Forces Communications and Electronics Association
**Cybersecurity in the World of Blockchain and Cryptocurrency**  2018
A discussion on the applicability of implementing blockchain technology, based on Bitcoin, for use within the US military.

*CONFIDENTIAL*

KEVIN MADURA                                                                                                    PAGE 2

| | |
|---|---|
| AlixPartners<br>**Procurement Forum**<br>Explained the potential application of blockchain technology in a business setting to procurement executives at an event hosted by AlixPartners. | 2018 |
| Center for Professional Education<br>**Managing Cyber Risk**<br>Hosted a session focused on managing cyber risks with emerging technologies such as blockchain and cryptocurrencies. | 2018 |
| Center for Professional Education<br>**Blockchain & Cryptocurrencies**<br>A presentation detailing the inner workings of blockchain technology and how Bitcoin spawned thousands of alternative cryptocurrencies. | 2019 |

PUBLICATIONS AND PAPERS

| | |
|---|---|
| *Blockchain 101: What is it?*<br>LinkedIn Article | 2017 |
| *How Cybersecurity Risk is Disrupting the M&A Landscape*<br>AlixPartners | 2019 |

AWARDS

| | |
|---|---|
| Corporate Scholars Scholarship | 2013 |
| IBM Manager's Choice Award (14) | 2016 – 2017 |
| IBM Global Business Services Excellence Award | 2017 |

MEMBERSHIPS

Armed Forces Communications and Electronics Association (Inactive)
EC-Council
Washington DC Cyber Security for Control Systems

TECHNICAL SKILLS

Computer programming languages (C, C#, Go, Java, Bash, Python, Javascript, PHP, Ruby)
Computer systems (Linux, Windows, Mac OS)
Applied cryptography
- Asymmetric encryption (elliptic curve, RSA)
- Symmetric encryption
- Public key infrastructure, X.509 certificate management
- Hashing (HMAC, MD5, SHA family, etc.)
- Transport Layer Security (ciphersuite selection, configuration)

Blockchain analysis
- Personal research reviewing academic papers covering Bitcoin blockchain analysis techniques
- Developed code to parse information from the Bitcoin blockchain
- Study of industry materials, cryptography textbooks (e.g. *Applied Cryptography* by Bruce Schneier)

Secure application coding techniques
- Web application security (OWASP Top 10, SANS Institute best practices)

Vulnerability detection
- Software applications, cryptographic weaknesses, common code vulnerabilities

Computer network security
- Denial of service attack methods, interception/manipulation of traffic, networking protocols (TCP, UDP)

System administration
- Patching methodology, configuration hardening

LANGUAGES

English– native language