**Julio Eduardo Paez**

| | |
|---|---|
| **From:** | Patrick Paige |
| **Sent:** | Wednesday, April 10, 2013 9:01 PM |
| **To:** | James Green; Dave Kleiman |
| **Cc:** | 'David Pollok ███████████████ |
| **Subject:** | RE: Lighthouse v. S.Tenen Forensic Examination |
| **Attachments:** | Declaration.docx |

Greetings, I received this from Dave in reference to the your request for an updated affidavit… Please review the attached document.

*Patrick Paige* *EnCE SCERS*
*1880 North Congress Ave. Suite 333*
*Boynton Beach FL 33426*
███████████████

*www.computerforensicsllc.com*

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*





























IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

Case No.:50 2012CA017723XXXXMB AB

LIGHTHOUSE INVESTMENT
PARTNERS, LLC, a Delaware
Limited Liability Company,

      Plaintiff,

v.

STACEY TENEN,

      Defendant.

_____/

## DECLARATION OF DAVID A KLEIMAN

STATE OF FLORIDA      )
                       )
COUNTY OF PALM BEACH  )

I, David Kleiman, being of the age of majority, sound mind, and being familiar with the factual

matters set forth below, state and affirm as follows:

    1.     I am a recognized computer security expert who has worked in the Information

Technology sector since 1990. I specialize in computer forensics, data security, and analysis. I

have been accepted to testify as a computer expert witness in the United States federal courts,

1

KLEIMAN_00413115
KLEIMAN_00413115

Florida state courts, and United States military courts. I have also served as a court-appointed neutral expert on computer forensic matters. I am a former Florida Certified Law Enforcement Officer, and I have assisted law enforcement agencies in computer crime analysis. Additionally, I am a published author on the subjects of information security and computer forensics.

2.   I am one of fewer than 100 Microsoft Windows Enterprise Security - Most Valuable Professionals (MVP) worldwide. Additionally, I hold the following relevant industry certifications: Certified Information Systems Security Professional (CISSP), Certified Electronic Evidence Collection Specialist (CEECS), Digital Forensic Certified Practitioner (DFCP), Certified Computer Examiner (CCE), Certified Data Recovery Expert (CDRE), Certified Information Forensics Investigator (CIFI), and Microsoft Certified Systems Engineer (MCSE).

3.   A copy of my Curriculum Vitae is attached hereto and annexed as Exhibit A.

4.

KLEIMAN_00413116
KLEIMAN_00413115

CONFIDENTIAL

KLEIMAN_00413117
KLEIMAN_00413115

CONFIDENTIAL

KLEIMAN_00413118
KLEIMAN_00413115



CONFIDENTIAL

KLEIMAN_00413119
KLEIMAN_00413115



CONFIDENTIAL

CONFIDENTIAL

KLEIMAN_00413121
KLEIMAN_00413115



8

CONFIDENTIAL

KLEIMAN_00413122
KLEIMAN_00413115



9

CONFIDENTIAL

KLEIMAN_00413123
KLEIMAN_00413115



10

CONFIDENTIAL



11

KLEIMAN_00413125
KLEIMAN_00413115



12

KLEIMAN_00413126
KLEIMAN_00413115



13

KLEIMAN_00413127
KLEIMAN_00413115



14

KLEIMAN_00413128
KLEIMAN_00413115



15

CONFIDENTIAL

KLEIMAN_00413129

KLEIMAN_00413115



16

KLEIMAN_00413130
KLEIMAN_00413115



17

CONFIDENTIAL

I declare and certify under penalty and perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on _____.


_____
**David Kleiman, Palm Beach County, Florida**

CONFIDENTIAL