

**From**:      Dave Kleiman ▮▮▮▮▮▮▮▮▮▮
on behalf of    Dave Kleiman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**:      10/9/2010 12:31:14 AM
**To**:      Debbie Karp ▮▮▮▮ Joseph S. Karp ▮▮▮▮▮ Ira Kleiman ▮▮▮▮▮▮▮▮▮
            ; Jody Tulotta ▮ ; Steve Lee ▮
            Heather Lee ▮▮▮▮▮ ; Patrick Paige
            ; Laura Paige ▮▮▮▮▮▮ ; Bob Cresswell
            Carter Conrad ▮▮▮▮▮▮▮▮▮▮
            Kimon Andreou ▮▮▮▮▮▮▮▮▮▮▮
**Subject**:     BBQ Crash and Burn

Well, I had been trying to organize BBQ so we could all hangout for a few hours on a Sunday, was trying to shoot for the 24th.  All I ran into was problem after problem.

They have a huge patio here with a BBQ grill that they can cook for 60 people on..............restricted to hospital functions only.

They have a smaller BBQ that belongs to the PVA, but the PVA has to do all the cooking, and a bunch other rules.

I offered to bring our own grill......NOPE staff has to be on site and handle the equipment.

What a waste of a patio and grill!!

Anyone have any ideas feel free to speak up.

Dave


Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
▮▮▮▮▮▮▮▮

KIMON_00001013