| Document ID | Author/Sender | To | CC | BCC | Date | Privilege Claim | Document Description | Attorney(s) | Produced Duplicate | File Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTROL00312389 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00312393 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00312418 | | | | | 12/16/15 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00312462 | | | | | 4/8/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00312476 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00312492 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00312534 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00312565 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00313546 | | | | | 7/6/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Ryan J. Straus | | pdf |
| CONTROL00313549 | asommer | | | | 7/7/16 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00313552 | | | | | 6/15/16 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00316482 | | | | | 12/16/15 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00316494 | | | | | 2/3/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00316586 | | | | | 12/16/15 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00316615 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodward | | pdf |
| CONTROL00316680 | | | | | 11/5/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00316681 | | | | | 12/11/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00317310 | ubx5b | | | | 5/18/16 | Withheld but redacted duplicate produced - Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | KLEIMAN_00565177 | pdf |
| CONTROL00317311 | | | | | 6/14/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse | | pdf |
| CONTROL00317312 | | | | | 9/8/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Norton Rose Fulbright | | pdf |
| CONTROL00317313 | | | | | 7/25/16 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00317317 | | | | | 8/30/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Ernst & Young | | pdf |
| CONTROL00317319 | David Steinfeld | | | | 6/6/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | David Steinfeld | | pdf |
| CONTROL00317323 | | | | | 8/23/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Norton Rose Fulbright | | docx |
| CONTROL00320343 | | | | | 6/27/15 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | txt |
| CONTROL00321008 | | | | | 12/26/15 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | txt |
| CONTROL00321009 | | | | | 2/25/14 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | txt |
| CONTROL00321011 | | | | | 12/9/15 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | txt |
| CONTROL00437591 | STS Capital Partners | | | | 12/19/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438504 | | | | | 7/11/17 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438582 | | | | | 12/3/16 | Withheld but redacted duplicate produced - Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | KLEIMAN_00565401 | pdf |
| CONTROL00438589 | | | | | 2/17/17 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Joseph S. Karp | | pdf |
| CONTROL00438590 | ubx5b | | | | 9/1/17 | Partial/Redacted-Work Product | Privileged markup by Ira Kleiman | | | pdf |
| CONTROL00438591 | | | | | 7/14/17 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438593 | | | | | 9/1/17 | Partial/Redacted-Work Product | Privileged markup by Ira Kleiman | | | pdf |
| CONTROL00438595 | ira - | | | | 4/22/17 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438596 | | | | | 7/26/17 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438597 | | | | | 8/5/17 | Partial/Redacted-Work Product | Privileged markup by Ira Kleiman | | | pdf |
| CONTROL00438598 | | | | | 7/16/17 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438600 | ira - | | | | 4/23/17 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438602 | ubx5b | | | | 4/23/17 | Withheld but redacted duplicate produced - Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | KLEIMAN_00565177 | pdf |
| CONTROL00438609 | ira - | | | | 4/23/17 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438610 | | | | | 4/23/17 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438611 | | | | | 3/23/17 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00438614 | | | | | 7/15/17 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438615 | Daniel Bugas | | | | 3/24/17 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Aldo M. Leiva | | docx |
| CONTROL00438616 | | | | | 3/14/17 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438617 | | | | | 3/29/17 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Kristen M. Lynch | | pdf |
| CONTROL00438618 | | | | | 11/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438881 | Kylie King | | | | 7/15/16 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438905 | | | | | 7/14/17 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00438951 | | | | | 11/4/15 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Brad Woodhouse; Boise Schiller Flexner | | txt |
| CONTROL00438998 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | zip |
| CONTROL00439000 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Joseph Karp | | png |
| CONTROL00439001 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Joseph Karp | | docx |
| CONTROL00439002 | David Silver | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | David Silver | | pdf |
| CONTROL00439003 | Santi | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Matthew Sarelson | | pdf |
| CONTROL00439004 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Joseph Karp; Boise Schiller Flexner | | docx |
| CONTROL00439005 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Joseph Karp | | docx |
| CONTROL00439008 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439009 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439010 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Boise Schiller Flexner; Gerchen Keller | | docx |
| CONTROL00439011 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439012 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Gerchen Keller | | docx |
| CONTROL00439013 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Lee Drucker; Gerchen Keller | | docx |
| CONTROL00439014 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Adam Nikitins; Colby O'Brien; Ernst & Young; Norton Rose Fulbright | | docx |
| CONTROL00439015 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439016 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Gerchen Keller | | docx |
| CONTROL00439017 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Gerchen Keller; gtlaw; Boise Schiller Flexner | | docx |
| CONTROL00439018 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Boise Schiller Flexner; Adam Hall | | docx |
| CONTROL00439019 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Norton Rose Fulbright | | docx |
| CONTROL00439020 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439021 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Lake Whillans | | docx |
| CONTROL00439022 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439023 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Selvyn Seidel | | docx |
| CONTROL00439024 | | | | | 12/18/16 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | pdf |
| CONTROL00439027 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Selvyn Seidel; Fulbrook | | docx |
| CONTROL00439028 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Selvyn Seidel; Fulbrook | | docx |
| CONTROL00439029 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Joseph Karp; Selvyn Seidel; Fulbrook | | docx |
| CONTROL00439030 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439031 | | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Joseph Karp | | docx |
| CONTROL00439032 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | xlsx |
| CONTROL00439033 | | | | | 12/18/16 | Work Product | Work product and research created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439034 | | | | | 12/18/16 | Partial/Redacted-Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | | | docx |
| CONTROL00439035 | Cofer, Walt (SHB) | steve k | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Walter Cofer | | msg |
| CONTROL00439036 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Tim Brookes | | msg |
| CONTROL00439037 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Sue Gilchrist | | msg |
| CONTROL00439039 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Robert L. Myers | | msg |
| CONTROL00439040 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Robert A. Kantas | | msg |
| CONTROL00439041 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Craig Wappett | | msg |
| CONTROL00439042 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Lisa Wright | | msg |
| CONTROL00439043 | Lisa Wright | steve k | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Lisa Wright | | msg |
| CONTROL00439044 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Tony Sparks | | msg |
| CONTROL00439045 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Craig Andrade | | msg |
| CONTROL00439046 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | David Nathan | | msg |
| CONTROL00439047 | Mail Delivery Subsystem | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | David Nathan | | msg |
| CONTROL00439054 | steve k | | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Michael Williams; gtlaw | | msg |
| CONTROL00439055 | Michael Williams | steve k | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Michael Williams; gtlaw; Adam Simpson | | msg |
| CONTROL00439056 | steve k | Michael Williams | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Michael Williams; gtlaw; Adam Simpson | | msg |
| CONTROL00439057 | Michael Williams | steve k | Mick Mahoney | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | Michael Williams; gtlaw; Adam Simpson; Mick Mahoney; Chris Williams | | msg |
| CONTROL00439058 | steve k | Michael Williams | | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | gtlaw; Mick Mahoney; Michael Williams; Chris Williams | | msg |
| CONTROL00439059 | Michael Williams | steve k | Mick Mahoney | | 12/18/16 | Work Product | Work Product created by Ira Kleiman in anticipation of litigation. | gtlaw; Michael Williams; Mick Mahoney; Chris Williams | | msg |