# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## INDEX OF EXHBITS

| Exhibit Letter or Docket Entry | Exhibit |
|---|---|
| **D.E. 83-24** | I. Kleiman's email to C. Wright, dated April 23, 2014 |
| **Exhibit A [D.E 488-1]** | Patrick Paige Deposition Transcript |
| **Exhibit B [D.E. 488-2]** | Carter Conrad Deposition Transcript |
| **Exhibit C [D.E. 488-3]** | Kimon Andreou Deposition Transcript |
| **Exhibit D [D.E. 488-4]** | Kursten Karr Declaration |
| **Exhibit E [D.E. 488-5]** | Kaleb Jones Declaration |
| **Exhibit F [D.E. 488-6]** | David Kahurcik Deposition Transcript |
| **Exhibit G [D.E. 488-7]** | Wells Fargo Foreclosure Complaint |
| **Exhibit H [D.E. 488-8]** | Dave Kleiman Credit Report |
| **Exhibit I [D.E. 488-9]** | William Nicholson Expert Report |
| **Exhibit J [D.E. 488-10]** | City of Lake Worth's Office of Human Resources/Risk Management Memorandum |

| | |
|---|---|
| **Exhibit K [D.E. 488-11]** | Kevin Madura Expert Report |
| **Exhibit L [D.E. 488-12]** | Dave Kleiman Expert Declaration |
| **Exhibit M [D.E. 488-13]** | Ira Kleiman January 10, 2020 Deposition Transcript |
| **Exhibit N [D.E. 488-14]** | Ira Kleiman April 8, 2019 Deposition Transcript |
| **Exhibit O [D.E. 488-15]** | Nicholas Chambers Expert Report |
| **Exhibit P [D.E. 488-16]** | D. Kleiman's email to I. Kleiman and others, dated October 9, 2010 |
| **Exhibit Q [D.E. 488-17** | Lynn Wright Deposition Transcript |
| **Exhibit R [D.E. 488-18]** | Joseph Karp Deposition Transcript |
| **Exhibit S [D.E. 488-19]** | Plaintiffs' Privilege Log |

Respectfully submitted,

RIVERO MESTRE LLP
*Attorneys for Dr. Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveomestre.com
Email: bpaschal@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ALAN H. ROLNICK
Florida Bar No. 715085
BRYAN L. PASCHAL
Florida Bar No. 091576

## **CERTIFICATE OF SERVICE**

     I certify that on May 8, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                               /s/ Andres Rivero  \_\_\_
                                               ANDRES RIVERO