# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>        Defendant. | CASE NO.:  **9:18-cv-80176-BB/BR** |

## OPPOSED MOTION TO SEAL

Plaintiffs are filing their Motion for Partial Summary Judgment on Defendant's Affirmative Defenses. The motion cites information Defendant has designated confidential under this Court's Stipulated Confidentiality Order. While Plaintiffs **do not** believe the information should remain confidential, Plaintiffs are filing this motion to seal to comply with the Stipulated Confidentiality Order and the Local Rules of this Court.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who we understand wants the information sealed.

Dated: May 8, 2020

Respectfully submitted,

*s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
Joe Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE CYRULNIK FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as*
*Personal Representative of the Estate of*
*David Kleiman and W&K Info Defense*
*Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/Andrew S. Brenner*
Andrew S. Brenner

2