**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | CASE NO.: 9:18-cv-80176-BB |
| *Plaintiffs,* | **CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |
| v. | |
| CRAIG WRIGHT, | |
| *Defendant.* | |

**EXPERT REPORT OF DR. MATTHEW J. EDMAN**

1

**TABLE OF CONTENTS**

I.   Background and Qualifications ........................................................................................3

II.  Summary of Opinions ...................................................................................................5

III. Materials Reviewed and Information Considered .........................................................5

IV.  Methodology ................................................................................................................6

V.   Document Analysis .......................................................................................................6

    A.   DEF_00002413 ..........................................................................................................6

    B.   DEF_00013188 ........................................................................................................11

    C.   DEF_00050985 ........................................................................................................12

    D.   DEF_00027291 ........................................................................................................13

    E.   DEF_00028008 ........................................................................................................13

    F.   DEF_00056406 ........................................................................................................14

    G.   DEF_00051013 ........................................................................................................15

    H.   DEF_00022263 ........................................................................................................16

    I.   DEF_00022274 ........................................................................................................16

    J.   DEF_00027287 and DEF_00027288 .......................................................................17

    K.   DEF_00027300 ........................................................................................................20

    L.   DEF_00027303 ........................................................................................................21

    M.   DEF_00027289 ........................................................................................................22

    N.   DEFAUS_00521091 ...............................................................................................24

    O.   DEF_00029509 ........................................................................................................25

VI.  Reservation of Rights .................................................................................................28

I submit this Report in the above-captioned action on behalf Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs").

If called as a witness, I could and would testify to the truth of these facts and opinions under oath.

## I.      BACKGROUND AND QUALIFICATIONS

1.      I am over the age of eighteen (18), not a party to this action, and currently reside in New York, NY. My education, training, and experience fully qualify me to make the statements contained in this Report.

2.      I received a B.S. in Computer Science from Baylor University in 2005, a M.S. in Computer Science from Rensselaer Polytechnic Institute in 2007, and a Ph.D. in Computer Science from Rensselaer Polytechnic Institute in 2011.

3.      I have authored or co-authored multiple research papers in peer-reviewed conferences and journals related to techniques for cryptographic security and authentication in wireless networks, and the design, implementation, and analysis of anonymous communication systems on the Internet.

4.      As a Lead Cyber Security Engineer at The MITRE Corporation I supported the FBI's Remote Operations Unit in the technical efforts of identifying the Tor hidden service hosting the Silk Road marketplace. I subsequently provided on-site support to the FBI's New York field office to affect the seizure of bitcoins located on Silk Road servers and Ross Ulbricht's personal laptop and other devices, as well as the Silk Road webserver itself. Later, as a Senior Director at FTI Consulting, I provided consulting to the U.S. Attorney's Office for the Southern District of New York in which I analyzed digital forensic evidence collected as part of the investigation to

establish substantial and ongoing links between bitcoin wallets identified on Silk Road servers and Ulbricht's personal bitcoin wallets, which was presented at Ulbricht's trial.

5.      I have served as an invited member of the technical program committee for the Association for Computing Machinery's Conference on Computer and Communications Security. I have also served as an invited member of the technical program committee for the International Financial Cryptography Association's International Conference on Financial Cryptography and Data Security. Additionally, I have served as an external reviewer for several academic conferences and journals, including The Institution of Engineering and Technology's Information Security Journal and the Privacy Enhancing Technologies Symposium.

6.      Since 2015, I have been a Director in the Cyber Security & Investigations practice at Berkeley Research Group, LLC ("BRG"), a global strategic advisory and expert consulting firm. I regularly provide expert consultation to clients regarding computer and network security, as well as conduct cyber incident response and investigative analysis.

7.      From 2014 to 2015, I was a Senior Director in the Cyber Security & Investigations Group of FTI Consulting, Inc.'s Global Risk and Investigations Practice. I worked on numerous matters related to computer and network security, and forensic evidence collection and analysis.

8.      From 2013 to 2014, I was a Senior Vulnerability Engineer in Bloomberg LP's Vulnerability Analysis Team. I focused on data security and worked to protect sensitive data from both internal and external threats through continuous cyber security research and testing of the firm's network infrastructure, websites, software, and mobile applications.

9.      From 2009 to 2013, I was a Lead Cyber Security Engineer in The MITRE Corporation, a federally funded research and development center, where I specialized in research and development of systems for anonymous communication on the Internet.

10.     I hold a current AccessData Certified Examiner credential, which is a certification recognized in the field of digital forensics.

11.     A copy of my curriculum vitae is attached below as Exhibit 1.

## II.     SUMMARY OF OPINIONS

12.     I have been asked to analyze certain documents submitted by Craig Wright (the "Defendant") in this litigation and determine, to the extent possible, whether they are authentic, including but not limited to whether the documents and/or their associated metadata have been manipulated or altered since their creation. As part of this analysis, I analyzed the original "native" files associated with these documents and their associated metadata. Additionally, some of the documents I reviewed contained cryptographic signatures, which I also analyzed.

13.     My analysis determined that certain documents produced by the Defendant in this litigation were manipulated – including a number of emails that were purportedly sent by Dave Kleiman – and are, therefore, not authentic.

## III.     MATERIALS REVIEWED AND INFORMATION CONSIDERED

14.     In forming the opinions expressed in this Report, I have relied on my own education, knowledge, experience, and training in computer science, as well as my specific education, knowledge, experience, and training in the fields of applied cryptography and digital forensics. In addition to the documents cited and information provided in this Report, I have also considered the documents listed at the end of this Report in forming my opinion.

15.     I may review additional documents and information produced by the Parties, as well as deposition testimony provided after the submission of my Report, if any.

### IV.   METHODOLOGY

16.     The methodology for analyzing the documents described in this report generally comprises the following components: (i) reviewing the "human-readable" contents of the documents (*e.g.* the visible text in an email or PDF file), (ii) analyzing the internal "machine-readable" code or structure contained within the documents' native files (*e.g.* the object code within a PDF file), and (iii) identifying and extracting metadata *about* the documents (*e.g.* information about how the documents were created, when, and by whom).

17.     Some documents I reviewed also included cryptographic signatures within the visible contents of the documents or embedded in their internal structure. A cryptographic signature is a mathematical technique for certifying and subsequently verifying the origin and authenticity of arbitrary computer data, such as a file, email, or other electronic document. The signature thus allows the recipient to verify the data (i) originated from the expected sender and (ii) has not been altered. Additionally, a cryptographic signature can also include other information about the signature, such as the identity of the individual and/or program that created the cryptographic signature and a timestamp indicating when that signature was created.

### V.   DOCUMENT ANALYSIS

#### A.   DEF_00002413

18.     I reviewed DEF_00002413, which is a PDF of a purported email sent from Dave Kleiman to the Defendant on June 24, 2011 attaching certain documents related to the Tulip Trust. (Fig. 1.) I understand that the Defendant has sworn to the authenticity of this document through a

declaration submitted to this Court. (Ex. 2.) I also understand that this document was produced by

the Defendant as a scan of a hard copy paper document in this litigation.

**FIGURE 1.** DEF_0002413

| | |
|---|---|
| **From:** | Dave Kleiman |
| **To:** | Craig S Wright |
| **Subject:** | Requested attached. |
| **Date:** | Friday, 24 June 2011 12:04:57 PM |
| **Attachments:** | Tulip Trust.pdf.asc |
| | Tulip Trust.pdf.tar.asc |
| | Tulip Trust.pdf |
| **Importance:** | High |

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

19.     I also reviewed DEF_00013189 and DEF_00013459, which are PDF files produced

by the Defendant in this litigation. As shown in Figures 2 and 3, the text of DEF_00013459 and

DEF_00013189 is identical to that of the purported email in DEF_00002413, except the date of

the purported email in DEF_00013459 is October 17, 2014 instead of June 24, 2011.

20.     I extracted the three attachments from DEF_00013189 and DEF_00013459 which

are identified in the "Attachment" line of the email files. I compared the hash values[1] of the

attachments I extracted from both PDFs and determined the attachments in DEF_00013189 were

identical to those in DEF_00013459. Further, the text of "Tulip Trust.pdf" that I extracted from

---

[1] Hash values (or simply "hashes") represent large amounts of data as much smaller numeric values, such that (i) a small change to the input data results in a large change in the hash value, and (ii) it is impractical to determine the input data from just the hash value. Hashes are commonly used with cryptographic signatures.

the two documents is identical to the version attached to the paper scans as Bates numbers

DEF_00002414-15 that the Defendant swore were authentic.

**FIGURE 2.** DEF_00013459



| From: | Dave Kleiman |
| To: | Craig S Wright |
| Subject: | Requested attached. |
| Date: | Friday, 17 October 2014 12:04:57 PM |
| Attachments: | Tulip Trust.pdf.asc |
| | Tulip Trust.pdf.tar.asc |
| | Tulip Trust.pdf |
| Importance: | High |

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

**FIGURE 3.** DEF_00013189



| From: | Dave Kleiman |
| To: | Craig S Wright |
| Subject: | Requested attached. |
| Date: | Friday, 24 June 2011 12:04:57 PM |
| Attachments: | Tulip Trust.pdf.asc |
| | Tulip Trust.pdf.tar.asc |
| | Tulip Trust.pdf |
| Importance: | High |

Craig,
I think you are mad and this is risky, but I believe in what we are trying to do.

Respectfully,

Dave Kleiman - http://www.ComputerForensicExaminer.com - http://www.DigitalForensicExpert.com

21.     I extracted the metadata associated with DEF_00013189 and DEF_00013459 using a hex editor.[2] I have attached the relevant outputs that I analyzed at Exhibits 3 - 4 (DEF_00013189) and Exhibits 5-10 (DEF_00013459). The metadata contained within the PDF files associated with Exhibits 3-4 and Exhibits 5-10 contain DocumentID and InstanceID attributes. A PDF's "DocumentID" is a common identifier used to associate multiple versions or revisions of a particular document, whereas the "InstanceID" is a unique identifier assigned to a specific version or revision of that document. I determined that DEF_00013189 and DEF_00013459 contain the same DocumentID but different InstanceID values, which indicates that they are different versions of the same original document.

22.     Based on my review of Exhibits 5-10, it is my opinion that DEF_00013459 was created by exporting an email from Microsoft Outlook to PDF. The metadata contained in DEF_00013459 indicates the original email was sent on or around October 17, 2014 by an individual using the email account craig@███████████ and from a computer named PCCSW01. It then passed through multiple email servers before being delivered by a server in the time zone UTC-5 to the same address that sent it, craig@███████████. Once the email was exported to PDF, the resulting PDF was modified to appear as if Dave Kleiman had sent the email to Craig Wright.

23.     Exhibits 5-6 further shows that the purported email in DEF_00013459 was created using Microsoft Outlook 15.0. I reviewed the Microsoft Outlook version history from a support

---

[2] A hex editor is a software program that allows the user to see or edit the raw and exact contents of a file, as opposed to the interpretation of the same content that other, higher level application software may associate with the file format. For example, this could be raw image data, in contrast to the way image editing software would interpret and show the same file.

page on microsoft.com. (Ex. 11.) Based on my review of Microsoft Outlook's version history, I determined that Microsoft Outlook 15.0 was not released to the general public until January 2013.

24.     Exhibits 5-6 also contain an IP address associated with the individual who sent the original email from within Microsoft Outlook. That IP address is ████████. I looked up certain information related to that IP address using the MaxMind GeoIP2 Precision service, which is a publicly available service used to identify certain geographical information associated with a particular IP address. The GeoIP2 Precision service shows the IP address is associated with Eastern Australia. (Ex. 12.)

25.     Based on my review of Exhibits 3-4, it is my opinion that DEF_00013189 was created by making further edits to DEF_00013459. Specifically, the PDF was modified to make it appear as if the email was sent on June 24, 2011.

26.     I also reviewed DEF_00079344, which is an email file produced by the Defendant as a .msg[3] file a few days before the June 28, 2019 hearing in this matter. The text of DEF_00079344 is identical to the text in DEF_00002413 and DEF_00013189.

