Andreas Antonopoulos
January 07, 2020

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3               CASE NO. 9:18-cv-80176-BB/BR

 4

 5   IRA KLEIMAN, as the personal representative
     of the Estate of David Kleiman, and
 6   W&K Info Defense Research, LLC,

 7           Plaintiffs,

 8   -vs-

 9   CRAIG WRIGHT,

10           Defendant.

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF ANDREAS ANTONOPOULOS

13   DATE TAKEN: January 7, 2020

14   TIME: 10:10 a.m. – 7:40 p.m.

15   PLACE: 2525 Ponce de Leon Boulevard

16   Miami, Florida 33134

17

18   TAKEN BEFORE: RICK E. LEVY, RPR, FPR
                  AND NOTARY PUBLIC
19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

1    on page eight also, I'm sorry?

2         A.   Yes.

3         Q.   That continues all the way until page ten

4    where you have a new header called Block Subsidy and

5    Bitcoin Issuance; right?

6         A.   Correct.

7         Q.   Now, if you look at your invoice which is

8    Exhibit 6 and you go down to the fourth time entry you

9    have something called Ownership, Ledger and Mining;

10   correct?

11        A.   Yes.

12        Q.   And that corresponds with those pages that we

13   just went through five through ten?

14             MR. ROCHE:   Objection.  Going to instruct the

15        witness not to answer.  You can ask him about time

16        but to the extent you're -- this is clearly going

17        into the drafting process which is prohibited under

18        the rules.

19             MR. KASS:   No, Kyle.  I'm asking him about a

20        final report right now.  Not asking about his

21        draft.  I'm allowed to ask questions about the

22        drafting process.  I just can't -- I can't ask

23        about what the substance of the draft report but I

24        can ask him about the drafting.

25             MR. ROCHE:   I disagree with your

Andreas Antonopoulos
January 07, 2020                      30

```
 1        interpretation of the rules so no.
 2            MR. KASS:  I'm going to ask my question and
 3        you can object and we'll bring it to the judge if
 4        necessary.
 5            MR. ROCHE:  I've already objected.  You can go
 6        ahead and ask it again and I'll object.
 7            MR. KASS:  I don't think I got my full
 8        question out.
 9            MR. ROCHE:  I think you did get your full
10        question out.
11            MR. KASS:  Hold on.  My question wasn't clear
12        I was asking about the final report so I'm going to
13        re-ask it.  Being very clear record I'm asking
14        about the final report which is Exhibit 5.  You're
15        welcome to make your objection but I want to make
16        it very clear for the judge.
17            MR. ROCHE:  Okay.
18    BY MR. KASS:
19        Q.   Mr. Antonopoulos, if you look at Exhibit 6 you
20    go down to the fourth time entry it says Ownership,
21    Ledger and Mining; correct?
22        A.   That is what I see on Exhibit 6, yes.
23        Q.   And it says 42 minutes?
24        A.   Yes, that is correct.
25        Q.   And that means you spent 42 minutes drafting
```

1    those three portions?

2         MR. ROCHE:  Objection, going to instruct the

3    witness not to answer as outside what is

4    permissible under the expert disclosure rules.

5         MR. KASS:  Which part of the rule are you

6    citing to, Kyle?

7         MR. ROCHE:  The draft reports part of the

8    rule.  I think it was in addition edit to the rule

9    in 2013.  Why don't we do this, Zalman.  You're --

10   you're in violation -- outside the scope of what

11   the rule --

12        MR. KASS:  Pulling up the rule right now.

13        MR. ROCHE:  You want to have this discussion

14   on the record?

15        MR. KASS:  Let me see what the rule says and

16   we'll tell you.

17        THE WITNESS:  Can I refill my coffee?

18        MR. ROCHE:  Do you want to take a break?

19        MR. KASS:  Let's take a five minute break.

20        THE VIDEOGRAPHER:  Off the record at 10:46.

21        (Thereupon, a brief recess was taken.)

22        THE VIDEOGRAPHER:  On record 10:55.

23        MR. ROCHE:  I am going to withdraw my previous

24   objection to your question.  The witness can answer

25   questions relating to the amount of time he spent

1        on particular sections of the report but beyond

2        that any questions about drafting of particular

3        sections I'm going to instruct him not to answer.

