Andreas Antonopoulos
April 24, 2020

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 9:18-cv-80176-BB/BR

 4
    IRA KLEIMAN, as the personal representative
 5  of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,
 6
            Plaintiffs,
 7
    -vs-
 8
    CRAIG WRIGHT,
 9
            Defendant.
10

11  * * * * * * * * * * * * * * * * * *

12  TELECONFERENCE DEPOSITION OF ANDREAS ANTONOPOULOS

13  DATE TAKEN: April 24, 2020

14  TIME: 8:30 a.m. - 1:40 p.m.

15
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
16               AND NOTARY PUBLIC

17

18  * * * * * * * * * * * * * * * * * *

19

20

21

22

23

24

25
```

Andreas Antonopoulos
April 24, 2020                                    32

1         MR. ROCHE:  Objection to form.  To the extent

2    you can answer the question without disclosing what

3    counsel may or may not have told you you can answer

4    but don't disclose any of the substance or lack of

5    substance of what counsel may have told you.

6         THE WITNESS:  Could you repeat the question,

7    please?

8  BY MR. KASS

9    Q.   Let's rephrase this.  Mr. Antonopoulos, I'm

10 telling you right now the Court's provided a deadline

11 for expert disclosures and expert reports of April 10th

12 2020.  Are you aware of that?

13   A.   I am now.

14   Q.   Now that you're aware of that do you

15 understand that all your opinions and basis for the

16 opinions had to be disclosed by the April 10th 2020?

17        MR. ROCHE:  Objection, calls for a legal

18   opinion.

19        THE WITNESS:  If you say so.

20 BY MR. KASS

21   Q.   Mr. Antonopoulos, I believe you testified

22 earlier on that you have a background in computer

23 science and computer online related things.  That may

24 not be precise but you can reformulate it how you want

25 to state it?

Andreas Antonopoulos
April 24, 2020                              33

1          A.    Yes, I'm a computer scientist.

2          Q.    Thank you.  Do you have an understanding as to

3    what a computer hack is?

4          A.    Yes, I've worked in field of information

5    security for two decades at least.

6          Q.    Are there different types of computer hacks?

7          A.    There are myriad types of computer hacks.

8          Q.    As far as gaining unauthorized access to a

9    database are you aware of different ways that such a

10   hack like that could occur?

11         A.    There are a myriad of ways.

12         Q.    Would one way be taking someone's credentials

13   and simply logging in?

14         A.    That would be one way.

15         Q.    Do you know who Satoshi is?

16         A.    I do not.

17         Q.    Was Dave Kleiman Satoshi?

18         A.    As I just said I do not know.

19         Q.    Do you have any opinion as to whether Dave

20   Kleiman was Satoshi?

21         A.    I do not.

22         Q.    Mr. Antonopoulos, you've seen a lot of

23   documents in this case; correct?

24         A.    I have.

25         Q.    And a lot of evidence?

1      A.   Yes.

2      Q.   Has any of that provided you any basis as to

3  whether Dave Kleiman was Satoshi?

4      A.   I haven't formed an opinion on who Satoshi is.

5      Q.   Even though you may not have reached an

6  opinion does it sway you in any way as to whether Dave

7  Kleiman was Satoshi?

8           MR. ROCHE:   Objection.

9           THE WITNESS:   I have not formed an opinion.

10 BY MR. KASS

11     Q.   Do you plan on telling the jury who Satoshi

12 was?

13     A.   At this time I don't know.   I have not formed

14 an opinion on that matter.

15     Q.   Do you have any opinion as to whether Dave --

16 Dr. Wright is Satoshi?

17     A.   I do not.

18     Q.   Have you seen any evidence in this case that

19 will support -- supports or contradicts that opinion or

20 that conclusion?

21     A.   I don't have that opinion.

22     Q.   And will you be telling the jury as to whether

23 Dave -- Dr. Wright is Satoshi?

24     A.   I don't know what my testimony to the jury

25 will be.   It depends.

1          Q.    Let me ask you.  Your testimony in front of

2     the jury is based on your report, correct, the opinions

3     in your report?

4          A.    About 30 seconds ago you asked me whether a

5     database can be hacked by credentials, something that

6     lies within my area of expertise and I answered that

7     question truthfully.  That topic was not in my report

8     and yet I testified to it.

9               I do not know what questions I might be asked

10    that may or may not be relevant.  That's up to the judge

11    to decide and I will answer them truthfully as presented

12    with evidence or questions.  So I don't know what I'm

13    going to testify.

14         Q.    Based your previous comment you have counsel

15    here and your counsel is here to object if they believe

16    my question is outside the scope of the report.  I don't

17    believe there was an objection.

18         A.    I believe the same will occur during trial.

19    So I don't know what I will testify.

20         Q.    You do understand that as defense counsel I'm

21    entitled to know what opinions you will be giving at

22    trial.  Do you understand that premise?

23               MR. ROCHE:  Just let me -- Zalman, if this

24          helps move this along we -- the reports that

25          Mr. Antonopoulos -- the opinions that

Andreas Antonopoulos
April 24, 2020                                    48

