Stefan Boedeker
April 22, 2020

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3               CASE NO. 9:18-cv-80176-BB/BR

4

5    IRA KLEIMAN, as the personal representative
     of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,

6

          Plaintiffs,

7

     -vs-

8

     CRAIG WRIGHT,

9

          Defendant.

10

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF STEFAN BOEDEKER

13   DATE TAKEN: April 22, 2020

14   TIME: 12:40 a.m. - 5:50 p.m.

15

     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
16                 AND NOTARY PUBLIC

17

18   * * * * * * * * * * * * * * * * * *

19

20

21

22

23

24

25

Stefan Boedeker
April 22, 2020                                    18

1          answer then go ahead and answer.

2                THE WITNESS:  Understood, yes.

3     BY MR. KASS

4          Q.   Have you ever been excluded from testifying as

5     an expert?

6          A.   I have not been excluded from testifying as an

7     expert.

8          Q.   Has a court ever rejected your report?

9          A.   There have been instances I think where some

10    of my opinions have been rejected.

11         Q.   Do you know how many?

12         A.   I do not.

13         Q.   Now, would you agree that -- would you agree

14    that you have expertise in statistics?

15         A.   Yes, I will.

16         Q.   And do you have expertise in economics?

17         A.   Yes.

18         Q.   And expertise in damage calculations?

19         A.   Yes, I do.

20         Q.   Do you have any expertise in Bitcoin?

21         A.   I am not an expert in Bitcoin.

22         Q.   Have you ever previously testified about

23    Bitcoin?

24         A.   I have not.

25         Q.   Do you have any training as relates to

1  Bitcoin?

2      A.   I do not.

3      Q.   Do you know how Bitcoin works?

4      A.   I have a general understanding but again I'm

5  not an expert in Bitcoin.  I was retained to -- as a

6  statistician in this case.

7      Q.   How did you obtain that general understanding?

8      A.   How did I obtain the general understanding of

9  what, Bitcoin?

10     Q.   Yes.

11     A.   I had some high level understanding of Bitcoin

12 and then I looked at some general literature

13 information, Google, some online research to offset my

14 work.

15     Q.   Do you have an approximate date when you did

16 that general investigation or research into Bitcoin?

17     A.   That was pretty much upon having been retained

18 in this case and I had some research done and then

19 reviewed the materials.

20     Q.   Does your general understanding go to the

21 mechanical functions of how Bitcoin mining works?

22     A.   I have a rudimentary understanding of that but

23 I'm not like a -- I don't have expertise on how it would

24 be done on a day to day basis by actually individuals

25 mining Bitcoin.

1        Q.    Do you understand how a Bitcoin transaction is

2   represented on Bitcoin block chain?

3        A.    What do you mean by that, how is it

4   represented?

5        Q.    Right.  So if I were to show you a copy of a

6   Bitcoin block chain and I would ask you can you show me

7   the public address would you be able to do that?

8        A.    I do know what the hexadecimal system used but

9   how I can identify the address I would not know.

10       Q.    If I identify the transaction IDs would you be

11   able to do that?

12       A.    The transaction IDs for the data that I was

13   given is not my investigation or my analysis.  So that

14   is what the starting point of the process.

15       Q.    But if I asked you -- if I gave you a copy of

16   a Bitcoin block chain I asked you to identify the

17   transaction IDs for block 10, 11 and 13 could you do

18   that?

19       A.    I would not be able to do that.  I just used

20   the data that represented the transaction IDs that were

21   already done.

22       Q.    Do you know what function the transaction IDs

23   have on the Bitcoin block chain?

24       A.    What function?

25       Q.    Yep.

1      A.    They're there to identify each individual

2  steps in the process of the mining.

3      Q.    So you don't know like why they're actually

4  necessary or what they actually do?

5      A.    That's correct.  I do not know the purpose of

6  the whole process.

7      Q.    Do you know how transaction IDs are generated?

8      A.    The transaction IDs are generated through a

9  process, the hashing process, and I looked at the

10  Shadders 256 for example.

11          I looked at the hashing example the SHA-256

12  and then how transaction IDs are generated with that but

13  I did not look at how the process -- I looked at the

14  output.

15          MR. FREEDMAN:  The word is SHA-256.

16  BY MR. KASS

17      Q.    Do you know on the Bitcoin block chain what

18  are the input that are then hashed?

19      A.    What are the inputs?

20      Q.    Yes.

21      A.    On the block chain?

22      Q.    Let me rephrase that.  When you hash something

23  the data that you're hashing, what would you call that?

24      A.    Again I'm not an expert in the generation of

25  the Bitcoin themselves but I used the transaction ID

Stefan Boedeker
April 22, 2020                           22

1    data and the statistical analysis on that.

2        Q.   As far as hashing SHA-256 works what's your

3    understanding as to how SHA-256 works?

4        A.   My general understanding is that is generating

5    a little different definition uniform to equally

6    distributed output but that is my understanding so I

7    don't know what the hashing process is.  That is not my

8    expertise.

9        Q.   Do you understand that when you're hashing

10   data you start with something, you hash it and then you

11   get a different outcome; is that correct?

12       A.   That is correct.  That is my understanding of

13   the process.

14       Q.   Now, as far as the Bitcoin block chain is

15   concerned do you know what that something is that is

16   then being hashed to get my output?  Do you know what

17   the first input before the hashing is?

18           MR. FREEDMAN:  Object to form.

19           THE WITNESS:  In general the hashing -- excuse

20       me, the process starts with a solution of like a

21       mathematical problem but again I'm not a Bitcoin

22       expert that knows about what the hashing program

23       does.  I just work with the algorithm of what the

24       hashing does and that is creating some of the

25       equally uniform distributed data.

Stefan Boedeker
April 22, 2020                    23

1    BY MR. KASS

2        Q.    So you don't have an understanding of the

3    input?

4        A.    I don't have an understanding of how the

5    process or what the process does.  That's the output

6    that I analyze.

7        Q.    You also don't know what the actual input is?

8        A.    No.  I said that already.

9        Q.    Sorry.  Perfect.  I wanted to make sure I have

10   that in the record.  Now, you said you had done some

11   research as to how Bitcoin works.  Where did you do that

12   research?

13       A.    What do you mean by where?

14       Q.    Let me rephrase that.  What were your sources

15   of data when you were doing your research?

16       A.    That was basically online research.  Articles

17   just using some of the key terms and then I read some of

18   those articles.  Again that was to give me background.

19   My opinion themselves are purely based on statistical

20   calculations.

21       Q.    Did you conduct any -- did you read any books

22   on Bitcoin?

23       A.    I did not read any books on Bitcoin.

24       Q.    So basically you did Google searches and read

25   some articles?

Stefan Boedeker
April 22, 2020                                    24

1      A.    That's correct and one of the excerpts was

2   from an E book about Bitcoin.  An E book that one of my

3   research assistants found on what Bitcoin and another

4   guy I looked at an excerpt of that about the SHA-256 but

5   I didn't read the entire book.

6      Q.    At any point in time did you speak to somebody

7   named Andreas Antonopoulos?

8      A.    That name does not sound familiar.

9      Q.    Do you have any expertise in cryptocurrency?

10     A.    I do not.

11     Q.    Do you know how to read computer code?

12     A.    Depends on the code itself.  I have some

13  programming that I did in the past but I am not a

14  computer programmer per se.

15     Q.    Have you ever testified about cryptography?

16     A.    I have not.

17     Q.    Do you believe that you have expertise in

18  hashing?

