# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
## Case No. 18-cv-80176(BB/BR)

IRA KLEIMAN, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,

Plaintiffs,

v.

CRAIG WRIGHT,

Defendant.

## SUPPLEMENTAL REPORT

By

**STEFAN BOEDEKER,**

**Managing Director, Berkeley Research Group**

DATED April 23, 2020

## I. INTRODUCTION

1. I have previously issued a report in this matter on April 10, 2020 ("the Boedeker Report"). For detailed information on my education, employment history, and expertise and experience as a consulting and litigation expert, I refer to the Boedeker Report. In addition, I was deposed in this matter on April 22, 2020.

2. Subsequent to my deposition, I was asked to perform the same statistical analysis as in the Boedeker Report on the following three additional text files:

    a. ShaddersMinusCSW_Coinbase_TXIDS_Sorted_Hexadecimal.txt – a flat text file with one column and the number of rows of Transaction IDs in hexadecimal format;

    b. ShaddersMinusCSW_Coinbase_TXIDS_Sorted_Decimal.txt – a flat text file with one column and the number of rows of Transaction IDs in decimal format; and

    c. ShaddersMinusCSW_Coinbase_TXIDS_Sorted_Normalized.txt – a flat text file with one column and the number of rows of Transaction IDs in decimal format normalized such that the Transaction IDs fall into the open interval (0,1).

## II. SUPPLEMENTAL OPINIONS

*Supplemental Opinions:*

*The Transaction IDs in the Shadders List follow a uniform distribution.*

*The Spikes in the Transaction IDs in the Shadders List minus CSW-Filed-List coincide with the gaps in the CSW-Filed-List.*

*Given the distribution of Transaction IDs outside the spikes, the probability of observing the number of Transaction IDs within the spikes is virtually zero.*

*The CSW-Filed-List was neither "pre-engineered" to have the described Gaps nor were they the result of someone "not liking certain numbers."*

*The manipulation described in the Boedeker Report occurred sometime after the blocks*

*were mined.*

*Result from the Boedeker Report:[1]*

*The Transaction IDs in the CSW-Filed-List[2] do not follow a uniform distribution.*

### III.     SUPPORT FOR SUPPLEMENTAL OPINIONS

3. The Shadders List is comprised of 27,973 Transactions IDs which I had previously received as disclosed in my deposition. Counsel advised me that the files described in Paragraph 2 above represent the Coinbase Transaction IDs contained in the Shadders list that do <u>not</u> also appear in the CSW-Filed-List. That is, they represent a list of 11,569 Coinbase Transaction IDs from blocks not mined by Dr. Wright. I have verified this to be true.

4. Next, I created a histogram using the data from Shadders_Minus_CSW_Coinbase TXIDS_Sorted_Normalized.txt with 100 equidistant bins with sizes of 0.01 on the horizontal axis and the frequency of Transaction IDs in each bin on the vertical axis. Figure 1 below displays the histogram.

*Figure 1: Histogram of Shadders Minus CSW Normalized Coinbase TXDs*

---

[1] See Boedeker Report, Paragraph 20.

[2] The "CSW-Filed-List" is the data set comprised of 16,404 Transaction IDs that was the object of the analysis in the Boedeker Report.



5. The data in *Figure 1* show two visible spikes in the otherwise uniformly distributed data. I will refer to the spikes as Spike 1 and Spike 2

6. These spikes correspond exactly to the "Gaps" described in paragraph 21 of the Boedeker Report. Gap 1 started at normalized Transaction ID 0.28816680350509 and ended at normalized Transaction ID 0.32027304418183 and Gap 2 started at normalized Transaction ID 0.353610706533451 and ended at normalized Transaction ID 0.39152396509528. The average number of Transaction IDs within a bin of size 0.01 outside the spikes is approximately 104. The average number of Transaction IDs within a bin of size 0.01 for Spike 1 is approximately 282 and the average number of Transaction IDs within a bin of size 0.01 for Spike 2 is approximately 277.

7. Like in the Boedeker Report, I performed the Chi-Squared Test to assess the likelihood that spikes of the magnitude of Spike 1 and Spike 2 occur by chance in a uniformly distributed population. When applying the overall number of Transaction IDs in the bins outside Spike 1 and Spike 2, it would be expected to find 104 transactions per bin size of 0.01 in Spike 1 and Spike 2 when in fact 282 and 277 transactions per bin on average can be found in the data. The p-value to find the actual observed numbers of transactions in Spike 1 and Spike 2 when the expected number of transactions is 104 approximately $6.36^{\wedge}10-132$ which is virtually zero.

8. Subsequently, I performed a test on the data from the full Shadders list. I utilized the

3 | P a g e

Kolmogorov-Smirnov Test ("KS-Test") to test the hypothesis that the 27,973 SHA-256 double-hashes from the Shadders list are uniformly distributed over their range. The KS-Test does not reject the hypothesis of a uniform distribution at the 1% significance level. I performed the KS-Test of a uniform distribution for the data with the result that the hypothesis of a uniform distribution cannot be rejected.

9. Therefore, I conclude that there is no evidence that the Coinbase Transaction IDs from the Shadders list are anything but a uniform distribution.

## IV.   SUMMARY AND CONCLUSIONS

10. I have performed statistical tests that prove that the set of transactions from the Shadders list that were not included in the CSW-Filed-List deviate significantly from a uniform distribution.

11. Similarly, the set of transactions that were included in the CSW-Filed-List also deviate significantly from a uniform distribution in the exact complementary direction.

12. However, the full set of transactions from the Shadders-List does not deviate from a uniform distribution.

13. Together, the results from these statistical significance tests show that the Transaction IDs included in the CSW-Filed-List were neither "pre-engineered" to have the described Gaps nor were they the result of someone "not liking certain numbers."

14. I therefore conclude that the manipulation described in the Boedeker Report occurred sometime after the blocks were mined.

Respectfully submitted on April 23, 2020.

_____
Stefan Boedeker