**Robert A. Leonard, Ph.D.**
**Forensic Linguist**
**Mill Neck, NY 11765**
**Phone:** ███████████ ██████████
www.Forensiclanguage.com

# I.  Background & Qualifications

I am Dr. Robert Leonard, a tenured Professor of Linguistics at Hofstra University. I have taught linguistics at the college level for some 35 years, including 30 years at Hofstra where I have created over 30 courses in linguistics. I served for seven years as Chair of Hofstra's Department of Comparative Literature, Languages, and Linguistics, the department that includes linguistics, literature, and 12 foreign language degree programs.

I have been qualified as an Expert in Linguistics, under Frye and under Daubert, in 14 States and six Federal Districts: in State Courts in Arizona, California, Colorado, Florida, Illinois, Indiana, Michigan, Montana, New Jersey, New York, Nevada, Oregon, Pennsylvania, and South Carolina, and in U.S. District Courts in Newark, NJ, Austin, TX, New York, NY, San Jose, CA, Tampa, FL, and Denver, CO, and I have testified as a linguistic expert before World Bank ICSID Tribunals in Washington, DC, and Paris. A list of the cases in which I have testified over the last 4 years, and my CV, are attached as Exhibits A and B.

I am the Director of Hofstra's graduate program in Linguistics: Forensic Linguistics, a program approved by the Regents of the State of New York to confer degrees. I serve as the founding Director of Hofstra's Institute for Forensic Linguistics, Threat Assessment, and Strategic Analysis, and of the Forensic Linguistics Capital Case Innocence Project, a joint venture with the Hofstra Law School, and founding co-Director of the Joint MA-JD program with the Law School.

I received a Ph.D. in linguistics from Columbia University in 1982 with research

specialties in semantic theory—theory of meaning—and sociolinguistics. My research specialty is the juxtaposition of those two fields: the meaning of words and how humans communicate in the real world. I am regularly consulted in cases dealing with language use by the FBI, Joint Terrorism Task Force, police, and counter-terrorism units throughout the US, UK, Canada, and Europe.

I received a B.A. from Columbia College in 1970, where I was elected to Phi Beta Kappa and graduated with honors, and received an M.A. and M.Phil. from Columbia Graduate School, where I was awarded a Faculty Fellowship. In graduate school, in addition to my training in linguistics per se, I was mentored by Professor Allen Walker Read, one of the foremost lexicographers of the 20th century. I was awarded a Fulbright Fellowship for my dissertation research.

I serve as a member of the Editorial Board of the Oxford University Press scholarship series Language and the Law.

I have authored and co-authored both technical and popular articles in the field of linguistics. My technical articles have undergone extensive peer-review prior to publication by leading academic publishing houses.

I wrote the "Forensic Linguistics" chapter in Van Hasselt and Bourke's recently published *Handbook of Behavioral Criminology: Contemporary Strategies and Issues*, and was lead author on a *Hofstra Law Review* article, "Forensic Linguistics: Applying the science of linguistics to issues of the law."

I have been employed by the FBI Behavioral Analysis Unit-1 (Counterterrorism and Threat Assessment) to offer my expertise in specific cases, train federal agents, and analyze and advise on their Communicated Threat Assessment Database (CTAD).

I have given plenary presentations at ATAP International's Annual Threat Management Conference in Anaheim, at the Canadian Association of Threat Assessment Professionals, and at the Central Ohio Chapter of the Association of Certified Fraud Examiners' Fraud Investigation & Prevention Conference, as well as the FBI BAU's past Forensic Linguistics boot camps at Quantico.

I have lectured worldwide on the topic of linguistics, on advances in the application of linguistic theory to issues of real-world interactions, including specifically the meaning of

words and other linguistic resources and their use in contexts such as intelligence analysis, interrogations, confessions, deception, trademarks, contract disputes, and wills. Invited lectures include

- "Forensic linguistics: using language evidence in criminal, threat, and intelligence cases, with special reference to homicides." to the NYPD Detective Bureau Homicide Investigators Course,
- an address to the Lexicography, Language, and Law Dictionary Society of North America,
- the plenary address to the Ohio Attorney General's Conference on Law Enforcement,
- a lecture on "Speech Acts, Schemata and the Cooperative Principle: Three Useful Concepts in Understanding a False Confession: Linguistics Theoretical Issues in Forensic Linguistics Cases" at Georgetown University,
- "Testing Linguistic Theory: Systems of Identity, Honor and Power: Food Behavior in a Swahili City-State, and a Federal Extortion Case in a Texas Court" at the Institute for Social and Economic Research & Policy of Columbia University,
- "The application of linguistic theory to cases of profiling, authorship & counterterrorism" at the University Seminars of Columbia University: Language and Cognition,
- "Forensic linguistics for Investigative Practitioners: Threat Assessment, Counter-Terrorism, Linguistic Profiling and Authorial Attribution" at John Jay College of Criminal Justice of the City University of New York, and
- "Sociolinguistics as Forensic Science" at the Forensic Linguistics Workshop for Law Enforcement Practitioners, Behavioral Analysis Unit-1 (Counter-terrorism and Threat Assessment), National Center for the Analysis of Violent Crime, Critical Incident Response Group, Federal Bureau of Investigation, Quantico, VA.

I have testified about issues related to linguistics on behalf of government agencies and defendants in criminal cases involving murder and other felonies. I have also consulted on scores of other criminal cases at the request of law enforcement agencies including the U.S. Department of Justice, throughout the United States, Canada, the United Kingdom, and Europe, as well as on scores of civil cases, for clients including Apple, Facebook, and the Prime Minister of Canada.

My testimony has been found pivotal in investigating and prosecuting several high-profile cases, including the JonBenet Ramsey murder, death threats to judges and to U.S. Congress members, the murder of Charlene Hummert in Pennsylvania, and the triple homicide of the Coleman family in Illinois.

My compensation in this case is my usual rate of $500 per hour for analysis, research, consultation, and report writing, and $600 per hour with minimums for live testimony at deposition, hearing, or trial. My compensation is not contingent upon the outcome of this matter.

## II.   General Principles of Linguistics

Linguistics is a well-established science, and there are scores if not hundreds of professional peer-reviewed journals. Linguistics is the scientific study of language and is recognized as a science by the American Academy of Sciences. Linguists are regularly granted research funds by the National Science Foundation. In virtually any major university or college, a student can major in linguistics, and many major universities grant a Ph.D. degree in linguistics. There are academic associations and peer-reviewed professional journals within the field of linguistics. Sociolinguistics is an established branch of linguistics with peer-reviewed professional journals.

The English language has two main meanings for the word linguist: one, a speaker adept at a foreign language, and two, a scientist who studies human language as a set of real-world phenomena. Academic, scientific linguists belong to the second group (although many are also adept at foreign languages).

Forensic linguistics is the application of the science of linguistic investigation to issues of law. Forensic linguistics augments legal analysis by applying rigorous, scientifically accepted principles of analysis to legal evidence like contracts, letters, confessions, and recorded speech.

Linguists—as all scientists—seek to explain the non-random distribution of data. Just as bullets do not randomly issue from firearms nor are chemical concentrations randomly spread throughout a human body, words are not found to randomly issue from the keyboards and mouths of speakers of English or any other language. Words adhere to patterns; these patterns are the subjects of systematic observation of scientific linguists.

As in all other sciences, linguistics solves problems by constructing competing hypotheses and then testing which hypothesis better explains the non-random distribution of the data.

To illustrate linguistics as a science, a useful analogy is to medical experts. They describe and define what X-rays and MRI's show; so linguistic experts describe and define the underlying structure of written and spoken language. Both sets of experts can do this because they are trained and skilled in what to look for as they assess the meanings and implications discovered in their observations.

# III. Assignment & Summary Conclusion

I was provided by counsel with a number of documents known to have been written by Dr. Craig Steven Wright. Such documents attributed to a specific author we call known or K, here: **K Wright**. I was also asked to analyze specific emails belonging to two different sets of documents of questioned origin, which we refer to as the questioned or Q documents. The two sets differ because the first set, **Q Category 1**, consists of email threads that Dr. Wright denies having authored any part of; the second set, **Q Category 2**, consists of email threads that according to Dr. Wright are partly his own writing, but also partly written by an imposter. An overview of all documents analyzed for this case are given in tables 1, 2 and 3 below.

I was asked to give an opinion on whether any of the Q documents share likely common authorship with the K. For that purpose, I analyzed the language patterns of all **K**s and all **Q**s and compared them.

Authorship analysis proceeds by posing competing hypotheses and seeking to determine which hypothesis best explains the non-random distribution of the language data.

I thus considered three competing hypotheses :

**Hypothesis 1.** The language patterns in the **Q** documents are consistent with the language patterns found in the Known documents of Dr. Wright.

**Hypothesis 2.** The language patterns in the **Q** documents are inconsistent with the language patterns found in the Known documents of Dr. Wright.

**Hypothesis 3.** The data are insufficient to reach a conclusion either way.

As demonstrated in the analysis below, the superior hypothesis for all **Q** documents (individual email threads) is Hypothesis 1. That is, the language patterns of the Q documents are consistent with the language patterns found in the documents known to have been written by Dr. Craig Steven Wright.

# IV. Documents Analyzed

The following tables describe the documents analyzed. The next two sections present an overview of the relevant language features and explains their pertinence to this case in further detail. (I note that the word counts do not include the subject lines of the emails.)

| Category 1 Questioned Emails | | | |
|---|---|---|---|
| **Filename** | **"From"** | **Number of Emails** | **Word Count** |
| DEFAUS 00112712.pdf | Craig Wright | 1 | 92 |
| DEFAUS_00119167.pdf | Craig Wright | 22 | 3,051 |
| DEFAUS_00119570.pdf | Craig Wright | 1 | 84 |
| DEFAUS_00550141.pdf | Craig Wright | 1 | 222 |
| KLEIMAN_00008178.pdf | Craig Wright | 1 | 113 |
| KLEIMAN_00385767.pdf | Craig Wright | 3 | 35 |
| KLEIMAN_00561744.pdf | Craig Wright | 3 | 141 |
| | **TOTAL COUNTS:** | **32** | **3,738** |

Table 1. Files in Q Category 1

| Category 2 Questioned Emails | | | |
|---|---|---|---|
| **Filename** | **"From"** | **Number of Emails** | **Word Count** |
| DEFAUS_00115950.pdf | Craig Wright | 3 | 187 |

Table 2. Files in Q Category 2

The following **K** documents were provided for and included in the analysis below. Where individual emails or sections of emails were excluded is also indicated in the chart, done so either because they are repetitions of other emails found in the same or other documents, or because they are inserted text/quotes/charts/etc. that are unlikely to have been authored by the **K** author.

| Known Craig Wright Documents | | | | | |
|---|---|---|---|---|---|
| **Filename** | **Data Type** | **Word Count** | **Filename** | **Data Type** | **Word Count** |
| DEF_00023291 | Emails | 521 | DEF_00052143 | Emails (repetition excl.) | 54 |
| DEF_00027396 | Emails | 444 | DEF_00052148 | Emails (repetition excl.) | 593 |
| DEF_00046098 | Emails | 6 | DEF_00052366 | Emails (quotes excl.) | 2 |
| DEF_00046800 | Emails | 111 | DEF_00058790 | Emails (chart excl.) | 98 |
| DEF_00052139 | Emails | 307 | TAG2.jpg | Twitter | 39 |
| DEF_01097415 | Emails | 293 | TAG3.png | Facebook | 94 |
| DEFAUS_00112964 | Emails | 305 | DEFAUS_00081546 | Emails (excerpt excl.) | 343 |
| DEFAUS_00516701 | Emails | 77 | DEF_01597484 | Emails | 199 |
| DEFAUS_00558940 | Emails | 166 | DEF_01597497 | Emails | 25 |
| DEFAUS_01859475 | Emails | 139 | DEF_00052146 | Emails | 57 |
| DEF_00000041 | Emails | 167 | DEF_00052514 | Emails | 49 |
| DEF_01369334 | Emails | 541 | | **TOTAL WORD COUNT:** | **4,360** |

Table 3. Files in K Wright

The following **K** documents were excluded because they are likely to have been co-authored (the deed and the statements), edited (the blog posts), or are dissimilar in language type and are thus not directly comparable to the **Q** (the texts).

| Excluded Known Craig Wright Documents | |
|---|---|
| **Filename** | **Data Type** |
| [DE 83-15] 2019.01.14 -- Ex. 15 to Second Amended Complaint.pdf | Deed (excluded) |
| Z4 -- Cracked, inSecure and Generally Broken_ 2013-04-28.pdf | Blog posts (excluded) |
| Z7 -- Craig Wright - The story of Bitcoin, continued.pdf | Blog posts (excluded) |
| DEF_01597500.pdf | Statement (excluded) |
| DEF_01667260.pdf | Draft statement (excluded) |
| DEF_01667372.pdf | Texts (excluded) |

Table 4. Excluded K Wright files

Also considered for analysis is the Corpus of Global Web-based English (GloWbE), which is an online collection of around 2 billion words of English from twenty different countries, allowing for comparison between different varieties of English, including Australian English. GloWbE was considered here in order to help determine how common certain relevant features are to Australian English, and thus how useful the features are as comparators for likely common authorship in the analysis below. We note here that certain features cannot be searched for in GloWbE, such as en-dashes for em-dashes, and capitalization for emphasis.

