```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO.: 9:18-CV-80176-BB/BR


    IRA KLEIMAN, as the personal
    representative of the Estate
    of David Kleiman, and W&K Info
    Defense Research, LLC

              Plaintiffs,

    -vs-

    CRAIG WRIGHT

              Defendant.
    _____/


              RECORDED VIDEO-TELECONFERENCE
                     DEPOSITION OF:

              ROBERT A. LEONARD, Ph.D.

           Taken on Behalf of the DEFENDANT



       DATE TAKEN:        April 24, 2020

       TIME:              11:34 a.m. - 3:48 p.m.

       PLACE:             Via Zoom



         Examination of the witness taken before:

              Julia Y. Alfonso, RPR, FPR
              Florida Professional Reporter
```

```
 1   BY MS. DAGLEY:
 2       Q    Dr. Leonard, can you repeat your entire
 3   answer.
 4       A    I am not claiming that any single feature is
 5   probative in and of itself.  I am pointing out that the
 6   patterns in the linguistic data show strings of
 7   correspondences in the K to strings of correspondences
 8   in the Q.
 9       Q    Okay.  Can you point to any peer-reviewed
10   linguistic literature that discusses what you just
11   described?
12       A    Yes.
13       Q    Okay.  Can you name any specific peer-reviewed
14   linguistic literature to that effect?
15       A    In my CV I have two articles that I recently
16   wrote or was a lead author of.  One of them is the --
17   I'm thinking which has most references.  One of them is
18   the forensic linguistics chapter in the Handbook of
19   Behavioral Criminology.  And I give references there
20   that discuss this type of forensic linguistic authorship
21   analysis.
22       Q    And that's a peer-reviewed publication?
23       A    Yes.  And the references are peer reviewed and
24   I think perhaps a handbook, reference handbook.
25       Q    Okay.  Can you cite to any uniform standards
```

1    or guidelines that establish that a comparison of two
2    occurrences of a linking feature in questioned text with
3    three occurrences in known text is sufficient to include
4    in an authorship analysis opinion?
5              MR. BRENNER:  Object to the form.
6              THE WITNESS:  Is this the same question you
7         just asked me?
8    BY MS. DAGLEY:
9         Q    I asked you:  Can you point me to any uniform
10   standards or guidelines?
11             MR. BRENNER:  Same objection.
12             THE WITNESS:  As I say, this is common
13        practice in forensic linguistic authorship analysis
14        to find strings of features that vary in the same
15        way.  So none of these -- once again -- and I hope
16        we don't have to keep going through it -- none of
17        these features by themselves, likely, would be
18        probative, but together they form a distinctive
19        pattern that we see in the Q and that we see in the
20        K.
21   BY MS. DAGLEY:
22        Q    Okay.  Are there any uniform standards or
23   guidelines that establish a certain frequency of the
24   linking feature that would be adequate to include in
25   this type of analysis?

| | |
|---|---|
| 1 | MR. BRENNER: Object to the form. |
| 2 | THE WITNESS: Scientific analysis goes |
| 3 | virtually by pattern analysis. At Columbia, where |
| 4 | I was trained, we heard many, many, many times that |
| 5 | what scientists do is they discover patterns of |
| 6 | nonrandom distribution of the data, and then we |
| 7 | build competing hypotheses and see which of those |
| 8 | hypotheses best explains the nonrandom |
| 9 | distribution. So that is the overarching standard. |
| 10 | You build a hypothesis that says one thing, a |
| 11 | hypothesis that says another, a third that says |
| 12 | another, and see does the distribution -- is the |
| 13 | distribution best explained by A, B or C. And that |
| 14 | is the standard because it's the standard |
| 15 | scientific method. |
| 16 | BY MS. DAGLEY: |
| 17 | Q   So are you saying that the two occurrences of |
| 18 | this linking feature in a questioned text and three |
| 19 | occurrences in the known text, are sufficient to include |
| 20 | it in the list of features that you've analyzed? |
| 21 | MR. BRENNER: Object to the form. |
| 22 | THE WITNESS: You also left out that there are |
| 23 | no counterexamples. |
| 24 | BY MS. DAGLEY: |
| 25 | Q   I'm just asking a question. Can you answer |

| | |
|---|---|
| **From:** | Andrew S. Brenner |
| **To:** | Neha Dagley |
| **Cc:** | Amanda McGovern; Velvel Freedman; Zalman Kass |
| **Subject:** | RE: Deposition of Robert Leonard |
| **Date:** | Friday, April 24, 2020 8:19:52 AM |

Neha:

Good morning.

I have asked the doctor to have responsive materials available at his deposition but can see if I can get them emailed prior to the depo starting. However, you should know that defense experts have produced these materials either right before or at their depositions (in one case after the deposition).

