```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO.:  9:18-cv-80176-BB/BR


IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC,


             Plaintiffs,

             -vs-

CRAIG WRIGHT,

             Defendant.
_____/


                   DEPOSITION OF GORDON KLEIN



                   Thursday, April 30, 2020
                     11:04 a.m. - 7:33 p.m.
                  Deposition was conducted remotely
                       via video conference










                Stenographically Reported By:
                   LAURIE YANNACCONE, FPR
                 Florida Professional Reporter
```

1  I welcome that challenge; and as I indicated, given my
2  desire to be objective and partial as I can, if you wish
3  to challenge its accuracy or Mr. Wright does, I will
4  take the time, I will be happy to speak with him again,
5  assuming counsel get together and give me that
6  authority, I'd be happy to speak to him, perhaps with
7  you involved and hear the countervailing viewpoint,
8  because I want to take into account all information.
9       Q.   And you haven't done that, have you?
10      A.   I have not done that, because of the
11 admonition that I was given by a court of law, and it's
12 not my instinct, not should it be anyone's instinct, to
13 violate what a judge has admonished me about and,
14 frankly, he was essentially screaming at me about.  I
15 haven't forgotten that moment and I don't care to
16 revisit that moment.  I thought it was more appropriate
17 given that exchange I gathered a number of years ago for
18 me to listen to your questions today and answer them
19 truthfully, invite you to provide me with contradictory
20 documents; by the way, none of which I've seen thus far
21 today, but I offer further to extend my time
22 involvement, if permitted by the court and counsel, to
23 further investigate so I have an unbiased or more
24 broadened global view of all potential relevant
25 evidence.

1  Q.  What is your understanding with respect to the
2  issue of partnership or joint venture, Mr. Klein?  What
3  is your understanding of how that issue relates to this
4  case, if at all?
5  A.  My understanding is that there is a claim by
6  plaintiff that Dave Kleiman was a partner with Craig
7  Wright; therefore, he is asserting a claim to his
8  interest in the partnership, including its intellectual
9  property, Bitcoin and derivative products, including
10 intellectual property that -- both in that relationship
11 and that there are additionally issues of fiduciary duty
12 that have been raised as well involving alleged breached
13 by Mr. Wright -- or Dr. Wright.
14 Q.  The core legal issue in this case is whether
15 or not a partnership existed between Ira Kleiman's
16 deceased brother, David Kleiman and Dr. Craig Steven
17 Wright; isn't that true?
18         MR. PRITT:  Objection.  Form.
19         THE WITNESS:  And I apologize the question was
20      garbled on my end.
21 BY MS. McGOVERN:
22 Q.  A core legal issue in this case is whether Ira
23 Kleiman's deceased brother, David Kleiman, and Dr. Craig
24 Steven Wright had a partnership; isn't that true?
25         MR. PRITT:  Objection.  Form.

```
 1            THE WITNESS:  I believe that is certainly one
 2       of the critical issues, yes.
 3  BY MS. McGOVERN:
 4       Q.   What is the expert opinion you have been asked
 5  to provide in this case on that issue?
 6       A.   I have not been asked to opine that there was
 7  a partnership or joint venture.  I've been asked to
 8  organize for the trier of fact in an established
 9  methodology the information that I see that provide
10  support for guideposts indicative of such a shared
11  business relationship and also speak to any guidepost
12  that are indicative of the absence of such a shared
13  business relationship leaving it to others to utilize
14  that information in the context of the overall
15  proceeding.
16       Q.   Have you ever been admitted to practice law in
17  the state of Florida?
18       A.   I have not.
19       Q.   Do you know the law in the state of Florida on
20  partnership?
21       A.   I do not.  I would have a broad understanding,
22  because the laws tend to be similar among the states,
23  but per se I have not researched or examined Florida
24  law, because I'm not rendering a legal opinion and
25  didn't even want to be tempted to come close to
```

```
 1   rendering a legal opinion.
 2        Q.   Because you're a lawyer, right?
 3             MR. PRITT:  Objection.  Form.
 4             THE WITNESS:  No, no, I didn't want to --
 5   BY MS. McGOVERN:
 6        Q.   Is it possible, Mr. Klein, to extricate the
 7   lawyer mind out of you in rendering an opinion on
 8   whether a partnership exists as a matter of law; is that
 9   even possible?
10             MR. PRITT:  Objection.  Form.
11             THE WITNESS:  Can -- can -- I'm sorry.
12             I just didn't hear the question.
13   BY MS. McGOVERN:
14        Q.   Is it possible for you.  As a lawyer of 40
15   years and a law professor at UCLA, to opine on the
16   existence of a partnership or joint venture and claim
17   that that is not a legal conclusion?
18             MR. PRITT:  Objection.  Form.
19             THE WITNESS:  Oh, I think it's very easy to
20        not only claim it, but to know it to be the case.
21        I have practiced law for a grand total of
22        approximately five months and went on inactive
23        status, for almost to the day, 40 years.  In
24        40 years I've spent my time teaching small business
25        management, consulting with a -- I was trying to do
```

```
 1         a quick calculation, at least ten partnerships, if
 2         not more, per year for 40 years.  I have also
 3         trained 8,000 people to pass the Certified Public
 4         Accountancy exam and as we have discussed,
 5         qualified as an accounting expert one of which it
 6         has the task of determining the scope, breadth and
 7         ownership of a joint business endeavor.  The
 8         dominant element in my professional experience for
 9         40 years has not been the practice of law, that
10         practice was trivial in something that I can barely
11         recognize or remember, but for 40 years I've been
12         an entrepreneur, I've been a partner, I've advised
13         partnerships and other start-up endeavors.  I've
14         taught accountants about it and performed
15         accounting tasks, including as an expert.  And so
16         the dominate attribute in my professional
17         experience has nothing whatsoever to do what I did
18         when I was a kid, which was not study maybe all
19         that hard for three years of law school, and then
20         practice for four months in a professional that I
21         personally did not enjoy.
22  BY MS. McGOVERN:
23      Q.   But you taught law at the UCLA School of Law,
24  correct?
25      A.   I taught accounting as applied to law.  I
```