UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>*Defendant.* | CASE NO.:  9:18-cv-80176-BB/BR |

**PLAINTIFFS' INDEX OF EXHIBITS**

| Exhibit | Title | Description | ECF Nos. |
|---|---|---|---|
| 1 | Mar. 18, 2020 Dep. of Craig S. Wright | Certified transcript of a March 16, 2020 deposition of Defendant | ECF No. [498-1] – [498-6] |
| 2 | Transfer of Shares | Document purporting to transfer shares in Coin-Exch Pty Ltd produced in this litigation with beginning Bates stamp DEF_00001114 | ECF No. [498-7] |
| 3 | Apr. 24, 2014 Email from Craig S Wright to Ira Kleiman, *re: Questions* | Email from Defendant to Ira Kleiman and produced in this litigation with a beginning Bates stamp DEFAUS_00627954, at 7960 | ECF No. [498-8] |
| 4 | Nov. 8, 2019 Dep. of Jamie Wilson | Certified transcript of a November 8, 2019 deposition of Jamie Wilson | ECF No. [498-9] |
| 5 | Oct. 30, 2013 Registrar Hearing Transcript | Transcript of proceedings in the New South Wales Supreme Court regarding the Australian Court Proceedings | ECF No. [498-10] |
| 6 | Nov. 6, 2013 Registrar Hearing Transcript | Transcript of proceedings in the New South Wales Supreme Court regarding the Australian Court Proceedings | ECF No. [498-11] |
| 7 | Statement of Claim | Document filed by Defendant in an Australian court case and produced by Defendant with a beginning Bates stamp DEFAUS_01073503 | ECF No. [498-12] |

| | | | |
|---|---|---|---|
| 8 | Jan. 9, 2020 Dep. of Zachary Eisner | Certified transcript of a January 9, 2020 deposition of Zachary Eisner, Rule 30(b)(6) deponent for W&K Info Defense, LLC ("W&K") and exhibits | ECF No. [498-13] – [498-15] |
| 9 | Feb. 11, 2014 Email from Craig S Wright to Louis Kleiman, *re: Dave* | Email from Defendant to Louis Kleiman and produced by Plaintiffs in this litigation with a beginning Bates stamp KLEIMAN_00008280 | ECF No. [498-16] |
| 10 | 2014 Limited Liability Company Reinstatement | Document purporting to reinstate W&K filed by Uyen Nguyen on March 28, 2014 and produced by Plaintiffs in this litigation with the beginning Bates stamp KLEIMAN_00299177 | ECF No. [498-17] |
| 11 | Aug. 28, 2015 Emails from Craig Wright to Ira Kleiman, *re: Communication* | Email from Defendant to Ira Kleiman produced in this litigation with the beginning Bates stamp KLEIMAN_00004269 | ECF No. [498-18] |
| 12 | Oct. 9, 2015 Email from Ira Kleiman to Craig Wright | Email from Ira Kleiman to Defendant produced in this litigation with beginning Bates stamp KLEIMAN_00398939 | ECF No. [498-19] |
| 13 | Apr. 8, 2019 Dep. of Ira Kleiman | Certified transcript of an April 8, 2019 deposition of Ira Kleiman | ECF No. [498-20] |
| 14 | Apr. 4, 2019 Dep. of Craig S. Wright | Certified transcript of an April 4, 2019 deposition of Defendant | ECF No. [498-21] |
| | Complaint | Initial complaint filed by Plaintiffs | ECF No. [1] |
| | Motion to Dismiss | First Motion to Dismiss filed by Defendant in this action | ECF No. [12] |
| | Declaration of Craig Wright | Declaration submitted by Defendant in support of his initial Motion to Dismiss | ECF No. [12-2] |
| | Motion to Dismiss | Motion to Dismiss filed by Defendant in this action | ECF No. [33] |
| | Affidavit of Gordon Thomas Grieve | Affidavit submitted an Australian attorney retained by Defendant in support of his Motion to Dismiss | ECF No. [33-1] |
| | Wright Affidavit | Affidavit filed by Defendant in this litigation in support of his Motion to Dismiss | ECF No. [33-3] |
| | Decl. of Ira Kleiman | Declaration filed by Ira Kleiman in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss | ECF No. [50-1] |
| | Reply on Motion to Dismiss | Reply Brief filed by Defendant in support of his Motion to Dismiss | ECF No. [61] |
| | Order on Motion to Dismiss | Order granting in part and denying in part Defendant's Motion to Dismiss, ECF No. [33] | ECF No. [68] |

