**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC,

       *Plaintiffs,*

v.

CRAIG WRIGHT,

       *Defendant.*

CASE NO.:  9:18-cv-80176-BB/BR

## PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

    Plaintiffs request the Court grant leave to file their Motion for Sanctions that exceeds the 20 page limit set forth in Local Rule 7.1(c)(2).

1. Pursuant to this Court's May 6, 2020 Order, Plaintiffs Motion for Sanctions is to be filed no later than May 15, 2020.  ECF No. [484].  Plaintiffs intend to file their Motion for Sanctions in accordance with this deadline, but request the Court grant leave for Plaintiffs' motion to exceed the page limits set forth in this Court's Local Rules by **5 pages.**

2. Plaintiffs have made their best effort to keep this motion concise.  However, Defendant's conduct set forth in the motion is extensive.  Additional pages are necessary for Plaintiffs to address and apprise this Court of the full breadth of this conduct, and the law relevant to the relief requested.

WHEREFORE, Plaintiffs respectfully request the Court grant leave to file the above motion not to exceed the limitations requested herein.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who opposes the relief sought here.

Respectfully submitted,

Dated: May 15, 2020

*/s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida  33131
Telephone: (305) 357-3861
vel@rochefreedman.com
nbermond@rochefreedman.com

Kyle W. Roche, Esq.
Joseph M. Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, NY 11249
kyle@rochefreedman.com
jdelich@rochefreedman.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

2

is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Andrew S. Brenner*