# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Plaintiffs' Motion for Leave to Exceed Page Limits.

The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Plaintiffs' Motion for Sanctions may exceed the page limits by no more than 5 pages.

DONE AND ORDERED in chambers on this ___ day of May, 2020.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record