## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                     **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## DR. WRIGHT'S OPPOSITION TO
## PLAINTIFFS' REQUEST FOR ADDITIONAL PAGES

Plaintiffs ask the Court to grant them an additional five pages for their motion seeking sanctions (the "Motion"). Defendant opposes this request. It is unwarranted and plaintiffs have not properly met and conferred.

On May 8, 2020, plaintiffs filed a 40-page Daubert motion, a 29-page motion for partial summary judgment, and 20-page motion in limine. Defendant is currently working on the responses to those motions, which are due on May 22, 2020. Inserting an additional 25-pages of argument is unfair and prejudicial to defendant's defense of the case.

Further, plaintiffs have not properly met and conferred to inform defendant why an additional five-pages are necessary, nor have they ever fully informed defendant as the basis for their Motion or the remedy they seek. At most, plaintiffs sent a barebones email asking whether counsel opposed the additional pages and the Motion.

For the foregoing reasons, defendant asks the Court to deny plaintiffs' request for additional pages.

                                                                                   *Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554

## CERTIFICATE OF SERVICE

I certify that on May 15, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

 /s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554