# EXHIBIT 3

CONFIDENTIAL

01   A Draft Component Report sent to Dr. Ami Klin by Dr. Celine Saulnier

**CONFIDENTIAL**

**Legal Case Evaluation**

**Dates of Interviews:**
April 6th and April 7th, 2020

**Assessment Procedures:**

*Autism Diagnostic Interview, Revised (ADI-R)*
*Social Responsiveness Scale, Second Edition, Adult (Self-Report) Form (SRS-2)*
*Social Responsiveness Scale, Second Edition, Adult (Relative/Other Report) Form (SRS-2)*
*Vineland Adaptive Behavior Scales, Third Edition, Comprehensive Interview Form (Vineland-3)*
*Clinical Interviews with Family (mother, maternal uncle, sister, and wife)*

**_Autism Diagnostic Interview, Revised (ADI-R)_**
The following information was gathered through a phone interview with Dr. Wright's mother, Ms. ███
Archer, and maternal uncle, Mr. Don Lynam, both residing in Australia. Additional information was
provided during subsequent discussions with Dr. Wright's wife, who resides in the UK, and his ████,
██████ who resides in Australia. The **_Autism Diagnostic Interview, Revised (ADI-R)_** was administered,
as well as clinical interviews to collect developmental history. The ADI-R is a comprehensive, semi-
structured interview conducted with a caregiver that assesses for symptoms of autism spectrum
disorder (ASD), both current and during early development. A diagnostic algorithm is generated based
on responses in the areas of Communication, Reciprocal Social Interaction, and Restricted, Repetitive,
and Stereotyped Patterns of Behavior.

Family History:
Dr. Wright lives with his wife, Ramona Watts, in the UK. Ms. Watts has three children, ages ████████
██ years, two of which reside in the home. They have been married since 2013 and together since 2010.
This is the second marriage for both. Dr. Wright was reported to have met his first wife on the internet.
She was described to be a "very large" woman who was substantially older than Dr. Wright (only 18
months younger than his mother) who "was like a mother figure to him." Dr. Wright has no biological
children.

Dr. Wright has two biological sisters, ages 47 and 46 years, and two maternal half-sisters, ages 52 and
36. His ████████ sister received speech therapy as a young child for articulation delays; otherwise, no
developmental concerns were reported in any siblings. All were described to be "exceptionally bright"
like Dr. Wright. Maternal history is significant for Post-Traumatic Stress Disorder (PTSD) and alcoholism.
Paternal history is significant for Intellectual Disability in two ████████████ and possible Cerebral
Palsy. Dr. Wright's father was described as a "weird and volatile man" who was extremely intelligent but
socially reticent. He was reportedly physically and verbally abusive to ███████ and the children,
leading to their separation and subsequent divorce when Dr. Wright was about five years old. ███
████ has been married four additional times. Her second husband was reported to be physically
abusive to ██████████████████████████████. Dr. Wright was estimated to be
seven to ten years of age during this marriage. ████████████ third husband was described to be a kind
man with whom she had Dr. Wright's stepsister. When this marriage ended, the children were
reportedly upset when they no longer had access to their stepfather's extended family. Dr. Wright's
sister, ██████ reported that by their teenage years, the children had minimal parental supervision and

CONFIDENTIAL

that Dr. Wright spent the majority of his time alone in his bedroom working on various experiments. He was extremely close with his maternal grandfather, who was described to be very similar in personality and that the two of them were "like two peas in a pod." ▇▇▇▇▇ indicated that Dr. Wright was devastated upon his grandfather's death about 10 years ago and this was notable because it is rare for others to see him express emotion.

Developmental History:

▇▇▇▇▇▇ pregnancy with Dr. Wright was reported to be without complications. Dr. Wright was born to term via vaginal delivery and required forceps that left physical markings on his head. There were no concerns regarding his development, and he was discharged from the hospital within a typical timeframe. ▇▇▇▇▇ had difficulty remembering exact dates for developmental milestones, but she reported that Dr. Wright achieved motor and speech milestones early. She estimated that he was babbling and saying "mama" by six months with single words prior to 12 months and phrase speech shortly thereafter. He walked independently at 10 months and was toilet trained prior to age two. She described him to be a "little terror" as a child in that he tried to run away from her when they were out in the community, resulting in her needing to hold his hand at all times.

▇▇▇▇▇ made a point to explain her sporadic memory of her son's early development given that she had 3 children under the age of 3 while working full time and dealing with a volatile marriage. ▇▇▇▇ reported that alcoholism during that time may have also contributed to limited memory. For this reason, there are few details regarding Dr. Wright's development prior to entering school at age 5.

▇▇▇▇▇ indicated that her son was bullied and ostracized from his peers throughout childhood, beginning as soon as he entered school. His sister corroborated this, explaining how her brother would try to interact with people in very odd ways, such as blurting out, "would you like to play with my beetles?" or to talk incessantly about one of his experiments. ▇▇▇▇▇ eventually transitioned Dr. Wright from the public-school system to a private academy at age 15. She reported that he flourished in the more nurturing environment where he was taught and mentored by "Brothers." Yet, he continued to be bullied, resulting in one episode where he reportedly retaliated by punching a student in the face and breaking his nose. This almost got him expelled, but one of the Brothers supported him and argued for self-defense against repeated bullying.

When ▇▇▇▇▇ was asked if she was ever concerned about her son's development, she explained that he was "always different" from other children as far back as she could remember, but her concerns arose when he started school at age 5. He was introverted and preferred to be alone, he never engaged in sports, and he became upset in large crowds. He also never wanted to have his own birthday party with friends. If he had a birthday celebration, it only included family members. She stated that his interest always differed from other children in that he preferred cerebral games like Dungeons and Dragons and developed a keen interest in Japanese culture early on, collecting Samurai swords, taking Martial Arts, and dressing up as a Ninja. His mother and sister described his "obsession" with Ninjas to be odd, particularly in that he was dressing up as a Ninja and going to parks as old as age 16. This was embarrassing to his sisters, who would reportedly avoid interacting with him. In hindsight, ▇▇▇▇▇ stated that she was not concerned, per se, but rather she "accepted that he was my son and that he has grown up different from other boys." She described him to be a very loving and generous boy (and now man) who is extremely attached to his family, particularly his mother. His wife corroborated this, describing him to be a "giving, kind, and gentle" partner in a way that is very different from how he appears to anyone outside his family. Mr. Lynam added that although his nephew can express his love,

CONFIDENTIAL

verbally, to family members, he tends to connect to people through duty, loyalty, and respect in an odd manner, likening these values to his intense interest in Japanese or Samurai ways.

Communication Skills:

Dr. Wright's communication skills were reportedly variable. He has always had strong syntactic language, described as pedantic by his wife. He was not reported to engage in atypical speech, such as echolalia, scripting videos, or creating his own language. However, the intonation of his voice was described to be "mechanical" and void of emotional expression until he becomes excited about something. At this point, his voice was described to become loud and aggressive, almost as if he's yelling at people. His wife explained that this can be off-putting to others who might perceive him to be angry whereas in his view, he is merely conversing.

Dr. Wright's nonverbal communication skills were reported to be limited. His mother repeatedly described her son to be introverted and for this reason, his eye contact was likely diminished as a child. More recently, he tends to look at what he's doing (e.g., the computer) rather than at the person to whom he is speaking. His wife described his eye contact to be poor and that she has had to explicitly teach him to look at people, such as her parents. All family members indicated that Dr. Wright has learned to improve his eye contact over time, particularly when in professional public forums. His uncle alluded to a colleague that travels with his nephew and "gives Craig polish." It was also reported that Dr. Wright's mannerisms, appearance, and facial expressions do not come out in a normal way – they are more "remote." For instance, his uncle explained that Dr. Wright enjoys praise and acknowledgement for his accomplishments, but people might not detect this from his facial expressions. Consequently, if someone does not immediately respond to his stated accomplishments with appreciation, he can become overly animated and exaggerated (including embellishing details) in order to impress his listener, or he can become extremely frustrated and lash out. He will also say whatever comes to his mind even if it is socially inappropriate, such as telling someone in his audience that a question is "stupid" and/or making an obscene gesture. For this demeanor he was dubbed "the Angry Aussie."

Reciprocal Social Interaction Skills:

When asked about friendships, ████████ reported that her son always had a few very close but like-minded friends growing up. She equated her son with the character Sheldon from the television series Big Bang Theory, commenting that his friends were similar "geeks." ████████ agreed, recalling that she often asked them for help with computer programming and writing code. She added that her brother was often "badly groomed and smelly" as a teenager with died orange hair.

Dr. Wright's wife reported that her husband currently does not have any close friends or a best friend. She recalled one specific friendship that her husband cherished that turned out not to be genuine, and this deception was extremely hurtful to Dr. Wright. Thus, she stated that he needs to be reminded as to who is trustworthy and that he is often taken advantage of by others. She also emphasized that his extreme work schedule prevents him from having a typical social life, but that he will occasionally go out for drinks with colleagues after work. He does not, however, initiate any social activities outside of the family. Despite not having a strong peer network, Dr. Wright was described to be extremely devoted to his wife, mother, and stepchildren.

All family members reported that Dr. Wright's conversational skills have always been limited to topics of his designated interest, and that he is not one to initiate social niceties like small talk. However, he has learned to respond appropriately to others when they greet him, albeit briefly. His wife explained that it can be so taxing on her husband to sustain simple social interactions that he often needs to retreat

CONFIDENTIAL

afterwards. He will sustain conversations on his topics of interest, but if someone transitions the topic to their own interest, he will either change it back or terminate the exchange. He reportedly struggles with perspective taking and does not always understand if and why others might have varying views to his own.

Dr. Wright's social skills were described to be stronger with family members. His wife indicated that he plays well with his stepchildren, but these interactions have to be time-limited. He has nine nieces and nephews that, when living in Australia, he used to enjoy playing with, as well. His mother and sister described him to be especially silly with all of them, even the adult family members – almost "over the top."  They also described him to be very generous and thoughtful; for example, purchasing gifts for his wife and stepchildren, paying for his sister's university degree, and sending his mother on trips. However, they commented that he would never do these types of things for nonfamily members.

Restricted, Repetitive, and Stereotyped Patterns of Behavior:
Dr. Wright was not reported to exhibit any unusual fixation on objects/parts of objects or stereotypical motor mannerisms either currently or by history. He was described to have several circumscribed interests throughout his life that have become all-consuming in their intensity, as well as intrusive to interactions with others. These have included intense interests in Japanese culture, Samurai swords, Ninjas, and Bitcoins. His interests have led him to collect things, such as Samurai swords and unusual seashells. His mother described these collections to be his "pride and joy." His sister described his intensity of focus as "tunnel vision," stating that "if he's passionate about something, you cannot change his mind." Although his mother could not recall if her son had a need for sameness and routine, Dr. Wright's wife provided numerous examples of his "inability to cope with change." These included getting extremely upset if travel arrangements do not meet his specifications down to the size of desk and type of bedding in his hotel room, or not being able to tolerate if plans to eat a preferred restaurant change due to, for example, it being closed. She reported that his emotional responses can become so intense that he has brought several administrative staff to tears, and his mother described these as "adult tantrums." His family also raised concerns about concrete thinking in that Dr. Wright can take things very literally. His wife explained that she has to be extremely explicit in giving him instructions, otherwise he will misread the intended meaning.

**ADI-R Algorithm Scores (either FYI or if you wish to include):**
Reciprocal Social Interaction Score = ▮ (Cutoff=10)
Communication Score = ▮ (Cutoff = 8)
RRB Score = ▮ by mom's history, but it is higher by wife's current report, coming to ▮ which is why I included her report in the write-up because she knows him best now (Cutoff = 3)
Abnormality Evident at or Before 36 Months Score = ▮ (Cutoff = 1) – Mom's memory of his development prior to age 3 was limited given her statement that she had 3 children under the age of 3, a full-time job, and a volatile marriage. But from the time he went to school setting, it was apparent.
*In my clinical view, he meets criteria for ASD based on this history.*

The *Social Responsiveness Scale, Second Edition* (SRS-2) is a screener that assesses for severity of social impairment across a continuum. The SRS-2 generates at Total Score, as well as scores for five subscales in the areas of Social Awareness, Social Cognition, Social Communication, Social Motivation, and Restricted Interests and Repetitive Behaviors. Scores are reported as T-scores, with scores below 59 considered to be within normal limits and not indicative of ASD. Scores between 60 and 65 suggest mild to moderate deficits in social interaction; scores between 66 and 75 suggest moderate deficits; and

**CONFIDENTIAL**

scores higher than 76 suggest severe deficits that are strongly associated with ASD. Dr. Wright and his wife completed the SRS-2 and his scores are provided in the table below.

| SRS Scores | Self-Report | Spousal Report |
|---|---|---|
| Social Awareness | 95 | 81 |
| Social Cognition | 86 | 83 |
| Social Communication | 96 | 90 |
| Social Motivation | 84 | 76 |
| Restricted & Repetitive Behavior | 95 | 77 |
| **Total Score** | **96** | **86** |

On the SRS-2, Dr. Wright's self-report yielded a Total Score of 96, and his wife's report yielded a Total Score of 86, both of which indicate severe deficits in reciprocal social behavior that are clinically significant. By both reports, all subdomain scores also fall in the severe range, suggesting that Dr. Wright's impairments in the areas of Social Awareness, Social Cognition, Social Communication, Social Motivation, and Restricted & Repetitive Behaviors are likely causing significant interference with his everyday social interactions. The SRS-2 includes Compatible Subscales to the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) that are keyed into the diagnostic criteria for ASD in the areas of Social Communication and Interaction (SCI) and Restricted Interests and Repetitive Behaviors (RRB). These are reported in T-scores with scores above 70 suggesting a strong association with a clinical diagnosis of ASD. Based on self- and spousal-report, respectively, Dr. Wright obtained the following Compatible Subscale scores: SCI = 95 and 87; RRB = 95 and 77. These scores are strongly suggestive of ASD.

**Adaptive Behavior Assessment Results:**
*The Vineland Adaptive Behavior Scales, Third Edition, Interview Form* (Vineland-3) is a semi-structured interview that assesses an individual's adaptive behavior skills. Adaptive behavior is defined as the performance of day-to-day activities that are necessary for independent self-care and to get along with others. These are not skills that an individual *can do*, but skills that an individual *does do* on a daily basis, independently (i.e., without help, support, or reminders). Standard scores on this instrument have an average of 100 and a standard deviation of 15 points. Subdomain scores are presented as v-Scale scores that have an average of 15 and standard deviation of 3. The Vineland-3 interview was conducted with Dr. Wright's wife over the phone and based on her report, he obtained the following scores:

| Domains and Subdomains | Standard & v-Scale Scores | 90% Confidence Interval | Percentile Rank | Strengths/ Weaknesses |
|---|---|---|---|---|
| **Communication** | **44** | **40-48** | **<1** | **Strength** |
| Receptive | 6 | | | |
| Expressive | 1 | | | Weakness |
| Written | 16 | | | Strength |
| **Daily Living Skills** | **54** | **49-59** | **<1** | **Strength** |
| Personal | 8 | | | |
| Domestic | 6 | | | Weakness |
| Community | 12 | | | Strength |
| **Socialization** | **20** | **45-53** | **<1** | **Weakness** |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interpersonal Relationships | 2 | | | Weakness |
| Play and Leisure Time | 9 | | | Strength |
| Coping Skills | 6 | | | Weakness |
| **Adaptive Behavior Composite** | **41** | **38-44** | **<1** | |

Based on his wife's responses on the Vineland-3, Dr. Wright obtained an Adaptive Behavior Composite score of 41, which falls below the 1st percentile for his age and indicates substantial delays in his adaptive behavior skills. This overall composite score should be interpreted with caution given the significant variability observed between his domain and subdomain scores. For this reason, his adaptive profile is best interpreted by reviewing his strengths and weaknesses across areas.

Communication Skills:
Dr. Wright obtained a Communication score of 44, which falls below the 1st percentile for his age. His written score fell within age-expectations, denoting a personal strength compared to his more significantly delayed functional receptive and expressive skills. Receptively, Dr. Wright reportedly follows simple instructions that include one step, but he requires reminders to successfully complete two- and three-step instructions. He does not respond to the tone of spoken words or understand sarcasm, and he does not remember to do a task at a later time than asked without reminders. Expressively, he is inconsistent in using his own knowledge or opinions to comment on things, and he has difficulty relaying details about his daily experiences. When he does, it is generally on his own initiative rather than when asked, and he often fails to provide background or sequential details necessary for another person to comprehend what happened. He also does not clarify himself by restating what he said in a different manner so that others understand him. Rather, he tends to either repeat exactly what he said or become frustrated that his conversational partner does not understand him. Dr. Wright's written skills are an area of personal strength. He is currently in a doctoral program for law and writes beautiful research papers by report, and he completes electronic forms and applications independently. His reading skills are advanced and reported to far exceed his peers in quantity and speed of reading.

Daily Living Skills:
***Dr. Wright's Daily Living Skills domain score of 54 should be considered with extreme caution given that he currently does not reportedly engage in many domestic household activities due to his strenuous work schedule and not because he is incapable of, for example, performing these chores.*** *However, scoring procedures for the Vineland-3 do not provide credit for skills that an individual is capable of performing but does not, which would result in a low score.* His wife stressed that household chores are not his current responsibilities or expectations and for this reason, ***the domestic subdomain score of 6 likely underestimates his true adaptive skills in this area***. His other subdomain scores, however, can be interpreted with validity. Within the area of personal care, Dr. Wright does not consistently choose to eat healthy foods and he does not care for his own medical needs, such as making doctor appointments when sick, taking his own temperature, and refilling medications. His wife does all of these things for him. Regarding community living skills, he manages his daily expenses by purchasing things that he needs, but he does not manage bills responsibly. His wife reported that there are often late notices and "threats" lying around the house from unpaid bills. She cares for the household expenses.

Socialization Skills:

**CONFIDENTIAL**

Dr. Wright's Socialization score of 20 falls significantly lower than his other domain scores and denotes substantial delays in his functional social interaction skills. Within the area of interpersonal relationships, he shows a limited range of emotional expressions, he does not recognize emotions in others, and his eye contact is inconsistent. Regarding affection, he will hug and show affection to family members and shake the hands of colleagues; otherwise, he shows limited affection for non-family and his wife reported that people find him "cold." Regarding friendships, he has sustained long-term friendships in the past, but according to his wife, some were not always reciprocated as actual friendships by the other person. He is unlikely to seek out others for friendships, but his wife reported that if another person puts in all the effort and seeks him out, he will reciprocate but could become too trusting. Similar to reports in his history, Dr. Wright's conversational skills are limited to topics of his designation. He does not initiate or sustain conversations based on the interest of others, he has difficulty not interrupting or being rude, and he struggles to take the perspectives of others. Dr. Wright's score for play/leisure was an area of personal strength, albeit still delayed. As a child, he did not seek out his peers or engage in outdoor activities with his peers. He does not pick up on nonverbal cues from groups of people, and he does not initiate or plan for social activities with peers. He will, however, plan activities and events for his family members. Regarding coping skills, Dr. Wright has difficulty controlling his anger when he does not get his way or when plans change unexpectedly, and he does not apologize with sincerity to anyone except his wife and family. He does not always recover quickly from minor disappointments, he does not think through consequences before acting, and he does not avoid being taken advantage of or manipulated by others (with the caveat that given recent "burns," his wife said he is getting better in this regard).

The Vineland-3 also includes a broad assessment of maladaptive behaviors, or behaviors that can negatively impact adaptive functioning. Scores are listed as v-Scale Scores that have an average of 15 and standard deviation of 3, with higher scores indicating more maladaptive behaviors. Dr. Wright's scores on the Internalizing and Externalizing scales were significantly elevated, with v-Scale scores of 19 and 21, respectively.  Internalizing behaviors included being somewhat needy and dependent, avoiding interactions with others, and being very irritable or moody. Externalizing behaviors included having temper tantrums, bullying others with words, and being stubborn and argumentative. In addition to these behaviors, a few atypical behaviors were also endorsed by Dr. Wright's wife. These included occasionally losing awareness of what is happening around him, frequently getting so fixated on a topic that it annoys others, sometimes having no response to pain, and sometimes getting fixated on a person in a manner that is unwanted. She described the latter point to be how intensely fixated he was on her when they initially met, to an annoying degree. Yet, after years together she stated that she has come to appreciate this quality in her husband.

*Celine A. Saulnier, PhD*
*Licensed Clinical Psychologist*
*Neurodevelopmental Assessment & Consulting Services*

**CONFIDENTIAL**

## 02   Correspondence between Dr. Celine Saulnier and Dr. Craig Wright

**CONFIDENTIAL**
Friday, April 17, 2020 at 7:14:08 PM Eastern Daylight Time

**Subject:** Re: [External] Fwd: Please complete this SRS-2 Adult Self-Report Form (Ages 19 and up)
**Date:** Tuesday, April 7, 2020 at 10:26:50 AM Eastern Daylight Time
**From:** Klin, Ami
**To:** Celine Saulnier

Thank you so much, Celine.

He reminds me so much of Mark Romoser.

Ami

---

**From:** Celine Saulnier <celine@nacsatl.com>
**Date:** Tuesday, April 7, 2020 at 6:12 AM
**To:** Ami Klin <ami.klin@emory.edu>
**Subject:** [External] Fwd: Please complete this SRS-2 Adult Self-Report Form (Ages 19 and up)

Here's the response I received after completion of the online SRS (both attached) - have fun tomorrow :)
I'll include summaries of these scores in my write up.

*Celine A. Saulnier, Ph.D.*
*Licensed Clinical Psychologist*
*Founder, Neurodevelopmental Assessment & Consulting Services*
*320 Winn Way, Suite 102*
*Decatur, GA 30030*
*www.nacsatl.com*
*404-254-5881*

---------- Forwarded message ---------
From: <craig@ ▮▮▮▮▮
Date: Tue, Apr 7, 2020 at 4:34 AM
Subject: RE: Please complete this SRS-2 Adult Self-Report Form (Ages 19 and up)
To: Celine Saulnier <celine@nacsatl.com>

Hello,
I have submitted based on the general meaning that people come to take for the literal meaning of words; however, I will state that there are some problematic issues with the literal meaning of some of the context. For instance, you have a question asking whether I consider my interactions weird.

The etymology of the word weird dates back to the Germanic roots and relates to fate; "having power to control fate. Also from wierd (noun) in Old English wyrd "fate, chance, fortune; destiny; the Fates," which is literally "that which comes". This extends into disturbingly different but the adjective meaning relates to uncanny and is disturbingly different in the sense that it is related to a Cassandra form of interaction. That is, one who deals with the Fates that acts outside of human standards. My assumption (from your educational status and field) is you understand the origin of the refernced Greek legend but then I may be off base here.

I have also answered based on a generalised position in regards to humour. If I was to take this in respect of something along the lines of Ben Jonson's "Every Man in his Humour" (1598), that would pose a position of a

CONFIDENTIAL

blustering braggart. However, I don't believe this is the intent of the question. In the origins of Roman medicine, the humours relate to the four body fluids. It would extend to a sense of whim and caprice determined by one state of mind and could be determined as an indulgence in one's fancy or disposition. My fancies extend to a wide variety of academic pursuits and the collection of obscure knowledge. Fowler's "Modern English Usage" (1926) extends humour into the sympathetic. But I presume the use as what would be termed a jocular turn of mind.

Unease derives from a state of impeded obstructed and untangled affairs. It relates to a malaise in general communications in difficulty suffering and hardship or ill ease. However, it can be determined through an analysis of "hungor" and the roots of hunger. This is a craving or appetite and in a way you could say that I am always in this state for I seek knowledge. The mere fact that I understand that I cannot ever achieve the goals I set against the amount of knowledge that is to be collected means that I am at a state of baishednesse or embarrassment in lack of knowledge not merely for interaction with people but in general.

I hope this explains some of the reasons I have selected my answers. I would not say that my understanding of how I fit in if asked on my use of the words would necessarily relate to how I have responded based on how I will interpret these questions, not on the true meaning of the words but rather what I believe you mean from them based on experience over the last 30 years.

Regards,
Dr Craig Wright LLM

**From:** Celine Saulnier <no-reply@wpspublish.com>
**Sent:** Tuesday, 7 April 2020 1:52 AM
**To:** craig@████████
**Cc:** celine@nacsatl.com
**Subject:** Please complete this SRS-2 Adult Self-Report Form (Ages 19 and up)

Dear Mr. Wright,
Please complete this assessment regarding your current social communication skills.

Please click here to access this SRS-2 Adult Self-Report Form (Ages 19 and up) and fill out all questions to the best of your knowledge.

If you have problems with the link, please copy and paste this URL into your browser:
https://respondent.wpspublish.com/assessment/assessbysection?fid=125984E0-3BE9-47AB-9A82-8A22F97C8BA9

Thank you!
Celine Saulnier, PhD

---

**Tulip Trading Ltd**
This email may contain privileged and confidential information and if you aren't the intended recipient you must not copy or distribute it. If you have received this email in error, please notify us, delete the message immediately and destroy any copies.
Although we have taken steps to ensure that this email and attachments are free from malware, we cannot guarantee this. We, therefore, advise you that in keeping with good computing practice, the recipient should ensure the attachments are safe. You, as a recipient, take full responsibility for virus checking.
This email has been created in the knowledge that Internet email is not a 100% secure communications medium and therefore, Tulip Trading Ltd does not accept legal responsibility for this message. The recipient is responsible for verifying its authenticity before acting on the contents. We advise that you understand this lack of security and take any necessary measures when emailing us.

CONFIDENTIAL

**CONFIDENTIAL**

## 03   Correspondence between Dr. Celine Saulnier and Ms. Ramona Watts

**CONFIDENTIAL**

Friday, April 17, 2020 at 7:12:54 PM Eastern Daylight Time

**Subject:** Re: [External] Re: from Ami

**Date:** Tuesday, April 7, 2020 at 12:19:39 PM Eastern Daylight Time

**From:** Celine Saulnier

**To:** Klin, Ami

You bet. Because her texts spoiled some prior responses in the Coping sub domain I had to ask her some more questions: This is all FYI - I'll write it up. His ABC is 41 and Social is 20!

1. Does he apologize with sincerity after these episodes? Or even for small unintentional things?
2. Does he accept helpful suggestions/solutions from others?
3. Does he ever recover quickly after setbacks like the restaurant ex?

1. Only to me. And only after a heart to heart conversation where he doesn't feel judged or chastised. He only apologises for upsetting me. He's sincere with that apology, but I think he feels he had a right to get upset because things were not as they were meant to be.
2. Not from others, generally not. He does not find it helpful. And mostly it is not. You cannot tell someone like him to ' not sweat the little things' or 'just be thankful that you even got a flight' etc
3. If no one harps on his behaviour or try to change his mind, he will eventually be fine. If you try to encourage him to eat elsewhere, or say 'don't get upset, we'll just go to x instead' he will get even more upset. I will say ' since we are already here, the kids and I will go to restaurant x as we are hungry. It's not what we wanted, but it will do. You can join us, or if you prefer, you can go home, and we can meet you at home later'.  It needs to be said in a genuine and non- confrontational manner.

In regards to question 1, his apology will be an apology because I was upset by his behaviour. The apology will not be for the behaviour itself. He rationale is, '...if that occurred as it was meant to, I wouldn't be upset, but that changed, and it is because of that change that I am upset.'
Early in our marriage he used to say ' you made me upset' but he has since learnt that not to say that. I tell him that no one can make him upset, he allows those emotions to engulf him. He understands the words but cannot fully comprehend it

Celine Saulnier, Ph.D.
Founder, Neurodevelopmental Assessment & Consulting Services
www.nacsatl.com

On Apr 7, 2020, at 11:57 AM, Klin, Ami <ami.klin@emory.edu> wrote:

Thank you!

**From:** Celine Saulnier <celine@nacsatl.com>
**Date:** Tuesday, April 7, 2020 at 11:48 AM
**To:** Ami Klin <ami.klin@emory.edu>
**Subject:** [External] Re: from Ami

I have a feeling these are going to trickle in all day!

Regarding not liking change, his personal assistant at work will tell you how inflexible he

**CONFIDENTIAL**

is. Re air travel, if he is booked on a different airline to his usual one, or a different hotel that does not have the exact specifications of bedding, or a desk the right size for his laptop so that he can work comfortably, he gets extremely upset. He has thrown tantrums in planes and in hotel lobbies many times, and called his assistant at all hours of the night when he is travelling.  All of his assistants have been in tears at some point or another. The more mature ones understand he has issues, and they do not take it personally. The younger ones are not able to cope. To an outsider looking in, it may appear to be 'bullying' behaviour, but it is not. It is his inability to cope with change, especially if he is under stress. If we go out for dinner only to find that particular restaurant closed, he will often not eat if we end up somewhere else. He will sit and watch us ( myself and the kids) eat, but not join us, because it is not what we initially came out for.

Celine Saulnier, Ph.D.
Founder, Neurodevelopmental Assessment & Consulting Services
www.nacsatl.com

On Apr 7, 2020, at 11:30 AM, Celine Saulnier <celine@nacsatl.com> wrote:

It's all so interesting! I'll send the Vineland too. I'm writing it all up now. This just came via What's App from Ramona:

Hi Celine, good talking to you today. Just a couple of things I wanted to clarify:
1) re Craig's temper tantrums, he has them out of frustration because people do not understand him. You can see the immense frustration when he tries to explain himself and people ask the same questions over and over. He says it's as if no one is listening to him. He cannot comprehend why they do not understand the point he is trying to make. He then gets very frustrated and angry, and will yell and shout. He cannot he reasoned with at that stage.
 When he gets very upset, he gesticulates a lot, almost as if he is flapping his arms. Not quite so bad, but almost.
2) He can be pedantic beyond belief. He is extremely literal. If you do not ask a question in the correct way, he will give you a different answer.
For example, if I make a stew for dinner and leave it in the fridge for him for when I go out, a conversation may go like this:

**CONFIDENTIAL**

Me: 'I've made a stew for dinner'
When I return a couple of hours later, I'll ask
Me: 'Have you had dinner'
Craig: 'no'
Me: 'But there is an empty pizza box in the bin"
Him: 'But you said the stew was for dinner. I did eat, but not stew.'
Me: 'so you did have dinner?'
Craig: 'no. You said the stew is dinner. I did not eat the stew. So I did not eat dinner.'
So the correct questioning would have been, ' Have you eaten?'
But that also is a problem because when I do that, and if he actually hasn't eaten that evening, he may say 'yes' to that question because he had eaten in the morning. So you have to be very very very specific when asking questions. I would have to say ' Have you eaten in the last 2 hours?'

Celine Saulnier, Ph.D.
Founder, Neurodevelopmental Assessment & Consulting Services
www.nacsatl.com

On Apr 7, 2020, at 10:56 AM, Klin, Ami <ami.klin@emory.edu> wrote:

.... There are 7 hours of recorded video ... Oy

**From:** Ami Klin <ami.klin@emory.edu>
**Date:** Tuesday, April 7, 2020 at 10:56 AM
**To:** Celine Saulnier <celine@nacsatl.com>
**Subject:** from Ami

Hi Celine,

Thanks for the SRS. If you could, please write a brief standard text to go with reporting the results from the two sources. Needless to say, the message he wrote to you is more important than the results themselves. But I will need to report them. I know you were going to do that, but this is only a reminder for myself, as I will have to write this report at the same time that I am collecting the information.

Many thanks.

Ami

**CONFIDENTIAL**

This e-mail message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited.

If you have received this message in error, please contact the sender by reply e-mail message and destroy all copies of the original message (including attachments).

**CONFIDENTIAL**

04   SRS-2, Self-Report, Score Report

**CONFIDENTIAL**



Score Report



FOR EXAMINER USE ONLY

Adult (Self-Report) Form
Ages 19 years and up

# SRS™-2

Social Responsiveness Scale, Second Edition

John N. Constantino, MD

## Examinee Information

| Rated individual's name | Rated individual's gender |
|---|---|
| Craig Wright | Male |

| Rated individual's age at testing | Rated individual's ethnicity |
|---|---|
| 49 years 5 months | White |

## Assessment Information

| Examiner's name | Assessment ID |
|---|---|
| | |

| Administration date | Processing date |
|---|---|
| 04/06/2020 | 4/7/2020 |

This report for the SRS-2 is designed to aid in diagnosis and treatment planning. The user should be familiar with the materials presented in the SRS-2 Manual (WPS Product No. W-608M or W-608MP). No diagnostic or treatment decisions should be made solely on the basis of this report without confirming further information from additional independent sources.

## Score Profile

**SRS-2 Total Score Results**



**Total raw score: 171**
**T-score: 96**

≥76T: Severe    66T-75T: Moderate
60T-65T: Mild    ≤59T: Normal

**Treatment Subscale Results**



| T | Awr | Cog | Com | Mot | RRB |
|---|---|---|---|---|---|
| Raw score | 22 | 28 | 60 | 28 | 33 |
| T-score | 95 | 86 | 96 | 84 | 95 |

Awr = Social Awareness      Com = Social Communication
Cog = Social Cognition       Mot = Social Motivation
RRB = Restricted Interests and Repetitive Behavior

| *DSM-5* Compatible Subscales | Raw score | T-score |
|---|---|---|
| Social Communication and Interaction | 138 | 95 |
| Restricted Interests and Repetitive Behavior | 33 | 95 |

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

**CONFIDENTIAL**

## Total Score Discussion

**76*T* or higher: Severe range.** Scores in this range indicate deficiencies in reciprocal social behavior that are clinically significant and lead to severe and enduring interference with everyday social interactions. Such scores are strongly associated with clinical diagnosis of an autism spectrum disorder.

## Summary of Answers

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1.** | 4 (3) | **12.** | 1 (3) | **23.** | 4 (3) | **34.** | 3 (2) | **45.** | 1 (3) | **56.** | 4 (3) |
| **2.** | 4 (3) | **13.** | 4 (3) | **24.** | 4 (3) | **35.** | 3 (2) | **46.** | 4 (3) | **57.** | 4 (3) |
| **3.** | 1 (3) | **14.** | 1 (0) | **25.** | 4 (3) | **36.** | 3 (2) | **47.** | 3 (2) | **58.** | 3 (2) |
| **4.** | 4 (3) | **15.** | 1 (3) | **26.** | 1 (3) | **37.** | 4 (3) | **48.** | 1 (3) | **59.** | 4 (3) |
| **5.** | 4 (3) | **16.** | 4 (3) | **27.** | 4 (3) | **38.** | 1 (3) | **49.** | 4 (3) | **60.** | 4 (3) |
| **6.** | 4 (3) | **17.** | 2 (2) | **28.** | 4 (3) | **39.** | 4 (3) | **50.** | 4 (3) | **61.** | 4 (3) |
| **7.** | 1 (3) | **18.** | 4 (3) | **29.** | 4 (3) | **40.** | 4 (0) | **51.** | 4 (3) | **62.** | 4 (3) |
| **8.** | 4 (3) | **19.** | 4 (3) | **30.** | 4 (3) | **41.** | 1 (0) | **52.** | 4 (3) | **63.** | 4 (3) |
| **9.** | 2 (1) | **20.** | 4 (3) | **31.** | 4 (3) | **42.** | 4 (3) | **53.** | 4 (3) | **64.** | 4 (3) |
| **10.** | 4 (3) | **21.** | 1 (3) | **32.** | 3 (1) | **43.** | 1 (3) | **54.** | 4 (3) | **65.** | 4 (3) |
| **11.** | 3 (1) | **22.** | 1 (3) | **33.** | 4 (3) | **44.** | 1 (0) | **55.** | 4 (3) | | |

**Item response key:**

1 = Not true

2 = Sometimes true

3 = Often true

4 = Almost always true

 - = Response missing

* Median value was used for missing response.

*Note*: Raw score values are in parentheses.

Scoring is reversed on items 3, 7, 11, 12, 15, 17, 21, 22, 26, 32, 38, 40, 43, 45, 48

Number of missing responses =    0

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

CONFIDENTIAL

## Item Responses

| | Question | Response | | Subscale |
|---|---|---|---|---|
| 1. | I am much more uncomfortable in social situations than when I am by myself. | 4 | (3) | Mot |
| 2. | My facial expressions send the wrong message to others about how I actually feel. | 4 | (3) | Awr |
| 3. | I feel self-confident when interacting with others. | 1 | (3) | Mot |
| 4. | When under stress, I engage in rigid or inflexible patterns of behavior that seem odd to people. | 4 | (3) | RRB |
| 5. | I do not recognize when others are trying to take advantage of me. | 4 | (3) | Cog |
| 6. | I would rather be alone than with others. | 4 | (3) | Mot |
| 7. | I am usually aware of how others are feeling. | 1 | (3) | Awr |
| 8. | I behave in ways that seem strange or bizarre to others. | 4 | (3) | RRB |
| 9. | I am overly dependent on others for help with meeting my everyday needs. | 2 | (1) | Mot |
| 10. | I take things too literally, and because of that, I misinterpret the intended meaning of parts of a conversation. | 4 | (3) | Cog |
| 11. | I have good self-confidence. | 3 | (1) | Mot |
| 12. | I am able to communicate my feelings to others. | 1 | (3) | Com |
| 13. | I am awkward in turn-taking interactions with others (for example, I have a hard time keeping up with the give-and-take of a conversation). | 4 | (3) | Com |
| 14. | I am not well coordinated. | 1 | (0) | RRB |
| 15. | When people change their tone or facial expression, I usually pick up on that and understand what it means. | 1 | (3) | Cog |
| 16. | I avoid eye contact or am told that I have unusual eye contact. | 4 | (3) | Com |
| 17. | I recognize when something is unfair. | 2 | (2) | Cog |
| 18. | I have difficulty making friends, even when trying my best. | 4 | (3) | Com |
| 19. | I get frustrated trying to get ideas across in conversations. | 4 | (3) | Com |
| 20. | I have sensory interests that others find unusual (e.g., smelling or looking at things in a special way). | 4 | (3) | RRB |
| 21. | I am able to imitate others' actions and expressions when it is socially appropriate to do so. | 1 | (3) | Com |
| 22. | I interact appropriately with other adults. | 1 | (3) | Com |
| 23. | I do not join group activities or social events unless prompted or strongly urged to do so. | 4 | (3) | Mot |
| 24. | I have more difficulty than others with changes in my routine. | 4 | (3) | RRB |
| 25. | I do not mind being out of step with or "not on the same wavelength" as others. | 4 | (3) | Awr |
| 26. | I offer comfort to others when they are sad. | 1 | (3) | Com |
| 27. | I avoid starting social interactions with other adults. | 4 | (3) | Mot |
| 28. | I think or talk about the same thing over and over. | 4 | (3) | RRB |
| 29. | I am regarded by others as odd or weird. | 4 | (3) | RRB |
| 30. | I become upset in situations with lots of things going on. | 4 | (3) | Cog |
| 31. | I can't get my mind off something once I start thinking about it. | 4 | (3) | RRB |
| 32. | I have good personal hygiene. | 3 | (1) | Awr |
| 33. | My behavior is socially awkward, even when I am trying to be polite. | 4 | (3) | Com |
| 34. | I avoid people who want to be emotionally close to me. | 3 | (2) | Mot |
| 35. | I have trouble keeping up with the flow of a normal conversation. | 3 | (2) | Com |
| 36. | I have difficulty relating to family members. | 3 | (2) | Com |

*Continued on next page*

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

CONFIDENTIAL

## Item Responses

| | Question | Response | | Subscale |
|---|---|---|---|---|
| 37. | I have difficulty relating to adults outside of my family. | 4 | (3) | Com |
| 38. | I respond appropriately to mood changes in others (for example, when a friend's mood changes from happy to sad). | 1 | (3) | Com |
| 39. | People think I am interested in too few topics, or that I get too carried away with those topics. | 4 | (3) | RRB |
| 40. | I am imaginative. | 4 | (0) | Cog |
| 41. | I sometimes seem to wander aimlessly from one activity to another. | 1 | (0) | Com |
| 42. | I am overly sensitive to certain sounds, textures, or smells. | 4 | (3) | Cog |
| 43. | I enjoy small talk (casual conversation with others). | 1 | (3) | Mot |
| 44. | I have more trouble than most people with understanding chains of causation (in other words, how events are related to one another). | 1 | (0) | Cog |
| 45. | When others around me are paying attention to something, I get interested in what they are attending to. | 1 | (3) | Awr |
| 46. | Others feel that I have overly serious facial expressions. | 4 | (3) | Com |
| 47. | I laugh at inappropriate times. | 3 | (2) | Com |
| 48. | I have a good sense of humor and can understand jokes. | 1 | (3) | Cog |
| 49. | I do extremely well at certain kinds of intellectual tasks, but do not do as well at most other tasks. | 4 | (3) | RRB |
| 50. | I have repetitive behaviors that others consider odd. | 4 | (3) | RRB |
| 51. | I have difficulty answering questions directly and end up talking around the subject. | 4 | (3) | Com |
| 52. | I get overly loud without realizing it. | 4 | (3) | Awr |
| 53. | I tend to talk in a monotone voice (in other words, less inflection of voice than most people demonstrate). | 4 | (3) | Com |
| 54. | I tend to think about people in the same way that I do objects. | 4 | (3) | Awr |
| 55. | I get too close to others or invade their personal space without realizing it. | 4 | (3) | Com |
| 56. | I sometimes make the mistake of walking between two people who are trying to talk to one another. | 4 | (3) | Awr |
| 57. | I tend to isolate myself. | 4 | (3) | Com |
| 58. | I concentrate too much on parts of things rather than seeing the whole picture. | 3 | (2) | Cog |
| 59. | I am more suspicious than most people. | 4 | (3) | Cog |
| 60. | Other people think I am emotionally distant and do not show my feelings. | 4 | (3) | Com |
| 61. | I tend to be inflexible. | 4 | (3) | Com |
| 62. | When I tell someone my reason for doing something, it strikes the person as unusual or illogical. | 4 | (3) | Cog |
| 63. | My way of greeting another person is unusual. | 4 | (3) | RRB |
| 64. | I am much more tense in social settings than when I am by myself. | 4 | (3) | Mot |
| 65. | I find myself staring or gazing off into space. | 4 | (3) | Mot |

**Item response key:**

1 = Not true
2 = Sometimes true
3 = Often true
4 = Almost always true
 - = Response missing
Number of missing responses =     0

Scoring is reversed on items 3, 7, 11, 12, 15, 17, 21, 22, 26, 32, 38, 40, 43, 45, 48

Awr = Social Awareness
Cog = Social Cognition
Com =  Social Communication
Mot =  Social Motivation
RRB =  Restricted Interests and Repetitive Behavior
* Median value was used for missing response.
Note: Raw score values are in parentheses.

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

**CONFIDENTIAL**

## 05   SRS-2, Other-Report, Score Report

**CONFIDENTIAL**

Score Report





FOR EXAMINER USE ONLY

Adult (Relative/Other Report) Form
Ages 19 years and up

# SRS™-2

Social Responsiveness Scale, Second Edition

John N. Constantino, MD

## Examinee Information

| Rated individual's name | Rated individual's gender |
|---|---|
| Craig Wright | Male |

| Rated individual's age at testing | Rated individual's ethnicity |
|---|---|
| 49 years 5 months | White |

| Rater's name | Relationship to rated individual |
|---|---|
| Ramona Watts | Spouse |

## Assessment Information

| Examiner's name | Assessment ID |
|---|---|
| | |

| Administration date | Processing date |
|---|---|
| 04/06/2020 | 4/7/2020 |

This report for the SRS-2 is designed to aid in diagnosis and treatment planning. The user should be familiar with the materials presented in the SRS-2 Manual (WPS Product No. W-608M or W-608MP). No diagnostic or treatment decisions should be made solely on the basis of this report without confirming further information from additional independent sources.

## Score Profile

**SRS-2 Total Score Results**



**Total raw score: 142**
***T*-score: 86**

≥76*T*: Severe    66*T*-75*T*: Moderate
60*T*-65*T*: Mild    ≤59*T*: Normal

**Treatment Subscale Results**



| *T* | Awr | Cog | Com | Mot | RRB |
|---|---|---|---|---|---|
| Raw score | 17 | 26 | 54 | 23 | 22 |
| *T*-score | 81 | 83 | 90 | 76 | 77 |

Awr = Social Awareness    Com = Social Communication
Cog = Social Cognition    Mot = Social Motivation
RRB = Restricted Interests and Repetitive Behavior

***DSM-5* Compatible Subscales**

| | Raw score | *T*-score |
|---|---|---|
| Social Communication and Interaction | 120 | 87 |
| Restricted Interests and Repetitive Behavior | 22 | 77 |

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

**CONFIDENTIAL**

## Total Score Discussion

**76***T* **or higher: Severe range.** Scores in this range indicate deficiencies in reciprocal social behavior that are clinically significant and lead to severe and enduring interference with everyday social interactions. Such scores are strongly associated with clinical diagnosis of an autism spectrum disorder.

## Summary of Answers

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1.** | 4 (3) | **12.** | 2 (2) | **23.** | 4 (3) | **34.** | 4 (3) | **45.** | 1 (3) | **56.** | 4 (3) |
| **2.** | 3 (2) | **13.** | 4 (3) | **24.** | 4 (3) | **35.** | 4 (3) | **46.** | 2 (1) | **57.** | 4 (3) |
| **3.** | 4 (0) | **14.** | 2 (1) | **25.** | 2 (1) | **36.** | 4 (3) | **47.** | 4 (3) | **58.** | 2 (1) |
| **4.** | 4 (3) | **15.** | 1 (3) | **26.** | 2 (2) | **37.** | 4 (3) | **48.** | 2 (2) | **59.** | 3 (2) |
| **5.** | 4 (3) | **16.** | 3 (2) | **27.** | 4 (3) | **38.** | 1 (3) | **49.** | 2 (1) | **60.** | 3 (2) |
| **6.** | 3 (2) | **17.** | 4 (0) | **28.** | 4 (3) | **39.** | 2 (1) | **50.** | 1 (0) | **61.** | 4 (3) |
| **7.** | 2 (2) | **18.** | 4 (3) | **29.** | 4 (3) | **40.** | 2 (2) | **51.** | 4 (3) | **62.** | 4 (3) |
| **8.** | 4 (3) | **19.** | 4 (3) | **30.** | 4 (3) | **41.** | 1 (0) | **52.** | 1 (3) | **63.** | 2 (1) |
| **9.** | 3 (2) | **20.** | 1 (0) | **31.** | 4 (3) | **42.** | 3 (2) | **53.** | 3 (2) | **64.** | 4 (3) |
| **10.** | 4 (3) | **21.** | 2 (2) | **32.** | 4 (0) | **43.** | 1 (3) | **54.** | 4 (3) | **65.** | 2 (1) |
| **11.** | 4 (0) | **22.** | 2 (2) | **33.** | 4 (3) | **44.** | 3 (2) | **55.** | 1 (3) | | |

**Item response key:**

1 = Not true

2 = Sometimes true

3 = Often true

4 = Almost always true

 - = Response missing

* Median value was used for missing response.

*Note*: Raw score values are in parentheses.

Scoring is reversed on items 3, 7, 11, 12, 15, 17, 21, 22, 26, 32, 38, 40, 43, 45, 48, 52, 55

Number of missing responses =   0

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

**CONFIDENTIAL**

**Item Responses**

| | Question | Response | | Subscale |
|---|---|---|---|---|
| 1. | Seems much more uncomfortable in social situations than when alone. | 4 | (3) | Mot |
| 2. | Expressions on his or her face don't match what he or she is saying. | 3 | (2) | Awr |
| 3. | Seems self-confident when interacting with others. | 4 | (0) | Mot |
| 4. | When under stress, he or she shows rigid or inflexible patterns of behavior that seem odd. | 4 | (3) | RRB |
| 5. | Doesn't recognize when others are trying to take advantage of him or her. | 4 | (3) | Cog |
| 6. | Would rather be alone than with others. | 3 | (2) | Mot |
| 7. | Is aware of what others are thinking or feeling. | 2 | (2) | Awr |
| 8. | Behaves in ways that seem strange or bizarre. | 4 | (3) | RRB |
| 9. | Seems too dependent on others for help with meeting basic needs. | 3 | (2) | Mot |
| 10. | Takes things too literally and doesn't get the real meaning of a conversation. | 4 | (3) | Cog |
| 11. | Has good self-confidence. | 4 | (0) | Mot |
| 12. | Is able to communicate his or her feelings to others. | 2 | (2) | Com |
| 13. | Is awkward in turn-taking interactions with others (for example, doesn't seem to understand the give-and-take of conversations). | 4 | (3) | Com |
| 14. | Is not well coordinated. | 2 | (1) | RRB |
| 15. | Recognizes and appropriately responds to changes in other people's tone of voice and facial expressions. | 1 | (3) | Cog |
| 16. | Avoids eye contact or has unusual eye contact. | 3 | (2) | Com |
| 17. | Recognizes when something is unfair. | 4 | (0) | Cog |
| 18. | Has difficulty making friends, even when trying his or her best. | 4 | (3) | Com |
| 19. | Gets frustrated trying to get ideas across in conversations. | 4 | (3) | Com |
| 20. | Shows unusual sensory interests (for example, smelling his or her fingers frequently) or strange, repetitive ways of handling or manipulating small items within reach. | 1 | (0) | RRB |
| 21. | Is able to imitate others' actions and demeanor when it is socially appropriate to do so. | 2 | (2) | Com |
| 22. | Interacts appropriately with other adults. | 2 | (2) | Com |
| 23. | Does not join group activities or social events unless forced to do so. | 4 | (3) | Mot |
| 24. | Has more difficulty than others with changes in his or her routine. | 4 | (3) | RRB |
| 25. | Doesn't seem to mind being out of step with or "not on the same wavelength" as others. | 2 | (1) | Awr |
| 26. | Offers comfort to others when they are sad. | 2 | (2) | Com |
| 27. | Avoids starting social interactions with other adults. | 4 | (3) | Mot |
| 28. | Thinks or talks about the same thing over and over. | 4 | (3) | RRB |
| 29. | Is regarded by others as odd or weird. | 4 | (3) | RRB |
| 30. | Becomes upset in a situation with lots of things going on. | 4 | (3) | Cog |
| 31. | Can't get his or her mind off something once he or she starts thinking about it. | 4 | (3) | RRB |
| 32. | Has good personal hygiene. | 4 | (0) | Awr |
| 33. | Is socially awkward, even when trying to be polite. | 4 | (3) | Com |
| 34. | Avoids people who want to be emotionally close to him or her. | 4 | (3) | Mot |
| 35. | Has trouble keeping up with the flow of a normal conversation. | 4 | (3) | Com |
| 36. | Has difficulty relating to family members. | 4 | (3) | Com |

*Continued on next page*

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

CONFIDENTIAL

## Item Responses

| | Question | Response | | Subscale |
|---|---|---|---|---|
| 37. | Has difficulty relating to other adults. | 4 | (3) | Com |
| 38. | Responds appropriately to mood changes in others (for example, when a friend's mood changes from happy to sad). | 1 | (3) | Com |
| 39. | Has an unusually narrow range of interests. | 2 | (1) | RRB |
| 40. | Is imaginative without losing touch with reality. | 2 | (2) | Cog |
| 41. | Wanders aimlessly from one activity to another. | 1 | (0) | Com |
| 42. | Seems overly sensitive to sounds, textures, or smells. | 3 | (2) | Cog |
| 43. | Enjoys and is competent with small talk (casual conversation with others). | 1 | (3) | Mot |
| 44. | Doesn't understand how events relate to one another (cause and effect) the way other adults do. | 3 | (2) | Cog |
| 45. | Generally gets interested in what others nearby are paying attention to. | 1 | (3) | Awr |
| 46. | Has overly serious facial expressions. | 2 | (1) | Com |
| 47. | Laughs at inappropriate times. | 4 | (3) | Com |
| 48. | Has a sense of humor, understands jokes. | 2 | (2) | Cog |
| 49. | Does extremely well at a few intellectual or computational tasks, but does not do as well at most other tasks. | 2 | (1) | RRB |
| 50. | Has repetitive, odd behaviors. | 1 | (0) | RRB |
| 51. | Has difficulty answering questions directly and ends up talking around the subject. | 4 | (3) | Com |
| 52. | Knows when he or she is talking too loud or making too much noise. | 1 | (3) | Awr |
| 53. | Talks to people with an unusual tone of voice (for example, talks like a robot or like he or she is giving a lecture). | 3 | (2) | Com |
| 54. | Seems to react to people as if they are objects. | 4 | (3) | Awr |
| 55. | Knows when he or she is too close to someone or is invading someone's space. | 1 | (3) | Com |
| 56. | Walks in between two people who are talking. | 4 | (3) | Awr |
| 57. | Isolative; tends not to leave his or her home. | 4 | (3) | Com |
| 58. | Concentrates too much on parts of things rather than seeing the whole picture. | 2 | (1) | Cog |
| 59. | Is overly suspicious. | 3 | (2) | Cog |
| 60. | Is emotionally distant, doesn't show his or her feelings. | 3 | (2) | Com |
| 61. | Is inflexible, has a hard time changing his or her mind. | 4 | (3) | Com |
| 62. | Gives unusual or illogical reasons for doing things. | 4 | (3) | Cog |
| 63. | Touches or greets others in an unusual way. | 2 | (1) | RRB |
| 64. | Is too tense in social settings. | 4 | (3) | Mot |
| 65. | Stares or gazes off into space. | 2 | (1) | Mot |

**Item response key:**

1 = Not true
2 = Sometimes true
3 = Often true
4 = Almost always true
 - = Response missing
Number of missing responses =    0
Scoring is reversed on items 3, 7, 11, 12, 15, 17, 21, 22, 26, 32, 38, 40, 43, 45, 48, 52, 55

Awr = Social Awareness
Cog = Social Cognition
Com =  Social Communication
Mot =  Social Motivation
RRB =  Restricted Interests and Repetitive Behavior
* Median value was used for missing response.
Note: Raw score values are in parentheses.

Copyright © 2012- 2017 by Western Psychological Services. All rights reserved.   www.wpspublish.com   800.648.8857

ReportID : 708958 - 4/7/2020 3:03:02 AM

**CONFIDENTIAL**

# 06   Vineland-3, Comprehensive Interview Report

**CONFIDENTIAL**



Vineland Adaptive Behavior Scales, Third Edition (Vineland™-3)
Comprehensive Interview Form Report
*Sara S. Sparrow, Domenic V. Cicchetti, and Celine A. Saulnier*

**Examinee Information**
ID: CW040720
Name: Craig Wright
Gender: Male
Birth Date: 10/23/1970
Age: 49:5

**Test Information**
Test Date: 04/06/2020
Interview Respondent Name: Ramona Watts
Relationship: Other - Spouse
Examiner Name: CELINE SAULNIER



Vineland-3 (Vineland Adaptive Behavior Scales, Third Edition)
Copyright © 2016 NCS Pearson, Inc. All rights reserved.
**Pearson, PSI** design, **PsychCorp,** and **Vineland** are trademarks in the U.S. and/or other countries of Pearson Education, Inc., or its affiliate(s).

[ 1.2 / RE1 / QG1 ]

ALWAYS LEARNING

**PEARSON**

CONFIDENTIAL

## OVERALL SUMMARY

The Vineland-3 is a standardized measure of adaptive behavior--the things that people do to function in their everyday lives. Whereas ability measures focus on what the examinee can do in a testing situation, the Vineland-3 focuses on what he or she underlines actually does in daily life. Because it is a norm-based instrument, the examinee's adaptive functioning is compared to that of others his or her age.

Craig Wright was evaluated using the Vineland-3 Comprehensive Interview Form on 04/06/2020. Ramona Watts, Craig's Spouse, was interviewed by CELINE SAULNIER, who completed the form.

Craig's overall level of adaptive functioning is described by his score on the Adaptive Behavior Composite (ABC). His ABC score is 41, which is well below the normative mean of 100 (the normative standard deviation is 15). The percentile rank for this overall score is <1.

The ABC score is based on scores for three specific adaptive behavior domains: Communication, Daily Living Skills, and Socialization. The domain scores are also expressed as standard scores with a mean of 100 and standard deviation of 15.

The Communication domain measures how well Craig listens and understands, expresses himself through speech, and reads and writes. His Communication standard score is 44. This corresponds to a percentile rank of <1. This domain is a relative strength for Craig.

The Daily Living Skills domain assesses Craig's performance of the practical, everyday tasks of living that are appropriate for his age. His standard score for Daily Living Skills is 54, which corresponds to a percentile rank of <1. This domain is a relative strength for Craig.

Craig's score for the Socialization domain reflects his functioning in social situations. His Socialization standard score is 20. The percentile rank is <1. This domain is a relative weakness for Craig.

Case 9:18-cv-80176-BB   Document 509-3   Entered on FLSD Docket 05/18/2020   Page 32 of 208

**CONFIDENTIAL**

# SCORE SUMMARY PROFILE



| | Standard Score | Conf Int 90% |
|---|---|---|
| Adaptive Behavior Composite | 41 | 38 - 44 |
| Communication | 44 | 40 - 48 |
| Daily Living Skills | 54 | 49 - 59 |
| Socialization | 20 | 16 - 24 |
| Motor Skills | - | - |

| | *v*-Scale Score |
|---|---|
| **Communication** | |
| Receptive | 6 |
| Expressive | 1 |
| Written | 16 |
| **Daily Living Skills** | |
| Personal | 8 |
| Domestic | 6 |
| Community | 12 |
| **Socialization** | |
| Interpersonal Relationships | 2 |
| Play and Leisure | 9 |
| Coping Skills | 6 |
| **Motor Skills** | |
| Gross Motor | - |
| Fine Motor | - |

*Motor Skills domain was not administered because the examinee is older than age 9.*

CONFIDENTIAL

# SCORE SUMMARY

## ABC and Domain Score Summary

| ABC | Standard Score (SS) | 90% Confidence Interval | Percentile Rank | SS Minus Mean SS* | Strength or Weakness** | Base Rate |
|---|---|---|---|---|---|---|
| Adaptive Behavior Composite | 41 | 38 - 44 | <1 | | | |
| **Domains** | | | | | | |
| Communication | 44 | 40 - 48 | <1 | 4.7 | Strength | >25% |
| Daily Living Skills | 54 | 49 - 59 | <1 | 14.7 | Strength | <=5% |
| Socialization | 20 | 16 - 24 | <1 | -19.3 | Weakness | <=2% |

*The examinee's Mean Domain Standard Score (Mean SS) = 39.3
**Significance level chosen for strength/weakness analysis is .10

## Subdomain Score Summary

| Subdomains | Raw Score | v-Scale Score ( vS) | Age Equivalent | Growth Scale Value | Percent Estimated | vS Minus Mean vS* | Strength or Weakness** | Base Rate |
|---|---|---|---|---|---|---|---|---|
| **Communication Domain** | | | | | | | | |
| Receptive | 69 | 6 | 4:0 | 128 | 0.0 | -1.3 | | |
| Expressive | 87 | 1 | 4:0 | 162 | 0.0 | -6.3 | Weakness | <=2% |
| Written | 76 | 16 | 22:0+ | 163 | 0.0 | 8.7 | Strength | <=2% |
| **Daily Living Skills Domain** | | | | | | | | |
| Personal | 101 | 8 | 10:4 | 148 | 0.0 | 0.7 | | |
| Domestic | 46 | 6 | 11:0 | 73 | 0.0 | -1.3 | Weakness | >25% |
| Community | 112 | 12 | 19:0 | 114 | 0.0 | 4.7 | Strength | <=2% |
| **Socialization Domain** | | | | | | | | |
| Interpersonal Relationships | 35 | 2 | 1:8 | 86 | 0.0 | -5.3 | Weakness | <=2% |
| Play and Leisure | 63 | 9 | 9:4 | 126 | 0.0 | 1.7 | Strength | >25% |
| Coping Skills | 43 | 6 | 4:10 | 73 | 0.0 | -1.3 | Weakness | >25% |

*The examinee's Mean Subdomain v-Scale Score (Mean vS) = 7.3
**Significance level chosen for strength/weakness analysis is .10

CONFIDENTIAL

Comprehensive Interview Form Report
Page 5

ID: CW040720
Craig Wright

# PAIRWISE DIFFERENCE COMPARISONS

## Domain Pairwise Difference Comparisons

In the table below the first domain corresponds to Standard Score 1 and the second domain corresponds to Standard Score 2.

| Comparison | Standard Score 1 | Standard Score 2 | Standard Score Difference | Significant Difference* | Base Rate |
|---|---|---|---|---|---|
| **Domains** | | | | | |
| Communication < Daily Living Skills | 44 | 54 | 10.0 | Yes | >25% |
| Communication > Socialization | 44 | 20 | 24.0 | Yes | <=5% |
| Daily Living Skills > Socialization | 54 | 20 | 34.0 | Yes | <=2% |

*Significance level chosen for pairwise difference comparisons is .10

## Subdomain Pairwise Difference Comparisons

In the table below the first subdomain corresponds to v-Scale Score 1 and the second subdomain corresponds to v-Scale Score 2.

| Comparison | v-Scale Score 1 | v-Scale Score 2 | v-Scale Score Difference | Significant Difference* | Base Rate |
|---|---|---|---|---|---|
| **Communication Domain** | | | | | |
| Receptive > Expressive | 6 | 1 | 5.0 | Yes | <=10% |
| Receptive < Written | 6 | 16 | 10.0 | Yes | <=2% |
| Expressive < Written | 1 | 16 | 15.0 | Yes | <=2% |
| **Daily Living Skills Domain** | | | | | |
| Personal > Domestic | 8 | 6 | 2.0 | No | |
| Personal < Community | 8 | 12 | 4.0 | Yes | <=15% |
| Domestic < Community | 6 | 12 | 6.0 | Yes | <=5% |
| **Socialization Domain** | | | | | |
| Interpersonal Relationships < Play and Leisure | 2 | 9 | 7.0 | Yes | <=2% |
| Interpersonal Relationships < Coping Skills | 2 | 6 | 4.0 | Yes | <=25% |
| Play and Leisure > Coping Skills | 9 | 6 | 3.0 | Yes | <=25% |

*Significance level chosen for pairwise difference comparisons is .10

CONFIDENTIAL

# MALADAPTIVE BEHAVIOR RESULTS

| Maladaptive Scale | Raw Score | *v*-Scale Score |
|---|---|---|
| Internalizing | 5 | 19 |
| Externalizing | 6 | 21 |

*v*-scale scores have a mean of 15, *SD* of 3

## Critical Items Scored 2 (Often) or 1 (Sometimes)

  5. Loses awareness of what is happening around him/her. **(Sometimes)**
13. Gets so fixated on a topic that it annoys others. **(Often)**
15. Has no response to pain. **(Sometimes)**
19. Gets fixated on a person in a way that is unwanted. **(Sometimes)**

Case 9:18-cv-80176-BB Document 509-3 Entered on FLSD Docket 05/18/2020 Page 36 of 208

# ABOUT THE VINELAND-3 SCORES

The Vineland-3 score interpretation that follows describes the results presented on the previous pages using a narrative format. This section provides a brief overview of the scores and analyses that are included in the interpretation. Please consult the Vineland-3 Manual for more detail.

The Vineland-3 Comprehensive Interview Form provides norm-referenced scores at three levels: subdomains, domains, and the overall Adaptive Behavior Composite (ABC). Adaptive behavior subdomains make up the most fine-grained score level. The primary norm-referenced scores for the subdomains are *v*-scale scores, which have a mean of 15 and standard deviation (*SD*) of 3. The *v*-scale score for each subdomain is included in the narrative interpretation below. Raw scores, age equivalents, and growth scale values, though shown in the Subdomain Score Summary on page 4, are not included in the interpretation; please consult the Manual for information about these scores.

For the adaptive behavior domains and the overall ABC, three kinds of results are provided on page 4 and included in the interpretation below. *Standard scores* have a mean of 100 and *SD* of 15. *Confidence intervals* reflect the effects of measurement error and provide, for each standard score, a range within which Craig's true standard score falls with a certain probability or confidence. **The confidence level chosen for this report is the 90% confidence interval.** A *percentile rank* is the percentage of individuals in Craig's normative age group who scored the same or lower than Craig. For example, a percentile rank of 41 indicates that the examinee scored higher than (or the same as) 41% of the age-matched norm sample.

## Strength/Weakness and Pairwise Difference Comparisons

The norm-referenced scores included in the narrative interpretation describe how Craig's adaptive functioning compares to that of others in his age group. Two other components of the interpretation address the extent to which Craig's functioning may be relatively better in some adaptive behavior areas than in others, regardless of his overall level. These analyses--strength/weakness analysis and pairwise difference comparisons--help identify ways in which the score variation *within Craig's score profile* is statistically meaningful, and therefore more likely to be important in interpreting and using his Vineland-3 results.

Strength/weakness analysis involves comparing each score (standard scores at the domain level, *v*-scale scores at the subdomain level) to the mean of all scores (these results are included in the tables on page 4). Scores that are greater than the mean by a statistically significant amount indicate strengths, and scores that are less than the mean by a statistically significant amount indicate weaknesses.

Pairwise difference comparisons provide information that complements the findings from strength/weakness analysis. At the domain level, each standard score is compared with every other standard score. At the subdomain level, selected pairs of subdomain *v*-scale scores are compared, as shown in the table on page 5. Each pairwise score difference is evaluated for statistical significance.

**The significance level chosen for strength/weakness analysis and pairwise difference comparisons in this report is .10.** Though not included in the interpretation below, each statistically significant strength, weakness, or pairwise score difference is associated with a base rate in the tables on pages 4 and 5. The base rate is the frequency of occurrence in the norm sample of a score difference of that size or greater.

Case 9:18-cv-80176-BB Document 509-3 Entered on FLSD Docket 05/18/2020 Page 37 of 208

## Qualitative Descriptors

Sometimes test scores are grouped into bands, with qualitative descriptors assigned to the score bands. Although qualitative descriptors can help in communicating test results to individuals who are unfamiliar with quantitative test scores, they have serious limitations (e.g., semi-arbitrary cutoffs that do not account for measurement error), as described in the Manual. Because of these limitations, qualitative descriptors are not included in the presentation of results on the previous pages. They are also not included in the narrative description of results below. However, for situations where they might serve a purpose, the following qualitative descriptors may be used:

| Adaptive Level | Subdomain *v*-Scale Scores | Domain and ABC Standard Scores |
|---|---|---|
| High | 21 to 24 | 130 to 140 |
| Moderately High | 18 to 20 | 115 to 129 |
| Adequate | 13 to 17 | 86 to 114 |
| Moderately Low | 10 to 12 | 71 to 85 |
| Low | 1 to 9 | 20 to 70 |

**CONFIDENTIAL**

# VINELAND-3 SCORE INTERPRETATION

## Estimated Responses
The number of estimated responses is low enough so as not to affect the interpretation.

## Adaptive Behavior
The Adaptive Behavior Composite (ABC) provides an overall summary measure of Craig's adaptive functioning. His ABC standard score is 41, with a 90% confidence interval of 38 to 44. His percentile rank of <1 means that his score was greater than or equal to <1% of individuals in Craig's age group in the Comprehensive Interview Form normative sample.

### Communication Domain
The Communication domain measures how well Craig exchanges information with others. His Communication standard score is 44, with a 90% confidence interval of 40 to 48. This corresponds to a percentile rank of <1.

Craig's Communication domain standard score is based on his scores on three subdomains: Receptive, Expressive, and Written. The Receptive subdomain assesses attending, understanding, and responding appropriately to information from others. Craig's Expressive score reflects his use of words and sentences to express himself verbally. The Written subdomain score conveys an individual's use of reading and writing skills.

Craig's *v*-scale scores are 6 for Receptive, 1 for Expressive, and 16 for Written. Pairwise difference comparisons among these scores show that the Receptive score is significantly higher than the Expressive score, the Receptive score is significantly lower than the Written score, and the Expressive score is significantly lower than the Written score.

### Daily Living Skills Domain
The Daily Living Skills domain assesses Craig's performance of the practical, everyday tasks of living that are appropriate for his age. His standard score for Daily Living Skills is 54, with a 90% confidence interval of 49 to 59 and a percentile rank of <1.

Craig's Daily Living Skills domain standard score is derived from his scores on three subdomains: Personal, Domestic, Community. His Personal subdomain score expresses his level of self-sufficiency in such areas as eating, dressing, washing, hygiene, and health care. His Domestic score reflects the extent to which Craig performs household tasks such as cleaning up after himself, chores, and food preparation. The Community subdomain measures an individual's functioning in the world outside the home, including safety, using money, travel, and rights and responsibilities.

Craig received *v*-scale scores of 8 for Personal, 6 for Domestic, and 12 for Community. Pairwise difference comparisons among these scores show that the Personal score is significantly lower than the Community score and that the Domestic score is significantly lower than the Community score.

### Socialization Domain
Craig's score for the Socialization domain reflects his functioning in social situations. His Socialization standard score is 20, with a 90% confidence interval of 16 to 24. The percentile rank is <1.

Craig's Socialization domain standard score is based on his scores on three subdomains: Interpersonal Relationships, Play and Leisure, and Coping Skills. Interpersonal Relationships assesses how an individual responds and relates to others, including friendships, caring, social appropriateness, and conversation. Craig's Play and Leisure score reflects how he engages in play and fun activities with others. His Coping Skills score conveys how well he demonstrates behavioral and emotional control in different situations involving others.

Craig's *v*-scale scores are 2 for Interpersonal Relationships, 9 for Play and Leisure, and 6 for Coping Skills. Pairwise difference comparisons among these scores show that the Interpersonal Relationships score is significantly lower than the Play and Leisure score, the Interpersonal Relationships score is significantly lower

**CONFIDENTIAL**

than the Coping Skills score, and the Play and Leisure score is significantly higher than the Coping Skills score.

## Domain-Level Strengths/Weaknesses and Pairwise Difference Comparisons

Craig's three domain standard scores were compared to his mean domain standard score of 39.3 to determine possible areas of strength and weakness. The results show that Communication and Daily Living Skills are relative strengths for Craig, and that Socialization is a relative weakness.

In addition, pairwise difference comparisons were performed between all pairs of domain standard scores. The findings are that the Communication score is significantly lower than the Daily Living Skills score, the Communication score is significantly higher than the Socialization score, and the Daily Living Skills score is significantly higher than the Socialization score.

## Subdomain-Level Strengths/Weaknesses and Additional Pairwise Difference Comparisons

A subdomain level strength/weaknesses analysis was performed by comparing Craig's 9 subdomain *v*-scale scores to his mean subdomain score of 7.3. The results show the Written, Community, and Play and Leisure subdomains to be relative strengths, whereas the Expressive, Domestic, Interpersonal Relationships, and Coping Skills subdomains are relative weaknesses.

The results of pairwise difference comparisons among the subdomains within each domain are described above. The user also has the option to select comparisons between subdomains from *different* domains. No across-domain comparisons were selected for this report.

## Maladaptive Behavior

The Maladaptive Behavior domain provides a brief assessment of problem behaviors. The additional information it provides can prove helpful in diagnosis or intervention planning. It may also be used as a screener to determine if a more in-depth assessment of problematic behavior is warranted.

The domain includes brief scales measuring Internalizing (i.e., emotional) and Externalizing (i.e., acting-out) problems. These scales are reported using *v*-scale scores, which are scaled to a mean of 15 and standard deviation of 3. Higher Internalizing and Externalizing *v*-scale scores indicate more problem behavior. If qualitative descriptors are desired, scores of 1 to 17 may be considered Average, 18 to 20 Elevated, and 21 to 24 Clinically Significant.

Craig received *v*-scale scores of 19 for Internalizing and 21 for Externalizing.

The Maladaptive Behavior domain also includes a set of Critical Items covering more severe maladaptive behaviors. Because the Critical Items do not form a unified construct, they are not scored as a scale, but instead are reported at the item level. The Critical Items for which Craig received a score of 2 (Often) or 1 (Sometimes) are listed earlier in this report.

Case 9:18-cv-80176-BB Document 509-3 Entered on FLSD Docket 05/18/2020 Page 40 of 208

# INTERVENTION GUIDANCE

The information that follows can be used to identify adaptive behavior areas where Craig might benefit most from intervention. It's important to note that choosing areas for intervention should be based on all available information concerning the individual's functioning, not just Vineland-3 results.

Because each Vineland-3 item describes a specific adaptive behavior, this guidance is provided at the item level, with items grouped into subdomains. The subdomain for which Craig received his lowest *v*-scale score is listed first--this is likely one of the general areas most in need of attention. The next-lowest subdomain is presented second, etc. For each subdomain, the items/behaviors that are being performed by most individuals of Craig's age in the Vineland-3 norm sample (as indicated by their receiving a score of 2=Usually on the item) are listed.

Within each subdomain, all items are ordered according to increasing developmental sequence, from easiest to most difficult to master. *The lowest-numbered items with scores of 1 (sometimes performed independently) or 0 (never or almost never performed independently) indicate the lowest-level behaviors that Craig has not fully mastered; these items may identify the best targets for intervention.* All items with scores of 1 or 0 are shaded in the tables that follow.

Each item is also assigned to a Content Area. A group of items with scores of 1 or 0 that share the same Content Area may suggest a general area for intervention.

Prior to each subdomain's item listing, Craig's raw score and the normative median raw score are provided. The difference between the two shows how many raw score points Craig would need to add to reach the "average" for his age.

## Expressive Subdomain (*v*-scale score of 1)

Craig's raw score is 87. The median raw score for age 49:5 in the norm sample is 97.8.Therefore, Craig is approximately 10.8 raw score points below the "average" for his age.

Expressive Subdomain Content Areas
A = Prelanguage
B = Beginning Vocabulary
C = Grammar
D = Identifying Self
E = Expressing Self

| Expressive Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Makes sounds of pleasure | A | 2* |
| 2. Cries or fusses when uncomfortable | A | 2* |
| 3. Vocalizes or gestures to get attention | A | 2* |
| 4. Makes at least three one-syllable speech sounds | A | 2* |
| 5. Babbles in strings of sounds | A | 2* |
| 6. Vocalizes or gestures to continue or stop an activity | A | 2* |
| 7. Says Dada, Mama, or other parent/caregiver name | B | 2* |
| 8. Uses at least three basic gestures | E | 2* |
| 9. Repeats or tries to repeat common words | B | 2* |
| 10. Says "no" | B | 2* |
| 11. Names at least three objects | B | 2* |

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 12

ID: CW040720
Craig Wright

| Expressive Subdomain Items | Content Area | Item Score |
|---|---|---|
| 12. Says one-word requests | B | 2* |
| 13. Names at least 10 objects | B | 2* |
| 14. Says "yes" | B | 2* |
| 15. Names at least three actions | B | 2* |
| 16. Calls siblings, peers, etc. by their name or nickname | B | 2* |
| 17. Says at least 50 words | B | 2* |
| 18. Uses phrases with a noun and a verb | C | 2* |
| 19. Says his own first name or nickname | D | 2* |
| 20. Uses pronouns to refer to self | C | 2* |
| 21. Uses simple adjectives to describe things | C | 2* |
| 22. Says what he is doing using simple sentences | E | 2* |
| 23. Uses at least three more advanced gestures | E | 2* |
| 24. Uses negatives in sentences | C | 2* |
| 25. Says his age when asked | D | 2* |
| 26. Uses possessives in phrases or sentences | C | 2* |
| 27. Uses the word "and" in phrases or sentences | C | 2* |
| 28. Asks questions using the word "who" | B | 2* |
| 29. Uses plural nouns | C | 2* |
| 30. Uses pronouns to refer to others | C | 2* |
| 31. Uses the words "in," "on," and "under" | C | 2* |
| 32. Asks questions using the word "why" | B | 2* |
| 33. Says both his first and last name when asked | D | 2* |
| 34. Uses pronouns correctly | C | 2* |
| 35. Asks questions using the word "when" | B | 2* |
| 36. Uses the word "because" in phrases or sentences | C | 2 |
| 37. Says age at his next birthday when asked | D | 2 |
| 38. Uses past tense verbs | C | 2 |
| 39. Tells the basic parts of a familiar story or plot | E | 2 |
| 40. Uses "behind," "in front of," and "between" | C | 2 |
| 41. Gives simple directions involving one or two steps | E | 0 |
| 42. Uses compound sentences joined by "and" or "but" | C | 2 |
| 43. Uses own knowledge or opinions to comment | E | 1 |
| 44. Tells about everyday experiences in detail | E | 0 |
| 45. Tells about one-time experiences in detail | E | 0 |
| 46. Says both the month and day of his birthday | D | 2 |
| 47. Clarifies by restating differently when needed | E | 0 |
| 48. Says his complete home address correctly | D | 2 |
| 49. Gives complex directions with three or more steps | E | 0 |

*This item was not administered during the interview, but was assigned a score of 2 based on the Interview Form's basal rule.

Case 9:18-cv-80176-BB   Document 509-3   Entered on FLSD Docket 05/18/2020   Page 42 of 208

**CONFIDENTIAL**

## Interpersonal Relationships Subdomain (*v*-scale score of 2)

Craig's raw score is 35. The median raw score for age 49:5 in the norm sample is 85.0.Therefore, Craig is approximately 50.0 raw score points below the "average" for his age.

Interpersonal Relationships Subdomain Content Areas
A = Beginning Social Behavior
B = Emotional Development
C = Friendships
D = Demonstrating Caring
E = Interpersonal Appropriateness
F = Conversational Skills

| Interpersonal Relationships Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Looks at the face of parent/caregiver | A | 2 |
| 2. Smiles in response to a smile or friendly voice | B | 2 |
| 3. Recognizes family members or familiar others | A | 2 |
| 4. Smiles/vocalizes when someone familiar approaches | B | 2 |
| 5. Shows at least three different emotions | B | 0 |
| 6. Tries to interact with others | A | 2 |
| 7. Reaches back when a familiar person holds out arms | A | 2 |
| 8. Shows affection to familiar people | D | 1 |
| 9. Shows interest in children his age | C | 1 |
| 10. Checks to make sure parent/familiar other is nearby | A | 2 |
| 11. Recognizes himself in a mirror or photo | - | 2 |
| 12. Smiles in response to praise or compliments | B | 1 |
| 13. Imitates parent/caregiver's facial expressions | A | 0 |
| 14. Recognizes emotions in others | B | 0 |
| 15. Imitates another's actions as they are being done | A | 2 |
| 16. Shows happiness, sympathy, or concern for others | D | 1 |
| 17. Tries to make friends with others his age | C | 0 |
| 18. Says how family members are related to him | A | 2 |
| 19. Uses words to express his emotions | B | 0 |
| 20. Maintains culturally appropriate eye contact | E | 1 |
| 21. When adults make small talk, answers politely | E | 1 |
| 22. Imitates another's actions several hours later | A | 2 |
| 23. Modulates his speech to fit the conversation | E | 1 |
| 24. Does things to try to please others | D | 1 |
| 25. Has a best friend or a few good friends | C | 0 |
| 26. Maintains an acceptable personal space | E | 2 |
| 27. Treats his friends well | C | 1 |
| 28. Talks with others about shared interests | F | 1 |
| 29. Maintains friendships over time | C | 1 |
| 30. Knows that others may have different likes/dislikes | - | 0 |

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 14

ID: CW040720
Craig Wright

| Interpersonal Relationships Subdomain Items | Content Area | Item Score |
|---|---|---|
| 31. Starts small talk when meeting familiar people | F | 0 |
| 32. Chooses friends with good qualities | C | 0 |
| 33. Moves easily between topics in conversation | F | 0 |
| 34. Talks with others without interrupting or being rude | F | 0 |
| 35. Tells others what he is thinking and feeling | F | 0 |
| 36. Stays on topic in conversations when needed | F | 1 |
| 37. Congratulates others when good things happen | D | 0 |
| 38. Gives cards/gifts on family members' birthdays, etc. | D | 1 |
| 39. Will do nonpreferred activities suggested by friends | C | 0 |
| 40. Starts conversations about things that interest others | F | 0 |
| 41. Participates in conversations on nonpreferred topics | F | 0 |
| 42. Responds to hints or indirect cues in conversation | F | 0 |
| 43. Provides additional explanation when others need it | F | 0 |

## Receptive Subdomain (*v*-scale score of 6)

Craig's raw score is 69. The median raw score for age 49:5 in the norm sample is 77.6. Therefore, Craig is approximately 8.6 raw score points below the "average" for his age.

Receptive Subdomain Content Areas
A = Understanding Nonverbal Communication
B = Understanding Words
C = Identifying Things
D = Following Instructions
E = Entertaining and Informational Material

| Receptive Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Responds to parent/caregiver's voice by looking | - | 2* |
| 2. Looks when parent/caregiver gestures for attention | A | 2* |
| 3. Responds upon hearing his name called | B | 2* |
| 4. Follows parent/caregiver/teacher's gaze or pointing | A | 2* |
| 5. Understands at least 10 words | B | 2* |
| 6. Understands at least three basic gestures | A | 2* |
| 7. Understands the word "no" | B | 2* |
| 8. Understands at least three facial expressions | A | 2* |
| 9. Understands the word "yes" | B | 2* |
| 10. Follows instructions requiring only one action | D | 2 |
| 11. Identifies at least three actual objects | C | 2* |
| 12. Understands at least 50 words | B | 2* |
| 13. Responds to the tone of spoken words | - | 0 |
| 14. Identifies at least three body parts on self | C | 2* |
| 15. Follows instructions with one action and one object | D | 2 |

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 15

ID: CW040720
Craig Wright

| Receptive Subdomain Items | Content Area | Item Score |
|---|---|---|
| 16. Understands at least three more advanced gestures | A | 2* |
| 17. Identifies at least three pictured objects | C | 2* |
| 18. Identifies at least three pictured body parts | C | 2* |
| 19. Responds to questions that use the word "what" | B | 2 |
| 20. Responds to questions that use the word "who" | B | 2 |
| 21. Identifies at least three pictured actions | C | 2* |
| 22. Responds to questions that use the word "where" | B | 2 |
| 23. Follows instructions with two related actions | D | 1 |
| 24. Follows instructions with one action and two objects | D | 2 |
| 25. Follows "if-then" instructions | D | 2 |
| 26. Pays attention to a story for at least 15 minutes | E | 2 |
| 27. Responds to questions that use the word "why" | B | 2 |
| 28. Follows instructions with two unrelated actions | D | 1 |
| 29. Responds to questions that use the word "when" | B | 2 |
| 30. Pays attention to a show for at least 30 minutes | E | 2 |
| 31. Identifies left and right on his own body | D | 2 |
| 32. Follows instructions requiring three actions | D | 0 |
| 33. Pays attention to a show for at least 60 minutes | E | 2 |
| 34. Understands sarcasm | - | 0 |
| 35. Pays attention to a 15-minute informational talk | E | 2 |
| 36. Follows instructions involving right and left | D | 2 |
| 37. Remembers to do something up to an hour later | D | 0 |
| 38. Remembers to do something several hours later | D | 0 |
| 39. Pays attention to a 30-minute informational talk | E | 2 |

*This item was not administered during the interview, but was assigned a score of 2 based on the Interview Form's basal rule.

## Domestic Subdomain (*v*-scale score of 6)

Craig's raw score is 46. The median raw score for age 49:5 in the norm sample is 59.7.Therefore, Craig is approximately 13.7 raw score points below the "average" for his age.

Domestic Subdomain Content Areas
A = Safety at Home
B = Cleaning/Picking Up After Self
C = Preparing Food
D = Household Chores

| Domestic Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Is careful around hot objects | A | 2* |
| 2. Is careful when using sharp objects | A | 2* |
| 3. Wipes up his own spills | B | 2* |

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 16

ID: CW040720
Craig Wright

| Domestic Subdomain Items | Content Area | Item Score |
|---|---|---|
| 4. Puts dirty clothes in the proper place to be washed | B | 2* |
| 5. Takes off or wipes dirty shoes before going inside | B | 2* |
| 6. Puts away his books, toys, etc. when done | B | 2* |
| 7. Washes his hands before preparing food | C | 2 |
| 8. Fully clears his dishes, etc. after eating | B | 2* |
| 9. Does at least two simple household chores | D | 1 |
| 10. Prepares a simple snack or meal | C | 2 |
| 11. Knows what to do in dangerous situations | A | 2 |
| 12. Puts his wet towel in the proper place after using | B | 2* |
| 13. Puts his clean clothes away where they belong | B | 2* |
| 14. Uses at least two simple kitchen appliances | C | 2 |
| 15. Washes fruits/vegetables before eating or cooking | C | 2 |
| 16. Secures the home against intruders when at home | A | 2 |
| 17. Uses at least three kitchen utensils to prepare food | C | 2 |
| 18. Uses household appliances/equipment carefully | A | 2 |
| 19. Prepares and eats leftovers | C | 2 |
| 20. Uses household products correctly | D | 1 |
| 21. Puts clean dishes away | D | 0 |
| 22. Secures the home against intruders when leaving | A | 2 |
| 23. Washes dishes by hand or using the dishwasher | D | 0 |
| 24. Cleans floors thoroughly | D | 1 |
| 25. Puts leftover food away | D | 0 |
| 26. Uses the stove or oven for cooking or baking | C | 2 |
| 27. Recognizes and does simple maintenance tasks | D | 0 |
| 28. Cleans a bathroom | D | 0 |
| 29. Does laundry | D | 0 |
| 30. Prepares a full meal with three or more food items | C | 2 |

*This item was not administered during the interview, but was assigned a score of 2 based on the Interview Form's basal rule.

## Coping Skills Subdomain (*v*-scale score of 6)

Craig's raw score is 43. The median raw score for age 49:5 in the norm sample is 65.5. Therefore, Craig is approximately 22.5 raw score points below the "average" for his age.

Coping Skills Subdomain Content Areas
A = Controlling Emotions
B = Being Considerate
C = Adapting to the Situation
D = Managing Social Risks

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 17

ID: CW040720
Craig Wright

| Coping Skills Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Seeks comfort from a loved one when hurt or upset | A | 2 |
| 2. Seeks parent/caregiver when a stranger approaches | A | 2 |
| 3. Separates easily from parent/caregiver | A | 2 |
| 4. Transitions easily from one activity to another | A | 2 |
| 5. Responds politely when given something | B | 2 |
| 6. Is polite when asking for something | B | 2 |
| 7. Handles changes in routine without getting too upset | A | 2 |
| 8. Recovers quickly from a minor disappointment | A | 0 |
| 9. Uses words or gestures to express distress | A | 1 |
| 10. Apologizes for small, unintentional mistakes | B | 1 |
| 11. Acts appropriately when introduced to new people | B | 1 |
| 12. Asks for help when needed to do something | - | 2 |
| 13. Acts differently with people depending on familiarity | C | 2 |
| 14. Accepts helpful suggestions/solutions from others | A | 0 |
| 15. Apologizes with sincerity after hurting feelings | B | 1 |
| 16. Copies others' behavior when in a new situation | C | 0 |
| 17. Will compromise in order to get along with peers | B | 0 |
| 18. Controls anger when unexpected events disrupt plans | A | 0 |
| 19. Follows time limits imposed by parent/caregiver | B | 2 |
| 20. Realizes that people may hurt others unintentionally | A | 2 |
| 21. Adjusts behavior to avoid disrupting others nearby | C | 2 |
| 22. Controls anger when not getting his way | A | 0 |
| 23. Keeps his promises | B | 2 |
| 24. Controls anger when given constructive criticism | A | 2 |
| 25. Realizes that friendly acting people may intend harm | D | 1 |
| 26. Respects others' time | B | 2 |
| 27. Avoids or leaves harmful situations when possible | D | 1 |
| 28. Avoids being manipulated or taken advantage of | D | 0 |
| 29. Thinks through consequences before acting | - | 0 |
| 30. Obeys curfews, i.e., comes home when told to | B | 2 |
| 31. Is aware of and uses caution in risky social situations | D | 1 |
| 32. Informs parent/caregiver of plans when going out | B | 2 |
| 33. Recognizes that advertising messages may mislead | D | 2 |

## Personal Subdomain (*v*-scale score of 8)

Craig's raw score is 101. The median raw score for age 49:5 in the norm sample is 109.8.Therefore, Craig is approximately 8.8 raw score points below the "average" for his age.

Personal Subdomain Content Areas
A = Eating and Drinking

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 18

ID: CW040720
Craig Wright

B = Dressing and Undressing
C = Using the Toilet
D = Washing and Bathing
E = Hygiene
F = Health

| Personal Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Opens his mouth when food is offered | A | 2* |
| 2. Drinks from a bottle or spill-proof drinking cup | A | 2* |
| 3. Sucks or chews on finger foods | A | 2* |
| 4. Eats solid foods | A | 2* |
| 5. Cooperates in undressing and dressing | B | 2* |
| 6. Cooperates in washing of his hands and face | D | 2* |
| 7. Feeds himself with a spoon; may spill | A | 2* |
| 8. Takes off his shoes and socks | B | 2* |
| 9. Drinks from a regular cup or glass; may spill | A | 2* |
| 10. Feeds himself with a fork; may spill | A | 2* |
| 11. Takes off clothing that opens in the front | B | 2* |
| 12. Lets someone know when he/she needs changing | C | 2* |
| 13. Pulls up clothing with elastic waistbands | B | 2* |
| 14. Drinks from a regular cup or glass without spilling | A | 2* |
| 15. Urinates in a toilet or potty chair | C | 2* |
| 16. Washes and dries his hands | D | 2* |
| 17. Feeds himself with a spoon without spilling | A | 2* |
| 18. Takes off pullover garments | B | 2* |
| 19. Puts on shoes; may be on the wrong feet and untied | B | 2* |
| 20. Puts on clothing that opens in the front | B | 2* |
| 21. Defecates in a toilet or potty chair | C | 2* |
| 22. Is toilet-trained during the day | C | 2* |
| 23. Puts on pullover garments | B | 2* |
| 24. Wipes/blows his nose using tissue, napkin, etc. | E | 2* |
| 25. Washes and dries his face | D | 2* |
| 26. Wipes/cleans face and hands as needed when eating | D | 2* |
| 27. Puts clothing on right side forward/correct side out | B | 2* |
| 28. Is toilet-trained during the night | C | 2* |
| 29. Covers mouth and nose when coughing or sneezing | E | 2* |
| 30. Uses the toilet when needed without help | C | 2* |
| 31. Fastens snaps | B | 2* |
| 32. Brushes his teeth | E | 2* |
| 33. Buttons large buttons in the correct buttonholes | B | 2* |
| 34. Changes clothing that has become dirty/wet/smelly | E | 2* |
| 35. Connects and zips zippers | B | 2* |
| 36. Bathes or showers and dries himself | D | 2 |

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 19

ID: CW040720
Craig Wright

| Personal Subdomain Items | Content Area | Item Score |
|---|---|---|
| 37. Puts shoes on the correct feet and ties or fastens | B | 2* |
| 38. Spreads food with a table knife | A | 2 |
| 39. Buttons small buttons in the correct buttonholes | B | 2* |
| 40. Shows awareness of healthy and unhealthy foods | F | 1 |
| 41. Finds and uses a restroom when away from home | C | 2 |
| 42. Turns faucets on and adjusts the water temperature | D | 2 |
| 43. Selects appropriate clothing for wet/cold weather | B | 2 |
| 44. Cuts easy-to-cut food with a table knife | A | 2 |
| 45. Shows awareness that exercise is good for people | F | 2 |
| 46. Washes and rinses his hair | D | 2 |
| 47. Chooses to exercise for health and/or enjoyment | F | 2 |
| 48. Uses the toilet before going out when needed | C | 2 |
| 49. Makes healthy eating choices | F | 1 |
| 50. Cuts harder-to-cut food with a sharp knife | A | 2 |
| 51. Plans for changes in weather before going out | B | 0 |
| 52. Takes his own temperature when needed | F | 0 |
| 53. Takes medicine as directed on his own | F | 2 |
| 54. Goes to the doctor when needed | F | 0 |
| 55. Monitors medications and replaces as needed | F | 0 |

*This item was not administered during the interview, but was assigned a score of 2 based on the Interview Form's basal rule.

## Play and Leisure Subdomain (*v*-scale score of 9)

Craig's raw score is 63. The median raw score for age 49:5 in the norm sample is 71.7.Therefore, Craig is approximately 8.7 raw score points below the "average" for his age.

Play and Leisure Subdomain Content Areas
A = Learning to Play
B = Responding to Social Cues
C = Playing Games and Sports
D = Socializing with Peers

| Play and Leisure Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Responds when parent/caregiver is playful | A | 2* |
| 2. Shows interest in his surroundings | A | 2* |
| 3. Plays "baby" games like peek-a-boo, patty-cake | A | 2* |
| 4. Plays near another child, each doing different things | A | 2* |
| 5. Copies the play of a child playing nearby | A | 2* |
| 6. Plays with peer(s) for 5 minutes under supervision | A | 2* |
| 7. Chooses to join other children who are playing | A | 2* |
| 8. Uses household objects for make-believe play | A | 2* |

**CONFIDENTIAL**

| Play and Leisure Subdomain Items | Content Area | Item Score |
|---|---|---|
| 9. Shares toys/possessions when told to do so | A | 2* |
| 10. Joins in with a group that is verbally welcoming | B | 1 |
| 11. Plays with peer(s) for 30 minutes under supervision | A | 2* |
| 12. Moves away from aggressive children nearby | A | 2* |
| 13. Plays simple make-believe with other children | A | 2* |
| 14. Plays with others at outdoor games with no score | C | 0 |
| 15. Asks others to play or spend time together | A | 2* |
| 16. Plays with other children with minimal supervision | A | 2* |
| 17. Takes turns in games or sports when asked | C | 2 |
| 18. Plays elaborate make-believe with other children | A | 2* |
| 19. Shares toys/possessions without having to be told | A | 2* |
| 20. Joins in with a group that is nonverbally welcoming | B | 0 |
| 21. Takes turns in games or sports without being asked | C | 2 |
| 22. Plays with others at simple games with scorekeeping | C | 2 |
| 23. Follows rules in games or sports without being told | C | 2 |
| 24. Plays simple card or board games based on chance | C | 2 |
| 25. Stays out of a group that is verbally nonwelcoming | B | 2 |
| 26. Asks permission before taking/using another's things | A | 2 |
| 27. Shows good sportsmanship in games or sports | C | 1 |
| 28. Gets together with peers at someone's home | D | 1 |
| 29. Stays out of a group that is nonverbally nonwelcoming | B | 0 |
| 30. Goes places with peers day or night with supervision | D | 2 |
| 31. Plays board/card/electronic games requiring skill | C | 2 |
| 32. Plans ahead on his own to do things with peers | D | 0 |
| 33. Gets schedule information for movies, events, etc. | D | 2 |
| 34. Goes places with peers daytime without supervision | D | 1 |
| 35. Plans fun activities with many things to be arranged | D | 1 |
| 36. Goes places with peers at night without supervision | D | 1 |

*This item was not administered during the interview, but was assigned a score of 2 based on the Interview Form's basal rule.

## Community Subdomain (*v*-scale score of 12)

Craig's raw score is 112. The median raw score for age 49:5 in the norm sample is 115.5.Therefore, Craig is approximately 3.5 raw score points below the "average" for his age.

<u>Community Subdomain Content Areas</u>
A = Using Money
B = Using Time, Days, and Dates
C = Safety Outside the Home
D = Using Telephone/Technology
E = Understanding Rights

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 21

ID: CW040720
Craig Wright

F = Achieving Goals
G = Traveling
H = Earning Money

| Community Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Talks with a familiar person using a phone, etc. | D | 2* |
| 2. Understands that money is used to buy things | A | 2* |
| 3. Counts at least 10 objects, one by one | A | 2* |
| 4. Stays near parent/caregiver when in public places | C | 2* |
| 5. Understands and follows car passenger safety rules | C | 2* |
| 6. Understands that a clock is used to tell time | B | 2* |
| 7. Operates at least two tech devices for entertainment | D | 2* |
| 8. Uses good manners when eating in public | - | 2* |
| 9. Says all seven days of the week in order | B | 2* |
| 10. Looks both ways when crossing streets/roads | C | 2* |
| 11. Respects the right to privacy for self and others | E | 2* |
| 12. Names a penny, nickel, dime, and quarter | A | 2* |
| 13. Says the current day of the week | B | 2* |
| 14. Understands that some items cost more than others | A | 2* |
| 15. Knows how to make an emergency call | D | 2* |
| 16. Obeys lights and signs when crossing streets/roads | C | 2* |
| 17. Tells time using a digital clock or watch | B | 2* |
| 18. Understands and follows community rules and laws | - | 2* |
| 19. Makes calls to others using a phone, computer, etc. | D | 2* |
| 20. Knows the difference between different bills | A | 2* |
| 21. Understands signs/symbols used to indicate danger | C | 2* |
| 22. Identifies a specific date on a calendar | B | 2* |
| 23. Says the value of a penny, nickel, dime, and quarter | A | 2* |
| 24. Chooses to avoid dangerous/risky activities | C | 2* |
| 25. Makes small purchases at a store | A | 2* |
| 26. Combines coins to equal a specific amount | A | 2* |
| 27. Acts safely when working and/or having fun | C | 2* |
| 28. Uses TV/radio/Internet to get current information | D | 2* |
| 29. Uses a clock to keep track of when to do something | B | 2* |
| 30. Sets a short-term goal and achieves it | F | 2* |
| 31. Finds a needed phone number | D | 2* |
| 32. Keeps personal belongings secure when out | C | 2* |
| 33. Gets up on time when needed | B | 2* |
| 34. Carries or stores money/payment cards securely | A | 2* |
| 35. Uses technology for at least two kinds of tasks | D | 2* |
| 36. Understands the right to vote | E | 2* |
| 37. Uses at least two social interaction technologies | D | 2* |

CONFIDENTIAL

| Community Subdomain Items | Content Area | Item Score |
|---|---|---|
| 38. Checks change from purchases for correctness | A | 2* |
| 39. Considers quality and price in buying decisions | A | 2* |
| 40. Understands the right to start and stop services | E | 2* |
| 41. Understands the right to report legitimate problems | E | 2* |
| 42. Notifies someone when he will be late/absent | B | 2* |
| 43. Sets a goal requiring six months and achieves it | F | 2* |
| 44. Travels a mile or more to a familiar destination | G | 2* |
| 45. Has worked to earn money outside the home | H | 2 |
| 46. At a restaurant, chooses, orders, and pays for meal | - | 2* |
| 47. Understands his right to see personal records | E | 2* |
| 48. Travels a mile or more to an unfamiliar destination | G | 2* |
| 49. Sets a goal requiring two years and achieves it | F | 2* |
| 50. Uses a map to figure out how to reach a destination | G | 2* |
| 51. Buys groceries/household supplies when needed | A | 2* |
| 52. Manages his daily expenses responsibly | A | 2 |
| 53. Uses a bank account responsibly | A | 2 |
| 54. Has held a job for at least one month | H | 2 |
| 55. Uses a credit/debit card in his name responsibly | A | 2 |
| 56. Manages his monthly expenses responsibly | A | 0 |
| 57. Pays his bills on time | A | 0 |
| 58. Has held the same job for at least one year | H | 2 |

*This item was not administered during the interview, but was assigned a score of 2 based on the Interview Form's basal rule.

## Written Subdomain (*v*-scale score of 16)

Craig's raw score is 76. The median raw score for age 49:5 in the norm sample is 75.0. Therefore, Craig is approximately 1.0 raw score points above the "average" for his age.

Written Subdomain Content Areas
A = Prereading
B = Developing Reading Skills
C = Developing Writing Skills
D = Applying Reading and Writing Skills

| Written Subdomain Items | Content Area | Item Score |
|---|---|---|
| 1. Holds a book and turns pages correctly for reading | A | 2* |
| 2. Recognizes one or more simple signs/icons/symbols | A | 2* |
| 3. Identifies one or more alphabet letters | A | 2* |
| 4. Recognizes his own name in printed form | A | 2* |
| 5. Identifies at least 10 alphabet letters | A | 2* |
| 6. Understands how his language is written | A | 2* |

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 23

ID: CW040720
Craig Wright

| Written Subdomain Items | Content Area | Item Score |
|---|---|---|
| 7. Writes in the correct direction for his language | C | 2* |
| 8. Copies his own first name correctly | C | 2* |
| 9. Copies simple words from an example correctly | C | 2* |
| 10. Identifies all alphabet letters, upper- and lowercase | A | 2* |
| 11. Writes alphabet letters using correct orientation | C | 2* |
| 12. Reads at least 10 words | B | 2* |
| 13. Writes both his first and last name from memory | C | 2* |
| 14. Reads sentences of three or more words out loud | B | 2* |
| 15. Copies phrases of four or more words correctly | C | 2* |
| 16. Writes at least 10 simple words from memory | C | 2* |
| 17. Reads simple stories out loud | B | 2* |
| 18. Writes simple sentences of three or more words | C | 2* |
| 19. Writes at least 20 words from memory | C | 2* |
| 20. Reads at a second-grade level or higher | B | 2 |
| 21. Writes simple correspondence of three sentences | D | 2* |
| 22. Finds or sorts things in alphabetical order | D | 2* |
| 23. Accurately interprets simple tables/graphs/charts | D | 2* |
| 24. Writes short reports/summaries of three sentences | C | 2 |
| 25. Accurately interprets visual instructions | D | 2* |
| 26. Uses a table of contents or index | D | 2* |
| 27. Reads at a fourth-grade level or higher | B | 2 |
| 28. Writes personal items of at least 10 sentences | D | 2* |
| 29. Uses the Internet or a library to find information | D | 2* |
| 30. Writes reports/papers/essays of at least one page | C | 2 |
| 31. Writes or draws instructions for others | D | 2* |
| 32. Edits or corrects written work before handing it in | C | 1 |
| 33. Completes one-page paper or electronic forms | D | 2 |
| 34. Reads at a sixth-grade level or higher | B | 2 |
| 35. Writes reports/compositions of at least three pages | C | 2 |
| 36. Reads at a ninth-grade level or higher | B | 2 |
| 37. Completes two-page paper or electronic forms | D | 2 |
| 38. Writes business or application letters | D | 2 |

*This item was not administered during the interview, but was assigned a score of 2 based on the Interview Form's basal rule.

CONFIDENTIAL

## MALADAPTIVE BEHAVIOR ITEMS

| Internalizing Items | Item Score |
|---|---|
| 1. Is overly needy or dependent. | 1 |
| 2. Has eating problems. | 0 |
| 3. Has sleep problems. | 0 |
| 4. Won't go to/stay at school/work for emotional causes. | 0 |
| 5. Is extremely anxious or nervous. | 0 |
| 6. Cries or is sad for no clear reason. | 0 |
| 7. Avoids interacting with others. | 2 |
| 8. Lacks interest in things that he/she enjoys or used to. | 0 |
| 9. Is extremely fearful of common objects or situations. | 0 |
| 10. Worries for no clear reason. | 0 |
| 11. Is very irritable or moody. | 2 |
| 12. Feels helpless or hopeless. | 0 |
| 13. Complains of feeling sick, etc. with no medical reason. | 0 |
| Externalizing Items | Item Score |
| 1. Has temper tantrums. | 2 |
| 2. Disobeys those in authority. | 1 |
| 3. Bullies others physically or with words. | 1 |
| 4. Lies, cheats, or steals. | 0 |
| 5. Is physically aggressive. | 0 |
| 6. Is stubborn or argues. | 2 |
| 7. Is verbally abusive. | 0 |
| 8. Breaks rules or laws because of peer pressure. | 0 |
| 9. Is much more active or restless than peers. | 0 |
| 10. Takes school or work property when not allowed. | 0 |
| 11. Destroys his or another's possessions on purpose. | 0 |
| Critical Items | Item Score |
| 1. Gets fixated on objects or parts of objects. | 0 |
| 2. Hears voices or sees things that others do not. | 0 |
| 3. Harms himself. | 0 |
| 4. Uses strange or repetitive speech. | 0 |
| 5. Loses awareness of what is happening around him/her. | 1 |
| 6. Repeats physical movements over and over. | 0 |
| 7. Has toileting accidents. | 0 |
| 8. Eats non-food items such as dirt, paste, or soap. | 0 |
| 9. Engages in compulsive behavior. | 0 |
| 10. Shows excessive interest in weapons or violence. | 0 |
| 11. Harms animals. | 0 |
| 12. Has delusional beliefs. | 0 |
| 13. Gets so fixated on a topic that it annoys others. | 2 |

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 25

ID: CW040720
Craig Wright

| Critical Items | Item Score |
|---|---|
| 14. Talks about killing himself or has tried to. | 0 |
| 15. Has no response to pain. | 1 |
| 16. Wanders or darts away without regard for safety. | 0 |
| 17. Threatens to hurt or kill someone. | 0 |
| 18. Is tricked into doing something that could cause harm. | 0 |
| 19. Gets fixated on a person in a way that is unwanted. | 1 |
| 20. Engages in unwanted sexual behavior. | 0 |

CONFIDENTIAL

# COMMENTS

## Comments Recorded During the Interview

### *Receptive Subdomain Comments*

Interview Topic: Understanding Implied Messages
Does not respond to anyone outside. Maybe his wife but not even the children. always takes things literally. Kids mess with him all the time and he doesn't get it.

Interview Topic: Following Complex Instructions
One step fine; but if multiple steps he will struggle. Might take 5 times. Might not regard season either.

Interview Topic: Attending To Informational Material
Most of time would sit through and not concentrate, or sit through and talk over "that's bullshit" that's not right.

### *Expressive Subdomain Comments*

Interview Topic: Expressing Ideas And Experiences
I don't ask anymore b/c I don't get any details. But on his own terms he'll talk about something that happens in his day. When he does, he'll tell something in the middle and I have to dig to find out what happened. He gets frustrated b/c he assumes that I should already know. I'll find out months later. For instance, overseas trip and I didn't know about it and he'll assume I did. Clarifying - I have to break it down for him and then he can do it but otherwise frustrated and will just repeat

Interview Topic: Giving Directions
No definitely not. Gave example of finding one thing in the fridge.

### *Written Subdomain Comments*

Interview Topic: Advanced Writing
Doing a doctorate of law and he writes amazing research papers. But to write an email to someone, it's full of grammatical mistakes, spelling mistakes, and incorrect info. But professional work is top notch.

### *Personal Subdomain Comments*

Interview Topic: Using Knives When Eating
Not with proper table manners even though he knows proper etiquette. He will have the fork in the wrong hand and scoop and eat quickly. And eats before anyone else - needs reminders to wait. Knows b/c he was once an office in the Air Force.

Interview Topic: Eating and Exercise Choices
Not sure about awareness b/c I nag.

### *Domestic Subdomain Comments*

Interview Topic: Basic Household Chores
Works long crazy hours and will often join for dinner but will work nonstop. Understanding that wife and kids do chores b/c he's working. He is capable. When he lived on his own he did all of these things.

Interview Topic: Cleaning Up After Meals

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 27

ID: CW040720
Craig Wright

I would have to be very sick and children not around before he would do anything.

Interview Topic: More Complex Food Preparation
Excellent chef when eh does it - extremely pedantic, it's a 10 course meal.

## Community Subdomain Comments

Interview Topic: Managing Money
Always late notices and threats lying around from bills unpaid

## Interpersonal Relationships Subdomain Comments

Interview Topic: Responding To Familiar People
Sisters, mom will hug for sure. Plays with children for set amount of time but has limits. No kisses for anyone other than wife. He'll shake hands of colleagues. He will put arm around shoulder of one colleague. People find him cold.

Interview Topic: Expressing And Recognizing Emotions
Feels emotions but doesn't show them. People see anger, genuine happiness (accepted at work)

Interview Topic: Interpersonal Appropriateness
Learning to have eye contact now. Not before. When he gets excited he becomes loud and yells, but he doesn't understand he comes across as aggressive

Interview Topic: Friendships
Family takes up life when not working. No time for friends. He would never seek someone else but if someone seeks him out and makes all the effort, he becomes too trusting

Interview Topic: Demonstrating Caring
He doesn't care about anybody else at all. But wife and children good.

Interview Topic: Conversational Skills
Small talk learned and forced. Will do it if needed. Not with wife, but her parents he will respond.

Interview Topic: Taking Others' Perspective
He might pick up a plant that I like and not that he does, but only for wife and children.

## Play and Leisure Subdomain Comments

Interview Topic: Doing Things With Peers
Before lockdown happened, he would go for Friday night drinks with boys from office.

Interview Topic: Planning Activities
Plans things for wife - anniversary. But not for others. He did send mom to Beijing on a boat trip.

## Coping Skills Subdomain Comments

Interview Topic: Controlling Anger
Will yell and scream a lot but doesn't hit (might throw things)

Interview Topic: Managing Social Risks
Now is better understanding intentions of others b/c he was burned so many times. He would not regard wife's warnings "he's really a friend"

CONFIDENTIAL

## Maladaptive Behavior Domain Comments

No Maladaptive Behavior Domain comments were provided.

Case 9:18-cv-80176-BB Document 509-3 Entered on FLSD Docket 05/18/2020 Page 58 of 208

**CONFIDENTIAL**

Comprehensive Interview Form Report
Page 29

ID: CW040720
Craig Wright

# ITEM RESPONSES

## Receptive

| 1: / | 2: / | 3: / | 4: / | 5: / | 6: / | 7: / | 8: / | 9: / | 10: 2 |
|------|------|------|------|------|------|------|------|------|-------|
| 11: / | 12: / | 13: 0 | 14: / | 15: 2 | 16: / | 17: / | 18: / | 19: 2 | 20: 2 |
| 21: / | 22: 2 | 23: 1 | 24: 2 | 25: 2 | 26: 2 | 27: 2 | 28: 1 | 29: 2 | 30: 2 |
| 31: 2 | 32: 0 | 33: 2 | 34: 0 | 35: 2 | 36: 2 | 37: 0 | 38: 0 | 39: 2 | |

## Expressive

| 1: / | 2: / | 3: / | 4: / | 5: / | 6: / | 7: / | 8: / | 9: / | 10: / |
|------|------|------|------|------|------|------|------|------|-------|
| 11: / | 12: / | 13: / | 14: / | 15: / | 16: / | 17: / | 18: / | 19: / | 20: / |
| 21: / | 22: / | 23: / | 24: / | 25: / | 26: / | 27: / | 28: / | 29: / | 30: / |
| 31: / | 32: / | 33: / | 34: / | 35: / | 36: 2 | 37: 2 | 38: 2 | 39: 2 | 40: 2 |
| 41: 0 | 42: 2 | 43: 1 | 44: 0 | 45: 0 | 46: 2 | 47: 0 | 48: 2 | 49: 0 | |

## Written

| 1: / | 2: / | 3: / | 4: / | 5: / | 6: / | 7: / | 8: / | 9: / | 10: / |
|------|------|------|------|------|------|------|------|------|-------|
| 11: / | 12: / | 13: / | 14: / | 15: / | 16: / | 17: / | 18: / | 19: / | 20: 2 |
| 21: / | 22: / | 23: / | 24: 2 | 25: / | 26: / | 27: 2 | 28: / | 29: / | 30: 2 |
| 31: / | 32: 1 | 33: 2 | 34: 2 | 35: 2 | 36: 2 | 37: 2 | 38: 2 | | |

## Personal

| 1: / | 2: / | 3: / | 4: / | 5: / | 6: / | 7: / | 8: / | 9: / | 10: / |
|------|------|------|------|------|------|------|------|------|-------|
| 11: / | 12: / | 13: / | 14: / | 15: / | 16: / | 17: / | 18: / | 19: / | 20: / |
| 21: / | 22: / | 23: / | 24: / | 25: / | 26: / | 27: / | 28: / | 29: / | 30: / |
| 31: / | 32: / | 33: / | 34: / | 35: / | 36: 2 | 37: / | 38: 2 | 39: / | 40: 1 |
| 41: 2 | 42: 2 | 43: 2 | 44: 2 | 45: 2 | 46: 2 | 47: 2 | 48: 2 | 49: 1 | 50: 2 |
| 51: 0 | 52: 0 | 53: 2 | 54: 0 | 55: 0 | | | | | |

## Domestic

| 1: / | 2: / | 3: / | 4: / | 5: / | 6: / | 7: 2 | 8: / | 9: 1 | 10: 2 |
|------|------|------|------|------|------|------|------|------|-------|
| 11: 2 | 12: / | 13: / | 14: 2 | 15: 2 | 16: 2 | 17: 2 | 18: 2 | 19: 2 | 20: 1 |
| 21: 0 | 22: 2 | 23: 0 | 24: 1 | 25: 0 | 26: 2 | 27: 0 | 28: 0 | 29: 0 | 30: 2 |

## Community

| 1: / | 2: / | 3: / | 4: / | 5: / | 6: / | 7: / | 8: / | 9: / | 10: / |
|------|------|------|------|------|------|------|------|------|-------|
| 11: / | 12: / | 13: / | 14: / | 15: / | 16: / | 17: / | 18: / | 19: / | 20: / |
| 21: / | 22: / | 23: / | 24: / | 25: / | 26: / | 27: / | 28: / | 29: / | 30: / |
| 31: / | 32: / | 33: / | 34: / | 35: / | 36: / | 37: / | 38: / | 39: / | 40: / |
| 41: / | 42: / | 43: / | 44: / | 45: 2 | 46: / | 47: / | 48: / | 49: / | 50: / |
| 51: / | 52: 2 | 53: 2 | 54: 2 | 55: 2 | 56: 0 | 57: 0 | 58: 2 | | |

**CONFIDENTIAL**

## Interpersonal Relationships

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 2 | 2: 2 | 3: 2 | 4: 2 | 5: 0 | 6: 2 | 7: 2 | 8: 1 | 9: 1 | 10: 2 |
| 11: 2 | 12: 1 | 13: 0 | 14: 0 | 15: 2 | 16: 1 | 17: 0 | 18: 2 | 19: 0 | 20: 1 |
| 21: 1 | 22: 2 | 23: 1 | 24: 1 | 25: 0 | 26: 2 | 27: 1 | 28: 1 | 29: 1 | 30: 0 |
| 31: 0 | 32: 0 | 33: 0 | 34: 0 | 35: 0 | 36: 1 | 37: 0 | 38: 1 | 39: 0 | 40: 0 |
| 41: 0 | 42: 0 | 43: 0 | | | | | | | |

## Play and Leisure

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: / | 2: / | 3: / | 4: / | 5: / | 6: / | 7: / | 8: / | 9: / | 10: 1 |
| 11: / | 12: / | 13: / | 14: 0 | 15: / | 16: / | 17: 2 | 18: / | 19: / | 20: 0 |
| 21: 2 | 22: 2 | 23: 2 | 24: 2 | 25: 2 | 26: 2 | 27: 1 | 28: 1 | 29: 0 | 30: 2 |
| 31: 2 | 32: 0 | 33: 2 | 34: 1 | 35: 1 | 36: 1 | | | | |

## Coping Skills

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 2 | 2: 2 | 3: 2 | 4: 2 | 5: 2 | 6: 2 | 7: 2 | 8: 0 | 9: 1 | 10: 1 |
| 11: 1 | 12: 2 | 13: 2 | 14: 0 | 15: 1 | 16: 0 | 17: 0 | 18: 0 | 19: 2 | 20: 2 |
| 21: 2 | 22: 0 | 23: 2 | 24: 2 | 25: 1 | 26: 2 | 27: 1 | 28: 0 | 29: 0 | 30: 2 |
| 31: 1 | 32: 2 | 33: 2 | | | | | | | |

## Maladaptive Behavior - Internalizing

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 1 | 2: 0 | 3: 0 | 4: 0 | 5: 0 | 6: 0 | 7: 2 | 8: 0 | 9: 0 | 10: 0 |
| 11: 2 | 12: 0 | 13: 0 | | | | | | | |

## Maladaptive Behavior - Externalizing

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 2 | 2: 1 | 3: 1 | 4: 0 | 5: 0 | 6: 2 | 7: 0 | 8: 0 | 9: 0 | 10: 0 |
| 11: 0 | | | | | | | | | |

## Maladaptive Behavior - Critical Items

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 0 | 2: 0 | 3: 0 | 4: 0 | 5: 1 | 6: 0 | 7: 0 | 8: 0 | 9: 0 | 10: 0 |
| 11: 0 | 12: 0 | 13: 2 | 14: 0 | 15: 1 | 16: 0 | 17: 0 | 18: 0 | 19: 1 | 20: 0 |

## End of Report

NOTE: This and previous pages of this report contain trade secrets and are not to be released in response to requests under HIPAA (or any other data disclosure law that exempts trade secret information from release). Further, release in response to litigation discovery demands should be made only in accordance with your profession's ethical guidelines and under an appropriate protective order.

CONFIDENTIAL

07   Vineland-3, Form

CONFIDENTIAL

# Vineland-3

Vineland Adaptive Behavior Scales™–Third Edition

## Comprehensive Interview Form

Examinee's Name: _____   Today's Date: _____   Examinee's Birth Date: _____

Examinee's Age: _____   Examinee's Sex: ☐ Female  ☐ Male   Respondent's Name: _____

Respondent's Relationship to the Examinee: ☐ Mother  ☐ Father  ☐ Other _____   Interviewer's Name: _____

## DIRECTIONS

Complete instructions for administering this form are provided in Chapter 2 of the Vineland–3 Manual. The Manual also includes a list of suggested interview questions and scoring criteria for the items in Appendix G, which you may wish to have available when conducting the interview.

Keep in mind that the Coping Skills subdomain does not begin until age 2; the Written, Domestic, and Community subdomains do not begin until age 3; and the optional Maladaptive Behavior domain does not begin until age 3.

### SCORING THE ITEMS

Score each item 2, 1, or 0 as follows:

Circle 2 if, when the behavior is needed or appropriate, the individual *usually* performs it without help or prompting (or if he/she performed the behavior when younger, but has now outgrown it).

Circle 1 if, when the behavior is needed or appropriate, the individual *sometimes* performs it without help or prompting.

Circle 0 if the individual *never* performs the behavior, or never performs it without help or prompting. Whether he/she hasn't learned the behavior, is not physically able to perform it, is not expected or allowed to perform it, or chooses not to perform it, circle 0.

Some items use a different scoring system: 2 = Yes, 0 = No. This is indicated in the booklet.

If the respondent has not had the opportunity to observe a behavior, ask him/her to estimate a score for that item. In addition to marking the item score, also check the box to the right of the item score, in the column labeled **Check If Est.**

If the individual performed a behavior when he/she was younger, but has now outgrown it, circle 2. Do not check the Estimated box.

Some items include a Scoring Tip, indicated with the symbol ☑. Use the tips to help you score those items.

### BASAL AND CEILING RULES

A basal is established when there are *four consecutive items* with scores of 2. A ceiling is established when there are *four consecutive items* with scores of 0. Continue administering Interview Topics until you have established a basal and a ceiling, and all items between the basal and ceiling have been scored. If there is no basal, you must score all items from the first item in the subdomain up to the ceiling. If there is no ceiling, you must score all items from the last item in the subdomain back to the basal.



Copyright © 2016 NCS Pearson, Inc. All rights reserved.
For inquiries and reordering: 800.627.7271 www.PearsonClinical.com



Product Number 31321

**RECEPTIVE**  COMMUNICATION DOMA

INTERVIEW TOPICS

| | |
|---|---|
| A  Responding | D  Identifying Things |
| B  Understanding Words | E  Following Basic Instructions |
| C  Understanding Nonverbal Communication | F  Understanding Questions |

| | |
|---|---|
| G  Understanding Implied Messages | J  Attending to Informational Material |
| H  Attending to Entertaining Material | |
| I  Following Complex Instructions | |

Response Options:  2 = Usually,   1 = Sometimes,   0 = Never

| | | | | |
|---|---|---|---|---|
| A | 1. Looks toward parent or caregiver when hearing parent's or caregiver's voice. <br> ⓘ How can you tell that he/she hears your voice or the voice of someone else he/she knows? | 2 | 1 | 0 |
| A | 2. Looks toward parent or caregiver who is gesturing to get his/her attention. <br> ⓘ What about when you gesture to get his/her attention? | 2 | 1 | 0 |
| A | 3. Responds upon hearing his/her name called (for example, turns toward speaker, smiles). <br> ⓘ How does he/she react when you call his/her name? | 2 | 1 | 0 |
| C | 4. When parent or caregiver looks or points at something, looks in that direction. <br> ⓘ What does he/she do when you point or look toward something? | 2 | 1 | 0 |
| B | 5. Understands at least 10 words. <br> ☑ Score 2 for Yes or 0 for No. <br> ⓘ About how many words does he/she understand? | 2 | | 0 |
| C | 6. Responds appropriately to at least three basic gestures (for example, head nod for yes, head shake for no, hand out for give me, reaching, waving, clapping). <br> ⓘ What about simple gestures like this one [shake your head "no"]? | 2 | 1 | 0 |
| B | 7. Understands the meaning of no. <br> ⓘ What about simple words like yes and no? | 2 | 1 | 0 |
| C | 8. Responds appropriately to at least three facial expressions being made by others (for example, frown, smile, surprised look, angry face). <br> ⓘ How does he/she respond to your facial expressions, for example, when you frown or look sad? | 2 | 1 | 0 |
| B | 9. Understands the meaning of yes. <br> ⓘ What about simple words like yes and no? | 2 | 1 | 0 |
| E | 10. Follows instructions requiring only one action (for example, "Sit down"; "Come here"). <br> ⓘ How about one-step instructions, like "Sit down" or "Come here"? | 2 | 1 | 0 |
| D | 11. Identifies at least three actual objects when asked (for example, points to a dog, car, cup, key, etc.). <br> ⓘ What about real life objects? | 2 | 1 | 0 |
| B | 12. Understands at least 50 words. <br> ☑ Score 2 for Yes or 0 for No. <br> ⓘ About how many words does he/she understand? | 2 | | 0 |
| G | 13. Responds to the tone of spoken words (for example, approaches eagerly when "Come here" is spoken lovingly, but hesitantly when "Come here" is spoken sharply). <br> ⓘ What about when you change the tone of your voice to emphasize what you mean, like the difference between saying "Come here" in a loving way and an angry way? | 2 | 1 | 0 |
| D | 14. Identifies at least three body parts on self when asked (for example, points to own nose, mouth, hands, feet, etc.). <br> ⓘ What about his/her own body parts? | 2 | 1 | 0 |
| E | 15. Follows instructions with one action and one object (for example, "Bring me the book"; "Close the door"). <br> ⓘ What about instructions that include one action and one object, like "Bring me the book" or "Close the door"? | 2 | 1 | 0 |
| C | 16. Responds appropriately to at least three more advanced gestures (for example, motioning come here, finger over lips meaning be quiet, hands apart to show this big). <br> ⓘ What about more advanced gestures like this one [motion "come here"]? | 2 | 1 | 0 |
| D | 17. Identifies at least three objects pictured in a book, magazine, or electronic screen when asked (for example, points to a dog, car, cup, key, etc.). <br> ⓘ What about objects shown in pictures, like when you are reading together? | 2 | 1 | 0 |
| D | 18. Identifies at least three body parts pictured in a book, magazine, or electronic screen when asked (for example, points to a nose, a mouth, hands, feet, etc.). <br> ⓘ What about body parts shown in pictures? | 2 | 1 | 0 |
| F | 19. Responds to questions that use what (for example, when asked "What is this?" replies "A ball"). <br> ⓘ How about questions that use what? | 2 | 1 | 0 |
| F | 20. Responds to questions that use who (for example, when asked "Who is that?" replies "Auntie Kesha"). <br> ⓘ How about questions that use who? | 2 | 1 | 0 |
| D | 21. Identifies at least three basic actions pictured in a book, magazine, or electronic screen when asked (for example, points to someone eating, sitting, jumping, etc.). <br> ⓘ What kinds of actions does he/she identify when they are shown in pictures, like when you are reading together? | 2 | 1 | 0 |

COMMUNICATION DOMAIN

Response Options:  2 = Usually,   1 = Sometimes,   0 = Never

| | | Check if Est |
|---|---|---|
| F | 22. Responds to questions that use *where* (for example, when asked "Where did Felipe go?" points where Felipe went). | |
| | ⓘ How about questions that use where? | 2 1 0 ☐ |
| E | 23. Follows instructions with two related actions (for example, "Pick up those toys and put them away"; "Get your coat and put it on"). | |
| | ⓘ What about instructions to do two things that go together, like "Get your coat and put it on"? | 2 1 0 ☐ |
| E | 24. Follows instructions with one action and two objects (for example, "Bring me the crayons and the ball"; "Put on your shirt and your shoes"). | |
| | ⓘ What about instructions that include one action and two objects, like "Bring me the crayons and the ball" or "Put on your shirt and your shoes"? | 2 1 0 ☐ |
| E | 25. Follows instructions in "if–then" form (for example, "If you're thirsty, then get a drink"; "If you are cold, then get a sweatshirt"). | |
| | ⓘ What about if–then instructions, like "If you're thirsty, then get a drink" or "If you are cold, then get a sweatshirt"? | 2 1 0 ☐ |
| H | 26. Pays attention to a story for at least 15 minutes. | |
| | ☑ Score 2 if the individual did this when younger, but has now outgrown listening to stories. | |
| | ⓘ For how long does he/she listen to a story? | 2 1 0 ☐ |
| F | 27. Responds to questions that use *why* (for example, when asked "Why are you crying?" replies "My toy broke"). | |
| | ⓘ How about questions that use why? | 2 1 0 ☐ |
| E | 28. Follows instructions with two unrelated actions (for example, "Turn off the TV and get my keys"). | |
| | ⓘ What about instructions to do two things that don't go together, like "Turn off the TV and get my keys"? | 2 1 0 ☐ |
| F | 29. Responds to questions that use *when* (for example, when asked "When do you eat breakfast?" replies "In the morning"). | |
| | ⓘ How about questions that use when? | 2 1 0 ☐ |
| H | 30. Pays attention to a show for at least 30 minutes and understands what is happening. | |
| | ⓘ For how long does he/she pay attention to a TV show, movie, or live performance, and how can you tell if he/she understands what is happening? | 2 1 0 ☐ |
| I | 31. Identifies left and right on own body (for example, hands, feet, arms). | |
| | ⓘ What about identifying left and right on his/her own body? | 2 1 0 ☐ |
| I | 32. Follows instructions requiring three actions (for example, "Get dressed, eat breakfast, and brush your teeth"). | |
| | ⓘ What about three-step instructions, like "Get dressed, eat breakfast, and brush your teeth"? | 2 1 0 ☐ |
| H | 33. Pays attention to a show for at least 60 minutes and understands what is happening. | |
| | ⓘ For how long does he/she pay attention to a TV show, movie, or live performance, and how can you tell if he/she understands what is happening? | 2 1 0 ☐ |
| G | 34. Understands sarcasm (for example, understands when a comment such as "That's just great!" really means "That's awful!"). | |
| | ⓘ What about understanding sarcasm? | 2 1 0 ☐ |
| J | 35. Pays attention to a 15-minute informational presentation and understands what is being said. | |
| | ⓘ For how long does he/she pay attention to information being presented that's serious or educational, and how can you tell if he/she understands what is being said? | 2 1 0 ☐ |
| I | 36. Follows instructions involving left and right (for example, "Go to the left"; "Look to the right"). | |
| | ⓘ How does he/she respond to directions that involve left and right? | 2 1 0 ☐ |
| I | 37. When instructed to do something up to an hour later, remembers to do it (for example, "When your show is over, put your dishes in the sink"). | |
| | ⓘ How often does he/she remember to do something meant to be done a little later, like something you've asked him/her to do after a show that he/she is watching is over? | 2 1 0 ☐ |
| I | 38. When instructed to do something several hours later, remembers to do it (for example, "When you get home from school, let the dog out"). | |
| | ⓘ How often does he/she remember to do something that you ask to be done much later that day, for example, letting the dog out after school? | 2 1 0 ☐ |
| J | 39. Pays attention to a 30-minute informational presentation and understands what is being said. | |
| | ⓘ For how long does he/she pay attention to information being presented that's serious or educational, and how can you tell if he/she understands what is being said? | 2 1 0 ☐ |

Comments or Observations: _____

| Calculation of % Est (see Manual) | | Raw Score Calculation | |
|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = | c |
| | No. of Items Answered | B | Points Between Basal and Ceiling | | B |
| | (A ÷ B) × 100 = | % Est | **rec** Raw Score | | C + B |

**CONFIDENTIAL**

## EXPRESSIVE

COMMUNICATION DOMAIN

**INTERVIEW TOPICS**

A  Beginning Sounds & Gestures  D  Using Gestures  G  Using Intermediate Grammatical Forms  J  Using Complex Grammatical Forms  M  Giving Directions

B  Beginning Speech  E  Communicating Names & Age  H  Using Pronouns  K  Expressing Ideas & Experiences

C  Vocabulary  F  Using Simple Grammatical Forms  I  Asking Questions  L  Stating Age, Birthday, & Address

**Response Options:  2 = Usually,   1 = Sometimes,   0 = Never**   Check if Est.

| | | | | | |
|---|---|---|---|---|---|
| A | 1. Makes sounds of pleasure (for example, coos, laughs).<br>ⓘ What sounds does he/she make when happy? | 2 | 1 | 0 | ☐ |
| A | 2. Cries or fusses when uncomfortable (thirsty, hungry, wet, etc.).<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>ⓘ What about when he/she is uncomfortable, maybe hungry, thirsty, or wet? | 2 | 1 | 0 | ☐ |
| A | 3. Vocalizes or gestures (for example, cries or waves arms) to get parent's or caregiver's attention.<br>ⓘ What does he/she do to get your attention when you are not paying attention to him/her? | 2 | 1 | 0 | ☐ |
| A | 4. Makes at least three one-syllable speech sounds (for example, "Mah," "Bah," "Ee," "Oh").<br>☑ Score 2 if the individual did this when younger, but now says words.<br>ⓘ What about making one-syllable sounds, like "Mah," "Bah," or "Oh"? | 2 | 1 | 0 | ☐ |
| A | 5. Babbles in strings of sounds (for example, "Ba-ba-ba-ba," "Ma-ma-ma-ma," "Da-da-da-da").<br>☑ Score 2 if the individual did this when younger, but now says words.<br>ⓘ What about making strings of sounds, like "Ba-ba-ba-ba," "Ma-ma-ma-ma," or "Da-da-da-da"? | 2 | 1 | 0 | ☐ |
| A | 6. Vocalizes or gestures if he/she wants an activity to keep going or stop (for example, says "Again," shakes head no).<br>ⓘ What does he/she do if he/she wants an activity to stop or keep going? | 2 | 1 | 0 | ☐ |
| B | 7. Says "Dada," "Mama," or another name for parent or caregiver (including parent's or caregiver's first name or nickname).<br>ⓘ What about words to represent Mom or Dad? | 2 | 1 | 0 | ☐ |
| D | 8. Uses at least three basic gestures (for example, head nod for yes, head shake for no, reaching or pointing toward something desired, waving, clapping).<br>ⓘ How does he/she gesture when he/she wants something or wants to express himself/herself? | 2 | 1 | 0 | ☐ |
| B | 9. Repeats or tries to repeat common words immediately upon hearing them (for example, ball, car, more).<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>ⓘ What about repeating words that he/she hears? | 2 | 1 | 0 | ☐ |
| B | 10. Says "No"; must actually mean no, not just repeat the word.<br>ⓘ What does he/she say if he/she doesn't want something? | 2 | 1 | 0 | ☐ |
| C | 11. Names at least three objects (for example, ball, dog, favorite toy).<br>ⓘ What about common objects, such as a ball, dog, or favorite toy? | 2 | 1 | 0 | ☐ |
| B | 12. Says one-word requests (for example, "Want," "More," "Open").<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>ⓘ How does he/she express what he/she wants, such as being picked up or having more of something? | 2 | 1 | 0 | ☐ |
| C | 13. Names at least 10 objects.<br>☑ Score 2 for Yes or 0 for No.<br>ⓘ About how many objects can he/she label? | 2 | | 0 | ☐ |
| B | 14. Says "Yes"; must actually mean yes, not just repeat the word.<br>ⓘ What does he/she say if you say "Do you want this," and he/she does want it? | 2 | 1 | 0 | ☐ |
| C | 15. Names at least three actions (for example, drink/drinking, eat/eating, play/playing).<br>ⓘ What about labeling actions, like drinking, eating, or playing? | 2 | 1 | 0 | ☐ |
| E | 16. Calls brothers, sisters, or friends by their name or nickname.<br>ⓘ Whose names or nicknames does he/she use? | 2 | 1 | 0 | ☐ |
| C | 17. Says at least 50 words.<br>☑ Score 2 for Yes or 0 for No.<br>ⓘ About how many total words does he/she say? | 2 | | 0 | ☐ |

EXPRESSIVE

COMMUNICATION DOMAIN

**Response Options:**  2 = Usually,   1 = Sometimes,   0 = Never

| | | Check if Est |
|---|---|---|

F **18. Uses phrases with a noun and a verb** (for example, "Mommy stay," "Give ball").
① What about using both a noun and a verb, such as "Mommy stay" or "Give ball"?
2 1 0   ☐

E **19. Says own first name or nickname.**
① What about his/her own name or nickname?
2 1 0   ☐

H **20. Uses pronouns to refer to self; grammar need not be correct** (for example, "Give me," "Me want," "Mine toy").
① What about using pronouns to refer to himself/herself, such as "I want" or "Give me"?
2 1 0   ☐

F **21. Uses simple adjectives to describe things** (for example, *dirty, pretty, big, loud*).
① What about using adjectives to describe things, such as "Pretty picture" or "Big doggie"?
2 1 0   ☐

F **22. Says what he/she is doing using simple sentences; grammar need not be correct** (for example, "Ginger and me play," "Dan read me a book").
① Can you give me some examples of how he/she talks about what he/she is doing?
2 1 0   ☐

D **23. Uses at least three more advanced gestures** (for example, motioning *come here*, finger over lips meaning *be quiet*, hands apart to show *this big*).
① What about more advanced gestures like this one [motion *come here*]?
2 1 0   ☐

F **24. Uses negatives in sentences; grammar need not be correct** (for example, "I won't drink it," "Me no go").
① What about using negatives in sentences, such as "I won't drink it" or "Me no go"?
2 1 0   ☐

E **25. Says correct age when asked; holding up correct number of fingers counts.**
① What about when you ask how old he/she is?
2 1 0   ☐

G **26. Uses possessives in phrases or sentences; grammar need not be correct** (for example, "This is mine," "Your book," "This is Carol's desk").
① What about using possessives, words like "mine," "Mommy's," or "your"?
2 1 0   ☐

G **27. Uses *and* in phrases or sentences** (for example, "Mom and Dad," "I want ice cream and cake").
① How about using the word *and* in phrases or sentences, such as "Mom and Dad" or "I want ice cream and cake"?
2 1 0   ☐

I **28. Asks questions beginning with *who*** (for example, "Who's that?"; "Who went to the store?"); just asking "Who?" (one word) doesn't count.
① How about questions beginning with *who*, like "Who's that?" or "Who went to the store?"
2 1 0   ☐

G **29. Uses plural nouns** (for example, "Two cats," "More crackers," "Those flowers").
① What does he/she say to mean more than one of something, like more than one cat or more than one cracker?
2 1 0   ☐

H **30. Uses pronouns to refer to others; pronoun gender and grammar need not be correct** (for example, "You want?"; "Her happy"; "Him ball").
① What about using pronouns to refer to others, such as "You want" or "Give him"?
2 1 0   ☐

G **31. Uses *in, on,* and *under* correctly in phrases or sentences** (for example, "In the box," "Ball go under table").
① How about using the words *in, on,* and *under*?
2 1 0   ☐

I **32. Asks questions beginning with *why*** (for example, "Why do I have to go?"; "Why did you put my stuff away?"); just asking "Why?" (one word) doesn't count.
① How about questions beginning with *why*, like "Why do I have to go?" or "Why did you put my stuff away?"
2 1 0   ☐

E **33. Says first and last name when asked; saying first name only doesn't count.**
① What about when you ask for his/her full name?
2 1 0   ☐

H **34. Uses pronouns correctly; pronoun gender and grammar must be correct** (for example, "I want," "Their ball," "Call her").
① What about using pronouns correctly?
2 1 0   ☐

I **35. Asks questions beginning with *when*** (for example, "When is dinner?"; "When can we go home?"); just asking "When?" (one word) doesn't count.
① How about questions beginning with *when*, like "When is dinner?" or "When can we go home?"
2 1 0   ☐

J **36. Uses *because* in phrases or sentences** (for example, "Because I want to," "Kathy went home because she was sick").
① How about using the word *because*?
2 1 0   ☐

L **37. Says his/her age at next birthday correctly when asked; holding up correct number of fingers counts.**
① What about his/her age at his/her next birthday?
2 1 0   ☐

**EXPRESSIVE**

COMMUNICATION DOMA

INTERVIEW TOPICS

| | | | | |
|---|---|---|---|---|
| A Beginning Sounds & Gestures | D Using Gestures | G Using Intermediate Grammatical Forms | J Using Complex Grammatical Forms | M Giving Direct |
| B Beginning Speech | E Communicating Names & Age | H Using Pronouns | K Expressing Ideas & Experiences | |
| C Vocabulary | F Using Simple Grammatical Forms | I Asking Questions | L Stating Age, Birthday, & Address | |

Response Options: 2 = Usually, 1 = Sometimes, 0 = Never

| | | |
|---|---|---|
| J 38. Uses past tense verbs (for example, *walked*, *baked*).<br>① How does he/she use verbs to mean that something happened in the past? | 2 1 0 |
| K 39. Tells the basic parts of a familiar story or book or movie plot (the characters, what happens, how it ends, etc.).<br>① How much detail does he/she tell about a familiar story when asked? | 2 1 0 |
| J 40. Uses *behind*, *in front of*, and *between* correctly in phrases or sentences (for example, "Terrell is behind you," "I walked in front of you," "The ball went between the cars").<br>① How about using the words *behind*, *in front of*, and *between*? | 2 1 0 |
| M 41. Gives simple directions involving one or two steps (for example, how to make, find, or do something).<br>① What about giving simple directions, like how to make something or find something? | 2 1 0 |
| J 42. Uses compound sentences joined by *and* or *but* (for example, "She asked me, and I told her no"; "Jerome wanted to go, but I didn't").<br>① How about putting sentences together using *and* or *but*, for example, "She asked me, and I told her no"? | 2 1 0 |
| K 43. Uses own knowledge or opinions to comment on things, situations, and emotions (for example, "I think he's mad at her because she said mean things about him").<br>① What about using his/her own knowledge or opinions to comment on things, for example, why a friend is mad at someone? | 2 1 0 |
| K 44. Tells about everyday (i.e., routine) experiences in detail (for example, when asked what he/she did with a friend today, tells who was involved, where the activity took place, etc.).<br>① How much detail does he/she give when he/she talks about everyday experiences, like what happened at a friend's house? | 2 1 0 |
| K 45. Tells about one-time (i.e., non-routine) experiences in detail (for example, when asked to describe a trip, tells who was involved, where the activity took place, etc.).<br>① What about when you ask about one-time experiences, like what he/she did on a recent vacation? | 2 1 0 |
| L 46. Says both the month and day of his/her birthday when asked.<br>① How about the month and day of his/her birthday? | 2 1 0 |
| K 47. Clarifies by restating with different words when he/she is not fully understood at first.<br>① If he/she is telling you something, and you aren't quite following, what does he/she do to help you understand what he/she is trying to say? | 2 1 0 |
| L 48. Says complete home address correctly when asked (that is, street or rural route, apartment number, city, and state, with or without zip code).<br>① What about his/her complete home address? | 2 1 0 |
| M 49. Gives complex directions involving three or more steps in logical order (for example, to a distant location, for a recipe requiring many steps).<br>① What about giving multiple-step directions, like how to get somewhere or prepare a recipe? | 2 1 0 |

Comments or Observations: _____

| | Calculation of % Est *(see Manual)* | Raw Score Calculation |
|---|---|---|
| Office<br>Use<br>Only | No. of Est ___ A | Highest-Numbered<br>Basal Item ___ × 2 = |
| | No. of Items Answered ___ B | Points Between Basal and Ceiling ___ |
| | (A + B) × 100 = ___ %Est | **exp** Raw Score ___ |

**CONFIDENTIAL**

**WRITTEN**

INTERVIEW TOPICS

**COMMUNICATION DOMAIN**

| | |
|---|---|
| A  Identifying Signs & Letters | D  Beginning Reading |
| B  Understanding How Writing Works | E  Beginning Writing |
| C  Copying | F  Working With Written Information |

| |
|---|
| G  Personal Writing |
| H  Reading Level |
| I   Advanced Writing |

J  Forms & Business Letters

**Response Options:**  2 = *Usually*,  1 = *Sometimes*,  0 = *Never*    Check if Est

**B   1.** Holds a book correctly for reading and turns the pages from front to back.
ⓘ How does he/she hold a book and turn the pages?
2  1  0  ☐

**A   2.** Recognizes one or more simple signs and icons/symbols (for example, STOP signs, bathroom door signs, arrows, smiley face).
ⓘ What about familiar signs, symbols, and icons, like STOP signs, bathroom door signs, and arrows?
2  1  0  ☐

**A   3.** Identifies one or more alphabet letters.
ⓘ What letters of the alphabet does he/she identify?
2  1  0  ☐

**A   4.** Recognizes own name in printed form.
ⓘ What about recognizing his/her own name in printed form?
2  1  0  ☐

**A   5.** Identifies at least 10 alphabet letters.
☑ Score 2 for Yes or 0 for No.
ⓘ What letters of the alphabet does he/she identify?
2     0  ☐

**B   6.** Understands what direction his/her language is written in (for example, from left to right in English; in other languages from right to left or top to bottom).
ⓘ What does he/she understand about writing going from left to right? [Or a substitution appropriate to the individual's language]
2  1  0  ☐

**B   7.** Writes in the correct direction (for example, from left to right in English; in other languages from right to left or top to bottom).
ⓘ How often does he/she write words from left to right? [Or a substitution appropriate to the individual's language]
2  1  0  ☐

**C   8.** Copies own first name without mistakes.
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ How well does he/she copy his/her first name?
2  1  0  ☐

**C   9.** Copies simple words from an example without mistakes (for example, *cat*, *see*, *go*); copying name doesn't count.
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ How well does he/she copy simple words like *cat*, *see*, *go*?
2  1  0  ☐

**D   10.** Identifies all alphabet letters, both uppercase and lowercase.
☑ Score 2 for Yes or 0 for No.
ⓘ For how many letters does he/she recognize both uppercase and lowercase?
2     0  ☐

**E   11.** Writes alphabet letters using the correct orientation (that is, not reversed or upside down).
ⓘ How many alphabet letters does he/she write correctly, not backwards or upside down?
2  1  0  ☐

**D   12.** Reads at least 10 words.
☑ Score 2 for Yes or 0 for No.
ⓘ About how many words does he/she read out loud?
2     0  ☐

**E   13.** Writes own first and last name from memory; writing first name only doesn't count.
ⓘ How often does he/she write both his/her first and last name without copying and without help?
2  1  0  ☐

**D   14.** Reads simple sentences of three or more words out loud.
ⓘ How long are the sentences that he/she reads out loud?
2  1  0  ☐

**C   15.** Copies phrases or sentences of four or more words without mistakes.
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ How well does he/she copy phrases or sentences with four words or more?
2  1  0  ☐

**E   16.** Writes at least 10 simple words from memory (for example, *hat*, *ball*, *the*); may make small spelling errors.
☑ Score 2 for Yes or 0 for No.
ⓘ What words does he/she write from memory, other than his/her name?
2     0  ☐

**WRITTEN**　　　　　　　　　　　　　　　　　　　　　　　　　　**COMMUNICATION DOMAI**

INTERVIEW TOPICS

A  Identifying Signs & Letters　　　D  Beginning Reading　　　　　　　　G  Personal Writing　　　J  Forms & Business Letters

B  Understanding How Writing Works　E  Beginning Writing　　　　　　　　H  Reading Level

C  Copying　　　　　　　　　　　　F  Working With Written Information　I  Advanced Writing

**Response Options:  2 = Usually,   1 = Sometimes,   0 = Never**

| | | | |
|---|---|---|---|
| D | 17. Reads simple stories out loud.<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>① What about reading simple stories? | 2 | 1 | 0 |
| E | 18. Writes simple sentences of three or more words; may make small errors in spelling or grammar.<br>① How long are the sentences that he/she writes? | 2 | 1 | 0 |
| E | 19. Writes at least 20 words from memory; may make small spelling errors.<br>☑ Score 2 for Yes or 0 for No.<br>① What words does he/she write from memory, other than his/her name? | 2 | | 0 |
| H | 20. Reads and understands material of a second-grade level or higher.<br>☑ Score 2 for Yes or 0 for No.<br>① At about what grade level is he/she reading and comprehending? | 2 | | 0 |
| G | 21. Writes simple notes, letters, emails, or texts that include at least three sentences (for example, thank you notes, postcards, invitations); may use abbreviated words and make small errors in spelling or grammar.<br>☑ Score 2 for Yes or 0 for No.<br>① How long are the simple notes, letters, emails, or texts that he/she writes? | 2 | | 0 |
| F | 22. Finds or sorts things in alphabetical order (for example, finds a name in an alphabetized address book or list of phone numbers, finds a word in a dictionary, alphabetizes a list of words or movie titles).<br>① How often is he/she able to find things that are in alphabetical order—for example, words in a dictionary—or put words or actual things (like books or music in alphabetical order himself/herself? | 2 | 1 | 0 |
| F | 23. Accurately interprets information presented in simple tables, graphs, or charts.<br>① How accurately does he/she read tables, graphs, or charts? | 2 | 1 | 0 |
| I | 24. Writes short reports or summaries (for example, a summary of something read) at least three sentences long; must use own words rather than simply borrowing or copying from other sources.<br>☑ Score 2 if the individual did this when younger, but now no longer needs to write reports or summaries.<br>① What about writing a short report or summary of three sentences or more? | 2 | 1 | 0 |
| F | 25. Accurately interprets visual instructions (for example, assembly instructions, directions shown on a map).<br>① How well does he/she understand and follow visual instructions, such as assembly instructions, diagrams, or directions on a map? | 2 | 1 | 0 |
| F | 26. Uses a table of contents or index to find information within a book or electronic resource.<br>① What about using a table of contents or index to find information within a book or electronic file? | 2 | 1 | 0 |
| H | 27. Reads and understands material of a fourth-grade level or higher.<br>☑ Score 2 for Yes or 0 for No.<br>① At about what grade level is he/she reading and comprehending? | 2 | | 0 |
| G | 28. Writes emails, stories, letters, journal entries, etc. at least 10 sentences long; may use abbreviated words and make small errors in spelling or grammar.<br>☑ Score 2 for Yes or 0 for No.<br>① How long are the emails, stories, letters, or other longer things that he/she writes? | 2 | 1 | 0 |
| F | 29. Uses the Internet or a library to find information for writing a paper or completing a job assignment.<br>① How does he/she go about finding information that he/she needs to write a paper or complete a job assignment? | 2 | 1 | 0 |
| I | 30. Writes reports, papers, or essays at least one page long; must use own words rather than simply borrowing or copying from other sources.<br>☑ Score 2 if the individual did this when younger, but now no longer needs to write reports, papers, or essays.<br>① How long are the reports, papers, or essays that he/she writes using his/her own words, not just copying something? | 2 | 1 | 0 |
| G | 31. Writes or draws instructions for others (for example, how to do something, how to get somewhere).<br>① What about writing or drawing instructions or directions for someone, like how to do something or get somewhere? | 2 | 1 | 0 |

WRITTEN

COMMUNICATION DOMAIN

**Response Options:** 2 = *Usually*, 1 = *Sometimes*, 0 = *Never*

| | | | | Check if Est |
|---|---|---|---|---|
| I | **32. Edits or corrects own written work before handing it in** (for example, checks punctuation, spelling, grammar, etc.); use of computer spell-checker is okay.<br>ⓘ What does he/she do to check and correct his/her written work before handing it in? | 2 | 1 | 0 | ☐ |
| J | **33. Accurately completes paper or electronic forms of one page or less** (for example, forms for school or work).<br>ⓘ How long are the paper or electronic forms that he/she completes accurately on his/her own, such as forms for school or work? | 2 | 1 | 0 | ☐ |
| H | **34. Reads and understands material of a sixth-grade level or higher.**<br>☑ Score 2 for Yes or 0 for No.<br>ⓘ At about what grade level is he/she reading and comprehending? | 2 | | 0 | ☐ |
| I | **35. Writes reports or compositions at least three pages long; must use own words rather than simply borrowing or copying from other sources.**<br>☑ Score 2 if the individual did this when younger, but now no longer needs to write reports or compositions.<br>ⓘ How long are the reports or compositions that he/she writes using his/her own words, not just copying something? | 2 | 1 | 0 | ☐ |
| H | **36. Reads and understands material of a ninth-grade level or higher.**<br>☑ Score 2 for Yes or 0 for No.<br>ⓘ At about what grade level is he/she reading and comprehending? | 2 | | 0 | ☐ |
| J | **37. Accurately completes paper or electronic forms of two pages or more** (for example, a job, college, or credit application).<br>ⓘ How long are the paper or electronic forms that he/she completes accurately on his/her own, such as a job, college, or credit application? | 2 | 1 | 0 | ☐ |
| J | **38. Writes business or application letters** (for example, requests information, makes a complaint, applies for a job or to a school).<br>ⓘ What kinds of business or application letters does he/she write? | 2 | 1 | 0 | ☐ |

Comments or Observations: _____

_____

| | Calculation of % Est (See Manual) | | Raw Score Calculation | | |
|---|---|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = | |
| | No. of Items Answered | B | Points Between Basal and Ceiling | | |
| | (A ÷ B) × 100 = | % Est | | wrn Raw Score | C + D |

**CONFIDENTIAL**

DAILY LIVING SKILLS DOMA

## PERSONAL

### INTERVIEW TOPICS

A  Beginning to Eat
B  Cooperating in Dressing & Washing
C  Beginning to Drink

D  Using Spoon & Fork
E  Removing Clothing
F  Toilet Training

G  Cleaning Hands & Face
H  Putting on Clothes & Shoes
I  Hygiene

J  Fastening Fasteners
K  Bathing
L  Using the Bathroom

M  Using Knives When Eating
N  Eating & Exercise Choices
O  Preparing for Weather

P  Health

**Response Options:**  2 = Usually,   1 = Sometimes,   0 = Never

A  1. Opens mouth when food is offered. | 2 1 0
☑ Score 2 if the individual did this when younger, but has now outgrown being fed.
ⓘ What does he/she do when you put some food in front of his/her mouth?

C  2. Drinks from a bottle or spill-proof drinking cup (often called a "sippy cup"); must hold the bottle or cup himself/herself. | 2 1 0
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ How much help does he/she need with a bottle or a "sippy cup?"

A  3. Sucks or chews on finger foods (for example, crackers, cookies, toast). | 2 1 0
ⓘ What about finger foods like small crackers or cookies?

A  4. Eats solid foods (for example, cooked vegetables, chopped meats). | 2 1 ?
ⓘ What about solid foods like cooked vegetables or chopped meat?

B  5. Cooperates actively in undressing and dressing (raises arms for removing top, holds out feet for putting on pants or shoes, etc.). | 2 1
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ What about undressing and getting dressed?

B  6. Cooperates actively in washing of hands and face (holds out hands, turns face toward parent or caregiver, etc.). | 2 1
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ What about when someone washes his/her hands and face?

D  7. Feeds self with a spoon; may spill. | 2 1
ⓘ How about using a spoon?

E  8. Removes shoes and socks. | 2 1
ⓘ What about shoes and socks?

C  9. Drinks from a regular cup or glass (sippy cups don't count); some spilling may occur. | 2 1
ⓘ What about a regular glass or cup?

D  10. Feeds self with a fork; may spill. | 2 1
ⓘ How about using a fork?

E  11. Removes clothing that opens in the front (for example, a coat or jacket); does not have to unbutton or unzip the clothing. | 2
ⓘ What about a jacket or something else that opens in the front?

F  12. Lets someone know when he/she has a wet or soiled diaper or pants (for example, points, vocalizes, pulls at diaper). | 2
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ What does he/she do when he/she has a wet or dirty diaper or pants?

H  13. Pulls up clothing with elastic waistbands (for example, underwear, sweatpants). | 2
ⓘ What about clothes that have elastic waistbands?

C  14. Drinks from a regular cup or glass without spilling (sippy cups don't count). | 2
ⓘ What about a regular glass or cup?

F  15. Urinates in a toilet or potty chair; parent or caregiver may initiate. | 2
ⓘ How is he/she using the toilet or a potty chair?

G  16. Washes hands using soap and water and dries them; does not need to turn the water on and off or adjust the temperature. | 2
ⓘ What about washing his/her hands?

D  17. Feeds self with a spoon without spilling. | 2
ⓘ How about using a spoon?

E  18. Removes pullover garments (for example, T-shirt, sweatshirt, dress). | 2
ⓘ What about a T-shirt or something else that he/she has to pull off over his/her head?

DAILY LIVING SKILLS DOMAIN

**Response Options:** 2 = Usually,   1 = Sometimes,   0 = Never   | Check if Est.

H 19. Puts on shoes; may be on the wrong feet and does not need to tie or fasten.
Who puts on his/her shoes?  | 2 1 0 | ☐

H 20. Puts on clothing that opens in the front (for example, a coat or jacket); does not need to zip or button.
What about a jacket or something else that opens in the front?  | 2 1 0 | ☐

F 21. Defecates in a toilet or potty chair; parent or caregiver may initiate.
How is he/she using the toilet or a potty chair?  | 2 1 0 | ☐

F 22. Is toilet-trained during the day; may require help with undressing, flushing, wiping, or washing hands, *but must initiate using the toilet.*
What happens during the day?  | 2 1 0 | ☐

H 23. Puts on pullover garments (for example, T-shirt, sweatshirt, dress).
What about a T-shirt or something else that he/she has to put on over his/her head?  | 2 1 0 | ☐

I 24. Wipes or blows nose using tissue, napkin, toilet paper, or other appropriate material.
What about wiping and blowing his/her nose?  | 2 1 0 | ☐

G 25. Washes and dries face; does not need to turn the water on and off or adjust the temperature.
What about washing his/her face?  | 2 1 0 | ☐

G 26. Wipes or cleans face and hands as needed during or after meals.
What about wiping or cleaning his/her face and hands while eating and afterwards?  | 2 1 0 | ☐

H 27. Puts clothing on with the right side forward and correct side out.
What about putting his/her clothes on with the right side forward and the correct side out?  | 2 1 0 | ☐

F 28. Is toilet-trained during the night; may require help with undressing, flushing, wiping, or washing hands, *but must initiate using the toilet.*
What about accidents during the night?  | 2 1 0 | ☐

I 29. Covers mouth and nose when coughing or sneezing.
What does he/she do when he/she coughs or sneezes?  | 2 1 0 | ☐

F 30. Uses the toilet during the day and at night without help; must wipe, flush, and wash hands by himself/herself.
How much help does he/she need?  | 2 1 0 | ☐

J 31. Fastens snaps.
What about snaps?  | 2 1 0 | ☐

I 32. Brushes teeth; must put toothpaste on toothbrush, brush adequately, and rinse.
What about brushing his/her teeth?  | 2 1 0 | ☐

J 33. Buttons large buttons, in the correct buttonholes (for example, coat buttons).
How about big buttons, like on a coat?  | 2 1 0 | ☐

I 34. Changes clothing that has become dirty, wet, muddy, or smelly.
What about changing clothes if they've gotten dirty, wet, muddy, or smelly?  | 2 1 0 | ☐

J 35. Connects and zips zippers that are not already fastened at the bottom (for example, on a coat or jacket).
What about zippers that are not already fastened at the bottom, like on a coat or jacket?  | 2 1 0 | ☐

K 36. Bathes or showers and dries self; does not need to turn the water on and off or adjust the temperature.
What about taking a bath or a shower?  | 2 1 0 | ☐

H 37. Puts shoes on the correct feet and securely ties or fastens them.
What about tying or fastening his/her shoes?  | 2 1 0 | ☐

M 38. Spreads food with a table knife (for example, butter, jam, mustard).
How does he/she use a table knife?  | 2 1 0 | ☐

J 39. Buttons small buttons, in the correct buttonholes (for example, shirt buttons).
How about small buttons, like on a shirt?  | 2 1 0 | ☐

N 40. Shows awareness that some foods are healthier than others (for example, states that fruits and vegetables are healthier than foods high in sugar or fat).
What does he/she know about healthy and unhealthy foods?  | 2 1 0 | ☐

**CONFIDENTIAL**

PERSONAL

## INTERVIEW TOPICS

| | | | | |
|---|---|---|---|---|
| A  Beginning to Eat | D  Using Spoon & Fork | G  Cleaning Hands & Face | J  Fastening Fasteners | M  Using Knives When Eating | P  Hea |
| B  Cooperating in Dressing & Washing | E  Removing Clothing | H  Putting on Clothes & Shoes | K  Bathing | N  Eating & Exercise Choices | |
| C  Beginning to Drink | F  Toilet Training | I  Hygiene | L  Using the Bathroom | O  Preparing for Weather | |

**Response Options:** 2 = *Usually*, 1 = *Sometimes*, 0 = *Nev*

L  **41.** Finds and uses an appropriate restroom when away from home.   2  1
   ⑫ What happens if he/she needs to use the bathroom away from home?

K  **42.** Turns faucets on and adjusts the water temperature.   2  1
   ⑫ What about turning faucets on and adjusting the water temperature?

O  **43.** Selects appropriate clothing during wet or cold weather (for example, raincoat, boots, sweater).   2  1
   ⑫ What kind of clothes does he/she choose if it's rainy or cold?

M  **44.** Cuts easy-to-cut food with a table knife (for example, fish, pancakes, butter).   2  1
   ⑫ How does he/she use a table knife?

N  **45.** Shows awareness that physical exercise is good for people (for example, states that exercise is healthy, that people   2  1
   should exercise, etc.).
   ⑫ What does he/she know about the health benefits of exercise?

K  **46.** Washes and rinses hair; does not need to turn the water on and off or adjust the temperature.   2  1
   ⑫ Who washes his/her hair?

N  **47.** Chooses to exercise for health and/or enjoyment.   2  1
   ⑫ How often does he/she choose to exercise on his/her own?

L  **48.** Uses the toilet before going out if uncertain about the availability of a restroom.   2
   ⑫ What about using the toilet before going out if there might not be a bathroom at his/her destination?

N  **49.** Makes healthy eating choices (eats a balanced diet, eats unhealthy foods in moderation, etc.).   2
   ⑫ How often does he/she choose to eat healthy foods?

M  **50.** Cuts harder-to-cut food with a sharp knife (for example, meat, raw vegetables).   2
   ⑫ How does he/she use a sharp knife?

O  **51.** Plans for changes in weather by taking along an umbrella, a sweater, etc.   2
   ⑫ What does he/she do to prepare for a change in the weather while he/she is out?

P  **52.** Takes own temperature when needed.   2
   ⑫ What about taking his/her own temperature?

P  **53.** Takes medicine as directed on his/her own.   2
   ⑫ What about taking medicine?

P  **54.** Goes to the doctor when needed (that is, when illness or injury requires professional care).   2
   ⑫ What happens when he/she is sick or hurt enough that he/she needs to see a doctor or nurse?

P  **55.** Monitors supply of medications (nonprescription and prescription) and replaces them as needed.   2
   ☑ If the respondent has not had the opportunity to observe this, estimate a score and check the Estimated box.
   ⑫ What about keeping track of and refilling any medicines that he/she takes?

Comments or Observations: _____

| Calculation of % Est (see Manual) | | Raw Score Calculation | |
|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = |
| | No. of Items Answered | B | Points Between Basal and Ceiling | |
| | (A + B) × 100 = | % Est | | per Raw Scor |

CONFIDENTIAL

This page intentionally left blank.

**DOMESTIC**

DAILY LIVING SKILLS DOM

INTERVIEW TOPICS

A  Beginning Home Safety
B  Cleaning Up After Self
C  Putting Clothes, etc. Where They Belong

D  Food Preparation Basics
E  Advanced Home Safety
F  Basic Household Chores

G  Cleaning Up After Meals
H  More Complex Food Preparation
I  Advanced Household Chores

**Response Options:**  2 = Usually,  1 = Sometimes,  0 = Never

| | | | |
|---|---|---|---|
| 0-2 | A | 1. Is careful around hot objects (for example, the stove or oven, an open fire).<br>① What about safety concepts like being careful around hot objects? | 2  1  0 |
| | A | 2. Is careful when using sharp objects (for example, scissors, knives).<br>① What about sharp things like knives or scissors? | 2  1  0 |
| | B | 3. Wipes up own spills; must get wiping material and clean the spill adequately.<br>① What does he/she do if he/she spills something? | 2  1  0 |
| | C | 4. Puts dirty clothes in the proper place to be washed (for example, a laundry basket or chute).<br>① What about his/her dirty clothes? | 2  1  0 |
| 1-1 | B | 5. Removes dirty shoes or wipes them on a doormat before entering a residence.<br>① What does he/she do if his/her shoes are dirty when he/she is going into someone's house? | 2  1  0 |
| | B | 6. Puts away his/her books, toys, etc. when done using them.<br>① What about after he/she is done using things like toys, books, or magazines? | 2  1  0 |
| | D | 7. Washes hands before preparing food.<br>① What about washing his/her hands before preparing food? | 2  1  0 |
| | B | 8. Fully clears own dishes, utensils, napkins, cups, etc. after eating.<br>① What about clearing his/her own dishes and things after eating? | 2  1  0 |
| | F | 9. Does at least two simple household chores (for example, dusts, empties trash cans, feeds pet).<br>① What simple chores does he/she do? | 2  1  0 |
| 3-4 | D | 10. Prepares a simple snack or meal (for example, a sandwich, cheese and crackers, microwave foods).<br>① What about preparing a simple snack or meal like a sandwich, cheese and crackers, or microwave food? | 2  1  0 |
| | E | 11. Understands what to do in dangerous situations (for example, when to get help, when to call 911, how to distance self from danger).<br>① What does he/she understand about what to do in dangerous situations, for example, when to get help or call 911? | 2  1  0 |
| | C | 12. Hangs wet towel on a towel rack or hook, or puts in the proper place to be washed.<br>① What about his/her wet towels? | 2  1  0 |
| | C | 13. Puts clean clothes away where they belong (for example, in drawers or closet, on hooks).<br>① What about his/her clean clothes after they've been washed? | 2  1  0 |
| | D | 14. Uses at least two simple kitchen appliances (for example, toaster, microwave, electric can opener).<br>① What kitchen appliances does he/she use, things like a toaster, microwave, or electric can opener? | 2  1  0 |
| | D | 15. Washes fruits and vegetables before eating or cooking them.<br>① What about washing fruits and vegetables before eating or cooking them? | 2  1  0 |
| | E | 16. Secures home against intruders when home (keeps doors locked, finds out who is at the door before opening it, etc.).<br>① What does he/she do to keep intruders out when he/she is home, things like locking the doors and asking who's at the door before opening it? | 2  1  0 |
| | D | 17. Uses at least three kitchen utensils to prepare food (for example, knives, tongs, spatula, vegetable peeler).<br>① What kitchen utensils does he/she use, things like knives, spatulas, and vegetable peelers? | 2  1  0 |
| 7-8 | E | 18. Is careful when operating household appliances or equipment (for example, vacuum cleaner, lawnmower, iron, power tools).<br>① How careful is he/she when using household appliances or equipment like a vacuum cleaner, lawnmower, iron, or power tools? | 2  1  0 |
| | D | 19. Prepares and eats leftovers.<br>① What about preparing leftovers? | 2  1 |

DOMESTIC

**DAILY LIVING SKILLS DOMAIN**

Response Options:   2 = Usually,   1 = Sometimes,   0 = Never

| | | | | Check If Est |
|---|---|---|---|---|

F  20. Uses household products correctly (for example, laundry detergent, furniture polish, glass cleaner).
    ① What about using household products like cleaners correctly?  — 2  1  0  ☐

G  21. Puts dishes away when clean and dry.
    ① What about putting away clean dishes when he/she is supposed to?  — 2  1  0  ☐

E  22. Secures home against intruders when leaving home (locks doors, closes windows, turns on alarm, etc.).
    ① What does he/she do to keep intruders out when ha/she leaves home?  — 2  1  0  ☐

G  23. Washes dishes (either by hand, or by loading and running the dishwasher when needed).
    ① What about washing dishes when he/she is supposed to?  — 2  1  0  ☐

F  24. Cleans floors thoroughly (sweeps, vacuums, mops, etc.).
    ① What about cleaning floors when he/she is supposed to?  — 2  1  0  ☐

G  25. Puts leftover food away (for example, in plastic bags or wrap, in containers).
    ① What about putting away leftover food when he/she is supposed to?  — 2  1  0  ☐

H  26. Uses the stove or oven for cooking or baking (turns burners on and off, sets oven temperature, etc.).
    ① What about using the stove or oven?  — 2  1  0  ☐

I  27. Recognizes when simple maintenance tasks need to be done and does them (for example, replaces light bulbs, batteries, filters, or vacuum cleaner bag).
    ① What about noticing when things like light bulbs or batteries need changing and doing it on his/her own?  — 2  1  0  ☐

I  28. Cleans bathroom (toilet, sink, tub or shower, etc.).
    ① What about cleaning a bathroom when he/she is supposed to?  — 2  1  0  ☐

I  29. Does laundry; must wash, dry, and fold/hang.
    ① What about doing laundry when he/she is supposed to?  — 2  1  0  ☐

H  30. Prepares a full meal consisting of three or more food items.
    ① What's an example of a big meal that he/she prepares by himself/herself?  — 2  1  0  ☐

Comments or Observations: _____

| | Calculation of % Est (see Manual) | | Raw Score Calculation | |
|---|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = | c |
| | No. of Items Answered | B | Points Between Basal and Celling | | D |
| | (A ÷ B) × 100 = | % Est | **dom** Raw Score | | c + D |

CONFIDENTIAL

**COMMUNITY**

DAILY LIVING SKILLS DOMA

**INTERVIEW TOPICS**

A  Basic Money Skills

B  Basic Safety Outside the Home

C  Telling Time

D  Basic Rights & Responsibilities

E  Calendar Basics

F  Telephone Use

G  Using Money

H  Using Technology

I  Eating Out

J  Advanced Safety Outside the Home

K  Being On Time

L  Shopping Skills

M  Achieving Goals

N  Understanding Rights

O  Traveling

P  Earning Money

Q  Managing Money

Response Options: **2** = Usually, **1** = Sometimes, **0** = Never

| | | | 2 | 1 | 0 |
|---|---|---|---|---|---|
| | F | 1. Talks to a familiar person using a phone, computer, or other electronic device; does not need to place the call.  ① How often does he/she talk with someone he/she knows? | 2 | 1 | 0 |
| 9-2 | A | 2. Understands that money is used to buy things.  ① How can you tell that he/she understands what money is used for? | 2 | 1 | 0 |
| | A | 3. Counts at least 10 objects, one by one.  ① To use money, you have to be able to count things. How many things like blocks or other objects does he/she count correctly? | 2 | 1 | 0 |
| | B | 4. Remains within safe distance of caregiver when in public places; being carried, pushed in a stroller, etc. doesn't count.  ☒ Score 2 if the individual did this when younger, but has now outgrown it.  ① What about staying within a safe distance from you when you are out in public? | 2 | 1 | 0 |
| | B | 5. Understands and follows safety precautions while riding in a car (for example, keeps seat belt on, refrains from unnecessarily distracting the driver).  ① What about staying safe in the car, for example, keeping his/her seatbelt on and not distracting the driver? | 2 | 1 | 0 |
| | C | 6. Understands that a clock is used to tell time.  ① How can you tell if he/she knows what a clock is used for? | 2 | 1 | 0 |
| | H | 7. Operates at least two technology devices for entertainment (for example, a television, DVD player, music player, handheld game, computer used for entertainment).  ① What electronic devices does he/she use for entertainment? | 2 | 1 | 0 |
| | I | 8. Uses appropriate manners when eating in public (for example, uses utensils, sits properly, doesn't disrupt others).  ① How are his/her manners when eating out? | 2 | 1 | 0 |
| | E | 9. Says all seven days of the week in order when asked.  ① If you ask him/her to say the days of the week in order, how often does he/she get it right? | 2 | 1 | 0 |
| 3-4 | B | 10. Looks both ways when crossing streets or roads.  ① What does he/she do in terms of safety when crossing streets or roads? | 2 | 1 | 0 |
| | D | 11. Respects the right to personal privacy for self and others (for example, while using the restroom or changing clothes; not opening others' mail).  ① What about people's right to privacy? | 2 | 1 | 0 |
| | A | 12. Names a penny, nickel, dime, and quarter when asked; does not need to know the value of the coins.  ① What coins does he/she identify? | 2 | 1 | 0 |
| 5 | E | 13. Says the current day of the week when asked.  ① What if you ask him/her "What day of the week is it today?" | 2 | 1 | 0 |
| | A | 14. Understands that some items cost more than others (for example, might say "I have enough money to buy stickers but not a book" or "Which pens cost less?").  ① What does he/she understand about some things costing more than others? | 2 | 1 | 0 |
| | F | 15. Knows what phone number to call in an emergency and how to make the call (for example, knows how to call 911 or an emergency contact).  ① What does he/she know about making a call in an emergency? | 2 | 1 | 0 |
| | B | 16. Obeys traffic lights and *Walk/Don't Walk* signs when crossing streets or roads.  ① What about crossing when there's a light or a *Walk/Don't Walk* sign? | 2 | 1 | 0 |
| | C | 17. Tells time using a digital clock or watch.  ① What kinds of clocks or watches can he/she tell time on? | 2 | 1 | 0 |
| | D | 18. Understands and follows community rules and laws (for example, rules and laws regarding littering, pet control, respecting others' property, etc.).  ① What about community rules and laws, like those regarding littering, pet control, and respecting others' property? | 2 | 1 | 0 |
| | F | 19. Makes calls to others using a phone, computer, or other electronic device.  ① How often does he/she call someone on his/her own? | 2 | 1 | 0 |
| | G | 20. Knows the difference between bills of different values ($1, $5, $10 bills, etc.).  ① What does he/she know about the values of different bills, for example, the difference between a one-dollar bill and a ten-dollar bill? | 2 | 1 | 0 |

**CONFIDENTIAL**

COMMUNITY

DAILY LIVING SKILLS DOMAIN

Response Options:  2 = *Usually*,  1 = *Sometimes*,  0 = *Never*

| | | | Check if Est |
|---|---|---|---|
| B 21. Understands signs or symbols used to indicate danger (for example, skull and crossbones for poison, circle with slash for "don't do"). | | | |
| ① What does he/she know about signs or symbols that are used to indicate danger, like the warning sign that's a circle with a slash through it? | 2 1 0 | ☐ |
| E 22. Identifies a specific date (either the current date or another) on a calendar when asked. | | | |
| ① What if you ask him/her to find a specific date on a calendar, like today's date or his/her birthday? | 2 1 0 | ☐ |
| G 23. Says the value of a penny (1 cent), nickel (5 cents), dime (10 cents), and quarter (25 cents) when asked. | | | |
| ① What does he/she know about how much different coins are worth? | 2 1 0 | ☐ |
| J 24. Chooses to avoid dangerous or risky activities or situations (for example, walking in an unsafe area, jumping off high places, picking up a hitchhiker). | | | |
| ① How often does he/she do something risky, like walking in an unsafe area, jumping off high places, or picking up a hitchhiker? | 2 1 0 | ☐ |
| G 25. Makes small purchases at a store (for example, candy, stickers). | | | |
| ① How often does he/she make purchases by himself/herself? | 2 1 0 | ☐ |
| G 26. Combines coins to equal a specific amount (for example, 87 cents). | | | |
| ① What if he/she needs to combine coins to equal a specific amount, 87 cents for example? | 2 1 0 | ☐ |
| J 27. Follows safety precautions in work and/or leisure activities (for example, wears safety equipment, uses caution when operating tools and machinery). | | | |
| ① What does he/she do to stay safe when working or having fun? | 2 1 0 | ☐ |
| H 28. Watches or listens to TV or radio or uses the Internet to obtain current information (for example, news, weather report, traffic conditions). | | | |
| ① How often does he/she use a technology device to get current information like news, weather, or traffic conditions? | 2 1 0 | ☐ |
| K 29. Uses a clock to keep track of when to do something (for example, watch a TV show, meet a friend). | | | |
| ① How well does he/she use a clock to keep track of when to do something? | 2 1 0 | ☐ |
| M 30. Sets a short-term goal and achieves it (for example, completes all homework by Thursday night in order to have the weekend free). | | | |
| ① What are some short-term goals that he/she has achieved recently? | 2 1 0 | ☐ |
| F 31. Finds a needed phone number (for example, uses a contact list, the Internet, a phone book, 411). | | | |
| ① What does he/she do if he/she needs to find a phone number? | 2 1 0 | ☐ |
| J 32. Keeps personal belongings secure (wallet, purse, phone, etc.) when away from home (for example, when shopping, eating out, or traveling). | | | |
| ① What does he/she do to keep his/her money, phone, and other belongings from being lost or stolen when he/she is away from home? | 2 1 0 | ☐ |
| K 33. Gets up on time when needed (for example, sets alarm, arranges to be awakened). | | | |
| ① What does he/she do when he/she needs to get up at a certain time? | 2 1 0 | ☐ |
| L 34. Carries or stores money/debit card/credit cards safely, without losing (for example, in a wallet, purse, or money belt). | | | |
| ① What does he/she do to keep his/her money, debit card, and credit cards safe when out in public? | 2 1 0 | ☐ |
| H 35. Operates technology to accomplish at least two kinds of tasks (for example, writing documents, school-related email, organizing information, finding information on the Internet). | | | |
| ① How does he/she use technology to get tasks done, such as schoolwork? | 2 1 0 | ☐ |
| N 36. Understands the right to vote. | | | |
| ① What about the right to vote? | 2 1 0 | ☐ |
| H 37. Uses at least two social interaction technologies (for example, personal email, texting, social media, Skype™; telephone calls don't count). | | | |
| ① How does he/she use technology for social purposes? | 2 1 0 | ☐ |
| L 38. Checks change to make sure it is correct after buying something. | | | |
| ① How often does he/she check his/her change after buying something to make sure it's correct? | 2 1 0 | ☐ |
| L 39. Evaluates quality and price when deciding what to buy. | | | |
| ① What factors does he/she consider in deciding what to buy? | 2 1 0 | ☐ |
| N 40. Understands the right to begin or discontinue services (for example, telephone or Internet service). | | | |
| ① What about the right to start or stop a service, for example, phone service? | 2 1 0 | ☐ |
| N 41. Understands the right to report legitimate problems with products, services, living situation, etc. | | | |
| ① What about the right to report a problem with a product, a service, or his/her living situation? | 2 1 0 | ☐ |

**COMMUNITY**

**DAILY LIVING SKILLS DO**

**INTERVIEW TOPICS**

| A Basic Money Skills | D Basic Rights & Responsibilities | G Using Money | J Advanced Safety Outside the Home | M Achieving Goals | P Earning Money |
|---|---|---|---|---|---|
| B Basic Safety Outside the Home | E Calendar Basics | H Using Technology | K Being On Time | N Understanding Rights | Q Managing Money |
| C Telling Time | F Telephone Use | I Eating Out | L Shopping Skills | O Traveling | |

**Response Options:** 2 = *Usually*, 1 = *Sometimes*, 0 = *Nev*

K 42. Notifies an appropriate person when he/she will be late or absent for school, work, an appointment, etc.
  ① What about calling in on his/her own if he/she will be late or absent for school, work, or an appointment? — 2  1

M 43. Sets a goal that can be done in six months or more and achieves it (for example, works and saves money to buy something expensive, gets in better physical shape).
  ① How about any goals that need six months or more to achieve? — 2  1

O 44. Travels at least one mile to a familiar destination when needed (using public transportation, walking, biking, driving, etc.).
  ① What about traveling to places where he/she has gone many times? — 2  1

P 45. Has worked to earn money outside the home (for example, babysitting or yard work for a neighbor, having a job).
  ☑ Score 2 for Yes or 0 for No.
  ① What has he/she done to earn money outside the home, like babysitting or yard work for a neighbor, or having a job? — 2

I 46. At a restaurant, gets seating, chooses what to order, places order, and pays for meal.
  ① What parts of eating in a restaurant does he/she do completely on his/her own, like getting a place to sit, ordering, and paying? — 2  1

N 47. Understands the right to access records and information (for example, school or medical records, credit history).
  ① What about the right to see records or other information about him/her, like school or doctor's records? — 2  1

O 48. Travels at least one mile to an unfamiliar destination when needed (using public transportation, walking, biking, driving, etc.).
  ① What about traveling to new places? — 2  1

M 49. Sets a long-range goal requiring two years or more and achieves it (for example, makes a sports or academic team, gets into college).
  ① How about any goals that need two years or more to achieve? — 2  1

O 50. Uses a city, highway, bus, or electronic map (or GPS) to figure out how to reach a destination when needed.
  ① What does he/she do to figure out how to get somewhere? — 2  1

L 51. Buys groceries and household supplies when needed.
  ① How often does he/she get groceries and household supplies? — 2  1

Q 52. Manages daily expenses responsibly (for example, meals, bus fare).
  ① What about planning for daily expenses like meals and bus fare and sticking to that plan? — 2  1

Q 53. Uses a bank account responsibly (keeps money in the account, keeps tracks of the balance, doesn't overdraw, etc.).
  ① What about using a bank account responsibly? — 2  1

P 54. Has held a job (10 hours or more a week) for at least one month.
  ☑ Score 2 for Yes or 0 for No.
  ① What's the longest he/she has held a job? — 2

Q 55. Uses a credit or debit card in his/her name responsibly (for example, does not exceed credit limit, pays on time).
  ① What about using a credit or debit card responsibly? — 2  1

Q 56. Manages monthly expenses responsibly (for example, rent, utilities).
  ① What about planning for monthly expenses like rent and utilities and sticking to that plan? — 2  1

Q 57. Pays bills on time.
  ① How often does he/she pay his/her bills on time? — 2  1

P 58. Has held the same job (10 hours or more a week) for at least one year.
  ☑ Score 2 for Yes or 0 for No.
  ① What's the longest he/she has held a job? — 2

Comments or Observations: _____

| | **Calculation of % Est** *(see Manual)* | | **Raw Score Calculation** | |
|---|---|---|---|---|
| **Office Use Only** | No. of Est | A | Highest-Numbered Basal Item | × 2 = |
| | No. of Items Answered | B | Points Between Basal and Ceiling | |
| | (A ÷ B) × 100 = | % E | | **cmm** Raw Score |

**CONFIDENTIAL**

**INTERPERSONAL RELATIONSHIPS**

**SOCIALIZATION DOMAIN**

**INTERVIEW TOPICS**

| | | |
|---|---|---|
| A  Beginning Social Behavior | D  Identifying Self & Others | G  Friendships | J  Taking Others' Perspective |
| B  Responding to Familiar People | E  Imitating Others | H  Demonstrating Caring | K  Interpersonal Flexibility |
| C  Expressing & Recognizing Emotions | F  Interpersonal Appropriateness | I  Conversational Skills | |

**Response Options:**  2 = Usually,   1 = Sometimes,   0 = Never   Check if Est.

| | | | |
|---|---|---|---|
| A | 1. Looks at the face of parent or caregiver.<br>① When does he/she look at your face? | 2 1 0 | ☐ |
| A | 2. Smiles in response to a smile or a friendly voice.<br>① What does he/she do when you smile at him/her or speak pleasantly to him/her? | 2 1 0 | ☐ |
| B | 3. Recognizes family members or other significant people.<br>① How can you tell when he/she recognizes family members or other people who he/she knows well? | 2 1 0 | ☐ |
| B | 4. Smiles or makes sounds when approached by a familiar person.<br>① What does he/she do when someone who he/she knows comes up to him/her? | 2 1 0 | ☐ |
| C | 5. Shows at least three different emotions (for example, happiness, sadness, surprise, fear).<br>① What kinds of emotions does he/she show? | 2 1 0 | ☐ |
| A | 6. Tries to interact with others (for examples, smiles or makes noises at someone, reaches for someone).<br>① How do you know if he/she wants to interact with you? | 2 1 0 | ☐ |
| B | 7. Reaches for familiar person when that person holds out arms to him/her.<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>① What does he/she do when you hold out your arms to pick him/her up? | 2 1 0 | ☐ |
| B | 8. Shows affection to familiar people (for example, touches, hugs, kisses, cuddles).<br>① How does he/she show affection to familiar people? | 2 1 0 | ☐ |
| A | 9. Shows interest in children the same age, other than brothers or sisters (for example, watches them, smiles at them).<br>① What does he/she do around other children his/her age, apart from his/her brothers or sisters? | 2 1 0 | ☐ |
| B | 10. Looks around from time to time to check that parent, caregiver, or other familiar person is nearby.<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>① How typical is it of him/her to look around from time to time to be sure that someone familiar is nearby? | 2 1 0 | ☐ |
| D | 11. Identifies self while looking at own image in mirror or photo.<br>① What does he/she do when he/she sees himself/herself in a mirror or photo? | 2 1 0 | ☐ |
| C | 12. Smiles in response to praise or compliments (for example, "Good job," "That's a nice shirt").<br>① How does he/she respond when someone praises him/her or gives him/her a compliment? | 2 1 0 | ☐ |
| E | 13. Imitates or tries to imitate parent's or caregiver's facial expressions (for example, when parent or caregiver makes a happy, sad, or surprised face).<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>① What about copying your facial expressions, for example, when you make a happy, sad, or surprised face? | 2 1 0 | ☐ |
| C | 14. Recognizes emotions in others (for example, might say "You look sad" or "Rachel is happy").<br>① How can you tell that he/she knows what other people are feeling? | 2 1 0 | ☐ |
| E | 15. Imitates relatively complex actions as they are being performed by another person (for example, shaving, putting on makeup, vacuuming, hammering nails).<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>① What about copying an activity while you or someone else is doing it, like pretending to shave, put on makeup, or vacuum? | 2 1 0 | ☐ |
| H | 16. Uses actions or words to show happiness, sympathy, or concern for others on own initiative (for example, hugs, holds hands, asks "Are you okay?").<br>① How does he/she show other people that he/she feels happy for them, sad for them, or concerned about them? | 2 1 0 | ☐ |
| G | 17. Tries to make friends with others his/her age (that is, shows particular interest in interacting with certain other children).<br>① How does he/she try to make friends with others his/her age? | 2 1 0 | ☐ |

SOCIALIZATION DOM

INTERPERSONAL RELATIONSHIP

## INTERVIEW TOPICS

A Beginning Social Behavior  
B Responding to Familiar People  
C Expressing & Recognizing Emotions  

D Identifying Self & Others  
E Imitating Others  
F Interpersonal Appropriateness  

G Friendships  
H Demonstrating Caring  
I Conversational Skills  

J Taking Others' Perspective  
K Interpersonal Flexibility  

**Response Options:** 2 = *Usually,* 1 = *Sometimes,* 0 = *Never*

| | | |
|---|---|---|
| D | 18. Says the relationship of family members to self (for example, "That's my mom," "He's my brother"); simply calling parents Mom, Dad, or equivalent doesn't count.<br>① How does he/she describe how family members are related to him/her, things like "that's my mom" or "he's my brother"? | 2 1 0 |
| C | 19. Uses words to express own emotions (for example, "I'm happy," "I'm scared," "I don't like him").<br>① What words does he/she use to show his/her emotions? | 2 1 0 |
| F | 20. Maintains culturally appropriate eye contact during social interactions.<br>① What about making proper eye contact when he/she interacts with people? | 2 1 |
| F | 21. Answers politely when familiar adults make small talk (for example, if asked "How are you?" says "I'm fine"; if told "You look nice," says "Thank you").<br>① How does he/she respond when adults who he/she knows make "chit chat" or small talk, like asking "How are you?" or saying "You look nice"? | 2 1 |
| E | 22. Imitates relatively complex actions several hours after watching someone else perform them (for example, shaving, putting on makeup, vacuuming, hammering nails).<br>☑ Score 2 if the individual did this when younger, but has now outgrown it.<br>① What about copying an activity several hours after seeing you or someone else do it, like pretending to shave, put on makeup, or vacuum? | 2 1 |
| F | 23. Speaks using a loudness, speed, and level of excitement that is appropriate for the conversation.<br>① What about adjusting his/her voice to the proper loudness, talking speed, and level of excitement for the conversation? | 2 1 |
| H | 24. Does things to try to please others on own initiative (for example, makes someone a card or gift, helps without being asked).<br>① How often does he/she do things to try to please others, like making them a card or gift or helping with something without being asked? | 2 1 |
| G | 25. Has a best friend or a few good friends.<br>☑ Score 2 for Yes or 0 for No.<br>① What about a best friend or a few really good friends? | 2 |
| F | 26. Maintains an acceptable distance between self and others in social situations (for example, does not get too close to another person when talking).<br>① What about not standing too close or too far away from other people in social situations? | 2 1 |
| G | 27. Is a good friend: Treats his/her friends fairly and with respect, is supportive, etc.<br>① How does he/she usually treat his/her friends? | 2 |
| I | 28. Talks with others about shared interests (for example, sports, TV shows, summer plans).<br>① What about talking with someone about things that they're both interested in? | 2 |
| G | 29. Maintains friendships over time (for example, has had the same good friend for over a year).<br>① How long have his/her best friendships lasted? | 2 |
| J | 30. Recognizes that the likes and dislikes of others can differ from his/her own (for example, might say "Kelly likes pizza, but I don't"; "I liked that movie, but Gretchen hated it").<br>① How well does he/she realize that other people might not like and dislike the same things that he/she does, for example, movies or kinds of food? | 2 |
| I | 31. Starts small talk when he/she meets people he/she knows (for example, says "How are you?"; "What's up?").<br>① How often does he/she start "chit chat" or small talk when seeing people who he/she knows, like asking "How are you?" | 2 |
| G | 32. Chooses friends with good qualities: Friends who treat him/her with respect, are supportive, stay out of trouble, etc.<br>① What kinds of friends does he/she usually choose in terms of how they treat him/her, if they're troublemakers, and so on? | 2 |
| I | 33. Moves easily from one topic to another in conversation when needed; does not "get stuck" on one topic.<br>① How flexible is he/she at moving from one topic to another in conversations? | 2 |

**CONFIDENTIAL**

INTERPERSONAL RELATIONSHIPS

## SOCIALIZATION DOMAIN

**Response Options:** 2 = Usually, 1 = Sometimes, 0 = Never | Check if Est

I **34.** Talks with others without interrupting or being rude.
  ⓘ What about talking with others without interrupting or being rude? | 2 1 0 | ☐

J **35.** Tells others what he/she is thinking and feeling instead of assuming that they know.
  ⓘ How often does he/she tell people what he/she is thinking and feeling, instead of assuming that they know? | 2 1 0 | ☐

I **36.** Stays on topic in conversations when needed; does not digress.
  ⓘ What about staying on topic in conversations, rather than getting off track? | 2 1 0 | ☐

H **37.** Responds positively to the good fortune of others on own initiative (for example, congratulates a friend who receives an award).
  ⓘ What does he/she do when something good has happened to someone, like when a friend gets an award? | 2 1 0 | ☐

H **38.** Gives cards and/or gifts to immediate family members on "special days" on own initiative.
  ⓘ What about giving cards or gifts to family members on special days like birthdays or holidays without being reminded or told? | 2 1 0 | ☐

K **39.** Will engage in activities suggested by friends, even if not preferred.
  ☑ If the respondent has not had the opportunity to observe this, estimate a score and check the Estimated box.
  ⓘ How often does he/she do something suggested by friends when he/she would rather do something else? | 2 1 0 | ☐

J **40.** Starts conversations with others by talking about things that interest them (for example, "Tyrone tells me you like cars").
  ⓘ How often does he/she start a conversation with someone by bringing up something that he/she knows that the other person is interested in? | 2 1 0 | ☐

K **41.** Participates in conversations on a topic not of interest to him/her.
  ⓘ What about talking with others about things that they're interested in, even though he/she really isn't? | 2 1 0 | ☐

J **42.** Responds to hints or indirect cues in conversation (for example, knows that a yawn may mean "I'm bored," an abrupt change of subject may mean "I don't want to talk about that," looking at the time may mean "I need to end this conversation").
  ⓘ When someone he/she is talking with drops a hint like yawning because they're bored, looking at the time, or changing the subject, how often does he/she get the hint and react appropriately to it? | 2 1 0 | ☐

J **43.** Provides additional explanation when needed in order for someone to follow what he/she is saying (for example, "In case you missed what I said...," "What we were talking about was...").
  ⓘ What about recognizing when someone he/she is talking with needs some background information or something explained in order to follow what's being said? | 2 1 0 | ☐

Comments or Observations: _____

| Calculation of % Est (see Manual) | | Raw Score Calculation | | |
|---|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = | C |
| | No. of Items Answered | B | Points Between Basal and Ceiling | | D |
| | (A ÷ B) × 100 = | % Est | | ipr Raw Score | C + D |

PLAY AND LEISURE

SOCIALIZATION

INTERVIEW TOPICS

| A  Beginning to Play | D  Sharing | G  Playing Games |
|---|---|---|
| B  Playing With Others | E  Responding to Social Cues | H  Doing Things With Peers |
| C  Make-Believe | F  Following Rules in Games & Sports | I  Planning Activities |

**Response Options:  2 = Usually,  1 = Sometimes,  0 =**

**A** 1. Responds when parent or caregiver is playful (for example, smiles, laughs, claps hands).
① How does he/she respond when you act playful with him/her?
2

**A** 2. Shows interest in surroundings (for example, looks or moves around, touches objects or people).
① What does he/she do that shows that he/she is interested in the things around him/her?
2

**A** 3. Plays simple interaction games with others (for example, peek-a-boo, patty-cake).
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① What about playing baby games like peek-a-boo and patty-cake?
2

**A** 4. Plays near another child, each doing different things.
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① How about playing near another child who is playing, even if they're not playing together?
2

**A** 5. Copies the play of a child playing nearby with little or no interaction between the two.
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① How about copying what a child playing nearby is doing, even though they're not really playing together?
2

**B** 6. Plays interactively with one or more children for at least 5 minutes with someone older supervising.
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① How long does he/she play interactively with one or more children when someone older is supervising?
2

**B** 7. Chooses to join other children who are playing rather than watching them or playing alone.
① When you let him/her decide, how often does he/she choose to join other children who are playing, versus just watching them or playing by himself/herself?
2

**C** 8. Uses common household objects or other objects for make-believe activities (for example, pretends a block is a car or a box is a house).
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① How about using things around the house for make-believe, like pretending a big box is a house?
2

**D** 9. Shares toys or possessions when told to do so.
① How often does he/she share when he/she is told to?
2

**E** 10. Joins in with a group when verbal cues indicate that he/she is welcome.
① What does he/she do when asked to join a group activity?
2

**B** 11. Plays interactively with one or more children for at least 30 minutes with someone older supervising.
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① How long does he/she play interactively with one or more other children when someone older is supervising?
2

**B** 12. Protects self by moving away from those who try to hurt others or destroy things (those who bite, hit, throw things, smash things, etc.).
① What does he/she do when a child nearby is acting aggressive by trying to hurt other children or destroy things?
2

**C** 13. Plays simple make-believe activities with other children (for example, plays "dress-up," pretends to be superheroes).
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① What kinds of make-believe games does he/she play with other children?
2

**G** 14. Plays with others at simple outdoor group games with no score (for example, tag, jump rope, catch).
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① What about outdoor group games where you don't keep score, like tag, jump rope, or catch?
2

**B** 15. Seeks out others for play or companionship (for example, asks others to play or spend time together).
① How often does he/she take the initiative to ask other children to play?
2

**B** 16. Plays with other children with minimal supervision.
① How about playing interactively with one or more other children without someone older supervising?
2

**F** 17. Takes turns when asked while playing games or sports.
① How often does he/she take turns when he/she is asked to?
2

**C** 18. Engages with other children in elaborate make-believe activities involving more than one role (for example, plays "school" or "restaurant," enacts a TV show or movie).
☑ Score 2 if the individual did this when younger, but has now outgrown it.
① What kinds of make-believe games does he/she play with other children?
2

**D** 19. Shares toys or possessions without having to be told to do so.
① How often does he/she share without having to be told to?
2

**CONFIDENTIAL**

PLAY AND LEISURE

SOCIALIZATION DOMAIN

Response Options: 2 = Usually, 1 = Sometimes, 0 = Never | Check if Est

E 20. Joins in with a group when nonverbal cues indicate that he/she is welcome.
ⓘ What does he/she do when a group lets him/her know without words that they want him/her to join in, like motioning "come join us" or pointing to an empty chair? — 2 1 0 ☐

F 21. Takes turns without having to be asked while playing games or sports.
ⓘ How often does he/she take turns without having to be asked? — 2 1 0 ☐

G 22. Plays with others at simple indoor or outdoor games where the players keep score (for example, tic-tac-toe, kickball, card games).
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ What about simple indoor or outdoor games where the players keep score? — 2 1 0 ☐

F 23. Follows rules in games or sports without being told to do so.
ⓘ How often does he/she follow rules in games or sports without being told to? — 2 1 0 ☐

G 24. Plays with others at simple card or board games based only on chance (for example, Candyland®, the card game "war").
☑ Score 2 if the individual did this when younger, but has now outgrown it.
ⓘ What kinds of card or board games does he/she play without anyone helping him/her? — 2 1 0 ☐

E 25. Refrains from entering a group when verbal cues indicate that he/she is not welcome.
ⓘ What does he/she do when told that he/she is not welcome to join a group activity? — 2 1 0 ☐

D 26. Asks permission before using things that belong to or are being used by another.
ⓘ How often does he/she ask permission before using something that belongs to someone else or that someone else is using? — 2 1 0 ☐

F 27. Shows good sportsmanship in games or sports: Plays fair, is not overly aggressive, congratulates winning players, does not act mean when he/she loses, etc.
ⓘ What about showing good sportsmanship, like playing fair, congratulating other players when they win, and not getting mad when he/she loses? — 2 1 0 ☐

H 28. Gets together with two or more peers at someone's home.
ⓘ How often does he/she get together with a group at someone's home? — 2 1 0 ☐

E 29. Refrains from entering a group when nonverbal cues indicate that he/she is not welcome.
☑ If the respondent has not had the opportunity to observe this, estimate a score and check the Estimated box.
ⓘ What does he/she do when a group lets him/her know without words that they don't want him/her to join in, like ignoring his/her presence? — 2 1 0 ☐

H 30. Goes places with peers during the day or evening with someone supervising (for example, shopping, a movie, a sports event).
☑ Score 2 if the individual did this when younger, but has now outgrown the need to be supervised.
ⓘ What places does he/she go with others his/her age with someone supervising, either during the day or at night? — 2 1 0 ☐

G 31. Plays with others at two or more board, card, or electronic games requiring skill and decision making (for example, Monopoly™, poker, Scrabble®, interactive video games).
ⓘ What board or card or electronic games requiring skill does he/she play without anyone helping him/her? — 2 1 0 ☐

I 32. Plans ahead to do things with peers on his/her own.
ⓘ What kinds of activities does he/she plan ahead with others his/her age? — 2 1 0 ☐

I 33. Obtains schedule information for movies, sports events, concerts, etc. (for example, looks at a newspaper or on the Internet, phones a movie theater).
ⓘ What about looking up schedule information for movies, sports events, concerts, and so on? — 2 1 0 ☐

H 34. Goes places with peers during the day without someone supervising (for example, a shopping mall, park, community center).
ⓘ What places does he/she go during the day with others his/her age without someone supervising? — 2 1 0 ☐

I 35. Plans fun activities with more than two things to be arranged (for example, birthday party, group outing).
ⓘ What about activities that require a lot of things to be planned, like a birthday party or group outing? — 2 1 0 ☐

H 36. Goes places with peers in the evening without someone supervising (for example, a concert, lecture, sports event, movie).
ⓘ What places does he/she go at night with others his/her age without someone supervising? — 2 1 0 ☐

Comments or Observations: _____

| Calculation of % Est (see Manual) | | Raw Score Calculation | |
|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = |  |
| | No. of Items Answered | B | Points Between Basal and Ceiling | | |
| | (A ÷ B) × 100 = | % Est | plus Raw Score | C + D | |

**CONFIDENTIAL**

| COPING SKILLS | SOCIALIZATION DO |
|---|---|

INTERVIEW TOPICS

| | | | | | |
|---|---|---|---|---|---|
| A | Handling Transitions | D | Asking For & Accepting Help | G | Controlling Anger | J | Making Decisions |
| B | Beginning Emotional Control | E | Adapting Behavior to the Situation | H | Obeying Time Limits |
| C | Good Manners | F | Respecting Others | I | Managing Social Risks |

Response Options:  2 = Usually,  1 = Sometimes,  0 = Nev

| | | | |
|---|---|---|---|
| ■ | B | 1. Seeks comfort from parent, caregiver, or other when hurt or upset. | 2 1 |
| | | ① What does he/she do to try to feel better when he/she gets hurt or upset? | |
| | A | 2. Looks or moves toward parent or caregiver when approached by an unfamiliar person. | 2 1 |
| | | ☒ Score 2 if the individual did this when younger, but has now outgrown it. | |
| | | ① How often does he/she look or move toward you when someone he/she doesn't know approaches? | |
| | A | 3. Separates easily from parent or caregiver when left with another person (that is, does not have a temper tantrum, sulk, etc. when parent or caregiver leaves or attempts to leave). | 2 1 |
| | | ① How often are you able to leave him/her with another person without him/her getting upset? | |
| | A | 4. Transitions easily from one activity to another. | 2 1 |
| | | ① How often is he/she able to change from one activity to another, like playtime to bath time, without getting upset? | |
| | C | 5. Responds politely when given something (that is, expresses thanks either verbally or nonverbally). | 2 1 |
| | | ① How often does he/she remember to say thank you when given something? | |
| ■ | C | 6. Is polite when asking for something (that is, uses please or an appropriate nonverbal gesture). | 2 1 |
| | | ① How often does he/she remember to say please when asking for something? | |
| | A | 7. Handles changes in routine without becoming overly distressed. | 2 1 |
| | | ① How does he/she usually react to changes in his/her everyday routine? | |
| | B | 8. Recovers quickly from a minor setback or disappointment (for example, doesn't pout for long after losing a game or not getting something that he/she wants). | 2 1 |
| | | ① How long does it usually take him/her to get over a small disappointment, like losing a game or not getting something that he/she wants? | |
| | B | 9. Uses words or gestures to express distress rather than screaming, hitting, throwing something, etc. | 2 1 |
| | | ① What about using words or gestures when he/she is upset rather than screaming, hitting, throwing something, and so on? | |
| | F | 10. Apologizes for small, unintentional mistakes (for example, burping, bumping into someone). | 2 1 |
| | | ① What does he/she do if he/she makes a small, accidental mistake like burping or bumping into someone? | |
| | C | 11. Acts appropriately when introduced to new people (for example, smiles, shakes hands, says "Happy to meet you"). | 2 1 |
| | | ① What does he/she do when introduced to someone new? | |
| | D | 12. Requests help when encountering a problem beyond own capability to solve (for example, a computer problem, fixing something). | 2 1 |
| | | ① How often does he/she ask for help when he/she can't figure out how to do something? | |
| | E | 13. Changes behavior intentionally depending on how well he/she knows another person (for example, acts more formally with someone new than with a friend or family member). | 2 1 |
| | | ① What about understanding that people are usually expected to act differently with someone they've just met than with a friend or family member? | |
| 2 | D | 14. Accepts helpful suggestions or solutions from others. | 2 1 |
| | | ① How is he/she about accepting helpful suggestions from others? | |
| | F | 15. Apologizes with sincerity after hurting another's feelings. | 2 1 |
| | | ① What does he/she do if he/she hurts someone's feelings? | |
| | E | 16. Copies appropriate behavior of others when in a new situation and unsure how to act. | 2 1 |
| | | ① What does he/she do when he/she is in a new situation where he/she is not sure how to act? | |
| 3 | F | 17. Is willing to compromise in order to get along with peers. | 2 1 |
| | | ① How often is he/she willing to compromise in order to get along with others his/her age? | |
| | G | 18. Controls anger or hurt feelings when plans change for reasons that can't be helped (for example, an event cancelled due to bad weather, a trip postponed due to car trouble). | 2 1 |
| | | ① How does he/she usually respond when plans change for reasons that can't be helped, like when something he/she is looking forward to has to be called off because of bad weather? | |
| | H | 19. Follows time limits imposed by parent or caregiver (for example, amount of time allowed to watch TV, play a game, use the Internet, or play outside). | 2 1 |
| | | ☒ Score 2 if the individual did this when younger, but has now outgrown it. | |
| | | ① When you tell him/her that he/she is only allowed to do something for a limited amount of time, how often does he/she obey that time limit without having to be reminded; for example, "You can watch TV until this show is over, then you have to turn it off"? | |

**Response Options:** 2 = Usually, 1 = Sometimes, 0 = Never | Check if Est

G 20. Understands that when someone does or says something that hurts, it may be accidental rather than intentional.

ⓘ What about understanding that when someone does or says something that hurts, it might have been an accident or mistake, and that the person may not have been trying to hurt him/her? — 2 1 0 ☐

E 21. Adjusts behavior to keep from disrupting others nearby (for example, is quiet near others who are working, listening to a show, etc.).

ⓘ What about realizing when he/she needs to adjust his/her behavior so that he/she doesn't disturb others nearby, like someone who is working or listening to a show? — 2 1 0 ☐

G 22. Controls anger or hurt feelings when he/she does not get his/her way (for example, when not allowed to watch television or attend a party, when a suggestion is rejected by a friend or supervisor).

ⓘ How does he/she usually respond when he/she doesn't get his/her way, like not being allowed to do something that he/she wants to? — 2 1 0 ☐

F 23. Keeps promises.

ⓘ How often does he/she keep his/her promises, like paying back money or returning things that he/she borrows, without having to be reminded? — 2 1 0 ☐

G 24. Controls anger or hurt feelings when given constructive criticism (for example, correction of misbehavior, discussion of a test score or grade, a performance review).

ⓘ How does he/she usually respond when someone criticizes him/her in a way that's intended to be helpful, like suggesting how to do something better next time? — 2 1 0 ☐

I 25. Understands that a friendly appearing person may actually intend harm.

ⓘ What does he/she understand about how a friendly acting person may actually want to take advantage of him/her? — 2 1 0 ☐

F 26. Respects others' time (for example, doesn't keep others waiting or interrupt others who are busy).

ⓘ What about respecting other people's time, like not keeping them waiting or interrupting them when they're busy? — 2 1 0 ☐

I 27. When possible, avoids or leaves harmful relationships or situations (for example, being bullied, coerced into breaking the law, taken advantage of sexually or financially).

☑ If the respondent has not had the opportunity to observe this, estimate a score and check the Estimated box.

ⓘ What about staying away from or leaving a relationship or situation where he/she or someone else might get hurt? — 2 1 0 ☐

I 28. Avoids being manipulated, dominated, or taken advantage of by others.

ⓘ What does he/she do to keep others from controlling or taking advantage of him/her? — 2 1 0 ☐

J 29. Thinks through the consequences of his/her actions before acting (for example, refrains from acting impulsively, considers relevant information).

ⓘ How often does he/she think through the consequences before doing something? — 2 1 0 ☐

H 30. Obeys curfews (that is, comes home when he/she is told to, during the day or at night).

☑ Score 2 if the individual did this when younger, but has now outgrown it.

ⓘ When you tell him/her that he/she needs to be home at a certain time, how often is he/she home at that time? — 2 1 0 ☐

I 31. Is aware of and uses caution when encountering risky social situations (for example, Internet solicitations, a stranger's offer of a ride or money, "binge" drinking parties, social media, personal ads).

☑ If the respondent has not had the opportunity to observe this, estimate a score and check the Estimated box.

ⓘ How is he/she at being cautious when people he/she doesn't know well try to get him/her to do something risky, either in person or through the Internet? — 2 1 0 ☐

H 32. Informs parent or caregiver about his/her plans when he/she goes out (for example, what time he/she is leaving and returning, where he/she is going).

☑ Score 2 if the individual did this when younger, but has now outgrown it.

ⓘ What about telling you about his/her plans when he/she goes out, like where he/she is going and when he/she will be home? — 2 1 0 ☐

J 33. Recognizes that advertising messages may not be accurate.

ⓘ What about understanding that the purpose of advertising is to influence our decisions, and that everything in ads isn't always totally true? — 2 1 0 ☐

| Calculation of % Est (see Manual) | | | Raw Score Calculation | | |
|---|---|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = | C |
| | No. of Items Answered | B | Points Between Basal and Ceiling | | D |
| | (A ÷ B) × 100 = | % Est | | cop Raw Score | C + D |

**CONFIDENTIAL**

## GROSS MOTOR

MOTOR SKILLS D[...]

### INTERVIEW TOPICS

| | | |
|---|---|---|
| A Sitting | D Walking | G Running | J Catching a Ball |
| B Pre-Walking Mobility | E Ball Activities | H Using Stairs | K Riding a Tricycle or Bicycle |
| C Standing | F Climbing | I Jumping & Hopping | |

Response Options: 2 = Usually, 1 = Sometimes, 0 = Ne[...]

| | | | |
|---|---|---|---|
| A | 1. Sits supported (for example, in a chair, with pillows, etc.) for at least 1 minute. | How long does he/she sit with his/her back supported, like in a chair with a back or propped up by pillows? | 2 1 |
| B | 2. Rolls over from back onto stomach. | How about rolling over from his/her back onto his/her stomach? | 2 1 |
| A | 3. Sits unsupported for at least 1 minute. | How long does ha/she sit without anything supporting his/her back? | 2 1 |
| B | 4. Moves, scoots, or crawls across the floor. ☒ Score 2 if the individual did this when younger, but has now outgrown it. | How about moving, scooting, or crawling across the floor? | 2 1 |
| A | 5. Sits unsupported for at least 10 minutes. | How long does he/she sit without anything supporting his/her back? | 2 1 |
| C | 6. Stands holding on to a stable object for at least 5 seconds. ☒ Score 2 if the individual did this when younger, but now stands without holding on to anything. | How long does he/she stand while holding on to something? | 2 1 |
| C | 7. Pulls self up to standing position. | What about pulling himself/herself up to standing? | 2 1 |
| C | 8. Stands supported with one hand and reaches for an object with the other hand without falling. ☒ Score 2 if the individual did this when younger, but now stands without holding on to anything. | What happens if he/she is standing holding on to something with one hand and reaches for something with his/her other hand? | 2 1 |
| D | 9. Takes steps while supporting self using furniture or another stable object. ☒ Score 2 if the individual did this when younger, but has now outgrown it. | What about taking steps while holding on to furniture or something else? | 2 1 |
| B | 10. Crawls up stairs. ☒ Score 2 if the individual did this when younger, but has now outgrown it. | How does he/she go up stairs? | 2 1 |
| C | 11. Stands unsupported for at least 1 minute. | How long does he/she stand without holding on to anything? | 2 1 |
| D | 12. Takes at least two steps without support. | How many steps does he/she take without holding on to anything? | 2 1 |
| C | 13. Stands unsupported and reaches for an object without falling. | What happens if he/she is standing without holding on to anything and reaches for something? | 2 1 |
| D | 14. Walks to get around; does not need to hold on to anything. | How often does he/she walk to get around rather than crawling? | 2 1 |
| F | 15. Safely climbs on and off low objects (for example, child's chair, step stool, low bench). ☒ Score 2 if the individual did this when younger, but has now outgrown it. | How about low objects like a child's chair? | 2 1 |
| B | 16. Goes down stairs by crawling backwards or scooting on bottom. ☒ Score 2 if the individual did this when younger, but has now outgrown it. | How does he/she go down stairs? | 2 1 |
| C | 17. Squats or bends down to pick up objects without falling. | What happens when he/she needs to pick up something off the ground? | 2 1 |
| E | 18. Throws a ball with one hand; accuracy not important. | How about throwing a ball with one hand? | 2 1 |
| F | 19. Safely gets on and off an adult-sized chair. | How about an adult-sized chair? | 2 1 |
| G | 20. Runs without falling; may be awkward and uncoordinated. | How smoothly does he/she run, and how often does he/she fall? | 2 1 |
| H | 21. Walks up stairs, putting both feet on each step; may use railing. ☒ Score 2 if the individual did this when younger, but has now outgrown it. | How does he/she go up stairs? | 2 1 |
| E | 22. Kicks a ball while standing; accuracy not important. | How about kicking a ball while standing? | 2 1 |

**CONFIDENTIAL**

GROSS MOTOR

MOTOR SKILLS DOMAIN

**Response Options:** 2 = *Usually*, 1 = *Sometimes*, 0 = *Never*

| | | | Check if Est |
|---|---|---|---|
| D | 23. Walks two or more blocks without having to rest or needing physical support. | | |
| | ① What about walking two or more blocks without needing to rest or be helped? | 2 1 0 | ☐ |
| H | 24. Walks down stairs, facing forward, putting both feet on each step; may use railing. | | |
| | ☑ Score 2 if the individual did this when younger, but has now outgrown it. | | |
| | ① How does he/she go down stairs? | 2 1 0 | ☐ |
| I | 25. Jumps off the ground with both feet without falling. | | |
| | ① How about jumping off the ground with both feet without falling? | 2 1 0 | ☐ |
| G | 26. Runs smoothly without falling. | | |
| | ① How smoothly does he/she run, and how often does he/she fall? | 2 1 0 | ☐ |
| F | 27. Safely climbs up and down high objects (for example, jungle gym, ladder, tree). | | |
| | ① What about high objects like a jungle gym, a ladder, or a tree? | 2 1 0 | ☐ |
| D | 28. Walks carefully on a sidewalk or road that is slippery or uneven. | | |
| | ① What does he/she do if he/she is walking outside and the sidewalk or road is slippery or uneven? | 2 1 0 | ☐ |
| I | 29. Jumps forward at least three times with both feet without falling. | | |
| | ① How many times can he/she jump forward with both feet without falling? | 2 1 0 | ☐ |
| G | 30. Runs smoothly, changing speed and direction (for example, when playing tag or sports, or chasing a pet). | | |
| | ① How about changing his/her speed and direction while running, like when playing tag or sports? | 2 1 0 | ☐ |
| J | 31. Catches a beach ball–sized ball from a distance of 2 or 3 feet. | | |
| | ① What about a beach ball–sized ball thrown from 2 or 3 feet away? | 2 1 0 | ☐ |
| H | 32. Walks up stairs, alternating feet; may use railing. | | |
| | ① How does he/she go up stairs? | 2 1 0 | ☐ |
| H | 33. Walks down stairs, alternating feet; may use railing. | | |
| | ① How does he/she go down stairs? | 2 1 0 | ☐ |
| H | 34. Climbs a flight of eight or more stairs at a normal pace; may use railing. | | |
| | ① How fast does he/she go up a flight of eight or more stairs? | 2 1 0 | ☐ |
| K | 35. Pedals a tricycle or other three-wheeled vehicle for at least 6 feet. | | |
| | ☑ Score 2 if the individual did this when younger, but has now outgrown it. | | |
| | ① How far does he/she pedal a tricycle or other three-wheeled vehicle? | 2 1 0 | ☐ |
| I | 36. Hops on one foot at least once without falling; may hold on to something for balance. | | |
| | ① How about hopping on one foot while holding on to something? | 2 1 0 | ☐ |
| K | 37. Pedals a tricycle or other three-wheeled vehicle around corners. | | |
| | ☑ Score 2 if the individual did this when younger, but has now outgrown it. | | |
| | ① What about pedaling a tricycle or other three-wheeled vehicle around corners? | 2 1 0 | ☐ |
| J | 38. Catches a beach ball–sized ball from at least 6 feet away. | | |
| | ① What about a beach ball–sized ball thrown from 6 feet away or more? | 2 1 0 | ☐ |
| I | 39. Hops forward on one foot with ease without holding on (for example, during hopscotch). | | |
| | ① How about hopping forward on one foot multiple times without holding on? | 2 1 0 | ☐ |
| J | 40. Catches a tennis- or baseball-sized ball from a distance of 2 or 3 feet, using one or both hands extended away from body. | | |
| | ① What about a tennis- or baseball-sized ball thrown from 2 or 3 feet away? | 2 1 0 | ☐ |
| K | 41. Rides a balance bike or bicycle with training wheels for at least 10 feet. | | |
| | ☑ Score 2 if the individual did this when younger, but has now outgrown it. | | |
| | ① How far does he/she ride a balance bike or a bicycle with training wheels? | 2 1 0 | ☐ |
| J | 42. Catches a tennis- or baseball-sized ball from a distance of at least 10 feet, moving to catch it if necessary. | | |
| | ① What about a tennis- or baseball-sized ball thrown from 10 feet away or more when he/she needs to move to catch it? | 2 1 0 | ☐ |
| K | 43. Rides a regular bicycle without training wheels without falling. | | |
| | ① What about riding a regular bicycle without falling? | 2 1 0 | ☐ |

| Calculation of % Est *(see Manual)* | | Raw Score Calculation | | |
|---|---|---|---|---|
| Office Use Only | No. of Est | a | Highest-Numbered Basal Item | × 2 = | c |
| | No. of Items Answered | B | Points Between Basal and Ceiling | | D |
| | (A ÷ B) × 100 = | %Est | **gmo** Raw Score | | c+D |

**CONFIDENTIAL**

## FINE MOTOR

**MOTOR SKILLS DOM**

### INTERVIEW TOPICS

| | | |
|---|---|---|
| A Beginning to Handle Objects | D Beginning Crayon/Pen Use | G Coloring | J Precise Movements |
| B Manipulating Things | E Hand Coordination | H Using Scissors | |
| C Opening Doors | F Drawing | I Tying | |

**Response Options:** 2 = Usually, 1 = Sometimes, 0 = Never

| | | | | |
|---|---|---|---|---|
| A | 1. | Reaches for a toy or object. | | 2 1 0 |
| | | ① How often does he/she reach to try to grab a toy or other object? | | |
| A | 2. | Picks up objects; may use both hands. | | 2 1 0 |
| | | ① How does he/she pick up things like a toy or a ball? | | |
| A | 3. | Moves an object from one hand to the other. | | 2 1 0 |
| | | ① What about moving an object from one hand to the other? | | |
| B | 4. | Removes an object (for example, a block or small toy) from a box or other container with no lid. | | 2 1 0 |
| | | ① How about taking something out of a box or other container? | | |
| A | 5. | Picks up small objects (no larger than 2 inches on any side) with thumb and fingers (for example, raisins, beads, small blocks). | | 2 1 0 |
| | | ① How does he/she pick up small objects? | | |
| A | 6. | Picks up a small toy or object with one hand and hands it to someone without dropping it. | | 2 1 0 |
| | | ① How does he/she pick up something small and hand it to someone? | | |
| B | 7. | Puts an object (for example, a block or small toy) into a box or other container with no lid. | | 2 1 0 |
| | | ① How about putting something into a box or other container? | | |
| D | 8. | Marks on paper with a crayon, pen, or pencil; method of grasping the crayon, pen, or pencil is not important. | | 2 1 0 |
| | | ① What about making marks on paper with a crayon, pen, or pencil? | | |
| C | 9. | Opens doors that require only pushing or pulling (for example, cabinet, refrigerator, sliding, or swinging doors). | | 2 1 0 |
| | | ① What about opening doors that only need to be pushed or pulled, like cabinet doors or sliding doors? | | |
| B | 10. | Stacks at least four small blocks or other small objects; alignment need not be perfect, but the stack must remain upright. | | 2 1 0 |
| | | ☑ Score 2 if the individual did this when younger, but has now outgrown it. | | |
| | | ① How many blocks or other small objects does he/she stack before they fall? | | |
| B | 11. | Turns book or magazine pages one by one; books with cardboard pages don't count. | | 2 1 0 |
| | | ① How about turning book or magazine pages one at a time? | | |
| E | 12. | Unwraps small objects (for example, gum or candy). | | 2 1 0 |
| | | ① How often does he/she unwrap small objects like a piece of candy or gum by himself/herself? | | |
| C | 13. | Opens doors by turning a doorknob or handle. | | 2 1 0 |
| | | ① What about opening doors by turning a doorknob or handle? | | |
| E | 14. | Uses a twisting hand–wrist motion (for example, winds up a toy or music box, screws/unscrews the lid of a jar). | | 2 1 0 |
| | | ① What about holding something in one hand and twisting with the other, like winding up a toy or music box, or unscrewing the lid of a jar? | | |
| D | 15. | Holds a crayon, pen, or pencil in proper position (that is, using a tripod grasp, not with fist) for writing or drawing. | | 2 1 0 |
| | | ① How does he/she hold a crayon, pen, or pencil? | | |
| E | 16. | Presses buttons accurately on a small keyboard or touch screen (for example, on a calculator, cell phone, or other handheld device). | | 2 1 0 |
| | | ① What about pressing buttons on a small keyboard or touchscreen, like on a cell phone or calculator? | | |
| H | 17. | Opens and closes scissors with one hand; does not have to cut with them. | | 2 1 0 |
| | | ① What about opening and closing scissors with one hand? | | |
| F | 18. | Draws a circle freehand while looking at an example. | | 2 1 0 |
| | | ① What about copying a circle? | | |
| G | 19. | Colors simple shapes or animals; more coloring is inside the lines than outside. | | 2 1 0 |
| | | ☑ Score 2 if the individual did this when younger, but has now outgrown coloring. | | |
| | | ① What kinds of things does he/she color, and how much coloring is inside the lines? | | |
| F | 20. | Draws more than one recognizable form (for example, a person, house, tree). | | 2 1 0 |
| | | ① What does he/she draw well enough that you can recognize what it is? | | |
| E | 21. | Pours liquid from one container to another with little or no spilling (for example, pouring milk or juice into a glass). | | 2 1 0 |
| | | ① What happens when he/she tries to pour liquid, like pouring milk or juice into a glass? | | |
| F | 22. | Draws a square freehand while looking at an example. | | 2 1 0 |
| | | ① What about copying a square? | | |
| H | 23. | Uses scissors to cut along a straight line across a standard sheet of paper. | | 2 1 0 |
| | | ① How far does he/she cut with scissors on a straight line across a sheet of paper? | | |

**CONFIDENTIAL**

**FINE MOTOR**

**MOTOR SKILLS DOMAIN**

Response Options: 2 = *Usually*, 1 = *Sometimes*, 0 = *Never*  | Check if Est

| | | 2 | 1 | 0 | ☐ |
|---|---|---|---|---|---|

F 24. Draws a triangle freehand while looking at an example.
① What about copying a triangle? — 2 1 0 ☐

F 25. Uses an eraser without tearing the paper.
① How about using an eraser without tearing the paper? — 2 1 0 ☐

H 26. Cuts out simple shapes (circles, squares, rectangles, etc.).
① What kinds of things does he/she cut out? — 2 1 0 ☐

G 27. Colors simple pictures with all coloring inside the lines.
☑ Score 2 if the individual did this when younger, but has now outgrown coloring.
① What kinds of things does he/she color, and how much coloring is inside the lines? — 2 1 0 ☐

G 28. Colors a full-page drawing or scene using two or more colors; all coloring is inside the lines.
☑ Score 2 if the individual did this when younger, but has now outgrown coloring.
① What kinds of things does he/she color, and how much coloring is inside the lines? — 2 1 0 ☐

F 29. Draws a straight line using a ruler or straightedge.
① What about drawing a straight line using a ruler or straightedge? — 2 1 0 ☐

I 30. Ties a knot.
① What about tying a knot without help? — 2 1 0 ☐

H 31. Cuts out complex shapes (for example, stars, animals, alphabet letters).
① What kinds of things does he/she cut out? — 2 1 0 ☐

I 32. Ties a secure bow (for example, shoe laces, gift wrapping).
① What about tying a secure bow without help, for example, shoe laces or a gift wrapping bow? — 2 1 0 ☐

J 33. Manipulates very small objects (for example, sets hands on a watch, threads a sewing needle, glues miniature model parts).
① What about working with very small objects, like setting the hands on a watch, threading a sewing needle, or gluing tiny model parts? — 2 1 0 ☐

J 34. Assembles, builds, or creates complex building toy structures, model sets, homemade jewelry, arts and crafts, etc.
① What kinds of complex building toy structures, model sets, homemade jewelry, arts and crafts, and things like that does he/she make? — 2 1 0 ☐

Comments or Observations: _____

| | Calculation of % Est *(see Manual)* | | Raw Score Calculation | | |
|---|---|---|---|---|---|
| Office Use Only | No. of Est | A | Highest-Numbered Basal Item | × 2 = | C |
| | No. of Items Answered | B | Points Between Basal and Ceiling | | D |
| | (A ÷ B) × 100 = | % Est | | fmo Raw Score | C + D |

**CONFIDENTIAL**

## MALADAPTIVE BEHAVIOR DOMAIN

Unlike the adaptive behavior items that you have just completed, the maladaptive behavior items are read directly to the respondent. Read (or paraphrase) each item as it is written, clarify if needed, and ask the respondent to tell you how often the behavior happens:

**2 = Often, 1 = Sometimes, 0 = Never**

### SUGGESTED INTRODUCTION

Say to the respondent, "We're going to finish by talking about problem behaviors that [name] may or may not be exhibiting. This time I'm going to read you a description of each behavior and ask you to tell me if it happens often, happens sometimes, or never happens."

### INTERNALIZING

**MALADAPTIVE BEHAVIOR DOMAIN**

**Response Options:  2 = Often,  1 = Sometimes,  0 = Never**

| | 2 | 1 | 0 | |
|---|---|---|---|---|
| 1. Is overly needy or dependent (for example, insists on help even when he/she does not need it, clings to parent or teacher). | 2 | 1 | 0 | |
| 2. Has eating problems (for example, overeats, refuses to eat, will only eat one or two things, hoards food). | 2 | 1 | 0 | |
| 3. Has sleep problems (for example, walks in his/her sleep, has a lot of nightmares, sleeps way more or less than others his/her age). | 2 | 1 | 0 | |
| 4. Refuses to go to school or work, or has to come home, because of worrying, sadness, nervousness, etc. | 2 | 1 | 0 | |
| 5. Is extremely anxious or nervous. | 2 | 1 | 0 | |
| 6. Cries or is sad for no clear reason. | 2 | 1 | 0 | |
| 7. Avoids interacting with others (withdraws, prefers to be alone, etc.). | 2 | 1 | 0 | |
| 8. Lacks interest in doing things that he/she enjoys or used to enjoy. | 2 | 1 | 0 | |
| 9. Is extremely fearful of one or more common objects or situations (for example, heights, snakes, elevators). | 2 | 1 | 0 | |
| 10. Worries for no clear reason. | 2 | 1 | 0 | |
| 11. Is very irritable or moody. | 2 | 1 | 0 | |
| 12. Feels helpless or hopeless (for example, says that things are bad and will never get better). | 2 | 1 | 0 | |
| 13. Complains of feeling sick, exhausted, or in pain, even though there is no medical reason. | 2 | 1 | 0 | |

**Office Use Only**    **Internalizing Raw Score**

### EXTERNALIZING

**MALADAPTIVE BEHAVIOR DOMAIN**

**Response Options:  2 = Often,  1 = Sometimes,  0 = Never**

| | 2 | 1 | 0 |
|---|---|---|---|
| 1. Has temper tantrums: Screams, cries, kicks, etc. | 2 | 1 | 0 |
| 2. Disobeys those in authority. | 2 | 1 | 0 |
| 3. Bullies others physically or with words. | 2 | 1 | 0 |
| 4. Lies, cheats, or steals. | 2 | 1 | 0 |
| 5. Is physically aggressive (for example, hits, kicks, bites). | 2 | 1 | 0 |
| 6. Is stubborn or argues. | 2 | 1 | 0 |
| 7. Is verbally abusive (that is, hurts others on purpose with insults, put-downs, etc.). | 2 | 1 | 0 |
| 8. Breaks rules or laws because of peer pressure. | 2 | 1 | 0 |
| 9. Is much more active or restless than others his/her age (for example, moves all the time, cannot sit still, fidgets). | 2 | 1 | 0 |
| 10. Takes or uses school or work property when not allowed (for example, books, office supplies). | 2 | 1 | 0 |
| 11. Destroys his/her own or someone else's possessions on purpose. | 2 | 1 | 0 |

**Office Use Only**    **Externalizing Raw Score**

**CONFIDENTIAL**

CRITICAL ITEMS

MALADAPTIVE BEHAVIOR DOMAIN

Response Options:  2 = Often,   1 = Sometimes,   0 = Never      Check If List

| | | |
|---|---|---|
| 1. Gets fixated on objects or parts of objects (for example, stares at spinning wheels or fan blades, lines up objects, flips light switches over and over). | 2  1  0 | ☐ |
| 2. Talks about hearing voices that others do not hear, or seeing things that others do not see. | 2  1  0 | ☐ |
| 3. Harms himself/herself (for example, bangs his/her head, hits or bites self, cuts self, tears at skin, pulls out his/her hair). | 2  1  0 | ☐ |
| 4. Uses strange or repetitive speech (for example, has conversations with himself/herself in public, says things that make no sense, repeats the same thing over and over). | 2  1  0 | ☐ |
| 5. Loses awareness of what is happening around him/her (for example, seems to be "in a fog," "zones out"). | 2  1  0 | ☐ |
| 6. Repeats physical movements over and over (for example, rocks back and forth, spins, flaps hands). | 2  1  0 | ☐ |
| 7. Has toileting accidents (that is, wets or soils self when not in diapers). | 2  1  0 | ☐ |
| 8. Eats non-food items such as dirt, paste, or soap. | 2  1  0 | ☐ |
| 9. Engages in compulsive behavior (for example, repeated hand washing, repeatedly checking and rechecking something, other compulsive rituals). | 2  1  0 | ☐ |
| 10. Shows far more interest in weapons or extreme violence than others his/her age. | 2  1  0 | ☐ |
| 11. Harms animals (for example, tortures or kills pets or wild animals). | 2  1  0 | ☐ |
| 12. Has beliefs that are not true (for example, believes he/she has a "true" identity or "special" powers, believes that others secretly want to cause harm). | 2  1  0 | ☐ |
| 13. Gets so fixated on a particular topic that it annoys others (for example, trains, reptiles, maps, subway systems). | 2  1  0 | ☐ |
| 14. Talks about killing himself/herself or has tried to kill self. | 2  1  0 | ☐ |
| 15. Has no response to pain (for example, does not cry or seek help when cut, bruised, or badly hurt). | 2  1  0 | ☐ |
| 16. Wanders, darts away, or takes off from home, school, or someone watching him/her without regard for safety. | 2  1  0 | ☐ |
| 17. Threatens to hurt or kill someone. | 2  1  0 | ☐ |
| 18. Is tricked by others into doing something that could seriously harm him or her, or someone else. | 2  1  0 | ☐ |
| 19. Gets fixated on a person in a way that is annoying or intrusive to that person. | 2  1  0 | ☐ |
| 20. Engages in unwanted sexual behavior (for example, unwanted comments, unwanted physical contact, exposing himself/herself, masturbating in public, having sex at school or work). | 2  1  0 | ☐ |

GENERAL COMMENTS

Use this space to record any general comments about the interview that you want included in the test record.

_____

_____

_____

_____

_____

_____

_____

_____

_____

CONFIDENTIAL

This page intentionally left blank.

**CONFIDENTIAL**

This page intentionally left blank.

CONFIDENTIAL

This page intentionally left blank.

CONFIDENTIAL

# Vineland-3

## Comprehensive Interview Form
## Score Report

Examinee's Name:

Examiner's Name:

Interview Respondent's Name:

| Calculation of Examinee's Age | | |
|---|---|---|
| Year | Month | Day |

Test Date

Birth Date

Test Age

## Score Summary

| | Raw Score | v-Scale Score | Subdomains Age Equivalent (AE) | Growth Scale Value (GSV) | % Est |
|---|---|---|---|---|---|
| Receptive (rec) | | | | | |
| Expressive (exp) | | | | | |
| Written (wrn) | | | | | |
| **COMMUNICATION (COM)** Sum of v-Scale Scores: | | 1 | | | |
| Personal (per) | | | | | |
| Domestic (dom) | | | | | |
| Community (cmm) | | | | | |
| **DAILY LIVING SKILLS (DLS)** Sum of v-Scale Scores: | | 2 | | | |
| Interpersonal Relationships (ipr) | | | | | |
| Play and Leisure (pla) | | | | | |
| Coping Skills (cop) | | | | | |
| **SOCIALIZATION (SOC)** Sum of v-Scale Scores: | | 3 | | | |
| Gross Motor (gmo) | | | | | |
| Fine Motor (fmo) | | | | | |
| **MOTOR SKILLS (MOT)** Sum of v-Scale Scores: | | 4 | | | |

### Domains and Adaptive Behavior Composite

| | Sum of v-Scale Scores | Standard Score | 85% 90% 95% Confidence Interval | Percentile Rank |
|---|---|---|---|---|
| Communication (COM) | 1 | | | |
| Daily Living Skills (DLS) | 2 | | | |
| Socialization (SOC) | 3 | | | |
| **Sum of Domain Standard Scores** | | | | |

See Table B.3 to convert to ABC

| Adaptive Behavior Composite (ABC) | | | |
|---|---|---|---|

| Motor Skills (MOT) | 4 | | | |



Subdomain v-Scale Score Profile



Domain and ABC Standard Score Profile

PEARSON

PsychCorp

CONFIDENTIAL

MALADAPTIVE BEHAVIOR

| | Raw Score | v-Scale Score | | | | | | | Critical Items (Circle all item scores of 2 or 1) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Internalizing** | | | 1. | 2 1 | 2. | 2 1 | 3. | 2 1 | 4. | 2 1 | 5. | 2 1 | 6. | 2 1 | 7. | 2 1 | 8. | 2 1 | 9. | 2 1 | 10. |
| **Externalizing** | | | 11. | 2 1 | 12. | 2 1 | 13. | 2 1 | 14. | 2 1 | 15. | 2 1 | 16. | 2 1 | 17. | 2 1 | 18. | 2 1 | 19. | 2 1 | 20. |

## STRENGTH/WEAKNESS ANALYSIS

**Domains**

| | | Standard Score (SS) | SS Minus Mean SS | .10 or .05 Critical Value | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| | COM | | + | | S or W | |
| | DLS | | + | | S or W | |
| | SOC | | + | | S or W | |
| | MOT | | = | | S or W | |

Sum of SS ÷ No. of domains (3 or 4) = Mean SS (one decimal)

Calculation of Mean Domain Standard Score

**Subdomains**

| | | v-Scale Score (vS) | vS Minus Mean vS | .10 or .05 Critical Value | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| | rec | | + | | S or W | |
| | exp | | + | | S or W | |
| | wrn | | + | | S or W | |
| | per | | + | | S or W | |
| | dom | | + | | S or W | |
| | cmm | | + | | S or W | |
| | ipr | | + | | S or W | |
| | pla | | + | | S or W | |
| | cop | | + | | S or W | |
| | gmo | | + | | S or W | |
| | fmo | | = | | S or W | |

Sum of vS ÷ No. of subdomains = Mean vS (one decimal)

Calculation of Mean Subdomain v-Scale Score

## PAIRWISE DIFFERENCE COMPARISONS

**Domain Comparisons**

| Standard Score | <, >, or = | Standard Score | Standard Score Difference | .10 or .05 Critical Value | Statistically Significant | Base Rate |
|---|---|---|---|---|---|---|
| COM | — | DLS | | | Y or N | |
| COM | — | SOC | | | Y or N | |
| DLS | — | SOC | | | Y or N | |
| COM | — | MOT | | | Y or N | |
| DLS | — | MOT | | | Y or N | |
| SOC | — | MOT | | | Y or N | |

**Subdomain Comparisons**

| v-Scale Score | <, >, or = | v-Scale Score | v-Scale Score Difference | .10 or .05 Critical Value | Statistically Significant | Base Rate |
|---|---|---|---|---|---|---|
| **Communication** | | | | | | |
| rec | — | exp | | | Y or N | |
| rec | — | wrn | | | Y or N | |
| exp | — | wrn | | | Y or N | |
| **Daily Living Skills** | | | | | | |
| per | — | dom | | | Y or N | |
| per | — | cmm | | | Y or N | |
| dom | — | cmm | | | Y or N | |
| **Socialization** | | | | | | |
| ipr | — | pla | | | Y or N | |
| ipr | — | cop | | | Y or N | |
| pla | — | cop | | | Y or N | |
| **Motor Skills** | | | | | | |
| gmo | — | fmo | | | Y or N | |
| **Across-Domain Comparisons** | | | | | | |
| | — | | | | Y or N | |
| | — | | | | Y or N | |
| | — | | | | Y or N | |

## Abbreviations

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **COM** | Communication | **DLS** | Daily Living Skills | **SOC** | Socialization | **MOT** | Motor Skills | |
| **rec** | Receptive | **per** | Personal | **ipr** | Interpersonal Relationships | **gmo** | Gross Motor | |
| **exp** | Expressive | **dom** | Domestic | **pla** | Play and Leisure | **fmo** | Fine Motor | |
| **wrn** | Written | **cmm** | Community | **cop** | Coping Skills | | | |

Copyright © 2016 NCS Pearson, Inc. All rights reserved. Printed in the United States of America.

5 6 7 8 9 10 11 12   B C D E          Product Number 31321

08   ADI-R, Form

CONFIDENTIAL

WPS Edition
Interview Protocol

# ADI-R Autism Diagnostic Interview–Revised

Ann Le Couteur, M.B.B.S., Catherine Lord, Ph.D., Michael Rutter, M.D., F.R.S.

## SUBJECT

Name/ID Number: _____

Date of Birth: _____ Chronological Age: _____ Gender: ☐ Male ☐ Female

## INFORMANT

Name: _____

Relation to Subject: _____

## INTERVIEWER

Name: _____

School/Clinic: _____ Date of Interview: _____

This Interview Protocol should be used in conjunction with the *WPS Edition ADI-R Manual* (WPS No. W-382B)



Additional copies of this booklet (W-382A) may be purchased from WPS.
Please contact us at 800/648-8857 or wpspublish.com.

W-382A

**CONFIDENTIAL**

Copyright © 2003 Western Psychological Services.
Not to be reproduced in whole or in part
without written permission of the publisher.
All rights reserved. Printed in U.S.A.

7  8  9

# CONTENTS

**Background** ........................................................................................................................... 5
    Family members/family medical and social history ............................................................ 5
    Subject's education (school and preschool) ...................................................................... 6
    Personalized timing .......................................................................................................... 6
    Diagnosis ......................................................................................................................... 6
    Medication ....................................................................................................................... 6

**Introductory Questions** ...................................................................................................... 7
    1. Current concerns ....................................................................................................... 7

**Early Development** ............................................................................................................. 9
  **Onset of Symptoms** .......................................................................................................... 9
    2. Age when parents first noticed that something was not quite right in language, relationships, or behavior ...................... 9
    3. First symptoms to arouse parental concern ............................................................... 9
    4. Onset as perceived with hindsight ............................................................................. 9
  **Motor Milestones** ............................................................................................................ 10
    5. First walked unaided ................................................................................................ 11
  **Toilet Training** ................................................................................................................. 11
    6. Acquisition of bladder control: daytime .................................................................... 12
    7. Acquisition of bladder control: nighttime .................................................................. 12
    8. Acquisition of bowel control ..................................................................................... 13

**Acquisition and Loss of Language/Other Skills** ............................................................... 14
    9. Age of first single words .......................................................................................... 15
    10. Age of first phrases ............................................................................................... 15
  **Loss of Language Skills (11-19)** ..................................................................................... 16
    11. Loss of language skills after acquisition .................................................................. 17
    12. Level of communicative language before loss .......................................................... 17
  **Type of Language Skills Lost (13-16)** ............................................................................ 18
    13. Loss of spontaneous use of at least five meaningful words ..................................... 19
    14. Loss of communicative intent ................................................................................. 19
    15. Loss of syntactical skills (grammar) ........................................................................ 19
    16. Loss of articulation (pronunciation) ........................................................................ 19
    17. Age when main loss of language skills first apparent ............................................... 19
    18. Association of loss of language skills with physical illness ........................................ 20
    19. Duration of loss of language skills ........................................................................... 20
  **General Loss of Skills (20-28)** ....................................................................................... 20
    20. Loss of skills (for at least 3 months) ...................................................................... 21
  **Type of Skills Lost (21-25)** ........................................................................................... 21
    21. Purposive hand movements ................................................................................... 22
    22. Motor skills ........................................................................................................... 22
    23. Self-help skills ....................................................................................................... 22
    24. Constructive or imaginative play ............................................................................ 22
    25. Social engagement and responsiveness .................................................................. 22
    26. Age when main loss of skill first apparent ............................................................... 22
    27. Association of loss of skills with physical illness ...................................................... 23
    28. Duration of loss of skills ......................................................................................... 23

**Language and Communication Functioning** ..................................................................... 23
    29. Comprehension of simple language ........................................................................ 24
    30. Overall level of language ........................................................................................ 24
    31. Use of other's body to communicate ...................................................................... 25
    32. Articulation/pronunciation ...................................................................................... 26
    33. Stereotyped utterances and delayed echolalia ........................................................ 27
    34. Social verbalization/chat ........................................................................................ 28
    35. Reciprocal conversation (within subject's level of language) .................................... 29
    36. Inappropriate questions or statements ................................................................... 30
    37. Pronominal reversal ............................................................................................... 31
    38. Neologisms/idiosyncratic language ........................................................................ 32
    39. Verbal rituals ......................................................................................................... 33
    40. Intonation/volume/rhythm/rate .............................................................................. 34

41. Current communicative speech ................................................................................................. 36
42. Pointing to express interest .................................................................................................... 37
43. Nodding ............................................................................................................................... 38
44. Head shaking ........................................................................................................................ 38
45. Conventional/instrumental gestures ........................................................................................ 39
46. Attention to voice ................................................................................................................ 40
47. Spontaneous imitation of actions ........................................................................................... 41
48. Imaginative play .................................................................................................................. 42
49. Imaginative play with peers ................................................................................................... 43

Social Development and Play ............................................................................................................ 44

50. Direct gaze .......................................................................................................................... 44
51. Social smiling ...................................................................................................................... 45
52. Showing and directing attention ............................................................................................. 46
53. Offering to share .................................................................................................................. 47
54. Seeking to share enjoyment with others ................................................................................... 48
55. Offering comfort .................................................................................................................. 49
56. Quality of social overtures .................................................................................................... 50
57. Range of facial expressions used to communicate ..................................................................... 51
58. Inappropriate facial expressions ............................................................................................. 52
59. Appropriateness of social responses ....................................................................................... 53
Favorite activities/toys ................................................................................................................. 54
60. Initiation of appropriate activities .......................................................................................... 55
61. Imitative social play ............................................................................................................. 56
62. Interest in children ............................................................................................................... 57
63. Response to approaches of other children ................................................................................ 58
64. Group play with peers ........................................................................................................... 59
65. Friendships ......................................................................................................................... 60
66. Social disinhibition .............................................................................................................. 61

Interests and Behaviors .................................................................................................................. 62

67. Unusual preoccupations ........................................................................................................ 62
68. Circumscribed interests ......................................................................................................... 63
69. Repetitive use of objects or interest in parts of objects ............................................................. 64
70. Compulsions/rituals .............................................................................................................. 65
71. Unusual sensory interests ...................................................................................................... 66
72. Undue general sensitivity to noise .......................................................................................... 67
73. Abnormal, idiosyncratic, negative response to specific sensory stimuli ....................................... 68
74. Difficulties with minor changes in subject's own routines or personal environment ...................... 69
75. Resistance to trivial changes in the environment ...................................................................... 70
76. Unusual attachments to objects .............................................................................................. 71
77. Hand and finger mannerisms .................................................................................................. 72
78. Other complex mannerisms or stereotyped body movements ...................................................... 73
79. Midline hand movements ....................................................................................................... 74

General Behaviors .......................................................................................................................... 75

80. Gait .................................................................................................................................... 75
81. Aggression toward caregivers or family members ...................................................................... 76
82. Aggression toward noncaregivers or nonfamily members ........................................................... 77
83. Self-injury ........................................................................................................................... 78
84. Hyperventilation .................................................................................................................. 79
85. Faints/fits/blackouts ............................................................................................................. 80
86. Age when abnormality first evident ........................................................................................ 81
87. Interviewer's judgment on age when developmental abnormalities first manifest .......................... 82
Special Isolated Skills (88-93) ....................................................................................................... 83
88. Visuospatial ability .............................................................................................................. 84
89. Memory skill ....................................................................................................................... 84
90. Musical ability ..................................................................................................................... 84
91. Drawing skill ....................................................................................................................... 84
92. Reading ability .................................................................................................................... 84
93. Computational ability ........................................................................................................... 84

Concluding Comments .................................................................................................................... 85

Overall Assessment ...................................................................................................................... 85
Interviewer's Impressions and Circumstances of Interview ................................................................. 85
Summary of Discrepancies Between Informant Description and Observer Information .............................. 85

4

**CONFIDENTIAL**

## BACKGROUND

## FAMILY MEMBERS/FAMILY MEDICAL AND SOCIAL HISTORY

NOTE THROUGHOUT ANY DISCREPANCIES BETWEEN INFORMANT'S DESCRIPTION AND OBSERVER'S KNOWLEDGE FROM OTHER SOURCES, AND SUMMARIZE AT END OF INTERVIEW. ASK QUESTIONS AS APPROPRIATE FOR RELATIONSHIP BETWEEN INFORMANT AND SUBJECT.

To begin, perhaps you could give me an idea of who's who in [subject]'s family.

Does s/he have any brothers or sisters? Could you tell me their names and ages? Do all of them have the same birth parents? Are any of them adopted or fostered? *(If either parent previously married)* Are any from a previous marriage? Does anyone else live in [subject]'s home?

Have any of the brothers or sisters been delayed in their development? or had any special problems in development for which treatment was sought?

Did either of [subject]'s parents have any developmental difficulties (or late walking or talking)? or special problems in development for which treatment was given? Is there anyone in [subject]'s extended family who has difficulties similar to those of [subject]?

| Names of Siblings | Date of Birth | Age | Sex | Relationship to Subject (biological, foster, adoptive, half sibling) | Developmental Difficulties |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

Biological mother: _____

Biological father: _____

Caregiving mother (if not birth mother): _____

Caregiving father (if not biological father): _____

BACKGROUND *(CONTINUED)*

## SUBJECT'S EDUCATION (SCHOOL AND PRESCHOOL)

THE PURPOSE OF THESE QUESTIONS IS TO PROVIDE A FRAME OF REFERENCE FOR THE ITEMS THAT FOLLOW.

**Now I'd like to ask about what sort of programs, playgroups, and schools** [subject] **has attended.**
Was this a regular playgroup or school? How long did s/he attend? Did s/he need any special help/remedial help?
Did s/he have any special problems with reading or spelling? (GO THROUGH SCHOOLS AS APPROPRIATE FOR AGE AND
OBTAIN DETAILS OF ATTAINMENTS IF APPROPRIATE.) What has s/he done since leaving school?

| School | Type | Dates attended | Additional help required |
|--------|------|----------------|--------------------------|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## PERSONALIZED TIMING

**Later on in the interview, I am going to need to ask you to focus particularly on the 12-month period between**
[subject's] **fourth and fifth birthdays. What is going to be the easiest way for you to think about that age perioc**
You've just mentioned that [subject] was attending [school] at that time; is that right? Where were you living then?
(GO THROUGH OTHER POSSIBLE PERSONALIZED TIMINGS, SUCH AS THE BIRTH OF SIBLINGS, MOVES OF HOUSE, EITHER
PARENT STARTING OR FINISHING JOBS, FAMILY DEATHS, ETC.)

## DIAGNOSIS *(no coding needed here)*

**Did anyone ever say that** [subject] **had a medical problem or give you a medical diagnosis for her/him?**
**What about hearing?** (GET DETAILS AND WRITE BELOW.)

## MEDICATION *(no coding needed here)*

**Does** [subject] **take any regular pills or medicines now?** (GET DETAILS AND WRITE BELOW.)

CONFIDENTIAL

# INTRODUCTORY QUESTIONS

THE PURPOSE OF THESE FIRST QUESTIONS IS TO PROVIDE A FRAME OF REFERENCE FOR THE ITEMS BELOW.

I'd like to start off by just getting a general picture of [subject]. Let me just briefly ask you some questions and then we can then come back to some things in more detail once I have some sense of what [subject] is like. Can you tell me a little about [subject]? How would you describe [subject's] behavior to me if I had to pick her/him out in a group of other children/young people the same age? What kinds of things does s/he do when left to her/his own devices? When is s/he at her/his best? What about the most difficult? What is [subject]'s language like?

**CONFIDENTIAL**

INTRODUCTORY QUESTIONS *(CONTINUED)*

 1. CURRENT CONCERNS *(no coding needed here)*

**Do you have any concerns about** [subject]**'s behavior or development now? What are they?**
(OBTAIN DESCRIPTION AND NOTE BELOW.)

R

**CONFIDENTIAL**

# EARLY DEVELOPMENT

Can we now go back to talk about [subject]'s early years?

## Onset of Symptoms

 **2.** AGE (IN MONTHS) WHEN PARENTS FIRST NOTICED THAT SOMETHING WAS NOT QUITE RIGHT IN LANGUAGE, RELATIONSHIPS, OR BEHAVIOR

First, I'd like to talk about [subject]'s early development.

How old was [subject] when you first wondered if there might be something not quite right with her/his development?

Code age in months, or choose one of the below codes. Try to code an actual age rather than 996, etc. Note: If parents express age in weeks, code to nearest month. If an age range is given (e.g., 3-4 months), take **midpoint** and round up to nearest month. As far as possible, try to code an actual age rather than 996, etc.

991 = parents not concerned, although child was referred by professional

992 = parents have been worried since birth (e.g., if baby premature or very ill at birth)

996 = can't recall, but before 3 years

997 = can't recall, but 3 years or later

998 = N/A

999= N/K or not asked

**3.** FIRST SYMPTOMS TO AROUSE PARENTAL CONCERN *(no coding needed here)*

What was it that gave you concern at that time? (ELICIT DETAILS OF SYMPTOMS FIRST CAUSING PARENTAL CONCERN AND NOTE BELOW.)

9

**CONFIDENTIAL**

EARLY DEVELOPMENT *(CONTINUED)*

 ONSET AS PERCEIVED WITH HINDSIGHT

THE PURPOSE OF THIS ITEM IS TO RECORD THE EARLIEST POINT IN THE CHILD'S DEVELOPMENT THAT ANYTHING UNUSUAL MAY HAVE OCCURRED, ACCORDING TO THE INFORMANT'S BEST JUDGMENT WITH HINDSIGHT.

**Looking back with hindsight, when do you think s/he first showed any problems or difficulties in development or behavior?**

**Do you think that *everything* was alright before then?**

Code informant's judgment.

0 = problems present in first 12 months

1 = problems not present before first birthday, but were noted before second birthday

2 = problems not present before second birthday, but were noted at or before third birthday

3 = problems not present before third birthday, but were noted at or before fourth birthday

4 = problems not present before fourth birthday, but were noted at or before fifth birthday

5 = problems not present before fifth birthday, but were noted at or before sixth birthday

6 = problems not present before sixth birthday, but were noted at a later date

(Specify:_____)

7 = child always "different," but differences were not perceived by parents as any kind of abnormality

8 = no problems were noted by parents

9 = N/K or not asked

**CONFIDENTIAL**

EARLY DEVELOPMENT *(CONTINUED)*

## Motor Milestones

 FIRST WALKED UNAIDED

**What about walking?**

**At what age did [subject] walk without holding on?**

(IF NOT WALKING BY 18 MONTHS – OR IF APPARENTLY DELAYED OR DEVIANT – ASK ABOUT OTHER MOTOR MILESTONES, SUCH AS AGE WHEN FIRST SAT UNAIDED ON A FLAT SURFACE. WRITE DETAILS BELOW.)

Note: Remember to take midpoint and round up to the nearest month. As far as possible, try to code actual age rather than using 996, etc.

(Code in months, normal < 18 months.)

995 = still not reached

996 = N/K, but apparently normal

997 = N/K, but apparently delayed

998 = N/A

999 = N/K or not asked

EARLY DEVELOPMENT *(CONTINUED)*

## Toilet Training

PROBE FOR THE POSSIBILITY THAT EACH SET OF HABITS MAY HAVE BEEN SUBSEQUENTLY LOST AND RELEARNED. NOTE AGES FOR BOTH, BUT CODE RELEARNING ONLY. DO NOT CODE ISOLATED ACCIDENTS WITH AN UNDERSTANDABLE EXPLANATION. (E.G., SUBJECT UNWELL, HAD A HIGH TEMPERATURE, RESPONDING TO A CHANGE OF ENVIRONMENT, OR IN ACUTE DISTRESS.)

### How has toilet training gone?

 **6.** ACQUISITION OF BLADDER CONTROL: DAYTIME

Is [subject] dry during the day?

How old was s/he when this was first achieved?

When was s/he first dry for 12 months without accidents?

Code the age (in months) of last daytime bladder accident **before** clear 12-month period; Exclude soiling accidents. Code months when milestone first reached or choose one of the below codes.

993 = successfully toilet trained for a period of 12 months, but has relapsed and now regularly wets

994 = never achieved continence

995 = still not reached, i.e., continent for period of less than 12 months

996 = N/K, but apparently normal

997 = N/K, but apparently delayed

998 = N/A

999 = N/K or not asked

**CONFIDENTIAL**

**EARLY DEVELOPMENT** *(CONTINUED)*

 **ACQUISITION OF BLADDER CONTROL: NIGHTTIME**

Is [subject] dry at night?

How old was s/he when s/he first remained dry at night?

When was s/he first dry for 12 months without an accident?

Code the age (in months) of last nighttime bladder accident **before** clear 12-month period; or choose one of the below codes. Exclude soiling accidents. Code months when milestone first reached.

993 = successfully toilet trained for a period of 12 months, but has relapsed and now regularly wets

994 = never achieved continence

995 = still not reached, i.e., continent for period of less than 12 months

996 = N/K, but apparently normal

997 = N/K, but apparently delayed

998 = N/A

999 = N/K or not asked

CONFIDENTIAL

EARLY DEVELOPMENT *(CONTINUED)*

 **ACQUISITION OF BOWEL CONTROL**

**Does [subject] soil himself/herself at all (with her/his bowel movements)?**

**How old was s/he when s/he first got full control of her/his bowels?**

**When was s/he first continent for 12 months without an accident?**

Code the age (in months) when continence achieved (i.e., before clear 12-month period following last bowel accident); or choose one of the below codes. Code accidents involving soiling or both wetting and soiling.

993 = achieved bowel control for a period of 12 months, but has relapsed and now regularly soils

994 = never achieved continence

995 = still not reached, i.e., continent for period of less than 12 months

996 = N/K, but apparently normal

997 = N/K, but apparently delayed

998 = N/A

999 = N/K or not asked

# ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS

**Now I'd like to talk about** [subject]'s **language development and the kinds of things children do before they learn to talk.**

**What is** [subject]'s **language like now? Has s/he learned to talk yet?**

(ADAPT INITIAL PROBES TO WHAT IS ALREADY KNOWN ABOUT SUBJECT'S LEVEL OF LANGUAGE, AND OBTAIN DESCRIPTIONS TO AID THE WORDING OF LATER QUESTIONS.)

 **9.** AGE OF FIRST SINGLE WORDS

"MEANINGFULLY"' REFERS TO WORDS USED REPEATEDLY AND CONSISTENTLY FOR THE PURPOSE OF COMMUNICATION WITH REFERENCE TO A PARTICULAR CONCEPT, OBJECT, OR EVENT. DO NOT CODE "MOMMY" AND "DADDY"; INCLUDE ANY OTHER **SPONTANEOUS**, PHONOLOGICALLY CONSISTENT SOUNDS THAT APPROXIMATE REAL WORDS IN LANGUAGE OF FAMILY AND ARE USED REPEATEDLY WITH MEANING.

**How old was s/he when s/he first used words meaningfully, apart from "mama" and "dada"?**

What were her/his first words?

How did s/he show that s/he knew their meaning? (GET EXAMPLES.)

Did [subject] ever use these words to refer to anything else or as sounds that didn't seem to have any specific meaning?

Code age (in months) first spoke single words; or choose one of the below codes (normal ≤ 24 months).

993 = had some words, then lost and not yet regained

994 = milestone not reached

996 = N/K, but apparently normal

997 = N/K, but apparently delayed

999 = N/K or not asked

**CONFIDENTIAL**

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(continued)*

---

 **10.** AGE OF FIRST PHRASES (IF EVER USED)

FOR THE PURPOSES OF THIS CODE, A PHRASE MUST CONSIST OF TWO WORDS, ONE OF WHICH MUST BE A VERB. DO N
CODE ATTRIBUTE-NOUN COMBINATIONS OR ECHOLALIC SPEECH OR PHRASES THAT MIGHT HAVE BEEN LEARNED AS A
WORD TO CONVEY A SINGLE MEANING (E.G., "SEE YOU" [MEANING GOOD-BYE]). NOTE THAT THIS DEFINITION DIFFEI
WHAT IS REGARDED AS VERBAL FOR ITEM 30, "OVERALL LEVEL OF LANGUAGE."

**How old was s/he when s/he first said something that involved putting words together meaningfully (i.e., using two- or three-word phrases)?**

**What did s/he say?**

What about phrases including a verb? (GET EXAMPLES.)

Code age (in months) first used phrases; or choose one of the below codes (normal ≤ 33 months).

993 = had some phrases, then lost; not yet regained

994 = milestone not reached

996 = N/K, but apparently normal

997 = N/K, but apparently delayed

999 = N/K or not asked

**CONFIDENTIAL**

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(CONTINUED)*

## Loss of Language Skills (Items 11–19)

THIS ITEM IS TO DETERMINE WHETHER, ONCE THE SUBJECT HAS DEVELOPED COMMUNICATIVE LANGUAGE, THERE WAS A DEFINITE PERIOD OF LOSS OF SKILLS THAT LASTED AT LEAST 3 MONTHS. USE THE FOLLOWING DEFINITIONS:

**LANGUAGE BEFORE LOSS:** COMMUNICATIVE USE OF AT LEAST FIVE DIFFERENT WORDS (OTHER THAN "MAMA" AND "DADA") ON A DAILY BASIS FOR AT LEAST 3 MONTHS.

**LANGUAGE LOSS:** LOSS FOR AT LEAST 3 MONTHS OF A LANGUAGE SKILL PREVIOUSLY ESTABLISHED, AS SPECIFIED ABOVE.

Were you ever concerned that [subject] might have lost language skills during the first years of her/his life?

Was there ever a time that s/he stopped speaking for some months after having learned to talk?

(IF YES) How much language did s/he have before stopping? Was s/he using at least five different words (other than "mama" or "dada") on a daily basis for as long as 3 months?

**11.** LOSS OF LANGUAGE SKILLS AFTER ACQUISITION

0 = No

1 = Yes

EVER

If answer is yes, proceed to next question (Item 12).
If answer is no, proceed to Item 20 (Page 21).

17

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(CONTINUED)*

 LEVEL OF COMMUNICATIVE LANGUAGE BEFORE LOSS

**How much language did [subject] have before losing it?**

**What was s/he able to say before the change occurred?**

(PROBE FOR NUMBER OF MEANINGFUL WORDS, EXTENT OF SPONTANEOUS USAGE, AND LEVEL OF COMMUNICATIVE USE.)

0 = daily, spontaneous, and meaningful speech used communicatively, with at least five different words used at some point before change (and any of the other skills listed below)

1 = occasional and/or fewer than five words used spontaneously and communicatively (alone or in combination with imitative abilities)

2 = produced speech or sounds upon request (may or may not have also spontaneously imitated)

3 = spontaneous imitations of vocalization (without ever having any completely spontaneous speech), with no elicited imitation or spontaneous communicative speech

8 = no change or loss

9 = N/K or not asked

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(CONTINUED)*

## Type of Language Skills Lost (Items 13–16)

FOR THE FOLLOWING ITEMS, "LOSS" REFERS TO ABILITIES THAT THE SUBJECT HAD AND THEN LOST FOR AT LEAST 3 MONTHS

**What aspects of language did** [subject] **lose?**

Did s/he stop using meaningful words spontaneously?

Did s/he stop using words to communicate with other people?

What about use of grammar?

Was her/his pronunciation of words affected?

0 = no definite loss

1 = probable loss of specified skill

2 = definite loss of specified skill

8 = insufficient language to show change specified

9 = N/K or not asked

13. LOSS OF SPONTANEOUS USE OF AT LEAST FIVE MEANINGFUL WORDS

EVER

14. LOSS OF COMMUNICATIVE INTENT

EVER

15. LOSS OF SYNTACTICAL SKILLS (GRAMMAR)

EVER

16. LOSS OF ARTICULATION (PRONUNCIATION)

EVER

**CONFIDENTIAL**

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(CONTINUED)*

 **AGE WHEN MAIN LOSS OF LANGUAGE SKILLS FIRST APPARENT**

**How old was [subject] when s/he first began to lose her/his language?**

Code age in months, or choose one of the following:

998 = no loss

999 = N/K or not asked

 ASSOCIATION OF LOSS OF LANGUAGE WITH PHYSICAL ILLNESS

**Did [subject] have any serious physical illness at the time that s/he began to lose language?**
**(IF YES, OBTAIN DETAILS.)**

0 = loss of skills, but no possibly relevant association with a definite physical illr

1 = loss associated with a definite illness (e.g., high fever with ear infection), but no clear evidence of meningeal or encephalitic involvement

2 = loss associated with impaired consciousness/epileptic attacks or other definite evidence of meningeal o encephalitic involvement

8 = no loss of skills

9 = N/K or not asked

 DURATION OF LOSS OF LANGUAGE SKILLS

**How long was it before language began to come back?**

**How long was it before s/he reached the level s/he had been at before the loss took place?**

Code in months the time from start of loss to time when previous level regained; or choose one of the following:

993 = loss still present without recovery of language functions

994 = progressive deterioration continul

998 = no loss

999 = N/K or not asked

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(CONTINUED)*

## General Loss of Skills (Items 20–28)

 LOSS OF SKILLS (FOR AT LEAST 3 MONTHS)

**SKILL LOSS:** A SKILL THAT HAD BEEN ESTABLISHED AND USED ON A DAILY BASIS FOR AT LEAST 3 MONTHS, AND WAS THEN LOST SUBSTANTIALLY OR COMPLETELY FOR AT LEAST 3 MONTHS. DO **NOT** INCLUDE: A LOSS OF BLADDER OR BOWEL CONTROL IF NOT PART OF A MORE GENERAL LOSS OF SKILLS; OR VARIATIONS IN USE OF SKILLS AT TIMES OF WORSENING BEHAVIOR IF SUBJECT CLEARLY RECOVERS (I.E., IF "LOSS" IS PART OF A MORE GENERAL PATTERN OF UPS AND DOWNS). LOSS MUST BE CONSISTENT OVER A PERIOD OF AT LEAST 3 MONTHS.

We've just talked about possible loss of language skills. I'd like to go back now to ask about possible losses in other skills. Has there ever been a period when [subject] seemed to get markedly worse or dropped further behind in her/his development?

When was this?

What skills did [subject] lose?

(IF LOSS OF LANGUAGE SKILLS) **Did** [subject] **lose these other skills at the same time as losing language?**

0 = no consistent loss of skills (although behavior may vary at times)

1 = probable loss of skill, but of a degree that falls short of specified criteria

2 = account of definite loss of skills over a period of time

9 = N/K or not asked

EVER

If loss, proceed to next question (Item 21).

If no loss of skills, code "0," "8," or "998" for Items 20 to 28 and then skip to Item 29 (Page 24).

**CONFIDENTIAL**

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(CONTINUED)*

## Type of Skills Lost (Items 21–25)

**What skills did** [subject] **lose?**
Did it affect her/his ability to look after her/himself?
Did it affect her/his play?
What about coordination? walking? ability to grip or hold objects?
What about using the bathroom? school-type skills?
(IF LOSS OF LANGUAGE SKILLS) Did [subject] lose these other skills at the same time as losing language?

Code "0"
"1" if pos
"2" if de

21. PURPOSIVE HAND MOVEMENTS
(ABILITY TO GRIP/HOLD OBJECTS)

22. MOTOR SKILLS
(POSTURE, GAIT, COORDINATION)

23. SELF-HELP SKILLS
(FEEDING, DRESS, USING THE BATHROOM ETC.)

24. CONSTRUCTIVE OR IMAGINATIVE PLAY
(PUZZLES, GAMES, MAKE-BELIEVE ETC.)

25. SOCIAL ENGAGEMENT AND RESPONSIVENESS
(SOCIAL RELATEDNESS, INTEREST, AND INVOLVEMENT)

ACQUISITION AND LOSS OF LANGUAGE/OTHER SKILLS *(CONTINUED)*

 **26.** AGE WHEN MAIN LOSS OF SKILL FIRST APPARENT

How old was s/he when the loss of this skill first became apparent?

Code age in months, or choose one of the following:

998 = no loss at either "1" or "2" level of skills

999 = N/K or not asked



 **27.** ASSOCIATION OF LOSS OF SKILLS WITH PHYSICAL ILLNESS

Did [subject] have any serious physical illness at the time this change occurred? (IF YES, OBTAIN DETAILS.)

0 = loss of skills, but no possibly relevant association with a definite physical illness

1 = loss associated with definite illness (e.g., high fever with ear infection), but no clear evidence of meningeal or encephalitic involvement

2 = loss associated with impaired consciousness/epileptic attacks or other definite evidence of meningeal or encephalitic involvement

8 = no loss of skills

9 = N/K or not asked

EVI

 **28.** DURATION OF LOSS OF SKILLS

How long was it before [subject]'s skills began to come back?

How long was it before s/he reached the level s/he had been at before the loss took place?

Code in months the time from start of loss to time previous level regained; or choose one of the following:

993 = loss still present

994 = progressive deterioration continuing

998 = no loss

999 = N/K or not asked



CONFIDENTIAL

# LANGUAGE AND COMMUNICATION FUNCTIONING

Now let's come back to [subject]'s language and communication. Let me begin with what her/ understanding of language is like now.

 **29.** COMPREHENSION OF SIMPLE LANGUAGE

THIS IS A SUMMARY CODE THAT DEALS WITH THE SUBJECT'S UNDERSTANDING OF SPOKEN LANGUAGE WHEN THERE IS AN ABSENCE OF OTHER CUES SUCH AS THOSE THAT MIGHT BE PROVIDED BY GESTURE, POINTING, OR CONTEXT.

How much language do you think [subject] understands if you don't gesture?

What about when s/he can't tell from the situation what is going to happen? For example, can you send her/him into another room to get something like her/his shoes or blanket?

What about your purse or a book?

Could you ask her/him to put them somewhere, other than the usual place?

Could s/he deliver a simple message?

Could s/he follow an instruction with an "if" and a "then"?

Does s/he understand if you say "no" without gesturing or raising your voice?

How about "yes" or "okay"?

How about names of favorite foods or toys or people in your family?

Do you think s/he understands 10 words? 50?

What about at age 4 to 5?

0 = in response to a request can usually perform an unexpected action with an unexpected object; or could place an object, other than something to be used by self (such as boots or a toy), in an unexpected location in a different room ("Put the keys on the kitchen table")

1 = in response to a request can usually get an object, other than something for self or something highly contextualized, from another room ("Get the keys from the kitchen table"), but usually cannot carry out a new action on this object or put it in a "new" place

2 = understands many words (more than 50), including "yes" and names of familiar people, toys, or foods, but does not meet criteria for "0" or "1"

3 = understands fewer than 50 words, but some comprehension of "no" and names of a few favorite objects, foods, or people, or words within familiar routines

4 = little or no comprehension of words, even in context

8 = N/A (e.g., deaf)

9 = N/K or not asked

**CONFIDENTIAL**

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **30.** OVERALL LEVEL OF LANGUAGE

THIS IS A SUMMARY CODE CONCERNING WHETHER SUBJECT USES AT LEAST THREE WORD PHRASES; THIS INCLUDES SPONTANEOUS SPEECH OR ECHOED OR STEREOTYPED SPEECH IF THEY ARE USED FUNCTIONALLY.

> **How much speech does [subject] have now?**
>
> Does s/he have phrases with at least three words that s/he uses every day?
>
> Do they ever include verbs?
>
> Do other people understand? If not, does s/he have single words that are used on a daily basis? How many?

0 = functional use of spontaneous, echoed, or stereotyped language that, on a daily basis, involves phrases of three words or more that at least sometimes include a verb and are comprehensible to other people

1 = no functional use of three-word phrases in spontaneous, echoed, or stereotyped speech, but uses speech on a daily basis with at least five different words in the last month

2 = fewer than five words total or speech not used on a daily basis

CURRENT ☐

If code "1" or "2," and subject never had speech at level "0" (or had lost it by age 4 to 5 years), ask next question (Item 31), then skip to Item 42 (Page 37). Code "8" for all categories in Items 32 to 41 (Pages 27 to 36).

If code "1" or "2," but did have speech at level "0" at age 4 to 5 years, do not skip Items 32 to 41. Code these "8" for "current" and as appropriate for 4 to 5 years or "ever."

**CONFIDENTIAL**

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

##  31. USE OF OTHER'S BODY TO COMMUNICATE

THE EMPHASIS IS ON THE ABNORMAL USE OF ANOTHER PERSON AS A KIND OF EXTENSION OF THE SUBJECT'S ARM BODY. FOR EXAMPLE, THE USE OF ANOTHER PERSON'S HAND TO POINT, TOUCH AN OBJECT, OR PERFORM A TASK TURNING A DOOR KNOB TO OPEN A DOOR, UNSCREWING A BOTTLE TOP, OR MANIPULATING A ZIPPER OR BUTTONS BEHAVIOR WILL PROBABLY TAKE PLACE WITHOUT ANY PRIOR ATTEMPT TO COMMUNICATE THE NEED OR REQUEST, MEANS OF USING OTHER SOUNDS OR GESTURES. THUS, THE PHYSICAL CONTACT IS NOT TO INITIATE A SOCIAL AF BUT RATHER TO FACILITATE THE COMPLETION OF THE TASK.

**Now let me focus on the time when [subject] had very little speech.**

**How did s/he let you know s/he wanted something then?**

**Did s/he ever show you what s/he wanted by taking your hand or wrist or some other part of your body?**

What exactly did s/he do?

What did s/he do when you were brought to the object wanted?

Did s/he ever use your hand as if it were a tool or an extension of her/his own arm (such as pointing with your hand or getting your hand to turn a door knob)?

Did s/he look at you when doing this?

Did s/he combine taking your hand with trying to communicate with sounds or words?

When did s/he do this?

Did s/he try to communicate first by sounds or gesture?

**Does s/he ever take your hand or wrist like this now?** (GET DETAILS SUFFICIENT FOR CODING.)

0 = no use of other's body to communicate, except in situations where other strategies have not worked (e.g., when parent conversing with someone and subject cannot get her/his attention), or when taking someone's hand to lead them places

1 = occasional placement of other's hand on objects or use of other's hand as a tool or to point, but some combination with other modes of communication

2 = occasional placement of other's hand or use of other's hand as a tool or to demonstrate "for" the subject without integration with other modes of communication

3 = regular use of other's hand as a tool or to gesture "for" the subject

8 = little or no spontaneous communication

9 = N/K or not asked

**CONFIDENTIAL**

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

## Items 32 to 41 apply only to verbal subjects

 **32.** ARTICULATION/PRONUNCIATION

CODE ONLY FOR SUBJECTS AGED 4 YEARS OR OLDER. ARTICULATION REFERS TO THE ENUNCIATION OF THE SOUNDS OF LANGU

Let me now come back to [subject]'s talking now.

**What is her/his pronunciation like?**

Are there any words or sounds s/he doesn't get quite right? What are they?

**Do other people understand her/him easily?**

**What about people outside the family?**

**What was her/his articulation like when s/he reached her/his fifth birthday?**

**What errors did s/he make at age 5?** (NOTE EXAMPLES.)

**Could a stranger understand her/him at age 5?** (GET DETAILS OF DIFFICULTIES WITH ARTICULATION.)

0 = understood by anybody (i.e., clear enunciation of most sounds, but may include a few consonant omissions or substitutions)

1 = understood better by family than others because of difficulty with some sounds, but mostly comprehensible to strangers at first encounter

2 = definite articulation difficulties such that some words are very difficult for strangers to understand until they get to know her/him

3 = strangers find speech almost impossible to understand or parents have significant difficulties understanding because of articulation

8 = N/A: no speech or subject below age 4.0 years

9 = N/K or not asked

CURRE
(4.0 or o

AT 5.0 YI

27

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 STEREOTYPED UTTERANCES AND DELAYED ECHOLALIA

THESE ARE DEFINED AS THE NONHALLUCINATORY USE OF REPETITIVE SPEECH PATTERNS THAT ARE CLEARLY ODD TERMS OF EITHER STEREOTYPED CONTENT, OR THEIR NONSOCIAL USAGE, OR BOTH. THESE INCLUDE PHRASES THA INTERSPERSED INTO MORE NORMAL SPEECH; SELF-COMMENTARY ON THE PERSON'S OWN ACTIONS; A REPETITIVE R EMOTIVE OR UPSETTING INTERCHANGES; OR ROUTINIZED PHRASES USED OUT OF APPROPRIATE CONTEXT. DO NOT THE REPETITIONS THAT OFTEN OCCUR WITH NORMALLY DEVELOPING CHILDREN AS PART OF PLAY WHEN PHRASE S JUST BECOMING WELL ESTABLISHED, OR FOR REASSURANCE.

Has s/he ever tended to use rather odd phrases or say the same thing over and over in almost exactly the same way? That is, either phrases s/he has heard other people use or ones s/he has made up (e.g., "It's bad to bite your wrist"; "Does this look like a traffic light?"; "Say it's alright now").

Does s/he tend to talk to her/himself in this way when doing something on her/his own, or when upset about something that has happened during the day?

Does s/he use the phrase appropriately or not to mean anything in particular or as part of a conversation with her/himself?

Can you give me some examples?

What about when s/he was younger?

Does s/he ever give a running commentary on what s/he is doing?

Did s/he ever use odd phrases more often than s/he does now?

0 = rarely or never uses stereotyped phrases

1 = speech tends/tended to be more repetitive than most subjects at the same level of complexity, but not stereotyped in an odd or unusual way; or occasional stereotyped utterances, but consistent productive language as well

2 = often uses/used stereotyped utterances with productive language as well

3 = phrases are almost exclusively stereotyped utterances

8 = N/A; no phrases (code "1" or "2" on Item 30)

9 = N/K or not asked

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **34.** SOCIAL VERBALIZATION/CHAT

THE EMPHASIS IN DEFINING SOCIAL VERBALIZATION/CHAT IS ON WHETHER OR NOT SPEECH IS USED JUST TO BE
FRIENDLY OR SOCIAL RATHER THAN TO EXPRESS NEEDS OR GIVE SOME INFORMATION. THE FOCUS OF THIS QUESTION
IS SOCIAL APPROACH, NOT SOCIAL RECIPROCITY, WHICH IS DEALT WITH IN ITEM 35.

When people talk, sometimes it is to get something
or find out about something, but sometimes the
purpose seems mainly just to be with someone –
sort of "small talk" – such as saying "It never
stops raining," "The telephone is ringing again!"
or "You are very busy today." Would [subject] ever
talk with you just to participate in some form of
language interchange?

What about when s/he was younger (but using
phrases)?

0 = verbalizes or chats with clear
social quality of talking to be
friendly or to express interest,
rather than to make needs
known

1 = some social use of speech in
response to caregiver or to
get attention with no other
obvious motivation, but
limited in frequency or range
of contexts

2 = uses some speech to alert
caregiver to immediate needs
or wants, but little or no
purely social use of
verbalization

B = N/A (code "1" or "2" on
Item 30)

9 = N/K or not asked

CURR

EVE
(when v

39

**CONFIDENTIAL**

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **35.** RECIPROCAL CONVERSATION (WITHIN SUBJECT'S LEVEL OF LANGUAGE)

THE EMPHASIS OF THIS ITEM IS ON THE ABILITY TO FACILITATE THE FLOW OF CONVERSATION
(I.E., TO BUILD ON THE **OTHER PERSON'S** RESPONSES RATHER THAN THE SUBJECT'S ABILITY TO TALK/CHAT)

**Can you have a conversation with** [subject]?
**That is, if you say something to her/him, without
asking a direct question, what will** [subject]
**usually do?**

Will s/he say something?

Will s/he ever ask you a question or build on what **you**
have said in such a way that s/he adds something new
to what you have said, so that the conversation will
continue? In other words, will s/he converse to-and-fro
on topics that you have introduced?

Can s/he also bring up appropriate topics?

**What about when s/he was younger (but using
phrases)?**

0 = conversation flows, including
both offering information and
building on other person's
response in a manner that
leads to ongoing dialogue

1 = occasional reciprocal
conversation, but less
frequent than normal or
limited in flexibility or topics

2 = little or no reciprocal
conversation; others find it
difficult to build a
conversation even if there is
apparent positive or social
talk by subject; subject fails
to follow anyone else's
conversation topic; may ask or
answer questions but not as
part of a single interchange

3 = very little spontaneous speech

8 = N/A (code "1" or "2" on item
30)

9 = N/K or not asked

30

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

---

 **36.** INAPPROPRIATE QUESTIONS OR STATEMENTS

THE FOCUS IS ON SOCIALLY INAPPROPRIATE UTTERANCES THAT REFLECT A LACK OF UNDERSTANDING OR A DISREGARD
OF THE SOCIAL IMPACT OF SUCH COMMENTS. THESE MAY CONSIST OF UTTERANCES THAT ARE INTRINSICALLY ODD
(E.G., "HOW TALL WAS MR. BROWN WHEN HE WAS 2?"), OR UTTERANCES THAT ARE INAPPROPRIATE BECAUSE OF THEIR
PERSONAL NATURE OR IN RELATION TO THE SITUATION. REPETITION MAY CONTRIBUTE TO THE ODDNESS BUT IT IS NOT
SUFFICIENT IN ITSELF.

**Are there times when** [subject] **uses socially
inappropriate questions or statements?**
For example, does s/he regularly ask personal questions
or make personal comments at awkward times?
(GET EXAMPLES.)

**Was this ever a problem in the past?**

0 = no or very rare use of
questions/statements
inappropriate to
conversation or setting

CURI

1 = use of some
questions/statements
regardless of situation;
questions or statements are
slightly inappropriate and
may be repetitious, but are
not usually very odd or
highly embarrassing

EV

2 = frequent use of
questions/statements that
are odd or obviously
inappropriate to the
situation

8 = N/A (code "1" or "2" on
Item 30)

9 = N/K or not asked

**CONFIDENTIAL**

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **37.** PRONOMINAL REVERSAL

THE EMPHASIS IS ON THE CONSISTENT ABNORMAL CONFUSION OF PRONOUNS BETWEEN FIRST AND SECOND OR THIRD PERSON. IT DOES NOT INCLUDE "I/ME" CONFUSION AS THIS IS OFTEN A SUBCULTURALLY ACCEPTABLE US

Has [subject] ever got her/his personal pronouns the wrong way round? For example, has [subject] ever mixed up "you" and "I"?

What about saying "he" or "she" instead of "I"? For example, saying *"You* want a drink" instead of *"I* want a drink" or "He is hungry" instead of "I am hungry." (NOTE EXAMPLES.)

(IF YES) When using "you" or "s/he" instead of "I," how does s/he say it? For example, does her/his statement have the intonation of a question?

What about when [subject] was younger?

0 → no confusion between 1st and 2nd or 3rd person after phrase speech with pronoun use established

1 = refers/referred to self by name instead of "I" after phrase speech established, but no persistent "you/s/he-I" confusion

2 = "you/I" or "s/he/I" confusion after phrase speech established, but "you" or "s/he" not used with intonation of a question

3 → pronominal confusion when asking a question in which "you" or "s/he" is used for "I"

7 = other types of pronominal confusion (other than "I/me"), such as "he/you"

8 = N/A (code "1" or "2" on Item 30 or no pronouns used)

9 = N/K or not asked

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

##  38. NEOLOGISMS/IDIOSYNCRATIC LANGUAGE

NEOLOGISMS MUST BE NONWORDS AND OBVIOUSLY PECULIAR (E.G., "PLIN" FOR A FREE-FALLING PIECE OF PAPER OR FABR
OR "MASHUDA" FOR TRIANGLES.) IDIOSYNCRATIC LANGUAGE REFERS TO REAL WORDS AND/OR PHRASES USED OR COMBIN!
BY THE SUBJECT IN A WAY THAT S/HE COULD NOT HAVE HEARD. THESE ARE USED TO CONVEY **SPECIFIC MEANINGS**; THEY
*DO NOT* INCLUDE CONVENTIONAL METAPHORS. DIFFERENTIATE UNUSUAL OR TRULY IDIOSYNCRATIC USAGES FROM ORDINAR
CHILDISH REFERENCES TO OBJECTS ACCORDING TO THEIR FUNCTION OR AS PART OF A SHARED GAME OR JOKE.

**Does s/he ever use words that s/he seems to have invented or made up?**

**Does [subject] ever put things in odd, indirect ways, or have idiosyncratic ways of saying things, such as saying "hot rain" for "steam" or referring to her/his grandmother by her age?**

Would s/he ever take this one step further and refer to other women as "55"? Can you give me some examples?

**Did s/he ever use these sorts of odd words or phrases in the past?**
(GET EXAMPLES AND PROMPT AS NECESSARY.)

0 = no use of neologisms or idiosyncratic language

1 = occasional use of neologisms and/or idiosyncratic words and phrases used consistently over a period of time

2 = regular use of neologisms and/or idiosyncratic ways of saying things, including generalization of unusual term to reference beyond the example that may have fostered the initial idiosyncratic word or phrase

8 = N/A (code "1" or "2" on Item 30)

9 = N/K or not asked

CURR

EVI

33

**CONFIDENTIAL**

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

## 39. VERBAL RITUALS

WHEN DECIDING WHETHER VERBAL RITUALS ARE PRESENT, FOCUS ON THE DEGREE OF PREDICTABILITY OF THE CONTEXT AND SEQUENCE, AS WELL AS ON THE COMPULSIVE QUALITY OF THE SPEECH. THE EMPHASIS IS ON THE FIXED SEQUENCES OF UTTERANCES THAT ARE SAID AS IF THE SUBJECT FEELS PRESSURE TO COMPLETE THEM IN A PARTICULAR ORDER. THE SUBJECT IS IMPOSING AN ORDER ON WHAT S/HE SAYS AND MAY, IN ADDITION, POSE SIMILAR RESTRICTIONS ON THE VER RESPONSES/UTTERANCES OF OTHERS. EXCLUDE VERBAL RITUALS THAT OCCUR **SOLELY** AS PART OF A BEDTIME ROUTINE.

Does s/he ever say the same thing over and over in exactly the same way or insist on you saying the same things over and over again?

Does s/he ever keep saying the same thing until you reply in a certain way?

What happens if you interrupt her/him or refuse to comply?

Was this ever a problem in the past? (GET DETAILS.)

0 = no verbal rituals

1 = tendency to say things in ritualized way or to require others to do so, but no indication that this is compulsive, and readily stops if asked to do so

2 = subject has to say one or more things in a special way; rituals may intrude on family life, may involve other family members and some distress at interruption, or may cause some disturbance or minor reorganization of family life that can be tolerated by most families

3 = as for "2," but with marked difficulty to control and marked intrusiveness on family life; family members involved to a degree that causes definite social impairment, disruption, or prevention of some family activities; serious distress at any attempted interruption

8 = N/A (code "1" or "2" on item 30)

9 = N/K or not asked

CUR

EV

34

CONFIDENTIAL

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

##  40. INTONATION/VOLUME/RHYTHM/RATE

THIS ITEM REFERS TO UNUSUAL QUALITIES OF PROSODY OR THE PARALINGUISTIC SIGNS OF THE SUBJECT'S SPEECH EVIDENCED IN INTONATION, VOLUME, RHYTHM, OR RATE. DO NOT CODE USE OF COLLOQUIAL PHRASES OR INVERSIONS AS

**Is there anything unusual about the way [subject] speaks? That is, is her/his speech of normal volume or is it consistently too loud or too quiet?**

**What about the rate and rhythm of her/his speech?**

**What about the intonation or pitch?**

Does s/he ever repeat whole sentences or monologues in exactly the same tone of voice in which s/he first heard them? (GET DETAILS.)

**What about in the past?**

0 = normal, appropriately varying intonation, reasonable volume, and normal rate of speech, with regular rhythm coordinated with breathing

1 = speech that shows one or other of the abnormalities listed under "2," but not obviously peculiar and no interference with intelligibility

2 = speech that is clearly abnormal in terms of any or all of the following: (a) odd intonation or inappropriate pitch and stress; (b) markedly flat and toneless or mechanical speech; (c) consistently abnormal volume that lacks modulation; (d) inappropriate, poorly modulated rate or rhythm (either unusually slow or halting or unusually rapid or jerky) to a degree that creates **some** interference with intelligibility

3 = speech that is frequently obviously peculiar or difficult to understand because of abnormalities of type specified under "2"

7 = stutter or stammer; abnormal intonation due to severe hearing impairment; or intonation abnormality due to neurological disorder causing motor dysfunction

8 = N/A (code "1" or "2" on Item 30)

9 = N/K or not asked

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

## 41. CURRENT COMMUNICATIVE SPEECH

THIS ITEM REFERS TO SEMANTIC AND GRAMMATICAL COMPLEXITY WITHIN A SENTENCE IN NONECHOED UTTERANCES.
THIS IS A SUMMARY CODE TO ASSESS HOW WELL THE SUBJECT USES HER/HIS LANGUAGE TO COMMUNICATE.

### How does [subject] now use the words s/he has?

(IT IS OFTEN HELPFUL TO ASK PARENTS/INFORMANTS TO
RECALL A PARTICULAR CONVERSATION WITH THE SUBJECT,
SUCH AS ONE TAKING PLACE ON THE WAY TO THE
APPOINTMENT OR DURING A RECENT MEAL.)

In what sort of situation does s/he talk the most?

Does s/he call you by name or use words to direct your
attention? (GET EXAMPLES OF COMMUNICATIVE USE OF
WORDS.)

Does s/he ever tell you about things that are not present
(e.g., about something that happened a while ago or
something s/he is looking forward to)?

### What about when s/he was 5 years of age?

0 = speech, at whatever level attained,
used frequently and communicatively
in a variety of contexts, including
some reference to events not present
(Do not include requests here)

1 = some communicative use of words
(i.e., words used regularly to
communicate, with or without an
abnormal element), but somewhat
restricted in frequency or contexts

2 = some spontaneous words and/or
echolalic language, but with
limited communicative use

3 = little or no communicative
language (including exclusively
non-communicative echolalia),
though subject has some language

8 = N/A (code "1" or "2" on Item 30,
or under 5 years of age for 5.0 year
coding)

9 = N/K or not asked

CURREI

AT 5.0
YEARS

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

---

**Items 42 onwards apply to both verbal and nonverbal subjects.**

 **42. POINTING TO EXPRESS INTEREST**

THIS ITEM IS STRICTLY CONCERNED WITH UNPROMPTED POINTING THAT IS USED AS A SPONTANEOUS COMMUNICATION TO
EXPRESS INTEREST OR TO SHOW SOMETHING AT A DISTANCE, RATHER THAN AS A MEANS OF OBTAINING SOME OBJECT.
POINTING MUST BE SOCIAL AND IT MUST BE INITIATED BY THE SUBJECT. FURTHERMORE, THE POINTING MUST BE AT OBJECTS
THAT ARE WITHIN SIGHT BUT THAT ARE SOME DISTANCE AWAY. POINTING AT BOOKS, OR POINTING AS A LEARNED RESPONSE
TO QUESTIONS, IS EXPLICITLY EXCLUDED FROM THIS ITEM. ALSO EXCLUDED IS POINTING THAT IS USED AS A MEANS OF
OBTAINING SOME OBJECT. IN ORDER FOR THE POINTING TO BE CODED "0" IT MUST INVOLVE COORDINATED EYE GAZE WITH
THE OTHER PERSON, AS DESCRIBED BELOW.

**Does [subject] ever spontaneously point at things around her/him?**

With a finger or sort of a hand extended, like reaching?

In what circumstances?

Does s/he ever point at things at a distance, such as out a window at home or in a car or bus?

If I wanted to get you to look at something, I might first look at it, then look at you, then point and look at the object again, then look back at you to see if you understood. Can [subject] do this?

**What about when s/he was 4 to 5 years old?**

0 = spontaneously points at objects at a distance with finger to express interest, using coordinated eye gaze in order to communicate

1 = makes some limited attempt to express interest by pointing, but with limited flexibility and/or lack of coordination (e.g., uses arm or points with finger, but without consistent coordination with eye gaze)

2 = little or no spontaneous unprompted attempts to point to express interest in objects at a distance

8 = N/A

9 = N/K or not asked

CURRENT

MOST
ABNORMAL
4.0–5.0

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **NODDING**

THIS ITEM IS INTENDED TO DETERMINE IF THE SUBJECT CURRENTLY USES OR HAS EVER USED THE CONVENTIONAL GESTURE OF HEAD NODDING TO COMMUNICATE "YES." NODDING SHOULD HAVE OCCURRED IN SEVERAL DIFFERENT SITUATIONS BUT MAY HAVE DECREASED IN FREQUENCY AS THE SUBJECT LEARNED TO SPEAK.

**Does [subject] nod her/his head to mean "yes"?**

**What about when s/he was 4 to 5 years old?**
(GET DETAILS.)

0 = consistently nods spontaneously

1 = sometimes nods spontaneously

2 = never nods spontaneously

8 = N/A

9 = N/K or not asked

CURRENT

MOST ABNORMAL
4.0-5.0

**44.** **HEAD SHAKING**

THIS ITEM IS INTENDED TO DETERMINE IF THE SUBJECT CURRENTLY USES OR HAS EVER USED THE CONVENTIONAL GESTURE OF HEAD SHAKING TO COMMUNICATE "NO." HEAD SHAKING SHOULD HAVE OCCURRED IN SEVERAL DIFFERENT SITUATIONS, BUT MAY HAVE DECREASED IN FREQUENCY AS THE SUBJECT LEARNED TO SPEAK.

**Does [subject] shake her/his head to mean "no"?**

**What about when s/he was 4 to 5 years old?**
(GET DETAILS.)

0 = consistently shakes head spontaneously

1 = sometimes shakes head spontaneously

2 = never shakes head spontaneously

8 = N/A

9 = N/K or not asked

CURRENT

MOST ABNORMAL
4.0-5.0

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 ## 45. CONVENTIONAL/INSTRUMENTAL GESTURES

INSTRUMENTAL GESTURES ARE SPONTANEOUS, CULTURALLY APPROPRIATE, DELIBERATE HAND OR ARM MOVEMENTS THAT CONVEY A MESSAGE BY THEIR FORM AS SOCIAL SIGNALS. EXCLUDE PURELY EMOTIONAL SIGNALS (SUCH AS HANDS TO FACE IN EMBARRASSMENT OR SHRINKING WITH FEAR); DEMONSTRATIONS; AND INSTANCES OF TOUCHING OR PULLING SOMEONE TO GAIN THEIR ATTENTION OR SHOW THEM SOMETHING. ALSO EXCLUDE MANNERISMS SUCH AS TOUCHING THE FACE OR SCRATCHING. ALL GESTURES MUST BE/HAVE BEEN USED OVER A PERIOD OF 3 OR MORE MONTHS TO BE CODED. OFTEN IT IS USEFUL IN HELPING INFORMANTS TO REMEMBER GESTURES TO FOCUS ON HOW THE SUBJECT DIRECTED THEIR ATTENTION OR USED GESTURE WHEN OTHER MODES OF COMMUNICATION WERE NOT CLEAR OR SUCCESSFUL.

**Does [subject] wave good-bye?**

**When does this happen?**

**Does s/he ever use other common gestures, such as blowing a kiss, clapping for a job well done, putting a finger to her/his lips to mean "be quiet," or shaking a finger for "bad"?**

Does s/he ever use gestures, other than pointing or holding arms up to be lifted, to let you know what s/he wants?

Does s/he use gestures when s/he is trying to get you to help her/him or to get your attention (for example, beckoning to someone, or putting out a hand with palm extended to ask that you give her/him something)?

**What about when s/he was 4 to 5 years old?**

*Note:* Subjects who have been taught signing and who use instrumental signs only in the teaching context should be coded "2." However, if the taught signs are used spontaneously with some variety and creativity for instrumental purposes, code "0" or "1" as appropriate.

0 — appropriate and spontaneous use of a variety of conventional or instrumental gestures

1 — spontaneous use of conventional or instrumental gestures, but limited in range or contexts

2 — inconsistent spontaneous use, or use of elicited or well-rehearsed simple conventional or instrumental gestures only

3 — no use of conventional or instrumental gestures

8 — N/A

9 — N/K or not asked

CURRENT

[ ]

MOST
ABNORMAL
4.0–5.0

[ ]

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **46.** ATTENTION TO VOICE

## For subjects aged 5.0 years or older, probe only for the 4.0- to 5.0-year period.

THE FOCUS IS ON WHETHER THE SUBJECT SHOWS AN ORIENTING RESPONSE WHEN SPOKEN TO AND NOT WHETHER S/HE COMPLIES WITH WHAT IS SAID. THE ORIENTING RESPONSE SHOULD CONSIST OF AN AUTOMATIC LOOKING TO THE SOUND, TOGETHER WITH AN APPROPRIATE FACIAL EXPRESSION. THIS SHOULD OCCUR WITHOUT THE NEED FOR EXTRA STEPS SUCH AS CALLING THE SUBJECT'S NAME OR STANDING VERY CLOSE TO HIM/HER.

If you come into a room and start talking to [subject] without calling her/his name, what does s/he do? I mean when you say something neutral rather than when you're trying to get her/him to do something. Does s/he look up and pay attention to you?

How does s/he respond? How about to other people?

Do you need to say her/his name or catch her/his eye first or could you just say something that s/he might not even be that interested in, such as "Oh no, it's raining," or "My goodness, what a lot of toys!"

What did [subject] do when s/he was 4 to 5 years old? (GET DETAILS.)

0 = usually looks up and pays attention when spoken to in a positive manner in contexts other than to do something that s/he may not want to do

1 = does not consistently appear to pay attention (e.g., might look up briefly, but little sustained attention), but sometimes responds to what is said or responds on occasion only to firm, loud voice

2 = usually does not look up or pay attention when spoken to and does not respond to what is said; or responds to her/his name only or when her/his attention is caught very deliberately

3 = rarely responds although hearing normal

8 = N/A

9 = N/K or not asked

CURRENT (UNDER 5.0)

MOST ABNORMAL 4.0–5.0

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **SPONTANEOUS IMITATION OF ACTIONS**

**For subject's aged 10.0 years or older, probe only for the 4.0- to 5.0-year period.**

THE EMPHASIS IS ON THE SPONTANEOUS IMITATION OF A VARIED RANGE OF NONTAUGHT, INDIVIDUAL BEHAVIORS, ACTIONS, OR CHARACTERISTICS OF ANOTHER PERSON. EXCLUDE IMITATION OF TV/FILM CHARACTERS.

Does [subject] imitate you or other people in the family?

How about when you are *not* trying to get her/him to do so?

Does s/he copy something you have done, but using a "pretend" object (such as mowing the lawn with some toy vehicle)?

Is the imitation only at the time you are doing whatever it is, or does the copying form part of her/his play at *other* times?

How varied are the things s/he imitates? Does the imitation ever involve some *personal* characteristic, such as the way you walk or gesture or the way you hold something? (GET EXAMPLES.)

What about when s/he was 4 to 5 years old?

Do not code elicited or vocal imitation here.

**CURRENT (UNDER 10.0)**

0 = spontaneous imitation of a varied range of non-taught actions, at least some of which are incorporated into play outside the context of the observed behavior of the imitated person

**MOST ABNORMAL 4.0–5.0**

1 = some indication of spontaneous imitation that goes beyond copying a frequent use of an object, but not of sufficient flexibility or number to meet the criteria for "0"

2 = spontaneous imitation limited to a few familiar routines that are not incorporated into play; including frequent appropriate use of an object probably learned through imitation (e.g., mowing lawn with a toy mower)

3 = very rare or no spontaneous imitation

8 = N/A

9 = N/K or not asked

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

## 48. IMAGINATIVE PLAY

**For subjects aged 10.0 years or older, probe only for the 4.0- to 5.0-year period.**

IMAGINATION IS DEFINED AS PRETEND PLAY THAT IMPLIES THE FORMATION OF MENTAL IMAGES OF THINGS NOT PRESENT. THE FOCUS HERE IS ON THE CHILD'S CREATIVE AND VARIED USE OF ACTIONS OR OBJECTS IN PLAY TO REPRESENT HER/HIS OWN IDEAS.

**Does [subject] play any pretend games?**

**Does s/he play with toy tea sets or dolls or action figures or cars?** (GET EXAMPLES.)

Has s/he drink the tea/push the car/kiss the stuffed animal?

Has s/he ever given the doll a drink or the action figure a ride in the car?

Has s/he ever used the doll/action figure as the initiator—so that the doll pours and serves the tea or the action figure walks to the car and gets in it?

Does s/he ever talk to her/his dolls or animals?
Does s/he ever make them talk or make noises?

**Does this type of play vary from day to day?**

**Has s/he ever made up a sort of story or sequence** (e.g., with the toy cars racing each other, being parked in a garage, or going to Granny's house)?

**What about at age 4 to 5?** (GET EXAMPLES.)

0 = variety of pretend play, including use of dolls/animals/toys as self-initiating agents

1 = some pretend play, including actions directed to dolls or cars, etc., but limited in variety or frequency

2 = occasional, spontaneous pretend actions or highly repetitive pretend play (which may be frequent), or only play that has been taught by others

3 = no pretend play

8 = N/A

9 = N/K or not asked

CURRENT
(UNDER 10.0)

MOST
ABNORMAL
4.0–5.0

LANGUAGE AND COMMUNICATION FUNCTIONING *(CONTINUED)*

 **IMAGINATIVE PLAY WITH PEERS**

**For subjects aged 10.0 years or older, probe only for the 4.0- to 5.0-year period.**

THE FOCUS HERE IS ON THE SPONTANEOUS, CREATIVE SHARING OF IMAGINATION AMONG CHILDREN, INCORPORATING BOTH THE SUBJECT'S IDEAS AND THOSE OF OTHER CHILDREN. THE LEVEL OF IMAGINATION MAY BE SIMPLE SO LONG AS IT IS SOCIALLY INTERACTIVE, SPONTANEOUS, AND VARIED. IF THE SUBJECT'S ONLY PLAY IS WITH SIBLINGS, BE PARTICULARLY CAREFUL TO DIFFERENTIATE WELL-PRACTISED ROUTINES FROM SPONTANEOUS, FLEXIBLE PLAY. ALSO DIFFERENTIATE PLAY THAT IS HIGHLY STRUCTURED "FOR" THE SUBJECT BY THE SIBLING FROM PLAY IN WHICH S/HE SHOWS SOME INITIATIVE.

**Does [subject] ever play imaginative games with someone else?**

**Do they seem to understand what each other is pretending?** How can you tell? Can you give me an example?

Does [subject] ever take the lead in this play? Or does s/he mostly follow the other person's ideas?

**What about at age 4 to 5?**

0 = imaginative, cooperative play with other children in which the subject both takes the lead and follows another child in spontaneous, pretend activities

1 = some participation in pretend play with another child, but not truly reciprocal and/or pretending is very limited in variety

2 = some play with other children, but little or no pretending

3 = no play with other children or no pretend play even on own

8 = N/A

9 = N/K or not asked

CURRENT
(OVER 4.0 AND
UNDER 10.0)

MOST
ABNORMAL
4.0–5.0

**CONFIDENTIAL**

## SOCIAL DEVELOPMENT AND PLAY

Thank you. That has given me a clear idea about her/his communication and imaginative play. Now can we talk about how s/he got on with people when s/he was little?

**50.** DIRECT GAZE

INCLUDES BOTH THE SUBJECT'S USE OF DIRECT EYE GAZE TO COMMUNICATE AND HER/HIS RESPONSE TO OTHERS' ATTEMPTS TO CATCH HER/HIS EYE.

### For subjects UNDER 5.0 years:

Does [subject] **look you directly in the face when doing things with you or talking with you?**

**Can you catch her/his eye?**

Does s/he sometimes watch you as you walk into the room?

Does s/he look back and forth to your face as other children would?

**What about with others?**

0 = normal reciprocal direct gaze used to communicate across a range of situations and people

1 = definite direct gaze, but only of brief duration or not consistent during social interactions

2 = uncertain/occasional direct gaze, or gaze rarely used during social interactions

3 = unusual or odd use of gaze

8 = N/A

9 = N/K or not asked

CURRENT
(UNDER 5.0)

MOST
ABNORMAL
4.0–5.0

### For subjects OVER 5.0 years:

When [subject] **was 4 to 5 years of age, did s/he look at you directly in the face when doing things with you or talking with you?**

**Could you catch her/his eye?**

Did s/he sometimes watch you as you walked into the room?

Would s/he have looked back and forth to your face as other children would?

**What about with others?**

**CONFIDENTIAL**

**51.** SOCIAL SMILING

DEFINED AS SPONTANEOUS SMILING DIRECTED AT A VARIETY OF PEOPLE, INCLUDING SMILING BACK AT SOMEONE SMILING AT HER/HIM, SMILING DURING AN APPROACH, AND SMILING IN RESPONSE TO WHAT SOMEONE DOES OR SAYS TO HER/HIM.

**When [subject] is approaching someone to get her/ him to do something or to talk to her/him, does [subject] smile in greeting?**

What about when s/he sees you for the first time when you've been out? Or when meeting someone s/he knows?

**If s/he is not smiling first, what does s/he do if someone else smiles at her/him?** Or when someone says something nice to her/him?

**What about at age 4 to 5 years old?**

0 = regularly predictable, reciprocal, social smiles in response to the smiles of a variety of people besides parent/caregiver

1 = some evidence of reciprocal social smiling, but not sufficient to code "0"

2 = some evidence of smiling while looking at people, but generally not reciprocal; code here if smiles only to parent/caregiver, smiles only upon request, or smiles in odd situations or odd ways

3 = little or no smiling at people, though may smile at other things

8 = N/A

9 = N/K or not asked

CURRENT

[ ]

MOST
ABNORMAL
4.0–5.0

[ ]

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

 **52.** SHOWING AND DIRECTING ATTENTION

THE PURPOSE OF THIS ITEM IS TO DETERMINE WHETHER, HOW, AND IN WHAT CIRCUMSTANCES THE SUBJECT DIRECTS OTHERS' ATTENTION TO TOYS OR OBJECTS IN WHICH S/HE IS INTERESTED. THE FOCUS IS ON SPONTANEOUS DIRECTING OF ATTENTION PURELY TO SHARE INTEREST.

**Does s/he ever show you things that interest her/him?**
For example, would s/he bring a new toy for you to see or call your attention to something s/he is playing with or making? What sorts of things are these?

Does this ever happen for things that aren't part of her/his special interests and aren't things s/he needs you for?

**What about when [subject] was 4 to 5 years old?**

0 = regular showing of objects by bringing things to parent/caregiver and directing her/his attention, with no manifest motive other than sharing

1 = possible showing as described above, but not sufficiently frequent or of purely communicative quality to meet criteria for "0"

2 = some bringing things to parent/caregiver and/or showing, but associated with preoccupations, food, or need for help

3 = rare or no social approaches of this type

8 = N/A

9 = N/K or not asked

CURRENT

MOST
ABNORMAL
4.0–5.0

**CONFIDENTIAL**

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

## 53. OFFERING TO SHARE

THIS ITEM CONCERNS UNPROMPTED, NONROUTINE OFFERS TO SHARE A RANGE OF DIFFERENT OBJECTS WITH OTHER PEOPLE.

**Does [subject] ever offer to share things, that is, food or toys or favorite objects, with you?**

**How about with other children?**

Does s/he do this on her/his own or do you need to suggest it?

How often would this happen?

**What about when [subject] was 4 to 5 years old?**
(BE SURE TO DIFFERENTIATE CLEAR, SPONTANEOUS OFFERS TO SHARE FROM RESPONSES TO PROMPTING AND RELINQUISHING THINGS IF ANOTHER CHILD TRIES TO TAKE THEM. PROBES FOR OLDER CHILDREN OR ADULTS COULD INCLUDE SHARING A PEN, PENCIL, CRAYONS, NAPKINS, SPACE ON A BENCH OR COUCH, A BLANKET; OR GETTING A CUP OF TEA OR A DRINK.)

0 = frequent, spontaneous, and varied offers to share different sorts of objects (e.g., toys, comforters) with other people

1 = some spontaneous offers to share, but limited in number of contexts or frequency (must be more than food)

2 = will sometimes share if requested, but not spontaneously, or spontaneous sharing of food only

3 = no sharing

8 = N/A

9 = N/K or not asked

CURRENT

MOST
ABNORMAL
4.0–5.0

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

 **54.** SEEKING TO SHARE ENJOYMENT WITH OTHERS

THE AIM OF THIS ITEM IS TO DETERMINE WHETHER THE SUBJECT ATTEMPTS TO SHARE HER/HIS ENJOYMENT OF THINGS THAT GIVE HER/HIM PLEASURE WITH OTHERS, WITH NO OTHER APPARENT MOTIVE OTHER THAN SHARING.

**What kinds of things might make** [subject] **excited and happy?**

**How does s/he show these feelings?**

**Does** [subject] **ever seem to want you to share in her/his enjoyment of something?**

**Has s/he tried to share these feelings with you?**

For example, if s/he has built something or sees something s/he particularly likes, will s/he let you know about her/his excitement by smiling or talking or making noises?

**What about when** [subject] **was 4 to 5 years old?**

0 = frequent attempts across a variety of contexts to direct several other people's attention to things that s/he enjoys or has done well (must be with more than one parent)

1 = some attempts to share enjoyment, but limited in number or variety or spontaneity, or lacking clear quality of shared pleasure

2 = few or no attempts to share enjoyment

8 = N/A

9 = N/K or not asked

CURRENT

[ ]

MOST
ABNORMAL
4.0-5.0

[ ]

48

**CONFIDENTIAL**

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

 **55.** OFFERING COMFORT

DEFINED AS A SPONTANEOUS UNPROMPTED GESTURE, TOUCH, VOCALIZATION, OR OFFER OF AN OBJECT (E.G., BLANKET). IT ALSO INCLUDES CHANGE IN FACIAL EXPRESSION DIRECTED TO SOMEONE WHO IS SAD, ILL, OR HURT, IN AN ATTEMPT TO HELP HER/HIM FEEL BETTER.

**Does [subject] ever try to comfort you if you are sad, hurt, or ill?**

What does s/he do if you are crying or if you have hurt yourself?

Would her/his facial expression change as s/he does this?

What about with her/his brother or sister?

Does s/he show comfort in more than one situation?

Do people have to show that they are upset in an exaggerated fashion to elicit comfort?

**What about when s/he was 4 to 5 years old?**

Code only if the subject spontaneously initiates offers of comfort.

0 = flexibly and spontaneously offers comfort in a range of circumstances and ways, for example, by gesture, touching, or vocalization, or offers of objects (e.g., blanket); must include change in facial expression

1 = has partial response (e.g., stands nearby and looks concerned) or indirect physical approach (e.g., comes to sit in lap, but with no clear attempt to comfort); or offers comfort in response to exaggerated expression (e.g., to pretend crying) or in one routine situation (e.g., to baby sister when she's hungry)

2 = rarely offers comfort or only in odd ways

3 = never offers comfort to others

8 = N/A

9 = N/K or not asked

CURRENT

[ ]

MOST
ABNORMAL
4.0-5.0

[ ]

**CONFIDENTIAL**

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

## 56. QUALITY OF SOCIAL OVERTURES

THE FOCUS OF THIS ITEM IS ON THE **QUALITY** OF SOCIAL INTENTIONALITY WHEN SEEKING HELP, NOT ON THE NUMBER OF CONTEXTS IN WHICH SUCH APPROACHES OCCUR. CODE "0" ONLY IF SUBJECT CONSISTENTLY, DURING HIGHLY MOTIVATED APPROACHES (SUCH AS ASKING FOR HELP), MAKES SOME SORT OF VOCALIZATION THAT IS INTEGRATED WITH HER/HIS OTHER BEHAVIORS, INCLUDING EYE GAZE, AND DIRECTS HER/HIS ATTENTION TO THE OBJECT AND THE OTHER PERSON. CODE TYPICAL, RATHER THAN BEST, MOTIVATED OVERTURES.

**When s/he wants something or wants help, how does s/he try to get your attention?**

**Does s/he point, give objects to you, or come and get you when s/he needs help?**

**Does s/he look at the object or you?**

**Does s/he ever use gestures or movements with sounds or words to get your attention?**

If you don't understand at first, what does [subject] do?

Does s/he look at you and then talk or make a sound?

**What about when s/he was 4 to 5 years old? (GET EXAMPLES.)**

Does s/he show interest in other people or any other activities?

How does s/he show her/his interest, or get other people's attention? How often would s/he do this?

Code according to **majority** of overtures rather than best ones.

0 = consistently uses coordinated eye gaze with accompanying vocalization in typical situations when motivated to communicate

1 = may use eye gaze or vocalization, but these are weakly integrated

2 = rarely shows well-coordinated, focused social intentionality involving eye gaze or vocalization, or shows this in odd ways

3 = shows no coordination of eye gaze and vocalization

8 = N/A

9 = N/K or not asked

CURREN

MOST
ABNORMA
4.0-5.0

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

##  RANGE OF FACIAL EXPRESSIONS USED TO COMMUNICATE

THE FOCUS HERE IS ON FACIAL EXPRESSIONS USED TO COMMUNICATE, NOT JUST THOSE ASSOCIATED WITH THE EXPERIENCE OF EMOTIONS. A NORMAL RANGE OF EMOTIONS, EVEN IN A VERY YOUNG CHILD, WOULD BE EXPECTED TO INCLUDE SEVERAL MORE SUBTLE FACIAL EXPRESSIONS USED COMMUNICATIVELY, INCLUDING SURPRISE, GUILT, DISGUST, INTEREST, AMUSEMENT, AND EMBARRASSMENT, AS WELL AS JOY, ANGER, FEAR, AND PAIN.

**Does [subject] show a normal range of facial expression? For example, does s/he frown or pout or look embarrassed as well as laugh or cry?**

Can s/he look guilty...or surprised...or amused?

Can you tell by her/his face when s/he is afraid or disgusted?

Does s/he have the same range of facial expressions as other children?

**What about when s/he was 4 to 5 years old?**
(GET EXAMPLES.)

0 = full range of facial expression

1 = somewhat limited facial expression; may be rather stilted, exaggerated, in manner

2 = markedly limited range of facial expressions or tendency to have just one facial expression (e.g., happy) for all circumstances

3 = facial expression showing little or no indication of emotion of any kind

8 = N/A

9 = N/K or not asked

CURRENT

[ ]

MOST
ABNORMAL
4.0–5.0

[ ]

**CONFIDENTIAL**

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

 **58.** INAPPROPRIATE FACIAL EXPRESSIONS

INAPPROPRIATE FACIAL EXPRESSIONS ARE THOSE THAT INDICATE EMOTIONS INCONGRUENT WITH THE SITUATION, SUCH AS LAUGHING WHEN SOMEONE IS UPSET OR HURT, OR LAUGHING OR CRYING FOR NO DISCERNABLE REASON.

**Does [subject]'s facial expression usually seem appropriate to the particular situation as far as you can tell?**

Does s/he ever laugh or smile in situations that do not seem funny to most people or when you do not understand what it is s/he finds amusing?

**Did this ever occur in the past?** (NOTE EXAMPLES.)

0 = facial expressions almost always appropriate to mood, situation, and context

1 = facial expressions slightly or occasionally inappropriate or odd

2 = facial expressions obviously inappropriate in several different situations (SPECIFY)

8 = N/A (almost no variation in facial expression, appropriate or inappropriate, as in coding of "3" in Item 57)

9 = N/K or not asked

CURRENT

EVER

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

 **APPROPRIATENESS OF SOCIAL RESPONSES**

THE FOCUS OF THIS ITEM IS ON HOW THE SUBJECT RESPONDS WHEN ADULTS OTHER THAN PARENTS ATTEMPT TO INTERACT WITH HER/HIM IN EVERYDAY, BUT NONROUTINE SITUATIONS.

**Now can we turn to how [subject] responds to what other people say or do?**

**Does s/he consistently respond to the approaches of others in familiar situations?**

How does s/he respond if a friend of yours whom s/he doesn't know well approaches and speaks to her/him?

What about someone s/he really likes?

How does s/he respond if someone unfamiliar (such as at church or in a shop) appropriately talks to her/him or tries to attract her/his attention?

Does s/he look directly at her/him?

Does s/he smile or show pleasure?

Would s/he show other reactions, such as interest or tentativeness? (GET EXAMPLES. PROBE TO DETERMINE CONSISTENCY AND CIRCUMSTANCES. IF THE CHILD SOUNDS SHY, SEEK FURTHER EXAMPLES OF PEOPLE WHO ARE MORE FAMILIAR.)

**What about when s/he was 4 to 5 years of age?**

0 = appropriate response to overtures by familiar and unfamiliar adults

1 = some clear positive responses and interactions, but not consistent

2 = responds to parents/caregiver and others in familiar settings, but responses are stereotyped, inappropriate, or very limited

3 = little or no interest in or response to people, except parents/caregiver or very familiar significant others

8 = N/A

9 = N/K or not asked

CURRENT

MOST ABNORMAL 4.0–5.0

53

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

---

Now I'd like to talk about the way [subject] **plays and the kinds of things s/he is interested in.**

## FAVORITE ACTIVITIES/TOYS

If [subject] **could choose anything s/he likes to do, what would be her/his favorite activities? How about favorite toys or any other kinds of objects?** (ASK FOR INFORMATION ABOUT THE MAIN ACTIVITIES AND TOYS, AND RECORD THEM INTO THE SEPARATE COLUMNS BELOW.)

| Favorite Activities | Favorite Toys/Objects |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

## 60. INITIATION OF APPROPRIATE ACTIVITIES

THIS ITEM CONCERNS HOW THE SUBJECT SPONTANEOUSLY KEEPS HIMSELF/HERSELF OCCUPIED AND
INVOLVED IN A RANGE OF NONODD AND NONREPETITIVE ACTIVITIES WHEN NOT SUPERVISED OR DIRECTED.

**How good is [subject] at organizing her/his own play or activities without your help?**

That is, does s/he find things to do without your directing her/him?

What kind of things does s/he do if left to her/his own devices? (GET EXAMPLES.)

**What about when s/he was 4 to 5 years old?**

0 = spontaneously takes up a range of appropriate play activities, without prompting or organization by other people

1 = spontaneously initiates only a limited range of appropriate activities

2 = engages in passive, but otherwise appropriate, activity, such as watching TV or listening to the radio

3 = engages in no active or constructive play, or engages only in repetitive activities or motor stereotypes

8 = N/A

9 = N/K or not asked

CURRENT

MOST
ABNORMAL
4.0-5.0

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

**ITEMS 61 TO 64:**
**For children under 4.0 years, only the "current" coding is applicable.**
**For those aged 10.0 years or older, code only "most abnormal 4.0–5.0 years."**

**61.** IMITATIVE SOCIAL PLAY

THE FOCUS OF THIS ITEM IS ON THE CHILD'S RECIPROCAL PARTICIPATION AS BOTH LEADER AND FOLLOWER IN EARLY SOCIAL GAMES THAT REQUIRE IMITATION AND COORDINATION OF SIMPLE ACTIONS. DO NOT COUNT BALL GAMES.

As a young child, did [subject] enter into the spirit of social games such as "Here We Go 'Round the Mulberry Bush" or "Ring A Ring O'Roses?"

That is, did s/he spontaneously join in and try to initiate the various actions?

What about teasing games such as "I'm going to get you!" or having your fingers walking toward her/him?

What about with other familiar adults?

How did s/he join in the game?

Can s/he play peek-a-boo? How do you play it?

How about pat-a-cake? Simon says?

What about at age 4 to 5?

Code play with an adult or another child.

0 = normal social play, including clear evidence that the child initiates and responds to simple infant social games and can take both parts

1 = some to-and-fro (i.e., reciprocal) social play, but limited in amount, duration, or contexts in which shown (e.g., only plays peekaboo or pat-a-cake with parents/caregiver)

2 = little to-and-fro social play (e.g., plays peekaboo or pat-a-cake in a limited way only, but not reciprocal)

3 = no evidence of to-and-fro social play

8 = N/A

9 = N/K or not asked

CURRENT
(UNDER 10.

MOST
ABNORMA
4.0–5.0

**CONFIDENTIAL**

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

---

 **INTEREST IN CHILDREN**

## For subjects aged 10.0 years or older, probe only for the 4.0- to 5.0-year period.

THE FOCUS HERE IS ON THE SUBJECT'S INTEREST IN WATCHING AND INTERACTING WITH OTHER CHILDREN OF THE SAME AGE.

**What does** [subject] **think about other children of approximately the same age whom s/he does not know? Is s/he interested in them?**

What does s/he do when another child comes to your house or s/he sees a child in another familiar situation (e.g. church, playgroup)?

**What about when** [subject] **was 4 to 5 years old?**

Code in relation to children of approximately the same age whom the subject does not know. Do not code interest in babies here.

0 = often watches other children and sometimes makes a clear effort to approach them or get their attention

1 = usually watches other children or indicates interest in them to parent/caregiver in some way (e.g., by pointing, vocalizing, or trying to imitate what they are doing, but no attempt to seek them out); or approaches other children without trying to get their attention

2 = occasionally watches other children, but almost never tries to approach them, or to direct parent's/caregiver's attention to them, or copy them

3 = shows no, or almost no, interest in other children

8 = N/A

9 = N/K or not asked

CURRENT
(UNDER 10.0)

MOST
ABNORMAL
4.0–5.0

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

## 63. RESPONSE TO APPROACHES OF OTHER CHILDREN

**For subjects aged 10.0 years or older, probe only for the 4.0- to 5.0-year period.**

THE AIM HERE IS TO DETERMINE HOW THE SUBJECT RESPONDS WHEN OTHER CHILDREN APPROACH HER/HIM AND WHETHER THIS RESPONSE CONSTITUTES AN EFFORT TO KEEP AN INTERACTION GOING.

**What about if another child approaches her/him?**

Does s/he behave differently with [sibling] or with a child s/he has seen many times before?

Does the other child's age make a difference?

Does s/he ever actively avoid other children?

**What about at age 4 to 5?**

Code in relation to peers and older children; do not include responses to babies.

0 = generally responsive to other children's approaches, although may be hesitant initially if other children are too rough or intrusive; sometimes makes a clear effort to keep an interaction going with a child other than a sibling by gesturing, vocalizing, offering an object, etc.

1 = sometimes responsive to other children's approaches, but response is limited, somewhat unpredictable, or only to a sibling or a very familiar child

2 = rarely or never responds to the approach of even a familiar child (although may show interest in nonapproaching children or babies)

3 = consistently and persistently avoids approaches of other children

8 = N/A

9 = N/K or not asked

CURREN
(UNDER 10

MOST
ABNORMA
4.0–5.0

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

 **GROUP PLAY WITH PEERS**

## For subjects aged 10.0 years or older, probe only for the 4.0- to 5.0-year period.

THE FOCUS IS ON THE SUBJECT'S PARTICIPATION IN GROUPS OF OTHER CHILDREN IN SPONTANEOUS GAMES OR ACTIVITIES. COOPERATION MUST INVOLVE THE SUBJECT ATTENDING TO HER/HIS PEERS AND MODIFYING HER/HIS BEHAVIOR IN A WAY THAT CLEARLY DEMONSTRATES SPONTANEOUS, FLEXIBLE, INTERACTIVE PLAY. CHASING AND BALL GAMES SHOULD BE INCLUDED ONLY IF SPONTANEOUS, FLEXIBLE, AND INTERACTIVE. NOTE PREVIOUS COMMENTS REGARDING CARE IN INTERPRETING PLAY WITH SIBLINGS.

**How does** [subject] **play with others of her/his age when there are more than two together?**

What is their play like?

Is [subject] different with children or others outside your immediate family?

Does [subject] play cooperatively in games that need some form of joining in–such as musical games or hide-and-seek or ball games? (GIVE EXAMPLES AS APPROPRIATE FOR MENTAL AGE LEVEL.)

**Would s/he initiate such games?
Or actively seek to join in?**

Can s/he take different parts in these games (like being chased or doing the chasing, or hiding and looking for the other person)?

**What about when** [subject] **was 4 to 5 years old?**

0 = actively seeks and plays cooperatively in several different groups (three or more subjects) in a variety of activities or situations

1 = some cooperative play, but of insufficient initiative, flexibility, frequency, or variety to code "0"

2 = enjoys "parallel" active play (such as jumping in turn on a trampoline or falling down with others during Ring A Ring O'Roses), but little or no cooperative play

3 = seeks no play that involves participation in groups of other children, though may chase or play catch

8 = N/A

9 = N/K or not asked

CURRENT
(OVER 4.0 AND
UNDER 10.0)

MOST
ABNORMAL
4.0–5.0

SOCIAL DEVELOPMENT AND PLAY *(CONTINUED)*

## 65. FRIENDSHIPS

### For subjects aged 5.0 years and older only.

FOR THE PURPOSE OF THIS ITEM, FRIENDSHIP IS DEFINED AS A SELECTIVE, RECIPROCAL RELATIONSHIP BETWEEN TWO PERSONS OF APPROXIMATELY THE SAME AGE WHO SEEK EACH OTHER'S COMPANY AND SHARE ACTIVITIES AND INTERES

**Does s/he have any particular friends or a best friend?**
In what way does s/he show that they are her/his friends?

**Do you know the names of any of her/his friends?**

Does s/he see any of them outside of school, like around the neighborhood or in another social setting (e.g., clubs)?

Does s/he ever go out with them such as to the cinema/theatre/concerts? Do they share interests? (PROBE AS APPROPRIATE AND NOTE EXAMPLES.)

Are her/his relationships with others normal? (IF NOT) In what way are they abnormal? (FOCUS ON SUBJECT'S DEVELOPMENTAL LEVEL— I.E., MENTAL AGE, NOT CHRONOLOGICAL AGE.)

**Was it the same in the past, or did s/he have fewer/more friends when s/he was younger?**

0 = one or more relationships with person in approximately own age group with whom subject shares non-stereotyped activities of personal variety; whom subject sees outside prearranged group (such as club); and with whom there is definite reciprocity and mutual responsiveness

1 = one or more relationships that involve some personal shared activities outside a prearranged situation, with some initiative taken by subject, but limited in terms of restricted interests (e.g., model railways) or less than normal responsiveness/reciprocity

2 = people with whom subject has some kind of personal relationship involving seeking of contact, but only in group situation (such as club, church, etc.) or in school or at work

3 = no peer relationships that involve selectivity and sharing

8 = N/A (subject is outside the specified age range, or there has been an **unusually serious** lack of opportunity for peer contact)

9 = N/K or not asked

CURR
(5.0 OR

NO!
ABNOF
10.0-

 **66.** SOCIAL DISINHIBITION

## For subjects aged 4.0 or older only.

SOCIAL DISINHIBITION REFERS TO BEHAVIOR THAT IS NOT APPROPRIATELY MODULATED ACCORDING TO THE SOCIAL EXPECTATIONS IN THE SUBJECT'S SOCIOCULTURAL ENVIRONMENT. SUCH DISINHIBITION MAY ARISE FROM A VARIETY OF CAUSES, BUT THE AIM HERE IS TO ASK ABOUT THAT WHICH ARISES FROM A LACK OF AWARENESS OF SOCIAL CUES. CODE INAPPROPRIATE QUESTIONS OR STATEMENTS IN ITEM 36, NOT HERE.

**As they grow up, children ordinarily learn that they need to behave differently in different social situations. For example, they are usually more shy or reserved with people that they do not know very well or in certain situations such as church.**

**Does [subject] vary in her/his behavior according to whom s/he is with or where s/he is?**

Is s/he ever cheeky or rude, or even inappropriately friendly to strangers?

Does s/he seem aware of social cues or social rules?

Is s/he more socially naive than other children/people (that is, unable to understand what one should say or do in particular social situations)?

Does s/he ever approach or touch strangers inappropriately?

What does s/he do if you visit a friend's home? (GET EXAMPLES.)

**Was this ever a problem (after [subject] turned 4), in a way that it would not have been for other children that age?**

All codings should be as judged by interviewer on basis of descriptions obtained and not on informant's inference.

0 = normal social inhibition

1 = occasional cheekiness or disinhibition more than others at same developmental level, but not to the extent of embarrassment: somewhat socially naive or imperceptive for developmental level

2 = definite lack of appreciation of social cues, contexts, or requirements: definitely lacks normal social inhibitions and sometimes behaves in socially embarrassing ways; fails to modulate behavior according to social context

3 = marked social disinhibition: appears unaware of social cues and social requirements so that behavior frequently embarrassing or inappropriate

8 = N/A

9 = N/K or not asked

CURRENT
(4.0 AND ABOVE)

MOST
ABNORMAL
4.0–5.0

61

# INTERESTS AND BEHAVIORS

FOR ITEMS 67 TO 78, "INTERFERENCE WITH" REFERS TO DIFFICULTIES FOR THE FAMILY, AND "SOCIAL IMPAIRMENT" REFERS TO SUBJECT'S OWN LIMITATION OR HANDICAP AS A RESULT OF THE AMOUNT OF TIME SPENT IN ABNORMAL ACTIVITY. ALL BEHAVIORS MUST HAVE OCCURRED OVER A 3-MONTH PERIOD TO BE CODED. IT IS IMPORTANT TO ENSURE THAT EXAMPLES FOR "CURRENT" AND "EVER" CODINGS ARE OBTAINED, WHERE SPECIFIED.

**CODING INFORMATION FOR ITEMS 67 TO 78:**

Code 2 involves some disturbance or reorganization of family life that can be tolerated by most families OR involves some limited interference with subject participating in other activities.

Code 3 requires major disruption or prevention of some family activities OR disruption or prevention of activities by the subject.

 **67.** UNUSUAL PREOCCUPATIONS

AN UNUSUAL PREOCCUPATION IS DEFINED AS AN INTEREST THAT IS ODD OR PECULIAR IN QUALITY—THAT IS UNUSUAL IN ITS INTENS AND LACK OF SOCIAL FEATURES—AND WHICH IS REPETITIVE OR STEREOTYPED IN ONE OR MORE OF ITS FEATURES OR ELEMENTS.

Does [subject] have any unusual or peculiar interests—I mean ones that preoccupy her/him even when the focus of interest is not physically present and might seem odd to other people? For example, is s/he unusually interested in things like metal objects, lights, street signs, or toilets?

How much does s/he talk about them?

Does this interest influence how s/he behaves?
How long has it lasted?

Does this interfere with her/his other activities or with family life?

Are there things that you do differently as a family because of this interest?

How much of a problem is it for the family?

Was there ever anything like this in the past?

Unusual preoccupations must have gone on for at least 3 months to be coded.

0 = no unusual preoccupations

1 = unusual preoccupation that does not interfere with significant activities of family life or does not cause social impairment of the subject

2 = definite, repetitive preoccupation that intrudes into family life, but does not disrupt it significantly; or definite, repetitive preoccupation that does not cause substantial interference with social functioning, but which does constrain or intrude upon subject's other activities

3 = definite preoccupation that causes substantial interference or social impairment and severely limits the subject's other activities

9 = N/K or not asked

CURRE

EVEI

INTERESTS AND BEHAVIORS *(CONTINUED)*

### 68. CIRCUMSCRIBED INTERESTS

## For subjects aged 3.0 years or older only.

A CIRCUMSCRIBED INTEREST IS DEFINED AS A PURSUIT THAT DIFFERS FROM ORDINARY HOBBIES IN ITS INTENSITY; ITS CIRCUMSCRIBED NATURE (I.E., IT MAY INVOLVE A HIGH LEVEL OF EXPERTISE, BUT THIS REMAINS UNUSUALLY FOCUSED AND HAS NOT DEVELOPED INTO A BROADER CONTEXT OF KNOWLEDGE); ITS NONSOCIAL QUALITY (IT MAY BE SHARED WITH ANOTHER INDIVIDUAL WITH A SIMILAR CIRCUMSCRIBED INTEREST BUT NOT AS PART OF A SPECIALIZED CLUB OR ASSOCIATION); AND ITS RELATIVE NONPROGRESSION OR DEVELOPMENT OVER TIME (THAT IS, THE INTEREST PERSISTS, BUT DOES NOT FORM THE BASIS OF A BUILDING UP OF SHARED OR USED EXPERTISE). IT DIFFERS FROM AN "UNUSUAL PREOCCUPATION"(ITEM 67) IN THAT IT LACKS PECULIAR OR ODD CONTENT. CIRCUMSCRIBED INTERESTS ARE UNUSUAL IN THEIR QUALITIES (AS ABOVE) BUT NOT IN THEIR CONTENT.

**Does** [subject] **have any special hobbies/interests that are unusual in their intensity?**

How long has s/he had this interest?

In what way is it unusual?

Has it developed or changed at all over time?

Does s/he share the interest with other people? In what way?

Does it (the interest) seem at all encompassing in its intensity?

What happens if you interrupt her/him?

Does it interfere with her/his doing things?

**Have there been any special interests in the past?** (GET DETAILS.)

**Circumscribed interests** must have gone on for at least 3 months to be coded.

0 = no circumscribed interests

1 = special interest of unusual degree, but not definitely intrusive into or constraining of the subject's or family's other activities

2 = definite circumscribed interest that does not cause substantial interference with social functioning, but which does constrain or intrude upon subject's or family's other activities

3 = definite circumscribed interest that causes clear-cut social impairment

8 = N/A (age below 3.0 years)

9 = N/K or not asked

CURRENT
(3.0 OR OLDER)

EVER
(3.0 OR OLDER)

 **REPETITIVE USE OF OBJECTS OR INTEREST IN PARTS OF OBJECTS**

THIS ITEM INVOLVES ACTIONS OF A STEREOTYPED OR REPETITIVE NATURE THAT ARE NONFUNCTIONAL AND THAT INVOLVE A FOCUS EITHER ON PARTS OF OBJECTS OR ON A USAGE OF AN OBJECT THAT IS CLEARLY SEPARATE FROM THAT WHICH IS ORDINARILY ACCE

How does s/he play with her/his toys or things around the house? (GET EXAMPLES.)

**Will s/he play with the whole toy or does s/he seem to be more interested in a certain part of the toy (e.g., spinning the wheels of a car or opening and shutting its door), rather than using it as it was intended?**

Are there particular kinds of objects s/he really likes?

Does s/he ever collect or gather certain sorts of objects?

What does s/he do with them?

Does s/he ever line things up or do the same thing over and over with them, such as drop things from the same distance?

**Do these activities change over time or are they exactly the same?**

**Has s/he ever used objects in these ways in the past?**

**Repetitive use of objects or interests in parts of objects** must have gone on for at least 3 months to be coded.

0 – little or no repetitive use of objects

1 – some repetitive use of objects (e.g., shaking strings or spinning things), or interest in parts (e.g., turning wheels and dials) or very specific types of objects (e.g., collecting bits of paper), in conjunction with several other activities but not causing social impairment

2 – play linked to highly stereotypic use of objects or attention to specific parts or types of objects, but which does not constrain or intrude upon subject's other activities

3 – play linked to highly stereotypic use of objects to an extent that prevents or seriously interferes with other activities

7 – an interest in "infant" toys, such as music boxes or rattles, but play is with a variety of objects and not in a highly stereotypic fashion

8 – N/A (no play with objects)

9 – N/K or not asked

CUR



EV

INTERESTS AND BEHAVIORS *(CONTINUED)*

## 70. COMPULSIONS/RITUALS

THE EMPHASIS OF THIS ITEM IS ON FIXED SEQUENCES THAT ARE PERFORMED AS IF THE SUBJECT FEELS PRESSURE TO COMPLETE THEM IN A PARTICULAR ORDER. **COMPULSIONS** MAY ALSO INCLUDE HAVING TO PLACE PARTICULAR OBJECTS IN EXACT POSITIONS OR RELATIONSHIPS IN SPACE, SUCH AS OPENING ALL DOORS TO A CERTAIN ANGLE OR TURNING ALL LIGHTS OFF. A COMPULSION WITH LIGHTS DIFFERS FROM REPETITIVE USE OF OBJECTS (CODED IN ITEM 69) IN THAT THE SUBJECT INSISTS THAT SEVERAL LIGHTS MUST REMAIN OFF, RATHER THAN CARRYING OUT A REPETITIVE ACTION OF FLICKING LIGHTS OFF AND ON.

**RITUALS** DIFFER FROM DIFFICULTIES WITH CHANGES AS DESCRIBED IN ITEM 74 IN THAT THEY HAVE SEQUENCE; IN ADDITION, IN A RITUAL OR COMPULSION THE SUBJECT IS IMPOSING AN ORDER ON EVENTS, RATHER THAN RESPONDING TO A PERCEIVED CHANGE. THUS, A SUBJECT WHO NEEDS TO LAY HER/HIS NAPKIN OUT FLAT AND PLACE HER/HIS SPOON ON IT BEFORE S/HE WILL EAT, COULD BE CODED AS HAVING A RITUAL, WHEREAS A SUBJECT WHO IS UPSET IF S/HE IS GIVEN A DIFFERENT NAPKIN WOULD BE CODED ONLY UNDER "DIFFICULTIES WITH MINOR CHANGES IN SUBJECT'S OWN ROUTINES OR PERSONAL ENVIRONMENT" (ITEM 74).

BEDTIME ROUTINES ARE EXPLICITLY EXCLUDED FROM THIS ITEM BECAUSE THEY OCCUR SO COMMONLY IN NORMALLY DEVELOPING CHILDREN.

Are there things that [subject] seems to have to do in a very particular way or order; that is, rituals that s/he has to do or has to have you do?

Like touching particular things or putting things in special places before going on to do something else?

How does s/he react if s/he is unable to complete the whole sequence of her/his activity or is disrupted during the course of her/his actions? (GET DETAILS AND EXAMPLES.)

Was this ever a problem in the past? (PROBE AS APPROPRIATE, USING PROMPTS OR A BRIEF DEMONSTRATION IF NECESSARY.)

Compulsions/rituals must have gone on for at least 3 months to be coded.    CURRENT

0 = no compulsions/rituals

1 = some activities with unusually fixed sequences, but no activity that appears compulsive in quality

2 = one or more activities that subject has    EVER
to perform in a special way; subject appears to be under pressure or becomes anxious if activity disrupted, or family goes to unusual lengths to avoid interrupting ritual or to make sure subject is forewarned if it is necessary to interrupt her/him; compulsive quality present, but little interference with family life or social impairment

3 = one or more activities that subject has to perform in a special way; subject appears to be under **marked** pressure or becomes extremely anxious or distressed if activity disrupted; degree of compulsive quality intrudes upon family life or causes definite social impairment to subject

8 = N/K or not asked

**CONFIDENTIAL**

INTERESTS AND BEHAVIORS *(CONTINUED)*

## 71. UNUSUAL SENSORY INTERESTS

UNUSUAL SENSORY INTERESTS ARE DEFINED AS UNUSUALLY STRONG SEEKING OF STIMULATIONS FROM THE BASIC SENSATIONS OF SIGHT, TOUCH, SOUND, TASTE, OR SMELL THAT ARE DISSOCIATED FROM MEANING. THE FOCUS IS ON THE EXTENT TO WHICH THE ABNORMAL INTEREST DISTURBS OR REPLACES "NORMAL USE" OF THE OBJECT.

**Does s/he seem particularly interested in the sight, feel, sound, taste, or smell of things or people? For example, does s/he tend to sniff toys, objects, or people inappropriately?**

Or is s/he unusually concerned with the feel or texture of things?

Or does s/he tend to peer at or look at things for long periods of time?

Or does s/he touch things to her/his lips or tongue to see how they feel?

How long has s/he been interested in this? (GET EXAMPLES, SPECIFYING THE SENSE AND CIRCUMSTANCES WHERE SHOWN.)

**Has there ever been a time when s/he showed an unusual interest in sensations?**

**Unusual sensory interests** must have gone on for at least 3 months to be coded.

0 = has no unusual sensory interests

1 = shows one or two unusual interests regularly

2 = has unusual sensory interest that takes up a major amount of time or prevents or limits alternative use of that material in its ordinary function

9 = N/K or not asked

CURF

EV

66

**CONFIDENTIAL**

INTERESTS AND BEHAVIORS *(CONTINUED)*

 UNDUE GENERAL SENSITIVITY TO NOISE

THE FOCUS NEEDS TO BE THE PREDICTABLE, GENERALLY INCREASED SENSITIVITY TO EVERYDAY SOUNDS, SUCH AS HOUSEHOLD APPLIANCES OR TRAFFIC, RATHER THAN A REACTION TO A SUDDEN, HARSH, OR UNEXPECTED NOISE SUCH AS THUNDER OR A LOUDSPEAKER. DO NOT INCLUDE IDIOSYNCRATIC RESPONSES TO HIGHLY SPECIFIC SOUNDS (THESE ARE COVERED BY ITEM 73).

**Has s/he ever seemed oversensitive to noise?**

Has s/he ever deliberately and regularly put her/his hands over her/his ears in response to ordinary sounds?

Does s/he do this now?

To what kinds of sounds?

Have you ever had to adjust what you do because [subject] was so upset by noises?

To code for general sensitivity to noise, more than one occurrence is required, however clearly it is remembered (must have gone on for at least 3 months to be coded).

0 = no general sensitivity to noise

1 = slight sensitivity to noise: somewhat sensitive to loud sounds such as the vacuum cleaner, motorbikes, or other appliances

2 = definite sensitivity to noises that are not distressing to most other people, the sensitivity being accompanied by a clear behavioral change (such as avoidance, hands over ears, or crying)

3 = definite sensitivity to noises to the extent that subject's distress/disturbance in relation to certain noises interferes with family or household routines

9 = N/K or not asked

CURRENT

EVER

**CONFIDENTIAL**

INTERESTS AND BEHAVIORS *(CONTINUED)*

 ABNORMAL, IDIOSYNCRATIC, NEGATIVE RESPONSE TO SPECIFIC SENSORY STIMULI

TO MEET THE CRITERIA FOR CODING, THE SUBJECT'S RESPONSE MUST BE PREDICTABLE; BE SPECIFIC TO SOME IDENTIFIABLE AND PARTICULAR SENSORY STIMULUS (OR GROUP OF STIMULI); BE IDIOSYNCRATIC; AND INVOLVE SOME FORM OF NEGATIVE, EMOTIONAL REACTION OTHER THAN FEAR (OFTEN IT INVOLVES ANGER OR MARKED IRRITATION). THUS, GENERAL DISTRESS IN RELATION TO VERY LOUD NOISES IS EXCLUDED, AS ARE NEGATIVE REACTIONS TO ENVIRONMENTAL CHANGE (SEE ITEMS 72, 74, AND 75).

Does [subject] ever get unusually upset or irritated by particular sounds such as people coughing or a baby crying? (TAKE CARE TO DIFFERENTIATE FROM A FEAR REACTION.)

What does s/he do?

How does s/he show that s/he is upset?

Do you think s/he is afraid or is it more like anger or irritation?

Is it just one particular sort of sound?

Does [subject] ever react in an unusual, but predictable, way to other sensations (such as tastes or smells or the sight or feel of things)? For example, does s/he react to the sight of something like earrings or men with beards?

How long has this gone on?

Was this ever a problem in the past? (GET EXAMPLES.)

Abnormal, idiosyncratic, negative response to specific sensory stimuli must have gone on for at least 3 months to be coded.

0 = no predictable, abnormal, idiosyncratic, negative response to specific sensory stimuli

1 = predictable, abnormal, idiosyncratic, negative response to one or more specific stimuli, but reaction mild or controllable so does not give rise to avoidance or to any interference with ordinary life

2 = predictable, abnormal, idiosyncratic, negative response to one or more specific stimuli; some intrusion into ordinary activities so there are occasional tantrums/disturbances or attempts by family to avoid subject being exposed to specific stimulus; however, no substantial interference with general pattern of family life

3 = predictable, abnormal, idiosyncratic, negative response to one or more specific stimuli that causes substantial interference with family life or totally, or almost totally, prevents some activity

9 = N/K or not asked

CURRE[

EVER

INTERESTS AND BEHAVIORS *(CONTINUED)*

 74. DIFFICULTIES WITH MINOR CHANGES IN SUBJECT'S OWN ROUTINES OR PERSONAL ENVIRONMENT

THIS ITEM CONCERNS MARKED NEGATIVE REACTIONS TO A VARIETY OF MINOR CHANGES IN HOW, WHERE, OR WHEN THE SUBJECT CARRIES OUT DAILY ACTIVITIES. THESE CHANGES MUST BE MINOR. DO NOT INCLUDE MOVING HOUSE, CHANGING SCHOOL, OR ANY OTHER MAJOR TRANSITION THAT WOULD BE EXPECTED TO AFFECT ANY SUBJECT. THE EMPHASIS FOR THIS ITEM IS ON AN UNUSUAL DEGREE OF UPSET OR INSISTENCE ON MAINTAINING THE ORIGINAL CONDITION IF A MINOR ASPECT OF THE **SUBJECT'S** ROUTINE IS CHANGED.

**Is [subject] bothered by minor changes in her/his routine? Or in the way her/his personal things are arranged?**
For example, does it bother her/him to switch from one pair of mittens or gloves to another or from winter to summer clothing (e.g., long sleeves to short sleeves)?

**How about changes in schedule?**
Does it make a difference to [subject] if, for instance, you bathe her/him or s/he takes a bath 15 minutes earlier or later than usual, or s/he gets dressed before breakfast or after, if this broke her/his routine? What does happen?

**Do *minor* changes in eating routines, such as where the salt and pepper are on the table or where food is placed on her/his plate, cause any difficulty?**

**Was this ever a problem in the past?**
(PROBE FOR DETAILS AND NOTE EXAMPLES.)

**Difficulties with minor changes in subject's own routines or personal environment** must have gone on for at least 3 months to be coded.

CURRENT ☐

0 = no difficulties with minor changes in own subject's own routines

1 = unusually negative reaction to minor changes in subject's own routines, but with no serious distress and little or no interference in family life

EVER ☐

2 = definite, unusual reactions to minor changes in subject's own routines, causing resistance or distress/or family going to unusual lengths to avoid changing minor aspects of subject's routines or to prepare subject for minor changes; but no substantial interference in family life

3 = definite, unusual, and marked resistance to minor changes in subject's own routines, with substantial interference with or impairment of family activities

9 = N/K or not asked

**CONFIDENTIAL**

INTERESTS AND BEHAVIORS *(CONTINUED)*

 RESISTANCE TO TRIVIAL CHANGES IN THE ENVIRONMENT *(NOT DIRECTLY AFFECTING THE SUBJECT)*

THIS ITEM CONCERNS THE SUBJECT'S MARKED DIFFICULTY WITH MINOR OR TRIVIAL CHANGES IN ASPECTS OF THE ENVIRONMENT THAT HAVE NO DIRECT EFFECT ON HER/HIM, FOR EXAMPLE, THE POSITION OF ORNAMENTS, THE ORIENTATION OF THE TELEPHONE, OR CLOTHES WORN BY PEOPLE OTHER THAN SUBJECT. THE EMPHASIS IS ON THE **SUBJECT'S** UNUSUALLY NEGATIVE REACTION TO THESE TRIVIAL CHANGES.

**How does** [subject] **react to changes about the house, or to changes in small details of her/his environment or surroundings?** For example, how does s/he react to a change in someone else's daily routine, how the furniture is arranged, or what you wear (e.g., if you wear glasses or a hat)?

**Does s/he get distressed?**

**What about when s/he was younger?**

**Was this ever a problem in the past?**

(IF THIS IS/WAS A PROBLEM, PROBE FOR DETAILS AND NOTE EXAMPLES.)

**Resistance to trivial changes in the environment** must have gone on for at least 3 months to be coded.

0 = none

1 = unusually negative reaction to trivial changes in the environment, but with no serious distress and little or no interference in family life

2 = definite, unusual reactions to trivial changes in the environment, causing marked distress or causing family to go to unusual lengths to avoid trivial changes in the environment or to prepare subject for such trivial changes; but no substantial interference in family life

3 = definite, unusual, and marked resistance to trivial changes in the environment, with substantial interference with or impairment of family activities

9 = N/K or not asked

CURRE[

EVER

70

INTERESTS AND BEHAVIORS *(CONTINUED)*

## 76. UNUSUAL ATTACHMENT TO OBJECTS

AN ATTACHMENT IS DEFINED AS AN UNUSUAL INTEREST AND DEPENDENCE ON A PARTICULAR OBJECT THAT THE SUBJECT CARRIES AROUND WITH HER/HIM. THE FOCUS HERE IS ON ATTACHMENTS TO UNUSUAL OBJECTS, I.E., NOT THE SOFT, CUDDLY BLANKETS OR STUFFED TOYS USED BY MOST CHILDREN. THE STRENGTH OF THE ATTACHMENT IS DETERMINED BY HOW DIFFICULT IT IS FOR THE SUBJECT TO SEPARATE FROM THE OBJECT AND WHETHER ITS POSSESSION INTRUDES INTO THE SUBJECT'S OR FAMILY'S LIFE. THE BEHAVIOR OF AN UNUSUAL ATTACHMENT MUST HAVE LASTED 3 MONTHS, BUT THIS MAY OR MAY NOT HAVE INVOLVED THE SAME OBJECT THROUGHOUT.

**Does [subject] have anything to which s/he is particularly attached and that s/he likes to carry around with her/him?**

What is it like?

Is it something like a teddy or blanket, or is it something more unusual, like a piece of pipe, a clothes peg, or a stone? (GET EXAMPLES.)

What does s/he do with it?

If asked to put it down, will s/he do so?

Does s/he take it to bed?

What happens if it is taken away or if it gets mislaid?

What about when s/he was younger?

**Has s/he ever been particularly attached to anything?**

**Unusual attachments to objects** must have gone on for at least 3 months to be coded.

CURRENT

0 – no attachment or attachment only to cuddly object used as comforter

1 – some attachment to slightly unusual object, such as piece of paper or soft brush, or several similar interchangeable objects, but puts down if asked to do so and can tolerate separation from it; no interference with activities

EVER

2 – attachment to an unusual object causes significant distress on separation or causes caregivers to try to ensure object always readily available for subject because of anticipated distress; occasional interference with activities

3 – unusual attachment so intrusive that it prevents many everyday activities

6 – attachment to soother/comforter or blanket or other usual object beyond age 5 or with such intensity that interferes with social functioning or activities (if has also had an unusual attachment, code that instead)

7 – series of short-lasting (1–3 days) attachments to unusual objects or groups of objects, replaced by new attachment to different kind of unusual object also for short time

9 – N/K or not asked

**CONFIDENTIAL**

INTERESTS AND BEHAVIORS *(CONTINUED)*

 77. HAND AND FINGER MANNERISMS

HAND AND FINGER MANNERISMS OF THE TYPE COVERED BY THIS ITEM TYPICALLY INVOLVE RAPID, VOLUNTARY, REPETITIOUS MOVEMENTS OF THE FINGERS AND HANDS, OFTEN BUT NOT ALWAYS WITHIN THE LINE OF THE SUBJECT'S VISION. DO **NOT** INCLUDE NAIL BITING, HAIR TWISTING, OR THUMB SUCKING. CLAPPING IS **NOT** A HAND MANNERISM, NOR ARE THE NONSPECIFI OVERFLOW MOVEMENTS SEEN IN INFANTS AND TODDLERS WHEN THEY ARE EXCITED. IF HAND AND FINGER MANNERISMS ONLY OCCUR DURING WHOLE BODY MOVEMENTS, CODE ON ITEM 78 ONLY. DO NOT INCLUDE ROCKING IN EITHER CODE.

**Does** [subject] **have any mannerisms or odd ways of moving her/his hands or fingers? Such as twisting or flicking her/his fingers in front of her/his eyes?**

Do they interfere with getting [subject] to do other things? In what way?

What happens if you try to get her/him to stop?

Are there any particular circumstances in which s/he does this more than in others? (GET DETAILS.)

**Did s/he ever show any of these types of mannerisms or odd movements in the past?** (NOTE EXAMPLES.)

Hand and finger mannerisms must have gone on for at least 3 months to be coded.

CURREI

0 = no hand and finger mannerisms

1 = occasional hand and finger mannerisms only or type not as clearly specified as for rating of "2"

EVER

2 = definite, frequent hand mannerisms or finger flicking/twisting, but no interference with other activities or distress if interrupted

3 = marked mannerisms of type specified; associated with social impairment or distress when interrupted or infrequent interruption due to others' concern about subject's reaction

8 = N/A (e.g., physically disabled)

9 = N/K or not asked

**CONFIDENTIAL**

INTERESTS AND BEHAVIORS *(CONTINUED)*

 **OTHER COMPLEX MANNERISMS OR STEREOTYPED BODY MOVEMENTS** *(DO NOT INCLUDE ISOLATED ROCKING)*

THE FOCUS HERE IS ON COMPLEX, STEREOTYPIC, VOLUNTARY, WHOLE-BODY MOVEMENTS, SUCH AS ARM WAVING WHILE ROCKING UP ONTO TIPTOES.

**Does [subject] have any complicated movements of her/his whole body, such as spinning or repeatedly bouncing up and down?**

Do they interfere at all with getting [subject] to do other things? In what way?

What happens if you try to get her/him to stop? (GET DETAILS.)

**In the past, did s/he have any of these movements?** (NOTE EXAMPLES. ISOLATED ROCKING IS EXCLUDED BUT COMPLICATED MANNERISMS THAT INVOLVE ROCKING ONLY AS ONE COMPONENT MAY BE APPLICABLE.)

Complex mannerisms or stereotyped body movements must have lasted 3 months to be coded.

0 = no complex mannerisms or stereotyped body movements

1 = only occasional complex mannerisms or stereotyped body movements

2 = definite, frequent other mannerisms or stereotypies, but will stop without distress if interrupted

3 = marked mannerisms associated with social impairment

8 = N/A

9 = N/K or not asked

CURRENT

EVER

**CONFIDENTIAL**

INTERESTS AND BEHAVIORS *(CONTINUED)*

---

 **79.** MIDLINE HAND MOVEMENTS

THESE MOVEMENTS ARE THOSE THAT OCCUR IN THE MIDDLE OF THE SUBJECT'S BODY AND USUALLY INVOLVE BOTH HANDS MOVING IN SIMILAR WAYS IN A HAND WRINGING OR HAND WASHING MOVEMENT.

**Does s/he have any particular ways of moving her/his hands in front of her/his body, for example, hand wringing or turning the hands from side to side together as if washing them?**

Midline hand movements must have lasted 3 months to be coded.

0 = no midline hand movements

1 = only occasional midline hand movements or type not as clearly specified as for a rating of "2"

2 = definite abnormal wringing hand movements mainly in the midline

8 = N/A

9 = N/K or not asked

CURI

EV

**CONFIDENTIAL**

# GENERAL BEHAVIORS

 **80.** GAIT

THE FOCUS IS ON UNUSUAL WAYS OF WALKING—PARTICULARLY TIPTOEING OR BOUNCING—
THAT ARE NOT CLEARLY ASSOCIATED WITH PHYSICAL HANDICAP.

Is there anything unusual about the way [subject] walks (e.g., bouncing, exaggeration of toe-heel, up on toes)? (GET DESCRIPTION.)

Do you think other people notice it?

Has there ever been anything unusual?

How did s/he walk when s/he was 4 to 5 years old?

Do not code broad-based, immature or clumsy gait.

0 = normal gait

1 = somewhat unusual gait

2 = definitely odd gait (e.g., toe-walking or abnormal bouncing)

3 = gait sufficiently odd to be noticed by others outside family or teachers

7 = gait apparently due to a neurological condition or to severe developmental motor impairment

8 = N/A

9 = N/K or not asked

CURRENT

☐

MOST
ABNORMAL
4.0–5.0

☐

GENERAL BEHAVIORS *(CONTINUED)*

 **AGGRESSION TOWARD CAREGIVERS OR FAMILY MEMBERS**

THIS ITEM IS CONCERNED WITH EPISODES OF AGGRESSION WITHIN THE FAMILY, INCLUDING WITH CAREGIVERS, OF SUFFICIENT SEVERITY AND/OR FREQUENCY TO CONSTITUTE A SIGNIFICANT CAUSE FOR CONCERN.

**Have there been times when** [subject] **has been aggressive toward other people within the family (or other caregivers)?**

**Has s/he ever hit or bitten anyone?**

**What about when s/he was younger?** (GET DETAILS OF CIRCUMSTANCES AND OF AGGRESSIVE ACTS.)

**What does s/he do?**

What are the circumstances?

What seems to start the aggression?

Has s/he ever really hurt someone? What happened?

Has s/he ever used any kind of implement like a stick or a knife?

**How long do the aggressive episodes last (a few minutes or several hours)? How often do they occur?**

0 = no aggression or only rare episodes; rare aggressiveness, not a significant problem

1 = mild aggressiveness only (threatening without physical contact; or behavior that might represent just unduly rough play or momentary, provoked lashing out)

2 = definite physical aggression involving hitting or biting but no use of implements

3 = violence that involves the use of implements

9 = N/K or not asked

CURRE

EVEI

76

**CONFIDENTIAL**

GENERAL BEHAVIORS *(CONTINUED)*

---

 **82.** AGGRESSION TOWARD NONCAREGIVERS OR NONFAMILY MEMBERS

THIS ITEM CONSTITUTES A DIRECT PARALLEL TO ITEM 81 AND IS DIFFERENT ONLY IN SO FAR AS THE AGGRESSION IS DIRECTED TO
INDIVIDUALS WHO ARE NOT CAREGIVERS OR MEMBERS OF THE FAMILY. IT INCLUDES AGGRESSION TOWARD BOTH PEERS AND ADULTS.

**What about aggression toward people outside the family,
as at school or in shops or on buses?**

Has s/he ever behaved in ways that might lead other people to
think that s/he was going to be aggressive?

**Has there ever been a concern that s/he might harm or
hurt other people?**

**What about when s/he was younger?**
(GET DETAILS OF CIRCUMSTANCES AND OF AGGRESSIVE ACTS.)

**What does s/he do?**

What are the circumstances?

What seems to start the aggression?

Has s/he ever really hurt someone? What happened?

Has s/he ever used any kind of implement like a stick or knife?

**How long did/do the aggressive episodes last
(a few minutes or several hours)?**

**How often did/do they occur?**

0 = aggression rare, not a significant
    problem

1 = mild aggressiveness only
    (threatening without physical
    contact; or behavior that might
    represent just unduly rough play or
    momentary provoked lashing out)

2 = definite physical aggression
    involving hitting or biting but no
    use of implements

3 = violence that involves the use of
    implements

9 = N/K or not asked

CURRENT

EVER

**CONFIDENTIAL**

GENERAL BEHAVIORS *(CONTINUED)*

 **SELF-INJURY**

SELF-INJURY IS A DELIBERATE SELF-DIRECTED AGGRESSIVE ACT (E.G., BITING THE WRIST, BANGING THE HEAD) THAT RESULTS IN TISSUE DAMAGE AND OCCURS OVER A PERIOD OF AT LEAST 3 MONTHS.

**Does [subject] ever injure himself/herself deliberately, such as by biting her/his arm or banging her/his head or anything else like this?** (GET DETAILS.)

**Was this ever a problem in the past?**

Self-injury must occur over a period of 3 months to be coded.

0 = no self-injury

1 = slight self-injury (e.g., occasionally bites own hand/arm when annoyed, pulls hair, or slaps face); no substantial tissue damage

2 = self-injury definitely present (e.g., actual bruises or calluses, repeated head banging, hair pulling, biting associated with definite tissue damage; do not count picking of spots)

3 = definite self-injury with serious damage (e.g., skull fracture, eye injury, etc.)

9 = N/K or not asked

CURREN

EVER

**CONFIDENTIAL**

 **HYPERVENTILATION**

HYPERVENTILATION INVOLVES EPISODES OF RAPID, DEEP, REPETITIVE BREATHING IN SITUATIONS OTHER THAN THOSE THAT ELICIT PANIC.

**Does [subject] ever breathe in deeply with repeated rapid breaths?**

Does s/he ever sound as if s/he is gasping for air over and over within a period of a few seconds?

0 — no hyperventilating

1 — occasional hyperventilating

2 = frequent hyperventilating

9 = N/K or not asked

CURRENT

EVER

**CONFIDENTIAL**

GENERAL BEHAVIORS *(CONTINUED)*

 **85.** FAINTS/FITS/BLACKOUTS

THE FOCUS IS ON EPISODES INVOLVING AN UNEXPLAINED CHANGE IN LEVEL OF CONSCIOUSNESS WITH OR WITHOUT FALLING OR JERKING MOVEMENTS OF THE LIMBS.

**Has [subject] ever fainted or had a fit/seizure/convulsion?**

**Has s/he ever had medicine to control fits?**

(IF YES, PROBE FOR FURTHER DETAILS ABOUT THE "EPISODES," INCLUDING AGE OF ONSET, FREQUENCY, A CLEAR DESCRIPTION, AND WHETHER THEY REQUIRED INVESTIGATION AND TREATMENT, INCLUDING PAST AND CURRENT MEDICATION AND/OR HOSPITAL ADMISSION.)

0 = no attacks

1 = history of attacks that might be epileptic, but diagnosis not established

2 = definite diagnosis of epilepsy

7 = febrile convulsions only, with no continuing daily medication outside the period of fever

9 = N/K or not asked

CURREN

EVER

GENERAL BEHAVIORS *(CONTINUED)*

 **86.** AGE WHEN ABNORMALITY FIRST EVIDENT

IF IT IS ALREADY CLEAR THAT BEHAVIOR ABNORMAL BY AGE 3 YEARS, QUESTION ONLY ON EARLIER AGES IN ORDER TO ASSESS PROBABLE TIME THAT ABNORMALITIES FIRST EVIDENT. IF ACCOUNT SO FAR SUGGESTS SUBJECT NORMAL UP TO 3 YEARS, FOCUS FIRST ON AGE 3 YEARS IN ORDER TO DETERMINE IF DEVELOPMENT DEFINITELY NORMAL AT THAT AGE, AND THEN EXPLORE EARLIER AGES. THIS CODING IS MADE ON THE INTERVIWER'S JUDGEMENT USING ALL AVAILABLE INFORMATION FROM THE INTERVIEW.

When we started talking about [subject], I asked you when you thought that s/he first showed any difficulties in development or behavior. You said that you thought [day/month/year]. (REFER BACK TO ITEM 2) **I'd like now just to check back on those early years.**

**Could you tell what [subject] was like about the time of her/his third birthday?**

What was her/his play like?

What toys did s/he play with?

Any pretend games?

How was her/his talking then?

What about looking after herself/himself? Feeding? Toileting? Dressing?

What were her/his relationships with other children like?

Working back again just to check: what about at age 1 year and at age 2 years?

0 = development in the first 3 years of life clearly normal in quality and within normal limits for social, adaptational, language, self-help, and motor milestones; no behavioral problems of a type that might indicate developmental delay or deviance

1 = development possibly within normal limits during first 3 years, but uncertainty because of either the quality of behavior or the level of skills

2 = development probably abnormal by the age of 3 years, as indicated by developmental delay or deviance, but not of a degree or type that is definitely incompatible with normality

3 = development definitely abnormal in the first 3 years but quality of behavior/social relationships/ communications not unambiguously autistic at that age

4 = development definitely abnormal in the first 3 years and quality of behavior/social relationships/ communications strongly indicative of autism at that age

9 = N/K or not asked

**CONFIDENTIAL**

GENERAL BEHAVIORS *(CONTINUED)*



**87.** INTERVIEWER'S JUDGMENT ON AGE WHEN DEVELOPMENTAL ABNORMALITIES
PROBABLY FIRST MANIFEST

|  |  |  |
|---|---|---|

Code in months

# Special Isolated Skills (Items 88-93)

For Items 88 to 93, probe as appropriate to the subject's level of functioning and get details of level and pattern of skills, as well as extent that skill involves meaning and interpretation and can be applied in day-to-day situations. Describe in detail. Code for "current" and "ever."

**Does** [subject] **have any unusually marked special skills? Are there any things that s/he seems to be *very good* at, either currently or at any time in the past?** (GET DETAILS AND EXAMPLES.) **Are these skills related to one of her/his special interests or unusual preoccupations?**

Is [subject] particularly good with shapes—as in puzzles or jigsaws? Has this *ever* been a particular ability?

What about her/his memory? Was it ever exceptional?

Does s/he have particular musical skills? How about in the past?

Is s/he unusually good at drawing? Was s/he in the past?

How about reading? In the past?

What about computations? In the past?

Throughout this section, the focus should be on a particular skill or ability. Once a decision has been made about the presence or absence of a skill, the next assessment needs to be in relation to how this skill compares with the subject's overall level of functioning and how this would compare with the general population. For example, a child with mental retardation who could multiply three-figure numbers in his/her head but could not apply this skill would get a code of "2." For Item 93, "computational ability," if s/he could apply the skill in real-life situations, s/he would get a code of "7." If his/her computational skill was average by population norms, but well above his/her mental age, this would be coded "1."

**Code special skills on next page.**

R3

## SPECIAL ISOLATED SKILLS

0 = no outstanding skills/knowledge in relation to overall level of ability, whether high or low

1 = isolated skill/knowledge that is definitely out of keeping with subject's general level of ability, but not above general population norms

2 = isolated skill/knowledge that is definitely above the subject's general level of ability and above the general population's normal level, but is not used functionally or meaningfully to any marked extent (e.g., a preschool child who can read without comprehension or a calendrical calculator would be coded here)

3 = isolated skill/knowledge that is above the subject's general level and above the normal population's level of ability and is used meaningfully (i.e., genuine talent or ability used adaptively, such as performing music for others' enjoyment or participating in age-appropriate children's hobbies such as model-building or computer programming); subject is recognized by peers as having exceptional skill

8 = N/A (e.g., reading in a nonverbal subject)

9 = N/K or not asked

|  |  | CURRENT | EVER |
|---|---|---|---|
| 88. | VISUOSPATIAL ABILITY (IN PUZZLES, JIGSAWS, SHAPES, PATTERNS, ETC.) | ☐ | ☐ |
| 89. | MEMORY SKILL (ACCURATE MEMORY FOR DETAIL, AS OF DATES OR TIMETABLES) | ☐ | ☐ |
| 90. | MUSICAL ABILITY (RECOGNITION, COMPOSITION, ABSOLUTE PITCH, OR PERFORMANCE) | ☐ | ☐ |
| 91. | DRAWING SKILL (UNUSUALLY SKILLED USE OF PERSPECTIVE OR CREATIVE APPROACH) | ☐ | ☐ |
| 92. | READING ABILITY (E.G., EARLY SIGHT READING) | ☐ | ☐ |
| 93. | COMPUTATIONAL ABILITY (E.G., MENTAL ARITHMETIC) | ☐ | ☐ |



**CONFIDENTIAL**

## CONCLUDING COMMENTS (NO CODING REQUIRED)

OVERALL ASSESSMENT



**Are there any other aspects of** [subject]**'s behavior that particularly concern you?** (PROBE ONLY IF POSSIBLY RELEVANT TO ANY OF SPECIFIED CODINGS OR TO DIFFERENTIAL DIAGNOSIS OF AUTISM.)

Is there anything else you would like to tell me about that we haven't covered?

INTERVIEWER'S IMPRESSIONS AND CIRCUMSTANCES OF INTERVIEW
(DESCRIBE. NOTE WHETHER AUDIO/VIDEO RECORDING MADE.)

SUMMARY OF DISCREPANCIES BETWEEN INFORMANT DESCRIPTION AND OBSERVER INFORMATION

CONFIDENTIAL



CONFIDENTIAL

**ADI-R** **Autism Diagnostic Interview–Revised**
Ann Le Couteur, M.B.B.S., Catharine Lord, Ph.D., Michael Rutter, M.D., F.R.S.

Published by
**WESTERN PSYCHOLOGICAL SERVICES**
12031 Wilshire Blvd., Los Angeles, CA 90025-1251
*Publishers and Distributors*

# Comprehensive Algorithm Form

**Subject**

Name of Subject/ID:

Date of Birth: / /     Chronological Age:     Gender:     Female     Male

**Respondent**

Name:

Relation to Subject:

**Clinician**

Name:

School/Clinic:

Date of Interview: / /

---

**Mark the algorithm used.**

**Current Behavior Algorithm**

☐ 2 Years, 0 Months to 3 Years, 11 Months

☐ 4 Years, 0 Months to 9 Years, 11 Months

☐ 10 Years, 0 Months or Older
(Verbal Subjects only; Item 30 = 0)

**Diagnostic Algorithm**

☐ 2 Years, 0 Months to 3 Years, 11 Months

☐ 4 Years, 0 Months or Older

---

| **Item Code to Algorithm Score Conversion** | Code | 0 | 1 | 2 | 3 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| | Score | 0 | 1 | 2 | 2 | 0 | 0 | 0 |

**Score Summary**

|  |  |  |  |  | Diagnostic Algorithm cutoffs* |
|---|---|---|---|---|---|
| A1 ___ + A2 ___ + A3 ___ + A4 ___ = | **Total A** ___ | | | | cutoff = 10 |
| B1 ___ + B4 ___ + B2(V) ___ + B3(V) ___ = | Verbal **Total B** ___ | | | | cutoff = 8 |
| B1 ___ + B4 ___ = | Nonverbal **Total B** ___ | | | | cutoff = 7 |
| C1 ___ + C2 ___ + C3 ___ + C4 ___ = | **Total C** ___ | | | | cutoff = 3 |

*Cutoffs are for Diagnostic Algorithms only.
The Current Behavior Algorithms do not have cutoffs.

**Total D** ___     cutoff = 1

Additional copies of this form (W-382E) may be purchased from WPS. Please contact us at 800-648-8857, Fax 310-478-7838, or www.wpspublish.com.

W-382E   Copyright © 2007 by WESTERN PSYCHOLOGICAL SERVICES. Not to be reproduced in whole or in part without written permission. All rights reserved. Printed in U.S.A.   1 2 3 4 5 6 7 8 9

**CONFIDENTIAL**

## A: Qualitative Abnormalities in Reciprocal Social Interaction

Copy each code into the box for algorithm type and subject age level.

| | Algorithm type ........... Current Behavior Algorithm | | | ........ Diagnostic Algorithm | |
|---|---|---|---|---|---|
| **Code**<br>Use these codes<br>unless otherwise specified | | | | | |
| **Age** .......... | 2.0<br>to<br>3.11 | 4.0<br>to<br>9.11 | 10.0<br>or<br>older* | ........... | 2.0<br>to<br>3.11 | 4.0<br>or<br>older |

### A1: Failure to use nonverbal behaviors to regulate social interaction

Convert to Scores

50 Direct Gaze .............................................................

51 Social Smiling .............................................................

57 Range of Facial Expressions Used to Communicate ...

**Total A1**

### A2: Failure to develop peer relationships

49 Imaginative Play With Peers .......................................

62 Interest in Children ...................................................

63 Response to Approaches of Other Children ............

64 Group Play With Peers
(score if 4.0 to 9.11 years) .......................................

OR (score either 64 or 65, depending on age of subject)

65 Friendships
(score if 10.0 years or older) ....................................

**Total A2**

### A3: Lack of shared enjoyment

52 Showing and Directing Attention ........................

53 Offering to Share ...................................................

54 Seeking to Share Enjoyment With Others ...........

**Total A3**

### A4: Lack of socioemotional reciprocity

31 Use of Other's Body to Communicate ..................

55 Offering Comfort ..................................................

56 Quality of Social Overtures ..................................

58 Inappropriate Facial Expressions .........................

59 Appropriateness of Social Responses ..................

**Total A4**

*Current Behavior Algorithm for 10.0 or older should
be scored only for verbal subjects (Item 30 = 0).
For this age group, no Current Behavior Algorithm is
available for nonverbal subjects (Item 30 = 1 or 2).

**Total A**
A1 + A2 + A3 + A4
(cutoff = 10, diagnostic only)

## B: Qualitative Abnormalities in Communication

* Score B1, B4, B2(V), and B3(V) for verbal subjects (Item 30 = 0).
* Score only B1 and B4 for nonverbal subjects (Item 30 = 1 or 2).

Copy each code into the box for algorithm type and subject age level.

| | Current Behavior Algorithm | | | Diagnostic Algorithm | |
|---|---|---|---|---|---|
| Algorithm type | | | | | |
| Code (Use these codes unless otherwise specified) | | | | | |
| Age | 2.0 to 3.11 | 4.0 to 9.11 | 10.0 or older* | 2.0 to 3.11 | 4.0 or older |

### B1: Lack of, or delay in, spoken language and failure to compensate through gesture

Convert to Scores

42 Pointing to Express Interest

43 Nodding

44 Head Shaking

45 Conventional/Instrumental Gestures

**Total B1**

### B4: Lack of varied spontaneous make-believe or social imitative play
(B4 is not scored on Current Behavior Algorithm for 10.0 or older.)

47 Spontaneous Imitation of Actions

48 Imaginative Play

61 Imitative Social Play

**Total B4**

### B2(V): Relative failure to initiate or sustain conversational interchange

34 Social Verbalization/Chat

35 Reciprocal Conversation

**Total B2(V)**

### B3(V): Stereotyped, repetitive, or idiosyncratic speech

33 Stereotyped Utterances and Delayed Echolalia

36 Inappropriate Questions or Statements

37 Pronominal Reversal

38 Neologisms/Idiosyncratic Language

**Total B3(V)**

VERBAL SUBJECTS ONLY

Verbal Subjects: **Total B(V)** B1 + B4 + B2(V) + B3(V) (cutoff = 8, diagnostic only)

Nonverbal Subjects: **Total B(NV)** B1 + B4 (cutoff = 7, diagnostic only)

*Current Behavior Algorithm for 10.0 or older should be scored only for verbal subjects (Item 30 = 0). For this age group, no Current Behavior Algorithm is available for nonverbal subjects (Item 30 = 1 or 2).

## C: Restricted, Repetitive, and Stereotyped Patterns of Behavior

Copy each code into the box for algorithm type and subject age level.

Algorithm type ............ **Current Behavior Algorithm** ........ **Diagnostic Algorithm**

| | Age | 2.0 to 3.11 | 4.0 to 9.11 | 10.0 or older* | ........ | 2.0 to 3.11 | 4.0 or older |
|---|---|---|---|---|---|---|---|
| | Code | | Current | | ........ | Ever | |

### C1: Encompassing preoccupation or circumscribed pattern of interest

**Convert to Scores**

67  Unusual Preoccupations .................................

68  Circumscribed Interests
(score if 3 years or older) ...........................

**Total C1**

### C2: Apparently compulsive adherence to nonfunctional routines or rituals

39  Verbal Rituals *(score only if Item 30 = 0)* .............

70  Compulsions/Rituals .................................

**Total C2**

### C3: Stereotyped and repetitive motor mannerisms

77  Hand and Finger Mannerisms .........................

78  Other Complex Mannerisms or
Stereotyped Body Movements .......................

**Total C3**

### C4: Preoccupation with parts of objects or nonfunctional elements of material

69  Repetitive Use of Objects or
Interest in Parts of Objects ...........................

71  Unusual Sensory Interests .............................

**Total C4**

*Current Behavior Algorithm for 10.0 or older should
be scored only for verbal subjects (Item 30 = 0).
For this age group, no Current Behavior Algorithm is
available for nonverbal subjects (Item 30 = 1 or 2).

**Total C**
C1 + C2 + C3 + C4
(cutoff = 3, diagnostic only)

## D: Abnormality of Development Evident at or Before 36 Months

### Diagnostic Algorithms only.

Code     Score

2   Age Parents First Noticed *(if <36 months, score 1)* .........................................

9   Age of First Single Words *(if >24 months, score 1)* .........................................

10  Age of First Phrases *(if >33 months, score 1)* ...............................................

86  Age When Abnormality First Evident *(if coded 3 or 4, score 1)* ..............................

87  Interviewer's Judgment on Age When Abnormalities First Manifest *(if <36 months, score 1)* ......

**Total D**
(cutoff = 1, diagnostic only)

CONFIDENTIAL

09   ADOS-2, Form

CONFIDENTIAL

Name of Participant: _____     Date of Testing: _____

Scorer: _____     Administrator: _____



## MODULE 4

Fluent Speech
Adolescent / Adult

# ADOS
# Observation/Coding

1. Construction Task*
2. Telling a Story from a Book
3. Description of a Picture*
4. Conversation and Reporting
5. Current Work and School*
6. Social Difficulties and Annoyance
7. Emotions
8. Demonstration Task

9. Cartoons*
10. Break
11. Daily Living*
12. Friends and Marriage
13. Loneliness
14. Plans and Dreams
15. Creating a Story

*denotes optional



Published by
WESTERN PSYCHOLOGICAL SERVICES
12031 Wilshire Boulevard
Los Angeles, CA 90025-1251
Publishers and Distributors

Copyright © 1999 by WESTERN PSYCHOLOGICAL SERVICES
Not to be reproduced in whole or in part without written permission of Western Psychological Services. All rights reserved. Printed in U.S.A.
1 2 3 4 5 6 7 8 9

**CONFIDENTIAL**

ADOS

## Observation Sheet -Module 4

*Name of Participant:* _____ *Date of Testing:* _____

*Date of Birth:* _____ *Administrator:* _____

**Tasks**                                                    **Notes**

### 1. Construction Task (Optional)

*Focus of Observations:* The focus of observation is on whether and if so, how the participant indicates the need for more pieces (e.g., Does he reach over the examiner's arm? Does he vocalize or gesture or make eye contact?)

**Communication Sample :**

CONFIDENTIAL

ADOS

Protocol/Module 4 – 3

*Name of Participant:* _____  *Date of Testing:* _____

## 2. Telling a Story from a Book

*Focus of Observations:* The goal is to obtain an example of the participant's spontaneous language and communication, as well as a sense of his response to conventional humor, his understanding of visual indications of social context (i.e., what the characters are doing and how they are feeling in the story), and what captures his interest.

## 3. Description of a Picture (Optional)

*Focus of Observations:* The goal is to obtain an example of the participant's spontaneous language and communication, as well as a sense of what captures his interest.

## 4. Conversation and Reporting a Nonroutine Event

*Focus of Observations:* The focus is on the extent to which the participant builds on the examiner's statements and takes a full role in back-and-forth conversations, particularly about a topic outside the immediate context. Particular observation of how the participant reports routine and non-routine events and describes relationships and emotions is also important. This task also affords an opportunity to observe features of the participant's communication including use of gaze, facial expression, intonation, and gesture.

**CONFIDENTIAL**

ADOS

Protocol/Module 4 – 4

*Name of Participant:* _____

*Date of Texting:* _____

## 5. Current Work (Optional)

*If the participant is in school full time and does not have a job and has never been employed (including working as a volunteer), proceed to the following questions (8b) about school.*

*Focus of Observation:* The focus of these questions is on obtaining general information about whether the participant is employed, in order to provide the background for the questions that follow. Of particular interest is whether the participant has had to leave jobs and for what reasons and about the participant's realistic understanding of possibilities for future employment.

*Interview Questions:*

➤ Do you have a job? *[If so]* What kind of job is it? How did you get it? Have you had other jobs before?
➤ *[If not].* What do you do during the day?
➤ Why did you leave your old job? Was it something you had planned?
➤ Are you happy where you are or would you like to move onto something else eventually? What would it be?
➤ What will you need to do in order to find this type of job?

## OR

## 5. Current School (Optional)

*Focus of Observation:* These questions are designed to determine what the participant's school experience is/was like, if he is not employed. The other focus is on the participant's realistic understanding of training or experience necessary for future employment

*Interview Questions:*

➤ Are you in school? Where? What courses are you taking? What year are you in? How is it going? (If the participant is no longer in school and not employed, ask: How far did you go in school? How did it go?")
➤ What do you plan to do next? What experience/training would you need to do that?

**CONFIDENTIAL**

ADOS

*Name of Participant:* _____

*Date of Testing:* _____

## 6. Social Difficulties and Annoyance

*Focus of Observations:* The focus is on the participant's perception of social difficulties, insight into the nature of these problems and whether he has made any attempt to change his own behavior in order to fit in with others more smoothly. In addition, attention should be paid to the participant's insight into the appropriateness and implications of his feelings.

*Interview Questions:*

➢ Have you ever had problems getting along with people at school or work?
➢ Are there things that other people do that irritate or annoy you? What are they?
➢ Were you ever teased or bullied? Why do you think?
➢ What about things you do that annoy others?
➢ Did you ever try to change these things? Did you ever do anything so that others wouldn't tease you? Did it work?

## 7. Emotions

*Focus of Observation:* The goal of these questions is to obtain a detailed description of two emotions, the context in which they arise and what the experience of these emotions is like for him as an individual. It is often appropriate to begin or end with "happy" or other positive emotions (see below), but any order may be used.

*Interview Questions:*

➢ What do you like doing that makes you feel happy and cheerful?
➢ What kinds of things make you feel this way? How do you feel when you're happy? Can you describe it?

➢ What about things that you're afraid of?
➢ What makes you feel frightened or anxious? How does it feel? What do you do?

➢ What about feeling angry?
➢ What kinds of things make you feel that way? How do you feel 'inside' when you're angry?

➢ Most people have times when they feel sad.
➢ What kinds of things make you feel that way?
➢ How do you feel when you're sad? What is it like when you're sad? Can you describe that?

**CONFIDENTIAL**

ADOS

*Name of Participant:* _____

*Date of Testing:* _____

## 8. Demonstration Task

*Focus of Observations.* The focus of observation is whether and if so, how the participant represents familiar actions in gesture. In addition, the examiner should consider the extent to which the participant can appropriately modify the level of detail to the context at hand, and the extent to which the participant can report about a familiar event.

## 9. Cartoons (Optional)

*Focus of Observations:* The purposes of this task include observation of the use of gesture and its coordination with speech, an opportunity to observe the participant's response to humor, opportunity to take a language sample and to obtain a sense of the participant's degree of insight and flexibility in adapting a narrative to the audience of the examiner, as well as to observe comments about affect and relationships.

## 10. Break

*Focus of the Observations.* The focus is on several factors: how the participant occupies himself during free time, how the participant responds to the examiner's withdrawal from the interaction, and whether and, if so, how the participant initiates and participates in an unstructured conversation or interaction with the examiner.

**CONFIDENTIAL**

ADOS

Protocol/Module 4 – ?

*Name of Participant:* _____ *Date of Texting:* _____

## 11. Daily Living (Optional)

*Focus of Observation:* These questions provide factual information about the participant's level of financial responsibility, where the participant is living and how this arrangement was arrived and indicate the extent to which the participant is realistic about plans for independence and the complexities of various living arrangements. These questions are optional if sufficient information has already been obtained about insight and responsibility and these generally positive topics (e.g., something saved for, favorite activities...) are not needed.

*Interview Questions (three general topics)*

### Money

- What about money? Do you take care of your own money?
- Where does it come from? Who pays your bills?
- Have you ever saved your money to buy something or do something special? What was it?

### Residential Arrangements

- Where are you living now?

*If at home now:*

- Have you ever lived away from your parents?
- What would be different about living on your own?
- Would you like it better?
- What would be difficult?

*If living on own:*

- How did you find the place where you live now?
- Can you tell me a little about it?

### Leisure Activities:

- What do you like to do in your spare time at home?
- What about going out?

**CONFIDENTIAL**

ADOS

Protocol/Module 4 - 8

*Name of Participant:* _____     *Date of Testing:* _____

## 12. Friends and Marriage

*Focus of Observations:* The focus of this item is not on whether the participant has friends, but how he understands the concept of friendship and the nature of these relationships, and how he sees his own role in these relationships. The focus of the questions on marriage/long term relationships but on the participant's understanding of why a person might want to be part of long-term relationships and his understanding of his own possible role in such a relationship.

*Interview Questions:*

- Do you have some friends? Can you tell me about them? (Note ages. It can be helpful to ask for names if the participant is very general about who they are.)
- What do you like doing together? How did you get to know them? How often do you get together?
- What does being a friend mean to you?
- What is different about a friend than someone whom you just work with or go to school with?

- Do you have a girl/boyfriend? What is her/his name? How old is she/he?
- When did you see her/him last? What is she/he like?
- What do you like to do together?
- How do you know she/he is your girlfriend/boyfriend?
- Do you ever think about having a long term relationship or getting married (when you are older)?
- Why do you think some people get married when the grow up?
- What would be nice about it? What might be difficult about being married?

**CONFIDENTIAL**

ADOS

*Name of Participant:* _____     *Date of Testing:* _____

## 13. Loneliness

*Focus of Observations:* These questions address whether the participant understands the concept of loneliness and how he feels it pertains to him.

*Interview Questions:*

- Do you ever feel lonely? Do you think other (young) people in your circumstances ever feel lonely?
- Are there things that you do to help yourself feel better?

## 14. Plans and Dreams

*Focus of Observation:* This question is intended to provide a positive end to the interview and to provide information about what the participant anticipates in the future.

*Interview Questions:*

- Do you have dreams for the future of things that you would like to do or have or see happen to you?
- Tell me about them.

## 15. Creating a Story

*Focus of Observations:* The focus of this item is on the participant's creative use of objects in telling a novel story or creating a newscast or commercial.

# Coding - Module 4

The overall ratings below should be made on the basis of the participant's behavior throughout the entire scale. If the participant's behavior changes in quality after an adaptation period, ratings should be based on the period after behavior stabilizes. The scales should be completed immediately after the assessment. The ratings are organized according to five main groupings: A. Language and Communication. B. Reciprocal Social Interaction. C. Imagination. D. Stereotyped Behaviors and Restricted Interests. E. Other Abnormal Behaviors.

A. **LANGUAGE AND COMMUNICATION** (unless otherwise stated, code absolutely. When a relative coding is indicated, code in comparison to estimated age equivalent in expressive language skills)

1. **Overall Level of Non-echoed Language** (Code absolutely, not in comparison to expressive language level. Code majority of utterances, not best.)

    *0 =* *uses sentences in a largely correct fashion (must use some complex utterances with two or more clauses),*

    *1 =* *some relatively complex speech (occasional utterances with two or more clauses), but with recurrent grammatical errors,*

    *2 =* *non-echoed speech is mostly at least three or more word utterances, but some non-elliptical simple phrases,*

    *3 =* *non-echoed language is mostly simple phrases.*

2. **Speech Abnormalities Associated with Autism (Intonation/Volume/Rhythm/Rate)** (The focus of this item is on speech abnormalities specific to autism. Because of the variability within the autism spectrum, speech patterns that are unusual according to the features identified, but not prototypically autistic, should be coded as "1." Code relative to expressive language level. Abnormal speech patterns typically associated with general language delay should be coded as "0.")

    *0 =* *appropriately varying intonation; reasonable volume and normal rate of speech with regular rhythm coordinated with breathing.*

    *1 =* *little variation in pitch and tone; rather flat or exaggerated intonation, but not obviously peculiar OR slightly unusual volume AND/OR speech that tends to be somewhat unusually slow or fast or jerky.*

    *2 =* *speech that is clearly abnormal in terms of being slow and halting AND/OR inappropriately rapid AND/OR jerky and irregular in rhythm (other than ordinary stutter/stammer) such that there is some interference with intelligibility AND/OR odd intonation or inappropriate pitch and stress AND/OR markedly flat and toneless "mechanical" speech AND/OR consistently abnormal volume.*

    *7 =* *stutter or stammer or other fluency disorder.*

    *N =* *N.A. phrase speech inadequate in frequency for assessment of intonation/rhythm/rate*

3. **Immediate Echolalia** (Immediate echolalia is defined as repetitions of the speech of the examiner that immediately follow the adult's last statement or series of statements. This should not include repetitions that are a lead-in to a response to the examiner or that are used as a memory device in specific tasks.)

    *0 =* *rarely or never repeats the adult's speech.*

    *1 =* *occasional echoing.*

    *2 =* *echoing words and phrases regularly, but some spontaneous language (it can be stereotyped).*

    *3 =* *speech largely consists of immediate echolalia.*



4. **Stereotyped/Idiosyncratic Use of Words or Phrases** (This code includes delayed echolalia or other highly repetitive utterances with consistent intonation patterns. As well as use of words or phrases that are inappropriately formal. These words or phrases can be intended meaningfully and can be appropriate to conversation at some level. The focus is on the stereotyped or idiosyncratic quality of the phrasing or unusual use of words or formation of utterances and/or their arbitrary association with a particular meaning. Neologisms should be coded here. Clear evidence of a pronoun error across person [e.g., "you" or "he/she" to mean "I"] should be coded here. Score relative to expressive language age.)

0 = *rarely or never uses stereotyped or odd words or phrases.*

1 = *use of words or phrases tends to be more repetitive or more formal than most children at the same level of complexity, but not obviously odd. OR occasional stereotyped utterances or odd use of words or phrases, with substantial spontaneous, flexible language as well.*

2 = *often uses stereotyped utterances or odd words or phrases with or without other language.*

3 = *phrases almost exclusively odd or stereotyped utterances.*

5. **Offers Information** (The focus of this item is on the participant's spontaneous, appropriate offering of personal information, new to the examiner. It does not have to occur in context or be part of a sustained interaction. It can occur as elaboration or response to questions, but must include new information, not specified by the question. It can be related to the participant's interests, but should not be solely related to preoccupations. Comments about facts [e.g., "Did you know that whales are mammals?"] are not coded here, but can be considered as part of Conversation below. Comments about relationships or possessions [e.g., "I have two brothers."; "Our family has a boat."] can be coded here if they refer to activity rather than a list of characteristics.

0 = *spontaneously offers information about own thoughts, feelings or experiences on several occasions.*

1 = *occasionally offers information spontaneously about own thoughts, feelings or experiences.*

2 = *rarely or never offers information spontaneously except about circumscribed interests or preoccupations. OR offers information about facts or general knowledge, including preoccupations or circumscribed interests.*

6. **Asks for Information** (The focus of this item is on the participant's spontaneous expression of interest in the examiner's ideas, knowledge, experiences or reactions. This should not be part of a preoccupation. Asking for information that is not related to the examiner or about the materials or about particular facts not specific to the examiner is not coded here, but can be included in Conversation. For this item, questions do not necessarily have to lead to a sustained conversation. Questions about relationships or possessions may be coded here if they refer to an activity rather than filling in a list.)

0 = *asks the examiner about her thoughts, feelings or experiences on several occasions.*

1 = *occasionally (at least one clear example) asks the examiner about her thoughts, feelings or experiences.*

2 = *responds appropriately to examiner's comments about her thoughts, feelings and experiences, but does not spontaneously inquire about them.*

3 = *rarely or never asks the examiner about her thoughts, feelings or experiences, nor expresses interest in them.*

ADOS

**7.**   <u>Reporting of Events</u>   (The focus of this item is on the participant's ability to select an event spontaneously or in response to the examiner's general questioning and to describe it in a comprehensible fashion without requiring specific probes. This should involve a sequential description of an event outside the immediate environment. Score "best" example, given the constraints described below with regard to preoccupations and probes.)

*0 =*   *reports a specific non-routine event (e.g., a holiday, a film seen once, a shopping trip) that is not part of participant's preoccupations or intense interests and seems likely to be real. Gives a reasonable account without specific probes, but may need to be asked a general question to get started.*

*1 =*   *gives a reasonable account of a routine event (e.g., playing a favorite game; routine when arrives home from work or school) that is not part of a preoccupation or intense interest and seems likely to be real, without specific probes. May need to be asked. Include accounts from demonstration task here.*

*2 =*   *provides an account of routine or non-routine events, but dependent on specific probes or only describes an event that seems unlikely to have been real.*

*3 =*   *inconsistent or insufficient responses even to specific probes.*

**8.**   <u>Conversation</u>   (The focus of this item is on the to and fro use of words and phrases in social conversation. Code this item relative to expressive language level. Code evidence of [or lack of] <u>nonverbal</u> reciprocity in Amount of Reciprocal Social Communication in section B below.)

*0 =*   *conversation flows building on the examiner's dialogue. This rating requires that much of the participant's speech provides both a response to the examiner's speech and a piece of talk (though not necessarily a question that builds on what has just been said and which allows a response from the examiner (i.e., at least 4-element sequences; examiner opens, participant comments, examiner responds, participant responds to response).*

*1 =*   *some of the participant's speech includes either some spontaneous elaboration of own responses for the examiner's benefit or giving leads for the examiner to follow, but either this is less in amount than expected for expressive language level, or it is limited in flexibility.*

*2 =*   *little reciprocal conversation sustained by the participant; may follow own train of thought rather than participate in an interchange; may have some spontaneous offering of information or comments, but little sense of reciprocity.*

*3 =*   *little spontaneous communicative speech (although there may be much echoed or noncommunicative speech). Includes participants who make some limited responses, but very few.*

**9.**   <u>Descriptive, Conventional, Instrumental or Informational Gestures</u>   (The focus of this item is on descriptive gestures that enact or represent an object or event. Use of conventional [e.g., clapping for "well done"] or instrumental [e.g., including pointing, begging, shrugs, head nodding or head shaking] gestures receives partial credit. Include in coding, behaviors that occur during the <u>Demonstration Task</u> and throughout the session, but the emphasis is on how the participant uses gestures before he is prompted or asked to do so.)

*0 =*   *spontaneous use of several descriptive gestures. These gestures may be typical or idiosyncratic, but must be communicative. May also use conventional or instrumental gestures.*

*1 =*   *some spontaneous use of descriptive gestures, but exaggerated, limited in range and/or contexts OR frequent use of conventional or instrumental gestures but not descriptive.*

*2 =*   *some spontaneous use of informational, conventional or instrumental gestures but not descriptive.*

*3 =*   *no or very limited spontaneous use of conventional, instrumental, informational or descriptive gestures.*

*N =*   *NA (e.g., limited by physical disability).*

ADOS

---

**10.** **Emphatic or Emotional Gestures** (The focus of this item is on emphatic [e.g., "bears"] or emotional gestures [e.g., hand to mouth or hands up for "wow"] that often accompany speech. Coding should be made on the basis of the timing of the gestures as they occur during speech. Other aspects of coordination of gesture such as integration with gaze should be coded under Language Production and Linked Nonverbal Communication or Quality of Social Overtures.)

> *0 =* *variety of appropriate emphatic and/or emotional gestures well integrated with speech.*
> *1 =* *some emphatic or emotional gestures, but exaggerated, OR limited in frequency, appropriateness, integration or style.*
> *2 =* *odd, excessive or definitely awkwardly integrated emphatic or emotional gestures*
> *3 =* *no or very limited emphatic and emotional gestures.*
> *N =* *insufficient amount of spontaneous language in order to judge accompanying gesture.*

---

**B.** **RECIPROCAL SOCIAL INTERACTION** (code in comparison to nonverbal mental age except where indicated, then code absolutely)

**1.** **Unusual Eye Contact** (This code distinguishes clear, flexible, socially-modulated, appropriate gaze that is used for a variety of purposes from gaze that is limited in flexibility, appropriateness or contexts. If the participant is shy initially and his gaze changes markedly and consistently as he becomes more comfortable, do not code earlier aspects. However, if eye contact never improves, coding must be on what is observed, even if the participant seems "shy".)

> *0 =* *appropriate gaze with subtle changes meshed with other communication.*
> *2 =* *uses poorly socially modulated eye contact to initiate, terminate or regulate social interaction.*

---

**2.** **Facial Expressions Directed to Others** (This rating should indicate whether the participant's facial expressions are directed toward another person for the purpose of communicating affect. Facial expressions that are directed toward objects or that are undirected are not rated here. Code appropriate facial expressions if they occur, even if there are odd expressions as well.)

> *0 =* *directs a range of appropriate facial expressions toward the examiner in order to communicate affect.*
> *1 =* *some direction of facial expressions to examiner (e.g., directs only expressions indicating emotional extremes to others), or occasionally directs wider range of expressions. A participant who has a limited range of facial expressions or who only has slightly unusual facial expressions, but directs almost all of his facial expressions to the examiner may be scored here.*
> *2 =* *rarely or never directs appropriate facial expressions to the examiner.*

CONFIDENTIAL

ADOS

Protocol/Module 4 - 14



3. **Language Production and Linked Nonverbal Communication** (The purpose of this item is to code the degree to which, when the participant vocalizes, the vocalization is accompanied by subtle changes in gaze, facial expression and gesture. This item should be coded on the basis of the vocalizations used, regardless of their frequency. Code most typical occurrences, not best. Include vocalizations used to maintain interaction or to respond to the examiner, as well as initiations. Code as "8" if unusual eye contact, facial expressions and/or gestures were coded as "2".)

   *0* — *vocalization usually accompanied by subtle and socially appropriate changes in gesture, gaze and facial expression.*

   *1* — *vocalization accompanied by abnormal, limited or less than usual frequency and/or range of gesture etc., or use of one modality almost exclusively (e.g., frequent use of gaze, but very limited use of gesture and facial expression).*

   *2* — *little or no nonverbal communication linked with vocalization.*

   *7* — *some avoidance of direct eye gaze, particularly at the beginning of the interview, perhaps because of shyness, but shows some modulation and coordination of language and nonverbal behavior.*

   *8* — *N/A, no vocalization OR no or minimal gesture, facial expression or socially directed gaze. This item receives a code of "8" (unscorable), if the absence of linking can be accounted for by the limited frequency of one or more behaviors (e.g., Unusual Eye Contact, Facial Expressions Directed to Others or Descriptive, Conventional and Instrumental Gestures), such that the participant has received a "2" on any of the items that describe the above features.*

4. **Shared Enjoyment in Interaction** (Use this rating to describe the participant's social response during any of the tasks or conversation. It should not be used to indicate the participant's general emotional state during the interview. Note that participants and adolescents of older chronological age would be expected to show enjoyment in more subdued and subtle ways than would younger participants. The rating applies to the participant's ability to indicate pleasure in the interaction, not just to interact.)

   *0* — *shows definite appropriate pleasure in interactive participation or conversation during more than one task or conversational topic.*

   *1* — *shows some appropriate pleasure in the examiner's actions, or shows some pleasure during one interaction.*

   *2* — *shows little or no expressed pleasure in interaction. May show pleasure in own actions or part of the conversation, but not in the examiner's behavior or in interaction.*

   *8* — *not scorable due to little or no interaction or for other reasons.*

5. **Communication of Own Affect** (The focus here is on the participant's ability to convey a range of his own emotions using words or vocalization, facial expression, tone of voice and/or gesture. The coding emphasizes the range of emotion and the effectiveness of the communication rather than the presence of specific emotions or the coordination of actions and language in their expression. Descriptions elicited during socioemotional questions may be scored here, as well as spontaneous comments and reports.)

   *0* — *communicates effectively a range of emotions that he is feeling or has felt.*

   *1* — *some description of experiencing several emotions, but limited in range or effectiveness of communication (may communicate one emotion effectively).*

   *2* — *communicates about one emotion only with minimal description of others.*

   *3* — *minimal or no communication of own affect.*

ADOS

6. **Empathy/Comments on Others' Emotions** (The focus of this item is on the participant's communication of his understanding and empathy for the feelings of other people, real or conveyed in stories or other tasks. Exclude shared enjoyment with the examiner as it is scored above.)

     *0*    *communicates clear understanding and shared emotion with others for several different emotions.*

     *1*    *communicates some understanding and shared emotion with others for more than one emotion or communicates clear understanding and shared emotion of one emotion experienced by another individual.*

     *2*    *communicates some understanding and/or shared emotion of at least one experience of another individual.*

     *3*    *no or minimal communication of emotional understanding or shared emotion.*

7. **Insight** (The focus of this item is on the participant's ability to spontaneously provide examples of insight into the nature of social relationships. These can include ongoing relationships such as friendships or marriage or interactive situations, such as getting along with other students at school, that may be discussed in conversation or in response to the socio-emotional questions. Two separate aspects of relationships are coded: 1) the nature of specific relationships (e.g., what is friendship) and 2) the participant's role in these relationships.)

     *0 -*    *shows several examples of insight into the nature of typical social relationships, including own role in at least one.*

     *1 -*    *shows examples of insight into several typical social relationships, but not into own role or into only one relationship including own role.*

     *2 -*    *shows some insight into one typical social relationship, though not necessarily own role in it.*

     *3 -*    *shows no or limited insight into typical social relationships, with or without knowledge of own role in them.*

8. **Responsibility** (This item focuses on the participant's perception of himself as responsible for his own actions in typical daily living situations in responding to normal social mores and expectations [from getting a haircut to finding a job] in an active, independent way.)

     *0 -*    *sees self as responsible for own actions in several contexts, including dealing with minor problems in daily living.*

     *1 =*    *provides at least one clear indication of seeing self as responsible for own actions. No example of lack of responsibility, but not consistent across contexts or consistently less straightforward as in "0."*

     *2 -*    *shows limited indication of a sense of responsibility for own actions or shows several clear examples of lack of responsibility appropriate for chronological age.*

9. **Quality of Social Overtures** (This is a summary code that focuses on the quality of the participant's attempts to initiate social interaction with the examiner, NOT on the frequency of such attempts. Special attention should be given to the form of the overture and its appropriateness to the social context. Code the majority of overtures, not best.)

     *0 -*    *effectively uses nonverbal and verbal means to make clear social overtures to the examiner that are appropriate to immediate contexts.*

     *1 -*    *slightly unusual quality of some social overtures. Overtures may be restricted to personal demands or related to own unusual interests, but with some attempt to involve the examiner in that interest.*

     *2 -*    *inappropriate overtures; many overtures lack integration into context. AND/OR social quality. This includes the participant's bringing up preoccupations with little attempt to involve the examiner in them.*

     *3 -*    *negligible social overtures of any kind.*

10. **Quality of Social Response** (This item is a summary code for social responses throughout the session.)

    0 = *shows a range of appropriate responses that are varied according to immediate social situations and presses.*

    1 = *shows responsiveness to most social situations, but somewhat limited, socially awkward, inappropriate, inconsistent, or consistently negative.*

    2 = *odd, stereotyped responses, or responses that are restricted in range or inappropriate to the context.*

    3 = *minimal or no response to the examiner's attempts to engage the participant.*

11. **Amount of Reciprocal Social Communication** (The focus of this item is on the frequency with which reciprocal interchanges occur using any mode of communication. Frequency is defined both by absolute number of occurrences and distribution across a range of immediate contexts. This item is a summary code. It describes aspects of nonverbal and verbal/vocal behavior that need not be coordinated together but must result in reciprocal interchanges.)

    0 = *extensive use of verbal or nonverbal behaviors for social interchange (i.e., chat, comments and remarks or nonverbal behaviors that appear to have reciprocal intent).*

    1 = *same reciprocal social communication (as in "0"), but reduced in frequency or amount or in the number of contexts in which used (regardless of amount of nonsocial talk).*

    2 = *most communication is either object-oriented (i.e., to ask for things) OR response to questions, OR echolalic, OR concerned with particular preoccupations; little or no social chat or give and take.*

    3 = *little or no reciprocal social communication.*

12. **Overall Quality of Rapport** (This is a summary code for the examiner's overall judgment of the rapport developed during the session. The examiner should particularly take into account the degree to which she had to modify her own behavior to maintain the interaction successfully.)

    0 = *comfortable interaction with the examiner that is appropriate to context.*

    1 = *interaction sometimes comfortable, but not sustained (e.g., sometimes feels awkward, stilted, or the participant seems mechanical or slightly inappropriate).*

    2 = *one-sided or unusual interaction giving a consistently mildly uncomfortable interview or an interview that would have been difficult, if the examiner had not been aware of the need to structure the situation beyond that provided by the standard activities in the ADOS-G.*

    3 = *participant shows minimal regard for the examiner or interview is markedly uncomfortable for a significant proportion of time.*

**CONFIDENTIAL**

ADOS

Protocol/Module 4 - 17

C. **IMAGINATION** (all IMAGINATION codings are made in comparison to expressive language level)

1. **Imagination/Creativity** (This code aims to tap any of several forms of creativity/inventiveness that may occur throughout the session in use of objects or through verbal descriptions.)

> *0 =*    *several different spontaneous, inventive, creative activities or comments in conversation.*
> *1 =*    *some creative or make-believe actions, but limited in range or occurring only in response to one contrived situation (e.g., creating a story).*
> *2 =*    *little spontaneous creative or make-believe actions OR only actions that are repetitive OR stereotyped in quality.*
> *3 =*    *no creative or inventive actions (not even stereotyped or repetitive).*

D. **STEREOTYPED BEHAVIOR AND RESTRICTED INTERESTS** (code all items below absolutely)

1. **Unusual Sensory Interest in Play Material/Person** (Code interest in sensory aspects of toys or surroundings. If the participant has a preoccupation that is based on a sensory interest, this may be coded here as one unusual sensory interest. For example, if he shows an interest in radiators or plumbing, that is coded under Excessive Interest in Unusual Topics (see below); if he is interested in the radiator because he likes to look at it as shown by his peering at it, rocking from side to side and jiggling his hands while tilting his head, this should be coded under Complex Mannerisms, but may also be coded here as a "1" because of the sensory component involved. If the participant likes to look out of the corner of his eye at the radiator, the corners of the room, the doors on the cabinets and the slats of the window blinds, but does not become overly preoccupied with any of these objects and does not move in any unusual ways, he should receive a "2" for unusual sensory interests and a "0" for complex mannerisms. Do not score use of the pin-art here.)

> *0 =*    *no sniffing, repetitive touching, feeling of texture, licking, mouthing, or biting, interest in the repetition of certain sounds, or unusual or prolonged visual examination.*
> *1 =*    *occasional unusual sensory interests OR not as clear as specified for a rating of "2."*
> *2 =*    *definite interest in nonfunctional elements of play materials or sensory examination of self or others.*

SPECIFY:

2. **Hand and Finger and Other Complex Mannerisms** (Code unusual and/or repetitive movements or posturing of the hands and fingers, arms or whole body. Clapping may be coded in Module-4. Do not include body rocking unless it involves more than the torso. Finger tapping, nail biting, hair twisting or thumb sucking are also not coded here. Participants do not have to watch the movements of their fingers or hands in order to be coded here.)

> *0 =*    *none.*
> *1 =*    *very brief or rare hand and finger mannerisms or complex mannerisms or mannerisms not as clear as specified for a rating of "2."*
> *2 =*    *definite finger flicking/twisting and/or hand or other mannerisms or stereotypies.*

SPECIFY:

ADOS

---

**3.**  **Self-Injurious Behavior** (Code any behaviors that involve any kind of aggressive act to self, even if not clearly harmful.)

> *0*   *no attempts to harm self.*
> *1*   *rare and/or dubious self-injury (e.g., at least once bites at own hand or arm when annoyed, pulls own hair, slaps own face or bangs head).*
> *2*   *self-injury definitely present, (e.g., more than one example of head-banging, face slapping, hair pulling or self biting).*

---

**4.**  **Excessive Interest or References to Unusual or Highly Specific Topics or Objects or Repetitive Behaviors** (Because circumscribed interests, preoccupations, or unusual behaviors are often not possible to judge during a brief observation, the focus of this item is on any references that are unexpectedly high in frequency and that concern an unusual or odd topic or use of object highly specific to the participant and not well integrated into the conversation. Topics that are age or developmentally appropriate should not be coded here [e.g., an 8 year-old who repeatedly talks about his recent vacation in general terms would not be coded here whereas a participant who repeatedly talked about staying in hotel room 465 might be]. The focus of this code is on the topic of references or unusual form of behavior. Use of unusual terms [e.g., stereotyped phrases] or lack of conversational flexibility are coded elsewhere. Behaviors may be coded in two ways if they represent separate instances of each domain [e.g., if the participant repeatedly says, "*Do they need room service immediately now, at this time, at this very minute in room 465?*", also using the same phrases in several other contexts, who also makes other statements about hotel room numbers, both Stereotyped Phrases and Excessive References could be coded]. Repetitive behaviors involving objects that have a clear sequence [e.g., lining things up] should be coded as compulsive behaviors.)

> *0 =*   *no excessive interest or references to unusual or highly specific or restricted topics or objects.*
> *1 =*   *occasional references to unusual or highly specific topics or patterns of interest to an unusual degree.*
> *2 =*   *definite, stereotyped or unusual patterns of interest that may or may not intrude and/or interfere with social communication.*
> *3 =*   *definite preoccupation(s) that interfere with the assessment.*

---

**5.**  **Compulsions or Rituals** (The emphasis for compulsions or rituals in this context is on the participant's determination to carry out an activity [e.g., checking if a wallet is in a purse; insistence in completing the book; careful placement of materials as they were initially presented; reciting of a list of classmates as friends,] that involve a predictable sequence, endpoint or manner that is not required as part of the task. Provision of lists should be scored here.)

> *0 =*   *no obvious activities or verbal routines that must be completed in full or according to a sequence that is not part of the task.*
> *1 =*   *unusually routinized in speech or activities (includes insisting on finishing the book or providing a list that is not relevant to the conversation), but no behavior that appears compulsive in quality.*
> *2 =*   *one or more activities or verbal routines that the participant has to perform or say in a special way. The participant appears under pressure or becomes anxious if an activity is disrupted (i.e., compulsive quality is present). Includes lists that must be completed or that the examiner is asked to record (e.g., friends, favorite foods) or insisting that the examiner respond verbally in a highly specific way.*

SPECIFY:

ADOS

## E. OTHER ABNORMAL BEHAVIOR (Coded absolutely unless otherwise stated)

**1.** **Overactivity/Agitation** (This item describes excessive movement or physical agitation. Score relative to nonverbal mental age.)

> *0* – *sits still appropriately throughout the assessment*
> *1* – *sits, but often fidgets or moves about in the chair; difficulties in the assessment are not principally due to overactivity or agitation.*
> *2* – *difficulty sitting, moves up from the chair or handles or manipulates objects in a way that is difficult to interrupt; the level of activity disrupts the assessment.*
> *7* – *underactive.*

**2.** **Tantrums, Aggression, Negative or Disruptive Behavior** (This code includes any form of anger or disruption beyond communication of mild frustration or whining.)

> *0* – *not disruptive, destructive, negative or aggressive during ADOS-G.*
> *1* – *occasional display of mild disruption, anger, or aggression or negative behavior to the examiner (includes verbal threats or a deliberately loud voice).*
> *2* – *shows marked or repeated temper tantrums or significant aggression (e.g., throwing, hitting, tantrumming, biting others). Loud screaming or yelling is included here.*

**3.** **Anxiety** (Anxiety includes initial wariness or self consciousness as well as more obvious signs of worry, upset or concern.)

> *0* – *no obvious anxiety (such as trembling, or jumpiness), or upset.*
> *1* – *mild signs of anxiety or self-consciousness, especially at the beginning of the interview or in response to specific items.*
> *2* – *marked anxiety throughout the assessment (may be intermittent or continuous).*

ADOS

| Name of Participant | DOB | DOE | CA | Examiner |
|---|---|---|---|---|

## ADOS-G Module 4
Proposed ADOS-G Algorithm for DSM-IV/ICD-10 Autism

(Convert 3s from the protocol to 2s. Treat all numbers other than 0-3 as 0.)

### Communication

| | |
|---|---|
| Stereotyped/Idiosyncratic Use of Words or Phrases | (A-4) _____ |
| Conversation | (A-8) _____ |
| Descriptive, Conventional, Instrumental Gestures | (A-9) _____ |
| Emphatic or Emotional Gestures | (A-10) _____ |

Communication
(Autism cut-off = 3; Autism spectrum cut-off = 2)

Total _____

### Qualitative Impairments in Reciprocal Social Interaction

| | |
|---|---|
| Unusual Eye Contact | (B-1) _____ |
| Facial Expressions Directed to Others | (B-2) _____ |
| Empathy/Comments on Others' Emotions | (B-6) _____ |
| Responsibility | (B-8) _____ |
| Quality of Social Overtures | (B-9) _____ |
| Quality of Social Response | (B-10) _____ |
| Amount of Reciprocal Social Communication | (B-11) _____ |

Social
(Autism cut-off = 6; Autism spectrum cut-off = 4)

Total _____

Communication – Social
(Autism cut-off = 10; Autism spectrum cut-off = 7)

Total _____

### Imagination/Creativity

(C-1) _____

### Stereotyped Behaviors and Restricted Interests

| | |
|---|---|
| Unusual Sensory Interest in Play Material/Person | (D-1) _____ |
| Hand and Finger and Other Complex Mannerisms | (D-2) _____ |
| Excessive Interest in Highly Specific Topics or Objects | (D-4) _____ |
| Compulsions or Rituals | (D-5) _____ |

Stereotyped Behaviors and Restricted Interests

Total _____

### Diagnosis

ADOS-G Classification: _____

Overall Diagnosis: _____