# EXHIBIT 8

| ZUHL PTY LTD | 12 APRIL 2016 | **SENSITIVE** |
|---|---|---|
| AUDIENCE | DATE | CLASSIFICATION |



FILE REF: 1-6N8NM9R

# Reasons for Decision

This paper explains the ATO's decision for Zuhl Pty Ltd for the period 1 July 2013 to 30 June 2014

**SENSITIVE**

For more information on this decision, phone Arna Synnot on (08) 7422 2364

Trust.[122] On 23 June 2015, Ms Nguyen advised that a number of individuals acted as trustees.[123] On 27 November 2015, the taxpayer advised that 'at no stage was the ATO advised that C01N UK was the only trustee'.[124]

### Deed of loan

148. Dr Wright contends he entered into a loan agreement with the Tulip Trust on 23 October 2012 to borrow 650,000 'BTC'[125] on the later date of 1 July 2013. Key features of the agreement provided are as follows:[126]

   148.1. The cover states the agreement is between Design By Human as mortgagee, Craig Wright R&D as mortgagor and Denariuz Seychelles Trust as guarantor. The first page states that Panopticrypt as trustee for Denariuz Seychelles International Trust is guarantor and that the mortgagee is 'Uyen Nguyen of Design by Human'. The deed contains no references to Design by Human acting in a trustee capacity.

   148.2. The deed is apparently executed by Ms Nguyen of Design by Human. Attached to the deed is a 'consent to act', whereby she accepts the position of Chief Operating Officer of Design by Human and Permanent Success Ltd (**Permanent Success**) from 18 October 2012, and Director of both from 30 June 2013.

   148.3. The deed records a purported loan from Design By Human for the principal amount of 650,000 Bitcoin, with a drawdown date of 1 July 2013. Interest may be payable at 5%.

   148.4. The Loan Deed records a First/Second mortgage over all the shares in 'Permanent Success Limited UK' (Permanent Success UK company reference 08260048) and all related trusts as collateral security.

   148.5. In Recital B to the deed the trustee for the Denariuz Seychelles International Trust (the guarantor) and Dr Wright (the mortgagor) 'acknowledge that the money referred to in this deed has been received by the mortgagor'.

   148.6. Recital C reads *'It is noted that [Uyen Nguyen of Design by Human Ltd as mortgagee] holds a sum of Bitcoin (in wallets noted in appendix A) for a trust that wishes to extend the uptake and value of Bitcoin globally'*.

   148.7. An Appendix to the agreement lists 26 Bitcoin addresses and contains the handwritten annotation 'As agreed all wallets to be held in the UK in trust until all regulatory issues solved and Group Company formed with Dave K and CSW'. The balance of each address is listed and they total 655,275.08 Bitcoin.

149. Ms Nguyen contends Mr Kleiman prepared the deed before he died and she signed it sometime around June 2013.[127]

150. Blockchain records show the balances in these addresses was only 585,386.17 Bitcoin as at 23 October 2012[128] (six addresses had no Bitcoin in them at that date)[129] and 615,328.51 Bitcoin as at 1 July 2013 (four addresses had no Bitcoin in them).[130]

---

[122] Description of Transactions – transfers of equitable interests in offshore trusts provided on 26 February 2014 [T19]
[123] Record of conversation between ATO officers and Uyen Nguyen on 23 June 2015 [T29]
[124] Appendix 1 to a letter from Clayton Utz to Michael Cranston dated 26 May 2015 [C57]
[125] BTC is a reference to Bitcoin.
[126] Deed of loan between Design By Human Ltd, Craig Wright and Denariuz Seychelles Trust dated 23 October 2012 [T30]
[127] Record of conversation with Uyen Nguyen on 23 June 2015 [T29]
[128] www.blockchain.com [T39]