# EXHIBIT 10

# REPORT
## of
# NORWITCH DOCUMENT LABORATORY

## QUESTIONED DOCUMENT EXAMINATION

*Ira Kleiman, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH LLC.*

*v*

*Craig Wright*

**Case No.:   USDC 18-cv-80176(BB/BR)**
**NDL File Number: 191205**

**Ira Kleiman, as personal representative of the estate of David
Kleiman, and W&K INFO DEFENSE RESEARCH, LLC.**

**v.**

**Craig Wright**

## Table of Contents

Report of Examination

    Evidence Submission  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Examination Requested / Examination Protocols  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    Findings and Opinions / Display & Exhibit Conventions  . . . . . . . . . . . . . . . . . . . . . . . 3

    Comparison Chart  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    Evidence Disposition  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Questioned Document(s)

    Consent Order  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Standard Document(s)

    Deed of Agreement  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    Intellectual Property Licences  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-12

    Letters of Resignation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-16

Curriculum Vitae, F. Harley Norwitch  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix A

NDL Compensation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix B

Court Testimony  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix C

Deposition Testimony  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix D

Errata/Notes  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix E



$\mathcal{NDL}$
$\mathcal{Norwitch\ Document\ Laboratory}$

**WEST PALM BEACH**

17026 HAMLIN BOULEVARD
LOXAHATCHEE, FLORIDA 33470

F. HARLEY NORWITCH

TELEPHONE (561) 333-7804
FACSIMILE (561) 795-3692

www.QuestionedDocuments.com
FrankNorwitch@bellsouth.net

December 11, 2019

Mr. Zelman Kass
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite 1000
Miami, Florida   33134

**Re:    Ira Kleiman, as personal representative of the estate of David Kleiman, and W&K
INFO DEFENSE RESEARCH, LLC. v. Craig Wright
Case No.:   USDC 18-cv-80176(BB/BR)
Our File No.:   191205**

## REPORT OF EXAMINATION

### Evidence Submission

On December 5, 2019, Mr. Zelman Kass submitted the following evidence for examination (Via
PDF):

| Item A | - One machine copy of a Consent Order, dated August 28, 2013.  This document bears a questioned Jamie Wilson Signature. |
|---|---|
| Item N(1-8) | - Machine copies of eight (8) documents bearing the represented standard (known) signatures of Jamie Wilson, described in more detail as follows: |
| N(1) | - One Deed of Agreement, dated April, 2012. |
| N(2) | - One Intellectual Property Licence, dated August 22, 2013. |
| N(3) | - One Intellectual Property Licence, dated August 22, 2013. |
| N(4) | - One Intellectual Property Licence, dated August 22, 2013. |
| N(5-8) | - Four (4) Letters of Resignation, dated October 23, 2013. |

**Examination Requested**

To ascertain, if possible, the authenticity of the questioned J. Wilson signature on the Consent Order in Item A by comparison with the represented standard (known) signatures of Jamie Wilson as they appear on the documents in Item N(1-8).

**Forensic Document Examination Protocol**

Norwitch Document Laboratory conducts forensic document examinations and comparisons using widely accepted protocols and instrumentation employed at federal, state, and local government forensic document examination facilities of the United States. F. Harley Norwitch has trained at these facilities, to include The Federal Bureau of Investigation, the United States Secret Service, the United States Postal Service, the Florida Department of Law Enforcement and the Miami-Dade County Crime Laboratory.

These protocols include, but are not limited to: opinions and reporting procedures, submission and return of evidence (to include chain of custody), evaluation of original and non-original evidence for sufficiency, determination of/between original and non-original evidence, and evaluation of documents for evidence of alterations, obliterations and machine copy manipulation (generically referred to as "cut and paste").

Handwriting and signatures examination and comparison procedures consist of examination of standard (known) material for consistency and normal variation, and then a side by side comparison of individual writing movements and inherent characteristics found in the questioned material with comparable writing movements found in the standard material, such as, but not limited to: form, height ratios, slant, proportions, skill level, movement, speed, pressure, and line quality, where possible and/or necessary.

Examination, comparisons, and archival procedures may employ, but are not limited to, stereo microscopy, video-spectral comparison and electro-static instrumentation, transparency comparison, computer scanning, and photo microscopy (photomicrographs).

**Findings, Opinions**

An examination and comparison of the questioned and standard (known) signatures, as described previously was accomplished.

1.   The original document represented by the machine copy in Item A is reportedly unavailable. The machine copy quality of the submitted document in Item A is adequate to allow for a viable and very definitive examination. Further, a preliminary examination of the submitted machine copy of the questioned document in Item A does not reflect indicia of machine copy or computer/scanner manipulation. This document is considered a true and accurate reproduction of the original Document.

2.   A preliminary review of the submitted known signatures confirms that all of these signatures are consistent with having been written by one individual. The writer's signatures are symbolic (individualized to the point of not containing readily recognized letters), are complex, and are written rapidly.

