# EXHIBIT 12

# REPORT
## of
# NORWITCH DOCUMENT LABORATORY

# QUESTIONED DOCUMENT
# 2nd SUPPLEMENTAL EXAMINATION

*Ira Kleiman, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC.*

*v.*

*Craig Wright*

**Case No.:   USDC 18-cv-80176(BB/BR)**
**NDL File Number: 191205**

**Ira Kleiman, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC.**

**v.**

**Craig Wright**

## Table of Contents

Report of Supplemental Examination
    Evidence Submission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Examination Requested / Examination Protocols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Findings and Opinions / Display & Exhibit Conventions . . . . . . . . . . . . . . . . . . . . . . 3
    Comparison Chart . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Evidence Disposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Questioned Document(s)
    Intellectual Property License Deed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Standard Document(s)
    Executed as a Deed documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-10
    Signed as a Deed document . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Curriculum Vitae, F. Harley Norwitch . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix A
NDL Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix B
Court Testimony . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix C
Deposition Testimony . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix D
Errata/Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix E



*NDL*

*Norwitch Document Laboratory*

WEST PALM BEACH

17026 HAMLIN BOULEVARD
LOXAHATCHEE, FLORIDA 33470

F. HARLEY NORWITCH

TELEPHONE (561) 333-7804
FACSIMILE (561) 795-3692

www.QuestionedDocuments.com
FrankNorwitch@bellsouth.net

May 2, 2020

Mr. Bryan Pashal
Rivero Mestre, LLP
2525 Ponce de Leon Boulevard
Suite 1000
Miami, Florida 33134

**Re: Ira Kleiman, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC. v. Craig Wright**
**Case No.: USDC 18-cv-80176(BB/BR)**
**Our File No.: 191205**

## REPORT OF 2nd SUPPLEMENTAL EXAMINATION

### Evidence Submission

On Tuesday, April 28, 2020, Mr. Bryan Pashal submitted the following evidence for examination (Via PDF):

Item E — One machine copy of an Intellectual Property License Deed, dated August 22, 2013. This document bears a questioned Craig Wright Signature.

On March 11, 2020, Mr. Zelman Kass submitted the following evidence for examination (Via PDF):

Item O(1-3) — Machine copies of three (3) documents bearing the represented standard (known) signatures of Craig Wright, described in more detail as follows:

O(1-2) — Two Executed as a Deed documents, both dated September 15, 2013.

O(3) — One Signed as a Deed document, undated.

## Examination Requested

To ascertain, if possible, the authenticity of the questioned signature on the Intellectual Property License Deed in Item E by comparison with the represented standard (known) signatures of Craig Wright as they appear on the documents in Item O(1-3).

## Forensic Document Examination Protocol

Norwitch Document Laboratory conducts forensic document examinations and comparisons using widely accepted protocols and instrumentation employed at federal, state, and local government forensic document examination facilities of the United States.  F. Harley Norwitch has trained at these facilities, to include The Federal Bureau of Investigation, the United States Secret Service, the United States Postal Service, the Florida Department of Law Enforcement and the Miami-Dade County Crime Laboratory.

These protocols include, but are not limited to: opinions and reporting procedures, submission and return of evidence (to include chain of custody), evaluation of original and non-original evidence for sufficiency, determination of/between original and non-original evidence, and evaluation of documents for evidence of alterations, obliterations and machine copy manipulation (generically referred to as "cut and paste").

Handwriting and signatures examination and comparison  procedures consist of examination of standard (known) material for consistency and normal variation, and then a side by side comparison of individual writing movements and inherent characteristics found in the questioned material with comparable writing movements found in the standard material, such as, but not limited to:  form, height ratios, slant, proportions, skill level, movement, speed, pressure, and line quality, where possible and/or necessary.

Examination, comparisons, and archival procedures may employ, but are not limited to, stereo microscopy, video-spectral comparison and electro-static instrumentation, transparency comparison, computer scanning, and photo microscopy (photomicrographs).

**Findings, Opinions**

An examination and comparison of the questioned and standard (known) signatures, as described previously was accomplished.

1.  The original document represented by the machine copy in Item E are reportedly unavailable. The machine copy quality of this document is adequate to allow for viable and definitive examination.

