# EXHIBIT 13

# D. Stewart MacIntyre, Jr., M.D.

*Practice Limited to Infectious Diseases*
*Mercy Professional Building*
*Suite 604*
*3661 South Miami Avenue*
*Miami, Florida 33133*

---

*Tel. (305) 854-4357*
*Fax (305) 854-3632*

*Diplomate, American Board of Internal Medicine*
*Diplomate, Subspecialty of Infectious Disease*

December 13, 2019

Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Coral Gables FL 33134
ATTN: Zaharah Markoe

RE: Kleiman v. W&K Info Defense Research LLC

Dear Ms. Markoe:

    As requested, I have reviewed medical records regarding Mr. David Kleiman, with the porpose of forming opinions as to his medical conditions (relating to infectious disease) for a certain period of years.. The records available were the combined records from the Miami Veterans' Administration Medical Center dating from 1995 to March 22, 2013. These records are in typical Veterans' Administration format, with all entries in a given category listed in reverse chronological order for all admissions and outpatient services. The categories reviewed were the following:

- Coding diagnoses dating back to Dec. 23, 1997
- Medications and devices prescribed dating back to 1995
- Consultations (physician and ancillary services) dating back to 2000
- Discharge summaries for admissions 8/11/95 to 4/17/96, 7/28/96 to 10/10/96, 10/11/01 to 11/23/01, 1/27/04 to 2/11/04, and 9/28/10 to 3/25/13
- Surgery reports dating back to 10/27/19
- Laboratory results dating back to 2007, and
- Progress notes (interdisciplinary) dating back to 9/25/97.

Earlier records in each category were not available.

    According to histories related in these records, Mr Kleiman had studied at several colleges but had not received a specific degree. He served in the U.S. Army (no combat deployment) 1985-1990. Following this he worked in law enforcement. On April 30, 1995 he was involved in a motorcycle crash, sustaining multiple bone fractures, most importantly a spinal fracture resulting in T4 or T6 (level varies

Kleiman v. W&K Info Defense Research LLC                                           -2-

In different histories) paraplegia. This resulted in him being wheelchair bound, with bladder dysfunction necessitating intermittent or sustained catheterization, and bowel dysfunction necessitating manual stimulation for defecation. He developed multiple skin ulcers due to sustained pressure on tissues in wheelchair and bed  He had multiple long hospitalizations and multiple surgical procedures.

Mr. Kleiman has had two basic types of chronic infection:
1} Soft tissue infection and bone infection (osteomyelitis) relating to the pressure ulcers; he also on one occasion had septic arthritis of the left knee. These were due to multiple bacterial organisms, many with substantial antibiotic resistance, including Gram-negative organisms producing extended spectrum beta-lactamases (ESBL) and methicillin resistant Staphylococcus aureus (MRSA). Thus these infections were difficult to treat, frequently requiring longterm intravenous antibiotic therapy.   Mr. Kleiman had several surgical procedures due to these infections.
2) Urinary tract infections, relating to inadequate bladder function and the necessity of using urinary catheters. These are usually localized infections, however, bacteremia (escape of bacteria into the bloodstream) occur, and did so on some occasions  this results in fever and blood pressure changes (sepsis).

Mr. Kleiman also received various pain medications, and also diazepam (Valium) chronically, the latter to reduce muscle spasms related to his neurologic injury. There also is a suggestion that he had a history of recreational drug usage; however, this is not documented in the records reviewed    There was one instance recorded of his being given a warning by the hospital Disruptive Behavior Committee (5/12/11)0

At the end of his final admission to the Miami Veterans' Administration Medical Center, he had been given a pass to supervise home improvements, and did not return (3/25/13). Attempts to contact him were unsuccessful, and he was given an "irregular discharge". Because of this, he did not have outpatient prescription medications, planned followup, outpatient wound care and care for his Foley catheter and bowel dysfunction, These could result in worsening of skin breakdown, and the latter could result in further wound bacterial contamination leading to worsening infection. There are no records available after this date.

