# EXHIBIT 17

# Progress Notes

Printed On Jul 22, 2019

```
Catheter Size:  22 gauge

Type of Flush:

Saline Lock > 72 hours: to be d/ce'd, has PICC

Patient Response:

Patient Teaching:  Patient unable to comprehend teaching

/es/ GRACE M CRAWFORD, LPN
STAFF NURSE
Signed: 02/01/2011 21:12
```

**EXHIBIT** MacIntyre, MD 4#4 DMW 1-10-20

```
  LOCAL TITLE: STUDENT NOTE
STANDARD TITLE: STUDENT NOTE
DATE OF NOTE: JAN 31, 2011@08:09     ENTRY DATE: JAN 31, 2011@08:10:02
      AUTHOR: ROSENSTEIN,STEVEN      EXP COSIGNER: SOMOZA,MARIA P
     URGENCY:                              STATUS: COMPLETED
```

Undersigned's supervisor, Dr. Somoza, the primary mental health providers, was not present for today's meeting but remains apprised through regular supervision.  The patient was seen this morning (1/31/11) at 0740 for individual supportive psychotherapy (60 minutes).  The patient has been informed of the purpose of psychotherapy as well as the limits to confidentiality, and has verbally consented to treatment.  Patient did not report homicidal or suicidal ideation, intent, or plan at this time.

Mr. Kleiman was orientated to person, place, and time.  Mood appeared euthymic. Mr. Kleiman's speech (pitch, rate, tone) was also appropriate. Mr. Kleiman discussed his activity over the past week including getting a new clock, business and visitors.  Mr. Kleiman that he has been "busy" with work and briefly discussed a conference that he was missing.  He stated his mood has been stable and emphasized his high tolerance to frustration.  The undersigned had the opportunity to watch the patient interact with others and he related amicably and jestfully.  Psychology will continue to follow on Thursday, Feb 3, 2011.

```
/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Signed: 01/31/2011 10:36
for STEVEN ROSENSTEIN
PSYCHOLOGY TRAINEE 2010-11

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Cosigned: 01/31/2011 10:36
```

LOCAL TITLE: SKIN REASSESSMENT VANOD

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| KLEIMAN, DAVID ALAN<br>3119 CONTEGO LANE<br>WEST PALM BEACH, FLORIDA  33418 | Printed at Miami VA Healthcare Systems |

# Progress Notes

Printed On Jul 22, 2019

```
from 8:00 am to 8:35 am. The patient was seen by team members and his
current medical, rehabilitation and psychosocial needs were discussed. The
patient did not voice suicidal/homicidal ideation, plan or intent. Will continue
to follow-up on weekly rounds.

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Signed: 05/25/2011 10:03
```

```
  LOCAL TITLE: PSYCHOLOGY NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: MAY 25, 2011@09:47     ENTRY DATE: MAY 25, 2011@09:48:20
      AUTHOR: DONNELLY,STEPHANIE     EXP COSIGNER: SOMOZA,MARIA P
     URGENCY:                        STATUS: COMPLETED
```

```
Mr. Kleiman was seen at bedside on 5/25/11 at 0915 (20 minutes) for
supportive psychotherapy. Dr. Somoza, supervising psychologist, was not
present during this session, but remains apprised through regular supervision.
Patient was informed of the nature of psychotherapy, the limits of
confidentiality, and patient verbally consented to psychological treatment.
He denied current suicidal or homicidal ideations, plans and/or intents.

During this session patient's affect was normal to thought content and his mood
was generally euthymic.  Patient expressed some frustrations with his prolonged
hospital stay and not knowing when his surgery will be.  He indicated that
having a specific plan helps in his ability to cope with the boredom he
experiences in the hospital.  Patient reports he has been receiving support from
friends to deal with these stressors.  Additionally, patient has continued to
participate in work related activities to stay occupied.  Support and
encouragement were provided and patient's positive coping skills were
reinforced.  Additionally, patient was encouraged to identify a non-surgery
related event or goal to that he will have more control over to work toward.

Undersigned will plan to follow-up with patient on 6/1/11 for continued
supportive psychotherapy.

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Signed: 05/25/2011 10:21
for STEPHANIE DONNELLY
PSYCHOLOGY TRAINEE 2010-11

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Cosigned: 05/25/2011 10:21
```



