# EXHIBIT 18

```
 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3                 CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
               Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
               Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   DEPOSITION OF KIMON ANDREOU

13   DATE TAKEN: December 3, 2019

14   TIME: 1:40 p.m. - 3:25 p.m.

15   PLACE: 3340 Hollywood Boulevard

16   Hollywood, Florida 33321

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                 AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

1  when she passed away but he was -- he didn't like
2  talking about his personal stuff.
3       Q.   What was his dad's name, do you remember?
4       A.   I don't remember.
5       Q.   You visited Dave was it like every night at
6  some point?
7       A.   In the beginning it was almost every day, as I
8  would leave the office I would just head over there,
9  spend maybe half hour, one hour with him.  Usually take
10 him delivery from Hooters and then go home.  After a few
11 months it was maybe three or four times a week.
12          Towards the end as my wife got progressively
13 more pregnant it was less and then when my daughter was
14 born in December I just couldn't.  We would text.  I
15 would call him.  We would call each other but I just
16 couldn't physically visit as frequently.
17      Q.   On those days every day when you would go
18 visit Dave Kleiman did he ever mention that Ira Kleiman
19 visited him?
20      A.   No, he did not.
21      Q.   Do you know if Ira Kleiman ever visited him?
22      A.   As far as I'm aware no.  From my own personal
23 knowledge, no, I don't know.
24      Q.   Do you know if Dave's father visited him?
25      A.   I don't.  I would doubt that he can.  I know