# EXHIBIT 19

# Progress Notes

Printed On Jul 22, 2019

from 8:00 am to 8:35 am. The patient was seen by team members and his current medical, rehabilitation and psychosocial needs were discussed. The patient did not voice suicidal/homicidal ideation, plan or intent. Will continue to follow-up on weekly rounds.

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Signed: 05/25/2011 10:03

LOCAL TITLE: PSYCHOLOGY NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: MAY 25, 2011@09:47     ENTRY DATE: MAY 25, 2011@09:48:20
      AUTHOR: DONNELLY,STEPHANIE    EXP COSIGNER: SOMOZA,MARIA P
      URGENCY:                       STATUS: COMPLETED

Mr. Kleiman was seen at bedside on 5/25/11 at 0915 (20 minutes) for supportive psychotherapy. Dr. Somoza, supervising psychologist, was not present during this session, but remains apprised through regular supervision. Patient was informed of the nature of psychotherapy, the limits of confidentiality, and patient verbally consented to psychological treatment. He denied current suicidal or homicidal ideations, plans and/or intents.

During this session patient's affect was normal to thought content and his mood was generally euthymic. Patient expressed some frustrations with his prolonged hospital stay and not knowing when his surgery will be. He indicated that having a specific plan helps in his ability to cope with the boredom he experiences in the hospital. Patient reports he has been receiving support from friends to deal with these stressors. Additionally, patient has continued to participate in work related activities to stay occupied. Support and encouragement were provided and patient's positive coping skills were reinforced. Additionally, patient was encouraged to identify a non-surgery related event or goal to that he will have more control over to work toward.

Undersigned will plan to follow-up with patient on 6/1/11 for continued supportive psychotherapy.

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Signed: 05/25/2011 10:21
for STEPHANIE DONNELLY
PSYCHOLOGY TRAINEE 2010-11

/es/ Maria Pilar Somoza, Ph.D.
Staff Provider
Cosigned: 05/25/2011 10:21



EXHIBIT
MacIntyre, M.D.
5
DMW 1-10-20

LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: MAY 25, 2011@06:58     ENTRY DATE: MAY 25, 2011@06:58:07
      AUTHOR: WINT,SHAKIRA S         EXP COSIGNER:

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
KLEIMAN,DAVID ALAN
3119 CONTEGO LANE
WEST PALM BEACH, FLORIDA   33418

VISTA Electronic Medical Documentation
Printed at Miami VA Healthcare Systems