# EXHIBIT 20



KLEIMAN_00562426