```
 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3                  CASE NO. 9:18 cv 80176 BB/BR

 4
     IRA KLEIMAN, as the personal
 5   representative of the Estate of
     David Kleiman, and W&K Info Defense
 6   Research, LLC

 7
              Plaintiffs,
 8
      vs
 9
     CRAIG WRIGHT
10
              Defendant.
11

12    * * * * * * * * * * * * * * * * * *

13   VIDEOTAPED DEPOSITION OF IRA KLEIMAN

14   DATE TAKEN: April 8, 2019

15   TIME: 10:10   2:55 p.m.

16   PLACE:100 S.E. 2nd Street

17   Miami, Florida 33131

18
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
19                 AND NOTARY PUBLIC

20

21    * * * * * * * * * * * * * * * * * *

22

23

24

25
```

```
 1        A.    I --
 2              MR. FREEDMAN:  Objection.
 3              THE WITNESS:  Not really.
 4   BY MR. PASCHAL:
 5        Q.    So in 2009 you met Dave in person -- or you
 6   saw him in person.  From then though just relatively how
 7   many times would you speak with him per year, was it
 8   monthly, weekly?
 9              MR. FREEDMAN:  Objection.
10              THE WITNESS:  It would vary.
11   BY MR. PASCHAL:
12        Q.    I just want to be clear the last time that you
13   saw your brother was 2009; right?
14        A.    I believe so.
15        Q.    Under what circumstances was that?
16        A.    We were having Thanksgiving dinner.
17        Q.    Did you have any other business ventures with
18   Dave?
19        A.    No.
20        Q.    Did you ever work together with Dave in any
21   business?
22        A.    No.
23        Q.    Dave's autopsy report showed that he had
24   cocaine in his system.  Did you know anything about
25   that?
```

1    Q.   So there's a Facebook message where you
2    responded to her?
3    A.   Yes, I think so.  No, I just e-mailed her.
4    She left a Facebook posting and then I e-mailed her.
5    Q.   When did you e-mail her?
6    A.   I think it could have been like a year, year
7    and a half ago.
8    Q.   What did the Facebook posting say, do you
9    remember?
10   A.   No.
11   Q.   What did you discuss with Angela?
12   A.   We talked about David a little bit.
13   Q.   What did you talk to her about, talking about
14   David?
15   A.   At first just general things I think.
16   Q.   We'll get into that a little later.  When did
17   you learn that Dave was appointed as the representative
18   of -- or that Dave appointed you as the representative
19   of his estate, sorry?
20   A.   After he passed away.
21   Q.   So Dave never discussed that with you before
22   he passed away?
23   A.   No.
24   Q.   Were you surprised to learn --
25        MR. FREEDMAN:  Objection, don't answer the

```
 1   question.
 2         MR. PASCHAL:  What's the reason for
 3   instructing him?
 4         MR. FREEDMAN:  Don't see how it has anything
 5   to do with your topics.
 6         MR. PASCHAL:  Just asking --
 7         MR. FREEDMAN:  His state of mind when he found
 8   out whether or not Dave Kleiman appointed him as
 9   the personal representative.  Where is that any of
10   your topics?
11         MR. PASCHAL:  I am going to say for the record
12   that these topics are helpful but the judge mandate
13   was really that hey, I want to have a depo so you
14   can figure out what discovery is and a number of
15   times you shut down inquiries because you just
16   don't think that these match the topic which isn't
17   helpful for us to.  It will force us to have to go
18   to the Court unnecessarily and bring Ira back here
19   for another deposition to do that.  Purpose to find
20   out where documents are and find out where evidence
21   is.  I just don't think it's helpful for the record
22   for you to instruct him not to answer background
23   questions, very basic questions.
24         MR. FREEDMAN:  Just so the record is complete
25   the parties set the tone that we had to stay
```

```
 1   BY MR. PASCHAL:
 2        Q.   Sorry.  Just briefly before we left off and
 3   earlier today.  I have some follow-up questions.  Did
 4   Dave live in Palm Beach Gardens?
 5        A.   It might be officially called like Riviera
 6   Beach.
 7        Q.   It's in the area, right?
 8        A.   Yes.
 9        Q.   Palm Beach County?
10        A.   Yes.
11        Q.   Last time you saw Dave was in 2009?
12        A.   Yes.
13        Q.   And you guys lived in the same county?
14        A.   Yes.
15        Q.   About how far apart did you guys live from
16   each other?
17        A.   Five to ten minutes.
18        Q.   When we left off we were talking about on the
19   e-mail where you formated and you said you formated
20   threw out some of Dave's work papers so I think we were
21   talking about the work papers.  Why were you throwing
22   the papers away?
23        A.   Like I said it just looked like it was
24   unimportant stuff.  Everyday stuff you get in the mail
25   just advertisements, news clipping type and things.
```

```
 1        A.   No.
 2        Q.   When did you go to Dave's house after you
 3   learned that he died?
 4        A.   Probably maybe two or three weeks afterwards.
 5        Q.   Did you go to your dad's house right after you
 6   learned that Dave died?
 7        A.   I don't remember.
 8        Q.   Do you remember what you did after you learned
 9   that Dave died?
10             MR. FREEDMAN:  Objection.
11             THE WITNESS:  I just remember talking to my
12        dad about it.
13   BY MR. PASCHAL:
14        Q.   But you don't remember anything else?
15        A.   No.
16        Q.   Ira, would it be fair to say that you weren't
17   really close with Dave?
18             MR. FREEDMAN:  Objection, stop.  What does
19        this go to?
20   BY MR. PASCHAL:
21        Q.   Let me rephrase.  You don't have personal
22   knowledge relating to Dave's business activities, do
23   you?
24        A.   No.
25        Q.   I'm showing you an e-mail exchange you had
```