Ira Kleiman
January 10, 2020

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                CASE NO. 9:18 cv 80176 BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
                Plaintiffs,
 7
      vs
 8
     CRAIG WRIGHT,
 9
                Defendant.
10

11   * * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF IRA KLEIMAN

13   DATE TAKEN: January 10, 2020

14   TIME: 8:49 a.m.   2:45 p.m.

15   PLACE: 2525 Ponce de Leon Boulevard

16   Miami, Florida 33134

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                 AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

```
 1       Q.   What was your relationship with Dave?
 2       A.   Fine.
 3       Q.   Were you close to Dave?
 4            MR. FREEDMAN:  Objection.
 5            THE WITNESS:  You have to define close.
 6  BY MR. PASCHAL:
 7       Q.   Did you speak every day to Dave?
 8       A.   Every day?
 9       Q.   Yes.
10       A.   As kids we probably did.
11       Q.   What about as teenagers?
12       A.   Teenagers, yes.
13       Q.   What about as adults?
14       A.   As adults, you know, he was more independent
15  and he was doing his own thing so no, we didn't talk
16  every day as adults.
17       Q.   How far apart did you live from Dave Kleiman
18  as adults?
19       A.   He moved around a bit, you know.  What's years
20  are you talking about specifically?
21       Q.   Let's say from 2008 to 2010 before he was
22  hospitalized.
23       A.   I think at that time he was living in like
24  Riviera Beach.  I was living in Palm Beach Gardens so
25  like maybe like 15 minutes away or something.
```

