Patrick Paige
December 10, 2019

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                 CASE NO. 9:18 cv 80176 BB/BR

 4
    IRA KLEIMAN, as the personal representative
 5  of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,
 6
             Plaintiffs,
 7
     vs
 8
    CRAIG WRIGHT,
 9
             Defendant.
10

11  * * * * * * * * * * * * * * * * * *

12  VIDEOTAPED DEPOSITION OF PATRICK PAIGE

13  DATE TAKEN: December 10, 2019

14  TIME: 11:07 a.m.   12:45 p.m.

15  PLACE: 250 Australian Avenue

16  West Palm Beach, Florida 33401

17
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                AND NOTARY PUBLIC

19

20  * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | Q. | Where was the VA Hospital located? |
| 2 | A. | In Miami. |
| 3 | Q. | Was he ever in the West Palm hospital? |
| 4 | A. | Yes. |
| 5 | Q. | Do you remember what those hospitals looked |
| 6 | like? | |
| 7 | A. | What they look like? |
| 8 | Q. | Yes. |
| 9 | A. | They were the VA Hospital.  It's here in West |
| 10 | Palm Beach. | |
| 11 | Q. | Did you ever visit Dave in the hospital? |
| 12 | A. | Yes. |
| 13 | Q. | How frequently? |
| 14 | A. | Several times. |
| 15 | Q. | Do you know if Ira Kleiman ever visited Dave |
| 16 | in the hospital? | |
| 17 | A. | No, I do not know. |
| 18 | Q. | Did Dave ever tell you that Ira Kleiman ever |
| 19 | visited him in the hospital? | |
| 20 | A. | I don't recall. |
| 21 | Q. | Do you know Ira Kleiman? |
| 22 | A. | Yes. |
| 23 | Q. | Did Dave ever talk about Ira Kleiman? |
| 24 | A. | Not really. |
| 25 | Q. | What type of relationship did Dave and Ira |

```
 1  Kleiman have?
 2       A.   I don't really know.
 3       Q.   Do you think Dave was close to Ira Kleiman?
 4       A.   He never mentioned him that much.  I know he
 5  mentioned that he was involved in computers but that was
 6  really that.  David generally kept to himself in his
 7  personal life.
 8       Q.   When David was a police officer -- back that
 9  up.  Did David ever tell you what was his profession
10  before he became a police officer?
11       A.   Yes.
12       Q.   What was that?
13       A.   He had mentioned he was a bouncer at a place
14  called Symbols in Delray Beach.  He also did computers,
15  freelance type work for computers, computer forensics
16  and network.  He worked for some networking jobs prior
17  to law enforcement.
18       Q.   So how often would you speak with David?
19       A.   I spoke to him a lot.
20       Q.   Did David talk to you -- what type of topics
21  would you talk about?
22       A.   There was times when I would talk to him every
23  morning basically.  He was close.  We were very close.
24  We would talk sometimes on a daily basis for weeks on
25  end.
```