Carter Conrad
December 10, 2019

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 9:18 cv 80176 BB/BR

 4
    IRA KLEIMAN, as the personal representative
 5  of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,
 6
              Plaintiffs,
 7
     vs
 8
    CRAIG WRIGHT,
 9
              Defendant.
10

11  * * * * * * * * * * * * * * * * * *

12  VIDEOTAPED DEPOSITION OF CARTER CONRAD

13  DATE TAKEN: December 10, 2019

14  TIME: 10:09 a.m.   11:00 a.m.

15  PLACE: 250 North Australian Avenue

16  West Palm Beach, Florida 33401

17
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                AND NOTARY PUBLIC

19

20  * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

```
 1   Miami.  They -- the VA Hospital in Miami had a spinal
 2   cord injury unit.  The one up here my understanding does
 3   not so that's for treatment purposes Miami was more -- a
 4   more practical place for him to receive treatment.
 5        Q.   Did you ever visit him while -- David while he
 6   was in the hospital?
 7        A.   Multiple times.
 8        Q.   Could you describe what the hospital looked
 9   like?
10        A.   So the one in West Palm is a little bit newer.
11   He was in a quarantined area at the one in West Palm
12   because that's when he was first diagnosed with MRSA.
13   So to enter there you would have to gown up and it was a
14   contagious area.  The VA Hospital in Miami is much
15   larger, much older building.  More -- I saw evidence of
16   vast number of patients, more than in West Palm.
17   Various veterans that were there, ages -- wide range of
18   ages and disabilities.
19        Q.   Do you know who Ira Kleiman is?
20        A.   I understand David's step brother.
21        Q.   Did you ever see Ira visit Dave at the
22   hospital?
23        A.   No, sir.
24        Q.   Did Dave ever say that Ira visited him while
25   he was in hospital?
```

1       A.   We had very few conversations about Ira over
2  the course of my entire time I've known Dave.
3       Q.   What were the subjects of those conversations?
4       A.   They were estranged.  I mean that was my
5  understanding.  I can't give you specific time.
6       Q.   So they didn't have a good relationship?
7            MR. ROCHE:  Objection to form.
8            THE WITNESS:  That's my understanding.
9  BY MR. PASCHAL:
10      Q.   Now, you went in the entire time you knew
11 David did he ever mention anything about Bitcoin to you?
12      A.   No, sir.
13      Q.   In the entire time that you knew David did he
14 ever mention Craig Wright to you?
15      A.   Yes.
16      Q.   What would he say about Craig Wright?
17      A.   Craig shared a certification that Dave and I
18 both had at the time.  The International Society of
19 Forensic Computer Examiners and Craig was active posting
20 on the list.  I can't tell you how active.  I just would
21 recognize his name from the post.
22           I had understood through Dave that they worked
23 together on a project.  Dave classified it as a white
24 paper.  Had to do with the analysis of data from a hard
25 drive if that data had been overwritten.  Basically the