Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
-------------------------------)
                               )
                               )
                               )
IRA KLEIMAN, as the personal   ) CASE NO:
representative of the Estate   ) 9:18-cv-80176-BB/BR
of David Kleiman, and W&K Info )
Defense Research, LLC          )
                               )
          Plaintiffs,          )
                               )
v.                             )
                               )
                               )
CRAIG WRIGHT                   )
                               )
          Defendant.           )
                               )
                               )
-------------------------------)
```

Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019

Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by:  Paula Foley



Page 126

```
 1                  THE WITNESS:  I always hoped.
 2   BY MR. FREEDMAN:
 3        Q.    Do you recall reaching out to
 4   Louis Kleiman in February 2014?
 5        A.    I do not remember the exact date, but
 6   some time around then, yes.
 7        Q.    I am handing you what we can mark as
 8   Plaintiff's Exhibit 2.
 9   (Plaintiff's Exhibit 2 marked for identification)
10   This is docket entry 83-23.  Do you recognise the
11   e-mail on the second half of page 2?
12                  MS. MARKOE:  Objection.  You may answer.
13                  THE WITNESS:  I recognise the printout of
14   the e-mail.
15   BY MR. FREEDMAN:
16        Q.    And it says:  "Hello Louis, your son Dave
17   and I are two of the three key people behind Bitcoin."
18   Did you write that?
19        A.    I typed that.
20        Q.    Who is the third person?
21                  THE WITNESS: Is it one of those things?
22                  MS. MARKOE:  Okay.  Dr. Wright is not in
23   a position to answer that question.  He will provide a
24   fulsome explanation to the court in camera.
25                  MR. FREEDMAN:  Do we know the basis for
```

