Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

------------------------------------------
IRA KLEIMAN, as the personal )
representative of the Estate of David )
Kleiman, and W&K Info Defense )
Research, LLC )
              Plaintiffs,. )
)
   v. )
)
CRAIG WRIGHT )
              Defendant. )
------------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

On

Monday March 16, 2020

At the offices of:
Boies Schiller Flexner LLP
5 New Street Square
London EC4A 3BF
England
United Kingdom

Taken by:

AMY COLEY, Court Reporter



Page 139

```
 1         A.    It was disabled at the end of 2015,
 2   I do not remember exactly when it was re-enabled.
 3         Q.    Was Dave one of the three key
 4   people behind Bitcoin?
 5         A.    No.
 6         Q.    I am uploading to the share file
 7   Kleiman 8178.
 8         (Exhibit Kleiman 8178 referred to)
 9         A.    It is still loading.
10         Q.    Page 1.
11         A.    The e-mail is up.
12         Q.    Do you see an e-mail in the middle
13   page February 11, 2014 from
14   Craigswright@hotwirepe.com?
15         A.    No, I do not see the e-mail I see
16   the text that purports to be that from a forwarded
17   document, Craigwright@hotwire was a joint CEO
18   account.
19         Q.    Do you see where it says "hello
20   Louis, your son Dave and I are two of the three
21   key people behind Bitcoin"?
22         A.    Yes, I see that.
23         Q.    Did you type that?
24         A.    No, I did not.
25         Q.    Who typed it?
```



Page 141

1     A.    My guess would be speaking to Uyen
2  Nguyen, possibly other people at the organization
3  at the time.
4     Q.    Dr. Wright, I believe the record
5  will reflect that at your first deposition
6  I handed you this e-mail and I asked if you
7  recognized it. You told me it was a printout of an
8  e-mail and then I asked you "did you write" and
9  you responded "I typed that". Is that your
10 testimony?
11    A.    That is a mischaracterization. You
12 asked me a particular sentence. You did not say
13 whether I typed that e-mail. You said a
14 particular sentence -- literally one sentence in
15 this e-mail -- and say "did you type that". In
16 discussions with my lawyers, I typed that exact
17 sentence. When discussing between Amanda ---
18         MR. RIVERO:  Dr. Wright, please do
19 not talk about discussions with your lawyers.
20 Please answer.
21    A.    Without going into the discussions,
22 we had -- I just need to formulate how I say it
23 without saying my discussions -- I had pointed out
24 evidence that my lawyers -- I keep hitting
25 discussion points. I discussed that sentence and



Page 142

1  I typed that sentence.  I did not type the whole
2  e-mail.  As you know, and as you have pointed out
3  yourself several times, I am overly literal.  You
4  asked me had I typed that sentence.  Yes, I have
5  typed that sentence.
6           Q.    Did you mean it when you typed it?
7           A.    I meant to type what I typed when
8  I was discussing evidence with my counsel.  I did
9  not mean that I typed that e-mail.
10               MR. RIVERO:  Dr. Wright, I have to
11 be careful that you do not waive privilege.  Do
12 not discuss communications with counsel.
13 BY MR. FREEDMAN:
14          Q.    Dr. Wright, I want to understand
15 what exactly it is you are telling me.  I asked
16 you, and it says "hello Louis, your son Dave and
17 I" -- let me back up.  I am going to read from the
18 transcript for you.
19          A.    Please do.
20          Q.    "Q.  Do you recall reaching out to
21 Louis Kleiman in February 2014? A.  I do not
22 remember the exact date but some time around then,
23 yes.  Q.  I am handing you what we can mark as
24 plaintiff's exhibit 2, this is documentary 83-23,
25 do you recognize this e-mail on the second half of



1    page 2? A.   I recognize the printout of the
2    e-mail.  By Mr. Freedman Q.   It says 'hello
3    Louis, your son Dave and I are two of the three
4    key people behind Bitcoin'.  Did you write that?
5    A.   I typed that. Q.   Who is the third person? A.
6    It is one of those things.  Ms. Marko.  Okay.
7    Dr. Wright is not in a position to answer that
8    question.  We will provide a full some explanation
9    to the court in camera."  Do you recall that back
10   and forth?
11          A.    Which is exactly what I just told
12   you.  I recollected my deposition correctly --
13          Q.    I just asked if you recall the
14   testimony.  Please keep your answer to what I am
15   asking you.
16          A.    I am.  Would you like me to answer
17   or do you want to interrupt me again?
18          Q.    Go ahead, please answer.
19          A.    It was exactly what I just told
20   you.  My recollection was completely correct of
21   the first deposition.  You asked me did I type
22   that sentence?  That is a question literally
23   meaning have I ever typed that sentence.  In a
24   response to my lawyers where I said in the e-mail
25   sentence -- which I will not discuss because my



Page 144

1  lawyer will object -- I typed that sentence. So,
2  the correct answer to "did you type that
3  sentence?" Yes, because did "you type this" is
4  not the e-mail, it is a sentence. You did not say
5  "did you type or did you create or did you produce
6  that e-mail?"
7       Q.   In response to my showing you an
8  e-mail and asking you whether or not you typed a
9  sentence of it you purposively misled me to think
10 that you had just typed one sentence of it in a
11 conversation with your lawyers but you did not
12 mean to answer that you had actually typed that
13 e-mail?
14      A.   You are again misconstruing my
15 answer. I have put you on notice that I have
16 Asperger's, I have autism, I am literal, this is,
17 under the American Disability Act, a registered
18 disability. I have a disability. I am utterly
19 literal. You have in this case pulled me up
20 saying "you are a very literal person,
21 Dr. Wright". You have many times made that
22 statement. You recognize the complete literalness
23 of my answers. You asked me, as a disabled person
24 under the American Disability Act, whether a
25 disability I have is a problem for you, and you



Page 145

1  are accusing me of lying because I do not look
2  people in the eye, because that is part of my
3  disability, you are accusing me of lying because
4  well basically I literally answered the exact
5  question that you asked me, literally.  Is that
6  what you are saying?  Are you saying you are
7  objecting because of my disability and the fact
8  that I literally answer?
9         Q.    Dr. Wright --
10              MR. RIVERO:  Do me a favour, just
11 answer the questions.  I forgot what the question
12 was, but just answer the question.
13 BY MR. FREEDMAN:
14        Q.    We will move on.  Did you write
15 that sentence in an e-mail to Louis Kleiman?
16        A.    No.
17        Q.    Why did you tell the court you
18 could not answer my question on who the third
19 person was because it involved issues of national
20 security?
21        A.    Because of the way you asked it.
22        Q.    Explain that to me.  What were the
23 issues of national security that were called into
24 question when I asked you who is the third person?
25        A.    If I am talking about people who

