Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
-------------------------------)
                               )
                               )
                               )
IRA KLEIMAN, as the personal   )CASE NO:
representative of the Estate   )9:18-cv-80176-BB/BR
of David Kleiman, and W&K Info )
Defense Research, LLC          )
                               )
          Plaintiffs,          )
                               )
v.                             )
                               )
                               )
CRAIG WRIGHT                   )
                               )
          Defendant.           )
                               )
                               )
-------------------------------)
```

Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019

Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by:  Paula Foley



Page 315

```
 1   BY MR. FREEDMAN:
 2        Q.    Dr. Wright, I am handing you what has
 3   been marked now as Plaintiff's Exhibit 8.  This is some
 4   exchange of e-mails between you and Ira Kleiman; do you
 5   recognise that?
 6        A.    Yes.
 7        Q.    Can you go to 3 of 5 of the document?
 8        A.    Yes.
 9        Q.    Do you see there at the bottom it says:
10   "1.)  GICSR Trust in Belize"?
11        A.    Yes.
12        Q.    Can you explain to me what the GICSR
13   trust in Belize is?
14        A.    It was a trust set up in Belize.
15        Q.    By whom?
16        A.    I do not know.
17        Q.    Why did you give this information to Ira?
18              MS. MARKOE:  Objection.
19   BY MR. FREEDMAN:
20        Q.    Why was this information relevant to Ira?
21              MS. MARKOE:  Objection.
22              MR. FREEDMAN:  You can answer.
23              THE WITNESS:  There was a person
24   I thought would be interested in Dave's past, which was
25   his father, who then put me onto Ira, who was a greedy
```



```
                                                     Page 318
 1    as his part I was figuring the other 700,000 is yours.
 2    Is that correct?  Ira."
 3           Q.    Can you read above that your response at
 4    March 1st, 2014 at 3 p.m.?
 5           A.    Mine.  "Around that.  Minus what was
 6    needed for the company's use."
 7           Q.    So, where is the 300,000 that belonged to
 8    Dave?
 9                 MS. MARKOE:  Objection.  Can you tie that
10    to one your topics, please?
11                 MR. FREEDMAN:  4: "The location and
12    duration of Dave, W&K and Craig's mining of Bitcoin from
13    2009 until 2013."
14                 MS. MARKOE:  You are not talking about
15    mining now, you are talking about actual Bitcoin.  Those
16    are two separate topics.  This does not relate to number
17    4.
18                 MR. FREEDMAN:  Okay, so either instruct
19    him not to answer or allow the question.
20                 MS. MARKOE:  I am going to instruct him
21    not to answer.
22    BY MR. FREEDMAN:
23           Q.    Can you go down to the February 28th,
24    2014 e-mail.
25           A.    Mmm-hmm.
```

