Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

------------------------------------------
IRA KLEIMAN, as the personal             )
representative of the Estate of David    )
Kleiman, and W&K Info Defense            )
Research, LLC                            )
               Plaintiffs,.           )
                                       )
   v.                                    )
                                       )
CRAIG WRIGHT                             )
               Defendant.             )
------------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

on

Wednesday, March 18, 2020

At the offices of:
SCA Ontier
Halton House
20-23 Holborn
London EC1N 3JD
United Kingdom

Taken by:

AMY COLEY, Court Reporter



Page 95

```
 1   BY MR. FREEDMAN:
 2        Q.    Was the Bitcoin exchange by which
 3   smart contracts would be connected an idea that
 4   you developed with Dave Kleiman?
 5        A.    No, no ideas that I discussed were
 6   developed when Mr. Kleiman was alive.
 7        Q.    Dr. Wright, I am going to share
 8   with you now what we have produced in this
 9   litigation as Kleiman 561744.  Do you see this
10   e-mail on the screen?
11            (Exhibit Kleiman 561744 referred to)
12        A.    I see the e-mail on the screen.
13        Q.    Is this an exchange of e-mails
14   between you and Ira Kleiman?
15        A.    No, because what you will notice is
16   it says "sent from my HTC".  Since 2011 I have
17   been using Samsung.  I have my records for my
18   Samsung purchases, going right back to a Samsung
19   3.  I have not used a HTC.  I believe the only
20   person I know who used a HTC was Uyen and she was
21   never authorised to send e-mails such as that from
22   me.
23        Q.    Is it your testimony that you did
24   not send this e-mail?
25        A.    I did not send that e-mail.  I did
```

