```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                     Case No. 18-80176-CIV-BB

IRA KLEIMAN, ET AL.,        )
                            )
    PLAINTIFFS,             )
                            )
       -v-                  )
                            )
CRAIG WRIGHT,               )
                            )
    DEFENDANT.              )   West Palm Beach, Florida
                            )   June 28, 2019
_____)


        TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS

           BEFORE THE HONORABLE BRUCE E. REINHART

                 UNITED STATES MAGISTRATE JUDGE


Appearances:

(On Page 2.)


Reporter                    Stephen W. Franklin, RMR, CRR, CPE
(561) 514-3768              Official Court Reporter
                            701 Clematis Street
                            West Palm Beach, Florida  33401
                            E-mail: SFranklinUSDC@aol.com
```

```
 1   BY MS. McGOVERN:
 2   Q    Dr. Wright, have you taken any steps to ameliorate the
 3   situation or to try to recreate a list of the public addresses
 4   of the Bitcoin mined during the relevant time period in an
 5   attempt to comply with the Court's order and demonstrate that
 6   the noncompliance is not willful?
 7   A    Yes.
 8   Q    What have you done?
 9   A    I have taken high-end staff, including our CTO and others
10   of nChain, who were working on projects, and have them instead
11   analyzing how I told them I mined and what structure I used in
12   the addressing, so that they can pull those addresses out with
13   a slight probabilistic error at worst.
14   Q    Would the list of public addresses generated include all
15   of the public addresses that would identify the Bitcoin mined
16   during the relevant time period?
17   A    We believe so.
18   Q    And why did you do that?
19   A    Law is incredibly important to me.  I'm doing a doctorate
20   in law at the moment, I have a master's in law, and the whole
21   creation of Bitcoin was to create a system, not where code is
22   law, but where code and law work together, to create a system
23   that enables people to interact rather than the Google/
24   Facebook world.  I'm very focused on ensuring things fall
25   within the rules, and if I'm ordered to do something by a
```

```
 1  valid court, and I can do it, I will do whatever I have to to
 2  do it.
 3  Q    Dr. Wright, is there any reason -- and please tell the
 4  Judge -- is there any reason why you have not provided the
 5  public addresses other than that you cannot?  Is there another
 6  reason, any reason, that you believe if you could provide the
 7  public addresses, would justify your willful noncompliance to
 8  this Court and refuse to do so?
 9  A    If there was any way at all that I could, I would.
10  Q    Have you discussed the possibility that the key fragments
11  never arrive and you're unable to access the coins with your
12  family?
13  A    Yes.
14  Q    Are they concerned?
15  A    No.
16  Q    Why not?
17            MR. FREEDMAN:  Objection, Your Honor; irrelevant.
18            THE COURT:  I'll allow it.
19            THE WITNESS:  My wife and I consider it's too much
20  money.  I've got enough now.  I own percentages of the
21  companies I've founded.  And we worry what that amount of
22  money would do to the kids.  We've ensured that it will never
23  go to them.  At best, what I have from my shares and other
24  aspects of my patents, they can inherit that.  And the way
25  that it will work is if this goes to them after I die, then
```