Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

------------------------------------------
IRA KLEIMAN, as the personal            )
representative of the Estate of David   )
Kleiman, and W&K Info Defense           )
Research, LLC                           )
              Plaintiffs,.            )
                                        )
        v.                              )
                                        )
CRAIG WRIGHT                            )
              Defendant.              )
------------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

On

Monday March 16, 2020

At the offices of:
Boies Schiller Flexner LLP
5 New Street Square
London EC4A 3BF
England
United Kingdom

Taken by:
AMY COLEY, Court Reporter



Page 167

1        (Exhibit Defense 13694 referred to)
2        A.    It is up.
3        Q.    Do you recognize this is a contract
4   for the sale of shares for the company-owning
5   business?
6        A.    Can I scroll through, please?  Keep
7   going to the end.
8        A.    Yes, I recognize this document.
9        Q.    Is this a real document?
10       A.    This is a scan.
11       Q.    Did you sign the document, the
12  original?
13       A.    I signed a document, I have not
14  checked it word for word or letter for letter or
15  whether it has been altered in any way.
16       Q.    Can you go -- do you have any
17  reason to think that this may have been altered?
18       A.    I have lots of reasons to think
19  that everything had been altered.  The e-mail for
20  instance that you put up from 2015 between myself
21  where you mentioned Mr. McGregor and other e-mails
22  that you have put today have me from five years
23  ago saying my staff is hacking my computers and
24  other people are hacking my computers.  If people
25  have been hacking my computers for years then,

