**CLAYTON UTZ**

**Confidential**

**Email**                                                                                6 July 2015

Ms Ramona Watts
Director
DeMorgan Limited
**ramona.watts@hotwirepe.com**

Dear Ms Watts

**DeMorgan Limited - Termination of engagement**

It is with regret that we inform you in your capacity as Director of DeMorgan Limited that Clayton Utz has decided that we must terminate our engagement with DeMorgan Limited.

Information has been provided to our firm which raises serious questions about the integrity of documents provided by Dr Craig Wright, both to our office and to the Australian Taxation Office . We believe this information to be credible. In these circumstances, we can no longer represent DeMorgan Limited in the disputes it and its subsidiaries has with the Australian Taxation Office.

As such, we are terminating our engagement with DeMorgan Limited effective immediately.

You should be aware that DeMorgan Limited and its subsidiaries will need to ensure that responses to outstanding matters are prepared in accordance with the applicable statutory timeframes. We will work with you and Stefan Matthews to assist you in identifying those requirements. However, we are not responsible for ensuring that those responses and objections are prepared.

Yours sincerely

*[signature]*

Andrew Sommer, Partner, NPGL Tax
+61 2 9353 4837
asommer@claytonutz.com

Our ref  837/80166379

Level 15, 1 Bligh Street          GPO Box 9806            T +61 2 9353 4000
Sydney NSW 2000                   Sydney NSW 2001         F +61 2 8220 6700
                                  DX 370 Sydney           www.claytonutz.com

L\316087803.1

CONFIDENTIAL                                              DEFAUS_01868823

CONFIDENTIAL

DEFAUS_01868824