# Gabriela A. Romero

| | |
|---|---|
| **From:** | Zaharah Markoe <zmarkoe@riveromestre.com> |
| **Sent:** | Wednesday, April 29, 2020 7:44 PM |
| **To:** | 'Joseph Delich' |
| **Cc:** | Velvel Freedman; Zalman Kass; Amanda McGovern; Andrew S. Brenner; Kyle Roche; Andres Rivero |
| **Subject:** | RE: Prod. Delivery Notice |

Joe,

The MYOB materials are directly from the MYOB cloud/internet environment and not from any device that was collected. They were provided by the client after he regained access to the online account to counsel in zip files who sent those files to AlixPartners.

Best,

**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

---

**From:** Joseph Delich <jdelich@rcfllp.com>
**Sent:** Tuesday, April 28, 2020 3:55 PM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Velvel Freedman <vel@rcfllp.com>; Zalman Kass <zkass@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>; Andrew S. Brenner <abrenner@bsfllp.com>; Kyle Roche <kyle@rcfllp.com>; Andres Rivero <arivero@riveromestre.com>
**Subject:** Re: Prod. Delivery Notice

Zaharah - Thank you. Were these documents collected from a device included in your ESI disclosure? If so, which one?

Or does your reference to MYOB being a cloud service mean they were retrieved from the cloud environment directly? If so, who was responsible for that collection and when did it occur?

**Joseph M. Delich**
Partner
Roche Cyrulnik Freedman LLP
99 Park Avenue 19th Floor
New York, New York 10016
(t) (646) 970-7541
(c) (402) 208-5062
(@) jdelich@rcfllp.com

1

On Apr 28, 2020, at 3:26 PM, Zaharah Markoe <zmarkoe@riveromestre.com> wrote:

Vel,

In response to your question below, the documents are accounting documents/records from a cloud-based accounting system called MYOB (an Australian company) that was utilized until approximately 2013 by various Australian entities with which Craig was associated.

Best,

Zaharah


**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Tuesday, April 28, 2020 10:23 AM
**To:** Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** Andrew S. Brenner <abrenner@bsfllp.com>; Kyle Roche <kyle@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>
**Subject:** Re: Prod. Delivery Notice

Zalman,

I'm following up on the below. Please respond ASAP.

-Vel

**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

**From:** Velvel Freedman <vel@rcfllp.com>
**Date:** Monday, April 27, 2020 at 11:48 AM
**To:** Zalman Kass <zkass@riveromestre.com>, Zaharah Markoe <zmarkoe@riveromestre.com>, Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** "Andrew S. Brenner" <abrenner@bsfllp.com>, Kyle Roche <kyle@rcfllp.com>, Joseph Delich <jdelich@rcfllp.com>
**Subject:** FW: Prod. Delivery Notice

Zalman,

Can you please let us know what these documents are and where they came from?

Thanks,
-Vel

**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

**From:** "Murray, Andy" <smurray@alixpartners.com>
**Date:** Friday, April 24, 2020 at 5:24 PM
**To:** Kyle Roche <kyle@rcfllp.com>, Velvel Freedman <vel@rcfllp.com>, Nathalie Bermond <nbermond@rcfllp.com>, Joseph Delich <jdelich@rcfllp.com>
**Cc:** Bevel-ED <Bevel-ED@groups.alixpartners.com>
**Subject:** Prod. Delivery Notice

All – we've made the below production volume available via our MFT site for your download. The password along with a summary for the volume is outlined below. Please let us know if you have any questions or issues accessing.

https://mft.ap-review.co.uk

Password:

**uxFaQhTuF9WXDzW9**

| | |
|---|---|
| Production Volume: | DEF_PROD053 |
| Production BegDoc: | DEF_01923263 |
| Production EndDoc: | DEF_01924361 |

| Date of Production: | 4/24/2020 |
|---|---|
| No. of Documents: | 176 |
| No. of Pages: | 1,099 |
| No. of Natives: | 176 |
| No. of Redactions: | 0 |
| No. of Privilege: | 0 |
| Production Size: | 0.16 |

Thanks,

**Andy Murray**

**AlixPartners**
2099 Pennsylvania Ave NW Suite 300, Washington DC 20006
D +1 (202) 756-9057   M +1 (703) 659-7436
smurray@alixpartners.com

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsble for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohbited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.