```
THE UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF FLORIDA

       WEST PALM BEACH DIVISION

      CASE NO.:  18-cv-80176-BB


IRA KLEIMAN, et al.,       )
                           )
         Plaintiffs,       )        January 2, 2020
                           )
v.                         )
                           )        Pages 1 - 44
CRAIG WRIGHT,              )
                           )
         Defendant.        )
_____/


       TELEPHONIC DISCOVERY HEARING

   BEFORE THE HONORABLE BRUCE E. REINHART
         UNITED STATES MAGISTRATE JUDGE




APPEARANCES:

Counsel on behalf of the Plaintiffs:

               BOIES SCHILLER FLEXNER LLP
               100 SE 2nd Street
               Suite 2800,
               Miami, FL 33131
               BY:  DEVIN FREEDMAN, ESQ.
               BY:  KYLE ROCHE, ESQ.
```

```
 1  back to both sides.  Not waiving any objections you may have,
 2  the rulings that I have made, have I at least now ruled on any
 3  issue that the parties wanted to put before the Court?
 4           I will turn to the Plaintiffs first.
 5           MR. FREEDMAN:  Your Honor, I think the ruling on --
 6  and maybe it wasn't a clear request, but Ira said as late as
 7  December 31st we received almost 15,000 documents from the
 8  Defendant and I just don't know when they are going to be fully
 9  produced and the deposition of Dr. Wright is coming.
10           And getting 15,000 documents two days ago was a
11  surprise and I just don't know how many more of those are
12  coming and I think we need a date as to when this is going to
13  be fully produced.
14           THE COURT:  Well, when --
15           MR. FREEDMAN:  (Inaudible.)
16           THE COURT:  When does discovery close?
17           MR. FREEDMAN:  On the 17th, Your Honor.
18           THE COURT:  That would seem to me to be the date.
19  That's what discovery means.  Discovery closes on that date.
20  Now, you have asked for a lot in this case, Mr. Freedman.  I've
21  given you a lot, but when you ask for a lot, don't complain
22  that you got a lot.
23           So I don't know.  I don't sit at the offices of Rivero
24  Mestre.  I don't have any idea of what they've got.  I am not
25  going to tell them by when they have to complete their
```