Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

------------------------------------------
IRA KLEIMAN, as the personal               )
representative of the Estate of David      )
Kleiman, and W&K Info Defense              )
Research, LLC                              )
                Plaintiffs,.             )
                                           )
    v.                                     )
                                           )
CRAIG WRIGHT                               )
                Defendant.               )
------------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

on

Wednesday, March 18, 2020

At the offices of:
SCA Ontier
Halton House
20-23 Holborn
London EC1N 3JD
United Kingdom

Taken by:

AMY COLEY, Court Reporter



1  not a director or an officer of the company.  At
2  no point should he have actually gotten a copy.
3  He is only a shareholder.
4        Q.    Did your company Hotwire use the
5  W&K software package?
6        A.    No, we did not use the W&K software
7  package.  We used the package that we had
8  implemented that was meant to be updated by W&K
9  but was never in fact was updated by W&K.  As you
10 will notice from the court order, we kept what we
11 had.  Nothing was returned.  Mr. Kleiman -- David
12 Kleiman that is -- committed suicide a number of
13 days before he was due and required under the
14 contract to return the software and other
15 payments.
16       Q.    Did your company Hotwire purchase
17 the W&K software package?
18       A.    No, we did not purchase the W&K
19 software package.  We went through a court, sort
20 of allocation of rights, where the original rights
21 in our software cancelled all licenses in effect,
22 allowing no claims or whatever else from W&K.  W&K
23 did not complete the task that they were given,
24 they did not deliver the software, thus the only
25 software we ended up using was the original



Page 104

1  trust entity.  At no point was Dave Kleiman ever
2  mentioned, whereas I listed all the beneficiaries,
3  paid all the tax and recorded all the
4  documentation for each of these entities, so there
5  is not a Mr. Dave Kleiman as associated with any
6  of them.
7  BY MR. FREEDMAN:
8          Q.    Did you ever mine Bitcoin into a
9  Panama trust?
10         A.    No, I did not mine Bitcoin into a
11 Panama trust.
12         Q.    Dr. Wright is this the same trust
13 -- strike that question.  Dr. Wright, did you and
14 Dave ever put assets into the same trust?
15         A.    Dave has never had anything to do
16 with any assets that I have owned, other than
17 Coin-Exch.  The only company that Dave ever had
18 shares for was Coin-Exch and that only occurred
19 because I honoured a promise even though it turns
20 out that the person I thought Dave was was
21 different and that he never completed any task nor
22 had anything that he promised to do.
23 Unfortunately, Mr. Kleiman committed suicide four
24 days before he would be required to put his
25 Bitcoin that he promised he had into a company



Page 123

```
 1          Q.    Were you aware that Dave kept his
 2   Bitcoin mining a secret?
 3          A.    Actually, I don't believe Dave ever
 4   Bitcoin mined.
 5          Q.    At the time did you believe that
 6   Dave Kleiman kept his Bitcoin money a secret?
 7          A.    I believe that Dave was running
 8   machines.  I don't believe he kept it secret.
 9          Q.    Did Dave tell you that he told
10   anyone about his Bitcoin mining?
11          A.    Dave hardly ever told me anything.
12   It was mainly a one-way street where he listened
13   to me and responded.
14          Q.    So there was a possibility that
15   Dave did -- strike that.  Just like Dave didn't
16   tell you anything, it was possible that he did not
17   tell anyone else about his Bitcoin mining; is that
18   accurate?
19               MR. RIVERO:  Object to form.
20          A.    I don't know what Dave would have
21   told other people.
22   BY MR. FREEDMAN:
23          Q.    Dr. Wright you knew Dave died in
24   April 2013, correct?
25          A.    I know Dave committed suicide at
```



Page 124

```
 1   that time, yes.
 2            Q.    The first time you had anyone reach
 3   out to the Kleiman family was in February 2014,
 4   correct?
 5            A.    No.
 6            Q.    When was the first time you had
 7   somebody reach out to the Kleiman family?
 8            A.    I was trying to get hold and find
 9   where the Kleiman family were for quite some time
10   before that.
11            Q.    How much time?
12            A.    From about May of the year before.
13            Q.    So from May of 2013 you began
14   trying to get in contact with the Kleiman family?
15            A.    Yes.
16            Q.    It took you ten months to finally
17   contact the Kleiman family in February 2014; is
18   that accurate?
19            A.    The entire thing I was doing was
20   not just searching for the Kleiman family.  No, it
21   was not me who found them.  I was given his
22   address by someone who worked for me.
23            Q.    Was there a trustee for a
24   substantive trust that you were not allowed to get
25   until 2015?
```



Page 200

```
 1   call friends, passed away this year.  David Reese
 2   was a friend of my grandfather before he died of
 3   Parkinson's. David Kleiman was my best friend."
 4         Q.    Was this something that you
 5   dictated, Dr. Wright?
 6         A.    Yes, this sounds like something
 7   I would dictate.
 8         Q.    What did you mean by "fate"?
 9         A.    I mean exactly the meaning of the
10   word.  Fate means circumstances beyond control, so
11   the fact that my best friend died is fate,
12   misfortune.  It would not be a random occurrence.
13   When someone commits suicide it is still fate.
14         Q.    What did you mean by "under the
15   circumstances"?
16         A.    If you take a combination of
17   barbiturates, opiates and cocaine then either you
18   are intentionally committing suicide or you are
19   really stupid.  But with cocaine in one's system,
20   with alcohol in one's system, barbiturates in
21   one's system I cannot preclude just being stupid.
22         Q.    Dr. Wright, did you have control
23   over these addresses when you wrote this e-mail to
24   the Australian Tax Office?
25         A.    Control, yes.
```

