Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

---------------------------------X
IRA KLEIMAN, as the personal      )
representative of the Estate of   )
David Kleiman, and W&K Info       )
Defense Research, LLC,            )
                                  )
           Plaintiffs,            )   CASE NO.:
                                  )
v.                                )   9:18-cv-80176-BB/BR
                                  )
CRAIG WRIGHT,                     )
                                  )
           Defendant.             )
---------------------------------X

CONFIDENTIAL

REMOTE DEPOSITION OF AMI KLIN, PH.D.

Tuesday, April 21, 2020; 10:04 a.m. EST

Job No.:   572756

Pgs.   1 - 246, 263 - 400

Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR, CLR, RSA, Remote Counsel Reporter, LiveDeposition Authorized Reporter

MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com



Page 238

1  same kind of information in multiple environments

2  from multiple people -- you know, that's the way

3  that we come to certain conclusions is when people

4  that this has been going on for many, many years,

5  and here are the ways that a very talented young man

6  with particular skills could be observed in a

7  playground alone, dressed as a ninja and playing as

8  if he was the weirdest person in the world.

9             And that was -- that is something that

10 was observed by his younger sister who did not know

11 that that weirdo in that playground was actually her

12 older brother.  And she felt ashamed.  And she felt

13 ashamed, but she also observed how he was

14 relentlessly bullied by others who -- who saw this

15 kind of -- those kinds of oddities.

16            And the only people he could interact

17 with were, in fact, other kids who either used him

18 as free tutoring, as he told me, or as -- kids who

19 had like-minded interests in computers and code, and

20 that kind of stuff.

21            So if your question is, How do I get to

22 my opinion, I don't get my opinion by taking

