Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

----------------------------------X
IRA KLEIMAN, as the personal      )
representative of the Estate of   )
David Kleiman, and W&K Info       )
Defense Research, LLC,            )
                                  )
          Plaintiffs,             )   CASE NO.:
                                  )
v.                                )   9:18-cv-80176-BB/BR
                                  )
CRAIG WRIGHT,                     )
                                  )
          Defendant.              )
----------------------------------X

CONFIDENTIAL
REMOTE DEPOSITION OF AMI KLIN, PH.D.
Tuesday, April 21, 2020; 10:04 a.m. EST

Job No.:   572756
Pgs.   1 - 246, 263 - 400
Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR, CLR, RSA, Remote Counsel Reporter, LiveDeposition Authorized Reporter

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 245

1   childhood trauma.
2           Do you recall that?
3       A.  Yes, I do.
4       Q.  Are you opining that that childhood
5   trauma either caused or contributed to his autism?
6       A.  No --
7           (Interference.)
8           BY MR. BRENNER:
9       Q.  Okay.  Let's -- I'm going to play --
10          MR. BRENNER:  He got cut off.  I'm
11  sorry.  He got frozen.
12          MS. MCGOVERN:  I don't think he's
13  finished.
14          MR. BRENNER:  No; he got frozen.
15  That's why -- I thought he stopped talking,
16  but he got frozen.
17          BY MR. BRENNER:
18      Q.  You got cut off, so I'm going to ask
19  the question again so you can finish.
20      A.  Okay.
21      Q.  The question was, Are you opining that
22  the trauma that Dr. Wright suffered in his childhood



Page 246

1 was the cause or a contributing cause to his autism?
2          A.   No, absolutely not.  I've worked with
3 many individuals with autism who suffered trauma,
4 though.  So individuals with autism have a
5 particular way of trying to cope with trauma.
6          So I only brought that up because it
7 seemed to have been a very strong influence on the
8 way that he began to cope with his -- with his
9 feelings of inadequacy.
10          (Whereupon, the following pages of
11 proceedings, 247 to 262, were marked attorneys' eyes
12 only confidential and attached under separate
13 cover.)
14
15
16
17
18
19
20
21
22

