UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.:9:18-cv-80176-BB/BR


----------------------------------------
IRA KLEIMAN, as the personal          )
representative of the Estate of David  )
Kleiman, and W&K Info Defense          )
Research, LLC                          )
                    Plaintiffs,.       )
                                       )
        v.                             )
                                       )
CRAIG WRIGHT                           )
                    Defendant.         )
----------------------------------------


VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

on

Wednesday, March 18, 2020


At the offices of:
SCA Ontier
Halton House
20-23 Holborn
London EC1N 3JD
United Kingdom


Taken by:
AMY COLEY, Court Reporter



Page 2

APPEARANCES

For the Plaintiffs (via telephone):

ROCHE CYRULNIK FREEDMAN LLP
200 S  Biscayne Blvd, Suite 5500
Miami, Florida 33131
Telephone: (305) 357-3861
Email: Vel@rcfllp com

By: Velvel (Devin) Freedman, Esq

BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel  305-539-8400
Email: Abrenner@bsfllp com
By: Andrew S  Brenner, Esq

For the Defendants (via telephone):

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Phone: 305 445 2500
E-mail: Arivero@riveromestre com

By: Andrés Rivero, Esq
    Julio Paez, Esq

Also present:
Judge Reinhardt (via telephone)
Oliver Cain, Esq  (SCA Ontier UK) (in person)
Joe Woodward (SCA Ontier UK) (in person)
Amy Coley (Court Reporter on behalf of Magna Legal
Services)
Linda Fleet (Videographer on behalf of Magna Legal
Services)

Page 3

INDEX

| Exhibit | Page |
|---|---|
| DEF 01074241 | 54 |
| DEF 51780 | 67 |
| Tag 1 | 72 |
| Tag 2 | 72 |
| Tag 3 | 74 |
| DEF 00119167 | 85 |
| KLEIMAN 561744 | 95 |
| Exhibit 08 (Craig Wright 4-4-19 Depo) | 96 |
| DEFAUS 112977 | 114 |
| DEF 46093 | 117 |
| DEF 41 | 119 |
| DEF 45457 | 125 |
| DEF 45461 | 126 |
| DEF 51010 | 139 |
| DEF 51013 | 141 |
| DEF 1588028 | 141 |
| DEF 1616105 | 144 |
| DEF 1591420 | 145 |
| DEF 1587950 | 146 |
| DEF 1588062 | 148 |
| DEF 1590093 | 149 |
| DEF 00013376 | 153 |
| Z16 | 160 |
| DEF 1854321 | 176 |
| DEF 01854320 | 186 |
| DEF 46098 | 194 |
| DEF 00027325 | 196 |
| DEF 00027396 | 198 |
| DEFAUS 00115520 | 207 |
| DEF 00053142 | 208 |
| DEF 00068665 | 209 |
| DEF 560317 | 212 |
| DEF 68665 | 216 |
| DEFAUS 560317 | 218 |
| DEF 53141 | 224 |
| DEF 68505 | 225 |
| DEF 68503 | 226 |
| DEF 46800 | 229 |
| DEF 1674223 | 247 |
| DEF 112094 | 247 |
| DEF 00028003 | 249 |
| DEF 13808 | 251 |
| DEF 22208 | 251 |
| Document entry 376 | 258 |
| DEF HC1518378 | 262 |

Page 4

THE VIDEOGRAPHER:  We are now on
the record.  This is the continued deposition of
Dr. Craig Wright.  Today is March 18th, 2020 and
the time is 12.09 p.m.  This video deposition is
taking place at the offices of SCA Ontier, Halton
House, 20-23 Holborn, London EC1N 3JD, United
Kingdom.  Will counsel and all parties present
state their appearances and who they represent.

MR. FREEDMAN:  Velvel Freedman for
the Plaintiff.

MR. BRENNER:  Andrew Brenner for
the plaintiffs.

MR. RIVERO:  Andrés Rivero,
together with Julio Paez, for Dr. Wright.

THE WITNESS: Dr. Craig Wright.

CROSS-EXAMINATION BY MR. FREEDMAN

Q.    Good morning, Dr. Wright, or good
afternoon for you ----

MR. CAIN: Here in London we have
Oliver Cain and Joe Woodward of SCA Ontier,
English counsel for Dr. Wright.

BY MR. FREEDMAN:

Q.    Good morning, Dr. Wright, or good
afternoon for you.

Page 5

A.    Good afternoon.  Good morning for
you.

Q.    You understand that you are still
under oath today?

A.    I certainly do.

Q.    You understand that the same ground
rules we set out yesterday still apply?

A.    On Monday.

Q.    Yes, sorry, on Monday.  They still
apply, right?

A.    That is correct.

Q.    I am going to ask you to please pay
attention to the question that is being asked and
do your best to answer the question that is being
asked.  I know you may think you know where I am
going or what I am implying, but it is important
that we have a clean record and you let me ask the
follow-up questions as opposed to trying to
anticipate it, okay?

A.    I have been.

Q.    Dr. Wright, do you have a Bitcoin
trust in Panama?

A.    What you are putting there is a
Bitcoin ----

Q.    Dr. Wright, I just asked if you



Page 6

1   have a Bitcoin trust in Panama.  Please pay
2   attention to the question being asked.  Do you
3   have a Bitcoin trust in Panama?
4        MR. RIVERO:  Let Dr. Wright answer
5   the question.  Please answer the question.
6        A.    I will answer the question as I was
7   going to say.  If you want to interject we can
8   keep going back and forwards here for hours.  As
9   I was saying, your question is do I have a Bitcoin
10  trust in Panama.  A Bitcoin trust is something
11  I cannot answer because I do not know what a
12  Bitcoin trust is.  Can you please tell me what a
13  Bitcoin trust is?
14  BY MR. FREEDMAN:
15       Q.    As you understand the word.  If you
16  don't understand it then the answer is "I don't
17  understand what a Bitcoin trust is".  Do you not
18  understand?
19       A.    No, I understand the words.  Can
20  you please let me -- if I start speaking and
21  I have given two seconds or not even, it does not
22  mean I am finished.  My mouth is still moving, so
23  please let me actually finish.  I am giving you
24  that courtesy.  If I am giving you that courtesy
25  I expect the same.  Quite simply, you are asking

Page 7

1   me do I know what a Bitcoin trust is.  Are you
2   saying a trust that holds Bitcoin?  Are you saying
3   a technical thing?  What?  There is nothing that
4   you will find in the dictionary saying a Bitcoin
5   trust.  There is nothing technically by anyone
6   that is a Bitcoin trust so, no, if I put two words
7   randomly together and say "do you understand
8   these", that does not mean that they have any
9   meeting.
10       Q.    Doctor, I am going to ask that you
11  answer the exact question that is being asked.  We
12  have a limited amount of time, we have a lot of
13  ground to cover.  For purposes of moving forward,
14  I am going to move to the next question.  Did you
15  ever tell Calvin Ayre that you had a Bitcoin trust
16  in Panama?
17       MR. RIVERO:  Objection to the
18  predicate.  Please answer the question.
19       A.    I don't believe I told anyone I had
20  a Bitcoin trust in Panama.
21  BY MR. FREEDMAN:
22       Q.    Did you ever tell Ira Kleiman or
23  instruct anyone to tell Ira Kleiman that Dave has
24  a right to the founder shares in Coin-Exch?
25       A.    I had said to Ira Kleiman that when

Page 8

1   I set up the Coin-Exch PTY Limited in Australia
2   I had created, under the shareholder agreement, a
3   set and a class of shares known as founder shares.
4   Those shares had differential voting rights.  The
5   rights on those preferential shares were
6   differentiated from normal common shares and, as
7   I had told first Louis and then told Ira Kleiman,
8   I had said that the estate belonging to David
9   Kleiman had rights to those shares.  It was my
10  understanding from Ira that he was the person in
11  charge of the estate and as such, as the executor
12  of the estate, he had rights to those shares.  Not
13  only did he have rights, he had those shares
14  issued.
15       Q.    Did you ever tell Ira Kleiman or
16  instruct anyone to tell Ira Kleiman that Ira and
17  his father owned 49.4% of the founder shares in
18  Coin-Exch?
19       A.    The estate owned 49.5, to my best
20  knowledge, of the founder shares in that company.
21       Q.    Dr. Wright, did you ever tell Ira
22  Kleiman or instruct anyone to tell Ira Kleiman
23  that the book value of Coin-Exch was around $5-7
24  million?
25       A.    No, I did not.  It is not Coin-Exch

Page 9

1   ----
2        Q.    Dr. Wright, you have answered the
3   question.  Dr. Wright, did you ever tell Ira
4   Kleiman or ----
5        A.    Do you mind letting me finish the
6   question?  I am giving you the courtesy of
7   finishing a question and not interrupting.  If you
8   want we can go back and forwards on the same
9   thing.
10       MR. RIVERO:  Mr. Freedman, do not
11  interrupt Dr. Wright's answers.  If you wish to
12  take it up with Judge Bloom at trial please do, or
13  whatever you need to do, but do not interrupt this
14  witness's answers.
15       MR. FREEDMAN:  Mr. Rivero --
16  finish, please.
17       MR. RIVERO:  State the question and
18  try to get an answer and keep moving.
19       MR. FREEDMAN:  Mr. Rivero, on the
20  first day of this deposition it was very apparent
21  to me that the answers Dr. Wright was giving were
22  a lot longer-winded than were necessary to answer
23  the question and we have a lot of ground to cover
24  and I really need the answers to the questions
25  I am asking.  I am hopeful that you can work with



Page 10

1   your client to get him to answer the actual
2   question and not filibuster, but if not I will
3   potentially have to ask the court to get involved.
4           MR. RIVERO:  Mr. Freedman I not
5   only deny the allegation, I deny the alligator.
6   Ask your next question and let's move on.  That is
7   how depositions work.
8   BY MR. FREEDMAN:
9       Q.   Did you ever tell Ira Kleiman or
10  instruct anyone to tell Ira Kleiman that Dave's
11  estate had half of Dave's founder shares in
12  Coin-Exch?
13      A.   I will reiterate this and correct
14  you.  You can keep saying Coin Exchange.  There is
15  no company called Coin Exchange, there is
16  Coin-Exch PTY Limited, Australia.  If you want me
17  to answer truthfully, honestly and correctly, if
18  you say Coin Exchange one more time my answer is
19  no.  There is no Coin Exchange company.  If that
20  is what your question is then, no, because Coin
21  Exchange does not exist.
22      Q.   Dr. Wright, when I say Coin
23  Exchange I mean Coin-Exch PTY Limited.  If I say
24  Coin-Exch then I am referring to the company
25  Coin-Exch PTY Limited.

Page 11

1       A.   Then say it.
2       Q.   Did you ever tell Ira Kleiman or
3   instruct anyone to tell Ira Kleiman that as Dave's
4   estate he had half of his founder shares in
5   Coin-Exch?
6       A.   No, I did not.  49.5 is not half.
7       Q.   Dr. Wright, did you ever tell Ira
8   Kleiman or instruct anyone to tell Ira Kleiman
9   that Ira's Coin-Exch shares were not founder
10  shares?
11      A.   No.  The company ended up being
12  part of a public company group.  All of the
13  information was public information, lodged and
14  recorded.  As a public company we were required,
15  when filing, to actually have these audited and
16  recorded.  As a public company there is no error
17  between telling someone what they think they have
18  or not.  This is the whole purpose of a public
19  company.  If he wanted he could have had his
20  lawyers check through all of the documents at any
21  stage.
22      Q.   Dr. Wright, did you ever tell Ira
23  Kleiman or instruct anyone to tell Ira Kleiman
24  that Ira, Louis and the estate had 40% of
25  Coin-Exch?

Page 12

1       A.   No, they did not have 40% of
2   Coin-Exch.  The estate would be the owner.  The
3   estate, I was led to believe because the amounts
4   changed from Ira all the time and he kept trying
5   to alter it so that he would not pay tax and would
6   not report to the IRS.  But no, at no point was it
7   ever told to the estate that they had 40%, that is
8   not correct and they could have very simply
9   checked the amounts, as issued, on the company
10  documents.
11      Q.   Dr. Wright, did you ever tell
12  anyone or instruct anyone to tell Ira Kleiman that
13  Ira, Louis or the estate had 7% of Coin-Exch?
14      A.   Again, the number of shares were
15  very simple to check.  This was a company that was
16  all recorded and they were given shareholding
17  certificates and other such material.  All they
18  needed to do was calculate themselves.  I am not
19  very interested in percentages of shares, I don't
20  work that way.  You have a number of shares.  You
21  have certain voting rights.
22      Q.   Dr. Wright, please just answer the
23  question.  Did you ever tell anyone -- did you
24  ever tell Ira Kleiman or instruct anyone to tell
25  Ira Kleiman that Ira, Louis or the estate had 7%

Page 13

1   of Coin-Exch?
2           MR. RIVERO:  Objection, asked and
3   answered.  You can answer.
4       A.   Would you like to have me repeat
5   the same answer because that is the same answer.
6   I am stating for the record that my previous
7   answer remains the same.
8           MR. FREEDMAN:  Dr. Wright, you did
9   not answer -- Mr. Rivero, could you please ask
10  your client to answer the question?  I have
11  checked the real time.  He did not answer yes or
12  no as to whether or he not he ever told anyone or
13  instructed anyone to tell Ira Kleiman that Ira
14  Louis or the estate had 7% of Coin-Exch?
15      A.   I answered the question.  If your
16  comprehension is not adequate to understand it,
17  I apologise.  My question has been answered.
18          MR. RIVERO:  Dr. Wright, there is
19  no pending question.  Mr. Freedman, please ask a
20  question.
21  BY MR. FREEDMAN:
22      Q.   Dr. Wright, you told Ira, Louis or
23  the estate that they had 7% of Coin-Exch, is that
24  not right?
25      A.   Your statement, attempting to lead



Page 14

1  an answer, is incorrect.
2      Q.   So you did not tell them that?
3      A.   Once again, I will state your
4  statement attempting to make a leading question
5  and get an answer that way is not correct.
6          MR. RIVERO:  Dr. Wright go ahead --
7  even though you have answered, answer the question
8  again, just to keep things moving.
9      A.   I did.  It is incorrect.  Incorrect
10  is the negative.
11  BY MR. FREEDMAN:
12     Q.   It is unclear if you are telling me
13  that my question is incorrect or that the answer
14  to my question is incorrect.  Can you just clarify
15  that for the record?
16     A.   Your question is improper, which is
17  not incorrect, and the answer is the negative.
18     Q.   Dr. Wright, you told Stefan
19  Matthews that Ira did not have founder shares in
20  Coin-Exch; isn't that right?
21     A.   No, that is not correct.
22     Q.   Dr. Wright, you told Baker McKenzie
23  that Ira did not have founder shares in Coin-Exch
24  change; isn't that right?
25     A.   No, I did not.  What I did was give

Page 15

1  the share register over to each of the companies.
2  That is a difference, and telling is not the same
3  as handing.  The share register listed all of the
4  founder shares.  Those founder shares were in the
5  estate.
6      Q.   Dr. Wright, you sent Ira Kleiman an
7  analysis of the software that you or Coin-Exch
8  owned; do you recall that?
9      A.   No, I do not.
10     Q.   Do you recall having someone send
11  that analysis of software to Ira Kleiman?
12     A.   I do not know which analysis you
13  are talking about.
14     Q.   Did you ever send Ira Kleiman a
15  cost estimation for a W&K Information Defense or
16  WKID software package?
17     A.   No, I did not.
18     Q.   Did you ever have someone send that
19  to him?
20     A.   That would be the same answer; no.
21     Q.   Did you ever send Ira Kleiman a
22  cost valuation for the WKID software package that
23  valued it of a minimum of AUD 276,268,599?
24     A.   Again, no.  At no point did I send
25  that or authorise it because it was not -- he was

Page 16

1  not a director or an officer of the company.  At
2  no point should he have actually gotten a copy.
3  He is only a shareholder.
4      Q.   Did your company Hotwire use the
5  W&K software package?
6      A.   No, we did not use the W&K software
7  package.  We used the package that we had
8  implemented that was meant to be updated by W&K
9  but was never in fact was updated by W&K.  As you
10  will notice from the court order, we kept what we
11  had.  Nothing was returned.  Mr. Kleiman -- David
12  Kleiman that is -- committed suicide a number of
13  days before he was due and required under the
14  contract to return the software and other
15  payments.
16     Q.   Did your company Hotwire purchase
17  the W&K software package?
18     A.   No, we did not purchase the W&K
19  software package.  We went through a court, sort
20  of allocation of rights, where the original rights
21  in our software cancelled all licenses in effect,
22  allowing no claims or whatever else from W&K.  W&K
23  did not complete the task that they were given,
24  they did not deliver the software, thus the only
25  software we ended up using was the original

Page 17

1  software that we had given to be updated that W&K
2  were meant to enhance but did not.
3      Q.   Dr. Wright, I did not ask you what
4  you did, I just asked if you used it.  Please
5  answer the question I am asking you.  Dr. Wright,
6  isn't it true that Hotwire purchased or used the
7  W&K software with the objective of establishing a
8  worldwide Bitcoin banking system?
9          MR. RIVERO:  Object to the form.
10     A.   I again repeat my last answer.  The
11  answer that I gave you was an answer to your
12  question and remains an answer to this question as
13  well.
14  BY MR. FREEDMAN:
15     Q.   So the answer is yes, you did?
16     A.   I did not answer in the positive on
17  the other question, so no.  Please do not
18  paraphrase what I said.  What you are doing right
19  now is saying that I answered yes when I clearly
20  said something in the negative.  I said I never
21  received the software, in any form, from W&K.  If
22  I have not received the software from any entity
23  then I have not purchased the software.  If I had
24  done a lawsuit and then closed a contract without
25  receipt I have not received or purchased.  I am



Page 18

1  very sure that you understand the difference as
2  you are a lawyer, but I did not purchase the
3  software. That is my position and that is what
4  happened.
5      Q.   So you did not purchase the W&K
6  software package from W&K from about $55 million?
7          MR. RIVERO: Objection.
8      A.   No, I did not purchase the W&K
9  software package because the W&K entity did not
10 complete the software.
11 BY MR. FREEDMAN:
12     Q.   Did you tell the ATO that Coin-Exch
13 purchased the W&K software package from W&K for
14 about $55 million?
15     A.   That is not what I told the ATO.
16     Q.   Did you or Dave Kleiman create
17 Coin-Exch to start building -- strike that. Did
18 you and Dave Kleiman create Coin-Exch to start
19 building an exchange platform?
20     A.   No, I founded Coin-Exch. I offered
21 Mr. Kleiman -- David Kleiman -- shares. I was
22 going to build that platform. I capitalized that
23 platform, I provided the software for that
24 platform. I purchased the MT4 trading software
25 for that platform, I purchased the other rights to

Page 19

1  other software for that platform. Nothing from
2  Mr. Kleiman was ever used in the development of
3  that platform, no development of code was done by
4  Mr. Kleiman for that platform. So, very simply,
5  even though I had no reason nor right or whatever
6  else, other than personal obligations to a friend,
7  I did not need to give a single share to the
8  estate because nothing had been delivered, under
9  the contract, from Mr. Kleiman. Yet, with that
10 complete knowledge that he never gave up to
11 deliver, with a court order stating that I did not
12 need to deliver, or whatever else, I still gave
13 his family what I had promised him.
14     Q.   Did you tell the ATO that you and
15 Kleiman created Bitcoin X to start building an
16 exchange platform?
17     A.   No.
18          MR. RIVERO: Objection, asked and
19 ask.
20 BY MR. FREEDMAN:
21     Q.   Did you and Dave Kleiman work on a
22 number of patents together?
23     A.   Mr. Kleiman has never worked on any
24 patent in his life, to my knowledge. He has not
25 filed a patent, he has not written a patent, he

Page 20

1  has not been involved in the research that has led
2  to a patent, he has not filed a paper academically
3  leading to a patent. I have filed around -- at
4  the moment I believe it is just over 1,000
5  patents. In the pipeline we have 1,600 papers and
6  by the end of the current backlog of research we
7  will have around 6,000 patents, placing me at
8  approximately 500% of the total life work of
9  Thomas Edison.
10     Q.   I did not ask you where you placed
11 in the total life work of Tom Edison. I simply
12 asked whether you and Dave Kleiman worked on a
13 number of patents together. That's yes or no
14 question. Please try to answer the question I'm
15 asking you.
16          MR. RIVERO: Objection.
17 BY MR. FREEDMAN:
18     Q.   Dr. Wright did you tell the ATO
19 that you and Dave Kleiman worked on a number of
20 patents together?
21          MR. RIVERO: Objection to the
22 speech and objection to the form of the question.
23 Dr. Wright, you may answer the question.
24     A.   I just answered that question.
25 I do not really care if you like the fact that I

Page 21

1  didn't use yes or no. I answered the question.
2  If your comprehension of that question is
3  inadequate, too bad.
4  BY MR. FREEDMAN:
5      Q.   Maybe you misheard me. This
6  question is different than the prior one. I asked
7  whether you told the ATO that you and Dave Kleiman
8  worked on a number of patents together.
9      A.   I did not.
10     Q.   Dr. Wright, did Coin-Exch use the
11 W&K software?
12     A.   Again, I have many times told you
13 this one already. There is no W&K software.
14 There is software that was owned by my company
15 that was licensed to W&K for them to enhance, that
16 was never returned. We have the original version
17 of the code. If we have the original version of
18 the code that we updated without any aid, help or
19 anything else from W&K then we do not have the W&K
20 software.
21     Q.   Did Cloud Croft purchase or use the
22 W&K software package?
23     A.   No, it did not.
24     Q.   Did Coin purchase or use the W&K
25 software package?



Page 22

1           MR. RIVERO:  Object to the form.
2      A.   No.
3  BY MR. FREEDMAN:
4      Q.   Have you ever been focused on
5  designing a payment processing solution for the
6  gambling and porn sectors based around a Bitcoin
7  trading platform?
8      A.   No, I have no interactions with the
9  pornography industry at all.
10     Q.   Did you ever prepare a presentation
11 for Stefan Matthews that described an exit
12 strategy for DeMorgan?
13     A.   I had no interest in an exit
14 strategy for DeMorgan.
15     Q.   Were you ever involved in preparing
16 such a presentation to Stefan Matthews?
17     A.   Again, I did not provide any exit
18 strategy.  My exit strategy is when I turn 120
19 I will be still working and I will drop dead on
20 the job; that is my exit strategy.
21     Q.   Did you ever tell potential
22 DeMorgan investors that you planned to list the
23 group and go to IPO?
24     A.   I had been seeking to list DeMorgan
25 and go to IPO.

Page 23

1      Q.   Did you ever tell Ira Kleiman about
2  a potential IPO of DeMorgan?
3      A.   I had informed Ira that I was going
4  as a public company, in time, to list DeMorgan.
5      Q.   Did you ever tell Ira Kleiman about
6  the potential IPO of Coin-Exch?
7      A.   No.  Coin-Exch was owned by
8  DeMorgan.
9      Q.   In 2015 did you tell Calvin Ayre
10 you did not want to have challenges to any IP
11 later on when things start to get big?
12     A.   Yes.  I talked to the person who
13 was my mentor, and discussed the sort of
14 difficulties, and one of those was if people were
15 doing something like Facebook and people who had
16 no real sort of say in the development of a
17 product pop up saying "We are greedy, we want
18 money".
19     Q.   Did you tell Calvin Ayre that you
20 wanted to remove any ownership from former
21 directors before that they know what it could
22 become, so they could not challenge anything
23 later?
24     A.   At no point did I say any such
25 thing.

Page 24

1      Q.   Dr. Wright, in 2015 were you in
2  discussions with Calvin Ayre about a business
3  deal?
4      A.   You will have to be a little more
5  specific.  What do you mean by "a business deal"
6  and what do you mean "in discussions" about it?
7  Do you mean was I talking to Calvin about
8  investing, was I talking about setting up a new
9  company, was I talking about Cal investing in
10 something, was I talking about buying shares and
11 telling him about it?  Please be a little bit
12 specific.
13     Q.   All the above.  Were you in
14 discussions with Calvin Ayre about any of the
15 above?
16     A.   About any of the above?  Yes.
17 I talked to him about purchasing shares in a
18 number of international banks because I thought it
19 would be good.  I also talked about a possible
20 short on Deutsche Bank.  I thought Deutsche Bank
21 was overvalued and I thought that would be a good
22 investment and I recommended that his family
23 company should also do something like that.
24     Q.   Dr. Wright, I did not ask you about
25 what those discussions were about, just whether

Page 25

1  you had them.  Please pay attention to what I am
2  asking you.
3      A.   I answered in the positive by doing
4  that.
5      Q.   Dr. Wright, in 2015 were you in
6  discussions with Calvin Ayre about buying your
7  Australian businesses?
8      A.   No.
9      Q.   Were you in discussions with Calvin
10 Ayre about buying intellectual property that
11 belonged to you or your Australian companies?
12     A.   No.
13     Q.   Did you ever mention any such
14 discussions to Ira Kleiman?
15     A.   No.  Ira had no rights to know of
16 any such discussions.  We did not discuss who any
17 potential investors were or who the investors
18 actually ended up as.
19     Q.   Did you ever mention Calvin Ayre to
20 Ira Kleiman?
21     A.   No, because Ira and -- there was no
22 investment from Calvin so why would I introduce
23 someone who is not investing to, well, someone who
24 is just greedy?
25     Q.   Dr. Wright, was Cafe Holdings doing



1    business witness the Sterling Group, Calvin Ayre's
2    venture capital company?
3        A.    No.
4        Q.    In 2015 were you in discussions
5    with Sterling Group about a business deal?
6        A.    That is a very fluffy question once
7    again, but I will actually help you.  Sterling
8    Group brokers deals, so it depends on how you want
9    to define that.  Once again you are making a --
10   you're casting a very wide net.  As a broker we
11   talked to them about finding potential investors.
12       Q.    Did you document these
13   discussions to Ira Kleiman?
14       A.    No, we did not.  He had no right to
15   know.
16       Q.    In 2015 were you in discussions
17   with Stefan Matthews about a business deal?
18       A.    Matthews was the principal of
19   Sterling.
20       Q.    Dr. Wright, did you ever mention
21   those discussions to Ira Kleiman?
22       A.    No.  Once again, I would not
23   discuss that with a shareholder.  The company
24   DeMorgan Limited was a public company in
25   Australia.  There are requirements for trading,

1    insider trading, whatever else, on all these
2    things because the shares could have been sold in
3    DeMorgan.  Even to, sort of, the limited subset of
4    people that we were talking to, telling Ira about
5    potential investors or others would be a breach of
6    corporate regulation, so no.
7        Q.    Dr. Wright, did your companies
8    enter into an agreement in late 2015 or early 2016
9    to assign all of their intellectual property and
10   technology to nCrypt Holdings in exchange for $1.5
11   million?
12       A.    No.
13       Q.    Did that deal -- did you enter into
14   any deal with nCrypt Holdings at that time?
15       A.    Yes.
16       Q.    Did that deal include any
17   intellectual property belonging to Coin-Exch?
18       A.    At that time I was resigned as
19   director of the company, so you would have to go
20   over the final deal with the company directors,
21   which I was not and thus I am not at liberty to.
22       Q.    Dr. Wright, I am not asking whether
23   you are at liberty to, I am just asking whether
24   you know.  Do you know if that deal included any
25   intellectual property or technology belonging to

1    Coin-Exch?
2        A.    Again, I am not the director and
3    I am not the person who put it together.  I worked
4    as the chief scientist to help list what we were
5    working on at the time and to help the lawyers, in
6    discussions, formulate discussions.  I was not the
7    director and I did not act as one.
8        Q.    So is your answer that you do not
9    know the answer to the question?
10       A.    My answer ----
11             MR. RIVERO:  Dr. Wright, let's do
12   this.  I think the question is actually properly
13   limited.  He is just asking whether or you know or
14   not.  Let's answer that and then it sounds like
15   there may be a confidentiality issue if you do
16   know.  Answer, first, whether you know or not and
17   we will take it up after that.
18       A.    I do know.
19   BY MR. FREEDMAN:
20       Q.    Dr. Wright, did that deal include
21   any intellectual property or technology belonging
22   to Coin-Exch?
23       A.    Again, I know that were
24   discussions.  I was not the person doing all of
25   those discussions.

1              MR. FREEDMAN: Mr. Rivero, if you
2    could please have a discussion with your client.
3    He needs to answer the question.
4              MR. RIVERO:  I actually think he has
5    answered now.  Ask the next question.  I am not
6    sure what you are putting.
7    BY MR. FREEDMAN:
8        Q.    Did the deal with nCrypt Holdings
9    include any intellectual property or technology
10   belonging to Coin-Exch?
11       A.    I reiterate, that was not my deal.
12   I was not a director of the company.  If you want
13   you may talk to the directors of that company.
14   The directors of that company will have all of
15   those notes.  I had resigned before that deal took
16   place.
17             MR. FREEDMAN:  Your Honour, are you
18   on the line with us?  Judge Reinhardt?
19             JUDGE REINHARDT:  Yes, I am here.
20             MR. FREEDMAN:  I do not know if you
21   have access to the online transcript, your Honour,
22   but I have asked Dr. Wright multiple times whether
23   or not the deal with nCrypt Holdings has included
24   any intellectual property or technology belonging
25   to Coin-Exch and he has repeatedly told me that I



Page 30

1   need to asked the directors that question although
2   he has confirmed that he knows the answer.
3        A.   That is not correct.
4             JUDGE REINHARDT:  I have been
5   listening so I am aware of the questioning and the
6   answers and the back and forth that has been going
7   on.  I'll simply instruct Dr. Wright as follows;
8   if you know the answer you are to answer the
9   question.  If you do not know the answer simply
10  say you do not know the answer, but it is not a
11  proper answer to the question to say "I know it
12  but you need to ask somebody else anyway".  I am
13  not saying that is the answer Dr. Wright is
14  giving, but if that is the answer Mr. Freedman is
15  hearing I would agree that's not a proper answer.
16  If the correct answer is simply "I don't know" or
17  "I cannot answer that because I don't know" then
18  Dr. Wright should say so clearly.  That would be
19  my ruling.
20            THE WITNESS:  Your Honour, what I am
21  saying is I know there were discussions, I know
22  the directors had board meetings that I was not
23  party to.  I know I had subsequent conversations
24  with my wife, who was still a director and she
25  discussed what she should do.

Page 31

1   BY MR. FREEDMAN:
2        Q.   Dr. Wright, I just need to know if
3   the final deal that was signed in late 2015 or
4   early 2016 included any intellectual property or
5   technology belonging to Coin-Exch.  The answer is
6   either, "Yes, it did", "No, it didn't" or "I don't
7   know whether it did or did not".  Let me ask one
8   more time very clearly so we have a clear record;
9   did the deal with nCrypt Holdings, in late 2015 or
10  early 2016, include any intellectual property or
11  technology belonging to Coin-Exch?
12       A.   My understanding, as far as I know,
13  in the deal, is that there was no intellectual
14  property, only licences that were able to be
15  assigned from third parties, belonging to
16  Coin-Exch at all that could have been assigned.
17  My understanding is that the intellectual property
18  was third party software rights and software
19  belonging to third parties.  I believe that was
20  assigned.  I do not have the contracts, nor have
21  I fully read them.
22       Q.   Dr. Wright, did that deal with
23  nCrypt Holdings include any intellectual property
24  or technology belonging to Cloud Croft?
25       A.   The answer on that one will be the

Page 32

1   same.
2        Q.   Would the answer be the same for
3   Coin?
4        A.   For Coin, yes.
5        Q.   Did that deal include W&K software?
6        A.   Again, there is no W&K software.
7   My understanding is that Mr. Kleiman did not do
8   any work on W&K software.  Subsequent to 2013,
9   after his death, which I did not realise at the
10  time, if Mr. Kleiman -- the current Ira -- wants
11  to have all out, is that any monies that I had
12  given David Kleiman to basically build software
13  ended up basically going into Silk Road and other
14  sources to supply a drug habit that Mr. Kleiman
15  hid from certain people but not everyone.  So zero
16  software was developed in W&K, but if you want to
17  destroy David Kleiman's reputation and drag him
18  through this then that is your choice.
19       Q.   Did you ever tell the Australian
20  Tax Office that Dave Kleiman developed software
21  for you and W&K?
22       A.   I told them that he was engaged to
23  write software and that he did not deliver any.
24       Q.   Dr. Wright, you entered into an
25  agreement to assign all of your or your company's

Page 33

1   intellectual property to nCrypt Holdings, did you
2   not?
3        A.   Not to nCrypt Holdings, no.
4        Q.   Who did you assign it to?
5        A.   I don't remember the name of the
6   company.
7        Q.   That deal included software and
8   code used in the creation of a Bitcoin system as
9   developed under a project for the development of a
10  Bitcoin SDK and exchange conducted on behalf of
11  W&K Info Defense Research LLC, did it not?
12       A.   No, W&K did not ever produce any
13  exchanges and, in fact, the only work that was
14  ever produced, which was by myself, in W&K was the
15  four BAA projects.  These each were not ever
16  completed because Mr. Kleiman (David) did not ever
17  file the required registrations with the
18  Department of Homeland Security.  So,
19  unfortunately, the only work that ever happened
20  was my producing academic documents and software
21  that was then released freely.
22       Q.   Dr. Wright, that deal also included
23  software and code used by US Military, Department
24  of Homeland Security and other associated parties
25  as developed under a project conducted on before



Page 34

1   W&K Info Defense Research LLC, did it not?
2       A.    Any of the work that I did on the
3   SCADA software or other controlled software that I
4   published between 2011 and 2013 for W&K was never
5   funded correctly because Mr. Kleiman never
6   completed the administrative task that he was
7   given.  The software, if used, was used freely
8   because I open sourced it.
9       Q.    Dr. Wright, that deal included
10  software and code used by the US Military,
11  Department of Homeland Security and other
12  associated parties, as developed under a project
13  conducted on behalf of W&K Info Defense Research
14  LLC, did it not?
15      A.    You just asked me the same question
16  and the same answer applies.
17      Q.    I would like an answer.  Not what
18  you did, not what you funded, just an answer to
19  the question.  Did the deal include that software
20  and code?
21      A.    Sorry, which deal?
22      Q.    Did the deal you entered into to
23  assign all of your intellectual property and your
24  company's intellectual property include software
25  and code used by the US Military, Department of

Page 35

1   Homeland Security and other associated parties as
2   developed under a project conducted on behalf of
3   W&K Info Defense Research LLC?
4       A.    Once again, I will very simply
5   break this down for you.  The software that I
6   produced, that was never funded because
7   Mr. Kleiman did not complete the administrative
8   tasks, thus never completing any registration or
9   any other editions that was associated with the
10  four BAA projects with the Department of Homeland
11  Security, was all given freely.  It was open
12  sourced, so there was no assignment at all because
13  there is no value.  If anyone wants to use it they
14  can.  That means you, that means someone in
15  Uzbekistan, it does not matter.  It is completely
16  free.  It is under an MIT licence and it has not
17  been updated since 2012.
18      Q.    So you did assign it as part of
19  that deal.
20          MR. RIVERO:  Objection.  Asked and
21  answered.
22      A.    I just answered and I did not say
23  yes, but you are implying that my answer was a
24  yes.
25  BY MR. FREEDMAN:

Page 36

1       Q.    So you did not assign it?
2       A.    Once again, you cannot assign
3   something that does not exist.  You keep having a
4   problem with that.
5       Q.    So your answer is that it never
6   existed?
7       A.    My answer is because Dave never
8   finished anything, because he never took anything
9   and did anything and probably never even started
10  working on anything, that no, I doubt it ever
11  existed.  The only things that ever existed were
12  my academic work, which I released openly.
13      Q.    Dr. Wright, as part of these
14  agreements with nCrypt and nCrypt Holdings you
15  received 37% of issued and outstanding voting
16  common stock in nCrypt Holdings, did you not?
17      A.    No.
18      Q.    Dr. Wright, as part of these
19  agreements with nCrypt or nCrypt Holdings you also
20  received a $1 million initial rights payment, did
21  you not?
22      A.    No.
23          MR. RIVERO:  Objection.  One
24  moment.  I am going to object to this line of
25  questioning unless you can connect it to the

Page 37

1   merits ----
2           MR. FREEDMAN:  The merits are that
3   the plaintiffs contend this deal is part of a plan
4   to strip the W&K intellectual property out and
5   actually was how the W&K intellectual property
6   came out and ended up being monetised by
7   Dr. Wright.  It's directly relevant to our
8   intellectual property claims.
9           MR. RIVERO:  Mr. Freedman, I will
10  ask you to let me finish my objection.  How the
11  percentage of Dr. Wright's ownership in nCrypt
12  relates even to the theory you just stated, which
13  does not relate to this case, would not advance
14  even that theory, which is not the theory of this
15  case, so I object to the question.  I am going to
16  reserve and see where this goes, but I don't think
17  this is relevant.  Dr. Wright, I will permit an
18  answer here but I think -- go ahead and answer
19  that question, but I think this is way beyond what
20  this case is about.
21      A.    Can you ask the question again,
22  please?
23  BY MR. FREEDMAN:
24      Q.    The transcript shows that you
25  answered the last question so we can move on to

Page 38

1   the next question.  Dr. Wright, as part of these
2   agreements with nCrypt or nCrypt Holdings you
3   received a five year $2.5 million contract to
4   serve as chief scientist for nCrypt and nChain,
5   didn't you?
6          MR. RIVERO:  Your Honour, I believe
7   this cannot relate to this sphere of the case.
8   Judge, I don't see how Dr. Wright's contractual
9   relationship with an entity well after the events
10  here -- Mr. Kleiman died in April 2013 -- could
11  relate even to a willing or a theory of coverup of
12  the possible alleged fraud and I ask a ruling that
13  this is irrelevant.
14         JUDGE REINHARDT:  This is just for
15  discovery purposes only.  I'm not ruling as to any
16  such evidence would be admissible at a trial but
17  I will allow the question and this line of
18  questioning so I overrule your objection.
19  BY MR. FREEDMAN:
20     Q.   Dr. Wright, as part of these
21  agreements with nCrypt and nCrypt Holding you also
22  received a five year $2.5 million contract to
23  serve as chief scientist for nCrypt and nChain,
24  didn't you?
25     A.   No.

Page 39

1      Q.   As part of these agreements with
2   nCrypt and nCrypt Holdings DeMorgan received a two
3   year $4.5 million services contract, did it not?
4      A.   It was going to but it has not, no.
5      Q.   Dr. Wright, as part of these
6   agreement between you and your companies and
7   nCrypt and nCrypt Holdings, did anyone identify
8   any red flags for the intellectual property that
9   was being assigned?
10     A.   Again, I was not involved, I was
11  not a director, so I am not able to answer that.
12     Q.   You don't know whether or anyone
13  identified any red flags for the intellectual
14  property that was being assigned?
15         MR. RIVERO:  Object to the form and
16  note that the objection to the prior question was
17  not captured because of the crosstalk.
18     A.   I can say that I have had
19  discussions with my wife.  Do I go into
20  discussions with my wife that I have had about her
21  interaction with this?  I believe that my wife
22  talking to me is privileged.  Do you want me to
23  answer that, Andreas?
24         MR. RIVERO:  No, Dr. Wright.  If
25  you cannot answer the question without describing

Page 40

1   conversations with your wife, you should not.
2          MR. FREEDMAN:  Your Honour, this
3   relates specifically to the companies that this
4   court has already held no privilege exists.
5   Discussions between Ms. Watts and Craig that
6   relate to the businesses we would submit are not
7   privileged if they relate to the business
8   undertakings of companies that both Ms. Watts and
9   Dr. Wright were working for.
10     A.   That is not correct.  I am talking
11  about things after I resigned.
12         MR. RIVERO:  Dr. Wright, please.
13  This is not a question of testimony.  Your Honour,
14  I am not sure I understand that position.  If
15  there were no companies then the conversation is
16  simply a husband and wife conversation and that is
17  plainly privileged under our law.  I have asserted
18  a privilege as to conversations between Dr. Wright
19  and his wife.
20         JUDGE REINHARDT:  My prior ruling
21  relating to the conversations between Dr. Wright
22  and Ms. Watts was based on my finding that those
23  conversations were not intended to remain
24  confidential, which is the baseline question.  The
25  fact that they arise in a business context is

Page 41

1   evidence that they were not intended to remain
2   confidential.  Mr. Freedman, if you want to try
3   and lay a more specific predicate to the question
4   I will then be able to better rule on this, but at
5   least at this point I am not going to overall the
6   privilege claim.  It is Mr. Rivero's burden and
7   Dr. Wright's burden to sustain the privilege, but
8   I think I need a better factual basis, so if you
9   can ask some additional predicate questions I will
10  be able to rule at that time.
11  BY MR. FREEDMAN:
12     Q.   Dr. Wright, was Ms. Watts
13  consulting you for business advice when she asked
14  you about -- when you had these discussions with
15  her?
16     A.   No.
17     Q.   Did these questions relate to
18  businesses that you were a former director in?
19     A.   Yes.
20     Q.   Did these business decisions of the
21  companies have an effect on your own economic
22  situation?
23     A.   No, I don't believe that the
24  conversations did.
25     Q.   Did you and your -- prior to you



Page 42

1  resigning did you and your wife have discussions
2  about these businesses regularly?
3      A.    We had private discussions as
4  husband and wife and we also had business
5  meetings.  Both were separate.
6      Q.    Did you regularly have business
7  meetings about these companies before your
8  resignation?
9      A.    When we had business meetings we
10  had meetings of directors, meetings of managers,
11  whatever else.  When I was a director we would be
12  calling director meetings, the minutes of all
13  those meetings would be recorded and filed.  When
14  that occurred my wife was also a director so we
15  would both discussion things in front of other
16  people, including other directors.  After my
17  resignation that was no longer the case.
18      MR. FREEDMAN:  I am not sure if
19  that is enough of a predicate or not.  I don't
20  want to spend much more time on this particular
21  line so I would ask the court for a ruling, even
22  if it is against me, at this point.
23      JUDGE REINHARDT:  Sorry, can you
24  just go back and refresh me; what was the
25  underlying question for which privilege was

Page 43

1  invoked?
2      MR. FREEDMAN:  I asked Dr. Wright
3  whether any of the agreements between him and his
4  companies and nCrypt Holdings -- as part of those
5  agreements did anyone identify any red flags for
6  the intellectual property being assigned.  He said
7  he had discussions with his wife but cannot go
8  into details, I believe.
9      JUDGE REINHARDT:  Is that the
10  question that you believe is on the table,
11  Mr. Rivero?
12      MR. RIVERO:  Judge, I do believe
13  there was a question which I objected to the form
14  of anyway.  There was a question related to red
15  flags.  You Honour, it is of course real-time.
16  Briefly, my position is this is post Dr. Wright's
17  resignation, it does not have to do with the
18  ongoing business of the companies as to which you
19  previously ruled and this is a discussion between
20  husband and wife at a later time.  There is no
21  predicate that there was regular communication on
22  businesses at this point.  The businesses were, as
23  I understand, done.  I don't think the rationale
24  of the previous ruling applies and I ask that the
25  court sustain the privilege objection.

Page 44

1      MR. FREEDMAN:  If I can just
2  quickly respond to that, which I believe the court
3  in its last order found that these companies were
4  potentially alter-egos of Dr. Wright and Ms. Watts
5  and the resignation of Dr. Wright, in our
6  submission, would not constitute a true
7  resignation from the company and he was still very
8  much involved in the business transactions.
9      MR. RIVERO:  I think that would
10  involve a much deeper enquiry than, if that ever
11  happens.  I was not present at the hearing but to
12  determine alter-ego, Judge, in my experience in 33
13  years I have seen it done once.  I don't think
14  that can be a basis either there has not been a
15  factual predicate and that's a heavy burden for
16  Mr. Freedman to establish in order to defeat this
17  privilege.
18      JUDGE REINHARDT:  I am going to
19  overrule the objection.  I think that the
20  proponent of the privilege has the burden of
21  establishing that it was intended for being
22  confidential, at least on the record that is
23  before me right now.  I am hard pressed to
24  understand how that kind of a conversation between
25  a corporate director and their spouse, related to

Page 45

1  corporate business or corporate red flags, was
2  intended to remain confidential so I will overrule
3  the objection and direct Dr. Wright to answer the
4  question.
5  BY MR. FREEDMAN:
6      Q.    As part of the agreements between
7  you and your companies and nCrypt or nCrypt
8  Holdings, did your wife mention to you that they
9  were red flags for the intellectual property that
10  was being assigned?
11      A.    If you have asked me that way then
12  no, because basically what you've just said is my
13  dealings with the companies.  I was not a director
14  at that stage, I had stood down.  I had agreed to
15  talk to my wife solely on the purpose of basically
16  end of day things and sometimes bedtime talk and
17  whatever else.  I was not involved at all.
18  People, including lawyers such as Baker &
19  McKenzie, were very careful to ensure that there
20  was no way that could be held, that I was
21  personally able to direct anything.  I made sure
22  I stood down and all the rest, so the only
23  conversations I had were not to do with the
24  ongoing running of my companies in any way ever.
25      Q.    Did your wife ever identify red

MAGNA
LEGAL SERVICES

Page 46

1  flags to any intellectual property that was being
2  assigned?
3            MR. RIVERO:  I repeat the previous
4  objection to form as to this question.
5  Dr. Wright, answer if you can.
6       A.   That is not what my wife had talked
7  to me about, no.
8  BY MR. FREEDMAN:
9       Q.   Dr. Wright, did Baker & McKenzie
10  identify red flags for the intellectual property
11  that was being assigned?
12            MR. RIVERO:  Objection.  Your
13  Honour, I am not familiar with the privilege
14  rulings on this point so if Mr. Freedman is going
15  to raise that I want to make sure I am aware of
16  your rulings on questions of advice by Baker &
17  McKenzie.
18            MR. FREEDMAN:  The documents that
19  identify red flags by Baker & McKenzie are part of
20  the court's finding that no privilege exists.
21            JUDGE REINHARDT:  Just help me out;
22  Baker & McKenzie was representing who at what
23  time?  Help me out there.
24            MR. FREEDMAN:  I believe it was
25  DeMorgan.

Page 47

1            THE WITNESS:  No, Baker & McKenzie
2  represented myself personally.
3            MR. FREEDMAN:  I believe Baker &
4  McKenzie represented DeMorgan.  I am not sure we
5  have 100% on that, but it would be shocking if
6  Baker & McKenzie represented Dr. Wright personally
7  since they did extensive write-ups on the
8  intellectual property and the red flags associated
9  with them, which he has just said he had nothing
10  to do with.
11            JUDGE REINHARDT:  I'll overrule the
12  objection and direct him to answer the question.
13  Again, all my rulings, for purposes of the
14  deposition, are simply discovery rulings, I'm not
15  ruling on admissibility at trial, so I will direct
16  Dr. Wright to answer the question.
17  BY MR. FREEDMAN:
18       Q.   Did Baker & McKenzie identify red
19  flags for the intellectual property that was being
20  assigned?
21       A.   I don't know.
22       Q.   As part of the agreements between
23  you and your companies and nCrypt or nCrypt
24  Holdings did anyone identify potential competing
25  plains to the intellectual property that was being

Page 48

1  assigned?
2       A.   I don't know.
3       Q.   When these agreements between you
4  and you companies and nCrypt or nCrypt Holdings
5  were executed did you acknowledge that W&K Info
6  Defense Research LLC may also own some
7  intellectual property rights in connection with
8  the IP purportedly being assigned?
9       A.   There are two points here.  One,
10  these are not my companies.  My shareholding in
11  any of these was minimal, my directorship had been
12  resigned so they are not my companies.  You can
13  keep saying and whatever else, and if you want to
14  say they are my companies my answer is going to be
15  no because they are not my companies.  So, if you
16  want to ask me about my companies; very simple,
17  no.
18       Q.   Dr. Wright, when these agreements
19  between your former companies and nCrypt or nCrypt
20  Holdings were executed did you acknowledge that
21  W&K Info Defense Research LLC may also own some
22  intellectual property rights in connection with
23  the IP purportedly being assigned?
24            MR. RIVERO:  Object to the form.
25       A.   My answer once again is the same;

Page 49

1  they were not my companies, they were not my
2  former companies.  If you want to keep saying that
3  they are my companies and being erroneous in all
4  this then my answer will keep being no.  If you
5  keep saying "my companies" then my answer is just
6  going to be no.
7  BY MR. FREEDMAN:
8       Q.   Dr. Wright how would you like me to
9  refer to the group of companies that you
10  previously founded in Australia, so we can use the
11  same terminology?
12       A.   You can say the companies
13  I founded, you can say the group of companies ----
14       Q.   That is great.  I will use "the
15  companies you founded".  Dr. Wright, when these
16  agreements between the companies you founded and
17  nCrypt and nCrypt Holdings were executed did you
18  acknowledge that W&K Info Defense Research LLC
19  also owned some intellectual property rights in
20  connection with the IP purportedly being assigned?
21       A.   Did I?
22       Q.   Yes.
23       A.   No.
24       Q.   Dr. Wright, was the W&K software
25  package some of the most important intellectual



Page 50

1  property being transferred in the nCrypt and
2  nChain deal?
3     A.    That is actually funny.  No, not
4  even close.  There was not an actual package, so a
5  deal to transfer nothing is -- no.
6     Q.    Dr. Wright, didn't the liquidation
7  of Hotwire put at risk software intellectual
8  property held by Hotwire?
9     A.    Yes.
10 BY MR. FREEDMAN:
11    Q.    Did the liquidation potentially put
12 at risk software intellectual property of
13 Coin-Exch?
14    A.    There was not actually a
15 liquidation at that point so you want to say
16 administration, which was a voluntary
17 administration.  It was not a liquidation, so if
18 you want to say liquidation I am going to have to
19 say no.
20    Q.    The liquidation of Hotwire did not
21 potentially put at risk the software intellectual
22 property of Coin-Exch?
23    A.    Being that there was not a
24 liquidation, then no.  If something did not occur
25 then it cannot put anything at risk.

Page 51

1     Q.    Could the W&K IP source code
2  potentially expose Satoshi Nakamoto and Core
3  Blockchain intellectual property?
4        MR. RIVERO:  Object to the form.
5     A.    Seeing as W&K was formed in 2011,
6  after I had moved on from coding Bitcoin, and that
7  anything I did with W&K was utterly unrelated to
8  anything in Bitcoin, no.
9  BY MR. FREEDMAN:
10    Q.    Did Stefan Matthews tell you that
11 it could?
12    A.    No.
13    Q.    Did nCrypt or nChain maintain a
14 patents application master registry in an Excel
15 document?
16    A.    I believe so.
17    Q.    Did the patents application master
18 registry -- sorry.  The patents application master
19 registry tracked progress on patent applications,
20 right?
21    A.    It was not my document.
22    Q.    I did not ask you if it was your
23 document, I just asked if the patents application
24 master registry tracked progress on patent
25 applications.

Page 52

1     A.    There was a person called Alan
2  Pederson, who ran a spreadsheet.  I don't know
3  what he tracked.  I know he was a very good
4  project manager so I can make assumptions and
5  I can give you guessing and I will say I am
6  guessing that he probably did this as a good
7  project manager.
8     Q.    So you don't know whether it
9  tracked that progress?
10    A.    I am not doing someone else's job,
11 no.
12    Q.    Do you know anything at all about
13 that patents application master registry?
14    A.    I create patents, other people do
15 things with them.
16    Q.    Do you whether 30 of the patent
17 applications on that registry were ideas sourced
18 from Coin-Exch?
19    A.    No, there were no -- anything
20 sourced from Coin-Exch on that.
21    Q.    Do you know whether any of the
22 patent applications were sourced from Cloud Croft?
23    A.    Every single organisation,
24 including Cloud Croft, started creating patents
25 only in the second half of 2015.  So even when the

Page 53

1  company in Australia was still going, if there was
2  something that was assigned to a particular
3  company it would be from say August 2015 on.
4  I did not start working on any patents or IP
5  before August 2015.
6     Q.    So the patents application --
7  strike that.  So the patents application master
8  registry did not include any ideas sourced from
9  Cloud Croft?
10    A.    Once again you are asking me about
11 a document that some third party maintained, that
12 I was not involved in the maintenance of, sitting
13 here, expanding my knowledge into the minds of
14 other people that you expect me to know what
15 existed on other people's work product.
16    Q.    Were patent applications ideas
17 sourced from Cloud Croft?
18    A.    Again, nothing was ever sourced
19 from Cloud Croft.  Everything was made whole cloth
20 out of my ideas, my mind.  Every single patent
21 came because I sat down and I designed things.
22    Q.    Were patent applications sourced
23 from Coin?
24    A.    Same.
25    Q.    Sorry, I did not get that.



14 (Pages 50 to 53)

Page 54

1      A.    The same.
2      Q.    Dr. Wright, you signed a power of
3   attorney to nChain with regard to intellectual
4   property in August 2016, did you not?
5      A.    I don't know.
6      Q.    I am going to put on the screen for
7   you what has been produced in this litigation as
8   Defense 01074241.  Do you see that?
9      (Exhibit Defense 01074241 referred to)
10     A.    Yes, I do.
11     Q.    Do you see it is entitled "power of
12  attorney"?
13     A.    I do.
14     Q.    Do you see that the power of
15  attorney was made on August 22, 2016 by Craig
16  Steven Wright?
17     A.    No, I see that there is a document
18  there noting my name on that date.
19     Q.    Dr. Wright, I am going to scroll
20  down to the last page of this document.  Do you
21  see where it says "signed as a deed by Craig
22  Steven Wright"?
23     A.    I do.
24     Q.    Is that your signature?
25     A.    That could be, yes.

Page 55

1      Q.    Do you remember signing this
2   document?
3      A.    Can I have a look at the full
4   document please?
5      Q.    Absolutely.
6      A.    Can you zoom in at all?
7      Q.    Yes.
8      A.    Yes, this is a standard employment
9   document that was given to everyone employed by
10  nChain or nCrypt.
11     Q.    So you did execute this document,
12  Dr. Wright?
13     A.    Yes.  Every employee of nCrypt does
14  something similar, or now nChain.
15     Q.    It authorises nCrypt Limited to act
16  in your name and on your behalf in relation to any
17  intellectual property devised by you and owned by
18  or assigned to nCrypt?
19     A.    Yes, this is a standard
20  intellectual property agreement between employees
21  and their employer.
22     Q.    To represent you in and with
23  respect to all matters related to the intellectual
24  property?
25     A.    As I said, if you have any

Page 56

1   knowledge of patenting process then you will
2   understand this is a very standard, typical
3   clause.
4      Q.    nCrypt has the right to represent
5   you in matters of conflicts or disputes relating
6   to intellectual property matters, is that right?
7      A.    It has what this document says.
8      Q.    They have the right to take any
9   steps and do anything in their absolute discretion
10  that they consider desirable in connection with
11  the intellectual property; isn't that right?
12     A.    Do you want me to act as a lawyer
13  and try and determine what you think -- what
14  I think this particular document means?  You are
15  asking me to analyse the legal aspects of a
16  standard power of attorney document.
17     Q.    Dr. Wright, does nChain have a lot
18  at stake in this litigation?
19     A.    No.
20           MR. RIVERO:  Object to the form.
21     Q.    Does nChain have ability to control
22  this litigation with respect to the intellectual
23  property?
24           MR. RIVERO:  Form.
25     A.    No.  nChain is not involved in any

Page 57

1   way in this litigation.  I know that the people
2   funding Mr. Kleiman at the moment, including
3   Tether and Kraken, seek to shut me down because
4   their whole existence in their Ponzi requires that
5   I be seen as a fraud, but quite simply nChain has
6   no, and I mean no -- I will reiterate that no --
7   involvement in this case whatsoever.  No funding,
8   no anything.
9   BY MR. FREEDMAN:
10     Q.    Dr. Wright, who is paying for your
11  legal Defense in this case?
12     A.    My legal Defense is paid to my
13  lawyers through myself.
14     Q.    Dr. Wright, you pay your lawyers
15  directly for this representation?
16           MR. RIVERO:  Object to the form.
17  BY MR. FREEDMAN:
18     Q.    You can answer.
19           MR. RIVERO:  Your Honour, I object
20  on relevance grounds here, and also on questions
21  of confidentiality.  It is no way relevant to
22  litigation how we are paid as counsel to
23  Dr. Wright and the question how we are paid is a
24  matter of confidentiality as well, Judge.  I am
25  not asserting privilege because I think the case

Page 58

1  law is different, but there is no reason that that
2  strong confidentiality protection should be
3  overcome, even in a discovery setting, when there
4  is absolutely no relevance to the questions in
5  this case, which are whether there was a
6  partnership between Dr. Wright and Dave Kleiman,
7  Judge. It was seven years ago. How we are paid
8  could have no bearing on that whatsoever,
9  certainly not enough relevance to overcome the
10  confidentiality in our relationship with our
11  client.
12          JUDGE REINHARDT: Mr. Freedman,
13  what is the relevance of this question?
14          MR. FREEDMAN: There are two, your
15  Honour. First of all, in Dr. Wright's last
16  response he said that nChain is not funding the
17  litigation so he has opened the door to this line
18  of questioning. But more importantly, based on
19  this power of attorney document that we've just
20  presented we believe that nChain is actually in
21  control of this litigation, making decisions in
22  the litigation and its principal is funding this
23  litigation, and this goes to whether they are a
24  real party and interest.
25          JUDGE REINHARDT: I will sustain

Page 59

1  the objection. No one objected when he answered
2  the question of who was paying and no one objected
3  when he answered the question of whether nChain
4  was controlling the litigation. Whether and how
5  and through what means and how frequently he pays
6  his lawyers I would find is not relevant or is
7  otherwise unduly prejudicial and not proportional
8  to the needs of the case and so I would sustain
9  that objection.
10          MR. FREEDMAN: I have one more
11  question. I'm not sure whether it is incorporated
12  by the order so I'm going to pause and if you tell
13  me that it is not appropriate we will move right
14  on. The final question is ----
15          JUDGE REINHARDT: Mr. Freedman, ask
16  your question. If Mr. Rivero objects I will be
17  happy to rule on the objection.
18  BY MR. FREEDMAN:
19      Q.   Dr. Wright, is Calvin Ayre funding
20  this litigation?
21          MR. RIVERO: Objection. Same
22  objection as before.
23          JUDGE REINHARDT: I will allow him
24  to answer that. It is a yes or no question as to
25  whether Mr. Ayre is funding the litigation.

Page 60

1      A.   No, he is not.
2  BY MR. FREEDMAN:
3      Q.   Thank you. Dr. Wright, has Calvin
4  Ayre or any of his agents been involved in the
5  collection of collecting and producing documents
6  in this case?
7          MR. RIVERO: Your Honour, this
8  again -- first of all, I can say for the record
9  that the answer is no, but that is from counsel.
10  How this could possibly be relevant to this case,
11  Judge, is beyond me. This case does not have to
12  do with who gathered -- in this instance, unless
13  there is some allegation that there is some
14  specific issue about a production, I don't see how
15  this could be related to the case.
16          MR. FREEDMAN: Your Honour, in this
17  litigation it is our position that Dr. Wright has
18  produced a lot of forged documents and we need to
19  know how the documents were collected. That is a
20  big issue in this case. There are documents that
21  have recently come to light that we need to
22  understand the collection process and I will get
23  to those questions. This is a preliminary to
24  that. We believe that Mr. Ayre has a strong
25  interest in the outcome of this litigation and if

Page 61

1  he participated we need to dig deeper into that.
2  If the answer is no, the question will go on on
3  that line.
4          MR. RIVERO: Your Honour, first of
5  all, if that is actually the basis, which I doubt
6  very much is relevant in and of itself, but if
7  that were the basis you would not jump, without
8  any predicate, to the very last question in that
9  series. So if the question is about the
10  collection of the documents you would start by
11  asking who collected the documents, rather than
12  asking whether Calvin Ayre or others were involved
13  in the collection of the documents. This is so
14  plainly irrelevant I don't know why the plaintiff
15  is focusing on this matter. This is not related
16  to this case.
17          JUDGE REINHARDT: Anything further
18  Mr. Freedman?
19          MR. FREEDMAN: No, your Honour.
20          JUDGE REINHARDT: I seem to recall
21  from the other day Dr. Wright was asked questions
22  about his knowledge of how the documents in this
23  case that have been produced or collected and
24  I believe his testimony was that he did not have
25  any personal knowledge, that it had all been done



Page 62

1   by his lawyers. If that is not a correct
2   recollection that is probably the way to start, is
3   to simply ask him -- I agree with Mr. Rivero, I
4   think the better way to get at this Mr. Freedman
5   is to ask him what personal knowledge he has of
6   the collection process, separate and apart from
7   privileged conservations he may have had with his
8   attorneys, and then go from there and we will see
9   where it takes us. I sustain the objection at
10  this time to this question.
11  BY MR. FREEDMAN:
12      Q.   Dr. Wright, at any point in 2015
13  did you mention to Ira anything about nCrypt?
14      A.   No.
15      Q.   At any point in 2015 did you tell
16  Ira about a plan to sell Coin-Exch intellectual
17  property and technology to Sterling Group, nCrypt
18  or nChain?
19      A.   No.
20      Q.   At any point in 2015 did you tell
21  Ira about a plan to sell the W&K IP software
22  package to Sterling Group, nCrypt or nChain?
23      A.   One, you cannot sell a software
24  package that does not exist. That would be fraud.
25  I am very certain that Ira would believe that he

Page 63

1   could sell that to other people, but unfortunately
2   if something does not exist you cannot sell it.
3   I don't engage in the touting or sale of products
4   that don't exist.
5       Q.   Other than confidential discussions
6   between you and your wife did you ever discuss
7   with Ms. Watts how to force Ira to sell his shares
8   in Coin-Exch?
9       A.   I did not discuss how to have Ira
10  sell shares in Coin-Exch with my wife,
11  confidential or not. I did not discuss how to
12  force him to sell at all. Basically, he was given
13  shares and his thing was trying to ensure that the
14  IRS would never know about them.
15      Q.   Did you ever discuss that Stefan
16  Matthews how to force Ira to sell his shares in
17  Coin-Exch?
18      A.   Exactly the same answer. I did not
19  really care whether Mr. Kleiman sold shares, kept
20  shares, whatever else, as long as he let the
21  business keep going without interfering by calling
22  up tax office officials and making up and
23  fabricating documents to them, as he did.
24      Q.   Did you ever send Ira e-mails
25  drafted by Stefan Matthews?

Page 64

1       A.   No, I cannot draft e-mails as
2   Stefan Matthews.
3       Q.   Did ever tell Ira there is no new
4   development being done in Coin-Exch?
5       A.   No.
6       Q.   Did you ever tell Ira that you
7   would keep him updated on any material changes
8   with respect to Coin-Exch?
9       A.   I said I would inform him as with
10  any other shareholder. I did that right until the
11  period I resigned as a director. Once I am no
12  longer in charge of anything then I don't have any
13  legal rights to either request anything more
14  than any other shareholder or to update any other
15  shareholders on that information. While I was a
16  director of the company I informed him with the
17  same process of every single other shareholder.
18  He was not informed any earlier, although he did
19  say he believes because of his involvement with
20  his brother that he requires information earlier,
21  but I informed him that would not be legal.
22      Q.   Did Ms. Watts ever tell you not to
23  respond to e-mails from Ira Kleiman?
24      A.   I don't know. I don't remember.
25      Q.   Dr. Wright, did Stefan Matthews

Page 65

1   ever tell you that if you get a note in any form
2   from Ira's lawyer you would consider a response,
3   but until then Ira can take a flying leap?
4       A.   That sounds like something Stefan
5   Matthews would say, but at that point I was not
6   involved as a director so I don't recall. I would
7   not have said anything to Ira.
8       Q.   Dr. Wright, did you ever check with
9   Baker & McKenzie before responding to messages
10  from Ira to ensure that you protected the --
11  strike that. Did you ever check with Baker &
12  McKenzie, before responding to messages from Ira,
13  to ensure that you protected DeMorgan or nChain's
14  IP position?
15          MR. RIVERO: Dr. Wright, please at
16  this point answer the question without going into
17  conversations. If you will take it step-by-step,
18  please.
19      A.   Baker & McKenzie were my personal
20  lawyers and are still used, in part, as personal
21  lawyers for my wife and my myself. After August
22  2015 I was not a director of any of the Australian
23  companies that I founded and I was not
24  represented, in a corporate sense, by Baker &
25  McKenzie. I was personally represented by Baker &



Page 66

1  McKenzie. I had made requests to Baker & McKenzie
2  concerning do I just ignore this guy now that I am
3  not a director and I had discussions on a personal
4  basis with my lawyers ----
5       MR. RIVERO: Dr. Wright, please
6  don't go into those discussions. Don't go into
7  discussions with those counsel.
8       A.   In that case, I cannot answer
9  further.
10 BY MR. FREEDMAN:
11      Q.   Dr. Wright, did you ever tell the
12 Australian Tax Office that you did your best to
13 hide the fact that you had been running Bitcoin
14 since 2009?
15      A.   Not exactly that terminology. That
16 was transcribed incorrectly.
17      Q.   What was it that you had said --
18 you know what, strike that question. You
19 acknowledge there is a transcript that represents
20 you have said that then, is that accurate?
21      MR. RIVERO: Objection to the form.
22      A.   I acknowledge that there is a fake
23 transcript that has been leaked by Gizmodo and
24 that we had contacted the Australian Tax Office
25 and complained about the inaccuracies in a

Page 67

1  document that they sought to use to prejudice us,
2  that was then to be updated and that the updated
3  document -- the real transcript -- has no such
4  comment.
5       MR. RIVERO: Just a moment.
6  I reserve all rights with regard to any
7  transcripts, including those improperly published.
8  BY MR. FREEDMAN:
9       Q.   Understood. Dr. Wright, I am
10 putting on the screen what you produced in this
11 litigation as Defense 51780. Let me know if you
12 see that up there.
13      (Exhibit Defense 51780 referred to)
14      A.   Yes. I will once again state that
15 I did not produce it. My lawyers produced this.
16 I had no part in giving it over.
17      MR. RIVERO: You have only been
18 asked to look at the document. While you are
19 looking at it I just want to state that we will be
20 moving to exclude all use of all these
21 transcripts. I will just reserve objections,
22 Mr. Freedman, if you will agree, without need to
23 repeat the objection constantly. We object to the
24 use of the transcripts and we intend to move to
25 exclude all of this. I hope you will agree that I

Page 68

1  don't have to repeat that.
2  BY MR. FREEDMAN:
3       Q.   You don't have to repeat. That I
4  understand your objection. It's preserved as to
5  any of use of the transcripts. Do you recognise
6  this document?
7       A.   I have seen this document on
8  Gizmodo, yes.
9       Q.   I am going to ask you to go to page
10 27. I am going to bring you there. Is this a
11 good -- can you read this?
12      A.   I can.
13      Q.   27, here we are. Do you see on
14 line 14 it starts with the word "Wright"?
15      A.   I don't see a line 14. I see a
16 "Wright" under 10.
17      Q.   You are right, that is line 12.
18 This line here, I take it this is line 10, this is
19 line 11 and this is line 12. That is the way
20 I was going to refer to the document. I think we
21 are on the same page now. Can you read that --
22 sorry, I apologise. I will take one step back.
23 This purports to be a transcript of a meeting, and
24 I am going to bring you back to page 1 so you can
25 see the document. This purports to be a

Page 69

1  transcript of proceedings of a meeting with the
2  Australian Tax Office or an interview with the
3  Australian Tax Office between Des McMaster, Marina
4  Dolevski, Hoa Doa from the ATO and yourself Craig
5  Wright, John Chesher who is your CFO, and Andrew
6  Sommer who is your lawyer. Is that accurate of
7  what it purports to be?
8       MR. RIVERO: Objection.
9       A.   That is what it purports to be.
10 BY MR. FREEDMAN:
11      Q.   I am going to bring you back down
12 where we were a moment ago and back to line 12.
13 Can you read for me the full quote attributed to
14 Wright at line 12:
15      A.   Yes, I will read the erroneous
16 document starting at "Wright". "I did my best to
17 try and hide the fact that I had been running
18 Bitcoin since 2009 but I think it's getting most,
19 most -- by the end of this I think half the world
20 is going to bloody know".
21      Q.   Did you say that in sum or
22 substance to the ATO on this date, on February
23 18th, 2014?
24      MR. RIVERO: Objection.
25      A.   As I stated, this is a horribly



18 (Pages 66 to 69)

Page 70

1  erroneous document that was said to be corrected.
2  Basically, I would estimate that one word out of
3  100 was correct in this document.
4  BY MR. FREEDMAN:
5      Q.   Dr. Wright, did you say that quote
6  in sum or substance to the Australian Tax Office?
7          MR. RIVERO:  Object to the form.
8      A.   No, I did not.
9  BY MR. FREEDMAN:
10     Q.   Did you begin mining Bitcoin in
11 2009?
12     A.   I did.
13     Q.   Did there come a time you stopped?
14     A.   Yes.
15     Q.   When did you stop?
16     A.   August in 2010.
17     Q.   Have you ever said that you stopped
18 mining in 2012?
19     A.   No, that is not actually correct.
20 What I had stated was that I started mining with
21 my son to teach him again at a later period.
22     Q.   Dr. Wright, I am going to put on
23 the screen -- I'm not sure what exhibit number we
24 are on, it is tough to keep track of it, but it
25 appears to be a -- we'll have to go back and

Page 71

1  exhibit everything in order.  It appears to be a
2  snapshot we collected of a Facebook profile Craig
3  S. Wright.  Do you see that?
4      A.   Yes, I see someone else's Facebook
5  profile as it is now.
6          MR. RIVERO:  I'm objecting to the
7  use of this document, for completeness and other
8  reasons.
9  BY MR. FREEDMAN:
10     Q.   Do you recognise --
11         MR. RIVERO:  Mr. Freedman, for good
12 order could you just identify what we are looking
13 at since it does not have a Bates or exhibit
14 number or anything else, just so we can make a
15 record of what you are referring to.
16 BY MR. FREEDMAN:
17     Q.   I did say it purports to be a
18 Facebook profile and Dr. Wright says it belongs to
19 someone else.  Dr. Wright do you recognise this
20 post?
21         MR. RIVERO:  I need to make a
22 record also.  This is a document that says -- in
23 its first line it has what appears -- on the left
24 I see a small snapshot that may be Dr. Wright.  It
25 says Craig S. Wright.  Then it's timeline 2014,

Page 72

1  December.  Then it has some photographs underneath
2  and has four entries starting with Bobby Joe and
3  ending with Edwin Archer.  No Bates number, no
4  exhibit number.
5  BY MR. FREEDMAN:
6      Q.   We are going to identify this
7  document is Tag 1, which is its file name, so we
8  can mark exhibits later.  Do you recognise this
9  Facebook post?
10         (Exhibit Tag 1 referred to)
11     A.   No, I don't.
12     Q.   Can you read for the record the
13 Facebook post attributed to Craig S. Wright?
14         MR. RIVERO:  Object to the form.
15     A.   Yes, I see that post.  One of the,
16 I believe, 1500 existing Craig S. Wright's out
17 there, with my picture, has:  "Basically,
18 I stopped mining in 2012.  I will leave that for
19 others now".
20 BY MR. FREEDMAN:
21     Q.   Have you ever said you stopped
22 mining in 2011?
23         (Exhibit Tag 2 referred to)
24     A.   No.
25         MR. RIVERO:  I am trying to find

Page 73

1  the tag.
2          MR. FREEDMAN:  The entire document
3  is displayed on the screen.  There is nothing more
4  to it.  If you look on the screen, you can
5  research the file.
6          MR. RIVERO:  I found it.  Just give
7  me one second.  Thank you.
8  BY MR. FREEDMAN:
9      Q.   Do you recognise this as a tweet
10 from your @proffaustus account?
11     A.   Yes, that is a tweet from my
12 @proffaustus.
13     Q.   Can you read for the record the
14 first paragraph of that tweet?
15     A.   "Neither of us mined after 2011".
16     Q.   Is this a tweet you wrote,
17 Dr. Wright?
18     A.   Yes, I did not mine after 2011.
19 1st January 2011 I was not mining.
20     Q.   I just asked if you wrote it,
21 nothing else.  Please answer the question that is
22 being asked of you.
23         MR. RIVERO: I ----
24         MR. FREEDMAN: Mr. Rivero, you will
25 have time to redirect your witness as you want.



Page 74

1  The question was did you write it, not if it's
2  true. I would appreciate it, Mr. Rivero, if you
3  would let me ask the questions unimpeded.
4        MR. RIVERO:  Mr. Freedman, lower
5  your tone. I move to strike all your comments.
6  Your question has been properly asked.
7  BY MR. FREEDMAN:
8        Q.    Did you ever invest in a basic
9  system, prior to 2014, to make mining more
10 profitable?
11       A.    Yes.
12       Q.    Dr. Wright, did you mine Bitcoin as
13 Satoshi in 2009 and 2010?
14       A.    I did not mine as Satoshi at any
15 point in history.
16       Q.    Have you ever said that you mined
17 Bitcoin as Satoshi in 2009 and 2010?
18       A.    No, I mined owning a company.
19       Q.    Dr. Wright, I am going to put on
20 the screen what is identified for this purposes of
21 this deposition at tag 3. Let me know when that
22 is up.
23       (Exhibit Tag 3 referred to)
24       A.    Uh-huh.
25       Q.    Do you recognise this as a post

Page 75

1  from your Slack group?
2        A.    Yes, I do.
3        Q.    Dr. Wright can you for the record
4  please read the last paragraph of this post?
5        A.    "My life goal is to increase the
6  value of Bitcoin I mined as Satoshi in 2009/2010
7  to be as great as possible. This will take
8  decades. I am bot a beneficiary and I set up so
9  that the 225K will be used for a purpose ----
10       Q.    I think you misread that. Can you
11 go back for the records. I think you said 225K.
12       A.    Sorry. "825K will be used for a
13 purpose ----
14       Q.    Just so we have a clean record I am
15 going to ask you to start from the beginning of
16 the quote. Please read for the record the portion
17 of your post that starts from "my life goal"?
18       A.    Yes, I can take the out of context
19 thing and read that again. "My life goal is to
20 increase the value of Bitcoin I mined as Satoshi
21 in 2009/2010 to be as great as possible. This
22 will take decades. I am bot a beneficiary and
23 I set it up so that the 825K will be used for a
24 purpose, not one Bitcoin that is to be spent on
25 me".

Page 76

1        Q.    It is true that you mined Bitcoin
2  as Satoshi in 2009/2010, is it not?
3        MR. RIVERO:  Object to the form.
4        A.    I have written many things that are
5  not accurate, but that does not mean when I am
6  under oath I will not detail them in full. So,
7  yes, I did not go into trying to explain to people
8  commonly that I set up a company in 2009 called
9  Information Defense, that was registered in
10 January 2009, that I went through a process with
11 the Australian industry organisation, tried to
12 have those companies registered in Australia, set
13 up shareholdings and staff and, between different
14 facilities I ran, operated and managed staff to
15 run those machines for me. As a simple
16 explanation of all of the above, that is what
17 I said without being under oath. If I am under
18 oath then no I will not say I mined as Satoshi
19 because, well, then I have to be fully truthful
20 and just simplifying things for the average person
21 generally seems to work.
22 BY MR. FREEDMAN:
23       Q.    Dr. Wright, you are saying that
24 your comment on this Slack forum was imprecise?
25       A.    It is extremely imprecise. It is a

Page 77

1  Slack forum where you don't get to sit there
2  negotiating back and forwards or going into
3  details. Trying to explain to people from a
4  variety of different countries, who may not even
5  speak English as a first language, who are
6  developers, the legal aspects of "Yes. Well,
7  I started a company. The corporate ownership of
8  that company then had rights that were transferred
9  across international boundaries under a warrant.
10 The warrant was then executed, the companies did
11 an assignment right in 2010. We closed those
12 down, merging the other things in", and trying to
13 explain that just complicates the matters of
14 trying to get a simple message across so, yes.
15       Q.    Thanks, Dr. Wright. In May 2013
16 was the value of your Bitcoin wallet approximately
17 around AUD 100 million?
18       A.    Which Bitcoin wallet?
19       Q.    Any Bitcoin wallet?
20       A.    Of mine, no.
21       Q.    Did you ever tell anyone that the
22 value of your Bitcoin wallet was approximately AUD
23 100 million?
24       A.    If I did I would have been
25 referring to a corporate wallet, as in sometimes

Page 78

1  I use the royal "we" etc.
2      Q.    Was the value of your corporate
3  Bitcoin wallet around approximately AUD 100
4  million in May of 2013?
5      A.    That is possible.  In 2011, between
6  March and July, I had used money that I earned
7  from a number of gaming contracts and other such
8  things to purchase Bitcoin to be used without
9  linking to my origin invention of Bitcoin from a
10  number of exchanges, including Liberty Reserve,
11  W&K, MIR I believe, mostly the sort of very small
12  dodgy places because there was nothing else other
13  than small dodgy places in Bitcoin land.  Those
14  had been transferred into the companies.  The
15  Bitcoin that I discussed at the time was the
16  purchased Bitcoin.  The records for all those
17  purchases and all the transfers into the company
18  will demonstrate they are not mined Bitcoin, if
19  that is what you are trying to get at.  So, yes,
20  I had communicated about the corporate value,
21  especially when communicating to different people
22  about investment etc.
23      Q.    Did you ever pay MJF Mining any
24  Bitcoin?
25      A.    I paid a combination of Bitcoin

Page 79

1  directly to them and as a direct assignment with
2  them as an agent.
3      Q.    On 30 August 2013 did you pay MJF
4  Mining the sum of 245,103.89 Bitcoin?
5      A.    I don't remember the date.  There
6  was an assignment done.  I did not pay personally,
7  if that is what you are asking.
8      Q.    Is that the correct amount that was
9  paid?
10      A.    I would have to look at the
11  accounts.  I am not the accountant.
12      Q.    Is it approximately what you recall
13  paying them?
14      A.    It would be somewhere in that
15  order.
16      Q.    On 15th September 2013 did you
17  transfer 135,100.10 Bitcoins to MJF Mining?
18      A.    Again, I was not and have not been
19  the accountant or bookkeeper, or anything like
20  that, for the companies.  I don't remember the
21  exact dates on these particular things, they had
22  no particular interest for me to remember the
23  date.  If there is something in my life that is
24  emotionally scarring or whatever else I will
25  remember a date.  This was not, so I didn't.

Page 80

1      Q.    But did you transfer something
2  around that order?
3      A.    Again, you are saying did I.  I had
4  people working and acting for me, so if your
5  question is did I instruct people to transfer
6  Bitcoin, the answer is yes.  If you are saying did
7  I personally do it, the answer would be no.
8      Q.    Did you instruct people to transfer
9  around that amount of Bitcoin to MJF Mining?
10      A.    I don't know the exact amount.
11  That is quite possible.
12      Q.    Did both of these transfers occur
13  after Dave died?
14      A.    Yes, I believe.  What date did you
15  say?
16      Q.    August and September 2013.
17      A.    Then, yes, definitely.
18      Q.    Dr. Wright, did Dave Kleiman
19  authorise the payment of these Bitcoin?
20      A.    Dave Kleiman was dead.  It is
21  difficult for a dead person to authorise anything.
22      Q.    So he did not?
23      A.    I cannot preclude that he could
24  have authorised it beyond the grave.  I am
25  Christian, I was a pastor.  I believe that after

Page 81

1  death we continue so I cannot say that he did not,
2  if you want to use the correct word of
3  "authorise", its meaning.  I feel that I did the
4  right thing but he did not tell me at any point
5  about authorising any of these transactions
6  because at no point was Dave Kleiman ever involved
7  with any of those companies, nor a party to do --
8  anything to do with them.
9      Q.    Did Dave Kleiman have anything to
10  do with the deal you struck with Mark Ferrier and
11  MJF Mining Services?
12      A.    The deal that I ended up going
13  through sort of happened after Dave Kleiman died.
14      Q.    That was not what I asked.  I just
15  asked if Dave Kleiman had anything to do with that
16  deal?
17      A.    Are you asking whether beyond the
18  grave somehow he managed to have a seance with
19  someone?  I don't believe in seances.
20      Q.    So the answer is no.
21      A.    Unless you believe in them, I don't
22  believe he can.
23      Q.    So unless Dave Kleiman communicated
24  beyond the grave he did not have anything to do
25  with these deals; is that an accurate statement?

**MAGNA**
**LEGAL SERVICES**

Page 82

1    A.   Yes.
2    Q.   Did MJF Mining Services ever
3  acknowledge receipt of private keys to you?
4    A.   They announced they had received
5  it. It was not directly to MJF Mining, it was
6  through accounts function as agent, so I am not
7  sure what was received to them directly and what
8  was given to other parties.
9    Q.   Did MJF Mining -- strike that. Was
10  MJF Mining Services associated with Mark Ferrier?
11    A.   Yes, unfortunately.
12    Q.   Did Mark Ferrier send you Core
13  Banking software?
14    A.   No, Mark Ferrier did not send me
15  Core Banking software.
16    Q.   Did Mark Ferrier arrange for you to
17  receive Core Banking software?
18    A.   Yes, Mark Ferrier acted as an agent
19  for other parties who gave me source code to
20  Islamic banking software.
21    Q.   Did you pay for that software?
22    A.   Yes, I paid for that software.
23    Q.   What form of remuneration did you
24  provide for that software?
25    A.   I made an exchange with a group, a

Page 83

1  Saudi group, to exchange a large amount of Bitcoin
2  for copies of software.
3    Q.   Did you buy anything else from
4  Mr. Ferrier, MJF Mining or any other company as
5  part of that transaction?
6    A.   I attempted to buy something else.
7    Q.   What is the total remuneration that
8  you paid for these things?
9    A.   The Core Banking software or the
10  things that were not delivered?
11    Q.   Why don't you break it down.
12  First, for the Core Banking software.
13    A.   I don't know. It will be in the
14  company accounts. More than that, I have no idea.
15    Q.   What about for the other things
16  that you purchased?
17    A.   I know it was in the tens of
18  millions of dollars. There were transfers of gold
19  that never occurred. Mark Ferrier was meant to be
20  mining a mine for Pain, an Australian listed
21  mining company. Unfortunately, it turns out
22  Mr. Ferrier duped a lot of people and never
23  appeared in the contract with Pain. I had no
24  third party rights, so nothing occurred there.
25  I don't remember the value. There was a lawsuit.

Page 84

1  Unfortunately, Mr. Ferrier fled overseas so I have
2  not tracked how much that is actually worth. The
3  other was SCADA software. The SCADA software was
4  from Siemens. We were given a complete set of all
5  Siemens software, all control software and all
6  management software, including for power plants
7  and other global operations.
8    Q.   What is the total remuneration that
9  you paid for all of these things?
10    A.   I don't know. You would have to
11  look at the accounts.
12    Q.   Did you and Dave arrange for the
13  sail of 500,000 Bitcoin to have access to Core
14  Banking software?
15      MR. RIVERO: Object to the form.
16    A.   As I said, Dave was dead.
17  BY MR. FREEDMAN:
18    Q.   Did you tell Ira that Dave arranged
19  for the -- strike that. Did you tell Ira that you
20  and Dave arranged for the sale of 500,000 Bitcoins
21  to have access to Core Banking software?
22      MR. RIVERO: Object to the form.
23    A.   It was not 500,000, off the top of
24  my head, for Core Banking software. I would need
25  to look at the amounts.

Page 85

1      MR. FREEDMAN:
2    Q.   I just asked if you told Ira that
3  you arranged for the sale of 500,000 BTC so that
4  you could have access to Core Banking software,
5  not whether the amount was correct. Let me
6  rephrase so you can hear clearly the question.
7  Dr. Wright, did you tell Ira that you and Dave
8  arranged for the sale of around 500,000 BTC so
9  that you could have access to Core Banking
10  software?
11      MR. RIVERO: Object to the form.
12  Dr. Wright, answer that question.
13    A.   No, but I do know that Mr. Kleiman
14  has created documents and sent them around saying
15  that.
16  BY MR. FREEDMAN:
17    Q.   Dr. Wright, I am going to share
18  with you what you have produced in this litigation
19  as Defense 00119167. Can you let me know when
20  that is up on the screen?
21      (Exhibit Defense 00119167 referred to)
22    A.   That is up on the screen.
23    Q.   Do you recognise this as a printout
24  of an e-mail that purports to be from you to Ira
25  Kleiman, with a cc to Andrew Sommer?



Page 86

```
1        A.   No, I did not.  There are a number
2   of problems with this.  Where I said that unless
3   there is something emotionally scarring or
4   whatever else I don't remember dates, this happens
5   to be an emotionally scarring date.  On 23rd
6   August, this was just before the Tuesday following
7   where we told the staff, on this particular day
8   for the entire day I had been in communications
9   with McGrathNicol, the external auditors that we
10  appointed over Hotwire, KPMG and other entities.
11  Basically, we had decided to appoint external
12  parties to manage Hotwire due to problems that we
13  had, so we were renegotiating contracts.  We were
14  with lawyers and other parties.  The entire
15  process of spending a day with everything there,
16  going through and having to close -- well, not
17  close but place not into liquidation, as you said,
18  but into external administration the company and
19  restructure was massively scarring, I would say,
20  mentally for me.  I remember the day and
21  unfortunately there was a day when I did not have
22  any e-mails sent.  I did not send a single e-mail
23  on 23rd April and there are public records that
24  attest that I was in these meetings.
25        Q.   Dr. Wright, is it your position
```

Page 87

```
1   then that you did not send this e-mail?
2        A.   It is my position that Mr. Kleiman
3   has been making up documents and that he has
4   worked with other people that I fired that have
5   been doing things like signing my signature to
6   raise money and that Mr. Kleiman has fabricated
7   quite a lot and then said things that are taken
8   from machines that I was no longer involved with
9   that he would have known have been fabricated,
10  yes.
11       Q.   I want to break that down.  The
12  first is, just so the records is clear, it is your
13  testimony that this is not an e-mail you sent,
14  correct?
15       A.   My testimony with the Craig S.
16  Wright A, whatever that says, is that Ira Kleiman
17  has been defrauding everyone, and he can sue me
18  for defamation on this one, because I think he is
19  a con man.
20       Q.   Dr. Wright, please just answer the
21  question I am asking.  I really don't want to have
22  to ask the court for more time.  I really want to
23  finish this but if you don't answer the question
24  it is going to take a lot longer.
25       A.   I did answer the question.
```

Page 88

```
1        Q.   Is it your testimony that this
2   document ----
3            MR. RIVERO:  I ----
4   BY MR. FREEDMAN:
5        Q.   Mr. Rivero let me finish the
6   question and then you will have opportunity to
7   object.  Dr. Wright, it is your testimony that
8   this e-mail was not sent by you?
9            MR. RIVERO:  Dr. Wright, let me
10  speak.  Dr. Wright, please answer that question so
11  we can proceed.
12       A.   It is my testimony that this is a
13  fraudulently fabricated document involving Ira and
14  other people that I was not involved in the
15  sending of.
16  BY MR. FREEDMAN:
17       Q.   Can you read for me the first two
18  sentences of this e-mail that purports to be from
19  you?
20       A.   I can read the fabricated document,
21  saying: "I have sold all of the BTC that I plan
22  to sell now.  In doing what we wanted to do, Dave
23  and I arranged for the sale or around 500,000 BTC
24  so that we could have access to Core Banking
25  software.
```

Page 89

```
1        Q.   Dr. Wright, you said that Ira
2   Kleiman has fabricated this e-mail -- strike that.
3   Do you believe Ira Kleiman has fabricated this
4   e-mail?
5            MR. RIVERO:  Objection.  Asked and
6   answered.
7        A.   I believe that Ira Kleiman worked
8   with other people who were fired from my
9   organisation to fabricate this and many other
10  documents.  I believe that he knew that the
11  document dates that were changed in 2014 would
12  have been changed, that the reason -- that the
13  administration I told you about where people are
14  talking about e-mail headers and things like that
15  changing on that date and being forensically
16  differed, that was because we had gone through an
17  administration and had to rebuild all the servers
18  and import e-mails to a new domain being that
19  Hotwire was not our domain anymore because it was
20  under external administration and we had to set up
21  a new exchange server.  I believe that the only
22  reason all of those documents purporting to be my
23  forged documents that can be demonstrated to be
24  involved with the administration and the changes
25  of re-scanning are all because Mr. Kleiman and
```

Page 90

1  other people that used to work for me worked
2  basically to take money.  That he is a con man, a
3  fraud and he is making up things for this court in
4  order to steal or attempt to steal funds.  That is
5  my testimony.
6        Q.   What evidence do you have ----
7             MR. CAIN:  We need to take a break
8  quite shortly because the SD card for the video
9  machine is going to run out.
10            MR. FREEDMAN:  How much time do we
11  have?
12            MR. CAIN:  Five minutes.
13  BY MR. FREEDMAN:
14       Q.    Perfect.  Dr. Wright, what evidence
15  do you have that Ira Kleiman fabricated this
16  e-mail?
17       A.    I have things that I have discussed
18  with my solicitors, I have the fact that I was not
19  available or sending e-mails on that day, I have
20  the evidence that my machines were compromised,
21  I have the evidence that the machines were shut
22  down and rebuilt, I have the public records to do
23  with the administration of the companies, I have
24  testimony of other people, I have forensic
25  analysis of some of the signatures proving that it

Page 91

1  was not me who signed them but other people,
2  I have other documents.  Unfortunately what
3  I don't have, because your side has not put any of
4  the required evidence in, are original documents
5  from Mr. Kleiman that he was required under
6  discovery to provide.
7        Q.   Dr. Wright, what evidence do you
8  have that specifically links Ira Kleiman to these
9  documents?
10            MR. RIVERO:  Hold on.  Objection.
11  Asked and answered.  Dr. Wright, just be careful
12  not to go into any discussions with counsel
13  anywhere, including us, including London.  Go
14  ahead and answer.
15       A.    I cannot answer that without going
16  into discussions with counsel as counsel were the
17  people running and managing all the forensic
18  personnel.
19            MR. FREEDMAN: Why don't we take
20  that break now, you can switch up your SD card and
21  we'll flag this and come back to it.
22       (Recess at 1.58 p m. to 2.29 p.m.)
23  BY MR. FREEDMAN:
24       Q.    Dr. Wright, would it be accurate to
25  say you filed a police report because you paid

Page 92

1  Mark Ferrier or companies associated with him for
2  something he never delivered?
3        A.    I filed a police report acting for
4  corporations.  The corporation, in capacity, had a
5  police report filed where I acted as the corporate
6  representative.
7        Q.   Because those corporations paid
8  Mark Ferrier for something that he never
9  delivered?
10       A.    His organisation would have had to
11  deliver but, yes, Mark Ferrier was a con man.
12       Q.    The witness statement we reviewed
13  yesterday was submitted to the New South Wales
14  police as part of that report?
15       A.    No, that was a draft document that
16  you had that was being produced by my solicitors
17  at the time, so what you had in the draft was
18  documents going back and forwards as my solicitors
19  were, basically, instructing me.
20       Q.    Did you ever send those reports in
21  any form, from drafts or file, to the New South
22  Wales police?
23       A.    The final version of the report was
24  filed in person with the police.
25       Q.    Did you file any drafts of the

Page 93

1  report with the police?
2        A.    The drafts I don't believe would
3  have been filed with the police, no.
4        Q.    Did you send any of the drafts to
5  the police?
6        A.    I don't know.
7        Q.    Would you have shared a draft with
8  the police that you did not believe to be
9  accurate?
10       A.    I doubt it.
11       Q.    Doctor, were you and Dave working
12  on creating a completely open and malleable form
13  of scriptable money?
14            MR. RIVERO:  Object to the form.
15       A.    No, because what happened was
16  I invited Dave to work with me.  Dave never worked
17  with me.
18  BY MR. FREEDMAN:
19       Q.    Were you and Dave working on ways
20  to program a distributed contract using Bitcoin to
21  form agreements with people via the blockchain?
22       A.    No, none of that work ever began.
23  I invited Dave to be part of something like that
24  where I would develop a solution.  Unfortunately,
25  before any of that started Mr. Kleiman died.



Page 94

1     Q.    Were you and Dave working on
2  solving an issue where a transaction could be
3  issued potentially even after a confirmation if
4  the blockchain is reorganised?
5     A.    I think the way you are putting
6  that is a little bit off, but what I will say once
7  again is I started working in 2014 on a solution
8  that would enable transaction security.  That was
9  started in 2014, even though I had planned it and
10 talked to other people as early as 2011 and 2012.
11 No work was conducted until about February in 2014
12 so therefore, being that Mr. Kleiman had died in
13 2013, it was not possible for him to be working
14 with me.
15    Q.    Did you and Dave seek to create
16 autonomous agents in the Bitcoin block?
17    A.    No.  Mr. Kleiman has no ability to
18 code there.  Mr. Kleiman was invited to run
19 machines for me.  If he had not died I would have
20 had him acting as a system engineer and running
21 machines where I had run PSO's and other
22 technology as I experimented with this technology.
23         MR. RIVERO:  I had an objection
24 that was not picked up.  I had an objection to the
25 last question.  Go ahead, Mr. Freedman.

Page 95

1  BY MR. FREEDMAN:
2     Q.    Was the Bitcoin exchange by which
3  smart contracts would be connected an idea that
4  you developed with Dave Kleiman?
5     A.    No, no ideas that I discussed were
6  developed when Mr. Kleiman was alive.
7     Q.    Dr. Wright, I am going to share
8  with you now what we have produced in this
9  litigation as Kleiman 561744.  Do you see this
10 e-mail on the screen?
11        (Exhibit Kleiman 561744 referred to)
12    A.    I see the e-mail on the screen.
13    Q.    Is this an exchange of e-mails
14 between you and Ira Kleiman?
15    A.    No, because what you will notice is
16 it says "sent from my HTC".  Since 2011 I have
17 been using Samsung.  I have my records for my
18 Samsung purchases, going right back to a Samsung
19 3.  I have not used a HTC.  I believe the only
20 person I know who used a HTC was Uyen and she was
21 never authorised to send e-mails such as that from
22 me.
23    Q.    Is it your testimony that you did
24 not send this e-mail?
25    A.    I did not send that e-mail.  I did

Page 96

1  not have a HTC phone, I have a Samsung phone and
2  I did not set my Samsung phone to say "sent from
3  my HTC".
4     Q.    Dr. Wright, I am going to share
5  with you now what has been marked as exhibit 8 to
6  your deposition in April of 2019.  Do you recall
7  that deposition?
8     A.    Yes, I do.
9         (Exhibit 08 referred to)
10    Q.    Do you recognise this e-mail as an
11 exchange of e-mails between you and Ira Kleiman?
12    A.    I recognise some of the parts.
13 I had sent a bond villains e-mail.  What I did not
14 recognise at the time was the "sent from my HTC",
15 so although I had forwarded information to Ira
16 I did not notice where, basically, part of this
17 e-mail was wrong.
18    Q.    Which part of this e-mail is right
19 and which part is wrong?  Do you want me to go to
20 the beginning of the chain so you can show that to
21 me?
22    A.    Yes.
23    Q.    It looks like that is e-mail number
24 one.  On February 20, 2014 at 12.54 a.m., Craig S.
25 Wright wrote:  "Just some e-mails from Dave".  Is

Page 97

1  this a real e-mail you sent?
2     A.    I instructed e-mails to be sent, so
3  that is quite possible.  You are saying that I
4  sent.  If I instructed, then it is sent.
5     Q.    Either you sent or you instructed
6  this e-mail to be sent to Ira, is that accurate?
7     A.    The one below, yes.
8         MR. RIVERO:  I am following on the
9  screen so we can proceed, but in the Dropbox this
10 exhibit I can only see the first page, just so you
11 are aware.  Keep going, but I cannot follow on the
12 screen.
13        MR. FREEDMAN:  Maybe if you
14 download the document it might help.
15        MR. RIVERO:  Keep going.
16 BY MR. FREEDMAN:
17    Q.    Dr. Wright, the next e-mail in this
18 chain appears to be from Ira on Saturday 1st March
19 2014 at 12.53 p.m.  Do you recognise this as an
20 e-mail you received from Ira Kleiman?
21    A.    Yes, I do.
22    Q.    Do you see here it says "GICSR
23 Trust in Belize"?
24    A.    Yes.
25    Q.    Was Dave affiliated with the GICSR



Page 98

1  Trust in Belize?
2      A.   No.  What you will notice there is
3  Ira stating that.  I did not say that Dave was
4  associated with any trust in Belize called GICSR.
5      Q.   The next e-mail appears to be on
6  Friday 3, February 28th 2014, from Craig S.
7  Wright.  Do you recognise that e-mail as an e-mail
8  that you either sent or authorised to be sent?
9      A.   Yes.
10     Q.   Then the next e-mail is from Ira on
11 sat March 4, 2014 at 9.23 a m.  Do you recognise
12 that as an e-mail you received from Ira?
13     A.   No.
14     Q.   The next e-mail is an e-mail from
15 Ira to Craig on Sunday, March 2nd 2014 at 6.42.
16 Do you recognise that as an e-mail that you
17 received from Ira?
18     A.   No.
19     Q.   The next e-mail is an e-mail from
20 Craig S. Wright to Ira on Saturday March 4, 2014
21 at 3 o'clock p.m.; do you recognise that as an
22 e-mail you sent or authorised to be sent to Ira?
23     A.   No.  Again it is sent from my HTC,
24 which is not my HTC.  It says "my HTC".
25     Q.   Dr. Wright, do you recall that at

Page 99

1  your last deposition I asked you to read Ira's
2  e-mail from March 2, 2014?
3      A.   Yes.
4      Q.   Do you recall that?  Do you recall
5  that I also asked the following -- you to read
6  your response on March 4, 2014 at 3 o'clock p m.,
7  that says "around that minus what was needed for
8  the company's use"?
9      A.   You had asked me about these things
10 at the time.  What I recollect was that the first
11 e-mails I sent I had no recollection.  I did not
12 think about the fact that there are other parts in
13 here, "sent from my HTC".  So, effectively
14 I looked at the first part of the e-mails there
15 where I had actually communicated with Ira and
16 I was not at that time believing that Ira could be
17 involved in fraudulently altering documents for
18 people.
19     Q.   In April 2019 you believed this was
20 a real e-mail from you to Ira.  You have
21 subsequently come to realise it is not; is that
22 accurate?
23     A.   No, I had not thought about the
24 first part of the e-mail.  I was thinking about
25 the other part that I had sent.  There are e-mails

Page 100

1  in this correspondence thread that are e-mails
2  from me.
3      Q.   Dr. Wright, at your last deposition
4  I asked you the following question and you gave
5  the following answer: Question: "Can you read
6  above that?"  Your response: "At March 1st, 2014
7  at 3 p.m."  Answer: "Mine.  Around that, minus
8  what was needed for the company's use".  Do you
9  recall that?
10         MR. RIVERO:  Objection.
11 Dr. Wright, please.  Objection.  Improper.
12 Impeachment.  Go ahead, Dr. Wright.
13     A.   Yes.
14 BY MR. FREEDMAN:
15     Q.   At your last deposition you used
16 the word "mine" to refer to this e-mail, isn't
17 that correct?
18         MR. RIVERO:  Objection.
19     A.   The later part of the e-mail is
20 mine.  What you are trying to say here is that I
21 would recognise everything.  When I see a stream
22 of e-mail communications that are supposedly mine
23 and there is a small response, I didn't even think
24 that someone would have compromised or otherwise
25 altered machines.  I had not thought about the

Page 101

1  until afterwards, until I thought about the HTC
2  bit.  I have been using Samsung phones for a long
3  time.  I rib my children and my wife about iPhone
4  and I have been trying to convince them to use
5  Samsung for a long, long time.  I did not actually
6  pick up on that at first, I thought this must be
7  something I sent.
8      Q.   Dr. Wright, did Dave Kleiman have
9  300,000 of the Bitcoin in the trust?
10     A.   Dave never any had anything in the
11 trust.  Dave never owned any property in any trust
12 I have ever had.  The error you are making is in
13 Bitcoin I purchased.  After 2011 I asked him to
14 hold files.  Those files were not Bitcoin.  Keys
15 are not the property in Bitcoin, contrary to what
16 the people paying your client want people to
17 believe so that government cannot stop them.  The
18 truth of the matter is, no, Mr. Kleiman has never
19 had anything to do with any of my trusts, from an
20 ownership or rights perspective, ever.  He never
21 had anything to do with the companies that I set
22 up overseas that were owned by those and he's
23 never owned any Bitcoin that I've owned or
24 purchased.
25     Q.   Was there a trust set up to put

26 (Pages 98 to 101)

Page 102

1  Bitcoin, that Dave was mining, into?
2      A.   I have come to believe now.
3  I was told by Dave early on that he was doing a
4  whole lot of things.  Dave Kleiman, between 2008
5  and his death, had informed me that he was running
6  machines.  Dave Kleiman had informed me that he
7  was paying people.  I was worried at one stage
8  because I'd found out that some of the money that
9  I had given him ended up in Silk Road.  I was
10 informed by Mr. Kleiman that, "Oh no, I am hiring
11 people in Silk Road", and I was trusting and
12 gullible enough to have believed him.  Since then
13 I found out what actually happened, why he
14 basically was about to be kicked out of his house,
15 was all of that money that he had never went to
16 running machines, he was incapable of running
17 those machines, he exaggerated his position and
18 effectively the cocaine and opiates and other
19 things that he spent it on all basically went --
20 instead of running computers, instead of
21 developing code, instead of doing what he promised
22 he was doing, went into drugs.
23     Q.   Was there a trust in Panama set up
24 as a funding mechanism for the research you and
25 Dave were doing?

Page 103

1      A.   Dave was not doing any research.
2  Dave was not an academic.  Dave didn't even finish
3  university.
4      Q.   Did you ever tell the Australian
5  Tax Office such a trust was set up?
6          MR. RIVERO:  Same objection as
7  previously about reliance on such transcripts.  Go
8  ahead and answer.
9  BY MR. FREEDMAN:
10     Q.   We gave you a standing objection to
11 that, so you don't have to do that.
12         MR. RIVERO:  I'm just establishing
13 my record.  Please go ahead.
14     A.   Again, those transcripts were not
15 even remotely accurate.
16 BY MR. FREEDMAN:
17     Q.   I did not mention the transcripts.
18 I just said did you tell the Australian Tax Office
19 such a trust was set up?
20     A.   No, I did not say that there was a
21 trust with Dave.  The tax office knew about all of
22 my trusts, going back until 1996.  Craig Wright
23 R&D was originally mentioned in an Australian
24 court case in 2003 and all of those things were
25 set up with their reciprocal Australian domiciled

Page 104

1  trust entity.  At no point was Dave Kleiman ever
2  mentioned, whereas I listed all the beneficiaries,
3  paid all the tax and recorded all the
4  documentation for each of these entities, so there
5  is not a Mr. Dave Kleiman as associated with any
6  of them.
7  BY MR. FREEDMAN:
8      Q.   Did you ever mine Bitcoin into a
9  Panama trust?
10     A.   No, I did not mine Bitcoin into a
11 Panama trust.
12     Q.   Dr. Wright is this the same trust
13 -- strike that question.  Dr. Wright, did you and
14 Dave ever put assets into the same trust?
15     A.   Dave has never had anything to do
16 with any assets that I have owned, other than
17 Coin-Exch.  The only company that Dave ever had
18 shares for was Coin-Exch and that only occurred
19 because I honoured a promise even though it turns
20 out that the person I thought Dave was was
21 different and that he never completed any task nor
22 had anything that he promised to do.
23 Unfortunately, Mr. Kleiman committed suicide four
24 days before he would be required to put his
25 Bitcoin that he promised he had into a company

Page 105

1  I had founded, but he was never associated with
2  any trust I was involved with.
3          My trusts are family trusts, they
4  don't involve anyone outside of my family.  They
5  don't involve friends, they don't involve
6  co-workers and they don't involve anything else.
7  At no point have any of my trusts mined Bitcoin.
8  My trusts hold shares in companies that mined
9  Bitcoin.  I have simplified this for people
10 because it becomes difficult at times and they
11 roll their eyes at me when I explain it.
12         I have a trust and that trust owns
13 shares.  The shares are in a company.  The company
14 is owned not in the past by multiple people.
15 Those company records are all filed.  The taxes
16 are paid, the employees are paid.  Then those
17 companies act.  When I say I am mining Bitcoin and
18 I have a staff member, an employee who is under a
19 contract working for me, then I am mining Bitcoin.
20 When someone runs a machine under my direction,
21 I am mining Bitcoin.  When I say I am mining
22 Bitcoin I mean that the trust that I founded runs
23 a company that employs people that do an employed
24 role to mine Bitcoin into the company, making the
25 shares more valuable.  By the shares being more

MAGNA
LEGAL SERVICES

Page 106

1   valuable, increase the value in my trust.
2        Q.    Dr. Wright, was there ever a trust
3   where the assets were sourced from you and Dave?
4        A.    No, there were no assets that Dave
5   ever owned in any of my trusts.  The error that
6   people make is thinking that any keys or
7   files are assets.  Bitcoin keys are not assets.
8   Bitcoin keys don't even store Bitcoin.  That is a
9   misrepresentation by a number of criminals who
10  seek to have law enforcement believe that Bitcoin
11  operates and is like account based, and not a UTXO
12  based system.  If you actually recognise it, it is
13  the equivalent of bags of rice; we're holding a
14  number of tokens.  Each of those tokens is what
15  makes up Bitcoin.  Each is individual, individual
16  and can be moved between each of the bags, but the
17  bags are not the keys.
18        MR. FREEDMAN:  Mr. Rivero, I would
19  ask you to please ask your client to limit his
20  answer to the question posed.  If you don't and he
21  does not, we are going to end up back in the front
22  of the court for more time for this deposition.
23        MR. RIVERO:  Please just ask your
24  next question.
25  BY MR. FREEDMAN:

Page 107

1        Q.    Did you ever tell the Australian
2   Tax Office that there was a trust where the assets
3   were sourced from you and Dave?
4        A.    No, that is not what I told the
5   Australian Tax Office.  The Australian Tax Office
6   kept trying to make up that story.  My comment to
7   them was I have a trust, that trust has shares,
8   those shares are the company that I set up in
9   Australia that the tax office knew about.  I said
10  I wanted to work with Dave.  I wanted to set up a
11  new company in 2011 after I'd started mining.
12        Q.    Dr. Wright, did you have a trust
13  that held Bitcoin which funded seven or eight
14  entities that you controlled via a loan?
15        A.    I did not control anyone via a
16  loan.  You don't control things via loans.
17        Q.    Let me rephrase the question.  Dr.
18  Wright, did you have a trust that held Bitcoin
19  which, via a loan, funded seven or eight entities
20  that you controlled?
21        A.    I had loans used as capitalisation
22  of rights, and those loans were associated with a
23  trust through a company.
24        Q.    How did the Bitcoin get into that
25  trust?

Page 108

1        A.    The Bitcoin was in a company.
2        Q.    Who gave you the loan?
3        A.    No one gave me the loan.  I don't
4   have a loan.
5        Q.    Did you have a trust that held
6   Bitcoin which funded entities that you controlled?
7        MR. RIVERO:  Objection.  Asked and
8   answered.  Answer again, Dr. Wright.
9        A.    I believe, and it might add a
10  little bit of clarity for you here, when you see
11  something -- Craig Wright R&D, Craig S. Wright ABN
12  number etc., you are not saying Craig Wright you
13  are seeing an organisation.  Any time that you see
14  Craig Wright R&D or Craig Wright with an ABN
15  number, an Australian Business Number, then any of
16  those sorts of entities are not me personally.
17  When I note them -- unfortunately, I have been
18  banned from ever naming anything ever again
19  because I have this habit of naming things the
20  same thing or my name or whatever else, so there
21  are many multiple entities -- companies and
22  businesses -- called Craig Wright, Craig Wright
23  R&D and whatever else, but none of those are
24  listed in any contract as Craig Wright.  They are
25  Craig Wright ABN number, Craig Wright other

Page 109

1   number.  When there is an individual contract --
2   in person contract for myself, that will either
3   have my tax file number or other identifying
4   aspects.
5        MR. RIVERO:  Dr. Wright, although
6   I think you have clarified the record, perhaps for
7   the questioner that was not actually the question.
8   Let's try to answer the question.
9   BY MR. FREEDMAN:
10       Q.    Dr. Wright, would it be accurate to
11  say that Craig Wright R&D is really just a
12  business name associated with you individually?
13       MR. RIVERO:  Object to the form.
14       A.    No, that would not be right.
15  BY MR. FREEDMAN:
16       Q.    Have you ever said that to anyone?
17       A.    In early periods of when I set that
18  up in 1996 that was correct.
19       Q.    Did you ever have a trust that held
20  ----
21       MR. RIVERO:  Something happened to
22  the audio.  I could not hear the question.  I do
23  not think it is on the record.
24       MR. FREEDMAN:  Can you hear me now?
25       MR. RIVERO:  Yes.



Page 110

1    A.   I have ----
2         MR. RIVERO:  There is no pending
3    question, not a question that I could understand.
4    BY MR. FREEDMAN:
5         Q.   Did you have a trust that held
6    Bitcoin?
7         A.   I have never held a trust that
8    holds Bitcoin.  I have founded a trust, which I am
9    no longer a trustee of, that holds shares, and
10   those shares are in companies that own Bitcoin.
11        Q.   Did those companies ever fund other
12   companies with that Bitcoin?
13        A.   That becomes difficult to go into
14   because now we are talking about multiple
15   companies and whatever else.  If you are talking
16   about Wright International Investments, then no.
17   Wright International Investments holds Bitcoin
18   that I mined between 2009 and August 2010.  The
19   rights to all of that Bitcoin reside in that
20   company.  That company has never done anything
21   with its Bitcoin; they have not moved, they have
22   not transacted, they have not done anything.  The
23   only uses of any Bitcoin associated with Wrights
24   International Investment were effectively donated
25   to people like Hal Finney and Mike Hearn, back

Page 111

1    when Bitcoin had zero value, effectively, and a
2    couple of other transactions to try to get people
3    to understand how Bitcoin worked.  So, they were
4    zero value transactions that were never recorded.
5         The other company is Tulip Trading
6    Limited.  Tulip Trading Limited is a company that
7    holds Bitcoin I purchased in various times in
8    2011, and those purchased Bitcoin have been used
9    in the funding of companies.
10        Q.   Did you actually transfer the
11   Bitcoin to funds those companies -- strike that.
12   Did Tulip Trading actually transfer the Bitcoin to
13   fund those companies or did it assign rights to
14   the Bitcoin to fund those companies?
15        MR. RIVERO:  Objection.  I object
16   to the form of the question, based on the previous
17   testimony.  I just want to say, in response to a
18   prior comment, that I think this series of
19   questions and answers shows the difference between
20   evasive and lengthy answers and questions that
21   misapprehend the stated facts, which in fact have
22   been answered properly in the way that explains
23   the situation.  Go ahead and answer if you can.
24        MR. FREEDMAN:  Hold on.  I am going
25   to respond to that.  The record will reflect what

Page 112

1    it reflects, Mr. Rivero.  So we have a clear
2    record I am going to read back that question.
3    Dr. Wright, did Tulip Trading actually transfer
4    the Bitcoin to fund those companies or did it
5    assign rights to the Bitcoin to fund those
6    companies?
7         MR. RIVERO:  Same objection.
8         A.   Both.
9    BY MR. FREEDMAN:
10        Q.   Was Panopticrypt ever the guarantor
11   of a Seychelles trust?
12        A.   No.
13        Q.   Did you ever tell that to the
14   Australian Tax Office?
15        A.   No.
16        Q.   Was Panopticrypt meant to be there
17   for Dave?
18        A.   No, Panopticrypt had nothing to do
19   with Dave.  Panopticrypt was set up between myself
20   and Ramona, as I had started living with my now
21   wife and working with her.  I set up a company
22   with her.  It never had any ownership or rights to
23   do with any other person.  The complete company
24   records reflect that.
25        Q.   Dr. Wright, do you recall reaching

Page 113

1    out in 2014 to Patrick Paige about Dave's
2    involvement in Bitcoin?
3         MR. RIVERO:  Object to form.
4         A.   I don't remember the exact date
5    but, yes, I do.
6    BY MR. FREEDMAN:
7         Q.   Did Patrick ask you about a list of
8    Dave's accounts?
9         A.   He was searching for various
10   information.  I believe at one stage he had said
11   "accounts", which is not technically correct.
12   There are no accounts with Bitcoin unless you are
13   talking about an exchange, and I have no knowledge
14   of any involvement Dave might have had with
15   exchanges.
16        Q.   Do you recall, after he asked you
17   about accounts, that you responded with a list of
18   items?
19        A.   Yes, I did.
20        Q.   And one of those items was W&K?
21        A.   I asked him to search for W&K
22   because if there were corporate records then -- if
23   Dave had maintained records correctly, as he is
24   required to by law, then there should be records
25   of any Bitcoin addresses Dave would have owned.



Page 114

1    Q.    Dr. Wright, I am going to share
2  with you what you produced in this litigation
3  DEFAUS 112977.  Do you recognise this as a
4  printout of e-mails between you and Patrick Paige?
5        (Exhibit DEFAUS 112977 referred to)
6    A.    I recognise this but I did not --
7  this was produced by my lawyers from an Australian
8  company capture so, no, I didn't produce it.
9    Q.    Do you see here, on the bottom of
10  the Bates label 11297 -- the top of 112978 the
11  e-mail from Patrick Paige to Craig Wright on
12  Monday 17th February 2014 at 1.01 a.m.?
13    A.    Yes.
14    Q.    Do you see Patrick asked you:
15  "What about accounts and location DK had" etc,
16  "DK" being Dave Kleiman.  "I thought you were
17  going to put a list together".  Do you see that?
18    A.    Yes.  I did not realise how little
19  knowledge Patrick Paige had of Bitcoin.
20  Unfortunately, I over-assume the amount of
21  knowledge people have.  There are not accounts in
22  Bitcoin, but I did not realise -- I keep thinking
23  that people understand my invention.  They don't.
24    Q.    Is this a real e-mail you received
25  from Patrick Paige, Dr. Wright?

Page 115

1    A.    That looks correct, yes.
2    Q.    Then on February 16, 2014 at 3.41
3  p.m. you responded; do you see that?
4    A.    I did.
5    Q.    Was that actually your response?
6  Did you send that?
7    A.    Yes, I sent such a response.
8    Q.    You said:  "I do not have a lot to
9  give you.  These may help:  W&K Info Defense LLC
10  and then GICSR Trust".  Do you see that?
11    A.    Yes.
12    Q.    Was Dave a beneficiary of the GICSR
13  Trust?
14    A.    No, Dave was not involved with
15  GICSR at all.  GICSR is an organisation set up to
16  instruct and fund law enforcement globally.  If
17  you look at the original website etc, what was
18  involved was a combination of NASA, Department of
19  Homeland Security and the NSA.  Basically, my role
20  in the Asia Pacific area was to teach and instruct
21  governments and law enforcement, which I did.
22  I had tried to teach them forensics and the
23  interception of illegal money laundering
24  activities.  The GICSR Trust noted there was
25  because at one stage I had sent Bitcoin to Dave.

Page 116

1  It is not that he was a beneficiary.  I have
2  funded Dave in the past, I paid him money to do
3  certain jobs if he had any records that he had
4  kept, which I discovered later that he did not,
5  then he would have been able to link that to the
6  payments he was receiving from me to do work.
7    Q.    Dr. Wright do you see above that at
8  the top of the page is an e-mail from Craig Wright
9  to Patrick Paige at 12:33:11 p.m.?
10    A.    Yes, I do.
11    Q.    Is that an actual e-mail you sent
12  to Patrick Paige?
13    A.    That looks correct, yes.
14    Q.    Dr. Wright you resigned from GICSR
15  -- strike that.  Dr. Wright you tendered your
16  resignation to GICSR in February 2012, is that
17  correct?
18    A.    I don't remember when I did.  The
19  organisation was moved over to a new organisation.
20  The same people kept going so, basically, I kept
21  funding the same activities that I was doing in
22  the new organisation.
23    Q.    Dr. Wright have you ever told the
24  ATO, after Dave's death, that the matter of your
25  funding was to remain of the upmost secrecy?

Page 117

1        MR. RIVERO:  Objection.  Same
2  objection.
3    A.    That is not what I told the ATO,
4  no.
5  BY MR. FREEDMAN:
6    Q.    Have you ever told the ATO that the
7  funding is in cash and Bitcoin?
8    A.    That is not what I told the ATO,
9  no.
10    Q.    Were you ever part of a group that
11  controlled 5% of the global Bitcoin market?
12    A.    There is no group.  There are
13  organisations that I am involved with that at one
14  stage would have controlled that amount.
15    Q.    Dr. Wright, I am going to share
16  with you what you have produced in this litigation
17  as Defense 46093.  Do you recognise this as the
18  printout of an e-mail between you, Mark Italia at
19  the ATO with a cc to Ms. Watts and other
20  individuals?
21        (Exhibit Defense 46093 referred to)
22    A.    It looks familiar.
23    Q.    Did you send this e-mail?
24    A.    Again, it looks familiar.  I am not
25  sure what the from is, so I cannot say.



Page 118

1    Q.    Do you see, on the sixth line down
2  from the top it says: "Our funding comes as we
3  are the group that controls 5% of the global
4  Bitcoin market"?
5    A.    Yes.
6    Q.    Who is the group?
7    A.    The group here was the companies
8  that I was operating.  So at this point, if we are
9  looking at October 2013, then it was Hotwire in
10  Australia, Wright Family Trust in Australia,
11  Panopticrypt in Australia, a number of other
12  companies subsidiary to those, and overseas
13  entities that were basically acting as the
14  controlling entities for the Australian entities.
15    Q.    Dr. Wright it is true you knew Dave
16  had at least 300,000 Bitcoin, right?
17        MR. RIVERO:  Object to form.
18    A.    No, that is not true.
19  BY MR. FREEDMAN:
20    Q.    Dr. Wright, did Dave Kleiman ever
21  tell you that he had at least 300,000 Bitcoin?
22    A.    Yes, Dave Kleiman told me that he
23  had 300,000 Bitcoin.
24    Q.    Dr. Wright, I am going to share
25  with you what has been produced in this litigation

Page 119

1  as Defense 41.  Do you recognise this as the
2  printout of an e-mail chain between you and Dave
3  Kleiman?
4        (Exhibit Defense 41 referred to)
5    A.    Unfortunately it is too small.
6  I cannot recall it.
7    Q.    Let me zoom in for you.
8    A.    Thank you.
9    Q.    How is that?
10    A.    Yes, this is familiar.  Yes.
11    Q.    I want to go down to the bottom of
12  this e-mail chain.  Do you recognise the last
13  e-mail on the page from Dave Kleiman to Craig
14  Wright on 7th September 2012 as a real e-mail from
15  Dave to you?
16    A.    Yes.
17    Q.    Is it signed with Dave's PGP key?
18    A.    I cannot verify that, but I believe
19  this e-mail was signed by his PGP key.  I cannot
20  look at a PGP signature and, unfortunately, I am
21  not a computer, I cannot validate it.
22    Q.    The last paragraph of this e-mail
23  it says: "It is confirmed that I have B" --
24  I take it that was Bitcoin -- "320,832.1 and
25  change"?

Page 120

1    A.    I cannot assume that is Bitcoin.
2  It could be Thai baht.
3    Q.    Did you have any reason to suspect
4  Dave Kleiman was involved in the currency from
5  Thailand?
6    A.    Now I would, yes.
7    Q.    Why was he involved in Thailand?
8    A.    Because Dave had a lot of
9  interaction with people in Silk Road and the 2IC
10  was involved in the Silk Road from Bangkok.
11  Variety Jones was arrested and charged not that
12  long ago when he tried to move some of the Silk
13  Road money in Bangkok, and a lot of the operations
14  to do with Silk Road happened to do with the drug
15  things in Bangkok.
16    Q.    Dr. Wright, I am going to go back
17  up to the e-mail we have been looking at.  Do you
18  see the e-mail from Craig Wright to Dave Kleiman
19  on 8th January 2013?
20    A.    Yes.
21    Q.    Did you send that e-mail to Dave
22  Kleiman?
23    A.    It looks familiar.
24    Q.    Going to go up again.  Do you this
25  e-mail from Dave Kleiman to Craig Wright on

Page 121

1  Tuesday January 8th, 2013 at 11.48 p.m.?
2    A.    Gain, it looks familiar.
3    Q.    That looks like a real e-mail that
4  Dave Kleiman sent to you?
5    A.    Yes, it looks familiar.
6    Q.    The e-mail above that, from Craig
7  to Dave on January 8th 2013 at 11.57, does that
8  look like an e-mail you actually sent to Dave?
9    A.    It could have been.
10    Q.    On top of that there is an e-mail
11  from Dave to Craig on January 15the, 2013; is that
12  an e-mail you received from Dave?
13    A.    It looks right.
14    Q.    Then, on top of that, an e-mail
15  from Craig to Craig on January 15th, 2013; is that
16  an e-mail you sent to yourself?
17    A.    I don't know.  I could have
18  forwarded an e-mail to myself.
19    Q.    Dave responds to the e-mail you
20  sent to yourself on January 16th, 2013.  Does that
21  look like an e-mail that Dave sent to you?
22        MR. RIVERO:  Before you answer,
23  Mr. Freedman let me note for the record I don't
24  know what that is.  It appears like it could be a
25  Post-it and I don't know if that is in the

MAGNA
LEGAL SERVICES

Page 122

1    original document, or it could have been something
2    in a production process. I will note that for the
3    record. Go ahead and answer, Dr. Wright.
4         A.    I don't know, so I don't know if
5    this is things tacked together on that or whether
6    I bcc'd him or whatever else. Yes, what I have
7    discovered after that was I was dumb enough to
8    believe that Mr. Kleiman did not use drugs and did
9    not do a whole lot of things that he did in his
10   life. I had no idea that Dave was not hiring
11   people off Silk Road. I was too ignorant and
12   I actually thought otherwise.
13   BY MR. FREEDMAN:
14        Q.    Dr. Wright, I was just asking if
15   this is an e-mail between you -- that you received
16   from Dave Kleiman. I'm not asking about the
17   contents at this time.
18        A.    I cannot verify it by looking at
19   it, other than it looks familiar.
20        Q.    Thank you. Dr. Wright, regardless
21   of this e-mail, you previously testified that Dave
22   told you he had over 300,000 Bitcoin, correct?
23        A.    Dave had told me he had 300,000
24   Bitcoin and I believed him at the time,
25   unfortunately.

Page 123

1         Q.    Were you aware that Dave kept his
2    Bitcoin mining a secret?
3         A.    Actually, I don't believe Dave ever
4    Bitcoin mined.
5         Q.    At the time did you believe that
6    Dave Kleiman kept his Bitcoin money a secret?
7         A.    I believe that Dave was running
8    machines. I don't believe he kept it secret.
9         Q.    Did Dave tell you that he told
10   anyone about his Bitcoin mining?
11        A.    Dave hardly ever told me anything.
12   It was mainly a one-way street where he listened
13   to me and responded.
14        Q.    So there was a possibility that
15   Dave did -- strike that. Just like Dave didn't
16   tell you anything, it was possible that he did not
17   tell anyone else about his Bitcoin mining; is that
18   accurate?
19             MR. RIVERO:  Object to form.
20        A.    I don't know what Dave would have
21   told other people.
22   BY MR. FREEDMAN:
23        Q.    Dr. Wright you knew Dave died in
24   April 2013, correct?
25        A.    I know Dave committed suicide at

Page 124

1    that time, yes.
2         Q.    The first time you had anyone reach
3    out to the Kleiman family was in February 2014,
4    correct?
5         A.    No.
6         Q.    When was the first time you had
7    somebody reach out to the Kleiman family?
8         A.    I was trying to get hold and find
9    where the Kleiman family were for quite some time
10   before that.
11        Q.    How much time?
12        A.    From about May of the year before.
13        Q.    So from May of 2013 you began
14   trying to get in contact with the Kleiman family?
15        A.    Yes.
16        Q.    It took you ten months to finally
17   contact the Kleiman family in February 2014; is
18   that accurate?
19        A.    The entire thing I was doing was
20   not just searching for the Kleiman family. No, it
21   was not me who found them. I was given his
22   address by someone who worked for me.
23        Q.    Was there a trustee for a
24   substantive trust that you were not allowed to get
25   until 2015?

Page 125

1             MR. RIVERO:  Object to form.
2         A.    2015?  Not that I know of.
3    BY MR. FREEDMAN:
4         Q.    Did you make Dave Kleiman create
5    such a trust deed?
6         A.    Dave Kleiman is not a lawyer and
7    Dave Kleiman did not ever create a trust deed for
8    me.
9         Q.    Did you make Dave Kleiman
10   effectuate -- strike that. Did you ever tell the
11   Australian Tax Office that you created such a
12   trust deed?
13        A.    No, I did not create such a trust
14   deed.
15        Q.    Dr. Wright, I am going to share
16   with you what has been produced in this litigation
17   as Defense 45457. Let me know if you see that on
18   the screen.
19        (Exhibit Defense 45457 referred to)
20        A.    If you could go in a little bit.
21        Q.    Zoom in?
22        A.    Yes, please.
23        Q.    Okay. Hold on.
24        A.    Yes, I can see this.
25        Q.    Do you recognise this as a printout



Page 126

1    of an e-mail you sent to Mark Italia at the
2    Australian Tax Office, with a cc to other
3    individuals including Ms. Watts, your wife?
4        A.    It looks like one that I instructed
5    to be sent.
6            MR. RIVERO:  I object to everything
7    to do with the ATO to the extent that I haven't
8    previously stated.  Go ahead.
9    BY MR. FREEDMAN:
10       Q.    Dr. Wright, you will notice that
11   there are two pages ending in Defense 45458 and
12   there were attachments to this e-mail, as you can
13   see here.  I am going to load up what was produced
14   as one of the attachments to this e-mail, which is
15   Defense 45461.  Can you load that on your screen?
16       (Exhibit Defense 45461 referred to)
17       A.    Yes.
18       Q.    Do you recognise this declaration?
19       A.    Yes, but it has some errors in it.
20       Q.    What are the errors in this
21   declaration?
22       A.    The HTC phone used was not actually
23   mine.
24       Q.    What other errors are in it?
25       A.    "Bitcoin wallet addresses" is not

Page 127

1    correct, but I did not correct that.  It should
2    just be "Bitcoin address in a wallet" or
3    something, but trying to explain that ----
4        Q.    Okay.  Any other errors?
5        A.    No.
6        Q.    Is this an authentic document?
7        A.    It relates to an authentic
8    document, yes.
9        Q.    I am not sure what means.  Is this
10   an authentic document?
11       A.    That is a scan of an authentic
12   document.
13       Q.    Are the statements in this document
14   true, besides from the errors that you have
15   corrected?
16       A.    Besides from the errors, yes.
17       Q.    So you came to Mr. D'Emilio's
18   office on 11th October 2013, right?
19       A.    Yes.
20       Q.    You showed him a HTC mobile phone
21   that was not yours, is that right?
22       A.    Yes.
23       Q.    You showed him the addresses listed
24   in paragraph 3; is that correct?
25       A.    I would have to look at the

Page 128

1    addresses, but I am assuming that this is the
2    correct one that he demonstrated.
3        Q.    Did you review this before he
4    signed it?
5        A.    We reviewed it.  I missed a couple
6    of points on there, as I just noted, but I cannot
7    tell you from memory which Bitcoin addresses will
8    or will not be correct.
9        Q.    Did you control the Bitcoin in all
10   the addresses you showed Mr. D'Emilio?
11       A.    He tested number 3 and one of the
12   other ones and demonstrated that I had full
13   control over those two addresses.
14       Q.    I am asking you, Dr. Wright, could
15   you make transactions with those Bitcoin
16   addresses?
17       A.    I would have been able to make a
18   transaction and send it to the network, not just
19   sign a message for him.
20       Q.    How did you obtain these Bitcoins
21   -- strike that.  I will make that question a
22   little more precise.  How did you obtain control
23   over the -- strike that.  How did you obtain
24   control over these Bitcoin addresses?
25       A.    You don't actually control a

Page 129

1    Bitcoin address.  You control private keys, if
2    that is what you are asking.  The control ----
3        Q.    That is a great correction.  Just
4    so we have a clear record, let me just rephrase
5    the question.  How did you obtain the private keys
6    to these Bitcoin addresses?
7        A.    They were purchased through a
8    Russian exchange, I think it was W&KIR, for money
9    through Liberty Reserve.
10       Q.    And were these Bitcoin addresses
11   that ended up in Tulip Trading?
12       A.    Yes.
13       Q.    Dr. Wright, before we leave this
14   document, I want to ask whose HTC mobile did you
15   take with you to Mr. D'Emilio's office?
16       A.    That was one of the staff members.
17   I am trying to remember the name.  It could have
18   been Roberts.  I had set things up on ----
19       Q.    It was an employee's phone, is that
20   fair?
21       A.    Yes.  We were creating a wallet
22   with what we called Coin and we had a version of
23   wallet software running.  Sorry, I cannot remember
24   his last name at the moment.  It starts with U.
25       Q.    Robert Urquhart?

MAGNA
LEGAL SERVICES

Page 130

1     A.    Yes, I think it was his.
2     Q.    Why did you take a staff member's
3  phone number and not use your own?
4     A.    It wasn't a phone number.
5     Q.    Why did you take a staff member's
6  phone and not your own?
7     A.    Because we were developing an app
8  and it was basically a company phone that was
9  being used for the development of -- well, C01N
10 had a wallet.  The wallet was going to be similar
11 to something like HandCash or Sent B we have now,
12 where you have a simplified phone web-based
13 application allowing you to spend and receive
14 Bitcoin online.
15    Q.    You recognise, Dr. Wright, at the
16 time you signed this declaration there was a
17 significant amount of Bitcoin in these addresses?
18    A.    Yes, I do.
19    Q.    You put access to that significant
20 amount of capital on to an employee's cell phone?
21    A.    This was actually by employees.  It
22 was in the company so there was a company thing
23 doing -- where I said we are developing an
24 application we are testing an application, so yes.
25 What you seem to think though is owning the

Page 131

1  private key is the only part that makes you own
2  Bitcoin, which is not correct at all.  You own
3  Bitcoin because you have rights ----
4     Q.    I did not ask you ----
5     A.    Actually, you did.  You are asking
6  me why I did that, that I did it and whatever
7  else.
8     Q.    Dr. Wright, I want to go back to
9  the statement that these Bitcoin ended up in Tulip
10 Trading.
11    A.    Yes.
12    Q.    At your previous depositions you
13 have told us that you had a law firm in Panama
14 called HighSecured that managed this Bitcoin for
15 you; is that accurate?
16    A.    At a later date, yes.
17    Q.    You told us that HighSecured
18 managed between 600-750,000 Bitcoin; is that
19 accurate?
20          MR. RIVERO:  Object to form.
21    A.    I would need to see the accounts,
22 but somewhere around that amount at one stage,
23 only at the beginning.
24 BY MR. FREEDMAN:
25    Q.    Then you said at your previous --

Page 132

1  you testified previously that you ended up
2  spending all but a little over 100,000 of that
3  Bitcoin in your various companies; is that
4  accurate?
5     A.    That is correct.
6          MR. RIVERO:  Object to the form.
7  BY MR. FREEDMAN:
8     Q.    And that Ritzela De Gracia from
9  HighSecured was the woman who was managing those
10 Bitcoin for you at HighSecured; is that accurate?
11    A.    That was the final person.  There
12 were other people.  I don't have the other names
13 in front of me.
14    Q.    And that she has fled and with her
15 taken the balance of Bitcoin -- the little over
16 100,000 Bitcoin with her; is that accurate?
17          MR. RIVERO:  Object to form.
18    A.    She has taken some Bitcoin with
19 her, yes.
20 BY MR. FREEDMAN:
21    Q.    Did she take the full 100,000 or so
22 or did you get some of that back?
23    A.    No, I didn't get that back.
24    Q.    So far as you know, she disappeared
25 with access to a little over 100,000 of your

Page 133

1  Bitcoin; is that accurate?
2     A.    I don't know the exact amount.
3     Q.    But somewhere in the ball park of
4  100,000?
5     A.    It's not my Bitcoin.
6     Q.    Tulip Trading's Bitcoin; is that
7  accurate?
8     A.    It belongs to different
9  assignments, different companies, whatever else,
10 so you would have to look through all the
11 assignments in the corporate records to which bit
12 owns where.  Different companies, different groups
13 owns different amounts and still hold different
14 amounts.  I believe the Singaporean company still
15 has rights to a certain amount, but I am not sure
16 without going through accounts what the exact
17 amounts that are owed, not owed etc.  This is the
18 purchased Bitcoin, not the mined Bitcoin, none of
19 which ----
20    Q.    I understand.
21    A.    I don't know -- without the
22 accounts I don't know the exact amounts.
23    Q.    I just want to understand; when you
24 say you spent the 700, all but -- strike that.
25 When you say you spent all but about 100,000 of

MAGNA

LEGAL SERVICES

| Page 134 | Page 136 |
|---|---|

**Page 134**

1  the Bitcoin, do you actually mean transferred it
2  across the blockchain or do you mean it was
3  assigned out into various companies?
4      MR. RIVERO: Object to form.
5      A.   No. When external transfers were
6  done they were done by people moving Bitcoins, so
7  assignments could be done but on external
8  allocation all of the amounts would move.
9  BY MR. FREEDMAN:
10     Q.   If any of the Bitcoin that you
11 purchased in Tulip Trading are still in the
12 original wallets, is it fair to assume that
13 Ritzela De Gracia has control over them?
14     MR. RIVERO: Object to form.
15     A.   No.
16 BY MR. FREEDMAN:
17     Q.   So, for example, I want to direct
18 your attention back to one of the wallets that
19 were in statutory declaration that we looked at.
20 To the extent that one of those wallets has
21 Bitcoin still inside of them, do you have control
22 over those Bitcoin or does Ritzela De Gracia have
23 control over that Bitcoin?
24     A.   I don't have control over any of
25 those Bitcoin.

**Page 135**

1      MR. RIVERO: Object to the form.
2  BY MR. FREEDMAN:
3      Q.   As far as you are aware, Ritzela De
4  Gracia was the last person who had control over
5  it; is that accurate?
6      MR. RIVERO: Object to the form.
7      A.   That's not what I just said. Which
8  ----
9      THE COURT REPORTER: I need to ask
10 the witness to wait for the objection.
11 BY MR. FREEDMAN:
12     Q.   Did you have HighSecured manage the
13 expenditure of the Bitcoin you just mentioned?
14 Let me ask that better. I understand it is not
15 exact, but you told us between 600-750,000
16 Bitcoin, so for the purposes of this conversation
17 I am going to say approximately 700,000, which is
18 the midway point on that range; do you understand
19 that?
20     A.   Yes. Until January of this year
21 I had no access to any accounts associated with
22 Tulip Trading, so any amounts or particular
23 addresses or whatever else I have been guessing
24 at. Until that time I was not able to give you
25 any accurate answer, as I said, just to guess at

**Page 136**

1  what things were.
2      Q.   Do you now have access to all of
3  the Bitcoin addresses in Tulip Trading?
4      A.   Yes.
5      Q.   Have you recovered that Bitcoin
6  from Ritzela De Gracia?
7      A.   No.
8      Q.   So she still made away with -- let
9  me break that down then. How much Bitcoin is left
10 in Tulip Trading?
11     A.   I don't know exactly.
12     Q.   Do you have the private keys to the
13 Bitcoin that is controlled by Tulip Trading?
14     A.   No.
15     Q.   Does your trustee have the private
16 keys to the Bitcoin controlled by Tulip Trading?
17     MR. RIVERO: Object to form.
18     A.   No.
19 BY MR. FREEDMAN:
20     Q.   Does anyone you know have the
21 private keys -- strike that. Do you know of
22 anyone who has the private keys to the Bitcoin
23 held by Tulip Trading?
24     A.   Yes.
25     Q.   Who?

**Page 137**

1      A.   I don't know.
2      Q.   I just asked if you knew anyone who
3  had the private keys.
4      A.   No, you said knew of. That is a
5  distinction.
6      Q.   Okay. Who do you know of who has
7  the private keys?
8      A.   There was a theft and that has been
9  traced, by a tracing company, through exchanges
10 that are associated, separate to those keys.
11 There is a set of court orders now to track that.
12 It went from Float to Oaky Exchange. The people
13 did not realise that Oaky and Float are the same
14 exchange with the same back end. We are seeking
15 court orders at the moment to get the names of the
16 people involved in that theft.
17     Q.   How much Bitcoin is that?
18     A.   Approximately 100,000.
19     Q.   Is that the same 100,000 that
20 Ritzela De Gracia has?
21     A.   No.
22     MR. RIVERO: Object to the form.
23 BY MR. FREEDMAN:
24     Q.   When you spent the Bitcoin that was
25 held in Tulip Trading, how did you give

Page 138

1   HighSecured instructions on how to spend it?
2       MR. RIVERO: Object to form.
3       A.   I had discussions with a Panamanian
4   lawyer.  They went to other people in exchanges
5   and moved Bitcoin.
6   BY MR. FREEDMAN:
7       Q.   Those discussions, were they
8   telephonic or were they via e-mail?
9       A.   Generally verbal, so a variety of
10  different verbal means.
11      Q.   Did you ever communicate with the
12  HighSecured people via e-mail or other written
13  medium to give them instructions on how to ----
14      A.   Yes.
15      Q.   Sorry, I will finish the question.
16  Did you ever correspond with the individuals of
17  HighSecured, via written medium, to give them
18  instructions on how to spend the Bitcoin?
19      A.   Not really on how to spend the
20  Bitcoin.  We, basically, instructed our lawyers to
21  conduct an assignment and transact.  It is not how
22  to spend the Bitcoin per se.  The company spends
23  the Bitcoin, or the rights to, and other people
24  enact what they are told.
25      Q.   These lawyers are lawyers of

Page 139

1   HighSecured, correct?
2       A.   They are lawyers associated with
3   HighSecured.
4       Q.   Do you have any receipts reflecting
5   the expenditure of this approximately 700,000
6   Bitcoin, or 600,000 Bitcoin?
7       A.   I don't, but the companies do.
8       Q.   Was Dave involved in the
9   acquisition of the 750 Bitcoin into Tulip Trading?
10      A.   No, Dave was never involved with
11  any of that.  The acquisition was made using a
12  Liberty Reserve account that was linked to me.  It
13  turns out I think I am the only person in Liberty
14  Reserve's history who ever completed AML.
15      Q.   Dr. Wright, I am going to share
16  with you now what has been produced in this
17  litigation as Defense 51010.  Do you recognise
18  this invoice?
19      (Exhibit Defense 51010 referred to)
20      A.   Yes, it looks like an invoice.
21      Q.   Do you recognise it?
22      A.   I don't memorize the invoices, no
23  but it looks familiar, yes.
24      Q.   You swore this as authentic in your
25  May 13th declaration; do you recall that?

Page 140

1       A.   I have no reason to believe it is
2   not the correct invoice at the moment.  I have not
3   noticed anything that is out of place, but
4   I cannot see all the fine print, I cannot check
5   anything more.  It look is like the invoice.
6       Q.   It appears to be authentically what
7   you received from HighSecured?
8       A.   Yes.
9       Q.   Can I assume that before you swore
10  it was authentic to the court you did conduct that
11  he detailed analysis?
12      A.   No.  When we had a document on the
13  system that looked like that then I am going to,
14  unless I can see anything wrong, say it is right.
15  But what I have noticed in this litigation is a
16  lot of things have been changed in my company
17  files in the past, so sitting there and trying to
18  remember whether it was 32 supplied or 36, or the
19  exact price rate at the time, or anything like
20  this, I am not able to do.
21      Q.   Is it accurate to say you received
22  something that looked like this from HighSecured
23  and you are not at the moment able to check every
24  single detail; is that accurate?
25      A.   Yes.

Page 141

1       Q.   Dr. Wright I am going to now share
2   with you what has been produced in this litigation
3   as Defense 51013.  Do you recognise this invoice?
4       (Exhibit Defense 51013 referred to)
5       A.   Can you zoom in, please?
6       Q.   Yes.
7       A.   It looks right.  Again, I don't
8   remember the exact details.
9       Q.   I am not trying to trick you.  This
10  is again a copy of an invoice you swore was
11  authentic in your May 13th declaration.
12      A.   Yes.  We did have such an
13  agreement.  It looks right, is the best I can say.
14      Q.   Dr. Wright, I am going to share
15  with you now what you have produced in this
16  litigation as Defense 1588028.  Let me know if you
17  can read that?
18      (Exhibit Defense 1588028 referred to)
19      A.   Zoom in one more time, please.
20      Q.   How is that?
21      A.   That looks about right.
22      Q.   Is this authentically an e-mail you
23  received from HighSecured that went to Andrew
24  Sommer or either May 3rd or March 3rd, I am not
25  sure because I don't know which it is.  2015,

Page 142

1  let's say -- strike that.  Does this authentically
2  look like an e-mail that you received from
3  HighSecured that you received on 5/3/2015 at about
4  2.16am, with a cc to your wife and addressed
5  directly to Andrew Sommer?
6      MR. RIVERO:  Object to the form.
7      A.    It looks like a communication that
8  was being held between HighSecured and Andrew, in
9  negotiation of an agreement that Andrew Sommer was
10 creating.  Andrew Sommer was in our office at the
11 time, so if you could scroll back up for me
12 please.  Yes, this looks like one that was
13 received while we were in a meeting in the offices
14 in New South Wales.
15 BY MR. FREEDMAN:
16     Q.    In this e-mail it is signed down
17 here by Ritzela De Gracia; do you see that?
18     A.    I do.
19     Q.    As you noted.  It discusses the
20 fact that you have -- it confirms that you paid a
21 2014 invoice on May 10th 2014; do you see that?
22     A.    Yes.
23         MR. RIVERO:  Object to the form.
24 BY MR. FREEDMAN:
25     Q.    At the time you received this did

Page 143

1  you believe it was authentically received from
2  HighSecured?
3      A.    Ramona, John Chesher, Andrew Sommer
4  and myself were all in a board room in my New
5  South Wales office when this was received and
6  Andrew got a copy.  We were on the phone to some
7  of the people in HighSecured at the time.
8      Q.    So the answer is, yes, you believe
9  you authentically received it from HighSecured?
10     A.    I cannot say -- I have not seen
11 anything to say that this is altered or anything
12 else at the moment.
13     Q.    At the time you received it --
14 maybe I was not precise.  Let me clarify.  At the
15 time you received it you believed this was
16 authentically from HighSecured; is that a correct
17 statement?
18     A.    If that is the unaltered document.
19 I helped Andrew install PGP earlier, so Andrew
20 then validated that the PGP signature was correct.
21 More than that, we are on the phone to people and
22 I had no other reason to doubt it.
23     Q.    Okay.  And you believed this was
24 HighSecured or Ritzela's PGP to you, correct?
25     A.    Correct.

Page 144

1      Q.    Absent this being an altered
2  document you still believe that it is; is that
3  correct?
4      A.    Yes.
5      Q.    I am going to bring up on the
6  screen now what has been produced in this
7  litigation as Defense 1616105.  Do you recognise
8  this as a communication from Ritzela De Gracia at
9  HighSecured to Andrew Sommer, with a cc to you and
10 also it is addressed to Ms. Watts?
11     (Exhibit Defense 1616105 referred to)
12     A.    It looks correct.
13     Q.    In it, Ritzela De Gracia identifies
14 her PGP key; do you see that?
15     A.    That is what it is doing, yes.
16     Q.    At the time you believe this was an
17 authentic e-mail from HighSecured?
18     A.    Yes.
19     Q.    And you still believe it is an
20 authentic e-mail from HighSecured?
21     A.    I have no reason not to, but
22 I cannot validate that any more.  The American
23 government arrested the principals of HighSecured
24 on money laundering and the other people
25 disappeared, so no reason to -- well, no way of

Page 145

1  actually being able to follow any of that up.
2      Q.    Okay.  Dr. Wright, I am putting on
3  the screen for you what has been produced as
4  Defense 1591420, which again is an e-mail from
5  Ritzela De Gracia from yourself and your wife Ms.
6  Watts.  Do you recognise this as an authentic
7  e-mail you received from Ritzela De Gracia?
8      (Exhibit Defense 1591420 referred to)
9      A.    Yes, it looks like further
10 communications between them and my lawyers.
11     Q.    In it, Ritzela De Gracia confirms
12 that the Bit-message address listed in this e-mail
13 starting, with BM-2cW belongs to HighSecured.
14     A.    That is what they told us, yes.
15     Q.    This e-mail is also signed with
16 Ritzela De Gracia or HighSecured's PGP key;
17 correct?
18     A.    I cannot tell that without
19 verifying the signature.  I cannot look at a
20 signature block and it is correct.
21     Q.    But at the time you did verify it?
22     A.    I verified some of them.  I don't
23 know if I verified this one but I definitely did
24 ----
25     Q.    Do you have any reason to believe

MAGNA
LEGAL SERVICES

Page 146

1   that this is not an authentic e-mail?
2       A.   It was going to Andrew Sommer.
3   Andrew Sommer was our solicitor at the time.
4   Andrew had been taught how to validate PGP
5   signatures. I am assuming that Andrew or his firm
6   did everything correctly. No one came back and
7   told me that there were any errors.
8       Q.   Did you communicate with this
9   Bit-message address with HighSecured?
10      A.   I cannot remember if I communicated
11  to that address with HighSecured. I know Andrew
12  Sommer did.
13      Q.   You believe that that message
14  address was associated with HighSecured?
15      A.   It was definitely communicated from
16  a person who worked at HighSecured.
17      Q.   I am now putting on the screen
18  Defense 1587950. Do you recognise this also as an
19  e-mail that you received from HighSecured?
20      (Exhibit Defense 1587950 referred to)
21      A.   It looks familiar. Again, I cannot
22  validate the actual content of everything or if it
23  has not been changed. We were in communication.
24  Mr. Sommer and others were communicating with the
25  Australian Tax Office. We had set up

Page 147

1   communications when HighSecured were still
2   operating with the tax office, which did -- well,
3   let's just say it did not gain any further trust
4   between HighSecured, who wanted extra money.
5       Q.   In fact, HighSecured put the
6   Australian Tax Office on this e-mail; do you see
7   that?
8       A.   That is correct yes. The tax
9   office wanted evidence that we had been dealing
10  with HighSecured and the only way we could do that
11  is to actually have the HighSecured people talk to
12  the tax office. They even gave direct e-mail
13  addresses and phone numbers, but I don't know what
14  happened on the phone calls between the tax
15  office and HighSecured. I wasn't on those.
16      Q.   It again acknowledges that this is
17  a Bit-message address; do you see that?
18      A.   Yes.
19      Q.   And signed again with the PGP key.
20  Did you believe and do you believe that this came
21  from HighSecured?
22      A.   I had not been told by Andrew
23  Sommer that it did not match the signature, so
24  I was never informed that it was not signed.
25      Q.   If it in fact matches then you have

Page 148

1   no reason to believe whatsoever that it did not
2   come from HighSecured; is that accurate?
3       A.   Yes. No one at HighSecured told me
4   that they had had keys compromised or anything
5   like this. It is not impossible but we had phone
6   conversations with HighSecured, Andrew had other
7   conversations with HighSecured, so I don't believe
8   that anyone ever mentioned that they were
9   compromised.
10      Q.   I am going to bring up another
11  e-mail, Defense 1588062 from again Ritzela De
12  Gracia to Andrew Sommer, with cc to you. It says
13  "Mr Please find our letter. We have attached it,
14  forwarded and sent it in many formats. I am sure
15  you will be able to interpret one. If not Dr
16  Wright has a use here as well. Ritzela". Do you
17  see that?
18      (Exhibit Defense 1588062 referred to)
19      A.   Yes, I do.
20      Q.   So if you take a look, the Bates
21  label on this document ends in 01588064. I am
22  going to bring up its attachment in a minute but,
23  before I do that, do you have any -- sorry. Is
24  this authentically an e-mail you believe you
25  received from HighSecured?

Page 149

1       A.   Nobody ever informed me that there
2   was anything wrong with it. The communications
3   between Mr. Sommer and other parties, no one ever
4   told me that it was not correct.
5       Q.   You have no reason to believe that
6   it is not HighSecured, correct?
7       A.   I believe my lawyer would have told
8   me there is a problem if there was a problem.
9       Q.   I am going to bring up the
10  attachment now to that letter. This is from
11  HighSecured. They tell Mr. Sommer that they
12  confirm, moving down to that paragraph ----
13      MR. RIVERO: What is the number on
14  the attachment.
15      MR. FREEDMAN: 1590093.
16      MR. RIVERO: Thank you.
17  BY MR. FREEDMAN:
18      Q.   Do you see the paragraph here that
19  starts with "we confirm"?
20      (Exhibit Defense 1590093 referred to)
21      A.   Which one? There are multiple.
22      Q.   Yes, there are a lot of them. Let
23  me direct you to this one: "We confirm the
24  payment from Dr. Wright". Do you see that?
25      A.   Yes. "We confirm the payment from

**MAGNA**
**LEGAL SERVICES**

| | |
|---|---|
| Page 150 | Page 152 |

**Page 150**

1   Dr Wright via W&K through Mr. Kleiman of ,000,000
2   USD for the provision of a SGI Ultra ICEX system
3   known as C01N".
4       Q.   Is that a typo Dr Wright?
5       A.   It says zero dollars.
6       Q.   It does not say zero, it says
7   ,000,000.
8       A.   Other ones don't say zeros like
9   that, it just says USD 50 million.  It says zero.
10          MR. RIVERO:  Objection. The
11  document speaks for itself.
12  BY MR. FREEDMAN:
13      Q.   Did you actually pay -- is it your
14  testimony that that is in fact what happened, that
15  there was a zero dollar payment from yourself via
16  W&K, through Mr. Kleiman, for this system known as
17  C01N?
18          MR. RIVERO:  Object to the form.
19      A.   That's not what the document says.
20  It says that W&K paid nothing.  The provision of
21  payment was done through my companies because
22  Mr. Kleiman did not pay.
23  BY MR. FREEDMAN:
24      Q.   This is HighSecured saying that
25  Mr. Kleiman did not pay anything, but nevertheless

**Page 151**

1   the system is littered ----
2          MR. RIVERA:  Object to the form.
3          THE COURT REPORTER:  Can you repeat
4   that?  You broke up a little bit.
5   BY MR. FREEDMAN:
6       Q.   Withdraw the question.  Dr. Wright,
7   can you also take a look at this paragraph that is
8   says "we lastly confirm".  Can you read that for
9   the record?
10      A.   "We lastly confirm that the ASIC
11  system used by Mr. Kleiman to 'mine' Bitcoin was
12  sold to a party other than Dr. Wright and
13  unrelated to him without his knowledge in early
14  2013".
15      Q.   So Mr. Kleiman was using an ASIC
16  system to mine Bitcoin?
17      A.   As this document says, a party, not
18  Dr. Wright and unrelated to him.  You are asking
19  me to confirm that someone told the tax office
20  that anything to do with Dave was sold without my
21  knowledge.  I cannot confirm something that was
22  sold without my knowledge.
23      Q.   Do you have any knowledge of the
24  ASIC system being referred to by HighSecured?
25      A.   Just as you see there, it says

**Page 152**

1   other "than Dr. Wright, unrelated to him, without
2   his knowledge."  I have no knowledge of any ASIC
3   system that Dave may have had.
4       Q.   Was this e-mail also authentically
5   received from HighSecured?  Do you believe it was
6   authentically received from HighSecured?
7       A.   Unless you have anything that shows
8   that it was not.  No one has never told me that it
9   was not.  The parties involved, including my
10  lawyers, have never come back to me and said, "Hey
11  Craig, someone forged an e-mail".  Everyone, right
12  up until the end, has been telling me that this is
13  correct, they have been put into the company
14  accounts.  My lawyers have told me everything is
15  there and they had filed them.  I believe my
16  lawyers and I believe my accounts.
17      Q.   I am going to bring up one more
18  document.  This has been Bates label produced
19  Defense 173776 but I took the liberty of getting
20  the native because it is a lot easier to read.
21  I am going to bring you down to the last page of
22  this document.  It is a printout.  Unfortunately,
23  it is not very clear to read do you see up here it
24  say -- it appears to be a Bit-message printout to
25  Craig Wright, from HighSecured, on 13th May 2013?

**Page 153**

1       (Exhibit DEF_00013376 referred to)
2       A.   That is what it says, yes.
3       Q.   Do you have any reason to believe
4   this is not an authentic Bit-message received from
5   HighSecured?  Given the form it is presented in,
6   do you believe this is an authentic Bit-message
7   received from HighSecured?
8       A.   I do not have the original so
9   I cannot validate anything.  For the moment I will
10  assume, unless I see anything that I can pull up,
11  that this is an unaltered document and thus true;
12  is that acceptable?
13      Q.   Yes.
14      A.   I just cannot read it, sorry.
15      Q.   Let me make it easy for us.  For
16  the documents we have just reviewed, is it your
17  testimony -- strike that.  Dr. Wright, did you
18  create the invoices that we just reviewed from
19  HighSecured?
20      A.   No.  Those invoices were actually
21  pulled up directly from HighSecured servers while
22  the Australian Tax Office were in our office while
23  our lawyers were there, while external accountants
24  were there.
25      Q.   Let me just re-ask the question on

Page 154

1 a clear way. Did you or did you instruct anyone
2 to create the invoices that we reviewed today?
3    A.    We had gone through purchasing and
4 invoicing processes through the company accounts,
5 so the accounts system in DeMorgan and the payment
6 -- what do you call it? There was a client
7 interface on the Panamanian servers, so we did our
8 orders on that.
9    Q.    Dr. Wright, that was not my
10 question. My question was did you or did you
11 direct anyone to create the invoices we looked at
12 today?
13    A.    If you are asking did I say the
14 purchase was to go through, then yes I told my
15 ----
16    Q.    Let me clarify the question.
17    A.    You said "or direct".
18    Q.    Yes. Did you or did you direct
19 anyone to create the actual invoice we saw, the
20 document we saw? Did you direct or did you create
21 the actual invoice we looked at?
22    A.    No. I don't create any documents
23 to do with accounting. I am not the accountant,
24 I don't run any accounts. I go to the accounting
25 team and the other teams and I, basically,

Page 155

1 instruct people if there is a large purchase that
2 has gone through board sign off and I say "please
3 do X".
4    Q.    Dr. Wright, I do not think you are
5 trying to be evasive here. I am just trying to
6 get a clean record. Did you instruct somebody to
7 create this invoice so it looked like it was from
8 HighSecured when it was not really from
9 HighSecured?
10    A.    No.
11        MR. RIVERO: Objection. I don't
12 want to interrupt Mr. Freedman's examination, but
13 can you just answer whether you instructed anyone
14 to fake this invoice.
15    A.    No one is instructed to fake an
16 invoice.
17 BY MR. FREEDMAN:
18    Q.    Did you instruct anyone or did you
19 yourself fake the e-mail communications between
20 the -- strike that. Did you or did you instruct
21 anyone to fake the e-mail communications we have
22 reviewed that purport to come from HighSecured or
23 Ritzela De Gracia?
24    A.    No. There was no point where
25 anyone was instructed to make any fraudulent or

Page 156

1 faked documents at any point. During the sending
2 of some of those e-mails I was sitting with
3 counsel Andrew Sommer in Australia and with the
4 accountants that ran this. I did not even touch
5 the computer, I was not there, but Ali Lodey --
6 I don't know how to spell the last name -- the
7 account and other people demonstrated access to
8 the server directly from HighSecured to the ATO,
9 where the information was downloaded. I watched
10 that happen.
11    Q.    Were you ever pretending to be
12 Ritzela De Gracia in these communications?
13    A.    No. At one point Ritzela De Gracia
14 ----
15    Q.    Please finish your answer, but
16 I don't really need anything beyond yes or no.
17 I wanted to get us through this.
18    A.    That's fine. I can end there.
19        MR. RIVERO: Mr. Freedman, you
20 cannot ----
21        MR. FREEDMAN: I did say he can
22 finish if he wants. I know it is not a
23 comfortable line of questioning, I am trying to
24 get us through it.
25        MR. RIVERO: He is answering your

Page 157

1 questions. Let him finish. Go ahead, Doctor.
2    A.    No. I at one point I was on the
3 phone with people from HighSecured and Andrew
4 Sommer separately in the room.
5 BY MR. FREEDMAN:
6    Q.    Dr. Wright, were you pretending to
7 be HighSecured in these communications?
8    A.    No. I was in the room with
9 multiple people and Andrew Sommer, receiving
10 e-mails that I was not sending because I was in a
11 meeting. So, no, that was never the case.
12    Q.    Did you instruct anyone to
13 masquerade as Ritzela or HighSecured for these
14 communications?
15    A.    No, at no point did I ever instruct
16 anyone to do that.
17    Q.    Did you ever control the
18 Bit-message account we saw that was affiliated
19 with HighSecured?
20    A.    No, I did not.
21    Q.    Dr. Wright, did you ever register
22 www highsecured net?
23    A.    No.
24    Q.    Dr. Wright, did you ever have the
25 private key to the Bit-message address affiliated



Page 158

1 with HighSecured in these communications?
2     A.   No.
3     Q.   Have you ever used the private key
4 to that Bit-message address to send e-mails or
5 Bit-messages as if you were HighSecured or Ritzela
6 De Gracia?
7     A.   I cannot do that if I don't have
8 the key, so no.
9          MR. FREEDMAN:  Dr. Wright, are you
10 aware that in -- I think I am basically done with
11 this line of questioning.  I have to use the rest
12 room.  Can we take a three minute break?
13         MR. RIVERO:  Let's make it five or
14 10 minutes.
15         MR. FREEDMAN:  I just need three
16 and I know you guys to want to get out of there.
17 But I'm happy to make it five so more people can
18 have time.  Let's do five.
19         (Recess at 4 p.m. to 4.08 p.m.)
20 BY MR. FREEDMAN:
21     Q.   Dr. Wright, are you aware that in
22 the document production to us you produced a file
23 that contains the private key to the Bit-message
24 account associated with HighSecured?
25     A.   Again, I did not provide that to

Page 159

1 you.  If you have that from one of the Australian
2 machines then it had nothing to do with me.
3     Q.   So you have no idea how that came
4 to be in your possession?
5     A.   Again, it is not in my possession.
6 It might be in yours, but machines captured in
7 Australia were nothing that I was ever on.
8     Q.   Dr. Wright, do you recall filing
9 lawsuits in New South Wales against W&K?
10     A.   No.  As I said, Craig Wright R&D
11 filed lawsuits against W&K.
12     Q.   Were there any hearings held in
13 that case?
14     A.   We had a few meetings before the
15 registrar Masters and things like this.  I had to
16 provide evidence, we discussed it etc.
17     Q.   Were you truthful with the
18 registrar at those hearings?
19     A.   I presented everything that I was
20 given, to the best of my knowledge.
21     Q.   Dr. Wright, I am going to share
22 with you now the transcript of a hearing before
23 the New South Wales court, a registrar, on 30th
24 October 2013.  Can you take a moment to
25 familiarise yourself with this document?

Page 160

1          (Exhibit Z16 referred to)
2          MR. RIVERO:  Give us the number?
3 BY MR. FREEDMAN:
4     Q.   Z16.
5     A.   I have seen that page, yes.
6     Q.   It is pretty short.  Let's go ahead
7 and have you -- let's review it together.  In the
8 first instance do you see that this purports to be
9 a transcript of the proceedings held before the
10 registrar on Wednesday 30th October 2013?
11     A.   I see that.
12     Q.   It says:  "Plaintiff appeared in
13 person".  Plaintiff is listed as Craig Steven
14 Wright.  Is that accurate?
15     A.   That is not accurate.  The actual
16 filing was done as Craig Steven Wright ABN.  That
17 was actually listed, so this is not accurate on
18 that.
19     Q.   Okay.  Then it says "no appearance
20 of or for the defendant".  Do you see that?
21     A.   Yes, I do.
22     Q.   Then you tell the registrar that
23 you would like him to enter a consent judgment.
24 Do you see that?
25     A.   Yes.

Page 161

1     Q.   So you say:  "Plaintiff Craig
2 Wright claims that the 49 and 51 registrar".  Can
3 you read the rest of that quote for the record?
4     A.   "I also note that the sole other
5 director from the US of the defendant has filed
6 interstate.  Basically, there has been a
7 shareholder's meeting held in resolution to pass
8 the matter has been obtained and the company will
9 be wound down straight after the matter".
10     Q.   The registrar says:  "What do you
11 want done today, Mr. Wright?"  What do you respond
12 back?
13     A.   "Basically, just the orders that
14 what we did by consent in the past and that they
15 are approved".
16     Q.   The registrar says that he has a
17 copy of two filings.  You say that is correct.
18 The registrar points out there is an
19 acknowledgment of liquidated claim that has been
20 filed; do you see that?
21     A.   Yes.
22     Q.   And then can you go ahead and read
23 plaintiff starting at line -- I think it the 37 or
24 38?
25     A.   "I am the sole director for the

MAGNA
LEGAL SERVICES

Page 162

```
 1   company now but I am not a US director and I'm not
 2   a resident so I cannot act and take over the
 3   company over there.  I have appointed another
 4   person.  I have 51% of the shares."
 5        Q.    Dr. Wright, did you have 51% of the
 6   shares in W&K?
 7        A.    No.
 8        Q.    Why did you tell the registrar you
 9   had 51% of the shares?
10        A.    As I noted, this is not Craig
11   Wright in person, which is erroneous.  If you
12   looked at it, it was Craig Wright ABN acts as a
13   trustee for trusts and companies, so where I said
14   that I am not talking about Craig Wright that way.
15   It is confusing because it is saying Craig Wright,
16   not Craig Wright ABN number, on this transcript.
17        Q.    Is it your testimony today that
18   Craig Wright R&D held 51% of the shares of W&K?
19        A.    No, that is not what I said as
20   well.  The company that was in trust was owning
21   the shares and I had that, so the other
22   shareholder of W&K acted and had a shareholders
23   meeting, not a director's meet.
24        Q.    That is not what you told the
25   registrar.  You said "I have 51% of the shares";
```

Page 163

```
 1   isn't that true?
 2        A.    I did not say I have 51% of the
 3   shares in W&K.
 4        Q.    The registrar then asked if you had
 5   any evidence -- strike that.  Did the trust hold
 6   51% of the shares of W&K?
 7        A.    Which trust?
 8        Q.    Why did you tell the registrar that
 9   you had 51% of the shares?
10        A.    I did not say I had 51% of the
11   shares in W&K.  That is not what I said.
12        Q.    What did you say?
13        A.    I was acting for other companies,
14   as I've noted before.  That included control of
15   Cloud Croft and the assignment of Lynn Wright.
16   They were the majority shareholders.  The
17   directorship I had -- director of the company was
18   appointed director of Cloud Croft.  Cloud Croft
19   then called a shareholders meeting, using the
20   trust shares of Lynn Wright in trust and its own
21   shares were that of Information Defense that had
22   been assigned.  The 51% then comes through that,
23   so basically what I am saying is I am the sole
24   director of the company now.  The company that
25   owned W&K then has 51% of the shares.
```

Page 164

```
 1        Q.    Which company is that?
 2        A.    The company that was assigned the
 3   rights of Information Defense was Cloud Croft PTY
 4   Limited.
 5        Q.    So Cloud Croft PTY Limited had 51%
 6   of the shares in W&K; is that an accurate
 7   statement?
 8        A.    It controlled them.  It did not
 9   have them.
10        Q.    It did not own them?
11        A.    No, it did not own them.  It had
12   rights to control them.
13        Q.    Who owned them?
14        A.    Lynn Wright, but she had an
15   incapacity where we had put it into
16   trust for her until she was able to act.
17        Q.    Lynn Wright's ultimate beneficial
18   interest was 51%; is that accurate?
19        A.    No, the actual amount should have
20   been 66.7%.
21        Q.    Okay.  So the actual amount that
22   you should have told the registrar was 66.7%; is
23   that fair or accurate?
24        A.    Yes, but as you will notice from
25   the ellipses at the end of my thing, I would have
```

Page 165

```
 1   gone into further but the register interrupted, so
 2   "I have 51% of the shares ...".  Basically, I was
 3   going to try and explain more but the registrar
 4   interrupted me before I got any further.
 5        Q.    Were you going to tell the
 6   registrar that you had 100% of the shares?
 7        A.    No, at no point.
 8        Q.    Okay.
 9        A.    Only that I had at least 51% of the
10   shares and I don't know exactly how many more.
11        Q.    Dr. Wright who authorised Craig
12   Wright R&D to sue W&K?
13        A.    The authorisation was taken in
14   conjunction.  I told Lynn Wright that I would be
15   protecting her assets and I discussed it with my
16   solicitors.
17        Q.    The registrar actually noted that
18   the -- strike that.  If you come down with me the
19   registrar says "I think before ..." -- I'm at line
20   11 on the page that says on the top 20014.  "Mr.
21   Wright, I think before I can enter these alleged
22   consent judgments the court is going to need some
23   evidence in relation to those matters.  How long
24   do you need to be able to do that?"  You said:
25   "What would you like?"  He responds:  "I think you
```

MAGNA
LEGAL SERVICES

Page 166

1   are going to have to give some detailed affidavit
2   evidence with regard to it and also evidence in
3   relation to who exactly has authority to act on
4   behalf of this company and to sign these
5   documents". Do you see that?
6       A.   Correct.
7       Q.   He asked you about how much time
8   you may need. You said you could get something in
9   that afternoon, right?
10      A.   That is correct.
11      Q.   He actually gave you until the 5th
12  November, so five days, and then to reappear in
13  front of him on the 6th; is that accurate?
14      A.   That is correct.
15      Q.   Then, Dr. Wright, in between this
16  actually went ahead and filed a detailed affidavit
17  with the New South Wales court; is that correct?
18      A.   I believe so. I don't remember the
19  exact date on the filing.
20      Q.   Let me show you the affidavit you
21  submitted. Take a look here. Does that look like
22  your affidavit?
23      A.   That is the affidavit of myself,
24  acting for Craig Wright R&D, ABN 97481146384, and
25  us acting as the agent of that organisation.

Page 167

1       Q.   This was filed with the court on
2   November 4, 2013. Do you see the stamp in the top
3   right-hand corner?
4       A.   Yes, I do.
5       Q.   You swore or affirmed to all of the
6   facts in this affidavit?
7       A.   I am not sure whether I swore or
8   affirmed. I would have to look at the end. I am
9   happy to give an oath, but sometimes I affirm when
10  other people ask for affirmations. Yes, it is
11  affirmed.
12      Q.   Do you stand by the facts in this
13  affidavit?
14      A.   If the facts have changed it is
15  because I have gained other knowledge afterwards.
16      Q.   You previously told the registrar
17  you had 51% of W&K. You said to me just a moment
18  ago it should have been closer to 66%. In this
19  affidavit four or five days later you filed with
20  the court can you look at paragraph 23 for me and
21  read it for the record?
22           MR. RIVERO: Object to the form of
23  the question.
24  BY MR. FREEDMAN:
25      Q.   Let me break that down for you, to

Page 168

1   address your counsel's objection. You told the
2   registrar that you owned 51% of it, correct?
3       A.   No, I was in the midst of a
4   sentence where I was cut off. I had said I had
5   51% and said no more.
6       Q.   You were going to correct it to 66%
7   and change; correct?
8           MR. RIVERO: Object to the form.
9       A.   No, I was not going to do that.
10  BY MR. FREEDMAN:
11      Q.   All right. What did you say in
12  this affidavit, Dr. Wright?
13      A.   Which line do you want me to read?
14      Q.   Please read paragraph 23 for the
15  record.
16      A.   "On 1st August 2013 ----
17      Q.   Let me clarify that. Just the last
18  sentence of 23?
19      A.   "The shareholding of W&K info
20  Defense LLC was ...".
21      Q.   Keep going?
22      A.   "... 1; Craig S. Wright, 50%. 2;
23  David A. Kleiman, 50%".
24      Q.   That is good. Thank you. Why did
25  you put in this affidavit that it was 50/50

Page 169

1   between you and Dave Kleiman if you had just told
2   the registrar you controlled over 51% of it?
3       A.   Because if I have 50% plus a
4   debt then that is all I need to do. I did not
5   want to presuppose anything without records.
6   I knew that the ownership between Lynn and her
7   subsequent companies and other companies that had
8   inherited from Information Defense was more than
9   50%, but I did not think it was worth making an
10  argument saying 51%/49%, or 60.666% or any other
11  particular thing, except that it was enough to
12  call a shareholders meeting and vote dissolution
13  of the company.
14           MR. RIVERO: I had an objection to
15  that question.
16  BY MR. FREEDMAN:
17      Q.   At the end of the day Dr. Wright
18  you told the registrar 51% and you put in this
19  document 50%; is that correct?
20      A.   No, that is not correct.
21      Q.   Dr. Wright, I would like you to
22  take a look again at the transcript that we were
23  looking at earlier. I want to go back to the
24  October 30th transcript. Do you see that in front
25  of you?

Page 170

1       A.    I see the transcript in front of
2   me.
3       Q.    I want to go back to where we left
4   off.  You said you can get it that day, he said he
5   would give you until the 6th.  I want to go
6   specifically to line 21 where you say:  "I can
7   give you affidavit evidence today".  Do you see
8   that?
9       A.    Yes.  I believe it was a woman not
10  a man, so it was a she.
11      Q.    We'll just refer to them as
12  "registrar" then.  The registrar responds:  "What
13  I might do, Mr. Wright, is stand them over for say
14  a week.  Can you file your affidavit evidence by
15  then?"  Do you see that?
16      A.    I see that.
17      Q.    Can you read what your response is,
18  for the record?
19      A.    "Yes, definitely.  We have actually
20  taken control of the accounts and whatever else,
21  which we have good stat decs for that, so
22  effectively this is a formality because we have
23  actually -- the company has control of all of the
24  accounts now".
25      Q.    You told the registrar that you had

Page 171

1   taken control of all of W&K's accounts, did you
2   not?
3       A.    Yes.
4       Q.    How did you take control of W&K's
5   accounts?
6       A.    Jamie Wilson was the accountant.
7   He did all of the things for the accounts.  What
8   we did notice was a few e-mails back and forwards
9   between Dave and Lynn, and a few other basically
10  historical documents between Lynn and Dave, some
11  e-mails and set-up information between Lynn and
12  John Chesher.  Jamie took those and constructed
13  what he could from the accounts.  What we had
14  found was that Dave had not done anything; he had
15  not filed with the IRS or done any of his state
16  taxes.
17      Q.    When you said "all of the accounts"
18  did you include W&K's Bitcoin accounts?
19      A.    There are no such thing as Bitcoin
20  accounts.
21      Q.    Dr. Wright, after this hearing you
22  filed the affidavit we reviewed, right?
23      A.    Yes.
24      Q.    Then you came back in front of the
25  registrar in November 6th; do you recall that?

Page 172

1       A.    Yes.
2       Q.    Let's take a look.  This is the
3   transcript of the November 6th hearing?
4       A.    Yes.
5       Q.    In it the registrar calls Craig
6   Wright and says "You have put in an affidavit?"
7   You say:  "I have".  Do you see that?
8       A.    Yes.
9       Q.    He asked if you are going to be
10  dealing with both matters at the same time and you
11  say yes, right?
12      A.    Yes.
13      Q.    And he says:  "This is a matter
14  where we've got some consent orders".  You say,
15  "Yes".  Do you see that?
16      A.    Yes, that is correct.
17      Q.    Can you go ahead and read for me --
18  the registrar says:  "The registrar wanted more
19  information before ...", then it looks like you
20  interject.  Can you go ahead and read your
21  response at 36 in full for the record?
22      A.    Yes, I will read ----
23      Q.    Actually, let me clarify that,
24  actually, so we get a clearer record.  Go ahead
25  and read until the "Australian Tax Office".  Read

Page 173

1   your response until the "Australian Tax Office",
2   for the record.
3       A.    Yes, I will read as the plaintiff,
4   which was Craig Wright R&D that I was agent for.
5   "Yes, I'm not the sole shareholder of an American
6   company.  I cannot act as director over there
7   because of regulations.  I own all the shares over
8   here and I want to bring everything back in.  The
9   ..." ----
10      Q.    That is it.
11      A.    I thought you wanted me to read
12  that sentence as well.
13      Q.    Sorry.  Bad communication there.
14  Dr. Wright, you have now told the registrar that
15  you are the sole shareholder and you own all the
16  shares?
17      A.    No.  I, as agent of Craig Wright,
18  R&D ABN ...
19      Q.    How did Craig Wright R&D get
20  control over the remaining 50-40 something per
21  cent of W&K in two days?
22          MR. RIVERO:  Object to the form.
23      A.    Because there was a shareholders
24  agreement that Lynn Wright had and the
25  shareholders agreement basically called for if

MAGNA
LEGAL SERVICES

Page 174

1    anyone was to pass then there were rights to call
2    shareholders meetings.  I don't have a copy of the
3    shareholders agreement in front of me.  I am not
4    sure if Lynn has given that to the lawyers or not,
5    but the shareholders agreement would allow me to
6    basically take over all the shares if there is no
7    value and it has been closed.
8    BY MR. FREEDMAN:
9        Q.   Okay.  So is it your position,
10   Dr. Wright, that Craig Wright R&D owns 100% of the
11   shares in W&K?
12           MR. RIVERO:  Object to the form.
13       A.   No, that is not what I said.
14   BY MR. FREEDMAN:
15       Q.   Does Dave Kleiman's estate own any
16   of the shares or membership in W&K?
17       A.   By rights he should not.  It should
18   not have been reactivated either, but Uyen Nguyen
19   did that.  The actual matter is that unless the
20   amounts owed etc. are paid then Ira Kleiman should
21   not own any of the shares.
22       Q.   Dr. Wright, you have now said that
23   W&K was 51% controlled by entities -- strike that.
24   You've now said that W&K was owned by 51% of the
25   -- strike that.  I am going to withdraw that.

Page 175

1    Dr. Wright, what is the current shareholding of
2    W&K?
3        A.   I am not sure what the listed
4    shareholding of W&K is.  I don't act as a trustee
5    for Lynn Wright or any of the other companies
6    anymore.  I have not kept up that position so
7    I have not followed any changes.  What I do know
8    is Lynn Wright has full control of her own shares
9    and any associated with any of the other
10   companies.  If Ira Kleiman has any rights, which
11   is actually doubtful being that there is a
12   shareholders agreement that I have now witnessed
13   from Lynn again and looked at, then it would only
14   be one-third.  He is, basically, attempting to say
15   that other people involved in this company have no
16   shares.
17       Q.   So is it accurate to say you don't
18   actually have any personal knowledge of the
19   current shareholding of W&K?
20       A.   I have spoken to Lynn Wright and
21   I know that she is going to assert her rights and
22   shares.  The court will have to decide that.  What
23   I do know is Lynn Wright asserts one-third and
24   asserts, through her corporate ownership, another
25   third.

Page 176

1        Q.   So two thirds?
2        A.   Yes.
3        Q.   Dr. Wright, I am going to share
4    with you now a document I believe you just
5    mentioned, which was produced in this litigation
6    as Defense 1854321.  Tell me when you have that.
7        (Exhibit Defense 1854321 referred to)
8        A.   That is not a document I have just
9    mentioned.
10       Q.   Do you recognise this document?
11       A.   Yes, I have seen this document.
12       Q.   This purports to be a limited
13   liability company agreement between the members of
14   W&K Info Defense Research; do you see that?
15       A.   Yes, I see that.
16       Q.   Is this an authentic document?
17       A.   Again, it is not my document so you
18   are asking me about someone else's document and
19   whether it is authentic.
20       Q.   How is this not your document?
21       A.   If I am not a shareholder, a member
22   or whatever else, then how is it my document?  I'm
23   sorry, I don't see how ----
24       Q.   How did you get this document?
25       A.   This document is an operating

Page 177

1    agreement that was saved by, what do you call it,
2    accounts of W&K and then other companies,
3    including Cloud Croft.
4        Q.   Dr. Wright, how did you get your
5    hands on this document?
6            MR. RIVERO:  Object to the form.
7        A.   I don't have my hands on this
8    document.
9    BY MR. FREEDMAN:
10       Q.   How did you get this document in
11   your possession?
12       A.   At present this document is not in
13   my possession.
14       Q.   Dr. Wright you are aware that your
15   lawyers produced this document to us, are you not?
16       A.   No, I am not.
17       Q.   That is interesting because your
18   lawyers told me that you are the one that found
19   these documents on external media, like CDs or
20   junk drives and you provided it in January 2020;
21   is that not true?
22           MR. RIVERO:  Object to the form.
23       A.   My lawyers were given external
24   devices and equipment from Lynn and other such
25   things.  I don't know what is on any of those

MAGNA
LEGAL SERVICES

Page 178

1  devices, nor do I know what Lynn has given.
2  BY MR. FREEDMAN:
3      Q.   Did Lynn give you those devices?
4      A.   I have not checked anything, so
5  I don't know ----
6      Q.   That is not what I asked you. I
7  asked you if Lynn gave you those devices, not if
8  you checked them. I asked you did Lynn give you
9  those devices.
10     A.   I just made a statement. I said
11 Lynn gave me some things, different equipment
12 etc., and Lynn gave me access to other files and
13 I also had other files from company records.
14 I did not check any of them so I cannot tell which
15 this is from.
16     Q.   When did you get these devices?
17     A.   The ones from Lynn I got -- I can't
18 remember exactly when. Not that long ago.
19     Q.   Was it January of 2020?
20     A.   I don't remember.
21     Q.   Was it December of 2019?
22     A.   I don't remember.
23     Q.   How did you know that you should
24 provide these documents to your lawyers?
25     A.   I just provide everything to my

Page 179

1  lawyers. The reason you have a whole lot of
2  documents that are prejudicial to me is I don't
3  check anything. I just hand everything I have
4  got, as I am legally required to do. Not
5  filtering it first, not checking whether there is
6  something that looks like it might be altered or
7  might suit your client. My role, under law, is to
8  take every document I get and hand it to my
9  lawyers. I was told by my solicitors, any CDs
10 I have given to my lawyers, so anything that was
11 not a music CD or DVD I basically piled up and
12 gave to my lawyers.
13     MR. RIVERO:  Mr. Freedman, wait a
14 moment. Dr. Wright, I don't think you revealed
15 anything privileged, but please be careful about
16 discussing any communications with us or other
17 counsel.
18 BY MR. FREEDMAN:
19     Q.   Dr. Wright, is it accurate to say
20 that prior to today you have never seen this
21 document?
22     A.   No.
23     Q.   When did you see this document?
24     A.   I briefly saw this document in
25 2011.

Page 180

1      Q.   What was the context in which you
2  saw this document in 2011?
3      A.   Dave and Lynn Wright were setting
4  up W&K. I left Lynn Wright and Dave Kleiman to go
5  through the administrative filings and other such
6  things. I have also had discussions, post that,
7  with my lawyers and I don't know if I can say
8  anything more about our discussions.
9      Q.   I'm not asking about discussions
10 with your lawyers.
11     MR. RIVERO:  Dr. Wright, I am
12 instructing you don't go into conversations with
13 us or with other lawyers. You allude sometimes to
14 conversations. Don't go into such conversations.
15     A.   Sorry.
16 BY MR. FREEDMAN:
17     Q.   To be clear, I am not asking you
18 about conversations between you and your lawyers
19 at Rivero Mestre. Dr. Wright, did you sign this
20 document?
21     A.   I don't know. I cannot see.
22     Q.   Let me bring you down to the bottom
23 of the document so you can see, because that is
24 fair. Does that help refresh your recollection,
25 Dr Wright? Have you signed this document?

Page 181

1      A.   That is my signature, yes.
2      Q.   Do you remember putting that
3  signature on this document?
4      A.   No, I don't.
5      Q.   So it is possible this is just a
6  forgery from a later date?
7      A.   I do not think so. I do not
8  believe Lynn would ever forge a document and it
9  looks like my signature.
10     Q.   Is it your signature?
11     A.   It is not an ink and pen thing so
12 I cannot 100% say, but it looks like my signature.
13     Q.   You saw this document in February
14 of 2011, right?
15     A.   Yes.
16     Q.   You signed it in February 2011,
17 most likely?
18     MR. RIVERO:  Object to the form.
19     A.   It would have been around that time
20 if I signed. I didn't have much to do with the
21 management after that of Information Defense.
22 Information Defense, in March 2011, was then
23 started to be -- it started to be assigned into
24 Cloud Croft and then other companies.
25 BY MR. FREEDMAN:

Page 182

```
 1      Q.    If you signed this document it was
 2   signed in approximately February 2011; is that
 3   fair?
 4      A.    Yes.
 5      Q.    If you did not sign this document
 6   in February 2011 then that is not your signature;
 7   is that fair?
 8           MR. RIVERO:  Object to the form.
 9      A.    I would not have signed it after
10   that period.
11   BY MR. FREEDMAN:
12      Q.    So if your signature got placed on
13   the document after that period then someone else
14   put it there; is that fair?  Is that accurate?
15           MR. RIVERO:  Object to the form.
16      A.    I would have signed around that
17   time if I signed this document.
18   BY MR. FREEDMAN:
19      Q.    That is not what I am asking Dr.
20   Wright.  Did you sign this document after February
21   2011?
22      A.    I don't remember when I signed this
23   document, so I cannot say that.
24      Q.    So it is possible you signed this
25   document after February of 2011?
```

Page 183

```
 1      A.    I don't remember when I signed this
 2   document.  I don't remember signing this document.
 3   I have seen this document, but I don't remember
 4   more.
 5           MR. RIVERO:  I have to have a
 6   chance to object.  Dr. Wright, please pause for a
 7   moment.  It is not Mr. Freedman's fault.  You have
 8   to give me a chance, you have to give me a moment.
 9   I objected to the last question.
10   BY MR. FREEDMAN:
11      Q.    Dr. Wright, it is possible you
12   signed this operating agreement in January 2020,
13   isn't it?
14      A.    No, it is not.
15      Q.    Did you sign this operating
16   agreement in January 2020?
17      A.    No, I did not.
18      Q.    Did you sign this operating
19   agreement in December of 2019?
20      A.    No, I did not.
21      Q.    Did you sign this operating
22   agreement in 2018?
23      A.    No, I did not.
24      Q.    Did you sign this operating
25   agreement at any time from 2012 through the
```

Page 184

```
 1   present date?
 2      A.    I don't believe so.
 3      Q.    Did Dave Kleiman sign this
 4   document?
 5      A.    I didn't witness Dave Kleiman
 6   signing the document so I cannot make a comment.
 7      Q.    Why did Lynn Wright not sign the
 8   document?
 9      A.    If you do an exchange of documents
10   then if Lynn Wright had this document then Lynn
11   right would not be a signatory.  Generally, the
12   way the document exchange works in Australia is
13   the signatory signs a copy and is handed the other
14   one, so generally what you end up with is an
15   unsigned copy.  Even on my property that I've
16   bought in Australia I have never had a copy even
17   of my house deed that has my signature.  In my
18   deed for my house my copy does not have my
19   signature, it has "Craig Wright" blank, and that
20   is completely legal.
21      Q.    Would you feel comfortable relying
22   on this document, Dr. Wright?
23      A.    For what?
24      Q.    Would you feel comfortable having
25   the court rely on this document?
```

Page 185

```
 1           MR. RIVERO:  Object to the form.
 2      A.    For what?
 3   BY MR. FREEDMAN:
 4      Q.    For anything.
 5      A.    I would not say I would be
 6   comfortable in having a document for anything that
 7   I have not read and looked at and whatever else
 8   when I am not a shareholder or anything like this.
 9   So, no, being that in March of 2011 I was no
10   longer a director of Information Defense would
11   I sit there and want to rely on anything which --
12   "anything" is infinitely large.  No, I would not
13   sign, in front of 100 witnesses, my birth
14   certificate saying that it was me with a photo and
15   say "Yes, I will rely on this for anything".
16      Q.    Would you have the court rely on
17   this to establish the ownership of W&K?
18      A.    I would ----
19           MR. RIVERO:  Object to the form.
20      A.    I would ask Lynn Wright.  If I was
21   going to rely on a document from a company that
22   another person owns I would ask generally how you
23   attest to documents; you get a person to attest to
24   them.
25   BY MR. FREEDMAN:
```

Page 186

```
 1        Q.    I am going to put up on the screen
 2   for you what has been produced in this litigation
 3   as Defense 01854320.  Do you see that document?
 4        (Exhibit Defense 01854320 referred to)
 5        A.    I see that document.
 6        Q.    This is the document to which the
 7   operating agreement -- this is e-mail, sorry, to
 8   which the operating agreement was attached.  Do
 9   you see that it appears to be sent on 4/1/11 to
10   Dave Kleiman with a cc to Craig Wright?
11        A.    Yes.
12        MR. RIVERO:  Can we have the number
13   again?
14   BY MR. FREEDMAN:
15        Q.    1854320.  Do you remember receiving
16   this e-mail, Dr. Wright?
17        A.    No, I don't.
18        Q.    Was your e-mail address
19   cwrigh20@postoffice.csu.edu.au ever hacked or
20   compromised, to your knowledge?
21        A.    I don't know.  I did not use it.
22   It was my university account and I never -- I
23   hardly ever logged in and checked that.  I had
24   earlier -- up until 2006 or '7 I used it back when
25   I was working at BDO, but after that I hardly used
```

Page 187

```
 1   that e-mail address.
 2        Q.    How did Lynn Wright know to give
 3   you these documents in the recent past?
 4        A.    I spoke to her.
 5        Q.    You asked her for any documents?
 6        A.    Yes.
 7        Q.    She sent you media via the post?
 8        A.    She sent me some media and she sent
 9   me some other documents.  She sent some e-mails
10   and I cannot remember what else she sent me.
11        Q.    How did she get you the media?
12        A.    I get boxes all the time.
13        Q.    Did she ship them to you?
14        A.    Quite possibly.  I never paid any
15   attention to the boxes.  When I get things
16   delivered they get delivered.
17        Q.    Do you have a tracking number for
18   that box?
19        A.    No.
20        Q.    Do you think Ms. Wright has a
21   tracking number for that box?
22        A.    My ex-wife is horrible at
23   administration so I very much doubt it.  Sorry,
24   I don't want to sound mean, but she is.
25        Q.    Do your attorneys have the tracking
```

Page 188

```
 1   information for these boxes?
 2        A.    I have no idea what my attorneys
 3   have on any of this.
 4        Q.    Dr. Wright, you are a forensic
 5   examiner of evidence, right?
 6        A.    Not any more, no.
 7        Q.    You were a forensic examiner of
 8   evidence, correct?
 9        A.    Yes.
10        Q.    You understand, do you not, the
11   importance of chain of custody, do you not?
12        A.    In this case no, because the chain
13   of custody would be going to Lynn Wright and
14   getting the original.
15        Q.    Are you aware that we asked Lynn
16   Wright for all the documents relating to W&K and
17   she told us she did not have any?
18        A.    I don't know what Lynn Wright said.
19        Q.    Dr. Wright, did you forge these
20   documents?
21        A.    No.
22        Q.    Did you have somebody forge these
23   documents?
24        A.    No.
25        Q.    Dr. Wright, have you tried to log
```

Page 189

```
 1   into Satoshi's Bitcointalk account to collect
 2   documents for this case?
 3        A.    There is no Satoshi's Bitcointalk
 4   account.  The Bitcointalk account was created in
 5   2011 after Satoshi left and stopped being involved
 6   with Bitcoin.  That is one of the things you seem
 7   not to understand.  Bitcoin.com/forums was the
 8   source of what became Bitcointalk.
 9        Q.    The Bitcoin.org account, have you
10   tried to log into that to collect documents for
11   this case?
12        A.    There is no Bitcoin.org account to
13   log into.  What do you mean by a Bitcoin.org
14   account?  That is a domain.
15        Q.    Satoshi's account on Bitcoin.org.
16        A.    There is no Satoshi's account at
17   Bitcoin.org.  The domain was first taken over by
18   Theymos (Michael Marquardt).  That was then moved
19   multiple times be between now and where it is.
20   The domain, web server and other things have no
21   relevance to the original.  There was no
22   Bitcoin.org website sort of being used to store
23   documents with companies.
24        Q.    Sorry, I think I meant
25   Bitcointalk.org.  Do you recall having a user name
```

MAGNA

LEGAL SERVICES

Page 190

1  Satoshi on Bitcointalk.org?
2      Q.   As I just stated, Bitcointalk.org
3  was not the original forum.  The original forum
4  was Bitcoin.org/forums.
5      Q.   Dr. Wright, Satoshi opened an
6  account on what eventually became Bitcointalk.org
7  November 19, 2019 at 7.12.39 p.m.  Did you open
8  that account?
9      A.   No.  Bitcoin.org/forums was
10  originally that and that was migrated to a new
11  site, so you are confusing the two.  The old site
12  that had all my posts was migrated to a new site.
13      Q.   So the account that now resides on
14  Bitcointalk.org and reflects the name Satoshi that
15  was registered on November 19th 2009, you did not
16  open that account?
17      A.   Bitcointalk was not the original
18  forum site.  Bitcointalk was formed to migrate the
19  forum site.
20      Q.   So Dave opened that account?
21      A.   No, Dave did not open that account.
22  Dave was not able to.  Dave was actually in
23  hospital.  Dave was under operations and
24  unconscious during some of the times when Satoshi
25  was communicating, when I was communicating.  Dave

Page 191

1  was literally out.  He was not available, not able
2  to talk because when you are under anaesthetic --
3  not local -- when he was knocked out, under full
4  complete surgery, it is not possible to sit there
5  on your laptop and type messages.
6      Q.   Have you tried to log into any of
7  the accounts you opened as Satoshi, on any forum,
8  to collect documents for this case?
9      A.   No.
10      Q.   Why not?
11      A.   Because Bitcoin.org/forums no
12  longer exists.  The original site, the original
13  SourceForge repository, were all disabled.  It was
14  migrated in I believe 2013 at the latest, where
15  Gavin Andreson and others stopped SourceForge,
16  which I prefer, and started using Github.  The
17  website was migrated earlier than that.  The
18  original forums were altered and changed so that
19  new administrators -- not me -- could be
20  appointed.
21      Q.   Dr. Wright, wouldn't your password
22  still open that account?
23      A.   No, they would not.
24      Q.   Have you tried?
25      A.   Nope.

Page 192

1      Q.   Have you tried to collect e-mails
2  from Satoshi's GMX account for this case?
3      A.   No.  The GMX account was
4  compromised years ago.
5      Q.   Did you try to log in and get the
6  documents from it?
7      A.   The GMX account was compromised
8  years ago.  The GMX account no longer exists.  The
9  compromise happened more than five years before
10  this case.
11      Q.   "Compromised" meaning the password
12  was changed?
13      A.   No, meaning totally taken over.
14  After it was closed down a new Satoshi e-mail
15  account was started.
16      Q.   So the Satoshi GMX account no
17  longer exists; is that accurate?
18      A.   No, there is a new Satoshi GMX
19  account.
20      Q.   The original e-mails no longer
21  reside in your Satoshi GMX account; is that
22  accurate?
23      A.   Yes.
24      Q.   Did you try to log into Satoshi's
25  Vistomail account to collect documents for this

Page 193

1  case?
2      A.   No, I did not.
3      Q.   Why not?
4      A.   Because I have not logged into
5  there for ages and Vistomail requires payment.
6  Without payment the account goes into lockdown and
7  basically you end up not being able to log in.
8      Q.   Can you pay and log back in?
9      A.   No.  Vistomail is not a standard
10  open thing where you can communicate with anyone
11  properly.  It is run by a bunch of anarchists who
12  -- yes, well, they are anarchists.  On top of that
13  the site was taken over in 2013.  A new company
14  bought the site and re-enabled a new version, so
15  the disabled accounts no longer exist.
16      Q.   Have you tried logging into
17  Satoshi's Anonymous Speech account to provide
18  documents for this case?
19      A.   Anonymous Speech and Vistomail are
20  the same server.  If you have Satoshi@vistomail.
21  anything and Satoshi@anonymousspeech. anything,
22  they are the same account.
23          MR. FREEDMAN:  Can we take a two
24  minute break.
25          (Recess at 4.55 p.m. to 5.04 p.m.)

Page 194

1     MR. FREEDMAN:  I just got back.
2  How much time have we been on the record for?
3     THE VIDEOGRAPHER:  Four hours and
4  eight minutes.
5  BY MR. FREEDMAN:
6     Q.  Dr. Wright, I am going to put up a
7  PDF of an e-mail for you.  Can you let me know if
8  you see it.  It has been produced as Defense
9  46098.  Dr. Wright, can you see that now?
10     (Exhibit Defense 46098 referred to)
11     A.  Yes, I see this now.
12     Q.  Okay.  Do you recognise this as an
13  e-mail from you to Mark Italia at the Australian
14  Tax Office, with a cc to your wife?
15     A.  As a director and Jamie Wilson as
16  the CFO at the time.  That was something that was
17  instructed to be sent.
18     Q.  Okay, but it is something that you
19  sent?
20     A.  It is something I instructed to be
21  sent.
22     Q.  Did you look it over before you
23  sent it?
24     A.  I -- what do you call it --
25  dictated it, so ----

Page 195

1     Q.  Okay.  Did you manage the private
2  keys to any Bitcoin in 2013?
3     A.  Well, yes.
4     Q.  Who were you managing the private
5  keys for?
6     A.  I had my own Bitcoin as well.  I
7  mean, I still do now.  I have Bitcoin; I use it.
8  I have never not used Bitcoin, so if you are
9  asking about my Bitcoin -- not trust bit or
10  anything like this -- I had Bitcoin and was
11  occasionally buying and selling on Mt. Gox in
12  small amounts.  I had stuff that I was
13  experimenting with between the companies where we
14  were sending transactions back and forwards,
15  generally in the order of around 14 to 15 Bitcoin
16  at any time, and sometimes maybe up to 30 or 40.
17     Q.  Just 30 or 40, not 30-40,000?
18     A.  30-40.  If I say 40,000 I mean
19  that.  I'm a mathematician so I do know the
20  difference between 40K and 40.
21     Q.  So we can assume when you say a
22  number you mean what you say?
23     A.  Numbers, yes.
24     Q.  Dr. Wright, I am going to share
25  with you another e-mail.  It's a copy of an

Page 196

1  e-mail, a printout of an e-mail bates labelled
2  Defense 00027325.  It appears to be a meeting note
3  from Dave Kleiman to Craig@panopticrypt, dated
4  February 2nd 2013.  Do you see that on the screen?
5     (Exhibit Defense 00027325 referred to)
6     A.  I see that.
7     Q.  Is this an e-mail Dave sent to you?
8     A.  I will assume that it is, for the
9  moment.  It looks familiar.
10     Q.  I actually need you to tell me if
11  you believe it is an e-mail.
12     A.  I believe it is an e-mail.
13     Q.  That you received from Dave
14  Kleiman?
15     A.  It looks familiar.  It looks like
16  something he would say.  More than that, I cannot
17  tell you.
18     Q.  I'm going to put up another e-mail
19  on the screen for you.  This Bates labelled DEFAUS
20  00119167.  I apologise, we have looked at this
21  already.  We can skip it.  Did you ever tell Ira
22  -- strike that.  You entered into a contract for
23  Dave to develop software for you through W&K,
24  isn't that right?
25     A.  Yes, I wanted Dave to extend the

Page 197

1  software that I already had.  It is not right to
2  say that I wanted him to develop by itself,
3  I wanted him to extend the development of code
4  that I already had obtained.
5     Q.  And did he actually extend that
6  software for you?
7     A.  No, Dave did not do any work on any
8  of that software.
9     Q.  Did you tell Ira that Dave did work
10  on that software?
11     A.  I was led to believe at first, and
12  I did believe because Dave had told me he was
13  working.  Dave never returned the software and
14  with information that I now have I believe Dave
15  never did any work.
16     Q.  Did you receive Dave's software two
17  weeks before he died?
18     A.  Dave did not send any software.
19  There is no "Dave's software".  What I, as I said,
20  believed, because of what Dave was telling me, was
21  money that I was giving him to fund people that he
22  was actually putting into Silk Road was not to buy
23  coders, not to develop code, but to buy drugs.
24     Q.  When did you find out that Dave had
25  not been working on the software?

Page 198

```
 1       A.   Last year.
 2       Q.   Did you ever tell the Australian
 3  Tax Office that Dave sent you software -- strike
 4  that.  Did you ever tell the Australian Tax Office
 5  that you received Dave's software two weeks before
 6  he died?
 7       A.   No, I did not.
 8       Q.   I'm going to share another e-mail
 9  with you now.  Let me know if it's up there.  This
10  is Bates Defense 00027396.  Let me know if you
11  recognise this e-mail?
12       (Exhibit Defense 00027396 referred to)
13       A.   It is possible that it is one that
14  I transcribed.  It looks like one -- negotiations
15  with Assistant Commissioner Hardy.
16       Q.   It is an e-mail from you to the
17  Assistant Commissioner Michael Hardy at the
18  Australian Tax Office that was cc'd to your wife
19  and the CFO of your company; is that accurate?
20       A.   Yes, my wife as a director though.
21       MR. RIVERO:  I'll assert whatever
22  objections are appropriate, preserving those as to
23  the communication.  Go ahead and answer,
24  Dr. Wright.
25  BY MR. FREEDMAN:
```

Page 199

```
 1       Q.   You bcc'd yourself on this
 2  communication; correct?
 3       A.   There is a bcc to my name, but I do
 4  not know what the actual e-mail address and from
 5  or my name happens to be, so I cannot make any
 6  comment on that because you can put Craig S.
 7  Wright and have it go to fake-mailaddress@fake.com
 8  and have it display from, so I am assuming.
 9       Q.   Do you have any reason to believe
10  that this is a faked e-mail?
11       A.   I have not read it all yet.
12       Q.   Okay.  Why don't go ahead and read
13  it.
14       A.   It looks like the thing that we
15  were sending off to Mr. Hardy before we had a
16  meeting with him.  More than that I cannot say.
17       Q.   Can you read for the record the
18  paragraph that starts off with "the addresses are
19  in my control"?  I am going to mark it for you so
20  it is easier.
21       A.   Yes.  "The addresses are in my
22  control now as a matter of fate and other
23  circumstances.  David Reese and David Kleiman have
24  both be essential parts of this project.  Both of
25  these gentleman, who I had the good fortune to
```

Page 200

```
 1  call friends, passed away this year.  David Reese
 2  was a friend of my grandfather before he died of
 3  Parkinson's.  David Kleiman was my best friend."
 4       Q.   Was this something that you
 5  dictated, Dr. Wright?
 6       A.   Yes, this sounds like something
 7  I would dictate.
 8       Q.   What did you mean by "fate"?
 9       A.   I mean exactly the meaning of the
10  word.  Fate means circumstances beyond control, so
11  the fact that my best friend died is fate,
12  misfortune.  It would not be a random occurrence.
13  When someone commits suicide it is still fate.
14       Q.   What did you mean by "under the
15  circumstances"?
16       A.   If you take a combination of
17  barbiturates, opiates and cocaine then either you
18  are intentionally committing suicide or you are
19  really stupid.  But with cocaine in one's system,
20  with alcohol in one's system, barbiturates in
21  one's system I cannot preclude just being stupid.
22       Q.   Dr. Wright, did you have control
23  over these addresses when you wrote this e-mail to
24  the Australian Tax Office?
25       A.   Control, yes.
```

Page 201

```
 1       Q.   Do you still have control over
 2  these addresses?
 3       A.   No.  Most of those have been used.
 4       Q.   By you or someone at -- Ritzela De
 5  Gracia?
 6       A.   Ritzela De Gracia did not take all
 7  these addresses.  As I said, we gave rights to the
 8  companies, through the trust arrangements, through
 9  the company arrangements, through the assignment
10  of rights.  The rights assignment was all
11  documented.  All of the transactions, the
12  transfers and the movement of every bit of rights
13  were documented and the movement of C01N has
14  nothing at all, contrary to what a whole lot of
15  lying scumbags will tell you, about private keys.
16  That is what people who have no idea about Bitcoin
17  and those who seek to tell governments that they
18  cannot control Bitcoin, that it is an anarchistic
19  experiment, tell you.
20       Q.   Dr. Wright, as part of this e-mail
21  you see you attached a graphic.  That graphic is
22  pretty difficult to read so I went ahead and
23  downloaded the native for us to look at.  It's a
24  little clearer, right?
25       A.   Yes, it is a little clearer.
```



MAGNA LEGAL SERVICES

Page 202

```
1       Q.    You told the ATO that these
2  addresses are in your control now as a matter of
3  fate and other circumstances.  You listed these
4  addresses and you attached this image of all these
5  other addresses; is that a fair characterisation
6  of this e-mail?
7       A.    Yes.  We were in negotiations,
8  telling the ATO, "Look, we want to register
9  everything under capital gains and other such
10 things so that we will pay tax on all our
11 Bitcoin".
12      Q.    Dr. Wright, in this graphic to the
13 ATO with addresses there is a list of addresses on
14 the right-hand side.  On the left-hand side there
15 is a list of labels; do you see that?
16      A.    Yes, I do.
17      Q.    Do you see there is one address
18 that is kind of redacted out from the picture?
19      A.    Yes, I do.
20      Q.    Can you read the label of that
21 address please?
22      A.    CSW to Dave Kleiman - DV.
23      Q.    You put the word "to" in there.
24 Can you read it again for the record?
25      A.    The dash is a "to", in my parlance.
```

Page 203

```
1       Q.    Okay, but just read the -- you have
2  gone so far as to read full colons to me on the
3  record.  Can you just read ----
4       A.    CSW - Dave K - DV.
5       Q.    What does DV mean?
6       A.    DV was just a reference in accounts
7  for payments I made to Dave Kleiman.
8       Q.    Why did you use the letters DV to
9  reference payments to Dave Kleiman?
10      A.    Because it was under an account
11 field where it had DV.
12      Q.    Why not DK?
13      A.    Because it was Dave Kleiman on the
14 other part and DV was to do with the project.  It
15 was nothing to with the name.  DV is not a name
16 marker, Dave Kleiman is.
17      Q.    What did the project DV stand for?
18      A.    It was my payments to Dave Kleiman.
19      Q.    For what?
20      A.    Dave needed money quite often and
21 he also needed to, basically, hospital bills,
22 other such things.  I sent him money on occasion.
23      Q.    Dr. Wright, it seems to me -- let
24 me restate that.  Dr. Wright, there is a Bitcoin
25 wallet address that you have both your name and
```

Page 204

```
1  Dave Kleiman's name associated with; is that an
2  accurate representation of this ----
3       A.    Not at all in one bit.
4       Q.    Okay.  Dr. Wright, can you tell me
5  everything that has ever told orally ----
6       A.    Can I tell you what, sorry?
7       Q.    Can you tell me anything that Ira
8  Kleiman has ever told you orally, via the phone,
9  Skype, oral conversations?  Can you tell me
10 anything Ira has ever told you?
11           MR. RIVERO:  Object to the form.
12      A.    Yes, I can tell you anything that
13 he has said.  Not everything.
14 BY MR. FREEDMAN:
15      Q.    Please go ahead and try to tell me
16 everything he said.
17           MR. RIVERO:  Object to the form.
18      A.    Ira Kleiman has told me he wants me
19 to hold his shares in my name because if I
20 transferred them and put them in other names that
21 would, basically, mean he had to pay tax and we
22 would not want him paying tax, he said.  Ira
23 Kleiman said, "No, don't give those shares to my
24 father.  My father's too old and senile.  It is
25 better that I manage him".  Then he corrected
```

Page 205

```
1  himself -- I remember this one -- and said "manage
2  it for him".  Ira Kleiman had told me, "Look,
3  wouldn't it be better if we just put everything
4  into Bitcoin accounts so that everyone can spend
5  money without having to worry about the government
6  finding what we own.  Bitcoin is anonymous, isn't
7  it?"  He asked me, "Can I buy goods and services
8  like even a house or a car, without telling the
9  government, if I've got Bitcoin?  So, how do
10 I make sure that I make sure my Bitcoin is never
11 taxed?"  Ira said lots of comments along these
12 lines.  He made sure that his father was locked
13 out of any shares, he tried to gain access to
14 shares.  He talked to me about an offer that I had
15 to, basically, buy him out.  I had an offer that
16 would have funded my companies, but they didn't
17 want any problematic shareholders so they,
18 basically, made me an offer saying look, "We'll
19 buy this guy out under the condition that he is
20 completely gone", to which I made Ira an offer for
21 his Coin-Exch shares of $12 million paid over
22 three years.  Ira said, basically, to the effect
23 of, "Then I'm going to have to pay tax".  Then
24 when he got that, "I think I'm worth more, Dave
25 would have wanted more".  I can keep going on
```



Page 206

1   about these sorts of things.  I found them
2   sickening.
3       Q.    Please do.  I would like you to
4   tell -- why don't we take one step back before you
5   continue and just tell me how many times have you
6   spoken to Ira on the phone, or via Skype or any
7   other voice communication system?
8       A.    I don't know.  Too many.
9       Q.    Please go ahead and continue.  Tell
10  me anything else you recall that he's told you?
11      A.    That is basically the total of it.
12  The majority of what he wanted was him -- "How do
13  I get more money?  How do I get money without
14  paying tax?  How do I buy things without everyone
15  knowing?"  Fairly much the totality of most of my
16  communications with him were those.
17      Q.    Okay.  Thank you, Dr. Wright.  I am
18  going to put on the screen for us some documents;
19  do you see this.  Dr. Wright?
20      A.    I see that.
21      Q.    It purports to be an Auscript
22  transcript of an Australian Taxation Office record
23  of interview between Des McMaster, Hoa Doa,
24  yourself, John Chester and Andrew Sommer, dated
25  18th February 2014 and bearing the Bates label

Page 207

1   DEFAUS 00115520.
2       (Exhibit DEFAUS 00115520 referred to)
3           MR. RIVERO:  Same position as
4   previously noted.
5   BY MR. FREEDMAN:
6       Q.    Dr. Wright, are you familiar with
7   this transcript?
8       A.    I am familiar with this erroneous
9   document that was basically put around Gizmodo and
10  other sources, yes.
11      Q.    Is it your position that an
12  interview occurred at this date, this is just not
13  an accurate transcript of that interview?
14      A.    It is my statement that this was so
15  badly done that Mr. Des McMaster was sent to Papua
16  New Guinea as punishment.  They took him out of
17  the country and shoved him into a rural area.  The
18  thing was actually a rural village in Papua New
19  Guinea as his punishment.  The accuracy of this is
20  less than if I get a dartboard and throw Scrabble
21  letters at it.
22      Q.    Let me break down my question.  Dr.
23  Wright, did a meeting between these six
24  individuals occur instantly on Tuesday 18th
25  February 2014?

Page 208

1       A.    No, there were seven individuals.
2       Q.    Who was the seventh individual that
3   is not listed?
4       A.    There was another person from the
5   Australian Tax Office.
6       Q.    Was there a recording being done of
7   that interview?
8       A.    No.
9       Q.    Dr. Wright, I am going to show you
10  another transcript which purports to be an
11  Auscript transcript of a meeting with the
12  Australian Tax Office, between Andrew Miller, Des
13  McMaster, Jennifer Trinh and yourself, John
14  Chester and Andrew Sommer, dated 20th March 2014.
15  Do you see that transcript?  It bears the Bates
16  label Defense 00053142.
17      (Exhibit Defense 00053142 referred to)
18      A.    I see the document that said
19  "transcript of proceedings", that was basically
20  junked by the tax office because it was so badly
21  recorded and -- sorry, transcribed.
22      Q.    The date on it, Dr. Wright -- was
23  there a meeting with the Australian Tax Office and
24  those six individuals on 28th March 2014?
25      A.    I would have to double check, but

Page 209

1   it looks about the right date.  From my
2   recollection that is the correct date.
3       Q.    Was this meeting recorded?
4       A.    Without authorisation and basically
5   a little thing under the table.  So not properly,
6   no.
7       Q.    It was transcribed but it's your
8   position that transcription is inaccurate; is that
9   an accurate characterisation of your position?
10      A.    It is not ----
11          MR. RIVERO:  Objection.
12      A.    It is so inaccurate that I could
13  not even call it inaccurate.  If I randomly picked
14  Scrabble characters and put them on a thing it
15  would be more accurate than this document.
16      Q.    I will move to the next document.
17  On the screen now you will see an Auscript
18  transcript of proceedings that purports to be a
19  transcript of an interview that took place between
20  Greg O'Mahoney and yourself at the ATO's office on
21  August 11th 2014.  Do you see this document?  It
22  has the Bates label Defense 00068665.
23      (Exhibit Defense 00068665 referred to)
24          MR. RIVERO:  Object to the form.
25          MR. FREEDMAN:  Mr. Rivero, you can

**MAGNA** ◆
**LEGAL SERVICES**

Page 210

1   make it on the record but you do have a standing
2   objection to any ATO transcript.
3          THE WITNESS: Can you zoom it in,
4   please? It's really hard to read.
5   BY MR. FREEDMAN:
6      Q.   Is that better?
7      A.   Yes, that's better.
8      Q.   Have you reviewed this transcript
9   before?
10         MR. RIVERO: Same objection.
11     A.   No, I have not because I have never
12   had a single interview with a single person.
13   There have never been any interviews between
14   myself as a single person and one-on-one with the
15   ATO, so there is nothing to review.
16   BY MR. FREEDMAN:
17     Q.   Is it your position, Dr. Wright,
18   that this interview never happened?
19     A.   No. If it has happened there was
20   no interview between myself and O'Mahoney
21   individually. There were group interviews, there
22   is no individual interview, so if this is only a
23   two person interview it did not happen.
24     Q.   I think actually, Dr. Wright, that
25   it says up here that the interview was for Greg

Page 211

1   O'Mahoney and Andrew Sommers.
2      A.   Which shows it is already erroneous
3   if you have multiple people interviewing me and
4   not in the beginning. Like I said, this document
5   is not worth used toilet paper.
6      Q.   Dr. Wright, did the fact that
7   Mr. Sommers attended this interview refresh your
8   recollection that an interview did take place on
9   11th August 2014, it was transcribed but the
10   transcription is so bad that you don't think it
11   should be relied on.
12         MR. RIVERO: Object to the form.
13     A.   No, I would say there is a meeting
14   and then there is a whole lot of trash after on
15   this thing that purports to be a meeting that has
16   nothing to do with it.
17   BY MR. FREEDMAN:
18     Q.   Okay, but the meeting occurred on
19   that date, on or about that date; is that
20   accurate?
21     A.   I am say a meeting occurred, not
22   the one they are saying interviewer/interviewee.
23     Q.   Was the meeting that occurred on --
24   strike that. Dr. Wright, do you recall meeting
25   with Greg O'Mahoney and Andrew Sommer at the

Page 212

1   Australian Tax Office's office?
2      A.   I recall multiple people, not just
3   Greg. He had at least two other assistants so,
4   no, this particular thing is not right at all. If
5   they cannot even get the number of people correct
6   then, no, I don't recognise a meeting that
7   suddenly in parts gains people.
8      Q.   Was the meeting you attended at
9   with Mr. O'Mahoney and Andrew Sommer recorded?
10     A.   Not to my knowledge.
11     Q.   Was that meeting transcribed?
12         MR. RIVERO: Object to the form.
13     A.   Again, I was only in meetings with
14   O'Mahoney, and at least three other tax office
15   people, and my lawyer and others so this is not an
16   accurate, in any way, transcription.
17   BY MR. FREEDMAN:
18     Q.   Dr. Wright, I am now going to
19   switch to another Auscript transcript between the
20   Australian Tax Office that purports to reflect an
21   interview between Greg O'Mahoney yourself and
22   Andrew Sommer at the Australian Tax Office
23   office offices on August 18, 2014. It bears the
24   Bates label DEFAUS 560317. Do you see that?
25         (Exhibit Defense 560317 referred to)

Page 213

1      A.   Yes, I see another terrible attempt
2   at a transcription proceedings that does not
3   reflect what actually happened.
4      Q.   Do you recall a meeting with the
5   Tax Office representative Greg O'Mahoney, yourself
6   and Andrew Sommer on or about August 18, 2014?
7      A.   No, because the interviewer was not
8   actually Greg O'Mahoney. Greg O'Mahoney was
9   present.
10     Q.   Who was the interviewer?
11     A.   I don't remember her name, off the
12   top of my head. A woman. She was an assistant
13   commissioner.
14     Q.   When the transcript goes through
15   showing O'Mahoney, Wright, O'Mahoney, Wright,
16   O'Mahoney, Wright, you are saying that is
17   incorrect?
18     A.   I am saying nothing in any of these
19   things is even remotely worth the paper it is
20   printed on.
21     Q.   Is it your testimony, Dr. Wright,
22   that somebody just fabricated this entire
23   transcript from whole cloth?
24     A.   I am saying that one of the tax
25   people actually got sent to a different country as

**MAGNA**
**LEGAL SERVICES**

Page 214

1    punishment because of all these.
2         Q.    I understand that it is your
3    position that this transcript was extremely
4    inaccurate and not good, but I am trying to ask
5    you is -- there are more documents, but so far we
6    have looked at one transcript 41 pages, another
7    transcript that is 97 pages, another transcript
8    that is 46 pages.  We are now on another 46 page
9    transcript and I am trying to understand if it is
10   your position that somebody sat and fabricated
11   this entire back and forth between you and the tax
12   office, or if it's just your position that these
13   meetings did occur but the transcription is
14   horrendous and it should not be used.  That is my
15   question, so which is your position?
16         MR. RIVERO:  Objection to the form
17   of the question.  I will note a specific objection
18   to the term "transcription" in this context, but
19   go ahead and answer.
20        A.    Being that one of the people in the
21   tax office and I had a personal disagreement that
22   goes back many years and that he didn't arrange in
23   all of this.  I would actually say that not only
24   is terrible but it is intentionally terrible.
25   BY MR. FREEDMAN:

Page 215

1         Q.    Okay.  Dr. Wright, we are in the
2    February 18th 2014 transcript.  I am going to
3    bring you back to that, the one bearing the Bates
4    label DEFAUS 00115520.  I am going to bring you to
5    page 31 of that transcript.  Do you see here
6    Mr. Dolevski at line 31.  Can you read the record
7    from here to the end of the page?
8         A.    That is a Ms.  Do you want me to
9    say the names as I read?
10        Q.    Sure.
11        A.    Dolevski:  "No, unfortunately."
12   McMaster:  "Now we are coming to the end of the
13   recording here."  Sommer:  "Yeah.  Do you want to
14   change it and then I'll wrap up?"  McMaster:
15   "Yeah, I'll wait till it stops first."  Sommer:
16   "Okay."  McMaster: "It has got to go through the
17   process and then we can wrap.  I know, I know."
18   Sommer: "Even the CDs are bureaucratic here.
19   Sorry."  McMaster: "Well, you've got to write
20   them.  What can I say?"  Sommer: "Oh, that was
21   recorded too."
22        Q.    Dr. Wright, does this help refresh
23   your recollection that these transcripts were
24   actually recorded?
25         MR. RIVERO:  Objection.

Page 216

1         A.    The recording did not work in any
2    of these things, as far as I know.  As far as
3    I know, no they were not.
4    BY MR. FREEDMAN:
5         Q.    Does it help refresh your
6    recollection that this was not a recording under
7    the table without your knowledge?
8          MR. RIVERO:  Object to the form.
9         A.    As I already said, this is not
10   accurate so what you are saying is an inaccurate
11   thing that was not reflecting -- the real thing is
12   supposed to reflect my memory that I am going to
13   change and go, "Oh no, it is real".  Sorry, no,
14   I won't.  I didn't actually say I would accept
15   being recorded and, no, they weren't meant to be.
16   The fact that they've tacked in on the end, "Hey
17   we are recording", too bad.
18   BY MR. FREEDMAN:
19        Q.    I am going to bring you to the
20   August 2011 transcript, Defense 68665.  I'd like
21   to direct your attention to the first three
22   sentences from Mr. O'Mahoney.  Can you read that,
23   please, for the record?
24        (Exhibit Defense 68665 referred to)
25        A.    Not unless you zoom in a little

Page 217

1    bit.
2         Q.    Absolutely.  How is that?
3         A.    That is better.  Thank you.  So the
4    first how many sentences?
5         Q.    Three, please.
6         A.    "Thank you.  I will start with the
7    formalities.  I think the interview of Dr. Wright
8    is informal, notwithstanding that it's been
9    recorded and it's set down for two afternoons -
10   today 11 August and 18 August".
11        Q.    Does that help refresh your
12   recollection that your interviews between Greg
13   O'Mahoney in the tax office on 11th August 2014
14   and 18th August 2014 were recorded?
15         MR. RIVERO:  Object to the form.
16        A.    No.  The documents that
17   Mr. McMaster and other people there wanted to say,
18   so that this would be admissible when they were
19   doing it, don't reflect reality, which has already
20   gone through.  The tax office did not have any
21   reality in these documents, so saying do
22   I remember these being recorded now that I have
23   seen someone falsely having mucked around with
24   things I said were totally false, no.  They stay
25   totality false, they are totally false.  They did

MAGNA
LEGAL SERVICES

Page 218

1  not reflect the meetings in any manner. Every
2  second word in these damn things is false. I had
3  arguments with this. I threatened to bring suit
4  against the tax office because of this and they
5  withdrew them all because practically not a letter
6  in these things reflected what actually happened.
7  BY MR. FREEDMAN:
8      Q.   Dr. Wright, I am going to bring you
9  to the -- I believe we have already covered the
10 August 18th transcript bearing Bates label Defense
11 DEFAUS 560317 so I am going to bring you to the
12 transcript dated Monday 7th December 2015, which
13 was a transcript of a meeting with DeMorgan. Do
14 you recall this meeting with the tax office?
15     (Exhibit DEFAUS 560317 referred to)
16     A.   I had meetings with the tax office,
17 yes.
18     Q.   Do you recall meeting with them on
19 or about 7 December 2015?
20     MR. RIVERO:  Objection.
21     A.   What date in 2015?
22 BY MR. FREEDMAN:
23     Q.   7th December 2015.
24     A.   No, I was not in the country.
25     Q.   There is another half of that

Page 219

1  meeting, Dr. Wright, also bearing the bates label
2  Defense 57864, which is the second half of that
3  meeting. Do you recall meeting with the ATO on
4  December 7, 2015?
5      A.   No, I was not meeting the ATO on
6  7th December 2015.
7      Q.   Is it your position that these two
8  transcripts are fabricated from whole cloth, or
9  just mis-stated?
10     MR. RIVERO:  Objection.
11     A.   What you are saying now is, "Oh
12 these bits are right". The fact that -- I think
13 was in either New Zealand or the Philippines or
14 Manila at that day. So you want to say that bits
15 are right now? Do we cherry pick each line by
16 line until we construct a sentence that you like
17 out of the words? Do we play it like Scrabble?
18 BY MR. FREEDMAN:
19     Q.   Dr. Wright, you just said that the
20 ATO withdrew these transcripts. What evidence do
21 you have to support the fact that they've
22 withdrawn the transcripts?
23     MR. RIVERO:  Object to the form.
24     A.   I don't anymore. I'm not a
25 director of those companies. If they hadn't they

Page 220

1  would have used them. The whole point here is
2  none of these were accurate. The transcripts were
3  given to us so that we would sign off on them and
4  we told them where to go because they're not
5  accurate.
6  BY MR. FREEDMAN:
7      Q.   Actually, Doctor, I want to bring
8  up one of those. This is an e-mail bearing a
9  Bates label Defense 00053141. If you take a look
10 you will see the bottom e-mail is from
11 johnchesher@hotwire to Craig Wright and
12 ramonawatts@hotwire. He's forwarding on an e-mail
13 from Andrew Miller at the tax office, advising
14 John that they are attaching the interview of 28th
15 March 2014 from Auscript and they are providing
16 you with a copy for your records; do you see that?
17     A.   Yes, and following that we
18 complained that they were horribly inaccurate.
19     Q.   So was this a real e-mail that John
20 Chesher sent to you and Ms. Watts?
21     A.   I don't know. It is an e-mail that
22 Andrew Miller had that was forwarded from John
23 Chesher. More than that I cannot say.
24     Q.   But it's an e-mail you received
25 from John Chesher; is that fair?

Page 221

1      A.   No. As I said, this is the CEO
2  e-mail account so it is a jointly received e-mail.
3  Yes, we did receive transcript documents and then
4  we basically called up and said they are a bunch
5  of shit. Des McMaster, as I said, ended up being
6  sent to Papua New Guinea, which to the US would be
7  the equivalent of being sent to a jungle swamp in
8  Puerto Rico.
9      Q.   You are aware that the Australian
10 Tax Office denied all of your claims for refunds
11 and issued extensive documents with findings
12 citing these transcripts, and so I am at a loss
13 for what your evidence is that they withdrew the
14 transcripts and I would like you to tell me if you
15 have any other evidence that they withdrew them?
16     A.   The value of what the ATO say out
17 of court is about zero. These are the same people
18 who accused me of recklessly overclaiming and made
19 up other things to try and bankrupt me so that I
20 would not get into court. Basically, you're
21 saying they would not make things up. Actually,
22 I went to court and I won. The whole thing was
23 they were attempting to bankrupt me so they
24 couldn't get into court and win. So in this case
25 what happened was I resigned as director, I moved

MAGNA
LEGAL SERVICES

Page 222

```
1    overseas and then after Mr. Ira started causing
2    problems then the funding for the Australian
3    companies was pulled because Ira, causing
4    problems, basically made it impossible to run the
5    Australian companies.  So without Andrew being
6    funded, without -- that's Sommer -- the
7    accountants in KPMG and other places being funded,
8    the ATO decided just to walk in there and close
9    everything, and we were not going to fight it.
10   The simple answer here is the reason they are
11   closed is about 99% your client and his false
12   statements that he made to the tax office.
13            MR. RIVERO:  I don't know if there
14   is a technical problem but I was really trying to
15   get an objection in to that question beforehand.
16   I am not sure if I am being heard at all.  I did
17   state an objection before, to the question, for a
18   number of reasons.
19            THE COURT REPORTER:  When the
20   witness is peaking we don't hear any objection
21   from you.
22            MR. RIVERO:  Dr. Wright,
23   I suspected there might be some issue like that
24   because I was really having to raise my voice a
25   lot.  Dr. Wright, you have to give me a moment
```

Page 223

```
1    because it may be that the court reporter says --
2    I know sometimes these microphones work one-to-one
3    and once one engages you cannot hear the others so
4    I need a moment to state my objection.  Thank you.
5    BY MR. FREEDMAN:
6        Q.   Did you have access to the
7    craig.wright@hotwirepe.com account?
8        A.   Multiple people had access to the
9    craig.wright@hotwirepe.com account.
10       Q.   Dr. Wright, I had asked if you had
11   access to the account.
12       A.   Not on April 23rd I didn't.
13       Q.   You did not have access to that --
14   strike that.  Dr. Wright, did Robert Urquhart have
15   access to the Hotwire PE account?
16       A.   Yes, he would have.
17       Q.   Is it your position then that when
18   this was sent, that Robert Urquhart was the one
19   who forwarded this e-mail to Ms. Watts?
20       A.   No, it is not my position.
21       Q.   Did you forward this e-mail to Ms.
22   Watts?
23       A.   I did not forward any e-mail on the
24   23rd.
25       Q.   Dr. Wright, I am going to share
```

Page 224

```
1    with you a document ----
2            MR. BRENNER:  Can you just make
3    clear on the record what the last document was?
4    I don't think there is a record of what you were
5    looking at.
6    MR. FREEDMAN:
7        Q.   That was an e-mail bearing the
8    Bates label Defense 53141.  I am now going to
9    share with you an e-mail that has been produced in
10   this litigation as Kleiman 278248.  It purports to
11   be an e-mail from your Craig Wright Hotwire
12   account, to Ira Kleiman on February 8, 2014.  It
13   includes beneath it an e-mail that is signed by
14   Dave and using Dave's PGP key.  It is two pages.
15   I have scrolled through them quickly for you, but
16   let me know if you want to go through anything
17   again.  Do you see that?
18       (Exhibit Defense 53141 referred to)
19       A.   I see that.
20       Q.   Is this an e-mail you forwarded or
21   directed someone to forward to Ira?
22       A.   It looks like an e-mail I directed
23   to be forwarded.
24       Q.   Is this a true and correct copy of
25   an e-mail you received from Dave Kleiman?
```

Page 225

```
1        A.   Without analysing the e-mail
2    I cannot say whether it has been changed at all.
3    It has a PGP signature but I don't know whether it
4    is correct, whether something has been changed.
5    It is not possible just to look at a signature and
6    say it is the same.
7        Q.   If the signature validates would
8    that make you to feel comfortable to say that this
9    is in fact an e-mail that you received from Dave
10   Kleiman?
11       A.   It would make me much more
12   comfortable, yes.
13       Q.   Did you ever have the key to this
14   PGP key from Dave Kleiman?
15       A.   No, I did not.
16       Q.   I am going to share another
17   document with you, Dr. Wright.  This is produced
18   to us by your lawyers as Defense 68505.  I have
19   included the native as well as the Bates label,
20   but I will show you the Bates label down here.
21   There is the Bates.  Is this an e-mail that you
22   recognise as having been sent from you to you,
23   that appears to be forwarding on ----
24       (Exhibit Defense 68505 referred to)
25       A.   I don't know what the actual
```

**MAGNA** ▶
**LEGAL SERVICES**

Page 226

1  e-mails are, so I am not sure -- it is Craig
2  Wright to Craig Wright but that could be any
3  e-mail, so I can't comment on that.  Anyone can
4  send an e-mail address to be anything, so the
5  "from" name without the e-mail address means
6  nothing and the "to" name without the e-mail
7  address means nothing.
8      Q.    So you don't recognise this e-mail
9  then?
10     A.    I cannot say whether this is an
11 e-mail that was forwarded to myself or which
12 particular e-mail that it might have been
13 forwarded to.
14     Q.    Okay.  Dr. Wright I am going to
15 share with you another document; Defense 68503.
16 Do you see this document?
17     (Exhibit Defense 68503 referred to)
18     A.    I see a document, yes.
19     Q.    Do you recognise this document?
20     A.    It looks familiar, but I would have
21 to -- I cannot prove every line by looking at it.
22     Q.    It also has a history of e-mails
23 that appear to be between you and Dave, and they
24 appear to be signed by PGP key.  Do you see that?
25     A.    I do.

Page 227

1      Q.    Do these appear to be real e-mails
2  between you and Dave?  Sorry, did you answer that?
3      A.    Was that a question?
4      Q.    Do these appear to be real e-mails
5  before between you and Dave?
6      A.    You did not say "do these", you
7  said "these appear".  Yes, they appear reel.
8      Q.    Dr. Wright, is it your position
9  that everything with the DEFAUS Bates stamp is
10 fabricated?
11     A.    I cannot say whether everything is,
12 but you are talking about machines that are
13 captured from my wife's e-mail and my e-mail when
14 we were no longer even in the country, so you are
15 talking about even our personal e-mails and our
16 children's details on machines that, well, quite
17 simply should never have ever had access to that
18 material.  So if you have something there then you
19 have effectively had machines that have been
20 hacked, and I would not trust anything that has
21 been hacked other than to show that there has been
22 something hacked.
23     Q.    Dr. Wright, did you ever tell Ira
24 that he would be releasing you from claims if he
25 accepted shares in Coin-Exch?

Page 228

1      A.    No, I never made any such thing.
2      Q.    Did you ever tell Ira that he would
3  be waiving any claims against you if he accepted
4  shares in Coin-Exch?
5      A.    No, I did not say anything like
6  that.
7      Q.    Did you ever sell your shares in
8  Coin-Exch?
9      A.    I did not sell my shares in
10 Coin-Exch, I still have them.  I have not said
11 anything about what Ira would or would not do
12 because Ira is very simply a shareholder, so when
13 I was no longer a director I would not say
14 anything.  Before, when I was a director, it is
15 very simple; you don't tell shareholders about
16 claims or anything like this.  You have a valuable
17 asset; what you choose to do with it is up to you.
18 It is not my place, as a director of a company, to
19 tell you what you should do with them, whether you
20 should hold them, sell them or do anything else.
21 My place as a director is to give you the books
22 and accounts as they are signed off by the audit
23 committee, as the independent and external
24 auditors have signed them off, and hand them to
25 the shareholders.

Page 229

1      Q.    Thank you.  I am handing you
2  putting up on the screen what has been marked as
3  Defense 46800.  Do you agree with me that it
4  appears to be an e-mail from you to Ms. Watts and
5  Mr, Matthews, forwarding on an e-mail that you
6  received from Patrick Paige?
7      (Exhibit Defense 46800 referred to)
8      A.    It is from my name so I cannot say
9  which e-mail account it is from.  It says my name,
10 but that does not mean the e-mail.
11     Q.    Let's go down to the original
12 e-mail from Patrick.  Here at the bottom of the
13 first page of the e-mail on November 20, 2015 at
14 3.50 Patrick wrote you:  "High Craig, how goes it?
15 I just wanted to touch base with you.  I got a
16 call from a reporter who left a message about Dave
17 and you".  Do you recall receiving this message
18 from Patrick Paige?
19     A.    Yes, I did.
20     Q.    Did you respond back to Patrick
21 Paige with this e-mail that is in the middle of
22 the first page, from Craig Wright to Patrick Paige
23 on November 19, 2015 at 1.06 p m.?
24     A.    Yes, I responded back because I was
25 under the belief that reporters were calling up at



Page 230

1  about the computer designs and other things we
2  were doing that I had been talking about.  I did
3  not realise what the actual nosiness of these
4  reporters was, in effect.
5      Q.    That is an e-mail that sent?
6      A.    It looks like it, yes.
7      Q.    Then there is an e-mail from
8  Patrick back to you.  Do you remember receiving
9  that as at 5.26 a.m. on November 24, 2015?
10     A.    Yes, I have read that I did receive
11 that.  I don't believe it has been changed.  It
12 looks very familiar.
13          MR. FREEDMAN:  I need another five
14 minute break.
15         (Recess at 5.56 p.m. to 6.07 p.m.)
16 BY MR. FREEDMAN:
17     Q.    Dr. Wright, you previously
18 testified that you had not produced any documents
19 and that your lawyers produced them; do you recall
20 that?
21     A.    My lawyers were the ones that took
22 the boxes, took everything else, so yes.  I have
23 basically handed them access to all of the boxes
24 that I had from Australia and allowed them to take
25 pretty much everything.

Page 231

1      Q.    Have you given any documents
2  directly to AlixPartners?
3      A.    For this case?
4      Q.    Yes.
5      A.    No, I have given documents to
6  AlixPartners for a different case here in Britain.
7      Q.    Is it fair to say that any
8  documents that you -- strike that.  Is it accurate
9  to say that any documents that have been provided
10 in this litigation have first gone through your
11 counsel before they went anywhere else?
12     A.    I don't know.
13     Q.    Have you provided documents to
14 anyone other than your counsel, as it relates to
15 this case?
16     A.    I have given documents to ----
17     Q.    That was a bad question.  Let me
18 clean that up for you.  Dr. Wright, have you given
19 documents, to be produced in this litigation to
20 Mr. Kleiman, to anyone other than your lawyer?
21     A.    Well, let's see --- I'm not sure
22 what you mean be that.
23     Q.    Do you recognise that you have to
24 have -- you were required by law to turn over
25 documents in this litigation; do you understand

Page 232

1  that?
2      A.    Which every document I have been
3  able to find I have turned over.
4      Q.    Who have you turned them over to?
5      A.    I turned them over to my US
6  counsel, but I also have another case on a
7  different matter running in the UK, so my UK
8  counsel have access to other documents.  I am not
9  sure how the process works between UK counsel and
10 US counsel.  I don't know if it goes from UK to
11 US, I don't know if it goes from UK to
12 AlixPartners to -- I have no idea.  I just give
13 documents to lawyers and stuff happens.
14     Q.    Have you provided documents to
15 anyone other than your UK lawyers and your US
16 lawyers for the purposes of this case?
17     A.    As I said, I gave counsel these
18 documents.  I have given access, under
19 instruction, to AlixPartners and accountants that
20 my lawyers are using.  I don't know what then
21 happens.  For instance, there were web-based
22 accounts to do with Zero.  I signed up the
23 accounting forensic experts to Zero.  They have an
24 account.  I don't know how that now works.
25 I don't know if it goes directly -- I don't know.

Page 233

1  It is people that my lawyers said to get access to
2  things and I gave them access.  More than that I
3  have no idea.
4      Q.    You have given direct access to
5  your systems to AlixPartners?
6      A.    I have given direct access to some
7  systems.  I don't know who the person is -- I got
8  an e-mail address from my counsel and, as I said,
9  I have given access, magic happens.
10     Q.    Did you provide your lawyers with
11 hard copy documents?
12     A.    We had boxes of documentation that
13 came over from the closure of the companies
14 Australia.  There are hard copies in there.  They
15 came around to my house, they took copies, the UK
16 counsel took copies.  I do not actually know what
17 they took.
18     Q.    How many boxes were there?
19         MR. RIVERO:  Can I just say on this
20 that with regard to, for example, hard copy
21 documents of Mr. Wright, so referring to your
22 question, I can tell you that in that instance Ms.
23 McGovern and I initially reviewed a set ----
24         MR. FREEDMAN:  I appreciate it, but
25 I don't want you to testify.  I would like to hear

Page 234

1  the answer from Dr. Wright.  We have a limited
2  amount of time.  I am happy to confer with you
3  after this deposition is over.
4          MR. RIVERO:  I don't want him to
5  give misleading testimony about the production of
6  documents that are guided by counsel.  I object to
7  the line of questioning.  Ask your next question.
8  BY MR. FREEDMAN:
9      Q.    How many boxes of hard copy
10 documents were there?
11     A.    I don't know.  A lot.
12     Q.    Ten?
13     A.    More.
14          MR. RIVERO:  Object to the form.
15 MR. FREEDMAN:
16     Q.    20?
17          MR. RIVERO:  Objection.
18     A.    I don't know.
19 BY MR. FREEDMAN:
20     Q.    Where were these hard documents
21 stored prior to being collected by your attorneys?
22     A.    They were in sealed banker boxes
23 that came over from Australia.  The sealed banker
24 boxes were in a storage room in our house.
25     Q.    Who sent them to you from

Page 235

1  Australia?
2      A.    I don't know.  Think it was either
3  Ali Lodey or someone acting under direction from
4  either Alan Granger or Stefan Matthews.
5      Q.    When did those boxes arrive?
6      A.    End of 2016, beginning of 2017.
7      Q.    So have you moved these between
8  10-20 boxes with you as you've moved around?
9      A.    They basically came into storage in
10 -- we've moved once with those boxes, but I don't
11 know.  It is more than 20 boxes, that is all
12 I know.  Ramona was the final director, so they
13 come for her, so they are not my boxes, they have
14 just been in the house I share with my wife.
15     Q.    Were the boxes labelled?
16     A.    I don't know.  I never had anything
17 to do with them.
18     Q.    Were the documents in folders?
19     A.    I don't know.  I have believe some
20 were.  I watched as my counsel were working
21 through boxes, but I didn't interact with them
22 much.
23     Q.    Where are those boxes now?
24     A.    The boxes have been thrown away,
25 I believe, but the contents are with lawyers.

Page 236

1      Q.    Have you provided your lawyers or
2  AlixPartners with any devices containing
3  electronically stored information?
4      A.    Yes.
5      Q.    Which devices did you provide
6  access to?
7      A.    We had at least 20 laptops that
8  were sent over from Australia, staff laptops that
9  came over.  We did not have any of mine because
10 I destroyed my accounts in 2016.  What else was
11 there?  There were old hard drives, there were
12 CDs, papers, USB sticks, all sorts of things.
13 Just tons of material.
14     Q.    When did they arrive?
15     A.    I don't remember.
16     Q.    Who sent them to you?
17     A.    Who sent what to me, sorry?
18     Q.    Who sent the media devices to you?
19     A.    I don't know.  I wasn't the
20 director at the end.  I didn't pay attention, they
21 were just stored in my house.
22     Q.    How did you determine whether to
23 put a Defense Australia Bates stamp or just a
24 Defense Bates stamp on documents?
25          MR. RIVERO:  Objection.  Answer if

Page 237

1  you can, Dr. Wright.
2      A.    I have no idea.  I can only say
3  discussions I have had with my lawyers in the last
4  few months.  Before that I have no idea
5  whatsoever.  I talked about some of this and I've
6  picked up and gleaned by talking to my lawyers,
7  but I did not put any defense labels on at all.
8  I have not been involved in producing evidence to
9  this court, other than to hand things to my
10 lawyers and forensic people to do their job.
11 I have not touched, analysed, looked at, searched,
12 or anything, any device, any paper, anything.
13          MR. RIVERO:  Don't go over your
14 conversations with counsel.
15 BY MR. FREEDMAN:
16     Q.    How can you tell the difference
17 between an Australian device and a non-Australian
18 device?
19     A.    I am not sure what you are asking.
20     Q.    You have said that these documents
21 were in Australia or these were on machines that
22 reside in Australia, so I'm trying to understand
23 how you know which documents came from Australia
24 and which documents were never in Australia,
25 outside of your supervision.

MAGNA
LEGAL SERVICES

Page 238

```
1            MR. RIVERO:  Objection.
2    Mr. Freedman, I believe you know that at your
3    request we were asked to distinguish between
4    documents ----
5            MR. FREEDMAN:  Please don't testify
6    for your client or coach your client.  I am asking
7    questions.  We have repeatedly tried to meet and
8    confer with you on this and you have repeatedly
9    told us to discuss this with your client at
10   deposition.  I am now trying to do that and I
11   would appreciate if you let me ask the questions
12   and get answers.  If you have an objection,
13   object.  If you want to instruct not to answer,
14   instruct not to answer and we will bring it to the
15   court.  Unless it is one of the two things I ask
16   you to please stay quiet while I ask my questions.
17   Dr. Wright -- Mr. Rivero, please.  Do you have an
18   objection to make or do you have an instruction to
19   give?
20           MR. RIVERO:  I have an objection to
21   make and I reserve my instruction.  Let's see what
22   happens.  You requested that we distinguish
23   between documents that we obtained in UK and in
24   ----
25           MR. FREEDMAN:  This is not an
```

Page 239

```
1    appropriate objection and if you don't stop I'm
2    going to ask the court to intervene.
3            MR. RIVERO:  You have to let me
4    finish.
5            MR. FREEDMAN:  It is inappropriate.
6            MR. RIVERO:  You are speaking over
7    me.  You asked us to distinguish and identify what
8    we ----
9            MR. FREEDMAN:  I would ask that we
10   allow the court to weigh in on whether or not this
11   is an appropriate objection before you continue
12   because I believe that this has the unintended
13   effect of guiding the witness in his answers and
14   it at a minimum should be held outside the
15   witness's presence.
16           MR. RIVERO:  Ask your next
17   question, please.  This is really improper.  Go
18   ahead.
19   BY MR. FREEDMAN:
20       Q.   Dr. Wright, how are you aware which
21   devices resided in Australia and which devices did
22   not reside in Australia?
23           MR. RIVERO:  Same objection.
24       A.   Do I respond?
25           MR. RIVERO:  Yes, respond.
```

Page 240

```
1        A.   My lawyers told me.
2            MR. RIVERO:  Don't respond with
3    what your lawyers told you.
4    BY MR. FREEDMAN:
5        Q.   How would your lawyers know whether
6    or not a device was in Australia or whether a
7    device was from the United Kingdom?
8            MR. RIVERO:  Objection.  I instruct
9    you not to answer.  I don't know if Judge
10   Reinhardt is available.  I would like to have that
11   heard.
12           JUDGE REINHARDT:  I am still here.
13   Is there an issue for me to rule on?
14           MR. RIVERO:  Mr. Freedman wants to
15   go ahead and try to establish some basis ----
16           MR. FREEDMAN:  Your Honour, what is
17   going on is that the witness has said multiple
18   times that documents that come from Australia are
19   potentially subject to forgeries or hacks.  I had
20   asked the witness how he was able to tell whether
21   the device was in Australia or United Kingdom, and
22   he said his lawyers told him.  I would like to ask
23   how his lawyers knew that, if he is aware, and
24   Mr. Rivero instructed him not to answer the
25   question.
```

Page 241

```
1            JUDGE REINHARDT:  Well, Mr. Rivero,
2    I have been listening to the whole deposition.
3    Mr. Rivero, if you want to be heard I will hear
4    you.
5            MR. RIVERO:  The Bates labelling is
6    our Bates labelling, of course.  The DEFAUS Bates
7    label resulted specifically from a plaintiff
8    request that we make sure to identify documents
9    that we were asked, as part of these conferences
10   and decisions, to obtain from sources in Australia
11   like counsel etc.  That is how it came about.  So
12   to ask Dr. Wright anything about how we did that
13   is to evade the privilege right.
14           JUDGE REINHARDT:  The ruling is
15   this; Dr. Wright, if you know the answers to these
16   questions of your own personal knowledge, not
17   based upon information that was conveyed to you by
18   your lawyers, you should answer the question.  If
19   you only know the answer to the question because
20   your lawyers told you something in confidence in
21   your attorney-client relationship, then you don't
22   have to answer the question.  If you don't know
23   the answer to the question simply say you don't
24   know the answer to the question.  With that
25   instruction I will allow -- Mr. Freedman, ask your
```

**MAGNA**
**LEGAL SERVICES**

Page 242

1  question and Dr. Wright you can respond
2  accordingly.
3       THE WITNESS: Thank you, sir.
4  BY MR. FREEDMAN:
5       Q.  Dr. Wright, how do you know whether
6  a document came from an Australian device?
7       A.  Discussions with my lawyers.
8       Q.  How do you know that documents that
9  came from an Australian device are untrustworthy?
10      A.  Discussions with my lawyers.
11      Q.  How do you know that there is a
12  higher potential for documents that were in
13  Australia -- strike that.  How do you know that
14  documents that were in Australia were susceptible
15  to being manipulated?
16      A.  I was not in Australia, so
17  therefore any machines that are being altered,
18  accessing in my e-mail, my wife's e-mail, running
19  a thing -- Ramona copy -- that was sending all
20  e-mails to and from her into other addresses,
21  could not be valid.  If someone is accessing our
22  personal e-mails and doing that without
23  authorisation and it is going into machines that
24  we had no idea were receiving and altering our
25  e-mails, then I would that they cannot be trust.

Page 243

1       Q.  If the documents that came from
2  Australia came from your Australian counsel would
3  they then be trustworthy?
4       A.  No, because we were not in
5  Australia at all at the end.  If a machine has
6  been captured in 2016, purporting to be Craig
7  Wright's machine, when Craig Wright had not been
8  in Australia and had no computers with him in
9  Australia, then there is a real problem.  Someone
10 running a computer and e-mail as me, in Australia,
11 ,was not authorised at any point.
12      Q.  But if you e-mailed an e-mail to
13 your lawyer while you were still in Australia and
14 then your lawyers collected that e-mail last year
15 from that lawyer, do you have any reason to
16 suspect that that document would be manipulated?
17      A.  Yes, I do.
18      Q.  Why?
19      A.  These came from discussions with my
20 lawyer.
21      Q.  So is it an accurate statement that
22 the only way you know that a document you sent to
23 your lawyers in Australia while you were in
24 Australia and was collected from those lawyers in
25 2019 would be susceptible to manipulation is

Page 244

1  through discussions with your lawyers?  You have
2  no other knowledge of that; is that an accurate
3  statement?
4       A.  Through discussions with my lawyers
5  and the forensic people that they are using,
6  I have come to determine information concerning
7  the machines in Australia.
8       Q.  Which machines in Australia are you
9  referring to?
10      A.  I don't have that information in
11 front of me.  My lawyers have it.
12      Q.  I need to know which machines you
13 claim have been manipulated, so I can identify
14 documents that you cannot say are manipulated.  We
15 need to have a common understanding of which
16 documents you think might be susceptible to
17 manipulation, so please tell me do you know any of
18 the Australian devices that have been manipulated?
19      A.  I know some of the identifiers
20 associated with Australian devices, yes.
21      Q.  Please give them to me.
22      A.  The HTC phone was actually a
23 company phone that was run by a number of people
24 in the system engineering department.  It was
25 designed to have apps that we were developing run

Page 245

1  on it.  I did not realise that after I had given
2  it back to the company, after doing some
3  demonstrations, that I had not wiped it, which
4  would allow people to keep using my e-mail and
5  have access to other such things.  On top of that,
6  there are IP addresses associated with Big Pond
7  and other accounts in Brisbane.  The Brisbane IP
8  addresses are not mine.  Some of those are
9  associated with Jamie Wilson and other people.
10 Jamie Wilson was working with a person that I
11 fired and also Jamie Wilson has fabricated a
12 number of documents, such as a power of attorney
13 over the patent that I created.  He has
14 fraudulently created assignment documents to file
15 the patent in America and has actually used my
16 signature, if we call it that, to file those
17 documents.
18      Investigation of the documentation
19 from the lawyers has turned up that some of the
20 signatures that are on some of my documents --
21 'my' -- turn out to be signed by someone else's
22 hand.  Some of that hand in some of the early ones
23 also happens -- which I have not gone over with my
24 lawyers in full detail yet and I will not here --
25 to match Mr. Wilson.  Mr. Wilson seeks to keep IP

MAGNA
LEGAL SERVICES

Page 246

1  that is not his.
2      Other people in my company sought
3  to sell some of the intellectual property that I
4  was working on.  We have documented exchanges
5  between some of the people who were let go and
6  companies, including a French bank, for the sale
7  of intellectual property.  Jamie Wilson had
8  potentially a deal for $100 million.  If that deal
9  had gone through and he had managed to get access
10 to the intellectual property, some of the staff
11 members, including some of the development and
12 coding staff, would have been cut in on the deal.
13 The IP addresses of each of those machines, of
14 course, is suspect.
15      Anything where it is a Ramona copy
16 account for things rather than an exchange Ramona
17 account -- you see, if you are an exchange
18 administrator it is very simple to have a
19 completely copied e-mail account.  You can
20 actually copy the mailbox and have everything
21 sent.  Unfortunately, when you run a company you
22 have to trust people who work for you.  Ramona's
23 account, where it was Ramona copy, was running
24 simultaneously to an account, Ramona Watts.  All
25 of the e-mails in and out of Ramona copy were sent

Page 247

1  with the same e-mail address and everything would
2  be received.  All of those things I know are
3  indicators.
4      Q.    Dr. Wright, I am going to share
5  with you a document that has been produced in this
6  litigation, Defense 1674223.  Do you see that
7  document?
8      (Exhibit Defense 1674223 referred to)
9      A.    Can you zoom in a little bit,
10 please?
11     Q.    I can.  How is that?
12     A.    That is much better.
13     Q.    Do you recognise this as an e-mail
14 you sent to Calvin Ayre, Stefan Matthews, Andrew
15 Sommer and other individuals in mid-2015?
16     A.    It looks very familiar to it, yes.
17     Q.    Take a look at it and let me know
18 if it is an exact copy of the e-mail you sent.
19     A.    I cannot tell you whether it is an
20 exact copy but I can see whether it is familiar.
21 Yes, that looks familiar.
22     Q.    I am now going to show you DEFAUS
23 112094.  Do you see this is a draft of a
24 discretionary trust deed?
25     (Exhibit Defense 112094 referred to)

Page 248

1      A.    I see that is what it says.
2      Q.    Do you see here it lists W&K Info
3  Defense Research as trustee?
4      A.    I see that is what it says.
5      Q.    Do you see this annotation
6  "movement of Bitcoin following ATO asset reversal
7  see CSW issues (2010)"?
8      A.    Yes, I see that is what it says.
9      Q.    That same annotation is on the
10 Tulip Trust 2 document you handed up to the court;
11 do you recall that?
12     A.    No.  I don't recall everything that
13 is in the trust documents, no.
14     Q.    Is this a draft, an earlier draft
15 of Tulip Trust 2?
16     A.    No, this is not a trust document at
17 all.
18     Q.    It is entitled Discretionary Trust
19 Deed.
20     A.    Can you go through the rest and
21 have a look? (Document scrolled through)  Stop
22 for a moment.  Yes, can you go back up.
23     Q.    Yes.  Where would you like me to
24 go?
25     A.    The first page again.  Yes, this is

Page 249

1  a fabrication.
2      Q.    This is a forgery?
3      A.    There are multiple documents that
4  have been joined.  If you look at the end you will
5  see "page 1 of 2" at the end of the document.
6      Q.    They all say 1 of 2.
7      A.    Then that is not correct.  These
8  things are -- sorry.  No, this is not correct.
9      Q.    Dr. Wright, in this trust document,
10 which looks remarkably similar to Tulip Trust 2,
11 you have the first appointer being Dave Kleiman of
12 W&K Info Defense Research.
13     A.    No, this is not a trust document.
14 This is more likely something taking the trust
15 document and seeking to alter it.
16     Q.    Dr. Wright, I am showing you what
17 has been produced as Defense 28003.  It appears to
18 be an e-mail from you to yourself.  You put an
19 annotation to yourself, "your eyes only - to
20 discuss".  Below, you have forwarded on e-mails
21 between you and Dave Kleiman.  Do you recognise
22 this?
23     (Exhibit DEF_00028003 referred to)
24     A.    I recognise discussions at that
25 time.  As I said, certain things get burnt into my



Page 250

1    mind.  IFIP-WG11.9 is the 2013 conference to do
2    with digital forensics that was to be held in
3    Orlando, Florida.  I was putting a paper in for
4    that conference.  The paper I didn't end up
5    finalising.  I had made a promise to David Kleiman
6    that I would put a paper in because I would be
7    attending and visiting in the January/February
8    period in Florida if I had presented that paper.
9    The tax deductible thing about that is why I had
10   done it, so I sent back communications with Dave.
11   The fact that I had digital forensic
12   qualifications meant that it would have been tax
13   deductible, so it is a good way of having a quick
14   holiday, meeting up with a friend and being able
15   to claim the tax on it, which is what academics
16   do.
17          Unfortunately though, the
18   Australian Tax Office had not settled their
19   information properly and what had occurred is that
20   all of that fell through, so the IFIP material
21   does not match what you are calling for.  We need
22   to discuss -- the "trust" misspelt and whatever
23   else is not the e-mail.  The e-mail I have burnt
24   in my mind because I still feel guilty about it,
25   is a communication between myself and Dave Kleiman

Page 251

1    where I was promising to attend and go to this
2    conference so we would be able to catch up and
3    meet again, so this is not the original e-mail.
4    The original e-mail was about the conference so
5    this "we need to discuss the trust" is not, "a
6    good tax deductible way" is.  This is an edited
7    document.
8          Q.   Thank you, Dr. Wright, for
9    answering my question at the very end.  What about
10   this, Dr. Wright; is this an accurate document,
11   Defense 13808?  Is this an accurate reflection of
12   e-mails between you and Dave Kleiman?
13          (Exhibit Defense 13808 referred to)
14          A.   It could be.  I have to read the
15   little print on the other bit.  It is quite
16   possible that I had a rant.  That looks like one
17   of my rants.  I don't remember all of my rants,
18   but that was a rant so it is quite possible that
19   that was.
20          Q.   Okay.  What about this document,
21   Dr. Wright, which you produced as Defense 22208,
22   do you recognise this as a communication from you
23   to Dave Kleiman?
24          (Exhibit Defense 22208 referred to)
25          A.   This is once again edited to add

Page 252

1    extra bits about Bitcoin.  The original e-mail was
2    correct.  "Call for papers for ICT" etc. was a
3    conference I was putting in and I likely did call
4    Mr. McArdle a wanker.  Again, some of this is
5    correct but this has actually been edited.
6          Q.   Do you know who edited it?
7          A.   I have my suspicions.
8          MR. FREEDMAN: I am going to grab a
9    tissue, so let's take that three to five minute
10   recess.
11          (Recess at 6.36 p.m. to 6.46 p.m.)
12   BY MR. FREEDMAN:
13          Q.   Dr. Wright, before we went off the
14   record you told me you had your suspicions about
15   who might have edited the documents.  Can you tell
16   me the names of who you suspect edited the
17   document?
18          A.   We had a number of people working
19   in IT and whatever else.  It is quite possible
20   that they were formed into a group.  It could have
21   been one or more of them.  It could have been
22   someone starting, leaving and whatever else.  The
23   fact of the matter is that I know Phillip
24   Monteselio was in communications with a French
25   bank to sell things, I know Jamie Wilson had

Page 253

1    actively doctored documents to do with patents so
2    that he could lie and say everything was
3    transferred into a company that he illegally
4    transferred shares in, and I know that a couple of
5    other people in the IT team had access to all of
6    this and could have given more access.  I also
7    know definitively that Uyen Nguyen had signed and
8    allocated documents and did not realise at the
9    time but had basically raised external capital and
10   loans personally in America, using documents
11   purporting to be signed by me as if the company
12   was doing this, which is not actually possible
13   because with a public company group, an intern in
14   the USA cannot just get a signature from another
15   director and say that she is a director or
16   anything of like this, or raise capital against
17   shares or sell shares just privately or anything.
18   The person throughout the whole time that I have
19   noticed has done a whole lot of things that are
20   not legitimate would be Uyen, but there are a
21   couple of other people that I've mentioned as well
22   and it is likely that they helped.
23          Q.   Dr. Wright, do you recall telling
24   the court that you tasked Dave Kleiman to hire a
25   bonded courier to deliver necessary key slices to



64 (Pages 250 to 253)

Page 254

1  you so you could access your trust?
2      A.   That's not exactly what I said.
3  I gave you an analogy.  I tried to say that
4  I've set up an arrangement which I was having a
5  problem getting you to understand, and the
6  definition was it is like a bonded courier.  Where
7  I am saying this I tried to explain that multiple
8  people could hold multiple files, none of which
9  had anything to do with the property.  Where you
10 are going wrong is in the assumption that what we
11 call a trust in Australia or Britain is a trust
12 over there.  That would be an arrangement, and not
13 for property.  I hired, effectively, Dave under an
14 arrangement that we would call a trust, and under
15 that arrangement Dave held other people's property
16 to be delivered.  Part of why he did that was the
17 fact that I was paying some of his bills, like
18 many other people that you will probably find out.
19 Many of his friends helped him quite a lot.
20     Q.    This key slice was supposed to come
21 back to you in January 2020; is that accurate?
22     A.    It was supposed to be returned in
23 2020, yes.
24     Q.    Was it returned to you?
25     A.    The key slices from Dave, no.  We

Page 255

1  have had other information.  We don't know -- we
2  cannot say, without all of the key slices, whether
3  we have key slices.  The problem with random 256
4  bit numbers is until you have the complete set you
5  don't know whether you have the complete set.  We
6  have received information.  Do we have those
7  numbers?  I don't know unless we get all of them.
8  We have received access to accounts and other
9  things that were locked.  Do we have access to the
10 private keys?  No.  Do I actually need private
11 keys?  No.
12     Q.    Can you access the Bitcoin without
13 the private keys?
14     A.    Yes.
15     Q.    How?  Through court order?
16     A.    Yes, a court order can allocate
17 these, so the judge in this case could actually
18 allocate these Bitcoin, knowing the addresses now.
19 The way that Bitcoin works is not ----
20     Q.    I did not ask you how Bitcoin
21 works.  I just asked if you could get them through
22 a court order.  Dr. Wright, you told the court
23 that it was impossible for you to get a list of
24 your public addresses without the key slice; do
25 you recall that?

Page 256

1          MR. RIVERO:  Mr. Freedman, you
2  asked a question and you are not allowing him to
3  finish that answer.  It was your question so
4  I think he made to be able to finish his answer.
5          MR. FREEDMAN:  He is not answering
6  my question, he is going on a speech that is
7  unrelated to my question.  I asked a yes or no
8  question.
9          MR. RIVERO:  I am going to let it
10 go, but I don't agree.  You asked a question.  The
11 unanswered question is on you.  Ask the next
12 question, please.
13 BY MR. FREEDMAN:
14     Q.    Dr. Wright, you told the court that
15 it was impossible for you to provide us with a
16 list of your Bitcoin public addresses until the
17 bonded couriers key slice returned; do you recall
18 that?
19     A.    That is not what I actually said.
20 You are misquoting and misparaphrasing again.
21     Q.    So it was possible for you to
22 provide us with a list of the public addresses
23 before the bonded courier return?
24     A.    Mr. Freedman, you very well know
25 that that is nothing to do with the answer I gave

Page 257

1  you before and it does not follow so, no, what you
2  are saying is unrelated.
3          MR. RIVERO:  Object to the last
4  question.
5  BY MR. FREEDMAN:
6     Q.    Sitting here today are you able to
7  obtain a list of the public addresses that are the
8  subject of this case?
9     A.    I have already given a list of
10 public keys which from the public keys you can
11 calculate the addresses.  Those have been given to
12 the court.
13     Q.    When did it become possible for you
14 to provide that list of public keys?
15     A.    Beginning of this year.
16     Q.    What changed that made it possible
17 for you to provide that list?
18     A.    The trust has enabled me to get
19 access to files again, I was not able to do that
20 before 2020.  As I have said, I am not a trustee.
21 As someone who is not a trustee I have no control.
22 Whether you like the fact that until this point --
23 where I said in January 2020 I would be able to
24 get access, I would be able to give you those
25 files from whatever methodology, then it does not



Page 258

1 matter whether you think that because I set up
2 something where it is a non-revocable trust where
3 the settler has no rights, where the settler
4 cannot revoke anything, where I am not a trustee
5 and where I cannot become a trustee under these
6 conditions, and I cannot even access based on
7 certain conditions until a point in time, until
8 that point in time happens I am not able to do
9 things. The point in time has happened, so now
10 I am able to request from people, who have access
11 to those files, those files.
12     Q.   I am going to share with you what
13 your lawyers filed with the court, document entry
14 376. It is called "Craig Wright's notice of
15 compliance with the court's January 10, 2020
16 order". Do you see that?
17 (Exhibit "document entry 376" referred to)
18     A.   Can you zoom in a little bit,
19 please?
20     Q.   Sure. Is that better?
21     A.   It is. Thank you.
22     Q.   Do you see it says: "Specifically,
23 Dr. Wright notifies the court that a third party
24 has provided the necessary information and key
25 slice to unlock the encrypted file"?

Page 259

1     A.   Yes. As I told my lawyers multiple
2 times and I have said in this case multiple times,
3 there is not 'an' encrypted file, there are
4 multiple encrypted files; some of which I cannot
5 get access to at the moment, some of which I can.
6     Q.   So it should have said, "and key
7 slice to unlock an encrypted file"?
8     A.   No, it should not. Being that I've
9 been given a file that is not decrypted and access
10 to others files and not access to everything,
11 I cannot go into any details what has happened in
12 the background. I don't have that information.
13     Q.   So the key slice reference here is
14 not the key slice you were discussing in court; is
15 that accurate?
16     MR. RIVERO: Object to the form.
17 BY MR. FREEDMAN:
18     Q.   Let me rephrase that. Is the key
19 slice that is referred to here the same key slice
20 you were referring in your testimony before the
21 court?
22     A.   I said there are multiple key
23 slices and I said there are multiple encrypted
24 files. I have said that under my testimony.
25 I don't have a list of which particular key slices

Page 260

1 go with which particular files, which particular
2 people accessed which particular things. I do not
3 have a list of which accounts I can and cannot get
4 access to at any particular time. I can get
5 access to some accounts and I have given complete
6 access now to the accounts that I have access to.
7 As of January I have been able to access accounts
8 associated with Wright and a number of the
9 Australian entities. We have access to accounts
10 that have been given to lawyers from January --
11 sorry, as of this January, to many of the
12 Australian entities and Australian trusts, some of
13 the overseas entities. That dates from the period
14 of 2012 or so, right up until 2015 or '16.
15     We have access now to the Wright
16 International Investment accounts from the period
17 of 2009 on. As soon as I was told that those
18 could be accessed, the access was granted and
19 given to the forensic people that the lawyers
20 mentioned, that my counsel have sort of hired.
21 I have no idea what they have done with them or
22 what has happened after that.
23     Q.   Dr. Wright, you said "accounts"
24 here multiple times. What do you mean by you have
25 access to the accounts?

Page 261

1     A.   I mean the accounts, as in
2 accounting software, general ledgers, balances,
3 that sort of stuff.
4     Q.   You have no access to the actual
5 Bitcoin -- strike that. Dr. Wright, where does
6 the 800,000 and change Bitcoin you mined between
7 2009 and 2010 -- where is that currently? With
8 what company?
9     MR. RIVERO: Object to the form.
10     A.   That is owned, as it always has
11 been right from the beginning, by Wright
12 International Investments. That was mined, under
13 a warrant condition, by Information Defense in
14 Australia. That was registered and started in
15 January 2009. On the creation of Wright
16 International Investments that was done as a
17 transfer agreement. The original trust that owned
18 those companies was Craig Wright R&D. The Craig
19 Wright R&D trust entity was basically rolled into
20 a new trust entity that was created to own the
21 companies. That was created because I started
22 relationship with Ms. Watts. My former trust, of
23 course, precluded that etc. So the Bitcoin, as I
24 said, have been in Wright International
25 Investments the entire time.

**MAGNA**
**LEGAL SERVICES**

Page 262

1    Q.    Dr. Wright, do you have a trust
2  document from July 7, 2017 that is a trust
3  agreement for the Tulip Trust?
4    A.    I have been given a copy of that
5  document, yes.
6    Q.    Did you sign that document?
7    A.    Yes, I signed the end of that
8  document after negotiations with Baker & McKenzie,
9  who are my lawyers and whatever else here in the
10  UK.  That was then given to Dennis and Ramona.
11    Q.    Did you read the trust document
12  before you signed it?
13    A.    I went through multiple copies
14  I don't remember if I read the final one or not.
15    Q.    Dr. Wright, I am going to share
16  with you the document that your lawyers have
17  produced to us as Defense HC1518378.  I'll show
18  you the first page here, which is -- do you
19  recognise this as that document?
20    (Exhibit Defense HC1518378 referred to)
21    A.    I do.
22    Q.    Can I refer to this as Tulip Trust
23  3, just because I know we have Tulip Trust 1 and
24  Tulip Trust 2?
25    A.    It is not actually a trust

Page 263

1  different -- everyone keeps saying "new trusts".
2  There is Craig Wright R&D, that was rolled into
3  Tulip ----
4    Q.    I just asked if I could refer to it
5  as Tulip Trust 3.  I did not ask anything else.
6  Can I refer to it as Tulip Trust 3?
7    A.    I'd prefer not to, no.  This leads
8  to a wrong idea so I am not going to refer to it
9  as trust 3.  It is not trust 3.
10    Q.    Give me a shorthand I can refer to
11  it as?
12    A.    The trust document.
13    MR. RIVERO:  Before I forget,
14  I just want to state the designation of this
15  entire deposition as confidential.  Please
16  proceed.
17    MR. FREEDMAN:  We dispute that, but
18  it will remain confidential during the times we
19  have times to designate as confidential.
20    MR. RIVERO:  I did not understand
21  your response.
22    MR. FREEDMAN:  There is a
23  protective order that governs how long this can
24  stay confidential and you can abide by the terms
25  of the order.

Page 264

1    MR. RIVERO:  That is correct.
2  BY MR. FREEDMAN:
3    Q.    Dr. Wright, I'm showing you page 15
4  of the trust.  Is that your signature?
5    A.    Yes, it is.
6    Q.    I would like to draw to your
7  attention to schedule A.  Does schedule A show
8  ----
9    A.    Could you zoom in, please?
10    Q.    Absolutely.  How is that?
11    A.    One more time, please.
12    Q.    Schedule A shows the description,
13  the legal description of the trust property that
14  is contained within this 2017 trust document; do
15  you see that?
16    A.    Yes.
17    Q.    And Wright International
18  Investments is owned by the trust, is that
19  accurate?
20    A.    The shares in Wright International
21  Investments are owned by the trust, yes.
22    Q.    Okay.  The shares in Tulip Trading
23  -- let me ask; Wright International Investments
24  owns around 821,000 Bitcoin; is that accurate?
25    A.    I don't know.

Page 265

1    Q.    Didn't you provide me a list of the
2  public addresses that are held by Wright
3  International Investments?
4    A.    Yes, I did.
5    Q.    Is that list an accurate
6  representation of the Bitcoin that is held by
7  Wright International Investments?
8    A.    That is a list of public keys
9  associated with Bitcoin mined in the period by
10  Wright International Investments, through
11  Information Defense in Australia, by myself.
12    Q.    Did you spend any of the Bitcoin
13  you mined through Wright International Investments
14  by yourself?
15    A.    No.
16    Q.    So all the Bitcoin on that list
17  belonged to you; is that accurate?
18    A.    No.  I ----
19    Q.    Let me rephrase that.  All the
20  Bitcoin on that list belonged to Wright
21  International Investments; is that accurate?
22    A.    That is correct.
23    Q.    You have not spent any of the
24  Bitcoin on that list; is that accurate?
25    A.    There may have been one or two that

MAGNA
LEGAL SERVICES

Page 266

1  were spent in a couple of transfers to Hal Finney
2  or Mike Hearn. I have not checked.
3      Q.    But certainly none after you
4  established the trust in 2011, correct?
5      A.    No, none have been spent.
6      Q.    Then Tulip Trading also belongs to
7  Tulip Trust 3, correct?
8      A.    The shares of Tulip Trading are
9  owned by not trust 3 but under this trust.
10     Q.    And how many Bitcoin does Tulip
11 Trading own?
12     A.    Exactly, I am not sure.
13     Q.    Approximately.
14     A.    110,000.
15     Q.    Do you have records that reflect
16 which Bitcoin those are?
17     A.    I don't. The company does.
18     Q.    Okay. Dr. Wright, it says down
19 here on F: ███████████████████████
20 ████████████████████████████████████
21 ████████████████████████████████████
22     A.    Yes.
23     Q.    What per cent of the shares are
24 held by this 2017 trust document?
25     A.    At present, zero.

Page 267

1      Q.    Did it ever hold more than zero?
2      A.    No.
3      Q.    Dr. Wright, do you see G here,
4  which says: "All trusts and assets ever owned by
5  Craig Wright until the formation of this trust"?
6      A.    Yes. My solicitors told me to make
7  sure that we added an overarching clause that
8  would capture anything that may exist otherwise.
9      Q.    So you put everything you own into
10 this trust in 2017; is that accurate?
11     A.    Yes, I rolled up anything else that
12 I might own literally into this trust.
13     Q.    Then, Dr. Wright, you were ordered
14 by the court in 2019 to produce all copies of the
15 trust documents that related to the Bitcoin that
16 you were holding. In response you provided what
17 you call Tulip Trust 1 and Tulip Trust 2. Do you
18 recall that happening?
19     A.    No, I was ordered to provide any
20 documents in my control. The second part is I am
21 not holding any Bitcoin. It was also to do with
22 Bitcoin I mined, so in giving you this I have
23 actually exceeded what I need to do and in giving
24 you the Bitcoin mined by a company I have exceeded
25 what I am required to do. You have asked,

Page 268

1  basically, for any trust documents associated with
2  a set of conditions and I have given you more.
3      Q.    Why did you not disclose this 2017
4  trust document in response to the court's order?
5      A.    If you will look at this document
6  it says I am not allowed to have this document
7  before a certain period in December 2019. Under
8  Seychelles law it is a criminal act for me to have
9  sought to even provide that or ask or enquire
10 about it. You are thus asking me to commit a
11 criminal offence, which is also an offence within
12 Europe because one of the people in this is a
13 minor. As distributing the trustees and other
14 members is a criminal offence, I am not going to
15 do more than I am allowed to do. If I don't have
16 control of a document I cannot give it over. The
17 correct thing is anything I control I will hand
18 over. As soon as I got control, even though I am
19 pushing the law on this -- we have had people
20 saying that it is potentially a breach and we had
21 a trustee meeting to be able to give this over
22 because it is potentially a criminal breach if all
23 of the members did not agree.
24     Q.    Dr. Wright, did you remember this
25 trust document existed when you disclosed Tulip

Page 269

1  Trust 1 and 2 to the court?
2          MR. RIVERO: Object to the form.
3      A.    There is no Tulip Trust 1 and 2,
4  the way you keep saying it. I keep saying this is
5  the same thing. There was the Tulip Trust, there
6  is an arrangement with Dave. Everyone keeps
7  calling them 1, 2, 3, 4, 5. There is not. There
8  is a company -- sorry, a trust owning shares in
9  companies that was formulated in 2011, updated in
10 2012, updated again in 2014, and then updated
11 again at this point. The beneficiaries have
12 changed materially the same, the settlement is the
13 same, the trustees started the same and the
14 purpose and other conditions are the same. The
15 document has gotten better over time and, as
16 I said, if I don't have control I cannot actually
17 answer that. You are asking me to answer you
18 something that is beyond my knowledge.
19 BY MR. FREEDMAN:
20     Q.    Dr. Wright, I am asking were you
21 aware -- strike that. At the time you provided
22 the court with the versions of this trust document
23 as it existed in 2012 and then updated once in
24 2014, did you remember that you had updated it
25 again in 2017?

Page 270

1        MR. RIVERO:  Object to the form.
2        A.    We had communications with
3    solicitors and I signed off a document and, no,
4    I have not actually read every bit of this trust.
5    I had not been in part of the final one and
6    I resigned as trustee before it.  As part of my
7    resignation I signed it over blind, trusting my
8    wife.
9    BY MR. FREEDMAN:
10       Q.    So you signed over all the assets
11   you have ever owned, every trust for your benefit,
12   into this document -- on this document in June
13   2017 and --
14       A.    No.
15       Q.    -- you just forgot about it?
16       A.    That is not correct and you are
17   once again misquoting what I said, and I say
18   intentionally.
19            MR. RIVERO:  I want to state an
20   objection.  Thank you.
21   BY MR. FREEDMAN:
22       Q.    Dr. Wright, why did you not even
23   tell the court that there was a 2017 trust --
24   strike that.  Why did you not even tell the court
25   that there was a trust update in 2017 that you

Page 271

1    could not provide?
2            MR. RIVERO:  Object to the form.
3        A.    I did tell the court.
4        Q.    You did tell the court that there
5    was a 2017 trust document you could not provide?
6            MR. RIVERO:  Objection to the form
7    of the question.
8        A.    As I said, I was not the trustee.
9    You refuse to believe this, but that is
10   irrelevant.  If I am not the trustee, all I can
11   tell you is that there is a trust that was
12   registered, and you have the registration details.
13   Registration details means a document needs to be
14   filed and your incompetence in not being able to
15   figure out that a registration requires a formally
16   filed document that is updated on that date is
17   your incompetence.
18   BY MR. FREEDMAN:
19       Q.    Dr. Wright, you did not answer the
20   question.
21       A.    Yes, I did.
22       Q.    When did you tell the court that
23   there was a trust document you had updated in 2017
24   that you could not provide to it?
25            MR. RIVERO:  Objection to the form

Page 272

1    of the question.  Answer, Doctor.
2        A.    Again, I told the court that there
3    was a registration done on a particular date.  You
4    were informed, the court was informed.  Your
5    inability to work out that the registration of a
6    trust requires an updated trust deed is your
7    ignorance.
8            MR. FREEDMAN:  Let's take a three
9    minute break.  I might be done.
10       (Recess at 7.12 p.m. to 7.15 p.m.)
11   BY MR. FREEDMAN:
12       Q.    Dr. Wright, have lawyers that act
13   for your companies ever quit because you have
14   altered documents?
15       A.    No.  There were no lawyers quitting
16   because I altered documents, ever.
17       Q.    Did lawyers ever quit representing
18   companies you were affiliated with because there
19   were serious questions about the integrity of
20   documents provided by Dr. Craig Wright both to
21   that lawyer's office and to the Australian
22   Taxation Office?
23       A.    No.  There were issues with the
24   lawyer involved being a -- having 40-50% of its
25   income from the Australian Tax Office and a

Page 273

1    managing partner putting pressure on another
2    partner.
3        Q.    Dr. Wright, have you ever altered
4    documents and represented them as authentic to a
5    court?
6        A.    No, I have not.
7        Q.    Have you ever altered documents and
8    represented them as authentic to the Australian
9    Tax Office?
10       A.    No, I have not.
11       Q.    Has the Australian Tax Office ever
12   accused you of forging documents?
13            MR. RIVERO:  Objection.
14       A.    I don't know.  I have never been in
15   front of a court or anything like that because of
16   such an allegation.
17   BY MR. FREEDMAN:
18       Q.    Has Andrew Sommer of Clayton Utz --
19   strike that.  Did Andrew Sommer of Clayton Utz
20   quick working for DeMorgan because he found it
21   credible that you had forged documents and
22   submitted them to the Australian Tax Office?
23       A.    No.
24            MR. RIVERO:  Object to the form.
25   BY MR. FREEDMAN:

**MAGNA**
**LEGAL SERVICES**

Page 274

1    Q.    Dr. Wright, did there come a time
2  when, pursuant to a deed of loan, 650,000 Bitcoin
3  were transferred to Design By Human to be held in
4  trust for you?
5    A.    You mean the document that is not
6  signed by my signature.  No.
7    Q.    I just asked you a question.  I did
8  not talk about the document.
9    A.    No.
10    Q.    Dr. Wright, did the 650,000 Bitcoin
11  come from a Seychelles trust?
12    A.    No.
13    Q.    You wrote on a document "all
14  Bitcoin wallets to be held for Dave Kleiman and
15  Craig Wright".  Do you recall doing that?
16    A.    No, I did not.
17        MR. RIVERO:  It is seven hours, if
18  I can ask the court reporter.  Sorry, six hours.
19        THE VIDEOGRAPHER:  We are actually
20  at five hours, 59 minutes and 50 seconds.
21        MR. RIVERO:  Sorry, Mr. Freedman.
22  Go ahead and ask your question.
23  MR. FREEDMAN:
24    Q.    Do you recall a handwritten
25  annotation on a document, with your own

Page 275

1  handwriting, that said in sum or substance that
2  all Bitcoin wallets were be to held until a joint
3  company was set up between CSW and Dave K, and
4  what did you mean by that?
5    A.    Two questions.  One, it was not my
6  handwriting.  Two, I did not mean anything because
7  it is not my handwriting.
8        MR. FREEDMAN:  Are you going to let
9  me keep going, Mr. Rivero?
10        MR. RIVERO:  No, I don't think so.
11  I do have a very brief redirect.  I know it is
12  getting late there.  Famous last words, but I
13  intend to only ask two questions.
14        REDIRECT EXAMINATION BY MR. RIVERO
15    Q.    Dr. Wright, did you produce, as
16  reflected in the documents -- the notice shown to
17  you by Mr. Freedman, did you produce key slices in
18  approximately January of this year?
19    A.    I produced everything I received to
20  my lawyers and what gets put into court is up to
21  them.  I don't actually know what has been given
22  into court.  As I have received files, file
23  slices, accounts, other things, I have immediately
24  given it over to my lawyers.  I don't know what
25  has happened post giving it to my lawyers, sorry.

Page 276

1    Q.    I mis-spoke.  A list of public
2  addresses; you produced that -- that was produced
3  on your behalf in January; are you aware of that?
4    A.    In January I gave a list of
5  addresses that I was given.  Subsequent to that I
6  gave access to the accounts of Wright
7  International Investments, documenting all the
8  purchases and whatever else of the company.
9  I don't know what has been done with any of that
10  so far.
11    Q.    Did you produce that as soon as you
12  had that in your custody and control?
13    A.    Not within seconds, but if you talk
14  about "as soon as" being a little more than
15  momentary, like I can get a cup of coffee and walk
16  upstairs, then yes.
17        MR. RIVERO:  No further questions.
18  Thank you sir and thank you to the court reporter
19  and the videographer.  Me. Freedman, I think that
20  is it.
21        MR. FREEDMAN:  The amount of time,
22  I will just reserve on the record our right to
23  seek leave for more time due to what we perceive
24  to have been purposeful filibustering by
25  Dr. Wright and non-responsive answers, but we will

Page 277

1  take a look at the transcript and make a
2  determination on that.
3        MR. RIVERO:  I don't want to
4  prolong this but I think that is an unwarranted
5  comment.  I think Dr. Wright has answered every
6  single question with minimal objection, minimal
7  instruction.  I think there are perhaps three
8  times that we objected on relevance, and those
9  were ruled on, and perhaps three assertions of
10  privilege, so we disagree.  That concludes the
11  deposition.  Thank you to everyone who has helped.
12        (Deposition concluded at 7.21 p.m.)

**MAGNA**
**LEGAL SERVICES**

Page 278

## CERTIFICATE OF WITNESS

1
2
3     I, Craig Wright, am the witness in the foregoing
4     deposition.  I have read the foregoing and, having
5     made such changes and corrections as I desired, I
6     certify that the transcript is a true and accurate
7     record of my responses to the questions put to me
8     on 18 March, 2020.
9
10
11
12
13     Signed: ...........
14
15     Name:  ..........
16
17
18
19
20
21
22
23
24
25

Page 279

## CERTIFICATE OF COURT REPORTER

1
2
3     I, Amy Coley, an Accredited Reporter, hereby
4     certify that Craig Wright was duly sworn, that I
5     took the Stenographic notes of the foregoing
6     deposition and that the transcript thereof is a
7     true and accurate record transcribed to the best
8     of my skill and ability.  I further certify that I
9     am neither counsel for, related to, nor employed
10     by any of the parties to the action in which the
11     deposition was taken, and that I am not a relative
12     or employee of any attorney or counsel employed by
13     the parties hereto, nor financially or otherwise
14     interested in the outcome of the action.
15
16
20
21     Signed: ............
22     AMY COLEY
23
24
25

Page 280

## E R R A T A

1
2
3          Deposition of Craig Wright
4     (Please show all corrections on this page, not in
5              the transcript.)
6     Page/Line No.              Reason for change
7
8
9
10
11
12
13
14
15
16
17
18
19     Signed: .............
20
21     Name:  ...........
22
23     Date:  .............
24
25

**MAGNA ●**
**LEGAL SERVICES**

71 (Pages 278 to 280)

**A**

abide 263:24
ability 56:21
 94:17 279:8
able 31:14 39:11
 41:4,10 45:21
 116:5 128:17
 135:24 140:20
 140:23 145:1
 148:15 164:16
 165:24 190:22
 191:1 193:7
 232:3 240:20
 250:14 251:2
 256:4 257:6,19
 257:23,24 258:8
 258:10 260:7
 268:21 271:14
ABN 108:11,14
 108:25 160:16
 162:12,16
 166:24 173:18
Abrenner@bsfl...
 2:10
Absent 144:1
absolute 56:9
absolutely 55:5
 58:4 217:2
 264:10
academic 33:20
 36:12 103:2
academically
 20:2
academics 250:15
accept 216:14
acceptable
 153:12
accepted 227:25
 228:3
access 29:21
 84:13,21 85:4,9
 88:24 130:19
 132:25 135:21
 136:2 156:7

178:12 205:13
223:6,8,11,13
223:15 227:17
230:23 232:8,18
233:1,2,4,6,9
236:6 245:5
246:9 253:5,6
254:1 255:8,9
255:12 257:19
257:24 258:6,10
259:5,9,10
260:4,5,6,6,7,9
260:15,18,25
261:4 276:6
accessed 260:2,18
accessing 242:18
 242:21
account 73:10
 106:11 139:12
 156:7 157:18
 158:24 186:22
 189:1,4,4,9,12
 189:14,15,16
 190:6,8,13,16
 190:20,21
 191:22 192:2,3
 192:7,8,15,16
 192:19,21,25
 193:6,17,22
 203:10 221:2
 223:7,9,11,15
 224:12 229:9
 232:24 246:16
 246:17,19,23,24
accountant 79:11
 79:19 154:23
 171:6
accountants
 153:23 156:4
 222:7 232:19
accounting
 154:23,24
 232:23 261:2
accounts 79:11

82:6 83:14
84:11 113:8,11
113:12,17
114:15,21
131:21 133:16
133:22 135:21
152:14,16 154:4
154:5,24 170:20
170:24 171:1,5
171:7,13,17,18
171:20 177:2
191:7 193:15
203:6 205:4
228:22 232:22
236:10 245:7
255:8 260:3,5,6
260:7,9,16,23
260:25 261:1
275:23 276:6
**Accredited** 279:3
accuracy 207:19
accurate 66:20
 69:6 76:5 81:25
 91:24 93:9 97:6
 99:22 103:15
 109:10 123:18
 124:18 131:15
 131:19 132:4,10
 132:16 133:1,7
 135:5,25 140:21
 140:24 148:2
 160:14,15,17
 164:6,18,23
 166:13 175:17
 179:19 182:14
 192:17,22
 198:19 204:2
 207:13 209:9,15
 211:20 212:16
 216:10 220:2,5
 231:8 243:21
 244:2 251:10,11
 254:21 259:15
 264:19,24 265:5

265:17,21,24
267:10 278:6
279:7
accused 221:18
273:12
acknowledge
 48:5,20 49:18
 66:19,22 82:3
acknowledges
 147:16
acknowledgment
 161:19
acquisition 139:9
 139:11
act 28:7 55:15
 56:12 105:17
 162:2 164:16
 166:3 173:6
 175:4 268:8
 272:12
acted 82:18 92:5
 162:22
acting 80:4 92:3
 94:20 118:13
 163:13 166:24
 166:25 235:3
action 279:10,14
actively 253:1
activities 115:24
 116:21
acts 162:12
actual 10:1 50:4
 116:11 146:22
 154:19,21
 160:15 164:19
 164:21 174:19
 199:4 225:25
 230:3 261:4
add 108:9 251:25
added 267:7
additional 41:9
address 124:22
 127:2 129:1
 145:12 146:9,11

146:14 147:17
157:25 158:4
168:1 186:18
187:1 199:4
202:17,21
203:25 226:4,5
226:7 233:8
247:1
addressed 142:4
 144:10
addresses 113:25
 126:25 127:23
 128:1,7,10,13
 128:16,24 129:6
 129:10 130:17
 135:23 136:3
 147:13 199:18
 199:21 200:23
 201:2,7 202:2,4
 202:5,13,13
 242:20 245:6,8
 246:13 255:18
 255:24 256:16
 256:22 257:7,11
 265:2 276:2,5
adequate 13:16
administration
 50:16,17 86:18
 89:13,17,20,24
 90:23 187:23
administrative
 34:6 35:7 180:5
administrator
 246:18
administrators
 191:19
admissibility
 47:15
admissible 38:16
 217:18
advance 37:13
advice 41:13
 46:16
advising 220:13



**affidavit** 166:1,16
166:20,22,23
167:6,13,19
168:12,25 170:7
170:14 171:22
172:6
**affiliated** 97:25
157:18,25
272:18
**affirm** 167:9
**affirmations**
167:10
**affirmed** 167:5,8
167:11
**afternoon** 4:19,25
5:1 166:9
**afternoons** 217:9
**agent** 79:2 82:6
82:18 166:25
173:4,17
**agents** 60:4 94:16
**ages** 193:5
**ago** 58:7 69:12
120:12 167:18
178:18 192:4,8
**agree** 30:15 62:3
67:22,25 229:3
256:10 268:23
**agreed** 45:14
**agreement** 8:2
27:8 32:25 39:6
55:20 141:13
142:9 173:24,25
174:3,5 175:12
176:13 177:1
183:12,16,19,22
183:25 186:7,8
261:17 262:3
**agreements** 36:14
36:19 38:2,21
39:1 43:3,5 45:6
47:22 48:3,18
49:16 93:21
**ahead** 14:6 37:18

91:14 94:25
100:12 103:8,13
111:23 122:3
126:8 157:1
160:6 161:22
166:16 172:17
172:20,24
198:23 199:12
201:22 204:15
206:9 214:19
239:18 240:15
274:22
**aid** 21:18
**Alan** 52:1 235:4
**alcohol** 200:20
**Ali** 156:5 235:3
**alive** 95:6
**AlixPartners**
231:2,6 232:12
232:19 233:5
236:2
**allegation** 10:5
60:13 273:16
**alleged** 38:12
165:21
**alligator** 10:5
**allocate** 255:16
255:18
**allocated** 253:8
**allocation** 16:20
134:8
**allow** 38:17 59:23
174:5 239:10
241:25 245:4
**allowed** 124:24
230:24 268:6,15
**allowing** 16:22
130:13 256:2
**allude** 180:13
**alter** 12:5 249:15
**altered** 100:25
143:11 144:1
179:6 191:18
242:17 272:14

272:16 273:3,7
**altering** 99:17
242:24
**alter-ego** 44:12
**alter-egos** 44:4
**America** 245:15
253:10
**American** 144:22
173:5
**AML** 139:14
**amount** 7:12 79:8
80:9,10 83:1
85:5 114:20
117:14 130:17
130:20 131:22
133:2,15 164:19
164:21 234:2
276:21
**amounts** 12:3,9
84:25 133:13,14
133:17,22 134:8
135:22 174:20
195:12
**Amy** 1:22 2:20
279:3,22
**anaesthetic** 191:2
**analogy** 254:3
**analyse** 56:15
**analysed** 237:11
**analysing** 225:1
**analysis** 15:7,11
15:12 90:25
140:11
**anarchistic**
201:18
**anarchists** 193:11
193:12
**Andreas** 39:23
**Andreson** 191:15
**Andrew** 2:11 4:11
69:5 85:25
141:23 142:5,8
142:9,10 143:3
143:6,19,19

144:9 146:2,3,4
146:5,11 147:22
148:6,12 156:3
157:3,9 206:24
208:12,14 211:1
211:25 212:9,22
213:6 220:13,22
222:5 247:14
273:18,19
**Andrés** 2:16 4:13
**Ang** 266:20
**annotation** 248:5
248:9 249:19
274:25
**announced** 82:4
**anonymous**
193:17,19 205:6
**answer** 5:14 6:4,5
6:6,11,16 7:11
7:18 9:18,22
10:1,17,18
12:22 13:3,5,5,7
13:9,10,11 14:1
14:5,7,13,17
15:20 17:5,10
17:11,11,12,15
17:16 20:14,23
28:8,9,10,14,16
29:3 30:2,8,8,9
30:10,11,13,14
30:15,16,17
31:5,25 32:2
34:16,17,18
35:23 36:5,7
37:18,18 39:11
39:23,25 45:3
46:5 47:12,16
48:14,25 49:4,5
57:18 59:24
60:9 61:2 63:18
65:16 66:8
73:21 80:6,7
81:20 85:12
87:20,23,25

88:10 91:14,15
100:5,7 103:8
106:20 108:8
109:8 111:23
121:22 122:3
135:25 143:8
155:13 156:15
198:23 214:19
222:10 227:2
234:1 236:25
238:13,14 240:9
240:24 241:18
241:19,22,23,24
256:3,4,25
269:17,17
271:19 272:1
**answered** 9:2
13:3,15,17 14:7
17:19 20:24
21:1 25:3 29:5
35:21,22 37:25
59:1,3 89:6
91:11 108:8
111:22 277:5
**answering** 156:25
251:9 256:5
**answers** 9:11,14
9:21,24 30:6
111:19,20
238:12 239:13
241:15 276:25
**anticipate** 5:19
**anymore** 89:19
175:6 219:24
**anyway** 30:12
43:14
**apart** 62:6
**apologise** 13:17
68:22 196:20
**app** 130:7
**apparent** 9:20
**appear** 226:23,24
227:1,4,7,7
**appearance**



160:19
appearances 4:8
appeared 83:23
160:12
appears 70:25
71:1,23 97:18
98:5 121:24
140:6 152:24
186:9 196:2
225:23 229:4
249:17
application 51:14
51:17,18,23
52:13 53:6,7
130:13,24,24
applications
51:19,25 52:17
52:22 53:16,22
applies 34:16
43:24
apply 5:7,10
appoint 86:11
appointed 86:10
162:3 163:18
191:20
appointer 249:11
appreciate 74:2
233:24 238:11
appropriate
59:13 198:22
239:1,11
approved 161:15
approximately
20:8 77:16,22
78:3 79:12
135:17 137:18
139:5 182:2
266:13 275:18
apps 244:25
April 38:10 86:23
96:6 99:19
123:24 223:12
Archer 72:3
area 115:20

207:17
argument 169:10
arguments 218:3
Arivero@river...
2:15
arrange 82:16
84:12 214:22
arranged 84:18
84:20 85:3,8
88:23
arrangement
254:4,12,14,15
269:6
arrangements
201:8,9
arrested 120:11
144:23
arrive 235:5
236:14
Asia 115:20
ASIC 151:10,15
151:24 152:2
asked 5:13,15,25
6:2 7:11 13:2
17:4 19:18
20:12 21:6
29:22 30:1
34:15 35:20
41:13 43:2
45:11 51:23
61:21 67:18
73:20,22 74:6
81:14,15 85:2
89:5 91:11 99:1
99:5,9 100:4
101:13 108:7
113:16,21
114:14 137:2
163:4 166:7
172:9 178:6,7,8
187:5 188:15
205:7 223:10
238:3 239:7
240:20 241:9

255:21 256:2,7
256:10 263:4
267:25 274:7
asking 6:25 9:25
17:5 20:15 25:2
27:22,23 28:13
53:10 56:15
61:11,12 79:7
81:17 87:21
122:14,16
128:14 129:2
131:5 151:18
154:13 176:18
180:9,17 182:19
195:9 237:19
238:6 268:10
269:17,20
aspects 56:15
77:6 109:4
assert 175:21
198:21
asserted 40:17
asserting 57:25
assertions 277:9
asserts 175:23,24
asset 228:17
248:6
assets 104:14,16
106:3,4,7,7
107:2 165:15
266:19 267:4
270:10
assign 27:9 32:25
33:4 34:23
35:18 36:1,2
111:13 112:5
assigned 31:15,16
31:20 39:9,14
43:6 45:10 46:2
46:11 47:20
48:1,8,23 49:20
53:2 55:18
134:3 163:22
164:2 181:23

assignment 35:12
77:11 79:1,6
138:21 163:15
201:9,10 245:14
assignments
133:9,11 134:7
assistant 198:15
198:17 213:12
assistants 212:3
associated 33:24
34:12 35:1,9
47:8 82:10 92:1
98:4 104:5
105:1 107:22
109:12 110:23
135:21 137:10
139:2 146:14
158:24 175:9
204:1 244:20
245:6,9 260:8
265:9 268:1
assume 120:1
134:12 140:9
153:10 195:21
196:8
assuming 128:1
146:5 199:8
assumption
254:10
assumptions 52:4
ATO 18:12,15
19:14 20:18
21:7 69:4,22
116:24 117:3,6
117:8,19 126:7
156:8 202:1,8
202:13 210:2,15
219:3,5,20
221:16 222:8
248:6
ATO's 209:20
attached 148:13
186:8 201:21
202:4

attaching 220:14
attachment
148:22 149:10
149:14
attachments
126:12,14
attempt 90:4
213:1
attempted 83:6
attempting 13:25
14:4 175:14
221:23
attend 251:1
attended 211:7
212:8
attending 250:7
attention 5:13 6:2
25:1 134:18
187:15 216:21
236:20 264:7
attest 86:24
185:23,23
attorney 54:3,12
54:15 56:16
58:19 245:12
279:12
attorneys 62:8
187:25 188:2
234:21
attorney-client
241:21
attributed 69:13
72:13
AUD 15:23 77:17
77:22 78:3
audio 109:22
audit 228:22
audited 11:15
auditors 86:9
228:24
August 53:3,5
54:4,15 65:21
70:16 79:3
80:16 86:6



110:18 168:16
209:21 211:9
212:23 213:6
216:20 217:10
217:10,13,14
218:10
**Auscript** 206:21
208:11 209:17
212:19 220:15
**Australia** 8:1
10:16 26:25
49:10 53:1
76:12 107:9
118:10,10,11
156:3 159:7
184:12,16
230:24 233:14
234:23 235:1
236:8,23 237:21
237:22,23,24
239:21,22 240:6
240:18,21
241:10 242:13
242:14,16 243:2
243:5,8,9,10,13
243:23,24 244:7
244:8 254:11
261:14 265:11
**Australian** 25:7
25:11 32:19
65:22 66:12,24
69:2,3 70:6
76:11 83:20
103:4,18,23,25
107:1,5,5
108:15 112:14
114:7 118:14
125:11 126:2
146:25 147:6
153:22 159:1
172:25 173:1
194:13 198:2,4
198:18 200:24
206:22 208:5,12

208:23 212:1,20
212:22 221:9
222:2,5 237:17
242:6,9 243:2
244:18,20
250:18 260:9,12
260:12 272:21
272:25 273:8,11
273:22
**authentic** 127:6,7
127:10,11
139:24 140:10
141:11 144:17
144:20 145:6
146:1 153:4,6
176:16,19 273:4
273:8
**authentically**
140:6 141:22
142:1 143:1,9
143:16 148:24
152:4,6
**authorisation**
165:13 209:4
242:23
**authorise** 15:25
80:19,21 81:3
**authorised** 80:24
95:21 98:8,22
165:11 243:11
**authorises** 55:15
**authorising** 81:5
**authority** 166:3
**autonomous**
94:16
**available** 90:19
191:1 240:10
**average** 76:20
**aware** 30:5 46:15
97:11 123:1
135:3 158:10,21
177:14 188:15
221:9 239:20
240:23 269:21

276:3
**Ayre** 7:15 23:9,19
24:2,14 25:6,10
25:19 59:19,25
60:4,24 61:12
247:14
**Ayre's** 26:1
**a.m** 96:24 98:11
114:12 230:9

---

**B**

**B** 119:23 130:11
**BAA** 33:15 35:10
**back** 6:8 9:8 30:6
42:24 68:22,24
69:11,12 70:25
75:11 77:2
91:21 92:18
95:18 103:22
106:21 110:25
112:2 120:16
131:8 132:22,23
134:18 137:14
142:11 146:6
152:10 161:12
169:23 170:3
171:8,24 173:8
186:24 193:8
194:1 195:14
206:4 214:11,22
215:3 229:20,24
230:8 245:2
248:22 250:10
254:21
**background**
259:12
**backlog** 20:6
**bad** 21:3 173:13
211:10 216:17
231:17
**badly** 207:15
208:20
**bags** 106:13,16,17
**baht** 120:2

**Baker** 14:22
45:18 46:9,16
46:19,22 47:1,3
47:6,18 65:9,11
65:19,24,25
66:1 262:8
**balance** 132:15
**balances** 261:2
**ball** 133:3
**Bangkok** 120:10
120:13,15
**bank** 24:20,20
246:6 252:25
**banker** 234:22,23
**banking** 17:8
82:13,15,17,20
83:9,12 84:14
84:21,24 85:4,9
88:24
**bankrupt** 221:19
221:23
**banks** 24:18
**banned** 108:18
**barbiturates**
200:17,20
**base** 229:15
**based** 22:6 40:22
58:18 106:11,12
111:16 241:17
258:6
**baseline** 40:24
**basic** 74:8
**basically** 32:12
32:13 45:12,15
63:12 70:2
72:17 86:11
90:2 92:19
96:16 102:14,19
115:19 116:20
118:13 130:8
138:20 154:25
158:10 161:6,13
163:23 165:2
171:9 173:25

174:6 175:14
179:11 193:7
203:21 204:21
205:15,18,22
206:11 207:9
208:19 209:4
221:4,20 222:4
230:23 235:9
253:9 261:19
268:1
**basis** 41:8 44:14
61:5,7 66:4
240:15
**bates** 71:13 72:3
114:10 148:20
152:18 196:1,19
198:10 206:25
208:15 209:22
212:24 215:3
218:10 219:1
220:9 224:8
225:19,20,21
227:9 236:23,24
241:5,6,6
**bcc** 199:3
**bcc'd** 122:6 199:1
**BDO** 186:25
**bearing** 58:8
206:25 215:3
218:10 219:1
220:8 224:7
**bears** 208:15
212:23
**bedtime** 45:16
**began** 93:22
124:13
**beginning** 75:15
96:20 131:23
211:4 235:6
257:15 261:11
**behalf** 2:20,21
33:10 34:13
35:2 55:16
166:4 276:3



**belief** 229:25
**believe** 7:19 12:3
    20:4 31:19 38:6
    39:21 41:23
    43:8,10,12 44:2
    46:24 47:3
    51:16 58:20
    60:24 61:24
    62:25 72:16
    78:11 80:14,25
    81:19,21,22
    89:3,7,10,21
    93:2,8 95:19
    101:17 102:2
    106:10 108:9
    113:10 119:18
    122:8 123:3,5,7
    123:8 133:14
    140:1 143:1,8
    144:2,16,19
    145:25 146:13
    147:20,20 148:1
    148:7,24 149:5
    149:7 152:5,15
    152:16 153:3,6
    166:18 170:9
    176:4 181:8
    184:2 191:14
    196:11,12
    197:11,12,14
    199:9 218:9
    230:11 235:19
    235:25 238:2
    239:12 271:9
**believed** 99:19
    102:12 122:24
    143:15,23
    197:20
**believes** 64:19
**believing** 99:16
**Belize** 97:23 98:1
    98:4
**belonged** 25:11
    265:17,20

**belonging** 8:8
    27:17,25 28:21
    29:10,24 31:5
    31:11,15,19,24
**belongs** 71:18
    133:8 145:13
    266:6
**beneath** 224:13
**beneficial** 164:17
**beneficiaries**
    104:2 269:11
**beneficiary** 75:8
    75:22 115:12
    116:1
**benefit** 270:11
**best** 5:14 8:19
    66:12 69:16
    141:13 159:20
    200:3,11 279:7
**better** 41:4,8 62:4
    135:14 204:25
    205:3 210:6,7
    217:3 247:12
    258:20 269:15
**beyond** 37:19
    60:11 80:24
    81:17,24 156:16
    200:10 269:18
**big** 23:11 60:20
    245:6
**bills** 203:21
    254:17
**birth** 185:13
**Biscayne** 2:4
**bit** 24:11 94:6
    101:2 108:10
    125:20 133:11
    151:4 195:9
    201:12 204:3
    217:1 247:9
    251:15 255:4
    258:18 270:4
**Bitcoin** 5:21,24
    6:1,3,9,10,12,13

6:17 7:1,2,4,6
    7:15,20 17:8
    19:15 22:6 33:8
    33:10 51:6,8
    66:13 69:18
    70:10 74:12,17
    75:6,20,24 76:1
    77:16,18,19,22
    78:3,8,9,13,15
    78:16,18,24,25
    79:4 80:6,9,19
    83:1 84:13
    93:20 94:16
    95:2 101:9,13
    101:14,15,23
    102:1 104:8,10
    104:25 105:7,9
    105:17,19,21,22
    105:24 106:7,8
    106:8,10,15
    107:13,18,24
    108:1,6 110:6,8
    110:10,12,17,19
    110:21,23 111:1
    111:3,7,8,11,12
    111:14 112:4,5
    113:2,12,25
    114:19,22
    115:25 117:7,11
    118:4,16,21,23
    119:24 120:1
    122:22,24 123:2
    123:4,6,10,17
    126:25 127:2
    128:7,9,15,24
    129:1,6,10
    130:14,17 131:2
    131:3,9,14,18
    132:3,10,15,16
    132:18 133:1,5
    133:6,18,18
    134:1,10,21,22
    134:23,25
    135:13,16 136:3

136:5,9,13,16
    136:22 137:17
    137:24 138:5,18
    138:20,22,23
    139:6,6,9
    151:11,16
    171:18,19 189:6
    195:2,6,7,8,9,10
    195:15 201:16
    201:18 202:11
    203:24 205:4,6
    205:9,10 248:6
    252:1 255:12,18
    255:19,20
    256:16 261:5,6
    261:23 264:24
    265:6,9,12,16
    265:20,24
    266:10,16
    267:15,21,22,24
    274:2,10,14
    275:2
**Bitcoins** 79:17
    84:20 128:20
    134:6
**Bitcointalk** 189:1
    189:3,4,8
    190:17,18
**Bitcointalk.org**
    189:25 190:1,2
    190:6,14
**Bitcoin.com/for...**
    189:7
**Bitcoin.org** 189:9
    189:12,13,15,17
    189:22
**Bitcoin.org/for...**
    190:4,9 191:11
**bits** 219:12,14
    252:1
**Bit-message**
    145:12 146:9
    147:17 152:24
    153:4,6 157:18

157:25 158:4,23
**Bit-messages**
    158:5
**blank** 184:19
**blind** 270:7
**block** 94:16
    145:20
**blockchain** 51:3
    93:21 94:4
    134:2
**bloody** 69:20
**Bloom** 9:12
**Blvd** 2:4
**BM-2cW** 145:13
**board** 30:22
    143:4 155:2
**Bobby** 72:2
**BOIES** 2:8
**bond** 96:13
**bonded** 253:25
    254:6 256:17,23
**book** 8:23
**bookkeeper**
    79:19
**books** 228:21
**bot** 75:8,22
**bottom** 114:9
    119:11 180:22
    220:10 229:12
**bought** 184:16
    193:14
**Boulevard** 2:14
**boundaries** 77:9
**box** 187:18,21
**boxes** 187:12,15
    188:1 230:22,23
    233:12,18 234:9
    234:22,24 235:5
    235:8,10,11,13
    235:15,21,23,24
**breach** 27:5
    268:20,22
**break** 35:5 83:11
    87:11 90:7



91:20 136:9
158:12 167:25
193:24 207:22
230:14 272:9
**Brenner** 2:11
4:11,11 224:2
**brief** 275:11
**briefly** 43:16
179:24
**bring** 68:10,24
69:11 144:5
148:10,22 149:9
152:17,21 173:8
180:22 215:3,4
216:19 218:3,8
218:11 220:7
238:14
**Brisbane** 245:7,7
**Britain** 231:6
254:11
**broke** 151:4
**broker** 26:10
**brokers** 26:8
**brother** 64:20
**BTC** 85:3,8 88:21
88:23
**build** 18:22 32:12
**building** 18:17,19
19:15
**bunch** 193:11
221:4
**burden** 41:6,7
44:15,20
**bureaucratic**
215:18
**burnt** 249:25
250:23
**business** 24:2,5
26:1,5,17 40:7
40:25 41:13,20
42:4,6,9 43:18
44:8 45:1 63:21
108:15 109:12
**businesses** 25:7

40:6 41:18 42:2
43:22,22 108:22
**buy** 83:3,6 197:22
197:23 205:7,15
205:19 206:14
**buying** 24:10
25:6,10 195:11

---

**C**

**C** 2:1
**Cafe** 25:25
**Cain** 2:19 4:20,21
90:7,12
**Cal** 24:9
**calculate** 12:18
257:11
**call** 154:6 169:12
174:1 177:1
194:24 200:1
209:13 229:16
245:16 252:2,3
254:11,14
267:17
**called** 10:15 52:1
76:8 98:4
108:22 129:22
131:14 163:19
173:25 221:4
258:14
**calling** 42:12
63:21 229:25
250:21 269:7
**calls** 147:14 172:5
**Calvin** 7:15 23:9
23:19 24:2,7,14
25:6,9,19,22
26:1 59:19 60:3
61:12 247:14
**cancelled** 16:21
**capacity** 92:4
**capital** 26:2
130:20 202:9
253:9,16
**capitalisation**

107:21
**capitalized** 18:22
**capture** 114:8
267:8
**captured** 39:17
159:6 227:13
243:6
**car** 205:8
**card** 90:8 91:20
**care** 20:25 63:19
**careful** 45:19
91:11 179:15
**case** 1:3 37:13,15
37:20 38:7
42:17 57:7,11
57:25 58:5 59:8
60:6,10,11,15
60:20 61:16,23
66:8 103:24
157:11 159:13
188:12 189:2,11
191:8 192:2,10
193:1,18 221:24
231:3,6,15
232:6,16 255:17
257:8 259:2
**cash** 117:7
**casting** 26:10
**catch** 251:2
**causing** 222:1,3
**cc** 85:25 117:19
126:2 142:4
144:9 148:12
186:10 194:14
**cc'd** 198:18
**CD** 179:11
**CDs** 177:19 179:9
215:18 236:12
**cell** 130:20
**cent** 173:21
266:23
**CEO** 221:1
**certain** 12:21
32:15 62:25

116:3 133:15
249:25 258:7
268:7
**certainly** 5:5 58:9
266:3
**certificate** 185:14
278:1 279:1
**certificates** 12:17
**certify** 278:6
279:4,8
**CFO** 69:5 194:16
198:19
**chain** 96:20 97:18
119:2,12 188:11
188:12
**challenge** 23:22
**challenges** 23:10
**chance** 183:6,8
**change** 14:24
119:25 168:7
215:14 216:13
261:6 280:6
**changed** 12:4
89:11,12 140:16
146:23 167:14
191:18 192:12
225:2,4 230:11
257:16 269:12
**changes** 64:7
89:24 175:7
278:5
**changing** 89:15
**characterisation**
202:5 209:9
**characters**
209:14
**charge** 8:11 64:12
**charged** 120:11
**check** 11:20
12:15 65:8,11
140:4,23 178:14
179:3 208:25
**checked** 12:9
13:11 178:4,8

186:23 266:2
**checking** 179:5
**cherry** 219:15
**Chesher** 69:5
143:3 171:12
220:20,23,25
**Chester** 206:24
208:14
**chief** 28:4 38:4,23
**children** 101:3
**children's** 227:16
**choice** 32:18
**choose** 228:17
**Christian** 80:25
**circumstances**
199:23 200:10
200:15 202:3
**citing** 221:12
**claim** 41:6 161:19
244:13 250:15
**claims** 16:22 37:8
161:2 221:10
227:24 228:3,16
**clarified** 109:6
**clarify** 14:14
143:14 154:16
168:17 172:23
**clarity** 108:10
**class** 8:3
**clause** 56:3 267:7
**Clayton** 273:18
273:19
**clean** 5:17 75:14
155:6 231:18
**clear** 31:8 87:12
112:1 129:4
152:23 154:1
180:17 224:3
**clearer** 172:24
201:24,25
**clearly** 17:19
30:18 31:8 85:6
**client** 10:1 13:10
29:2 58:11



101:16 106:19
154:6 179:7
222:11 238:6,6
238:9
**close** 50:4 86:16
86:17 222:8
**closed** 17:24
77:11 174:7
192:14 222:11
**closer** 167:18
**closure** 233:13
**cloth** 53:19
213:23 219:8
**Cloud** 21:21
31:24 52:22,24
53:9,17,19
163:15,18,18
164:3,5 177:3
181:24
**coach** 238:6
**cocaine** 102:18
200:17,19
**code** 19:3 21:17
21:18 33:8,23
34:10,20,25
51:1 82:19
94:18 102:21
197:3,23
**coders** 197:23
**coding** 51:6
246:12
**coffee** 276:15
**Coin** 10:14,15,18
10:19,20,22
21:24 32:3,4
53:23 129:22
**Coin-Exch** 7:24
8:1,18,23,25
10:12,16,23,24
10:25 11:5,9,25
12:2,13 13:1,14
13:23 14:20,23
15:7 18:12,17
18:18,20 21:10

23:6,7 27:17
28:1,22 29:10
29:25 31:5,11
31:16 50:13,22
52:18,20 62:16
63:8,10,17 64:4
64:8 104:17,18
205:21 227:25
228:4,8,10
**Coley** 1:22 2:20
279:3,22
**collect** 189:1,10
191:8 192:1,25
**collected** 60:19
61:11,23 71:2
234:21 243:14
243:24
**collecting** 60:5
**collection** 60:5,22
61:10,13 62:6
**colons** 203:2
**combination**
78:25 115:18
200:16
**come** 60:21 70:13
91:21 99:21
102:2 148:2
152:10 155:22
165:18 235:13
240:18 244:6
254:20 274:1,11
**comes** 118:2
163:22
**comfortable**
156:23 184:21
184:24 185:6
225:8,12
**coming** 215:12
**comment** 67:4
76:24 107:6
111:18 184:6
199:6 226:3
277:5
**comments** 74:5

205:11
**commissioner**
198:15,17
213:13
**commit** 268:10
**commits** 200:13
**committed** 16:12
104:23 123:25
**committee** 228:23
**committing**
200:18
**common** 8:6
36:16 244:15
**commonly** 76:8
**communicate**
138:11 146:8
193:10
**communicated**
78:20 81:24
99:15 146:10,15
**communicating**
78:21 146:24
190:25,25
**communication**
43:21 142:7
144:8 146:23
173:13 198:23
199:2 206:7
250:25 251:22
**communications**
86:8 100:22
145:10 147:1
149:2 155:19,21
156:12 157:7,14
158:1 179:16
206:16 250:10
252:24 270:2
**companies** 15:1
25:11 27:7 39:6
40:3,8,15 41:21
42:7 43:4,18
44:3 45:7,13,24
47:23 48:4,10
48:12,14,15,16

48:19 49:1,2,3,5
49:9,12,13,15
49:16 65:23
76:12 77:10
78:14 79:20
81:7 90:23 92:1
101:21 105:8,17
108:21 110:10
110:11,12,15
111:9,11,13,14
112:4,6 118:7
118:12 132:3
133:9,12 134:3
139:7 150:21
162:13 163:13
169:7,7 175:5
175:10 177:2
181:24 189:23
195:13 201:8
205:16 219:25
222:3,5 233:13
246:6 261:18,21
269:9 272:13,18
**company** 8:20
10:15,19,24
11:11,12,14,16
11:19 12:9,15
16:1,4,16 21:14
23:4 24:9,23
26:2,23,24
27:19,20 29:12
29:13,14 33:6
44:7 53:1,3
64:16 74:18
76:8 77:7,8
78:17 83:4,14
83:21 86:18
104:17,25
105:13,13,15,23
105:24 107:8,11
107:23 108:1
110:20,20 111:5
111:6 112:21,23
114:8 130:8,22

130:22 133:14
137:9 138:22
140:16 152:13
154:4 161:8
162:1,3,20
163:17,24,24
164:1,2 166:4
169:13 170:23
173:6 175:15
176:13 178:13
185:21 193:13
198:19 201:9
228:18 244:23
245:2 246:2,21
253:3,11,13
261:8 266:17
267:24 269:8
275:3 276:8
**company's** 32:25
34:24 99:8
100:8
**competing** 47:24
**complained** 66:25
220:18
**complete** 16:23
18:10 19:10
35:7 84:4
112:23 191:4
255:4,5 260:5
**completed** 33:16
34:6 104:21
139:14
**completely** 35:15
93:12 184:20
205:20 246:19
**completeness**
71:7
**completing** 35:8
**compliance**
258:15
**complicates**
77:13
**comprehension**
13:16 21:2



compromise 192:9
compromised 90:20 100:24 148:4,9 186:20 192:4,7,11
computer 119:21 156:5 230:1 243:10
computers 102:20 243:8
con 87:19 90:2 92:11
concerning 66:2 244:6
concluded 277:12
concludes 277:10
condition 205:19 261:13
conditions 258:6 258:7 268:2 269:14
conduct 138:21 140:10
conducted 33:10 33:25 34:13 35:2 94:11
confer 234:2 238:8
conference 250:1 250:4 251:2,4 252:3
conferences 241:9
confidence 241:20
confidential 40:24 41:2 44:22 45:2 63:5 63:11 263:15,18 263:19,24
confidentiality 28:15 57:21,24 58:2,10

confirm 149:12 149:19,23,25 151:8,10,19,21
confirmation 94:3
confirmed 30:2 119:23
confirms 142:20 145:11
conflicts 56:5
confusing 162:15 190:11
conjunction 165:14
connect 36:25
connected 95:3
connection 48:7 48:22 49:20 56:10
consent 160:23 161:14 165:22 172:14
conservations 62:7
consider 56:10 65:2
constantly 67:23
constitute 44:6
construct 219:16
constructed 171:12
consulting 41:13
contact 124:14,17
contacted 66:24
contained 264:14
containing 236:2
contains 158:23
contend 37:3
content 146:22
contents 122:17 235:25
context 40:25 75:18 180:1 214:18

continue 81:1 206:5,9 239:11
continued 4:2
contract 16:14 17:24 19:9 38:3 38:22 39:3 83:23 93:20 105:19 108:24 109:1,2 196:22
contracts 31:20 78:7 86:13 95:3
contractual 38:8
contrary 101:15 201:14
control 56:21 58:21 84:5 107:15,16 128:9 128:13,22,24,25 129:1,2 134:13 134:21,23,24 135:4 157:17 163:14 164:12 170:20,23 171:1 171:4 173:20 175:8 199:19,22 200:10,22,25 201:1,18 202:2 257:21 267:20 268:16,17,18 269:16 276:12
controlled 34:3 107:14,20 108:6 117:11,14 136:13,16 164:8 169:2 174:23
controlling 59:4 118:14
controls 118:3
conversation 40:15,16 44:24 135:16
conversations 30:23 40:1,18 40:21,23 41:24

45:23 65:17 148:6,7 180:12 180:14,14,18 204:9 237:14
conveyed 241:17
convince 101:4
copied 246:19
copies 83:2 233:14,15,16 262:13 267:14
copy 16:2 141:10 143:6 161:17 174:2 184:13,15 184:16,18 195:25 220:16 224:24 233:11 233:20 234:9 242:19 246:15 246:20,23,25 247:18,20 262:4
Core 51:2 82:12 82:15,17 83:9 83:12 84:13,21 84:24 85:4,9 88:24
corner 167:3
corporate 27:6 44:25 45:1,1 65:24 77:7,25 78:2,20 92:5 113:22 133:11 175:24
corporation 92:4
corporations 92:4 92:7
correct 5:11 10:13 12:8 14:5 14:21 30:3,16 40:10 62:1 70:3 70:19 79:8 81:2 85:5 87:14 100:17 109:18 113:11 115:1 116:13,17

122:22 123:24 124:4 127:1,1 127:24 128:2,8 131:2 132:5 139:1 140:2 143:16,20,24,25 144:3,12 145:17 145:20 147:8 149:4,6 152:13 161:17 166:6,10 166:14,17 168:2 168:6,7 169:19 169:20 172:16 188:8 199:2 209:2 212:5 224:24 225:4 249:7,8 252:2,5 264:1 265:22 266:4,7 268:17 270:16
corrected 70:1 127:15 204:25
correction 129:3
corrections 278:5 280:4
correctly 10:17 34:5 113:23 146:6
correspond 138:16
correspondence 100:1
cost 15:15,22
counsel 4:7,22 57:22 60:9 66:7 91:12,16,16 156:3 179:17 231:11,14 232:6 232:8,9,10,17 233:8,16 234:6 235:20 237:14 241:11 243:2 260:20 279:9,12
counsel's 168:1



countries 77:4
country 207:17
  213:25 218:24
  227:14
couple 111:2
  128:5 253:4,21
  266:1
courier 253:25
  254:6 256:23
couriers 256:17
course 43:15
  241:6 246:14
  261:23
court 1:1,22 2:20
  10:3 16:10,19
  19:11 40:4
  42:21 43:25
  44:2 87:22 90:3
  103:24 106:22
  135:9 137:11,15
  140:10 151:3
  159:23 165:22
  166:17 167:1,20
  175:22 184:25
  185:16 221:17
  221:20,22,24
  222:19 223:1
  237:9 238:15
  239:2,10 248:10
  253:24 255:15
  255:16,22,22
  256:14 257:12
  258:13,23
  259:14,21
  267:14 269:1,22
  270:23,24 271:3
  271:4,22 272:2
  272:4 273:5,15
  274:18 275:20
  275:22 276:18
  279:1
courtesy 6:24,24
  9:6
court's 46:20

258:15 268:4
cover 7:13 9:23
covered 218:9
coverup 38:11
co-workers 105:6
Craig 1:9,12 3:6
  4:3,15 40:5
  54:15,21 69:4
  71:2,25 72:13
  72:16 87:15
  96:24 98:6,15
  98:20 103:22
  108:11,11,12,14
  108:14,22,22,24
  108:25,25
  109:11 114:11
  116:8 119:13
  120:18,25 121:6
  121:11,15,15
  152:11,25
  159:10 160:13
  160:16 161:1
  162:10,12,14,15
  162:16,18
  165:11 166:24
  168:22 172:5
  173:4,17,19
  174:10 184:19
  186:10 199:6
  220:11 224:11
  226:1,2 229:14
  229:22 243:6,7
  258:14 261:18
  261:18 263:2
  267:5 272:20
  274:15 278:3
  279:4 280:3
craig.wright@...
  223:7,9
Craig@panopti...
  196:3
create 18:16,18
  52:14 94:15
  125:4,7,13

153:18 154:2,11
  154:19,20,22
  155:7
created 8:2 19:15
  85:14 125:11
  189:4 245:13,14
  261:20,21
creating 52:24
  93:12 129:21
  142:10
creation 33:8
  261:15
credible 273:21
criminal 268:8,11
  268:14,22
criminals 106:9
Croft 21:21 31:24
  52:22,24 53:9
  53:17,19 163:15
  163:18,18 164:3
  164:5 177:3
  181:24
crosstalk 39:17
CROSS-EXA...
  4:17
CSW 202:22
  203:4 248:7
  275:3
cup 276:15
currency 120:4
current 20:6
  32:10 175:1,19
currently 261:7
custody 188:11
  188:13 276:12
cut 168:4 246:12
cwrigh20@post...
  186:19
CYRULNIK 2:3
C01N 130:9
  150:3,17 201:13

——————————
          D
——————————
D 3:1

damn 218:2
dartboard 207:20
dash 202:25
date 54:18 69:22
  79:5,23,25
  80:14 86:5
  89:15 113:4
  131:16 166:19
  181:6 184:1
  207:12 208:22
  209:1,2 211:19
  211:19 218:21
  271:16 272:3
  280:23
dated 196:3
  206:24 208:14
  218:12
dates 79:21 86:4
  89:11 260:13
Dave 7:23 18:16
  18:18 19:21
  20:12,19 21:7
  32:20 36:7 58:6
  80:13,18,20
  81:6,9,13,15,23
  84:12,16,18,20
  85:7 88:22
  93:11,16,16,19
  93:23 94:1,15
  95:4 96:25
  97:25 98:3
  101:8,10,11
  102:1,3,4,6,25
  103:1,2,2,21
  104:1,5,14,15
  104:17,20 106:3
  106:4 107:3,10
  112:17,19
  113:14,23,25
  114:16 115:12
  115:14,25 116:2
  118:15,20,22
  119:2,13,15
  120:4,8,18,21

120:25 121:4,7
  121:8,11,12,19
  121:21 122:10
  122:16,21,23
  123:1,3,6,7,9,11
  123:15,15,20,23
  123:25 125:4,6
  125:7,9 139:8
  139:10 151:20
  152:3 169:1
  171:9,10,14
  174:15 180:3,4
  184:3,5 186:10
  190:20,21,22,22
  190:23,25 196:3
  196:7,13,23,25
  197:7,9,12,13
  197:14,18,20,24
  198:3 202:22
  203:4,7,9,13,16
  203:18,20 204:1
  205:24 224:14
  224:25 225:9,14
  226:23 227:2,5
  229:16 249:11
  249:21 250:10
  250:25 251:12
  251:23 253:24
  254:13,15,25
  269:6 274:14
  275:3
Dave's 10:10,11
  11:3 113:1,8
  116:24 119:17
  197:16,19 198:5
  224:14
David 1:5 8:8
  16:11 18:21
  32:12,17 33:16
  168:23 199:23
  199:23 200:1,3
  250:5
day 9:20 45:16
  61:21 86:7,8,15



86:20,21 90:19
169:17 170:4
219:14
**days** 16:13
104:24 166:12
167:19 173:21
**de** 2:14 132:8
134:13,22 135:3
136:6 137:20
142:17 144:8,13
145:5,7,11,16
148:11 155:23
156:12,13 158:6
201:4,6
**dead** 22:19 80:20
80:21 84:16
**deal** 24:3,5 26:5
26:17 27:13,14
27:16,20,24
28:20 29:8,11
29:15,23 31:3,9
31:13,22 32:5
33:7,22 34:9,19
34:21,22 35:19
37:3 50:2,5
81:10,12,16
246:8,8,12
**dealing** 147:9
172:10
**dealings** 45:13
**deals** 26:8 81:25
**death** 32:9 81:1
102:5 116:24
**debt** 169:4
**decades** 75:8,22
**December** 72:1
178:21 183:19
218:12,19,23
219:4,6 268:7
**decide** 175:22
**decided** 86:11
222:8
**decisions** 41:20
58:21 241:10

**declaration**
126:18,21
130:16 134:19
139:25 141:11
**decrypted** 259:9
**decs** 170:21
**deductible** 250:9
250:13 251:6
**deed** 54:21 125:5
125:7,12,14
184:17,18
247:24 248:19
272:6 274:2
**deeper** 44:10 61:1
**DEF** 3:3,3,5,7,8,8
3:9,9,10,10,11
3:11,12,12,13
3:13,14,15,15
3:16,16,17,18
3:18,19,20,20
3:21,21,22,22
3:23,23,24,25
**defamation** 87:18
**DEFAUS** 3:7,17
3:19 114:3,5
196:19 207:1,2
212:24 215:4
218:11,15 227:9
241:6 247:22
**defeat** 44:16
**defendant** 1:9
160:20 161:5
**Defendants** 2:12
**defense** 1:6 15:15
33:11 34:1,13
35:3 48:6,21
49:18 54:8,9
57:11,12 67:11
67:13 76:9
85:19,21 115:9
117:17,21 119:1
119:4 125:17,19
126:11,15,16
139:17,19 141:3

141:4,16,18
144:7,11 145:4
145:8 146:18,20
148:11,18
149:20 152:19
164:3 168:20
169:8 176:6,7
176:14 181:21
181:22 185:10
186:3,4 194:8
194:10 196:2,5
198:10,12
208:16,17
209:22,23
212:25 216:20
216:24 218:10
219:2 220:9
224:8,18 225:18
225:24 226:15
226:17 229:3,7
236:23,24 237:7
247:6,8,25
248:3 249:12,17
251:11,13,21,24
261:13 262:17
262:20 265:11
**Defense's** 163:21
**define** 26:9
**definitely** 80:17
145:23 146:15
170:19
**definition** 254:6
**definitively** 253:7
**defrauding** 87:17
**DEF_00013376**
153:1
**DEF_00028003**
249:23
**deliver** 16:24
19:11,12 32:23
92:11 253:25
**delivered** 19:8
83:10 92:2,9
187:16,16

254:16
**demonstrate**
78:18
**demonstrated**
89:23 128:2,12
156:7
**demonstrations**
245:3
**DeMorgan** 22:12
22:14,22,24
23:2,4,8 26:24
27:3 39:2 46:25
47:4 65:13
154:5 218:13
266:21 273:20
**denied** 221:10
**Dennis** 262:10
**deny** 10:5,5
**department**
33:18,23 34:11
34:25 35:10
115:18 244:24
**depends** 26:8
**Depo** 3:6
**deposition** 1:11
4:2,4 9:20 47:14
74:21 96:6,7
99:1 100:3,15
106:22 234:3
238:10 241:2
263:15 277:11
277:12 278:4
279:6,11 280:3
**depositions** 10:7
131:12
**Des** 69:3 206:23
207:15 208:12
221:5
**described** 22:11
**describing** 39:25
**description**
264:12,13
**Design** 274:3
**designate** 263:19

**designation**
263:14
**designed** 53:21
244:25
**designing** 22:5
**designs** 230:1
**desirable** 56:10
**desired** 278:5
**destroy** 32:17
**destroyed** 236:10
**detail** 76:6 140:24
245:24
**detailed** 140:11
166:1,16
**details** 43:8 77:3
141:8 227:16
259:11 271:12
271:13
**determination**
277:2
**determine** 44:12
56:13 236:22
244:6
**Deutsche** 24:20
24:20
**develop** 93:24
196:23 197:2,23
**developed** 32:16
32:20 33:9,25
34:12 35:2 95:4
95:6
**developers** 77:6
**developing**
102:21 130:7,23
244:25
**development** 19:2
19:3 23:16 33:9
64:4 130:9
197:3 246:11
**device** 237:12,17
237:18 240:6,7
240:21 242:6,9
**devices** 177:24
178:1,3,7,9,16



236:2,5,18
239:21,21
244:18,20
**Devin** 2:6
**devised** 55:17
**dictate** 200:7
**dictated** 194:25
200:5
**dictionary** 7:4
**died** 38:10 80:13
81:13 93:25
94:12,19 123:23
197:17 198:6
200:2,11
**differed** 89:16
**difference** 15:2
18:1 111:19
195:20 237:16
**different** 21:6
58:1 76:13 77:4
78:21 104:21
133:8,9,12,12
133:13,13
138:10 178:11
213:25 231:6
232:7 263:1
**differential** 8:4
**differentiated** 8:6
**difficult** 80:21
105:10 110:13
201:22
**difficulties** 23:14
**dig** 61:1
**digital** 250:2,11
**direct** 45:3,21
47:12,15 79:1
134:17 147:12
149:23 154:11
154:17,18,20
216:21 233:4,6
**directed** 224:21
224:22
**direction** 105:20
235:3

**directly** 37:7
57:15 79:1 82:5
82:7 142:5
153:21 156:8
231:2 232:25
**director** 16:1
27:19 28:2,7
29:12 30:24
39:11 41:18
42:11,12,14
44:25 45:13
64:11,16 65:6
65:22 66:3
161:5,25 162:1
163:17,18,24
173:6 185:10
194:15 198:20
219:25 221:25
228:13,14,18,21
235:12 236:20
253:15,15
**directors** 23:21
27:20 29:13,14
30:1,22 42:10
42:16
**directorship**
48:11 163:17
**director's** 162:23
**disabled** 191:13
193:15
**disagree** 277:10
**disagreement**
214:21
**disappeared**
132:24 144:25
**disclose** 268:3
**disclosed** 268:25
**discovered** 116:4
122:7
**discovery** 38:15
47:14 58:3 91:6
**discretion** 56:9
**discretionary**
247:24 248:18

**discuss** 25:16
26:23 63:6,9,11
63:15 238:9
249:20 250:22
251:5
**discussed** 23:13
30:25 78:15
90:17 95:5
159:16 165:15
**discusses** 142:19
**discussing** 179:16
259:14
**discussion** 29:2
42:15 43:19
**discussions** 24:2
24:6,14,25 25:6
25:9,14,16 26:4
26:13,16,21
28:6,24,25
30:21 39:19,20
40:5 41:14 42:1
42:3 43:7 63:5
66:3,6,7 91:12
91:16 138:3,7
180:6,8,9 237:3
242:7,10 243:19
244:1,4 249:24
**display** 199:8
**displayed** 73:3
**dispute** 263:17
**disputes** 56:5
**dissolution**
169:12
**distinction** 137:5
**distinguish** 238:3
238:22 239:7
**distributed** 93:20
**distributing**
268:13
**DISTRICT** 1:1,1
**DK** 114:15,16
203:12
**Doa** 69:4 206:23
**Doctor** 7:10

93:11 157:1
220:7 272:1
**doctored** 253:1
**document** 3:24
51:15,21,23
53:11 54:17,20
55:2,4,9,11 56:7
56:14,16 58:19
67:1,3,18 68:6,7
68:20,25 69:16
70:1,3 71:7,22
72:7 73:2 88:2
88:13,20 89:11
92:15 97:14
122:1 127:6,8
127:10,12,13
129:14 140:12
143:18 144:2
148:21 150:11
150:19 151:17
152:18,22
153:11 154:20
158:22 159:25
169:19 176:4,8
176:10,11,16,17
176:18,20,22,24
176:25 177:5,8
177:10,12,15
179:8,21,23,24
180:2,20,23,25
181:3,8,13
182:1,5,13,17
182:20,23,25
183:2,2,3 184:4
184:6,8,10,12
184:22,25 185:6
185:21 186:3,5
186:6 207:9
208:18 209:15
209:16,21 211:4
224:1,3 225:17
226:15,16,18,19
232:2 242:6
243:16,22 247:5

247:7 248:10,16
248:21 249:5,9
249:13,15 251:7
251:10,20
252:17 258:13
258:17 262:2,5
262:6,8,11,16
262:19 263:12
264:14 266:24
268:4,5,6,16,25
269:15,22 270:3
270:12,12 271:5
271:13,16,23
274:5,8,13,25
**documentation**
104:4 233:12
245:18
**documented**
201:11,13 246:4
**documenting**
276:7
**documents** 11:20
12:10 28:6
33:20 46:18
60:5,18,19,20
61:10,11,13,22
63:23 85:14
87:3 89:10,22
89:23 91:2,4,9
92:18 99:17
153:16 154:22
156:1 166:5
171:10 177:19
178:24 179:2
184:9 185:23
187:3,5,9
188:16,20,23
189:2,10,23
191:8 192:6,25
193:18 206:18
214:5 217:16,21
221:3,11 230:18
231:1,5,8,9,13
231:16,19,25



232:8,13,14,18
233:11,21 234:6
234:10,20
235:18 236:24
237:20,23,24
238:4,23 240:18
241:8 242:8,12
242:14 243:1
244:14,16
245:12,14,17,20
248:13 249:3
252:15 253:1,8
253:10 267:15
267:20 268:1
272:14,16,20
273:4,7,12,21
275:16
**dodgy** 78:12,13
**doing** 17:18 23:15
25:3,25 28:24
52:10 87:5
88:22 102:3,21
102:22,25 103:1
116:21 124:19
130:23 144:15
217:19 230:2
242:22 245:2
253:12 274:15
**Dolevski** 69:4
215:6,11
**dollar** 150:15
**dollars** 83:18
150:5
**domain** 89:18,19
189:14,17,20
**domiciled** 103:25
**donated** 110:24
**door** 58:17
**double** 208:25
**doubt** 36:10 61:5
93:10 143:22
187:23
**doubtful** 175:11
**download** 97:14

**downloaded**
156:9 201:23
**Dr** 1:12 4:3,14,15
4:18,22,24 5:21
5:25 6:4 8:21
9:2,3,11,21
10:22 11:7,22
12:11,22 13:8
13:18,22 14:6
14:18,22 15:6
17:3,5 20:18,23
21:10 24:1,24
25:5,25 26:20
27:7,22 28:11
28:20 29:22
30:7,13,18 31:2
31:22 32:24
33:22 34:9
36:13,18 37:7
37:11,17 38:1,8
38:20 39:5,24
40:9,12,18,21
41:7,12 43:2,16
44:4,5 45:3 46:5
46:9 47:6,16
48:18 49:8,15
49:24 50:6 54:2
54:19 55:12
56:17 57:10,14
57:23 58:6,15
59:19 60:3,17
61:21 62:12
64:25 65:8,15
66:5,11 67:9
70:5,22 71:18
71:19,24 73:17
74:12,19 75:3
76:23 77:15
80:18 85:7,12
85:17 86:25
87:20 88:7,9,10
89:1 90:14 91:7
91:11,24 95:7
96:4 97:17

98:25 100:3,11
100:12 101:8
104:12,13 106:2
107:12,17 108:8
109:5,10 112:3
112:25 114:1,25
116:7,14,15,23
117:15 118:15
118:20,24
120:16 122:3,14
122:20 123:23
125:15 126:10
128:14 129:13
130:15 131:8
139:15 141:1,14
145:2 148:15
149:24 150:1,4
151:6,12,18
152:1 153:17
154:9 155:4
157:6,21,24
158:9,21 159:8
159:21 162:5
165:11 166:15
168:12 169:17
169:21 171:21
173:14 174:10
174:22 175:1
176:3 177:4,14
179:14,19
180:11,19,25
182:19 183:6,11
184:22 186:16
188:4,19,25
190:5 191:21
194:6,9 195:24
198:24 200:5,22
201:20 202:12
203:23,24 204:4
206:17,19 207:6
207:22 208:9,22
210:17,24 211:6
211:24 212:18
213:21 215:1,22

217:7 218:8
219:1,19 222:22
222:25 223:10
223:14,25
225:17 226:14
227:8,23 230:17
231:18 234:1
237:1 238:17
239:20 241:12
241:15 242:1,5
247:4 249:9,16
251:8,10,21
252:13 253:23
255:22 256:14
258:23 260:23
261:5 262:1,15
264:3 266:18
267:3,13 268:24
269:20 270:22
271:19 272:12
272:20 273:3
274:1,10 275:15
276:25 277:5
**draft** 64:1 92:15
92:17 93:7
247:23 248:14
248:14
**drafted** 63:25
**drafts** 92:21,25
93:2,4
**drag** 32:17
**draw** 264:6
**drives** 177:20
236:11
**drop** 22:19
**Dropbox** 97:9
**drug** 32:14
120:14
**drugs** 102:22
122:8 197:23
**due** 16:13 86:12
276:23
**duly** 279:4
**dumb** 122:7

**duped** 83:22
**DV** 202:22 203:4
203:5,6,8,11,14
203:15,17
**DVD** 179:11
**D'Emilio** 128:10
**D'Emilio's**
127:17 129:15

----

**E**

**E** 2:1,1 3:1 280:1
**earlier** 64:18,20
143:19 169:23
186:24 191:17
248:14
**early** 27:8 31:4,10
94:10 102:3
109:17 151:13
245:22
**earned** 78:6
**easier** 152:20
199:20
**easy** 153:15
**economic** 41:21
**EC1N** 1:18 4:6
**Edison** 20:9,11
**edited** 251:6,25
252:5,6,15,16
**editions** 35:9
**Edwin** 72:3
**effect** 16:21 41:21
205:22 230:4
239:13
**effectively** 99:13
102:18 110:24
111:1 170:22
227:19 254:13
**effectuate** 125:10
**eight** 107:13,19
194:4
**either** 31:6 44:14
64:13 97:5 98:8
109:2 141:24
174:18 200:17



219:13 235:2,4
**electronically**
236:3
**ellipses** 164:25
**else's** 52:10 71:4
176:18 245:21
**Email** 2:5,10
**emotionally**
79:24 86:3,5
**employed** 55:9
105:23 279:9,12
**employee** 55:13
105:18 279:12
**employees** 55:20
105:16 130:21
**employee's**
129:19 130:20
**employer** 55:21
**employment** 55:8
**employs** 105:23
**enable** 94:8
**enabled** 257:18
**enact** 138:24
**encrypted** 258:25
259:3,4,7,23
**ended** 11:11
16:25 25:18
32:13 37:6
81:12 102:9
129:11 131:9
132:1 221:5
**ends** 148:21
**enforcement**
106:10 115:16
115:21
**engage** 63:3
**engaged** 32:22
**engages** 223:3
**engineer** 94:20
**engineering**
244:24
**English** 4:22 77:5
**enhance** 17:2
21:15

**enquire** 268:9
**enquiry** 44:10
**ensure** 45:19
63:13 65:10,13
**enter** 27:8,13
160:23 165:21
**entered** 32:24
34:22 196:22
**entire** 73:2 86:8
86:14 124:19
213:22 214:11
261:25 263:15
**entities** 86:10
104:4 107:14,19
108:6,16,21
118:13,14,14
174:23 260:9,12
260:13
**entitled** 54:11
248:18
**entity** 17:22 18:9
38:9 104:1
261:19,20
**entries** 72:2
**entry** 3:24 258:13
258:17
**equipment**
177:24 178:11
**equivalent** 106:13
221:7
**erroneous** 49:3
69:15 70:1
162:11 207:8
211:2
**error** 11:16
101:12 106:5
**errors** 126:19,20
126:24 127:4,14
127:16 146:7
**especially** 78:21
**Esq** 2:6,11,16,17
2:19
**essential** 199:24
**establish** 44:16

185:17 240:15
**established** 266:4
**establishing** 17:7
44:21 103:12
**estate** 1:5 8:8,11
8:12,19 10:11
11:4,24 12:2,3,7
12:13,25 13:14
13:23 15:5 19:8
174:15
**estimate** 70:2
**estimation** 15:15
**Europe** 268:12
**evade** 241:13
**evasive** 111:20
155:5
**events** 38:9
**eventually** 190:6
**evidence** 38:16
41:1 90:6,14,20
90:21 91:4,7
147:9 159:16
163:5 165:23
166:2,2 170:7
170:14 188:5,8
219:20 221:13
221:15 237:8
**exact** 7:11 79:21
80:10 113:4
133:2,16,22
135:15 140:19
141:8 166:19
247:18,20
**exactly** 63:18
66:15 136:11
165:10 166:3
178:18 200:9
254:2 266:12
**exaggerated**
102:17
**examination**
155:12 275:14
**examiner** 188:5,7
**example** 134:17

233:20
**exceeded** 267:23
267:24
**Excel** 51:14
**exchange** 10:14
10:15,18,19,21
10:23 18:19
19:16 27:10
33:10 82:25
83:1 89:21 95:2
95:13 96:11
113:13 129:8
137:12,14 184:9
184:12 246:16
246:17
**exchanges** 33:13
78:10 113:15
137:9 138:4
246:4
**exclude** 67:20,25
**execute** 55:11
**executed** 48:5,20
49:17 77:10
**executor** 8:11
**exhibit** 3:2,6 54:9
67:13 70:23
71:1,13 72:4,10
72:23 74:23
85:21 95:11
96:5,9 97:10
114:5 117:21
119:4 125:19
126:16 139:19
141:4,18 144:11
145:8 146:20
148:18 149:20
153:1 160:1
176:7 186:4
194:10 196:5
198:12 207:2
208:17 209:23
212:25 216:24
218:15 224:18
225:24 226:17

229:7 247:8,25
249:23 251:13
251:24 258:17
262:20
**exhibits** 72:8
**exist** 10:21 36:3
62:24 63:2,4
193:15 267:8
**existed** 36:6,11,11
53:15 268:25
269:23
**existence** 57:4
**existing** 72:16
**exists** 40:4 46:20
191:12 192:8,17
**exit** 22:11,13,17
22:18,20
**expanding** 53:13
**expect** 6:25 53:14
**expenditure**
135:13 139:5
**experience** 44:12
**experiment**
201:19
**experimented**
94:22
**experimenting**
195:13
**experts** 232:23
**explain** 76:7 77:3
77:13 105:11
127:3 165:3
254:7
**explains** 111:22
**explanation**
76:16
**expose** 51:2
**extend** 196:25
197:3,5
**extensive** 47:7
221:11
**extent** 126:7
134:20
**external** 86:9,11



86:18 89:20
134:5,7 153:23
177:19,23
228:23 253:9
**extra** 147:4 252:1
**extremely** 76:25
214:3
**ex-wife** 187:22
**eyes** 105:11
249:19
**e-mail** 2:15 85:24
86:22 87:1,13
88:8,18 89:2,4
89:14 90:16
95:10,12,24,25
96:10,13,17,18
96:23 97:1,6,17
97:20 98:5,7,7
98:10,12,14,14
98:16,19,19,22
99:2,20,24
100:16,19,22
114:11,24 116:8
116:11 117:18
117:23 119:2,12
119:13,14,19,22
120:17,18,21,25
121:3,6,8,10,12
121:14,16,18,19
121:21 122:15
122:21 126:1,12
126:14 138:8,12
141:22 142:2,16
144:17,20 145:4
145:7,12,15
146:1,19 147:6
147:12 148:11
148:24 152:4,11
155:19,21 186:7
186:16,18 187:1
192:14 194:7,13
195:25 196:1,1
196:7,11,12,18
198:8,11,16

199:4,10 200:23
201:20 202:6
220:8,10,12,19
220:21,24 221:2
221:2 223:19,21
223:23 224:7,9
224:11,13,20,22
224:25 225:1,9
225:21 226:3,4
226:5,6,8,11,12
227:13,13 229:4
229:5,9,10,12
229:13,21 230:5
230:7 233:8
242:18,18
243:10,12,14
245:4 246:19
247:1,13,18
249:18 250:23
250:23 251:3,4
252:1
**e-mailed** 243:12
**e-mails** 63:24
64:1,23 86:22
89:18 90:19
95:13,21 96:11
96:25 97:2
99:11,14,25
100:1 114:4
156:2 157:10
158:4 171:8,11
187:9 192:1,20
226:1,22 227:1
227:4,15 242:20
242:22,25
246:25 249:20
251:12

—————
**F**
—————
**F** 266:19
**fabricate** 89:9
**fabricated** 87:6,9
88:13,20 89:2,3
90:15 213:22

214:10 219:8
227:10 245:11
**fabricating** 63:23
**fabrication** 249:1
**Facebook** 23:15
71:2,4,18 72:9
72:13
**facilities** 76:14
**fact** 16:9 20:25
33:13 40:25
66:13 69:17
90:18 99:12
111:21 142:20
147:5,25 150:14
200:11 211:6
216:16 219:12
219:21 225:9
250:11 252:23
254:17 257:22
**facts** 111:21
167:6,12,14
**factual** 41:8
44:15
**fair** 129:20
134:12 164:23
180:24 182:3,7
182:14 202:5
220:25 231:7
**Fairly** 206:15
**fake** 66:22 155:14
155:15,19,21
**faked** 156:1
199:10
**fake-mailaddre...**
199:7
**false** 217:24,25,25
218:2 222:11
**falsely** 217:23
**familiar** 46:13
117:22,24
119:10 120:23
121:2,5 122:19
139:23 146:21
196:9,15 207:6

207:8 226:20
230:12 247:16
247:20,21
**familiarise**
159:25
**family** 19:13
24:22 105:3,4
118:10 124:3,7
124:9,14,17,20
**Famous** 275:12
**far** 31:12 132:24
135:3 203:2
214:5 216:2,2
276:10
**fate** 199:22 200:8
200:10,11,13
202:3
**father** 8:17
204:24 205:12
**father's** 204:24
**fault** 183:7
**February** 69:22
94:11 96:24
98:6 114:12
115:2 116:16
124:3,17 181:13
181:16 182:2,6
182:20,25 196:4
206:25 207:25
215:2 224:12
**feel** 81:3 184:21
184:24 225:8
250:24
**fell** 250:20
**Ferrier** 81:10
82:10,12,14,16
82:18 83:4,19
83:22 84:1 92:1
92:8,11
**field** 203:11
**fight** 222:9
**figure** 271:15
**file** 33:17 72:7
73:5 92:21,25

109:3 158:22
170:14 245:14
245:16 258:25
259:3,7,9
275:22
**filed** 19:25 20:2,3
42:13 91:25
92:3,5,24 93:3
105:15 152:15
159:11 161:5,20
166:16 167:1,19
171:15,22
258:13 271:14
271:16
**files** 101:14,14
106:7 140:17
178:12,13 254:8
257:19,25
258:11,11 259:4
259:10,24 260:1
275:22
**filibuster** 10:2
**filibustering**
276:24
**filing** 11:15 159:8
160:16 166:19
**filings** 161:17
180:5
**filtering** 179:5
**final** 27:20 31:3
59:14 92:23
132:11 235:12
262:14 270:5
**finalising** 250:5
**finally** 124:16
**financially**
164:15 279:13
**find** 7:4 59:6
72:25 124:8
148:13 197:24
232:3 254:18
**finding** 26:11
40:22 46:20
205:6



findings 221:11
fine 140:4 156:18
finish 6:23 9:5,16
    37:10 87:23
    88:5 103:2
    138:15 156:15
    156:22 157:1
    239:4 256:3,4
finished 6:22 36:8
finishing 9:7
Finney 110:25
    266:1
fired 87:4 89:8
    245:11
firm 131:13 146:5
first 8:7 9:20
    28:16 58:15
    60:8 61:4 71:23
    73:14 77:5
    83:12 87:12
    88:17 97:10
    99:10,14,24
    101:6 124:2,6
    160:8 179:5
    189:17 197:11
    215:15 216:21
    217:4 229:13,22
    231:10 248:25
    249:11 262:18
five 38:3,22 90:12
    158:13,17,18
    166:12 167:19
    192:9 230:13
    252:9 274:20
flag 91:21
flags 39:8,13 43:5
    43:15 45:1,9
    46:1,10,19 47:8
    47:19
fled 84:1 132:14
Fleet 2:21
FLEXNER 2:8
Float 137:12,13
Florida 1:1 2:4,9

2:14 250:3,8
fluffy 26:6
flying 65:3
focused 22:4
focusing 61:15
folders 235:18
follow 97:11
    145:1 257:1
followed 175:7
following 86:6
    97:8 99:5 100:4
    100:5 220:17
    248:6 266:20
follows 30:7
follow-up 5:18
force 63:7,12,16
foregoing 278:3,4
    279:5
forensic 90:24
    91:17 188:4,7
    232:23 237:10
    244:5 250:11
    260:19
forensically 89:15
forensics 115:22
    250:2
forge 181:8
    188:19,22
forged 60:18
    89:23 152:11
    273:21
forgeries 240:19
forgery 181:6
    249:2
forget 263:13
forging 273:12
forgot 270:15
form 17:9,21
    20:22 22:1
    39:15 43:13
    46:4 48:24 51:4
    56:20,24 57:16
    65:1 66:21 70:7
    72:14 76:3

82:23 84:15,22
85:11 92:21
93:12,14,21
109:13 111:16
113:3 118:17
123:19 125:1
131:20 132:6,17
134:4,14 135:1
135:6 136:17
137:22 138:2
142:6,23 150:18
151:2 153:5
167:22 168:8
173:22 174:12
177:6,22 181:18
182:8,15 185:1
185:19 204:11
204:17 209:24
211:12 212:12
214:16 216:8
217:15 219:23
234:14 259:16
261:9 269:2
270:1 271:2,6
271:25 273:24
formalities 217:7
formality 170:22
formally 271:15
formation 267:5
formats 148:14
formed 51:5
    190:18 252:20
former 23:20
    41:18 48:19
    49:2 261:22
formulate 28:6
formulated 269:9
forth 30:6 214:11
fortune 199:25
forum 76:24 77:1
    190:3,3,18,19
    191:7
forums 191:18
forward 7:13

223:21,23
224:21
forwarded 96:15
    121:18 148:14
    220:22 223:19
    224:20,23
    226:11,13
    249:20
forwarding
    220:12 225:23
    229:5
forwards 6:8 9:8
    77:2 92:18
    171:8 195:14
found 44:3 73:6
    102:8,13 124:21
    171:14 177:18
    206:1 273:20
founded 18:20
    49:10,13,15,16
    65:23 105:1,22
    110:8
founder 7:24 8:3
    8:17,20 10:11
    11:4,9 14:19,23
    15:4,4
four 33:15 35:10
    72:2 104:23
    167:19 194:3
fraud 38:12 57:5
    62:24 90:3
fraudulent
    155:25
fraudulently
    88:13 99:17
    245:14
free 35:16
Freedman 2:3,6
    4:9,9,17,23 6:14
    7:21 9:10,15,19
    10:4,8 13:8,19
    13:21 14:11
    17:14 18:11
    19:20 20:17

21:4 22:3 28:19
29:1,7,17,20
30:14 31:1
35:25 37:2,9,23
38:19 40:2 41:2
41:11 42:18
43:2 44:1,16
45:5 46:8,14,18
46:24 47:3,17
49:7 50:10 51:9
57:9,17 58:12
58:14 59:10,15
59:18 60:2,16
61:18,19 62:4
62:11 66:10
67:8,22 68:2
69:10 70:4,9
71:9,11,16 72:5
72:20 73:2,8,24
74:4,7 76:22
84:17 85:1,16
88:4,16 90:10
90:13 91:19,23
93:18 94:25
95:1 97:13,16
100:14 103:9,16
104:7 106:18,25
109:9,15,24
110:4 111:24
112:9 113:6
117:5 118:19
121:23 122:13
123:22 125:3
126:9 131:24
132:7,20 134:9
134:16 135:2,11
136:19 137:23
138:6 142:15,24
149:15,17
150:12,23 151:5
155:17 156:19
156:21 157:5
158:9,15,20
160:3 167:24



168:10 169:16
174:8,14 177:9
178:2 179:13,18
180:16 181:25
182:11,18
183:10 185:3,25
186:14 193:23
194:1,5 198:25
204:14 207:5
209:25 210:5,16
211:17 212:17
214:25 216:4,18
218:7,22 219:18
220:6 223:5
224:6 230:13,16
233:24 234:8,15
234:19 237:15
238:2,5,25
239:5,9,19
240:4,14,16
241:25 242:4
252:8,12 256:1
256:5,13,24
257:5 259:17
263:17,22 264:2
269:19 270:9,21
271:18 272:8,11
273:17,25
274:21,23 275:8
275:17 276:19
276:21
**Freedman's**
155:12 183:7
**freely** 33:21 34:7
35:11
**French** 246:6
252:24
**frequently** 59:5
**Friday** 98:6
**friend** 19:6 200:2
200:3,11 250:14
**friends** 105:5
200:1 254:19
**front** 42:15

106:21 132:13
166:13 169:24
170:1 171:24
174:3 185:13
244:11 273:15
**full** 55:3 69:13
76:6 128:12
132:21 172:21
175:8 191:3
203:2 245:24
**fully** 31:21 76:19
**function** 82:6
**fund** 110:11
111:13,14 112:4
112:5 115:16
197:21
**funded** 34:5,18
35:6 107:13,19
108:6 116:2
205:16 222:6,7
**funding** 57:2,7
58:16,22 59:19
59:25 102:24
111:9 116:21,25
117:7 118:2
222:2
**funds** 90:4 111:11
**funny** 50:3
**further** 61:17
66:9 145:9
147:3 165:1,4
276:17 279:8

_____
**G**
_____
**G** 267:3
**gain** 121:2 147:3
205:13
**gained** 167:15
**gains** 202:9 212:7
**gambling** 22:6
**gaming** 78:7
**gathered** 60:12
**Gavin** 191:15
**general** 261:2

**generally** 76:21
138:9 184:11,14
185:22 195:15
**gentleman** 199:25
**getting** 69:18
152:19 188:14
254:5 275:12
**GICSR** 97:22,25
98:4 115:10,12
115:15,15,24
116:14,16
**Github** 191:16
**give** 14:25 19:7
52:5 73:6 115:9
135:24 137:25
138:13,17 160:2
166:1 167:9
170:5,7 178:3,8
183:8,8 187:2
204:23 222:25
228:21 232:12
234:5 238:19
244:21 257:24
263:10 268:16
268:21
**given** 6:21 12:16
16:23 17:1
32:12 34:7
35:11 55:9
63:12 82:8 84:4
102:9 124:21
153:5 159:20
174:4 177:23
178:1 179:10
220:3 231:1,5
231:16,18
232:18 233:4,6
233:9 245:1
253:6 257:9,11
259:9 260:5,10
260:19 262:4,10
268:2 275:21,24
276:5
**giving** 6:23,24 9:6

9:21 30:14
67:16 197:21
267:22,23
275:25
**Gizmodo** 66:23
68:8 207:9
**gleaned** 237:6
**global** 84:7
117:11 118:3
**globally** 115:16
**GMX** 192:2,3,7,8
192:16,18,21
**go** 9:8 14:6 22:23
22:25 27:19
37:18 39:19
42:24 43:7 61:2
62:8 66:6,6 68:9
70:25 75:11
76:7 91:12,13
94:25 96:19
100:12 103:7,13
110:13 111:23
119:11 120:16
120:24 122:3
125:20 126:8
131:8 154:14,24
157:1 160:6
161:22 169:23
170:3,5 172:17
172:20,24 180:4
180:12,14
198:23 199:7,12
204:15 206:9
214:19 215:16
216:13 220:4
224:16 229:11
237:13 239:17
240:15 246:5
248:20,22,24
251:1 256:10
259:11 260:1
274:22
**goal** 75:5,17,19
**goes** 37:16 58:23

193:6 213:14
214:22 229:14
232:10,11,25
**going** 5:12,16 6:7
6:8 7:10,14
18:22 19:10
23:3 30:6 32:13
36:24 37:15
39:4 41:5 44:18
46:14 48:14
49:6 50:18 53:1
54:6,19 59:12
63:21 65:16
68:9,10,20,24
69:11,20 70:22
72:6 74:19
75:15 77:2
81:12 85:17
86:16 87:24
90:9 91:15
92:18 95:7,18
96:4 97:11,15
103:22 106:21
111:24 112:2
114:1,17 116:20
117:15 118:24
120:16,24
125:15 126:13
130:10 133:16
135:17 139:15
140:13 141:1,14
144:5 146:2
148:10,22 149:9
152:17,21
159:21 165:3,5
165:22 166:1
168:6,9,21
172:9 174:25
175:21 176:3
185:21 186:1
188:13 194:6
195:24 196:18
198:8 199:19
205:23,25



206:18 208:9
212:18 215:2,4
216:12,19 218:8
218:11 222:9
223:25 224:8
225:16 226:14
239:2 240:17
242:23 247:4,22
252:8 254:10
256:6,9 258:12
262:15 263:8
268:14 275:8,9
**gold** 83:18
**good** 4:18,18,24
4:24 5:1,1 24:19
24:21 52:3,6
68:11 71:11
168:24 170:21
199:25 214:4
250:13 251:6
**goods** 205:7
**gotten** 16:2
269:15
**government**
101:17 144:23
205:5,9
**governments**
115:21 201:17
**governs** 263:23
**Gox** 195:11
**grab** 252:8
**Gracia** 132:8
134:13,22 135:4
136:6 137:20
142:17 144:8,13
145:5,7,11,16
148:12 155:23
156:12,13 158:6
201:5,6
**grandfather**
200:2
**Granger** 235:4
**granted** 260:18
**graphic** 201:21

201:21 202:12
**grave** 80:24 81:18
81:24
**great** 49:14 75:7
75:21 129:3
**greedy** 23:17
25:24
**Greg** 209:20
210:25 211:25
212:3,21 213:5
213:8,8 217:12
**ground** 5:6 7:13
9:23
**grounds** 57:20
**group** 11:12
22:23 26:1,5,8
49:9,13 62:17
62:22 75:1
82:25 83:1
117:10,12 118:3
118:6,7 210:21
252:20 253:13
**groups** 133:12
**guarantor** 112:10
**guess** 135:25
**guessing** 52:5,6
135:23
**guided** 234:6
**guiding** 239:13
**guilty** 250:24
**Guinea** 207:16,19
221:6
**gullible** 102:12
**guy** 66:2 205:19
**guys** 158:16

―――――――
**H**
**habit** 32:14
108:19
**hacked** 186:19
227:20,21,22
**hacks** 240:19
**Hal** 110:25 266:1
**half** 10:11 11:4,6

52:25 69:19
218:25 219:2
**Halton** 1:17 4:5
**hand** 179:3,8
228:24 237:9
245:22,22
268:17
**HandCash**
130:11
**handed** 184:13
230:23 248:10
**handing** 15:3
229:1
**hands** 177:5,7
**handwriting**
275:1,6,7
**handwritten**
274:24
**happen** 156:10
210:23
**happened** 18:4
33:19 81:13
93:15 102:13
109:21 120:14
147:14 150:14
192:9 210:18,19
213:3 218:6
221:25 258:9
259:11 260:22
275:25
**happening**
267:18
**happens** 44:11
86:4 199:5
232:13,21 233:9
238:22 245:23
258:8
**happy** 59:17
158:17 167:9
234:2
**hard** 44:23 210:4
233:11,14,20
234:9,20 236:11
**Hardy** 198:15,17

199:15
**HC1518378** 3:25
262:17,20
**head** 84:24
213:12
**headers** 89:14
**hear** 85:6 109:22
109:24 222:20
223:3 233:25
241:3
**heard** 222:16
240:11 241:3
**hearing** 30:15
44:11 159:22
171:21 172:3
**hearings** 159:12
159:18
**Hearn** 110:25
266:2
**heavy** 44:15
**held** 40:4 45:20
50:8 107:13,18
108:5 109:19
110:5,7 136:23
137:25 142:8
159:12 160:9
161:7 162:18
239:14 250:2
254:15 265:2,6
266:19,24 274:3
274:14 275:2
**help** 21:18 26:7
28:4,5 46:21,23
97:14 115:9
180:24 215:22
216:5 217:11
**helped** 143:19
253:22 254:19
277:11
**hereto** 279:13
**Hey** 152:10
216:16
**hid** 32:15
**hide** 66:13 69:17

**High** 229:14
**higher** 242:12
**HighSecured**
131:14,17 132:9
132:10 135:12
138:1,12,17
139:1,3 140:7
140:22 141:23
142:3,8 143:2,7
143:9,16,24
144:9,17,20,23
145:13 146:9,11
146:14,16,19
147:1,4,5,10,11
147:15,21 148:2
148:3,6,7,25
149:6,11 150:24
151:24 152:5,6
152:25 153:5,7
153:19,21 155:8
155:9,22 156:8
157:3,7,13,19
158:1,5,24
**HighSecured's**
145:16
**hire** 253:24
**hired** 254:13
260:20
**hiring** 102:10
122:10
**historical** 171:10
**history** 74:15
139:14 226:22
**Hoa** 69:4 206:23
**Holborn** 1:18 4:6
**hold** 91:10 101:14
105:8 111:24
124:8 125:23
133:13 163:5
204:19 228:20
254:8 267:1
**holding** 38:21
106:13 267:16
267:21



Holdings 25:25
  27:10,14 29:8
  29:23 31:9,23
  33:1,3 36:14,16
  36:19 38:2 39:2
  39:7 43:4 45:8
  47:24 48:4,20
  49:17
holds 7:2 110:8,9
  110:17 111:7
holiday 250:14
Homeland 33:18
  33:24 34:11
  35:1,10 115:19
honestly 10:17
Honour 29:17,21
  30:20 38:6 40:2
  40:13 43:15
  46:13 57:19
  58:15 60:7,16
  61:4,19 240:16
honoured 104:19
hope 67:25
hopeful 9:25
horrendous
  214:14
horrible 187:22
horribly 69:25
  220:18
hospital 190:23
  203:21
Hotwire 16:4,16
  17:6 50:7,8,20
  86:10,12 89:19
  118:9 223:15
  224:11
hours 6:8 194:3
  274:17,18,20
house 1:17 4:6
  102:14 184:17
  184:18 205:8
  233:15 234:24
  235:14 236:21
HTC 95:16,19,20

96:1,3,14 98:23
  98:24,24 99:13
  101:1 126:22
  127:20 129:14
  244:22
Human 274:3
husband 40:16
  42:4 43:20

I

ICEX 150:2
ICT 252:2
idea 83:14 95:3
  122:10 159:3
  188:2 201:16
  232:12 233:3
  237:2,4 242:24
  260:21 263:8
ideas 52:17 53:8
  53:16,20 95:5
identified 39:13
  74:20
identifiers 244:19
identifies 144:13
identify 39:7 43:5
  45:25 46:10,19
  47:18,24 71:12
  72:6 239:7
  241:8 244:13
identifying 109:3
IFIP 250:20
IFIP-WG11.9
  250:1
ignorance 272:7
ignorant 122:11
ignore 66:2
illegal 115:23
illegally 253:3
image 202:4
immediately
  275:23
Impeachment
  100:12
implemented

16:8
implying 5:16
  35:23
import 89:18
importance
  188:11
important 5:16
  49:25
importantly
  58:18
impossible 148:5
  222:4 255:23
  256:15
imprecise 76:24
  76:25
improper 14:16
  100:11 239:17
improperly 67:7
inability 272:5
inaccuracies
  66:25
inaccurate 209:8
  209:12,13 214:4
  216:10 220:18
inadequate 21:3
inappropriate
  239:5
incapable 102:16
incapacity 164:15
include 27:16
  28:20 29:9
  31:10,23 32:5
  34:19,24 53:8
  171:18
included 27:24
  29:23 31:4 33:7
  33:22 34:9
  163:14 225:19
includes 224:13
including 42:16
  45:18 52:24
  57:2 67:7 78:10
  84:6 91:13,13
  126:3 152:9

177:3 246:6,11
income 272:25
incompetence
  271:14,17
incorporated
  59:11
incorrect 14:1,9,9
  14:13,14,17
  213:17
incorrectly 66:16
increase 75:5,20
  106:1
independent
  228:23
indicators 247:3
individual 106:15
  109:1 208:2
  210:22
individually
  109:12 210:21
individuals
  117:20 126:3
  138:16 207:24
  208:1,24 247:15
indivisible 106:15
industry 22:9
  76:11
infinitely 185:12
info 1:6 33:11
  34:1,13 35:3
  48:5,21 49:18
  115:9 168:19
  176:14 248:2
  249:12
inform 64:9
informal 217:8
information
  11:13,13 15:15
  64:15,20 76:9
  96:15 113:10
  156:9 163:21
  164:3 169:8
  171:11 172:19
  181:21,22

185:10 188:1
  197:14 236:3
  241:17 244:6,10
  250:19 255:1,6
  258:24 259:12
  261:13 265:11
informed 23:3
  64:16,18,21
  102:5,6,10
  147:24 149:1
  272:4,4
inherited 169:8
initial 36:20
initially 233:23
ink 181:11
inside 134:21
insider 27:1
install 143:19
instance 60:12
  160:8 232:21
  233:22
instantly 207:24
instruct 7:23 8:16
  8:22 10:10 11:3
  11:8,23 12:12
  12:24 30:7 80:5
  80:8 115:16,20
  154:1 155:1,6
  155:18,20
  157:12,15
  238:13,14 240:8
instructed 13:13
  97:2,4,5 126:4
  138:20 155:13
  155:15,25
  194:17,20
  240:24
instructing 92:19
  180:12
instruction
  232:19 238:18
  238:21 241:25
  277:7
instructions



138:1,13,18
**integrity** 272:19
**intellectual** 25:10
27:9,17,25
28:21 29:9,24
31:4,10,13,17
31:23 33:1
34:23,24 37:4,5
37:8 39:8,13
43:6 45:9 46:1
46:10 47:8,19
47:25 48:7,22
49:19,25 50:7
50:12,21 51:3
54:3 55:17,20
55:23 56:6,11
56:22 62:16
246:3,7,10
**intend** 67:24
275:13
**intended** 40:23
41:1 44:21 45:2
**intentionally**
200:18 214:24
270:18
**interact** 235:21
**interaction** 39:21
120:9
**interactions** 22:8
**interception**
115:23
**interest** 22:13
58:24 60:25
79:22 164:18
**interested** 12:19
279:14
**interesting**
177:17
**interface** 154:7
**interfering** 63:21
**interject** 6:7
172:20
**intern** 253:13
**international**

24:18 77:9
110:16,17,24
260:16 261:12
261:16,24
264:17,20,23
265:3,7,10,13
265:21 276:7
**interpret** 148:15
**interrupt** 9:11,13
155:12
**interrupted** 165:1
165:4
**interrupting** 9:7
**interstate** 161:6
**intervene** 239:2
**interview** 69:2
206:23 207:12
207:13 208:7
209:19 210:12
210:18,20,22,23
210:25 211:7,8
212:21 217:7
220:14
**interviewer** 213:7
213:10
**interviewer/int...**
211:22
**interviewing**
211:3
**interviews** 210:13
210:21 217:12
**introduce** 25:22
**invention** 78:9
114:23
**invest** 74:8
**Investigation**
245:18
**investing** 24:8,9
25:23
**investment** 24:22
25:22 78:22
110:24 260:16
**Investments**
110:16,17

261:12,16,25
264:18,21,23
265:3,7,10,13
265:21 276:7
**investors** 22:22
25:17,17 26:11
27:5
**invited** 93:16,23
94:18
**invoice** 139:18,20
140:2,5 141:3
141:10 142:21
154:19,21 155:7
155:14,16
**invoices** 139:22
153:18,20 154:2
154:11
**invoicing** 154:4
**invoked** 43:1
**involve** 44:10
105:4,5,5,6
**involved** 10:3
20:1 22:15
39:10 44:8
45:17 53:12
56:25 60:4
61:12 65:6 81:6
87:8 88:14
89:24 99:17
105:2 115:14,18
117:13 120:4,7
120:10 137:16
139:8,10 152:9
175:15 189:5
237:8 272:24
**involvement** 57:7
64:19 113:2,14
**involving** 88:13
**IP** 23:10 48:8,23
49:20 51:1 53:4
62:21 65:14
245:6,7,25
246:13
**iPhone** 101:3

**IPO** 22:23,25
23:2,6
**Ira** 1:5 7:22,23,25
8:7,10,15,16,16
8:21,22 9:3 10:9
10:10 11:2,3,7,8
11:22,23,24
12:4,12,13,24
12:25,25 13:13
13:13,22 14:19
14:23 15:6,11
15:14,21 23:1,3
23:5 25:14,15
25:20,21 26:13
26:21 27:4
32:10 62:13,16
62:21,25 63:7,9
63:16,24 64:3,6
64:23 65:3,7,10
65:12 84:18,19
85:2,7,24 87:16
88:13 89:1,3,7
90:15 91:8
95:14 96:11,15
97:6,18,20 98:3
98:10,12,15,17
98:20,22 99:15
99:16,20 174:20
175:10 196:21
197:9 204:7,10
204:18,22 205:2
205:11,20,22
206:6 222:1,3
224:12,21
227:23 228:2,11
228:12
**Ira's** 11:9 65:2
99:1
**irrelevant** 38:13
61:14 271:10
**IRS** 12:6 63:14
171:15
**Islamic** 82:20
**issue** 28:15 60:14

60:20 94:2
222:23 240:13
**issued** 8:14 12:9
36:15 94:3
221:11
**issues** 248:7
272:23
**Italia** 117:18
126:1 194:13
**items** 113:18,20

———————

**J**

**Jamie** 171:6,12
194:15 245:9,10
245:11 246:7
252:25
**January** 73:19
76:10 120:19
121:1,7,11,15
121:20 135:20
177:20 178:19
183:12,16
254:21 257:23
258:15 260:7,10
260:11 261:15
275:18 276:3,4
**January/Febru...**
250:7
**Jennifer** 208:13
**job** 22:20 52:10
237:10
**jobs** 116:3
**Joe** 2:20 4:21
72:2
**John** 69:5 143:3
171:12 206:24
208:13 220:14
220:19,22,25
**johnchesher@...**
220:11
**joined** 249:4
**joint** 275:2
**jointly** 221:2
**Jones** 120:11



**judge** 2:19 9:12
  29:18,19 30:4
  38:8,14 40:20
  42:23 43:9,12
  44:12,18 46:21
  47:11 57:24
  58:7,12,25
  59:15,23 60:11
  61:17,20 240:9
  240:12 241:1,14
  255:17
**judgment** 160:23
**judgments**
  165:22
**Julio** 2:17 4:14
**July** 78:6 262:2
**jump** 61:7
**June** 270:12
**jungle** 221:7
**junk** 177:20
**junked** 208:20

___

**K**

**K** 203:4 275:3
**keep** 6:8 9:18
  10:14 14:8 36:3
  48:13 49:2,4,5
  63:21 64:7
  70:24 97:11,15
  106:6 114:22
  168:21 205:25
  245:4,25 269:4
  269:4 275:9
**keeps** 263:1 269:6
**kept** 12:4 16:10
  63:19 107:6
  116:4,20,20
  123:1,6,8 175:6
**key** 119:17,19
  131:1 144:14
  145:16 147:19
  157:25 158:3,8
  158:23 224:14
  225:13,14

226:24 253:25
254:20,25 255:2
255:3,24 256:17
258:24 259:6,13
259:14,18,19,22
259:25 275:17
**keys** 82:3 101:14
  106:6,7,8,17
  129:1,5 136:12
  136:16,21,22
  137:3,7,10
  148:4 195:2,5
  201:15 255:10
  255:11,13
  257:10,10,14
  265:8
**kicked** 102:14
**kind** 44:24
  202:18
**Kingdom** 1:19
  4:7 240:7,21
**Kleiman** 1:5,6 3:6
  7:22,23,25 8:7,9
  8:15,16,22,22
  9:4 10:9,10 11:2
  11:3,8,8,23,23
  12:12,24,25
  13:13 15:6,11
  15:14,21 16:11
  16:12 18:16,18
  18:21,21 19:2,4
  19:9,15,21,23
  20:12,19 21:7
  23:1,5 25:14,20
  26:13,21 32:7
  32:10,12,14,20
  33:16 34:5 35:7
  38:10 57:2 58:6
  63:19 64:23
  80:18,20 81:6,9
  81:13,15,23
  85:13,25 87:2,6
  87:16 89:2,3,7
  89:25 90:15

91:5,8 93:25
94:12,17,18
95:4,6,9,11,14
96:11 97:20
101:8,18 102:4
102:6,10 104:1
104:5,23 114:16
118:20,22 119:3
119:13 120:4,18
120:22,25 121:4
122:8,16 123:6
124:3,7,9,14,17
124:20 125:4,6
125:7,9 150:1
150:16,22,25
151:11,15
168:23 169:1
174:20 175:10
180:4 184:3,5
186:10 196:3,14
199:23 200:3
202:22 203:7,9
203:13,16,18
204:8,18,23
205:2 224:10,12
224:25 225:10
225:14 231:20
249:11,21 250:5
250:25 251:12
251:23 253:24
274:14
**Kleiman's** 32:17
  174:15 204:1
**knew** 89:10
  103:21 107:9
  118:15 123:23
  137:2,4 169:6
  240:23
**knocked** 191:3
**know** 5:15,15
  6:11 7:1 15:12
  23:21 25:15
  26:15 27:24,24
  28:9,13,16,16

28:18,23 29:20
30:8,9,10,11,16
30:17,21,21,23
31:2,7,12 39:12
47:21 48:2 52:2
52:3,8,12,21
53:14 54:5 57:1
60:19 61:14
63:14 64:24
66:18 67:11
69:20 74:21
80:10 83:13,17
84:10 85:13,19
93:6 95:20
121:17,24,25
122:4,4 123:20
123:25 125:2,17
132:24 133:2,21
133:22 136:11
136:20,21 137:1
137:6 141:16,25
145:23 146:11
147:13 156:6,22
158:16 165:10
175:7,21,23
177:25 178:1,5
178:23 180:7,21
186:21 187:2
188:18 194:7
195:19 198:9,10
199:4 206:8
215:17,17 216:2
216:3 220:21
222:13 223:2
224:16 225:3,25
231:12 232:10
232:11,20,24,25
232:25 233:7,16
234:11,18 235:2
235:11,12,16,19
236:19 237:23
238:2 240:5,9
241:15,19,22,24
242:5,8,11,13

243:22 244:12
244:17,19 247:2
247:17 252:6,23
252:25 253:4,7
255:1,5,7
256:24 262:23
264:25 273:14
275:11,21,24
276:9
**knowing** 206:15
  255:18
**knowledge** 8:20
  19:10,24 53:13
  56:1 61:22,25
  62:5 113:13
  114:19,21
  151:13,21,22,23
  152:2,2 159:20
  167:15 175:18
  186:20 212:10
  216:7 241:16
  244:2 269:18
**known** 8:3 87:9
  150:3,16
**knows** 30:2
**KPMG** 86:10
  222:7
**Kraken** 57:3

___

**L**

**label** 114:10
  148:21 152:18
  202:20 206:25
  208:16 209:22
  212:24 215:4
  218:10 219:1
  220:9 224:8
  225:19,20 241:7
**labelled** 196:1,19
  235:15
**labelling** 241:5,6
**labels** 202:15
  237:7
**land** 78:13



language 77:5
laptop 191:5
laptops 236:7,8
large 83:1 155:1
    185:12
lastly 151:8,10
late 27:8 31:3,9
    275:12
latest 191:14
laundering
    115:23 144:24
law 40:17 58:1
    106:10 113:24
    115:16,21
    131:13 179:7
    231:24 268:8,19
lawsuit 17:24
    83:25
lawsuits 159:9,11
lawyer 18:2 56:12
    65:2 69:6 125:6
    138:4 149:7
    212:15 231:20
    243:13,15,20
    272:24
lawyers 11:20
    28:5 45:18
    57:13,14 59:6
    62:1 65:20,21
    66:4 67:15
    86:14 114:7
    138:20,25,25
    139:2 145:10
    152:10,14,16
    153:23 174:4
    177:15,18,23
    178:24 179:1,9
    179:10,12 180:7
    180:10,13,18
    225:18 230:19
    230:21 232:13
    232:15,16,20
    233:1,10 235:25
    236:1 237:3,6

237:10 240:1,3
240:5,22,23
241:18,20 242:7
242:10 243:14
243:23,24 244:1
244:4,11 245:19
245:24 258:13
259:1 260:10,19
262:9,16 272:12
272:15,17
275:20,24,25
lawyer's 272:21
lay 41:3
lead 13:25
leading 14:4 20:3
leads 263:7
leaked 66:23
leap 65:3
leave 72:18
    129:13 276:23
leaving 252:22
led 12:3 20:1
    197:11
ledgers 261:2
left 71:23 136:9
    170:3 180:4
    189:5 229:16
left-hand 202:14
legal 2:20,21
    56:15 57:11,12
    64:13,21 77:6
    184:20 264:13
legally 179:4
legitimate 253:20
lengthy 111:20
Leon 2:14
letter 148:13
    149:10 218:5
letters 203:8
    207:21
letting 9:5
let's 10:6 28:11
    28:14 109:8
    142:1 147:3

158:13,18 160:6
160:7 172:2
229:11 231:21
238:21 252:9
272:8
liability 176:13
liberty 27:21,23
    78:10 129:9
    139:12,13
    152:19
licence 35:16
licences 31:14
licensed 21:15
licenses 16:21
lie 253:2
life 19:24 20:8,11
    75:5,17,19
    79:23 122:10
light 60:21
limit 106:19
limited 7:12 8:1
    10:16,23,25
    26:24 27:3
    28:13 55:15
    111:6,6 164:4,5
    176:12 234:1
Linda 2:21
line 29:18 36:24
    38:17 42:21
    58:17 61:3
    68:14,15,17,18
    68:18,19,19
    69:12,14 71:23
    118:1 156:23
    158:11 161:23
    165:19 168:13
    170:6 215:6
    219:15,16
    226:21 234:7
lines 205:12
link 116:5
linked 139:12
linking 78:9
links 91:8

liquidated 161:19
liquidation 50:6
    50:11,15,17,18
    50:20,24 86:17
list 22:22,24 23:4
    28:4 113:7,17
    114:17 202:13
    202:15 255:23
    256:16,22 257:7
    257:9,14,17
    259:25 260:3
    265:1,5,8,16,20
    265:24 276:1,4
listed 15:3 83:20
    104:2 108:24
    127:23 145:12
    160:13,17 175:3
    202:3 208:3
listened 123:12
listening 30:5
    241:2
lists 248:2
literally 191:1
    267:12
litigation 54:7
    56:18,22 57:1
    57:22 58:17,21
    58:22,23 59:4
    59:20,25 60:17
    60:25 67:11
    85:18 95:9
    114:2 117:16
    118:25 125:16
    139:17 140:15
    141:2,16 144:7
    176:5 186:2
    224:10 231:10
    231:19,25 247:6
littered 151:1
little 24:4,11 94:6
    108:10 114:18
    125:20 128:22
    132:2,15,25
    151:4 201:24,25

209:5 216:25
247:9 251:15
258:18 276:14
living 112:20
LLC 1:6 33:11
    34:1,14 35:3
    48:6,21 49:18
    115:9 168:20
LLP 2:3,8,13
load 126:13
loan 107:14,16,19
    108:2,3,4 274:2
loans 107:16,21
    107:22 253:10
local 191:3
location 114:15
lockdown 193:6
locked 205:12
    255:9
Lodey 156:5
    235:3
lodged 11:13
log 188:25 189:10
    189:13 191:6
    192:5,24 193:7
    193:8
logged 186:23
    193:4
logging 193:16
London 1:18 4:6
    4:20 91:13
long 63:20 101:2
    101:5,5 120:12
    165:23 178:18
    263:23
longer 42:17
    64:12 87:8,24
    110:9 185:10
    191:12 192:8,17
    192:20 193:15
    227:14 228:13
longer-winded
    9:22
look 55:3 67:18



73:4 79:10
84:11,25 115:17
119:20 121:8,21
127:25 133:10
140:5 142:2
145:19 148:20
151:7 166:21,21
167:8,20 169:22
172:2 194:22
201:23 202:8
205:2,18 220:9
225:5 247:17
248:21 249:4
268:5 277:1
**looked** 99:14
134:19 140:13
140:22 154:11
154:21 155:7
162:12 175:13
185:7 196:20
214:6 237:11
**looking** 67:19
71:12 118:9
120:17 122:18
169:23 224:5
226:21
**looks** 96:23 115:1
116:13 117:22
117:24 120:23
121:2,3,5,13
122:19 126:4
139:20,23 141:7
141:13,21 142:7
142:12 144:12
145:9 146:21
172:19 179:6
181:9,12 196:9
196:15,15
198:14 199:14
209:1 224:22
226:20 230:6,12
247:16,21
249:10 251:16
**loss** 221:12

**lot** 7:12 9:22,23
56:17 60:18
83:22 87:7,24
102:4 115:8
120:8,13 122:9
140:16 149:22
152:20 179:1
201:14 211:14
222:25 234:11
253:19 254:19
**lots** 205:11
**Louis** 8:7 11:24
12:13,25 13:14
13:22
**lower** 74:4
**lying** 201:15
**Lynn** 163:15,20
164:14,17
165:14 169:6
171:9,10,11
173:24 174:4
175:5,8,13,20
175:23 177:24
178:1,3,7,8,11
178:12,17 180:3
180:4 181:8
184:7,10,10
185:20 187:2
188:13,15,18

——————————
**M**
**machine** 90:9
105:20 243:5,7
**machines** 76:15
87:8 90:20,21
94:19,21 100:25
102:6,16,17
123:8 159:2,6
227:12,16,19
237:21 242:17
242:23 244:7,8
244:12 246:13
**magic** 233:9
**Magna** 2:20,21

**mailbox** 246:20
**maintain** 51:13
**maintained** 53:11
113:23
**maintenance**
53:12
**majority** 163:16
206:12
**making** 26:9
58:21 63:22
87:3 90:3
101:12 105:24
106:6 169:9
**malleable** 93:12
**man** 87:19 90:2
92:11 170:10
**manage** 86:12
135:12 195:1
204:25 205:1
**managed** 76:14
81:18 131:14,18
246:9
**management**
84:6 181:21
**manager** 52:4,7
**managers** 42:10
**managing** 91:17
132:9 195:4
273:1
**Manila** 219:14
**manipulated**
242:15 243:16
244:13,14,18
**manipulation**
243:25 244:17
**manner** 218:1
**March** 1:14 4:3
78:6 97:18
98:11,15,20
99:2,6 100:6
141:24 181:22
185:9 208:14,24
220:15 278:8
**Marina** 69:3

**mark** 72:8 81:10
82:10,12,14,16
82:18 83:19
92:1,8,11
117:18 126:1
194:13 199:19
**marked** 96:5
229:2
**marker** 203:16
**market** 117:11
118:4
**Marquardt**
189:18
**masquerade**
157:13
**massively** 86:19
**master** 51:14,17
51:18,24 52:13
53:7
**Masters** 159:15
**match** 147:23
245:25 250:21
**matches** 147:25
**material** 12:17
64:7 227:18
236:13 250:20
**materially** 269:12
**mathematician**
195:19
**matter** 35:15
57:24 61:15
101:18 116:24
161:8,9 172:13
174:19 199:22
202:2 232:7
252:23 258:1
**matters** 55:23
56:5,6 77:13
165:23 172:10
**Matthews** 14:19
22:11,16 26:17
26:18 51:10
63:16,25 64:2
64:25 65:5

229:5 235:4
247:14
**McArdle** 252:4
**McGovern**
233:23
**McGrathNicol**
86:9
**McKenzie** 14:22
45:19 46:9,17
46:19,22 47:1,4
47:6,18 65:9,12
65:19,25 66:1,1
262:8
**McMaster** 69:3
206:23 207:15
208:13 215:12
215:14,16,19
217:17 221:5
**mean** 6:22 7:8
10:23 24:5,6,7
57:6 76:5
105:22 134:1,2
187:24 189:13
195:7,18,22
200:8,9,14
203:5 204:21
229:10 231:22
260:24 261:1
274:5 275:4,6
**meaning** 81:3
192:11,13 200:9
**means** 35:14,14
56:14 59:5
127:9 138:10
200:10 226:5,7
271:13
**meant** 16:8 17:2
83:19 112:16
189:24 216:15
250:12
**mechanism**
102:24
**media** 177:19
187:7,8,11



236:18
medium 138:13
  138:17
meet 162:23
  238:7 251:3
meeting 7:9 68:23
  69:1 142:13
  157:11 161:7
  162:23 163:19
  169:12 196:2
  199:16 207:23
  208:11,23 209:3
  211:13,15,18,21
  211:23,24 212:6
  212:8,11 213:4
  218:13,14,18
  219:1,3,3,5
  250:14 268:21
meetings 30:22
  42:5,7,9,10,10
  42:12,13 86:24
  159:14 174:2
  212:13 214:13
  218:1,16
member 105:18
  176:21
members 129:16
  176:13 246:11
  268:14,23
membership
  174:16
member's 130:2
  130:5
memorize 139:22
memory 128:7
  216:12
mentally 86:20
mention 25:13,19
  26:12,20 45:8
  62:13 103:17
mentioned
  103:23 104:2
  135:13 148:8
  176:5,9 253:21

260:20
mentor 23:13
merging 77:12
merits 37:1,2
message 77:14
  128:19 146:13
  229:16,17
messages 65:9,12
  191:5
Mestre 2:13
  180:19
methodology
  257:25
Miami 2:4,9,14
Michael 189:18
  198:17
microphones
  223:2
middle 229:21
midst 168:3
midway 135:18
mid-2015 247:15
migrate 190:18
migrated 190:10
  190:12 191:14
  191:17
Mike 110:25
  266:2
Military 33:23
  34:10,25
Miller 208:12
  220:13,22
million 8:24 18:6
  18:14 27:11
  36:20 38:3,22
  39:3 77:17,23
  78:4 150:9
  205:21 246:8
millions 83:18
mind 9:5 53:20
  250:1,24
minds 53:13
mine 73:18 74:12
  74:14 77:20

83:20 100:7,16
  100:20,22 104:8
  104:10 105:24
  126:23 151:11
  151:16 236:9
  245:8
mined 73:15
  74:16,18 75:6
  75:20 76:1,18
  78:18 105:7,8
  110:18 123:4
  133:18 261:6,12
  265:9,13 267:22
  267:24
minimal 48:11
  277:6,6
minimum 15:23
  239:14
mining 70:10,18
  70:20 72:18,22
  73:19 74:9
  78:23 79:4,17
  80:9 81:11 82:2
  82:5,9,10 83:4
  83:20,21 102:1
  105:17,19,21,21
  107:11 123:2,10
  123:17
minor 268:13
minus 99:7 100:7
minute 148:22
  158:12 193:24
  230:14 252:9
  272:9
minutes 42:12
  90:12 158:14
  194:4 274:20
MIR 78:11
misapprehend
  111:21
misfortune
  200:12
misheard 21:5
misleading 234:5

misparaphrasing
  256:20
misquoting
  256:20 270:17
misread 75:10
misrepresentati...
  106:9
missed 128:5
misspelt 250:22
mis-spoke 276:1
mis-stated 219:9
MIT 35:16
MJF 78:23 79:3
  79:17 80:9
  81:11 82:2,5,9
  82:10 83:4
mobile 127:20
  129:14
moment 20:4
  36:24 57:2 67:5
  69:12 129:24
  137:15 140:2,23
  143:12 153:9
  159:24 167:17
  179:14 183:7,8
  196:9 222:25
  223:4 248:22
  259:5
momentary
  276:15
Monday 5:8,9
  114:12 218:12
monetised 37:6
money 23:18 78:6
  87:6 90:2 93:13
  102:8,15 115:23
  116:2 120:13
  123:6 129:8
  144:24 147:4
  197:21 203:20
  203:22 205:5
  206:13,13
  monies 32:11
Monteselio

252:24
months 124:16
  237:4
morning 4:18,24
  5:1
mouth 6:22
move 7:14 10:6
  37:25 59:13
  67:24 74:5
  120:12 134:8
  209:16
moved 51:6
  106:16 110:21
  116:19 138:5
  189:18 221:25
  235:7,8,10
movement 201:12
  201:13 248:6
moving 6:22 7:13
  9:18 14:8 67:20
  134:6 149:12
Mt 195:11
MT4 18:24
mucked 217:23
multiple 29:22
  105:14 108:21
  110:14 149:21
  157:9 189:19
  211:3 212:2
  223:8 240:17
  249:3 254:7,8
  259:1,2,4,22,23
  260:24 262:13
music 179:11

_____

**N**

N 2:1 3:1
Nakamoto 51:2
name 33:5 54:18
  55:16 72:7
  108:20 109:12
  129:17,24 156:6
  189:25 190:14
  199:3,5 203:15



203:15,25 204:1
204:19 213:11
226:5,6 229:8,9
278:15 280:21
**names** 132:12
137:15 204:20
215:9 252:16
**naming** 108:18
108:19
**NASA** 115:18
**native** 152:20
201:23 225:19
**nChain** 38:4,23
50:2 51:13 54:3
55:10,14 56:17
56:21,25 57:5
58:16,20 59:3
62:18,22 266:19
**nChain's** 65:13
**nCrypt** 27:10,14
29:8,23 31:9,23
33:1,3 36:14,14
36:16,19,19
37:11 38:2,2,4
38:21,21,23
39:2,2,7,7 43:4
45:7,7 47:23,23
48:4,4,19,19
49:17,17 50:1
51:13 55:10,13
55:15,18 56:4
62:13,17,22
**necessary** 9:22
253:25 258:24
**need** 9:13,24 19:7
19:12 30:1,12
31:2 41:8 60:18
60:21 61:1
67:22 71:21
84:24 90:7
131:21 135:9
156:16 158:15
165:22,24 166:8
169:4 196:10

223:4 230:13
244:12,15
250:21 251:5
255:10 267:23
**needed** 12:18
99:7 100:8
203:20,21
**needs** 29:3 59:8
271:13
**negative** 14:10,17
17:20
**negotiating** 77:2
**negotiation** 142:9
**negotiations**
198:14 202:7
262:8
**neither** 73:15
279:9
**net** 26:10
**network** 128:18
**never** 16:9 17:20
19:10,23 21:16
34:4,5 35:6,8
36:5,7,8,9 63:14
83:19,22 92:2,8
93:16 95:21
101:10,11,18,20
101:23 102:15
104:15,21 105:1
110:7,20 111:4
112:22 139:10
147:24 152:8,10
157:11 179:20
184:16 186:22
187:14 195:8
197:13,15
205:10 210:11
210:13,18
227:17 228:1
235:16 237:24
273:14
**nevertheless**
150:25
**new** 24:8 64:3

89:18,21 92:13
92:21 107:11
116:19,22
142:14 143:4
159:9,23 166:17
190:10,12
191:19 192:14
192:18 193:13
193:14 207:16
207:18 219:13
221:6 261:20
263:1
**Nguyen** 174:18
253:7
**non-Australian**
237:17
**non-responsive**
276:25
**non-revocable**
258:2
**Nope** 191:25
**normal** 8:6
**nosiness** 230:3
**note** 39:16 65:1
108:17 121:23
122:2 161:4
196:2 214:17
**noted** 115:24
128:6 142:19
162:10 163:14
165:17 207:4
**notes** 29:15 279:5
**notice** 16:10
95:15 96:16
98:2 126:10
164:24 171:8
258:14 275:16
**noticed** 140:3,15
253:19
**notifies** 258:23
**noting** 54:18
**notwithstanding**
217:8
**November** 166:12

167:2 171:25
172:3 190:7,15
229:13,23 230:9
**NSA** 115:19
**number** 12:14,20
16:12 19:22
20:13,19 21:8
24:18 70:23
71:14 72:3,4
78:7,10 86:1
96:23 106:9,14
108:12,15,15,25
109:1,3 118:11
128:11 130:3,4
149:13 160:2
162:16 186:12
187:17,21
195:22 212:5
222:18 244:23
245:12 252:18
260:8
**numbers** 147:13
195:23 255:4,7

———————

### O

**Oaky** 137:12,13
**oath** 5:4 76:6,17
76:18 167:9
**object** 17:9 22:1
36:24 37:15
39:15 48:24
51:4 56:20
57:16,19 67:23
70:7 72:14 76:3
84:15,22 85:11
88:7 93:14
109:13 111:15
113:3 118:17
123:19 125:1
126:6 131:20
132:6,17 134:4
134:14 135:1,6
136:17 137:22
138:2 142:6,23

150:18 151:2
167:22 168:8
173:22 174:12
177:6,22 181:18
182:8,15 183:6
185:1,19 204:11
204:17 209:24
211:12 212:12
216:8 217:15
219:23 234:6,14
238:13 257:3
259:16 261:9
269:2 270:1
271:2 273:24
**objected** 43:13
59:1,2 183:9
277:8
**objecting** 71:6
**objection** 7:17
13:2 18:7 19:18
20:16,21,22
35:20 36:23
37:10 38:18
39:16 43:25
44:19 45:3 46:4
46:12 47:12
59:1,9,17,21,22
62:9 66:21
67:23 68:4 69:8
69:24 89:5
91:10 94:23,24
100:10,11,18
103:6,10 108:7
111:15 112:7
117:1,2 135:10
150:10 155:11
168:1 169:14
209:11 210:2,10
214:16,17
215:25 218:20
219:10 222:15
222:17,20 223:4
234:17 236:25
238:1,12,18,20



239:1,11,23
240:8 270:20
271:6,25 273:13
277:6
objections 67:21
198:22
objective 17:7
objects 59:16
obligations 19:6
obtain 128:20,22
128:23 129:5
241:10 257:7
obtained 161:8
197:4 238:23
occasion 203:22
occasionally
195:11
occur 50:24 80:12
207:24 214:13
occurred 42:14
83:19,24 104:18
207:12 211:18
211:21,23
250:19
occurrence
200:12
October 118:9
127:18 159:24
160:10 169:24
offence 268:11,11
268:14
offer 205:14,15
205:18,20
offered 18:20
office 32:20 63:22
66:12,24 69:2,3
70:6 103:5,18
103:21 107:2,5
107:5,9 112:14
125:11 126:2
127:18 129:15
142:10 143:5
146:25 147:2,6
147:9,12,15

151:19 153:22
153:22 172:25
173:1 194:14
198:3,4,18
200:24 206:22
208:5,12,20,23
209:20 212:1,14
212:20,22,23
213:5 214:12,21
217:13,20 218:4
218:14,16
220:13 221:10
222:12 250:18
272:21,22,25
273:9,11,22
officer 16:1
offices 1:16 4:5
142:13 212:23
Office's 212:1
officials 63:22
Oh 102:10 215:20
216:13 219:11
okay 5:19 125:23
127:4 137:6
143:23 145:2
160:19 164:21
165:8 174:9
194:12,18 195:1
199:12 203:1
204:4 206:17
211:18 215:1,16
226:14 251:20
264:22 266:18
old 190:11 204:24
236:11
Oliver 2:19 4:21
once 14:3 26:6,9
26:22 35:4 36:2
44:13 48:25
53:10 64:11
67:14 94:6
223:3 235:10
251:25 269:23
270:17

ones 128:12 150:8
178:17 230:21
245:22
one's 200:19,20
200:21
one-on-one
210:14
one-third 175:14
175:23
one-to-one 223:2
one-way 123:12
ongoing 43:18
45:24
online 29:21
130:14
Ontier 1:17 2:19
2:20 4:5,21
open 34:8 35:11
93:12 190:7,16
190:21 191:22
193:10
opened 58:17
190:5,20 191:7
openly 36:12
operated 76:14
operates 106:11
operating 118:8
147:2 176:25
183:12,15,18,21
183:24 186:7,8
operations 84:7
120:13 190:23
opiates 102:18
200:17
opportunity 88:6
opposed 5:18
oral 204:9
orally 204:5,8
order 16:10 19:11
44:3,16 59:12
71:1,12 79:15
80:2 90:4
195:15 255:15
255:16,22

258:16 263:23
263:25 268:4
ordered 267:13
267:19
orders 137:11,15
154:8 161:13
172:14
organisation
52:23 76:11
89:9 92:10
108:13 115:15
116:19,19,22
166:25
organisations
117:13
origin 78:9
original 16:20,25
21:16,17 91:4
115:17 122:1
134:12 153:8
188:14 189:21
190:3,3,17
191:12,12,18
192:20 229:11
251:3,4 252:1
261:17
originally 103:23
190:10
Orlando 250:3
outcome 60:25
279:14
outside 105:4
237:25 239:14
outstanding
36:15
overall 41:5
overarching
267:7
overclaiming
221:18
overcome 58:3,9
overrule 38:18
44:19 45:2
47:11

overseas 84:1
101:22 118:12
222:1 260:13
overvalued 24:21
over-assume
114:20
owed 133:17,17
174:20
owned 8:17,19
15:8 21:14 23:7
49:19 55:17
101:11,22,23,23
104:16 105:14
106:5 113:25
163:25 164:13
168:2 174:24
261:10,17
264:18,21 266:9
267:4 270:11
owner 12:2
ownership 23:20
37:11 77:7
101:20 112:22
169:6 175:24
185:17
owning 74:18
130:25 162:20
269:8
owns 105:12
133:12,13
174:10 185:22
264:24
o'clock 98:21
99:6
O'Mahoney
209:20 210:20
211:1,25 212:9
212:14,21 213:5
213:8,8,15,15
213:16 216:22
217:13

———————
**P**
P 2:1,1



Pacific 115:20
package 15:16,22
    16:5,7,7,17,19
    18:6,9,13 21:22
    21:25 49:25
    50:4 62:22,24
Paez 2:17 4:14
page 3:2 54:20
    68:9,21,24
    97:10 116:8
    119:13 152:21
    160:5 165:20
    214:8 215:5,7
    229:13,22
    248:25 249:5
    262:18 264:3
    280:4
pages 126:11
    214:6,7,8
    224:14
Page/Line 280:6
paid 57:12,22,23
    58:7 78:25 79:9
    82:22 83:8 84:9
    91:25 92:7
    104:3 105:16,16
    116:2 142:20
    150:20 174:20
    187:14 205:21
Paige 113:1 114:4
    114:11,19,25
    116:9,12 229:6
    229:18,21,22
Pain 83:20,23
Panama 5:22 6:1
    6:3,10 7:16,20
    102:23 104:9,11
    131:13
Panamanian
    138:3 154:7
Panopticrypt
    112:10,16,18,19
    118:11
paper 20:2 211:5

213:19 237:12
    250:3,4,6,8
papers 20:5
    236:12 252:2
Papua 207:15,18
    221:6
paragraph 73:14
    75:4 119:22
    127:24 149:12
    149:18 151:7
    167:20 168:14
    199:18
paraphrase 17:18
park 133:3
Parkinson's
    200:3
parlance 202:25
part 11:12 35:18
    36:13,18 37:3
    38:1,20 39:1,5
    43:4 45:6 46:19
    47:22 65:20
    67:16 83:5
    92:14 93:23
    96:16,18,19
    99:14,24,25
    100:19 117:10
    131:1 201:20
    203:14 241:9
    254:16 267:20
    270:5,6
participated 61:1
particular 42:20
    53:2 56:14
    79:21,22 86:7
    135:22 169:11
    212:4 226:12
    259:25 260:1,1
    260:2,4 272:3
parties 4:7 31:15
    31:19 33:24
    34:12 35:1 82:8
    82:19 86:12,14
    149:3 152:9

279:10,13
partner 273:1,2
partnership 58:6
parts 96:12 99:12
    199:24 212:7
party 30:23 31:18
    53:11 58:24
    81:7 83:24
    151:12,17
    258:23
pass 161:7 174:1
passed 200:1
password 191:21
    192:11
pastor 80:25
patent 19:24,25
    19:25 20:2,3
    51:19,24 52:16
    52:22 53:16,20
    53:22 245:13,15
patenting 56:1
patents 19:22
    20:5,7,13,20
    21:8 51:14,17
    51:18,23 52:13
    52:14,24 53:4,6
    53:7 253:1
Patrick 113:1,7
    114:4,11,14,19
    114:25 116:9,12
    229:6,12,14,18
    229:20,22 230:8
pause 59:12
    183:6
pay 5:12 6:1 12:5
    25:1 57:14
    78:23 79:3,6
    82:21 150:13,22
    150:25 193:8
    202:10 204:21
    205:23 236:20
paying 57:10 59:2
    79:13 101:16
    102:7 204:22

206:14 254:17
payment 22:5
    36:20 80:19
    149:24,25
    150:15,21 154:5
    193:5,6
payments 16:15
    116:6 203:7,9
    203:18
pays 59:5
PDF 194:7
PE 223:15
peaking 222:20
Pederson 52:2
pen 181:11
pending 13:19
    110:2
people 23:14,15
    27:4 32:15
    42:16 45:18
    52:14 53:14
    57:1 63:1 76:7
    77:3 78:21 80:4
    80:5,8 83:22
    87:4 88:14 89:8
    89:13 90:1,24
    91:1,17 93:21
    94:10 99:18
    101:16,16 102:7
    102:11 105:9,14
    105:23 106:6
    110:25 111:2
    114:21,23
    116:20 120:9
    122:11 123:21
    132:12 134:6
    137:12,16 138:4
    138:12,23 143:7
    143:21 144:24
    147:11 155:1
    156:7 157:3,9
    158:17 167:10
    175:15 197:21
    201:16 211:3

212:2,5,7,15
    213:25 214:20
    217:17 221:17
    223:8 233:1
    237:10 244:5,23
    245:4,9 246:2,5
    246:22 252:18
    253:5,21 254:8
    254:18 258:10
    260:2,19 268:12
    268:19
people's 53:15
    254:15
perceive 276:23
percentage 37:11
percentages
    12:19
Perfect 90:14
period 64:11
    70:21 182:10,13
    250:8 260:13,16
    265:9 268:7
periods 109:17
permit 37:17
person 2:19,20
    8:10 23:12 28:3
    28:24 52:1
    76:20 80:21
    92:24 95:20
    104:20 109:2
    112:23 132:11
    135:4 139:13
    146:16 160:13
    162:4,11 185:22
    185:23 208:4
    210:12,14,23
    233:7 245:10
    253:18
personal 1:5 19:6
    61:25 62:5
    65:19,20 66:3
    175:18 214:21
    227:15 241:16
    242:22



personally 45:21
  47:2,6 65:25
  79:6 80:7
  108:16 253:10
personnel 91:18
perspective
  101:20
PGP 119:17,19
  119:20 143:19
  143:20,24
  144:14 145:16
  146:4 147:19
  224:14 225:3,14
  226:24
Philippines
  219:13
Phillip 252:23
phone 2:15 96:1,1
  96:2 126:22
  127:20 129:19
  130:3,4,6,8,12
  130:20 143:6,21
  147:13,14 148:5
  157:3 204:8
  206:6 244:22,23
phones 101:2
photo 185:14
photographs 72:1
pick 101:6 219:15
picked 94:24
  209:13 237:6
picture 72:17
  202:18
piled 179:11
pipeline 20:5
place 4:5 29:16
  86:17 140:3
  209:19 211:8
  228:18,21
placed 20:10
  182:12
places 78:12,13
  222:7
placing 20:7

plainly 40:17
  61:14
plains 47:25
plaintiff 4:10
  61:14 160:12,13
  161:1,23 173:3
  241:7
plaintiffs 1:7 2:2
  4:12 37:3
plan 37:3 62:16
  62:21 88:21
planned 22:22
  94:9
plants 84:6
platform 18:19
  18:22,23,24,25
  19:1,3,4,16 22:7
play 219:17
please 5:12 6:1,5
  6:12,20,23 7:18
  9:12,16 12:22
  13:9,19 17:4,17
  20:14 24:11
  25:1 29:2 37:22
  40:12 55:4
  65:15,18 66:5
  73:21 75:4,16
  87:20 88:10
  100:11 103:13
  106:19,23
  125:22 141:5,19
  142:12 148:13
  155:2 156:15
  168:14 179:15
  183:6 202:21
  204:15 206:3,9
  210:4 216:23
  217:5 238:5,16
  238:17 239:17
  244:17,21
  247:10 256:12
  258:19 263:15
  264:9,11 280:4
plus 169:3

point 12:6 15:24
  16:2 23:24 41:5
  42:22 43:22
  46:14 50:15
  62:12,15,20
  65:5,16 74:15
  81:4,6 104:1
  105:7 118:8
  135:18 155:24
  156:1,13 157:2
  157:15 165:7
  220:1 243:11
  257:22 258:7,8
  258:9 269:11
points 48:9 128:6
  161:18
police 91:25 92:3
  92:5,14,22,24
  93:1,3,5,8
Ponce 2:14
Pond 245:6
Ponzi 57:4
pop 23:17
porn 22:6
pornography
  22:9
portion 75:16
posed 106:20
position 18:3
  40:14 43:16
  60:17 65:14
  86:25 87:2
  102:17 174:9
  175:6 207:3,11
  209:8,9 210:17
  214:3,10,12,15
  219:7 223:17,20
  227:8
positive 17:16
  25:3
possession 159:4
  159:5 177:11,13
possibility 123:14
possible 24:19

38:12 75:7,21
  78:5 80:11
  94:13 97:3
  123:16 181:5
  182:24 183:11
  191:4 198:13
  225:5 251:16,18
  252:19 253:12
  256:21 257:13
  257:16
possibly 60:10
  187:14
post 43:16 71:20
  72:9,13,15
  74:25 75:4,17
  180:6 187:7
  275:25
posts 190:12
Post-it 121:25
potential 22:21
  23:2,6 25:17
  26:11 27:5
  47:24 242:12
potentially 10:3
  44:4 50:11,21
  51:2 94:3
  240:19 246:8
  268:20,22
power 54:2,11,14
  56:16 58:19
  84:6 245:12
practically 218:5
precise 128:22
  143:14
preclude 80:23
  200:21
precluded 261:23
predicate 7:18
  41:3,9 42:19
  43:21 44:15
  61:8
prefer 191:16
  263:7
preferential 8:5

prejudice 67:1
prejudicial 59:7
  179:2
preliminary
  60:23
prepare 22:10
preparing 22:15
presence 239:15
present 2:18 4:7
  44:11 177:12
  184:1 213:9
  266:25
presentation
  22:10,16
presented 58:20
  153:5 159:19
  250:8
preserved 68:4
preserving
  198:22
pressed 44:23
pressure 273:1
presuppose 169:5
pretending
  156:11 157:6
pretty 160:6
  201:22 230:25
previous 13:6
  43:24 46:3
  111:16 131:12
  131:25
previously 43:19
  49:10 103:7
  122:21 126:8
  132:1 167:16
  207:4 230:17
price 140:19
principal 26:18
  58:22
principals 144:23
print 140:4
  251:15
printed 213:20
printout 85:23



114:4 117:18
119:2 125:25
152:22,24 196:1
**prior** 21:6 39:16
40:20 41:25
74:9 111:18
179:20 234:21
**private** 42:3 82:3
129:1,5 131:1
136:12,15,21,22
137:3,7 157:25
158:3,23 195:1
195:4 201:15
255:10,10,13
**privately** 253:17
**privilege** 40:4,18
41:6,7 42:25
43:25 44:17,20
46:13,20 57:25
241:13 277:10
**privileged** 39:22
40:7,17 62:7
179:15
**probably** 36:9
52:6 62:2
254:18
**problem** 36:4
149:8,8 222:14
243:9 254:5
255:3
**problematic**
205:17
**problems** 86:2,12
222:2,4
**proceed** 88:11
97:9 263:16
**proceedings** 69:1
160:9 208:19
209:18 213:2
**process** 56:1
60:22 62:6
64:17 76:10
86:15 122:2
215:17 232:9

**processes** 154:4
**processing** 22:5
**produce** 33:12
67:15 114:8
267:14 275:15
275:17 276:11
**produced** 33:14
35:6 54:7 60:18
61:23 67:10,15
85:18 92:16
95:8 114:2,7
117:16 118:25
125:16 126:13
139:16 141:2,15
144:6 145:3
152:18 158:22
176:5 177:15
186:2 194:8
224:9 225:17
230:18,19
231:19 247:5
249:17 251:21
262:17 275:19
276:2,2
**producing** 33:20
60:5 237:8
**product** 23:17
53:15
**production** 60:14
122:2 158:22
234:5
**products** 63:3
**proffaustus** 73:10
73:12
**profile** 71:2,5,18
**profitable** 74:10
**program** 93:2
**progress** 51:19,24
52:9
**project** 33:9,25
34:12 35:2 52:4
52:7 199:24
203:14,17
**projects** 33:15

35:10
**prolong** 277:4
**promise** 104:19
250:5
**promised** 19:13
102:21 104:22
104:25
**promising** 251:1
**proper** 30:11,15
**properly** 28:12
74:6 111:22
193:11 209:5
250:19
**property** 25:10
27:9,17,25
28:21 29:9,24
31:4,10,14,17
31:23 33:1
34:23,24 37:4,5
37:8 39:8,14
43:6 45:9 46:1
46:10 47:8,19
47:25 48:7,22
49:19 50:1,8,12
50:22 51:3 54:4
55:17,20,24
56:6,11,23
62:17 101:11,15
184:15 246:3,7
246:10 254:9,13
254:15 264:13
**proponent** 44:20
**proportional** 59:7
**protected** 65:10
65:13
**protecting** 165:15
**protection** 58:2
**protective** 263:23
**prove** 226:21
**provide** 22:17
82:24 91:6
158:25 159:16
178:24,25
193:17 233:10

236:5 256:15,22
257:14,17 265:1
267:19 268:9
271:1,5,24
**provided** 18:23
177:20 231:9,13
232:14 236:1
258:24 267:16
269:21 272:20
**providing** 220:15
**proving** 90:25
**provision** 150:2
150:20
**PSO's** 94:21
**PTY** 8:1 10:16,23
10:25 164:3,5
**public** 11:12,13
11:14,16,18
23:4 26:24
86:23 90:22
253:13 255:24
256:16,22 257:7
257:10,10,14
265:2,8 276:1
**published** 34:4
67:7
**Puerto** 221:8
**pull** 153:10
**pulled** 153:21
222:3
**punishment**
207:16,19 214:1
**purchase** 16:16
16:18 18:2,5,8
21:21,24 78:8
154:14 155:1
**purchased** 17:6
17:23,25 18:13
18:24,25 78:16
83:16 101:13,24
111:7,8 129:7
133:18 134:11
**purchases** 78:17
95:18 276:8

**purchasing** 24:17
154:3
**purport** 155:22
**purportedly** 48:8
48:23 49:20
**purporting** 89:22
243:6 253:11
**purports** 68:23
68:25 69:7,9
71:17 85:24
88:18 160:8
176:12 206:21
208:10 209:18
211:15 212:20
224:10
**purpose** 11:18
45:15 75:9,13
75:24 269:14
**purposeful**
276:24
**purposes** 7:13
38:15 47:13
74:20 135:16
232:16
**pursuant** 274:2
**pushing** 268:19
**put** 7:6 28:3 50:7
50:11,21,25
54:6 70:22
74:19 91:3
101:25 104:14
104:24 114:17
130:19 147:5
152:13 164:15
168:25 169:18
172:6 182:14
186:1 194:6
196:18 199:6
202:23 204:20
205:3 206:18
207:9 209:14
236:23 237:7
249:18 250:6
267:9 275:20



MAGNA
LEGAL SERVICES

278:7
**putting** 5:23 29:6
  67:10 94:5
  145:2 146:17
  181:2 197:22
  229:2 250:3
  252:3 273:1
**p.m** 4:4 91:22,22
  97:19 98:21
  99:6 100:7
  115:3 116:9
  121:1 158:19,19
  190:7 193:25,25
  229:23 230:15
  230:15 252:11
  252:11 272:10
  272:10 277:12

**Q**

**qualifications**
  250:12
**question** 5:13,14
  6:2,5,5,6,9 7:11
  7:14,18 9:3,6,7
  9:17,23 10:2,6
  10:20 12:23
  13:10,15,17,19
  13:20 14:4,7,13
  14:14,16 17:5
  17:12,12,17
  20:14,14,22,23
  20:24 21:1,2,6
  26:6 28:9,12
  29:3,5 30:1,9,11
  34:15,19 37:15
  37:19,21,25
  38:1,17 39:16
  39:25 40:13,24
  41:3 42:25
  43:10,13,14
  45:4 46:4 47:12
  47:16 57:23
  58:13 59:2,3,11
  59:14,16,24

61:2,8,9 62:10
  65:16 66:18
  73:21 74:1,6
  80:5 85:6,12
  87:21,23,25
  88:6,10 94:25
  100:4,5 104:13
  106:20,24
  107:17 109:7,8
  109:22 110:3,3
  111:16 112:2
  128:21 129:5
  138:15 151:6
  153:25 154:10
  154:10,16
  167:23 169:15
  183:9 207:22
  214:15,17
  222:15,17 227:3
  231:17 233:22
  234:7 239:17
  240:25 241:18
  241:19,22,23,24
  242:1 251:9
  256:2,3,6,7,8,10
  256:11,12 257:4
  271:7,20 272:1
  274:7,22 277:6
**questioner** 109:7
**questioning** 30:5
  36:25 38:18
  58:18 156:23
  158:11 234:7
**questions** 5:18
  9:24 41:9,17
  46:16 57:20
  58:4 60:23
  61:21 74:3
  111:19,20 157:1
  238:7,11,16
  241:16 272:19
  275:5,13 276:17
  278:7
**quick** 250:13

273:20
**quickly** 44:2
  224:15
**quiet** 238:16
**quit** 272:13,17
**quite** 6:25 57:5
  80:11 87:7 90:8
  97:3 124:9
  187:14 203:20
  227:16 251:15
  251:18 252:19
  254:19
**quitting** 272:15
**quote** 69:13 70:5
  75:16 161:3

**R**

**R** 2:1 280:1,1
**raise** 46:15 87:6
  222:24 253:16
**raised** 253:9
**Ramona** 112:20
  143:3 235:12
  242:19 246:15
  246:16,23,24,25
  262:10 266:20
**ramonawatts@...**
  220:12
**Ramona's** 246:22
**ran** 52:2 76:14
  156:4
**random** 200:12
  255:3
**randomly** 7:7
  209:13
**range** 135:18
**rant** 251:16,18
**rants** 251:17,17
**rate** 140:19
**rationale** 43:23
**reach** 124:2,7
**reaching** 112:25
**reactivated**
  174:18

**read** 31:21 68:11
  68:21 69:13,15
  72:12 73:13
  75:4,16,19
  88:17,20 99:1,5
  100:5 112:2
  141:17 151:8
  152:20,23
  153:14 161:3,22
  167:21 168:13
  168:14 170:17
  172:17,20,22,25
  172:25 173:3,11
  185:7 199:11,12
  199:17 201:22
  202:20,24 203:1
  203:2,3 210:4
  215:6,9 216:22
  230:10 251:14
  262:11,14 270:4
  278:4
**real** 13:11 23:16
  58:24 67:3 97:1
  99:20 114:24
  119:14 121:3
  216:11,13
  220:19 227:1,4
  243:9
**realise** 32:9 99:21
  114:18,22
  137:13 230:3
  245:1 253:8
**reality** 217:19,21
**really** 9:24 20:25
  63:19 87:21,22
  109:11 138:19
  155:8 156:16
  200:19 210:4
  222:14,24
  239:17
**real-time** 43:15
**reappear** 166:12
**reason** 19:5 58:1
  89:12,22 120:3

140:1 143:22
  144:21,25
  145:25 148:1
  149:5 153:3
  179:1 199:9
  222:10 243:15
  280:6
**reasons** 71:8
  222:18
**rebuild** 89:17
**rebuilt** 90:22
**recall** 15:8,10
  61:20 65:6
  79:12 96:6
  98:25 99:4,4
  100:9 112:25
  113:16 119:6
  139:25 159:8
  171:25 189:25
  206:10 211:24
  212:2 213:4
  218:14,18 219:3
  229:17 230:19
  248:11,12
  253:23 255:25
  256:17 267:18
  274:15,24
**receipt** 17:25
  82:3
**receipts** 139:4
**receive** 82:17
  130:13 197:16
  221:3 230:10
**received** 17:21,22
  17:25 36:15,20
  38:3,22 39:2
  82:4,7 97:20
  98:12,17 114:24
  121:12 122:15
  140:7,21 141:23
  142:2,3,13,25
  143:1,5,9,13,15
  145:7 146:19
  148:25 152:5,6

153:4,7 196:13
198:5 220:24
221:2 224:25
225:9 229:6
247:2 255:6,8
275:19,22
**receiving** 116:6
157:9 186:15
229:17 230:8
242:24
**recess** 91:22
158:19 193:25
230:15 252:10
252:11 272:10
**reciprocal** 103:25
**recklessly** 221:18
**recognise** 68:5
71:10,19 72:8
73:9 74:25
85:23 96:10,12
96:14 97:19
98:7,11,16,21
100:21 106:12
114:3,6 117:17
119:1,12 125:25
126:18 130:15
139:17,21 141:3
144:7 145:6
146:18 176:10
194:12 198:11
212:6 225:22
226:8,19 231:23
247:13 249:21
249:24 251:22
262:19
**recollect** 99:10
**recollection** 62:2
99:11 180:24
209:2 211:8
215:23 216:6
217:12
**recommended**
24:22
**record** 4:2 5:17

13:6 14:15 31:8
44:22 60:8
71:15,22 72:12
73:13 75:3,14
75:16 103:13
109:6,23 111:25
112:2 121:23
122:3 129:4
151:9 155:6
161:3 167:21
168:15 170:18
172:21,24 173:2
194:2 199:17
202:24 203:3
206:22 210:1
215:6 216:23
224:3,4 252:14
276:22 278:7
279:7
**recorded** 11:14
11:16 12:16
42:13 104:3
111:4 208:21
209:3 212:9
215:21,24
216:15 217:9,14
217:22
**recording** 208:6
215:13 216:1,6
216:17
**records** 75:11
78:16 86:23
87:12 90:22
95:17 105:15
112:24 113:22
113:23,24 116:3
133:11 169:5
178:13 220:16
266:15
**recovered** 136:5
**red** 39:8,13 43:5
43:14 45:1,9,25
46:10,19 47:8
47:18

**redacted** 202:18
**redirect** 73:25
275:11,14
**reel** 227:7
**Reese** 199:23
200:1
**refer** 49:9 68:20
100:16 170:11
262:22 263:4,6
263:8,10
**reference** 203:6,9
259:13
**referred** 54:9
67:13 72:10,23
74:23 85:21
95:11 96:9
114:5 117:21
119:4 125:19
126:16 139:19
141:4,18 144:11
145:8 146:20
148:18 149:20
151:24 153:1
160:1 176:7
186:4 194:10
196:5 198:12
207:2 208:17
209:23 212:25
216:24 218:15
224:18 225:24
226:17 229:7
247:8,25 249:23
251:13,24
258:17 259:19
262:20
**referring** 10:24
71:15 77:25
233:21 244:9
259:20
**reflect** 111:25
112:24 212:20
213:3 216:12
217:19 218:1
266:15

**reflected** 218:6
275:16
**reflecting** 139:4
216:11
**reflection** 251:11
**reflects** 112:1
190:14
**refresh** 42:24
180:24 211:7
215:22 216:5
217:11
**refunds** 221:10
**refuse** 271:9
**regard** 54:3 67:6
166:2 233:20
**regardless** 122:20
**register** 15:1,3
157:21 165:1
202:8
**registered** 76:9
76:12 190:15
261:14 271:12
**registrar** 159:15
159:18,23
160:10,22 161:2
161:10,16,18
162:8,25 163:4
163:8 164:22
165:3,6,17,19
167:16 168:2
169:2,18 170:12
170:12,25
171:25 172:5,18
172:18 173:14
**registration** 35:8
271:12,13,15
272:3,5
**registrations**
33:17
**registry** 51:14,18
51:19,24 52:13
52:17 53:8
**regular** 43:21
**regularly** 42:2,6

**reflected** 218:6
**regulation** 27:6
**regulations** 173:7
**Reinhardt** 2:19
29:18,19 30:4
38:14 40:20
42:23 43:9
44:18 46:21
47:11 58:12,25
59:15,23 61:17
61:20 240:10,12
241:1,14
**reiterate** 10:13
29:11 57:6
**relate** 37:13 38:7
38:11 40:6,7
41:17
**related** 43:14
44:25 55:23
60:15 61:15
267:15 279:9
**relates** 37:12 40:3
127:7 231:14
**relating** 40:21
56:5 188:16
**relation** 55:16
165:23 166:3
**relationship** 38:9
58:10 241:21
261:22
**relative** 279:11
**released** 33:21
36:12
**releasing** 227:24
**relevance** 57:20
58:4,9,13
189:21 277:8
**relevant** 37:7,17
57:21 59:6
60:10 61:6
**reliance** 103:7
**relied** 211:11
**rely** 184:25
185:11,15,16,21
**relying** 184:21



MAGNA
LEGAL SERVICES

remain 40:23
41:1 45:2
116:25 263:18
remaining 173:20
remains 13:7
17:12
remarkably
249:10
remember 33:5
55:1 64:24 79:5
79:20,22,25
83:25 86:4,20
113:4 116:18
129:17,23
140:18 141:8
146:10 166:18
178:18,20,22
181:2 182:22
183:1,2,3
186:15 187:10
205:1 213:11
217:22 230:8
236:15 251:17
262:14 268:24
269:24
remotely 103:15
213:19
remove 23:20
remuneration
82:23 83:7 84:8
renegotiating
86:13
reorganised 94:4
repeat 13:4 17:10
46:3 67:23 68:1
68:3 151:3
repeatedly 29:25
238:7,8
rephrase 85:6
107:17 129:4
259:18 265:19
report 12:6 91:25
92:3,5,14,23
93:1

reporter 1:22
2:20 135:9
151:3 222:19
223:1 229:16
274:18 276:18
279:1,3
reporters 229:25
230:4
reports 92:20
repository 191:13
represent 4:8
55:22 56:4
representation
57:15 204:2
265:6
representative
1:5 92:6 213:5
represented 47:2
47:4,6 65:24,25
273:4,8
representing
46:22 272:17
represents 66:19
reputation 32:17
request 64:13
238:3 241:8
258:10
requested 238:22
requests 66:1
required 11:14
16:13 33:17
91:4,5 104:24
113:24 179:4
231:24 267:25
requirements
26:25
requires 57:4
64:20 193:5
271:15 272:6
research 1:6 20:1
20:6 33:11 34:1
34:13 35:3 48:6
48:21 49:18
73:5 102:24

103:1 176:14
248:3 249:12
reserve 37:16
67:6,21 78:10
129:9 139:12
238:21 276:22
Reserve's 139:14
reside 110:19
192:21 237:22
239:22
resided 239:21
resident 162:2
resides 190:13
resignation 42:8
42:17 43:17
44:5,7 116:16
270:7
resigned 27:18
29:15 40:11
48:12 64:11
116:14 221:25
270:6
resigning 42:1
resolution 161:7
respect 55:23
56:22 64:8
respond 44:2
64:23 111:25
161:11 229:20
239:24,25 240:2
242:1
responded 113:17
115:3 123:13
229:24
responding 65:9
65:12
responds 121:19
165:25 170:12
response 58:16
65:2 99:6 100:6
100:23 111:17
115:5,7 170:17
172:21 173:1
263:21 267:16

268:4
responses 278:7
rest 45:22 158:11
161:3 248:20
restate 203:24
restructure 86:19
resulted 241:7
return 16:14
256:23
returned 16:11
21:16 197:13
254:22,24
256:17
revealed 179:14
reversal 248:6
review 128:3
160:7 210:15
reviewed 92:12
128:5 153:16,18
154:2 155:22
171:22 210:8
233:23
revoke 258:4
re-ask 153:25
re-enabled
193:14
re-scanning
89:25
rib 101:3
rice 106:13
Rico 221:8
right 5:10 7:24
13:24 14:20,24
17:18 19:5
26:14 44:23
51:20 56:4,6,8
56:11 59:13
64:10 68:17
77:11 81:4
95:18 96:18
109:14 118:16
121:13 127:18
127:21 140:14
141:7,13,21

152:11 166:9
168:11 171:22
172:11 181:14
184:11 188:5
196:24 197:1
201:24 209:1
212:4 219:12,15
241:13 260:14
261:11 276:22
rights 8:4,5,9,12
8:13 12:21
16:20,20 18:25
25:15 31:18
36:20 48:7,22
49:19 64:13
67:6 77:8 83:24
101:20 107:22
110:19 111:13
112:5,22 131:3
133:15 138:23
164:3,12 174:1
174:17 175:10
175:21 201:7,10
201:10,12 258:3
right-hand 167:3
202:14
risk 50:7,12,21,25
Ritzela 132:8
134:13,22 135:3
136:6 137:20
142:17 144:8,13
145:5,7,11,16
148:11,16
155:23 156:12
156:13 157:13
158:5 201:4,6
Ritzela's 143:24
RIVERA 151:2
Rivero 2:13,16
4:13,13 6:4 7:17
9:10,15,17,19
10:4 13:2,9,18
14:6 17:9 18:7
19:18 20:16,21



22:1 28:11 29:1
29:4 35:20
36:23 37:9 38:6
39:15,24 40:12
43:11,12 44:9
46:3,12 48:24
51:4 56:20,24
57:16,19 59:16
59:21 60:7 61:4
62:3 65:15 66:5
66:21 67:5,17
69:8,24 70:7
71:6,11,21
72:14,25 73:6
73:23,24 74:2,4
76:3 84:15,22
85:11 88:3,5,9
89:5 91:10
93:14 94:23
97:8,15 100:10
100:18 103:6,12
106:18,23 108:7
109:5,13,21,25
110:2 111:15
112:1,7 113:3
117:1 118:17
121:22 123:19
125:1 126:6
131:20 132:6,17
134:4,14 135:1
135:6 136:17
137:22 138:2
142:6,23 149:13
149:16 150:10
150:18 155:11
156:19,25
158:13 160:2
167:22 168:8
169:14 173:22
174:12 177:6,22
179:13 180:11
180:19 181:18
182:8,15 183:5
185:1,19 186:12

198:21 204:11
204:17 207:3
209:11,24,25
210:10 211:12
212:12 214:16
215:25 216:8
217:15 218:20
219:10,23
222:13,22
233:19 234:4,14
234:17 236:25
237:13 238:1,17
238:20 239:3,6
239:16,23,25
240:2,8,14,24
241:1,3,5 256:1
256:9 257:3
259:16 261:9
263:13,20 264:1
269:2 270:1,19
271:2,6,25
273:13,24
274:17,21 275:9
275:10,14
276:17 277:3
**Rivero's** 41:6
**Road** 32:13 102:9
102:11 120:9,10
120:13,14
122:11 197:22
**Robert** 129:25
223:14,18
**Roberts** 129:18
**ROCHE** 2:3
**role** 105:24
115:19 179:7
**roll** 105:11
**rolled** 261:19
263:2 267:11
**room** 143:4 157:4
157:8 158:12
234:24
**royal** 78:1
**rule** 41:4,10

59:17 240:13
**ruled** 43:19 277:9
**rules** 5:7
**ruling** 30:19
38:12,15 40:20
42:21 43:24
47:15 241:14
**rulings** 46:14,16
47:13,14
**run** 76:15 90:9
94:18,21 154:24
193:11 222:4
244:23,25
246:21
**running** 45:24
66:13 69:17
91:17 94:20
102:5,16,16,20
123:7 129:23
232:7 242:18
243:10 246:23
**runs** 105:20,22
**rural** 207:17,18
**Russian** 129:8
**R&D** 103:23
108:11,14,23
109:11 159:10
162:18 165:12
166:24 173:4,18
173:19 174:10
261:18,19 263:2

───────────
S
───────────
S 2:1,4,11 71:3,25
72:13,16 87:15
96:24 98:6,20
108:11 168:22
199:6
**sail** 84:13
**sale** 63:3 84:20
85:3,8 88:23
246:6 266:20
**Samsung** 95:17
95:18,18 96:1,2

101:2,5
**sat** 53:21 98:11
214:10
**Satoshi** 51:2
74:13,14,17
75:6,20 76:2,18
189:5 190:1,5
190:14,24 191:7
192:14,16,18,21
**Satoshi's** 189:1,3
189:15,16 192:2
192:24 193:17
**Satoshi@anony...**
193:21
**Satoshi@visto...**
193:20
**Saturday** 97:18
98:20
**Saudi** 83:1
**saved** 177:1
**saw** 154:19,20
157:18 179:24
180:2 181:13
**saying** 6:9 7:2,2,4
10:14 17:19
23:17 30:13,21
48:13 49:2,5
76:23 80:3,6
85:14 88:21
97:3 108:12
150:24 162:15
163:23 169:10
185:14 205:18
211:22 213:16
213:18,24
216:10 217:21
219:11 221:21
254:7 257:2
263:1 268:20
269:4,4
**says** 54:21 56:7
71:18,22,25
87:16 95:16
97:22 98:24

99:7 118:2
119:23 148:12
150:5,6,9,9,19
150:20 151:8,17
151:25 153:2
160:12,19
161:10,16
165:19,20 172:6
172:13,18
210:25 223:1
229:9 248:1,4,8
258:22 266:18
267:4 268:6
**SCA** 1:17 2:19,20
4:5,21
**SCADA** 34:3 84:3
84:3
**scan** 127:11
**scarring** 79:24
86:3,5,19
**schedule** 264:7,7
264:12
**SCHILLER** 2:8
**scientist** 28:4
38:4,23
**Scrabble** 207:20
209:14 219:17
**screen** 54:6 67:10
70:23 73:3,4
74:20 85:20,22
95:10,12 97:9
97:12 125:18
126:15 144:6
145:3 146:17
186:1 196:4,19
206:18 209:17
229:2
**scriptable** 93:13
**scroll** 54:19
142:11
**scrolled** 224:15
248:21
**scumbags** 201:15
**SD** 90:8 91:20



**SDK** 33:10
**se** 2:8 138:22
**sealed** 234:22,23
**seance** 81:18
**seances** 81:19
**search** 113:21
**searched** 237:11
**searching** 113:9
124:20
**second** 52:25 73:7
218:2 219:2
267:20
**seconds** 6:21
274:20 276:13
**secrecy** 116:25
**secret** 123:2,6,8
**sectors** 22:6
**security** 33:18,24
34:11 35:1,11
94:8 115:19
**see** 37:16 38:8
54:8,11,14,17
54:21 60:14
62:8 67:12
68:13,15,15,25
71:3,4,24 72:15
95:9,12 97:10
97:22 100:21
108:10,13 114:9
114:14,17 115:3
115:10 116:7
118:1 120:18
125:17,24
126:13,15
131:21 140:4,14
142:17,21
144:14 147:6,17
148:17 149:18
149:24 151:25
152:23 153:10
160:8,11,20,24
161:20 166:5
167:2 169:24
170:1,7,15,16

172:7,15 176:14
176:15,23
179:23 180:21
180:23 186:3,5
186:9 194:8,9
194:11 196:4,6
201:21 202:15
202:17 206:19
206:20 208:15
208:18 209:17
209:21 212:24
213:1 215:5
220:10,16
224:17,19
226:16,18,24
231:21 238:21
246:17 247:6,20
247:23 248:1,2
248:4,5,7,8
249:5 258:16,22
264:15 267:3
**seeing** 51:5
108:13
**seek** 57:3 94:15
106:10 201:17
276:23
**seeking** 22:24
137:14 249:15
**seeks** 245:25
**seen** 44:13 57:5
68:7 143:10
160:5 176:11
179:20 183:3
217:23
**sell** 62:16,21,23
63:1,2,7,10,12
63:16 88:22
228:7,9,20
246:3 252:25
253:17
**selling** 195:11
**send** 15:10,14,18
15:21,24 63:24
82:12,14 86:22

87:1 92:20 93:4
95:21,24,25
115:6 117:23
120:21 128:18
158:4 197:18
226:4
**sending** 88:15
90:19 156:1
157:10 195:14
199:15 242:19
**senile** 204:24
**sense** 65:24
**sent** 15:6 85:14
86:22 87:13
88:8 95:16 96:2
96:13,14 97:1,2
97:4,4,5,6 98:8
98:8,22,22,23
99:11,13,25
101:7 115:7,25
116:11 121:4,8
121:16,20,21
126:1,5 130:11
148:14 186:9
187:7,8,8,9,10
194:17,19,21,23
196:7 198:3
203:22 207:15
213:25 220:20
221:6,7 223:18
225:22 230:5
234:25 236:8,16
236:17,18
243:22 246:21
246:25 247:14
247:18 250:10
**sentence** 168:4,18
173:12 219:16
**sentences** 88:18
216:22 217:4
**separate** 42:5
62:6 137:10
**separately** 157:4
**September** 79:16

80:16 119:14
**series** 61:9 111:18
**serious** 272:19
**serve** 38:4,23
**server** 89:21
156:8 189:20
193:20
**servers** 89:17
153:21 154:7
**services** 2:21,22
39:3 81:11 82:2
82:10 205:7
**set** 5:7 8:1,3 75:8
75:23 76:8,12
84:4 89:20 96:2
101:21,25
102:23 103:5,19
103:25 107:8,10
109:17 112:19
112:21 115:15
129:18 137:11
146:25 217:9
233:23 254:4
255:4,5 258:1
268:2 275:3
**setting** 24:8 58:3
180:3
**settled** 250:18
**settlement** 269:12
**settler** 258:3,3
**set-up** 171:11
**seven** 58:7 107:13
107:19 208:1
274:17
**seventh** 208:2
**Seychelles** 112:11
268:8 274:11
**SGI** 150:2
**share** 15:1,3 19:7
85:17 95:7 96:4
114:1 117:15
118:24 125:15
139:15 141:1,14
159:21 176:3

195:24 198:8
223:25 224:9
225:16 226:15
235:14 247:4
258:12 262:15
**shared** 93:7
**shareholder** 8:2
16:3 26:23
64:10,14,17
162:22 173:5,15
176:21 185:8
228:12
**shareholders**
64:15 162:22
163:16,19
169:12 173:23
173:25 174:2,3
174:5 175:12
205:17 228:15
228:25
**shareholder's**
161:7
**shareholding**
12:16 48:10
168:19 175:1,4
175:19
**shareholdings**
76:13
**shares** 7:24 8:3,3
8:4,5,6,9,12,13
8:17,20 10:11
11:4,9,10 12:14
12:19,20 14:19
14:23 15:4,4
18:21 24:10,17
27:2 63:7,10,13
63:16,19,20
104:18 105:8,13
105:13,25,25
107:7,8 110:9
110:10 162:4,6
162:9,18,21,25
163:3,6,9,11,20
163:21,25 164:6



165:2,6,10
173:7,16 174:6
174:11,16,21
175:8,16,22
204:19,23
205:13,14,21
227:25 228:4,7
228:9 253:4,17
253:17 264:20
264:22 266:8,19
266:23 269:8
**ship** 187:13
**shit** 221:5
**shocking** 47:5
**short** 24:20 160:6
**shorthand** 263:10
**shortly** 90:8
**shoved** 207:17
**show** 96:20
166:20 208:9
225:20 227:21
247:22 262:17
264:7 280:4
**showed** 127:20,23
128:10
**showing** 213:15
249:16 264:3
**shown** 275:16
**shows** 37:24
111:19 152:7
211:2 264:12
**shut** 57:3 90:21
**sickening** 206:2
**side** 91:3 202:14
202:14
**Siemens** 84:4,5
**sign** 128:19 155:2
166:4 180:19
182:5,20 183:15
183:18,21,24
184:3,7 185:13
220:3 262:6
**signatory** 184:11
184:13

**signature** 54:24
87:5 119:20
143:20 145:19
145:20 147:23
181:1,3,9,10,12
182:6,12 184:17
184:19 225:3,5
225:7 245:16
253:14 264:4
274:6
**signatures** 90:25
146:5 245:20
**signed** 31:3 54:2
54:21 91:1
119:17,19 128:4
130:16 142:16
145:15 147:19
147:24 180:25
181:16,20 182:1
182:2,9,16,17
182:22,24 183:1
183:12 224:13
226:24 228:22
228:24 232:22
245:21 253:7,11
262:7,12 270:3
270:7,10 274:6
278:13 279:21
280:19
**significant** 130:17
130:19
**signing** 55:1 87:5
183:2 184:6
**signs** 184:13
**Silk** 32:13 102:9
102:11 120:9,10
120:12,14
122:11 197:22
**similar** 55:14
130:10 249:10
**simple** 12:15
48:16 76:15
77:14 222:10
228:15 246:18

**simplified** 105:9
130:12
**simplifying** 76:20
**simply** 6:25 12:8
19:4 20:11 30:7
30:9,16 35:4
40:16 47:14
57:5 62:3
227:17 228:12
241:23
**simultaneously**
246:24
**Singaporean**
133:14
**single** 19:7 52:23
53:20 64:17
86:22 140:24
210:12,12,14
277:6
**sir** 242:3 276:18
**sit** 77:1 185:11
191:4
**site** 190:11,11,12
190:18,19
191:12 193:13
193:14
**sitting** 53:12
140:17 156:2
257:6
**situation** 41:22
111:23
**six** 207:23 208:24
274:18
**sixth** 118:1
**skill** 279:8
**skip** 196:21
**Skype** 204:9
206:6
**Slack** 75:1 76:24
77:1
**slice** 254:20
255:24 256:17
258:25 259:7,13
259:14,19,19

**slices** 253:25
254:25 255:2,3
259:23,25
275:17,23
**small** 71:24 78:11
78:13 100:23
119:5 195:12
**smart** 95:3
**snapshot** 71:2,24
**software** 15:7,11
15:16,22 16:5,6
16:14,17,19,21
16:24,25 17:1,7
17:21,22,23
18:3,6,9,10,13
18:23,24 19:1
21:11,13,14,20
21:22,25 31:18
31:18 32:5,6,8
32:12,16,20,23
33:7,20,23 34:3
34:3,7,10,19,24
35:5 49:24 50:7
50:12,21 62:21
62:23 82:13,15
82:17,20,21,22
82:24 83:2,9,12
84:3,3,5,5,6,14
84:21,24 85:4
85:10 88:25
129:23 196:23
197:1,6,8,10,13
197:16,18,19,25
198:3,5 261:2
**sold** 27:2 63:19
88:21 151:12,20
151:22
**sole** 161:4,25
163:23 173:5,15
**solely** 45:15
**solicitor** 146:3
**solicitors** 90:18
92:16,18 165:16
179:9 267:6

270:3
**solution** 22:5
93:24 94:7
**solving** 94:2
**somebody** 30:12
124:7 155:6
188:22 213:22
214:10
**Sommer** 69:6
85:25 141:24
142:5,9,10
143:3 144:9
146:2,3,12,24
147:23 148:12
149:3,11 156:3
157:4,9 206:24
208:14 211:25
212:9,22 213:6
215:13,15,18,20
222:6 247:15
273:18,19
**Sommers** 211:1,7
**son** 70:21
**soon** 260:17
268:18 276:11
276:14
**sorry** 5:9 34:21
42:23 51:18
53:25 68:22
75:12 129:23
138:15 148:23
153:14 173:13
176:23 180:15
186:7 187:23
189:24 204:6
208:21 215:19
216:13 227:2
236:17 249:8
260:11 269:8
274:18,21
275:25
**sort** 16:19 23:13
23:16 27:3
78:11 81:13



189:22 260:20
261:3
**sorts** 108:16
206:1 236:12
**sought** 67:1 246:2
268:9
**sound** 187:24
**sounds** 28:14
65:4 200:6
**source** 51:1 82:19
189:8
**sourced** 34:8
35:12 52:17,20
52:22 53:8,17
53:18,22 106:3
107:3
**SourceForge**
191:13,15
**sources** 32:14
207:10 241:10
**South** 92:13,21
142:14 143:5
159:9,23 166:17
**SOUTHERN** 1:1
**speak** 77:5 88:10
**speaking** 6:20
239:6
**speaks** 150:11
**specific** 24:5,12
41:3 60:14
214:17
**specifically** 40:3
91:8 170:6
241:7 258:22
**speech** 20:22
193:17,19 256:6
**spell** 156:6
**spend** 42:20
130:13 138:1,18
138:19,22 205:4
265:12
**spending** 86:15
132:2
**spends** 138:22

**spent** 75:24
102:19 133:24
133:25 137:24
265:23 266:1,5
**sphere** 38:7
**spoke** 187:4
**spoken** 175:20
206:6
**spouse** 44:25
**spreadsheet** 52:2
**staff** 76:13,14
86:7 105:18
129:16 130:2,5
236:8 246:10,12
**stage** 11:21 45:14
102:7 113:10
115:25 117:14
131:22
**stake** 56:18
**stamp** 167:2
227:9 236:23,24
**stand** 167:12
170:13 203:17
**standard** 55:8,19
56:2,16 193:9
**standing** 103:10
210:1
**start** 6:20 18:17
18:18 19:15
23:11 53:4
61:10 62:2
75:15 217:6
**started** 36:9
52:24 70:20
77:7 93:25 94:7
94:9 107:11
112:20 181:23
181:23 191:16
192:15 222:1
261:14,21
269:13
**starting** 69:16
72:2 145:13
161:23 252:22

**starts** 68:14 75:17
129:24 149:19
199:18
**stat** 170:21
**state** 4:8 9:17
14:3 67:14,19
171:15 222:17
223:4 263:14
270:19
**stated** 37:12
69:25 70:20
111:21 126:8
190:2
**statement** 13:25
14:4 81:25
92:12 131:9
143:17 164:7
178:10 207:14
243:21 244:3
**statements**
127:13 222:12
**STATES** 1:1
**stating** 13:6 19:11
98:3
**statutory** 134:19
**stay** 217:24
238:16 263:24
**steal** 90:4,4
**Stefan** 14:18
22:11,16 26:17
51:10 63:15,25
64:2,25 65:4
235:4 247:14
**Stenographic**
279:5
**step** 68:22 206:4
**steps** 56:9
**step-by-step**
65:17
**Sterling** 26:1,5,7
26:19 62:17,22
**Steven** 54:16,22
160:13,16
**sticks** 236:12

**stock** 36:16
**stood** 45:14,22
**stop** 70:15 101:17
239:1 248:21
**stopped** 70:13,17
72:18,21 189:5
191:15
**stops** 215:15
**storage** 234:24
235:9
**store** 106:8
189:22
**stored** 234:21
236:3,21
**story** 107:6
**straight** 161:9
**strategy** 22:12,14
22:18,18,20
**stream** 100:21
**street** 2:8 123:12
**strike** 18:17 53:7
65:11 66:18
74:5 82:9 84:19
89:2 104:13
111:11 116:15
123:15 125:10
128:21,23
133:24 136:21
142:1 153:17
155:20 163:5
165:18 174:23
174:25 196:22
198:3 211:24
223:14 231:8
242:13 261:5
269:21 270:24
273:19
**strip** 37:4
**strong** 58:2 60:24
**struck** 81:10
**stuff** 195:12
232:13 261:3
**stupid** 200:19,21
**subject** 240:19

257:8
**submission** 44:6
**submit** 40:6
**submitted** 92:13
166:21 273:22
**subsequent** 30:23
32:8 169:7
276:5
**subsequently**
99:21
**subset** 27:3
**subsidiary** 118:12
**substance** 69:22
70:6 275:1
**substantive**
124:24
**suddenly** 212:7
**sue** 87:17 165:12
**suicide** 16:12
104:23 123:25
200:13,18
**suit** 179:7 218:3
**Suite** 2:4,8,14
**sum** 69:21 70:6
79:4 275:1
**Sunday** 98:15
**supervision**
237:25
**supplied** 140:18
**supply** 32:14
**support** 219:21
**supposed** 216:12
254:20,22
**supposedly**
100:22
**sure** 18:1 29:6
40:14 42:18
45:21 46:15
47:4 59:11
70:23 82:7
117:25 127:9
133:15 141:25
148:14 167:7
174:4 175:3



205:10,10,12
215:10 222:16
226:1 231:21
232:9 237:19
241:8 258:20
266:12 267:7
**surgery** 191:4
**susceptible**
242:14 243:25
244:16
**suspect** 120:3
243:16 246:14
252:16
**suspected** 222:23
**suspicions** 252:7
252:14
**sustain** 41:7
43:25 58:25
59:8 62:9
**swamp** 221:7
**switch** 91:20
212:19
**swore** 139:24
140:9 141:10
167:5,7
**sworn** 279:4
**system** 17:8 33:8
74:9 94:20
106:12 140:13
150:2,16 151:1
151:11,16,24
152:3 154:5
200:19,20,21
206:7 244:24
**systems** 233:5,7

———————
**T**
**T** 280:1
**table** 43:10 209:5
216:7
**tacked** 122:5
216:16
**tag** 3:4,4,5 72:7
72:10,23 73:1

74:21,23
**take** 9:12 28:17
56:8 65:3,17
68:18,22 75:7
75:18,22 87:24
90:2,7 91:19
119:24 129:15
130:2,5 132:21
148:20 151:7
158:12 159:24
162:2 166:21
169:22 171:4
172:2 174:6
179:8 193:23
200:16 201:6
206:4 211:8
220:9 230:24
247:17 252:9
272:8 277:1
**taken** 1:21 87:7
132:15,18
165:13 170:20
171:1 189:17
192:13 193:13
279:11
**takes** 62:9
**talk** 29:13 45:15
45:16 147:11
191:2 274:8
276:13
**talked** 23:12
24:17,19 26:11
46:6 94:10
205:14 237:5
**talking** 15:13
24:7,8,9,10 27:4
39:22 40:10
89:14 110:14,15
113:13 162:14
227:12,15 230:2
237:6
**task** 16:23 34:6
104:21
**tasked** 253:24

**tasks** 35:8
**taught** 146:4
**tax** 12:5 32:20
63:22 66:12,24
69:2,3 70:6
103:5,18,21
104:3 107:2,5,5
107:9 109:3
112:14 125:11
126:2 146:25
147:2,6,8,12,14
151:19 153:22
172:25 173:1
194:14 198:3,4
198:18 200:24
202:10 204:21
204:22 205:23
206:14 208:5,12
208:20,23 212:1
212:14,20,22,22
213:5,24 214:11
214:21 217:13
217:20 218:4,14
218:16 220:13
221:10 222:12
250:9,12,15,18
251:6 272:25
273:9,11,22
**Taxation** 206:22
272:22
**taxed** 205:11
**taxes** 105:15
171:16
**teach** 70:21
115:20,22
**team** 154:25
253:5
**teams** 154:25
**technical** 7:3
222:14
**technically** 7:5
113:11
**technology** 27:10
27:25 28:21

29:9,24 31:5,11
31:24 62:17
94:22,22
**Tel** 2:9
**telephone** 2:2,5
2:12,19
**telephonic** 138:8
**tell** 6:12 7:15,22
7:23 8:15,16,21
8:22 9:3 10:9,10
11:2,3,7,8,22,23
12:11,12,23,24
12:24 13:13
14:2 18:12
19:14 20:18
22:21 23:1,5,9
23:19 32:19
51:10 59:12
62:15,20 64:3,6
64:22 65:1
66:11 77:21
81:4 84:18,19
85:7 103:4,18
107:1 112:13
118:21 123:9,16
123:17 125:10
128:7 145:18
149:11 160:22
162:8 163:8
165:5 176:6
178:14 196:10
196:17,21 197:9
198:2,4 201:15
201:17,19 204:4
204:6,7,9,12,15
206:4,5,9
221:14 227:23
228:2,15,19
233:22 237:16
240:20 244:17
247:19 252:15
270:23,24 271:3
271:4,11,22
**telling** 11:17

14:12 15:2
24:11 27:4
152:12 197:20
202:8 205:8
253:23
**ten** 124:16 234:12
**tendered** 116:15
**tens** 83:17
**term** 214:18
**terminology**
49:11 66:15
**terms** 263:24
**terrible** 213:1
214:24,24
**tested** 128:11
**testified** 122:21
132:1 230:18
**testify** 233:25
238:5
**testimony** 40:13
61:24 87:13,15
88:1,7,12 90:5
90:24 95:23
111:17 150:14
153:17 162:17
213:21 234:5
259:20,24
**testing** 130:24
**Tether** 57:3
**Thai** 120:2
**Thailand** 120:5,7
**thank** 60:3 73:7
119:8 122:20
149:16 168:24
206:17 217:3,6
223:4 229:1
242:3 251:8
258:21 270:20
276:18,18
277:11
**Thanks** 77:15
**theft** 137:8,16
**theory** 37:12,14
37:14 38:11



**thereof** 279:6
**Theymos** 189:18
**thing** 7:3 9:9
    23:25 63:13
    75:19 81:4
    108:20 124:19
    130:22 164:25
    169:11 171:19
    181:11 193:10
    199:14 207:18
    209:5,14 211:15
    212:4 216:11,11
    221:22 228:1
    242:19 250:9
    268:17 269:5
**things** 14:8 23:11
    27:2 36:11
    40:11 42:15
    45:16 52:15
    53:21 76:4,20
    77:12 78:8
    79:21 83:8,10
    83:15 84:9 87:5
    87:7 89:14 90:3
    90:17 99:9
    102:4,19 103:24
    107:16 108:19
    120:15 122:5,9
    129:18 136:1
    140:16 159:15
    171:7 177:25
    178:11 180:6
    187:15 189:6,20
    202:10 203:22
    206:1,14 213:19
    216:2 217:24
    218:2,6 221:19
    221:21 230:1
    233:2 236:12
    237:9 238:15
    245:5 246:16
    247:2 249:8,25
    252:25 253:19
    255:9 258:9

260:2 275:23
**think** 5:15 11:17
    28:12 29:4
    37:16,18,19
    41:8 43:23 44:9
    44:13,19 56:13
    56:14 57:25
    62:4 68:20
    69:18,19 75:10
    75:11 87:18
    94:5 99:12
    100:23 109:6,23
    111:18 129:8
    130:1,25 139:13
    155:4 158:10
    161:23 165:19
    165:21,25 169:9
    179:14 181:7
    187:20 189:24
    205:24 210:24
    211:10 217:7
    219:12 224:4
    235:2 244:16
    256:4 258:1
    275:10 276:19
    277:4,5,7
**thinking** 99:24
    106:6 114:22
**third** 31:15,18,19
    53:11 83:24
    175:25 258:23
**thirds** 176:1
**Thomas** 20:9
**thought** 24:18,20
    24:21 99:23
    100:25 101:1,6
    104:20 114:16
    122:12 173:11
**thread** 100:1
**threatened** 218:3
**three** 158:12,15
    205:22 212:14
    216:21 217:5
    252:9 272:8

277:7,9
**throw** 207:20
**thrown** 235:24
**till** 215:15
**time** 4:4 7:12
    10:18 12:4
    13:11 23:4
    27:14,18 28:5
    31:8 32:10
    41:10 42:20
    43:20 46:23
    62:10 70:13
    73:25 78:15
    87:22 90:10
    92:17 96:14
    99:10,16 101:3
    101:5 106:22
    108:13 122:17
    122:24 123:5
    124:1,2,6,9,11
    130:16 135:24
    140:19 141:19
    142:11,25 143:7
    143:13,15
    144:16 145:21
    146:3 158:18
    166:7 172:10
    181:19 182:17
    183:25 187:12
    194:2,16 195:16
    234:2 249:25
    253:9,18 258:7
    258:8,9 260:4
    261:25 264:11
    269:15,21 274:1
    276:21,23
**timeline** 71:25
**times** 21:12 29:22
    105:10 111:7
    189:19 190:24
    206:5 240:18
    259:2,2 260:24
    263:18,19 277:8
**tissue** 252:9

**today** 4:3 5:4
    154:2,12 161:11
    162:17 170:7
    179:20 217:10
    257:6
**toilet** 211:5
**tokens** 106:14,14
**told** 7:19 8:7,7
    12:7 13:12,22
    14:18,22 18:15
    21:7,12 29:25
    32:22 85:2 86:7
    89:13 102:3
    107:4 116:23
    117:3,6,8
    118:22 122:22
    122:23 123:9,11
    123:21 131:13
    131:17 135:15
    138:24 145:14
    146:7 147:22
    148:3 149:4,7
    151:19 152:8,14
    154:14 162:24
    164:22 165:14
    167:16 168:1
    169:1,18 170:25
    173:14 177:18
    179:9 188:17
    197:12 202:1
    204:5,8,10,18
    205:2 206:10
    220:4 238:9
    240:1,3,22
    241:20 252:14
    255:22 256:14
    259:1 260:17
    267:6 272:2
**Tom** 20:11
**tone** 74:5
**tons** 236:13
**top** 84:23 114:10
    116:8 118:2
    121:10,14

165:20 167:2
    193:12 213:12
    245:5
**total** 20:8,11 83:7
    84:8 206:11
**totality** 206:15
    217:25
**totally** 192:13
    217:24,25
**touch** 156:4
    229:15
**touched** 237:11
**tough** 70:24
**touting** 63:3
**traced** 137:9
**tracing** 137:9
**track** 70:24
    137:11
**tracked** 51:19,24
    52:3,9 84:2
**tracking** 187:17
    187:21,25
**trading** 18:24
    22:7 26:25 27:1
    111:5,6,12
    112:3 129:11
    131:10 134:11
    135:22 136:3,10
    136:13,16,23
    137:25 139:9
    264:22 266:6,8
    266:11
**Trading's** 133:6
**transact** 138:21
**transacted**
    110:22
**transaction** 83:5
    94:2,8 128:18
**transactions** 44:8
    81:5 111:2,4
    128:15 195:14
    201:11
**transcribed** 66:16
    198:14 208:21



209:7 211:9
212:11 279:7
**transcript** 29:21
37:24 66:19,23
67:3 68:23 69:1
159:22 160:9
162:16 169:22
169:24 170:1
172:3 206:22
207:7,13 208:10
208:11,15,19
209:18,19 210:2
210:8 212:19
213:14,23 214:3
214:6,7,7,9
215:2,5 216:20
218:10,12,13
221:3 277:1
278:6 279:6
280:5
**transcription**
209:8 211:10
212:16 213:2
214:13,18
**transcripts** 67:7
67:21,24 68:5
103:7,14,17
215:23 219:8,20
219:22 220:2
221:12,14
**transfer** 50:5
79:17 80:1,5,8
111:10,12 112:3
261:17
**transferred** 50:1
77:8 78:14
134:1 204:20
253:3,4 274:3
**transfers** 78:17
80:12 83:18
134:5 201:12
266:1
**trash** 211:14
**trial** 9:12 38:16

47:15
**trick** 141:9
**tried** 76:11
115:22 120:12
188:25 189:10
191:6,24 192:1
193:16 205:13
238:7 254:3,7
**Trinh** 208:13
**true** 17:6 44:6
74:2 76:1
118:15,18
127:14 153:11
163:1 177:21
224:24 278:6
279:7
**trust** 5:22 6:1,3
6:10,10,12,13
6:17 7:1,2,5,6
7:15,20 97:23
98:1,4 101:9,11
101:11,25
102:23 103:5,19
103:21 104:1,9
104:11,12,14
105:2,12,12,22
106:1,2 107:2,7
107:7,12,18,23
107:25 108:5
109:19 110:5,7
110:8 112:11
115:10,13,24
118:10 124:24
125:5,7,12,13
147:3 162:20
163:5,7,20,20
164:16 195:9
201:8 227:20
242:25 246:22
247:24 248:10
248:13,15,16,18
249:9,10,13,14
250:22 251:5
254:1,11,11,14

257:18 258:2
261:17,19,20,22
262:1,2,3,11,22
262:23,24,25
263:5,6,9,9,12
264:4,13,14,18
264:21 266:4,7
266:9,9,20,24
267:5,10,12,15
267:17,17 268:1
268:4,25 269:1
269:3,5,8,22
270:4,11,23,25
271:5,11,23
272:6,6 274:4
274:11
**trustee** 110:9
124:23 136:15
162:13 175:4
248:3 257:20,21
258:4,5 268:21
270:6 271:8,10
**trustees** 268:13
269:13
**trusting** 102:11
270:7
**trusts** 101:19
103:22 105:3,3
105:7,8 106:5
162:13 260:12
263:1 267:4
**trustworthy**
243:3
**truth** 101:18
**truthful** 76:19
159:17
**truthfully** 10:17
**try** 9:18 20:14
41:2 56:13
69:17 109:8
111:2 165:3
192:5,24 204:15
221:19 240:15
**trying** 5:18 12:4

63:13 72:25
76:7 77:3,12,14
78:19 100:20
101:4 107:6
124:8,14 127:3
129:17 140:17
141:9 155:5,5
156:23 214:4,9
222:14 237:22
238:10
**Tuesday** 86:6
121:1 207:24
**Tulip** 111:5,6,12
112:3 129:11
131:9 133:6
134:11 135:22
136:3,10,13,16
136:23 137:25
139:9 248:10,15
249:10 262:3,22
262:23,24 263:3
263:5,6 264:22
266:6,7,8,10
267:17,17
268:25 269:3,5
**turn** 22:18 231:24
245:21
**turned** 232:3,4,5
245:19
**turns** 83:21
104:19 139:13
**tweet** 73:9,11,14
73:16
**two** 6:21 7:6 39:2
48:9 58:14
88:17 126:11
128:13 161:17
173:21 176:1
190:11 193:23
197:16 198:5
210:23 212:3
217:9 219:7
224:14 238:15
265:25 275:5,6

275:13
**type** 191:5
**typical** 56:2
**typo** 150:4

---

**U**

**U** 129:24
**Uh-huh** 74:24
**UK** 2:19,20 232:7
232:7,9,10,11
232:15 233:15
238:23 262:10
**ultimate** 164:17
**Ultra** 150:2
**unaltered** 143:18
153:11
**unanswered**
256:11
**unclear** 14:12
**unconscious**
190:24
**underlying** 42:25
**underneath** 72:1
**understand** 5:3,6
6:15,16,17,18
6:19 7:7 13:16
18:1 40:14
43:23 44:24
56:2 60:22 68:4
110:3 111:3
114:23 133:20
133:23 135:14
135:18 188:10
189:7 214:2,9
231:25 237:22
254:5 263:20
**understanding**
8:10 31:12,17
32:7 244:15
**Understood** 67:9
**undertakings**
40:8
**unduly** 59:7
**unfortunately**



MAGNA
LEGAL SERVICES

33:19 63:1
82:11 83:21
84:1 86:21 91:2
93:24 104:23
108:17 114:20
119:5,20 122:25
152:22 215:11
246:21 250:17
unimpeded 74:3
unintended
239:12
United 1:1,19 4:6
240:7,21
university 103:3
186:22
unlock 258:25
259:7
unrelated 51:7
151:13,18 152:1
256:7 257:2
unsigned 184:15
untrustworthy
242:9
unwarranted
277:4
update 64:14
270:25
updated 16:8,9
17:1 21:18
35:17 64:7 67:2
67:2 269:9,10
269:10,23,24
271:16,23 272:6
upmost 116:25
upstairs 276:16
Urquhart 129:25
223:14,18
USA 253:14
USB 236:12
USD 150:2,9
use 16:4,6 21:1,10
21:21,24 35:13
49:10,14 67:1
67:20,24 68:5

71:7 78:1 81:2
99:8 100:8
101:4 122:8
130:3 148:16
158:11 186:21
195:7 203:8
user 189:25
uses 110:23
utterly 51:7
UTXO 106:11
Utz 273:18,19
Uyen 95:20
174:18 253:7,20
Uzbekistan 35:15

V

v 1:8
valid 242:21
validate 119:21
144:22 146:4,22
153:9
validated 143:20
validates 225:7
valuable 105:25
106:1 228:16
valuation 15:22
value 8:23 35:13
75:6,20 77:16
77:22 78:2,20
83:25 106:1
111:1,4 174:7
221:16
valued 15:23
variety 77:4
120:11 138:9
various 111:7
113:9 132:3
134:3
Velvel 2:6 4:9
Vel@rcfllp.com
2:5
venture 26:2
verbal 138:9,10
verified 145:22

145:23
verify 119:18
122:18 145:21
verifying 145:19
version 21:16,17
92:23 129:22
193:14
versions 269:22
video 4:4 90:8
videographer
2:21 4:1 194:3
274:19 276:19
VIDEO-TAPED
1:11
village 207:18
villains 96:13
visiting 250:7
Vistomail 192:25
193:5,9,19
voice 206:7
222:24
voluntary 50:16
vote 169:12
voting 8:4 12:21
36:15

W

wait 135:10
179:13 215:15
waiving 228:3
Wales 92:13,22
142:14 143:5
159:9,23 166:17
walk 222:8
276:15
wallet 77:16,18
77:19,22,25
78:3 126:25
127:2 129:21,23
130:10,10
203:25
wallets 134:12,18
134:20 274:14
275:2

wanker 252:4
want 6:7 9:8
10:16 23:10,17
26:8 29:12
32:16 39:22
41:2 42:20
46:15 48:13,16
49:2 50:15,18
56:12 67:19
73:25 81:2
87:11,21,22
96:19 101:16
111:17 119:11
129:14 131:8
133:23 134:17
155:12 158:16
161:11 168:13
169:5,23 170:3
170:5 173:8
185:11 187:24
202:8 204:22
205:17 215:8,13
219:14 220:7
224:16 233:25
234:4 238:13
241:3 263:14
270:19 277:3
wanted 11:19
23:20 88:22
107:10,10 147:4
147:9 156:17
172:18 173:11
196:25 197:2,3
205:25 206:12
217:17 229:15
wants 32:10
35:13 156:22
204:18 240:14
warrant 77:9,10
261:13
wasn't 130:4
147:15 236:19
watched 156:9
235:20

Watts 40:5,8,22
41:12 44:4 63:7
64:22 117:19
126:3 144:10
145:6 220:20
223:19,22 229:4
246:24 261:22
way 12:20 14:5
37:19 45:11,20
45:24 57:1,21
62:2,4 68:19
94:5 111:22
144:25 147:10
154:1 162:14
184:12 212:16
243:22 250:13
251:6 255:19
269:4
ways 93:19
web 189:20
website 115:17
189:22 191:17
web-based
130:12 232:21
Wednesday 1:14
160:10
week 170:14
weeks 197:17
198:5
weigh 239:10
went 16:19 76:10
102:15,19,22
137:12 138:4
141:23 166:16
201:22 221:22
231:11 252:13
262:13
weren't 216:15
we'll 70:25 91:21
170:11 205:18
we're 106:13
we've 58:19
172:14 235:10
whatsoever 57:7



58:8 148:1
237:5
**wide** 26:10
**wife** 30:24 39:19
39:20,21 40:1
40:16,19 42:1,4
42:14 43:7,20
45:8,15,25 46:6
63:6,10 65:21
101:3 112:21
126:3 142:4
145:5 194:14
198:18,20
235:14 270:8
**wife's** 227:13
242:18
**willing** 38:11
**Wilson** 171:6
194:15 245:9,10
245:11,25,25
246:7 252:25
**win** 221:24
**wiped** 245:3
**wish** 9:11
**withdraw** 151:6
174:25
**withdrawn**
219:22
**withdrew** 218:5
219:20 221:13
221:15
**witness** 4:15 26:1
30:20 47:1
73:25 92:12
135:10 184:5
210:3 222:20
239:13 240:17
240:20 242:3
278:1,3
**witnessed** 175:12
**witnesses** 185:13
**witness's** 9:14
239:15
**WKID** 15:16,22

**woman** 132:9
170:9 213:12
**won** 221:22
**Woodward** 2:20
4:21
**word** 6:15 68:14
70:2 81:2
100:16 200:10
202:23 218:2
**words** 6:19 7:6
219:17 275:12
**work** 9:25 10:7
12:20 19:21
20:8,11 32:8
33:13,19 34:2
36:12 53:15
76:21 90:1
93:16,22 94:11
107:10 116:6
197:7,9,15
216:1 223:2
246:22 272:5
**worked** 19:23
20:12,19 21:8
28:3 87:4 89:7
90:1 93:16
111:3 124:22
146:16
**working** 22:19
28:5 36:10 40:9
53:4 80:4 93:11
93:19 94:1,7,13
105:19 112:21
186:25 197:13
197:25 235:20
245:10 246:4
252:18 273:20
**works** 184:12
232:9,24 255:19
255:21
**world** 69:19
**worldwide** 17:8
**worried** 102:7
**worry** 205:5

**worth** 84:2 169:9
205:24 211:5
213:19
**wouldn't** 191:21
205:3
**wound** 161:9
**wrap** 215:14,17
**Wright** 1:9,12 3:6
4:3,14,15,18,22
4:24 5:21,25 6:4
8:21 9:2,3,21
10:22 11:7,22
12:11,22 13:8
13:18,22 14:6
14:18,22 15:6
17:3,5 20:18,23
21:10 24:1,24
25:5,25 26:20
27:7,22 28:11
28:20 29:22
30:7,13,18 31:2
31:22 32:24
33:22 34:9
36:13,18 37:7
37:17 38:1,20
39:5,24 40:9,12
40:18,21 41:12
43:2 44:4,5 45:3
46:5,9 47:6,16
48:18 49:8,15
49:24 50:6 54:2
54:16,19,22
55:12 56:17
57:10,14,23
58:6 59:19 60:3
60:17 61:21
62:12 64:25
65:8,15 66:5,11
67:9 68:14,16
69:5,14,16 70:5
70:22 71:3,18
71:19,24,25
72:13 73:17
74:12,19 75:3

76:23 77:15
80:18 85:7,12
85:17 86:25
87:16,20 88:7,9
88:10 89:1
90:14 91:7,11
91:24 95:7 96:4
96:25 97:17
98:7,20,25
100:3,11,12
101:8 103:22
104:12,13 106:2
107:12,18 108:8
108:11,11,12,14
108:14,22,22,24
108:25,25 109:5
109:10,11
110:16,17 112:3
112:25 114:1,11
114:25 116:7,8
116:14,15,23
117:15 118:10
118:15,20,24
119:14 120:16
120:18,25 122:3
122:14,20
123:23 125:15
126:10 128:14
129:13 130:15
131:8 139:15
141:1,14 145:2
148:16 149:24
150:1,4 151:6
151:12,18 152:1
152:25 153:17
154:9 155:4
157:6,21,24
158:9,21 159:8
159:10,21
160:14,16 161:2
161:11 162:5,11
162:12,14,15,16
162:18 163:15
163:20 164:14

165:11,12,14,21
166:15,24
168:12,22
169:17,21
170:13 171:21
172:6 173:4,14
173:17,19,24
174:10,10,22
175:1,5,8,20,23
176:3 177:4,14
179:14,19 180:3
180:4,11,19,25
182:20 183:6,11
184:7,10,19,22
185:20 186:10
186:16 187:2,20
188:4,13,16,18
188:19,25 190:5
191:21 194:6,9
195:24 198:24
199:7 200:5,22
201:20 202:12
203:23,24 204:4
206:17,19 207:6
207:23 208:9,22
210:17,24 211:6
211:24 212:18
213:15,15,16,21
215:1,22 217:7
218:8 219:1,19
220:11 222:22
222:25 223:10
223:14,25
224:11 225:17
226:2,2,14
227:8,23 229:22
230:17 231:18
233:21 234:1
237:1 238:17
239:20 241:12
241:15 242:1,5
243:7 247:4
249:9,16 251:8
251:10,21



252:13 253:23
255:22 256:14
258:23 260:8,15
260:23 261:5,11
261:15,18,19,24
262:1,15 263:2
264:3,17,20,23
265:2,7,10,13
265:20 266:18
267:3,5,13
268:24 269:20
270:22 271:19
272:12,20 273:3
274:1,10,15
275:15 276:6,25
277:5 278:3
279:4 280:3
**Wrights** 110:23
**Wright's** 9:11
37:11 38:8 41:7
43:16 58:15
72:16 164:17
243:7 258:14
**write** 32:23 74:1
215:19
**write-ups** 47:7
**written** 19:25
76:4 138:12,17
**wrong** 96:17,19
140:14 149:2
254:10 263:8
**wrote** 73:16,20
96:25 200:23
229:14 274:13
**www.highsecur...**
157:22
**W&K** 1:6 15:15
16:5,6,8,9,17,18
16:22,22 17:1,7
17:21 18:5,6,8,9
18:13,13 21:11
21:13,15,19,19
21:22,24 32:5,6
32:8,16,21

33:11,12,14
34:1,4,13 35:3
37:4,5 48:5,21
49:18,24 51:1,5
51:7 62:21
78:11 113:20,21
115:9 150:1,16
150:20 159:9,11
162:6,18,22
163:3,6,11,25
164:6 165:12
167:17 168:19
173:21 174:11
174:16,23,24
175:2,4,19
176:14 177:2
180:4 185:17
188:16 196:23
248:2 249:12
**W&KIR** 129:8
**W&K's** 171:1,4
171:18

**X**

**X** 3:1 19:15 155:3

**Y**

**Yeah** 215:13,15
**year** 38:3,22 39:3
124:12 135:20
198:1 200:1
243:14 257:15
275:18
**years** 44:13 58:7
192:4,8,9
205:22 214:22
**yesterday** 5:7
92:13

**Z**

**Zealand** 219:13
**zero** 32:15 111:1
111:4 150:5,6,9
150:15 221:17
232:22,23

266:25 267:1
**zeros** 150:8
**zoom** 55:6 119:7
125:21 141:5,19
210:3 216:25
247:9 258:18
264:9
**Z16** 3:14 160:1,4

**$**

**$1** 36:20
**$1.5** 27:10
**$100** 246:8
**$12** 205:21
**$2.5** 38:3,22
**$4.5** 39:3
**$5-7** 8:23
**$55** 18:6,14

**0**

**000,000** 150:1,7
**00013376** 3:13
**00027325** 3:16
196:2,5
**00027396** 3:16
198:10,12
**00028003** 3:23
**00053141** 220:9
**00053142** 3:17
208:16,17
**00068665** 3:18
209:22,23
**00115520** 3:17
207:1,2 215:4
**00119167** 3:5
85:19,21 196:20
**01074241** 3:3
54:8,9
**01588064** 148:21
**01854320** 3:15
186:3,4
**08** 3:6 96:9

**1**

**1** 3:4 68:24 72:7

72:10 168:22
249:5,6 262:23
267:17 269:1,3
269:7
**1st** 73:19 97:18
100:6 168:16
**1,000** 20:4
**1,600** 20:5
**1.01** 114:12
**1.06** 229:23
**1.58** 91:22
**10** 68:16,18
158:14 258:15
**10th** 142:21
**10-20** 235:8
**100** 2:8 70:3
77:17,23 78:3
185:13
**100%** 47:5 165:6
174:10 181:12
**100,000** 132:2,16
132:21,25 133:4
133:25 137:18
137:19
**1000** 2:14
**11** 68:19 165:20
217:10
**11th** 127:18
209:21 211:9
217:13
**11.48** 121:1
**11.57** 121:7
**110,000** 266:14
**112094** 3:22
247:23,25
**11297** 114:10
**112977** 3:7 114:3
114:5
**112978** 114:10
**114** 3:7
**117** 3:7
**119** 3:8
**12** 68:17,19 69:12
69:14

**12.09** 4:4
**12.53** 97:19
**12.54** 96:24
**12:33:11** 116:9
**120** 22:18
**125** 3:8
**126** 3:9
**13th** 139:25
141:11 152:25
**135,100.10** 79:17
**13808** 3:23
251:11,13
**139** 3:9
**14** 68:14,15
195:15
**141** 3:10,10
**144** 3:11
**145** 3:11
**146** 3:12
**148** 3:12
**149** 3:13
**15** 195:15 264:3
**15th** 79:16 121:15
**15the** 121:11
**1500** 72:16
**153** 3:13
**1587950** 3:12
146:18,20
**1588028** 3:10
141:16,18
**1588062** 3:12
148:11,18
**1590093** 3:13
149:15,20
**1591420** 3:11
145:4,8
**16** 115:2 260:14
**16th** 121:20
**160** 3:14
**1616105** 3:11
144:7,11
**1674223** 3:22
247:6,8
**17the** 114:12



**173776** 152:19
**176** 3:14
**18** 1:14 212:23
    213:6 217:10
    278:8
**18th** 4:3 69:23
    206:25 207:24
    215:2 217:14
    218:10
**1854320** 186:15
**1854321** 3:14
    176:6,7
**186** 3:15
**19** 190:7 229:23
**19th** 190:15
**194** 3:15
**196** 3:16
**198** 3:16
**1996** 103:22
    109:18

―――――
**2**
**2** 3:4 72:23 99:2
    168:22 248:10
    248:15 249:5,6
    249:10 262:24
    267:17 269:1,3
    269:7
**2IC** 120:9
**2nd** 2:8 98:15
    196:4
**2.16am** 142:4
**2.29** 91:22
**20** 96:24 229:13
    234:16 235:11
    236:7
**20th** 208:14
**20-23** 1:18 4:6
**200** 2:4
**20014** 165:20
**2003** 103:24
**2006** 186:24
**2008** 102:4
**2009** 66:14 69:18

70:11 74:13,17
76:8,10 110:18
190:15 260:17
261:7,15
**2009/2010** 75:6
75:21 76:2
**2010** 70:16 74:13
74:17 77:11
110:18 248:7
261:7
**2011** 34:4 51:5
72:22 73:15,18
73:19 78:5
94:10 95:16
101:13 107:11
111:8 179:25
180:2 181:14,16
181:22 182:2,6
182:21,25 185:9
189:5 216:20
266:4 269:9
**2012** 35:17 70:18
72:18 94:10
116:16 119:14
183:25 260:14
269:10,23
**2013** 32:8 34:4
38:10 77:15
78:4 79:3,16
80:16 94:13
118:9 120:19
121:1,7,11,15
121:20 123:24
124:13 127:18
151:14 152:25
159:24 160:10
167:2 168:16
191:14 193:13
195:2 196:4
250:1
**2014** 69:23 71:25
74:9 89:11 94:7
94:9,11 96:24
97:19 98:6,11

98:15,20 99:2,6
100:6 113:1
114:12 115:2
124:3,17 142:21
142:21 206:25
207:25 208:14
208:24 209:21
211:9 212:23
213:6 215:2
217:13,14
220:15 224:12
269:10,24
**2015** 23:9 24:1
25:5 26:4,16
27:8 31:3,9
52:25 53:3,5
62:12,15,20
65:22 124:25
125:2 141:25
218:12,19,21,23
219:4,6 229:13
229:23 230:9
260:14
**2016** 27:8 31:4,10
54:4,15 235:6
236:10 243:6
**2017** 235:6 262:2
264:14 266:24
267:10 268:3
269:25 270:13
270:23,25 271:5
271:23
**2018** 183:22
**2019** 96:6 99:19
178:21 183:19
190:7 243:25
267:14 268:7
**2020** 1:14 4:3
177:20 178:19
183:12,16
254:21,23
257:20,23
258:15 278:8
**207** 3:17

**208** 3:17
**209** 3:18
**21** 170:6
**212** 3:18
**216** 3:19
**218** 3:19
**22** 54:15
**22208** 3:24
251:21,24
**224** 3:20
**225** 3:20
**225K** 75:9,11
**226** 3:21
**229** 3:21
**23** 167:20 168:14
168:18
**23rd** 86:5,23
223:12,24
**24** 230:9
**245,103.89** 79:4
**247** 3:22,22
**249** 3:23
**251** 3:23,24
**2525** 2:14
**256** 255:3
**258** 3:24
**262** 3:25
**27** 68:10,13
**276,268,599**
15:23
**278248** 224:10
**28th** 98:6 208:24
220:14
**2800** 2:8
**28003** 249:17

―――――
**3**
**3** 3:5 74:21,23
95:19 98:6,21
99:6 100:7
127:24 128:11
262:23 263:5,6
263:9,9 266:7,9
269:7

**3JD** 1:18 4:6
**3rd** 141:24,24
**3.41** 115:2
**3.50** 229:14
**30** 52:16 79:3
195:16,17
**30th** 159:23
160:10 169:24
**30-40** 195:18
**30-40,000** 195:17
**300,000** 101:9
118:16,21,23
122:22,23
**305** 2:5
**305-539-8400** 2:9
**305.445.2500**
2:15
**31** 215:5,6
**32** 140:18
**320,832.1** 119:24
**33** 44:12
**33131** 2:4,9
**33134** 2:14
**357-3861** 2:5
**36** 140:18 172:21
**37** 161:23
**37%** 36:15
**376** 3:24 258:14
258:17
**38** 161:24

―――――
**4**
**4** 98:11,20 99:6
158:19 167:2
269:7
**4-4-19** 3:6
**4.08** 158:19
**4.55** 193:25
**4/1/11** 186:9
**40** 195:16,17,20
**40K** 195:20
**40%** 11:24 12:1,7
**40,000** 195:18
**40-50** 272:24



**41** 3:8 119:1,4
214:6
**45457** 3:8 125:17
125:19
**45458** 126:11
**45461** 3:9 126:15
126:16
**46** 214:8,8
**46093** 3:7 117:17
117:21
**46098** 3:15 194:9
194:10
**46800** 3:21 229:3
229:7
**49** 161:2
**49.4** 8:17
**49.5** 8:19 11:6

**5**

**5** 269:7
**5th** 166:11
**5%** 117:11 118:3
**5.04** 193:25
**5.26** 230:9
**5.56** 230:15
**5/3/2015** 142:3
**50** 150:9 274:20
**50%** 168:22,23
169:3,9,19
**50-40** 173:20
**50/50** 168:25
**500%** 20:8
**500,000** 84:13,20
84:23 85:3,8
88:23
**51** 161:2
**51%** 162:4,5,9,18
162:25 163:2,6
163:9,10,22,25
164:5,18 165:2
165:9 167:17
168:2,5 169:2
169:18 174:23
174:24

**51%/49** 169:10
**51010** 3:9 139:17
139:19
**51013** 3:10 141:3
141:4
**51780** 3:3 67:11
67:13
**53141** 3:20 224:8
224:18
**54** 3:3
**5500** 2:4
**560317** 3:18,19
212:24,25
218:11,15
**561744** 3:6 95:9
95:11
**57864** 219:2
**59** 274:20

**6**

**6th** 166:13 170:5
171:25 172:3
**6,000** 20:7
**6.07** 230:15
**6.36** 252:11
**6.42** 98:15
**6.46** 252:11
**60.666** 169:10
**600,000** 139:6
**600-750,000**
131:18 135:15
**650,000** 274:2,10
**66%** 167:18
168:6
**66.7** 164:20,22
**67** 3:3
**68503** 3:21
226:15,17
**68505** 3:20
225:18,24
**68665** 3:19
216:20,24

**7**

**7** 186:24 218:19
219:4 262:2
**7th** 119:14 218:12
218:23 219:6
**7%** 12:13,25
13:14,23
**7.12** 272:10
**7.12.39** 190:7
**7.15** 272:10
**7.21** 277:12
**700** 133:24
**700,000** 135:17
139:5
**72** 3:4,4
**74** 3:5
**750** 139:9

**8**

**8** 96:5 224:12
**8th** 120:19 121:1
121:7
**800,000** 261:6
**821,000** 264:24
**825K** 75:12,23
**85** 3:5

**9**

**9.23** 98:11
**9:18-cv-80176-...**
1:3
**95** 3:6
**96** 3:6
**97** 214:7
**97481146384**
166:24
**99%** 222:11

