

**From:** Dave Kleiman
**Sent:** Wednesday, 16 January 2013 22:15 PM
**To:** 'Craig Wright'
**Subject:** RE: Divorce

I have the funds cleared in Liberty ten days back, all 5 mill. Your system is paid so no issues with losing access. I do wish you would tell me why you needed a super computer, but this is your thing, your business and I will stay out of it. The funds have cleared the debts in Panama so we can keep your systems going another six months.

You do know that the cash would be handy for what you are doing? I can have the guys here accept the BTC or even the Casino software as full payment if you like, not simply escrow. Just give me the word and we can sell the wallet. You have it back, but the offer stands open.

Even without the updates, the Panama guys will offer you 10M USD with my cut of course for handling it for the Sports Book and Casino software.

Craig, I do recommend that you stick with Coin-Exch for now. The idea of automated smart systems controlling money is not something many people will get and that fewer will applaud you for.

Dave.

**From:** Craig Wright [mailto:craig@▮▮▮▮▮▮]
**Sent:** Tuesday, 15 January 2013 9:15 PM
**To:** Craig Wright
**Subject:** RE: Divorce

All Ok.

Can you use any of the Strassan funds before I get the other to you?

If you are using Silk road to get people, then I cannot see why Liberty is an issue.

C

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Tuesday, 15 January 2013 09:15 PM
**To:** 'Craig S Wright'
**Subject:** RE: Divorce

I assume this is what you need?

I have the records in WK in a TC drive. Nothing comes out, but I have the SR user names if this is needed.
All good.

Are you happy with the cost analysis below?

Dave.

**From:** Craig S Wright [mailto:craigswright@acm.org]
**Sent:** Tuesday, 08 January 2013 11:57 PM
**To:** 'Dave Kleiman'
**Subject:** RE: Divorce

Well,
You know my shit. What do I make and tell them for costs? CoCoMoII?

Craig

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Tuesday, 08 January 2013 11:48 PM
**To:** 'Craig S Wright'
**Subject:** RE: Divorce

Craig, you sound like my ex wife ;)

I am good. My phones, drives and about everything else are encrypted and protected better than you are. Silk road is not all drugs you know. There is nothing that does me publically and all the holdings will be off shortly.

We need to arrange something soon. Things are a little tight. Nothing bad. I have been working in the Vet but the bills are coming up in USD and everyone does not share your sentiments. The bank likes repayments in paper.

I have used http://ilpubs.stanford.edu:8090/862/1/worth43.pdf

The company records have a breakdown, all is accounted.

You like maths, I have the following equation to calculate its worth: $T + R(H) + V + V(E)$, where:

T=The total costs involved for development
R=The hourly rate
H=Hours worked on the project
V=The value of a similar product plus an undetermined percentage based on the new product's uniqueness
E=A client's expected use and number of users

You want a system that can handle a million plus users. Well the simple view of this is, we have spent 350k BTC on this. Right now, this is all Bitcoin, and O/S through the trust, but the answer is the end cost.

We do need to talk about some real world use. I cannot spend all I need to live on using Bitcoin alone.

Dave

CONFIDENTIAL
DEF_00000042

"High achievement always takes place in the framework of high expectation."
Jack Kinder

**From:** Craig S Wright [mailto:craig@~~~~~~~~]
**Sent:** Tuesday, 08 January 2013 11:22 PM
**To:** 'Dave Kleiman'
**Subject:** RE: Divorce

Hey,
Do you have any other people who can move this Wipe project forward/

Jens seems to want to get a lot for nothing, I do not mind the work and the [paper, but I do not want to do commercial research for nix.

Speaking of that, are we all good with the values and the contract? I know you have been paying people from Bitcoin in your own wallet, is this enough to account for it all? It has been a shitload of work.

https://silkroadvb5piz3r.onion.to/ ?

I know there are those who will code there for BTC, and I know Tor is private, but do I need to lecture you?

CSW


From: Dave Kleiman
Sent: Friday, 7 September 2012 9:45 PM
To: 'Craig Wright'
Subject: Re: Divorce

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

My good sir,
So, we are in agreement.

You have the various BAA projects and I can keep all of the bitcoin I have sent to Panama.

You set the exchange up in Australia and I get 10% of the company to be issued as 80/20 between myself and my father when it is running.

It is confirmed that I have B 320,832.1 and change. As agreed, I will not tell you who the others I have used here in the US are. We will exchange soon. You know this is a great opportunity for you to come over with that lady of yours and to see me. It needs to be soon. Too long.