27.     I extracted the email header information associated with DEF_00079344 which is attached at Exhibit 13. The email header contains a timestamp added by Google which is encoded in milliseconds as a "Unix epoch" timestamp.[4] The timestamp indicates the purported email in DEF_00079344 was received by Google's email server on or about October 24, 2012, over a year after the date of the alleged email in DEF_00079344 and DEF_00002413. (Ex. 14.)

---

[3] A .msg file is an email file format commonly associated with Microsoft Outlook. It typically includes not only the content of the email, but also email "header" information and any attachments included with the email.

[4] A "Unix epoch" timestamp (or sometimes just "Unix timestamp") is a numeric value indicating the time elapsed since midnight on January 1, 1970 UTC. It is usually expressed in seconds but can also be expressed in milliseconds.

28.     Accordingly, it is my opinion that DEF_00002413 is not an authentic document, but is a forgery created from an email that was sent from craig@█████████ to craig@█████████ on or about October 17, 2014 and then modified to make it appear as if the email was sent from Dave Kleiman on June 24, 2011.

**B.     DEF_00013188**

29.     I reviewed DEF_00013188, which is a purported email sent from Dave Kleiman to the Defendant on April 2, 2013 in which Dave allegedly accepts a role at Coin-Exch. DEF_00013188 was produced by the Defendant as a PDF file.

30.     I extracted and analyzed the metadata associated with DEF_00013188. (Ex. 15) The extracted metadata indicates that DEF_00013188 contains the same Document ID as DEF_00013459 and DEF_00013189, but a different InstanceID, which indicates DEF_00013188 is another revision of the same document.

31.     I also reviewed the cryptographic signature contained within DEF_00013188. I used GnuPG to extract certain information from the GPG signature. GnuPG is a free software program that can be used to encrypt, decrypt, and cryptographically sign and verify documents and other electronic information. I have attached the GnuPG output associated with this cryptographic signature at Exhibit 16. The timestamp from the cryptographic signature contained within DEF_00013188 indicates that the signature was created on or about October 23, 2014, according to the computer on which the signature was created—over a year after Dave Kleiman died.

32.     Exhibit 16 also indicates that the key used to create the cryptographic signature in DEF_00013188 is the same key used to create the cryptographic signature in DEF_00002416 of the "Tulip Trust.pdf" file allegedly sent by Dave Kleiman to Craig Wright in June 2011. (Ex. 17.)

33.     Based on my review of the metadata contained in Exhibit 15 and the information associated with the cryptographic signature, it is my opinion that DEF_00013188 is not an authentic email sent by Dave Kleiman in April 2013, but is a forgery created by further modifying DEF_00013189 to make it appear as if the email was sent from Dave Kleiman to the Defendant on April 2, 2013.

### C.     DEF_00050985

34.     I reviewed DEF_00050985, which is a purported Deed of Trust between Wright International Investments Ltd and Tulip Trading Ltd dated October 23, 2012. I understand that the Defendant has sworn to the authenticity of this document through a declaration submitted to this Court and referred to it as Tulip Trust 1. (Ex. 2.) DEF_00050985 was produced by the Defendant as a PDF file.

35.     I extracted and analyzed the metadata associated with DEF_00050985. (Ex. 18.) The metadata indicates the PDF was allegedly created on October 22, 2012 at 9:09:53 AM UTC+11.

36.     I extracted five embedded font files contained within the PDF itself. These font files each contained cryptographic signatures from Microsoft that indicate the fonts themselves were not created until 2015. (Exs. 19-23.) Each of these font files also contained copyright information which indicated they were copyrighted in 2015. (Ex. 24.)

37.     It is not possible for a PDF that was created in 2012 to contain embedded font files that did not exist until 2015. Accordingly, it is my opinion that DEF_00050985 is not an authentic document and was not created until at least May 22, 2015.

### D.     DEF_00027291

38.     I reviewed DEF_00027291, which is a PDF of a purported email exchange between Dave Kleiman and the Defendant in September and October 2012 regarding an alleged Seychelles trust.

39.     There are two cryptographic signatures visible in DEF_00027291, both allegedly created by Dave Kleiman. I used GnuPG to extract certain information from the signatures. (Exs. 25-26.) The data associated with these GnuPG outputs indicates that the cryptographic signatures associated with DEF_00027291 were created in February and March 2014, respectively, according to the computer on which the signatures were created – more than a year after the date associated with the exchange in the text of the PDF and almost a year after Dave Kleiman died.

40.     The cryptographic signature on page 1 of the PDF also contains the version number of the GnuPG program purportedly used to create it: "GnuPG v2.0.20 (MingW32)." However, based on my review of the GnuPG version history, GnuPG v2.0.20 was not released until May 10, 2013. (Ex. 27.)

41.     Accordingly, it is my opinion that DEF_00027291 does not appear to be an authentic email from Dave Kleiman to Craig Wright but instead appears to be manipulated.

### E.     DEF_00028008

42.     I reviewed DEF_00028008, which contains a purported email sent by Dave Kleiman to the Defendant in October 2012 regarding a purported list of keys allegedly held in a trust. DEF_00028008 was originally produced by the Defendant as a .mht file.[5]

---

[5] The Defendant later produced a .msg file corresponding to this email; however, given that the alleged email from Dave Kleiman was "forwarded" to John Chesher and CC'ed to Ramona Watts, any email header information contained therein reflects the email from Craig Wright and not the alleged email from Dave Kleiman.

43.     DEF_00028008 contains a cryptographic signature allegedly created by Dave Kleiman. I used GnuPG to extract and analyze certain information from the GPG signature and I have attached that output at Exhibit 28. The GnuPG output indicates that the cryptographic signature associated with DEF_00028008 was created on or about March 2, 2014 according to the computer on which the signature was created—approximately one year after Dave Kleiman died.

44.     Accordingly, it is my opinion that DEF_00028008 does not appear to be an authentic email from Dave Kleiman to Craig Wright but instead appears to be manipulated.

### F.     DEF_00056406

45.     I reviewed DEF_00000204, DEF_00013376, and DEF_00023252, each of which contains a series of Bitmessages purportedly sent by Dave Kleiman to the Defendant. Bitmessage is a decentralized and encrypted communications protocol that can be used by one person to send encrypted messages to another person. Some of these messages display sent or received dates that pre-date November 19, 2012.

46.     I interviewed Jonathan Warren (the creator of Bitmessage) via telephone on June 25, 2019, and also reviewed the Bitmessage software's revision history on GitHub.[6] Based on my review, I determined that the Bitmessage software was not made publicly available until November 19, 2012.

47.     I also have reviewed Jonathan Warren's deposition taken on July 24, 2019. Based on my review, I determined that that the Bitmessage "white paper" was not published until after the Bitmessage software was posted to Github, that Warren had not shared the Bitmessage software or source code with anyone prior to posting it on Github on November 19, 2012, and that it would not have been possible for anyone except Warren to run Bitmessage prior to that date. (Warren

---

[6] https://github.com/Bitmessage/PyBitmessage

Dep. at 12:1–15:6.) Based on my review I also determined that version 4 Bitmessage addresses were not available before August 12, 2013. (*Id*. at 22:4–7.)

48.    I also reviewed the Bitmessage addresses saved in the Defendant's address book that are associated with Dave Kleiman and Craig Wright which were produced by the Defendant as DEF_00013147. I determined that both of these addresses are "version 4" Bitmessage addresses. I then reviewed the GitHub commit history for Bitmessage and determined that support for version 4 addresses was not introduced until August 2013—almost a year after the messages were purportedly sent and approximately four months after Dave Kleiman died.

49.    As these alleged Bitmessages are dated prior to the release of the Bitmessage software itself and are sent and received from version 4 addresses, it is my opinion that DEF_00000204, DEF_00013376, and DEF_00023252 each contain Bitmessages that are not authentic messages sent from or to Dave Kleiman, but have been manipulated to appear that way. Specifically, the messages in these documents dated October 22, 2012, November 6, 2012, November 7, 2012, November 8, 2012, November 11, 2012, and November 13, 2012 are not authentic messages sent from or to Dave Kleiman.

## G.    DEF_00051013

50.    I reviewed DEF_00051013, which is a PDF of a purported invoice from High Secured.com dated May 25, 2015. I understand that the Defendant has sworn to the authenticity of this document through a declaration submitted to this Court. (Ex. 2.)

51.    I reviewed DEF_00051013 by analyzing the internal structure of the PDF file. I have attached the relevant outputs at Exhibit 29.

52.     Based on review of these outputs, it is my opinion that DEF_00051013 was manipulated and therefore is not authentic. I have attached as Exhibit 30 a demonstrative identifying in red all edits that were made to the invoice.

### H.     DEF_00022263

53.     I reviewed DEF_00022263, which is a PDF of a purported email exchange between Dave Kleiman and Craig Wright on or about December 15, 2012 regarding the potential purchase of a shelf company.

54.     I extracted and analyzed the metadata contained within DEF_00022263. (Ex. 31.) The metadata indicates that the PDF was created on March 26, 2014 at 1:19 PM (UTC+11) from an email in Microsoft Outlook. The PDF was last modified approximately 2 minutes later at 1:21 PM. I analyzed the internal structure of the PDF file and identified TouchUp_TextEdit markers indicating that modifications had been made to the body of the document. (Ex. 32.)

55.     The visible content of the PDF contains a cryptographic signature allegedly created by Dave Kleiman. I analyzed the signature using GPG and determined the signature was created on or about March 2, 2014 according to the computer on which it was created—approximately one year after Dave Kleiman died. (Ex. 33)

56.     Based on the above findings, it is my opinion that DEF_00022263 was manipulated and is therefore not authentic.

### I.     DEF_00022274

57.     I reviewed DEF_0002274, which is a PDF of a purported email exchange between Dave Kleiman and Craig Wright on or about December 6, 2010 regarding the setup of a trust and the use of certain source code.

58.     The first email in the exchange was sent by Dave Kleiman to two email addresses associated with Craig Wright: craigswright@███████ and craig@█████████. The last message in the exchange was sent from craig@███████ to an undisplayed address associated with Craig Wright.

59.     I reviewed the domain registration records for panopticrypt.com and rcjbr.org using the DomainTools service. (Exs. 34 and 35, respectively.) Based on the information provided by DomainTools, I determined that the domain panopticrypt.com was first registered on or about June 18, 2011, and rcjbr.org was first registered on or about November 2, 2011. In other words, neither domain existed at the time the purported email exchange allegedly occurred in December 2010.

60.     Based on the above findings, it is my opinion that DEF_0002274 was manipulated and is therefore not authentic.

### J.     DEF_00027287 and DEF_00027288

61.     I reviewed DEF_00027287, which is a PDF of a purported email sent from "Dave Klieman (*sic*)" to Uyen Nguyen on or about 8:19:03 AM on Thursday, December 20, 2012 in which Dave allegedly offers Uyen a role as a director of W&K Information Defense Research LLC. I also reviewed DEF_00027288, which is a PDF of a second purported email sent from Dave to Uyen less than an hour later in which Dave thanks Uyen for accepting the role.

62.     I extracted and analyzed the metadata associated with DEF_00027287 and DEF_00027288 (Exs. 36 and 37, respectively.) The metadata associated with DEF_00027287 indicates the PDF was created on or about April 17, 2014 at 8:23:41 AM using Acrobat PDFMaker 11 for Microsoft Outlook on a computer whose time zone was consistent with Sydney, Australia (UTC+10), and then modified less than five minutes later.

63.   The metadata associated with DEF_00027288 indicates the document was created at the exact same date and time as DEF_00027287, but the ModifyDate fields indicate that DEF_00027288 was modified approximately five minutes after DEF_00027287 was last modified. Further, DEF_00027287 and DEF_00027288 contain the same DocumentID but different InstanceID values, which indicates that they two versions of the same original document.

64.   I analyzed the internal structure of DEF_00027287 and DEF_00027288 and identified several changes that had been made to both PDFs after they were created. (Exs. 38 and 39, respectively.) In particular, the internal structure of DEF_00027287 indicates that the text associated with the "From:", "To:", and "Date:" fields at the top of DEF_00027287 were edited as shown in Figure 4.

**FIGURE 4**. Screenshot of the rendered PDF from DEF_00027287 with the corresponding text modifications made to the email header highlighted in red.