4    BY MR. KASS:

5        Q.    That being said Mr. Antonopoulos, if you look

6    at Exhibit 6 and it says on the fourth entry down it

7    says Ownership, Ledger, Mining and it says 42 minutes.

8        A.    That is correct.

9        Q.    Does that -- do those time entries correspond

10   with the time -- with the portions of your final report

11   which are from page five through page ten?

12       A.    No.

13       Q.    What do they correspond to?

14       A.    The shorthand used in the description is to

15   remind me broadly on which areas of the report I was

16   working on do not correspond to specific headings.

17            There are elements about Bitcoin ownership,

18   the Bitcoin ledger and mining throughout the report and

19   so that's not a direct correspondence in the description

20   in my time sheet to specific headings within the report.

21       Q.    So let's go to the time entry that says intro

22   on keys.

23       A.    Yes.

24       Q.    Do you have an introduction in your report?

25       A.    Sorry?

Andreas Antonopoulos
January 07, 2020                    33

1       Q.   Do you have an introduction in your report?

2       A.   I don't think so.  No.

3       Q.   But you do have a portion that talks about

4    keys?

5       A.   That's correct.

6       Q.   Would that be on page six through seven?

7       A.   No, there are references to keys in other

8    parts of the report also.

9       Q.   But let's just break this down.  The first 18

10   minutes was a planning call with Mr. Roche.  Not asking

11   for the content.  Just to be clear, you had a call with

12   Mr. Roche for 18 minutes?

13      A.   Less than 18 minutes.

14      Q.   So is that because you round up?

15      A.   Because I round up to the nearest six minute

16   span.

17      Q.   Okay.  When you were on the phone with

18   Mr. Roche were you simultaneously drafting your report?

19      A.   Not to my recollection.

20      Q.   Next time entry six minutes e-mail about

21   security and extra permissions.  Were you drafting your

22   report when you did that?

23      A.   No.

24      Q.   So when you start -- your next time entry is

25   intro on keys?

Andreas Antonopoulos
January 07, 2020                    161

1   connection between the two of them or you just can't be

2   certain?

3        A.    I don't know the context off the cuff.

4        Q.    I'm just asking do you believe there's a

5   connection the two of them?

6        A.    I don't know.  It's possible.

7             MR. ROCHE:  Object to the form.

8   BY MR. KASS:

9        Q.    No reason to believe there is no connection

10  between the two?

11       A.    No way to opine either way.

12       Q.    Would it be fair to say that on May 2nd you

13  were not very impressed with Gavin Andresen's post

14  stating Craig Wright is the person who invented Bitcoin?

15            MR. ROCHE:  Objection to form.

16            THE WITNESS:  What I have said in public

17       repeatedly is that I don't believe the identity of

18       Satoshi Nakamoto is relevant to Bitcoin.  That

19       searching for information on the identity of

20       Satoshi Nakamoto is a kind of an appeal to

21       authority that is ante-thetical both to Bitcoin's

22       culture but also to in my opinion the intent of

23       Satoshi Nakamoto in choosing to first of all, be

24       pseudonymous.

25            Secondly, taking great effort to maintain

1       their privacy and thirdly, removing themselves from

2       the public sphere in I believe it was April of

3       2010.

4              All of these elements indicate to me that

5       Satoshi Nakamoto, whoever they may be, valued their

6       privacy and Bitcoin is a system of mathematical

7       rules that stands independent of its creator and

8       therefore as I have said publicly I don't think

9       it's relevant and I think we should respect the

10      privacy of the creator of Bitcoin.  So I'm not

11      interested in pursuing information about the

12      identity of Satoshi Nakamoto.

13  BY MR. KASS:

14      Q.   I get it.  I want you to focus on my question

15  is that you were not very impressed with Gavin

16  Andresen's statement that he thought Craig was Satoshi?

17      A.   I don't remember my state of mind at the time

18  when I read this.

19          MR. KASS:  Maybe the next document will help

20      refresh your recollection.

21          (Defendant's Exhibit No. 30 was

22          marked for identification.)