```
 1        Q.    Do you have any other source of information?

 2        A.    No.

 3        Q.    Is the source of that list relevant to your

 4   testimony?

 5        A.    In as much as it's a chronology and the

 6   context for that list, yes.

 7        Q.    But as far as whether it was through a bonded

 8   courier or a carrier pigeon does it matter?

 9        A.    That's simply providing context.

10        Q.    I want to ask you to go to paragraph 88 of

11   your report, it's on page 19.

12        A.    Yes, I see that.

13        Q.    Do you see where you were asked by plaintiffs

14   attorneys to examine the publicly posted communications

15   of Satoshi and the e-mail addresses and accounts used by

16   Satoshi in these communications?

17        A.    Yes.

18        Q.    Do you know why -- just asking yes or no.  Do

19   you know why plaintiffs attorneys asked you to do that?

20        A.    No.

21        Q.    Do you have an understanding as to why this is

22   going to be helpful to the jury?

23             MR. ROCHE:  Objection, form and objection you

24        can answer but of course do not communicate

25        conversations you've had with counsel.
```

Andreas Antonopoulos
April 24, 2020                                    49

1           THE WITNESS:  In as much as the communications
2       of Satoshi form part of the public history of the
3       creation of Bitcoin my understanding is that it
4       offers the jury context as to the events and
5       chronology of events that occurred at the creation
6       of Bitcoin and subsequently.
7   BY MR. KASS
8       Q.   Are you offering any opinion as to that
9   chronology?
10      A.   I have, yes, it's in my report.
11      Q.   So between paragraphs 88 and 96 could you
12  point me to your opinion?
13          MR. ROCHE:  Objection.
14          THE WITNESS:  Yes, my opinion is contained in
15      paragraphs 88 through 96.
16  BY MR. KASS
17      Q.   Which portion of the opinion?
18      A.   All of them.
19          MR. ROCHE:  Object --
20          THE WITNESS:  It's a listing of the facts that
21      I discovered through my analysis and the things
22      that I am prepared to testify.
23  BY MR. KASS
24      Q.   So let's start off with this.  89, "the first
25  message from Satoshi Nakamoto appears in the

Andreas Antonopoulos
April 24, 2020                                    50

1    cryptography mailing list of October 31st 2008

2    originating from e-mail address Satoshi@Vistamail.com."

3    That's an opinion of yours?

4         A.   That is a well known historic fact.

5         Q.   But is it an opinion of yours?

6         A.   Yes.

7         Q.   What is the basis for your opinion?

8         A.   Public information.

9         Q.   What public?

10        A.   So I provided in my list of sources the actual

11   posting on the cryptography mailing list on October 31st

12   2008 is online.  It's available as part of the archive

13   of the cryptography mailing list that has been public

14   continuously since its inception and the specific

15   message is accessible on the web exactly as it was

16   archived and there is also a public collection or public

17   archive of communications by Satoshi Nakamoto that is

18   being collected by an independent organization, The

19   Nakamoto Institute, which provides links to all of the

20   original sources.  So it's more like an index of the

21   communications.

22        Q.   What sort of expertise are you using for that

23   opinion that you just gave?

24        A.   What sort of expertise am I using for what

25   opinion?

Andreas Antonopoulos
April 24, 2020                                    51

1        Q.    That the first message from Satoshi Nakamoto

2   appears in the cryptography mailing list on October 31st

3   2008 originating from the e-mail address

4   Satoshi@Vistamail.com.

5        A.    I'm drawing from a broad range of my

6   professional experience in computer science, internet

7   information protocols, information security, the

8   operation and use of mailing lists, public

9   communications on the internet as they've evolved since

10  I first joined in 1989.

11            My understanding of the historical record of