19     A.    The last one was cut off.  I didn't hear the

20  last word.

21     Q.    Do you believe that you have expertise in

22  hashing?

23     A.    In hashing no, I do not.

24     Q.    Have you ever testified about hashing before?

25     A.    I have not.

Stefan Boedeker
April 22, 2020                    35

1        Q.    As a result of that conclusion are you also

2    opining that somebody cannot rely on that list?

3             MR. FREEDMAN:  Objection.

4             THE WITNESS:  I mean that is a question that I

5         did not answer to my analysis.  My analysis just

6         said that something happened to that list but it

7         does not make any inference about the reliance on

8         that.  It just shows the probability is very small

9         that that list was generated in the same process

10        that a lot of the data are coming from in

11        uniformity but it does not make any statement about

12        reliance of the list particularly I was never asked

13        to check on reliance.

14             My question reliance for what.  I was not --

15        my analysis did not deal with question of reliance.

16   BY MR. KASS

17        Q.    So is it fair to say that you have no opinion

18   as relates to reliance on that data?

19        A.    I would not reliance on for what.  I would

20   just show that it has anomalous transaction which make

21   it very likely that some manipulation took place and

22   that's where my analysis ends.  I was not asked to go

23   into any further I would say analyses with respect to

24   reliance.

25        Q.    Because you were not asked to do that

Stefan Boedeker
April 22, 2020                                          36

1    additional work you currently have no opinion on that;

2    correct?

3         A.    That is correct, yes.

4         Q.    Do you have any opinion as to whether the list

5    you looked at is a fraud?

6              MR. FREEDMAN:  Objection.

7              THE WITNESS:  Whether the list I looked you

8         mean -- when you say list I want to make sure that

9         we're talking about those three data files with the

10        16,404 rows?

11             MR. KASS:  Yes, correct.

12             THE WITNESS:  Yes, I mean that was given to me

13        as three data sets with those numbers of rows so I

14        did not do any analysis if that was fraudulent or

15        not.  That would be beyond my expertise to draw

16        those conclusions.  I have no opinion about that.

17   BY MR. KASS

18        Q.    Do you have any opinion as to when this

19   claimed manipulation occurred?

20        A.    I do not have an opinion about that.  I did

21   not do an analysis about that.

22        Q.    Do you have any opinion as to who did this

23   manipulation?

24        A.    I do not.

25        Q.    What portion of the data was manipulated?

Stefan Boedeker
April 22, 2020                                    37

1        A.    That one goes more into the specifics of my

2    analysis.  By looking at the data I identified what I

3    called two gaps and that just had a very small number of

4    transactions.  That's where the anomalies happened but

5    again I'm not a technical expert knowing how

6    manipulations would be done with these kind of data.

7    But again whatever was done to the data created two gaps

8    that were anomalous within the overall distribution of

9    the data I analyzed.

10       Q.    So is it fair to say that your manipulation is

11   based on two gaps; correct?

12             MR. FREEDMAN:  Objection.

13             THE WITNESS:  You said my manipulation.  I did

14       not manipulate the data.

15   BY MR. KASS

16       Q.    Your conclusion of manipulation was based on

17   two gaps in the data?

18             MR. FREEDMAN:  Objection.

19             THE WITNESS:  Yes, I mean my analysis shows

20       that the two gaps in the data that do not fit in at

21       all into the remainder of the distribution but

22       again the manipulation saying my conclusion data

23       was manipulated to better handle real certainty but

24       I don't know technically how the manipulation

25       happened but if there was manipulation on those two

Stefan Boedeker
April 22, 2020                    38

1        gaps.

2   BY MR. KASS

3        Q.   So in other words, it appears like data is

4   missing; is that fair to say?

5        A.   Again I don't want to speculate but the data I

6   was given shows that it's anomalous relative to -- take

7   the two gaps as two defined data portions and there is a

8   data cloud to the left of the first gap and there is a

9   little island of data between the two gaps and then

10  after the second gap there is again a large data cloud

11  so that's how I visualized the data initially and then

12  saw that gap and within these gaps there is a small

13  number of formula transactions.

14       Q.   Would it be fair to say that it appears like

15  data is missing?

16       A.   I mean that would be one possible explanation

17  about the appearance of gaps.

18       Q.   Do you have any opinion as to the data that is

19  there and whether the data that was actually there was

20  manipulated?

21       A.   What do you mean by the data that was there?

22       Q.   As you described it there's cloud, gap, cloud,

23  gap, cloud, gap; right?

24       A.   Yes, pictorial of what the data looked like,

25  correct.

Stefan Boedeker
April 22, 2020                          39

1      Q.   I am visual.  So I understand there is gaps

2   there's something missing because you have clouds on the

3   side; right?

4      A.   The data -- that is correct.  I basically

5   analyzed the data before, between and after the gap and

6   the distribution there indicates that something may be

7   missing, yes.

8      Q.   Do you have any opinion as to whether the

9   cloud data was manipulated, that's my question?

10     A.   The cloud data I did analyze and identified

11  the distribution but I did not draw any conclusions of

12  something missing there because that wasn't my base of

13  comparison.

14     Q.   Would it be fair to say that you have no

15  opinion as to whether the cloud data was manipulated?

16     A.   I have no opinion because I didn't do any

17  specific analysis of that.  I didn't do any specific

18  analysis to identify the cloud data had been

19  manipulated.

20     Q.   Mr. Boedeker, are you familiar with the name

21  Satoshi Nakamoto?

22     A.   He is considered the founder of Bitcoin.  That

23  is something I knew before I started working on this

24  case.

25     Q.   Do you have any opinions as to who Satoshi is?

Stefan Boedeker
April 22, 2020                                    40

1    A.    I do not.

2    Q.    Are you aware whether Satoshi is known to have

3    mined specific Bitcoin blocks?

4    A.    Besides knowing the name in connection with

5    being the founder of Bitcoin I have no knowledge about

6    Nakamoto.

7    Q.    Have you made any attempt to identify which

8    Bitcoin were mined by Dr. Craig Wright?

9    A.    I did not.  Again I used the list of data and

10   that was pretty much the universe of my analysis.  No

11   other knowledge or information was utilized except

12   having a view from the statistical perspective on that

13   particular data.

14   Q.    Have you made any attempt to identify the

15   Bitcoin that were mined by Dave Kleiman?

16   A.    I did not.

17   Q.    Now, you're testifying about the statistical

18   probability gaps would appear on that list of

19   transaction IDs that you were provided with; correct?

20   A.    Not just generally that gaps would appear but

21   I looked at the distribution of gaps and then answered

22   the question of likelihood of gaps of a certain length.

23   Q.    You're not testifying as to whether those

24   transactions IDs actually exist on the Bitcoin block

25   chain; correct?

Stefan Boedeker
April 22, 2020                                      41

```
 1        A.    The transaction IDs in the data that I

 2   analyzed?

 3        Q.    Yes.

 4        A.    I did not tie that back to the whole Bitcoin

 5   chain.

 6        Q.    You didn't look at the Bitcoin block chain;

 7   correct?

 8        A.    I did not look at the block chain.

 9        Q.    And you have no opinion as to whether they

10   exist or not, you don't know?

11        A.    That's correct.  I do not know.

12        Q.    Do you have any opinion as to whether those

13   Bitcoin or the Bitcoin address -- whether the Bitcoin

14   addresses that are reflected by transaction IDs on the

15   list that you looked at have any Bitcoin in them on the

16   Bitcoin block chain?

17        A.    I have no opinion about that.  I just looked

18   at the transaction ID itself without drilling down the

19   information contained.

20        Q.    Do you have any opinion as to whether the list

21   of transaction IDs that you looked at reflect the entire

22   mining of Bitcoin by one person?

23             MR. FREEDMAN:  Sorry, Zalman, can you repeat

24        that?  You cut out for me.

25
```

Stefan Boedeker
April 22, 2020                                    42

1    BY MR. KASS

2        Q.   Sure.  Do you have any opinion as to whether

3    the list of transaction IDs that you looked at reflect

4    the entirety of Bitcoin mined by one person?