# V.   Chart of Linking Features

The following chart presents an overview of the linking features considered in the analysis below. Linking features represent similar instances of  variation of language use in more than one data set.

Where the environment for a feature does not occur for analysis in the dataset, the cell is marked by "--", meaning that while this feature does not match, no contrasting variety of the feature exists, either. For example, in **Q Category 2**, which is an overall much smaller dataset, we find no instances of "setup/backup" or "set up/back up", and so the feature can be neither matched nor contrasted with **K Wright** and **Q Category 1.** Accordingly, in those instances, the lack of the presence of a particular linking feature is not supportive or refuting of any of the hypotheses I considered.

| | Q Category 1 | | | | | | | QC2 |
|---|---|---|---|---|---|---|---|---|
| | DEFAUS_00119167 | KLEIMAN_00561744 | KLEIMAN_00008178 | KLEIMAN_00385767 | DEFAUS_00550141 | DEFAUS_00112712 | DEFAUS_00119570 | DEFAUS_00115950 |
| word count | 3,051 | 141 | 113 | 35 | 222 | 92 | 84 | 187 |
| "try and" | yes | -- | -- | -- | -- | -- | -- | -- |
| "setup/backup" as verbs | -- | yes | -- | -- | -- | -- | -- | -- |
| "couple [without of]" | -- | yes | -- | -- | -- | -- | -- | -- |
| functional em-dashes | yes | yes | -- | -- | -- | -- | -- | -- |
| ALL CAPS for emphasis | yes | -- | -- | -- | -- | -- | -- | yes |
| "etc" no period | yes | -- | -- | -- | yes | -- | -- | -- |
| several negations in a row | yes | -- | -- | -- | -- | -- | -- | -- |
| n-grams | yes | yes | -- | -- | yes | yes | yes | yes |
| ";)" as punctuation | yes | -- | -- | -- | -- | -- | yes | -- |
| non-contracted "will" | yes | -- | yes | -- | yes | yes | yes | yes |
| sentence-initial conjunction no comma | yes | -- | -- | yes | -- | -- | -- | -- |
| "of" for "about" | yes | -- | yes | -- | -- | -- | -- | -- |

Table 5. Features linking K Wright with Q Category 1 and Q Category 2

# VI. Analysis of Linking Features

### 1. "try and"

The verb "try" is found in **K Wright** to occur with "and" instead of the standard "to" before an infinitive verb, when used in the simple present tense, shown below. **Q Category 1** shows two instances of this pattern.

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEF_00052139 | 30 Mar 2016 09:49 | nCrypt Craig craig@ ███ | Can I leave this with everyone to **try and** see what we can arrange between the various parties. |
| | | 30 Mar 2016 6:22 PM | nCrypt Craig craig@ ███ | How do we **try and** align this? |
| | DEF_01097415 | 27 Jan 2014 4:53 PM | Craig S Wright craig.wright@ ███ | I will **try and** talk to you tomorrow. |
| **Q Cat 1** | DEFAUS_00119167 | 4/22/14 11:48 PM | Craig S Wright ███ | ... it is being used by the ATO as an excuse to **try and** not pay other amounts |
| | | 4/23/14 1:28 AM | Craig S Wright ███ | **Try ans** [sic] understand what. Is therre |

Table 6. Instances of "try and" in K Wright and Q Category 1

In comparison, there are no instances of the standard "try to" in either **K Wright** or **Q Category 1**, nor any instances of the verb "try" in **Q Category 2**.

I understand Dr. Wright is Australian. Accordingly, I considered how "try to" and "try and" are used by users of Australian English. The following table demonstrates instances of "try and" and "try to" in the Australian subcorpus of GloWbE. As shown, "try and" is the much less frequent variation as compared to "try to".

| Term | Raw Freq. | % of Total | Term | Raw Freq. | % of Total |
|------|-----------|------------|------|-----------|------------|
| "try and" | 7,998 | 28.6% | "try to" | 20,003 | 71.4% |

Table 7. Distributions of "try and" vs. "try to" in GloWbE

As shown, "try and" is the much less frequent variant as compared to "try to" in the Australian English subcorpus.

### 2. "setup/backup" as a verb

In standard English varieties, the verbs "set up" and "back up" are spelled in two words, whereas the equivalent nouns are spelled in one word as a compound noun ("a setup", "a backup"). There are five occurrences of "setup" or "backup" used as a verb in **K Wright**, and one in **Q Category 1**. This feature does not occur in **Q Category 2** for comparison.

| | File | Time Stamp | Sender | Occurrences |
|---|------|-----------|--------|-------------|
| **K Wright** | DEF 00027396 | 10/9/2013 1:41:59 PM | Craig S Wright craig.wright @▮ | We can **setup** a mapping and plan to in our system.<br><br>The idea is to have a future reserve function and to be able to **backup** and bond transactions. |
| | DEF_ 00052146 | 30 Mar 2016 8:29 PM | nCrypt Craig <craig @▮ | There are accounts being **setup** just to "leak" some of this. |
| | DEFAUS_ 00081546 | Mar 11 2008 17:15 | [listbounce@ ▮]<br><br>On Behalf Of Craig Wright | PCI-DSS, HIPAA and a raft of legislation specifies that organisation **setup** the capability to monitor both incoming and outgoing traffic. |
| | | 27 Jan 2014 4:53 PM | Craig S Wright craig.wright @▮ | ▮ |
| **Q C 1** | KLEIMAN_ 00561744 | Feb 28 2014 | Craig S Wright craig.wright @▮ | The trust Dave **setup** should have around 300,000 |

Table 10. Instances of "setup" and "backup" used as a verb in K Wright and Q Category 1

The following table demonstrates instances of "setup" and "backup" as verbs, as compared to "setup" and "backup" as nouns, and the verb forms "set up" and "back up" as found in the Australian English subcorpus of GloWbE. As shown, both terms used as verbs are used much less frequently than they are used as nouns, and both verbs used as compound words are used much less frequently than their non-compound verb phrase counterparts.

| Term | Raw Freq. | % of Total | Term | Raw Freq. | % of Total |
|------|-----------|------------|------|-----------|------------|
| setup (verb) | 159 | 1.7% | backup (verb) | 315 | 24.9% |
| set up (verb) | 9,401 | 98.3% | back up (verb) | 950 | 75.1% |

Table 11. Distributions of "setup" and "backup", and "set up" and "back up" used as a verb in GloWbE

### 3. The quantity noun "couple…" without "…of"

The noun "couple" is used as a quantifier without the standard preposition "of" in two **K Wright** documents and in one of the **Q Category 1** emails. This feature does not occur in **Q Category 2** for comparison.

| | File | Time Stamp | Sender | Occurrences |
|---|------|------------|--------|-------------|
| **K Wright** | DEF_ 00027396 | 10/9/2013 1:41:59 PM (UTC) | Craig S Wright | There are a **couple** recent transactions |
| | DEF_ 00052139 | 30 Mar 2016 | <craig@ ▉▉▉▉ | >>> Do we move the LSE prof a **couple** days? |
| **Q Cat** | KLEIMAN_ 00561744 | Feb 28 2014 | <craig.wright @▉▉▉▉ > | … we did not talk much in April other than a **couple** company matters. In the **couple** months before the end … |

Table 12. Instances of "couple" used as a quantity noun before a noun phrase in K Wright and Q Category 1

This use of "couple + Noun/Adjective" is considered nonstandard and a feature more prominent in informal spoken or working-class American English than in Australian or British English, where the construction is predominantly found with the preposition "of", "couple of + Noun/Adjective".

The following table summarizes instances of the phrase "couple…", with and without "of" or "more", preceding a noun or adjective (in order to exclude counts in which a "couple" refers to, for example, a romantic pair), in the Australian English subcorpus of GloWbE, such as are found in the examples in Table 12 above. As demonstrated, the use of "couple of + noun/adjective" is a more common variant than "couple…" with no "of/more".

| Term | Raw Freq. | % of Total |
|------|-----------|------------|
| couple + noun/adjective | 1875 | 8.61 |
| couple more + noun/adjective | 180 | 0.83 |
| couple of + noun/adjective | 19726 | 90.57 |

Table 13. Distributions of "couple" constructions used as a quantifier in GloWbE

In the Australian English language subcorpus, then, the frequencies of nonstandard "couple + noun/adjective" are very low. This indicates that this construction is not in widespread use, which is notable.

### 4. En-dashes and hyphens used as em-dashes

The following table demonstrates instances of orthographic en-dashes (–) and hyphens (-) used as functional em-dashes (—) in both **K Wright** and **Q Category 1**. We note in particular that, orthographically, these instances occur with surrounding spaces, and functionally, these do not offset an internal clause in pairs of em-dashes, instead separating two related clauses as one might expect with a semi-colon (;). This feature does not occur for comparison in **Q Category 2**.

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEF_ 00058790 | October 16, 2014 3:17 PM | Craig S Wright [mailto: craig. wright@ ████ | Yes. Please reserve it – how do I pay |
| | DEF_ 01597484 | 23 May 2013 5:38 PM | Craig S Wright <craig@ ████ | I understand that you are not keeping any Bitcoin, just payment in case – so it comes from overseas and stays overseas. |
| | DEF_ 00023291 | 4/18/ 2016 9:09:25 AM (UTC) | nCrypt_craig | Are lost – these where held by entities that Dave K controlled. |
| | DEFAUS 00119167 | 4/23/ 2014 8:14:45 AM (UTC) | Craig S Wright | The terms of that trust are not met as yet and hence if I was to break it, I would also cause the tax liability to fall and that would result in over 50% of the total being owed in taxes – a result that would drop the price to about nothing and leave nothing. Software – incl source code and perpetual licenses valued at over $50 million. 2014 $12 million base – 4 million to Dave's Estate after costs plus 4 million from share sale (well I will try). If you do the latter option – I will raise funds to cover the shortfall using your shares, so I end in the same position expenditure wise. |
| | DEFAUS_ 00119167 | Apr 23, 2014 at 1:04 AM | Craig S Wright <craig@ ████ | You want to be a director and know it intimately – ask I have offered You want to pull out – then do so and I will pay you out based on what Dave and I had |

| | | | | been arranging. |
|---|---|---|---|---|
| **K Wright (cont.)** | DEFAUS_ 00081546 | March 11, 2008 17:15 | [listbounce@ ███ ] On Behalf Of Craig Wright | 231 (or 16.4%) have some content management 184 (13.0%) have NO egress filters - Nothing at all. |
| | DEF_ 01369334 | 7 December 2007 8:22 AM | Craig Wright | For a STM - see http://www.bsc.ustc.edu.cn/~ jlyang/research/STMWebPage.html |
| | DEF_ 00052514 | 6/24/2015 9:26 | Craig S Wright | The term Chords is used - this is "cores" |
| **Q Category 1** | DEFAUS_ 00119167 | Apr 23, 2014 at 12:53 AM | Craig S Wright <craig@r███ | You agree to that – I will have the lawyers draft something for you to have reviewed |
| | | Apr 23, 2014 at 12:48 AM | Craig S Wright <craig@███ | It locked in payments starting in Oct this year of 10 million a year for 3 years – get it now! That was Dave – his idea YOU ARE his estate – I have added you! |
| | | Apr 23, 2014 at 12:23 AM | Craig S Wright <craig███ | I assume you know that Dave would not give ANYONE his private key – that includes me. Ask him – he has received the PGP singed versions |
| | | Apr 22, 2014 at 11:02 PM | Craig S Wright <craig@███ | I know what we planned – I not know all of what was occurring in WK. |
| | KLEIMAN _ 00561744 | February 28, 2014 | Craig S Wright <craig.wright @███ | I do not know what was going on with Dave before he died, or if he was taking notice – he seemed distant and we did not talk much in April other than a couple company matters. |

Table 14. orthographic en-dashes and hyphens as functional em-dashes

## 5. ALL CAPS for emphasis

The following table demonstrates ALL CAPS for emphasis in **K Wright**, **Q Category 1**, and **Q Category 2**.

We note that these instances occur in emails, wherein an author generally has many other emphatic convention types to choose from, such as **bold**, *italicized*, or <u>underlined</u> text, larger or different colored fonts, and so on.

(Examples of ALL CAPS below, as all other examples, are bolded for contrast. Note that the originals are not bolded.)

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEFAUS_00081546 | Mar 11 2008 17:15 | [listbounce@ ▮▮▮▮ On Behalf Of Craig Wright | Actually, content control **IS** an aspect of security and compliance. 184 (13.0%) have **NO** egress filters … |
| **Q Category 1** | DEFAUS_00119167 | 4/23/2014 8:14:45 AM (UTC) | Craig S Wright | In 2016, Dave's estate gets 8 Million **PLUS** still has a share of the company. The amounts are locked in **ONLY** because of Dave. So, **NO** I will not move more now. In the next few months, the company will get money in AUD$ and I will **STILL** not be taking it other than to repay bills used in this process. When Dave and I planned this, the **ENTIRE** holding, his, mine and that in trust was worth 20 million. What Craig is worth in 10 years is up in the air, but I **WILL** drive 99% of this (my share) back into the project. I will negotiate this, I will allow you to work with it as Dave's heir, but I **WILL NOT** give it up. **ALL** I have is in this. **EVERYTHING.** The ones I spent in doing this are spent and there is **NO** way to unspend them. I am not taking that much, but that is **YOUR** choice. There is **NO WAY** that I am stopping this now. I owe this to Dave and I will **NOT** give it up even to make Ramona's life simpler… |
| **Q Category 2** | DEFAUS_00115950 | Mar 6 2014 5:12 PM | Craig S Wright <craig@ ▮▮▮ | I will send you some rather private early emails today as long as you **PROMISE** to delete after reading. |
| | | Mar 6 2014 5:54 PM | Craig S Wright <craig@ ▮▮▮ | **PLEASE** delete the emails or at least encrypt them or something once you have read them. |

Table 16. Instances of ALL CAPS used for emphasis in K Wright, Q Category 1 and Q Category 2

## 6. "etc" without periods

The following table demonstrates the uses of "etc" in both **K Wright**, **Q Category 1** and **Q Category 2** in which there is no final period on "etc.". (We note sentence-final instances of "etc" with a period are not considered here since the period may be used to signal the end of a sentence rather than an abbreviation period.)