Also, please note the following notes/clarifications about the doctor's report:

Document: DEF_00046098 was received but erroneously not consulted.
Document: DEF_00046731 was received and consulted. However, it was not listed in the Report as a received document.
DEF_00046098 is listed in the Report. It is mislabeled and should be labeled as Document: DEF_0004631.


Document DEFAUS_00115950 had partial exclusions – the only analyzed emails in that document were those sent from Craig Wright on:

- March 7, 2014 at 5:22,
- March 7, 2014 at 3:22
- March 6, 2014 at 5:12

TAG2.jpeg and TAG3.png are listed in the report among the partial exclusions, but should be listed in the table following as total exclusion. They were not considered in the analysis.

Thanks,

ASB

**From:** Neha Dagley [mailto:ndagley@riveromestre.com]
**Sent:** Friday, April 24, 2020 8:10 AM
**To:** Andrew S. Brenner <abrenner@bsfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Zalman Kass <zkass@riveromestre.com>
**Subject:** RE: Deposition of Robert Leonard

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hi Andrew,



EXHIBIT G
Witness: Robert A. Leonard, Ph.D.
Date: 4/24/20
Court Reporter: Julia Y. Alfonso, RPR, FPR

Would you please send us Robert Leonard's CV, and also the documents requested in our subpoena to him - invoices, time entries, engagement letter, etc.

Thank you.

Neha

**Neha S. Dagley**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
ndagley@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Andrew S. Brenner <abrenner@bsfllp.com>
**Sent:** Thursday, April 23, 2020 3:55 PM
**To:** Neha Dagley <ndagley@riveromestre.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Zalman Kass <zkass@riveromestre.com>
**Subject:** RE: Deposition of Robert Leonard

Working on it. Trying to get the bate stamped copies

Sent by Boxer

On April 23, 2020 at 1:39:51 PM EDT, Neha Dagley <ndagley@riveromestre.com> wrote:

> **CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.
>
> ---
>
> Hi Andrew,
>
> Would you please send us the following documents – these are the last three items on the Leonard docs list:
>
>   CONTROL00301656
>   CONTROL00301472
>   CONTROL00301052
>
> Thank you.
>
> Regards,
> Neha
>
> **Neha S. Dagley**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
ndagley@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Zalman Kass <zkass@riveromestre.com>
**Sent:** Thursday, April 23, 2020 10:29 AM
**To:** Andrew S. Brenner <abrenner@bsfllp.com>; Neha Dagley <ndagley@riveromestre.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>
**Subject:** RE: Deposition of Robert Leonard

Andrew,

There was a miscommunication on our end. We will let you know if we are looking for any additional documents.

Thanks,

Zalman

**From:** Andrew S. Brenner <abrenner@bsfllp.com>
**Sent:** Thursday, April 23, 2020 10:25 AM
**To:** Neha Dagley <ndagley@riveromestre.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Zalman Kass <zkass@riveromestre.com>
**Subject:** RE: Deposition of Robert Leonard

Thanks regarding the time change.

I sent a bunch of docs to Zalman yesterday. What else are you looking for?

ASB

**From:** Neha Dagley [mailto:ndagley@riveromestre.com]
**Sent:** Thursday, April 23, 2020 10:16 AM
**To:** Andrew S. Brenner <abrenner@bsfllp.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Zalman Kass <zkass@riveromestre.com>
**Subject:** RE: Deposition of Robert Leonard

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hi Andrew,

A start time of 11:30 a.m. for Dr. Leonard's deposition is fine.

And, please let us know if you will be sending the Leonard documents today.

Thank you.

Neha

**Neha S. Dagley**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
ndagley@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Andrew S. Brenner <abrenner@bsfllp.com>
**Sent:** Wednesday, April 22, 2020 6:51 PM
**To:** Zalman Kass <zkass@riveromestre.com>
**Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Neha Dagley <ndagley@riveromestre.com>
**Subject:** RE: Deposition of Robert Leonard

Thank you.

Sent by Boxer
On April 22, 2020 at 6:48:50 PM EDT, Zalman Kass <zkass@riveromestre.com> wrote:

> **CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**
>
> Andrew,
>
> The Leonard deposition will be taken by Neha (copied). She does not have Shabbat restrictions. I'll her respond as to whether the time change works.
>
> Best,
>
> Zalman
>
> **From:** Andrew S. Brenner <abrenner@bsfllp.com>
> **Sent:** Wednesday, April 22, 2020 6:34 PM
> **To:** Zalman Kass <zkass@riveromestre.com>
> **Cc:** Amanda McGovern <amcgovern@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>
> **Subject:** Deposition of Robert Leonard

Zalman:

I see you set Dr. Leonard's deposition for 10 am on Friday. He has asked to start at 1130 am. I do not know if you were planning to take the full 7 hours. If you are, we can make sure the breaks are minimal to allow you to finish before the Sabbath begins.

Please confirm this is ok.

Thanks,

ASB

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.