|   | Second Amended Complaint | Second Amended Complaint filed January 14, 2019 by Plaintiffs | ECF No. [83] |
|---|---|---|---|
|   | Electronic Articles of Organization | Articles of organization for W&K filed with the Florida Secretary of State on February 16, 2011 | ECF No. [83-3] |
|   | Affidavit of Craig S Wright | Affidavit filed by Defendant in Australian Court Proceedings | ECF No. [83-4] |
|   | Statements of Claim | Statements of claims in two Australian court cases brought by Defendant against W&K | ECF No. [83-11] |
|   | Completion of Audit | Statement by Australian Taxation Office regarding the results of an audit of Coin-Exch | ECF No. [83-18] |
|   | Consent Orders | Documents filed by Defendant in Australian court cases purporting to consent to agreed orders in favor of Defendant and against W&K | ECF No. [83-19] |
|   | Apr. 23, 2014 Email from Craig S Wright to Ira K, *re: Questions* | Email from Defendant to Ira Kleiman, attached to the Second Amended Complaint, and produced in this litigation with a beginning Bates stamp DEFAUS_00627954, at 7960 | ECF No. [83-20] |
|   | Nov. 6, 2013 Judgements | Judgments entered in two Australian court cases brought by Defendant against W&K | ECF No. [83-22] |
|   | Aug. 19, 2013 Acknowledgments of Liquidated Claim | Documents filed by Defendant in two Australian court cases purporting to acknowledge claims by Defendant against W&K | ECF No. [83-30] |
|   | Amended Answer to Second Amended Complaint | Amended Answer filed January 28, 2019 to Plaintiffs' Second Amended Complaint | ECF No. [87] |
|   | Opposition to Motion to Strike | Response brief filed by Defendant opposing Plaintiffs' Motion to Strike certain affirmative defenses | ECF No. [108] |
|   | Apr. 4, 2019 Dep. of Craig S. Wright (excerpts) | Excerpts from the April 4, 2019 deposition of Craig S. Wright submitted by Plaintiffs in support of their opposition to Defendant's Motion for Judgment on the Pleadings | ECF No. [242-1] |
|   | Defendant's Summary Judgment Motion | Motion for Summary Judgment filed by Defendant in this action | ECF No. [487] |

Dated: May 9, 2020                              Respectfully submitted,

                                                */s/ Andrew S. Brenner*
                                                Andrew S. Brenner, Esq.
                                                **BOIES SCHILLER FLEXNER LLP**
                                                100 SE 2nd Street, Suite 2800
                                                Miami, Florida 33131
                                                abrenner@bsfllp.com

                                                Velvel (Devin) Freedman, Esq.
                                                **ROCHE CYRULNIK FREEDMAN LLP**
                                                200 S. Biscayne Blvd.
                                                Suite 5500
                                                Miami, Florida 33131
                                                vel@rochefreedman.com

                                                Kyle W. Roche, Esq.
                                                Joe Delich, Esq.
                                                *Admitted Pro Hac Vice*
                                                **ROCHE CYRULNIK FREEDMAN LLP**
                                                185 Wythe Avenue F2
                                                Brooklyn, New York 11249
                                                kyle@rochefreedman.com


                                                *Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2020 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

                                                */s/ Andrew S. Brenner*
                                                ANDREW S. BRENNER