3.   The questioned signature fits comfortably within the parameters of individual variation displayed in the standard material and displays the same individual characteristics present in those signatures. These individual characteristics, in combination, are sufficiently distinctive to conclude to a good degree of probability that the questioned signature was written by the person who wrote the specimen signatures. Indications normally associated with simulation, such as hesitation, tremor, and a slow "drawn" appearance, are not present.

     In view of the above findings, it is the opinion of this examiner that the questioned signature on the Consent Order was very probably written by Jamie Wilson. Submission of the original Consent Order will provide a basis for further comparison and likely a more definitive opinion.

**Display & Exhibit Conventions**

A comparison chart has been included in this report for the convenience of the reader and may be used at trial. The material on this chart may have been enlarged or reduced as necessary to accommodate space requirements. These size changes, if present, were not considered in arriving at any expressed opinions, and should not, nor are they intended to, influence the reader. The included chart was not a part of the examination process, but was produced at the conclusion of the examination.

**Exhibits**

Similarly, photocopies of the submitted evidence have also been included in this report. These copies have been reduced in size to accommodate the report format. These photocopies have been included solely for identification of, and easy reference to, the submitted evidence.

# QUESTIONED SIGNATURE



# SAMPLE STANDARD SIGNATURES

NORWITCH DOCUMENT LABORATORY, INC

**Evidence Disposition**

All evidence submitted for examination and used in the preparation of this report is returned by enclosure with this report.

Respectfully Submitted,

F. Harley Norwitch
Forensic Document Examiner

FHN:hp



**SIGNATURES**

**Plaintiff**

The plaintiff consents.

Signature of plaintiff

Craig S Wright

Capacity                                    Plaintiff

Date of signature                           28th Aug 2013

**Defendant**

The defendant consents.

Signature of or on behalf of party
if not legally represented

Capacity                                    Authorised officer

Date of signature                           28th Aug 2013

____J Wilson_____ consents.

**SEAL AND SIGNATURE**

Court seal

Signature

Capacity

Date made or given

Date entered

**NOTICE**

Subject to limited exceptions, no variation of a judgment or order can occur except on
application made within 14 days after entry of the judgment or order.

**Item A**



**SIGNING PAGE**

**EXECUTED AS A DEED the**          day of _ʌpʀ_ 2012

SIGNED SEALED AND DELIVERED by        )
JAMIE ROBERT WILSON in the            )
presence of:                          )

_____

_____              _____
Signature of Witness                   Signature of Jamie Robert Wilson

_H. M. Wilson_
Name of Witness (print in block letters)

_HEATHER MONICA WILSON_
Address of Witness
  10 WARBLER ST
     DUROCK 4077

SIGNED SEALED AND DELIVERED by        )
GORDON MUNRO WALKER in the            )
presence of:                          )

_____

_____              _____
Signature of Witness                   Signature of Gordon Munro Walker

_____
Name of Witness (print in block letters)

_____
Address of Witness

SIGNED SEALED AND DELIVERED by COUNTY PROPERTIES AND DEVELOPMENTS PTY LTD
(ACN 118 423 402)

_Kennedy_
Director                               _____
                                       Director
_KIM E KENNEDY_
Name                                   _____

03123

p.1            07327856828                         Gift Abroad QLD Pty. Ltd        13 Mar '12 03 33p

**Item N(1)**

**SIGNED AS A DEED**

Executed by
Hotwire Preemptive Intelligence Pty Ltd )
A.C.N. 164 068 348 in accordance with s.127 )
Corporations Act 2001 (CTH) and its constitution )

Ramona Watts
DIRECTOR

Jamie Robert Wilson
DIRECTOR

Executed by
Craig Wright R&D (A.B.N. 97 481 146 384)

Craig S Wright

12

**Item N(2)**

**SIGNED AS A DEED**

Executed by
Hotwire Preemptive Intelligence Pty Ltd       )
A.C.N. 164 068 348 in accordance with s.127    )
Corporations Act 2001 (CTH) and its constitution    )

Ramona Watts                          Jamie Robert Wilson
DIRECTOR                              DIRECTOR

Executed by
Craig Wright R&D (A.B.N. 97 481 146 384)

Craig S Wright

12

Item N(3)

**SIGNED AS A DEED**

Executed by
Coin-Exch Pty Ltd                    )
A.C.N. 163 338 467in accordance with s.127          )
Corporations Act 2001 (CTH) and its constitution       )

Jamie Robert Wilson
 DIRECTOR


Executed by
Craig Wright R&D (A.B.N. 97 481 146 384)

Craig S Wright

12

Item N(4)

-12-

23 October 2013

The Directors
Coin-Exch Pty Ltd
43 St Johns Avenue
Gordon NSW 2072

Dear Craig

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

Jamie R Wilson

CONFIDENTIAL

DEFAUS_00108905

**Item N(5)**

23 October 2013

The Directors
Hotwire Preemptive Intelligence Pty Ltd
43 St Johns Avenue
Gordon  NSW  2072

Dear Craig and Ramona

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

James R Wilson

CONFIDENTIAL

DEFAUS_00108908

**Item N(6)**

-14-

23 October 2013

The Directors
Interconnected Research Pty Ltd
43 St Johns Avenue
Gordon NSW 2072

Dear Craig

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

James R Wilson

CONFIDENTIAL

DEFAUS_00108907

Item N(7)

23 October 2013

The Directors
Integyrz Pty Ltd
43 St Johns Avenue
Gordon NSW 2072

Dear Craig and Ramona

I am no longer able to continue as a director of the company and hereby submit my resignation to take effect immediately.