2.  A previous preliminary review conducted on or about March 20, 2020 of the submitted known signatures of Wright confirms that of these signatures are consistent with having been executed one individual. This writers' signatures are symbolic (individualized to the point of not containing readily recognized letters), are complex, and are written rapidly.

3.  The questioned signature does not compare favorably with the individual characteristics present in the standard signatures and, in fact, displays total departure and fundamental dissimilarity to the standard signatures in all areas.

In view of the above findings, it is the opinion of this examiner that the questioned "Craig Wright" signature on the Intellectual Property License Deed in Item A is not genuine.

**Display & Exhibit Conventions**

**Comparison Chart**

A comparison chart has been included in this report for the convenience of the reader and may be used at trial. The material on this chart may have been enlarged or reduced as necessary to accommodate space requirements. These size changes, if present, were not considered in arriving at any expressed opinions, and should not, nor are they intended to, influence the reader. The included chart was not a part of the examination process, but was produced at the conclusion of the examination.

**Exhibits**

Similarly, photocopies of the submitted evidence have also been included in this report. These copies have been reduced in size to accommodate the report format. These photocopies have been included solely for identification of, and easy reference to, the submitted evidence.

# QUESTIONED SIGNATURE



# STANDARD SIGNATURES

*Norwitch Document Laboratory, Inc*

## **Evidence Disposition**

All evidence submitted for examination and used in the preparation of this report is returned by
enclosure with this report.


Respectfully Submitted,


F. Harley Norwitch
Forensic Document Examiner

FHN:hp

**QUESTIONED DOCUMENT(S)**

SIGNED AS A DEED

Executed by
Cloudcroft Pty Ltd
A.C.N. 149 732 365 in accordance with s.127 )
Corporations Act 2001 (CTH) and its constitution )
)

Craig Wright    Director

Executed by
GICSR (through Craig Wright R&D (A.B.N. 97 481 146 384))

Deborah Kobza    Executive Director, NH-ISAC

12

CONFIDENTIAL

Item E

-7-

# STANDARD DOCUMENT(S)

**EXECUTED AS A DEED** on 15 Sept 2013:


Signed by for and on behalf of **Assignor** by
its authorised signatory:

Signature of Authorised Signatory *As Appointer*


RAMONA WATTS.

name of Authorised Signatory


Date: 15 Sept 2013


Signed by **Assignee**:

CRAIG WRIGHT

Name of Assignee


Witness


Date: 15 Sept 2013


Item O(1)

-9-

**EXECUTED AS A DEED** on 15 Sept 2013:

Signed by for and on behalf of **Assignor** by
its authorised signatory:

Signature of Authorised Signatory  As Appointor.

name of Authorised Signatory

Date: 15 Sept 2013

Signed by **Assignee**:

Name of Assignee

Witness

Date: 15 Sept 2013

Item O(2)

-10-

**SIGNED AS A DEED**

Executed by
W & K Info Defense LLC                        )
in accordance with s.127                      )
Corporations Act 2001 (CTH) and its constitution          )

*Dave Kleiman*

Dave Kleiman
DIRECTOR

Executed by
Craig Wright R&D (A.B.N. 97 481 146 384)

Craig S Wright

14

Item O(3)



*NDL*

*Norwitch Document Laboratory*

**WEST PALM BEACH**

17026 HAMLIN BOULEVARD
LOXAHATCHEE, FLORIDA 33470

TELEPHONE (561) 333-7804
FACSIMILE (561) 333-7804

**F. HARLEY NORWITCH**

www.QuestionedDocuments.com
FrankNorwitch@bellsouth.net

## CURRICULUM VITAE
### F. Harley Norwitch

| | |
|---|---|
| **EDUCATION:** | UNIVERSITY OF MIAMI; Bachelor of General Studies, June 1973. |
| **SPECIALIZED TRAINING:** | MIAMI-DADE POLICE DEPARTMENT; Fraud Investigations, Coconut Grove, Florida, 1998. |

FLORIDA DEPARTMENT OF LAW ENFORCEMENT; F.B.I. Typewriter Examination Seminar; Tallahassee, Florida, 1992.

ROCHESTER INSTITUTE OF TECHNOLOGY; Forensic Photography; Rochester, New York, 1989.