Sincerely yours,

D. Stewart MacIntyre, Jr., M.D.

DSM:dsm

# D. STEWART MACINTYRE, JR., M.D.

PRACTICE LIMITED TO INFECTIOUS DISEASES
MERCY PROFESSIONAL BUILDING
SUITE 604
3661 SOUTH MIAMI AVENUE
MIAMI, FLORIDA 33133

TEL. (305) 854-4357
FAX (305) 854-3632

DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE, SUBSPECIALTY OF INFECTIOUS DISEASE

## CURRICULUM VITAE

### EDUCATION

**High School:** East Grand Rapids High School, East Grand Rapids, Michigan
Graduated June 1959

**Undergraduate College:** Yale University, New Haven, Connecticut
Graduated June 1963; B.S. (Chemistry)
Magna cum laude
Junior year (1961-2) spent at Ludwig-Maximilian-Universitat, Munich, Germany, in the "Junior Year in Munich" program
Sponsored by Wayne State University, Detroit, Michigan

**Medical School:** University of Michigan, Ann Arbor, Michigan
Graduated June 1967, M.D., cum laude

### POSTGRADUATE MEDICAL EDUCATION

**Internship:** University of Oregon Medical School Hospitals and Clinics, Portland, Oregon
26 June 1967-25 June 1968 (rotating)

**Residency:** University of Michigan, University Hospital, and Ann Arbor Veterans' Administration Hospital, Ann Arbor, Michigan; 1 July 1968-30 June 1971 (Internal Medicine)

**Fellowship:** University of Miami, Jackson Memorial Hospital, and Miami Veterans' Administration Hospital, Miami, Florida; 15 August 1971-30 June 1975 (Infectious Disease)

Curriculum Vitae, D. Stewart MacIntyre, Jr., M.D. -2-

## MILITARY SERVICE

Dates: 26 July 1971-28 July 1973
Rank: Major
Branch: United States Army
Position: Officer in Charge, U.S. Army Health Clinic, Fort Gulick, Canal Zone; Assistant to the Chief Surgeon, Fort Clayton, Canal Zone

## ACADEMIC POSITIONS

- Assistant Professor, Departments of Medicine and Pathology, University of Miami School of Medicine, Miami, Florida; 1 July 1974-31 May 1979

- Clinical Assistant Professor, Department of Medicine, University of Miami School of Medicine, Miami, Florida; 1 June 1979-31 May 1982

- Clinical Associate Professor, Department of Medicine, University of Miami School of Medicine, Miami, Florida; 1 June 1982-31 May 1994

- Clinical/Voluntary Professor, Department of Medicine, University of Miami School of Medicine, Miami, Florida; I June 1994 – present

## ADMINISTRATIVE AND CONSULTING POSITIONS

- Clinical Director of Infection Control, Jackson Memorial Hospital, Miami, Florida; 1975-1979

- Hospital Epidemiologist, Department of Veterans' Affairs Miami Medical Center, Miami, Florida (consultant); 1977-2003

- Hospital Epidemiologist, South Florida Hospital Consortium for Infection Control, Inc., 1979-1989

- Chairman, Infection Control and Policy Committee, Cedars Medical Center, 1990-1998 (intermittent)

- Chairman, Infection Control Committee, University of Miami Hospital (2009-present)

- Chief, Division of Infectious Diseases, Mercy Hospital, Miami, Florida; 1988-2005 (intermittent)

- Chairman, Infection Control Committee, Mercy Hospital, Miami, Florida; 1994-present (intermittent)

Curriculum vitae, D. Stewart MacIntyre, Jr., M.D. -3-

- Chairman, Pharmacy and Therapeutics Committee, Mercy Hospital, Miami, Florida; 1988-2000 (intermittent)

- Chairman, International Affairs Advisory Committee, Mercy Hospital, Miami, Florida; 1992-1994 (intermittent)

- Member-at-large, Medical Staff Executive Committee, Mercy Hospital, Miami, Florida; 1991-1993