EXHIBIT
MacIntyre, M.D.
5
DMW 1-10-20

```
  LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: MAY 25, 2011@06:58     ENTRY DATE: MAY 25, 2011@06:58:07
      AUTHOR: WINT,SHAKIRA S         EXP COSIGNER:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| KLEIMAN, DAVID ALAN<br>3119 CONTEGO LANE<br>WEST PALM BEACH, FLORIDA  33418 | Printed at Miami VA Healthcare Systems |

# Progress Notes

Printed On Jul 22, 2019

```
INTAKE AND OUTPUT
Intake and Output by the night shift (12 - 8) - Yes

INTAKE --------------------
PO Intake = 1700 cc
TOTAL SHIFT INTAKE = 1700 cc **

OUTPUT --------------------
Urine Output = 1400 cc
CBI Urine = 0 cc (Total CBI output - CBI irrigant)
TOTAL SHIFT OUTPUT = 1400 cc **

24 HOUR TOTALS BY NIGHT SHIFT (12 - 8) --------------------
   N/A
```



```
/es/ LARRY SCOTT, RN
STAFF NURSE
Signed: 01/11/2011 20:39

01/12/2011 ADDENDUM                    STATUS: COMPLETED
Received pt at 20:00, no distress noted, Pt IC at 22:00 for 300cc, externadl
drained 200cc, dressing changed to right trochanter, medium bm noted.

/es/ SHAKIRA SHIAN WINT, RN
STAFF NURSE
Signed: 01/12/2011 23:50
```

```
  LOCAL TITLE: STUDENT NOTE
STANDARD TITLE: STUDENT NOTE
DATE OF NOTE: JAN 10, 2011@12:15     ENTRY DATE: JAN 10, 2011@12:15:54
      AUTHOR: ROSENSTEIN,STEVEN       EXP COSIGNER: SOMOZA,MARIA P
     URGENCY:                              STATUS: COMPLETED
```

Undersigned's supervisor, Dr. Somoza, the primary mental health providers, was not present for today's meeting but remains apprised through regular supervision. The patient was seen this morning (1/10/11) at 1120 for individual supportive psychotherapy (45 minutes). The patient has been informed of the purpose of psychotherapy as well as the limits to confidentiality, and has verbally consented to treatment. Patient did not report homicidal or suicidal ideation, intent, or plan at this time.

Mr. Kleiman was orientated to person, place, and time. Mood appeared congruent with content. Mr. Kleiman's speech (pitch, rate, tone) was also appropriate. Mr. Kleiman reported that he has been feeling more tired recently as he hasn't been out of bed in several months. The undersigned and the veteran discussed the possible impact that not being active for a prolonged period may play on his

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)  
KLEIMAN, DAVID ALAN  
3119 CONTEGO LANE  
WEST PALM BEACH, FLORIDA 33418

VISTA Electronic Medical Documentation  
Printed at Miami VA Healthcare Systems

# Progress Notes

Printed On Jul 22, 2019

stamina and associated challenges he may face. Mr. Kleiman reported that he has been very productive in doing work regarding his business. Mr. Kleiman appeared anxious regarding the uncertainty of his next surgery as he is eager to be discharged. Support and encouragement was provided.

Psychology will continue to follow 1/13/11.

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Signed: 01/10/2011 16:02
for STEVEN ROSENSTEIN
PSYCHOLOGY TRAINEE 2010-11

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Cosigned: 01/10/2011 16:02

```
  LOCAL TITLE: SKIN REASSESSMENT VANOD
STANDARD TITLE: NURSING SKIN ASSESSMENT NOTE
DATE OF NOTE: JAN 10, 2011@13:57     ENTRY DATE: JAN 10, 2011@13:57:22
      AUTHOR: DIAZ,MERCEDES DEL S   EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
```

CURRENT SKIN ASSESSMENT
    Skin Color:
        Color: Normal for ethnic group
    Skin Temperature
        Temp: Warm
    Skin Moisture
        Moisture: Dry
    Skin Turgor
        Turgor: Within normal limits

SKIN PROBLEMS
    PRESSURE ULCER ASSESSMENT
        Prior Pressure Ulcer Locations:
        PRESSURE ULCER STAGE
            STAGE III                                            12/31/2010
                    Trochanter right, Heel right, left lateral thigh
            STAGE III                                            12/30/2010
                    Sacrum/coccyx, rt left hip
            STAGE IV                                             12/31/2010
                    Trochanter right, perirectal/scrotal
            UNABLE TO STAGE (PU)                                 12/31/2010
                    right foot
        Current pressure ulcer assessment
            Dressing changed as ordered

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
KLEIMAN, DAVID ALAN
3119 CONTEGO LANE
WEST PALM BEACH, FLORIDA  33418

Printed at Miami VA Healthcare Systems

Page 9527