1   Q.   So in the last depo you testified that you
2   lived five to ten minutes away.  What period was that --
3   A.   Since then I -- I noticed that you made a big
4   deal about the five minutes so then I went online and I
5   looked it up it's further than five minutes.
6   Q.   So your testimony now is based on online
7   research?
8   A.   Yes.
9   Q.   So he lived 15 minutes away or ten or 15
10  minutes away.  How many times did you visit his house?
11  A.   Several.  I mean I don't remember like an
12  exact amount.
13  Q.   Do you remember who lived in his house?
14  A.   For the most part it was him.  At one time his
15  girlfriend I believe moved in for a short time and I
16  think her son did as well.
17  Q.   Did he ever tell you he was engaged to his
18  girlfriend?
19  A.   He never mentioned that.  I think I heard her
20  mention that to Craig but I never heard him mention
21  that.
22  Q.   Would it surprise you if both the fiancee and
23  the son said they never saw you or Dave never spoke
24  about you?
25           MR. FREEDMAN:  Objection.

```
 1            THE WITNESS:  I did see them.
 2   BY MR. PASCHAL:
 3       Q.   They rarely saw you?
 4       A.   I rarely saw David.
 5            MR. FREEDMAN:  Objection.
 6   BY MR. PASCHAL:
 7       Q.   When David was in the Miami V.A. you realized
 8   he was hospitalized for two years, 2011 to 2013?
 9       A.   No, I realized that he would go back and forth
10   to the hospital on a routine basis but as far as him
11   like staying for any long period of time I wasn't aware
12   of that.
13       Q.   So his medical records showed he was admitted
14   from 2011 to 2013 and I understand that they would give
15   him a day pass to go home but only under doctor's
16   approval.  Are you saying that they would let him out or
17   they actually cleared him to leave the hospital and go
18   home?
19            MR. FREEDMAN:  Objection.  Ira, just hold on a
20       second.  When Mr. Paschal asks a question just
21       pause a second so I can get a chance to object and
22       as he said before unless I instruct you not to
23       answer you can then answer.
24            MR. PASCHAL:  Go ahead.
25            THE WITNESS:  I don't know.
```

```
 1   BY MR. PASCHAL:
 2       Q.   How many times did you visit him in the
 3   hospital?
 4       A.   I didn't visit him in the hospital.  He never
 5   asked me to.
 6       Q.   You only visited if he asked you to visit?
 7       A.   Well, when it comes to like medical issues and
 8   financial issues we just kind of refrained from
 9   discussing that kind -- I don't think he ever felt
10   comfortable like telling me about any weaknesses and I
11   didn't discuss my weaknesses with him either.  I have
12   medical conditions that he never knew about and he
13   didn't discuss his stuff with me either.
14       Q.   He didn't discuss his finances with you
15   either?
16       A.   No.
17       Q.   Did he discuss his work with you?
18       A.   Little bit.  I knew that he was working in
19   computer forensics.
20           MR. PASCHAL:  I'm handing you what we're
21      marking as Exhibit 1.
22           MR. FREEDMAN:  Counsel, can I get a copy?
23           MR. PASCHAL:  It's right here.
24           THE WITNESS:  Thank you.
25
```

```
1        A.    Right.  I had no reason to.
2        Q.    In 2009 when he told you about this project
3   bigger than Facebook he didn't tell you it's a secret,
4   did he?
5        A.    No.
6        Q.    In fact in 2013 I guess the time -- well, in
7   2013 did you -- before he died did you ever visit his
8   house?
9        A.    Before 2013?
10       Q.    In 2013 before Dave Kleiman died did you visit
11  his house?
12       A.    In 2013 within the year, no.
13       Q.    The first time you visit Dave Kleiman's house
14  is after he died; right?
15       A.    No.
16       Q.    In 2013?
17       A.    Yes, in 2013, yes.
18       Q.    When you visit his house you're there to go
19  through his things; right?
20       A.    Yes.
21            MR. FREEDMAN:  Is this a good time to take
22      bathroom break?
23            MR. PASCHAL:  Let me finish this line.
24  BY MR. PASCHAL:
25       Q.    When you're in his house you start throwing
```

```
1        A.   It's not that I forgot the memory.  It's just
2   that I just didn't think about it.  It was nothing to
3   think about.  It would be different if I knew that Dave
4   had suddenly come into a lot of money in 2010, 2011,
5   2012 but that wasn't the case.
6        Q.   So it was only important to you if he had a
7   lot of money?
8        A.   No, it was just there was no reason for me to
9   reflect on his mentioning that he was working on a big
10  business if he wasn't generating anything from it.
11       Q.   So as the personal representative of the
12  estate of Dave Kleiman you didn't think it was important
13  to follow up on David Kleiman's purported claim to you
14  that he was working on something bigger than Facebook
15  with a wealthy foreigner?
16       A.   Again that memory didn't come back until Craig
17  contacted me.
18       Q.   Well, let me -- so you never really visited
19  Dave when he was in the hospital; right?
20       A.   Right, correct.
21       Q.   Did you ever see him when he had the passes
22  where he can leave for a day or two?
23       A.   I didn't see --
24       Q.   Okay.  Did you see or speak -- did you see
25  Dave in 2010?
```

```
 1        A.   I don't believe so.
 2        Q.   So the last time -- so from 2009 the
 3   Thanksgiving dinner all the way to his death the last
 4   time you saw Dave Kleiman was at the Thanksgiving
 5   dinner?
 6        A.   Yes.
 7        Q.   When he dies did you think about the memories
 8   you had with Dave?
 9        A.   Yes, I thought of lots of memories, yes.
10        Q.   Did you think about the last time you saw your
11   brother alive?
12        A.   I may have.
13        Q.   That would have been the time when he told you
14   he was working on something bigger than Facebook; right?
15        A.   Yes.
16        Q.   So how is it that you only remember in 2014
17   when Craig tells you that Dave may have been working on
18   Bitcoin?
19        A.   Because he was the foreigner that Craig had
20   mentioned.
21        Q.   When Dave died and you go back and you're
22   thinking of that memory this is the last time I saw my
23   brother and he told me he was working on something
24   bigger than Facebook what steps did you take to figure
25   out what it was that he was working on?
```