Respectfully,
Dave Kleiman - http://www.ComputerForensicsLLC.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.20 (MingW32)

iQGcBAEBAgAGBQJTFp5cAAoJEAQV5sviP8wtY4EMAMQBtlUsrbQsdVpwISgdBa0u
OpWsHWxwnWDakbZoP/5nzKSJmbZUXu+4p4AhYAlJ+sbGPDLTEMoH1R/hjhFO73C8
83BnP9nxAArY5caG0iYHAvfQHJ5vL7227Ab3BzulKLLj6LHcc8d0yrt1N8d10iEv
O/6Gvrh89wmYZoMmO0164sZXCPtCzz58Up0boIhEr4J1fZlqeNxYeUsCbgB7C107
otGCP1o1Twm7FTzLUE+Oaow9m8C93XbUrw7cCn2s/y2UzHRdT4NxB19ezr0LbAha
A4pMbZgInkr5ZLcA+lBpOifcq4yTHlYBP8p4LGjRGTMt1+qb2WLrhdadmzuqljAJ
uvOtxrAYuYw0gd+HLAkUblmjvCMNmysi2X09AzHNSVmKYA6Tr3Jp/hKQLT2H7RY/
G7ecMFpzd3UG+vo7AeMUwuTj1/yYEyCqAQLhjRxcUYDqHwi2OASMELIzE6c3qs+F
NgeXGcPfxJAD29NUMU1/AtVNbpxyYGik6Fdh3eddQA==
=Kdea
-----END PGP SIGNATURE-----

CONFIDENTIAL

DEF_00000044

**EXHIBIT**
**Defense 45457**

From: Craig S Wright
Sent: Saturday, October 12, 2013 4:47 AM
To: 'Italia, Mark'
CC: Jamie Wilson; 'Hardy, Michael'; Ramona Watts
Subject: RE: Notification of audit ABN 48 164 068 348
Attachments: Letter to ATO 11-10-13.pdf; 20131011145721820.pdf; abg_13_05_12_financial_31_mar_2013.pdf; abg_13_05_12_financial_31_mar_2013.pdf

Hello Mark,
More information will follow as promised later next week.
Attached you will see a letter in support from one of our suppliers, Rubik. The agreement to use this is from the MD of Rubik under the condition "As agreed you may use this as a confidential letter to the ATO on the basis it remains a non-public document." We are not ready to go to market nor to issue a press release on the products as yet, but will be in the next couple months.
I have also attached a Stat Dec from our solicitors validating the control of a number of Bitcoin based addresses. You can validate the amounts held in these publically. For instance at:
http://blockexplorer.com/address/1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a
With a holding in excess of 111,114 BTC the above address we have confirmed control of is valued on market at $AU 16,444,960.83 (See
http://www.xe.com/currencyconverter/convert/?Amount=1&From=XBT&To=AUD). I have signed an agreement to escrow this Bitcoin deposit in support of ongoing contracts the company has with Modulus Financial Software, Rubik Technology Limited and Dallah.
The Stat Dec can be confirmed. The details of our solicitor are:
Stephen D'Emilio
Director
Commercial Litigation
FD Commercial Lawyers
Level 3, 2 Bligh Street, Sydney NSW 2000 Direct dial: +61 2 9221 7289| Fax: +61 2 9221 8601
Mobile: 0412 548 791
I will follow this with transaction details early next week showing transfers of Bitcoin in August. Again, this information is pseudo-anonymous. That is, the information is actually public but is hidden as it is tied to a hash value that is the address. This both acts as proof of a transaction as well as a general ledger in effect. Knowing the addresses, the ATO can track and monitor all transactions. These are for amounts in excess of $5million Au for software and hardware purchases. These are large and unusual amounts, but as you can see for the supporting letter from Rubik, we are doing something new in the industry in building a Core Banking platform.
I will for the contracts from Dallah Group, who are providing platforms for Core Islamic Banking (so we can enter the Indian and Middle Eastern Markets) early next week. To this, I will attach a letter of support from H.E Sheikh Saleh Abdullah Kamel, Chairman And Founder Dallah Group of Companies. I have attached the interim financials for this group who are supporting us and helping supply microfinance software.
Modulus are developing software for us to enable FOR-EX (foreign exchange) and other forms of trading (such as a stock exchange).
As you can see from the link below, core banking is not a cheap exercise:
http://www.zdnet.com/commbank-promises-more-tech-innovation-7000019537-
"The CommBank group's IT costs for the 2013 year include: AU$439 million for applications, AU$236 million for data processing, AU$100 million for desktops, AU$202 million for communications, AU$245 million for software amortisation, and AU$77 million for IT equipment depreciation."
Jamie or myself will send you details of what this is providing during the week as week.
Once we have this to you, please feel free to ask us for anything more. We are more than happy to supply this information to you. We go "live" next year. Right now we are remaining somewhat secret, but as I hope you can see from the supporting letters and other information that we are sending you, this is a serious business concern.
The contract with Rubik and others is for a system that will support 1,000,000 clients in June 30 next year.