65.   I compared the edits made in DEF_00027288 to those made in DEF_00027287 and determined that the "Date:" field was modified to make it appear as if it were sent less than an hour after DEF_00027287 was allegedly sent. Additionally, the body of the email was altered from the body of the email contained in DEF_00027287.

**FIGURE 5**. Screenshot of the rendered PDF from DEF_00027288 with the previous text modifications from DEF_00027287 highlighted in red and the subsequent modifications made in DEF_00027288 highlighted in blue.

66.     The visible content of DEF_00027287 also contains a cryptographic signature purportedly created by Dave Kleiman. I extracted and analyzed the cryptographic signature using GPG. (Ex. 40.) The GnuPG output indicates the signature was created on or about March 12, 2014 according to the computer on which the signature was created; (ii) the signature was created with Key ID B885B17AC45BED1B which is purportedly associated with Dave Kleiman; and, (iii) the signature matches the content of the email shown in DEF_00027287. DEF_00027288 does not contain a cryptographic signature.

67.     I also reviewed DEF_00030487, which is a copy of an email sent from craig.wright@████████████ to craig.wright@████████████ on or about April 16, 2014 at 10:21 PM UTC. The content of the email is identical to the content of DEF_00027287, including the cryptographic signature. The email also contains the same misspelled "Subject" line, which reads "Apppointment (*sic*) letter."

68.     I extracted and analyzed the email headers associated with DEF_00030487. (Ex. 41.) The email headers indicate the message originated from IP address 58.160.32.123, which is associated with Eastern Australia according to MaxMind's GeoIP Precision service. (Ex. 42.)

69.     Based on the findings above, it is my opinion that DEF_00027287 is a forgery created from an email sent by the Defendant to himself in April 2014 and modified to appear as if it was sent from Dave Kleiman to Uyen Nguyen in December 2012. DEF_00027288 is also a forgery created approximately five minutes after DEF_00027287 by subsequently modifying DEF_00027287 to make it appear as if it was a second email sent from Dave Kleiman to Uyen Nguyen approximately an hour later.

## K.    DEF_00027300

70.    I reviewed DEF_00027300, which is a PDF of a purported email exchange between Dave Kleiman and Craig wright on or about June 27, 2011 in which Craig makes several allegations about the Australian Tax Office ("ATO") and an ATO employee named Adam Westwood.

71.    I extracted and reviewed the PDF metadata contained within DEF_00027300. (Exs. 43-44.) The metadata indicated the document was created using Acrobat PDFMaker 11 for Microsoft Outlook on or about April 17, 2014 at 2:46 PM in a time zone associated with eastern Australia (UTC+10). The metadata objects further indicated that the PDF was modified at least twice: once at 3:11 PM (approximately 25 minutes after it was created), and again six minutes later at 3:17 PM. (Exs. 43 and 44, respectively.) Both modifications were made on a computer whose time zone was UTC+10.

**FIGURE 6**. PDF object code extracted from DEF_00027300 which contains references to a mailing list that is not associated with the body of the purported email.

```
8 0 23 57 24 225 25 369 26 511 27 668 28 822 30 972 31 1154 [23 0 R 24 0 R 25 0 R 26 0 R 27
0 R 28 0 R 30 0 R 31 0 R]<</A<</S/URI/URI(mailto:cce2-bounces@
             )>>/BS<</S/S/Type/Border/W 0>>/Border[0 0 0]/Rect[156.0 770.0 317.0
779.0]/Subtype/Link/Type/Annot>><</A<</S/URI/URI(mailto:dave@davekleiman.com)>>/BS<</S/Ty
pe/Border/W 0>>/Border[0 0 0]/Rect[362.0 770.0 407.0
779.0]/Subtype/Link/Type/Annot>><</A<</S/URI/URI(mailto:craig@integyrs.com)>>/BS<</S/Type
/Border/W 0>>/Border[0 0 0]/Rect[156.0 760.0 293.0
769.0]/Subtype/Link/Type/Annot>><</A<</S/URI/URI(http://www.computerforensicexaminer.com/)>
>/BS<</S/S/Type/Border/W 0>>/Border[0 0 0]/Rect[143.0 627.0 319.0
638.0]/Subtype/Link/Type/Annot>><</A<</S/URI/URI(http://www.digitalforensicexpert.com/)>>/B
S<</S/S/Type/Border/W 0>>/Border[0 0 0]/Rect[327.0 627.0 479.0
638.0]/Subtype/Link/Type/Annot>><</A<</S/URI/URI(mailto:craig@integyrs.com)>>/BS<</S/Type
/Border/W 0>>/Border[0 0 0]/Rect[163.263 546.818 328.263
557.818]/Subtype/Link/Type/Annot>><</A<</S/URI/URI(http://lists.certified-computer-
examiner.com/mailman/listinfo/cce2)>>/BS<</S/S/Type/Border/W 0>>/Border[0 0 0]/Rect[78.0
387.0 338.0 398.0]/Subtype/Link/Type/Annot>><</A<</S/URI/URI(http://lists.certified-
computer-examiner.com/mailman/listinfo/cce2)>>/BS<</S/S/Type/Border/W 0>>/Border[0 0
0]/Rect[78.0 339.0 338.0 350.0]/Subtype/Link/Type/Annot>>
```

72.    I also analyzed the internal structure of the PDF file and identified within it the PDF object code shown in Figure 6. (Ex. 45.) The PDF object code defines several links to email

addresses and other URLs referenced in the body of the purported email. The PDF object code also defines links and email addresses not referenced in the visible text of the purported email associated with an email-based mailing list for the discussion of computer forensics (the "CCE2" list). Both Craig Wright and Dave Kleiman appear to have been members of the mailing list based on my review of email messages produced by the Defendant.

73.     I identified DEF_00014589 among documents produced by the Defendant, which is a native .msg file of an email sent to the same "CCE2" mailing list referenced in the PDF object code contained shown in Figure 6. Exhibit 46 shows the email headers contained in DEF_00014589, which indicate the email was sent by dave@███████████ to the CCE2 mailing list, and was subsequently received by craig@██████████ at the exact same date and time as the alleged email in DEF_00027300, but with entirely different email text.

74.     Based on the above findings, it is my opinion that DEF_00027300 is a forgery made in April 2014 by creating a PDF of an email sent to a mailing list by Dave Kleiman in June 2011, and then modifying the PDF to make it appear as if it was an unrelated email exchange between Craig Wright and Dave Kleiman in 2011.

**L.     DEF_00027303**

75.     I reviewed DEF_00027303, which is a PDF file of a purported email from Dave Kleiman to Craig Wright on or about December 10, 2012 regarding the establishment of a "shelf company" called Design by Human.

76.     I extracted and analyzed a PDF metadata object from DEF_00027303. (Exs. 47-48.) The metadata indicates the document was created on or about March 26, 2014 at 1:18 PM in a time zone associated with eastern Australia (UTC+11). It was modified approximately two minutes later.

77.    The visible content of the purported email in DEF_00027303 contains a cryptographic signature allegedly created by Dave Kleiman. I analyzed the signature using GPG. (Ex. 49.)  Based on the GPG output, I determined the signature was created on February 28, 2014 at 5:49 AM UTC according to the computer on which it was created.

78.    I identified DEF_00068505 among documents produced by the Defendant, which is a native .msg email file representing an email sent from craig@███████ to craig@███████ on or about February 28, 2014 at 5:15 AM UTC. (Ex. 50.) DEF_00068505 contains the same text as DEF_00027303, but with a different cryptographic signature allegedly created by Dave Kleiman.

79.    I analyzed the signature in DEF_00068505 using GPG. (Ex. 51.) Based on the GPG output, I determined the signature was created on February 28, 2014 at 5:14 AM UTC according to the computer on which it was created—approximately one minute before DEF_00068505 was sent from the Defendant to himself and approximately 35 minutes before the signature in DEF_00027303 was created.

80.    Based on the above findings, it is my opinion that DEF_00027303 is a forgery made from an email sent from craig@███████ to craig@███████ on or about February 28, 2014, creating a PDF of that email, and modifying the PDF to appear as if it represented an email sent by Dave Kleiman to Craig Wright.

**M.    DEF_00027289**

81.    I reviewed DEF_00027289, which is a PDF of a purported email from Dave Kleiman to Uyen Nguyen on or about October 13, 2012 at 10:16 AM in which Dave allegedly appoints Uyen as "COO" of a UK-based company identified by the number 08248988. I understand from DEF_00027303 that the numeric company identifier 08248988 corresponds to an alleged shelf company called Design by Human.

82.     The subject of the email is "Nomination". In the content of the purported email, Dave states that he has attached an appointment letter for Uyen to sign. The "Attachments" field of the purported email further references an attached file named "Untitled attachment 00958.txt." I extracted the attached file from the PDF, the content of which is shown in Figure 7. The attachment refers to an email-based mailing list related to computer security and appears to be unrelated to the appointment of Uyen Nguyen as COO of Design by Human.

**FIGURE 7**. Contents of "Untitled attachment 00958.txt" extracted from DEF_00027289.

```
_____

Yasml mailing list
Yasml@████████████
https://www.opensecnet.com/mailman/listinfo/yasml

DO NOT SHARE ANYTHING ON THIS LIST UNLESS YOU GET PERMISSION FROM THE ORIGINAL SOURCE. WHEN
SHARING DO NOT MENTION THIS LIST, YOU MAY MENTION THE ORIGINAL SOURCE IF THEY ALLOW IT.
```

83.     I extracted and analyzed the PDF metadata contained within DEF_00027289. (Ex. 52.) The CreateDate field in the metadata object indicates that the PDF was created on or about October 13, 2012 at 1:22 PM in a time zone associated with eastern Australia (UTC+11) – approximately three hours after the purported email in DEF_00027289 was allegedly sent. The PDF was last modified on or about April 15, 2014 at 10:58 AM (UTC+10).

84.     I identified DEF_00014910 among documents produced by the Defendant, which is an email by Dave Kleiman to the same yasml@████████ mailing list referenced in the attachment in Figure 7. The subject of the email is the subject "Member Nomination".

85.     I extracted the email headers from DEF_00014910. (Ex. 53.) According to the email headers, the email was received by craig.wright@████████████████ on or about

October 12, 2012 at 4:16 PM (UTC-7) which is equivalent to 10:16 AM (UTC+11) – the exact same date and time shown in DEF_00027289.

86.     I analyzed the internal PDF file structure of DEF_00027289. Among the modifications made to the PDF, I identified the section of PDF object code in Exhibit 54 which indicates that the recipient of the email was changed to Uyen Nguyen, and that the original contents of the email itself had been removed and replaced with the text visible in DEF_00027289.

87.     Based on the above findings, it is my opinion that DEF_00027289 is a forgery made by creating a PDF of an email sent to a mailing list by Dave Kleiman in October 2012, and then modifying the PDF to make it appear as if it was an unrelated email sent by Dave Kleiman to Uyen Nguyen on the same date and time as the original email.

### N.     DEFAUS_00521091

88.     I reviewed DEFAUS_00521091, which is a purported certificate of registration for Panopticrypt Pty Ltd issued by the Australian Securities and Investments Commission ("ASIC") on June 20, 2011.

89.     I extracted and analyzed the PDF metadata contained within DEFAUS_00521091. (Ex. 55.) The metadata shows the PDF was created on or about April 17, 2013 at 7:13 AM—almost two years after the certificate was allegedly issued. The PDF metadata also indicated the document was later modified on or about October 23, 2014 at 7:39 AM on a computer with a time zone associated with eastern Australia (UTC+11).

90.     I identified DEF_00045255 among the documents produced by the Defendant, which is a similar certificate of registration of a company issued by ASIC to Coin-Exch Pty. Ltd. on or about April 17, 2013. I extracted and analyzed the PDF metadata contained within

DEF_00045255 and determined it had the exact same CreateDate as DEFAUS_00521091. (Ex. 56.)

91.     I also analyzed the internal structure of DEFAUS_00521091. I identified PDF object code which indicated that the company name, company number, and issue date had been modified. (Ex. 57.)

92.     Based on the above findings, it is my opinion that DEFAUS_00521091 is a forgery created on or about October 23, 2014 by modifying a certificate of registration issued to Coin-Exch Pty Ltd in April 2013 to make it appear as if the certificate was issued to Panopticrypt Pty Ltd in June 2011.