23  BY MR. KASS:

24      Q.   Mr. Antonopoulos, do you recognize this tweet?

25      A.   Yes.

Andreas Antonopoulos
January 07, 2020                    163

1      Q.   Is this something you tweeted?

2      A.   Apparently so.

3      Q.   Any reason to believe you didn't tweet it?

4      A.   No.

5      Q.   What did you write in that tweet?

6      A.   "Avoid Shawden Fraud.  Con artist can fool

7   even the smartest people.  What happened to Gavin and

8   John could happen to anyone.  Hash tag empathy time."

9      Q.   Do you recall what happened to Gavin?

10      A.   I believe that he was persuaded to act as a

11   verifier of Craig Wright's identity as Satoshi Nakamoto.

12   I believe that's what I'm referring here and was then

13   very, very negatively criticized by a lot of people in

14   the community and I felt that that was unfair.

15      Q.   Now, I want to focus on two words.  Con

16   artist.  Who is the con artist in this tweet?

17      A.   Well, I don't know that I'm referring to any

18   specific person.  The point I was making in this tweet

19   is that -- is that intelligence and the ability to

20   discern truth from falsity is -- are not correlated

21   meaning that very often very smart people cannot tell

22   the difference between something that is true and

23   something that is false and that is why con artists can

24   fool even the smartest people.

25      Q.   Let's focus on state again Gavin Andresen was

1   going to verify if Craig was Satoshi.  He made a public

2   post Craig was Satoshi and then you said a con artist --

3   what happened to Gavin can happen to anybody and

4   somebody fooled him.  Who fooled him in that situation?

5          MR. ROCHE:  Object to the form.

6          THE WITNESS:  I didn't say that somebody

7       fooled him.  What happened to Gavin and John could

8       happen to anyone refers to the fact that Gavin and

9       I believe John here refers to John Matonis, I'm not

10      sure, I can't remember, were engaged to do a

11      verification and then were heavily criticized for

12      the way they did the verification and the details

13      of the verification all of which were unfair to I

14      believe Gavin and John.  They were being called

15      names on the internet.

16  BY MR. KASS:

17      Q.   But what happened to them?  What happened to

18  them when they were going to verify that Craig Wright

19  was Satoshi?

20      A.   They put themselves in a position of being

21  heavily criticized by people who weren't there about the

22  methods in which they attempted to verify that

23  information.

24          A lot of people criticized the methodology

25  that was chosen and criticized the intelligence of Gavin

Andreas Antonopoulos
January 07, 2020                    165

1    and John for participating in this verification.  I

2    myself declined to participate and I believe this tweet

3    refers to the fact that after the media broadly opined

4    that Gavin had been discredited by his participation in

5    the -- people were engaging in Shaudenfrada which is

6    taking the light other people's misfortune.

7         Q.   I want to focus.  You have the word fool,

8    okay?

9         A.   (Indicating).

10        Q.   It's reading plain English Gavin and John were

11   fooled by somebody; right?

12        A.   I don't know that that sentence refers to what

13   Gavin and John -- what happened to Gavin and John.

14        Q.   So you're just stating by itself con artist

15   can fool even the smartest people pause new subject what

16   happened to Gavin and John can happen to anybody there's

17   no connection between the two sentences?

18             MR. ROCHE:  Object to the form.

19             THE WITNESS:  I do recall the state of mind,

20        the context or what I was referring to in there

21        other than my appreciation in a intelligence is

22        not -- is not the only criterion in being able to

23        determine truth or falsity.

24   BY MR. KASS:

25        Q.   So --

Andreas Antonopoulos
January 07, 2020                              166

1        A.    And that people were attacking Gavin's

2   intelligence.

3        Q.    Let's just try and break this down.  We can

4   move on I want to make sure I get it right.  Con artist

5   you do not know who the con artist is over here;

6   correct?

7        A.    I do not know who I was referring to in that

8   particular --

9        Q.    When it says fool you don't know who was

10  fooled and you don't know how they were fooled?

11       A.    Yes.

12            MR. KASS:  Introducing Exhibit 31.

13            (Defendant's Exhibit No. 31 was

14            marked for identification.)

15  BY MR. KASS:

16       Q.    Mr. Antonopoulos, I want you to focus on the

17  tweet by someone called Charles Austenson.  Look at the

18  whole document and then we'll talk.  I want to make sure

19  you have a chance.