12  Satoshi Nakamoto's communication and various archives

13  that exist on the web.  It's a compilation of a broad

14  range of expertise.

15       Q.    Does somebody have to have your type of

16  expertise to read when the first message appeared from

17  Satoshi Nakamoto?

18       A.    I don't know what someone needs to have to

19  read when the first message appears.  Certainly they may

20  form an opinion based on -- I formed an opinion based on

21  my experience.

22       Q.    Let me ask you.  Aren't you just reading a

23  post?

24            MR. ROCHE:  Objection, form.

25            THE WITNESS:  No.

Andreas Antonopoulos
April 24, 2020                    52

1   BY MR. KASS

2       Q.   What are you doing?

3       A.   I'm reading a post as well as understanding

4   all of the context of what I'm reading and how that

5   appears and how it is stored and how it was created and

6   how it was archived, what the headers of the messages

7   mean, what the dates mean, how that information is

8   securely stored and archived, whether it is accurate or

9   not, whether the sources are reliable or not all based

10  on my broad experience of understanding how internet

11  communications, mailing lists and information security

12  work.

13      Q.   Let me ask you.  Does all of what you just

14  stated does that appear anywhere in your report?

15      A.   Does what appear anywhere on the report?

16      Q.   Your prior answer what you looked at this and

17  the headers -- I don't know you gave this whole sort --

18  it appears now you're stating you did some sort of

19  analysis of that post.  Did you do an analysis of this

20  post?

21      A.   I read the post.

22          MR. ROCHE:  Object to the form.

23  BY MR. KASS

24      Q.   Did you do an analysis of the post?

25      A.   Reading the post applied all of my prior

1    experience.

2         Q.    So other than reading did you do -- was there

3    any methodology that you did to validate that message?

4              MR. ROCHE:  Objection to form.

5              THE WITNESS:  The reading of the post applied

6         all my previous experience to validate that

7         message.

8    BY MR. KASS

9         Q.    So what was your opinion after reading that

10   post, what opinion did you reach?

11        A.    That the first message from Satoshi Nakamoto

12   appears in the cryptography mailing list on October 31st

13   2008 originating e-mail address Satoshi@Vistamail.com.

14   In this posting Satoshi announces Bitcoin and provides a

15   link to the Bitcoin white paper.

16        Q.    Could I have read that same post and reached

17   the exact same conclusion?

18        A.    I have no opinion or knowledge of your skills

19   Mr. Zalman.

20        Q.    How about someone who has a fifth grade

21   education in reading, could they have read that post and

22   reached the same conclusion that you did?

23             MR. ROCHE:  Objection to form.

24             THE WITNESS:  I have no basis of knowing what

25        conclusions someone like that might reach.

Andreas Antonopoulos
April 24, 2020                    54

1   BY MR. KASS

2       Q.   How do you know that's the first post from

3   Satoshi Nakamoto?

4       A.   It is the first public message that I was able

5   to find and is also broadly recognized as the first

6   message from Satoshi Nakamoto.

7       Q.   First of all do you see the word public

8   anywhere in that opinion in paragraph 89?

9       A.   No.

10      Q.   Are you changing your opinion that now it's

11  the first public message?

12          MR. ROCHE:  Objection, form.

13          THE WITNESS:  I have no way of knowing whether

14      Satoshi Nakamoto communicated privately with others

15      under that name at any time.  I can only rely on

16      what has been made public.

17  BY MR. KASS

18      Q.   But you're stating categorically this is the

19  first message from Satoshi?

20      A.   Yes.  To my knowledge this is the first

21  message from Satoshi.

22      Q.   How do you know Satoshi wrote that message?

23      A.   That's a -- how do I know Satoshi wrote that

24  message?

25      Q.   Yes.

Andreas Antonopoulos
April 24, 2020                                    55