5        A.   I do not have an opinion on that.

6        Q.   Now, it's your opinion -- your conclusion is

7    that statistically very improbable that those gaps exist

8    on the list of transaction ID you saw, is that accurate?

9        A.   I mean that's actually incorrect because the

10   gaps do exist in the data I analyzed.  I know I answered

11   the question how likely is it given the rest of the

12   transaction that these gaps occur rather than saying if

13   they occur or not because the fact is they do occur at

14   least in the data I reviewed.

15       Q.   But it's your opinion that they only occur

16   because there was some sort of manipulation?

17       A.   Looking at the rest of the 16,404 transaction

18   IDs that is my conclusion, yes.  It does not fit into

19   the remainder of the patterns where each of the data

20   clouds we talked about earlier surrounding the gaps or

21   in the gaps they follow the same statistical pattern.

22       Q.   Sure.  So it's your opinion that it's

23   statistically very improbable that it occurred without

24   manipulation?

25       A.   Yes, the last part if you said occurred by

Stefan Boedeker
April 22, 2020                                    43

1   itself?

2       Q.    Yes.

3       A.    That is correct.  Statistically very

4   improbable.  The fact that it did occur has a

5   probability of one because the data.  Now I basically

6   answered the question did that occur by itself.

7       Q.    You do agree that some things that are

8   statistically improbable could happen?

9       A.    Again as long as the probability of an event

10  is not zero it is not impossible.  Now I think in my

11  declaration or report I have compared it to winning the

12  Powerball 31 weeks in a row has about the same

13  probability so is that impossible no, but it has a very

14  small probability of occurring.

15      Q.    You're not saying categorical uncertainty that

16  never happened?

17          MR. FREEDMAN:  Objection.

18          THE WITNESS:  Sorry, did I talk over you?

19          MR. FREEDMAN:  No, you're good.  Go ahead.

20          THE WITNESS:  That's actually not what I said.

21      I did not say that it did never happen.  It is a

22      very, very, very important distinction.

23      Probability talks about the likelihood of something

24      occurring and if something has never happened until

25      today then it just means that the frequency of

Stefan Boedeker
April 22, 2020                                    56

1    words, the union of the e-mail list in Exhibit B is what

2    I used for writing the report.

3         Q.   Right.  Okay.  But now you just said how you

4    did look at the Shadders List which I guess falls into

5    some sort of other category; right?

6         A.   That's another category that I did not use for

7    the calculations in my report.

8         Q.   So in that other category are there any other

9    documents like the Shadders document?

10        A.   There was two other data files.  Set of

11   three -- two sets of three other data files in

12   hexadecimal, decimal and normalized format.

13        Q.   And what type of data was on those files?

14        A.   They were identical in format to the three

15   listed on Exhibit B in the sense that it was one column

16   of data and thousands of rows of data also.

17        Q.   Do you know what that data represented?

18        A.   It's my understanding that that data

19   represented other transaction IDs.  One of the Shadders

20   or Shadders List how you pronounce it.  One was labeled

21   DK and one was labeled CW.

22        Q.   But that has nothing to do with your opinion;

23   correct?

24        A.   Exactly.  Those data were not used in the

25   analysis to derive at my opinion.

Stefan Boedeker
April 22, 2020                          57

1        Q.    You're not opining about the DK list; correct?

2        A.    That is correct.

3        Q.    And you're not opining about the CW list?

4        A.    That is correct.

5        Q.    And you're not opining about the Shadders

6   List?

7        A.    That is correct too.

8        Q.    At what point in time were you provided with

9   those three files, the Shadders, the DK and the CW?

10       A.    Let me think about that.  It was the week of

11  the due date of my report.

12       Q.    So while you were still drafting your report

13  you were provided with those files?

14       A.    That is correct.

15       Q.    Did you conduct any analysis of those files?

16       A.    I conducted just the distribution analysis but

17  then was asked to not do any more work.

18       Q.    Do you know why you were told to not do any

19  additional work?

20            MR. FREEDMAN:  Objection.  Wait Mr. Boedeker,

21       because I think you get -- this is privileged

22       information.

23            MR. KASS:  I'm just asking does he know why

24       then I can ask him how he knows.

25            MR. FREEDMAN:  Why don't we ask him if he has

Stefan Boedeker
April 22, 2020                                    58

1          any understanding of why beyond conversations of

2          counsel so you can get there in a safer manner?

3               MR. KASS:  I'll do it your way.  Generally I

4          ask questions my way but I -- just to short

5          circuit.

6     BY MR. KASS

7          Q.   Other than conversations with counsel are you

8     aware of why you stopped conducting that analysis?

9          A.   It was my understanding that it was not --

10    would not have been part of the --

11              MR. FREEDMAN:  Mr. Boedeker, sorry, just

12         answer the question he asked which is do you have

13         an understanding as to why you did not answer the

14         question outside of conversations you had with

15         counsel.

16              THE WITNESS:  No, I do not.

17    BY MR. KASS

18         Q.   Did you complete any analysis of those three

19    files?

20         A.   I did not.

21         Q.   But you looed at them -- you looked at them

22    you did some sort of distribution thing to it; correct?

23         A.   Can you say --

24         Q.   Back up.  You got three files; right?  You

25    opened them up and you said you looked at some sort of

Stefan Boedeker
April 22, 2020                                    59

1    distribution of those files; is that accurate?

2        A.   I was about to style a distribution list of

3    those files when I was asked to not resume the work.

4        Q.   So you never actually started that analysis?

5        A.   I never actually ran the analysis, that's

6    correct.

7        Q.   Okay, got it.  Were there any other files that

8    you were provided similar to those three files which

9    actually didn't complete the analysis and end up in your

10   report?

11       A.   The fourth file that I was provided in that

12   context was the file that I was initially provided that

13   is where my declaration did opine on that file.  So I

14   got a total of four files.  One of them I already had.

15       Q.   Got it.  Would that be the one that's titled

16   hex, short form of the hex?

17       A.   I did get all three files.  I did get hex and

18   then I also got the dec and normalized.  So there were a

19   set of three files as listed in Exhibit B I got and when

20   I got what I said earlier I got three files there was

21   clear to say there was three sets of three files.

22       Q.   Because you got one set twice?

23       A.   If you count that one then I got four sets of

24   three files and when I'm saying a set of files always

25   contain the hex, the dec and the normalized.

Stefan Boedeker
April 22, 2020                                           60

1        Q.    Let me just try to make sure I understand.

2   You got hex, dec, normalized, you got it way back when

3   right when you started drafting the report; correct

4   initially?

5        A.    Yes, before I drafted the report even that's

6   when I started my analysis.  Let's put that sometime in

7   the middle of March probably.

8        Q.    Understood.  At what point in type do you get

9   the Shadders List, the DK list and the CW list?