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEFAUS_ 00516701 | 01/27/14 8:14 PM | Craig Steven Wright | PS, been a while, but how are things going at SANS **etc**? |
| | DEF_ 00023291 | 4/18/2016 9:09:25 AM (UTC) | nCrypt_craig | I now have (without the knowledge of Uyen, Ian **etc**): |
| **Q Cat 1** | DEFAUS_ 00119167 | 4/23/2014 8:14:45 AM (UTC) | Craig S Wright | Not to force you, the estate **etc** into giving me anything, but to ensure I had a value against the software that I had received already. Intellectual Property, design, codes **etc** |
| | | Apr 23, 2014 1:04 AM | Craig S Wright <craig@ | You want assets list, balance sheets **etc**, then ask. |
| | | 4/22/2014 11:48 PM | Craig S Wright | I did that action as accountants **etc** advised it was necessary. |
| | DEFAUS_ 00550141 | May 20, 2015 1:57 AM | Craig S Wright <craig.wright@ | Uyen – who is a director of a few companies with me – is one friend who has known many things, but she is in the US **etc** etc. |
| **Q Cat 2** | DEFAUS_ 00115950 | Mar 6, 2014 5:54 PM | Craig S Wright <craig@ | I hope you understand taking so long to talk to you **etc**, but I do not trust easily and only do now as I loved Dave. |

Table 17. Instances of "etc" used without a period in K Wright, Q Category 1 and Q Category 2

## 7. Several Negations in a Row

The following table demonstrates a serial use of negations in shorter phrases to stress a point. These instances do not occur within a finite clause containing a verb and a subject, etc., but are either negated noun phrases or negated infinitive phrases. The effect is a staccato repetitive pattern that serves to underline the message. This is a stylistic feature that links **K Wright** and **Q Category 1** (but which does not lend itself to corpus searches).

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEF_ 00052143 | 3/30/ 2016 10:07:52 AM (UTC) | nCrypt Craig | **No** to Nick. **No** to Maxwell. **No** to any of the people working for firms that are opposed to what we are doing. |
| | DEFAUS 00081546 | Mar 11 2008 17:15 | [listbounce  On Behalf Of Craig Wright | 184 (13.0%) have **NO** egress filters - **Nothing** at all. **No** ports **Nothing**. |
| **Q C 1** | DEFAUS_ 00119167 | 4/23/14 1:28 AM | Craig S Wright craig | **No** inflation and **no** federal reserve BS. If that happens, nobody makes anything. **Not** me, **not** you , **no** one |

Table 18. Instances of serial negations of shorter phrases in K Wright and Q Category 1

## 8. N-grams

The following demonstrate overlapping n-grams, or strings of identical words, occurring in any two datasets. Here I include only strings of 3 or more words.

Table 19 demonstrates 6- to 4-grams between **K Wright** and **Q Cat 1**. (Other 3-grams are excluded for brevity as there are sufficient 6-, 5-, and 4-grams to demonstrate overlap.)

| 6-grams | |
|---|---|
| K Wright | David Kleiman was my best friend. |
| Q Cat 1          DEFAUS_00550141<br>May 20, 2015 at 1:57 AM, Craig S Wright <craig.wright@ ▮▮▮ | In the past, **David Kleiman was my best friend** and business partner. |
| K Wright | I want you **to be a part of it** all. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014 8:14:45 AM (UTC) | Ira, the simple thing is do you want **to be a part of it** or to be paid out. |
| **5-grams** | |
| K Wright | I want you to **be a part of it** all. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014 8:14:45 AM (UTC) | You can **be a part of it** and get paid. |
| | Ira, the simple thing is do you want to **be a part of it** or to be paid out. |
| K Wright | I want you to **be a part of** it all. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014 8:14:45 AM (UTC) | I have been saying, do you want **to be a part of** this? |
| **4-grams** | |
| K Wright | , but he **was my best friend** and I am not |
| Q Cat 1          DEFAUS_00550141<br>Wed, May 20, 2015 at 1:57 AM, Craig S Wright <craig.wright@ ▮▮▮ | David Kleiman **was my best friend** and business partner. |
| K Wright | They ignored the stuff **Dave and I did** when he was alive. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014 8:14:45 AM (UTC) | and come to know more of what **Dave and I did**. |
| | not stop everyone being against what **Dave and I did**. |
| K Wright | I **do not want to** move BTC as yet. |
| | , but I **do not want to** do commercial research |
| | and think I **do not want to** go back yet. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014 8:14:45 AM (UTC) | S, are you still sure you **do not want to** be a director |
| K Wright | **Dave and I had** a project in the |
| Q Cat 1          DEFAUS_00112712<br>Craig Wright, Sat 2/15/2014 12:48:38 AM (UTC) | , **Dave and I had** completed several papers |

| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014<br>8:14:45 AM (UTC) | based on what **Dave and I had** been arranging. |
|---|---|
| **K Wright** | **I do not believe** there has been anything |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014<br>8:14:45 AM (UTC) | **I do not believe** that I can<br>**I do not believe** he will lie- |
| **K Wright** | My life goal is to increase **the value of the** bitcoin I mined |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014<br>8:14:45 AM (UTC) | We locked in **the value of the** software based on<br>use the R&D tax credit on **the value of the** software |
| **K Wright** | and they **do not know of** Uyen or this split. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014<br>8:14:45 AM (UTC) | I **do not know of** one. |
| **K Wright** | when **I had a few** issues with the tax |
| Q Cat 1          DEFAUS_00119570<br>Craig Wright, Tue 5/20/2014<br>7:01:32 AM (UTC) | In total **I had a few** cattle ranches and farm. |
| **K Wright** | in 2013 **just before he died** and the new one |
| Q Cat 1          KLEIMAN_00561744<br>Friday, February 28, 2014, Craig S<br>Wright <craig.wright@<br>▮▮▮▮▮▮ | Then it crashed **just before he died,** then it recovered. |
| **K Wright** | the PGP keys out there is **so that we have** time to address these |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014<br>8:14:45 AM (UTC) | I did this and have structured it **so that we have** this money now. |
| **K Wright** | **That is what is** troubling. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014<br>8:14:45 AM (UTC) | **That is what is** obtained from this. |
| **K Wright** | and **to be able to** backup and bond |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright, Wed 4/23/2014<br>8:14:45 AM (UTC) | He wanted some cash and **to be able to** do some other things |

Table 19. 6- to 4-grams occurring across K Wright and Q Category 1

The following table demonstrates overlapping 3-grams between **K Wright** and **Q Category 2**. No larger sized n-grams were found.

| K Wright | **I am not** admitting anything |
|---|---|
| | ensuring that **I am not** successful. |
| | and **I am not** sure where else to contact |
| | **I am not** looking for anything, |
| | Please note, **I am not** seeking anything in this, |
| | , but **I am not** going back to work. |

| | |
|---|---|
| **DEFAUS_00115950**<br>Fri, Mar 7, 2014 at 3:22 AM,<br>Craig Wright <craig@███> | **I am not** a team player. |
| **K Wright** | **It is not** about signing keys, |
| | **It is not** much, but then Dave always did things |
| **DEFAUS_00115950**<br>Fri, Mar 7, 2014 at 5:22 PM,<br>Craig Wright <craig@███> | **It is not.** |
| **K Wright** | **I will not** be involved with any debate |
| **DEFAUS_00115950**<br>Fri, Mar 7, 2014 at 5:22 PM,<br>Craig Wright <craig@███> | but **I will not** take from Dave. |

Table 20. 3-grams occurring across K Wright and Q Category 2

The following table demonstrates overlapping 4- and 3-grams in **Q Cat 1** and **Q Cat 2**. No larger overlapping n-grams were found.

| 4-grams | | |
|---|---|---|
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright<br>Wed 4/23/2014 8:14:45 AM (UTC) | | work with it as Dave's heir, **but I WILL NOT** give it up. |
| Q Cat 2          DEFAUS_00115950<br>Fri, Mar 7, 2014 at 5:22 PM, Craig<br>Wright <craig@███> | | I am far from humble, **but I will not** take from Dave. |
| **3-grams** | | |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright<br>Wed 4/23/2014 8:14:45 AM (UTC) | | **I will not** do that. |
| | | **I will not** collapse years of work |
| | | That stated, **I will not** move more now |
| | | So, NO **I will not** move more now. |
| | | , but **I WILL NOT** give it up. |
| | | one thing **I will not** do is give over the software |
| | | and **I will NOT** give it up |
| | | I have not cashed out **I will not** |
| | | **I will not** |
| Q Cat 2          DEFAUS_00115950<br>Fri, Mar 7, 2014 at 5:22 PM, Craig<br>Wright <craig@███> | | , but **I will not** take from Dave. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright<br>Wed 4/23/2014 8:14:45 AM (UTC) | | No, **I am not** doing this |
| | | **I am not** in a rush. |
| | | **I am not** taking that much, |
| Q Cat 2          DEFAUS_00115950<br>Tue, Mar 11, 2014 at 1:36 AM, Craig<br>S Wright <craig@███> | | **I am not** a team player. |
| Q Cat 1          DEFAUS_00119167<br>Craig S Wright<br>Wed 4/23/2014 8:14:45 AM (UTC) | | , **but I WILL** drive 99% of this |
| | | , **but I WILL** NOT give it up. |
| Q Cat 2          DEFAUS_00115950 | | , **but I will** not take from Dave. |

| | | |
|---|---|---|
| Fri, Mar 7, 2014 at 5:22 PM, Craig Wright <craig@ ▮ | | |
| **Q Cat 1**  Craig S Wright  Wed 4/23/2014 8:14:45 AM (UTC) | DEFAUS_00119167 | **I am a** security professional, |
| **Q Cat 2**  Tue, Mar 11, 2014 at 1:36 AM, Craig S Wright <craig@ ▮ | DEFAUS_00115950 | **I am a** terrible boss and slave driver, |

Table 21. 6- to 4-grams occurring across Q Category 1 and Q Category 2

## 9. The emoticon ";)" as sentence-final punctuation

The following table demonstrates the use of the emoticon ";)" (a 'winky smiley') in the place of sentence-final punctuation, notably in emails where all other sentences include sentence-final punctuation. We note also the similarity in form, despite the time period elapsed between the first message (in 2007) and the last two (in 2014). An alternate variant of the winky smiley emoticon contains a hyphen to indicate a 'nose': ";-)" but none of these do.

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEF_0136 9334 | 7 Dec 2007 8:22 AM | Craig Wright | My wife hates it, but I also keep buying lab equipment at auctions as well. My last was a haematology lab. I not sure what I am going to do with it, but I can run my own blood tests **now ;)**<br><br>Being slightly insane helps with being a researcher. |
| **Q Category 1** | DEFAUS_ 00119167 | Apr 15 2014 8:48 PM | <craig @ ▮ | Hi Andrew,<br>Can you help Ira with this please.<br><br>It is hostile everywhere right now. That stated, Dave and I have put far too much blood sweat and tears into this to allow it to fail.<br><br>It will be successful, it is just going to take time. So, are you still sure you do not want to be a director of the companies as was offered? You can put up with all this fun day to **day ;)** |
| | DEFAUS_ 00119570 | 5/20/2014 7:01:32 AM (UTC) | Craig Wright | We did **partner ;)**<br><br>The properties were not magnificent, but I loved them. In total I had a few cattle ranches and farm. Up in Port Macquarie. Wonderful beaches, but underdeveloped unlike Florida. In total about 550 acres.<br><br>I will have to see what I can dig up. The old Bitcoin logo we did is no longer used. I have a copy |

|  |  |  | somewhere. |
|---|---|---|---|
|  |  |  | Some of the issues we still face come from how people assume making money must be counterfeit or otherwise illegal. |

Table 22. Instances of the emoticon ";)" used as sentence-final punctuation in K Wright and Q Category 1

## 10.  Non-contracted "will"

The following table demonstrates instances of the use of the word "will" when it could be contracted into an "'ll" ending such as with a preceding pronoun "I", "we", "you", and "he", and when it could have been contracted with the negation "not" as "won't". Consistently, **K Wright**, **Q Category 1**, and **Q Category 2** never contract "will".