Yours sincerely

Jamie R Wilson

CONFIDENTIAL

DEFAUS_00108908

**Item N(8)**



*NDL*
*Norwitch Document Laboratory*

**WEST PALM BEACH**

17026 HAMLIN BOULEVARD
LOXAHATCHEE, FLORIDA 33470

TELEPHONE (561) 333-7804
FACSIMILE(561) 333-7804

F. HARLEY NORWITCH

www.QuestionedDocuments.com
FrankNorwitch@bellsouth.net

### CURRICULUM VITAE
### F. Harley Norwitch

**EDUCATION:** UNIVERSITY OF MIAMI; Bachelor of General Studies, June 1973.

**SPECIALIZED TRAINING:**

MIAMI-DADE POLICE DEPARTMENT; Fraud Investigations, Coconut  One, Florida, 1998.

FLORIDA DEPARTMENT OF LAW ENFORCEMENT; F.B.I. Typewriter Examination Seminar; Tallahassee, Florida, 1992.

ROCHESTER INSTITUTE OF TECHNOLOGY; Forensic Photography; Rochester, New York, 1989.

FEDERAL BUREAU OF INVESTIGATION; Fundamentals Of Questioned Documents; Quantico, Virginia, 1988.

ROCHESTER INSTITUTE OF TECHNOLOGY; Printing For The Document Examiner; Rochester, New York, 1986.

UNITED STATES SECRET SERVICE; Questioned Document Course; Glynco, Georgia 1985.

FEDERAL BUREAU OF INVESTIGATION; Questioned Documents Symposium; Quantico, Virginia, 1985.

UNITED STATES POSTAL SERVICE LABORATORY; Typewriter Systems; Washington, D.C., 1983.

FLORIDA DEPARTMENT OF LAW ENFORCEMENT, Examination of Questioned Documents; Valencia Community College, Orlando, Florida, 1982.

FLORIDA DEPARTMENT OF LAW ENFORCEMENT, Forensic Document Training; FDLE Satellite Laboratory, Tampa, Florida, 1981.

MIAMI-DADE POLICE DEPARTMENT CRIME LABORATORY; Forensic Document Training (Apprenticeship); Miami, Florida, 1979 - 1981.

BISCAYNE COLLEGE; Death Scene Investigation; Miami, Florida, 1975

*Appendix A-1*

SOUTHEAST INSTITUTE OF CRIMINAL JUSTICE; <u>Crime Scene And Explosives Technology</u>; Miami, Florida, 1974

SOUTHEAST INSTITUTE OF CRIMINAL JUSTICE; <u>Basic Law Enforcement</u>; Miami, Florida, 1974

**EMPLOYMENT:**    <u>Forensic Document Examiner</u> - Norwitch Document Laboratory/Associated Forensic Services, 1983 to present.
<u>Senior Document Examiner</u>, Questioned Document Unit, Crime Laboratory - Miami-Dade Police, 1982 to 1999.
<u>Forensic Document Examiner</u>, Questioned Document Unit, Crime Laboratory - Miami-Dade Police, 1979 to 1982.
<u>Crime Scene Investigator</u>, Crime Scene Section, Crime Laboratory - Dade County Public Safety Department, 1973-1979.

**COMMENDATIONS:**

Federal
  - Association of Inspectors General
  - Department Of Human Resources
  - Department Of the Treasury (multiple)
  - Federal Bureau Of Investigation
  - Internal Revenue Service (multiple)
  - United States Army

State
  - Florida Association of Licensed Investigators
  - Florida Department of Business And Professional Regulation
  - Florida Department of Health and Rehabilitative Services
  - Florida International Banker's Association
  - State Attorney's Office - 2nd Judicial Circuit
  - State Attorney's Office - 11th Judicial Circuit (multiple)
  - State Attorney's Office - 16th Judicial Circuit
  - State Attorney's Office - 17th Judicial Circuit

Local
  - American Society For Industrial Security
  - Coral Gables Police Department (multiple)
  - Dade County Defense Bar Association
  - Dade County Schools
  - Exchange Club of Miami
  - Metropolitan Police Institute (multiple)
  - Miami-Dade Audit and Management Services Department
  - Miami-Dade Police Department (multiple)
  - Opa Locka Police Department
  - Palm Beach Community College
  - Palm Beach County Economic Crime Unit
  - Palm Beach County Police Department
  - Republic National Bank
  - South Florida Investigators Association
  - Southeast Bank

**DISTINCTIONS:**     *Retired Deputy Sheriff* - Miami-Dade County, Florida

                                *Former Faculty Member* - National College of District Attorneys, University of Houston.