FEDERAL BUREAU OF INVESTIGATION; Fundamentals Of Questioned Documents; Quantico, Virginia, 1988.

ROCHESTER INSTITUTE OF TECHNOLOGY; Printing For The Document Examiner; Rochester, New York, 1986.

UNITED STATES SECRET SERVICE; Questioned Document Course; Glynco, Georgia 1985.

FEDERAL BUREAU OF INVESTIGATION; Questioned Documents Symposium; Quantico, Virginia, 1985.

UNITED STATES POSTAL SERVICE LABORATORY; Typewriter Systems; Washington, D.C., 1983.

FLORIDA DEPARTMENT OF LAW ENFORCEMENT, Examination of Questioned Documents; Valencia Community College, Orlando, Florida, 1982.

FLORIDA DEPARTMENT OF LAW ENFORCEMENT, Forensic Document Training; FDLE Satellite Laboratory, Tampa, Florida, 1981.

MIAMI-DADE POLICE DEPARTMENT CRIME LABORATORY; Forensic Document Training (Apprenticeship); Miami, Florida, 1979 - 1981.

BISCAYNE COLLEGE; Death Scene Investigation; Miami, Florida, 1975

SOUTHEAST INSTITUTE OF CRIMINAL JUSTICE; Crime Scene And Explosives Technology; Miami, Florida, 1974

SOUTHEAST INSTITUTE OF CRIMINAL JUSTICE; Basic Law Enforcement; Miami, Florida, 1974

**EMPLOYMENT:**  Forensic Document Examiner - Norwitch Document Laboratory/Associated Forensic Services, 1983 to present.
Senior Document Examiner, Questioned Document Unit, Crime Laboratory - Miami-Dade Police, 1982 to 1999.
Forensic Document Examiner, Questioned Document Unit, Crime Laboratory - Miami-Dade Police, 1979 to 1982.
Crime Scene Investigator, Crime Scene Section, Crime Laboratory - Dade County Public Safety Department, 1973-1979.

**COMMENDATIONS:**

Federal & International
  Association of Inspectors General
  Department Of Human Resources
  Department Of the Treasury (multiple)
  Federal Bureau Of Investigation
  Internal Revenue Service (multiple)
  Turks & Caicos Islands Police
  United States Army

State
  Florida Association of Licensed Investigators
  Florida Department of Business And Professional Regulation
  Florida Department of Health and Rehabilitative Services
  Florida International Banker's Association
  State Attorney's Office - 2nd Judicial Circuit
  State Attorney's Office - 11th Judicial Circuit (multiple)
  State Attorney's Office - 16th Judicial Circuit
  State Attorney's Office - 17th Judicial Circuit

Local
  American Society For Industrial Security
  Coral Gables Police Department (multiple)
  Dade County Defense Bar Association
  Dade County Schools
  Exchange Club of Miami
  Metropolitan Police Institute (multiple)
  Miami-Dade Audit and Management Services Department
  Miami-Dade Police Department (multiple)
  Opa Locka Police Department
  Palm Beach Community College
  Palm Beach County Economic Crime Unit
  Palm Beach County Police Department
  Republic National Bank
  South Florida Investigators Association
  Southeast Bank

*Appendix A-2*

**DISTINCTIONS:**        *Retired Deputy Sheriff* - Miami-Dade County, Florida

*Former Faculty Member* - National College of District Attorneys, University of Houston.

*Former State of Florida Certified Instructor* - Forensic Sciences.

*Daubert Qualified* - July, 2013

**TESTIMONY:**        *Qualified Court Expert* in Forensic Document Examination. Expert testimony given before Regulatory Commission Hearings; State & Municipal Courts of Florida in criminal and civil matters; Federal & Military Courts of the United States; U.S. District Court of Puerto Rico; U.S. District Court of the U.S. Virgin Islands; State & Federal Grand Juries; The Supreme Court of The Bahamas; The Supreme Court of The Turks and Caicos Islands; Summary and Grand Court of the Cayman Islands. Expert testimony given in excess of five hundred times.