## LICENSURE AND CERTIFICATION

- State of Michigan Medical Practice License (#28273); 27 June 1968

- State of Florida Medical Practice License (#22853); 22 August 1974

- American Board of Internal Medicine Certification in Internal Medicine (#34800); 13 October 1972

- American Board of Internal Medicine Certification in the subspecialty of Infectious Diseases (#34800); 15 October 1974

## HONORS AND AWARDS

- Phi Beta Kappa; 1963

- Alpha Omega Alpha; Junior year, 1966

- Army Commendation Medal; 1973

## SOCIETY MEMBERSHIPS AND ACTIVITIES

- American Society for Microbiology; 1974

- Dade County Medical Association; 1974
    Public Health Advisory Committee; 1976-1977

- Working Party on Tuberculosis, Dade-Monroe Lung Association; 1977-1978

Curriculum Vitae, D. Stewart MacIntyre, Jr., M.D. -4-

- Association for Practitioners in Infection Control; 1976
    Member, National Board of Directors, 1979-1980

- Infectious Disease Society of America; 1987

- Southern Medical Association; 1992

- Society of Healthcare Epidemiologists of America; 1992
    Fellow, 1999

## HOSPITAL MEDICAL STAFF AFFILIATIONS

| Hospital | Years of Affiliation | Current Status |
|---|---|---|
| Mercy Hospital, Miami FL | 1979 – present | Senior Attending |
| Cedars Medical Center, Miami FL | 1979 – 2007 | Hospital changed to University of Miami Hospital |
| University of Miami Hospital, Miami, FL | 2007 – present | Consulting |
| Palmetto General Hospital | 1978 – 1995 | Resigned due to difficult access (distance from office) |
|  | 2003 – present | Consulting |
| Department of Veterans' Affairs Miami Medical Center | 1975 – 2003 | Resigned due to lack of activity |
| Miami Heart Institute, Miami Beach FL | 1989 – 2000 | Merged into Mount Sinai Medical Center |
| Mount Sinai Medical Center, Miami Beach FL | 2000 – present | Consulting |
| Sister Emmanuel Hospital for Continuing Care, Miami FL | 2004 – present | Active |

Revised, 17 March 2010

# D. Stewart MacIntyre, Jr., M.D.
Practice Limited to Infectious Diseases
Mercy Professional Building
Suite 604
3661 South Miami Avenue
Miami, Florida 33133

Tel. (305) 854-4357
Fax (305) 854-3632

Diplomate, American Board of Internal Medicine
Diplomate, Subspecialty of Infectious Disease

## SCHEDULE OF CHARGES FOR LEGAL CONSULTATIONS

| | |
|---|---|
| Courtroom trial time (time in courthouse) | $500.00 per hour |
| Deposition time | $500.00 per hour |
| Reviews of records, preparation of reports, conference time | $500.00 per hour |
| Travel time (outside of Miami-Dade County) | $100.00 per hour |

Note: A retainer will be required in the amount of $1000.00 at the time of receiving and before review of records. This amount represents the first 2.0 hours of record review. There will be a billing for any further work required. If the required work constitutes less than 2.0 hours of review, the difference will be reimbursed promptly.

Note: A disruption fee of $500.00 will be charged if a scheduled deposition requiring cancellation is not cancelled 24 hours before scheduled time.

Revised 1 November 2008

## D. Stewart MacIntyre, Jr., M.D.
*Practice Limited to Infectious Diseases*
*Mercy Professional Building*
*Suite 604*
*3661 South Miami Avenue*
*Miami, Florida 33133*

Tel. (305) 854-4357
Fax (305) 854-3632

*Diplomate, American Board of Internal Medicine*
*Diplomate, Subspecialty of Infectious Disease*