Regards,

Dr. Craig S Wright GSE LLM
Chief Executive Officer
Hotwire Preemptive Intelligence (Group)
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com


Hotwire PE
Hotwiring the World

From: Italia, Mark [mailto:Mark.Italia@ato.gov.au]
Sent: Wednesday, 9 October 2013 2:14 PM
To: Craig S Wright
Subject: Notification of audit ABN 48 164 068 348

Hi Craig,

Please refer to our notification to retain refund letter.

<<Notify - refund retained.pdf>>

Regards

**Mark Italia**
Indirect Tax | Refund Integrity
Australian Taxation Office
Phone 03 9275 4243

ATO Centenary | *Working for all Australians*

```
**************************************************************************
IMPORTANT
  The information transmitted is for the use of the intended
recipient only and may contain confidential and/or legally
privileged material. Any review, re-transmission, disclosure,
dissemination or other use of, or taking of any action in
reliance upon, this information by persons or entities other
than the intended recipient is prohibited and may result in
severe penalties. If you have received this e-mail in error
please notify the Privacy Hotline of the Australian Taxation
Office, telephone 13 2869 and delete all copies of this
transmission together with any attachments.
**************************************************************************
```

CONFIDENTIAL

DEF_00045458

**EXHIBIT**
Defense 45461

## Statutory Declaration
OATHS ACT 1900, NSW, EIGHTH SCHEDULE

I, Stephen D'Emilio, of Level 3, 2 Bligh Street, Sydney, in the State of New South Wales, Solicitor, do solemnly and sincerely declare that:

1. I am the solicitor acting for Mr Craig Wright and Hotwire Pre-emptive Intelligence Pty Ltd.

2. On 11 October 2013, Mr Wright came into my office and showed me his HTC mobile phone (**Wright mobile**).

3. On the screen of the Wright mobile, I viewed and verified the following Bitcoin wallet addresses:

    (i)   1JzzLXxuwn45S9HvBqAhkhWa3GhyG3zm64;
    (ii)  168Rc6wJdL4chWhEUQwyywi4sHub6erf2s;
    (iii) 1FeexV6bAHb8ybZjqQMjJrcCrHGW9sb6uF;
    (iv)  1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a; and
    (v)   16cou7Ht6WjTzuFyDBnht9hmvXytg6XdVT (**Bitcoin wallet addresses**).

4. I viewed the Bitcoin wallet addresses by scrolling down the screen on the Wright mobile.

5. It appeared to me that if Mr Wright wanted to, he could control all of, and make transactions in, the Bitcoin wallet addresses.

6. I make this solemn declaration conscientiously believing the same to be true and by virtue of the provisions of the *Oaths Act 1900*.

Declared at Sydney on 11 October 2013

Stephen D'Emilio

in the presence of an authorised witness, who states:

I, Adrian Fong, a solicitor certify the following matters concerning the making of this statutory declaration by the person who made it:

1

    (i)    I saw the face of the person;

    (ii)    I have known the person for at least 12 months.

_____
Adrian Fong

11 October 2013

2

CONFIDENTIAL

DEF_00045462

**EXHIBIT**
**Defense 51010**

 HIGHSECURED.com

### Invoice

Invoice: 00649395
Date: 10-March-2014

00649395

| Signia | Account Contact Details |
|---|---|
| From: Clayton, Ciudad del Saber, Pullen Street, Panama City, Panama | Acc Mgr:<br>Email: internationalservices@HighSecured.com<br>Tel: 507.832.7667  Fax: 507.303.09768<br>Web: www.highsecured.com |

| Invoice To | | Ship To | |
|---|---|---|---|
| Attn: Craig Wright  Code: DEMORGAN | | Attn: Craig Wright  Code: ESIGNIA SER | |
| To: DEMORGAN<br>502 / Lvl 5<br>32 Delhi Rd<br>North Ryde NSW 2072 | | Ship: DEMORGAN<br>502 / Lvl 5<br>32 Delhi Rd<br>North Ryde NSW 2072 | |
| Tel: 61417683914 | Fax: | Tel: | Fax: |
| Order: 00310233 | Order Date: 08-Mar-2014 | Ship Via:<br>Ship Ref: 1Z0012696651 | |

The following Sales(s) have been provisioned
to:* **Sale# 1124855**   **Item** Contract 1566   Sale
**Invoice Desc:**   Signia Order 5031233

| Code | Description | Ordered | Supplied | Price | Subtotal |
|---|---|---|---|---|---|
| 011.180.1001 | IaaS agreement 2013 - 2014 | 32.000 | 32.000 | 0.46875 | 15.000 |
| 011.180.1002 | IaaS agreement 2014 - 2015 | 32.000 | 32.000 | 0.46875 | 15.000 |
| 011.180.0004 | IaaS agreement 2015 - 2016 | 32.000 | 32.000 | 0.46875 | 15.000 |
| 011.180.0005 | IaaS agreement 2016 - 2017 | 32.000 | 32.000 | 0.46875 | 15.000 |
| F.PRXP\MO | 32,000 Xenon Phi | | | | |

Sale Total   **XBT 60.000**

Your payment reference #   2149395
XBT Deposit: 1HR42TZ27gSAQUiLEyT7bVThqi5ZbadVie
GHash.IO

| Total | 60.000 |
|---|---|
| Amount Paid | 60.000 |
| Balance Due | $0.00 |
| Pay By | Paid |

00649395



TERMS & CONDITIONS OF SALE

IaaS is a pure core and does not include OS and application support.