### O.    DEF_00029509

93.     I reviewed DEF_00029509, which is a PDF containing several purported email exchanges between the Defendant and ATO employees. The individual email exchanges within DEF_00029509 are labeled DM1 through DM7. Based on my review of the document, as well as other documents produced by the Defendant, the authenticity of some portions of the email exchanges appear to be disputed by the ATO.

94.     I identified DEF_00030109 among the documents produced by the Defendant, which is a .msg file containing a purported conversation between the Defendant and ATO employee Hao Khuu. The text of DEF_00030109 is the same as the email conversation containing DM1 and DM2 from DEF_00029509. I also identified DEF_00074274 among the documents produced by the Defendant, which appears to be a PDF of DEF_00030109. DEF_00074274 was named "Hoa Khuu emails altered 2.pdf" when produced by the Defendant.

95.     I also identified DEF_00030131 among the documents produced by the Defendant, which is a .msg file containing a second purported conversation between the Defendant and Khuu.

The text of DEF_00030101 is the same as the email conversation containing DM3 and DM4 from DEF_00029509. I also identified DEF_000167853 among the documents produced by the Defendant, which appears to be a PDF of DEF_00030131. DEF_000167853 was named "Hoa Khuu emails altered.pdf" when produced by the Defendant.

96.     I also identified DEF_00046674 among the documents produced by the Defendant, which is a .msg file containing a third purported conversation between the Defendant and Khuu. I also identified DEF_00074276 among the documents produced by the Defendant, which appears to be a PDF of DEF_00046674. DEF_00074276 was named "Hoa Khuu emails from ATO unaltered.pdf" when produced by the Defendant. The text of DEF_00046674 is substantially different from DM1, DM2, DM3, and DM4.

97.     I extracted the email headers from DEF_00046674, DEF_00030131, DEF_00030109. (Exs. 58 - 60.) Each email header includes a "DKIM-Signature" field, which is a unique cryptographic signature computed by the sender's email server over several fields of the email, such as the subject, date, and, in this case, email content. The DKIM-Signature field is identical for all three emails, including timestamp and hash of the message contents, despite having different timestamps and contents.

98.     I also identified DEF_00030136 among the documents produced by the Defendant, which is a .msg file containing a purported email from ATO employee Brigid Kinloch to the Defendant and John Chesher. The text of DEF_00030136 is the same as DM5 from DEF_00029509. I also identified DEF_00074267 among the documents produced by the Defendant, which appears to be a PDF of DEF_00030136 with certain text highlighted. DEF_00074267 was named "Birgid Kinloch email altered.pdf" when produced by the Defendant.

99.     I extracted the email headers from DEF_00030136. (Ex. 61.) The email headers include two "Content-Type" headers, which is used to instruct an email client how to interpret the contents of the email. One Content-Type header contains a timestamp corresponding to 4:33:27 AM on Friday, November 1, 2013 (UTC). The "Date" field in the email header field, on the other hand, indicates the email was sent at 5:03:12 AM on Friday, November 1, 2013 (UTC).

100.    I identified DEFAUS_00654293 among the documents produced by the Defendant, which contains an email sent from Brigid Kinloch to the Defendant and John Chesher. The text of the email is similar to DM5, but certain parts of the two messages differ. I extracted the email headers from DEFAUS_00654293. (Ex. 62.) The headers indicate the email was sent at 4:33:27 AM on Friday, November 1, 2013 (UTC) – the exact same time as the Content-Type header in DEF_00030136.

101.    I also identified DEF_00074272 among the documents produced by the Defendant, which is a PDF containing an email exchange between the Defendant and Brigid Kinloch. The first email chronologically in the exchange is identical to the text of DEFAUS_00654293. DEF_0007472 was named "Birgid Kinloch email from ATO unaltered.pdf" when produced by the Defendant.

102.    I also identified DEF_00030137 among the documents produced by the Defendant, which contains an email sent from ATO employee Celeste Salem to the Defendant. The text of DEF_00030137 is the same as DM6 from DEF_00029509. I extracted the email headers from DEF_00030137. (Ex. 63.) The "Date" field in DEF_00030137 purports that the email was sent on or about July 15, 2013 at 4:52:43 PM (UTC+11). Conflictingly, the "X-OriginalArrivalTime" and multiple "Received" header fields indicate the email was sent on or about July 15, 2014— approximately one year after the purported date of the email. Additionally, the final email server

in the email's path references Microsoft SMTP Server 14.3.158.1, which is a version of the Microsoft Exchange email server software which was not released until August 8, 2013. (Ex. 64.)

103.     I also identified DEF_00023312 among the documents produced by the Defendant, which contains an email purportedly sent from the Defendant to ATO employee Shalyce Dempster on or about July 18, 2013. The text and image within DEF_00023312 are identical to DM7 from DEF_00029509. I also identified DEF_00035418, which is a PDF of an email sent by Defendant to ATO employee Michael Hardy and Jamie Wilson on or about September 12, 2013. The email includes the July 18 email allegedly sent to Shalyce Dempster and has the same timestamp; however, the text of the July 18 email is different from that of DEF_00023312.

104.     Based on the above findings, it is my opinion that DEF_00029509 contains multiple forged emails that were created by modifying the contents of legitimate emails from ATO employees.

## VI.     RESERVATION OF RIGHTS

105.     I reserve all rights to modify or supplement this Report if I become aware of any errors or misstatements, or if I become aware of other data or other evidence relevant to my position. I also reserve all rights to respond to any statements made by the Defendant or his witnesses or expert witnesses to which a response is appropriate.

106.     I understand that several depositions remain to be taken in this matter. I may also modify or supplement my opinions in view of opinions or arguments made by any person, including Defendant's counsel and anyone engaged by Defendant to provide opinions. I may also modify or supplement my opinions if the Court provides litigants with any pertinent additional rulings.

107.    I may expand or modify my opinions as my investigation and study continues and supplement my opinions in light of any relevant orders from the Court or in response to any additional information I review, and matters the Defendant raises, or any opinions Defendant's experts may provide.

108.    I may prepare and use graphics, images, photographs, video recordings, test data, animations, and other presentation aids to help me explain my opinions. I may also use images, photographs, graphics, animations, and other presentation aids prepared by other witnesses to help me explain my opinions.

I declare under penalty of perjury that the foregoing Report is true and accurate.


Dated: December 13, 2019


Dr. Matthew J. Edman
Lānaʻi, HI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB<br><br>**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |

**SUPPLEMENTAL EXERT REPORT OF DR. MATTHEW J. EDMAN**

I submit this Supplemental Report in the above-captioned action on behalf Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs").

## I.   DEF_00247440

1.      In my previous expert report, I analyzed several documents which contain Bitmessages purportedly sent from, or to, Dave Kleiman. As described in my report, Bitmessage is a decentralized and encrypted communications protocol that can be used by one person to send encrypted messages to another person.

2.      Since the submission of my previous report, I have analyzed additional documents to supplement my previous analysis. Specifically, I identified DEF_00247440 which is a "keys.dat" file produced by the Defendant. The keys.dat file is associated with Bitmessage and contains Bitmessage application configuration settings, as well as private encryption keys associated with Bitmessage addresses. (Ex. 1-2.) The Bitmessage Wiki[1] notes that the keys.dat file "contains sensitive data that can be abused to impersonate others."

3.      I reviewed the contents of DEF_00247440 and identified multiple Bitmessage "address blocks" containing private keys for Bitmessage addresses that documents produced by the Defendant purportedly associate with Dave Kleiman and others. I used the Bitmessage software available on its Github page to verify that the private key information contained within DEF_00247440 corresponds to the relevant Bitmessage addresses contained therein.

---

[1] A wiki is a web site on which users collaborate to create and maintain content. Bitmessage uses a wiki to provide information on the program, as well as information regarding its operation and communications protocol.

4. Thus, the Defendant had the means to send Bitmessages from the addresses listed in DEF_00247440 and, therefore, Bitmessages sent from these addresses could have been sent by the Defendant.

## II. KLEIMAN_00278248

5. I reviewed KLEIMAN_00278248. This appears to be an email from the Defendant to himself that contains a message purportedly from, and purportedly cryptographically signed by, Dave Kleiman which the Defendant then forwarded to Ira Kleiman on or about February 24, 2014 at 5:56 AM UTC.

6. I also reviewed DEF_00068503, which appears to be a draft of the email above that contains a different cryptographic signature, also purportedly belonging to Dave Kleiman. I analyzed the signature in DEF_00068503 using GPG. (Ex. 3.) Based on the GPG output, I determined the signature was created on or about February 28, 2014 at 4:56 AM UTC according to the computer on which it was created.

7. In my previous report, I reviewed DEF_00068505 which I stated "contains the same text" as DEF_00027303 but with a different cryptographic signature. On further review, I identified minor changes in the text between the two documents resulting in the different cryptographic signature. DEF_00068505 also contains slight modifications to the text in DEF_00068503. As described in my previous report (¶ 78), the cryptographic signature in DEF_00068505 was created on or about February 28, 2014 at 5:15 AM UTC.

8. I also analyzed the cryptographic signature in KLEIMAN_00278248 (Ex. 4.), the text of which contains further modifications to the text in DEF_00068505. Based on the GPG output, I determined the signature in KLEIMAN_00278248 was created on February 28, 2014 at 5:49 AM UTC according to the computer on which it was created—approximately seven minutes before KLEIMAN_00278248 was sent from the Defendant to Ira Kleiman. Additional documents

containing this exact signature from KLEIMAN_00278248 include DEFHC_01518698, DEFHC_01518683, DEF_00000103, and DEF_00027303.

9.      Based on the above findings, it is my opinion that the signed message included in KLEIMAN_00278248 is a forgery.

Dated: January 13, 2020

Dr. Matthew J. Edman
Miami, FL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> CRAIG WRIGHT, <br><br> *Defendant.* | CASE NO.: 9:18-cv-80176-BB <br><br> **CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |

**SECOND SUPPLEMENTAL**
**EXPERT REPORT OF DR. MATTHEW J. EDMAN**

I submit this Second Supplemental Report in the above-captioned action on behalf Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs").

## I.    DEF_00051010

1.    I reviewed DEF_00051010, which is a PDF that appears to be a scan of a printout of an alleged invoice from HighSecured.com dated March 10, 2014. The invoice purports to show payment for an "IaaS[1] agreement." I understand the Defendant has previously sworn to the authenticity of this document. (Craig Wright Decl. (May 13, 2019), attached as Exhibit 1.)

2.    I identified DEF_01600685 which is a PDF that is visually identical to the scanned invoice in DEF_00051010. I extracted and analyzed metadata associated with DEF_01600685.[2] (Exs. 2-5.) The metadata indicates DEF_01600685 was initially created on or about August 22, 2014 and later modified on or about September 9, 2014 on a computer whose time zone is consistent with eastern Australia (UTC+10). The metadata also indicates the title of the document is "InvoiceSale (4Cabling)."

3.    I also identified DEF_01600654, which is a PDF of an invoice from a company called 4Cabling for the purchase of extension cords. The invoice was attached to an email in

---

[1] "IaaS" often refers to "Infrastructure as a Service," which describes a service provider that hosts physical computing resources (e.g. computer servers, storage, and networking devices), and provides access to those resources via a remote interface (e.g. a website or an application programming interface or "API"). Microsoft Azure and Amazon Web Services are examples of IaaS providers.

[2] PDF documents can include internal metadata in an older format known as a "document information dictionary" and/or in a newer XML-based format called the "Extensible Metadata Platform" ("XMP"). XMP metadata typically contains at least the same information as the document information dictionary and may include additional detail or other metadata fields. In my experience, many PDF documents (including DEF_01600685) include both types of metadata for compatibility with older PDF reader software. While DEF_01600654 includes only the older document information dictionary metadata, I have included both types of metadata from DEF_01600685 for comparison.

DEF_01600652, which contains an order confirmation from 4Cabling sent to Craig Wright on or about August 22, 2014. I extracted and analyzed the metadata associated with DEF_01600654. (Ex. 6.) I determined the metadata in Exhibit 6 contains hexadecimal-encoded values, which I decoded[3] and have attached at Exhibit 7. The decoded values in the metadata indicates DEF_01600654 was created at the exact same time and contains the exact same title ("InvoiceSale (4Cabling)"), creator tool ("Jim2 Business Engine"), and producer ("ReportBuilder") as the purported HighSecured.com invoice in DEF_01600685.