20       A.    Yes.

21       Q.    First we have someone a cat name Joe who says

22  I understand Craig has demonstrated privately to selling

23  crypto include Andreas that he is creator of Bitcoin.

24  Then we have "Andreas, do you believe Craig is Satoshi?"

25  Then we have chief monkey we would like to know your

1    Lake "did he demonstrate to you in private.  Kind of

2    find that hard" then you say "not true.  Fraud."  Is

3    that a tweet that you did?

4         A.    Apparently so yes.  I have no reason to

5    believe it isn't.

6         Q.    So you were calling Craig Wright a fraud?

7              MR. ROCHE:  Objection to form.

8              THE WITNESS:  No.  I believe I was calling A

9         Cat Named Joe a fraud in this tweet from the

10        context in reading it.  A Cat Named Joe stated that

11        Craig has demonstrated privately to several

12        prominent people in crypto including Andreas

13        Antonopoulos that he is the creator of Bitcoin and

14        that was an untrue and fraudulent statement.

15   BY MR. KASS:

16        Q.    So you have no opinion as to whether Craig in

17   fact did prove that any -- you have no opinion as to

18   whether Craig has shown that he is Satoshi?

19        A.    I don't know.

20        Q.    You don't know if it was forged?

21        A.    I read some articles that described the

22   methodology as flawed and the resulting outcome as

23   forged but I did not examine that evidence myself.  I

24   did not pursue that subject and I did not form an

25   opinion.  I don't know if Craig Wright is or is not

Andreas Antonopoulos
January 07, 2020                    168

```
 1   Satoshi.
 2        Q.   You don't know whether or not he forged any
 3   proof in connection with demonstrating that he was
 4   Satoshi?
 5        A.   I didn't review those myself.
 6        Q.   So you don't know?
 7        A.   I do not know.
 8        Q.   Generally do you state things that you don't
 9   know?
10        A.   Sorry?
11             MR. ROCHE:  Objection, form.
12   BY MR. KASS:
13        Q.   As a general rule do you state things when you
14   have no basis for it?
15             MR. ROCHE:  Objection, form.
16             THE WITNESS:  As a general rule no.  I do not
17        state things that I don't have knowledge of.
18   BY MR. KASS:
19        Q.   Do you think Craig Wright is a fraud?
20        A.   I don't know.
21             MR. ROCHE:  Form.
22   BY MR. KASS:
23        Q.   Do you know if he has ever attempted a fraud?
24             MR. ROCHE:  Objection to form.
25             THE WITNESS:  I don't know.
```

1      MR. KASS:  Kyle, you have to deal with some

2   audio.  It's going to be short.

3      MR. ROCHE:  Why don't we put it close to one

4   of the speakers.

5      MR. KASS:  Let me get it up.

6      MR. ROCHE:  Is it a video or audio?

7      MR. KASS:  Just audio.

8      THE WITNESS:  Do you mind if we take a brief

9   interruption for a bathroom break while you pull

10   that up?

11      THE VIDEOGRAPHER:  Off the record.

12      (Discussion held off the record.)

13      THE VIDEOGRAPHER:  On record 4:00.

14      MR. KASS:  Now I am going to put this up on my

15   computer.  Hopefully it will work.

16      MR. LEVINE:  Graphic things which so far

17   nobody has been able to do but when Craig Wright

18   came out and first said that he was Satoshi and

19   there was all the news that surrounded that.  He

20   didn't actually have much of a story.  He sort of

21   denied it and he said sort of said no, that's not

22   me and then at the end he was like well, actually

23   that is me and I'll sign this message and then he

24   didn't sign the message and so everybody was like

25   you're a fraud.

Andreas Antonopoulos
January 07, 2020                    170

1              MR. ANTONOPOULOS:  Well, no, no, hang on

2         because these facts really, really matter.  Craig

3         Wright --

4    BY MR. KASS:

5         Q.   First of all, the second voice, Mr.

6    Antonopoulos, do you recognize that?

7         A.   Yes.  I believe that's Adam B. Levine, my

8    co-host on the Let's Talk Bitcoin podcast.