```
 1        A.    This is the first message that I know of that
 2   uses the name or pseudonym Satoshi Nakamoto and
 3   therefore it is by definition the first message by
 4   Satoshi Nakamoto.
 5        Q.    Do you agree that Satoshi Nakamoto is a
 6   person?
 7             MR. ROCHE:  Objection.
 8             THE WITNESS:  I don't know who Satoshi
 9        Nakamoto is or if it is a person or not.
10   BY MR. KASS
11        Q.    Do you believe Satoshi Nakamoto is human?
12        A.    I believe Satoshi Nakamoto is one or more
13   humans.
14        Q.    So those one or more humans how do you know
15   that one of them wrote that post?
16        A.    It's circular.  That's a circular logic
17   question because by definition the first message where
18   that pseudonym is identified by definition was written
19   by Satoshi Nakamoto.
20        Q.    Let me ask you.  If I were to go right now
21   write a message from Satoshi backdate it to 2009, plop
22   it on that same Web site does that become a Satoshi
23   post?
24             MR. ROCHE:  Objection.
25             THE WITNESS:  Absent a time machine you could
```

Andreas Antonopoulos
April 24, 2020                                          56

1          not go back to 2009 and post a message by Satoshi

2          Nakamoto.

3    BY MR. KASS

4          Q.    Now, let's just back up.  Satoshi Nakamoto, is

5    Satoshi Nakamoto the person who uses

6    Satoshi@Vistamail.com or is Satoshi Nakamoto the person

7    who invented the Bitcoin block chain?

8          A.    Both.

9          Q.    So any post that comes from

10   Satoshi@SatoshiVistamail.com by your definition is a

11   communication by Satoshi?

12         A.    So first message from Satoshi Nakamoto comes

13   from that e-mail address.  I have not stated an opinion

14   about any message from that e-mail address.  The

15   messages I have listed it is my opinion that those are

16   from Satoshi Nakamoto.

17         Q.    Why are you making a difference between the

18   first message and subsequent messages?

19         A.    I have only formed an opinion as the messages

20   that I've listed in my report.  I have not --

21         Q.    Sorry?

22         A.    I have not commented on messages that are not

23   in my report.

24         Q.    But in your report you do cite to -- well --

25   let's go to paragraph 90.

Andreas Antonopoulos
April 24, 2020                                    57

1        A.    Yes.

2        Q.    Satoshi engages in communications with several

3    others on the mailing list in response to questions

4    using the Satoshi@Vistamail.com as his e-mail address.

5    Is that an opinion of yours?

6        A.    I am noticing that either through

7    typographical error or just grammatical error I said

8    engages.  I believe what I meant to say is engaged, past

9    tense.  Because I am referring to the past.  So Satoshi

10   engaged in conversations with several other users on the

11   mailing list in response questions using that as his

12   e-mail address and I'm using the pronoun his generically

13   we don't know if Satoshi is male, female or plural.

14       Q.    At other times you do use the pronoun they?

15       A.    I prefer the pronoun they in this particular

16   case.  I used his.

17       Q.    Either way.

18       A.    It is not part of my opinion as to the gender

19   or nature of Satoshi Nakamoto.  It may be more than one

20   person.

21       Q.    If we change engages to engaged and we change

22   his to they is this your opinion?

23       A.    Yes.  I think that's what I was trying -- that

24   is what I was trying to express, yes.

25       Q.    And from what point in time does Satoshi use

Andreas Antonopoulos
April 24, 2020                                    58

1    that e-mail address?

2        A.   As far as I know from October 31st 2008.

3        Q.   Until?

4        A.   I don't know that I have the end date of when

5    that was last used.  I think it was -- yes, I do have it

6    in '92.  December -- I believe that e-mail was used

7    through December 2010.

8        Q.   So any address after December 2010 coming from

9    at that address do you have any opinion as to whether it

10   came from Satoshi?

11       A.   I would have to look at the specific e-mail to

12   form an opinion.

13       Q.   So you don't have any opinion as to a specific

14   cutoff as to when Satoshi stopped using that address?

15       A.   I have no way of knowing.  Satoshi may still

16   be using that address today.

17       Q.   So what opinion are you -- what are you