10       A.    As I said earlier to the best of my

11  recollection that was the week of the due date of my

12  report and I got the three lists that you mentioned

13  again three different format and then I got the same

14  files that I had received in March already.

15       Q.    Okay.  Now I think I understand.  So for

16  example the Shadders List you got it in the hex, you got

17  it in a dec and you got it in normalized; correct?

18       A.    That's correct.  That's what I meant each had

19  three files.

20       Q.    Now I got it.  It was the same three files in

21  three different formats nine files altogether?

22       A.    That's correct.

23       Q.    Thank you, now I understand.

24            MR. FREEDMAN:  Zalman, Mr. Kass, I apologize

25       but I was meant to send you I think it was

Stefan Boedeker
April 22, 2020                                61

1        additional five -- I just e-mailed them to you.  It

2        was my mistake.  I was meant to send you five other

3        documents and I just want to make sure you see them

4        and you may want to take a break and then review

5        them and we can talk about it later.  I want to

6        make sure you saw them.  That was my mistake.

7   BY MR. KASS

8        Q.   Okay.  Well, give me one second.  I think

9   we're going to -- give me one second.  Give me one

10  second.  We don't need to take a break.  I think I can

11  do this on the fly.  I just shared another document and

12  now I'll share the screen.  Mr. Boedeker, do you see an

13  e-mail on this screen?

14       A.   Yes.

15       Q.   Do you see five additional hyperlinks over

16  there?

17       A.   Yes, I see the additional five, that's

18  correct.

19       Q.   Do you know how they ended up in my inbox?

20       A.   How these -- this list ended up in your inbox?

21       Q.   Yes.

22       A.   It seems to have been sent by Mr. Freedman to

23  you and that's how it got in your inbox.

24       Q.   Do you know how Mr. Freedman got those links?

25       A.   These look like references to some background

Stefan Boedeker
April 22, 2020                                    70

1          identical to the data in the hex file that I had

2          initially received the analysis of the data would

3          not have changed.  So I did not issue any opinions

4          about files.

5     BY MR. KASS

6          Q.   Now, let me ask you.  In your report you state

7     that you checked the data from the hex to the dec to the

8     normalized; correct?

9          A.   That's correct.

10         Q.   Where in your report do you say that you

11    checked the data from the DEF to the hex?

12         A.   That was done after the report.

13         Q.   So in your report you're not offering an

14    opinion in your report that the data is the same;

15    correct?

16         A.   The data between DEF and the hex file?

17         Q.   Correct.

18         A.   That is correct, yes.

19              MR. KASS:  I'm going to do a share screen one

20         second and I'm going back to your report which I

21         believe was marked as Exhibit 2.

22    BY MR. KASS

23         Q.   Now, in paragraph 19 you state that -- you

24    state that -- let me ask you.  What do you state in

25    paragraph 19?

Stefan Boedeker
April 22, 2020                                    71

1      A.   I can read it or paraphrase it but I tested

2  the hypothesis that the SHA-256 hashes are approximately

3  uniformly distributed -- randomly distributed over their

4  full range and independent.

5      Q.   Here is my question.  When you say that the

6  SHA-256 hashes which hashes are you referring to?

7      A.   That is the SHA-256 hash in general but then

8  also in particular the data derived that were in the hex

9  data file.

10      Q.   How did you test your hypothesis in general

11  that they are approximately uniformly randomly

12  distributed?

13      A.   The general statement based on some of the

14  background literature as I say in the next sentence that

15  a good or any good cryptograph hash should have these

16  properties i.e., being uniformly distributed.  So that's

17  coming from the general search that I had done to that

18  point and then I'm now basically looking at a specific

19  output which is the 16,404 rows of data in the hex file

20  and then ultimately transformed and normalized.

21  Technically I looked at the data in the normalized

22  format.

23      Q.   So my question is though is it fair to say

24  part of your opinion includes a hypothesis that as a

25  general rule SHA-256 hashes are approximately and

Stefan Boedeker
April 22, 2020                                          72

1    uniformly randomly distributed over their range and

2    independent?

3            MR. FREEDMAN:  You cut out.  Can you repeat

4        the question?

5            MR. KASS:  I just read the first sentence and

6        asked him did he actually test the hypothesis.

7            THE WITNESS:  In the generality for all data

8        generated from SHA-256 hashes I did not test it but

9        I used the information that I had found that any

10        good cryptographic hash should have these

11        properties as a postulated distribution for hashes

12        that are generated using SHA-256.  The ones I used

13        were the ones where I was given the data.

14   BY MR. KASS

15        Q.   Now we're going to go back to Exhibit B which

16   is the data considered.  Which of these data, Exhibit B

17   to your report which is Exhibit 4 to this deposition

18   which -- can you please show me which one of those

19   sources showed you that the SHA-256 is uniformly

20   distributed across the range?

21        A.   These are the data that they don't make a

22   statement that a good cryptographic hash should follow

23   those properties.  That is something that I got from

24   background information and then I tested if a particular

25   outcome of a SHA-256 hash would follow that same

Stefan Boedeker
April 22, 2020                                    73

1    property.

2         Q.   Right.  But the actual underlying assumption

3    that a SHA-256 would be uniformly distributed you never

4    tested that, you just read some stuff online after

5    Googling; correct and that ultimately we find in the --

6    this additional list that I got from Mr. Freedman

7    yesterday?

8         A.   Yes.  Again I mean the -- SHA-256 is an

9    algorithmic way of creating data and that Google book at

10   to the bottom that link actually talks about this one

11   sentence I used in my report of desired properties for

12   cryptographic properties specifically mentioned the

13   SHA-256.  That's where I got that from.

14            From that point I used that as the

15   distribution that I will test the data I received

16   against.  Basically the question that would answer then

17   does that particular data file in its normalized format

18   does it have uniform distribution.  That's what I tested

19   and the uniform distribution which is kind of like the

20   postulated value in my hypothesis that's what I got

21   from --

22        Q.   I understand you're going into your second

23   step of the analysis but I really, really just want to

24   focus on the first step of the analysis.  The first step

25   of the analysis is we need to establish that SHA-256 is

Stefan Boedeker
April 22, 2020                                    74

1   uniformly randomly distributed.  Do you agree with me on

2   that that's the first step of your analysis?

3        A.   I do not agree because I never analyzed

4   whether SHA-256 as an algorithm, right, is something

5   that generates randomly uniformly distributed data

6   points.

7             So I took the literature that says that it

8   does -- in fact it does generate data that are

9   distributed uniform.  Then I used that uniform

10  distribution as a testing point but I never went back

11  and analyzed the algorithm that underlies SHA-256 to

12  identify that that would generate approximately a

13  uniformly distributed barrier.

14       Q.   Sure.  This literature that you looked at is a

15  book that you found on Google books document; correct,

16  number 12?

17       A.   Yes.  That talked about that, yes.

18       Q.   Do you understand how the SHA-256 algorithm

19  works?

20       A.   Again I'm not a software engineer or program

21  this but I don't know how it works.  I just know what

22  the output is and how the output was described in

23  references as approximately uniformly distributed but I

24  don't know the inner workings of the SHA-256.