|  | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEF_0002739 | 10/9/2013 1:41:59 PM (UTC) | 'Craig S. Wright' [craig.wright@ ▮ ] | , <u>we</u> **will** be trading these as sparingly as possible.<br>, <u>we</u> **will** be recording and reporting TFN<br><u>We</u> **will** have these audited. |
|  | DEF_00052139 | 30 Mar 2016, 6:22 PM | nCrypt Craig <craig@ ▮ | and that <u>he</u> **will** only be returning on the 9th.<br>We do want to ensure that <u>he</u> **will** be able to write a good editorial. |
|  | DEF_00052148 | 3/30/2016 10:01:51 AM (UTC) | nCrypt Craig | <u>I</u> **will** do so now.<br>I **will** <u>not</u> be involved with any debate |
|  | DEF_01369334 | 27 Dec 2008 1 :02 PM | Craig S Wright [mailto:craig.w right@ ▮ ] | My wife **will** <u>not</u> be happy,<br>and <u>I</u> **will** walk into it<br><u>I</u> **will** have time to play |
|  | DEFAUS_00112964 | Feb 14, 2014 12:20 AM | Craig Wright [mailto:craig@ ▮ | <u>You</u> **will** have it tomorrow |
|  |  | Feb 12, 2014 2:28 PM | Craig Wright [mailto:craig@ ▮ | <u>I</u> **will** try calling again later. |
|  | DEF_01097415 | 27 Jan 2014 4:53 PM | Craig S Wright | <u>I</u> **will** try and talk to you tomorrow. |
|  | DEF_01597484 |  |  | <u>I</u> **will** start to send the addresses |
| **Q C 1** | DEFAUS_00112712 | 2/15/2014 12:48:38 AM (UTC) | Craig Wright | <u>You</u> **will** be looking for Private keys |

| | | | | |
|---|---|---|---|---|
| **Q Cat 1 (cont.)** | DEFAUS_ 00119167 | 4/23/2014 8:14:45 AM (UTC) | Craig S Wright | I **will** <u>not</u> do that.<br>I **will** <u>not</u> collapse years of work<br><u>I</u> **will** die trying.<br><u>I</u> **will** list these in coming years<br>I **will** <u>not</u> move more now<br><u>we</u> **will** get the following each October<br><u>I</u> **will** drive 30 million back into the company<br><u>I</u> **will** arrange that you can pull out.<br>(well <u>I</u> **will** try)<br><u>I</u> **will** raise funds to cover the shortfall<br><u>I</u> **will** give up the software<br><u>I</u> **will** make this open source<br>I **will** <u>not</u> move more now.<br><u>I</u> **will** STILL not be taking it<br>but <u>I</u> **WILL** drive 99%<br><u>I</u> **will** negotiate this,<br><u>I</u> **will** allow you to work with it<br>but I **WILL** <u>NOT</u> give it up.<br>then <u>I</u> **will** provide Dave's estate with its due.<br><u>I</u> **will** make sure that everything ends up<br>one things <u>I</u> **will** <u>not</u> do<br>and I **will** <u>NOT</u> give it up<br>and <u>I</u> **will** end up making it completely open |
| | | Apr 23, 2014 1:04 AM | Craig S Wright <craig@█████ | <u>I</u> **will** pay you out |
| | | Apr 23, 2014 12:54 AM | Craig S Wright <craig@█████ | <u>I</u> **will** arrange something on the cash |
| | | Apr 23, 2014 12:53 AM | Craig S Wright <craig@█████ | <u>I</u> **will** have the lawyers draft something<br>I **will** <u>not</u> |
| | | Apr 23, 2014 | Craig S Wright <craig@█████ | <u>I</u> **will** need to dig through old emails<br>and <u>I</u> **will** need to look up what font<br><u>I</u> **will** also dig up the PGP signature<br>I do not believe <u>he</u> **will** lie<br><u>I</u> **will** put all this together<br><u>I</u> **will** show the font |
| | | Apr 22, 2014 11:02 PM | Craig S Wright <craig@█████ | I am sure <u>he</u> **will** give better truth |
| | DEFAUS_ 00119570 | 5/20/2014 7:01:32 AM (UTC) | Craig Wright | <u>I</u> **will** have to see what I can dig up. |
| | DEFAUS_ 00550141 | May 20, 2015 at 1:57 AM | Craig S Wright <craig.wright@█████ | <u>I</u> **will** write tomorrow |

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **Q C 1 (cont.)** | | | | > |
| | KLEIMAN_00008178 | Feb 11, 2014 6:23 PM | Craig S Wright <craig.wright@ ███████ > | I **will** explain what this is later. I **will** talk to you again soon. I **will** let you know much more of Dave. I **will** also help you recover what Dave owned. I **will** let you know when I am in the USA, |
| **Q Cat 2** | DEFAUS_00115950 | Mar 7, 2014 5:22 PM | Craig Wright <craig@██████ | but I **will** not take from Dave. |
| | | Mar 6, 2014 at 5:12 PM | Craig S Wright <craig@██████ | I **will** send you some |

Table 23. Instances of the verb "will", non-contracted with a preceding pronoun and non-contracted with a succeeding negation in K Wright, Q Category 1 and Q Category 2.

The following table demonstrates instances of uncontracted "I will" and contracted "I'll" in the Australian English subcorpus of GloWbE, as is most frequently used with "will" in the **K** and **Q** above. (These counts exclude "I will not", as "I'll not" is an unlikely contraction when "I will" is paired with the negation "not".) As shown, this distribution shows a relatively equal distribution between the two variants, and yet we find no variation in any of the datasets.

| GloWbE | | | | | |
|---|---|---|---|---|---|
| **Term** | **N** | **% of Total** | **Term** | **N** | **% of Total** |
| "I will" | 24,721 | 50.9% | "I'll" | 23,802 | 49.1% |

Table 24. Distributions of non-contracted "I will" and contracted "I'll" in GloWbE

## 11.    Sentence-initial conjunction, no comma

The following table demonstrates nonstandard use of conjunctions sentence-initially ("And", "But", "Or") with no commas separating them from the remainder of the sentence. (This feature does not occur in **Q Category 2** for comparison because there are no sentence-initial conjunctions with commas to contrast with this feature).

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEF_00052146 | 30 Mar 2016 8:29 PM | nCrypt Craig <craig@██████ ██ wrote | **And** it is somebody who is in the know so to speak. |
| | DEFAUS_00558940 | 20 Nov 2015 at 20:30 | Craig S Wright <craig.wright@███ ████████ | **But** they are digging. |
| **Q Cat 1** | DEFAUS_00119167 | 4/23/2014 8:14 | Craig S Wright | **Or** do you want to argue the point? |
| | | 4/23/2014 8:14 | Craig S Wright | **And** right now, I do. That stated, I will not move more now in any event. |

| | | Apr 23 2014 1:33 | Craig Wright <craig@██████ | **And** yes. Worst case |
|---|---|---|---|---|
| | | Apr 23 2014 12:38 AM | Craig S Wright <craig@██████ | **And** yes, there is a lot that is messy from the time |
| Q Cat 1 (cont.) | | Apr 23 2014 12:54 AM | Craig S Wright <craig@██████ | **But** I am serious, if you want to cash out, I will arrange something on the cash |
| | KLEIMAN_ 00385767 | Sep 29 2017 1:38 AM | Craig Wright <craig@██████ | **And** that was not me using it. |

Table 25. Instances of sentence-initial conjunctions in K Wright and Q Category 1

## 12. The preposition "of" meaning "about"

The following table demonstrates instances of the preposition "of" used with the meaning "about" (such as "I do not know **of** it" and "I do not know **about** it"). This feature does not occur in **Q Category 2** for comparison (while we find two instances of "of" used in another grammatical way, there are no instances of "about" to contrast with this feature).

| | File | Time Stamp | Sender | Occurrences |
|---|---|---|---|---|
| **K Wright** | DEFAUS_ 00112964 | February 12, 2014 5:21 AM | Craig Wright [mailto:craig@██████ | I do not believe there has been anything **of** this in the estate, but I also know his father is not IT literate. |
| | | February 12, 2014 5:21 AM | Craig Wright [mailto:craig@██████ | I would ask that if you know **of** any of his computers, that you help ensure that any wallet.dat files he has are saved |
| | DEFAUS_ 00558940 | 11/20/2015 8:41 | Craig S Wright | Is there a means you know **of**? |
| | DEF_ 00023291 | 4/18/2016 9:09:25 AM | nCrypt_craig | I now have (without the knowledge **of** Uyen, Ian etc): |
| | | 4/18/2016 9:09:25 AM | nCrypt_craig | That is not likely as Uyen never knew who they are and they do not know **of** Uyen or this split |
| | DEFAUS_ 00112977 | 2/17/2014 1:33 | Craig S Wright | I have no idea **of** what the details in Belize were. |
| **Q Category 1** | DEFAUS_ 00119167 | 4/23/2014 8:14 | Craig S Wright | I assume you know nothing **of** how Dave funded W&K? |
| | | 4/23/2014 8:14 | Craig S Wright | What I know **of** Dave's passwords places them at around 80 bits. |
| | | 4/23/2014 8:14 | Craig S Wright | You are talking **of** greed to me |
| | | Apr 22, 2014 at 11:02 PM | Craig S Wright | I know what we planned – I not know all **of** what was occurring in WK. |
| | KLEIMAN_ 00008178 | February 11, 2014 6:23 PM | Craig S Wright <craig. wright@██████ | When I can, I will let you know much more **of** Dave |

Table 26. use of the preposition "of" with the meaning "about"

# V. CONCLUSION

As demonstrated in the analysis above, the superior hypothesis for all **Q** documents (individual email threads) is Hypothesis 1. That is, the language patterns of the **Q** documents are consistent with the language patterns found in the documents known to have been written by Dr. Craig Steven Wright.

Respectfully submitted,

_____

Robert A. Leonard

Mill Neck, NY

April 10, 2020

1

## APPENDIX A

**Robert A. Leonard, Ph.D., Linguist**
**Forensic Expert Witness in Linguistics and Language**
**Hofstra University Professor of Linguistics**
**Director, Institute for Forensic Linguistics, Threat Assessment and Strategic Analysis**
**and Forensic Linguistics Capital Case Innocence Project**
**Director, Graduate Program in Linguistics: Forensic Linguistics**
tel : ▮▮▮▮▮   fax: ▮▮▮▮
email: rlforensics@▮▮▮▮ forensiclanguage@▮▮▮▮ cllral@▮▮▮▮
www.robertleonardassociates.com
http://www.hofstra.edu/academics/colleges/hclas/cll/linguistics/ma-forensic-linguistics/

April 2020

Contents:
**EXPERT WITNESS**
**EDUCATION**
**OTHER TRAINING**
**ACADEMIC FELLOWSHIPS, AWARDS**
**FOREIGN LANGUAGES**
**LINGUISTIC CONSULTING**
**MEDIA**
**ACADEMIC EXPERIENCE**
**EDITORSHIPS**
**PUBLICATIONS – LINGUISTICS and SEMIOTICS**
**PROFESSIONAL EVALUATION PANELS**
**INVITED AND REFEREED PRESENTATIONS—LINGUISTICS and SEMIOTICS**
**PRESENTATIONS – COMMUNICATION ACROSS CULTURES**
**PRESENTATIONS – INTERNATIONAL EDUCATION**
**PROFESSIONAL ORGANIZATIONS**
**BUSINESS-RELATED EXPERIENCE**
**COURSES DEVELOPED AT HOFSTRA UNIVERSITY—Undergraduate; Graduate**

## EXPERT WITNESS IN LINGUISTICS AND LANGUAGE

Qualified as an Expert in Linguistics, under Frye and under Daubert in 14 States and 6 Federal Districts: in State Courts in Arizona, California, Colorado, Florida, Illinois, Indiana, Michigan, Montana, New Jersey, New York, Nevada, Oregon, Pennsylvania, and South Carolina, and in U.S. District Courts in Newark, NJ, Austin, TX, New York, NY, San Jose, CA, Tampa, FL, and Denver, CO. Testified as a linguistic expert before World Bank ICSID Tribunals in Washington, DC, and Paris.