                                *Former State of Florida Certified Instructor* - Forensic Sciences.

                                *Daubert Qualified* - July, 2013


**TESTIMONY:**     *Qualified Court Expert* in Forensic Document Examination.  Expert testimony given before Regulatory Commission Hearings; State & Municipal Courts of Florida in criminal and civil matters; Federal & Military Courts of the United States; U.S. District Court of Puerto Rico; U.S. District Court of the U.S. Virgin Islands; State & Federal Grand Juries; The Supreme Court of The Bahamas; The Supreme Court of The Turks and Caicos Islands; Summary and Grand Court of the Cayman Islands.  Expert testimony given  in excess of five hundred times.


**INSTRUCTOR:**     **QD Overview & That One Question** - Dade County Defense Bar Assoc. (CLE)
                  Miami, Florida; February, 2017
**Forensic Document Exam. & the Attorney** - Fidelity Nat'l Law Group (CLE)
                  Fort Lauderdale, Florida; September, 2015
**Forensic Document Examination Overview** - FALI
                  Fort Lauderdale, Florida; September, 2014
**An Overview of Forensic Document Examination** - CAPE Institute (CLE)
                  North Palm Beach, Florida; December, 2012
**Forensic Science Training** - Federal Public Defender's Office (CLE)
                  Miami, Florida; April, 2010
**Forensic Document Training and Case Review**
                  Fort Lauderdale - Broward County Crime Laboratory, 1990-2010
**Fraud Investigations** - Miami-Dade Police Department
                  Miami Beach, Florida, August 2009
                  Miami Beach, Florida; July, 2008
                  Miami Beach, Florida; March, 2007
                  Miami Beach, Florida; April, 2006
                  Miami, Florida; April, 2005
                  Miami Beach, Florida; May, 2004
                  Miami Beach, Florida; April, 2003
                  Miami Beach, Florida; March, 2002
                  Miami, Florida; July, 2001
                  Miami Beach, Florida; July, 2000
                  Miami Lakes, Florida; July, 1999
                  Coconut Grove, Florida; August, 1998
                  Miami Beach, Florida; July, 1997
                  Miami Beach, Florida; July , 1996
**Questioned Documents Presentation** - South Miami Kendall Bar Association
                  South Miami, Florida; February, 2008

**Questioned Documents Presentation** - Attorney's Real Estate Council

South Miami, Florida; February, 2008

**Physical Evidence Investigations** - Miami-Dade Police Department
 Miami, Florida; June, 2007
 Miami Beach, Florida; October, 2004
 Miami, Florida; November, 2003
 Miami Beach, Florida; October, 2000
 Miami, Florida; June, 1998
 Miami, Florida; May, 1997
 Miami, Florida; June, 1996

**Questioned Document Examinations** - Palm Beach Community College
 West Palm Beach, Florida; November, 2004
 West Palm Beach, Florida; September, 2003

**Forensic Document Examinations** - Association of Inspectors General
 Miami Beach, Florida; May, 2001

**Questioned Document Seminar** - Florida International Banker's Association
 Miami Lakes, Florida; October, 1998
 Miami, Florida; December, 1996

**Forensic Document Examination** - Norwitch Document Laboratory (CLE)
 Miami Beach, Florida; July, 1997

**Financial Institution/Law Enforcement Seminar** - Palm Beach Econ. Crime Unit
 West Palm Beach, Florida; May, 1996

**Monthly Meeting** - Financial Institution Security Association
 Miami, Florida; April, 1996

**The Witness** - Florida Legal Assistants
 Fort Lauderdale, Florida; March, 1996

**Questioned Document Seminar** - Miami-Dade Audit & Management Services
 Miami, Florida; February, 1996

**Questioned Document Overview** - Office of The Auditor General
 Hollywood, Florida; July, 1990

**Questioned Document Seminar** - Miami-Dade Police Department
 Miami, Florida; September, 1989
 Miami, Florida; October, 1986
 Miami, Florida; May, 1986
 Miami, Florida; September, 1984
 Miami, Florida; May, 1984
 Miami, Florida; January, 1984

**Forensics of Document Examination & Authentication** - Florida Bar Association
 7th Annual Midyear Meeting; Miami, Florida; January, 1987

**Financial Institution/Law Enforcement Seminar** - Palm Beach Econ. Crime Unit
 West Palm Beach; May, 1987

**Recognizing Forgery** - Bank Administration Institute
 Atlanta, Georgia; April, 1987

**Forensic Evidence Course** - National College of District Attorneys
 Williamsburg, Virginia; February, 1986
 Orlando, Florida; December, 1985
 Orlando, Florida; March, 1984