**INSTRUCTOR:**        **QD Overview & That One Question -** Dade County Defense Bar Assoc. (CLE)
          Miami, Florida; February, 2017
**Forensic Document Exam. & the Attorney** - Fidelity Nat'l Law Group (CLE)
          Fort Lauderdale, Florida; September, 2015
**Forensic Document Examination Overview** - FALI
          Fort Lauderdale, Florida; September, 2014
**An Overview of Forensic Document Examination** - CAPE Institute (CLE)
          North Palm Beach, Florida; December, 2012
**Forensic Science Training** - Federal Public Defender's Office (CLE)
          Miami, Florida; April, 2010
**Forensic Document Training and Case Review**
          Fort Lauderdale - Broward County Crime Laboratory, 1990-2010
**Fraud Investigations** - Miami-Dade Police Department
          Miami Beach, Florida, August 2009
          Miami Beach, Florida; July, 2008
          Miami Beach, Florida; March, 2007
          Miami Beach, Florida; April, 2006
          Miami, Florida; April, 2005
          Miami Beach, Florida; May, 2004
          Miami Beach, Florida; April, 2003
          Miami Beach, Florida; March, 2002
          Miami, Florida; July, 2001
          Miami Beach, Florida; July, 2000
          Miami Lakes, Florida; July, 1999
          Coconut Grove, Florida; August, 1998
          Miami Beach, Florida; July, 1997
          Miami Beach, Florida; July , 1996
**Questioned Documents Presentation** - South Miami Kendall Bar Association
          South Miami, Florida; February, 2008

*Appendix A-3*

**Questioned Documents Presentation** - Attorney's Real Estate Council
    South Miami, Florida; February, 2008
**Physical Evidence Investigations** - Miami-Dade Police Department
    Miami, Florida; June, 2007
    Miami Beach, Florida; October, 2004
    Miami, Florida; November, 2003
    Miami Beach, Florida; October, 2000
    Miami, Florida; June, 1998
    Miami, Florida; May, 1997
    Miami, Florida; June, 1996
**Questioned Document Examinations** - Palm Beach Community College
    West Palm Beach, Florida; November, 2004
    West Palm Beach, Florida; September, 2003
**Forensic Document Examinations** - Association of Inspectors General
    Miami Beach, Florida; May, 2001
**Questioned Document Seminar** - Florida International Banker's Association
    Miami Lakes, Florida; October, 1998
    Miami, Florida; December, 1996
**Forensic Document Examination** - Norwitch Document Laboratory (CLE)
    Miami Beach, Florida; July, 1997
**Financial Institution/Law Enforcement Seminar** - Palm Beach Econ. Crime Unit
    West Palm Beach, Florida; May, 1996
**Monthly Meeting** - Financial Institution Security Association
    Miami, Florida; April, 1996
**The Witness** - Florida Legal Assistants
    Fort Lauderdale, Florida; March, 1996
**Questioned Document Seminar** - Miami-Dade Audit & Management Services
    Miami, Florida; February, 1996
**Questioned Document Overview** - Office of The Auditor General
    Hollywood, Florida; July, 1990
**Questioned Document Seminar** - Miami-Dade Police Department
    Miami, Florida; September, 1989
    Miami, Florida; October, 1986
    Miami, Florida; May, 1986
    Miami, Florida; September, 1984
    Miami, Florida; May, 1984
    Miami, Florida; January, 1984
**Forensics of Document Examination & Authentication** - Florida Bar Association
    7th Annual Midyear Meeting; Miami, Florida; January, 1987
**Financial Institution/Law Enforcement Seminar** - Palm Beach Econ. Crime Unit
    West Palm Beach; May, 1987
**Recognizing Forgery** - Bank Administration Institute
    Atlanta, Georgia; April, 1987
**Forensic Evidence Course** - National College of District Attorneys
    Williamsburg, Virginia; February, 1986
    Orlando, Florida; December, 1985
    Orlando, Florida; March, 1984
**Questioned Document Overview** - I.R.S. Criminal Investigations
    Miami, Florida; June, 1985

**Questioned Document Seminar** - Bureau of Alcohol, Tobacco, & Firearms
      Miami, Florida; December, 1984
**Questioned Document Overview** - Atlantic Federal Savings & Loan
      Fort Lauderdale, Florida; October, 1984
**Banking Security Seminar** - Coral Gables Police Department
      Coral Gables, Florida; May, 1984
**Fraud Investigations** - Coral Gables Police Department
      Coral Gables, Florida; October, 1980

**PUBLISHED:**    **"Questioned Documents"** (co-authored with Howard Seiden), **<u>Forensic Science: An Introduction to Scientific and Investigative Techniques</u>**, CRC Press, 2003, Boca Raton, Florida
**"Questioned Documents"**, 7th Midyear Meeting, Florida Bar Association, 1987.
**"Correct Standards"**, National College Of District Attorneys, 1986.
**"But What Does It Mean...?"**, National College Of District Attorneys, 1985.
**"The Forensic Palmreader"**, Identification Journal, 1984.