December 13, 2019

### Closed and Discarded Law Cases – 2019

| Date Closed | Case | Date Opened | Plaintiff/Defense | Law Office/Attorney |
|---|---|---|---|---|
| 07/15/19 | De la Noval v. Cinco de Mayo<br>Settled, no suit (Martin County FL) | 10/29/18 | D | Specialty Ins Agcy<br>Connor Moffett |
| 07/16/19 | Nash v. KKort, Inc.<br>Att'y file no.: 17-333<br>Palm Beach County FL | 01/12/18 | D | Roberts, Reynolds,<br>Bedard & Tuzzio<br>Shelli A. Healy, Esq |
| 07/16/19 | Johnson v. Fusion Health<br>Att'y file no. 2018-00011<br>Pinelas County FL | 04/26/18 | P | Mallard Law Firm<br>Sara Mallard, Esq. |
| 11/08/19 | White, Robert<br>Manatee County FL | 01/28/18 | P | Mallard Law Firm<br>Sara Mallard, Esq. |

# D. Stewart MacIntyre, Jr., M.D.

Practice Limited to Infectious Diseases
Mercy Professional Building
Suite 604
3661 South Miami Avenue
Miami, Florida 33133

Tel. (305) 854-4357
Fax (305) 854-3632

Diplomate, American Board of Internal Medicine
Diplomate, Subspecialty of Infectious Disease

September 22, 2018

## Closed and Discarded Law Cases – 2018

| Date Closed | Case | Date Opened | Plaintiff/ Defense | Law Office/ Attorney |
|---|---|---|---|---|
| 01/19/18 | Matos v. Unity Health and Rehab<br>Miami-Dade County, Florida | 6/12/17 | D | Quintairos, Prieto, Wood & Boyer, P.A.<br>(Jose E. Bosch) |
| 01/26/18 | Mancini v. Royal Oaks Nursing<br>Atty. File No.: 97152<br>Arbitration, Orange County, Florida | 10/23/17 | D | Quintairos, Prieto, Wood & Boyer, P.A.<br>(Winifred Quinlan) |
| 01/31/18 | Massinello v. Manor Care, West Palm<br>Atty. File No.: 2100.1297-00<br>Arbitration, Palm Beach County, Florida | 7/23/15 | D | Cole, Scott & Kissane<br>(Nicole Kirk) |
| 02/21/18 | Hill v. Oak Hill Hospital et al<br>Atty. File No. 319361<br>Pre-Suit, Hernando County, Florida | 7/19/17 | D | Banker Lopez Gassler<br>(Richard K. Bowers) |
| 05/10/18 | Keesee v. Car Parts International Inc.<br>Atty. File No.: 241-113<br>Workers Compensation,<br>Hillsborough County, Florida | 3/29/18 | D | The Bleakley Bavol Law Firm<br>(Robert W. Bleakley) |
| 06/12/18 | Parham v. Heartland Boynton Beach<br>2016 CA 000253 AB<br>Palm Beach County, Florida | 11/9/16 | D | Cole, Scott & Kissane<br>(Nicole Kirk) |

Closed and Discarded Law Cases—2018

-2-

| | | | | |
|---|---|---|---|---|
| 07/24/18 | Keelan v. Oak Hill Hospital<br>Atty. File No.: 317115<br>Pre-Suit, Hernando County, Florida | 4/13/17 | D | Banker Lopez Gassler<br>(Richard K. Bowers) |
| 09/19/18 | Anderson Cayasso v. Norwegian Cruise Lines<br>01-16-0000-1978<br>International Center for Dispute Resolution<br>(Arbitration hearing, 3/16/17) | 7/12/16 | D | Mase Lara Trial Lawyers<br>(Thomas Briggs) |

# D. Stewart MacIntyre, Jr., M.D.

*Practice Limited to Infectious Diseases*
*Mercy Professional Building*
*Suite 604*
*3661 South Miami Avenue*
*Miami, Florida 33133*

Tel. (305) 854-4357
Fax (305) 854-3632

*Diplomate, American Board of Internal Medicine*
*Diplomate, Subspecialty of Infectious Disease*