RETURNS:
We will only accept returns when the following conditions are met: -
1.Transaction fee included in total
2. "Change of Mind" REFUNDS:
i. Only within 14 DAYS of purchase.
ii.Only when the prepayment is concerned
iii.Only in XBT with a 15% setup fee applied.
iv. WILL ATTRACT A 17.5% RESTOCKING FEE.
v.Configuration and support costs will not be refunded.

NOTE: 30.000 system core availability at 99.9999

*Errors & omissions excluded

Terms: Prepay

| Payments Applied | Date | Comment | Amount |
|---|---|---|---|
| BitPay | 10/03/2014 | 5031233 by BTC  for XBT 60.000 on 09/03/2014 @ 23:33 | 60.000 |
| | | Pay to:<br>1HR42TZ27gSAQUiLEyT7bVThqi5ZbadVie | |

Powered by
bitcoin

InvoiceSale

Page 1 of 1

# Bitcoin Address

## Summary

| | |
|---|---|
| Address | 1HR42TZ27gSAQUiLEyT7bVThqi5ZbadVie |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

## Transactions

| | |
|---|---|
| No. Transactions | 2 |
| Total Received | 60,000 BTC |
| Final Balance | 0 BTC |

Request Payment | Donation Button



## Transactions                                                    Filter

1d1564a6beb8a4ca91ff88dc91946e21528b8581c704...                    2014-03-09 23:25:28

1DxQdDV6LPjoimiM9MpBBckQKAeeodmKDE    (Spent)
15wJARB79G6WMeLbfy8W2nKX8EdeS32DTA    (Spent)

                                                                   60,000 BTC

79a11206fd96a1813655df86305c5e9b8a31e6c0adf4 ...                   2014-03-09 23:09:10

1K191X5eVSRzeecaPQYGgTAbB7NTbqxDTJ    (Spent)
1HR4TZ27gSAQUiLEyT7bVThqi5...         (Spent)

CONFIDENTIAL                                                                              DEF_00051011



**HIGHSECURED.com**
COMPLETE OFFSHORE SOLUTIONS

Clayton, Ciudad ded Saber,
Pullen Street
Panama City
Republic of Panama

**EXHIBIT**
Defense 51013

## Invoice #00701208

Invoice Date: 25th May 2015
Due Date: 29th May 2015

**Invoiced To**
Panopticrypt Pty Ltd c/o
DeMorgan (Wright Family Trust)
ATTN: Ramona Watts
43 St Johns Ave
Gordon, New South Wales, 2072
Australia

| Description | Total |
|---|---|
| Amended contract as per Clayton Utz (24 months continued service) | XBT.68.000,00 |
| Sub Total | XBT.68.000,00 |
| Credit | XBT.0,00 |
| Total | XBT.68.000,00 |

## Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| 25th May 2015 | Mail In Payment | | XBT.68.000,00 |
| | | Balance | XBT.0,00 |

PDF Generated on 26th May 2015

**EXHIBIT**

**Defense 1588028**

| | |
|---|---|
| From: | HighSecured [info@highsecured.com] |
| Sent: | 5/3/2015 2:16:22 AM |
| To: | asommer@claytonutz.com |
| CC: | Craig S Wright [craig.wright@hotwirepe.com]; Ramona Watts [ramona.watts@hotwirepe.com] |
| Subject: | Privilege Asserted |