4.     I also analyzed the internal structure of DEF_01600685. I determined that DEF_01600685 and DEF_01600654 contain the same PDF file identifiers. (Exs. 8-10 and Ex. 11, respectively.) A PDF file identifier is like a DocumentID in that it contains a unique value which can be used to associate multiple versions of the same document. In other words, the file identifiers in DEF_01600685 and DEF_01600654 indicate they are two versions of the same document.

5.     I also identified numerous TouchUp_TextEdit marked content points in DEF_01600685 that indicate the PDF had been modified. (Ex. 12.[4]) I have attached a demonstrative that highlights the portions of text in DEF_01600685 that appear to have been modified based on my review. (Ex. 13.)

6.     Accordingly, it is my opinion that DEF_00051010 does not represent an authentic invoice from HighSecured.com, but instead has been manipulated.

---

[3] There are myriad ways to decode hexadecimal-encoded values. In this instance, I simply used Python to automate the process. For example, the Python command "5265706f72744275696c646572".decode("hex") produces the string "ReportBuilder"

[4] The relevant PDF object streams in this document and other PDF documents described in this report were decoded using PDFStreamDumper v0.9.627 unless otherwise noted.

## II.   DEF_01369890

7.      I reviewed DEF_01369890, which is a PDF document purporting to show the appointment of David Kleiman as a director of C01N LTD on or about October 14, 2012.

8.      I extracted and analyzed the metadata from DEF_01369890. (Ex. 14.) The metadata indicates the document was created on or about April 15, 2014 in a time zone consistent with eastern Australia (UTC+10).

9.      I also analyzed the internal structure of DEF_01369890. I identified a TouchUp_TextEdit marker indicating the text within the document had been modified. (Ex. 15.) Specifically, the internal structure of the document indicates a portion of the text had been modified to "Accepted." I attach at Exhibit 16 a demonstrative highlighting the modified text in red. I also identified within DEF_01369890 a PDF object that demonstrates the unmodified text of the document. (Ex. 17.) The unmodified text indicates the appointment of Kleiman as a director of C01N LTD was submitted on or about April 13, 2014–approximately a year after David Kleiman died.

10.      Accordingly, it is my opinion that DEF_01369890 is not an authentic document, but instead has been manipulated.

## III.   DEF_01369891

11.      I reviewed DEF_01369891, which is a PDF document purporting to show the termination of David Kleiman as a director of C01N LTD on or about April 26, 2013.

12.      I extracted and analyzed the metadata from DEF_01369891. (Ex. 18.) The metadata indicates the document was created on or about April 15, 2014 in a time zone consistent with eastern Australia (UTC+10).

13.     I also analyzed the internal structure of DEF_01369891. I identified a TouchUp_TextEdit marker indicating the text within the document had been modified. (Ex. 19.) Specifically, the internal structure of the document indicates a portion of the text had been modified to "Accepted." I attach at Exhibit 20 a demonstrative highlighting the modified text in red. I also identified within DEF_01369891 a PDF object that contains the unmodified text of the document. (Ex. 21.) The unmodified text indicates the termination of Kleiman as a director of C01N LTD was submitted on or about April 15, 2014.

14.     Accordingly, it is my opinion that DEF_01369891 is not an authentic document, but instead has been manipulated.

## IV.    DEFAUS_00708272

15.     I reviewed DEFAUS_00708272, which is a PDF document purporting to show a change in company details associated with C01N PTY LTD submitted to the Australian Securities & Investments Commission ("ASIC") on or about April 22, 2013.

16.     I extracted and analyzed the metadata from DEFAUS_00708272. (Ex. 22.) The metadata indicates the document was created on or about April 22, 2014, and later modified on or about August 6, 2014, in a time zone consistent with eastern Australia (UTC+10).

17.     I also analyzed the internal structure of DEFAUS_00708272. I identified multiple TouchUp_TextEdit markers indicating the text within the document had been modified. (Exs. 23-24.) Specifically, the document had been modified to appear as if it had been submitted and signed on April 22, 2013. I attach at Exhibit 25 a demonstrative highlighting the modified text in red. I also identified PDF objects within DEFAUS_00708272 that contain the unmodified text of the document. (Exs. 26-27.) The unmodified text indicates the change to company details was submitted to ASIC on or about April 22, 2014.

18.     Accordingly, it is my opinion that DEFAUS_00708272 is not an authentic document, but instead has been manipulated.

## V.     DEFAUS_00519695

19.     I reviewed DEFAUS_00519695, which is a PDF of a purported invoice from "Abacus (Seychelles) Limited" for "Company management and nominee services" dated October 17, 2014. The "Company Details" of the purported invoice references "Wright International Investments Ltd."

20.     I extracted and analyzed the metadata from DEFAUS_00519695. (Ex. 28.) The metadata indicates the PDF was created on or about October 17, 2014 (UTC+4). The metadata also indicates the PDF was later modified on or about October 18, 2014 in a time zone consistent with eastern Australia (UTC+11).

21.     I also analyzed the internal structure of DEFAUS_00519695. I identified multiple TouchUp_TextEdit markers indicating the text within the document had been modified. (Ex. 29.[5]) I also identified a PDF object within DEFAUS_00519695 that appears to contain the unmodified text of the document. (Ex. 30.) The unmodified text indicates the invoice was originally for "Purchase of 2009 shelf company" which was later modified to "Company management and nominee services." I have attached at Exhibit 31 a demonstrative highlighting the modified text in red.

22.     Accordingly, it is my opinion that DEFAUS_00519695 is not an authentic document, but instead has been manipulated.

---

[5] Extracted using pdf-parser.py v0.7.4 (Python 2.7.16).

## VI.    DEFAUS_00519698

23.    I reviewed DEFAUS_00519698, which is a PDF of a purported invoice from "Abacus (Seychelles) Limited" for "Management and trust accounting Seychelles company" dated October 17, 2014. The "Company Details" of the purported invoice references "Tulip Trading Limited."

24.    I extracted and analyzed the metadata from DEFAUS_00519698. (Exs. 32-33.) The metadata indicates the PDF was created on or about October 17, 2014 (UTC+4). The metadata also indicates the PDF was later modified on or about October 18, 2014 in a time zone consistent with eastern Australia (UTC+11).

25.    I also analyzed the internal structure of DEFAUS_00519698. I identified a TouchUp_TextEdit marker indicating the text within the document had been modified. (Ex. 34.[6]) I also identified a PDF object within DEFAUS_00519698 that appears to contain the unmodified text of the document. (Ex. 35.) The unmodified text indicates the invoice was originally for "Purchase of Seychelles 2011 shelf company" which was later modified to "Management and trust accounting Seychelles company." I have attached at Exhibit 36 a demonstrative highlighting the modified text in red.

26.    I identified DEFAUS_00519687, which is a PDF of an invoice from "Abacus (Seychelles) Limited." DEFAUS_00519687 was attached to the email in DEF_00046662 sent from denis@███████████ to craig.wright@███████████ on or about October 17, 2014. The file attachment was named "Invoice_Tulip.pdf."

27.    I extracted and analyzed the metadata from DEFAUS_00519687. (Ex. 37.) The metadata indicates DEFAUS_00519687 has the exact same creation date and time as

---

[6] Extracted using the same technique as in Footnote 5.

DEFAUS_00519698. I also extracted the file identifiers from DEFAUS_00519698 and DEFAUS_00519687. (Exs. 38 and 39, respectively.) The file identifiers indicate DEFAUS_00519698 and DEFAUS_00519687 are two versions of the same document.

28.    Accordingly, it is my opinion that DEFAUS_00519698 is not an authentic document, but instead has been manipulated.

## VII.   DEFAUS_01746855

29.    I reviewed DEFAUS_01746855, which is a .msg file representing an email purportedly sent from "Satoshi Nakamoto <satoshi@vistomail.com>" to "'Sommer, Andrew' <asommer@███████████ on or about January 9, 2014. "John Chesher <john.chesher@hotwirepe.com>" and "Ramona Watts <ramona.watts@██████████' are also carbon copied (or "CC'ed") on the email.

30.    I extracted and analyzed the mail transport headers contained in DEFAUS_01746855. (Ex. 40.[7]) The "From:" header field in the email contains the value "Satoshi Nakamoto <satoshi@vistomail.com>" which is what would typically be visible as the sender's name and email address to the recipient by their email client software. The value contained in the "From:" header, however, can be manipulated by the sender of the email to make it appear as if the email originated from a different address. In my experience, manipulating or "spoofing" the "From:" header in an email is a common technique used by spammers, phishers, and other malicious actors to make a forged email appear to be legitimate.

31.    In order to limit abuse of forged sender email addresses, the recipient's email server can use a number of defenses, including querying the sender's Sender Policy Framework[8] ("SPF")

---

[7] I extracted the mail transport headers using Microsoft Outlook 2016 and OutlookSpy 4.1.0.3915.
[8] "Sender Policy Framework (SPF) for Authorizing Use of Domains in Email, Version 1", https://tools.ietf.org/html/rfc7208

records. SPF enables the owner of a domain name (e.g. "vistomail.com") to define via public DNS[9] records the IP address or addresses of email servers allowed to originate email for that domain. Upon receiving an email, the recipient's email server can then query the public SPF records associated with the sender's domain and verify that the IP address of the sender's email server is permitted to send email for that domain.

32.     I analyzed the series of "Received:" headers contained within DEFAUS_01746855, which are added by the email servers which relay the email from the sender to the recipient. Each email server that processes and relays the email message adds a "Received:" header on top of the previous server's "Received:" header, and so they are read chronologically from bottom to top. The "Received:" header on lines 22-25 of Exhibit 40 indicates the email was sent using the email server "cp-34.webhostbox.net" by a user identified as "cwright" from the IP address 14.1.17.85. The "Received:" header on lines 15-18 of Exhibit 40 indicates that the email server "cp-34.webhostbox.net" was associated with the IP address 199.79.62.121 at the time the email was sent.

33.     I reviewed the historical SPF records for vistomail.com. (Ex. 41.[10]) At the time DEFAUS_01746855 was sent, the following IP addresses were permitted to originate email from vistomail.com addresses: 190.123.200.34, 190.123.200.36, and 190.123.200.37. The IP address associated with the email server "cp-34.webhostbox.net" (199.79.62.121) was not permitted to send email from vistomail.com email addresses.

---

[9] The Domain Name System ("DNS") is a system for mapping domain names (e.g. google.com) to an IP address (e.g. 172.217.11.14). It can also be used to associate other information with a domain name, such as the email servers used to receive mail for the domain.

[10] SecurityTrails is a publicly available service which provides, among other things, access to archived DNS records. It is a service that I have relied upon before and, in my professional experience, is a reliable source of information.

34.     I identified DEFAUS_00624435, which is a second email purportedly sent from satoshi@vistomail.com to ut.ng@███████ on or about January 27, 2014. I extracted and analyzed the mail transport headers contained in DEFAUS_00624435. (Ex. 42.) The "Received:" header on lines 19-23 of Exhibit 42 indicates the email was sent using the same email server as DEFAUS_01746855 ("cp-34.webhostbox.net") by the same user ("cwright") and from the same IP address (14.1.17.85). The "Received:" header on lines 7-11 of Exhibit 42 indicates the email was relayed from "cp-34.webhostbox.net" to an email server associated with Google ("mx.google.com"). "cp-34.webhostbox.net" was again associated with the IP address 199.79.62.121 at the time the email was sent. The "Received-SPF:" header on line 12 of Exhibit 42 indicates that Google's email server queried the SPF records associated with "vistomail.com" and determined that 199.79.62.121 was not a permitted sender for satoshi@vistomail.com, which is consistent with the historical SPF records shown in Exhibit 41.

35.     Accordingly, it is my opinion that DEFAUS_01746855 is not an authentic email from satoshi@vistomail.com, but instead has been manipulated.

## VIII.   WAT00000001

36.     I reviewed WAT00000001, which is a .msg file of an email purportedly sent from "Ramona Watts <ramona@████████" to craig@█████████ on or about May 28, 2012. (Ex. 123.)