9         Q.   I just want to clarify.  There was a first

10   voice.  Who was that?

11        A.   The second voice is me.  The first voice Adam

12   B. Levine.  The second voice is me.

13        Q.   So when I just paused you were speaking?

14        A.   That's correct.

15             MR. KASS:  Now I'm going to continue.

16             MR. LEVINE:  It did produce proof that it was

17        forged.  The only proof he produced was a fraud and

18        it was a fraud that was disproved by its very

19        contents so the only thing that Craig Wright has

20        done is repeatedly produced fraudulent proofs of

21        their identity as Satoshi.  It's like they didn't

22        produce anything.  They produced a forged

23        signature.

24             MR. ANTONOPOULOS:  Yes.

25

Andreas Antonopoulos
January 07, 2020                           171

```
 1    BY MR. KASS:
 2        Q.    Just want to confirm that was your voice?
 3        A.    That was correct.
 4        Q.    Was that recording an accurate reflection of
 5    what you actually stated during that podcast?
 6        A.    Yes.
 7        Q.    Have you ever heard of the name Faketoshi?
 8        A.    Yes.
 9        Q.    Have you ever heard of that name as it refers
10    to Dr. Craig Wright?
11        A.    I believe it's a name used to characterize
12    many people who have claimed to be Satoshi Nakamoto and
13    some people have applied it to Dr. Wright.
14        Q.    Is Faketoshi a derogatory name?
15        A.    It's I think a statement of opinion that they
16    are not Satoshi.  Therefore fake Satoshi therefore
17    Faketoshi.  I don't think it's derogatory.  I think it's
18    an opinion of the fact that they are not.
19        Q.    Well, it's an opinion that they're a fake;
20    right?
21        A.    That they are a fake Satoshi.
22        Q.    Not authentic they're fake.  You're stating --
23        A.    They are a fake Satoshi.
24        Q.    Your opinion calling somebody a fake is not
25    derogatory?
```

Andreas Antonopoulos
January 07, 2020                    172

 1       A.   It's my opinion that calling someone a fake

 2   Satoshi is a statement of opinion as to the voracity of

 3   a claim they are Satoshi.

 4       Q.   Is it a positive opinion or a negative

 5   opinion?

 6       A.   It is an opinion as to the fact that they are

 7   not Satoshi.

 8       Q.   You can't answer whether or not it is a

 9   negative or positive?

10       A.   I don't think it's colored in that way.   I

11   simply think it's an opinion the fact they are not

12   Satoshi.

13       Q.   We'll see what the jury thinks.   Let's look at

14   this one.

15       A.   Okay.

16            MR. KASS:   This is Exhibit 33.

17            (Defendant's Exhibit No. 33 was

18            marked for identification.)

19   BY MR. KASS:

20       Q.   Is this a tweet that you tweeted?

21       A.   I don't remember.   Apparently I would assume

22   so.

23       Q.   Any reason to believe that you didn't tweet

24   it?

25       A.   No.

Andreas Antonopoulos
January 07, 2020                               173

1        Q.    Take a minute -- read it to yourself and let
2    me know when you're done.
3        A.    Yes.
4        Q.    Do you see you are embedding some article or
5    some other contact by information by a Mike V?
6        A.    I am quote retweeting Mike V.
7        Q.    Thank you.  You're quoting his tweet that says
8    it appears that CSW.  Who is CSW?
9        A.    I assume that refers to Craig Wright.
10        Q.    Thank you.  Is -- what do you mean by you
11    assume it refers to him?
12        A.    I don't know what Mike V. said in there but
13    CSW is often used as shorthand for I think it's his
14    name, his initials.
15        Q.    Yes, his middle initial is S.
16        A.    I assume that is Craig S. Wright.
17        Q.    It appears that CSW is in the possession of
18    the at Satoshi account.  Both of them don't know how to
19    use commas and they share the same false narrative.  You
20    retweeted that?
21        A.    I quote retweeted that, yes.
22        Q.    Then you wrote your own message on top of
23    that?
24        A.    Yes.
25        Q.    What did you write in that message?