18   telling the jury, what's your opinion?

19       A.   Telling the jury what it says in paragraphs 89

20   through 96.

21       Q.   Are you telling -- but you're not telling the

22   jury there's any point in time where he stopped using

23   it?

24       A.   I don't see that in 89 through 96.

25            MR. ROCHE:  Object to the form.

Andreas Antonopoulos
April 24, 2020                                    64

1   formed an opinion about hypothetical e-mails.

2        Q.    From the Satoshi Vista mail address prior to

3   December 12th 2020?

4        A.    All the e-mails I have seen from that e-mail

5   address in my opinion are e-mails from Satoshi Nakamoto.

6        Q.    Is that based on the -- how do you know they

7   were all from Satoshi Nakamoto?

8        A.    I base that opinion on the totality of my

9   experience with information systems, internet

10  communications, the nature of mailing lists et cetera.

11       Q.    Could you give me anything more specific,

12  specific factors that you used to determine that all of

13  those communications were from Satoshi?

14       A.    The specific factors are my knowledge of the

15  way mailing lists operate, internet communications

16  operate and my reading of the e-mails that I've referred

17  to in paragraphs 88 through 96.

18       Q.    Let's break this down.  As far as how mailing

19  lists operate and computer lists operate does that

20  guarantee that the person who sent that e-mail is in

21  fact Satoshi?

22       A.    The way mailing lists work is that in order to

23  communicate with a mailing list one must be able to

24  respond from the address that is registered to the

25  mailing list in order to subscribe in the first place.

Andreas Antonopoulos
April 24, 2020                                    65

1          So that involves two way communication and

2    confirmation meaning that in order to subscribe to the

3    mailing list the person needs to be able to both send

4    and receive from a specific mailing list and response to

5    a subscription confirmation message.

6          In addition when conducting a long threaded

7    conversation when there are replies and counter replies

8    again that requires that e-mail address to be able to

9    receive and send e-mail to the mailing list and so

10   that's the basis of my opinion.

11        Q.   So does one have to be -- did you consider

12   whether anybody else could have sat down at Satoshi's

13   computer and typed the message?

14        A.   I don't know whether Satoshi had a computer,

15   how many computers were used, how many people form or

16   use the pseudonym Satoshi Nakamoto so that is not

17   something I know.

18        Q.   It wasn't considered in forming your opinion;

19   correct?

20        A.   How many people are -- how many people the

21   pseudonym Satoshi Nakamoto refers to?  One or more?

22        Q.   No.

23        A.   That is part of the -- part of the assumptions

24   in my opinion is that we don't know who Satoshi Nakamoto

25   is.  That's my opinion as I stated before or whether it

1    is one person or more.

2         Q.   So are you going to opine which people sent

3    those e-mails?

4         A.   Satoshi Nakamoto sent those e-mails.

5         Q.   Now, if Satoshi Nakamoto's uncle was visiting

6    for a day and decided to type up an e-mail and say "good

7    morning everybody" from the Satoshi address is his uncle

8    Satoshi Nakamoto?

9              MR. ROCHE:  Objection to form.

10             THE WITNESS:  I have not seen such an e-mail.

11        I haven't formed an opinion on that hypothetical.

12        Communications that I reviewed in my opinion were

13         from Satoshi Nakamoto.

14   BY MR. KASS

15        Q.   Are you going to give any opinion that

16   Dr. Wright was involved with sending those e-mails?

17        A.   I don't know what Dr. Wright's role was or

18   wasn't.  I don't have an opinion.

19        Q.   Do you have any opinion as to whether David

20   Kleiman was involved in sending those e-mails?

21        A.   I don't.

22        Q.   Do you know what e-mail address spoofing is?

23        A.   Yes.

24        Q.   Could someone have spoofed the Satoshi e-mail

25   address?

1    lists and that's how this context is relevant.

2        Q.    So just so we're clear.  From paragraphs 108

3    through 112 what portion of that is your opinion?

4        A.    All of that is my opinion on the related facts

5    and context.

6        Q.    Can you show me which part are the facts and

7    which part is the opinion?  I'm just having trouble

8    distinguishing the two.