25       Q.   Is it fair to say you are solely relying on

Stefan Boedeker
April 22, 2020                                    75

```
 1    that Google books document which is number 12 in the
 2    list which is Exhibit 4, no, Exhibit 5 to this
 3    deposition?
 4        A.    Totally rely on what?
 5        Q.    On Google book that's number 12 on the screen
 6    share right now?
 7        A.    That book discusses the properties of SHA-256
 8    and I believe there was one other document that showed
 9    an example of how SHA-256 can be utilized to generate
10    psuedo-random numbers.
11        Q.    Now that document you also found on Google;
12    correct?
13        A.    I mean it's coming through Google.  Probably
14    on the second list that Mr. Freedman sent.
15        Q.    I don't know if it's on here.  Is it on this
16    list?
17        A.    Let me see.  Maybe on the other.  It showed an
18    example and I have a printout of all of these references
19    and it showed an example how SHA-256 generates uniformly
20    distributed random numbers.
21        Q.    Got it.  You're accepting as true what is
22    written in the books; is that accurate?
23        A.    In this case I do, yes.
24        Q.    Do you know who the author is of those
25    articles or books are?
```

Stefan Boedeker
April 22, 2020                                          76

1      A.    I did not put that to memory so right now I

2    don't.

3      Q.    Do you know if they are a reliable source of

4    data?

5      A.    I would have to check.  I mean here for

6    example if it's on this list it may be from the

7    University of Berkeley statistics department.  That may

8    have been one where it shows an example and I do not

9    recall the authors of the Google -- the book I found on

10   Google that talks about Bitcoin general information.

11     Q.    It's fair to say right now you cannot talk

12   about who the authors were; correct?

13     A.    Off the top of my head I don't know.

14     Q.    And you don't know if they're respected

15   authors either, right?

16     A.    At the moment, I don't.

17     Q.    You don't know if they're experts in their own

18   field?

19     A.    I don't know that at the moment.

20     Q.    But to the extent you've looked at anything

21   it's going to in one of the three list of documents that

22   you provided today, correct, that's Exhibit B to your

23   report, the first e-mail from Mr. Freedman last night

24   and the e-mail today, there's no more other e-mails I'm

25   going to get, correct?

Stefan Boedeker
April 22, 2020                    77

1        A.    Of background information?

2        Q.    Correct, yes.

3        A.    That is correct, yes.

4        Q.    Do you know what SHA-256 means?

5        A.    It's some hash algorithm.  I don't know what s

6    stands for.

7        Q.    Do you know what the 256 stands for?

8        A.    I don't.

9        Q.    Do you know how say SHA-256 differs from

10    SHA-20?

11        A.    If there exists SHA-20 I don't know.

12        Q.    Do you know how SHA-256 is different than any

13    other hashing algorithm?

14        A.    I don't.  I have not done any independent

15    research of hashing algorithms.

16        Q.    Is it fair to say you have no independent

17    knowledge as to whether the SHA-256 in fact produces an

18    independent equally distributed random range of numbers

19    as output?

20        A.    Besides the literature that they're referring

21    to here I don't because I have not tested it myself.  I

22    have not talked to the I don't know if it's software

23    engineers or computer scientists who developed this

24    algorithm about how they can attest to that property.

25        Q.    You would agree that reading a book is not

Stefan Boedeker
April 22, 2020                          78

1    personal knowledge, right, or an online news article?

2         A.    I'm confused by the question.  If I read

3    something in a book and I know about it then why

4    wouldn't I call it personal knowledge?  I mean I could

5    read a book about quantum mechanics, understand it and

6    then it becomes my personal knowledge.  So it didn't

7    mean that I have to be the inventor of quantum mechanics

8    no, but I can still have personal knowledge of quantum

9    mechanics.  Maybe I misunderstood your term.

10        Q.    It could be semantics but you did raise

11   another point.  So do you understand how SHA-256 works

12   and the mechanics of it?

13        A.    I only know that what I just testified, what

14   the output of SHA-256 is and again I don't know what the

15   inner workings as I previously testified.  I want to

16   just say I need to refill my water here.

17             MR. KASS:  We can take a break if you would

18        like.

19             THE WITNESS:  Just a quick break.  Thank you.

20             MR. KASS:  Not a problem.

21             (Thereupon, a brief recess was taken.)

22             MR. KASS:  Back on the record.

23   BY MR. KASS

24        Q.    Mr. Boedeker, we previously spoke about the

25   randomness of the output of the SHA-256 hash; correct?

Stefan Boedeker
April 22, 2020                    79

1      A.    That's correct, yes.

2      Q.    Now I'm going to be asking a slightly more

3    nuance question.  The list of hash values that you

4    looked at on -- that started with the hex and ended up

5    in the normalized I'm just going to say the hex.  I know

6    you did analysis of the later one, the closest to pure.

7             MR. FREEDMAN:  Objection.  I know there was no

8        question but you moved on I just wanted to get an

9        objection to the words "closest to pure."

10   BY MR. KASS

11     Q.    Fair enough.  That list -- the hash values on

12   the hex list are really transaction IDs for the Bitcoin

13   block chain; correct?

14     A.    That's my understanding, yes.

15     Q.    Is it your analysis essentially what is the

16   statistical probability that transaction IDs on the

17   Bitcoin block chain would be uniformly random?

18             MR. FREEDMAN:  Objection.

19             THE WITNESS:  Can you repeat the question?  I

20       don't really --

21   BY MR. KASS

22     Q.    I'm trying to understand what your opinion is.

23   So one way to look at your opinion is saying I got a

24   list of hex values, hexadecimals that I'm told is a

25   SHA-256 hash.  My understanding is it should be random

Stefan Boedeker
April 22, 2020                                      80

1    because SHA-256 hash.  I read that online.  Data aren't

2    random, there's a gap; right?

3         A.    That is correct.  Except I have to qualify I

4    didn't just read it somewhere online.  I found reputable

5    sources like the University of Berkeley and that one

6    book on Bitcoin such as read online.  What the goal of

7    the analysis to ask if the output, the hash that I got

8    generated by SHA-256 do follow that uniform

9    distribution, that is correct, yes.

10        Q.    What I'm having difficulty is that the list of

11   hexadecimal transaction IDs on the hex file do not

12   purport to be a random list of hex outputs or do they?

13        A.    What do you mean by a random list of hex

14   outputs?

15        Q.    Well, my question is you're testing the theory

16   as to what -- of whether it is uniformly distributed;

17   right, compared to a random output from a 256 SHA hash;

18   correct?

19        A.    I am testing if the output in the data I

20   received what we called the hex file earlier and

21   transformed into a normalized file.  The transformation

22   I did not change the distribution.  I just put them into

23   a different format like using a fraction versus a

24   decimal number.  So then I tested if they do follow a

25   uniform distribution so that was one of the hypothesis I

Stefan Boedeker
April 22, 2020                                    98

1         MR. FREEDMAN:  Objection by the way.

2         THE WITNESS:  Very important.  Statistics is

3    very precise.  I did not test an expectation --

4         MR. FREEDMAN:  Sorry, I was just trying to get

5    an objection to the 1,500 time the same question

6    that was asked.  I think Rick got it so go ahead.

7    Reanswer the question, please.

8         THE WITNESS:  I have to clarify the question

9    that Mr. Kass asked because I did not test an

10   expectation.  That's probably why the imprecision

11   of the question makes it difficult to answer.  What

12   I did test is given data do they follow uniform

13   distribution.  For particular thing I probably

14   answered about half a dozen times by now also

15   referring to my report it turns out that three data

16   clouds within all the data I analyzed following the

17   distribution the data as a whole do not follow a

18   uniform distribution.

19        I expressed that as an opinion as a conclusion

20   that this particular data set has this property.

21   The test for uniform distribution is -- cannot be

22   rejected for three of the subsets that are very

23   large but as a whole the anonymous observations

24   lead to rejection of the hypothesis of uniformity.