## EDUCATION

**Columbia University**, New York, NY
Columbia Graduate School of Arts and Sciences          Ph.D. 1982  (Linguistics)
                                                       M. Phil. 1973  (Linguistics)
                                                       M.A. 1973  (Linguistics)
          Columbia College                             B.A. 1970 *cum laude*  (Sociology)
**University of Nairobi**, Kenya (during Fulbright Fellowship tenure)
          Institute of African Studies                 Research Associate 1974-75

## OTHER TRAINING

Linguistic Society Institutes:                         Advanced Linguistic Training
          University of Hawaii, Honolulu                 Summer 1977
          University of Michigan, Ann Arbor              Summer 1973

**EXHIBIT**       E
Witness:  Robert A. Leonard, Ph.D.
Date:          4/24/20
Court Reporter  Julia Y. Alfonso, RPR, FPR

2

American University Alumni Association        Thai Language
     Bangkok, Thailand               Summer 1976

**ACADEMIC FELLOWSHIPS, HONORS** (and see Academic Experience, below)
Graduate:          Fulbright Fellowship for Ph.D. Research 1973-74
Faculty Fellow of Columbia University 1970-73
National Defense Foreign Language Fellowship 1970-73
Undergraduate:      Phi Beta Kappa 1970
Gutmann Prize for Excellence in Humanities 1967

**FOREIGN LANGUAGES**
Speak and Read:       Swahili (several varieties), French, Spanish
Reading Knowledge:    Italian
Structural Knowledge:    Giriama, Kamba, Rabai, Pokomo (Kenya); Shona (Zimbabwe); Thai, Arabic

**LINGUISTIC CONSULTING**
Clients include:
      FBI Behavioral Analysis Unit (BAU)
      Prime Minister of Canada
NYPD Hate Crimes Task Force
US Air Force
New Jersey Office of Attorney General, Criminal Prosecution
New York State Police Protective Services Unit, Intelligence Section
US Attorney's Office, Eastern District of NY
Pennsylvania State Police Criminal Investigation Assessment Unit
ABC-TV News Investigative Division
Apple, Inc.
Member, Capital Case Oversight Committee Jury Working Group for the State of Arizona
Facebook, Inc.
State Court System of New Jersey
In US, UK, Canada, and Europe:
      Criminal profiling, intelligence, and counterterrorism units
      Municipal and national police forces, private sector intelligence agencies
      Prosecutors, defense counsels, civil law firms

**PHD THESIS ADVISING**
Columbia University Computer Science Department
Aston University (UK) Linguistics Department
University of California San Diego Linguistics Department

**MEDIA**
**Interviews** on issues of linguistics and forensic linguistics include:
*New York Times*                   *Associated Press*
*The New Yorker* Magazine       Danmarks Radio
*Wall Street Journal*            *Freakonomics' Tell Me Something I Don't Know*
*Smithsonian* Magazine         *Profil* Newsmagazine, Austria
ABC *Nightline*                  *Washington Post*
WABC-TV news
*Newsday*
*New York Daily News*
WCBS and WINS Newsradios
*USA Today*
*Washington Times*

**3**

Interviews have additionally appeared in *Dallas Morning News, Mainichi Daily News* (Japan), *New York Law Journal, WNBC, MSNBC, CNN,* and others

The *New Yorker* article is at http://www.newyorker.com/magazine/2012/07/23/words-on-trial

*Wikipedia* bio is at http://en.wikipedia.org/wiki/Robert_A._Leonard

Other news articles include:
The *New York Times* **-** New York Today: "Hold the Ziti" https://www.nytimes.com/2018/02/06/nyregion/new-york-today-hold-the-ziti.html

http://www.smithsonianmag.com/ist/?next=/science-nature/how-did-computers-uncover-jk-rowlings-pseudonym-180949824/ (note: Dr. Juola and I have joined forces on cases, as well as on a National Science Foundation grant proposal)

"Forensic Linguistics Makes Web Less Anonymous"
http://www.cbsnews.com/news/forensic-linguistics-makes-web-less-anonymous/

"Holmes & Watson Amid the Apostrophes" Chronicle of Higher Education, By Lucy Ferriss
http://chronicle.com/blogs/linguafranca/2012/07/30/holmes-watson-amid-the-apostrophes/

For some comic relief: In 2012 TIME deemed me the second smartest rock star in history, behind Brian May, guitarist of *Queen*, who is an Astrophysicist. Humor aside, this is actually of note because how I worked my way through Columbia often comes out—always positively—at trial.
http://entertainment.time.com/2012/09/07/school-of-rock-10-super-smart-musicians/#all
http://entertainment.time.com/2012/09/07/school-of-rock-10-super-smart-musicians/#class-acts

**Television Shows:**
Featured prominently in *A Tight Leash*, an episode of *Forensic Files*, and *Investigation Discovery's Solved*, about the Hummert murder case tried in 2006;
*A Tight Leash* full episode: https://www.youtube.com/watch?v=93iGYeQobCA

"Facebook Murders" case: *Too Pretty to Live: The Catfishing Murders of East Tennessee* on Investigation Discovery 2016.
Full show: http://www.dailymotion.com/video/x40ybzb

**Short clips**:
http://www.mtv.com/video-clips/f89wxd/unlocking-the-truth-sneak-peek-disfluency is a 2:06 clip from MTV's 2016 series *Uncovering the Truth*: Byron Case and Michael Politte exoneration cases.

https://www.youtube.com/watch?v=acHg0L5ky30 is a 4:24 video clip discussing forensic linguistics for Investigation Discovery Channel

http://www.hofstra.edu/Academics/Colleges/Hclas/FLP/MAFLP/index.html

https://www.hofstra.edu/academics/colleges/hclas/cll/linguistics/ma-forensic-linguistics/index.html
 is a 4:14 clip discussing the graduate program and forensic linguistics in general

http://abcnews.go.com/Nightline/video/missing-ariz-girl-911-tapes-released-16354671 is a 5:37 *Nightline* clip that includes Leonard discussing the analysis of 911 calls in criminal investigations

**Recent interview:** https://podcasts.apple.com/us/podcast/subtitle/id1482805610  Funded by the National Endowment for the Humanities and the Linguistic Society of America

4

**Sample Presentations:**
"The Groundbreaking Science of Forensic Linguistics: Solving Crimes by Analyzing Language" At the Third
Annual World Polyglot Conference, New York City, October 2015. (48:49)
https://www.youtube.com/watch?v=-01uO3uTrgk&t=1225s

"MetroLex II: Lexicography, Language, and the Law" "Rob Leonard's Ph.D in semantics and sociolinguistics from Columbia
University included lexicography, taught by Allen Walker Read, one of his favorite professors, but with whom he clashed, for example, on the
socio-cultural import of dictionaries' treatment of taboo terms. He continued to collaborate on projects with Read for years afterwards. As a
forensic linguist, Rob has had many opportunities to put into practice the principles and techniques taught to him by Read."
Held at the New York City offices of Oxford University Press, and organized by the Dictionary Society of North
America (DSNA) in partnership with other organizations in the NYC area.
(28:59)
https://www.youtube.com/watch?v=N4en5cpTBF4

"Forensic linguistics in the cause of justice: The Forensic Linguistics Capital Case Innocence Project" Keynote (1
hour) Presented to the Forum on Language and the Law: Non-Native Speakers of English in the Legal System -- a
dialog between linguistics experts and stakeholders, Department of Linguistics, **University of Utah**, April
2018.  https://linguistics.utah.edu/languageandlaw/ ; clips at
http://www.kaltura.com/index.php/extwidget/preview/partner_id/670542/uiconf_id/36005582/embed/auto?&flashva
rs[streamerType]=auto&flashvars[playlistAPI.kpl0Id]=0_5t3qoj86

**Sample interview:**
Vanderbilt Law School blog https://www.excitedutterancepodcast.com/listen/2018/2/19/46-robert-leonard

**Sample Article:**
http://www.hofstralawreview.org/wp-content/uploads/2017/06/BB.5.Leonard-et-al.NEW_.pdf


<u>**ACADEMIC EXPERIENCE**</u>
1990-present        **Hofstra University, Hempstead, New York**
- **Professor of Linguistics and Director of Linguistics Program** (1996-present)
- **Co-Director of Joint MA-JD with Hofstra Law School** (2018-present)
- **Distinguished Faculty Lecturer Award** (2013)
- **Distinguished Teacher of the Year Award** (2009)
- **Director, Graduate Program in Forensic Linguistics (**2010-present**)**
- **Director, Institute for Forensic Linguistics, Threat Assessment and Strategic Analysis** (2010-present)
- **Director, Forensic Linguistics Capital Case Innocence Project** (2014-present)
- **Chair, Department of Comparative Literature, Languages, and Linguistics** (2005-2012**). Department included Comparative Literature, Linguistics, Asian Studies, the English Language Program, Arabic, Chinese, German, Modern Greek, Ancient Greek, Hebrew, Japanese, Latin, Persian, Punjabi, Russian, and Swahili**
- **Director, Forensic Linguistics Project** (2004-present)
- **Chair, Africana Studies** (2002-2003)
- **Associate Professor of Linguistics** (1990-1996)

1988-1994        **Fulbright Teacher Exchange Program, United States Information Agency**
                **Chair, Regional Interview Committee (LI and Southern NY State)**
- Organized and oversaw interviews by college and university faculty members expert in international matters of high school teachers applying for Fulbrights

**5**

1985-1990     **Friends World College** (A small, Quaker-founded, nonsectarian liberal arts
              college that specialized in undergraduate field work and experiential education
              at eight international centers. Now called Global College.)
              **Vice-President for Administration, Headquarters, Huntington, NY**
              - Supervised Center Directors of Friends World College campuses and centers worldwide:
                New York, Costa Rica, Israel, Kenya, England, India, Japan, and Hong Kong.
              - Taught linguistics seminars and supervised linguistics independent research; conducted
                cross-cultural training.

1981-85       **Director, Friends World College East African Centre, Machakos, Kenya**
              - Designed, supervised and taught comprehensive academic program integrating
              intensive language training with the humanities, the social sciences, cross-cultural training and field work
              methodology to give American undergraduates a thorough preparation for independent field study and internships in
              East Africa.
              - Taught African literature (in English); Swahili literature and lyric poetry (in Swahili).

1979-81       **Columbia University, New York, NY**
              **Preceptor of Linguistics**
              - Taught introductory and intermediate Swahili.

1977-79       **Lehman College, City University of New York**
              **Lecturer**
              - Taught linguistics and sociolinguistics.

## EDITORSHIPS

2009-present    **Member, Editorial Board. Oxford University Press** series *Language and Law*.

1999            **Co-Editor,** *The Asian Pacific American Heritage*: *A Companion to Literature and Arts*. New
York: Routledge.
                [Selected as **"one of the Outstanding Academic Books of the Year"** by the American Library
                Association's journal, *Choice*]

1998            **Co-Editor,** *The Italian American Heritage*: *A Companion to Literature and Arts.* 1998.
                New York: Routledge.

For the 1998 and 1999 *Heritage* series, Section Editor for Linguistics, and Food/Semiotics of Food

## PROFESSIONAL EVALUATION PANELS

2014-present    **Reviewer, Linguistics books, Oxford University Press**
2007-present    **Reviewer, Professional Staff Congress, City University of New York Research Award**
**Program**
2018-present    **Reviewer, Linguistics and Law, Routledge**
2017      **Referee, City University of New York**
2017      **Referee, Lancaster University, United Kingdom**
2014      **Referee, Georgetown University**
2013      **Reviewer, Psychology Books, Wiley-Blackwell**
2012          **Reviewer, Journal of Forensic Sciences**
2012          **Referee, Journal of Empirical Legal Studies**
2010          **Reviewer, Routledge Encyclopedia of Applied Linguistics**

## PUBLICATIONS -- LINGUISTICS and SEMIOTICS

**6**

2018. "Communicating linguistic theory and analyses to judge and jury in the highly adversarial US justice system: theatrical cross examinations vs. the facts" in *Frameworks for Discursive Actions and Practices of the Law*, Tessuto, Girolamo, Vijay K. Bhatia, and Jan Engberg, eds., Centre for Research in Language and Law, Naples, Italy, pp. 219-247. Cambridge Scholars Publishing.

2017. "Forensic Linguistics" in *Handbook of Behavioral Criminology: Contemporary Strategies and Issues.* Van Hasselt, Vincent, and Michael Bourke, eds. Springer.

2017. "Forensic Linguistics: Applying the science of linguistics to issues of the law." Co-authors Juliane Ford and Tanya Karoli Christensen. 45 *Hofstra Law Review* 881.

2012. "Retslingvistik. Sprogforskeren som efterforsker og ekspertvidne" ["Forensic linguistics: the linguist as investigator and expert witness"] (translated into Danish by Nicoline Munck Vinther). *Mål og Mæle* ("new knowledge about language and linguistics") 35.3. 11-17.

2011. "The Swahili City-States" in *Food Cultures of the World Encyclopedia* [4 volumes]. Albala, Ken, ed. Westport, Conn: Greenwood Press [This article, through a sociological, linguistic, and semiotic study of food behavior, explores history, culture, religion and social meaning in a group of ancient Indian Ocean city-states loosely federated by language and religion.]

2011. "Kenya" in *Food Cultures of the World Encyclopedia* [4 volumes]. Albala, Ken, ed. Westport, Conn: Greenwood Press [This article, through a sociological, linguistic, and semiotic study of food behavior, explores history, culture, religion and social meaning in a post-colonial nation-state.]

2008. Review of Roger W. Shuy, *Creating Language Crimes: How law enforcement uses (and misuses) language. Language*, volume 84, number 4.

2006. "Meaning in nonlinguistic systems." In *Advances in Functional Linguistics: Columbia School Beyond its Origins*, Gorup, Davis and Stern, eds. Amsterdam: John Benjamins. [This article seeks to extend the boundaries of linguistic semantic theory and sociolinguistic variation theory to *non*-linguistic non-random systematized arbitrary expressions of meaning, specifically behaviors dealing with food, architectural space, private space, and construction of social and gender identity, using data author collected primarily from ancient city-states in East Africa, and from the U.S. and SE Asia as well.]

2006. "Semantic Analysis of Swahili Applicative Verbal Extension *li."* co-author Wendy Saliba. In *Advances in Functional Linguistics: Columbia School Beyond its Origins*, Gorup, Davis and Stern, eds. Amsterdam: John Benjamins. [A new analysis of a thorny problem in theoretical semantics (how context-sensitive can grammatical meaning be?) using data from a widely examined issue in Swahili semantics (the applicative extension *li*).]

2006 Review of "Language in the American Courtroom." in Sociolinguistics, Discourse Analysis, and Language Policy section of *Language and Linguistics Compass*, Blackwell electronic journal.

2006 "Forensic linguistics: applying the scientific principles of language analysis to issues of the law." *International Journal of the Humanities*, Volume 3, Issue 7, pp.65-70. Melbourne: Common Ground Publishing Pty. Ltd.