**Questioned Document Overview** - I.R.S. Criminal Investigations
 Miami, Florida; June, 1985

**Questioned Document Seminar** - Bureau of Alcohol, Tobacco,  & Firearms

*Appendix A-4*

Miami, Florida; December, 1984
**Questioned Document Overview** - Atlantic Federal Savings & Loan
Fort Lauderdale, Florida; October, 1984
**Banking Security Seminar** - Coral Gables Police Department
Coral Gables, Florida; May, 1984
**Fraud Investigations** - Coral Gables Police Department
Coral Gables, Florida; October, 1980

**PUBLISHED:**     "**Questioned Documents**" (co-authored with Howard Seiden), **Forensic Science: An Introduction to Scientific and Investigative Techniques**, CRC Press, 2003, Boca Raton, Florida
"**Questioned Documents**", 7th Midyear Meeting, Florida Bar Association, 1987.
"**Correct Standards**", National College Of District Attorneys, 1986.
"**But What Does It Mean...?**", National College Of District Attorneys, 1985.
"**The Forensic Palmreader**", Identification Journal, 1984.

**AFFILIATIONS:**     Southern Association of Forensic Scientists - Member.
International Association for Identification - Life Member.

**PROFICIENCY**
**TESTING:**     Collaborative Testing - biannually

## Norwitch Document Laboratory Compensation

Norwitch Document Laboratory fees are US$ 350.00 per hour for examination and report, consultations and administrative time. Court and/or deposition testimony is likewise US$ 350.00 per hour, portal to portal. Actual costs for travel, messenger service, case specific materials, and the like, are passed on to the client.

### COURT TESTIMONY  2013 - Present

| Style of Case<br>Retained by | C/N - Type<br>Judge | Date<br>Venue |
|---|---|---|
| Argrett v. Napleton<br>Craig Blinderman | 50201CC000265XXXXMB - Hearing<br>Debra Moses Stephens | January 10, 2013<br>Palm Beach  - Circuit |
| Diplomat Properties v. Daniel Cesario<br>Stephen N. Rosenthal | 11-62404-CIV-Williams - Trial<br>Kathleen M. Williams | March 20, 2013<br>Miami - USDCl |
| Great Eastern Bank v. Remy Development<br>Carlos D. Lerman | 07-22196 CA 32 - Trial<br>Lisa S. Walsh | April 1, 2013<br>Miami-Dade - Circuit |
| Gravante v. TRG-Brickell Point NE<br>Sonia Amador | 08-66274 - Trial<br>Beth Bloom | May 1, 2013<br>Miami-Dade - Circuit |
| Chase v. Katz<br>Peter Solnick | 2009-79298 CA 01 - Trial<br>Eugene J. Fierro | June 5, 2013<br>Miami-Dade Circuit |
| Nozomi v. Davidson<br>Arthur W. Tifford | 09-12239-CA-15 - Trial<br>Beatrice A. Butchko | June 27, 2013<br>Miami Dade Circuit |
| Owens v. Pro Sports Financial<br>David Hendrix | 13-60669-CIV-Cohn/Seltzer - Hearing<br>James I. Cohn | July 23, 2013<br>Broward  - USDC |
| Lyle v Lyle<br>Harley Gutin | 05-2012-DR-026289<br>Jennifer Opel Taylor - Hearing | September 20, 2013<br>Brevard  - Circuit |
| Asensio v. Nunez<br>Naomi M. Berry | 12-10655 CA 08 - Trial<br>Gisela Cardonne Ely | September 24, 2013<br>Miami-Dade  - Circuit |
| BAC Home Loans v. Holly Hummell<br>R. Bruce Wallace | 2009-CA-360-M - Trial<br>Sandra Taylor | December 20, 2013<br>Monroe County - Circuit |
| U.S. v. Herve Wilmore<br>Sidney A. Fleischman | 13-60029-CR-SCOLA - Trial<br>Robert M. Scola, Jr. | February 28, 2014<br>Miami-Dade - USDC |
| Florida Bar v. Richard J. Burton<br>Herman J. Russomanno III | 2011-71,148 (11L) - Trial<br>Teresa Mary Pooler | May 8, 2014<br>Miami-Dade - Circuit |
| Edmond Lee Frankel v. Audrey Frankel<br>Naomi Berry | 05-18042 CA 21- Trial<br>Antonio Arzola | May 23, 2014<br>Miami-Dade - Circuit |
| Pino vs. JonJen Creations, LLC<br>Randy C. Golden | 2013 CA 008554 - Trial<br>Thomas Barkdull | July 9, 2014<br>Palm Beach - Circuit |
| Margarita Frias v. Rolling Wheels, Inc.<br>Rob Sickles | CACE 12-15720 (14) - Hearing<br>Carlos A. Rodriguez | July 22, 2014<br>Broward - Circuit |
| Ganglu v. Mapuche & Chen<br>Scott Marder | CACE 14-009677 (19) - Trial<br>Jack Tuter | October 1, 2014<br>Broward - Circuit |
| Wells Fargo Bank v. Andre Estime<br>James Jean-Francois | CACE 09-061796 - Trial<br>Lynn Rosenthal | November 3, 2014<br>Broward - Circuit |