**AFFILIATIONS:**    Southern Association of Forensic Scientists - Member.
International Association for Identification - Life Member.

**PROFICIENCY TESTING:**    Collaborative Testing - biannually

## **Norwitch Document Laboratory Compensation**

Norwitch Document Laboratory fees are US$ 350.00 per hour for examination and report, consultations and administrative time. Court and/or deposition testimony is likewise US$ 350.00 per hour, portal to portal. Actual costs for travel, messenger service, case specific materials, and the like, are passed on to the client.

## COURT TESTIMONY  2014 - Present

| Style of Case<br>Retained by | C/N - Type<br>Judge | Date<br>Venue |
|---|---|---|
| U.S. v. Herve Wilmore<br>Sidney A. Fleischman | 13-60029-CR-SCOLA - Trial<br>Robert M. Scola, Jr. | February 28, 2014<br>Miami-Dade - USDC |
| Florida Bar v. Richard J. Burton<br>Herman J. Russomanno III | 2011-71,148 (11L) - Trial<br>Teresa Mary Pooler | May 8, 2014<br>Miami-Dade - Circuit |
| Edmond Lee Frankel v. Audrey Frankel<br>Naomi Berry | 05-18042 CA 21- Trial<br>Antonio Arzola | May 23, 2014<br>Miami-Dade - Circuit |
| Pino vs. JonJen Creations, LLC<br>Randy C. Golden | 2013 CA 008554 - Trial<br>Thomas Barkdull | July 9, 2014<br>Palm Beach - Circuit |
| Margarita Frias v. Rolling Wheels, Inc.<br>Rob Sickles | CACE 12-15720 (14) - Hearing<br>Carlos A. Rodriguez | July 22, 2014<br>Broward - Circuit |
| Ganglu v. Mapuche & Chen<br>Scott Marder | CACE 14-009677 (19) - Trial<br>Jack Tuter | October 1, 2014<br>Broward - Circuit |
| Wells Fargo Bank v. Andre Estime<br>James Jean-Francois | CACE 09-061796 - Trial<br>Lynn Rosenthal | November 3, 2014<br>Broward - Circuit |
| Graham v. Graham<br>Dan Duryea | 51-2011-DR-2296-WS - Hearing<br>Kimberly Campbell | November 13, 2014<br>Pasco County - Circuit |
| Renumber2, LLC v. Don Bryan<br>Raoul Garcia | 2014-CC91-P - Trial<br>Sharon Hamilton | November 14, 2014<br>Monroe - Circuit |
| Dawson VS. Small World Day<br>Justin Sorel | 502012CA010172XXXXMB - Hearing<br>Meenu Sasser | April 20, 2015<br>Palm Beach - Circuit |
| Araujo vs. Anesco<br>Barbra Paige | CACE-13-012999 - Trial<br>Patti Englander Henning | April 24, 2015<br>Broward - Circuit |
| U.S. Bank v. Renee and Thomas Berger<br>Ofelia Damas-Rodriguez | 2010 CA 26296 - Trial<br>Alice C. Blackwell | April 29, 2015<br>Orange - Circuit |
| Michelle Blohm vs. Park's Martial Arts<br>Yechezkel Rodal | 50 2012 CC 011665 XXXXMB - Trial<br>Nancy Perez | May 12, 2015<br>Palm Beach - Circuit |
| Estate of Beverly Sites<br>Robert C. Wilkins | 2013-CA-1852 - Trial<br>William H. Hallman | June 11, 2015<br>Sumter - Circuit |
| Ronald Hubsher v. Dany Lowe<br>Alexander P. Johnson | 15-9532-COCE - Trial<br>Giuseppina Miranda | August 4, 2015<br>Broward - Circuit |
| Patent Services USA v. Juan Rivera<br>Bernard L. Egozi | 14-015748 CA 01 - Hearing<br>Eric Hendon | August 26, 2015<br>Miami-Dade - Circuit |
| Regina v. Michelle Bouchard<br>Ingrid Spence | 5/14 - Trial<br>Paul Worsley | April 7, 2016<br>Grand Cayman - Grand |