September 21, 2018

## Closed and Discarded Law Cases—2017

| Date Closed | Case | Date Opened | Plaintiff/ Defense | Law Office/ Attorney |
|---|---|---|---|---|
| 02/22/17 | Lazo v. Molano MD et al<br>Atty. File No: 31860.23<br>Miami-Dade County, Florida | 1/14/15 | D | Lewis, Brisbois,<br>Bisgaard & Smith LLP<br>(Jerome Silverberg) |
| 03/24/17 | Darden v. North Rehab et al<br>Atty. File no.: 82767<br>Pinellas County, Florida | 2/13/17 | D | Quintairos, Prieto,<br>Wood & Boyer P.A.<br>(Sheila K. Nicholson) |
| 04/21/17 | Curtin v. DeFilippo MD et al<br>Atty. file no. 30517-16<br>Broward County, Florida<br>(Deposition, 11/1/16) | 10/12/16 | D | Lewis, Brisbois,<br>Bisgaard & Smith LLP<br>(J. Silverberg) |
| 06/20/17 | Salcido v. Rolong MD<br>D-202-CV-2014-03732<br>Bernalillo County, New Mexico<br>(Deposition, 12/19/15) | 5/13/15 | P | Dominguez Law Firm<br>(Paul Dominguez) |
| 08/04/17 | Panaro v. Heartland Prosperity Oaks<br>2015-CA-003763<br>Palm Beach County, Florida | 6/17/16 | D | Cole, Scott &<br>Kissane, P.A.<br>(Nicole Kirk) |

## Closed and Discarded Law Cases – 2017

-2-

| Date | Case | Date | P/D | Firm |
|---|---|---|---|---|
| 08/08/17 | Granata v. Manor Care Delray<br>Atty. File No.: 2100-1185-00<br>Arbitration—Palm Beach County, Florida | 1/27/15 | D | Cole, Scott &<br>Kissane P.A.<br>(Matthew S. Waring) |
| 08/08/17 | Parker v. Coram<br>Atty. File No.: 16-132 – Investigation | 1/20/17 | P | Mallard Law Firm<br>Alan L. Perez |
| 10/19/17 | Trueman v. Gordillo MD<br>Pre-Suit, Sarasota County, Florida | 12/5/16 | P | Law Office of<br>Barbara H Gormley PA |
| 10/19/17 | Jaffee v. HCR Manorcare<br>Atty. File No.: 2100-1027<br>Palm Beach County, Florida | 9/16/14 | D | Cole, Scott &<br>Kissane, P.A.<br>(Nicole Kirk) |
| 10/23/17 | Davis v. Cruise Operator Inc.<br>16-62391-CIV-Bloom/Valle<br>U.S. District Court, Southern District of Florida | 5/19/17 | D | Hamilton, Miller &<br>Birthisel, LLP<br>(Robert Oldershaw) |
| 12/15/17 | Leiva Alvarez v. La Vie Nail Spa LLC<br>2016 CA 000345 (AJ)<br>Palm Beach County, Florida | 8/31/16 | D | Banker Lopez Gassler<br>(Jeffrey M. Bell) |
| 12/15/17 | Triest v. Riverwood Health and Rehab<br>2017-CA-0033<br>Bradford County, Florida | 6/19/17 | D | Quintairos, Prieto,<br>Wood & Boyer, P.A.<br>(Charles Eichhorn) |

# D. Stewart MacIntyre, Jr., M.D.

Practice Limited to Infectious Diseases
Mercy Professional Building
Suite 604
3661 South Miami Avenue
Miami, Florida 33133

Tel. (305) 854-4357
Fax (305) 854-3632

Diplomate, American Board of Internal Medicine
Diplomate, Subspecialty of Infectious Disease