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1
```

Hello Mr Sommer,
We have obliged by sending an email to one of the government people on the list Dr. Wright supplied us. Our understanding is that this person was in charge of the engagement. Please note, we will not reply to this individual even having sent the prior email.

We hence believe we have confirmed contact with Dr. Wright.

It is acknowledged that DeMorgan provided for the payment of invoice #00649395 being the sum of 60,000 BTC. This payment was completed on 03/10/2014 with payment reference # 1124855 and contract 1566. We would prefer that a copy of the full contract is not supplied to your government officials if this has not already occurred. We will send a verification using SHA 256 of this file to you if the acknowledgement of the invoice is not sufficient.

The 60,000 BTC was receipted into the address 1HR42TZ27gSAQUiLEyT7bVThqi5ZbadVie as full consideration for the invoice 00649395 dated 03/10/14.

This invoice was for:
011.180.1001   IaaS agreement 2013-2014
011.180.1002   IaaS agreement 2014-2015
011.180.1004   IaaS agreement 2015-2016
011.180.1005   IaaS agreement 2016-2017

The order was guaranteed by Signia under order 5031233 dated 03/08/2014.

Please inform us if you require further information in order to confirm the contract?

Dr. Wright has used a company, DeMorgan Ltd in Panama for the negotiations of this agreement.

The system was available to Dr. Wright in late April 2014. Dr. Wright is currently in the process of negotiating for maintenance of this system with us, but at the time of the agreement this was a bare metal IaaS contract for the Xeon Phi hosts and supporting infrastructure.

It is again asserted that we do not wish to deal directly with any official or representative of your government.

Regards,
Ritzela De Gracia / HighSecured

```
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQGcBAEBAgAGBQJVRYKUAAoJEPECLOsLoRCyUNAL/iR9yRDCSGB6bMobc/sZxKhi
5cGGdJw1/NmddjlhB1NWbB/APMtwspy/cbB4BjICi3kgjhhTBj+LGYMAlmxXvjqt
sChNeXqMGCa+Yc/gX5C66ntkvEGjAeJ468sRlkIlk2K1+2PX4Y3kvsx9oGd2OXGS
SCOOeOzRI1FpZA2Ae/GgOYQWzfhOvEcBo9/ZYiEpTDVkR1P9pgxRbceazAyf+kGo
83jG1MjU2EEK8POiBvyBcYpDCQw387WseP9V1NYIrolp33AlglK2HnxU0xkigiN9
xvcuhXN/raU7sOl1mjIOOZSvNYRtCGcqR7KdMnu/XLw6aMzChkkCvV79PNDdqElr
VHOE/+ATa8ekTqLnSsllne8+Wo1pBAzYyveE6HU02iFs263mPOJG5uOOvhiO4m8O
7AuR230dMFxkHckqfolhh2K+8PWc6oTA5RaO2RDZqqPu971pAb+Up5EBwXsbbbTi
5Uj+SilIGTd+AMufBM/9KdVBZ6HVkYESQFk9Fnzurg==
=zEQL
-----END PGP SIGNATURE-----
```

**EXHIBIT**

**Defense 1616105**

| | |
|---|---|
| From: | Ritzela De Gracia [Ritzela De Gracia <ritzela@highsecured.net>] |
| Sent: | 4/28/2015 12:02:40 AM |
| To: | Andrew Sommer <asommer@claytonutz.com>; Heydon Miller <hdmiller@level22.com.au>; Ramona Watts |
| CC: | Craig S Wright |
| Subject: | Email contact |

Hello,

As noted, all further emails will be encrypted. My key is available from the MIT server for verification. This message is not signed, but all future communications will be.

https://pgp.mit.edu/pks/lookup?search=ritzela%40highsecured.net&op=index

A whois history search will show that I have been acting as the domain contact from February 2008. As such, I believe I hold sufficient history with our company to satisfy Dr Wrights needs in verification.

I will confirm the contract for Dr Wright. We will confirm delivery of the services. We will not discuss these unless the communication is encrypted.

Dr Wright has provided your contacts as his representative. Any communications with a government authority will be through Dr Wright's legal advisers and is to be considered privileged and only for use in the existing matter.

We will:

- Confirm the contract

- Confirm payment

- Confirm the receipt of the Bitcoin as payment

- Confirm the involvement of DeMorgan Ltd in Panama

- Confirm the dates and delivery of the services

Stuart Greatbanks has been with HighSecured for over a decade. He will respond by email if this is required. He will respond to a single email and no further.

Thank you,

Ritzela De Gracia

-----BEGIN PGP PUBLIC KEY BLOCK-----
Version: GnuPG v2

mQGNBEwnxP0BDACU9gVybVK1MbDiSv6HxMFuUUuZZcDrmmqKsu1tpQaf3MyLBN77
lHFlp0z1v65f6EPz+lbxDlA2Ga4xrx5zwcT1qViIunP6tIlDDDbZyH1QZUFPzQoI
0wp9NustgcSiJiH14hD6aTI9oCRMNu++owi1Q3s/Mctjauxej1jt2OvNhqwbtPqM
R6HctkzAsQXT8eCNBk2piAC6lKr08WYTirLL8M5JNSVCqONwjxDOxFvHnGHGwOib
820eefuQ3pP7UiShscQE+iIrbWkvwAEA7uaSXwAfrgkGo/cJDaxCN8kAxt/4GHBM