37.     I extracted and analyzed the email headers contained within WAT00000001. (Ex. 42.) The "Content-Type:" header includes a "boundary" parameter (Ex. 43, Lines 9-10), which is used to delimit portions of an email message (e.g. an HTML-encoded message, a plaintext message, and/or file attachments). The boundary parameter can contain an arbitrary value, but many email clients include the timestamp as part of the boundary parameter. The "Content-Type:"

boundary value in WAT00000001 contains the timestamp "01D5B69B.712E1810"[11] which corresponds to a human-readable timestamp of December 19, 2019 at 6:38:01 PM (UTC).

38.     I also extracted and analyzed the email content (or "body") of WAT00000001. The email contains both a plaintext body (Ex. 44) and HTML body (Ex. 45).[12] The HTML body indicates it was created or edited with "Microsoft Word 15" (Ex. 45, Line 1), which corresponds to Microsoft Word 2013. Microsoft Word 2013 was released to the general public as part of Office 2013 in or about early 2013. (Exs. 46-48.) The HTML body also includes a reference to an attached file "filelist.xml" with an associated FILETIME of "01D5B69B.61B47460," which corresponds to a human-readable timestamp of December 19, 2019 at 6:37:35 PM (UTC).

39.     Accordingly, it is my opinion that WAT00000001 is not an authentic email, but instead has been manipulated.

## IX.    DEF_01596539

40.     I reviewed DEF_01596539, which is a PDF of a webpage purportedly showing the contents of a "Client Area" associated with a HighSecured.com customer account. The PDF purports to have been created on or about October 15, 2014.

41.     I extracted and analyzed metadata contained in DEF_01596539. (Ex. 49.) The metadata indicates DEF_01596539 was created on or about October 15, 2014 at 10:02:15 AM in a time zone consistent with eastern Australia (UTC+11).

---

[11] The timestamp is formatted as a Microsoft "FILETIME" structure, which is a 64-bit value that represents the number of 100-nanosecond intervals that have elapsed since January 1, 1602 UTC.
[12] Many email clients include both a plaintext body and an HTML body. While HTML-formatted emails can contain more elaborate content and formatting (e.g. fonts, tables, hyperlinks, etc.), not all email reader software support HTML-formatted emails. Instead, such software can simply display the plaintext email body which contains just the content without additional formatting instructions.

42.     I analyzed the internal structure of DEF_01596539. I identified multiple TouchUp_TextEdit markers indicating the text within the document had been modified. (Exs. 50-51.) In particular, the document title in the header of each page appears to have been modified to "Client Area – High Secured." The URL in the footer of the first page appears to have been modified to reference the URL "https://support.highsecurted.com/clientarea.php." The URL in the footer of the second page appears to have been modified to reference the URL "https://support.highsecured.com/clientarea.php." Additionally, I identified numerous hyperlinks within the document that reference the domain "demo.whmcs.com." (Exs. 52-53.) I attach at Exhibit 54 a capture of demo.whmcs.com as of October 22, 2014.[13]

43.     I also identified DEFAUS_01757607, which is also a PDF of a webpage purportedly showing the contents of a "Client Area" associated with a HighSecured.com customer account. DEFAUS_01757607 is visually similar to DEF_01596539, but large portions of the content have been removed. I extracted and analyzed metadata from DEFAUS_01757607. (Ex. 56.) The metadata indicates DEFAUS_01757607 was created on or about October 15, 2014 at 10:02:15 AM (UTC+11) – the exact same time as DEF_01596539. The metadata further indicates the document was modified approximately 13 minutes later at 10:15:49 AM in a time zone consistent with eastern Australia (UTC+11). DEFAUS_01757607 contains the exact same DocumentID as DEF_01596539, which indicates they are two versions of the same document.

44.     Accordingly, it is my opinion that DEF_01596539 and DEFAUS_01757607 are not authentic documents, but instead have been manipulated.

---

[13] The client area of demo.whmcs.com required a login, which was publicly available. (Ex. 55.) The archived content of demo.whmcs.com, however, only includes the pre-login content.

## X.    RITZELA@HIGHSECURED.NET

45.    I reviewed multiple emails purportedly sent by "Ritzela De Gracia <ritzela@███████████ between April and June 2015.

### A. DEF_01616105

46.    I reviewed DEF_01616105, which is a purported email sent on or about April 28, 2015 from "Ritzela De Gracia <ritzela@highsecured.net>" to "Andrew Sommer <asommer@███████████" "Heydon Miller <hdmiller@██████████" and Ramona Watts. Craig S Wright is CC'ed on the email.[14]

47.    I extracted and analyzed the mail transport headers contained in DEF_01616105. (Ex. 57.) The email's "From:" header indicates the email was purportedly sent from an email address using the domain HighSecured.**net**, rather than HighSecured.**com**.[15] I reviewed historical domain registration records (or "WHOIS" information) for HighSecured.net.[16]  Based on my review, I determined the following:

| Date | Description |
|---|---|
| May 27, 1999 | HighSecured.net is registered to Tangerine International, Inc. (Ex. 59.) |
| May 27, 2001 | HighSecured.net expires. (Ex. 59.) |
| February 13, 2007 | HighSecured.net is re-registered to "Stuart Greatbanks (info@███████████" of Spirit Island, S.A. (Ex. 60.) |

---

[14] The native email file appears to contain incorrectly formatted email addresses for Ramona Watts and Craig Wright and so it is not clear exactly to which addresses associated with Watts and Wright the email was intended to be sent. (Ex. 57, Lines 20 and 44).

[15] See, for example, DEF_0051010 and DEF_0051013, which only contain highsecured.com and which the Defendant has sworn are authentic. See also High Secured's "Contact Us" page as archived on May 3, 2015 which also only contain "@███████████ email addresses. (Ex. 58.)

[16] All records were obtained via DomainTools (www.domaintools.com).

| January 17, 2008 | The registration information is updated to list "Ritzela De Gracia (info@&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;) of Secure Registrations Ltd. as the registrant, technical, and administrative contact. (Ex. 61.) |
|---|---|
| February 14, 2013 | HighSecured.net expires. (Ex. 62.) |
| April 27, 2015 | HighSecured.net is re-registered. The registrant name is listed as "ANONYMOUSSPEECH ANONYMOUSSPEECH" and the registrant email address is contact@&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; The registration information does not reference High Secured or Ritzela De Gracia. (Ex. 63.) |
| April 27, 2015 - June 4, 2015 | The registrant name is changed to "HIGHSECURED HIGHSECURED" and the registrant email address is changed to ritzeladegracia@&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; Ex. 64.) |
| April 27, 2016 | HighSecured.net expires. (Ex. 65.) |

48.    Exhibits 66 and 67 show the WHOIS information for HighSecured.**com** before and after (respectively) the time HighSecured.net was re-registered to "Stuart Greatbanks (info@highsecured.com)" in February 2007. The WHOIS information associated with HighSecured.com is consistent with that of HighSecured.net in Exhibit 60.

49.    Exhibits 68 and 69 show the WHOIS information for HighSecured.com before and after (respectively) the time HighSecured.net expired in February 2013. The WHOIS information associated with HighSecured.com is consistent with that of HighSecured.net in Exhibits 61 and 62.

50.    Exhibits 70 and 71 show the WHOIS information for HighSecured.com before and after (respectively) the time HighSecured.net was re-registered via AnonymousSpeech.com on April 27, 2015. The WHOIS information associated with HighSecured.com is *not* consistent with that of HighSecured.net in Exhibits 59, 60, 61, 62, 63, 64, or 65.

51.     The "Date:" header in DEF_01616105 indicates the email was sent on or about April 28, 2015 at 1:02:40 AM (UTC+1)—approximately seven hours after HighSecured.net was re-registered using WHOIS information inconsistent with its prior registrant after being inactive for over two years. (Ex. 57, Line 2.)

52.     The "Received:" headers in DEF_01616105 indicate the email was sent from ritzela@highsecured.net using the email server "us2.outbound.mailhostbox.com." (Ex. 57, Line 7.) I reviewed public DNS records for HighSecured.net and verified that its MX[17] records indicate it was configured to use email servers operated by mailhostbox.com between April 28, 2015 and May 18, 2016. (Ex. 72.)

53.     I previously analyzed DEF_00013459 which I determined to be a forgery based on an email sent from craig@▮▮▮▮▮▮▮▮ to craig@▮▮▮▮▮▮▮▮ (Ex. 72, Section V.A.) The mail transport headers contained within the metadata in DEF_00013459 show that email was also sent using an outbound.mailhostbox.com server as in DEF_01616105. I reviewed archived DNS records for panopticrypt.com and confirmed that the domain was configured to use email servers associated with mailhostbox.com at the times DEF_00013459 and DEF_01616105 were sent. (Ex. 74.)

54.     I also identified DEF_00807313, which is an email sent from "Craig S Wright <craig.wright@▮▮▮▮▮▮▮▮▮" on or about May 3, 2012 using the exact same email server domain and IP address as in DEF_01616105. (Ex. 75.) I reviewed archived DNS records

---

[17] A domain's mail exchanger (or "MX") record specifies the email servers responsible for receiving incoming mail. It does not necessarily specify the server used for outgoing email, but, in my experience, both incoming and outgoing email servers are typically hosted and/or operated by the same organization (e.g. mailhostbox.com).

for information-defense.com and confirmed that the domain was configured to use email servers associated with mailhostbox.com at the time DEF_00807313 was sent. (Ex. 76.)

55.     The content of DEF_01616105 includes a PGP public key purportedly associated with Ritzela De Gracia.[18] (Ex. 77.) I used GPG to extract metadata from the public key in DEF_01616105. (Ex. 78.) The metadata indicates the public key has the identifier "F1022CEB0BA110B2" (or "0BA110B2" in short form) and was purportedly created on or about June 27, 2010 according to the computer on which it was created.

### B.  DEF_01591420

56.     I also reviewed DEF_01591420, which is an email purportedly from "Ritzela De Gracia <ritzela@██████████" to "Craig S Wright <craig.wright@██████████", "Ramona Watts <ramona.watts@██████████, "Heydon Miller <hdmiller@██████████", and "Andrew Sommer <asommer@██████████" sent on or about April 28, 2015 at 1:10:23 AM UTC. (Ex. 79.)

57.     The content of DEF_01591420 contains a PGP-signed message alleging that the "Bit-message (sic)" address "BM-2cWjjZt7JKvnszN458cEiPi6XdkFrNL7E3" is "associated with HighSecure. (sic)" I used GnuPG to verify the signature in DEF_01591420. The GPG output indicates the signature was created on or about April 28, 2014 at 1:09:14 AM UTC using the PGP key referenced in DEF_01616105 purportedly associated with "Ritzela De Gracia <ritzela@██████████" (Ex. 80.)

---

[18] The content of the email also includes a link to the same public key on pgp.mit.edu, which is a public "keyserver" used for distributing PGP public keys. However, pgp.mit.edu, like other public keyservers, does not perform any identity verification to ensure the uploaded public key belongs to the user identified in the public key itself. Thus, it is possible for anyone to upload a public key purportedly belonging to anyone else.

58.     I previously reviewed DEF_00247440, which is a Bitmessage "keys.dat" file produced by the Defendant. (Ex. 81.) DEF_00247440 contains a Bitmessage address block corresponding to the Bitmessage address in DEF_01591420.

59.     Thus, the Defendant had the means to send Bitmessages from the address listed in DEF_01591420 and, therefore, Bitmessages sent from that address could have been sent by the Defendant.

### C.  DEF_01587951

60.     I also reviewed DEF_01587951, which is an email purportedly from "Ritzela De Gracia <ritzela@&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;" to "Craig S Wright <craig.wright@&#9608;&#9608;&#9608;&#9608;&#9608; sent on or about May 6, 2015 at 12:41:08 AM UTC. "Ramona Watts <ramona.watts@&#9608;&#9608;&#9608;&#9608; "Heydon      Miller      <hdmiller@&#9608;&#9608;&#9608;&#9608;",      and      "Sommer,      Andrew <asommer@&#9608;&#9608;&#9608; are CC'ed on the email. (Ex. 82.)