Andreas Antonopoulos
January 07, 2020                                    174

1          A.   LOL.  Every message Faketoshi writes disproves

2     his attempted fraud.  The real Satoshi was capable of

3     forming sentences with punctuation and grammar.  We have

4     plenty of samples both formal and conversational.  None

5     were sloppy like Faketoshi.  Blocking at Satoshi.  You

6     should too.

7          Q.   That was all related to Craig Wright?

8          A.   That was related to the at Satoshi account

9     which is the account that I'm actually referring to in

10    the final sentence where I say "blocking at Satoshi you

11    should too."

12         Q.   So when you state "every message Faketoshi

13    writes disproves his attempted fraud."  Who are you

14    referring to?

15         A.   I assume from context that I am referring to

16    the postings of the at Satoshi account.

17         Q.   And -- so you're not referring to Craig Wright

18    when you state Faketoshi?

19         A.   I don't believe I have mentioned Craig Wright

20    in this tweet at all.

21         Q.   But you're retweeting a tweet from Mike V. who

22    says "it's Craig Wright who is the at Satoshi account"

23    and you're building on his statement; correct?

24         A.   I'm retweeting a tweet that is referring to

25    the postings posted by the Satoshi account and the fact

Andreas Antonopoulos
January 07, 2020                    175

1    that those postings don't know how to use commas and

2    share the same false narrative.

3            In that tweet Mike V. is speculating that it

4    appears that Craig S. Wright is in the possession of the

5    Satoshi account and I am talking about from context it

6    appears I am talking about the postings of at Satoshi

7    account as not being consistent with the real Satoshi

8    who is capable of forming sentences with punctuation and

9    grammar and of which we have plenty of samples both

10   formal and conversational.  None were sloppy like

11   Faketoshi and I am blocking or sorry, next sentence

12   blocking at Satoshi.  You should too.

13       Q.   So I want to make sure I understand.  Is it

14   your position that this tweet has nothing to do with

15   Craig Wright?

16       A.   I don't recall my state of mind at the time

17   when I tweeted this but I do not refer to Craig Wright.

18   I do not mention Craig Wright.  And I am -- I do mention

19   however at Satoshi an account that is posting as Satoshi

20   and in that context I use the term Faketoshi and I talk

21   about the writing style of the at Satoshi tweet.

22       Q.   So I'm not asking you about your state of mind

23   when you tweeted it and I'm not asking about the Satoshi

24   account.  All I want to ask you is -- my only question

25   is is it your position that this tweet has nothing to do

Andreas Antonopoulos
January 07, 2020                                    176

```
1    with Craig Wright?

2              MR. ROCHE:  Objection, asked and answered.

3              THE WITNESS:  I don't recall what this tweet

4         is other than what I read right now this tweet was

5         posted a year and two months ago.

6    BY MR. KASS:

7         Q.    So you can't state either way whether or not

8    it was referring to Dr. Craig Wright?

9         A.    I can state definitively that I do not mention

10   Craig Wright anywhere in my tweet.

11        Q.    That's fine.  The jury will be able to read

12   the tweet.  My only question is do you have any

13   recollection as to what it is referring to and your

14   answer is no?

15        A.    I do not have any recollection of what this is

16   referring to.

17        Q.    Are you aware of Dr. Wright saying anything

18   derogatory about you?

19        A.    Yes.  It has come to my attention that

20   Dr. Wright referred to me using what appeared to be a

21   derogatory term or was reported as a derogatory term.  I

22   saw something about that in an article recently.

23             MR. KASS:  Let's introduce it.

24             (Defendant's Exhibit No. 32 was

25             marked for identification.)
```

Andreas Antonopoulos
January 07, 2020                          177

```
1    BY MR. KASS:
2        Q.   I'm introducing Exhibit 32.  I really want you
3    to turn to the second page where you see a tweet under
4    the handle Dr. Craig S. Wright.
5        A.   I see it.
6        Q.   In that tweet he calls you a shitcoin expert?
7        A.   It appears so.  I don't remember reading this
8    tweet.  That is the term that was reported as derogatory
9    in this article.
10       Q.   Says the only thing correct is you know how to
11   spell Bitcoin?
12       A.   Yes.  That's what I'm reading here.
13       Q.   He calls you an anarchist priest?
14       A.   Yes.
15       Q.   He says nothing he tells you is right?
16       A.   I see that.
17       Q.   This was after all the other documents that
18   we've went through probably the past ten exhibits if you
19   look at the date of this document the tweet is
20   January 22nd 2019.  That was after Exhibit 32?
21       A.   Apparently so.
22       Q.   Also after Exhibit 31?
23       A.   Yes, apparently so.
24       Q.   And after Exhibit 30?
25       A.   I'll agree after all the exhibits you've shown
```