9        A.    I don't know that I can parse out specific

10   words as facts and specific words as opinion.

11       Q.    I am fine if you do it by paragraph.

12       A.    Okay.  So in paragraph 108 it is my opinion

13   that I expected to see the Bitcoin addresses included in

14   some or all of the lists.

15           In paragraph 109 it is my opinion that the

16   coin spent in that transaction were mined in block 9

17   spent in block in 170 and are not included in any of the

18   lists produced -- in 109 it is my opinion that and then

19   I quote the last sentence "the coins spent in that

20   transaction were mined in block number nine spent in

21   block number 170 and are not included in any of the

22   lists produced by defendant."

23           The last sentence in 110 and I quote "the

24   coins spent in that transaction were mined in block 286

25   and are not included in any of the lists produced by

1   defendant."  In paragraph 111 "the coins spent in that

2   transaction were mined in block number 5326 and are not

3   included in any of the lists produced by defendant."

4   All of paragraph 112.  Do you need me to quote that?

5        Q.   No, that's fine.  Is it fair to say that

6   through those paragraphs whatever you did quote as an

7   opinion is going through the basis for those opinions?

8        A.   Anything -- the rest of those paragraphs

9   provide the context and the basis of those opinions but

10  not the only basis of those opinions.

11       Q.   Then what are the other basis of those

12  opinions?

13       A.   The totality of the materials I examined and

14  the experience that I have.

15       Q.   Which materials that you examined?

16       A.   The materials listed in the report as well as

17  the block chain records of the specific transactions and

18  the e-mails and communications of the various recipients

19  of these transactions.

20       Q.   Which specific e-mails and communications of

21  the various recipients of these transactions?

22       A.   I don't have them in front of me.

23       Q.   Do you have them anywhere in your report?

24       A.   I don't think I have a link to the specific

25  e-mails in my report.

Andreas Antonopoulos
April 24, 2020                                          75

1        Q.    Are you relying on anything else?

2        A.    The totality of my experience.

3        Q.    Apart from the totality of your experience is

4    there anything else that you're relying on?

5        A.    I don't believe so.

6        Q.    Are you familiar with somebody by the name of

7    Gavin Andresen?

8        A.    Yes.

9        Q.    Who is Mr. Andresen?

10       A.    Mr. Gavin Andresen is a well known figure in

11   the Bitcoin space who is one of the first programmers to

12   engage with Satoshi Nakamoto and was for a period of

13   time entrusted with maintenance of the code base of the

14   Bitcoin core client.

15       Q.    How would you rate Mr. Andresen's knowledge of

16   the Bitcoin core client?

17       A.    I don't know that I have any basis or metric

18   to rate that.

19       Q.    Let me ask you.  Did you ever meet

20   Mr. Andresen?

21       A.    Several times, yes.

22       Q.    Do you have an understanding of the work he

23   did on the Bitcoin core client?

24       A.    I have some understanding of the work he did

25   on the Bitcoin core client.  I don't have detailed

1  understanding.  I haven't reviewed it specifically.

2       Q.   Have you reviewed any e-mails between Satoshi

3  and Mr. Andresen?

4       A.   I don't recall.  I have seen some public

5  communications between Satoshi and Gavin Andresen.

6       Q.   What do those communications reflect

7  Mr. Andresen's understanding of the Bitcoin core client?

8       A.   I'm trying to be helpful here.  Let me just

9  say they reflect -- they reflect well on Mr. Andresen.

10 He seems like a competent programmer with a good

11 understanding of Bitcoin, yes.

12      Q.   How about Bitcoin in general?

13      A.   Yes.

14      Q.   You state in paragraph 117 of your report

15 which is I believe Exhibit 1 that "a key property of any

16 cryptographic hash algorithm is that it's output is

17 across a range of upon values."  You see that?

18      A.   Yes.

19      Q.   Is that an opinion of yours?

20      A.   That's a fact and also my opinion, yes.  It's

21 an opinion based on fact.

22      Q.   What is your basis for that opinion?

23      A.   My knowledge of cryptographic hash algorithms.

24      Q.   Anything else?

25      A.   I'm sure that that knowledge has also been