25   There is no step zero or step two, three, four but

Stefan Boedeker
April 22, 2020                    99

1          just an example of what is stated in my report.

2     BY MR. KASS

3          Q.   Let's try looking at the report.  Let's see if

4     we can use the words in your report hopefully that will

5     solve semantics issues.  Do you see paragraph 19 of your

6     report?

7          A.   Yes.

8          Q.   You see the first sentence?

9          A.   Yes.

10         Q.   You see where it says "I tested the hypothesis

11    that that SHA-256 hashes are approximately uniformly

12    randomly distributed over their full range and

13    independent."  Did you do that?

14         A.   Say it again, did I do what?

15         Q.   Did you do that?  Is what you stated in your

16    report is it accurate?

17         A.   In paragraph 18 it ends --

18         Q.   19.

19         A.   Up the screen.  19 is not out of context.  So

20    in 18 I'm describing the data, I'm referring to 16,404

21    transaction IDs.  Those are the -- there's a typo in

22    there that the word "that" is duplicated.  Maybe that

23    threw you off.  Now that SHA-256 hashes are referring to

24    that 16,404 transactions in 18.  Then I'm referring back

25    to the literature saying that overall you would expect

Stefan Boedeker
April 22, 2020                                    100

1    to find that uniform distribution then I'm going into

2    the test and the test basically shows the results that

3    you have asked me about in the last several minutes and

4    just paraphrased basically what is in my test -- in my

5    report.

6        Q.    Again I'm just looking for an answer.   Now I

7    understand.   Again I'm just asking about that first

8    sentence in paragraph 19.   I am not asking about the

9    second sentence.   So is it fair to say that now that

10   when you say you tested that hypothesis you're saying

11   you tested that on the 16,404?

12       A.    Yes, that's what -- unfortunately that typo

13   should be that the SHA-256.   That got duplicated.

14       Q.    Now, separately did you ever test the

15   hypothesis that SHA-256 is in general not the 16,404 are

16   uniformly randomly distributed, not what you read in the

17   literature, did you test it?

18       A.    I did not test a separate simulation study to

19   see if the SHA-256 produces those uniformly distributed

20   numbers.   That's where I relied on from the literature.

21       Q.    Now, when you ran that test on the 16,404 is

22   it in fact uniformly randomly distributed over their

23   full range of independent?

24            MR. FREEDMAN:   Objection.

25            THE WITNESS:   On this 16,404 transaction as I

Stefan Boedeker
April 22, 2020                                    101

1              explained in paragraph 2o the 16,404 are not

2              uniformly distributed but the subsets that defined

3              by the gaps they are uniformly distributed.

4      BY MR. KASS

5          Q.    But my question was I understand you want to

6      talk about subsets but my question is over the full --

7      randomly distributed over their full range independent.

8      If I'm saying full range I believe that excludes

9      subsets; is that accurate?

10         A.    That excludes?

11         Q.    Yes, if I say full range I'm not asking about

12     subsets, I'm asking the full range.  Is it uniformly

13     distributed across the full range SHA-256, just answer

14     the question?

15             MR. FREEDMAN:  Objection.

16             THE WITNESS:  SHA-256?

17             MR. KASS:  Yes.

18             THE WITNESS:  Produces uniformly distributed

19         numbers.  Let me finish.  I'm not done.  That

20         particular data set that I tested does not show

21         that uniformly property over its entirety.

22             So one conclusion which I didn't draw because

23         I'm not an expert in hashing functions is that

24         whatever generated the 16,404 transaction did not

25         come from a SHA-256 generator.

Stefan Boedeker
April 22, 2020                                    102

```
 1              So that would be one possible conclusion from
 2        that because it's not uniform.
 3   BY MR. KASS
 4        Q.   Or that SHA-256 is not uniformly randomly
 5   distributed across the entire range, it just doesn't
 6   like certain number ranges?
 7              MR. FREEDMAN:  Objection.
 8              THE WITNESS:  That would be in contradiction
 9        to the literature that I looked at and so one of
10        them including I think it was one from UC Berkeley
11        showing that SHA-256 can be used as pseudorandom
12        number generator I were did not do any further
13        research into that because my question was how does
14        it look in the data that I was asked to analyze
15        over all uniformities rejected but the subsets
16        they're all uniform.
17              So this is kind of like the observation I had
18        this is a test I did and that's what I opined.
19   BY MR. KASS
20        Q.   I understand.  To be clear I'm not asking
21   about literature now.  So from the statistical analysis
22   that you did you cannot exclude the possibility that
23   SHA-256 produces certain less numbers in certain ranges?
24              MR. FREEDMAN:  Objection.  Objection.
25              THE WITNESS:  I did not hear the last part.
```

Stefan Boedeker
April 22, 2020                    103

1    BY MR. KASS

2        Q.    You cannot exclude that?

3        A.    Say it again.

4            MR. FREEDMAN:  Objection.

5    BY MR. KASS

6        Q.    Let me start again.  I'm not asking about the

7    literature.  I'm just asking on the analysis the

8    statistical analysis that you did.  You cannot exclude

9    the possibility that SHA-256 doesn't naturally --

10   SHA-256 is not a uniformly distribution because it may

11   leave certain gaps in certain numbers, it may avoid

12   certain numbers, it may not like three seven, a number

13   starting with three sevens.

14           MR. FREEDMAN:  Objection.

15           THE WITNESS:  It does not like?

16   BY MR. KASS

17       Q.    It doesn't generate it.

18       A.    SHA-256 in my understanding is an algorithm

19   and algorithms do have -- do not have likes or dislikes

20   in general and so I don't have an opinion about what

21   that question.  To me is -- the anomaly is in the data

22   that based on this one data set that I analyzed I

23   concluded on my findings or report on my findings but I

24   did not look at thousands of other SHA-256 hashes that

25   were generated to see if it always dislikes all those

Stefan Boedeker
April 22, 2020                                      104

```
 1     particular numbers.
 2            MR. KASS:  Correct.  So thank you.  I think I
 3        got my answer.
 4            MR. FREEDMAN:  An hour ago.
 5            MR. KASS:  Vel, it took me an hour to get
 6        here.  It shouldn't have does but it did.
 7            MR. FREEDMAN:  The record will demonstrate
 8        that's just totally inaccurate.
 9            MR. KASS:  I don't agree.  The question is
10        what it is.  Now that we got that one out of the
11        way.
12    BY MR. KASS
13        Q.   Do you have any understanding as to -- do you
14    have any understanding as to whether somebody who is
15    mining on the Bitcoin block chain could prefer certain
16    transaction IDs?
17        A.   I have no opinion about that.
18        Q.   I'm going to ask you a hypothetical.  What if
19    somebody -- what if somebody's mining Bitcoin and he
20    really does not like the number three.  Could that
21    person mine Bitcoin avoiding transaction IDs that start
22    with the number three?
23        A.   Again I have no opinion about that.
24        Q.   Let's assume that somebody in fact doesn't
25    like the number three and he mined Bitcoin not with the
```

Stefan Boedeker
April 22, 2020                                   105

1    number three.  Provided you a list of Bitcoin of 16,404

2    Bitcoin addresses and there are no number threes, all

3    right.  Are you able -- what can you conclude from that

4    data?

5         A.   First of all, the number three creates an

6    overly simplified hypothetical.  These Bitcoin

7    transaction IDs are 64 digit hexadecimal numbers so

8    where is the number three in there, is it the start,

9    end, I'm just saying.  Over simplified hypothetical in

10   my opinion can lead to confusion.