2005 "Police interrogation needs videotape." *Newsday*, April 28, 2005. [Op-Ed article on the necessity of electronically recording interrogations and confessions: how it protects the rights of suspects, protects the police from accusations of wrongdoing, and saves money for taxpayers as well.]

2004 "Forensic linguistics." In Glenn Yeffeth, ed., *An Eclectic Look at NYPD Blue.* Dallas: BenBella Books. [The cooperative principle, schemas, pragmatics, inference, dialect and idiolect, the sociolinguistics of language as

7

identity, code-switching, and linguistic accommodation as tools for analyzing courtroom procedure, police interrogation, and how memories can be shaped by questioning.]

2003b   "Linguistics and the Law." *Washington, D.C. Legal Times.* June 16, 2003.  [Explains the background, theory and application of Forensic Linguistics in a special Litigation edition of this law journal.]

2003a   "Black English equals any other language." *Newsday,* January 22, 2003.
[Op-Ed article on the sociolinguistic role of language and ethnic identification drawing on 25 years of research on dialect and secret language.]

1999a   "Dialect, standard, and slang:  Sociolinguistics and ethnic American literature"
In George Leonard et al., eds., *The Asian Pacific American Heritage: A Companion to Literature and Arts.* New York: Routledge. [**Winner of American Library Association's *Outstanding Academic Book* award.**]

1999b   "Food and ethnic identity: Theory." Co-author Wendy Saliba.
In George Leonard et al., eds., *The Asian Pacific American Heritage: A Companion to Literature and Arts.* New York: Routledge. [Winner of American Library Association's *Outstanding Academic Book* award.]

1999c   "Southeast Asian Food: the Durian and beyond." Co-author Wendy Saliba.
In George Leonard et al., eds., *The Asian Pacific American Heritage: A Companion to Literature and Arts.* New York: Routledge. [Winner of American Library Association's *Outstanding Academic Book* award.]

1995   "Notes on *uki*, East African Honey Wine" [A sociological linguistic-semiotic study of an African traditional beverage which I was taught to brew and use ceremonially when I sat on the elders' council of the Akamba]. In Harland Walker, ed., *Oxford Symposium 1994.*  London: Prospect Books.

1995   "Deixis in Swahili: attention meanings and pragmatic function." In Ellen Contini-Morava and Barbara Goldberg, eds., *Meaning as Explanation: Advances in Sign-Based Linguistics.*  Berlin: Mouton De Gruyter. [This article, using data from the grammatically complex East African language Swahili, analyzes the use of deictics such as demonstratives by speakers and writers in structuring the information flow of language.]

1994   "Money and language."  In John DiGaetani, ed., *Money: Lure, Lore and Literature.*
Westport, Conn.: Greenwood Press. pp 3-13. [Analyzes the common theoretical semantic underpinnings of linguistic and true monetary systems—arbitrariness; lexicographic and historical linguistic analysis of lexical semantics of money terms; sociolinguistics of some closed codes regarding money.]

1992   "Food, drink, and Swahili public space." In Harlan Walker, ed., *Oxford Symposium 1991.* Co-author Wendy Saliba.  London: Prospect Books. [Presents the problem and theoretical underpinnings of the analysis of *non*-linguistic non-random systematized arbitrary expressions of meaning, specifically behaviors dealing with food, architectural space, private space, and construction of social and gender identity, using data primarily from ancient city-states in East Africa and from the U.S. and Asia as well.]

1988   *Swahili Phrasebook.*  Victoria, Australia and Berkeley, California: Lonely Planet Publications.

1987   Response to Wilt, "Discourse distances and the Swahili demonstratives." *Studies in African Linguistics* 18:97-105.

1985   "Swahili demonstratives:  Evaluating the validity of competing semantic hypotheses." *Studies in African Linguistics* 16:281-293.  [Explores the requirements of theoretical adequacy in the construction of explanatory hypotheses.]

1982   The Semantic System of Deixis in Standard Swahili.  Columbia University Ph.D. Dissertation.  Ann Arbor: University Microfilms Intl.  [Analyzes the underpinnings of deictic demonstratives by speakers and writers in

**8**

structuring the information flow of language using data from the grammatically complex East African language Swahili.]

1980    "Swahili e, ka, and nge as signals of meanings." *Studies in African Linguistics* 11:209-226.


## INVITED AND REFEREED PRESENTATIONS -- LINGUISTICS AND SEMIOTICS

2019    "Forensic Linguistics: The application of linguistic theory to cases of profiling, authorship & counterterrorism." Presented to the **University Seminars of Columbia University: Language and Cognition,** New York, NY, November 2019

2019    "Forensic linguistics: using language evidence in criminal, threat, and intelligence cases, with special reference to homicides." Presented to the **NYPD Detective Bureau Homicide Investigators Course**, NYPD, Office of the Chief Medical Examiner, New York, NY, Jan 2019

2018    "Forensic linguistics" in the cause of justice: The Forensic Linguistics Capital Case Innocence Project" Keynote Presented to the Forum on Language and the Law: Non-Native Speakers of English in the Legal System -- a dialog between linguistics experts and stakeholders, Department of Linguistics, **University of Utah**, April 2018. https://linguistics.utah.edu/languageandlaw/

2018    "Forensic linguistics" CLE Webinar. **National Association of Public Defenders**. June 2018.

2018    "Forensic Linguistics: investigating deception, misrepresentation, and disinformation in civil, criminal, and intelligence cases." Presented to the Workshop on Lying, Deception, Pretense and Noncooperative Communication, **Computer Science Department, Columbia University**, NYC, March 2018.

2017    "The Groundbreaking Science of Forensic Linguistics." Keynote address to 2017 **National Administrative Law Judiciary** Annual Conference: The Administrative Law Judiciary and the Pursuit of Fairness, Due Process and the Protection of Fundamental Rights, Fordham University School of Law, NYC, October 2017

2017    "Forensic Linguistics Investigations." Presented to **The Institute Library**, New Haven CT.    September 2017.

2017    "Forensic Linguistics and Fraud Investigations." Keynote address to 17th Annual Emerging Trends in Fraud Investigation & Prevention Conference hosted by Central Ohio Chapter of **Association of Certified Fraud Examiners**, Columbus, OH, May 2017.

2017    "Master Class: Advanced techniques in criminal investigations using Forensic Linguistics." Presented to faculty and students in **Department of Scandinavian Studies and Linguistics and the Law School, Copenhagen University**, Copenhagen, Denmark, March 2017.

2016    "Authorship of texting evidence in a murder case in Waco, Texas." Presented at **Nordic Forensic Linguistics Symposium**, University of Copenhagen, Denmark, December 2016.

2016    "Forensic Linguistics in civil, criminal, and intelligence cases." 4th. Edition of the Jornadas (In)formativas de Lingüística Forense, **Universidad Autónoma de Madrid,** Oct 2016.

2016    "Using Linguistic Theory in Forensic Linguistics Investigations: running the gamut from entertainment star fluff cases to civil wrangling among mega-corporations to counter-terrorism, murder—and our Innocence Project." **Stony Brook Linguistics Club**, Oct 2016.

2016    "Authorship Analysis Advanced Workshop." Featured speaker at Student Day, Roundtable in Forensic Linguistics 2016, **Germanic Society for Forensic Linguistics**, Mainz, Germany,

**9**

August 2016.

2016     "Forensic Linguistics in a Danish context." Presented at the **Danish National Police College**, Copenhagen, Denmark. Co-presented with Tanya Karoli Christensen, January 2016.

2016     "Forensic Linguistics, Threat Assessment, and Strategic Analysis." Lead presenter at multiday training for **Behavioral Sciences Unit, Calgary Police Servic**e, Calgary, Canada, June 2016.

2016     "Mind the gap. Communicating linguistic theory to police and triers of fact." Presented at **Law, Language and Communication: negotiating cultural, jurisdictional and disciplinary boundaries** 4th International Conference, Caserta, Italy, May 2016. Co-presented with Tanya Karoli Christensen.

2016     "Forensic Linguistics' cutting-edge techniques in Intelligence, Civil, and Criminal Investigations." Public lecture, and Master Class on Authorship, at **Lausanne University**, Lausanne, Switzerland, May 2016.

2016     "Semantics and Saussure's Arbitrariness of the Sign in Non-Linguistic Meaning Systems." Plenary address to the 61st Annual Conference of the **International Linguistics Association**, Hofstra University, March 2016.

2016     "Application of Lexicography to Criminal and Civil Cases."
MetroLex II: **Lexicography, Language, and the Law Dictionary Society of NorthAmerica, Oxford University Press,** New York City, April 2016. https://www.youtube.com/watch?v=N4en5cpTBF4

2016     "Forensic Linguistics in a Danish context." Presented at the **Danish National Police College**, Copenhagen, Denmark. Co-presented with Tanya Karoli Christensen, January 2016.

2015     "Forensic Linguistics Applications to Domestic and Foreign Counter-Terrorism, Civil, Criminal, and Intelligence Cases, and the Innovative Hofstra Forensic Linguistics Capital Case Innocence Project
--An exploration of the cutting-edge forensic science of forensic linguistics through the recent cases of one of its foremost practitioners, Professor Robert Leonard, PhD, of Hofstra University."  CLE program presented at **Administrative Judicial Institute** at the Office of Administrative Trials and Hearings, New York City, December 2015.

2015     "Forensic Linguistics and legal cases." CLE program for Danish Attorneys, **Danske Advokater**, Copenhagen, November 2015.

2015     "The Groundbreaking Science of Forensic Linguistics: Solving Crimes by Analyzing Language." **Third Annual World Polyglot Conference**, New York City, October 2015.

2015     "Working as a Forensic Linguistics Expert in the US with Law Enforcement Institutions, Defense Teams, Death Penalty Mitigation Institutions, Civil Lawsuit Attorneys, and Protective Services, and
Advanced Academic and Professional Training in the US: The Challenges and Opportunities"
and
        "The Hofstra Forensic Linguistics Capital Case Innocence Project: Words on Trial, Revisited"
Featured speaker at Roundtable in Forensic Linguistics 2015, the **Germanic Society for Forensic Linguistics**, Mainz, Germany, September 2015.

(Named "**Outstanding Forensic Linguist of the Year –**for contributions to the theory, research, and education of Forensic Linguistics/Phonetics" by the **Germanic Society for Forensic Linguistics)**

2015     "Forensic Linguistic Intelligence Gathering – Corporate, criminal and civil intelligence gathering through advanced forensic linguistic techniques." Featured speaker at the **Annual Threat Assessment Management Conference, Association of Threat Assessment Professionals Worldwide**, Anaheim, CA, August 2015.

10

2015    "Forensic Linguistics:  Applications to Intelligence, Law Enforcement, Counterterrorism and Threat Assessment."  Presented at Danish National Police, **Danish Police College, Institute for Criminal Investigation, Intelligence and Analysis**, June 2015.

2015    "Applying variationist sociolinguistic theory to forensic analyses." Presented at **Copenhagen University**, Copenhagen, Denmark, June 2015.

2015    "Theoretical aspects of forensic linguistic investigations in Criminal, Civil and Intelligence Cases." Presented at the **University of Virginia**, Charlottesville.  Feb 2015.

2014    "The theoretical underpinnings of teaching Forensic Linguistics."  Featured speaker at The **Columbia School Linguistic Society's Seventh Institute for the Study of Form, Meaning, and Human Behavior in Language**, Brooklyn, NY,  August  2014.

2014    "Forensic Linguistics: the analysis of legal evidence that is language. Linguistique légale: l'analyse du langage comme prevue juridique. " Plenary address to the 59th Annual Conference of the **International Linguistics Association**, Université Panthéon-Assas, Paris II, France, May 2014.

2013    "Words on Trial—A New Approach to Investigations, Interrogations and Confessions: Forensic Linguistics."  CLE program for **Nassau County Bar Association** and the **Nassau County Criminal Courts Bar Association**, November 2013.

2013     "Language as Evidence:  Scientific Linguistic Analysis in Criminal, Civil and Intelligence Cases."  **44th Hofstra University Distinguished Faculty Lecture**, October 2013.

2013     "Threat assessment intelligence analysis:  maximizing intelligence yield from threat letters, texts, emails, and intercepted communications." Presented at **Terrorist Information New York-London Group**, New York, September, 2013.

2013    "Linguistics and Analysis of Language Evidence."  **Multi-state CLE** video session (good for CLE credits to attorneys in Arkansas, Arizona, Alaska, California, Georgia, Hawaii, Illinois, Maryland, North Dakota, New Jersey, and New York), July, 2013.

2013    "Language as Evidence: Words on trial." 31st Annual lecture, **The Yale Sherlock Holmes Society,** Yale University, June, 2013.

2013    "Linguistics and Language Evidence in Criminal, Civil, and Intelligence Cases."  CLE program presented at **Touro Law School**, April, 2013.
.
2013    "How to Solve Crimes with Words: Techniques (and Careers) in Forensic Linguistics," Presented to **Yale Graduate School** linguistics and language faculty and students, Yale University, April, 2013

2013    "Forensic Linguistics: Analyzing Written and Oral Language Evidence."  CLE program presented at **Administrative Judicial Institute** at the Office of Administrative Trials and Hearings, New York City, March, 2013.