*Appendix C-1*

| | | |
|---|---|---|
| Graham v. Graham<br>Dan Duryea | 51-2011-DR-2296-WS - Hearing<br>Kimberly Campbell | November 13, 2014<br>Pasco County - Circuit |
| Renumber2, LLC v. Don Bryan<br>Raoul Garcia | 2014-CC91-P - Trial<br>Sharon Hamilton | November 14, 2014<br>Monroe - Circuit |
| Dawson VS. Small World Day<br>Justin Sorel | 502012CA010172XXXXMB - Hearing<br>Meenu Sasser | April 20, 2015<br>Palm Beach - Circuit |
| Araujo vs. Anesco<br>Barbra Paige | CACE-13-012999 - Trial<br>Patti Englander Henning | April 24, 2015<br>Broward - Circuit |
| U.S. Bank v. Renee and Thomas Berger<br>Ofelia Damas-Rodriguez | 2010 CA 26296 - Trial<br>Alice C. Blackwell | April 29, 2015<br>Orange - Circuit |
| Michelle Blohm vs. Park's Martial Arts<br>Yechezkel Rodal | 50 2012 CC 011665 XXXXMB - Trial<br>Nancy Perez | May 12, 2015<br>Palm Beach - Circuit |
| Estate of Beverly Sites<br>Robert C. Wilkins | 2013-CA-1852 - Trial<br>William H. Hallman | June 11, 2015<br>Sumter - Circuit |
| Ronald Hubsher v. Dany Lowe<br>Alexander P. Johnson | 15-9532-COCE - Trial<br>Giuseppina Miranda | August 4, 2015<br>Broward - Circuit |
| Patent Services USA v. Juan Rivera<br>Bernard L. Egozi | 14-015748 CA 01 - Hearing<br>Eric Hendon | August 26, 2015<br>Miami-Dade - Circuit |
| Regina v. Michelle Bouchard<br>Ingrid Spence | 5/14 - Trial<br>Paul Worsley | April 7, 2016<br>Grand Cayman - Grand |
| Estate of John E. Brown v. Donna Klinka<br>Ronnie J. Bitman | 2010-CA-11708-O - Trial<br>Alice L. Blackwell | July 19, 1016<br>Orange - Circuit |
| Rapid Realty v. Bratkovsky<br>Lawrence D. Goodman | 13-32073 CA 01 - Hearing<br>John W. Thornton, Jr. | September 8, 2016<br>Miami-Dade - Circuit |
| Estate of Eleanor H. Klein<br>Erin M. Maddocks | 50 2014 CP 001098 XXXX MB - Trial<br>Janis B. Keyser | October 21, 2016<br>Palm Beach - Circuit |
| Rapid Realty v. Bratkovsky<br>Lawrence D. Goodman | 13-32073 CA 01 - Trial<br>John W. Thornton, Jr. | February 1, 2017<br>Miami-Dade - Circuit |
| U.S. v. Raul J. Gutierrez, et al.<br>William Roppollo | 05-20859-CR-HUCK - Trial<br>Paul C. Huck | February 2, 2017<br>Miami-Dade - Federal |
| Gaskets & Hardware Serv. v. Jeremy Thomas<br>Alan M. Burger | 50-2017-CA-000902XXXXMB - Hearing<br>Janis Keyser | March 1, 2017<br>Palm Beach - County |
| In the Interest of A.D., a Child<br>William Hess | ?                  - Trial<br>Larry Schack | March 31, 2017<br>Palm Beach - Circuit |
| Aston Capital v. Segall Entities<br>Amanda Chapman | 2013-CA-12538-O - Trial<br>Julie H. O'Kane | August 21, 2017<br>Orange - Circuit |
| Jacobs, et al. v. Palm Beach Polo, et al.<br>James McCann | 502012CA002417XXXXMB - Trial<br>Lisa S. Small | November 30, 2017<br>Palm Beach - Circuit |