*Appendix C-1*

| | | |
|---|---|---|
| Estate of John E. Brown v. Donna Klinka<br>Ronnie J. Bitman | 2010-CA-11708-O - Trial<br>Alice L. Blackwell | July 19, 1016<br>Orange - Circuit |
| Rapid Realty v. Bratkovsky<br>Lawrence D. Goodman | 13-32073 CA 01 - Hearing<br>John W. Thornton, Jr. | September 8, 2016<br>Miami-Dade - Circuit |
| Estate of Eleanor H. Klein<br>Erin M. Maddocks | 50 2014 CP 001098 XXXX MB - Trial<br>Janis B. Keyser | October 21, 2016<br>Palm Beach - Circuit |
| Rapid Realty v. Bratkovsky<br>Lawrence D. Goodman | 13-32073 CA 01 - Trial<br>John W. Thornton, Jr. | February 1, 2017<br>Miami-Dade - Circuit |
| U.S. v. Raul J. Gutierrez, et al.<br>William Roppollo | 05-20859-CR-HUCK - Trial<br>Paul C. Huck | February 2, 2017<br>Miami-Dade - Federal |
| Gaskets & Hardware Serv. v. Jeremy Thomas<br>Alan M. Burger | 50-2017-CA-000902XXXXMB - Hearing<br>Janis Keyser | March 1, 2017<br>Palm Beach - County |
| In the Interest of A.D., a Child<br>William Hess | ?                          - Trial<br>Larry Schack | March 31, 2017<br>Palm Beach - Circuit |
| Aston Capital v. Segall Entities<br>Amanda Chapman | 2013-CA-12538-O - Trial<br>Julie H. O'Kane | August 21, 2017<br>Orange - Circuit |
| Jacobs, et al. v. Palm Beach Polo, et al.<br>James McCann | 502012CA002417XXXXMB - Trial<br>Lisa S. Small | November 30, 2017<br>Palm Beach - Circuit |
| JPMorgan Chase Bank v. Sanguinetti<br>Chad Tamaroff | 2009CA025627 (AF) - Hearing<br>Edward L. Artau | February 8, 2018<br>Palm Beach - Circuit |
| Estate of Joseph Gold<br>David M. Garten | 502017CP004457XXXXMB - Hearing<br>Janis Brustares Keyser | June 13, 2018<br>Palm Beach - Circuit |
| Pena v. Tinics<br>Marcy S. Resnik | FMCE 16-6742 (41/93) - Hearing<br>Andrea Ruth Gunderson | June 26, 2018<br>Broward - Circuit |
| Gateway vs. Sharon E. Barnwell<br>Peter E. Shapiro | CACE-18-004036 (13) - Trial<br>Michael A. Robinson | July 26, 2018<br>Broward - Circuit |
| Benjamin & Morency v. Fineline<br>Matthew J. Milizok | 12-26713 CA 01 - Trial<br>Antonio Arzola | August 21, 2018<br>Miami-Dade - Circuit |
| Igor Erlikh v. Alla Stalinsky<br>Anthony M. Genova | 2017-009110-CA-01 - Trial<br>Jacqueline Hogan Scola | December 17, 2018<br>Miami-Dade - Circuit |
| Anita Bradshaw vs. Heritage NH, LLC<br>Deborah J. Gander | 2018-006890-CA-01 - Hearing<br>Antonio Arzola | March 15, 2019<br>Miami-Dade - Circuit |
| Roberts v. Gidwani<br>John A. Moore | 13-16209 CA 27  - Hearing<br>John W. Thornton, Jr. | May 21, 2019<br>Miami-Dade - Circuit |
| FNMA v. Lopez<br>Peter L. Meltzer | 2017-002085 CA 32 - Trial<br>John W. Thornton, Jr. | July 26, 2019<br>Miami-Dade - Circuit |
| Nutritional Products International v. Gould<br>Neil Bryan Tygar | 2019CA005715 - Hearing<br>Scott R. Kerner | September 6, 2019<br>Palm Beach - Circuit |