December 13, 2019

## Closed and Discarded Law Cases – 2016

| Date Closed | Case | Date Opened | Plaintiff/ Defense | Law Office/ Attorney |
|---|---|---|---|---|
| 06/16/16 | Wenzel v. Oak Hill Hospital<br>Atty. File no. 021280<br>Hernando County, Florida | 12/15/15 | D | Banker Lopez Gassler<br>(Richard K. Bowers) |
| 06/16/16 | Finlay v. Apostolo MD et al<br>24-C-15-001326 MM<br>Baltimore City, Maryland<br>(Deposition, 1/28/16) | 7/29/15 | P | Schochor, Federico<br>& Staton, P.A.<br>(James D. Cardea) |
| 07/15/16 | Thillet v. Bolivar MD et al<br>2009-CA-013278-0<br>Orange County, Florida | 10/94/10 | D` | Romaguera, Dawson<br>& Humphrey, P.A.<br>(Mark Humphrey)<br>Knopik Moore Deskins<br>(Christopher Knopik) |
| 07/15/16 | Provost v. Carnival Corporation<br>15-CV-23105-ALTONAGA<br>US District Court, Southern Dist. of Florida | 2/12/16 | D | Mase Lara Trial Lawyers<br>(Richard Lara) |
| 07/15/16 | Wargovcsik v. Oak Hill Hospital<br>Atty. file no.: 010270<br>Pre-Suit, Hernando County, Florida | 9/12/11 | D | Banker Lopez Gassler<br>(Richard K. Bowers) |

## Closed and Discarded Law Cases—2016

-2-

| Date | Case | Date | P/D | Firm |
|---|---|---|---|---|
| 07/16/16 | Miller v. Novant Health Inc. et al<br>10-CVS-5098<br>Forsyth County, North Carolina | 6/15/10 | P | Ted A Greve & Assoc.<br>(Justin Lowenberger) |
| 07/16/16 | Shoaf, Ronald<br>Pre-Suit, Pinellas County, Florida | 12/29/09 | P | Law Office of Don Russo, P.A.<br>(Don Russo) |
| 07/18/16 | Bueno v. The Palace at Kendall<br>Atty. File no. 58105<br>Pre-Suit, Miami-Dade County, Florida | 5/24/13 | D | Quintairos, Prieto, Wood & Boyer, P.A.<br>(Jane Mastrucci) |
| 07/28/16 | Dube v. MAPFRE Insurance Co.<br>14-30016 CA<br>Miami-Dade County, Florida | 5/1/15 | D | McIntosh Sawran & Cartaya P.A.<br>(Michael J. Lynott) |
| 08/10/16 | Butler v. Denney MD<br>Pre-Suit, Broward County, Florida | 2/12/15 | D | Physicians Professional Liability Risk Retention Group<br>(Jack Heda) |
| 08/25/16 | Sifillas v. Carnival Cruise Lines<br>14-CV-23920-RNS<br>U.S. District Court, Southern Dist. of Florida | 4/7/15 | D | Mase Lara Trial Lawyers<br>(Richard Lara) |
| 09/17/16 | Croucher v. Target Corp.<br>2014 CA 007341 AO<br>Palm Beach County, Florida | 3/12/15 | D | Vernis & Bowling<br>(Thomas Paradise) |
| 11/28/16 | Meyer v. Aleger MD et al;<br>16-2013-CA-008066 CV-H<br>Duval County, Florida<br>(Deposition, 6/16/16) | 8/27/15 | D | Rissman, Barrett, Hurt, Donahue, McLain & Mangan P.A.<br>(Edward Copeland) |
| 11/29/16 | Panier v. Vance Construction<br>502016CA002324XXXXMB<br>Palm Beach County, Florida | 9/13/16 | D | Law Office of James W. Kehoe III (Travelers Indemnity Company)<br>(Gregg Weiser) |

## Closed and Discarded Law Cases—2016

-3-

| | | | | |
|---|---|---|---|---|
| 12/20/16 | Pettitt v. Gerszten MD et al<br>10-20614<br>Allegheny County, Pennsylvania<br>(Video Statement, 2/24/15) | 6/29/11 | P | Rieders, Travis, Humphrey, Harris, Waters & Waffen-Schmidt<br>(Clifford Rieders) |