```
7ms8xWLKzMiYvp2WtyYvq6XJH9W5DW0z2T3N5sxrhbGvWI3bQkn3iGBmcZcQIrP1
uSJbR3+yiDt6B9q5JfraP7Y41UGs6eYbnv2frFW36GYuzGgaF+QSBZoUShFfAXl3
atzAnipCDBIcVbwEndwPxuj6fGoMxh3FO1ZH74ClxkV2f7/kAj+jZV6GGhmKrXB5
qnXclhTbXBnAfnUAEQEAAbSLUml0emVsYSBEZSBHcmFjaWEgKFNpbmNlIDIwMDQg
SGlnaCBTZWN1cmVkGFzIGRldmVsb3BlZCBhIHJlcHV0YXRpb24gZm9yIHByb3Zp
ZGluZyB0aGUgYmVzdCBpbiBvZmZzaG9yZSBob3N0aW5nLikgPHJpdHplbGFAaGln
aHNlY3VyZWQubmV0PokBuQQTAQIAIwUCTCfE/QIbAwcLCQgHAwIBBhUIAgkKCwQW
AgMBAh4BAheAAAoJEPECLOsLoRCy5bgL/RzRm8yotpVjPIjUyPqqs1FZ1wla4Wh7
abmRXZlwlkb4Hn2+jpm1F1yB9QF+9PiBLKChDtJsGSFEeMyW+rnk4t3l8ntYouYX
vqN7AO0lRqZseNMTV64ibE7H/FZ5jEltD1dKvL2EsIUh8SIkcXWye4WorP3rmUQ3
gTcBdJMGgU0f/6eR4bMvk83G/bJOsqYSqMo5YopuZPMocv+ZsmNeITaffnkfECRM
s+GKEhdFXm5O/5SVCRzszDQa2msmcfbBjcvD84SsUvAp+P1n6JrVDbxExZ9Gejy8
X7l34CXv2gUvev6hJgElUM3lRXQdOO8y1ecXCyXqi3Ung5zHwrSzjllaa0LTOwjN
XuUyzkgDGxQfiMkLNNrlTJG8ZCDBy70JOkHDmzQVa8G/ylwDqN0ahZM6uvp0T4OT
A3WJIuFIDgdVzDJVwhVIdLVqdaCUYe3aTb9ShgM1MZSDO/GhhAW7l9LaeZg/36By
FUT3P8orjF2XZuQuaft5lzd7Cc3tmPZii7kBjQRMJ8T9AQwArFjVQ9HUCRmj5XyD
QhgvwRKrthkU3lF7ZxFC3gLWLSd/hTJtShRq9lgo6I48KpL29iexy9x8i6kAvSpH
hJVQPYbyExtCfJ1RSocjyiQhRRDpKexu73RxWnEFSHtzitkPojAa6Yyejlqy6GHU
XfhxXuoSWXM71vseijmQekRfduv+tKPyJosOHoXjr9gWtkU8mvRM6otiVhi5Ihvs
QDPLMOieKgB0tvAWjh6s9KFBQVUepiFd1S+1Wm4rpV7WYc5IUZjgz2rVZWl//rTa
xW2jxN50KWcre21byskyLDSD6jeq2Q+El240KGnNuLDCGeMFbYebPNbDNeHwOAGg
dAfc68N0FeTbauGAVxQ49VvomK0cmoSlEbdfuBzndnMo7rICBbVxkD5EGND+7I24
GpCq5RJM4rAWs0Upt+o3bysz1AcaceW5LaCGeHN0VcWizrMhXFSmGfb7Cxlnr0f9
8mPBpaA7MN5E6SSt4ZHftheqyHVQgzT69hlVCvR/oxJBo8P7ABEBAAGJAZ8EGAEC
AAkFAkwnxP0CGwwACgkQ8QIs6wuhELIb0Av8DOq77ZOVyfQ5ku4l0rvW1n4W+bXm
1AVvSLNiwh1Uw5EqSiEvWUjoOsiUDhWXTpft4i9HuYVoucL1CWZzs+fwIW4BTn1+
WGQgyjTOaDkkpDd2e51NfwhOZY2N79PDryDIb6MOOwScivCbc2jS2C6wZT8Lt5T7
QmbNsZGYxQIRr+CuJ/FFq8t+64XP2wFkr0Vcfzf6F60BCft4JuAuYDAksgr3RBkV
GAtXnFHh+XOE3C2kWq39TzRqOnb7A5MgBfeM886dLcFLg8UYldw2pCPOPvQz4SnO
SD5sMy7mG14+QQoq8aZyomvRrieRK74weJC6fMWG9x3M6ow476Wg+fE4RDpzbcNs
S56tyzM+x9D0vKogegXsQx2zDXjV22X41cYUyzwYzdqVckJC89Dt/Ls4v0R3IWgm
DHdCBAzq4OoLWOhNsAEPF4e7XFuiLazujDkhnOnpfWPkqdWgT110a60bNy38+ecT
ChFlV13Y+BL6aSDN9/FOxxW4GoKoGxsCAi5z
=bFGQ
-----END PGP PUBLIC KEY BLOCK-----
```

CONFIDENTIAL                                                                                          DEF_01616106

EXHIBIT
Defense 1591420

| | |
|---|---|
| From: | Ritzela De Gracia [ritzela@highsecured.net] |
| Sent: | 4/28/2015 1:10:23 AM |
| To: | Craig S Wright [craig.wright@hotwirepe.com]; Ramona Watts [ramona.watts@hotwirepe.com]; Heydon Miller [hdmiller@level22.com.au]; Andrew Sommer [asommer@claytonutz.com] |
| Subject: | Bitmessage |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Hello,

We formally acknowledge that the Bit-message address following is associated with HighSecure.

BM-2cWjjZt7JKvnszN458cEiPi6XdkFrNL7E3

We noted that this is a corporate address and this does not reflect the individual using the address at any particular time.

We further note that this information is offered under privilege and all rights are maintained and asserted.

We will not validate this information further nor will we respond to queries on this matter again. This signature is the only correspondence to this effect we shall offer.