61.     DEF_01587951 contains an attached file named "Andrew.Sommer.zip." I extracted the attachment and analyzed the contents of the .zip file. The attachment contains three files: "Andrew Sommer.pdf",[19] "Andrew Sommer.pdf.sig",[20] and "Andrew Sommer.pdf.tar.asc".[21]

62.     "Andrew Sommer.pdf" is a PDF of a letter addressed to Andrew Sommer purportedly signed by "THE PRESIDENT" and "THE SECRETARY" of HighSecured.com. The invoice number ("00649395") referenced in the purported letter matches the invoice number in DEF_00051010, which I previously analyzed in Section I and, in my opinion, is a forgery derived from an unrelated invoice from 4Cabling for extension cables sent to Craig Wright on or about August 22, 2014. Additionally, the purported sum ("60,000 BTC"),  contract number ("1566"),

---

[19] DEF_01587954
[20] DEF_01587955
[21] DEF_01587956

payment date ("03/10/2014"), payment address[22], and description of services listed in "Andrew Sommer.pdf" match the manipulated invoice in DEF_00051010.

63.     I extracted and analyzed the metadata from "Andrew Sommer.pdf." (Ex. 83.) The metadata indicates the PDF was created on or about May 5, 2015 at 10:38:52 PM in a time zone consistent with eastern Australia (UTC+10).

64.     I reviewed "Andrew Sommer.pdf.sig" which appears to be a cryptographic signature of "Andrew Sommer.pdf." I used GPG to verify the signature, and to extract metadata regarding the signature and the PGP public key used to create the signature. (Exs. 84-85.)

65.     The metadata indicates the signature was created using PGP public key ID 5D303347E3C7665F, which is purportedly associated with info@highsecured.com (instead of ritzela@▮▮▮▮▮▮▮▮ The PGP public key was created on or about November 10, 2010 at 11:21:34 PM (UTC) according to the computer on which it was created.

66.     The metadata further indicates the signature was created on or about November 10, 2010 at 11:31:02 PM (UTC) according to the computer on which it was created. In other words, the cryptographic signature of "Andrew Sommer.pdf" was purportedly created almost five years before the document itself was created and ten minutes after the key used to generate the PGP signature was created. It is not possible to create a signature of a document before the document to be signed exists.

67.     I also reviewed "Andrew Sommer.pdf.tar.asc" which is an encrypted .tar archive[23] that contains another copy of "Andrew Sommer.pdf." (Ex. 86.) I verified that the MD5 hash of the

---

[22] 1HR42TZ27gSAQUiLEyT7bVThqi5ZbadVie
[23] A .tar archive, much like .zip files, is a compressed file containing one or more other files similar to .zip files. I decompressed the decrypted .tar archive using 7-zip 18.06.

extracted copy of "Andrew Sommer.pdf" matches that of DEF_01587954,[24] which indicates the two documents are identical. The metadata associated with the PGP-encrypted archive indicates the archive was encrypted on or about May 6, 2015 at 12:35:02 AM (UTC).

### D.  DEF_01222659

68.     I also reviewed DEF_01222659, which is an email purportedly from "Ritzela De Gracia <ritzela@&#9608;&#9608;&#9608;&#9608;&#9608;>" to "Sommer, Andrew <asommer@&#9608;&#9608;&#9608;&#9608;&#9608;>" sent on or about May 27, 2015 at 10:35:55 AM (UTC). "<accounts@&#9608;&#9608;&#9608;&#9608;&#9608;>" is CC'ed on the email. (Ex. 87.)

69.     The email attaches two files: "Invoice-00701208.pdf"[25] and "Invoice-00701208.pdf.sig."[26] "Invoice-00701208.pdf" purports to be an invoice from HighSecured.com dated May 25, 2015. "Invoice-00701208.pdf.sig" is a cryptographic signature of the invoice. (Ex. 88.)

70.     I extracted and analyzed the PDF metadata associated with "Invoice-00701208.pdf." (Ex. 89.) The metadata indicates the PDF was created on or about May 27, 2015 at 9:56:23 AM (UTC). The PDF was later modified at 8:04:16 PM in a time zone consistent with eastern Australia (UTC+10).

71.     I compared MD5 hashes for "Invoice-00701208.pdf" and DEF_00051013 and verified the files are identical.[27] I previously analyzed DEF_00051013, which I determined to be manipulated and so "Invoice-00701208.pdf" attached to DEF_01222659 is also a manipulated document. (Ex. 73.) Further, the metadata indicates the PDF was originally created using

---

[24] e5103068d91b86d0e3e1ea3246bc9208
[25] DEF_01222660
[26] DEF_01222661
[27] f292d946dcbbbcd5187427fbd7f011ec

"WHMCS," which appears to be a reference to the same system used to create the manipulated HighSecured.com "Client Area" in DEF_01596539.

72.     Accordingly, it is my opinion that the foregoing emails produced by the Defendant purportedly from ritzela@███████ are not authentic emails from "Ritzela De Gracia" nor are they associated with HighSecured.com.

## XI.    DEFAUS_01807944

73.     I reviewed DEFAUS_01807944, which is an email purportedly sent by "HighSecured <info@███████" to "asommer@claytonutz.com" on or about May 3, 2015 at 1:41:00 AM (UTC). "craig.wright@███████" "ramona.watts@███████ and "Arna.Synnot@███████ are CC'ed on the email. (Ex. 90.)

74.     The "From:" header purports to show the email was sent from "info@highsecured.com." As noted in Section VII, the "From:" header can be manipulated to make it appear as if an email originated from a particular email address. If, however, the sender of the email manipulates the "From:" header to make it appear as if the email originated from an email address they do not control, the sender would not be able to receive any replies to that email.

75.     In DEFAUS_01807944, however, the "Reply-To:" header contains the email address "DeGraciaRitzela <ritzela@███████." Consequently, any replies to DEFAUS_01807944 would not go to "info@███████" but instead would be addressed to "ritzela@███████.

76.     I analyzed the series of "Received:" headers contained within DEFAUS_01807944. The "Received:" header on lines 19-20 of Exhibit 90 indicates the email was sent purportedly

using an email server that identified itself as "smtp.highsecured.com[28]" which, according to lines 15-18, was associated with the IP address 199.59.161.13 at the time the email was sent.

77.    I reviewed the historical SPF records for HighSecured.com. (Ex. 91.) At the time DEFAUS_01807944 was sent, the following IP addresses were permitted to originate email from highsecured.com addresses: 192.184.8.9, 200.46.241.86, and 201.218.236.45. The IP address purportedly associated with "smtp.highsecured.com" (199.59.161.13) was not permitted to send email from "@▇▇▇▇▇▇▇▇" email addresses.

78.    I reviewed the historical subdomains associated with HighSecured.com. (Ex. 92.) While there was a record for "mail.highsecured.com," I did not identify a record for "smtp.highsecured.com." I reviewed historical records for IP addresses associated with "mail.highsecured.com." The historical records were consistent with the SPF records of IP addresses allowed to originate email for "@▇▇▇▇▇▇▇▇" email addresses and did not include the IP address 199.59.161.13 which was purportedly associated with "smtp.highsecured.com." (Ex. 93.)

79.    The email content includes a cryptographically signed message. I used GnuPG to verify the signature and extract its metadata. (Ex. 94.) The metadata indicates the signature was created on or about May 3, 2015 at 1:36:33 AM (UTC) according to the computer on which it was created. The metadata further indicates the cryptographic signature was created using a public key purporting to belong to "Ritzela De Gracia <ritzela@▇▇▇▇▇▇▇▇"

80.    The cryptographically signed message in DEFAUS_01807944 includes alleges that the Bitmessage address "BM-2cWjjZt7JKvnszN458cEiPi6XdkFrNL7E3" is "associated with

---

[28] The domain displayed in the "helo" field on line 16 of Exhibit 90 is supplied by the client and does not necessarily indicate the true domain name associated with the email server's IP address. (see, for example, IETF RFC 821 Section 3.5).

HighSecured." The same Bitmessage address was referenced in DEF_01591420 purportedly sent from "Ritzela De Gracia <ritzela@ ███████████ >" on or about April 27, 2015.

81.     As noted previously, DEF_00247440 produced by the Defendant is a Bitmessage "keys.dat" file which contains the private key associated with the Bitmessage address referenced in DEFAUS_01807944 and DEF_01591420. Thus, the Defendant had the means to send Bitmessages from the address listed in DEFAUS_01807944 and, therefore, Bitmessages sent from that address could have been sent by the Defendant.

82.     Accordingly, it is my opinion that DEFAUS_01807944 is not an authentic email from "info@ ████████ com."

## XII.    DEF_01588028

83.     I reviewed DEF_01588028, which is an email purportedly from "HighSecured <info@ ███████████ >" to "asommer@ ██████████ " on or about May 3, 2015 at 2:16:22 AM (UTC). "craig.wright@ ██████████ " and "ramona.watts@ ████████████ " are CC'ed on the email. (Ex. 95.)

84.     As in DEFAUS_01807944, the "Reply-To:" header contains the email address "DeGraciaRitzela <ritzela@ ██████████ " I also analyzed the "Received:" headers in DEF_01588028. The email was also purportedly sent via the same email server (199.59.161.13) as DEFAUS_01807944, which at the time DEF_01588028, was not permitted to send email from "@ ██████████ email addresses.

85.     The email content includes a cryptographically signed message. I used GnuPG to verify the signature and extract its metadata. (Ex. 96.) The metadata indicates the signature was created on or about May 3, 2015 at 2:06:12 AM (UTC) according to the computer on which it was

created. The metadata further indicates the signature was created using a public key purporting to belong to "Ritzela De Gracia <ritzela@ ███████████ "

86.    The cryptographically signed message in DEF_01588028 is nearly identical to the purported letter addressed to Andrew Sommer in DEF_01587954, which I previously determined to reference a manipulated document (DEF_00051010) derived from an invoice for extension cables (DEF_01600654) from a company called 4Cabling sent to Craig Wright on or about August 22, 2014 (DEF_01600652).

87.    Accordingly, it is my opinion that DEF_01588028 is not an authentic email from "info@highsecured.com."

### XIII.   DEF_01588060

88.    I reviewed DEF_01588060, which is an email purportedly from "HighSecured <d.rockwell@ ██████████████ " to "asommer@ ████████████ " sent on or about May 30, 2015 at 5:39:00 AM (UTC). (Ex. 97.)

89.    As in DEFAUS_01807944 and DEF_01588028, the "Reply-To:" header contains the email address "DeGraciaRitzela <ritzela@ ██████████████ " I also analyzed the "Received:" headers in DEF_01588060. The email was also purportedly sent via the same email server (199.59.161.13) as DEFAUS_01807944 and DEF_01588028, which at the time DEF_01588060, was not permitted to send email from "@ ████████████ email addresses.

90.    The email content includes a cryptographically signed message. I used GnuPG to verify the signature and extract its metadata. (Ex. 98.) The GnuPG output indicates the signature is invalid, which suggests either the content or signature itself had been modified after the signature was created.

91.     The metadata indicates the signature was created on or about May 30, 2015 at 5:26:31 AM (UTC). The metadata also indicates the public key used to create the cryptographic signature in DEF_01588060 is the same public key purportedly belonging to "info@█████████████" that was used to create the cryptographic signature in DEF_01587955 purportedly in 2010 of a document that did not exist until 2015.

92.     Accordingly, it is my opinion that DEF_01588060 is not an authentic email from "d.rockwell@████████████"

## XIV.   DEF_00065561

93.     I reviewed DEF_00065561, which is a PDF of a scan of a purported "Incorporation Form" for Abacus Seychelles dated July 27, 2011.

94.     I extracted and analyzed the metadata contained within DEF_00065561. (Exs. 99-100.) The metadata indicates the PDF was created on or about October 17, 2014 at 1:16:07 PM in a time zone associated with eastern Australia (UTC+10).[29] The metadata further indicates that pages 3, 4, and 5 of the PDF were later modified on or about November 24, 2015 at 3:59:01 PM in a time zone consistent with eastern Australia (UTC+11). I also analyzed the internal structure of DEF_00065561. (Exs. 101-103.) I identified TouchUp_TextEdit markers indicating the text within the document had been modified.