1    BY MR. KASS:

2        Q.    This isn't an issue of speculation.  I'm

3    entitled to know what the scope of your report is and

4    what type of work you've done for your report.

5        A.    Yes.

6        Q.    So my question is what type of work have you

7    done until this date with regard to the realizable value

8    of Bitcoin?

9        A.    I have worked as an advisor to exchanges and I

10   also have personal experience buying and selling Bitcoin

11   on exchanges.  So that personal experience has informed

12   my opinions included in this report.

13       Q.    So what was the realizable value of Bitcoin on

14   April 24th 2012 -- 2013, I'm sorry?

15             MR. ROCHE:  Objection, form.

16             THE WITNESS:  I don't recall that information.

17   BY MR. KASS:

18       Q.    Have you done any work to figure that out?

19       A.    Have I currently done any information to

20   figure out the realizable value on April 24th 2000 --

21       Q.    '13?

22       A.    '13?

23       Q.    Yep.

24       A.    I haven't.

25       Q.    Have you done any work in connection with this

Andreas Antonopoulos
January 07, 2020                                    249

1    expert report as to determine the realizable value of

2    any cryptocurrency?

3         A.   Yes, I've used my own experience and

4    understanding of markets to understand the listed price

5    of Bitcoin as it relates to the dates that I have shown

6    in the table in section 85.

7         Q.   But that table is not the realizable value,

8    that's the listed value?

9         A.   That is what I have testified towards.

10        Q.   So what work have you done with regards to the

11   realizable value of Bitcoin in this engagement?

12        A.   I have not done any work specifically to the

13   realizable value in this engagement at this time other

14   than apply my own experience with market trading and

15   advising exchanges to form opinions.

16        Q.   So what opinions have you formed as to the

17   realizable value of Bitcoin with regard to this

18   engagement?

19        A.   That it depends on a number of factors such as

20   liquidity and order books and the availability of buyers

21   in different markets.

22        Q.   Where is that opinion contained in this

23   report?

24        A.   I don't know that I specifically -- I don't

25   think I specifically mentioned that.

Andreas Antonopoulos
January 07, 2020                    250

1       Q.   Did you mention it at all?

2       A.   I don't know that I used -- I don't see that I

3  used the specific words "realizable value" in my report.

4  I may have.  I could read through the entire report and

5  try and see if I used those words.  I can't tell by

6  looking at it right now.

7            MR. ROCHE:  I can represent to you he doesn't

8       use that term in his report.

9            MR. KASS:  Let's take a break.  I think I'm

10      almost done.

11           THE VIDEOGRAPHER:  Off the record 6:30.

12           (Thereupon, a brief recess was taken.)

13           THE VIDEOGRAPHER:  On record 6:46.

14  BY MR. KASS:

15      Q.   Mr. Antonopoulos, are you an economist?

16      A.   I am not an economist.

17      Q.   Do you have any economic training?

18      A.   I have taken some -- I took an economics class

19  in college and one in high school but limited.

20      Q.   Other than that that's your extent of formal

21  training on economics?

22      A.   That is correct.

23      Q.   Do you have any expertise as to economics?

24      A.   I have some personal experience and I have

25  read extensively in the field because it's of some

1   interest to me.

2        Q.    What do you mean by you have some personal

3   experience?

4        A.    I manage several and have managed several

5   small businesses.  I engage in investments.  I have

6   invested in companies.  I have traded securities.

7   Exchanged traded funds, bonds and cryptocurrency so I

8   have some personal experience with markets, micro

9   economics and economics within the context of running a

10  business.

11          I've also worked extensively in the financial

12  sector as an information security and information

13  technology consultant as a result I have seen the inner

14  workings of hedge funds, trading desks and built

15  technology systems for those environments and learned a

16  lot about those environments in the process.