11             So simply having a preference now for a 64

12   digit number or the starting point of one number is

13   easily tested but I have not done that.  I have not seen

14   any information what preferences and thinking what the

15   64 number, 64 digit numbers in hexadecimal format did

16   not start at the very left most digit number three for

17   example or any of the 60 different numbers slash symbols

18   that can make up a hexadecimal number.

19             So I didn't do such a test.  Therefore I can

20   not speculate if somebody's preference for certain

21   numbers or against certain numbers would have an impact

22   on what is being created.

23        Q.   Let me -- I'll do another screen share.  If

24   you look at your report you have the chart you see right

25   there that at least based on this chart -- there are not

Stefan Boedeker
April 22, 2020                              106

1    many numbers that start with the three.  I mean I know

2    it's imprecise the report that's the general idea, not

3    many numbers?

4         A.   That is actually a misinterpretation of the

5    chart.  The chart shows the length of a gap and it's the

6    length of a gap of hexadecimal transaction IDs that were

7    first transformed to decimal numbers and then

8    transformed to numbers that are normalized.

9              The normalization is that process that puts

10   the numbers between zero and one and then I calculate

11   the gap between subsequent transaction.  So here it

12   is -- then what I'm looking at is cumulative on the

13   horizontal access so I am looking at the gaps between

14   observations from the very first one to the very last

15   one.  That's what I'm plotting in this chart.

16             So this particular one has nothing to do with

17   liking or not liking number three it's just shows that

18   at some observation somewhere at the end of the left

19   cloud where all the gaps up to that first point are

20   very, very close and then there is the next transaction

21   but that is much further away.  What is measured on the

22   horizontal axis is actually the sequential numbering of

23   the gaps -- of the observations and what is measured on

24   the vertical axis is the height of a gap which has

25   nothing to do with the original hexadecimal starting

Stefan Boedeker
April 22, 2020                                     107

1    number or ending number.

2         Q.   Let's just see if we can break this down.   So

3    where it says gap and there's a ball in the air you're

4    telling me how the gap is from one number to another

5    number.  Is that fair?

6         A.   That is correct, yes.

7         Q.   Now, on the bottom where we start out with

8    0100 and go to 1.00 those are the numbers arranged in

9    number from smallest to highest?

10        A.   Those are the transaction IDs after

11   normalization.  So -- obviously I only show two digits

12   here but those are the normalization process creates

13   numbers that fall between zero and one.  So now the

14   transaction IDs that start at 64 digit hexadecimal

15   numbers are now numbers that are between zero and one.

16             That's what kind of been plotted on the

17   horizontal axis and then the blue bubbles or whatever

18   you call it right they now show each bubble represents

19   one gap between -- the gaps are always defined as the

20   difference between two subsequent data points.  So we're

21   really going from left to right in the IDs in normalized

22   form and it shows the height of the gap.

23        Q.   Again Mr. Boedeker, I understand you want to

24   talk more but I'm really -- I'm just asking please

25   respond to my question.  I broke this down to two

Stefan Boedeker
April 22, 2020                                    108

1   things.  I first asked about the gap and asked about the

2   height you answered it.  Then I asked about the

3   sequential you went back to talking about the height.

4   Again I want you just to respond to my question.

5          The numbers that are -- that go from the

6   bottom to 0, 0.0 to 1.00.  Is there any relationship

7   between where the numbers fall on that graph and the

8   starting number of hexadecimal number of the hash

9   values?

10          MR. FREEDMAN:  Objection.  First of all, to

11          the speech.  Second of all, again Mr. Boedeker

12          answer however you want.  Third of all Mr. Kass I

13          advise maybe you take a second to understand what a

14          normalized number is because you seem to be making

15          a mistake you're not understanding.

16   BY MR. KASS

17      Q.   Actually Vel I'm pretty sure that -- we don't

18   have to make comments in this deposition.  I understand

19   that -- Mr. Boedeker, is there a relationship between

20   the two?

21      A.   There is a relationship between the two that I

22   just explained that on the horizontal axis all of those

23   numbers are normalized decimal -- there's hexadecimal.

24   That's what I'm starting with.  I am transforming them

25   to decimal numbers and then I am normalizing them.

Stefan Boedeker
April 22, 2020                                    109

1            So each number on the horizontal axis

2    represents one number that started as a hexadecimal

3    number.

4            Q.   Right.  So if somebody was avoiding a certain

5    hexadecimal number in its entirety whatever number would

6    you expect there to be a gap once you normalize it and

7    sort it from largest to small and by number I want to be

8    clear just the first number.  If he was avoiding a

9    hexadecimal he just doesn't like threes so he is

10   avoiding a first number of a hexadecimal when you

11   normalize it and sort it would you expect to see a gap

12   when you have sufficiently large number of transactions?

13           A.   First of all, I don't know what you mean by

14   avoiding.

15           Q.   When someone is mining, right, we spoke about

16   hypothetical someone could mine hypothetically they

17   could decide the transaction IDs they do not want them

18   to be a certain number.  They do not want them to be

19   number three for whatever reason.  I'm asking you if

20   that person mined 16,444 Bitcoin or blocks, okay, and in

21   his hex numbers there are no threes because he doesn't

22   like three.  If you normalize the data and put it on the

23   scale would you expect to see a gap over there?

24           A.   I mean I have not done that analysis at all so

25   I right now I would have to do an analysis to look at

Stefan Boedeker
April 22, 2020                                        110

 1   data to opine on that and I don't want to speculate on

 2   gaps here.

 3        Q.   So that's not included in your opinion, you

 4   have not factored that in?

 5        A.   Someone else was talking, sorry.

 6             MR. FREEDMAN:  I was just stating an

 7        objection.  Also Mr. Kass, I need to take a

 8        restroom break so can we please after he answers

 9        this question let's take five.

10             MR. KASS:  I think we're very close to getting

11        there.  I am fine in the next few minutes I want to

12        wrap this up one section up.  If you just wait five

13        or ten minutes, hopefully won't not take long.

14             MR. FREEDMAN:  I need a restroom break.  I

15        can't wait five min minutes.

16             MR. KASS:  Get an answer shortly.

17             MR. FREEDMAN:  We will stop.  Answer the

18        question.

19             THE WITNESS:  I will answer the question and I

20        said that I did not take into account personal

21        preference in picking hexadecimal numbers or do any

22        close analysis of the impact of personal

23        preferences on the hexadecimal numbers after

24        they're being transformed to normalized numbers and

25        therefore I don't have an opinion and I further

Stefan Boedeker
April 22, 2020                                    111

1          said that I don't want to speculate on what -- such

2          an analysis I have not yet conducted.

3               MR. KASS:  Thank you for that answer.  Vel,

4          you can have your bathroom break.

5               MR. FREEDMAN:  Thank you.

6               (Thereupon, a brief recess was taken.)

7     BY MR. KASS

8          Q.  Mr. Boedeker, do you remember testifying that

9     your basis for as far as knowledge as to the uniform

10    random distribution of SHA-256 output you consulted a

11    book that you found on Google and some sort of resource

12    from Berkeley University; correct?

13         A.  That is correct.

14         Q.  And for you in fact Berkeley University you

15    felt that was a good source and reliable source;

16    correct?

17         A.  That's correct.

18              (Defendant's Exhibit No. 7 was

19              marked for identification.)

20    BY MR. KASS

21         Q.  I am going to introduce as I believe we're up

22    to number seven and I actually have a PDF but it's

23    essentially -- let's do it like this.  Give me one

24    second.