2012    "Linguistic analysis of a covert recording to assist a judge in determining whether a defendant was in the room when the judicial bribery was discussed: dialect variation, semantics of pronominals, framing content, introduction and support of conversational topics."  Presented at **Centre for Forensic Linguistics**, Aston University, Birmingham, UK, November, 2012.

2012    Convened *Language as Evidence Conference*, and presented "Linguistics and Language Evidence in Criminal, Civil, and Intelligence Cases." Hofstra University, October, 2012.

11

2012      "Linguistic expert witness testimony aiding the trier of fact:  does the language data support the inference that the defendant was or was not at the scene of a conspiracy to bribe a judge."  Presented at 11th International **Columbia School Conference**, Rutgers University, New Brunswick, New Jersey, October, 2012.

2012      "Forensic Linguistics Applications to Law Enforcement, Counterterrorism and Threat Assessment."  Presented to **Merseyside-Liverpool and Manchester Police** at St. Helens University, St Helens, UK, July 2012.

2012      "Linguistics and Forensic Linguistics." Presented at  **Copenhagen University**, Copenhagen, Denmark, June 2012.

2012      "Master Class in Forensic Linguistics." Presented at LANCHART PhD Group, **Copenhagen University**, Copenhagen, Denmark, June, 2012.

2012      "Linguistic theory and its forensic applications to authorship, linguistic profiling, counterterrorism, law enforcement and FL-enhanced threat assessment." Presented in three daylong sessions by invitation of **Ontario Provincial Police, Criminal Behaviour Analysis Unit, Threat Assessment and Criminal Profiling Unit**, Ontario, Canada, June 2012.

2012      "Advanced techniques in criminally oriented Authorship Analysis."  Presented at **Centre for Forensic Linguistics**, Aston University, Birmingham, UK, February, 2012.

2011      "Advanced techniques in forensic linguistics approaches to security, counterterrorism,  law enforcement and FL-enhanced threat assessment." Week-long presentation for **UK government**, London, November, 2011.

2011       "Forensic linguistic techniques and procedures to interdict and prosecute international and domestic counterterrorism" Presented at **Terrorist Information New York Group** (TINYg- linking the USA and UK), London, October, 2011.

2011      "Forensic Linguistics Applications to Law Enforcement, Counterterrorism and Threat Assessment"  Presented at **Canadian Association of Threat Assessment Professionals**, Banff, Alberta, Canada, September, 2011.

2011       "International and domestic counterterrorism: forensic linguistics and threat assessment techniques; how the UK and US must work in tandem" Presented at **Terrorist Information New York Group** (TINYg- linking the USA and UK), New York, April, 2011.

2011      "Forensic linguistics approaches to security, counterterrorism,  law enforcement and FL-enhanced threat assessment." Presented in four sessions by invitation of **UK government**, London, January 24, 2011.

2010      "Slang! What is it good for?! ─ The utility, motivation and poetry of slang in pulp fiction and other popular literary genres." [Slang and other lexical choice as marker of genre and group].  Presented at the **Hofstra University Library Symposium** Kapow! From Pulp Fiction to Google Books , Hempstead, NY,  October 22, 2010.

2010      "Linguistic meaning, pragmatics and context: Semantic analysis of evidence in a double homicide trial." Presented at 10th International **Columbia School Conference** on the Interaction of Linguistic Form and Meaning with Human Behavior:  Grammatical analysis and the discovery of meaning, Rutgers University, New Brunswick, New Jersey, October 9-11, 2010.

2010      "Using Forensic linguistics to protect: techniques for investigation,  interdiction, and  prosecution." Presented at The **Association of Threat Assessment Professionals**, Northeast Chapter Meeting, New York, New York, September 27, 2010.

**12**

2010     "Testifying on meaning"; "Sociolinguistic profiling in investigative contexts"; and "Coerced and other invalid confessions." Presented at International Summer School in Forensic Linguistic Analysis 10th Edition, **Centre for Forensic Linguistics**, Aston University, Birmingham, UK., 28 June – 3 July 2010

2010     "A new approach to interrogations and confessions: forensic linguistics."  Presented at **joint CLE/APACE session** of psychologists, psychiatrists and Legal Aid attorneys, Forensic Psychiatry, Kings County Hospital Center, Brooklyn, New York, May 22, 2010.

2010     "Five types of false and invalid confessions, including two previously undescribed categories." Presented at **Criminal Appeals Bureau**, Legal Aid Society, New York, New York, January 25, 2010.

2009     "Forensic linguistics in investigation and prosecution, with specific reference to threat and stalking cases." Featured speaker at the 19th Annual  Threat Assessment Management Conference, **Association of Threat Assessment Professionals Worldwide**, Anaheim, CA, August 11-14, 2009.

2009     "Forensic applications of discourse marker analysis."  Presented at the **International Association of Forensic Linguists** 9th Biennial Conference, Vrije Universiteit, Amsterdam, July 9 2009.

2009     "Communication, litigation, and forensic linguistics."  Co-presenter Jesse Graham, Esq. **Continuing Legal Education, Rivkin Radler LLP**, Uniondale, NY, June 30, 2009.

2009   "Speech Acts, Schemata and the Cooperative Principle: three useful concepts in understanding a false confession: Linguistics theoretical issues in forensic linguistics cases." Presented to the **Linguistics Dept., Georgetown University**, Washington, DC. March 31, 2009.

2009     "Testing linguistic theory: systems of identity, honor and power: food behavior in a Swahili city-state, and a Federal extortion case in a Texas court."  Presented at the **Institute for Social and Economic Research & Policy (ISERP), Columbia University**, NY, February 23, 2009.

2009     "Forensic linguistics for investigative practitioners: threat assessment, counter-terrorism, linguistic profiling and authorial attribution."   Presented at the **Center for Modern Forensic Practice & Department of English, John Jay College of Criminal Justice** of the City University of New York, NY, NY, February 20, 2009.

2007     "Linguistic variation and schema analysis in forensic linguistic cases:  looking beneath the surface at language evidence." Featured speaker at the 17th Annual  Threat Assessment Management Conference, **Association of Threat Assessment Professionals Worldwide**, Anaheim, CA, August 14-16, 2007.

2007     "Sociolinguistics as forensic science."  Presented at Forensic Linguistics Workshop for Law Enforcement Practitioners, Behavioral Analysis Unit-1 (Counter-terrorism and Threat Assessment) , National Center for the Analysis of Violent Crime, Critical  Incident Response Group, **Federal Bureau of Investigation**, Quantico, VA, July 23-27, 2007.

2007     "Utilizing Shuy's approaches to speech act, schema, cooperative principle and context in an espionage case."  Presented at Special Plenary Panel Honoring Roger Shuy, **International Association of Forensic Linguists**/Language and Law Eighth Biennial Conference, Seattle, Washington, July 12-15, 2007.

2007     "Linguistic evidence of promises, threats, and power in an FBI interrogation of a suspected spy."  Presented at the **Ninth International Columbia School Conference** on the Interaction of Linguistic Form and Meaning with Human Behavior, The City College of New York, February 18-19, 2007.

2006     "Forensic linguistic applications to investigative and threat assessment techniques."  Presented at The **Association of Threat Assessment Professionals**, Northeast Chapter Meeting, New York, New York, November 6, 2006.

13

2006     "Unlocking forensic language evidence in investigations and prosecutions." Plenary address at **Ohio Attorney General's Conference on Law Enforcement**, Columbus, Ohio, October 27, 2006.

2006     "The world of forensic linguistics." Presented at **Nassau Academy of Law Continuing Legal Education**, Mineola, NY, October 16, 2006

2006     "Forensic linguistic and Sociolinguistic applications to law enforcement and threat assessment." Presented to representatives of Secret Service, NYPD, New Jersey State Park Police, New Jersey State Troopers, FBI-NYFO, ATF, Security from Empire State building, Rockefeller Center, United Nations, NY Stock Exchange, **U.S. Park Police, National Park Service,** Ellis Island, August 3, 2006.

2006     "Sociolinguistic applications to a law enforcement model." Presented at Forensic Linguistics Workshop for Law Enforcement Practitioners, Behavioral Analysis Unit-1 (Counter-terrorism and Threat Assessment) , National Center for the Analysis of Violent Crime, Critical  Incident Response Group, **Federal Bureau of Investigation**, Quantico, VA, May 8-12, 2006.

2006     "Overview of forensic linguistics in civil and criminal litigation: author identification, statutes, contracts, copyrights, trademarks, and crimes of language such as perjury, solicitation, bribery and conspiracy." Presented at Seminar on Current FBI and Academic Techniques in Forensic Linguistics, **Hofstra University**, April 19, 2006 .

2005     "Simple Words:  the art and science of forensic linguistics." Presented at **North Shore Medical Center-LIJ** Internal Medicine Group Annual Meeting, November 9, 2005.

2005     "Forensic linguistics: applying the scientific principles of language analysis to issues of the law." Presented at  The Third International Conference on **New Directions in the Humanities, Cambridge University**, UK, August 5, 2005.

2005     **International Linguistic Association** lecture: "The law is language, the law is data: forensic linguistics, *NYPD Blue* and  the importance of schemas."   Presented at  New York University, February 12, 2005.

2004     "Keynote address: language and culture on the streets of New York."  Presented at Education, Language, Culture, Development, **City College**, New York City, June 17-19, 2004.

2004     "Keynote address: Youth movements, music, world language and culture."  Presented at the Fifteenth Annual Academic Conference of Smithtown High School and the  **SUNY Stony Brook Center for Excellence and Innovation in Education**, "Youth movements as a force in History,"  Smithtown High School, New York,  May 27, 2004

2004     "Semantic analysis of tape recorded conversations: meaning as explanation of a discourse strategy exploiting the "mitigation of claim" of 'non-standard' *like.*"  Co-author.  Presented at the Eighth International **Columbia School Conference** on the Interaction of Linguistic Form and Meaning with Human Behavior.  City College, New York City, February 14-15, 2004.

2003     *"Virginia v. Black* and the Supreme Court: scientifically establishing the meaning of a symbol [cross-burning]." Presented at the **Law and Society Association of the United States and Canada** annual meeting, Pittsburgh, PA, June 2003.

2002     "Food and drink and the transformation of meaning." Presented at the 28th Annual conference of the **Southern Comparative Literature Association**, Tuscaloosa, Alabama, October 10-12, 2002.

2002     "The language scientist as expert on legal 'Ordinary' Meaning."  Presented at the **Law and Society Association of the United States and Canada** annual meeting, Vancouver, Canada, May 2002.

14

1994      "Notes on *Uki*, East African honey wine." (A semiotic study of an African traditional beverage which I was  taught  to brew and use ceremonially when I sat on the elders' council of the Katheka Kai Akamba ethnic group in Eastern Province of Kenya).    Presented (in absentia) at **Oxford Food Symposium, St. Antony's College, Oxford University**, Sept 1994.

1993      "Non-linguistic systematic meaning." Presented at Third International **Conference of the Columbia School of Linguistics**, Rutgers University, October, 1993. Co-author: Wendy Saliba.

1992      "Language change, language equality, and cross-cultural constructions of reality." Presented at 15th Annual Conference of the Organization for the Study of Communication, Language and Gender, **Hofstra University**, Hempstead, NY, October 1992.

1991      "The language of money." Presented at Money: Lure, Lore and Liquidity Conference, **Hofstra University**, Hempstead, NY, November 1991.

1991      "Grammatical meanings and thematic organization." Presented at Second International **Conference of the Columbia School of Linguistics**, University of Virginia, Charlottesville, October 1991.

1991      "Food, drink, and Swahili public space." Presented at **Oxford Food Symposium, St. Antony's College, Oxford University**, Sept 1991.  Co-authored with Wendy Saliba.

1989      "Mid-deixis in Swahili and its exploitation in structuring text." Presented at First International **Conference of the Columbia School of Linguistics**, Columbia University, New York, August 1989.

1986      "The Swahili system of deixis and its utilization in the structuring of discourse." Presented at Seventeenth Annual **Conference on African Linguistics**, University of Indiana, Bloomington, April 1986.

1979      "The semantic constants of Standard Swahili e, ka, and nge." Presented at Tenth Annual **Conference on African Linguistics**, University of Illinois, Champaign-Urbana, April 1979.

1977      "Entering the speech community--with special emphasis on Mombasa (Kenya) street criminals." Presented at Professor William Labov's **Sociolinguistics Seminar, University of Pennsylvania**, October, 1977.

## PRESENTATIONS -- COMMUNICATION ACROSS INTERNATIONAL CORPORATE CULTURES
1991      "Cross-cultural aspects of international business negotiations."  Series of seminars given to
              Soviet executive management groups, Hempstead, NY and New York, NY.
1990      "Doing business in Africa: cross-cultural considerations."  Presented at 100 Black Men of
              Nassau/Suffolk Import-Export Seminar, Hempstead, NY, May 1990.
1990      "American cultural behavior."  Presented to delegation from the Ministry of Education of the Republic of Turkey, Central Islip, May 1990.
1989      "National culture and corporate culture."  Presented to the delegation from the State Agro-chemical Association (formerly the Ministry of Agrochemical Industries) of the Soviet Union, Lloyd Harbor, NY, December 1989.
1985      "The Western businessman in the Islamic world: Intercultural considerations."  Presented at the Conference of the Mediterranean Basin, Long Island University, Greenvale, NY, November 1985.