*Appendix C-2*

| | | |
|---|---|---|
| JPMorgan Chase Bank v. Sanguinetti<br>Chad Tamaroff | 2009CA025627 (AF) - Hearing<br>Edward L. Artau | February 8, 2018<br>Palm Beach - Circuit |
| Estate of Joseph Gold<br>David M. Garten | 502017CP004457XXXXMB - Hearing<br>Janis Brustares Keyser | June 13, 2018<br>Palm Beach - Circuit |
| Pena v. Tinics<br>Marcy S. Resnik | FMCE 16-6742 (41/93) - Hearing<br>Andrea Ruth Gunderson | June 26, 2018<br>Broward - Circuit |
| Gateway vs. Sharon E. Barnwell<br>Peter E. Shapiro | CACE-18-004036 (13) - Trial<br>Michael A. Robinson | July 26, 2018<br>Broward - Circuit |
| Benjamin & Morency v. Fineline<br>Matthew J. Milizok | 12-26713 CA 01 - Trial<br>Antonio Arzola | August 21, 2018<br>Miami-Dade - Circuit |
| Igor Erlikh v. Alla Stalinsky<br>Anthony M. Genova | 2017-009110-CA-01 - Trial<br>Jacqueline Hogan Scola | December 17, 2018<br>Miami-Dade - Circuit |
| Anita Bradshaw vs. Heritage NH, LLC<br>Deborah J. Gander | 2018-006890-CA-01 - Hearing<br>Antonio Arzola | March 15, 2019<br>Miami-Dade - Circuit |
| Roberts v. Gidwani<br>John A. Moore | 13-16209 CA 27 - Hearing<br>John W. Thornton, Jr. | May 21, 2019<br>Miami-Dade - Circuit |
| FNMA v. Lopez<br>Peter L. Meltzer | 2017-002085 CA 32 - Trial<br>John W. Thornton, Jr. | July 26, 2019<br>Miami-Dade - Circuit |
| Nutritional Products International v. Gould<br>Neil Bryan Tygar | 2019CA005715 - Hearing<br>Scott R. Kerner | September 6, 2019<br>Palm Beach - Circuit |
| Trammell v. Trammel<br>Benjamin T. Hodas | 502016DR003109XXXXNB - Hearing<br>Karen M. Miller | September 24, 2019<br>Palm Beach - Circuit |
| Crown v. Christopher Forbes<br>Ennis Grant | CR-63/2016<br>Margarete Ramsey-Hale | October 9, 2019<br>Turks & Caicos - Supreme |

## DEPOSITION TESTIMONY 2013 - Present

| Style of Case<br>Retaining Atty | C/N<br>Venue | Date<br>Depo Taken By |
|---|---|---|
| Elsie Lopez vs. Westside Regional Medical Center<br>Rebecca Jarratt Davis | CACE 11-009002<br>Broward County | January 8, 2013<br>Jeffrey M. Fenster |
| Gravante vs. TRG-Brickell Point NE | 08-66274 CA 04 | April 4, 2013 |
| HSBC Bank v. Ivor Rose & Rita Starr, et al.<br>Mark Gunderson | 08-80371 CA 27<br>Miami-Dade County | May 15, 2013<br>Philippe W. Devé |
| Bank of New York Melon v. Deben<br>Octavio Robles | 09-82452 CA 20<br>Miami-Dade County | May 30, 2013 |
| Fabiola Asencio v. Rosario Nuñez<br>Naomi M. Berry | 12-10655 CA 08<br>Miami-Dade County | July 1, 2013<br>Arnaldo Vélez |
| HSBC Bank v. Ivor Rose & Rita Starr, et al.<br>Mark Gunderson | 08-80371 CA 27<br>Miami-Dade County | July 3, 2013<br>Philippe W. Devé |
| Cadlerock v. Keys<br>Mark A. Horowotz | 10-5302-CA<br>Collier County | September 16, 2013 |
| Marie Charles vs. Rocky A. Zapata<br>Steve Kerbel | 07-19349-CA<br>Miami-Dade County | November 26, 2013 |
| Edmond Frankel v. Audrey Frankel<br>Naomi M. Berry | 05-18042 CA 21<br>Miami-Dade County | March 12, 2014 |
| Ralph Sistrunk v. Florida Retina Institute<br>Fadi Chakour | 16-2013-CA 7120<br>Duval County | March 25, 2014<br>Brian E. Currie |
| The Florida Bar v. Richard Jay Burton<br>Herman J. Russomanno III | SC13-1441<br>SFC | April 10, 2014<br>Jennifer R. Falcone |
| Compania Gen Finan v. La Banque de Nat'l Paris<br>George J. Lott | 11-17213 CA 30<br>Miami-Dade County | June 4, 2014 |
| Pino vs. JonJen Creations<br>Randy C. Golden | 2013 CA 008554<br>Brevard County | June 17, 2014<br>Randy C. Golden |
| Spielman vs. Zoila Perez<br>Russell A. Spatz | 10-31418 CA 08<br>Miami-Dade County | June 18, 2014<br>Russell A. Spatz |
| Ganglu v. Mapuche<br>Scott H. Marder | CACE 14009677<br>Broward County | September 9, 2014 |
| Ganglu v. Mapuche<br>Scott H. Marder | CACE 14009677<br>Broward County | September 24, 2014 |
| Santoro v. Autozone<br>Laurie Chess | 5:13-CV-00242-WTH-PRL<br>USDCSD | November 24, 2014<br>Laurie Chess |