*Appendix C-2*

| | | |
|---|---|---|
| Trammell v. Trammel<br>Benjamin T. Hodas | 502016DR003109XXXXNB - Hearing<br>Karen M. Miller | September 24, 2019<br>Palm Beach - Circuit |
| Crown v. Christopher Forbes<br>Ennis Grant | CR-63/2016<br>Margarete Ramsey-Hale | October 9, 2019<br>Turks & Caicos - Supreme |
| U.S. Bank, NA v. Jane E. Carey<br>M. Bradley Luczak | 2009-CA-003175-O - Trial<br>Lisa T. Munyon | January 7, 2020<br>Orange County - Circuit |
| Nordelis Ibirma v. Alvaro Navarro, et al.<br>Jezabel P. Lima | 2019-36596-CA-01 - Trial<br>Barbara Areces | February 6, 2020<br>Miami-Dade - Circuit |
| John Sabow v. Robert Schmidt, Jr.<br>Samuel Heller/Marion Haler | 15-004685-CI-8 - Trial<br>Thomas H. Minkoff | March 11, 2020<br>Pinellas County - Circuit |

*Appendix C-3*

## DEPOSITION TESTIMONY  2014 - Present

| Style of Case<br>Retaining Atty | C/N<br>Venue | Date<br>Depo Taken By |
|---|---|---|
| Edmond Frankel v. Audrey Frankel<br>Naomi M. Berry | 05-18042 CA 21<br>Miami-Dade County | March 12, 2014 |
| Ralph Sistrunk v. Florida Retina Institute<br>Fadi Chakour | 16-2013-CA 7120<br>Duval County | March 25, 2014<br>Brian E. Currie |
| The Florida Bar v. Richard Jay Burton<br>Herman J. Russomanno III | SC13-1441<br>SFC | April 10, 2014<br>Jennifer R. Falcone |
| Compania Gen Finan v. La Banque de Nat'l Paris<br>George J. Lott | 11-17213 CA 30<br>Miami-Dade County | June 4, 2014 |
| Pino vs. JonJen Creations<br>Randy C. Golden | 2013 CA 008554<br>Brevard County | June 17, 2014<br>Randy C. Golden |
| Spielman vs. Zoila Perez<br>Russell A. Spatz | 10-31418 CA 08<br>Miami-Dade County | June 18, 2014<br>Russell A. Spatz |
| Ganglu v. Mapuche<br>Scott H. Marder | CACE 14009677<br>Broward County | September 9, 2014 |
| Ganglu v. Mapuche<br>Scott H. Marder | CACE 14009677<br>Broward County | September 24, 2014 |
| Santoro v. Autozone<br>Laurie Chess | 5:13-CV-00242-WTH-PRL<br>USDCSD | November 24, 2014<br>Laurie Chess |
| Hernandez v. Rysa Raceway<br>John W. McLuskey | 12-47002 CA 25<br>Miami-Dade County | December 2, 2014<br>Karel Remudo |
| Jorgina Araujo vs. Broward Health Center<br>Barbra G. Paige | CACE-13-012999<br>Broward County | March 6, 2015<br>Grant A. Kuvin |
| Chase Bank v. Georgia Wolfe<br>David Rupp | 502014CA001256XXXXMBAW | April 7, 2015<br>John M. Jorgensen |
| Wells Fargo v. L.F. Gonzalez<br>Joseph Mancilla | 13-2009-CA 078954 | May 1, 2015 |
| Balsewich v. M & T Bank<br>Robert Kane | 9:14-CV-81280-DMM<br>USDCSD | August 26, 2015<br>Jeffrey Golant |
| Estate of John E. Brown<br>Ronnie J. Bitman | 2010-CA-11708-O<br>Orange County | October 2, 2015 |
| Estate of Chance James Stanley v. Bethesda Memorial<br>Theodore S. Forman | 502010CA003446XXXXMBAN<br>Palm Beach County | October 6, 2015<br>Sharon Bidka Urbanek |
| Bridge Holdings v. Kristine Scotto<br>Rebecca Newman Casamayor | 2015-CA-1305-40<br>Miami-Dade County | December 10, 2015 |