Thank you,

Ritzela De Gracia

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQGcBAEBAgAGBQJVPt26AAoJEPECLOsLoRCyHswMAIcKXyThDP0GY2YDfNlNUnZh
Labg6qDnwxQewgbUlSLqqFRsnJ4p4cvBFGXwIlZ9K9p1b0Ht70YMpj1ff1UBiDTk
WlRkHjC9W4FgmIBjgtj5gbI+WvjkV2hPxIldVjTQO/Y4ukeTs7Qwj2bPBi8/j6dI
EM4nqtE19M/RGMSMezDjr3A0eo2hjBg4uEsOcoa4Pxq+jRQ+EbOM1iYYmuh7fkWY
1DxmHFEp2C1eJ1xJH9YZAK0+xYXN8LOw7iZSBUe857/kpTszPs7E/sjKhRm3l/YX
ntufpjXeNlkd7795huagqIc/M+KgSgmcq3Q4kQTxztDnGp7tBEsbOToNl7k3eada
jnFz3Ns+R2MMlNWMVpevqfNQFMIHKK5FH4pSjdtZP2I1qH2TkoG4n8VQnnWVsd/s
e/J7DIrNT/d9k0+8BKr0+kPqDHmSVsWfKsbew2O8u6TrntXiUaP/fhhFDzgjflZT
9NTz8k0RO1QuWZ0xqpUXjpsyxUgCgfifMm6E/KnVhg==
=N8U6
-----END PGP SIGNATURE-----

**EXHIBIT**
Defense 1587950

| | |
|---|---|
| From: | HighSecured [info@highsecured.com] |
| Sent: | 5/3/2015 1:41:00 AM |
| To: | asommer@claytonutz.com |
| CC: | Craig S Wright [craig.wright@hotwirepe.com]; Ramona Watts [ramona.watts@hotwirepe.com]; Arna.Synnot@ato.gov.au |
| Subject: | Privilege Asserted |

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Hello Mr Sommer,
We will not send any further replies to your government other than through yourself.

This email is sent to yourself and to one of the government personal we have been informed of. No further
communications will follow outside of those through you.

We will send one email to you that you may forward to the required parties under the provision that this
communication is used solely for the validation of the services offers to Dr. Craig Stephen Wright from
our company.

We formally acknowledge that the Bit-message address following is associated with HighSecured.

BM-2cWjjZt7JKvnszN458cEiPi6XdkFrNL7E3

We noted that this is a corporate address and this does not reflect the individual using the address at
any particular time.

We further note that this information is offered under privilege and all rights are maintained and
asserted.

An email will be sent to Mr Sommer later today. In this email we will verify the contract. This will be
through the sending of a SHA256 hash that can be used to validate the contract have not been altered.

We will confirm payment and the Bitcoin received. These addresses are privileged.

This email and the following one verifying the contract and consideration are the only two we authorise
to be shared and we limit the use these are allowed. We maintain and assert all rights on these
correspondences.

Regards,
HighSecured
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2

iQGcBAEBAgAGBQJVRXuhAAoJEPECLOsLoRCyf+YL/1pFYyuHvegUuieaTLp6Fypm
sHvVq1syAXUEXZ4vv1+SLEMIwxCYTfFnqRnoZQgiaiQ3jBOiSprlzo5zMEThSp5s
RqsAGaZ3LUnnWw+KkG5oHgdVWywc7dMjCtCbhFz46Y2zmC2DWfVKpXMtkYib/Yck
pShX11iEHYqIVVoU5JvEjjnXvsy0YlTCJaWRl/gglrjv3QGlZvNBvbsQpvRYHGiA
rlQ9GZmdvguSXAUXv0N0XNH1ieDwDyt6NWavkIKO/kikzucy2Imhe2Q/H/HMNeg3
+cMonxAkD3hp6O1b2P2ZLJdmSwdyYl7pCRzhWkTz6QmNpAJWCn1PPyJm0Iq4Z+sk
AwiStU7fnuFwGz+k0wieskmRpTdrJ8Kbxzk0dbQsSorAvrH+wGoGI4ma0TtCSN5Z
+BneIZuOITOtDpqtUARIaK5Tg1htDQKkHx4FNM09TufeWgincmhs/4CgK54gB3zU
cHIpp062PMHWSlOPitHkNKXcwgjEyE1jo9762jYswg==
=NxBb
-----END PGP SIGNATURE-----
```