95.     I identified DEF_00053349, which is another PDF of the "Incorporation Form" dated October 17, 2014. I extracted and analyzed the metadata contained within DEF_00053349. (Ex. 104.) The metadata indicates the PDF was created on or about October 17, 2014 at 1:16:07 PM in a time zone associated with eastern Australia (UTC+10)—the exact same time as

---

[29] I note that on October 17, 2014, the correct time zone in New South Wales and other eastern Australian states and territories was UTC+11. (Ex. 108.)

DEF_00065561. Further, I determined the file identifiers contained within DEF_00065561 and DEF_00053349 indicate they are two versions of the same document. (Exs. 105 and 106, respectively.)

96.     I also identified DEFAUS_00519642, which is an email sent from "Viveca Magnusson        <viveca.magnusson(@ ███████████        to      "Craig      S      Wright <craig.wright(@ █████████ on or about October 16, 2014 at 9:18:23 PM (UTC-5). (Ex. 107.) The subject of the email is "Scanned copy of Abacus Incorporation From (*sic*)." The email includes an attached file "Abacus Incorporation Form.pdf," the MD5 hash of which is identical to that of DEF_00053349.[30]

97.     Accordingly, it is my opinion that DEF_00065561 is not an authentic document, but instead has been manipulated.

### XV.   DEFAUS_00065535

98.     I reviewed DEFAUS_00065535, which is a PDF of a purported "Declaration of Trust" dated July 21, 2011.

99.     I extracted and analyzed the metadata contained within DEFAUS_00065535. (Exs. 109-110.) The metadata indicates the PDF was created on or about October 23, 2014 at 5:44:59 (UTC+4). The metadata further indicates the PDF was later modified on or about November 24, 2015 at 4:08:57 PM  in a time zone consistent with eastern Australia (UTC+11). I also analyzed the internal structure of DEFAUS_00065535. (Ex. 111.) I identified TouchUp_TextEdit markers indicating the text within the document had been modified.

100.     I identified DEFAUS_01808571, which is another PDF of the "Declaration of Trust" document dated July 21, 2011, but with a different address for Craig Steven Wright. I

---

[30] 7133a8b5c478108efc4255c9fa5b5611

25

extracted and analyzed the metadata contained within DEFAUS_01808571. (Ex. 112.) The metadata indicates the PDF was created on or about October 23, 2014 at 5:44:59 (UTC+4)—the exact same time as DEFAUS_00065535. Further, I determined the file identifiers contained within DEFAUS_00065535 and DEFAUS_01808571 indicate they are two versions of the same document. (Exs. 113 and 114, respectively.)

101.    I also identified DEFAUS_00519977, which is another PDF of the "Declaration of Trust" document dated July 21, 2011, but with another different address for Craig Steven Wright. I extracted and analyzed the metadata contained within DEFAUS_00519977. (Ex. 115.) The metadata indicates the document was created by "Craig S. Wright" using "Microsoft Word 2013" on or about November 6, 2014 at 4:12:59 PM in a time zone consistent with eastern Australia (UTC+11). The file identifiers contained within DEFAUS_00519977 indicate it is a distinct document from DEFAUS_00065535 and DEFAUS_01808571. (Ex. 116.)

102.    Accordingly, it is my opinion that DEFAUS_00065535 is not an authentic document, but instead has been manipulated.

## XVI.  DEF_01839995

103.    I reviewed DEF_01839995, which is a Microsoft Word ".doc" file containing a document titled "BitCoin: SEIR-C propagation models of block and transaction dissemination."

104.    I reviewed the document properties using Microsoft Word. (Ex. 117.) The document was purported created on or about October 12, 2008 and last modified on or about December 22, 2008. I also examined the document properties using olefile.[31] (Ex. 118.) The output from olefile is consistent with the properties display by Microsoft Word.

---

[31] I used the olefile script included in oletools-0.55.

105.     I reviewed the contents of DEF_01839995 using a hex editor. I identified multiple references to websites that appear to have not been created until 2013 and which are not visible when viewing the document in Microsoft Word. (Exs. 119-120.) The references also indicate the websites were accessed in January 2014. The references also include the statement, "It should be noted that the rate of creation of 12.5 new Bitcoin is current rate at the time of this paper, and it is understood that the Bitcoin algorithm is designed to reduce that rate over time."

106.     Accordingly, it is my opinion that DEF_01839995 is not an authentic document, but instead has been manipulated.

### XVII. METANET-ICU.SLACK.COM

107.     Counsel for Plaintiffs provided me with a username and password to access the metanet-icu.slack.com Slack workspace[32] and asked that I collect screenshots of certain Slack messages and threads, which I have attached at Exhibit 121. In particular, I accessed the relevant Slack workspace using Google Chrome and the Slack desktop client for Microsoft Windows. The screenshots were taken by me on April 8-9, 2020 with Snagit 2020.1.1, which is a tool for capturing screenshots and which has been used by me and others in my field for such purposes.

### XVIII. DEF_00239622

108.     I reviewed DEF_00239622, which is an email from "Craig S Wright <craig@███████" to "invoices <invoices@█████████ sent on or about December 5, 2014. The email forwards an auction invoice previously sent to "craig@██████████"

109.     I previously reviewed DEF_00013459, which is a PDF of an email sent from craig@████████████ to craig@██████████ and modified to make it appear as if the

---

[32] Slack is a proprietary and commercially available instant messaging platform with features similar to a chat room (or "channel"). A Slack "workspace" is, essentially, a collection of Slack channels.

email was sent from "Dave Kleiman" to "Craig S Wright." I extracted and analyzed the mail transport headers from DEF_00239622. (Ex. 122.) The mail transport headers indicate DEF_00239622 was sent from a client with the same computer name ("PCCSW01") and IP address ("14.1.18.30") as the purported email in DEF_00013459.

110.   I also identified DEF_00169220, DEF_00171109, DEF_00239037, and DEF_00239621, which are also emails sent from "PCCSW01" with IP address 14.1.18.30. (Exs. 124-127.) I also identified DEF_00013675, DEF_00238089, DEF_00762765, DEF_762940, DEF_00763043, DEF_01220321, DEF_01590839, DEF_01599641, DEF_01600410, DEF_01618590, and DEF_01674223, which are also emails sent from "PCCSW01." (Exs. 128-138.)

Dated: April 10, 2020

Dr. Matthew J. Edman
New York, NY

## Curriculum Vitae



**MATTHEW J. EDMAN, PH.D.**

BERKELEY RESEARCH GROUP, LLC

810 Seventh Avenue, Suite 4100 | New York, NY 10019

Direct: ▮▮▮▮▮▮
medman@▮▮▮▮▮▮

### SUMMARY

Matthew J. Edman, Ph.D., is a Director at Berkeley Research Group LLC and is a member of BRG's Cyber Security and Investigations Group. Dr. Edman's areas of expertise include network security; penetration testing and vulnerability assessments; secure software development and source code audits; and software analysis, reverse engineering and exploitation. Dr. Edman also provides expert testimony on matters related to information and network security.

As a Lead Cyber Security Engineer for a federally funded research and development center, Dr. Edman conducted specialized computer network security research and development in support of federal law enforcement on a number of cutting-edge cases, providing critical intelligence in multiple high-profile cyber investigations. He has been recognized within law enforcement and the United States Intelligence Community as a subject matter expert on investigations related to anonymous communication systems, such as Tor, and virtual currencies like Bitcoin.

Prior to joining BRG, Dr. Edman also worked as a Senior Vulnerability Engineer for a global financial services, software, and media company based in New York. As a member of the firm's Vulnerability Analysis Team, his work focused on cyber security and the protection of sensitive client data from both internal and external threats through continuous vulnerability research and penetration testing of the firm's network infrastructure, websites, software, and mobile applications. He was also involved in software and network architecture design reviews.

Dr. Edman has published scientific articles in peer-reviewed conferences and journals, where his research areas have included novel techniques for cryptographic security and authentication in wireless networks, and the design, implementation and analysis of anonymous communication systems on the Internet. He has served as an invited program committee member for the ACM Conference on Computer and Communications Security and the IFCA International Conference on Financial Cryptography and Data Security. He has also served as an external reviewer for several academic conferences and journals, including IET Information Security and the Privacy Enhancing Technologies Symposium.

### EDUCATION

| | |
|---|---|
| Ph.D., Computer Science | Rensselaer Polytechnic Institute, 2011 |
| M.S., Computer Science | Rensselaer Polytechnic Institute, 2007 |
| B.S., Computer Science | Baylor University, 2005 |



**PROFESSIONAL EXPERIENCE**

Director, Berkeley Research Group LLC, 2015–present
Senior Director, FTI Consulting Inc., 2014 – 2015
Senior Vulnerability Engineer, Bloomberg LP, 2013 – 2014
Lead Cyber Security Engineer, The MITRE Corporation, 2009 – 2013

**EXPERT TESTIMONY**

- Superior Court of California, County of San Francisco, **Rosebank Road Medical Services Ltd. d/b/a Rosebank Road Medical Centre and Geeta Murali Ganesh v. Ramji Govindarajan and John Does 2-20,** CGC-16-549755. (Deposition Testimony, Trial Testimony)
- United States District Court for the District of New Jersey, *United States of America v.* **Timothy Livingston** *a/k/a "Mark Loyd"*, Criminal No. 15-626 (WJM). (Declaration)
- United States District Court for the District of Columbia, **Spanski Enterprises, Inc.** *v. Telewizja Polska, S.A.*, 12-CV-957-TSC. (Expert Report, Deposition Testimony, Trial Testimony)

**OTHER SELECTED ENGAGEMENTS**

- United States District Court for the Southern District Ohio, **Thomas Caracci**, *derivatively and on behalf of The Wendy's Company v. Emil J. Brolick et al.*, C.A. No. 1:17-CV-00192.
- United States District Court for the Southern District of New York, **United States of America** *v. Gery Shalon*, 15-CR-333 (LTS).
- United States District Court for the Southern District of New York, **United States of America** *v. Arthur Budovsky*, 13-CR-268 (DLC).
- United States District Court for the Southern District of Indiana, Indianapolis Division, **Angie's List, Inc.** *v. Amazon Local LLC et al.*, 1:15-CV-00968-JMS-DML.
- United States District Court for the Northern District of California, San Francisco Division, **craigslist, Inc.** *v. 3taps, Inc. et al.*, 12-CV-03816-CRB.
- United States District Court for the Southern District of New York, **United States of America** *v. Ross William Ulbricht, a/k/a Dread Pirate Roberts, a/k/a Silk Road,* 14-CR-68 (KBF).
- United States District Court for the Southern District of Texas, Houston Division, *W.L. Dogget LLC and Doggett Heavy Machinery Services LLC v.* **Paychex, Inc.** *and John Does 1-10*, 4:14-CV-00506.

**PUBLICATIONS**

- "On the Security of Key Extraction from Measuring Physical Quantities" (with Aggelos Kiayias, Qiang Tang, and Bülent Yener), *IEEE Transactions on Information Forensics and Security (Volume 11, Issue 8), 2016.*
- "On Passive Inference Attacks Against Physical-layer Key Extraction" (with Aggelos Kiayias and Bülent Yener), *Proceedings of the 2011 European Workshop on System Security (EuroSec)*, 2011.



- "On Anonymity in an Electronic Society: A Survey of Anonymous Communication Systems" (with Bülent Yener), *ACM Computing Surveys 42(1)*, 2010.
- "AS-awareness in Tor Path Selection" (with Paul Syverson), *Proceedings of the ACM Conference on Computer and Communications Security (CCS)*, 2009.
- "Vidalia: Towards a Usable Tor GUI" (with Justin Hipple), *Proceedings of the Symposium on Usable Privacy and Security (SOUPS)*, 2007.
- "A Combinatorial Approach to Measuring Anonymity" (with Fikret Sivrikaya and Bülent Yener), *Proceedings of the IEEE International Conference on Intelligence and Security Informatics (ISI)*, 2007.

**PROFESSIONAL AFFILIATIONS**

### *Present*

Member, *Association for Computing Machinery (ACM)*
Member, *Institute of Electrical and Electronics Engineers (IEEE)*
Member, *International Association for Cryptologic Research (IACR)*
Member, *Cyber Security & Privacy Industry Advisory Board, New Jersey Institute of Technology*

### *Prior*

Program Committee, *IFCA Conference on Financial Cryptography and Data Security*, 2009
Program Committee, *ACM Conference on Computer and Communications Security*, 2007-2009