17       Q.    Do you consider yourself to be an expert in

18  economics?

19       A.    An expert in economics, no.

20       Q.    Now, going through your expert report you

21  testified about the history of block chain, some

22  specific block chain technologies, block chain forks and

23  I know there are other things you also talked about but

24  those are some of the subjects?

25       A.    That's correct.

Andreas Antonopoulos
January 07, 2020                                    252

1       Q.   Now, for all those subjects that you testified

2   about is there any way you reached any -- is there any

3   methodology that you used to reach your conclusions in

4   your report?

5       A.   I don't know what you mean by the word

6   methodology.

7       Q.   Let me say you state that -- paragraph 68 on

8   page 15?

9       A.   68?

10      Q.   Paragraph 68 on page 15.

11      A.   Yes.

12      Q.   "As part of the normal process of consensus

13  two miners following the same rules may by coincidence

14  solve the proof of work algorithm and produce two

15  competing blocks simultaneously."  That's an opinion of

16  yours; correct?

17      A.   Yes.

18      Q.   How did you reach that opinion?

19      A.   By studying the operation of algorithms.  By

20  studying the source code.  By running test networks that

21  simulate these conditions and by observing these

22  conditions on the Bitcoin block chain and other block

23  chains as they occurred in real time.

24      Q.   In paragraph 67 that "some consensus rule

25  changes to the Bitcoin software backwards compatible in

1/5/2020       Andreas ⊕ 🖉 ✳ ♨ ⊕ ⚡ 🛇 🖽 🖾 🔍 ↩ on Twitter: "Avoid schadenfreude. Con artists can fool even the smartest people. What happene…

×

 **Andreas**
@aantonop

···  ✅          ( Follow )  ⌄

Avoid schadenfreude. Con artists can fool even the smartest people. What happened to Gavin and Jon could happen to anyone.

#empathytime

8:19 AM - 5 May 2016

**128** Retweets  **287** Likes   

💬 37        ⊔ 128            287

 **Andreas**                    ✅ @aantonop · 5 May 2016   ⌄
Replying to @pr1234321
@pr1234321 Bwahaha

💬         ⊔

 **zooko** @zooko · 5 May 2016                          ⌄
Replying to @aantonop
@aantonop Absolutely. It's easy for observers and people with 20/20 hindsight to imagine they'd have done better.

💬 7        ⊔ 2            20

 **zooko** @zooko · 6 May 2016                          ⌄
@aantonop Although, I guess I ought to say that I personally was approached by CSW reps and I immediately smelled it and stayed away.

💬 3        ⊔ 15            58

6 more replies  ·

 **wawin** @wawin · 5 May 2016                          ⌄
Replying to @aantonop
@aantonop 1) he's said before he would give Satoshi write access if he came back. 2) he believed CW was Satoshi. Clear problem IMO

EXHIBIT
30

1/1

1/4/2020          Andreas ⊕ 📁 ✳ ♫ ⊕ ⚡ ▢ 🖭 🔍 ⇀ on Twitter: "LOL. Every message Faketoshi writes disproves his attempted fraud. The real Satos…

✕

 **Andreas**
@aantonop

… ✔          ( Follow )  ⌄

LOL. Every message Faketoshi writes disproves his attempted fraud. The real Satoshi was capable of forming sentences with punctuation and grammar. We have plenty of samples, both formal and conversational. None were sloppy like Faketoshi.

Blocking @Satoshi, you should too.

 **Mike V** @Mike__V_
It appears that CSW is in the possession of the @satoshi account. Both of them don't know how to use commas and they share the same false narrative.

2:58 PM - 16 Nov 2018

**465** Retweets  **1,831** Likes          

💬 148          ⟲ 465          1.8K

 **CryptoTesla** @Sisko86 · 16 Nov 2018          ⌄
Replying to @aantonop @satoshi
Any chance the Phil Wilson story is real?

💬 1          ⟲

 **Andreas**          ✔ @aantonop · 16 Nov 2018  ⌄
Rules without rulers. The rest is security theater and distraction

💬 2          ⟲ 7          44

          **EXHIBIT**
          tabbies  32

1 more reply