25              Here in the Berkeley link you see it on number

Stefan Boedeker
April 22, 2020                                    112

```
 1   three on the e-mail I got from Mr. Freedman today and

 2   now I am going to actually show you the Web site where

 3   you can see it online and the actual document is going

 4   to be Exhibit 7.  I will stop share for a second so I

 5   can swap.  Mr. Boedeker, do you recognize this lecture

 6   22 paper?

 7        A.   That is -- I mean John Canny is the name I

 8   remember lecture 22 that looks familiar.

 9        Q.   Do you know who John Canny is?

10        A.   I suppose he is a professor at Berkeley.

11        Q.   Do you know how long he's been teaching at

12   Berkeley?

13        A.   I do not know that.

14        Q.   Do you know if he is a    could he be an

15   adjunct professor?

16        A.   I have not done any biographical research on

17   Mr. or Dr. Canny so I don't know.

18        Q.   Do you know for what class this paper was

19   presented?

20        A.   I do not know.  CS so it may come from the

21   computer science department but that would be

22   speculation on my part.

23        Q.   Do you see anywhere on this page where it says

24   SHA-256 and I'll actually make it easier for you I'll do

25   a 256 search.  Do you see any results for 256?
```

Stefan Boedeker
April 22, 2020                                    113

```
 1        A.   Right now nothing popped up so --

 2        Q.   Now, let's just focus on the first page, the

 3   last paragraph.  Can you just take a moment to read it

 4   and I'll ask a question on it?

 5        A.   Which paragraph again?

 6        Q.   The last paragraph on page number one.  The

 7   one I'm highlighting right now.

 8        A.   I ask to take the highlighting off it makes it

 9   harder to read.  Where do you want me to start?

10             MR. FREEDMAN:  Mr. Kass, is there any way you

11        can Zoom in a little bit, it's hard for me to read.

12             MR. KASS:  Does that work?

13             MR. FREEDMAN:  Much better.

14             MR. KASS:  See I'm accommodating.

15             THE WITNESS:  Now you're blocking parts of the

16        images.  The pictures are blocking some stuff.

17   BY MR. KASS

18        Q.   Better now?

19        A.   This is large enough for me to read.

20        Q.   I'll leave it and not touch it.  Are you done

21   reading?

22        A.   Not yet.  I had to start over again when you

23   moved the picture over the text.  Okay.  Done reading.

24        Q.   Is that fair to say they're saying it makes

25   sense that it should be randomly distributed and then
```

Stefan Boedeker
April 22, 2020                                          114

 1   they conclude we're going to assume that to be true?

 2        A.   The overall what I take from this particular

 3   paragraph is that they should be and they should not

 4   just be -- when he says I'm asking for more, hoping for

 5   more.  Even if the input is not uniform the output

 6   should be uniform.  Then he says that henceforth I

 7   assume this is true.

 8        Q.   But he doesn't actually state as a fact that

 9   it is true?

10        A.   It's basically he talks about the property

11   that it should have and then he assumes it's true.  He

12   neither proves it is true nor does he prove that it is

13   not true.

14        Q.   It's an assumption?

15        A.   That is correct.  That's what he states at the

16   very end.

17        Q.   Okay, thank you.  In your report I am going to

18   use the terminology we used before.  If you want to use

19   some other terminology let me know.  It works for me.

20   We have the clouds we have the gap cloud gap that's kind

21   of what we've been using language.  Do you know -- you

22   also kind of at some point numbered the different

23   transaction IDs; correct?

24        A.   Yes.  Sequential number that goes from one --

25   which really has no other meaning that being sequential.

Stefan Boedeker
April 22, 2020                                    115

 1         Q.    Do you know if the transaction IDs right
 2    before the gap starts and after you have three little
 3    bubbles and do you know what the bookmarks are, the
 4    transaction ID bookmarks?
 5         A.    The transactional IDs?
 6         Q.    Your number, ID, my mistake.
 7         A.    I have to refer to my report and actually I
 8    have a hard copy and I can tell you the page it's on so
 9    we can all see it.  Actually paragraph 17 on page five
10    in the footnote I'm explaining it in page 17 on page --
11    if you want to pull it up.
12         Q.    I can do that.
13         A.    I have a printout.
14         Q.    I also do.  So over there it appears that
15    you're explaining how you reach -- you're explaining
16    your numbering system; correct, in footnote number two?
17         A.    Yes.
18         Q.    But you don't actually state there which are
19    the transactions right before the bubble, right before
20    the gap or right after the gap?
21         A.    No, I basically just mention the numbers in my
22    numbering scheme which is just purely sequential.  I do
23    not referring to the actual transaction ID either
24    normalized nor the decimal or hexadecimal.
25         Q.    Again I just want to I think may be a

Stefan Boedeker
April 22, 2020                                    183

1    and those are just data points.  Through analysis of the

2    data I gain an understanding of the data.  Combine that

3    with the knowledge of what comes out of SHA-256

4    algorithm led to my analysis.  In order to understand

5    expected statistical properties of a hashing function

6    like SHA-256 all that's needed is statistical expertise

7    but not hashing function expertise.

8         Q.   But you need statistical expertise of what you

9    would expect to come out of 256 hashing algorithm?

10        A.   Statistical expertise to understand what it

11   means that an algorithm generates uniformly distributed

12   data points.  It might sound trivial but it's in fact

13   not.  If I don't have the specific expertise what it

14   means then data followed certain distribution I couldn't

15   have done my analysis.

16        Q.   Like-wise if you didn't know the data was

17   uniformly distributed you also couldn't have done your

18   analysis?

19        A.   I could have done my analysis because I can

20   test or run statistical tests for any kind of

21   distribution.  Just based on additional knowledge about

22   SHA-256 I tested against the uniform distribution.

23        Q.   If you didn't know that the SHA-256 was

24   supposed to do uniform even distribution you wouldn't

25   have been able to reach your conclusion that data was

Stefan Boedeker
April 22, 2020                                        184

1    uniform?

2         A.    If the distribution of the output of the

3    SHA-256 could be anything, any distribution, any random

4    distribution then yes, my distributions might have been

5    different.  I still could have concluded that it doesn't

6    follow uniform distribution.  That fact remains

7    regardless of what the expected output is.

8         Q.    Fair enough.  One last line of questions.

9    Have you ever heard of somebody called Jimmy Song?

10        A.    Can you spell the last name?

11        Q.    S-O-N-G.

12        A.    That doesn't ring a bell.

13        Q.    Do you have any idea who he is?

14        A.    No.

15        Q.    Do you know what he does for a living?

16        A.    Do I know what?

17        Q.    What he does for a living?

18        A.    I don't know Jimmy Song.  For one that is not

19   a very unique name.  Right now I do not know anyone with

20   the name Jimmy Song to the best of my recollection so

21   therefore I don't know what that particular Jimmy Song

22   that you refer to does for a living.

23        MR. KASS:  Okay.  I am done, Vel, unless you

24        have anything?

25        MR. FREEDMAN:  I don't think so.  We're going

Stefan Boedeker
April 22, 2020                                    185

```
 1    to read.
 2         MR. KASS:  Could you get me as fast as
 3    possible the transcript?
 4         COURT REPORTER:  Vel, do you want a copy?
 5         MR. FREEDMAN:  Sure.  Not sure I need it as
 6    fast as possible.
 7                   (Witness excused.)
 8              (Deposition was concluded.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```