## PRESENTATIONS -- INTERNATIONAL EDUCATION
1993      "Intercultural linguistics: the value of fieldwork."  Presented at the Interdisciplinary Symposium on Teaching, Hofstra University, March, 1993.
1989      "Medical and safety issues in international educational programs."  Presented at the Regional meeting of the Association of International Educators (formerly NAFSA), Albany, NY, November 1989.
1989      "How to establish an education center overseas."  Presented at the City University of New York
              Conference on Developing a Study Abroad Program on Your Campus, New York, NY, May 1989.

15

1988      "Role of academics abroad: Internationalizing the curriculum and the university."  Presented at National Association for Foreign Student Affairs Regions IX and X Conference--Section on U.S. students abroad, Philadelphia, PA, November 1988.  Voted "best session of the conference."  Repeated at National Meeting, Minneapolis, MN, June 1989.
1988      "Education for a new world order."  Presented at Scientists-Educators-Government Officials' Roundtable, Bangalore, India, September 1988.
1985      "Choosing the most effective study-abroad models."  (Developing experiential assignments to match academic and career path objectives.)  Presented at Key Educational Systems Symposium of the National Association for Foreign Student Affairs, Princeton, NJ, November 1985.
1985      "Crisis handling in the developing world."  (Ensuring expatriate student and staff safety during political strife or medical emergency.)  Presented at 38th Annual Conference of the Council on International Educational Exchange, New York, NY, November 1985.
1982      "Current opportunities for undergraduate field work in Kenya." (e.g., market studies, scientific research, agronomy, socio-economics, language.)  Presented at Africa-Asia-the Americas: Conference on Teaching and Research, State University of New York, October 1982.  Co-authored with Lawrence Weiss.


**PROFESSIONAL ORGANIZATIONS**
Member:        International Association of Forensic Linguists
Columbia School Linguistics Society
Linguistic Society of America
                    International Language and Law Association


**BUSINESS-RELATED EXPERIENCE**
1986-1990        **Chair, Internship Program**
National Institute for World Trade, Huntington, NY

1986-1990        **Member, Education Committee**
World Trade Club, Long Island Association

1969-70        **Leader, Lead Singer, and Business Manager, Sha-Na-Na**
While undergraduate at Columbia.  (Sha-Na-Na developed its own syndicated TV show and performed in the movie *Grease*.)  Supervision of group members and employees, conducting rehearsals, scheduling, etc., dealing with agents managers, lawyer, record company, promoters, press, etc., and performing as lead singer.  Performances include the Tonight Show and the Woodstock Festival, and many others.


**UNDERGRADUATE COURSES DEVELOPED AT HOFSTRA UNIVERSITY**

**Introduction to Linguistics**
General overview of linguistics, "the scientific study of language."  Human language vs. animal systems of communication.  Language as a code system.  Development of writing.  Language and the brain.  Sign language. "Good" English controversy and educational policy.  Bilingual education.  Language history and change.  Phonetics and phonology.  Semantics, pragmatics, discourse analysis.  Language, society and culture.  Sapir-Whorf "hypothesis."  First and second language acquisition.  Propaganda and euphemisms.  Non-verbal communication.

**Sociolinguistics**
The relation of language and society.  Language as an indicator of societal identity, group, and status.  Case studies of language situations in countries around the world.  Diglossia.  Language attitudes, change and maintenance. Nonverbal communication.
                Students form small teams and replicate a seminal sociolinguistic field experiment demonstrating the interconnectedness of language and social class.

16

**Experiments in Sociolinguistics**
A field-based approach to sociolinguistics.  Students conduct a series of investigations of sociolinguistic behavior through student-designed independent fieldwork.  A bibliographic-based research paper is also required.  Current field projects are:

1.  Social Groupings in the Student Community.
2.  Gender Variation in Verbal Response to Nonverbal Communication.
3.  Structure of Vernacular Narratives.
4.  Social Class and Language Variation.

**Senior Honors Seminar:  Culture, Language and Voice**  (Co-developed and taught with Dr. Lisa Merrill)
Cultural perspectives and some of the problems of cross-cultural communication and negative valuation, studied through symbolization and performance linguistically, behaviorally, and through narrative.  Linguistic and other communicative behavior of groups and genders is both different and differentially valued.  Subordinates in a hierarchy, such as women and ethnic minorities, are set apart by their language use.  Cultures discussed are from different parts of the world, such as the Swahili, the Japanese and the Colombians;  cultures that exist within a single country, such as the United States' Cajuns, Hutterites, and the racial cultures of Black and White.  Throughout, we examine gender differences and similarities and the social construction of gender identities.  Perceptual filters; Point of view and narrative voice; Multiple points of view; Case study; Gender, voice and values; Language and social value; Messages of inclusion and exclusion:  deep-structure interpretation of the food code; Negotiation simulation; Applications.

**Kenya in Contemporary Africa**
Focus on four important forces of change directly affecting modern Kenyans.  Urbanization is the headlong flight of rural populations into the cities.  Monetarization is the integration into the cash economy and the larger world economy and the continuation of Kenya's centuries-long underdevelopment vis-à-vis foreign trade partners.  Detribalization and Europeanization are the loss of traditional "village" value systems and languages and the influence of urban societies, Western education and religion, and the secular values of the global consumer economy.  Degradation of the environment includes  overpopulation, erosion, deforestation, desertification, and competition for land between humans and wildlife.

**Elementary and Intermediate Swahili: Swahili 1, 2, 3, 4**
Fundamentals of conversation, grammar, reading and writing in the most widely spoken language of East Africa.  Elements of culture of the Swahili and other East African ethnic groups.

**Cross-Cultural Linguistics**
Language as joiner and divider.  Linguistic aspects of cross-cultural communication themes: perception, value systems, ethnocentricity and cultural relativity, paralinguistic behavior, time/space, foodways, social interaction.  Linguistic reinforcement of class, ethnic, religious and national divisions.  Sapir-Whorf hypothesis.  Barriers to effective translation.

**Power of Words**
Societal divisions and power differentials caused and maintained by language.  Propaganda, advertising, and political manipulation of news.  Social, geographical and ethnic dialect divisions:  dialects vs. the standard language, and ethnic and racial linguistic prejudice.  Language, sex, and gender roles.  Linguistic acculturation of the sexes.  Doctor and lawyer talk.

**Language and Culture**
Examination of language, the most powerful and complex communicative instrument available to humans.  Language as a sign-system unique to the species, as a reflection of cultural values, and as an artistic instrument in

17

both day-to-day speech and, especially, in literature. Analysis of sections of literary works in Swahili, a Bantu language of East Africa, and English.

**Language and Society in Africa, Asia and Latin America** (Multicultural Core Course)Examination of the relation between language and society with emphasis on Africa, Asia and Latin America. Conflict between nationalist languages and former colonial world languages. Language as a cognitive system. Language as an indicator of societal identity, group, and status. Diglossia. Language planning in government, industry and education. Language attitudes, change and maintenance. Case studies of language situations in countries around the world.

**University Honors Program Senior Honors Seminar: Meaning, Language, and Communication Across Cultures**
Semiotic (meaning) systems such as language, clothing, architecture and food and how they create a culture's "reality." Semiotic systems as self contained systems ("tout se tient.") Centrality of arbitrariness and systematicity. Processes and problems of intercultural communication. Ethnocentricity and evolutionary forces on ethnocentrism. Language as joiner and divider. Communicative vs. mere grammatical competency. Linguistic aspects of inter-cultural communication themes: perception, value
systems, ethnocentricity vs. cultural relativity, paralinguistic behavior, time/space, foodways, social interaction. Students complete a field trip to an unfamiliar "ethnic" neighborhood; a book report on a inter-cultural aspect of one's own major or planned career; a class presentation on the book; various interviewing assignments and analyses; and a 15-page structured term paper.

**Language and Law**
This course applies linguistic theory to the analysis of language data in legal settings. Much legal evidence and data are linguistic in nature, yet the use of scientific techniques to help explicate them is a relatively recent phenomenon. Just as medical evidence is profitably commented on by medical experts, language evidence, it is becoming increasingly seen, is advantageously examined by linguistic experts. Ordinary versus Plain meaning, the language of contracts, confession events, disputed authorships, the nature of questions, code-switching, examination and cross examination, cross-cultural aspects of jurisprudence.

**Linguistic Field Methods**
Natural data collection using Labovian field interview techniques. Semantic analysis of recorded speech and written texts, and the differences in coherent context. Conversational and narrative structure.

**Forensic Linguistics Internships**
Interns work with HCLAS professors and/or Law clinic students and faculty on language-related legal cases such as authorship, false confessions, or consensual searches.

## GRADUATE COURSES DEVELOPED AT HOFSTRA UNIVERSITY

**Forensic Linguistics for Law Enforcement**
*Graduate-level course designed specifically for FBI Supervisory Special Agents* of Behavioral Analysis Units, Critical Incident Response Group, National Center for the Analysis of Violent Crime.

**Introduction to Linguistics**                                                                      .
Introduction to theory and methods of linguistics at the graduate level: universal properties of human language; phonetic, phonological, morphological, syntactic, and semantic structures and analysis; characteristics and form of grammar.

**Morphology and Syntax**
Descriptive analysis of morphological and syntactic structures in natural languages; emphasis on insight into nature of such structures rather than linguistics formalization.

**Semantics and Pragmatics**
Survey of most important theoretical and descriptive claims about the nature of meaning .

18

**Sociolinguistics**
Study of patterned relationships between language and society; social dialects and social styles in language; dynamics of multilingual societies.

**Dialectology**
Scope and applications of dialect study; history of English dialects; standard versus non-standard varieties; development of dialect study; non-standard dialect and literature.

**Forensic Linguistics: Applications**
A case-based approach to solving legal and law enforcement problems through linguistic analysis.  This course augments legal analysis by applying rigorous, scientifically accepted principles of linguistic analysis to legal evidence such as letters, confessions, contracts, and recorded speech.  Topics include linguistic theory, the structure of meaning systems and their arbitrary nature, sociolinguistic analysis of variation in dialect and language, the apparent "sub-dialects" of American males and females, gestures, inter-cultural communication, language and social organization, and the role of standard dialects, non-standard varieties, and slang in delineating social groups.  We examine schema, background knowledge, the indeterminacy of meaning, indirect speech, the role of context and inference, discourse analysis, the confession as speech event, conversational analysis, speech acts, the structure of narratives, and how these specifically relate to legal cases.

**Linguistic Field Methods**
How to collect and analyze language data.  This entails (1) understanding the theoretical underpinnings of what constitutes "data" for competing theoretical schools, (2) executing the appropriate collection techniques, and (3) mastering and applying the appropriate theoretical analytical tools to the data collected.

**The Language of the Criminal Justice System**
This course examines issues arising from the language-law interface, including: speaker/author identification; interpretation and transcription of police interrogations, witness statements, trial discourse; written legal language.

**Forensic Linguistic Procedures**
Introduction to the analysis and deployment of linguistic evidence in criminal and other legal investigations.

**Language Crimes and Discourse Strategies in Undercover Operations**
Exploration of the linguistics of bribery, threatening, extortion, perjury and other crimes committed by uttering words, and the undercover recordings usually used in their investigation and prosecution.
Exploration of the language used in undercover operations, when cooperating witnesses (CWs) and police agents wear hidden microphones and covertly tape-record their targets.  Focus is on correct uses and misuses of discourse strategies in undercover recordings.

**Trademark Disputes**
This course examines the linguistics of trademarks against the backdrop of the law of trademarks and unfair competition.

**Master's Essay**
Development of a substantial thesis based upon original research and theoretical conceptualization. The student will work under the supervision of an appropriate member of the faculty. Open only to students in the Graduate Linguistics program.

**Internship in Forensic Linguistics**
Supervised practical exposure to the area of forensic linguistics via placement in an appropriate non-profit, public sector, or private sector organizational setting. Weekly classroom meetings for students in internships will be utilized to discuss substantive, professional, and logistical issues associated with their individual experiences.

**Forensic Linguistics Capital Case Innocence Project Internship**

19

Supervised case analysis of language evidence in capital case crimes. Coordination with Hofstra Law School students supervised by Professor of Constitutional Law, to review applicability and legal issues. Preparation of report drafts.

**Forensic Linguistics Internship with  Institute for Forensic Linguistics, Threat Assessment and Strategic Analysis**
Supervised case analysis of language evidence in ongoing and cold case criminal investigations. Preparation of report drafts.

**Language and the Law: Linguistic Casebook/Language as Evidence** (Approved for Juris Doctor Credit at Hofstra Law School)

Forensic linguistics—the application of linguistic theory, research and procedures to issues of the law—augments legal analysis by applying rigorous, scientifically accepted principles of language analysis to evidence such as letters, confessions, contracts, and recorded speech. In the same way that biology and physics can play crucial roles in the interpretation of medical and ballistic evidence, the science of linguistics enables a deeper understanding of legal language phenomena.

This course provides detailed examination of cases—criminal and civil—in which language itself was crucial evidence: we explore the principles of linguistics that were applied to analyze that language evidence, and the procedures and considerations through which judges evaluated the admissibility of expertise and testimony on the evidence.  These cases—all ones on which the instructor consulted—involve: the language of interrogations and investigative interviews, conspiracy to commit murder, death threat and suicide letters,  the concepts of generic, descriptive, and suggestive in trademark cases, valid and false confessions, authorship investigations, the meaning of contracts, the language of undercover operations, and language crimes—crimes committed by uttering language—such as bribery, extortion, perjury, and solicitation to murder.