*Appendix D-1*

| | | |
|---|---|---|
| Hernandez v. Rysa Raceway<br>John W. McLuskey | 12-47002 CA 25<br>Miami-Dade County | December 2, 2014<br>Karel Remudo |
| Jorgina Araujo vs. Broward Health Center<br>Barbra G. Paige | CACE-13-012999<br>Broward County | March 6, 2015<br>Grant A. Kuvin |
| Chase Bank v. Georgia Wolfe<br>David Rupp | 502014CA001256XXXXMBAW<br> | April 7, 2015<br>John M. Jorgensen |
| Wells Fargo v. L.F. Gonzalez<br>Joseph Mancilla | 13-2009-CA 078954 | May 1, 2015 |
| Balsewich v. M & T Bank<br>Robert Kane | 9:14-CV-81280-DMM<br>USDCSD | August 26, 2015<br>Jeffrey Golant |
| Estate of John E. Brown<br>Ronnie J. Bitman | 2010-CA-11708-O<br>Orange County | October 2, 2015 |
| Estate of Chance James Stanley v. Bethesda Memorial<br>Theodore S. Forman | 502010CA003446XXXXMBAN<br>Palm Beach County | October 6, 2015<br>Sharon Bidka Urbanek |
| Bridge Holdings v. Kristine Scotto<br>Rebecca Newman Casamayor | 2015-CA-1305-40<br>Miami-Dade County | December 10, 2015 |
| Jerry Katzen v. University of Miami Sch of Med.<br>Erin Gaskin | 11-24504 CA 20<br>Miami-Dade County | December 14, 2015 |
| Janet Schoof v. Edward Danheiser<br>Claire R. Hurley | 05-2014-CA-018202<br>Brevard County | April 11, 2016<br>Jeffrey C. Fulford |
| Aston Capital, LLC vs. Gulfstream Investments Corp.<br>Amanda Chapman | 2013-CA-12538-O<br>Orange County | August 20, 2016<br>Charles M. Greene |
| Rapid Realty v. Bratkovsky<br>Larry Goodman<br>Lodi vs. Gregory Galanis<br>Michael Schiffrin | 13-32073 CA 40<br>Miami-Dade County<br>15-1701 FC (26)<br>Miami-Dade County | January 27, 2017<br>Jeff Tew<br>February 8, 2017<br>Michael Schiffrin |
| Metropolitan Mortgage v. Starr & Rose<br>Lazaro Vazquez | 09-10973 CA 01<br>Miami-Dade County | April 28, 2017<br>Matthew S. Sackel |
| JPMorgan Chase Bank, NA v. Yolette E. Sanguinetti<br>Chad Tamaroff | 2009CA025627 (AF)<br>Palm Beach County | July 10, 2017<br>Brian K. Korte |
| BOA v. Virginia Gravlin<br>Jeffrey M. Liggio | 502012CA023516XXXXMBAH<br>Palm Beach County | February 14, 2018<br>Sahily Serradet |
| Gateway at Sawgrass v. The Maslom Group<br>Peter Shapiro | 17-004036 (13)<br>Broward County | March 23, 2018<br>Samuel M. Sheldon |
| Streid v. Zipperer<br>Douglas Szabo | 14-CA-391<br>Hendry County | June 28, 2018<br>Tom Dougherty |
| Citadel Servicing v. Wells Fargo Bank<br>David A. Greene | 17-10895-CA-01<br>Miami-Dade County | July 24, 2018<br>Gaye Huxoll |

*Appendix D-2*

| | | |
|---|---|---|
| JP Morgan Chase Bank v. Kenneth Snyder<br>George N. Andrews | 2014-CA-024159<br>Miami-Dade County | October 3, 2018<br>Kevin L. Lewis |
| Peter Brooke v. Procorp Debt Solutions, LLC<br>Ryon M. McCabe | 2013CA005875XXXXMB (AK)<br>Palm Beach County | January 23, 2019<br>Michael W. Simon |
| Arturo Rubinstein v. Keshet Inter Vivos Trust<br>Benjamin Cody Davis | 17-CV-61019<br>Broward Federal | January 29, 2019<br>Brian M. Grossman |
| Josephine Hill v. Danny DeVilbiss<br>Douglas H. Reynolds | 2018 DR 000522<br>Sumter County | February 18, 2019<br>Douglas H. Reynolds |
| Anita Bradshaw vs. Heritage NH, LLC<br>Deborah J. Gander | 2018-006890-CA-01<br>Miami-Dade County | February 27, 2019<br>Jeffrey R. Creasman |
| FNMA v. Ricardo J. Lopez<br>Peter L. Meltzer | 2017 CA-002085-CA-01<br>Miami-Dade County | May 28, 2019<br>James R. Ackley |
| Jeroldene Trammell v. Edward Trammell<br>Benjamin T. Hodas | 502016DR003109XXXXNB<br>Palm Beach County | September 19, 2019<br>Jaclyn Soroka |

*Appendix D-3*

# ERRATA/NOTES