| | | |
|---|---|---|
| Jerry Katzen v. University of Miami Sch of Med.<br>Erin Gaskin | 11-24504 CA 20<br>Miami-Dade County | December 14, 2015 |
| Janet Schoof v. Edward Danheiser<br>Claire R. Hurley | 05-2014-CA-018202<br>Brevard County | April 11, 2016<br>Jeffrey C. Fulford |
| Aston Capital, LLC vs. Gulfstream Investments Corp.<br>Amanda Chapman | 2013-CA-12538-O<br>Orange County | August 20, 2016<br>Charles M. Greene |
| Rapid Realty v. Bratkovsky<br>Larry Goodman<br>Lodi vs. Gregory Galanis<br>Michael Schiffrin | 13-32073 CA 40<br>Miami-Dade County<br>15-1701 FC (26)<br>Miami-Dade County | January 27, 2017<br>Jeff Tew<br>February 8, 2017<br>Michael Schiffrin |
| Metropolitan Mortgage v. Starr & Rose<br>Lazaro Vazquez | 09-10973 CA 01<br>Miami-Dade County | April 28, 2017<br>Matthew S. Sackel |
| JPMorgan Chase Bank, NA v. Yolette E. Sanguinetti<br>Chad Tamaroff | 2009CA025627 (AF)<br>Palm Beach County | July 10, 2017<br>Brian K. Korte |
| BOA v. Virginia Gravlin<br>Jeffrey M. Liggio | 502012CA023516XXXXMBAH<br>Palm Beach County | February 14, 2018<br>Sahily Serradet |
| Gateway at Sawgrass v. The Maslom Group<br>Peter Shapiro | 17-004036 (13)<br>Broward County | March 23, 2018<br>Samuel M. Sheldon |
| Streid v. Zipperer<br>Douglas Szabo | 14-CA-391<br>Hendry County | June 28, 2018<br>Tom Dougherty |
| Citadel Servicing v. Wells Fargo Bank<br>David A. Greene | 17-10895-CA-01<br>Miami-Dade County | July 24, 2018<br>Gaye Huxoll |
| JP Morgan Chase Bank v. Kenneth Snyder<br>George N. Andrews | 2014-CA-024159<br>Miami-Dade County | October 3, 2018<br>Kevin L. Lewis |
| Peter Brooke v. Procorp Debt Solutions, LLC<br>Ryon M. McCabe | 2013CA005875XXXXMB (AK)<br>Palm Beach County | January 23, 2019<br>Michael W. Simon |
| Arturo Rubinstein v. Keshet Inter Vivos Trust<br>Benjamin Cody Davis | 17-CV-61019<br>Broward Federal | January 29, 2019<br>Brian M. Grossman |
| Josephine Hill v. Danny DeVilbiss<br>Douglas H. Reynolds | 2018 DR 000522<br>Sumter County | February 18, 2019<br>Douglas H. Reynolds |
| Anita Bradshaw vs. Heritage NH, LLC<br>Deborah J. Gander | 2018-006890-CA-01<br>Miami-Dade County | February 27, 2019<br>Jeffrey R. Creasman |
| FNMA v. Ricardo J. Lopez<br>Peter L. Meltzer | 2017 CA-002085-CA-01<br>Miami-Dade County | May 28, 2019<br>James R. Ackley |
| Jeroldene Trammell v. Edward Trammell<br>Benjamin T. Hodas | 502016DR003109XXXXNB<br>Palm Beach County | September 19, 2019<br>Jaclyn Soroka |
| Allison Sommers v. Michael Kram<br>Marcy Resnik | 2017-007677 FC-04<br>Miami-Dade County | December 23, 2019<br>Daniel Silver |

| | | |
|---|---|---|
| Ira Kleiman v. Craig Wright<br>Zalman Kass | 18-cv-80176(BB/BR)<br>USDCSD | January 3, 2020<br>Kyle W. Roche |
| John Sabow v. Robert Schmidt<br>Marion Hale | 15-004685-CI-8<br>Alachua County | Feburary 25, 2020<br>Kelli A. Edson |
| Ira Kleiman v. Craig Wright<br>Neha Dagley | 18-cv-80176(BB/BR)<br>USDCSD | January 3, 2020<br>Velvel Freedman |

*Appendix D-3*

# ERRATA/NOTES