EXHIBIT
Defense 1588062

| | |
|---|---|
| From: | Ritzela De Gracia [ritzela@highsecured.net] |
| Sent: | 5/30/2015 5:50:27 AM |
| To: | Sommer, Andrew [asommer@claytonutz.com] |
| CC: | Accounts [accounts@hotwirepe.com]; Craig S Wright [craig.wright@hotwirepe.com] |
| Subject: | Letter |
| Attachments: | Highsecured -DR.txt; Highsecured 2.txt.sig; Highsecured -DR.txt.sig; Highsecured.txt; Highsecured.txt.sig; Highsecured 2.txt |

Mr Sommer,

Please find our letter.

We have attached it, forwarded and sent it in many formats. I am sure you will be able to interpret one. If not Dr Wright has a use here as well.

Rizela

> On May 26, 2015 at 6:35 AM "Sommer, Andrew" <asommer@claytonutz.com> wrote:
>
>
> Dear HighSecured
>
> We will take this up with our contacts at the ATO.
>
> Unfortunately, whilst we can request they desist, we cannot control their actions.
>
> We hope you understand our limitations in this regard.
>
> Regards
>
>
> Andrew Sommer, Partner
> Clayton Utz
> Level 15, 1 Bligh Street, Sydney NSW 2000 Australia | D +612 9353 4837 | F +612 8220 6700 | M +614 11 721 286 |
> asommer@claytonutz.com | www.claytonutz.com <http://www.claytonutz.com/>
>
>
>
> On 26/05/2015 11:03 am, "HighSecured" <d.rockwell@highsecured.com> wrote:
>
>>
>> Hello,
>> We appoligise for the errors, we have been having a number of probes to the emails we shared addresses with.

```
>
>The range of addresses we have been probed by is 180.149.192.0/16.
>
>As can be seen from the link below, this appears to be a range owned by the Australian
authorities.
>https://www.robtex.org/en/advisory/dns/au/gov/ato/ns1g/
>
>We are leaving some of the mail forwarders disabled. We have expressly requested that we are
not contacted other than under the arrangement we set with Dr Wright. This is a breach in our
view of that arrangement from your authorities.
>
>We respectfully request that your authorities respect International Cybercrime Laws and do not
attempt to access our systems again. We will no respond to their requests.
>
>This unwarranted attack on our systems has been recorded.
>
>We cannot condone this oppresive action from your government. We request that you ensure
they stop this action immediately.
>
>Regards,
>D Rockwell
>
>-----BEGIN PGP SIGNED MESSAGE-----
>Hash: SHA256
>
>Hello,
>We appoligise for the errors, we have been having a number of probes to the emails we shared
addresses with.
>
>The range of addresses we have been probed by is 180.149.192.0/16.
>
>As can be seen from the link below, this appears to be a range owned by the Australian
authorities.
>https://www.robtex.org/en/advisory/dns/au/gov/ato/ns1g/
>
>We are leaving some of the mail forwarders disabled. We have expressly requested that we are
not contacted other than under the arrangement we set with Dr Wright. This is a breach in our
view of that arrangement from your authorities.
>
>We respectfully request that your authorities respect International Cybercrime Laws and do not
attempt to access our systems
>again. We will no respond to their requests.
>
>This unwarranted attack on our systems has been recorded.
>
>We cannot condone this oppresive action from your government. We request that you ensure
they stop this action immediately.
>
>Regards,
>D Rockwell
>-----BEGIN PGP SIGNATURE-----
>Version: GnuPG v2
```

CONFIDENTIAL

DEF_01588063

```
>
>iF4EAREIAAYFAlVjxWYACgkQA9q5oG7eN5bJFQD/VTV5842QODjQzZcyRet/YoxO
>vqnGWJzxtwARlKBAU7kA/jt6amPWQzSZVRUs83QpeGmnboaFgr7TpUFvhqc3Fdt1
>=2PTL
>-----END PGP SIGNATURE-----
>
>
>
```

CONFIDENTIAL

DEF_01588064