## AUSCRIPT AUSTRALASIA PTY LIMITED
ABN 72 110 028 825

## AUSCRIPT
FASTER, BETTER EVIDENCE DELIVERY SINCE 1921

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003
**T:** 1800 AUSCRIPT (1800 287 274)    **F:** 1300 739 037
**E:** clientservices@auscript.com.au    **W:** www.auscript.com.au

## TRANSCRIPT OF PROCEEDINGS

### TRANSCRIPT SENSITIVE

O/N H-429401

## AUSTRALIAN TAXATION OFFICE

## RECORD OF INTERVIEW

**INTERVIEWER:**    **GREG O'MAHONEY**

**INTERVIEWEE:**    **CRAIG Wright**

**CONDUCTED AT:**    **ATO OFFICE**

**DATE:**    **11 AUGUST 2014**

**TIME:**

## TRANSCRIBED BUT NOT RECORDED BY
## AUSCRIPT AUSTRALASIA PTY LIMITED

Wright 11.08.14

Transcript Sensitive

CONFIDENTIAL

**AUSCRIPT AUSTRALASIA PTY LIMITED**
ABN 72 110 028 825

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003
**T:** 1800 AUSCRIPT (1800 287 274)    **F:** 1300 739 037
**E:** clientservices@auscript.com.au    **W:** www.auscript.com.au

## AUSCRIPT

### FASTER, BETTER EVIDENCE DELIVERY SINCE 1921

## TRANSCRIPT OF PROCEEDINGS

TRANSCRIPT SENSITIVE

O/N H-431147

### AUSTRALIAN TAXATION OFFICE

### RECORD OF INTERVIEW

| | |
|---|---|
| **INTERVIEWER:** | **GREG O'MAHONEY** |
| **INTERVIEWEE:** | **CRAIG WRIGHT** |
| **ALSO PRESENT:** | **ANDREW SOMMERS** |
| **CONDUCTED AT:** | **ATO OFFICE** |
| **DATE:** | **MONDAY, 18 AUGUST 2014** |
| **TIME:** | **4.31 PM** |

### TRANSCRIBED BUT NOT RECORDED BY
### AUSCRIPT AUSTRALASIA PTY LIMITED

WRIGHT, 18.8.14

CONFIDENTIAL

# Interview conducted with Craig Wright

On the 18TH August 2014

Australian Taxation Office

Interviewers: Greg O'Mahoney

5

| | | |
|---|---|---|
| O'Mahoney | For the record it's Greg O'Mahoney at 4.31 on Monday, 18 August 2014 reconvening the interview of Dr Wright. Thank you for coming back, Dr Wright. Could I start, Dr Wright, by saying this: you will remember last week there was a number of questions and answers about the supplies that are the subject of this dispute - - - | |
| Wright | Yes. | |
| O'Mahoney | - - - the ITCs that have been claimed. There is a few discrete questions about those that I will come back to in the course of today. Could we move on to the different question of consideration, and I think you would appreciate that's an important part of this dispute, and could I start with, I guess, the basic question of how were these supplies paid for by Coin Exchange? | |
| Wright | What do you mean "how were they ….. paid for by Coin Exchange"? | |
| O'Mahoney | Well, what was - the position is, as I understand it, that it's asserted that Coin Exchange made some acquisitions and I think it's also asserted that consideration was paid in respect of those acquisitions. | |
| Wright | Mm. | |
| O'Mahoney | We just want to understand what was the consideration, how were these acquisitions paid for, in other words. | |
| Wright | Well, there were transfer of rights, as we discussed several times, so software, as in rights to use, etcetera, etcetera, on one side, rights to claim ….. on the other. | |
| O'Mahoney | So it's clear that you say software flowed one way, that was one part of the exchange. | |
| Wright | Mm. | |
| O'Mahoney | I guess I want to focus in on the other flow, that the consideration going the other way. Can you just explain that, the flow of rights to bitcoin. What does that mean? | |
| Wright | The right to call on a number of bitcoin. | |
| O'Mahoney | Okay. When you say "the right to call on", what do you mean by that? | |
| Wright | A legal right to have a number of bitcoin in a wallet aside. | |
| O'Mahoney | A legal right to have? How does that differ from actually using bitcoin, paying by way of bitcoin for acquisition? | |
| Wright | bitcoin is something in a ledger, so it's - I can have a right to cash in a bank and not have the actual cash. | |
| O'Mahoney | So is this the case, because I just want to apply that answer to a non-bitcoin situation, is it analogous to this: say you had a pool of gold bars or a pool of cash in a bank, that the consideration was the transfer of an interest or a right to, an interest in or a right to, those gold bars or that cash. Is that - - - | |
| Wright | That's fairly much it, yes. | |

Line numbers in left margin: 10, 15, 20, 25, 30, 35, 40

Page 1 of 45

CONFIDENTIAL

DEFAUS_00560318

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | And how does that work?  The entity that acquires the interest, what is it in a position to do with that interest? |
| | Wright | If I have a right to gold bars held in a Suisse bank account, such as a gold certificate, what does that entail me, enable me to do?  I can transfer rights. |
| 5 | O'Mahoney | All right.  So is that one way of saying that on the gold bar scenario that the person who has the interest transferred to him or her is able to actually call upon them, actually take possession of them or use them;  is that what you mean? |
| 10 | Wright | Within certain sort of conditions, whatever else.  If you're talking gold bars, then it would depend on whether you have a numbered or an unnumbered certificate. |
| | O'Mahoney | Okay.  Can we focus on bitcoin.  What does the person who receives the transfer of these rights, what position is that entity or he or her in, in respect of the bitcoin? |
| 15 | Wright | You have a right to call on or arrange to be transferred or whatever else a number of bitcoins held overseas. |
| | O'Mahoney | Does that include a right to useless that bitcoin as, I guess, a currency going forward? |
| 20 | Wright | As a currency, yes.  The terms were sort of set originally which involved it being currency, unless it's overseas. |
| | O'Mahoney | Just as an aside on that point, one thing that my research, which is incredibly brief compared to your, in relation to crypto currency has revealed is this, that bitcoins have in their history been very, very volatile in terms of their value.  Is that a fair assessment? |
| 25 | Wright | So is the Australian dollar, so is gold. |
| | O'Mahoney | Well, except currencies ….. currencies in gold ….. currencies have volatility as well, but in a relative sense the volatility of bitcoin is quite extraordinary compared to ….. currencies;  would you accept that? |
| 30 | Wright | Zimbabwe dollar, one Zimbabwe dollar can't even buy you a grain of sand at the moment.  I believe the typical currency note is now in the hundred trillion dollars in Zimbabwe dollars. |
| | O'Mahoney | And equally you could cite the example of the Argentinian peso after Argentina's default, but let's talk in general terms. |
| | Wright | Equally, one ounce of gold in the US was a dollar just a hundred years ago. |
| 35 | O'Mahoney | Okay.  But I'm talking more day-to-day, week-to-week, month-to-month volatility, around I accept that in currencies there are in our lifetimes - - - |
| | Wright | The ….. the whatever else. |
| 40 | O'Mahoney | - - - extraordinary - if I could just finish - there are some extraordinary moves and fluctuations in currencies.  Do you accept that bitcoin does have a volatility that is quite extreme relative to most currencies? |
| | Wright | No.  Actually, most currencies would be - I mean, there's over 120 different currencies in the world, and bitcoin is probably about 30th on volatility. |
| | O'Mahoney | In the last 10 years what has been the highest value of bitcoin and the lowest? |

CONFIDENTIAL

DEFAUS_00560319

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Approximately $120, and the lowest, but that's a bad analogy, that's like saying - all right, that's the old statistical joke - my head is in the oven, my foot is in a fridge and on average the temperature is good. |
| | O'Mahoney | So what's the lowest point? |
| 5 | Wright | It started and it has increased.  We're talking about something that started from zero value because I couldn't even buy a pizza with it back when I had these things, hence why you guys called it a hobby ….. |
| 10 | O'Mahoney | Just so that we have a clear picture, we're talking about a valuation spread that, I mean, might be from zero and I appreciate that that's a starting point and it's not really a realistic low point, if you like, it was an ….. currency at that point in time, but is that really the ultimate spread, about $120, from very, very low numbers to 120? |
| | Wright | If I'm right, the ultimate spread will be about 10 million dollars per bitcoin. |
| | O'Mahoney | Okay.  Which speaks to a very large level of volatility. |
| 15 | Wright | No.  It speaks to the growth of a new currency. |
| | O'Mahoney | One issue that just arises, and as I said it's a side point, but when using bitcoin as a form of consideration for substantial transactions, is there a degree of concern about the value of them, the fluctuating value of them? |
| 20 | Wright | There's an issue with using American dollars in that way.  You're not going to get me to say that it's not a currency because it is volatile when it has got 90 other currencies that are actually more volatile than it.  I mean - - - |
| | O'Mahoney | I have to say, you're a student in bitcoin.  I have looked at the charts in bitcoin and I have looked at the charts of the major global currencies - - - |
| | Wright | It's an exponential growth. |
| 25 | O'Mahoney | - - - in the last few years and I have to say if you're saying that the volatility is analogous to major currencies, the charts will speak for themselves, and I don't want to take any more time looking at that.  It was just a question about how you accommodate that kind of volatility when you are using bitcoin - - - |
| | Wright | It's exponential growth. |
| 30 | O'Mahoney | - - - in this consideration. |
| | Wright | It is not going down all the time; it is going up.  A year ago at this time it was around $1.36. |
| | O'Mahoney | All right. |
| | Wright | So now it is around the $500 mark.  It is going up and there are - - - |
| 35 | O'Mahoney | So you say in the last few years it has gone from - one bitcoin has gone from $1.36 - - - |
| | Wright | No, 136. |
| | O'Mahoney | 136 to - - - |
| | Wright | Around 500. |
| 40 | O'Mahoney | 500. |
| | Wright | Which is ….. a little bit at the moment. |
| | O'Mahoney | Can I ask this, that last week we spoke about Coin Exchange being part of a group. |

CONFIDENTIAL

DEFAUS_00560320

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Mm. |
| | O'Mahoney | A group of entities that you controlled that tend to interact with one another commercially. |
| | Wright | Yes. |
| 5 | O'Mahoney | Remember we discussed that, and I want to understand this, how many entities are there within the group that use this funding mechanism, this - - - |
| | Wright | All of them. |
| | O'Mahoney | All of them?  Okay.  So that is seven or eight entities that use - - - |
| | Wright | Yes. |
| 10 | O'Mahoney | Do they all use as consideration the same rights to bitcoin in the same source, from the same source; ie, the same trust? |
| | Wright | The same group source, yes. |
| 15 | O'Mahoney | Yes.  So that that Seychelles trust, I think we called it that in shorthand last week, that Seychelles trust is really the funding source for seven or eight entities.  They each are able to transact - - - |
| | Wright | There is a loan that has been ….. to that, yes. |
| | O'Mahoney | All right.  But each of those seven or eight entities transact using rights to bitcoin held by that trust? |
| | Wright | The bitcoin held by that trust, yes. |
| 20 | O'Mahoney | Can I ask this before I dig into the specifics of how that works, can you tell us what you know about the Seychelles trust? |
| | Wright | I know it's a trust in the Seychelles, I know the people who were involved in setting it up, I know I was involved in part and I know why. |
| 25 | O'Mahoney | Okay.  Can we unpack that.  A trust in the Seychelles, who apart from you was involved in setting it up? |
| | Wright | Dave Kleiman. |
| | O'Mahoney | Who else? |
| | Wright | Wen. |
| | O'Mahoney | Wen. |
| 30 | Wright | Wen Nguyen. |
| | O'Mahoney | Okay.  Wen, Wen Nguyen.  Who else? |
| | Wright | Tim, and I can't remember his last name off the top of my head, and I don't remember the - but I've got - I couldn't tell the other people off the top of my head. |
| 35 | O'Mahoney | Are there many other people? |
| | Wright | No.  But you guys have been sent their names before. |
| | O'Mahoney | And Tim, tell us about him, what does he do? |
| | Wright | He worked for Playboy Gaming. |
| | O'Mahoney | Playboy Gaming being? |
| 40 | Wright | Playboy Gaming. |

CONFIDENTIAL

DEFAUS_00560321

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | What does it do? |
| | Wright | Casinos. |
| | O'Mahoney | Online casinos? |
| | Wright | ….. |
| 5 | O'Mahoney | Okay.  It's a ….. in the gaming industry? |
| | Wright | Yes. |
| | O'Mahoney | And how do you know Tim? |
| | Wright | I was involved with possibly setting up a casino in Australia back for over a decade ago now, about Senator Olsten kyboshed everything. |
| 10 | O'Mahoney | All right.  And so they're the names of the people involved in it.  Can you tell us about how it came to be created, the circumstances, if you could just talk us through the circumstances of the trust establishment? |
| 15<br>20 | Wright | Basically, I had a lot of bitcoin.  It was transferred over to be overseas for a consideration of $5000.  Basically because - which was actually higher than the market value at the time.  The $5000 - you know, the whole of the bitcoin that I transferred ….. to even $5000.  The reason being the ATO wanted to call it all a hobby and whatever else and were trying to bankrupt me and I was getting divorced from my wife.  I negotiated that I keep these, she could have the business, which she didn't actually go anywhere after she did it, but anyway. |
| | O'Mahoney | Was it your decision to set it up in the jurisdiction of the Seychelles? |
| | Wright | Yes. |
| | O'Mahoney | And how did these other individuals, Mr Kleiman, Nguyen - it's Ms Nguyen, isn't it? |
| 25 | Wright | Yes. |
| | O'Mahoney | And Tim, whose last name we can't remember, how did they come to be involved? |
| | Wright | Well, I talked to Dave and said, "Look, please do this.  I know it has value eventually.  Take it over." |
| 30 | O'Mahoney | When you say you know it "has value eventually", what do you mean by that? |
| | Wright | I've always believed in bitcoin.  I still tell you that it will be at least one - one bitcoin 10 million dollars. |
| | O'Mahoney | All right. |
| | Wright | And that's probably a low estimate. |
| 35 | O'Mahoney | Okay.  I appreciate you're very bullish on the prospects of ….. as a currency.  Focusing - - - |
| | Wright | Not just that.  I think it will replace the internet or replace smart currency, it will replace contracting, many things that you don't know yet. |
| 40 | O'Mahoney | All right.  Focusing not so much on bitcoin as an alternate currency and potential source of future value, but on the trust structure, how did it come to be that the trust structure was settled upon? |
| | Wright | The idea was the trust was set up to promote bitcoin to ensure when things became valuable that it was there for the sole reason of promoting it as a |

CONFIDENTIAL

DEFAUS_00560322

Interview Conducted with Craig WRIGHT

|   | | currency and, in particular, doing anything possible to promote it as a replacement currency to fiat. |
|---|---|---|
| | O'Mahoney | So was that really the remit of the trust to promote and advance bitcoin? |
| | Wright | Yes. |
| 5 | O'Mahoney | And how does it go about doing that? |
| | Wright | It's investing in the research I'm doing that will take all of this into something new. |
| | O'Mahoney | And how is it so investing? |
| | Wright | I'm building a super computer at the moment. |
| 10 | O'Mahoney | Can you explain how it is that the trust is investing in that super computer? |
| | Wright | Overseas interest in bitcoin pays people who are bullish on bitcoin, and there are people out there who are. |
| | O'Mahoney | And, what, the trust makes an allocation, does it, each year to entities like that? |
| 15 | Wright | No ….. the loan. |
| | O'Mahoney | The trust lends money to - - - |
| | Wright | To me. |
| | O'Mahoney | - - - to you in ways that help you promote bitcoin? |
| | Wright | Yes. |
| 20 | O'Mahoney | Or entities that you control? |
| | Wright | Yes. |
| | O'Mahoney | And tell us about the structure of the trust in materials of its - well, who controls the trust? |
| 25 | Wright | Partly Wen and partly other people.  I can't remember the names.  You guys have got the list.  It's in answers I've given.  I can't remember all the names off the top of my head. |
| | O'Mahoney | But in terms of practical control, is it not the case that you control the trust? |
| 30 | Wright | No.  I can't control the trust.  I put terms, conditions, everything like that, how it had to be done when I had Dave set it up.  So I don't control it;  I can act within bounds. |
| | O'Mahoney | So how did it come to be that - are all the assets of the trust, they were originally sourced from you? |
| | Wright | And Dave. |
| | O'Mahoney | And David. |
| 35 | Wright | Yes. |
| | O'Mahoney | And what was the rationale for putting those assets within a trust structure that you wouldn't or David wouldn't have control over? |
| | Wright | What do you mean "David wouldn't have control over"? |
| 40 | O'Mahoney | Well, just if you think about, if one has assets, to put them into a structure that one can't control, I just want to understand the rationale behind that. |
| | Wright | I don't want temptation myself. |

CONFIDENTIAL

DEFAUS_00560323

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | So it's a sort of a self-discipline? |
| | Wright | In a way, yes.  This is going to be spent on bitcoin.  If it makes a billion dollars, it will be spent on bitcoin.  Not buying a yacht, not buying whatever else.  My research and replacing fee of currency.  That's what it's doing. |
| 5 | O'Mahoney | Who are the beneficiaries of the trust?  Who stand to benefit from that kind of profitability? |
| | Wright | The world.  The world.  Every single person, apart from government, and in a way government because it will stop debt financing. |
| | O'Mahoney | You appreciate that a trust has beneficiaries. |
| 10 | Wright | Yes. |
| | O'Mahoney | Who are the beneficiaries of this trust? |
| | Wright | I have a loan. |
| | O'Mahoney | And you are? |
| | Wright | Sorry? |
| 15 | O'Mahoney | What does that mean? |
| | Wright | Well, I've got a loan.  That doesn't mean that I'm a beneficiary per se. |
| | O'Mahoney | All right.  What does your loan have to do with your relationship to the trust? |
| | Wright | The end goal of this trust is promotion of bitcoin. |
| 20 | O'Mahoney | But I just want to appreciate - I appreciate that its remit, as you say, is to advance bitcoin and that you say a lot of people stand to benefit from that.  Specifically, the beneficiaries of this trust, who are they? |
| | Wright | I don't know exactly. |
| | O'Mahoney | Is that right? |
| | Wright | Yes. |
| 25 | O'Mahoney | How is it that you don't know? |
| | Wright | I told Dave not to tell me all the details. |
| | O'Mahoney | Why would you request that? |
| | Wright | Because I didn't trust these guys. |
| | O'Mahoney | "These guys" meaning? |
| 30 | Wright | Meaning the people who said, "You've got too many degrees.  Therefore, you can't claim education any more as an expense", even though it's a valid deduction;  for people who said my buying 500 computers was a hobby;  for people who said my laying fibre cable in a rural environment was a hobby;  for people who complained when I spent a million dollars on computing services and whatever else, that it was a hobby;  for people who said all of this. |
| 35 | | |
| | O'Mahoney | Sorry, is the short answer to that question officers of the Commissioner of Taxation? |
| | Wright | Sorry, what do you mean, sorry? |
| 40 | O'Mahoney | Well, you keep referring to "the people".  I just want to understand who they are? |

CONFIDENTIAL

DEFAUS_00560324

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Well, yes.  I didn't trust them at the time because I went forth, I asked them questions, I said, "How do I do these sort of things?"  I got instructions in writing about how I transmit and transfer stuff between myself and the company I was setting up, being told I had to put GST on it and then I end up basically having to fight for the next several years on what I was told to do, and the same here is I went to you guys and did a PBR and got a formal private ruling saying this is what I have to do and basically give everything to everyone, say "These are my wallets", get stat decs along those lines, go to the Tax Office say, "Look, this is what I want to do", and yet end up being pulled apart again. |
| | O'Mahoney | In part of that answer you referred to having to charge GST in respect of transactions between entities you controlled. |
| | Wright | Yes. |
| | O'Mahoney | Was that a source of annoyance or frustration for you? |
| | Wright | It would have been much easier just to do a transaction without all the GST, yes. |
| | O'Mahoney | Why do you say that? |
| | Wright | Because if it's a negative and a positive cancelling each other, then no one wins, and it's a situation where you pay five million dollars and collect five million dollars.  I mean, it's only the external stuff that matters and I tried to explain that to people and they said, "No.  You have to do it this way.  This is how it works", so yes, I would much prefer not having to do a pop-up plus and minus on GST on entities and when there's no net difference. |
| | O'Mahoney | When you say that people told you, you have to do it that way, are you talking about officers of the Commissioner? |
| | Wright | Yes. |
| | O'Mahoney | Did you have accountants who were advising you in respect of GST liability? |
| | Wright | Yes. |
| | O'Mahoney | And they weren't saying that to you? |
| | Wright | Well, actually, people like Andrew have now - as a lawyer have said I can do it different ways.  No one told me that I could do an agency agreement where I have absolute get out of the tax. |
| | O'Mahoney | When you say "different ways", can you flesh that out a bit?  What are these different ways? |
| | Wright | Andrew would have to explain that one to you.  I pay an expensive lawyer to write out documents that say GST neutral, so get him to explain it. |
| | O'Mahoney | Okay.  But one example you just gave there was an agency agreement to get out of the tax. |
| | Wright | But it's not get out of the task;  it is a zero.  A hundred thousand, a hundred thousand;  plus a hundred, minus a hundred. |
| | O'Mahoney | All right. |
| | Wright | There's no getting out of paying tax. |
| | O'Mahoney | Coming back to the structure of this trust, is this a fair summary of the position:  you've transferred valuable assets to the trust. |

CONFIDENTIAL

DEFAUS_00560325

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I valued all of that at $5000 which was actually $500 more than the market value of everything at the time. |
| | O'Mahoney | Assets of some value to the trust? |
| | Wright | Yes. |
| 5 | O'Mahoney | That trust has been used as a funding source for seven or eight entities that you control? |
| | Wright | Yes. |
| | O'Mahoney | Over a sustained period of time? |
| | Wright | Yes.  Via loans, yes. |
| 10 | O'Mahoney | And you say that you are not aware of who the other beneficiaries of the trust are. |
| | Sommers | I don't think Dr Wright used the term "other beneficiaries".  Dr Wright said he didn't know who the beneficiaries were full stop. |
| 15 | O'Mahoney | You say that you don't know in those circumstances who the beneficiaries of the trust are? |
| | Wright | I know that I can call on bitcoin. |
| | Sommers | Pursuant to the loan. |
| | Wright | Mm. |
| 20 | O'Mahoney | So that just strikes me as odd.  I'm just speaking out loud, thinking out loud, Dr Wright.  Is that the case, that you do not know request who the beneficiaries of the trust are? |
| | Wright | "Know" is a different word than "suspect". |
| | O'Mahoney | All right.  Well, why don't we start with "suspect" and move to "know"? |
| 25 | Sommers | Greg, can I just stop you there because I'm struggling to join the dots between this particular line of questioning and the entitlement of ….. tax credits. |
| 30 | O'Mahoney | Well, we can here pause if you want and discuss that, but I can assure you that it's part of the factual landscape that the Commissioner has to investigate to satisfy itself of the claims that are asserted, and I think for good reason.  It's at the heart of the consideration that is alleged to have been paid here to understand what is the structure that held the bitcoin that rights to which or an interest in which was transferred as part of the said consideration. |
| | Sommers | Just to clarify, none of the assets of the trust have been contended that they formed part of the consideration for any of these transactions. |
| | O'Mahoney | I appreciate that.  An interest is transferred or rights to. |
| 35 | Sommers | No.  If I can finish. |
| | O'Mahoney | Yeah. |
| 40 | Sommers | It's only the rights that Dr Wright held pursuant to the deed of loan executed by the trust over the 650,000 bitcoin that were the subject of that deed of loan that had been contended that the dealings in those rights - that those bitcoin held outside the trust were transacted.  Therefore, what is in the trust, the beneficiaries of the trust and so on, are entirely irrelevant to the transactions that have taken place because it's only the bitcoin that was the subject of the deed of loan that have been transacted. |

CONFIDENTIAL

DEFAUS_00560326

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Well, I can safely say that there is a relevance that there are lines of inquiry that the Commissioner is pursuing that would make the structure/nature of the trust very relevant.  I don't really want to go through what they are. |
| 5 | Sommers | Well, I've been told, and Mr ….. have made it clear to me the nature of this and these discussions related only to the GST audit. |
| | O'Mahoney | No.  That's true.  That's absolutely right. |
| | Sommers | And consequently I can't see the connection. |
| 10 | O'Mahoney | Well, can I say this, I'm almost through the questioning on the trust.  There's two or three more questions to go.  If you think that we're dwelling on it for too long, could you mention that, but if you don't mind I will ask two or three more questions and move on. |
| | Sommers | Sure. |
| | O'Mahoney | If you're happy with that.  Can I ask Dr Wright, who do you suspect to have been the beneficiaries of the trust? |
| 15 | Sommers | I wouldn't answer that.  It's entirely irrelevant. |
| | O'Mahoney | Who do you know to be the beneficiaries? |
| | Wright | I don't know.  I told you that one; I suspect. |
| | O'Mahoney | Okay.  So you don't know who any of the beneficiaries of the trust are? |
| | Wright | No. |
| 20 | O'Mahoney | And you say that is because you asked Mr Kleiman not to tell you? |
| | Wright | Yes. |
| | O'Mahoney | Can you just recall for us that conversation?  Obviously, it's not a memory test, but to the best of your recollection what did you say and what did he say? |
| 25 | Wright | Andrew has seen some of the emails.  Do you want the full or do you want the nice version? |
| | O'Mahoney | Full. |
| 30 | Wright | There was a lot of swearing and a lot of abuse at the ATO.  I called a lot of people a lot of names and occasionally we talked about the trust.  There was a lot about Mr Westwood, there were a lot of - I was rather frustrated at the time comments and, basically ….. whatever we were doing, take this off to ….. and we will do this overseas any way we can and make sure that we set it up so that, well, at the end of the day we ….. we wanted. |
| | O'Mahoney | All right.  Could I ask Mr Nguyen or Ms Nguyen you mentioned before. |
| | Wright | Mm. |
| 35 | O'Mahoney | Apologies if I haven't pronounced her name correctly.  On the trust document she's identified by reference to Design by Human, a company.  What do you know about that company? |
| | Wright | Just the - I've now taken it over and whatever else.  It was reserved by Dave in 2012.  I don't know why he did Design by Human. |
| 40 | O'Mahoney | We've got some information that as at mid-2013 it was more or less a dormant shelf company. |
| | Wright | It's still basically a dormant shelf company. |

CONFIDENTIAL

DEFAUS_00560327

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | It is.  Do you know how it came to be that a person purporting to be or how that entity came to be involved in settling a deed document? |
| | Wright | A shelf company can settle a deed document as far as I know. |
| 5 | O'Mahoney | And we've also got some information that Ms Nguyen was not at that time either a director or a shareholder of that company.  Do you know how it came to be that there was that association asserted between Ms Nguyen and Design by Human? |
| 10

15 | Wright | I know that our accounting practices in the group have not been the best.  I know that we haven't filed things correctly.  I know Dave didn't, I know I haven't, I know Nguyen hasn't.  I know we're doing our best to try and fix things.  I know that I'm paying lots of money to KPMG and accountants and Andrew and everyone like that to basically go away with these things and I know things are still a mess.  I know that we've had board notes that haven't been filed with ASIC correctly.  I know that we've had lots of these sort of things.  My speciality isn't as a company secretary or anything like that.  Nguyen's ..... from ..... she was still young and - - - |
| | O'Mahoney | What's Ms Nguyen's involvement in the group? |
| 20 | Wright | She was involved back from around 2011 with us.  She wanted to learn, wanted to do whatever.  I involved her because anything she could do she would. |
| | O'Mahoney | Is Design by Human a company that you consider to be part of the group? |
| | Wright | Part of the current group?  Yes. |
| | O'Mahoney | Was it part of the group as at mid-2013? |
| | Wright | Mid-2013, yes. |
| 25 | O'Mahoney | And there's reference no document to another entity, Permanent Success.  Is that another company that you know of? |
| | Wright | Yes. |
| | O'Mahoney | Is that also a company that was part of the group? |
| | Wright | Yeah, but it's not really doing anything. |
| 30 | O'Mahoney | It's a dormant company, is it? |
| | Wright | Yeah. |
| | O'Mahoney | A sort of shelf company? |
| | Wright | Just holding assets. |
| | O'Mahoney | The Craig Wright RND has an entity.  What does it do? |
| 35 | Wright | Well, that's me, effectively. |
| | O'Mahoney | Is that a company that you really control for your own benefit? |
| | Wright | It's a business.  Me. |
| | O'Mahoney | Yes.  Okay. |
| | Sommers | The ABN belongs to Dr Wright as an individual. |
| 40 | O'Mahoney | Okay.  And broadly, you don't need to go into the detail of this, but broadly what does it do as an entity? |
| | Wright | I do research. |

CONFIDENTIAL

DEFAUS_00560328

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | All right.  And does it transact? |
| | Wright | Yes. |
| | O'Mahoney | Is it an entity that pays you, is it an entity that you use to invest? |
| | Wright | It's my business. |
| 5 | O'Mahoney | Okay. |
| | Sommers | I don't think you understood.  It's Dr Wright individually.  It's not - for some reason it has the nomenclature Craig Wright RND, but it is Dr Wright individually. |
| | O'Mahoney | All right. |
| 10 | Wright | Yeah.  It's just a business name associated with me individually. |
| | O'Mahoney | Okay.  And just one point of clarification.  Reviewing the transcript from last week, there was a number of references in the transcript to a trust that was set up in Panama. |
| | Wright | Mm. |
| 15 | O'Mahoney | Can you tell me what that trust is? |
| | Wright | No. |
| | O'Mahoney | You know nothing about it? |
| | Wright | I know that it's there and I know that, but I don't know all the details.  It's all on Dave's hard drive and we can't do anything. |
| 20 | O'Mahoney | What is its connection to the business activities of the group? |
| | Wright | It was involved with funding things in WNK and ….. research. |
| | O'Mahoney | In WNK? |
| | Wright | Yes. |
| | O'Mahoney | And how did that come about? |
| 25 | Wright | I don't know. |
| | O'Mahoney | What do you know about it? |
| | Wright | I know that it was there and I know that Dave was involved with a few people I know of in Panama and Cost Arica. |
| | O'Mahoney | And who are they? |
| 30 | Wright | They're people from the gaming industry. |
| | O'Mahoney | Do you know their names? |
| | Wright | They're on the list I've sent. |
| | O'Mahoney | Okay.  And is there an ongoing association between group entities and that trust? |
| 35 | Wright | I don't know.  I don't know that trust. |
| | O'Mahoney | But you know the group entities? |
| | Wright | I know people who have dealt with Dave. |
| | O'Mahoney | I just want to be clear based on knowledge of the entities within the group, do they have a connection with this Panama trust? |
| 40 | Wright | I don't know.  Well, my entities in the group - or, sorry - - - |

Page 12 of 45

CONFIDENTIAL

DEFAUS_00560329

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | We've been talking about seven or eight entities that - - - |
| | Wright | I have nothing - I have nothing more to do with the Panama trust.  I have no idea about it. |
| 5 | O'Mahoney | Okay.  So the seven or eight entities that you control that we've referred to as "the group", to the best of your knowledge they don't have any connection with this Panama trust? |
| | Wright | Not directly.  They have a connection to WNK and WNK has a connection to the trust, if you can put that together. |
| 10 | O'Mahoney | Okay.  Well, we might come back to that.  I've got a few questions I want to ask you about WNK.  Getting back to the operation of the group as a whole, this is an important point, that if it is the case that seven or eight entities, satellite entities within the group, are using the same trust as a funding source - - - |
| | Wright | The same loans from me. |
| 15 | O'Mahoney | I appreciate, the same loans from you, but all by reference to the same trust as a funding source, in the context of the group, courtesy of that single funding source, it must have had finite resources, it must have had limited spending capacity.  What records were kept that would reflect how much was left to be able to be used as consideration from that funding source? |
| 20 | Wright | From the trust or the loan or? |
| | O'Mahoney | Well, just what records were kept to indicate how much was left within the funding source? |
| | Wright | You mean the loan? |
| | O'Mahoney | Yes. |
| 25 | Wright | There's all the accounting records ….. else. |
| 30 | O'Mahoney | But one thing that has occurred to me is that all these entities are really transacting by reference to the same - or using consideration from the same funding source.  One important thing would be to have a global picture of how depleted the interest is that can be transferred, what is left, what is already expended.  Are you saying that there are records that exist that show - would paint that kind of picture? |
| | Wright | We've got all the Zero account - like, we use Zero as an accounting source and we've got all the accounting records. |
| 35 | O'Mahoney | So is it through those Zero accounting records that you say that you're able to satisfy yourself about what the spending capacity of an individual entity was at any given point in time? |
| | Wright | Yes. |
| | O'Mahoney | And what did they reveal to you, those records? |
| 40 | Sommers | You might need to tie that question down a little bit.  That's a very large question.  What do the accounting records represent? |
| | O'Mahoney | Okay.  But in the context of those records being what pointed out to you was the spending capacity of the group entities, can you explain to us what was it about those records that so enlightened you, that made you aware of what was left to spend? |
| 45 | Wright | Accounting records ….. |

CONFIDENTIAL

DEFAUS_00560330

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Were there global accounting records that were kept that would show the picture of the whole funding source, how much had been sent? |
| 5 | Wright | Of course not.  I mean, each company goes into each individual one.  I don't then do a - this is tied that way type thing.  I do it the way that standard accounting practices have been told to me to do and I'm hiring an accountant at the moment and I'm getting another one and I've got KPMG and this much goes in there, this much goes in there, this much goes in there.  The trust has that.  I mean, there are set bloody records.  There's different entities, this one, this one, this one, and it's not how much this - in an in globo type thing I have to spend because once it's been transferred there, it's owned by there. |
| 10 | | |
| | O'Mahoney | Yeah.  I appreciate that.  Could I maybe frame the question - - - |
| | Wright | So there's not any how much in globo.  If I'm part owner of a hundred different companies and I pay them with cash, then quite simply, I don't get to go and in globo I have this much to spend. |
| 15 | O'Mahoney | No, but Dr Wright, imagine this scenario.  Imagine we've got eight companies drawing upon a single funding source called of gold bars that are all using the same funding source to - - - |
| | Wright | They don't have the same funding source.  They have a capitalisation that we put into them. |
| 20 | O'Mahoney | Just let me finish pause it's - I'd just be interested in your thoughts about this.  They're all drawing upon the same funding source. |
| | Wright | No.  They're not.  They're capitalised individually.  Each company is capitalised individually. |
| 25 | O'Mahoney | But is, I think you accepted earlier, when transacting, is using the same funding source for consideration.  I thought you said that. |
| | Wright | There is a pool of rights. |
| 30 | O'Mahoney | Yes, okay, but just bear with me on this.  I just want to run this by you.  If seven or eight-related companies are all drawing upon one pile of gold bars to transact with the world at large or with one another, one issue that would arise is the potential for double-dipping, the potential that multiple companies are - - - |
| | Wright | No.  There's not. |
| | O'Mahoney | Just let me finish. |
| | Wright | No, no.  No.  I know what you're saying. |
| 35 | O'Mahoney | Are transacting on the basis of the same store value. |
| | Wright | But, look, they're issued a number of.  They start with that, they get capitalised into them.  There's no double-dipping.  There's no double-dipping into an accounting system like that.  I'm not going to - - - |
| | O'Mahoney | But how could you be - - - |
| 40 | Wright | No.  I disagree.  There is no double-dipping. |
| | O'Mahoney | How could you be satisfied that there wasn't double-dipping if you couldn't paint a global picture? |
| 45 | Wright | Balls if I have a ledger, I don't get to write it off twice.  I don't care whether it's dollars or widgets or grain or bitcoin or books.  I do it once and it's in a ledger once.  I have an initial allocation.  I capitalise it into the second one.  If I put |

CONFIDENTIAL

DEFAUS_00560331

Interview Conducted with Craig WRIGHT

---

| | | |
|---|---|---|
| | | 20,000 in here, then I have 20,000 to use. If the first thing says - say we start off with 100,000 hand I go, 20, 20, 20, 20 and whatever else, then this one eventually goes down to zero and that one goes 20, 20, 20, 20, 20. There's no double bloody dipping. It's quite simple. You have that goes to there. It's |
| 5 | | not double-dip because they go from there to there. |
| | O'Mahoney | Okay. |
| | Wright | The same whether it's cash, strawberries, grain, cars, anything. |
| | O'Mahoney | Dr Wright, let me comment it this way: as at mid-2013 what was the maximum spending capacity of the group? |
| 10 | Wright | What do you mean "the maximum spending capacity"? |
| | O'Mahoney | How much did the group - we've established that it relied upon the same funding source - how much did it have to spend? |
| | Wright | 650 million. |
| | O'Mahoney | 650 million dollars? |
| 15 | Wright | Approximately. If you look at the value of bitcoin and the amount transferred. |
| | O'Mahoney | And what would be the best document for us to look at to see that? |
| | Wright | When you look at the loan document, the amount transferred, you can look at the - just go to xe.com, have a look at what it's actually valued at and it's on a public website. |
| 20 | O'Mahoney | So just be clear, just be clear, the spending capacity of the group was 650 million dollars as at mid-2013. That's your recollection? |
| | Wright | Yes. |
| | O'Mahoney | And as transactions were entered into it, presumably, that spending compassion decreased; is that true? As transactions are entered into - - - |
| 25 | Wright | External transactions, yes. |
| | O'Mahoney | But not internal ones? I'm just wondering why you made that distinction. |
| | Wright | Well, because if I paid ….. |
| | Sommers | ….. |
| | Wright | You said the group, okay. |
| 30 | Sommers | You did say group. |
| | Wright | If I go from group to group, then the group doesn't change. There's no bloody double spending here. Don't try and catch me with that bullshit because, look - - - |
| | Sommers | ….. |
| 35 | O'Mahoney | Dr Wright, there's no one trying to catch you with anything. I'm trying to ask questions that enable clarification and - - - |
| | Wright | If it goes from group to group and you're saying does the group change? No. That simple. |
| 40 | Sommers | So an intragroup transaction doesn't deplete the resources of the group taken as a whole. |
| | O'Mahoney | No. |
| | Sommers | That's all Dr Wright is saying, I think. |

---

CONFIDENTIAL

DEFAUS_00560332

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Okay. |
| | Sommers | Whereas an extra-group transaction, a group transaction from a group member to an external party will deplete the sources of the group. |
| 5 | O'Mahoney | And, in any event, is the net effect is that at any point in time there's no record that could paint a picture of the financial position of the trust and show how much has already been spent by way of interest transfer? |
| | Wright | Are we talking - - - |
| | Sommers | The trust or the loan? |
| | Wright | - - - the trust or the loan? |
| 10 | O'Mahoney | The loan, the funding mechanism. |
| | Sommers | So Greg is asking at any point in time could you identify how much was left of the loan that was unexpended? |
| | Wright | Of course I could.  I go and I look at the accounting sources and I have I go - I add it up. |
| 15 | O'Mahoney | All right.  Was there a record of that? |
| | Wright | Yes. |
| | O'Mahoney | There was? |
| | Wright | Yes. |
| 20 | Sommers | Is there a single document or is it able to be aggregated out of the Zero records? |
| | Wright | I have a set of ledgers, not a single ledger.  Each individual entity in the group has its own ledger. |
| | O'Mahoney | All right.  I mentioned earlier that consideration, I think you understand, is an important part of the dispute. |
| 25 | Wright | Mm. |
| | O'Mahoney | Whether or not there was consideration. |
| | Sommers | Actually, I would say it's entirely irrelevant. |
| | O'Mahoney | All right. |
| 30 | Sommers | And we've made this submission to the Commissioner on the basis that they're accruals-based taxpayers and provision of the consideration has nothing to do with their ability ….. the provision ….. has nothing to do with their ability to claim an input tax credit.  So I would like you to bear that in mind. |
| | O'Mahoney | Certainly, and that's a point on which minds might differ, but can I ask this - - - |
| 35 | Sommers | I beg your pardon? |
| | O'Mahoney | I said that's a point on which mind might differ. |
| | Wright | How? |
| | O'Mahoney | As to whether or not consideration is an issue - - - |
| | Wright | How? |
| 40 | O'Mahoney | - - - in this dispute. |
| | Wright | How? |

CONFIDENTIAL

DEFAUS_00560333

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| O'Mahoney | Well, I want to ask you a question that just is quite specific.  You have been asked some questions by the Commissioner about how these transactions were paid for;  is that correct? |
| Wright | Yes. |
| 5 | O'Mahoney | And in answering those questions you've sought to give honest accounts. |
| Wright | Yes. |
| 10 / 15 / 20 | O'Mahoney | Could I just show you one document that I've been shown which is - I guess it could be summarised as a Q & A type document and it's titled "Items for Clarification".  I will just show you the document.  If I could draw your attention, I've got it marked here.  It's question 1 and the answer to question 1.  I should just read it onto the record.  The question is, "Coin Exchange claim GST credits on the DeMorgan invoices totalling 38-odd million dollars.  The tax invoices stated that they were paid.  When and how were they paid?  If paid by bitcoin, how did Coin Exchange obtain the bitcoins?" and the answer on this page is, "Coin Exchange received bitcoin as a shareholder capital subscription event.  Payment details are in Zero.  They are paid in bitcoin.  This is reflected in the total equity for the company.  The sale follows the format I was instructed in writing by the ATO to use.  The IP transfer is for banking software sold from Baraka."  Do you want to just have a quick look at that document? |
| Wright | Mm.  Is that answer correct? |
| 25 | Wright | It's one way of putting it.  It's not the full thing.  It doesn't go into the exact details of all of that.  It doesn't go into how the transactions occurred and it doesn't go into the rights and issues and whatever else which got drilled down into again and again and again. |
| O'Mahoney | But there's no mention in that answer at all, correct me if I'm wrong, of rights of loans of equitable interest;  is that right? |
| Wright | How I did a loan - - - |
| Sommers | What daylight is this ….. |
| 30 | O'Mahoney | I will get instructions on that.  Do we have - do we know the date that was - - - |
| Wright | I can find them for you ….. |
| Sommers | Every date's our - my concern in relation to this is this is a document that was prepared and answered by Dr Wright without the benefit of legal advice. |
| O'Mahoney | Okay. |
| 35 / 40 / 45 | Sommers | It wasn't until the meeting we had in February in 52 Goulburn Street where I represented Dr Wright that we were aware of the difference in the way in which transactions had occurred, the difference between what Dr Wright saw as transactions involving bitcoin and the way in which they were actually done, and it was at that meeting I became - well, prior to that meeting, and we sought to explain it to the Commissioner at that meeting, attempted by ….. and Mr Lieske that, actually, there had been a difference in the way in which transactions had been explained in the past and the way in which we now saw them, and we were quite upfront and honest in relation to that difference, and following that meeting Mr Cheshire and Mr Miller here were tasked with ….. by Mr Lieske for the Commissioner were tasked with the process of - this is our understanding of the transactions having now got the benefit of legal advice in relation to them, let's have an impact in relation to business activity statements.  So we have been through this at considerable length ….. |

CONFIDENTIAL

DEFAUS_00560334

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | No. I appreciate that. |
| | Sommers | - - - transcript in relation to that February meeting. |
| | O'Mahoney | I appreciate that. |
| 5 | Sommers | We were quite clear in relation to there had been a change in the way in which we had seen the transaction. So this evolution in the thinking is neither new nor is it novel in relation to this particular matter - - - |
| | Wright | ….. |
| 10 | Sommers | - - - and the difference, as I explained at that meeting, was if you see bitcoin as money, as currency, transacting in equitable rights in relation to currency is, you know, in many ways the same as dealing in money in the sense that you're moving around a company sharing the common bank account. It's no different in Dr Wright's mind to a group of companies sharing a common bitcoin wallet, but in reality there was no transfer in relation to the bitcoin from one wallet to another. In those circumstances where there is no movement of bitcoin from one wallet to another, it's difficult to see there has been a "payment in bitcoin". |
| 15 | | |
| | O'Mahoney | So - - - |
| | Sommers | So I'm not quite sure of the point of going back to a document that specifically predates - - - |
| 20 | O'Mahoney | I just want to - - - |
| | Sommers | - - - a disclosure to the Commissioner about the way in which the transactions have been treated and the difference in the evolution on that thinking. |
| | O'Mahoney | But the point is, I guess, to ask Dr Wright for some explanation as to the inconsistency, and it's only - - - |
| 25 | Sommers | ….. |
| | Wright | Because I call it money. |
| | Sommers | I think there's ….. |
| | Wright | I keep it calling it money; I call fiat crap. |
| 30 | Sommers | I think there's an explanation to that inconsistency on the record in relation to that February meeting, and I would refer you to that. |
| | O'Mahoney | Right. I appreciate that. The - - - |
| | Wright | I keep saying that - - - |
| | Sommers | Craig - - - |
| | Wright | Sorry. |
| 35 | O'Mahoney | If I could ask this: beyond what has just been said, Dr Wright, are there any other reasons why there was no mention made at this stage of the interest, the equitable interest that was transferred - - - |
| | Wright | What's it got to do with GST? |
| | O'Mahoney | - - - for the consideration. |
| 40 | Wright | What's it got to do with GST? |
| | O'Mahoney | I just want to understand - - - |
| | Wright | I was being queried on GST. |

CONFIDENTIAL

DEFAUS_00560335

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | - - - there's just no mention here to - - - |
| | Wright | What has it got to do with GST?  In I get a loan from a bank and fund things, what does it have to do with GST? |
| 5 | O'Mahoney | I'm just trying to understand this answer, Dr Wright, and I don't think that's responsive. |
| 10 | Wright | Well, no.  I get a loan.  I have money in the ledger that is my bank account, because it's not actually money, it's a ledger.  I have to pay back that loan and have interest.  I buy something with the money that is now in the ledger that is my bank account using my credit card.  It is consideration.  Do I go to you and go, "Oh, well, actually, I funded this using a loan and paid interest" for a GST query.  Where do I get that - I'm sorry, you keep saying that, basically, this is something separate.  I call bitcoin money.  I don't care whether you do or not.  It is. |
| 15 | O'Mahoney | Out of fairness to you, can I put this to you:  is it the case that the position, that your position in terms of how payments were made for the relevant supplies changed following modification from the Commissioner of the Commissioner's position as to the tax consequences of using bitcoin - - - |
| | Wright | No. |
| | O'Mahoney | - - - as consideration?  All right. |
| 20 | Wright | It was always set up so that bitcoin would never come into Australia until there was a tax position.  I had been approaching people in the ATO not just - for ages before that.  I slowly worked my way up to dealing with Michael Hardy.  I'd been trying to get all this dealt with, with him. |
| | O'Mahoney | Okay. |
| 25 | Sommers | And there's an annotation on the deed of loan to that effect. |
| | O'Mahoney | Tell me this:  when these entities transact with one another using the consideration that you've referred us to, how is it reflected in the books and records of the individual entities?  How is this, the consideration, reflected in the books and records of the separate entities, the financial accounts? |
| 30 | Wright | With rights to a bitcoin wallet and we distribute.  We pay invoice and it all gets matched up. |
| | O'Mahoney | And in practice what has happened to those rights? |
| | Wright | Sorry, what do you mean by "what has happened to those rights"? |
| 35 | O'Mahoney | Well, if I - let's just say I'm running a business and I sell a whole lot of cricket bats for cash and I obtain that cash and with that cash I might reinvest it in the business, I might expend it on any number of things.  The interest that is transferred, how is it being used, if at all?  Well, what's being done with the consideration? |
| | Wright | Into the companies. |
| 40 | O'Mahoney | Yeah. |
| 45 | Wright | Well, first of all, we capitalised so that we had the shareholding done for each of the entities.  It's not just me.  That's why the knock-on thing, they're all different.  We put in the value of the software that we purchased, the main bit being the external stuff, and at the moment - and Andrew is working on how I distribute this one without getting into this sort of problem at the moment that we have, which is I've been buying a whole lot of computer equipment. |

CONFIDENTIAL

DEFAUS_00560336

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | All right, but - - - |
| | Wright | And the current way, Andrew's task is to try and figure out some sort of agency agreement in the trust to each of the things so that there's no GST transmitted internally in the group which I would have loved to have done the first time and not had all this problem.  I mean, the idea was not to have to go negative, positive or anything like that.  It was just to capitalise the damn things. |
| 5 | | |
| | O'Mahoney | Can I just ask what you mean by that?  The first part of that answer you gave immediately before then was you said "the first thing we did was capitalise them", or you used the word "capitalise".  What do you mean when you use that word? |
| 10 | | |
| | Wright | What do you mean?  What do you mean "capitalise"?  "Capitalise" is a fairly standard word.  It's put the value of capital in. |
| | O'Mahoney | Well,  in talking about what was done with the consideration, how does that word "capitalise" apply? |
| 15 | | |
| | Wright | I issue - say I have a 10 million dollar capitalisation, I issue something to the value of 10 million dollars to a particular entity. |
| | O'Mahoney | And is that what you did? |
| | Wright | Yes. |
| 20 | O'Mahoney | And did Coin Exchange, did the entities that transacted with Coin Exchange do that? |
| | Wright | Yes. |
| | Sommers | ….. when - stop, rewind.  When you say the entities that transacted with Coin Exchange, do you mean the shareholders or do you mean the company, the contracting parties? |
| 25 | | |
| | O'Mahoney | It's just not clear to me what is done with - when you say the consideration is used to capitalise bit, to inject funds into - - - |
| | Wright | Yes. |
| | O'Mahoney | Do you mean that?  Okay.  So how does that - - - |
| 30 | Wright | Shareholders put funds in companies. |
| | O'Mahoney | All right.  So I understand that and I certainly understand the idea of capitalising, using capital to improve the financial position of a company.  How does the transfer of this equitable interest in bitcoin achieve that? |
| | Wright | It has value.  You're losing me.  I mean - - - |
| 35 | O'Mahoney | Well, how - - - |
| | Wright | - - - bitcoin is money.  You can argue all you want.  It is money. |
| | O'Mahoney | Okay, but how is it that having received this equitable interest in bitcoin, how is it that a company is able to strengthen its capital position? |
| | Sommers | Sorry, are you saying that you don't accept that the equitable interest in the bitcoin is an asset? |
| 40 | | |
| | O'Mahoney | Well, I'm just curious to hear from Dr Wright about how it is that this interest is able to capitalise as you say, the company. |
| | Wright | If I have the right to gold bars and I transmit for shares, then I've capitalised a company. |

CONFIDENTIAL

DEFAUS_00560337

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| 5 | O'Mahoney | Right.  Tell us this, the - I will ask you some questions now about the entity WNK, and we touched upon this a little bit last week.  There's a number of questions that arise in my mind in respect of WNK, and I will just go through them one-by-one.  The first is I understand from the Supreme Court proceeding pleadings that we discussed last week that there's reference in there to a transaction between yourself and WNK that occurred in something like January of 2009. |
| | Wright | Yeah. |
| | O'Mahoney | That occurred in the financial year that - - - |
| 10 | Wright | Well, not January 2009.  That's incorrect. |
| | O'Mahoney | All right, that occurred sometime in 2009.  I don't think the specific date is important. |
| | Wright | I think it is. |
| 15 | O'Mahoney | Well, not in this sense.  We've got some information that WNK wasn't in existence at that time.  How is it possible that prior to its - - - |
| | Wright | The transactions happened after the ATO issues, so that was 2010/11. |
| | O'Mahoney | I have seen in the pleadings some reference to some early transfers involving WNK that date back to 2009. |
| | Wright | And my pleadings probably are incorrect in a few places. |
| 20 | O'Mahoney | But you gave instruction in respect of those pleadings. |
| | Wright | I wrote those pleadings. |
| | O'Mahoney | Right. |
| | Wright | I told you that last week. |
| | O'Mahoney | Okay. |
| 25 | Wright | And, no, I'm not professional qualified as a barrister and I don't do good pleadings all the time. |
| | O'Mahoney | No.  I know, but - - - |
| 30 | Wright | It was meant to be a non-hostile-type thing where the value of a contract that was signed just days before someone died was meant to be finalised.  That was it. |
| | O'Mahoney | All right. |
| | Wright | If David died a week later, it would have been finalised, and - - - |
| | O'Mahoney | Was it part of the problem that his illness was very sudden and his death was quite sudden;  is that - - - |
| 35 | Wright | His death was very sudden, yes. |
| | O'Mahoney | But had he been ill for some time? |
| | Wright | In all the time I've known him, but I didn't expect him to die. |
| | O'Mahoney | No.  I appreciate that. |
| 40 | Wright | I mean, he was in a wheelchair the whole time, and bloody lied and said how well he was doing and everything like that.  "Oh, I'm just going to hospital for X, Y, Z.  Oh, I will be out again soon", and he was still working in the damn hospital, so what am I meant to think. |

CONFIDENTIAL

DEFAUS_00560338

Interview Conducted with Craig WRIGHT

| | O'Mahoney | Yeah.  Okay.  So when we see in the pleadings references to WNK transfer - a transfer involving WNK in 2009, which is prior to its inception, how are we to - I appreciate you're not legally trained, but how does one reasonably look at the assertion that an entity transacted prior to its existence? |
|---|---|---|
| 5 | Wright | You look at the emails and everything like that, that I had as supporting documents that deal with the transfers, the ones between myself and Dave, and look at the dates there. |
| 10 | O'Mahoney | All right.  Moving on to another point of connection with WNK, there have been representations made to the Commissioner, as I understand it, that there were transfers of interests from WNK to you and then from you to DeMorgan in July 2013.  Does that accord with your recollection? |
| | Wright | Yeah.  I put everything to myself and then to the trust.  The trust wasn't set up correctly and whatever else at first, so none of that happened as smoothly as I would have liked. |
| 15 | O'Mahoney | Okay.  And by "everything' I think you mean IP sort of the software?  So in the first instance it's transferred from WNK to you, and I think the date for that, that we've been given is 9 July 2013, and some days later there's a transfer from yourself to DeMorgan? |
| | Wright | Sometime in that quarter, yes. |
| 20 | O'Mahoney | Okay.  Now, the first point is - - - |
| | Wright | It was meant to actually happen at the beginning of that year, but - - - |
| | O'Mahoney | Okay. |
| | Wright | - - - with Dave dying and all the rest ….. |
| | O'Mahoney | It was delayed. |
| 25 | Wright | Yeah. |
| | O'Mahoney | We might come back to that.  The first question I want to ask you about this is the information we have which does appear to be pretty solid is that as at July 2013 WNK had actually been dissolved.  It had been subject of - - - |
| 30 / 35 | Wright | Administratively dissolved because it hadn't paid a fee.  The same as if I don't pay it to ASIC, that is - was paid subsequently and that is all forgotten. Basically Florida law is you don't pay your fee on time you're gone.  You pay your fee and even if it's late, and the companies existed as if it never disappeared.  It is not like it has been struck off here in Australia as in ASIC have made it a deregistered company.  It's not the same thing.  And I'm not an expert in Florida company law and I didn't go into what Dave was doing with the company and how well he was managing or anything like that.  Wen didn't even know she needed to bloody pay things or file anything. |
| | O'Mahoney | Did you have the connection with WNK? |
| | Wright | Yes. |
| 40 | O'Mahoney | What were your points of connection with it? |
| | Wright | I was a shareholder and I was a friend of Dave's. |
| | O'Mahoney | And you were a shareholder at the time at which it became administratively dissolved? |
| | Wright | Yes.  And no, I wasn't informed. |
| 45 | O'Mahoney | You weren't informed? |

CONFIDENTIAL

DEFAUS_00560339

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| Wright | No.  At any point. |
| O'Mahoney | When do you say you became aware that there was this issue? |
| Wright | When you guys basically ….. Tax Office said, "Ah-ha, it's been administratively dissolved", and then I called Wen and went, "Do you realise you have to pay the corporate fees?" and she went, "What does that mean?" |
| O'Mahoney | And - - - |
| Wright | And then I said, "Well, we're going to put you through a director's course." |
| O'Mahoney | And do you say that you've been told that or you understand that companies that are administratively dissolved in Florida are able to transact? |
| Wright | Any transaction that they've done is considered valid as long as the ….. has been reinstated. |
| O'Mahoney | And what's given you that understanding? |
| Wright | People from Sunbiz. |
| O'Mahoney | What's Sunbiz? |
| Wright | Sunbiz is the equivalent of ASIC in Florida. |
| O'Mahoney | And tell us this:  that's the first part of that, I guess, transfer, set of transfers, the transfer from WNK to you, and then we know about the transfer from you to DeMorgan some days later in July of 2013.  The curious thing about that latter transfer is - and I'm sure you're aware of this - that that transfer predates the establishment of the trust and the registration. |
| Wright | No.  It predates the registration of the trust. |
| O'Mahoney | The registration of the business.  When you say it doesn't predate the establishment of the trust, what do you say is the date of the establishment of the trust? |
| Wright | Properly established or initially made a mess of? |
| O'Mahoney | Okay.  Well, let's go through both of those. |
| Wright | Initially it should have been back in June. |
| O'Mahoney | June of which year? |
| Wright | 2013. |
| O'Mahoney | Okay.  So you say the trust should have been established about a month before this transaction? |
| Wright | Yes.  It was finally done correctly and fixed in late September. |
| O'Mahoney | Okay.  And why do you say it should have been established then? |
| Wright | Because I paid lawyers to establish a mere trust. |
| O'Mahoney | Who did you pay? |
| Wright | Lloyds. |
| O'Mahoney | And with what?  Did you give them specific instructions to have a trust established as at June 2013? |
| Wright | I wanted it as soon as possible. |
| O'Mahoney | When did you give those instructions? |
| Wright | I first talked to them in June 2013. |

CONFIDENTIAL

DEFAUS_00560340

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Say that again? |
| | Wright | June 2013 ask when I first started talking. |
| | O'Mahoney | When you first started talking, when did you give specific instructions about establishing a trust? |
| 5 | Wright | Off the top of my head, I don't know. |
| | O'Mahoney | Would you have documents indicating - I think you've indicated that you - it should have been established in June of 2013 pursuant to instructions you gave. |
| 10 | Wright | I've got documents to Jamie Wilson bitching about the fact that it wasn't set up correctly. |
| | O'Mahoney | Okay, but what about - would you have any documents that show that you gave instructions for a trust to be established by June 2013? |
| | Wright | I didn't say by June - - - |
| | O'Mahoney | Or during. |
| 15 | Wright | I said - I said I want to set up a trust. |
| | O'Mahoney | Okay. Wanting something is one thing, I think you would appreciate, and having it happen is another. When - - - |
| | Wright | Yes. But if I go to a lawyer and say, "I want you to set me up a trust", I'd generally expect that it will happen. |
| 20 | O'Mahoney | All right. And I'm just asking would you have the records that indicate when you wanted that to happen by? |
| | Wright | As soon as they could. |
| | O'Mahoney | It was the instructions ..... more specific than that? |
| | Wright | No. I didn't say set me up one on 13 June or anything like that. I just said - - - |
| 25 | O'Mahoney | Okay. And when did they set up the trust? |
| | Wright | The first iteration was in July; the second iteration, and that was the crap document - - - |
| | O'Mahoney | Which document is that? |
| 30 | Wright | It was a trust deed that was wrong, all the names were wrong, everything else walls wrong. It came back in August. |
| | O'Mahoney | Who was named in that trust deed? |
| | Wright | I can't remember. |
| | O'Mahoney | You say the names were wrong. |
| | Wright | There was no mention of my current wife or anything like this that I wanted. |
| 35 | O'Mahoney | Okay. So the names of the actual parties to the trust were wrong? |
| | Wright | Yes. |
| | O'Mahoney | And how does that come about? |
| | Wright | Jamie was useless. I left Jamie in charge to do some things and Jamie, God knows what the fuck he did. Excuse the language. |
| 40 | O'Mahoney | All right. |

CONFIDENTIAL

DEFAUS_00560341

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I have a bit of animosity with Jamie, as you might guess. |
| | O'Mahoney | And you say this, that the wrong names were plugged into that trust; is that right? |
| | Wright | Yes. |
| 5 | O'Mahoney | And when was the actual trust established? |
| | Wright | In September. |
| | O'Mahoney | So, again, we've got this issue, and I would be grateful for your input on it, how is it that a transfer of significant value was made to a trust prior to its establishment and registration? |
| 10 | Wright | The transfer didn't actually occur until September. |
| | O'Mahoney | Well, I - - - |
| | Wright | They were - I mean - - - |
| | O'Mahoney | I'm pretty sure I've seen - - - |
| | Wright | - - - the actual - - - |
| 15 | O'Mahoney | Sorry, I - - - |
| | Wright | If you look at the things, the actual transfer happened in September.  It was backdated.  It was meant to happen in the beginning, so the actual transfer happened when everything was there, but if you look at the logs and everything like that in Zero, it all says when it actually occurred, which was - I don't remember the exact date, but in September.  I didn't really care because it was still the same quarter.  I mean, yes, Andrew and everyone calls me up and says, "No.  You can't do that", but at the end of the day I don't see why it's such a big issue because July, August, September, it's the same GST reporting quarter.  So the fact that I've got something in Zero that's not actually totally correct - yes, it's a muck up and, yes, I'm trying to do thick better now.  I don't do any accounts any more.  I don't do any of the legal things.  He does the bloody contract management now.  I don't do any of that.  I'm looking at paying bloody two million dollars a year to KPMG to go through these things so that I don't mess it up any more.  That's what I'm doing. |
| 20 | | |
| 25 | | |
| 30 | | Instead of running my bloody business and actually doing my research, I'm spending my time administratively for half my time trying to make sure the Is are dotted and whatever else when it makes no difference.  I know everyone gets upset.  You say a difference.  It's me - something I did to something I did where it cancels out.  These ones we're talking about are all zero value. |
| 35 | O'Mahoney | So just to be clear on that, Dr Wright, do you say that if a company or a trust was established on 16 July 2014, say, it wouldn't make any difference if it was 16 July or 16 August or 16 September? |
| | Wright | If I back - no.  If the actual thing happened after the thing really existed and we put a backdated invoice, I don't see why it matters.  It's still in the same quarter.  It makes no difference to you guys.  I know you're being pedantic and you're - - - |
| 40 | | |
| | O'Mahoney | But is that what you say happened here, that there was a backdated invoice? |
| | Wright | Yes.  I can show you that in Zero. |
| | O'Mahoney | And by "backdated" you mean - - - |
| 45 | Wright | I meant I covered the whole period for the year.  It was meant to be a year, so I made it 1 July and put "1 July" on the thing because Jamie had fucked it up |

Page 25 of 45

Interview Conducted with Craig WRIGHT

|   |   |   |
|---|---|---|
| | | and I went in and changed it and tried to make it correct, and I made a fuck up and I've done that many times and this is why I'm not touching accounts any more, why I have a professional accountant working for me who does all this now, why I have him as my contract management person. |
| 5 | O'Mahoney | Okay.  No.  But, Doctor, just to focus, that it's certainly been asserted to the Commissioner that this three-way transfer started on 9 July, WNK to you, then proceeded on 16 July, you to DeMorgan.  Do you accept that - - - |
| | Wright | The actual thing didn't finalise in the Court until after that.  The court said will occur by 30 September, and the actual final date, if you like on it, didn't happen until after that. |
| 10 | | |
| | O'Mahoney | So can you explain how it is that the Commissioner has been told that both of these transfers occurred in July? |
| | Wright | I did the thing and put an invoice that said July. |
| 15 | O'Mahoney | That is clear, but how is it that it has been said to the Commissioner that these transactions occurred in July? |
| | Wright | Because I still see that's not a problem.  You guys do. |
| | O'Mahoney | So you think dates are just fungible, that ….. |
| | Wright | No.  I think it's all in the same period.  I think the trust wasn't registered for GST, but it ended up in that same period being registered for GST, so it transacted in that.  So, yes, I consider this isn't an issue because no one has been ripped off anything.  No one is out of any money.  I mean, at the end of the day it's a transaction where it zeros out for these ones. |
| 20 | | |
| | O'Mahoney | So you would say it's a net sum gain? |
| | Wright | Net zero. |
| 25 | O'Mahoney | Okay. |
| | Wright | And I don't think that was a problem.  I mean, I was already planning it before then, I was planning the trust, I was planning everything else.  I went to the ATO and told them that I was planning all of this, actually months before, and that's how I got the PBR.  So it's not like I've gone and tried after the fact to hide anything.  I went to the Commissioner and said, "Look, this is what I've got", and they went through everything about how I'm doing it before they gave me the damn thing. |
| 30 | | |
| | O'Mahoney | But what has happened in that process, Dr Wright, in fairness, is that you've gone to the Commissioner and said that two transfers occurred in July of 2013.  The Commissioner has looked at those transfers and seen that the second one predated the existence of one of the parties to the transactions.  You can see the issue that arises. |
| 35 | | |
| | Wright | Then I will change the date on the invoice to actually when it occurred, which is in September, which is the same quarter which makes no difference. |
| 40 | O'Mahoney | Okay.  I will just give you just one more opportunity to answer.  You say that, but why was it that it was said that both of these transfers occurred in July of 2013? |
| | Wright | Because I'd planned to have them transferred then. |
| | O'Mahoney | So was it aspirational recording of dates? |
| 45 | Wright | If I have a trust - I mean, a trust can be in common law set up because I go and say did, "I set up a trust with you."  From a common law point of view a |

Page 26 of 45

CONFIDENTIAL

DEFAUS_00560343

Interview Conducted with Craig WRIGHT

|  |  |  |
|---|---|---|
| 5 |  | trust doesn't need to be registered for GST or anything like that. The fact that I've been mucking around with a group of lawyers who couldn't get the damn thing right, and it was done in the same quarter, I don't see why that should be a big issue. Why are we doing a - why are we wasting so much time on a zero sum thing? |
|  | O'Mahoney | Let's move to another issue, Dr Wright. Last week we spoke about the software from Siemens. |
|  | Wright | Yes. |
| 10 | O'Mahoney | And you indicated that it was - there was specific types or classes of software that related to - there was within the Siemens software, there were different - I can't remember the word you used, you might be able to assist he, but "suites" of software, I think, might have been the word that was used. |
|  | Wright | ..... I can't remember ..... |
| 15 | O'Mahoney | Different suites of software. Can you remember - do you know the names of the suites of software? |
|  | Wright | Do you remember how many pages there were, Andrew? |
|  | O'Mahoney | If the answer is "no", Dr Wright, the answer is no, but I'm asking the question: do you know the names of those suites? |
| 20 | Sommers | I don't understand. The names of the suites of all Siemen software or the names - - - |
|  | O'Mahoney | No. The ones that we were discussing last week - - - |
|  | Sommers | The ones were required. |
|  | O'Mahoney | - - - that were acquired. Yeah. |
| 25 30 | Wright | The exact Siemens names, no, but I gave a list to the ATO. You had a forensic auditor come out. A guy who has got a really good reputation for this sort of stuff, and sat down with me and basically looked at all the - he looked at the licencing that was in my name. Yes, I guess there's also a possibility that there could be another Craig S Wright out there who has bought a big whack of Siemen software and I could have just happened to have also had his - - - |
|  | O'Mahoney | Okay. The software itself, have you taken steps to ensure that it's licenced? |
|  | Wright | Did we go through this? I sat down with the ATOs forensic person and logged into the Siemens site and downloaded software based on my licence in front of them. |
| 35 | O'Mahoney | But has it become an issue for you whether or not you did obtain licenced software? |
|  | Wright | It's in my name. I don't really care. If there's another Craig S Wright who was licenced for all the stuff I had, exactly, and I got issued his licence, I would find that a remarkable coincidence. |
| 40 | O'Mahoney | Is there no dispute between you and Mr Ferrier in respect of - - - |
|  | Wright | Of course there's a dispute. |
|  | O'Mahoney | Okay. What's the nature of that dispute? |
|  | Wright | He didn't give me my bloody gold. |
|  | O'Mahoney | Gold? |

CONFIDENTIAL

DEFAUS_00560344

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Was that in respect of these transactions? |
| | Wright | No. |
| | Sommers | No. It's got nothing to do with the Coin Exchange. |
| 5 | O'Mahoney | All right. |
| | Wright | He owed me 20 million dollars of fricking gold and he fricking scarpered. |
| | O'Mahoney | Okay. All right. There's no dispute between you and him, I take it, as to whether or not you acquired software that was licenced. |
| | Wright | It works. |
| 10 | O'Mahoney | It works, but that's a different answer to - - - |
| | Wright | I can log into Siemens and ….. |
| | O'Mahoney | No, no. Is there a dispute between you and Mr Ferrier as to whether or not you acquired software that was licenced? |
| | Wright | No. |
| 15 | O'Mahoney | Last week you said that there were some negotiations. Last week you said - I asked you whether the negotiations with Mr Ferrier in respect of said software were reduced to writing, you might recall, and I think an answer was given that there was Skyping involved, that there was some negotiation over Skype, and I learnt from you that you can actually write whilst Skyping. There is a messaging service on Skype, and I have seen some documents that reflect the discussions you've referred to between yourself and Mr Ferrier. Unfortunately, I've also learnt in the last week that when you print out Skype messaging documents they go over pages and pages and makes it very, very difficult to - - - |
| 20 | | |
| 25 | Wright | Yes. They don't ….. |
| | O'Mahoney | - - - read. Could I just get you to look at the most legible of the documents I was able to print out. If you could just cast your eye over that. |
| | Wright | What am I looking at, sorry? |
| | O'Mahoney | Just the text, I guess. |
| 30 | Wright | My spelling errors or - - - |
| | O'Mahoney | No. It's not a spelling test. |
| | Wright | Okay. |
| | O'Mahoney | It's just this one, have a quick look at it. |
| | Wright | I can do better when I - anyway. |
| 35 | O'Mahoney | Does that accord with your memory? Are they examples of the negotiations and the discussions you were having? |
| | Wright | They look like some of my Skype things that I had - - - |
| | O'Mahoney | With Mr Ferrier. |
| 40 | Wright | I had - I mean, can I say that you altered any of them? I don't believe that would be the case. I - they look about right. |
| | O'Mahoney | Okay. |

CONFIDENTIAL

DEFAUS_00560345

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I haven't memorised my Skype communications with Mr Ferrier. |
| 5 | O'Mahoney | No.  The only thing that occurs to me just reading through the Skype documents that I've looked at is that when one thinks for the values of the transactions that occurred, is it really the case, Dr Wright, that they were the only written records, that these Skype exchanges are the only written records of the negotiations between you and him? |
| | Sommers | Negotiations or the agreement? |
| | O'Mahoney | The negotiations. |
| 10 | Wright | Why would I need written records other than this for negotiations?  You put things in a contract at the end. |
| | O'Mahoney | All right.  And - - - |
| | Wright | I don't do that now.  Even buying a house I don't do it in writing. |
| | O'Mahoney | There was nothing more formal than these exchanges on Skype that was reduce today writing? |
| 15 | Wright | What's ….. this is evidence. |
| | O'Mahoney | No.  I'm just asking.  And the actual agreement that was reached as well between you and Mr Ferrier, to what extent was that reduced to writing? |
| | Wright | It was a contract. |
| | O'Mahoney | But were there drafts of the contract? |
| 20 | Wright | Most likely. |
| | O'Mahoney | Do you have - - - |
| | Wright | Did I keep all the drafts?  No.  I don't now.  Why would I keep drafts of contracts?  I don't keep Andrew's stuff in draft either. |
| | O'Mahoney | Looking - - - |
| 25 | Wright | I keep the one that actually matters.  I mean, what happens if I go to court with a draft contract?  Will the judge look at it? |
| | O'Mahoney | All right. |
| | Wright | No.  I'm - it's a question for you.  Will a judge look at a draft contract? |
| 30, 35 | O'Mahoney | Unfortunately, Dr Wright, I get to ask the questions and you get to answer them today, but can I show you this summary.  That's a summary that's a little neater to read of the Skype exchanges that we've got before you will.  Just looking at that, one thing that strikes me is it's not clear at all, and it might be to you looking at those words.  It's not clear to me that it was clear to either of you what was actually the subject of the negotiation, exactly what software was the purchase of which was being negotiated.  Am I wrong about that? |
| | Wright | That's why there's voice call, voice call, voice call, voice call, voice call as well. |
| | O'Mahoney | Okay. |
| | Wright | We spoke to each other. |
| 40 | O'Mahoney | Okay.  And - - - |
| | Sommers | Perhaps you could explain to me what the point of this is.  I mean, can we short-cut this by asking Dr Wright, "Did you get the software you wanted?" - - - |

CONFIDENTIAL

DEFAUS_00560346

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Well - - - |
| | Sommers | Because I'm not quite sure - - - |
| | Wright | Yes.  I did. |
| | Sommers | - - - what the point of - - - |
| 5 | O'Mahoney | I want to explore the extent to which the transaction occurred, and that is ultimately the question I'm coming to, and we're pretty well there.  I mean, I just wanted to do the groundwork in terms of what consisted of the negotiations, to what extent were they reduced to writing?  It sounds like there was certainly an ultimate contract, maybe some drafts, but you haven't kept them, I think, was your answer, and then - - - |
| 10 | | |
| | Wright | How do I deal with you most of the time, Andrew?  In even big things?  Andrew is doing a big contract thingy, whatever, agency agreement for me now, and most of it is, "These are my details, do it." |
| | O'Mahoney | Okay. |
| 15 | Wright | And Andrew might have a whole lot of documents, but - - - |
| | O'Mahoney | All right.  Well, was there any issue - - - |
| | Sommers | ….. |
| | O'Mahoney | Yeah, that's right.  They are privileged literally.  Tell me this:  was there any issue with the software that you obtained from Mr Ferrier? |
| 20 | Wright | It works.  I don't have an issue with it now.  It's still working.  I demonstrated that to the ATO.  I downloaded it in front of them.  I went through a licencing process.  I gave them licences.  I don't - - - |
| | O'Mahoney | And you're satisfied that it is legally licensed software? |
| 25 | Wright | I'm satisfied that it's working, that there's a licence and I can log into the site and download. |
| | O'Mahoney | But two parts of - - - |
| | Wright | If I go to Microsoft - - - |
| 30 | O'Mahoney | Two parts of that answer are about things that have nothing to do with licensing.  It's a simple question.  Are you satisfied that you've got a legal licence to the software that you obtained from - - - |
| | Sommers | The way in which my client would answer the question is he has no reason to doubt the veracity of the licence that he has.  He has logged into the site.  It comes up with his name with the access codes that were given as part of the transaction. |
| 35 | O'Mahoney | And how is that licence recorded?  If I buy a Microsoft product I get a very silvery Microsoft - - - |
| | Wright | No.  That's a home user.  We have volume licensing at work.  I have a website, I log in and it's recorded with my name and the licences on the website and it's the same. |
| 40 | O'Mahoney | And pardon my ignorance, but is there a register, for example, of Siemens software that would show you as the licence - as - - - |
| | Wright | How can you ask my client to answer that question? |
| | O'Mahoney | Well, he might know. |

CONFIDENTIAL

DEFAUS_00560347

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I've never worked for Siemens. |
| | O'Mahoney | No. It didn't come as a suggestion that you did. |
| 5 | Wright | I know I can go to their website, I can log in with a valid use your name and password that is Craig.Wright and my password and I can bring up something that says me and my address and my phone number and I can get a list of software and I can click any of it and I can download it, but I can put my details right in there and install it. That's why I care. |
| | O'Mahoney | But you know that - I mean, you know that from ordinary use of computers that the ability to log-in to something to something, I mean, I log into - - - |
| 10 | Wright | No, no, no, no. |
| | O'Mahoney | - - - subscription services. |
| | Wright | I know from - - - |
| | O'Mahoney | It doesn't mean that I'm a legitimate subscriber. |
| | Wright | No. That's bullshit. |
| 15 | O'Mahoney | In what way? |
| | Wright | I cannot ordinarily go to Microsoft and just log-in and download a copy of Office without paying for it. I'm well versed in security. Don't give me that crap. |
| | O'Mahoney | No, but - - - |
| 20 | Wright | You cannot go to a random site - I can't go to the ATO and just pick a random tax person and get all their details. I get a log-in to a third party site. |
| | O'Mahoney | But what facilitates, Dr Wright, what facilitates the ability to download it? Is it putting a code in, is it putting a password in or what it? |
| | Wright | User name, password. |
| 25 | O'Mahoney | All right. Well, let's just say everyone in this room are subscribers to a subscription service, say, an investor letter, but it is the case that people not in this room could plug in the user name and the password who are not legitimate subscribers. Do you accept that? |
| 30 | Wright | So you're saying that a random person out there with a user name Craig.Wright who logs in and gets my address, my phone number, which your guys have verified, I sat there with multiple ATO people on multiple occasions and logged in to Siemens and came up with - and showed them my address, my site - - - |
| 35 | O'Mahoney | Can I ask this: did you seek advice during this transaction to ensure that you were getting a licence, licenced software? |
| | Wright | I don't do that. I negotiated last year a group thing with Microsoft that was worth about a million dollars and I didn't go to Andrew and get advice on that one. |
| 40 | O'Mahoney | Because I've done some research during the week and there does seem to be an issue globally of people acquiring unlicensed software. |
| | Wright | No, no. You're talking about going to a tour site and downloading something illegal that has been cracked. I'm talking about going to Siemens, the manufacturer - - - |
| | O'Mahoney | And you say that's what you've done? |

CONFIDENTIAL

DEFAUS_00560348

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Okay. |
| | Wright | In front of your - their people. |
| | O'Mahoney | Okay. |
| 5 | Sommers | And provided screen dumps of the log-ins with it. |
| | O'Mahoney | Okay. Well, we know that it works. |
| | Wright | Andrew was actually. What did it say? |
| | O'Mahoney | I was just - I was wanting to probe you on - - - |
| | Sommers | Greg's not interested in my answer. |
| 10 | O'Mahoney | We know that it works. I was just wanting to probe you on whether or not it is properly licensed and I don't think we can take that much further, frankly. |
| | Wright | As far as I'm concerned, it's properly licensed. I went to the Siemens site. If someone had some dealing with a third party - I mean, the only way I can see this not being properly licensed is if Siemens in Germany had someone who had a relationship with Mr Ferrier and illegitimately licensed or gave me a licence to their site and a back door. |
| 15 | | |
| | O'Mahoney | I thought you said last week that you had some concerns now about Mr Ferrier's back story; is that right? |
| | Wright | Yes, but I don't know about the software. I got my software. |
| 20 | O'Mahoney | Okay. Those concerns haven't made you concerned about whether or not it was actually a legal licence that you obtained? |
| | Wright | I can log in to a third party - - - |
| | O'Mahoney | There's no doubt it works. |
| | Wright | - - - site - - - |
| 25 | O'Mahoney | You've made that clear, Dr Wright. |
| | Wright | - - - and it works. |
| | O'Mahoney | It works. We've established that. |
| | Wright | That's what I get. I mean, I am a buyer in good faith. It works. |
| | O'Mahoney | All right. |
| 30 | Wright | That's all I care. I have a cryptographic key that works and gives me access. If some sort of nefarious deal was done between an employee of Siemens, for instance, and Mr Ferrier, that didn't involve Siemens, then that's not my problem, I don't really give a rat's. |
| | O'Mahoney | Do you know anything about such - - - |
| 35 | Wright | No. I don't. I'm just giving a hypothetical. |
| | O'Mahoney | All right. Now, looking at another issue, which is the IP licence agreement between you as licensor and coin Exchange as licensee, I think it's dated 22 August 2013 - - - |
| 40 | Wright | The first one or the second one? The first one was a messed up one and then there was a resigned one where it was meant to go through the trust. |
| | O'Mahoney | I'm interested in the one dated 22 August 2013. |

CONFIDENTIAL

DEFAUS_00560349

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I can't remember which is which. They're both the same date as far as I know. |
| | O'Mahoney | Okay. Well, let's just talk about them in globo. Tell us about the circumstances that gave rise to that licence agreement. |
| 5 | Wright | Software put into company. |
| | O'Mahoney | Which software? |
| | Wright | The banking software and some of - there's a list. I can't remember which bits I distributed to which things off the top of my head. There are hundreds of bits of software - - - |
| 10 | O'Mahoney | Okay. But some banking software? |
| | Wright | - - - and I have given it - sorry? |
| | O'Mahoney | Some banking software? |
| | Wright | The list has been given. I am not memorising which business software I've given where. What I have is a series of documents saying where they are. |
| 15 | O'Mahoney | And did the company pay you - what consideration flowed in respect of this licence agreement? |
| | Wright | That's where rights came into it. |
| | O'Mahoney | All right. And what was the value of the agreement? |
| | Wright | Over the period it was in the order of 30 something million dollars or whatever. |
| 20 | O'Mahoney | For that consideration paid by way of - correct me if I'm wrong - rights to bitcoin? |
| | Wright | Yes. |
| | O'Mahoney | And by reference to the Seychelles trust that we've spoken about before; is that right? |
| 25 | Wright | The loan via, yes. |
| | O'Mahoney | Yes. Can you tell us when you say "the loan via", what does that mean to you? |
| | Wright | Are we going to say this again and again and again? |
| | Sommers | I believe so. Let's just press on. |
| 30 | Wright | I made a loan to a trust that I helped put stuff into in the first place. |
| | Sommers | You mean the wrong way around. |
| | Wright | I got - I mean, I had a loan given to me or what did the - however we want to say - the trust gave me right to access bitcoin. I have to repay it. How do the hell do I say that in loans? |
| 35 | Sommers | I know. |
| | O'Mahoney | And in relation to this IP licence agreement or agreements, were there negotiations between the licensor and the licensee? |
| | Wright | Did I negotiate myself? |
| 40 | O'Mahoney | I thought that was going to be your answer. I'm asking the question. Would there be any documents recording any negotiations in respect to that agreement? |

CONFIDENTIAL

DEFAUS_00560350

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| Wright | I did it at value. | |
| O'Mahoney | And how did you obtain an understanding of value? | |
| 5<br><br><br><br>10 | Wright | Okay. For the stuff in what do you call it - WNK - then that was done by getting an analysis of the software, as in this is how many lines, this is how it's distributed, etcetera. That was then costed on standard accounting processes where I said treat it as high risk because it's ATO and the accountant comes back and goings, "That's too high, that's too high, that's too high, that's too high", and I reduced it. The original calculation was actually higher and I reduced the value until it was, "Yep, that's right, yep, that's right, yep, that's right" from an FCA, and that was valued. The other was at cost. It cost me this much, I transferred it for the same with over the years $100,000 or so handling fee maintenance or whatever else for the trust. |
| | O'Mahoney | Would there be any documents evidencing that valuation process? |
| | Wright | Yeah. You guys have - the ATOs of got it. |
| 15 | O'Mahoney | Did you engage anyone to value it or retain anyone's services to assist in putting a figure on the value of the software? |
| | Wright | Did I engage? |
| | O'Mahoney | Yeah. Engage in one? |
| | Wright | I got someone to do it. |
| 20 | O'Mahoney | Who was that? |
| | Wright | Well, I started with going over the COCOMO method and I spoke with my former boss - former partner of EDO, Alan Granger, and discussed is this right and then we put together documents to do with the valuations. |
| | O'Mahoney | Where does Mr Granger work? |
| 25 | Wright | He's an accountant. He does his own stuff. |
| | O'Mahoney | Private practice? |
| | Wright | Yeah. |
| | O'Mahoney | And was he a former boss of yours? |
| | Wright | Yes. |
| 30 | O'Mahoney | And did he have - just describe for us in broad terms the input he had into the valuation process? |
| | Wright | He told me my initial figures were too high, too high, too high. Basically not that there's not many lines of code, but be less aggressive, treat it this way, that sort of stuff. |
| 35 | O'Mahoney | All right. And why were you so interested in valuation? |
| | Wright | I wanted to transfer it into my companies. I wanted to get it right. It wasn't about tax. The tax for GST works out neutral. I just wanted to make sure the thing was right because I've got other shareholders who have smaller - I mean, not as large as mine, but I wanted to make sure I wasn't ripping anyone off. I've already got enough issues with small shareholders who are complaining that they're not getting enough and all the rest. |
| 40 | | |
| | O'Mahoney | Okay. |
| | Wright | So it wasn't a tax thing; it was making sure that the value of what I was putting into the companies was adequate so that I didn't rip-off the taxpayer - |

CONFIDENTIAL

DEFAUS_00560351

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | | the shareholders, that I didn't value it too high so that they would come back to me and go, "Oh, you're trying to share and dilute our shareholding." That's what it was all about. |
| 5 | O'Mahoney | You mentioned before the COCOMO method of valuation. Is that an accepted way of - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - valuing software? |
| 10 | Wright | Yes. I've - I pulled down things from the ATO training site. I have a friend whose IT manager in the ATO and I've also been to IT conferences by the ATO where that is listed. I've also got a number of internal documents from the ATO that I don't care what you do, I won't tell where I got them from, that say that it's valid. |
| 15 | O'Mahoney | All right. Well, I will ignore that cryptic final part of that answer, but focusing on the earlier parts of it, you mentioned a friend. Is it the case that a friend assisted you in the application of this COCOMO method? |
| | Wright | A number of people have assisted me. |
| | O'Mahoney | But in respect of this transaction, this licence agreement, did you have the input of a few other people? |
| | Wright | I had other people help me work on it, yes. |
| 20 | O'Mahoney | And who are they? |
| | Wright | Well, I don't actually call them a friend any more, Steve McLachlan. He got upset because he was going to be a shareholder and wasn't getting enough. |
| | O'Mahoney | Okay. And who else? |
| 25 | Wright | And then Jamie Wilson was also involved in some of it and I had a falling out with him because he also wanted to run off and sell all my bloody rights to bitcoins and everything like that. |
| | O'Mahoney | Anyone else? |
| 30 | Wright | Then there's other people involved in the companies now and it has been reworked and whatever else and checked, so Allan Peterson. I don't know, probably 10 other people. |
| | O'Mahoney | Okay. In respect of this specific transaction, this licence agreement, would there be any documents recording either you or the people that you've referred to applying this COCOMO method to come up with a valuation? |
| | Wright | I've got the COCOMO method. It's fairly simple, actually. |
| 35 | O'Mahoney | No, no, no. I'm not so much worried about what the method is. Time, I'm sure, won't permit you to describe it, but I'm more interested in would there be - - - |
| | Wright | It's a website. |
| | O'Mahoney | Okay. |
| 40 | Wright | You fill in the number of lines of code, which is not something that you get to lie about. It's how many lines are there. This many. You put in the figures and it spits out their analysis. |
| | O'Mahoney | This is really simply quantitative, it just comes down to. |
| | Wright | Yeah. |

CONFIDENTIAL

DEFAUS_00560352

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Does that strike you as a funny way to value? |
| | Wright | Software?  No.  It's the - - - |
| | O'Mahoney | Does it have regard at all to the content of the coding? |
| | Wright | The type of coding, yes. |
| 5 | O'Mahoney | How does it do that? |
| | Wright | You have to put down what it is.  Like, if it's ….. coding, whatever else, but that's still a factual matter, is it this or is it, so - - - |
| 10 | O'Mahoney | Okay.  Well, I will come back to the question.  Will there be any documents recording anyone applying this valuation method, yourself included, to this licence agreement? |
| | Wright | Yes. |
| | O'Mahoney | And what documents, what are those documents? |
| | Wright | There are spreadsheets and there are - there's all the stuff how it got - - - |
| | O'Mahoney | Showing calculations? |
| 15 | Wright | Yeah. |
| | O'Mahoney | Showing - - - |
| | Wright | Showing how many lines of code, what kind of code it is.  All that's documented. |
| 20 | O'Mahoney | All right.  And looking at the actual agreement itself, it provides for the licensor having a right to certain intellectual property as software and it makes reference to clear title or title in the relevant software passing upon judgment in the Supreme Court proceedings.  Does that accord with your recollection? |
| | Wright | Yes. |
| | O'Mahoney | And one - - - |
| 25 | Wright | The exact terms I don't remember. |
| | O'Mahoney | Okay, but one curious feature of this is the Supreme Court proceedings didn't have judgment occur, if you like, or handed down until 6 November 2013. |
| | Wright | But the judgment was also that it would be applied as of 30 September. |
| 30 | O'Mahoney | All right, but can I ask you this question:  how is it that an agreement dated 22 August 2013 can in making provision for certain rights, how can it make reference to a judgment that has not occurred at that time? |
| | Wright | We thought it would happen earlier and the judgment said to be applied as of 30 September, so - - - |
| | O'Mahoney | But the judgment doesn't exist as at the date of this licence agreement. |
| 35 | Wright | Well, you tell the Supreme Court that they can't say 30 September. |
| | O'Mahoney | No.  I understand that - - - |
| | Wright | The Supreme Court gave me a judgment that said I had to apply it by 30 September. |
| | O'Mahoney | But the relevant judgment was dated 6 November 2013. |
| 40 | Wright | That judgment on that date said I had to apply it as of 30 September. |

CONFIDENTIAL

DEFAUS_00560353

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Okay.  So I appreciate that that judgment may have made orders that affected the situation prior to the date of the judgment.  My question is how did it come to be that the actual agreement makes provision for - - - |
| | Wright | I already had the software. |
| 5 | O'Mahoney | - - - the transfer of rights by reference to a judgment that hasn't even - - - |
| | Wright | I already had the software, I already had a contract. |
| | O'Mahoney | - - - appeared? |
| 10 | Wright | I already had the physical - like, the copy of the software on the disk.  I already had all of that.  As far as I was concerned, it was mine, the judgment was there to finalise and make sure that there was nothing wrong, and yes, it ended up being bloody messy and yes, I got a judgment on 6 November that says backdated to the 30th and, no, I'm not going to argue with the New South Wales Supreme Court and say, "No.  Actually, it should be the next quarter and I will update my document." |
| 15 | O'Mahoney | Did the agreement definitely exist before the judgment was handed down? |
| | Wright | Yes.  It was given to the court. |
| | O'Mahoney | And there's no other explanation for how it is that reference was made to a judgment that wasn't in existence as at the date of the agreement?  You've given - that's the total of the explanation? |
| 20 25 30 | Wright | I was doing an agreement with myself and other parties in the organisation that I was setting up.  We said we were going to do this.  It was - I thought it would happen much quicker.  I thought because everyone was interested when and all the rest from the other side and mine in getting this thing stamped and done, that it would happen quickly.  I was wrong.  The Supreme Court doesn't move as quick as I want, the Supreme Court doesn't issue things the way I want.  I'm sorry, but I realised that one.  Did I issue documents that then said the other?  Yes.  Did I have the software?  Yes.  Did I value them in a conservative manner?  Yes.  Could they be costed as more?  Yes.  Does it really matter from GST point of view?  No, because if it was a hundred million dollars, it would be 10 million dollars each way and it would still work out at zero. |
| | Sommers | Sorry, Greg, could I just clarify?  The reference in the IPD you've assigned to the statement of claim lodged in the Supreme Court, you're asking how is it that it refers to that - - - |
| 35 | O'Mahoney | A provision is made - - - |
| | Sommers | - - - and it predates judgment. |
| 40 | O'Mahoney | It does.  Provision is made for the passing of title upon judgment in the Supreme Court proceedings and it's just in circumstances where the judgment is unknown, the date of that is unknown.  I just want to understand if there was an issue - - - |
| | Sommers | But you are satisfied that the document was - the document is dated the date that is after the proceedings were commenced.  The proceedings had been commenced ….. |
| | O'Mahoney | There's no doubt about that. |
| 45 | Sommers | ….. |
| | O'Mahoney | Absolutely.  Yeah. |

CONFIDENTIAL

DEFAUS_00560354

Interview Conducted with Craig WRIGHT

|   | | |
|---|---|---|
| | Sommers | So you're note ….. |
| | O'Mahoney | Certainly.  I appreciate - - - |
| | Wright | And I'd given the document to the ATO - - - |
| | O'Mahoney | - - - the proceedings were on foot. |
| 5 | Wright | - - - in September. |
| | O'Mahoney | No.  I appreciate the proceedings were on foot.  Just a few final questions, but - - - |
| | Wright | I'd given the document to the ATO in September. |
| 10 | O'Mahoney | Okay.  A few final questions to round down.  Did you ever register a domain name with AlBaraka in it? |
| | Wright | I didn't, no. |
| | O'Mahoney | Did someone you know? |
| | Wright | Not that I know.  Why? |
| 15 | O'Mahoney | Do you have the actual wording?  Okay.  We have some information that a domain name was registered, that is a variant of or precisely AlBaraka.Asia.  Does that ring any bells? |
| | Wright | No. |
| | O'Mahoney | All right, then.  If that potentially had nothing to do with you - tell me this, Mr - - - |
| 20 | Wright | What's the …..  I have known that one in AlBaraka.TR as well, but why - what - - - |
| | O'Mahoney | AlBaraka.TR? |
| | Wright | Yes. |
| | O'Mahoney | Have you had any involvement in that domain name? |
| 25 | Wright | I've been emailing to them. |
| | O'Mahoney | All right.  Around who is AlBaraka.TR? |
| | Wright | AlBaraka in Turkey as far as I know.  The website comes up as Turkey. |
| | O'Mahoney | And what do you know about AlBaraka in Turkey? |
| | Wright | They're a mid-sized Islamic bank based in Turkey.  I mean - - - |
| 30 | O'Mahoney | Have you had any involvement in corresponding with AlBaraka outside of that? |
| | Wright | I know other people that have.  I've …..  others at work have been dealing with them. |
| | O'Mahoney | Okay.  And who else at work has been dealing with this AlBaraka Turkey? |
| 35 | Wright | A number of former employees.  Alan Peterson has been. |
| | O'Mahoney | And to what end? |
| | Wright | Making sure we got the software first of all, making sure that we were able to install it. |
| 40 | O'Mahoney | So is this the case, that AlBaraka has provided some sort of ongoing assistance with using or installing the software? |

CONFIDENTIAL

DEFAUS_00560355

Interview Conducted with Craig WRIGHT

|  | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And officers of the bank have done that? |
| | Wright | I'm assuming their officers of the bank. |
| | O'Mahoney | Why do you say that? |
| 5 | Wright | Because everyone keeps coming up with the - who are these - I mean, it worked.  I got my software.  No, I didn't check any further. |
| | O'Mahoney | Do you have any reason to doubt that you've been - that these people at your end have been dealing with officers from AlBaraka? |
| | Wright | Not until you guys got involved. |
| 10 | O'Mahoney | Well, can I say this, Dr Wright, that we've got some information that an entity with AlBaraka in it has a connection to a site, an office in Istanbul, an office - a commercial address in Istanbul and further inquiries have revealed that looking into that commercial address in Istanbul it is a Servcorp office.  Now, you might not know what that means, but Servcorp is a company that - - - |
| 15 | Wright | I know Servcorp.  I've used them over here at one stage, but not ..... |
| | O'Mahoney | To be clear on that for the transcript, Servcorp is a company that specialises in virtual offices. |
| | Wright | Mm. |
| | O'Mahoney | That post-modern concept, and tell us this:  do you know anything about that? |
| 20 | Wright | No.  I don't. |
| | O'Mahoney | Because the reason I ask is we've also got credit card information of yours, credit card records, showing debt that you have paid, you have made payments to Servcorp Istanbul.  What do you know about that? |
| | Wright | I don't know anything about that.  I know I've gone through a few credit cards. |
| 25 | O'Mahoney | You don't know anything at all about any payments that you've made to Servcorp Istanbul? |
| | Wright | I don't know half my accounts. |
| | O'Mahoney | All right, but would you have had any reason at any point in time to have made payments to Servcorp Istanbul? |
| 30 | Wright | No. |
| | O'Mahoney | No? |
| | Wright | Never.  What card was that made on? |
| | O'Mahoney | I don't know any more specific details at this stage, but I just wanted to ask you - - - |
| 35 | Wright | Can you get me details ..... |
| | O'Mahoney | I'm sure we can.  No, no, we certainly can. |
| | Wright | I know if it was Penoptocript that card was canned on me because it was reported as stolen by the bank. |
| | O'Mahoney | All right.  Time will time. |
| 40 | Wright | I don't know what that meant. |
| | O'Mahoney | What is Penoptocript? |

CONFIDENTIAL

DEFAUS_00560356

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | A company ….. |
| | O'Mahoney | Say that again? |
| | Wright | A company of mine. |
| | O'Mahoney | And what does it do? |
| 5 | Wright | Another research thing.  I do research, I do everything else. |
| | O'Mahoney | And how did it come to be the guarantor of the Seychelles trust? |
| | Wright | It was involved back when it was first set up with certain rights in there.  I don't know anything other than it's meant to be there for Dave and all the rest. |
| | O'Mahoney | And have you spoken personally to anyone from AlBaraka? |
| 10 | Wright | I spoke to people who I believe worked for AlBaraka. |
| | O'Mahoney | And what made you believe that? |
| | Wright | I got my software. |
| | O'Mahoney | Just that?  Do you know the names of those people? |
| 15 | Wright | No.  Off the top of my head I can't, but I - I've got some details, but I don't even want to try and pronounce them. |
| | O'Mahoney | All right.  Would you have any sort of written records of communication with anyone from - - - |
| | Wright | Yes.  I do. |
| | O'Mahoney | - - - AlBaraka? |
| 20 | Wright | Yes. |
| | O'Mahoney | And what would those records be directed towards? |
| | Wright | Emails and things.  What do you mean? |
| | O'Mahoney | Yeah, emails dealing with what? |
| 25 | Wright | Dealing with getting the software and downloading it and things and payment and stuff like that. |
| | O'Mahoney | And was a licence transferred with the AlBaraka software? |
| | Wright | Not per se, no, because it's source code. |
| | O'Mahoney | So it's not licensed software? |
| | Wright | That's not correct in what you're saying.  It is source code. |
| 30 | O'Mahoney | And is it the case that inherently source code cannot attract a licence or be licensed.  Is that - - - |
| | Wright | Well, we got the contract for it and, I mean, it's not like I put in a licensed string.  I don't know how I explain this to you, but - - - |
| | O'Mahoney | Well, let me - - - |
| 35 | Wright | - - - it's the source code. |
| | O'Mahoney | - - - ask the question this way: can you obtain licensed source code? |
| | Wright | I have a licence to use that source code.  If you're talking about a licence string, that's not the same thing. |
| 40 | O'Mahoney | Okay, but in the abstract, can you obtain licensed source code just generally?  Is it possible? |

CONFIDENTIAL

DEFAUS_00560357

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Okay.  And in respect of this AlBaraka transaction, the source code that was acquired, was it licensed? |
| | Wright | I believe so, yes. |
| 5 | O'Mahoney | What causes you to believe that? |
| | Wright | I've got a contract saying I get the stuff which is a licence. |
| | O'Mahoney | And is provision made in the contract, does it represent that it is licensed? |
| | Wright | Licence, licence string.  You use the same word;  they're not the same thing. |
| | O'Mahoney | What does "licence string" mean? |
| 10 | Wright | Like, when you put in a compiled version of a software, an activation code. |
| | O'Mahoney | And is that a mechanism, what, for activating a licence? |
| | Wright | Activating a right to use.  A "licence" is a legal term, as you well know. |
| | O'Mahoney | Okay.  No, no - - - |
| | Wright | I have a right to use source code. |
| 15 | O'Mahoney | All right.  Well, we're almost finished.  You make this distinction.  Do you say that the contract reflects you acquiring a licensed string? |
| | Wright | No. |
| | O'Mahoney | No?  Does it reflect you - - - |
| | Wright | It's not a license string;  it's a right to use source code. |
| 20 | O'Mahoney | All right, but do you say you've got a licence to the software now? |
| | Wright | Not a licence;  I'm licensed.  I have a right to use the source code. |
| | O'Mahoney | All right.  And is there any issue about whether or not there is a licence?  Are you involved in any dispute, for example, about whether or not - - - |
| | Wright | No. |
| 25 | O'Mahoney | - - - you've obtained licensed software? |
| | Wright | No.  No one has come back to me and said, "No.  This isn't licenced."  I have the software, the ATO have come out and had a look at it, I've demonstrated it, I've got it working and showed them, I compiled it and had it rung and it has been seen by people.  I've pulled apart source code. |
| 30 | O'Mahoney | And is AlBaraka - as you understand it, is AlBaraka something of a banking pioneering when it comes to crypto currency? |
| | Wright | They're an Islamic bank.  The reason I wanted someone from an Islamic bank is they don't do interest. |
| | O'Mahoney | All right. |
| 35 | Wright | Bitcoin is deflationary.  It means it has to be treated differently. |
| | O'Mahoney | In that context have you ever approached the Abu Dhabi Commercial Bank, EFG, Homez, any other Arabic-type banks to obtain software from them? |
| | Wright | They don't actually have their own software. |
| | O'Mahoney | Is that right? |
| 40 | Wright | As far as I know. |

CONFIDENTIAL

DEFAUS_00560358

Interview Conducted with Craig WRIGHT

|   | | |
|---|---|---|
| | O'Mahoney | Okay. |
| | Wright | Most of those use ….. or others indirectly, so - - - |
| | O'Mahoney | Okay, but we know - do you say that ultimately what was acquired - - - |
| 5 | Wright | I've tried to speak to other people about some of these things and getting copies. |
| | O'Mahoney | Who else have you approached to acquire software from an Arabic bank or Islamic bank? |
| | Wright | I've spoken to people I know through LinkedIn and Facebook who work in these areas. |
| 10 | O'Mahoney | Okay.  And who are they?  Who are those people? |
| | Wright | Jamal something.  I would have to look through my list. |
| | O'Mahoney | Would your records have those names? |
| 15 | Wright | Probably not.  I mean, I'd have names in Facebook and things like that, but I don't remember exactly what my conversations were about them or anything like that.  I didn't keep them because I didn't get it. |
| | O'Mahoney | But having decided that you were interested in acquiring software from an Islamic bank, what steps did you take to look at different Islamic banks that might be a source of software? |
| 20 | Wright | I got told I could get something that suited everything I wanted, I looked into what their software was.  It worked. |
| | O'Mahoney | Okay, but you did mention before there's some contacts on LinkedIn and so forth that - - - |
| | Wright | Yes.  I looked at - - - |
| | O'Mahoney | - - - presented some other opportunities. |
| 25 | Wright | Yeah. |
| | O'Mahoney | What - - - |
| | Wright | I'd even looked at non-Islamic banks. |
| | O'Mahoney | All right, but what were some other Islamic bank opportunities that you looked at? |
| 30 | Wright | I have to tell you after I looked at my notes. |
| | O'Mahoney | And would your notes also reveal the people that presented them to you or that - - - |
| | Wright | No. |
| | O'Mahoney | Can you recall anyone - - - |
| 35 | Wright | I didn't care about - - - |
| | O'Mahoney | - - - that you discussed your interest? |
| | Wright | Not off the top of my head, no.  I didn't really care about the people.  I still don't.  What I care about is getting this - the code. |
| | O'Mahoney | Okay. |
| 40 | Wright | I care about my code.  I care about the other stuff.  I want source code. |

CONFIDENTIAL

DEFAUS_00560359

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | But I think, as I understand it, this code is particularly interesting to you because it comes from an Islamic bank and we spoke last week about that. |
| | Wright | Yes. |
| | O'Mahoney | The interest dynamics at play in - - - |
| 5 | Wright | Yes. |
| | O'Mahoney | - - - the Islamic world that I'm aware of.  Are there any records that reflect you seeking out such software from any other such bank? |
| 10 | Wright | I negotiated with - well, not such software.  I've negotiated with people like Temanos in the last year trying to get something that bloody works.  There was Rubic and others.  I mean - - - |
| | O'Mahoney | So the answer is "no", is it, that at the time of the AlBaraka acquisition you couldn't show any other documents reflecting that this - - - |
| | Wright | I've spoken to other people. |
| 15 | O'Mahoney | But I'm just trying to dig into that a little bit.  You can't name the people, I think I'm right in saying, you can't name anyone? |
| | Wright | I don't know.  I would need to go through and look at my LinkedIn and Facebook profiles and see who I was talking to at the time, etcetera.  I don't remember - - - |
| | O'Mahoney | You mentioned a Jamal.  Do you know Jamal's last name? |
| 20 | Wright | I would have to look at Facebook and tell you. |
| | O'Mahoney | Okay.  And you might be able to do that? |
| | Wright | Yes. |
| | O'Mahoney | And would there be any written documents reflecting this search - - - |
| | Wright | No. |
| 25 | O'Mahoney | - - - or the efforts to - - - |
| | Wright | There's only my notes on the different softwares.  I mean, I've got searches on different core banking platforms and things like that, but I don't really care about the people I get it from.  I'm sorry if that sound callous or whatever else.  I don't.  I give a shit about my code.  I don't care about the people. |
| 30 | O'Mahoney | All right.  Just one moment.  I will just very quickly - does anyone have any other questions they would like me to ask Dr Wright?  No?  You look like you might have - - - |
| | .......... | Perhaps just an understanding ….. Dr Wright, that he spoke with other providers such as Rubic and something starting with T - - - |
| 35 | Wright | Temanos. |
| | .......... | Temanos.  Thank you. |
| | O'Mahoney | Yes.  Could - just say a little bit about that. |
| 40 | .......... | Well, just to understand why there's a need to engage those parties if you already had the AlBaraka software ….. whether there was a deficiency in that software and so on. |
| | O'Mahoney | Okay.  Just in case that hasn't been picked up by the microphone, the questions along these lines, Dr Wright, that you've mentioned approaching Rubic and Temanos - - - |

CONFIDENTIAL

DEFAUS_00560360

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Mm. |
| | O'Mahoney | - - - in the context of talking about the AlBaraka software. |
| | Wright | Mm. |
| 5 | O'Mahoney | What gave rise to those approaches?  Was it, for example, that there was a deficiency in the software? |
| | Wright | There's a deficiency in every software in that it doesn't handle bitcoin properly. |
| | O'Mahoney | Okay.  Let's focus on this one - - - |
| | Wright | What I - - - |
| | O'Mahoney | - - - this particular software. |
| 10 | Wright | I am talking about this particular software. |
| | O'Mahoney | Okay. |
| | Wright | All of it doesn't do everything I want.  What I need to do is understand the whole banking process, and strangely enough, no bank will let me sit down and reverse engineer their code with them. |
| 15 | Sommers | What was the particular advantage you saw from Rubic and why was the Rubic software unsuitable? |
| | Wright | They were supposed to teach me how it worked. |
| | Sommers | And - - - |
| | O'Mahoney | And who was your point of contact there? |
| 20 | Wright | Roger Manu. |
| | O'Mahoney | M-a-n-u? |
| | Wright | I would have to check that.  I don't remember how I spelt his name. |
| | O'Mahoney | All right.  Around what - - - |
| | Wright | We had a contract with them, they fucked up and didn't deliver. |
| 25 | O'Mahoney | Okay.  And what about the Temanos?  Who was your contact there? |
| | Wright | I don't remember his name.  I can get it to you. |
| | O'Mahoney | And would there be documents - - - |
| | Wright | I'm not a people person. |
| 30 | O'Mahoney | Okay.  Would there be documents evidencing your interaction with those two entities in respect to the AlBaraka - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - software? |
| | Wright | No. |
| | O'Mahoney | "Yes" or "no"? |
| 35 40 | Wright | Yes, interactions with them;  no to AlBaraka software.  They didn't know - I mean, I didn't tell any of them about the other things.  I didn't want to because it was competition with what they were doing.  Temanos didn't want me - Rubic didn't want me to build my own;  they wanted to control things and sandbox it.  What I wanted to do was build my own, my own core banking platform built on bitcoin.  That's what I'm doing. |

CONFIDENTIAL

DEFAUS_00560361

Interview Conducted with Craig WRIGHT

| | O'Mahoney | And is that - will that be, to your mind, the first such bitcoin bank, if you like? |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | I just in doing some searches during the week have revealed that there do seem to be some bitcoin ATMs already in existence.  Are they - - - |
| 5 | Wright | ATMs, not banks. |
| | O'Mahoney | So there's a difference? |
| 10 | Wright | It's not a - yes, a very big difference.  It's a depository, a full online banking platform.  Being able to go and get a print-out of a QR code at a machine is not the same as having loans and having banking platforms that allow you to transfer money, that allow you to invest.  That all the stuff - if you look at what NetBank does on Commonwealth Bank, all of that, that's what I want to build into bitcoin. |
| | O'Mahoney | All right. |
| 15 | Sommers | There are detailed contracts with Rubic and there was a dispute in relation to Rubic where we were unable to act because of a conflict and so there are separate proceedings and so - - - |
| | O'Mahoney | All right, yeah. |
| | Sommers | - - - Dr Wright through his other lawyers can provide you with that detail if you need it. |
| 20 | O'Mahoney | All right, then. |
| | Wright | And, yes, our contract there was fucked up too.  We didn't involve everyone in the beginning.  It was a contract, it was drafted, we got screwed on it. |
| | O'Mahoney | All right.  Well - - - |
| | Wright | Like many other ones I've done. |
| 25 | O'Mahoney | - - - thank you, Dr Wright.  That concludes the questioning and for the record it's now 6.29 and that will be the end of the interview.  Thank you. |

CONFIDENTIAL

DEFAUS_00560362

**AUSCRIPT AUSTRALASIA PTY LIMITED**
ABN 72 110 028 825

AUSCRIPT
FASTER, BETTER EVIDENCE DELIVERY SINCE 1921

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003
**T:** 1800 AUSCRIPT (1800 287 274)    **F:** 1300 739 037
**E:** clientservices@auscript.com.au    **W:** www.auscript.com.au

## TRANSCRIPT OF PROCEEDINGS

TRANSCRIPT SENSITIVE

O/N H-429401

**AUSTRALIAN TAXATION OFFICE**

**RECORD OF INTERVIEW**

**INTERVIEWER:**    **GREG O'MAHONEY**

**INTERVIEWEE:**    **CRAIG Wright**

**CONDUCTED AT:**    **ATO OFFICE**

**DATE:**    **11 AUGUST 2014**

**TIME:**

**TRANSCRIBED BUT NOT RECORDED BY
AUSCRIPT AUSTRALASIA PTY LIMITED**

Wright 11.08.14

Transcript Sensitive

CONFIDENTIAL

DEF_00068665

# Interview conducted with Craig Wright

On the 11th August 2014

Australian Taxation Office

INSERT CORRECT ADDRESS

5             Interviewers: Greg O'Mahoney, Andrew Sommers.

| | | |
|---|---|---|
| | O'Mahoney | Thank you. I will start with the formalities. I think the interview of Dr Wright, it's informal, notwithstanding that it's been recorded and it's set down for two afternoons – today 11 August and 18 August. I can indicate, Dr Wright – and don't hold me to this – but the way I was envisaging approaching the interview was to, today, deal with matters on a fairly high level and then next week take up some more discrete lines of questioning about some of the matters touched on today. And, I guess, to start, the first question turns on your background and experience. Would you mind telling us a little bit about your commercial background and experience? |
| | Wright | Commercial or medical or generally? |
| | O'Mahoney | Well, let's start with academic and move to the commercial. |
| | Wright | Bascially, I have been in university since I left high school. I collect qualifications. Currently, I have around 200 vocational qualifications in my particular field, plus a number that aren't. Double digits on degrees. I'm qualified in everything from IT law and economics to the main areas I'm involved in which is IT, so programming, photography, security, whatever else. I'm the only person globally to have achieved a GSE through all three different streams – GSE being Global Security Expert from the SANS Institute, GSE being considered generally the highest security certification you can get. In those other SANS ones, at one stage I had every single qualification. I haven't maintained every single one of them because they're not all relevant anymore, and there's only so much time that I can actually work and do other things with. |
| | | Also qualified in things like statistics. My paper – my master's was ..... analysis; basically looking at ..... time series, time series in economic markets and whatever else, predictions and monitoring data to do with economic systems. In economics, it's to do with banking finance and monetary policy. IT generally, I started programming predominantly in C and Assembly. Also do Java and other languages but I still prefer C and other such languages. I'm qualified in a number of operating systems, everything from Windows and whatever else were also taught, up to post graduate level. I stopped that recently as the time over the last year with everything hasn't allowed me to. Once we get everything sorted, apart from businesses or business, I will also get back to teaching ..... electric. |
| | | I present at a number of international conferences. I have presented ..... such as neural networking, artificial intelligence. That's what most of my research at the moment is looking in the commercialisation of agents, the small bits of software code designed to ..... a task. The way I do those is looking at evolutionary systems and these are things like swarm particles – PSOs where you have lots of small bits of code that compete, and the nature of that is to have a system where the surviving code gets more resources if it's better at |

Page 1 of 45

DEF_00068666

Interview Conducted with Craig Wright

|   |   |   |
|---|---|---|
|   |   | doing a particular task, and then each of the other bits of code – so over large volumes of energy and a set of problems that are mathematically infeasible, doing ..... mathematics so things like travelling salesman problems and online contracting and that sort of thing. |
| 5 |   | So the idea is to gather all the things into a block chain and other such mechanisms so that you can have a smart contract where it is effectively infeasible to get out of things as long as the contract is set up correctly beforehand.  It also allows a non-debt-leveraged type of system so that you have, I guess, the use of money where you can guarantee that there is a, |
| 10 |   | frankly, non-fraudulent use of bank funds.  That is, a bank can't lend what it doesn't actually have in capital or investment, etcetera, so the current issue we all have in our banking system, people basically take money – a loan out for something such as someone going on a holiday or whatever else, which is fine if you are doing capital invested in the bank itself, but when you are taking |
| 15 |   | that leverage past the bank, there's no decent scrip that the bank can sell.  So part of the idea of what we are doing in a block chain is then taking that, so that you actually have to have a real contract with real asset bases and investors in the bank can lose money, and when they do that, but not a good ..... |
| 20 | O'Mahoney | Can I – can we just pause there and perhaps have a little bit of – to some extent we've anticipated some questions that I will be asking you.  Just getting back to your university qualifications, you said that you had hit double digits.  Can you tell us which degrees you have graduated in? |
| 25 | Wright | Masters in Law, Masters in Statistics, IT Masters in Networking Systems Administration, IT Masters in – Master of Science - - - |
|   | O'Mahoney | Are they all from the same university? |
|   | Wright | No. |
|   | O'Mahoney | No.  So - - - |
|   | Wright | Some US, some Australian, some British. |
| 30 | O'Mahoney | Okay.  The Masters of Law? |
|   | Wright | Northumbria, UK. |
|   | O'Mahoney | Okay.  And the Masters of Science? |
|   | Wright | That's SANS Institute, USA. |
|   | O'Mahoney | And the Masters of Statistics? |
| 35 | Wright | Newcastle. |
|   | O'Mahoney | And, I think, did you say Masters of Systems - - - |
|   | Wright | Administration? |
|   | O'Mahoney | Yes. |
|   | Wright | Charles Sturt University.  I got a number at Charles Sturt University. |
| 40 | O'Mahoney | All right.  Any other degrees in universities? |
|   | Wright | Sorry? |
|   | O'Mahoney | Any other degrees in universities? |
|   | Wright | Yes. |
|   | O'Mahoney | Which ones? |

CONFIDENTIAL

DEF_00068667

Interview Conducted with Craig Wright

|  | Wright | Well, in theory I have finished my second degree and second doctorate, PhD, from Charles Sturt University but I have to actually send in the bound document. So I have got the pass and whatever else but I have to pull my finger out and get it printed and whatever else, but I have got the, you know, pass type of thing. I have got weird and wonderful things. I got church – so I've got theology; I have got – that is really ..... |
|---|---|---|
| 5 | | |
| | O'Mahoney | No. |
| 10 | Wright | .... I've got Masters in Networking Systems Administration; Master of Information Systems Security. |
| | O'Mahoney | Where was that from? |
| | Wright | Charles Sturt University. |
| | O'Mahoney | That's fine. If you think of more as we go through, just mention them to us. |
| | Wright | There's quite a number. Unfortunately, I forget how many I've actually got. |
| 15 | O'Mahoney | But to have some – to get some picture of your career profile, it sounds like you have been in and out of university, if you like, and studying for a substantial part of your life. |
| | Wright | Until recently, I have never been out of university. |
| | O'Mahoney | All right. More in than out. |
| 20 | Wright | And worked and been in uni at the same time. |
| | O'Mahoney | Yes. Okay. |
| | Wright | Well, since I first ..... end of the 80s, 90s, I have just been in university. |
| | O'Mahoney | What was your first job? |
| | Wright | My first job? |
| 25 | O'Mahoney | Yes. |
| | Wright | I was – well, did you want before I left uni or - - - |
| | O'Mahoney | Upon graduating from your first university degree? |
| 30 | Wright | That would be after the air force and that would be, thus, when I went to WPA; that then became Corporate Express. WPA, I was a system administrator doing logistics and all the systems ..... computers that valuable so they also had me doing logistics work. |
| | O'Mahoney | And did you have a number of positions within, sort of, the systems administration over a period of time? |
| 35 | Wright | I went from systems administration at Corporate Express to – I headed up the corporate area in OzEmail, when I ..... connections with corporates, so large connections ..... connectivity. From there I went to the Australian Stock Exchange. I was the security manager there. I went ..... basically pursuant ..... Australian Stock Exchange. |
| | O'Mahoney | When was that? |
| 40 | Wright | That was in 1996. |
| | O'Mahoney | Yes. |

Page 3 of 45

CONFIDENTIAL

DEF_00068668

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | From there, I started a company to do security consulting, etcetera. ASX became one of my first clients. I picked up – I started picking up gambling companies at that stage, some companies ..... else. |
| 5 | O'Mahoney | Just pausing there, when was it that you first established a company that you ran? |
| | Wright | The business was in 1997 and then it was transformed into a company shortly after that. |
| | O'Mahoney | Right. Which company was that? |
| | Wright | ..... |
| 10 | O'Mahoney | And since that time, have – more or less, has there been a case that you have been running companies for yourself? |
| | Wright | Predominantly, yes. |
| | O'Mahoney | And during that time you have been, I think it's fair to say, a director of a number of companies? |
| 15 | Wright | Yes. |
| | O'Mahoney | What, since first – can you remember the time at which you first became a company director – was it around that time, '96,'97? |
| | Wright | '98 or something like that. |
| 20 | O'Mahoney | '98. And since that time, roughly, how many companies would you have been a director of? |
| | Wright | Double digits. |
| | O'Mahoney | Okay. Double digits. And, at the moment, is your occupation that of company director/entrepreneur/ - how would you characterise your current profession? |
| | Wright | So company director in part, entrepreneur, photographer, forensic specialist. |
| 25 | O'Mahoney | All right. Let's focus in on one of those companies, Coin Exchange. We know that it was incorporated in April of 2013. Was it the case that it traded immediately upon becoming incorporated? |
| | Wright | We actually started developing products before it became incorporated. |
| 30 | O'Mahoney | Okay. Well, if you wouldn't mind, could you tell us a little bit about the circumstances of the incorporation of Coin Exchange. |
| | Wright | What do you mean by that? |
| | O'Mahoney | How did it come about that Coin Exchange came to be incorporated? |
| 35 | Wright | A long-term friend of mine, Dave Kleiman and I, started that so that we could start building an exchange platform, particularly in Australia. We had been developing product etcetera for a number of years beforehand. Dave and I had been friends and sort of partners that way for a long time. We had worked on a number of patents together, everything from using electron microscope to ..... recover data from hard drives that had been wiped, to one-time Windows logins and similar types. We worked on some books together and he acted, well, as my editor ..... myself. |
| 40 | | |
| | | We had been planning putting together an exchange platform that would allow us ..... or bitcoin. The idea would be to perform an alternative reserve currency, that's what we are trying to do. I have jumped ahead of myself. Probably replacing the US dollar. The idea being that you have exchanges in |

Page 4 of 45

Interview Conducted with Craig Wright

|   | | |
|---|---|---|
| 5 | | different countries, such as Britain, Australia, wherever else.  We could use that to instantaneously do forex transactions at immensely low rates and far quicker than the resource ..... at the moment, but also tied to the old title to Smart Property and it would ..... all contracts in reverse ..... researching at the moment is oil contracts and this and that to ..... with automated assistance. |
| | O'Mahoney | Okay.  We might come to that.  You said earlier that you and Mr Kleiman had been developing product for some time. |
| | Wright | Yes. |
| | O'Mahoney | Prior to the incorporation of Coin Exchange. |
| 10 | Wright | Yes. |
| | O'Mahoney | What – how long have you been working with Mr Kleiman?  Were they products that ultimately became the subject of business done by Coin Exchange? |
| | Wright | Some of them, yes.  Not all. |
| 15 | O'Mahoney | And how long have they been in the pipeline for? |
| | Wright | Since I knew Mr Kleiman. |
| | O'Mahoney | And is this the case:  that the Coin Exchange was established to corporatise, if you like, ideas that you and he had been working on for a substantial period of time? |
| 20 | Wright | Certain parts of it, yes, along with bitcoin areas.  So we had been working on those sort of areas;  I had been doing research into ..... places, into online contracting etcetera, the nomination systems in order to exploit that a lot more than we had been doing at the time - - - |
| | O'Mahoney | Was this your first venture with Mr Kleiman. |
| 25 | Wright | No. |
| | O'Mahoney | Well, what other ventures had you done with him? |
| | Wright | We were involved with WK Info Defence but I wasn't actually actively managing any of that.  Dave ran all that over in the US. |
| | O'Mahoney | Can you say that again?  WK? |
| 30 | Wright | WK Information |
| | O'Mahoney | Defence. |
| | Wright | Research LLC. |
| | O'Mahoney | And that was a company that you say Mr Kleiman was running out of the - - - |
| | Wright | US. |
| 35 | O'Mahoney | US.  And had you been involved in that company? |
| | Wright | I have been involved subsequently.  I mean, I was there but day-to-day, not at all. |
| | O'Mahoney | When you say you were there, what do you mean by that? |
| | Wright | I would do coding, trying to work out solutions to problems that we had. |
| 40 | O'Mahoney | Were you – was that before founding Coin Exchange? |
| | Wright | Yes. |

Page 5 of 45

CONFIDENTIAL

DEF_00068670

Interview Conducted with Craig Wright

|  | O'Mahoney | And roughtly how long were you there, that is, at the WK Info Defence? |
|---|---|---|
|  | Wright | The exact time we started it, I don't remember, but it was around 2010 some time that we started putting everything together for a 2011 incorporation. |
| 5 | O'Mahoney | And what is it that WK Info Defence, what's its business or enterprise? |
| 10 | Wright | The idea came about because I didn't trust the Tax Office here. I had had a number of run-ins because of Information Defence Australia and Integyrs that I had set up over here. Those companies – well, although I'd spent lots of money and around 500 computers ..... research to bitcoin mining ..... considered ..... by the ATO, so everything I had I moved over at a nominal rate, which was based on what it was worth at the time, into a trust and everything over there because back then I believed bitcoin was worth a lot of money. |
|  | O'Mahoney | What was the trust that was established? |
| 15 | Wright | There was one in Panama that I don't have all the details of. |
|  | O'Mahoney | What's it called? |
|  | Wright | Don't know all the details. I don't know. |
|  | O'Mahoney | Or any details. |
|  | Wright | I know there's a trust in Panama that's set up. |
| 20 | O'Mahoney | When was that set up? |
|  | Wright | In probably '11. |
|  | O'Mahoney | And were you involved in establishing it? |
|  | Wright | No. |
|  | O'Mahoney | Was it set up to your benefit? |
| 25 | Wright | It is set up for the benefit of the research I'm doing. |
|  | O'Mahoney | All right. And - - - |
|  | Wright | All of this is to fund all the things I'm doing. |
| 30 | O'Mahoney | Okay. I guess, just by way of background, tell us about – we won't hold you to every detail of that trust, but just tell us a little bit about the trust in Panama that was established? |
|  | Wright | There was a trust set up to put a number of bitcoin that Dave was mining and everything like that into and maintain, the idea being that we would use that to further the goals we were doing, which were all to do with promotion of bitcoin and cryptocurrencies we have there. |
| 35 | O'Mahoney | So was it the case that the trust in Panama was set up as a funding mechanism? |
|  | Wright | For research, yes. |
|  | O'Mahoney | And for research that you were doing with Mr Kleiman? |
|  | Wright | That Mr Kleiman was doing and myself as well, yes. |
| 40 | O'Mahoney | All right. And you mentioned that courtesy of the experience you had with the tax authorities here, you moved offshore, you moved things offshore. You mentioned the trust in Panama. What other steps did you take to that end? |

Page 6 of 45

CONFIDENTIAL

DEF_00068671

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | What do you mean by what other steps? |
| 5 | O'Mahoney | Well, you mentioned before that, courtesy of that story that you had with the Commissioner, that you – that in the context of discussing that, you talked about the trust in Panama.  Also, we were talking about WK Info Defence. |
| | Wright | Mm. |
| | O'Mahoney | Was it the case that your involvement in that entity occurred because, as I think you indicated earlier, you wanted to move things offshore, you wanted to - - - |
| 10 | Wright | Yes. |
| | O'Mahoney | - - - work offshore. |
| | Wright | Everything would have been in Australia the whole time if it wasn't for the fact that I ended up having to fight to not be bankrupt for expenditure that I actually made. |
| 15 | O'Mahoney | Right.  And did you invest in WK Info Defence? |
| | Wright | More indirectly than directly. |
| | O'Mahoney | What does that mean? |
| 20 | Wright | At the time we got a lot of payments from people I'd worked with in the past. Playboy Gaming and other people that I still do work for, basically in the gambling field.  I do a lot of statistical work, validating algorithms, etcetera, and I also do a lot of work validating ..... the house wins, and I get paid for that and rather than me getting paid for that, the entity got paid for that. |
| | O'Mahoney | The entity being WK Info Defence? |
| | Wright | Yes. |
| 25 | O'Mahoney | All right.  As at April 2013 when Coin Exchange was established, how many other companies were you – did you control at that time? |
| | Wright | In Australia or overseas as well? |
| 30 | O'Mahoney | In fact, we will come to that in a moment.  Could you just tell us in broad terms about the commercial objectives of Coin Exchange, when it was established; what did it set out to do? |
| | Wright | Promote bitcoin and become a universal exchange platform, make bitcoin money, make bitcoin the default reserve currency globally. |
| | O'Mahoney | And at that time - we will come back to that - there were, I take it, other entities that you controlled? |
| 35 | Wright | Yes. |
| | O'Mahoney | And did – were there other entities that you controlled that sought to bring about the same kinds of objectives that you have just outlined? |
| | Wright | No.  I've got different objectives for the other ones. |
| | O'Mahoney | There was no overlap? |
| 40 | Wright | There was always an overlap. |
| | O'Mahoney | Well, tell us about the other entities. |

CONFIDENTIAL

DEF_00068672

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Cloudcroft I had given to my ex-wife as a settlement and in her bankruptcy I ended up getting it back. I was still doing work – I never intended it going back to me, but it is to do with a security platform that ..... building based upon the use of the cryptographic protocols within bitcoin. The idea there is that it integrates with honeynets and IPv6 such that you monetise the internet. |
| 5 | O'Mahoney | All right. And that's one. What was another entity that you controlled at the time that had overlap. |
| | Wright | ..... is to do with forensic work and other such things. |
| | O'Mahoney | What does that mean? Forensic work? |
| 10 | Wright | IT forensics, analysis of packet streams, analysis of other such things. |
| | O'Mahoney | What's a packet stream? |
| | Wright | The flow of information over the wire. So TCP/IP, analysis of data on hard drives, creating programs, and other such things to analyse the ..... |
| | O'Mahoney | Okay. |
| 15 | Wright | Graphic photography, etcetera. On top of that, I also did some paid and unpaid work for Federal Police, including training and other such things, and other areas of the Australian Government to the IPv6. |
| | O'Mahoney | Who engaged you from the Federal Police? |
| 20 | Wright | That was down in Canberra. I would need to dig up particular names of people. I forget them. |
| | O'Mahoney | That's fine. You have mentioned Cloudcroft, Penontacript. What other companies did you control as at April 2013 that there would have been some overlap with Coin Exchange. |
| | Wright | With - ..... |
| 25 | O'Mahoney | ..... |
| | Wright | Yes. That's probably better. |
| | O'Mahoney | Okay. Well, off the top of your head now, can you think of other entities you controlled at that time? |
| | Wright | That I controlled or - - - |
| 30 | O'Mahoney | Were involved in the management of. |
| | Wright | The management of was only in Australia. I think they're the main ones at that stage. Others came after that, shortly - - - |
| 35 | O'Mahoney | Well, I guess to be clear, can you, off the top of your head now, can you think of, at that time, other companies that you had any connection with – as a shareholder, as an investor, as a worker, that would have had some overlap with the activities of - - - |
| | Sommers | I think – I think you have asked that question about three times and I think my client has said he would like to check his records and to get - - - |
| | O'Mahoney | For sure. No, I – that's why I - - - |
| 40 | Sommers | Yes. No, no. |
| | O'Mahoney | - - - prefaced it with "off the top of your head". We appreciate that. Can we then turn to this, that I want to understand, when Coin Exchange was established, you were its sole director. Is that right? |

Page 8 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And you were also its secretary? |
| 5 | Wright | Well, only by default. I'm generally not a secretary of anything but ..... director - - - |
| | O'Mahoney | No. I appreciate that. And is it the case that – were there any other employees – or were there any employees of the company on founding? |
| | Wright | There were people being used as contractors. |
| | O'Mahoney | And who are they? |
| 10 | Wright | Just Ignatius Payne, Dave Kleiman was going to be a director of the company and also an employee. Glenn, over in the US, was involved and other people would have been involved as well. |
| | O'Mahoney | And was research done - in establishing Coin Exchange, was – had you done some work on the business model that you wanted to put into place? |
| 15 | Wright | Yes. |
| | O'Mahoney | And are there documents evidencing that work that you did? |
| | Wright | Some. |
| | O'Mahoney | What sorts of documents? |
| 20 | Wright | Documents about going into – having an international banking exchange; talks with AusIndustry about forward planning; some of the AusIndustry plans. Research documents, documents to do with different PSOs I was setting up, which was ..... Agents, of course, and - - - |
| 25 | O'Mahoney | Are there strategy – would there be any strategy-type documents that would speak to, I guess, the business model that the company was seeking to achieve? |
| | Wright | Not probably in the way you're looking at, as in a formal business plan, no. None of this is going to a formal business. |
| | O'Mahoney | Okay. |
| | Wright | If I had my way, formal business would never exist ever again. |
| 30 | O'Mahoney | All right. What about something more basic like budget-type documents, company financial forecasts or documents - - - |
| | Wright | We don't have any forecasts, even now. |
| | O'Mahoney | Right. Okay. |
| 35 | Wright | We don't seek to make any profit, and in the future we won't be able to provide the spending money. |
| | O'Mahoney | All right. But budgets can cover that as well. At the time of founding the company, were there documents that evidenced the likely expenditure or projected expenditure? |
| 40 | Wright | I have guesstimates which keep changing. I guesstimate I will need to spend 500 to 600 million dollars to do what I want to do. |
| | O'Mahoney | Would there be documents that were in existence at the time of establishing the company that speak to those guesstimates? |

CONFIDENTIAL

DEF_00068674

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | No. I thought it would be a lot less. I thought everything would be a lot less. |
| | O'Mahoney | Right. Whatever you thought it would be at the time, would there be documents that evidence - - - |
| 5 | Wright | There's documents evidencing that I thought maybe $30 million. |
| | O'Mahoney | Okay. |
| | Wright | I was way wrong. |
| 10 | O'Mahoney | And tell us this, that on founding the company, Coin Exchange, what was its financial position in the – I guess, let's just focus on the early couple of months of its existence? |
| | Wright | When we were starting originally, we looked at a bitcoin value of probably $20 million. By the time we started looking at actually capitalising that and around Dave's death, that had gone up to, I think, $100 million. |
| 15 | O'Mahoney | So, sorry, can you just explain that – when you say bitcoin's value, $20 million. |
| | Wright | Bitcoin was going from practically nothing to over a $1000 profit, around 600 ..... At the start of this, we had 1.1 million bitcoin. |
| | O'Mahoney | 1.1 million bitcoin. And is that really how the company was funded on establishment? |
| 20 | Wright | And it's - - - |
| | Sommers | It's the - - - |
| | O'Mahoney | The trust etcetera. |
| | Sommers | - - - but did Coin Ex have 1.1 million bitcoin. |
| | O'Mahoney | No. |
| 25 | Sommers | Right. Greg – Greg - you need to be precise with your answers about – Greg is asking about Coin Ex? |
| | Wright | No, the trusts had available bitcoin. That was then going to be loaned into the other company. |
| 30 | O'Mahoney | Okay. Well, how was – on founding how was the company funded, that is Coin Exchange? |
| | Wright | On founding? |
| | O'Mahoney | On its being founded, established? |
| | Wright | We had assets that were being brought in from Panama, software etcetera. |
| 35 | O'Mahoney | Okay. Well, I will get you to flesh that out. What were the assets being brought in from Panama? |
| | Wright | Bitcoin and software. |
| | O'Mahoney | Okay. Starting with the bitcoin, what – what was the bitcoin that was brought in from Panama? |
| 40 | Wright | I would need to look at the actual figures. I can't remember off the top of my head. |
| | O'Mahoney | Do you have a rough idea of the value of that Bitcoin? |

CONFIDENTIAL

DEF_00068675

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Not on day 1. I think if you look at the – I don't remember. It's whatever in the accounting system. |
| 5 | O'Mahoney | All right. Was it valued in the hundreds of thousands, the millions, the tens of millions – can you speak to. |
| | Wright | The tens of millions. |
| | O'Mahoney | Tens of millions. And, but where was that brought in from in Panama? |
| | Sommers | Just to be clear, Greg is asking was bitcoin brought in from Panama? |
| | Wright | No. Because I - - - |
| 10 | Sommers | You need to be precise - - - |
| | Wright | We never physically took bitcoin over, which was ..... trust ..... after in the first instance with the ATO. |
| 15 | O'Mahoney | Okay. So – so when you say that part of the funding of this company on establishment was bitcoin brought in from Panama, what do you mean by that? |
| | Wright | The rights to bring Bitcoin from overseas. |
| | O'Mahoney | And you say that – you say that that was part of the funding of the company when it was established? |
| | Wright | Yes. |
| 20 | O'Mahoney | How does that work? |
| | Wright | Sorry. What do you mean how does that work? You have the right to ..... something. |
| 25 | O'Mahoney | Well, just thinking out loud when you establish a company, one thing it does is spend money, whether it's a corner shop, a tennis couching clinic or something more substantial than that. I just want to understand how do those rights contribute to the funding of this company. How – you've referred to rights brought in from Panama. How did that – how did those rights enable the company to invest or spend money? |
| | Wright | Well, between Panama and the Seychelles I had a number of - - - |
| 30 | Sommers | Why don't you give Greg an example of one of the ways in which the companies, not necessarily Coin Ex, has transacted – Greg is coming from presupposition of spending money, but transacted using those rights. |
| 35 | Wright | All right. I have a right to call on Bitcoin that's held overseas. I'm doing a deal where I want software. I basically go to the trust and I have – I sign over and say please transfer these rights and hence – and if they're called on, the Bitcoin that's held overseas. |
| | O'Mahoney | So you transfer rights to someone you are dealing with? |
| | Wright | Yes. |
| 40 | O'Mahoney | And when you say "if those rights are called upon" – well, we will come back to that. I think I will need some more clarity on that. But at any rate, you say that there were two things brought in from Panama. One was Bitcoin, and you've spoken - - - |
| | Wright | More rights to. |

CONFIDENTIAL

DEF_00068676

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | - - - of those rights.  The other you said was software. |
| | Wright | Yes. |
| | O'Mahoney | What was the software that was brought in from Panama? |
| 5 | Wright | The software was, well, a whole lot of code that we had been writing around Bitcoin basically since 2008, and also on top of that, let's see, there was stuff to do with gaming companies ..... in my history of work with ..... I built ..... platform there and also worked with a number of other gaming industries including ..... gaming, etcetera, who were going to be run out of Australia, but after ..... casinos, they went back overseas. |
| 10 | O'Mahoney | Does that software have a name or a title? |
| | Wright | There were a number of titles for it.  There were little bits for things like Texas hold'em poker and there is online casino software and there is logistical software for ..... things and – there's lots of names - - - |
| | O'Mahoney | Okay. |
| 15 | Wright | - - - for individual parts. |
| | O'Mahoney | And are there documents that evidence the transfer of that software into Coin Exchange at around the time of that company being established? |
| | Wright | Yes. |
| | O'Mahoney | What sorts of documents? |
| 20 | Wright | Ones that the ATO has already gotten.  We did a consignment of rights to the ownership of the software from myself to the trust to Coin Ex and to Hotwire and other companies ..... setting them up. |
| 25 | O'Mahoney | All right.  And the other source of funding, the Bitcoin rights that you've referred to, are there – I'm talking about contemporaneous documents at the time of establishing Coin Exchange.  Are there documents that evidence that interest as a funding source for the company? |
| | Wright | What do you mean?  Sorry. |
| 30 | O'Mahoney | Well, from – are there documents in existence from the time that Coin Exchange was set up that indicate that one of its funding sources was what you've referred to as the interest in Bitcoin? |
| | Wright | The emails to the ATO. |
| | O'Mahoney | From that time.  From the time that Coin Exchange was set up? |
| | Wright | Yes. |
| | O'Mahoney | All right. |
| 35 | Wright | That's before I ..... I had to go through layers and layers of ATO people and basically say this is what I've got, these – what do I do. |
| | O'Mahoney | Okay.  We will come back to that. |
| | Wright | How do I transfer software business ..... |
| 40 | O'Mahoney | All right.  We will come back to that.  Can I start by, I guess, a more specific matter.  The – obviously the dispute needs no introduction.  It centres on a number of claimed ITCs that Coin Exchange had claimed. |
| | Wright | ITC?  Sorry. |

CONFIDENTIAL

DEF_00068677

Interview Conducted with Craig Wright

| | O'Mahoney | Input tax credits. And I should have said at the outset, if any of the questions I ask, like that as an example, that you don't understand, feel free to ask for clarification at any point. But I just want to be clear about – the transactions in issue were between Coin Exchange and the Wright Family Trust with DeMorgan as its trustee. If you don't mind for simplicity, I might - - - |
|---|---|---|
| 5 | | |
| | Wright | No. DeMorgan was the name of the trust. |
| | O'Mahoney | Sorry? |
| | Wright | That was the name. |
| 10 | O'Mahoney | DeMorgan – I just say that because I want to refer to it as DeMorgan in a shorthand way, if you don't mind. |
| | Wright | That's fine. |
| | O'Mahoney | That's - - - |
| | Wright | That is correct ..... |
| 15 | O'Mahoney | That's what I'm referring to. Could you tell us a little bit about the circumstances in which DeMorgan was established? |
| | Wright | I created the trust so that I could do everything through a trust. |
| | O'Mahoney | And when did you create the trust? |
| | Wright | 2013. |
| | O'Mahoney | Yes. |
| 20 | Wright | It should have been earlier, but ..... |
| | O'Mahoney | And when you say put everything through a trust, what do you mean by everything? |
| | Wright | Any of the rights to Bitcoin, any of the software, anything that was basically going to move into the other entities. |
| 25 | O'Mahoney | And what are the activities of DeMorgan? |
| | Wright | Managing the distribution of those things and just being a family trust and holding rights to companies. |
| | O'Mahoney | Yes. It has investments; do – is that you would view it? |
| | Wright | Yes. |
| 30 | O'Mahoney | As a trust that had certain investments. The – were you – what – you were obviously involved in setting up the trust. Was anyone else involved in establishing it? |
| | Wright | Yes. |
| | O'Mahoney | Who else? |
| 35 | Wright | Dianne Pinder. She's a lawyer at Lloyds up in Brisbane. She did a crap job, but ..... |
| | O'Mahoney | All right. Well, hopefully she never sees this transcript. The – tell me this - - - |
| | Wright | ..... |
| 40 | O'Mahoney | Tell me this, apart from legal advice, was anyone else involved in establishing the trust? |
| | Wright | Jamie Wilson. |

Page 13 of 45

CONFIDENTIAL

DEF_00068678

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | And who is he? |
| 5 | Wright | He was meant to be an accountant for the group, except he ended up running off over to New York and trying to sell everything I owned beneath me, so ..... interested parties in Bitcoin and they will sell it for a really good price, which at the time was about 180 ..... after all, it's just a ..... and ..... spoke to me, the bastard. |
| | O'Mahoney | Okay.  And did this entity, DeMorgan, apart from Jamie – apart from Mr Wilson, was there anyone else involved in its establishment? |
| | Wright | My partner. |
| 10 | O'Mahoney | Who was at the time? |
| | Wright | Well, was my fiancé at the time and is now my wife. |
| | O'Mahoney | Okay.  And what is her name? |
| | Wright | ..... |
| | O'Mahoney | And who controls the activities of the trust? |
| 15 | Wright | Predominantly myself. |
| | O'Mahoney | You said predominantly.  Who else exercises control in respect to the trust? |
| | Wright | Well, I don't do anything sort of large or material without talking to my wife. |
| | O'Mahoney | And - - - |
| | Wright | ..... |
| 20 | O'Mahoney | And tell me this:  apart from – we know that this dispute centres on certain transactions that are said to have occurred between DeMorgan and Coin Exchange.  Tell us more broadly about the activities of the – of DeMorgan.  What other entities, who else has it transacted with? |
| | Wright | All the different companies ..... |
| 25 | O'Mahoney | All right.  If you wouldn't mind summarising them for us. |
| | Wright | Hotwire Pre-Emptive Intelligence Pty Limited, Denarius, Integyrs – do you have a list?  All of the ones that are being ..... |
| | Sommers | You can ..... the ones you remember.  I mean, we're – I mean, Greg - - - |
| | Wright | There's a pile of them. |
| 30 | Sommers | If Greg wants a list, there are numerous lists of them.  I think he wants - - - |
| | Wright | Okay.  Yes. |
| | Sommers | - - - you to talk about them. |
| | O'Mahoney | Yes. |
| | Wright | I can talk about them – if you mention them, I can tell you what they are. |
| 35 | O'Mahoney | Okay.  Well, that's helpful.  You've mentioned seven or eight.  You said there were – you thought – you think might have been seven or eight.  You've mentioned four.  Any others off hand that you can recollect?  Entities that DeMorgan transacted with. |
| | Wright | Well, I transacted with .....  I'm sure Andrew .....  DeMorgan - - - |
| 40 | O'Mahoney | Well, no.  I can short circuit this.  It's not a memory test.  Is this the case:  that DeMorgan only really transacted with entities that you controlled?** |

Page 14 of 45

CONFIDENTIAL

DEF_00068679

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And - - - |
| 5 | Wright | The idea was just to have it sit there and I put everything into DeMorgan then distribute it out, get the capitalisation into there, eventually I fix it up so that instead of being a trustee, DeMorgan – I'm trustee but DeMorgan has the – the real ownership for each of the – the different shareholdings and ..... |
| | O'Mahoney | Can I get you to unpack that a little bit, because that's something I want to understand.  You said that you -- that the idea was that everything would be put into DeMorgan.  That was the first step. |
| 10 | Wright | Yes. |
| | O'Mahoney | Can we just start on that step.  Because I just want to understand the general nature of the commercial enterprise.  What do you mean by that? |
| 15 | Sommers | Can I just clarify – I'm not seeking to ..... your questioning, if you discuss -- maybe if you discuss the licenses from DeMorgan and the IP transactions from DeMorgan to the respective entities and the ownership and the reverting ownership, that may assist Greg in ..... |
| 20 | Wright | Okay.  Well, the idea was to ensure that I protect my intellectual property so that I can put everything into one big pool and then distribute it where it needs to go based on what each individual entity is actually going to be doing.  Coin Ex is an exchange type platform.  Denaruiz being a banking type platform and ..... reserve bank were you have to actually have capital reserves to own them ..... Bitcoin.  Integyrs would be the commercialisation of a .....system.  Hotwire was there to actually commercialise, do research, etcetera.  Interconnected Research was set up as an RSP, which is ..... consulting ..... registered as Australia's first and only cryptocurrency consulting ..... registered .....  The idea being I take all of the different bits of software that I have and then I can start – this is my list of software, plus the other bits I've bought, and then I can distribute them out where they need to go. |
| 25 | | |
| | O'Mahoney | Okay. |
| 30 | Wright | So I can focus each entity on what it needs to do. |
| | O'Mahoney | So unpacking that to look at this first step of putting what you say – all of your intellectual property into this entity - - - |
| | Wright | Yes. |
| | O'Mahoney | Tell us about that process.  How did you bring that about? |
| 35 | Wright | Well, I sold from me to the trust and then the trust to the entities. |
| | O'Mahoney | And what was the -- the value of the transactions from you to the trust?  The total value.  Ie, which – I think if I'm understanding, the total value of all the intellectual property that you put into the trust. |
| | Wright | ..... 120 million. |
| 40 | O'Mahoney | Okay.  So there was something like $120 million worth of intellectual property transferred into the trust from you? |
| | Wright | Yes.  Some of which was external and some was mine.  It was ..... |
| | O'Mahoney | But by external do you mean that the trust purchased some other intellectual property that wasn't yours? |
| 45 | Wright | I purchased stuff and then put it into the trust. |

Page 15 of 45

CONFIDENTIAL

DEF_00068680

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | Okay. Did the trust acquire any intellectual property other than from you? |
| | Wright | No. I – I acquired it, I sold it to the trust and the trust broke up and distributed all the bits into the ..... |
| 5 | O'Mahoney | Okay. And looking at this acquisition by the trust, you say the total value was roughly $120 million. How is that valuation arrived at? |
| | Wright | The stuff I got from the banking and whatever else was how much they paid, and the other was based on – well, what had been put in from other entities overseas, such as ..... etcetera. |
| 10 | O'Mahoney | And the – the intellectual property that was transferred into the trust with this value of $120 million, did you – how were you paid for that? Did you become a $120 million richer? |
| | Wright | Well, I had a loan to a trust overseas. And then - - - |
| | O'Mahoney | Can you tell us about that loan to the trust overseas? |
| 15 | Wright | Well, basically there's a loan document. I get a loan of Bitcoin, which is still overseas, but is used to distribute those rights into the payments. |
| | O'Mahoney | Okay. I'm going to need to understand that. And apologies. It might be that I'm being slow, but it sounds like this was** a substantial set of transactions that - - - |
| | Wright | Yes. |
| 20 | O'Mahoney | - - - involved populating the trust, if you like, with this intellectual property |
| | Wright | Yes. |
| 25 | O'Mahoney | Or selling to the trust this intellectual property with this value of $120 million. I just want to understand how did you receive that consideration, the $120 million? That's a large sum of money. How did it come to end up in your pocket? |
| | Wright | I get an assignment of rights to Bitcoin held overseas, which is done against a loan. I mean, I had set up conditions ..... trust services and ..... the expenses ..... promotion of Bitcoin and promotion of cryptocurrencies and the research. And so - - - |
| 30 | O'Mahoney | Can I just pause there because I want to understand this. When you say you were assigned the rights to Bitcoin overseas - - - |
| | Wright | Yes. |
| 35 | O'Mahoney | - - - is this the case, that there was a pile of Bitcoin or a pool of Bitcoin overseas with a value of approximately $120 million, and as part of these transactions you were assigned rights to that pot of Bitcoin, if you like? |
| | Wright | I was assigned to part of that pot of Bitcoin. |
| | O'Mahoney | So what percentage of that pot of Bitcoin was assigned to you? |
| | Wright | Probably ..... |
| 40 | O'Mahoney | So does that mean that the total value of this pot of Bitcoin was about $240 million? |
| | Wright | Well - - - |
| | Sommers | Well, maybe if you ..... through this process by which the company's ..... capitalised. The company has paid the trust for their assignments and the trust paid you for this time. |

Page 16 of 45

DEF_00068681

Interview Conducted with Craig Wright

| | Wright | Yes. |
|---|---|---|
| | Sommers | And it has been that way and so it's a bit – perhaps a bit clearer. |
| | Wright | Do you have a whiteboard? |
| | O'Mahoney | I don't. |
| 5 | Wright | No. |
| | O'Mahoney | But I've got an eager ear. Could I say this - - - |
| | Wright | Can I draw some diagrams and - - - |
| | O'Mahoney | Yes. No, I'm happy for you to assist but it's – really, for the purposes of the interview, we're going to be relying on the transcript. I just want to understand this. |
| 10 | | |
| | Wright | Well, could I get you a diagram that you could add to the transcript? |
| | O'Mahoney | Yes. No, no, certainly, but - - - |
| | Wright | If we can do that because I'm more a putting down diagrams person than trying to explain it. |
| 15 | O'Mahoney | Happy to do that but I do want to understand this, that it does seem that we're on common ground when we say there was a pool of Bitcoin out there or a pot of Bitcoin. And I think you indicated that you were given an interest of 50 per cent of that pot of Bitcoin. Is that correct? |
| | Wright | ..... |
| 20 | Sommers | No, I think that that's the miscommunication. So I don't think Dr Wright said that there was a 50 per cent interest in that pot of ....., no. |
| | Wright | Yes, it's not a – it's a loan of a number of Bitcoin. |
| | O'Mahoney | All right. Well, I just want to understand. I thought you did say the figure "50 per cent." But put that to one side. I - - - |
| 25 | Wright | The entirety would be around 50 per cent of the entire pot. I haven't spent all of that but - - - |
| | O'Mahoney | All right. But does that suggest that the entire pot is worth about $240 million? |
| | Wright | Not anymore. |
| | O'Mahoney | Okay. But was it at the relevant point in time? |
| 30 | Wright | At one point in time, yes. |
| | O'Mahoney | I did – where did that pot, that Bitcoin sit? |
| | Wright | In the Seychelles. The server was physically in Donchester. |
| | O'Mahoney | Conchester? |
| | Wright | Doncaster. |
| 35 | O'Mahoney | Don - - - |
| | Wright | Over in Britain. And backup servers in Seychelles and Singapore. |
| | O'Mahoney | And - - - |
| | Sommers | So we get into difficult questions when you ask things like where did you ..... |

CONFIDENTIAL

DEF_00068682

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | No, no, I appreciate that. But we need some reference point, some ..... But this pot of Bitcoin that, at one point in time, was worth $240 million, it was – partly, it existed by reference to Donchester, I think you said? |
| | Wright | Yes. |
| 5 | O'Mahoney | And, partly, by reference to the Seychelles. |
| | Wright | Yes. |
| | O'Mahoney | And, partly, by reference to Singapore. |
| | Wright | Yes. |
| 10 | O'Mahoney | And is that pot of Bitcoin – are there documents in existence at the time that would speak to that $240 million? |
| | Wright | You can check the value against the number of Bitcoin and do a calculation on the market value at any point in time, yes. |
| | O'Mahoney | How many Bitcoin were there? |
| | Wright | That I had a loan of or - - - |
| 15 | O'Mahoney | No, that were part of this pot. |
| | Wright | The entire pot? |
| | O'Mahoney | Yes. |
| | Wright | 1.1 million. |
| 20 | O'Mahoney | And you had a – as part of this set of transactions where intellectual property was transferred into the trust, the DeMorgan Trust, you acquired a 50 per cent interest in that pot. |
| | Wright | Took 650,000 Bitcoins up to ..... |
| | O'Mahoney | Okay. So your interest was 650,000 Bitcoin which was approximately 50 per cent of that pot. |
| 25 | Wright | A little bit more. |
| 30 | O'Mahoney | And you've mentioned a few times a loan. I could understand this, that on the transferring of valuable assets into a trust you have transferred to you an interest in Bitcoin with X value, wherever they exist in the world. You – I don't understand how the loan fits in. Can you explain how that formed part of the consideration you received? |
| | Sommers | Sorry, just to be clear, what are you asking? I don't understand the question. |
| | O'Mahoney | Because I don't know exactly what the loan refers to. You've said a few times about - - - |
| | Wright | Yes, the loan from an entity in Seychelles. |
| 35 | O'Mahoney | Can you explain that. |
| | Sommers | There's a deed of loan - - - |
| | Wright | There's a deed of loan. |
| 40 | Sommers | - - - by a trustee who holds a number of Bitcoin and that deed of loan document is a loan from that trust deed to Dr Wright of Bitcoin in the sum of 650,000 Bitcoin. |
| | O'Mahoney | But you have – if the value of the ..... that has been transferred to the trust - - - |

Page 18 of 45

CONFIDENTIAL

DEF_00068683

Interview Conducted with Craig Wright

|   | Sommers | Yes. |
|---|---|---|
|   | Wright | That's - - - |
| 5 | Sommers | No, you're jumping around between different things. So that's the loan. You asked a question about what's the loan. |
|   | O'Mahoney | I was wondering how that - - - |
|   | Sommers | That's the loan. |
|   | O'Mahoney | - - - factored in. |
|   | Sommers | And then it – now explained - - - |
| 10 | Wright | So I used the rights to the Bitcoin to basically buy and sell between the entities. So - - - |
|   | O'Mahoney | Can you explain that? |
|   | Wright | I will do it with all things I can move around. Apples and oranges. |
|   | O'Mahoney | If you can - - - |
| 15 | Wright | I have to do it like this. |
|   | O'Mahoney | I mean, if you can do it by the use of words that's certainly going to be the most - - - |
|   | Wright | I can do maths. I can do whatever else. Use of words is not my speciality. |
| 20 | O'Mahoney | I appreciate that but one of the issues we've got is that the transcriber won't pick up, sort of, movement of fruit on a table. So, I mean, I'm grateful for that sort of visual indication but we are going to have to, as best we can, reduce to words what we're talking about. So the question is how is it that – you've just outlined a modus operandi of the use of this interest in Bitcoin. |
|   | Wright  . | .... All right. So used – put a right to Bitcoin into one of the entities as capital. |
| 25 | O'Mahoney | Yes. |
|   | Wright | Pay it back to buy the goods. So the internal things where it's just software that I haven't purchased externally is just a wash transaction. I pay for it, I swap it. It all equals zero and it all works out. The only ones where there's any real difference are where there's an external party and Bitcoin have left and gone off to pay someone else. |
| 30 |   |   |
|   | O'Mahoney | Yes, and that's – does that happen from time to time? |
|   | Wright | Yes. |
| 35 | O'Mahoney | But to understand this, I mean, it's a big picture question, I guess. At one point in time you received this consideration, $120 million for – roughly for intellectual property that you transferred to this trust. |
|   | Wright | Yes. |
|   | O'Mahoney | And you say that your consideration for that was an interest in roughly 650,000 Bitcoin. Is that correct? |
|   | Wright | No. |
| 40 | Sommeres | No. No one said that the entire 650,000 Bitcoin were transacted. That was the – you asked about the loan. |

Page 19 of 45

DEF_00068684

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| O'Mahoney | Yes. | |
| Sommers | That's the pool and, on top of which, a number of Bitcoin were transacted not equal to that. | |
| O'Mahoney | Okay. I'm sorry, I misunderstood. I thought there was a pool of 1.1 million. | |
| 5 | Wright | ..... |
| Sommers | There's a pool, there's a loan of a subset of that 1.1 million and then a further subset of that 650 is being dealt with in relation to the capitalisation of the companies and the companies' spending money acquiring the IP. | |
| O'Mahoney<br><br>10 | All right. Well, okay, I'm grateful for that clarification. We will come back to it. Tell me this, that the – you were describing earlier the process whereby assets were transferred into the trust and we've been speaking about the consideration that you received for those assets. Then I think – correct me if I'm wrong – you said something like the idea was we put everything into the trust or I put everything into the trust and then distribute out from that trust. | |
| 15 | Wright | All the software, yes. |
| O'Mahoney | That's what I was going to ask. So can you tell us about that second phase, the distributing out. What do you mean by that? | |
| Wright<br><br>20<br><br><br><br>25 | There are millions of ..... code. I've split up ownership of parts of those different entities. Each of those are focussed on different areas, some to do with security around the Blockchain, some are to do with the exchange of that ....., some are to do with the banking. Andrew, a few of the ATO people have seen it but I own a ..... software and platform at the moment. And one that we've been able to alter so that we can use it on the Blockchain which really ..... couldn't do with, well, billion dollar companies being able to, ultimately, ..... worked. So part of all that and that failing and whatever else, I've gone out and bought everything I needed to create my own. | |
| O'Mahoney<br><br><br>30 | Okay. And so is this the case, that there's a lot of software and a lot of IP that, at one point in time, you say, was the property of the trust and that that has been distributed to various companies that you control, based on what those companies do and what the relevant IP is. | |
| Wright | Yes, yes. | |
| O'Mahoney | Is that a - - - | |
| Wright | ..... each one individually. | |
| Sommers<br>35 | How was it distributed because I think Greg is going down a path about the word "distributed" which I don't think has explained how it was distributed. | |
| Wright<br><br><br>40 | We did an assignment. So there's a contract where we bought and sold all of the software listing which bits were given to each particular entity. And then we capitalised each of the companies. So out of the pool, we've got the rights to Bitcoin into something like Coin Ex and then Coin Ex buys back the rights to the particular bit of intellectual property. | |
| O'Mahoney | Are there sort of documents that have been created in respect of the trust that would evidence the total or the global amount of IP or software that the trust had transferred to it at a point in time? | |
| Wright | Yes, yes. | |
| 45 | O'Mahoney | And are there documents evidencing the specific transfers from the trust to these various entities or - - - |

CONFIDENTIAL

DEF_00068685

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Each of those have been given to the Tax Office. |
| | O'Mahoney | - - - discrete software. |
| 5 | Wright | And even before any of this, back in the '12/13 year, I approached the Tax Office to get a BDR.  My comment was, first, can I get around doing GST on these transactions because, apart from the external ....., what I wanted to do was just say, look, I don't have the same shareholding in each of these things but they're all a wash transaction.  Can I just do it with no GST because it all works out at zero in the end?  And the comment from the Tax Office was no and they gave me a BDR saying you have to put tax on any transaction. |
| 10 | O'Mahoney | Can you explain what you mean by "wash transaction"? |
| | Wright | It equals zero at the end of the day, it - - - |
| | O'Mahoney | In what sense? |
| | Wright | There's a plus and a minus for GST and the plus and the minus are exactly equal. |
| 15 | O'Mahoney | And is that - - - |
| | Wright | One party owes, one party doesn't, and they're all related anyway. |
| | O'Mahoney | Well, is that - well, that's what I was coming at.  Is it that you say that it's that zero type transaction or wash transaction in the context of entities that are related - - - |
| 20 | Wright | Yes. |
| | O'Mahoney | - - - transacting with one another. |
| | Wright | Yes. |
| | O'Mahoney | All entities that you control. |
| | Wright | Yes. |
| 25 | O'Mahoney | And tell me this, that – focussing in on, I guess, the present dispute.  We know that there were a number of invoices issued by DeMorgan to Coin Exchange on 1 July 2013. |
| | Wright | Yes. |
| 30 | O'Mahoney | Can you tell us about the circumstances in which those invoices came to be issued? |
| | Wright | We set up how we were going to distribute the software, what the payment schemes are and plans and issued invoices against that. |
| | O'Mahoney | And when you say "we," who was that? |
| | Wright | Myself and other people who were involved with all of this. |
| 35 | O'Mahoney | Who were? |
| | Wright | Involved with running the companies. |
| | O'Mahoney | Yes, but - - - |
| 40 | Wright | Initially, Jamie Wilson but we had a falling out.  He still owns 15 per cent of the original company and the patent that I failed at .....   Ramona is involved, other people were involved as well. |
| | O'Mahoney | So both Jamie and Ramona would have been involved in, what, the issuing of these invoices? |

Page 21 of 45

CONFIDENTIAL

DEF_00068686

Interview Conducted with Craig Wright

| | Wright | Yes. I actually stepped out from one side because the coin – like, for Hotwire and things I didn't sign as a Hotwire director because then, if I'm a Hotwire director, I didn't want the conflict type thing. So I signed for the trust and Jamie and Ramona signed for the company or Coin Ex, at this stage, was Jamie. |
|---|---|---|
| 5 | | |
| | O'Mahoney | In circumstances where you didn't want to be signing, if you like, on both sides of the ledger. |
| | Wright | Yes. |
| | O'Mahoney | Both sides of the ..... |
| 10 | Wright | Yes. I thought it was better if I stepped back and acted on one side rather than both. |
| | O'Mahoney | So who prepared the invoices? Who would have drafted them? |
| | Wright | Jamie, and they were a bloody mess and we had to redo ..... |
| 15 | O'Mahoney | Okay. We will come back to that. But Jamie prepared them, what, on your instructions? |
| | Wright | Well, he was the finance person ..... for the ..... he was going to be ..... CFO. |
| | O'Mahoney | For DeMorgan? |
| | Wright | No. Not for DeMorgan. |
| | O'Mahoney | All right. |
| 20 | Wright | For the companies. But he ran – he was going to run all the accounts and everything for it. |
| | O'Mahoney | Okay. But who from DeMorgan issued these invoices? |
| | Wright | I issued the invoices ..... DeMorgan. |
| 25 | O'Mahoney | You did? I thought you said that Jamie did and he got it wrong and you had to redo them. |
| | Wright | Yes. I ended up redoing them because Jamie – his wife and himself, well, I think they're now divorced. I don't know ..... they've separated around that time and didn't realise ..... big mess and he didn't end up doing half the things he was meant to do. |
| 30 | O'Mahoney | Okay. So to be clear, is this the case, that in the first instance, the invoices ..... prepared by Jamie, you weren't happy with them, you edited them, they needed quite a bit of fixing? |
| | Wright | Yes. |
| 35 | O'Mahoney | It sounds like. Tell us about anyone else who would have contributed to the original preparation of these invoices. |
| | Wright | The original? |
| | O'Mahoney | Yes. |
| | Wright | No one else. |
| 40 | O'Mahoney | No. Did Jamie prepare the invoices on instruction from you in the first instance? |
| | Wright | Well, yes. |
| | O'Mahoney | And what were your - - - |

Page 22 of 45

DEF_00068687

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | And he wasn't part of the trust. |
| | O'Mahoney | And what were your instructions to him? |
| | Wright | Basically prepare the invoices. |
| | O'Mahoney | You would have to say a little bit more than that. |
| 5 | Wright | Well, yes, I but I don't remember exactly what I said. |
| | O'Mahoney | No. |
| | Wright | We had - - - |
| | O'Mahoney | But we don't live in la la land. We're not expecting you to remember word for word, but the substance of what was said. |
| 10 | Wright | We had contracts. |
| | O'Mahoney | Yes. |
| | Wright | And assignment documents. And along those contracts and assignment documents ..... invoices. |
| 15 | O'Mahoney | Okay. The – and is this the case, that those invoices were issued – tell me this, that they were prepared by Jamie. When were they issued to Coin Exchange? Or how were they I guess is more relevant. We know - - - |
| 20 | Wright | Well, we set up everything as zero and you just click a button and it goes from one zero account to another zero account. So we have different accounts ..... and, electronically, invoices are transmitted over the internet to another system on the internet. |
| | O'Mahoney | All right. If I - - - |
| | Wright | I don't ..... if I don't have to. |
| | O'Mahoney | No. Okay. Yes. |
| | Wright | As you're probably aware from the past ..... |
| 25 | O'Mahoney | If I sent an invoice over email, there's a record of the date that I send the invoices, a documentary trail, if you like. You can create a picture of when it was sent. Is there such a record here in respect of these invoices? |
| | Wright | Ones where they've been sent and fixed and deleted ..... yes. |
| 30 | O'Mahoney | Is this the case that after the invoices were first issued, they were subject to further editing? |
| | Wright | Yes. |
| | O'Mahoney | And what was the nature of the further editing? |
| 35 | Wright | After Jamie disappeared beginning of October ..... contact ..... John Chesher ..... in the past. John said, "There's errors here. Fix them." And then we were talking ..... the Australian Tax Office and they said, "No. Things have to be this way," so we did them. And - - - |
| | O'Mahoney | Okay. |
| | Wright | Basically going backwards and forwards, trying to get what everyone wanted as being correct. |
| 40 | O'Mahoney | Okay. Just unpacking that. Firstly, I think, where there was some input from John Chesher. Tell us about that input. |
| | Wright | What do you mean? Sorry. |

Page 23 of 45

DEF_00068688

Interview Conducted with Craig Wright

| O'Mahoney | Well, what was his input?  He obviously – I think you indicated he had some problems with the invoices.  What were those problems? |
| Wright | Dates. |
| O'Mahoney | Okay.  What did he say? |
| Wright | I had predone – because they were for 12 month periods, I had actually pre-done things before when they ..... so we had finalised transferring software on 15 July.  Because it was a 12 month contract, I've just done it from 1 July ..... because it's a 12 month contract anyway.  For the whole year, I just dated the thing when I ..... and tried to get it ..... the first time as of the 1st.  And John said you can't do that.  You've got to ..... the other or you've got to ..... it this way, so - - - |
| O'Mahoney | All right. |
| Wright | Dates were a big issue, which I still can't see as the problem because it's still in the relevant period, etcetera, etcetera ..... |
| O'Mahoney | And you were saying that there was some further input from the Commissioner for the Tax Office. |
| Wright | Yes. |
| O'Mahoney | What was that – were changes made following that input? |
| Wright | Yes.  Everything was totally redone. |
| O'Mahoney | Okay. |
| Wright | That's where Andrew and everything was involved.  I stepped back totally, and Andrew and John and everyone went back and forwards, having me pull out my hair, and saying this is how it has got to be now.  And the values all worked out the same except ..... - - - |
| O'Mahoney | Okay.  Well - - - |
| Wright | Different ways of doing it.  I won't even go there because I have no idea.  All they – all I know is Andrew and John and everyone else went back and forwards, pulling apart the things and redoing it all ..... |
| O'Mahoney | All right.  Well, can I ask this, Dr Wright.  To the best of your understanding, what changes were made to the invoices following input from the Commissioner? |
| Wright | How we ..... GST.  So the actual value after everything cancelled out is exactly the same, so I don't – I still don't see the point of it. |
| O'Mahoney | Okay.  The point of it is one thing.  But I just want to understand, in the first instance, what changes were made to the invoices following input from the Commissioner? |
| Wright | I don't really know or understand.  I know that it was reissued and Andrew and John did a whole lot of ..... things and John came back and he did invoices and he reissued everything and put it back onto the system.  And the amounts were exactly the same, so I didn't complain. |
| O'Mahoney | All right.  One feature of the invoices - if you like, there are a number of invoices all dated 1 July 2013 and they add up to, I think, $38,170,000 or thereabouts.  Tell us this, what were the circumstances that resulted in multiple invoices being issued in the amounts that they were, i.e. a number of invoices for $5.445 million and a larger invoice for $10.945 million? |

CONFIDENTIAL

DEF_00068689

Interview Conducted with Craig Wright

|  | Wright | Sorry. From who to whom are these invoices? |
|---|---|---|
|  | O'Mahoney | The invoices from DeMorgan to Coin Exchange. |
| 5 | Wright | That was to do with the conditions in the software distribution contract, which I don't know if we have got a copy there but they have got copies of it. |
|  | O'Mahoney | Well, I want – so you say there's a contract that will – that breaks down - - - |
|  | Wright | Yes. |
|  | O'Mahoney | - - - each of these amounts? |
|  | Wright | Yes. |
| 10 | O'Mahoney | And that each of these amounts is reflected, what, in a - - - |
|  | Wright | Payment schedule. |
|  | Sommers | Payment schedule. |
|  | O'Mahoney | In a payment schedule. |
|  | Wright | Yes. |
| 15 | O'Mahoney | All right. Normally, when you think of – when you say payment schedule, that in my mind normally invokes sort of staggered timing. These were all invoices issued on the same day. What do you mean by payment schedule? |
|  | Wright | They were issued on the same day but if you read the conditions for each period - - - |
| 20 | O'Mahoney | Yes. |
|  | Wright | Because work was going to be ongoing over that period using that software. |
|  | O'Mahoney | But looking at the – on the face of the invoices, they all are framed in, I think I'm right in saying, more or less identical terms: software sales-prepaid 2014 to 15, software licence. |
| 25 | Wright | ...... numbers. |
|  | O'Mahoney | There's - like in terms of - - - |
|  | Wright | Invoice numbers. |
|  | O'Mahoney | In terms of the description, I can put - - - |
|  | Wright | In terms of the invoice numbers. |
| 30 | O'Mahoney | The invoice numbers are different but I am just talking about on the face of what's described as the sale, if you like, or the supply. If I just show you them, is there anything on the face of those invoices that you could direct us to that would explain what specifically was the subject of each in terms of the relevant supply? |
| 35 | Wright | Well, not much in the invoices because it is some – it's the contract that actually does anything, and I think one of these was cancelled anyway ..... double-check on the system but I think invoice 6 and 10 basically ended up with the same thing. And then you will notice 5 is 13, 14 and then the other was 14, 15. |
| 40 | O'Mahoney | I'm grateful for that. But when you say that an invoice was cancelled, what were the circumstances of that? |
|  | Wright | It was cancelled because it was incorrect and another one was issued. |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | In what way was it incorrect? |
| 5 | Wright | I don't remember all the details. I think it might have been double-issued or something like that or whatever else. All I know is there is a schedule in the contract and that schedule is what dictates the invoices and which periods they cover. |
| | O'Mahoney | And apart from the contract, are there any other documents that were created around these transactions? |
| | Wright | Yes. |
| 10 | O'Mahoney | Emails – what sorts of documents? |
| | Wright | There's emails of course. There's all the emails back in - at which point do you want to talk about? |
| 15 | O'Mahoney | Well, at around the time that this – these transactions totalling $38.1 million are said to have occurred. What sorts of documents beyond the contract and the invoices do you say evidence those transactions? |
| | Wright | There's an assignment of the transaction. There's the details in the Supreme Court of the software. There's the – what do you call it – the sale for the actual external software that was purchased. |
| | Sommers | ..... as between – are you asking between the Wright Family Trust - - - |
| 20 | O'Mahoney | That's right. Between - - - |
| | Sommers | And Coin Exchange. |
| | O'Mahoney | The two parties to the transaction. |
| 25 | Wright | Well, purely that, there's just a couple of emails and the contracts. I mean, I don't see why I would have more than that. It's myself running a company and myself running a trust. I documented it all in contracts. I documented the schedules. I'm not going to send emails back and forwards to myself going, "Hey Craig, I'm doing this." "Yes, Craig, that's a good idea." "Hey Craig, what do you think if I do that?" |
| 30 | O'Mahoney | The – tell me this, that in terms of the receipt of these invoices, on any view of it, the supplies they are said to reflect were valuable - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - with a total value of about $38 million. How was it that the value of said supplies was arrived at? |
| 35 40 | Wright | As I said before, the combination of input plus predominantly a number of lines of code, standard ..... valuations, which was used in the US all the time. And I have got ATO documents saying that it was used by – that it's a ..... valuation by the Australian Stock Exchange. I have got ..... ATO. I have got training presentations from the ATO that say this is one way of valuing software, hence used COCOMO. I had an independent FCA chartered accountant go over the figures I used and came back with, "That's too aggressive, you should set that lower," all those sort of things. |
| | O'Mahoney | And how was it that at this stage in its corporate live Coin Exchange was in a position to acquire such valuable supplies? |
| 45 | Wright | Because I have rights to Bitcoin and I capitalised the entity. |

CONFIDENTIAL

DEF_00068691

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | Okay.  The – we will come back to that but can I ask this, that we – that – obviously the subject of these supplies was software.  In terms of the mechanics of what's reflected on the invoice it says here, "Due date 15 August 2015," on – I think on - - - |
| 5 | Wright | Yes. |
| | O'Mahoney | - - - one of the invoices and 15 August 2014 on another, 15 August 2013 - - - |
| | Wright | Yes. |
| | O'Mahoney |  - - - on another.  What are those due dates referable to? |
| 10 | Wright | There were a number of milestones in taking some of the software and updating and converting it and moving it so that it was more usable for what we want in each of the companies. |
| | Sommers | In clause 11 of appendix 1 ..... |
| | O'Mahoney | Yes.  That's what I wanted to clear.  In your mind, is that a reflection of the date by which payment was due? |
| 15 | Wright | Due, yes. |
| | O'Mahoney | Due.  Okay. |
| | Wright | It's sort of due when the particular task, activities and whatever else had been completed. |
| 20 / 25 | O'Mahoney | All right.  The – I will come back to this.  I mean, you have mentioned the issue – that there being an issue of the date.  One of the interesting or threshold issues, as I'm sure you will appreciate in this dispute, is that the date of registration of DeMorgan in terms of its ABN.  We know – we have got pretty clear information that it was registered on 26 August 2013.  Are you able to tell us how it came to be that in those circumstances, DeMorgan was issuing invoices - - - |
| | Wright  . | .... DeMorgan ..... - - - |
| | O'Mahoney | I've just got to get the question out clearly before you answer it.  Are you able to tell us how, in those circumstances, DeMorgan was issuing invoices as at 1 July 2013? |
| 30 | Wright | The trust was formed in June 2013.  What happened was Dianne was meant to - or ..... both or one or the other ..... can send it off to the ATO when they set up the trust.  What they ended up doing was just giving ..... trust and ..... - - - |
| 35 | O'Mahoney | I think – I think what ..... example is were those documents issued on 1 July 2013? |
| | Wright | No. |
| | O'Mahoney | Well, no, actually.  The question was can you explain to us how it came to be in those circumstances of DeMorgan being registered in August – on 26 August 2013.  How did it come to be that the invoices were issued on 1 July? |
| 40 / 45 | Wright | ..... the contract was signed in August – end of – after the trust had been registered.  What I ended up doing was filling out an invoice that said ..... period, because that's what it was meant to be.  The trust that actually formed on 1 June, so after filling out the contract – I think it was the 26th, or something like that, of August – I had the contract, but the invoices for the ATO contract signed as of that ..... date, because I thought that's what I'm meant to do.  It's still the same GST period.  I didn't think it would be a problem.  I thought the |

CONFIDENTIAL

DEF_00068692

Interview Conducted with Craig Wright

|   |   |   |
|---|---|---|
|   |   | correct way, being what we're talking about, was, for the whole period, was to have a ..... with that date, which was my mistake; I should have invoiced them for the whole period from the date that I had them. Jamie, who was the CPIE, just disappeared all the time – didn't get ..... |
| 5 | O'Mahoney | Was Jamie involved in this, what I think you've referred to as backdating? |
|   | Wright | I ended up doing the backdating because I thought it was correct. |
|   | O'Mahoney | When did you do the backdating? |
|   | Wright | When I set them – when I tried fixing up the invoices. |
|   | O'Mahoney | And who else was involved in the backdating? |
| 10 | Wright | Just me. |
|   | O'Mahoney | And to backdate something – the – the suggestion is there was already date. Had Jamie arrived at the original date? |
|   | Wright | Jamie went with ..... |
|   | O'Mahoney | But he obviously arrived at the original date? |
| 15 | Wright | Yes. |
|   | O'Mahoney | And did he do that on instruction from you? |
|   | Wright | Well, he did it on instruction from the contracts. |
|   | O'Mahoney | And when did – as best you recollect, when was Jamie's version of the invoice created, or invoices? |
| 20 | Wright | The proper ones that we ended up with in the system, whatever the date is on the contracts, it would have been the day after that ..... August. |
|   | O'Mahoney | All right.  The – the – the software that was being supplied, I think it falls into two categories – and you will have forgive me;  I don't share your technical expertise, so I'm going to need a little bit of enlightenment. |
| 25 | Wright  . | .... |
|   | O'Mahoney | Okay.  I'm sure it does, and maybe I've oversimplified it, but - - - |
|   | Wright | Yes. |
|   | O'Mahoney | - - - certainly from my reading of the brief materials, it indicates that, broadly, there was some software that was associated with Seimens.  Is that correct? |
| 30 | Wright | Yes.  That's so. |
|   | O'Mahoney | And some other software that as associated with an entity Albaraka. |
|   | Wright | That's the external software, not the internal software.  Yes. |
|   | O'Mahoney | All right.  Well, can we just go through them one at a time. |
| 35 | Wright | That's the predominant software.  There's also a number of other small parts of software in the contract ..... the two large ..... external contractor were those two. |
|   | O'Mahoney | All right.  Well, can we just go through them one at a time.  Starting with Seimens Software, tell us about that. |
| 40 | Wright | Seimens Software is mine automation software, or ..... automation software. Basically what we're doing is it's a sort of ..... software designed to run and automate anything from a factory to a mine ..... else.  As I've been saying, what I want to do is take a number of ..... and automate them.  So I want to do |

Page 28 of 45

DEF_00068693

Interview Conducted with Craig Wright

|   | | |
|---|---|---|
| 5 | | something that will work on the block chain and automate the payment ..... I wanted to actually have a set budget, and the budget is prepaid, and that ..... based on use, will actually distribute payment to the energy grid based on different times, etcetera, like that and negotiate itself.  So my Seimens Software – well, what it's actually used for is creating ..... if you look at the things that have been - ..... mine and everything like that at the moment, it is becoming profitable for iron ore because they have less people.  So they're automating all these machines that go down underground, and they're effectively robots that are pre-programmed to do certain things.  I want to take |
| 10 | | that and monetize it, so we build it directly into the block chain, and we have all this automation software, and then we have it built into everything you can think of, whether it's home appliances, whether it's light bulbs, computers, internet access – so, per packet on internet access would be micro payments, and then we could also have it so that it controls the device based on what's |
| 15 | | actually out there, whether there are other sensors in here.  So, for instance, if it senses selected people in the room versus a large meeting versus a small one - - - |
|   | O'Mahoney | Okay. |
| 20 | Wright | The ..... would turn on and off depending on the time of day and ambient light.  If it can sense a particular person – so you have an RFID tag or something else – and it knows that – it starts to learn over time that you like a brighter room, it will do that but in a way that can be billed back automatically to the owner of the project. |
| 25 | O'Mahoney | So is it the case that, in part, the software is directed towards energy efficiency? |
|   | Wright | In part, yes. |
|   | O'Mahoney | And, in part, it's directed towards - - - |
|   | Wright   . | .... |
|   | O'Mahoney | - - - convenience – user convenience, user amenity. |
| 30 | Wright | And also user pace. |
|   | O'Mahoney | User pace?  All right. |
|   | Wright | Yes. |
|   | O'Mahoney | A way of charging users. |
| 35 | Wright | Eventually, I mean, to take it to the ultimate extreme, if you commercialised roads – they have governments ..... you take the road, get rid of local councils, because they suck, and you actually then give ownership to a section of road or road, or whatever else, to individuals who can then trade and distribute that based on smart property contracts.  As people go up the road, you could have something like you have the tolls systems now where it's an automated |
| 40 | | payment, and that automated payment goes towards the maintenance and control of the road.  So if you have a suburban road, people could limit the amount of traffic by increasing how much it's going to cost to go on the road. |
| 45 | | So if you don't want people going up your road, the same as a strata-type thing, everyone gets together, they vote based on, you know, holdings in the block chain, and say, "We are going to charge $10 for everyone to go up the road unless you happen to be a resident, in which case you get this much free access and this much paid."  That can then be tied to contractual obligations to maintain the road.  So the road itself can actually have contractual |

Page 29 of 45

DEF_00068694

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | | obligations so that if a certain number of people then do things like Twitter in and say, you know, "Hey, there's a pothole" - - - |
| | O'Mahoney | Yes. |
| | Wright | - - - "and they fixed it and it's automated and" - - - |
| 5 | O'Mahoney | I understand the concept. I understand. Thank you for that explanation. Tell me this, how is it that this line of software or this type of software is identified by reference to Seimens? |
| | Wright | Seimens have an automation and control suite. |
| 10 | O'Mahoney | What does that mean? Is Seimens responsible for some of the intellectual property that has gone into this software? |
| | Wright | Yes. I'm pulling it apart and reverse engineering it. |
| | O'Mahoney | Okay. But pulling apart what is effectively, in the first instance, a Seimens' product; is that right? |
| | Wright | Yes. |
| 15 | O'Mahoney | And - - - |
| 20 | Wright | Under Australian law there is no – it's not like the Digital Millennium Copyright Act in the US where ..... be breaking the law by pulling apart the software. Here in Australia, I can actually reverse engineer and recreate. So what I am doing is taking something where I don't have source code or anything like that, and if you will look at some of my skill sets, I taught reverse engineering ..... particularly from a malware point of view but from other points of view as well. So I could take a piece of compiled code, where there's no documentation, and I can - - - |
| | O'Mahoney | Back engineer it or reverse engineer it. |
| 25 | Wright | Back engineer it back into something that is usable. |
| | O'Mahoney | All right. |
| | Wright | And recreate my own version. |
| 30 | O'Mahoney | Tell us this, just focusing on this Seimens' software. For the Seimens' software to have been the subject of this transaction between Coin Exchange and DeMorgan, it must have at some point in time been the – well, it's - obviously it was at some point in time, you say, the property of DeMorgan. DeMorgan had to have acquired it to sell it. |
| | Wright | Yes. |
| 35 | O'Mahoney | That's simple enough. DeMorgan, I think you say, acquired the software from you? |
| | Wright | Yes. |
| | O'Mahoney | Specifically this Seimens' software, can we just go through how – for DeMorgan to have acquired it from you, you had to have had it at some stage. So if we could start at the beginning |
| 40 | Wright | I did a - - - |
| | O'Mahoney | Let me finish the question, and I'm sorry it's a long-winded one. Dr Wright, how did you first acquire this Seimens' software? |

CONFIDENTIAL

DEF_00068695

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | I dealt with a company called MJF and they ..... turned out to be a rather dodgy fellow called Mark Ferrier, who said – he could get me access to the software. | |
| O'Mahoney | Okay. | |
| 5 | Wright | I purchased it from him. I then sold it into the trust – in the trust and split up the bits and sold them. |
| O'Mahoney | All right. So let's just start – what is MJF? | |
| Wright | MJF is the only company I know with no directions in Australia at the moment ..... removed Mark. | |
| 10 | Sommers | I think ..... was somewhat more limited. |
| O'Mahoney | It was. That's a fascinating description. It sounds like a bus without a driver, but – MJF – – – | |
| Wright | Worse than that. | |
| O'Mahoney | What do you know about MJF? | |
| 15 | Wright | Now or then? |
| Sommers | Yes. That's the important distance. | |
| Wright | Now, a lot more than I knew then. | |
| O'Mahoney | Well – okay. How about we work up to MJF. Let's start with – I just want to understand how you came to acquire the Seimens software. You mentioned this figure – this character, Mark Ferrier. You met him at a mining conference. | |
| 20 | | |
| Wright | Yes. | |
| O'Mahoney | What was the mining conference? | |
| Wright | One of them. I speak at lots of conferences. I can't remember. | |
| O'Mahoney | You can't remember which one. Can you remember, roughly, when it was? | |
| 25 | Wright | End of – I would have to look at my ..... |
| Sommers | There's an entire breach of ..... | |
| Wright | I've got a new phone. I kept my old phone because I got the SMSs and everything from – from Mr Ferrier. So what I've done is I've – I've bought a new phone totally, so that I could put the old phone there and leave all the evidence untouched. | |
| 30 | | |
| O'Mahoney | Okay. But – no one is holding you to precise dates. But as you best recollect, when was it that you first met Mark Ferrier? | |
| Wright | End of 2012, beginning of 2013. We started dealing properly in beginning of – like January, February 2013. | |
| 35 | O'Mahoney | All right. So early 2013. |
| Wright | Yes. | |
| O'Mahoney | Was he – was he also presenting at this conference? | |
| Wright | No. | |
| O'Mahoney | Was he attending? | |
| 40 | Wright | Yes. |
| O'Mahoney | And – and does he have an interest in the mining sector? | |

Page 31 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | Yes. | |
| O'Mahoney | And at the conference you had a conversation with him about business opportunities. | |
| Wright | He came up to me, actually, after I had been talking, because I had been talking about automation and I had been talking about all these different things, and I sort of let people know that I was ..... | 5 |
| O'Mahoney | Okay.  And is this the case – did he pitch an idea to you? | |
| Wright | Yes. | |
| O'Mahoney | And what did he say?  Again, I'm not going to hold you to a word-for-word account, but just tell us about this interaction.  What did he say, as you recollect, and what did you say? | 10 |
| Wright | I know he came across – all right.  Can we just say there is allocution Mark and there is low, down and dirty Mark.  There are two versions – or at least two versions of Mark, as other people ..... found out as well.  I was dealing at that stage with the refined Mark whose father was Ian Ferrier and had a background in mining and financing and all these things.  Talked a really good game and told me how he could get access to software and things like that that I wanted.  Not straight away.  Not day 1.  We built up a little bit of a rapport first.  I told him – asked me about what I wanted.  Really interested in what I was doing.  I mean – so as I – as I ..... I can rant and rave on about that stuff. | 15<br><br>20 |
| O'Mahoney | But did you and Mark start speaking on an ongoing basis? | |
| Wright | Yes. | |
| O'Mahoney | And in the course of those discussions – – – | |
| Wright | Mostly Skype, SMS, some emails. | 25 |
| O'Mahoney | Some emails.  Some SMS. | |
| Wright | Yes. | |
| O'Mahoney | And you've got – you've kept some of those, I take it. | |
| Wright | I actually got a new phone** so that I could keep the other phone and just put it aside and ..... | 30 |
| O'Mahoney | So yes. | |
| Wright | Yes. | |
| O'Mahoney | And is this the case, in the course of those discussions, he pitched to you the idea of you acquiring some – we will call it the Siemens software. | |
| Wright | Well, he had asked me what I wanted and things like this, and I – in talking about automation software and I was there at the conference for that, and he then said he could get hold of this software from Siemens. | 35 |
| O'Mahoney | And did he put that to you as a potential investment? | |
| Wright | He said he could sell it to me. | |
| O'Mahoney | He told you he could get hold of it. | 40 |
| Wright | Yes. | |
| O'Mahoney | Did he tell you that he owned it? | |
| Wright | No. | |

CONFIDENTIAL

DEF_00068697

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | So he was indicating that he could source it. |
| | Wright | Yes. |
| | O'Mahoney | And did he explain how he could do that? |
| | Wright | Not at first, no. |
| 5 | O'Mahoney | Did he at any point in time? |
| | Wright | My problem was I didn't have cash, I had Bitcoins, which he said he could source someone else who would take the Bitcoin and for the Bitcoin he could give me the software. |
| 10 | O'Mahoney | All right.  And he – did he explain to you how he could source it at any point in time, this software? |
| | Wright | No.  I didn't ask. |
| | O'Mahoney | You didn't ask.  Because I asked you that a minute ago and you said not at first, but I thought you might be about to say that later on he explained how it came to be that he was able to source this software. |
| 15 | Wright | Not the Siemens software. |
| | O'Mahoney | No.  Okay. |
| | Wright | I just assumed that he was as successful as he made out. |
| | O'Mahoney | All right. |
| | Wright | He talks a really good game when he wants to. |
| 20 | O'Mahoney | Was he indicating that he was working for Siemens or that he had a relationship with Siemens? |
| | Wright | No.  He was a mining contractor.  He was dealing with a company called Paynes Find Gold. |
| | O'Mahoney | Paynes Find Gold. |
| 25 | Wright | Yes. |
| | O'Mahoney | Yes. |
| | Wright | And - - - |
| | O'Mahoney | How do you spell that? |
| | Wright | P-a-y-n-e-s Find Gold. |
| 30 | O'Mahoney | Okay.  And what, in that context he raised the ability to source this software. |
| | Wright | Yes. |
| | O'Mahoney | Is that right? |
| 35 | Wright | He said he knew a lot of people with money apart from himself;  his father and all the rest.  He said he had about $5million in trust that he had father had set up, and other money.  He gave me a whole lot of contacts, mostly of the porn industry.  The porn industry has money.  Like the guy from the adultshop or whatever it was ….. he had. |
| | O'Mahoney | He shared with you some contacts, but specifically on this Siemens software, he indicated he could source it for you. |

Page 33 of 45

CONFIDENTIAL

DEF_00068698

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | Well, he did a mining contract so what he was involved with was setting up and doing mining contracts, and mining contracts these days are more and more software, hardware, little robots. | |
| 5 | O'Mahoney | And how did it progress from there?  It was a topic of discussion;  he raised it, he pitched an idea.  Tell us about how the transaction occurred. |
| | Wright | We went back and forwards for a while because it was bloody expensive. |
| | O'Mahoney | The software was? |
| | Wright | Yes. |
| | O'Mahoney | Did he tell you what the price of it would be? |
| 10 | Wright | Yes. |
| | O'Mahoney | What did he say? |
| | Wright | I can't remember but it was in the order of about $5.5 million for everything I wanted. ..... |
| 15 | O'Mahoney | Did – and you, I presume, to get a figure like that, had to be pretty clear with him about what you wanted. |
| | Wright | Yes. |
| | O'Mahoney | Did you reduce that to writing? |
| | Wright | We talked and Skyped and other things, so I've got records in Skype. |
| 20 | O'Mahoney | But thinking about that, that's a lot of money for software.  You wouldn't, I don't think, want to leave too much to chance.  Did you reduce to writing what you required? |
| | Wright | Yes, everything in the Siemens suite. |
| | O'Mahoney | Everything in the Siemens suite. |
| | Wright | Yes. ..... |
| 25 | O'Mahoney | Did you list out what that meant to you? |
| | Wright | We talked over Skype about it.  It's the full suite of software in that area and there's like quite a list, etcetera. |
| | O'Mahoney | Is it – when you say a full suite of software, is it readily identifiable as a suite? |
| | Wright | There are a number of suites, yes. |
| 30 | O'Mahoney | Does this suite have a particular name? |
| | Wright | Yes.  I would need to look at the particular things but at the moment I can't remember. |
| | O'Mahoney | And at any rate - - - |
| | Wright | There's a number of different things. |
| 35 | O'Mahoney | Okay.  At any rate he mentioned this $5.5 million figure. |
| | Wright | Mmm. |
| | O'Mahoney | One – I mean, I've been involved in a number of IP cases and software-type cases, and one of the issues that invariably comes up is that of licensing, whether or not particular software is licensed, whether it's low value or high value.  What discussions did you have about the licensing of this software? |
| 40 | | |
| | Wright | I wanted licensed software. |

Page 34 of 45

CONFIDENTIAL

DEF_00068699

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | And you made that clear to him? |
| | Wright | Yes. |
| | O'Mahoney | And he said to you he would make sure that it was? |
| 5 | Wright | Yes, and I eventually got a licence code in my name, so I'm assuming it's in my name, that it's -- there's not another Craig S. Wright out there, that it's just reflected from. |
| | O'Mahoney | How long did the negotiations go for in respect of the Siemens software between you and Mr Ferrier? |
| | Wright | It wasn't much at first, probably three months. |
| 10 | O'Mahoney | That's - - - |
| | Wright | ..... the other software – the other software at the same time.  We were sort of mashed together. |
| | O'Mahoney | Okay.  And in the course of that – those negotiations, did you ever negotiate in writing with him? |
| 15 | Wright | Skype. |
| | O'Mahoney | Skype's not in writing last time I checked. |
| | Wright | Tape. |
| | O'Mahoney | So there was some messaging within Skype? |
| | Wright | Yes. |
| 20 | O'Mahoney | And is that recorded?  Would you have records of that? |
| | Wright | Yes.  I believe I've given two keeper copies - - - |
| | Sommers | We've got some.  We'll get them up to the Tax Office. |
| 25 | O'Mahoney | Yes.  And tell me this, that – when you formally reached agreement with Mr Ferrier, was that person to person?  Did you reach agreement with him in person? |
| | Wright | No. |
| | O'Mahoney | How did that agreement occur? |
| | Wright | Over Skype. |
| | O'Mahoney | Over Skype? |
| 30 | Wright | Over Skype. |
| | O'Mahoney | Face to face in a virtual sense. |
| | Wright | Yes. |
| | O'Mahoney | And you mentioned earlier the entity MJF. |
| | Wright | Yes. |
| 35 | O'Mahoney | And we hit a bit of a roadblock, courtesy of my questioning about that.  Tell us about how MJF fitted in to this. |
| | Wright | Well, MJF was the company that we were dealing with.  Mr Ferrier was the director at the time of that.  He has now been – I don't know what you would call it, "undirected".  ASIC - - - |
| 40 | O'Mahoney | He has been disqualified, has he? |

Page 35 of 45

CONFIDENTIAL

DEF_00068700

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | I don't know why - - - |
| | Sommers | I don't know that he has been disqualified but he's no longer the registered ..... |
| | O'Mahoney | Holding that office. Okay. But - - - |
| 5 | Wright | And he can't get back as holding that office. I don't know what that would be called. |
| | O'Mahoney | Did you deal with any one else from MJF in respect of this transaction? |
| | Wright | I emailed some other people. |
| | O'Mahoney | Who? |
| 10 | Wright | I can't remember their names. |
| | O'Mahoney | Did you speak to anyone else? |
| | Wright | No. |
| | O'Mahoney | Did anyone else on your behalf - - - |
| 15 | Wright | I did speak to one other person briefly. I can't remember her name. It was ..... |
| | O'Mahoney | Did anyone else on your behalf negotiate with Mr Ferrier in respect of this transaction? |
| | Wright | No. |
| 20 | O'Mahoney | And on obtaining or entering into this transaction, how was the software actually transferred? |
| | Wright | What we did was – the way I – well, I wasn't going to give that much money without my licences so we did an escrow-type deal where I get access to the software and then they get access to the rest of the key to access the Bitcoin. So - - - |
| 25 | O'Mahoney | So you paid - - - |
| | Wright | I validated the software, they got the key. |
| | O'Mahoney | All right. So you  - - - |
| 30 | Wright | And that was done over Bitmessage so that the – Bitmessage is a block chain based messaging service, like email or Skype or something like that, but actually built into Bitcoin. |
| | O'Mahoney | Designed to ensure a simultaneous exchange? |
| | Wright | Well, no, it's designed to do a message that is secure encrypted and all the rest, but it can be used to do a simultaneous exchange. |
| | O'Mahoney | All right. I just want to understand. Was the $5.5 million paid via Bitcoin? |
| 35 | Wright | The value of what – yes, the consideration was in rights to Bitcoin. |
| | O'Mahoney | And rights to how many Bitcoin? |
| | Wright | I would need to double-check that. It was on the invoice, etcetera. I can't remember. |
| 40 | O'Mahoney | And was there negotiations along the lines of how Mr Ferrier was to get paid? Were there other payments mechanisms contemplated? |

CONFIDENTIAL

DEF_00068701

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Well, I was only paying him by Bitcoin and he said he didn't want Bitcoin. It was going to go to someone else who was going to distribute it in money. |
| | O'Mahoney | All right. And – but you agreed on this mechanism of payment. |
| | Wright | Yes. |
| 5 | O'Mahoney | Interest in Bitcoin, transferring that. The other part of the software, the AlBaraka, if we could call it that ..... |
| | Wright | It was all done at the same time so it was - - - |
| | O'Mahoney | I appreciate that. What was that software? |
| | Wright | A core banking platform. |
| 10 | O'Mahoney | And what was the value of that? |
| | Wright | That was the majority of that transaction. That was – I can't remember exactly, but probably 25 or 30 million. |
| | O'Mahoney | All right. And you – how did you understand that Mr Ferrier was able to source that software? |
| 15<br><br><br><br>20 | Wright | He told me how he knew a whole lot of Arabs at first and all the rest. I had been talking about the fact that the ideal for me would be basically a Arabic-type banking platform, because Bitcoin is inflationary, so there's not the typical interest model. It's actually inverted. So I was looking for something along those lines. Core banking software is hard to get hold of, to say the least. The deal I was doing with Temenos, just to have them – their software, I didn't own any of it, was going to cost us probably 10 or 11 million dollars, which we went down the track ..... except we ended up getting out of that because they couldn't deliver. So simultaneously we were doing that and the other one ..... |
| 25 | O'Mahoney | And did he mention to you a particular source of this software, the AlBaraka software? |
| | Wright | He told me AlBaraka but - - - |
| | O'Mahoney | What did he say about AlBaraka? |
| | Wright | He can get me the software from it. |
| 30 | O'Mahoney | And who did he indicate AlBaraka was? |
| | Wright | AlBaraka are a big global bank in places like Egypt and Saudi Arabia and - - - |
| | O'Mahoney | And are - - - |
| | Wright | - - - Turkey and they've got a website. |
| | O'Mahoney | Again, there were negotiations about price in respect of this transaction. |
| 35 | Wright | Mmm. |
| | O'Mahoney | And - - - |
| | Wright | As to that one I just ..... it wasn't much of a negotiation. |
| | O'Mahoney | Were you happy to accept the price that he wanted? |
| 40 | Wright | Do you know how much the Commonwealth Bank spent upgrading their core banking software last year alone? |
| | O'Mahoney | No, I don't, but - - - |
| | Wright | Around 650 million. |

CONFIDENTIAL

DEF_00068702

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | All right. |
| | Wright | Do you know ANZ spent nearly as much? |
| 5 | O'Mahoney | No, no.  I appreciate your point, a lot of money is spent on banking IT, I just want to – I mean, in the context of – I think you would agree this was a big transaction for yo. |
| | Wright | Yes. |
| | O'Mahoney | That 25 to 30 million dollars was a lot of money for you at this time. |
| | Wright | Yes.  And I would have sold my mother to get that software. |
| | O'Mahoney | All right.  Well - - - |
| 10 | Wright | I don't ….. my mother. |
| | O'Mahoney | Okay.  Tell us this, though, was it the case you were just happy – you were happy to accept the price he wanted?  Were there no negotiations as to price? |
| | Wright | It was more on the Siemens software. |
| | O'Mahoney | All right. |
| 15 | Wright | But yes, I was slavering and drooling at being able to get core banking software. |
| 20 | O'Mahoney | There are - in the materials that I've read to you there's certainly at least a document indicating that there was an agreement reached between AlBaraka and Hotwire regarding the software.  Are you able to – and it does seem to indicate that at least at one point in time Hotwire had obtained and - - - |
| | Wright | Well, I was setting up Hotwire to put some of the software into. |
| 25 | O'Mahoney | Just let me finish, because I want to give this question some context.  There does seem to be some documentary evidence indicating that at one point in time Hotwire had acquired this software, the AlBaraka software.  Are you able to point to any documents evidencing a transfer of that software from Hotwire to you? |
| | Sommers | Sorry, just to approach on that, are you saying that there's a document evidencing this software went to Hotwire, or that there was an agreement between AlBaraka and Hotwire for the software? |
| 30 | O'Mahoney | The latter, an agreement between those - - - |
| | Sommers | Well, that's not what you said.  You said the …… |
| 35 | O'Mahoney | Okay.  Apologies.  I will be absolutely clear, and I'm grateful for that clarification.  The document I've seen is an agreement between AlBaraka and Hotwire in respect of the software, and it indicates, certainly on my review of it, that it does seem that it was contemplating a transfer of the software to Hotwire.  I'm not - - - |
| 40 | Wright | That's where I – that's where I'm saying I was going to put the software.  How I actually did it was probably a bit messy.  The idea was it comes to me, goes to the trust, gets distributed and then Hotwire was going to pull it apart and do what it needs to do. |
| | O'Mahoney | Is this the case, was the software at one point in time obtained by Hotwire and then transferred to you? |

Page 38 of 45

DEF_00068703

Interview Conducted with Craig Wright

| | Wright | No. It was obtained – I physically got it – ideologically got it, couldn't really physically get a copy for this software and download it. I got a copy of it and the resource code and I transferred that. |
|---|---|---|
| | O'Mahoney | All right. And so - - - |
| 5 | Wright | I probably made a big mess of it because I was – when it came to the core banking software I should have taken more time to make sure things were documented properly and all the rest, but all I cared about was I wanted it and I wanted it now. |
| 10 | O'Mahoney | So why was there an agreement between AlBaraka and Hotwire? What was that in respect of? |
| 15 | Wright | Because eventually ..... were going to end up getting a good chunk of it in Hotwire. So when I was talking with Mark about this, this is where I'm saying I'm going to be putting it so I didn't really think about how the contract was sort of formulated for the distribution. I knew I'm paying for this. I'm going to get what I want and that's, then I put as much effort into making sure our documents were processed properly. |
| | O'Mahoney | Was it not the case that Hotwire entered into this agreement? |
| | Wright | Well, I entered into the agreement. |
| | O'Mahoney | Did Hotwire? |
| 20 | Wright | Well, Hotwire wasn't actually set up. Hotwire was being set up. I was setting up a company that was going to have this so Hotwire was in development, you might say, when this happened. In May of 2013, Hotwire didn't exist. It was planned. I hadn't filled out all the forms, I hadn't got..... but I said this is the company I'm setting up and this is where I'm going to put it. |
| 25 | O'Mahoney | All right. And do you say that for this software acquisition that there was, it was funded by way of Bitcoin? Is that right? |
| | Wright | Rights to, yes. |
| | O'Mahoney | Yes, so you paid for this software by way of rights to Bitcoin? |
| | Wright | Yes, which were then used to distribute the...... |
| 30 | O'Mahoney | And are there documents evidencing the transfer of those rights? |
| | Wright | Yes. |
| | O'Mahoney | Between you and Mr Ferrier? |
| | Wright | Yes. |
| | O'Mahoney | And did you have rights to Bitcoin with that sort of value? |
| 35 | Wright | Yes. |
| | O'Mahoney | The 5.5 plus $30 million? |
| | Wright | More. |
| | O'Mahoney | You had more than that? And are there documents showing that those rights have been transferred? |
| 40 | Wright | Yes. |
| | O'Mahoney | I've also seen some documents indicating that – in fact, I will come back to that. |

Page 39 of 45

CONFIDENTIAL

DEF_00068704

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | It's not just the rights transfer any more.  The actual Bitcoin had been transferred. |
| | O'Mahoney | Well, I was going to ask you.  Has Bitcoin been transferred as consideration for those transactions? |
| 5 | Wright | Overseas, yes. |
| | O'Mahoney | That's correct? |
| | Wright | Yes, not in Australia but from overseas, yes. |
| 10 | O'Mahoney | All right.  And moving to another acquisition, and I think we're set to finish at 6.30.  Is that right?  So we've only got a few minutes to go.  Another acquisition involved Coin Exchange for purchasing software from you through an entity, W & K.  Can you tell us about that? |
| | Wright | Well, I didn't really purchase. |
| | O'Mahoney | Of K, well, tell us about your understanding of that transaction to the extent of it exists. |
| 15 | Wright | I had an agreement with Dave.  We were going to transfer software into our, into the entity we were creating here in Australia. |
| | O'Mahoney | This is Mr Kleiman? |
| | Wright | Yes.  I had set up a company.  Everything was going – I hadn't heard from Dave in a little bit.  Next thing I find out he is dead. |
| 20 | O'Mahoney | All right. |
| | Wright | So with 90 per cent of it going through everything and moving everything and doing all the bits and pieces and he died. |
| | O'Mahoney | So you and he were negotiating for the purchase, negotiating in respect of this. |
| 25 | Wright | We weren't negotiating, we were.....partners for years so didn't really negotiate it.  This is what we're doing.  We talked to each other about it. |
| | O'Mahoney | About acquiring Softwerk? |
| | Wright | No, we al-, Dave already had the software. |
| | O'Mahoney | Okay.  What was his software? |
| 30 | Wright | Everything from financial software for the kind of.....chain to gambling software. |
| | O'Mahoney | And Coin Exchange was looking to buy that software? |
| | Wright | We were going to capitalise it into Coin Exchange. |
| | O'Mahoney | What does that mean? |
| 35 | Wright | It was going to be used as part of setting up Coin Exchange. |
| | O'Mahoney | It was going to be transferred to Coin Exchange? |
| | Wright | Yes. |
| | O'Mahoney | And did that ever occur? |
| | Wright | Yes. |
| 40 | O'Mahoney | How did it occur? |

Page 40 of 45

CONFIDENTIAL

DEF_00068705

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | I ended up going through the filing of New South Wales Supreme Court and going, these are the contracts, Dave is head.  Basically, this is the value and getting them to put their stamp on it. |
| 5 | O'Mahoney | I've noted those proceedings.  Can you just, in a broad sense, summarise how they came about?  Was this the case that you had an understanding or an agreement with Mr Kleiman who passed away. |
| | Wright | Yes. |
| | O'Mahoney | And that on the back of his death, you sought to give effect to that agreement? |
| 10 | Wright | Yes. |
| | O'Mahoney | And was it the case that there was some opposition to that from somebody?  No? |
| | Wright | No. |
| 15 | O'Mahoney | But you moved the court for relief, you moved the court for declaratory relief in respect of that agreement? |
| | Wright | Effectively, I believe that was at the….. |
| | O'Mahoney | But I just want to un-, I just --- |
| 20 | Wright | I wanted to make sure that everything was totally legal and all the rest.  Dave has other, he's got an estate who Andrew has been dealing with and I wanted to make sure I didn't rip off his estate and just go, "Ha ha, it's my software".  I wanted to make sure everything was done legally and above-board so that Dave's heirs get this software which was being more painful than it should be. |
| | O'Mahoney | What was the value of that software? |
| | Sommers | Are you asking what's the --- |
| 25 | Wright |  The two lots, I think, were, it totals 56 million. |
| | O'Mahoney | And had you negotiated for that software to be transferred to Coin Exchange with him before he died? |
| | Wright | Yes, we had been, we had contracts over east. |
| | O'Mahoney | And had you reached a rough agreement as to price with him? |
| 30 | Wright | How it was going to occur, yes. |
| | O'Mahoney | Yes.  And was that the figure 56 million-odd that was being discussed? |
| | Wright | Yes. |
| | O'Mahoney | And how was he to be paid for that? |
| 35 | Wright | Dave had already been paid in some right to Bitcoin and whatever else at the time plus there were a number of loans…..that he had taken out….. so….. |
| | O'Mahoney | A number of loans.  What – you leant him money? |
| | Wright | I didn't, no. |
| | O'Mahoney | But is it the case that $56 million of value was transferred to him in respect of this software? |
| 40 | Sommers | Sorry, just to clarify, no money was transferred.  The value was transferred to Mr Kleiman because he passed away? |

Page 41 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | He passed away. Well, was anything paid for this software before or after his death? |
| | Wright | Yes. |
| | O'Mahoney | And is that the figure of 56 million? |
| 5 | Wright | No. |
| | O'Mahoney | What was the figure that was paid for it? |
| | Wright | Well, I had an interest in 50 per cent of the company, W & K. I didn't run it or anything like that but an interest in that. |
| | O'Mahoney | Yes? |
| 10 | Wright | And there were loans associated with the research and everything we had done beforehand that were sourced from people.....some of the Bitcoin went to pay off. |
| | O'Mahoney | So what was paid? |
| | Wright | Loans..... |
| 15 | O'Mahoney | Loans? But when you say loans were paid, what was acquired? |
| | Wright | Yes. What do you mean what was acquired? |
| | O'Mahoney | Well, the transaction involving what we've been discussing with Mr Kleiman and W & K, what was the transaction that all that resulted in? |
| | Wright | Software came into my possession and --- |
| 20 | O'Mahoney | When you say "your possession," Coin Exchange's possession? |
| | Wright | Well, me the trust holder.....into put into Coin Ex. |
| | O'Mahoney | Okay, so it came into your – so that's what came your way – software. |
| | Wright | It came my way and the trust was sort of being formulated, hadn't been, so.....at that stage. |
| 25 | O'Mahoney | And what went the opposite way for that part of this exchange? What consideration did you pay? |
| | Wright | Rights to Bitcoin left to people in Panama. |
| | O'Mahoney | In what amount? |
| 30 | Wright | I don't remember the exact amount but we're talking 50 per cent of that amount. |
| | O'Mahoney | And who were the people in Panama? |
| | Wright | People in the gaming industry there. |
| | O'Mahoney | .....named? |
| | Wright | Named? |
| 35 | O'Mahoney | Was it --- |
| | Sommers | Sorry, just – I'm just trying to be clear here. The Supreme Court proceedings established that – I thought they established that there was a debt to you from W & K that software was transferred to you and I thought the wash-up of those proceedings were that you effectively released W & K from the debts that it owed you. |
| 40 | | |
| | Wright | Yes..... |

CONFIDENTIAL

DEF_00068707

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Sommers | I think that's where ….. the, what value moved from you to W & K, was that the forgiveness of those debts that were established in the Supreme Court proceeding? | |
| Wright | Yes. | |
| O'Mahoney | How did those debts come about? | |
| Wright | Basically, because a number of gaming entities in Panama had funded some of our research. | |
| O'Mahoney | And --- | |
| Sommers | And when you say "our" you mean the research that was being done by W & K? | |
| Wright | Yes. | |
| O'Mahoney | Are there documents evidencing those debts, the creation of them? | |
| Wright | Not that I have, no. | |
| O'Mahoney | Why not? | |
| Wright | Because Dave's hard drives are encrypted and no one can get access to them. | |
| O'Mahoney | So these debts are in the tens of millions of dollars? | |
| Wright | Yes. | |
| O'Mahoney | And you, there's not a single document you could point us to that would evidence them? | |
| Wright | Not ….. | |
| O'Mahoney | Do you, it wasn't important to you to have a document evidencing debts of that amount? | |
| Wright | I would like to have documents evidencing all of that.  None of it was done in Australia;  nothing ever happened in Australia; no entity from Australia was ever involved directly with any of that. | |
| O'Mahoney | I just appreciate that.  I'm just thinking out loud.  I mean, if I was owed that sort of money I would be pretty keen to have it recorded.  You took no steps? | |
| Wright | It was recorded.  They had all the documents. | |
| O'Mahoney | In a way that was accessible to me.  Did you take any steps to achieve that? | |
| Wright | I did ….. accessible to me because ….. trust these guys all the time. | |
| O'Mahoney | Officers of the Commissioner? | |
| Wright | Tax officers. | |
| O'Mahoney | Can I ask is it – it might be a good question to finish up on.  Looking at the pleadings, did you give instructions in respect of the Supreme Court proceedings? | |
| Wright | What do you mean? | |
| O'Mahoney | Well, it was discussed what the proceedings sought to bring about and that was, we don't need to revisit it, but I take it you were instructing lawyers about those proceedings, prosecuting those proceedings, bringing them about.  Is that correct? | |
| Wright | No. | |

Page 43 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | O'Mahoney | So who was instructing the lawyers? |
|---|---|---|
| | Wright | I just did it. |
| | O'Mahoney | You did it yourself? |
| | Wright | Yes. |
| 5 | O'Mahoney | Okay. Looking at those, the pleading documents in those proceedings, and if I'm using language that you want me to explain, please do – they indicate that the relevant software had been used by a number of entities, including the United States military, an entity, DHS, and there's some reference in some materials I've seen to the Department of Homeland Security |
| 10 | Wright | Mm. |
| | O'Mahoney | Do you say that that is the case, that the software was used by those entities? |
| | Wright | Before Dave died, we had gone down the path of getting funding for all of that stuff to be used. SWAMP and other such things are being issued for that. I wasn't involved at all and I don't – Dave was actually a lot sicker than he let on. I didn't realise he was actually ill at all other than - I mean, he'd been in and out of hospital the whole time I've known him because of medical problems from ..... a long, long time ago. And no one knew how bad it actually was with Dave, and it was not expected that he would be dead. He's only a few years older than me and - - - |
| 15 | | |
| 20 | O'Mahoney | I guess, to wind it up, by way of background, was it the case that part of the value of what was – or this software was, that it had been used by these entities: DHS, US military. |
| | Wright | No, it was more – the value was – well, if he had lived, then we were hoping to make - AusIndustry has the scheme here. US Government, DAPA and all the rest actually paid for research. Dave was a US vet and a number of other things, that make it more likely that you can get that funding, and all of us had been in ..... when Bitcoin wasn't worth so much. So, at that stage, we knew we would need a lot more than we had to keep our research going, so we were trying to get every source we could. |
| 25 | | |
| 30 | O'Mahoney | The Commissioner has done quite a bit of investigative work, if you like, into those alleged contracts and arrangements and it seems that – and I'm sure this has been indicated to you, that there were no such contracts or this software was not being used by US military, Department of - - - |
| 35 | Wright | I don't know what was being done. Dave ran that himself. I know we had applied. I know he should have gone through with it. I don't know where it got to and I don't know why he didn't. The only thing I can - - - |
| | O'Mahoney | But Dave wasn't giving instructions in the Supreme Court proceedings. That has to be corrected, doesn't it? |
| | Wright | No; he was dead. |
| 40 | O'Mahoney | So, are you able to indicate - - - |
| 45 | Wright | My indication was that he had filed for the DHS plan; that all the information was in; that it was progressing and I have nothing else saying that he didn't go down that path. I don't know why he didn't complete it. I don't know why ..... happened other than he was in hospital a lot. So all I know is that he had gone down that path, you know, to get funding. What I've found out since was that Dave had actually – he hadn't got all the funding he wanted and Bitcoin wasn't worth so much at that stage, before he died. When he was not in |

Page 44 of 45

CONFIDENTIAL

DEF_00068709

Interview Conducted with Craig Wright

|  | hospital, the total value was in the order of $2 a Bitcoin and he had hocked his house, hocked everything else and he was in debt by probably $2 million. |
|---|---|
| O'Mahoney | Okay.  Well, I'm grateful for that.  We might leave it there and I will just note for the record, it is now 6.34 on 11 August 2014 and we will be reconvening, a week from today, 18 August.  Thank you very much, Dr Wright. |

5

CONFIDENTIAL

DEF_00068710

**AUSCRIPT AUSTRALASIA PTY LIMITED**

ABN 72 110 028 825

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003

**T:** 1800 AUSCRIPT (1800 287 274)      **F:** 1300 739 037
**E:** clientservices@auscript.com.au        **W:** www.auscript.com.au

## TRANSCRIPT OF PROCEEDINGS

TRANSCRIPT SENSITIVE

O/N H-431147

## AUSTRALIAN TAXATION OFFICE

## RECORD OF INTERVIEW

INTERVIEWER:        **GREG O'MAHONEY**

INTERVIEWEE:        **CRAIG WRIGHT**

ALSO PRESENT:        **ANDREW SOMMERS**

CONDUCTED AT:        **ATO OFFICE**

DATE:        **MONDAY, 18 AUGUST 2014**

TIME:        **4.31 PM**

**TRANSCRIBED BUT NOT RECORDED BY**
**AUSCRIPT AUSTRALASIA PTY LIMITED**

WRIGHT, 18.8.14

Transcript Sensitive

CONFIDENTIAL

# Interview conducted with Craig Wright

On the 18TH August 2014

Australian Taxation Office

Interviewers: Greg O'Mahoney

5

| | | |
|---|---|---|
| O'Mahoney | For the record it's Greg O'Mahoney at 4.31 on Monday, 18 August 2014 reconvening the interview of Dr Wright.  Thank you for coming back, Dr Wright.  Could I start, Dr Wright, by saying this:  you will remember last week there was a number of questions and answers about the supplies that are the subject of this dispute - - - | |
| 10 | | |
| Wright | Yes. | |
| O'Mahoney | - - - the ITCs that have been claimed.  There is a few discrete questions about those that I will come back to in the course of today.  Could we move on to the different question of consideration, and I think you would appreciate that's an important part of this dispute, and could I start with, I guess, the basic question of how were these supplies paid for by Coin Exchange? | |
| 15 | | |
| Wright | What do you mean "how were they ….. paid for by Coin Exchange"? | |
| O'Mahoney | Well, what was - the position is, as I understand it, that it's asserted that Coin Exchange made some acquisitions and I think it's also asserted that consideration was paid in respect of those acquisitions. | |
| 20 | | |
| Wright | Mm. | |
| O'Mahoney | We just want to understand what was the consideration, how were these acquisitions paid for, in other words. | |
| Wright | Well, there were transfer of rights, as we discussed several times, so software, as in rights to use, etcetera, etcetera, on one side, rights to claim ….. on the other. | |
| 25 | | |
| O'Mahoney | So it's clear that you say software flowed one way, that was one part of the exchange. | |
| Wright | Mm. | |
| 30 | O'Mahoney | I guess I want to focus in on the other flow, that the consideration going the other way.  Can you just explain that, the flow of rights to bitcoin.  What does that mean? | |
| Wright | The right to call on a number of bitcoin. | |
| O'Mahoney | Okay.  When you say "the right to call on", what do you mean by that? | |
| 35 | Wright | A legal right to have a number of bitcoin in a wallet aside. | |
| O'Mahoney | A legal right to have?  How does that differ from actually using bitcoin, paying by way of bitcoin for acquisition? | |
| Wright | bitcoin is something in a ledger, so it's - I can have a right to cash in a bank and not have the actual cash. | |
| 40 | O'Mahoney | So is this the case, because I just want to apply that answer to a non-bitcoin situation, is it analogous to this:  say you had a pool of gold bars or a pool of cash in a bank, that the consideration was the transfer of an interest or a right to, an interest in or a right to, those gold bars or that cash.  Is that - - - | |
| Wright | That's fairly much it, yes. | |

---

Page 1 of 45

CONFIDENTIAL

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | And how does that work?  The entity that acquires the interest, what is it in a position to do with that interest? |
| | Wright | If I have a right to gold bars held in a Suisse bank account, such as a gold certificate, what does that entail me, enable me to do?  I can transfer rights. |
| 5 | O'Mahoney | All right.  So is that one way of saying that on the gold bar scenario that the person who has the interest transferred to him or her is able to actually call upon them, actually take possession of them or use them;  is that what you mean? |
| 10 | Wright | Within certain sort of conditions, whatever else.  If you're talking gold bars, then it would depend on whether you have a numbered or an unnumbered certificate. |
| | O'Mahoney | Okay.  Can we focus on bitcoin.  What does the person who receives the transfer of these rights, what position is that entity or he or her in, in respect of the bitcoin? |
| 15 | Wright | You have a right to call on or arrange to be transferred or whatever else a number of bitcoins held overseas. |
| | O'Mahoney | Does that include a right to useless that bitcoin as, I guess, a currency going forward? |
| 20 | Wright | As a currency, yes.  The terms were sort of set originally which involved it being currency, unless it's overseas. |
| | O'Mahoney | Just as an aside on that point, one thing that my research, which is incredibly brief compared to your, in relation to crypto currency has revealed is this, that bitcoins have in their history been very, very volatile in terms of their value.  Is that a fair assessment? |
| 25 | Wright | So is the Australian dollar, so is gold. |
| | O'Mahoney | Well, except currencies ..... currencies in gold ..... currencies have volatility as well, but in a relative sense the volatility of bitcoin is quite extraordinary compared to ..... currencies;  would you accept that? |
| 30 | Wright | Zimbabwe dollar, one Zimbabwe dollar can't even buy you a grain of sand at the moment.  I believe the typical currency note is now in the hundred trillion dollars in Zimbabwe dollars. |
| | O'Mahoney | And equally you could cite the example of the Argentinian peso after Argentina's default, but let's talk in general terms. |
| | Wright | Equally, one ounce of gold in the US was a dollar just a hundred years ago. |
| 35 | O'Mahoney | Okay.  But I'm talking more day-to-day, week-to-week, month-to-month volatility, around I accept that in currencies there are in our lifetimes - - - |
| | Wright | The ..... the whatever else. |
| 40 | O'Mahoney | - - - extraordinary - if I could just finish - there are some extraordinary moves and fluctuations in currencies.  Do you accept that bitcoin does have a volatility that is quite extreme relative to most currencies? |
| | Wright | No.  Actually, most currencies would be - I mean, there's over 120 different currencies in the world, and bitcoin is probably about 30th on volatility. |
| | O'Mahoney | In the last 10 years what has been the highest value of bitcoin and the lowest? |

CONFIDENTIAL

DEFAUS_00560319

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Approximately $120, and the lowest, but that's a bad analogy, that's like saying - all right, that's the old statistical joke - my head is in the oven, my foot is in a fridge and on average the temperature is good. |
| | O'Mahoney | So what's the lowest point? |
| 5 | Wright | It started and it has increased.  We're talking about something that started from zero value because I couldn't even buy a pizza with it back when I had these things, hence why you guys called it a hobby ….. |
| 10 | O'Mahoney | Just so that we have a clear picture, we're talking about a valuation spread that, I mean, might be from zero and I appreciate that that's a starting point and it's not really a realistic low point, if you like, it was an ….. currency at that point in time, but is that really the ultimate spread, about $120, from very, very low numbers to 120? |
| | Wright | If I'm right, the ultimate spread will be about 10 million dollars per bitcoin. |
| | O'Mahoney | Okay.  Which speaks to a very large level of volatility. |
| 15 | Wright | No.  It speaks to the growth of a new currency. |
| | O'Mahoney | One issue that just arises, and as I said it's a side point, but when using bitcoin as a form of consideration for substantial transactions, is there a degree of concern about the value of them, the fluctuating value of them? |
| 20 | Wright | There's an issue with using American dollars in that way.  You're not going to get me to say that it's not a currency because it is volatile when it has got 90 other currencies that are actually more volatile than it.  I mean - - - |
| | O'Mahoney | I have to say, you're a student in bitcoin.  I have looked at the charts in bitcoin and I have looked at the charts of the major global currencies - - - |
| | Wright | It's an exponential growth. |
| 25 | O'Mahoney | - - - in the last few years and I have to say if you're saying that the volatility is analogous to major currencies, the charts will speak for themselves, and I don't want to take any more time looking at that.  It was just a question about how you accommodate that kind of volatility when you are using bitcoin - - - |
| | Wright | It's exponential growth. |
| 30 | O'Mahoney | - - - in this consideration. |
| | Wright | It is not going down all the time; it is going up.  A year ago at this time it was around $1.36. |
| | O'Mahoney | All right. |
| | Wright | So now it is around the $500 mark.  It is going up and there are - - - |
| 35 | O'Mahoney | So you say in the last few years it has gone from - one bitcoin has gone from $1.36 - - - |
| | Wright | No, 136. |
| | O'Mahoney | 136 to - - - |
| | Wright | Around 500. |
| 40 | O'Mahoney | 500. |
| | Wright | Which is ….. a little bit at the moment. |
| | O'Mahoney | Can I ask this, that last week we spoke about Coin Exchange being part of a group. |

CONFIDENTIAL

DEFAUS_00560320

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| Wright | Mm. | |
| O'Mahoney | A group of entities that you controlled that tend to interact with one another commercially. | |
| Wright | Yes. | |
| 5 | O'Mahoney | Remember we discussed that, and I want to understand this, how many entities are there within the group that use this funding mechanism, this - - - |
| Wright | All of them. | |
| O'Mahoney | All of them?  Okay.  So that is seven or eight entities that use - - - | |
| Wright | Yes. | |
| 10 | O'Mahoney | Do they all use as consideration the same rights to bitcoin in the same source, from the same source; ie, the same trust? |
| Wright | The same group source, yes. | |
| O'Mahoney | Yes.  So that that Seychelles trust, I think we called it that in shorthand last week, that Seychelles trust is really the funding source for seven or eight entities.  They each are able to transact - - - | |
| 15 | Wright | There is a loan that has been ….. to that, yes. |
| O'Mahoney | All right.  But each of those seven or eight entities transact using rights to bitcoin held by that trust? | |
| Wright | The bitcoin held by that trust, yes. | |
| 20 | O'Mahoney | Can I ask this before I dig into the specifics of how that works, can you tell us what you know about the Seychelles trust? |
| Wright | I know it's a trust in the Seychelles, I know the people who were involved in setting it up, I know I was involved in part and I know why. | |
| 25 | O'Mahoney | Okay.  Can we unpack that.  A trust in the Seychelles, who apart from you was involved in setting it up? |
| Wright | Dave Kleiman. | |
| O'Mahoney | Who else? | |
| Wright | Wen. | |
| O'Mahoney | Wen. | |
| 30 | Wright | Wen Nguyen. |
| O'Mahoney | Okay.  Wen, Wen Nguyen.  Who else? | |
| Wright | Tim, and I can't remember his last name off the top of my head, and I don't remember the - but I've got - I couldn't tell the other people off the top of my head. | |
| 35 | O'Mahoney | Are there many other people? |
| Wright | No.  But you guys have been sent their names before. | |
| O'Mahoney | And Tim, tell us about him, what does he do? | |
| Wright | He worked for Playboy Gaming. | |
| O'Mahoney | Playboy Gaming being? | |
| 40 | Wright | Playboy Gaming. |

CONFIDENTIAL

DEFAUS_00560321

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | What does it do? |
| | Wright | Casinos. |
| | O'Mahoney | Online casinos? |
| | Wright | ….. |
| 5 | O'Mahoney | Okay.  It's a ….. in the gaming industry? |
| | Wright | Yes. |
| | O'Mahoney | And how do you know Tim? |
| | Wright | I was involved with possibly setting up a casino in Australia back for over a decade ago now, about Senator Olsten kyboshed everything. |
| 10 | O'Mahoney | All right.  And so they're the names of the people involved in it.  Can you tell us about how it came to be created, the circumstances, if you could just talk us through the circumstances of the trust establishment? |
| 15 | Wright | Basically, I had a lot of bitcoin.  It was transferred over to be overseas for a consideration of $5000.  Basically because - which was actually higher than the market value at the time.  The $5000 - you know, the whole of the bitcoin that I transferred ….. to even $5000.  The reason being the ATO wanted to call it all a hobby and whatever else and were trying to bankrupt me and I was getting divorced from my wife.  I negotiated that I keep these, she could have the business, which she didn't actually go anywhere after she did it, but anyway. |
| 20 | | |
| | O'Mahoney | Was it your decision to set it up in the jurisdiction of the Seychelles? |
| | Wright | Yes. |
| | O'Mahoney | And how did these other individuals, Mr Kleiman, Nguyen - it's Ms Nguyen, isn't it? |
| 25 | Wright | Yes. |
| | O'Mahoney | And Tim, whose last name we can't remember, how did they come to be involved? |
| | Wright | Well, I talked to Dave and said, "Look, please do this.  I know it has value eventually.  Take it over." |
| 30 | O'Mahoney | When you say you know it "has value eventually", what do you mean by that? |
| | Wright | I've always believed in bitcoin.  I still tell you that it will be at least one - one bitcoin 10 million dollars. |
| | O'Mahoney | All right. |
| | Wright | And that's probably a low estimate. |
| 35 | O'Mahoney | Okay.  I appreciate you're very bullish on the prospects of ….. as a currency.  Focusing - - - |
| | Wright | Not just that.  I think it will replace the internet or replace smart currency, it will replace contracting, many things that you don't know yet. |
| 40 | O'Mahoney | All right.  Focusing not so much on bitcoin as an alternate currency and potential source of future value, but on the trust structure, how did it come to be that the trust structure was settled upon? |
| | Wright | The idea was the trust was set up to promote bitcoin to ensure when things became valuable that it was there for the sole reason of promoting it as a |

CONFIDENTIAL

DEFAUS_00560322

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | | currency and, in particular, doing anything possible to promote it as a replacement currency to fiat. |
| | O'Mahoney | So was that really the remit of the trust to promote and advance bitcoin? |
| | Wright | Yes. |
| 5 | O'Mahoney | And how does it go about doing that? |
| | Wright | It's investing in the research I'm doing that will take all of this into something new. |
| | O'Mahoney | And how is it so investing? |
| | Wright | I'm building a super computer at the moment. |
| 10 | O'Mahoney | Can you explain how it is that the trust is investing in that super computer? |
| | Wright | Overseas interest in bitcoin pays people who are bullish on bitcoin, and there are people out there who are. |
| | O'Mahoney | And, what, the trust makes an allocation, does it, each year to entities like that? |
| 15 | Wright | No ….. the loan. |
| | O'Mahoney | The trust lends money to - - - |
| | Wright | To me. |
| | O'Mahoney | - - - to you in ways that help you promote bitcoin? |
| | Wright | Yes. |
| 20 | O'Mahoney | Or entities that you control? |
| | Wright | Yes. |
| | O'Mahoney | And tell us about the structure of the trust in materials of its - well, who controls the trust? |
| 25 | Wright | Partly Wen and partly other people.  I can't remember the names.  You guys have got the list.  It's in answers I've given.  I can't remember all the names off the top of my head. |
| | O'Mahoney | But in terms of practical control, is it not the case that you control the trust? |
| 30 | Wright | No.  I can't control the trust.  I put terms, conditions, everything like that, how it had to be done when I had Dave set it up.  So I don't control it;  I can act within bounds. |
| | O'Mahoney | So how did it come to be that - are all the assets of the trust, they were originally sourced from you? |
| | Wright | And Dave. |
| | O'Mahoney | And David. |
| 35 | Wright | Yes. |
| | O'Mahoney | And what was the rationale for putting those assets within a trust structure that you wouldn't or David wouldn't have control over? |
| | Wright | What do you mean "David wouldn't have control over"? |
| 40 | O'Mahoney | Well, just if you think about, if one has assets, to put them into a structure that one can't control, I just want to understand the rationale behind that. |
| | Wright | I don't want temptation myself. |

CONFIDENTIAL

DEFAUS_00560323

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | So it's a sort of a self-discipline? |
| | Wright | In a way, yes.  This is going to be spent on bitcoin.  If it makes a billion dollars, it will be spent on bitcoin.  Not buying a yacht, not buying whatever else.  My research and replacing fee of currency.  That's what it's doing. |
| 5 | O'Mahoney | Who are the beneficiaries of the trust?  Who stand to benefit from that kind of profitability? |
| | Wright | The world.  The world.  Every single person, apart from government, and in a way government because it will stop debt financing. |
| | O'Mahoney | You appreciate that a trust has beneficiaries. |
| 10 | Wright | Yes. |
| | O'Mahoney | Who are the beneficiaries of this trust? |
| | Wright | I have a loan. |
| | O'Mahoney | And you are? |
| | Wright | Sorry? |
| 15 | O'Mahoney | What does that mean? |
| | Wright | Well, I've got a loan.  That doesn't mean that I'm a beneficiary per se. |
| | O'Mahoney | All right.  What does your loan have to do with your relationship to the trust? |
| | Wright | The end goal of this trust is promotion of bitcoin. |
| 20 | O'Mahoney | But I just want to appreciate - I appreciate that its remit, as you say, is to advance bitcoin and that you say a lot of people stand to benefit from that.  Specifically, the beneficiaries of this trust, who are they? |
| | Wright | I don't know exactly. |
| | O'Mahoney | Is that right? |
| | Wright | Yes. |
| 25 | O'Mahoney | How is it that you don't know? |
| | Wright | I told Dave not to tell me all the details. |
| | O'Mahoney | Why would you request that? |
| | Wright | Because I didn't trust these guys. |
| | O'Mahoney | "These guys" meaning? |
| 30 | Wright | Meaning the people who said, "You've got too many degrees.  Therefore, you can't claim education any more as an expense", even though it's a valid deduction;  for people who said my buying 500 computers was a hobby;  for people who said my laying fibre cable in a rural environment was a hobby;  for people who complained when I spent a million dollars on computing services and whatever else, that it was a hobby;  for people who said all of this. |
| 35 | | |
| | O'Mahoney | Sorry, is the short answer to that question officers of the Commissioner of Taxation? |
| | Wright | Sorry, what do you mean, sorry? |
| 40 | O'Mahoney | Well, you keep referring to "the people".  I just want to understand who they are? |

CONFIDENTIAL

DEFAUS_00560324

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| 5 | Wright | Well, yes.  I didn't trust them at the time because I went forth, I asked them questions, I said, "How do I do these sort of things?"  I got instructions in writing about how I transmit and transfer stuff between myself and the company I was setting up, being told I had to put GST on it and then I end up basically having to fight for the next several years on what I was told to do, and the same here is I went to you guys and did a PBR and got a formal private ruling saying this is what I have to do and basically give everything to everyone, say "These are my wallets", get stat decs along those lines, go to the Tax Office say, "Look, this is what I want to do", and yet end up being pulled apart again. |
| 10 | | |
| | O'Mahoney | In part of that answer you referred to having to charge GST in respect of transactions between entities you controlled. |
| | Wright | Yes. |
| | O'Mahoney | Was that a source of annoyance or frustration for you? |
| 15 | Wright | It would have been much easier just to do a transaction without all the GST, yes. |
| | O'Mahoney | Why do you say that? |
| 20 | Wright | Because if it's a negative and a positive cancelling each other, then no one wins, and it's a situation where you pay five million dollars and collect five million dollars.  I mean, it's only the external stuff that matters and I tried to explain that to people and they said, "No.  You have to do it this way.  This is how it works", so yes, I would much prefer not having to do a pop-up plus and minus on GST on entities and when there's no net difference. |
| 25 | O'Mahoney | When you say that people told you, you have to do it that way, are you talking about officers of the Commissioner? |
| | Wright | Yes. |
| | O'Mahoney | Did you have accountants who were advising you in respect of GST liability? |
| | Wright | Yes. |
| | O'Mahoney | And they weren't saying that to you? |
| 30 | Wright | Well, actually, people like Andrew have now - as a lawyer have said I can do it different ways.  No one told me that I could do an agency agreement where I have absolute get out of the tax. |
| | O'Mahoney | When you say "different ways", can you flesh that out a bit?  What are these different ways? |
| 35 | Wright | Andrew would have to explain that one to you.  I pay an expensive lawyer to write out documents that say GST neutral, so get him to explain it. |
| | O'Mahoney | Okay.  But one example you just gave there was an agency agreement to get out of the tax. |
| 40 | Wright | But it's not get out of the task;  it is a zero.  A hundred thousand, a hundred thousand;  plus a hundred, minus a hundred. |
| | O'Mahoney | All right. |
| | Wright | There's no getting out of paying tax. |
| | O'Mahoney | Coming back to the structure of this trust, is this a fair summary of the position:  you've transferred valuable assets to the trust. |

CONFIDENTIAL

DEFAUS_00560325

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I valued all of that at $5000 which was actually $500 more than the market value of everything at the time. |
| | O'Mahoney | Assets of some value to the trust? |
| | Wright | Yes. |
| 5 | O'Mahoney | That trust has been used as a funding source for seven or eight entities that you control? |
| | Wright | Yes. |
| | O'Mahoney | Over a sustained period of time? |
| | Wright | Yes.  Via loans, yes. |
| 10 | O'Mahoney | And you say that you are not aware of who the other beneficiaries of the trust are. |
| | Sommers | I don't think Dr Wright used the term "other beneficiaries".  Dr Wright said he didn't know who the beneficiaries were full stop. |
| 15 | O'Mahoney | You say that you don't know in those circumstances who the beneficiaries of the trust are? |
| | Wright | I know that I can call on bitcoin. |
| | Sommers | Pursuant to the loan. |
| | Wright | Mm. |
| 20 | O'Mahoney | So that just strikes me as odd.  I'm just speaking out loud, thinking out loud, Dr Wright.  Is that the case, that you do not know request who the beneficiaries of the trust are? |
| | Wright | "Know" is a different word than "suspect". |
| | O'Mahoney | All right.  Well, why don't we start with "suspect" and move to "know"? |
| 25 | Sommers | Greg, can I just stop you there because I'm struggling to join the dots between this particular line of questioning and the entitlement of ….. tax credits. |
| 30 | O'Mahoney | Well, we can here pause if you want and discuss that, but I can assure you that it's part of the factual landscape that the Commissioner has to investigate to satisfy itself of the claims that are asserted, and I think for good reason.  It's at the heart of the consideration that is alleged to have been paid here to understand what is the structure that held the bitcoin that rights to which or an interest in which was transferred as part of the said consideration. |
| | Sommers | Just to clarify, none of the assets of the trust have been contended that they formed part of the consideration for any of these transactions. |
| | O'Mahoney | I appreciate that.  An interest is transferred or rights to. |
| 35 | Sommers | No.  If I can finish. |
| | O'Mahoney | Yeah. |
| 40 | Sommers | It's only the rights that Dr Wright held pursuant to the deed of loan executed by the trust over the 650,000 bitcoin that were the subject of that deed of loan that had been contended that the dealings in those rights - that those bitcoin held outside the trust were transacted.  Therefore, what is in the trust, the beneficiaries of the trust and so on, are entirely irrelevant to the transactions that have taken place because it's only the bitcoin that was the subject of the deed of loan that have been transacted. |

CONFIDENTIAL

DEFAUS_00560326

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Well, I can safely say that there is a relevance that there are lines of inquiry that the Commissioner is pursuing that would make the structure/nature of the trust very relevant.  I don't really want to go through what they are. |
| 5 | Sommers | Well, I've been told, and Mr ….. have made it clear to me the nature of this and these discussions related only to the GST audit. |
| | O'Mahoney | No.  That's true.  That's absolutely right. |
| | Sommers | And consequently I can't see the connection. |
| 10 | O'Mahoney | Well, can I say this, I'm almost through the questioning on the trust.  There's two or three more questions to go.  If you think that we're dwelling on it for too long, could you mention that, but if you don't mind I will ask two or three more questions and move on. |
| | Sommers | Sure. |
| | O'Mahoney | If you're happy with that.  Can I ask Dr Wright, who do you suspect to have been the beneficiaries of the trust? |
| 15 | Sommers | I wouldn't answer that.  It's entirely irrelevant. |
| | O'Mahoney | Who do you know to be the beneficiaries? |
| | Wright | I don't know.  I told you that one; I suspect. |
| | O'Mahoney | Okay.  So you don't know who any of the beneficiaries of the trust are? |
| | Wright | No. |
| 20 | O'Mahoney | And you say that is because you asked Mr Kleiman not to tell you? |
| | Wright | Yes. |
| | O'Mahoney | Can you just recall for us that conversation?  Obviously, it's not a memory test, but to the best of your recollection what did you say and what did he say? |
| 25 | Wright | Andrew has seen some of the emails.  Do you want the full or do you want the nice version? |
| | O'Mahoney | Full. |
| 30 | Wright | There was a lot of swearing and a lot of abuse at the ATO.  I called a lot of people a lot of names and occasionally we talked about the trust.  There was a lot about Mr Westwood, there were a lot of - I was rather frustrated at the time comments and, basically ….. whatever we were doing, take this off to ….. and we will do this overseas any way we can and make sure that we set it up so that, well, at the end of the day we ….. we wanted. |
| | O'Mahoney | All right.  Could I ask Mr Nguyen or Ms Nguyen you mentioned before. |
| | Wright | Mm. |
| 35 | O'Mahoney | Apologies if I haven't pronounced her name correctly.  On the trust document she's identified by reference to Design by Human, a company.  What do you know about that company? |
| | Wright | Just the - I've now taken it over and whatever else.  It was reserved by Dave in 2012.  I don't know why he did Design by Human. |
| 40 | O'Mahoney | We've got some information that as at mid-2013 it was more or less a dormant shelf company. |
| | Wright | It's still basically a dormant shelf company. |

CONFIDENTIAL

DEFAUS_00560327

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | It is.  Do you know how it came to be that a person purporting to be or how that entity came to be involved in settling a deed document? |
| | Wright | A shelf company can settle a deed document as far as I know. |
| 5 | O'Mahoney | And we've also got some information that Ms Nguyen was not at that time either a director or a shareholder of that company.  Do you know how it came to be that there was that association asserted between Ms Nguyen and Design by Human? |
| 10<br><br>15 | Wright | I know that our accounting practices in the group have not been the best.  I know that we haven't filed things correctly.  I know Dave didn't, I know I haven't, I know Nguyen hasn't.  I know we're doing our best to try and fix things.  I know that I'm paying lots of money to KPMG and accountants and Andrew and everyone like that to basically go away with these things and I know things are still a mess.  I know that we've had board notes that haven't been filed with ASIC correctly.  I know that we've had lots of these sort of things.  My speciality isn't as a company secretary or anything like that. Nguyen's ….. from ….. she was still young and - - - |
| | O'Mahoney | What's Ms Nguyen's involvement in the group? |
| 20 | Wright | She was involved back from around 2011 with us.  She wanted to learn, wanted to do whatever.  I involved her because anything she could do she would. |
| | O'Mahoney | Is Design by Human a company that you consider to be part of the group? |
| | Wright | Part of the current group?  Yes. |
| | O'Mahoney | Was it part of the group as at mid-2013? |
| | Wright | Mid-2013, yes. |
| 25 | O'Mahoney | And there's reference no document to another entity, Permanent Success.  Is that another company that you know of? |
| | Wright | Yes. |
| | O'Mahoney | Is that also a company that was part of the group? |
| | Wright | Yeah, but it's not really doing anything. |
| 30 | O'Mahoney | It's a dormant company, is it? |
| | Wright | Yeah. |
| | O'Mahoney | A sort of shelf company? |
| | Wright | Just holding assets. |
| | O'Mahoney | The Craig Wright RND has an entity.  What does it do? |
| 35 | Wright | Well, that's me, effectively. |
| | O'Mahoney | Is that a company that you really control for your own benefit? |
| | Wright | It's a business.  Me. |
| | O'Mahoney | Yes.  Okay. |
| | Sommers | The ABN belongs to Dr Wright as an individual. |
| 40 | O'Mahoney | Okay.  And broadly, you don't need to go into the detail of this, but broadly what does it do as an entity? |
| | Wright | I do research. |

CONFIDENTIAL

DEFAUS_00560328

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | All right.  And does it transact? |
| | Wright | Yes. |
| | O'Mahoney | Is it an entity that pays you, is it an entity that you use to invest? |
| | Wright | It's my business. |
| 5 | O'Mahoney | Okay. |
| | Sommers | I don't think you understood.  It's Dr Wright individually.  It's not - for some reason it has the nomenclature Craig Wright RND, but it is Dr Wright individually. |
| | O'Mahoney | All right. |
| 10 | Wright | Yeah.  It's just a business name associated with me individually. |
| | O'Mahoney | Okay.  And just one point of clarification.  Reviewing the transcript from last week, there was a number of references in the transcript to a trust that was set up in Panama. |
| | Wright | Mm. |
| 15 | O'Mahoney | Can you tell me what that trust is? |
| | Wright | No. |
| | O'Mahoney | You know nothing about it? |
| | Wright | I know that it's there and I know that, but I don't know all the details.  It's all on Dave's hard drive and we can't do anything. |
| 20 | O'Mahoney | What is its connection to the business activities of the group? |
| | Wright | It was involved with funding things in WNK and ….. research. |
| | O'Mahoney | In WNK? |
| | Wright | Yes. |
| | O'Mahoney | And how did that come about? |
| 25 | Wright | I don't know. |
| | O'Mahoney | What do you know about it? |
| | Wright | I know that it was there and I know that Dave was involved with a few people I know of in Panama and Cost Arica. |
| | O'Mahoney | And who are they? |
| 30 | Wright | They're people from the gaming industry. |
| | O'Mahoney | Do you know their names? |
| | Wright | They're on the list I've sent. |
| | O'Mahoney | Okay.  And is there an ongoing association between group entities and that trust? |
| 35 | Wright | I don't know.  I don't know that trust. |
| | O'Mahoney | But you know the group entities? |
| | Wright | I know people who have dealt with Dave. |
| | O'Mahoney | I just want to be clear based on knowledge of the entities within the group, do they have a connection with this Panama trust? |
| 40 | Wright | I don't know.  Well, my entities in the group - or, sorry - - - |

Page 12 of 45

CONFIDENTIAL

DEFAUS_00560329

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | We've been talking about seven or eight entities that - - - |
| | Wright | I have nothing - I have nothing more to do with the Panama trust.  I have no idea about it. |
| 5 | O'Mahoney | Okay.  So the seven or eight entities that you control that we've referred to as "the group", to the best of your knowledge they don't have any connection with this Panama trust? |
| | Wright | Not directly.  They have a connection to WNK and WNK has a connection to the trust, if you can put that together. |
| 10 | O'Mahoney | Okay.  Well, we might come back to that.  I've got a few questions I want to ask you about WNK.  Getting back to the operation of the group as a whole, this is an important point, that if it is the case that seven or eight entities, satellite entities within the group, are using the same trust as a funding source - - - |
| | Wright | The same loans from me. |
| 15 | O'Mahoney | I appreciate, the same loans from you, but all by reference to the same trust as a funding source, in the context of the group, courtesy of that single funding source, it must have had finite resources, it must have had limited spending capacity.  What records were kept that would reflect how much was left to be able to be used as consideration from that funding source? |
| 20 | Wright | From the trust or the loan or? |
| | O'Mahoney | Well, just what records were kept to indicate how much was left within the funding source? |
| | Wright | You mean the loan? |
| | O'Mahoney | Yes. |
| 25 | Wright | There's all the accounting records ….. else. |
| 30 | O'Mahoney | But one thing that has occurred to me is that all these entities are really transacting by reference to the same - or using consideration from the same funding source.  One important thing would be to have a global picture of how depleted the interest is that can be transferred, what is left, what is already expended.  Are you saying that there are records that exist that show - would paint that kind of picture? |
| | Wright | We've got all the Zero account - like, we use Zero as an accounting source and we've got all the accounting records. |
| 35 | O'Mahoney | So is it through those Zero accounting records that you say that you're able to satisfy yourself about what the spending capacity of an individual entity was at any given point in time? |
| | Wright | Yes. |
| | O'Mahoney | And what did they reveal to you, those records? |
| 40 | Sommers | You might need to tie that question down a little bit.  That's a very large question.  What do the accounting records represent? |
| | O'Mahoney | Okay.  But in the context of those records being what pointed out to you was the spending capacity of the group entities, can you explain to us what was it about those records that so enlightened you, that made you aware of what was left to spend? |
| 45 | Wright | Accounting records ….. |

CONFIDENTIAL

DEFAUS_00560330

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Were there global accounting records that were kept that would show the picture of the whole funding source, how much had been sent? |
| 5 | Wright | Of course not. I mean, each company goes into each individual one. I don't then do a - this is tied that way type thing. I do it the way that standard accounting practices have been told to me to do and I'm hiring an accountant at the moment and I'm getting another one and I've got KPMG and this much goes in there, this much goes in there, this much goes in there. The trust has that. I mean, there are set bloody records. There's different entities, this one, this one, this one, and it's not how much this - in an in globo type thing I have to spend because once it's been transferred there, it's owned by there. |
| 10 | O'Mahoney | Yeah. I appreciate that. Could I maybe frame the question - - - |
| | Wright | So there's not any how much in globo. If I'm part owner of a hundred different companies and I pay them with cash, then quite simply, I don't get to go and in globo I have this much to spend. |
| 15 | O'Mahoney | No, but Dr Wright, imagine this scenario. Imagine we've got eight companies drawing upon a single funding source called of gold bars that are all using the same funding source to - - - |
| | Wright | They don't have the same funding source. They have a capitalisation that we put into them. |
| 20 | O'Mahoney | Just let me finish pause it's - I'd just be interested in your thoughts about this. They're all drawing upon the same funding source. |
| | Wright | No. They're not. They're capitalised individually. Each company is capitalised individually. |
| 25 | O'Mahoney | But is, I think you accepted earlier, when transacting, is using the same funding source for consideration. I thought you said that. |
| | Wright | There is a pool of rights. |
| 30 | O'Mahoney | Yes, okay, but just bear with me on this. I just want to run this by you. If seven or eight-related companies are all drawing upon one pile of gold bars to transact with the world at large or with one another, one issue that would arise is the potential for double-dipping, the potential that multiple companies are - - - |
| | Wright | No. There's not. |
| | O'Mahoney | Just let me finish. |
| | Wright | No, no. No. I know what you're saying. |
| 35 | O'Mahoney | Are transacting on the basis of the same store value. |
| | Wright | But, look, they're issued a number of. They start with that, they get capitalised into them. There's no double-dipping. There's no double-dipping into an accounting system like that. I'm not going to - - - |
| | O'Mahoney | But how could you be - - - |
| 40 | Wright | No. I disagree. There is no double-dipping. |
| | O'Mahoney | How could you be satisfied that there wasn't double-dipping if you couldn't paint a global picture? |
| 45 | Wright | Balls if I have a ledger, I don't get to write it off twice. I don't care whether it's dollars or widgets or grain or bitcoin or books. I do it once and it's in a ledger once. I have an initial allocation. I capitalise it into the second one. If I put |

Page 14 of 45

Interview Conducted with Craig WRIGHT

|   | | |
|---|---|---|
| | | 20,000 in here, then I have 20,000 to use.  If the first thing says - say we start off with 100,000 hand I go, 20, 20, 20, 20 and whatever else, then this one eventually goes down to zero and that one goes 20, 20, 20, 20, 20.  There's no double bloody dipping.  It's quite simple.  You have that goes to there.  It's |
| 5 | | not double-dip because they go from there to there. |
| | O'Mahoney | Okay. |
| | Wright | The same whether it's cash, strawberries, grain, cars, anything. |
| | O'Mahoney | Dr Wright, let me comment it this way:  as at mid-2013 what was the maximum spending capacity of the group? |
| 10 | Wright | What do you mean "the maximum spending capacity"? |
| | O'Mahoney | How much did the group - we've established that it relied upon the same funding source - how much did it have to spend? |
| | Wright | 650 million. |
| | O'Mahoney | 650 million dollars? |
| 15 | Wright | Approximately.  If you look at the value of bitcoin and the amount transferred. |
| | O'Mahoney | And what would be the best document for us to look at to see that? |
| | Wright | When you look at the loan document, the amount transferred, you can look at the - just go to xe.com, have a look at what it's actually valued at and it's on a public website. |
| 20 | O'Mahoney | So just be clear, just be clear, the spending capacity of the group was 650 million dollars as at mid-2013.  That's your recollection? |
| | Wright | Yes. |
| | O'Mahoney | And as transactions were entered into it, presumably, that spending compassion decreased; is that true?  As transactions are entered into - - - |
| 25 | Wright | External transactions, yes. |
| | O'Mahoney | But not internal ones?  I'm just wondering why you made that distinction. |
| | Wright | Well, because if I paid ….. |
| | Sommers | ….. |
| | Wright | You said the group, okay. |
| 30 | Sommers | You did say group. |
| | Wright | If I go from group to group, then the group doesn't change.  There's no bloody double spending here.  Don't try and catch me with that bullshit because, look - - - |
| | Sommers | ….. |
| 35 | O'Mahoney | Dr Wright, there's no one trying to catch you with anything.  I'm trying to ask questions that enable clarification and - - - |
| | Wright | If it goes from group to group and you're saying does the group change?  No. That simple. |
| | Sommers | So an intragroup transaction doesn't deplete the resources of the group taken |
| 40 | | as a whole. |
| | O'Mahoney | No. |
| | Sommers | That's all Dr Wright is saying, I think. |

CONFIDENTIAL

DEFAUS_00560332

Interview Conducted with Craig WRIGHT

|   | | |
|---|---|---|
| | O'Mahoney | Okay. |
| | Sommers | Whereas an extra-group transaction, a group transaction from a group member to an external party will deplete the sources of the group. |
| 5 | O'Mahoney | And, in any event, is the net effect is that at any point in time there's no record that could paint a picture of the financial position of the trust and show how much has already been spent by way of interest transfer? |
| | Wright | Are we talking - - - |
| | Sommers | The trust or the loan? |
| | Wright | - - - the trust or the loan? |
| 10 | O'Mahoney | The loan, the funding mechanism. |
| | Sommers | So Greg is asking at any point in time could you identify how much was left of the loan that was unexpended? |
| | Wright | Of course I could.  I go and I look at the accounting sources and I have I go - I add it up. |
| 15 | O'Mahoney | All right.  Was there a record of that? |
| | Wright | Yes. |
| | O'Mahoney | There was? |
| | Wright | Yes. |
| | Sommers | Is there a single document or is it able to be aggregated out of the Zero records? |
| 20 | | |
| | Wright | I have a set of ledgers, not a single ledger.  Each individual entity in the group has its own ledger. |
| | O'Mahoney | All right.  I mentioned earlier that consideration, I think you understand, is an important part of the dispute. |
| 25 | Wright | Mm. |
| | O'Mahoney | Whether or not there was consideration. |
| | Sommers | Actually, I would say it's entirely irrelevant. |
| | O'Mahoney | All right. |
| 30 | Sommers | And we've made this submission to the Commissioner on the basis that they're accruals-based taxpayers and provision of the consideration has nothing to do with their ability ….. the provision ….. has nothing to do with their ability to claim an input tax credit.  So I would like you to bear that in mind. |
| | O'Mahoney | Certainly, and that's a point on which minds might differ, but can I ask this - - - |
| 35 | Sommers | I beg your pardon? |
| | O'Mahoney | I said that's a point on which mind might differ. |
| | Wright | How? |
| | O'Mahoney | As to whether or not consideration is an issue - - - |
| | Wright | How? |
| 40 | O'Mahoney | - - - in this dispute. |
| | Wright | How? |

CONFIDENTIAL

DEFAUS_00560333

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| O'Mahoney | Well, I want to ask you a question that just is quite specific. You have been asked some questions by the Commissioner about how these transactions were paid for; is that correct? |
| Wright | Yes. |
| O'Mahoney | And in answering those questions you've sought to give honest accounts. |
| Wright | Yes. |
| O'Mahoney | Could I just show you one document that I've been shown which is - I guess it could be summarised as a Q & A type document and it's titled "Items for Clarification". I will just show you the document. If I could draw your attention, I've got it marked here. It's question 1 and the answer to question 1. I should just read it onto the record. The question is, "Coin Exchange claim GST credits on the DeMorgan invoices totalling 38-odd million dollars. The tax invoices stated that they were paid. When and how were they paid? If paid by bitcoin, how did Coin Exchange obtain the bitcoins?" and the answer on this page is, "Coin Exchange received bitcoin as a shareholder capital subscription event. Payment details are in Zero. They are paid in bitcoin. This is reflected in the total equity for the company. The sale follows the format I was instructed in writing by the ATO to use. The IP transfer is for banking software sold from Baraka." Do you want to just have a quick look at that document? |
| Wright | Mm. Is that answer correct? |
| Wright | It's one way of putting it. It's not the full thing. It doesn't go into the exact details of all of that. It doesn't go into how the transactions occurred and it doesn't go into the rights and issues and whatever else which got drilled down into again and again and again. |
| O'Mahoney | But there's no mention in that answer at all, correct me if I'm wrong, of rights of loans of equitable interest; is that right? |
| Wright | How I did a loan - - - |
| Sommers | What daylight is this ..... |
| O'Mahoney | I will get instructions on that. Do we have - do we know the date that was - - - |
| Wright | I can find them for you ..... |
| Sommers | Every date's our - my concern in relation to this is this is a document that was prepared and answered by Dr Wright without the benefit of legal advice. |
| O'Mahoney | Okay. |
| Sommers | It wasn't until the meeting we had in February in 52 Goulburn Street where I represented Dr Wright that we were aware of the difference in the way in which transactions had occurred, the difference between what Dr Wright saw as transactions involving bitcoin and the way in which they were actually done, and it was at that meeting I became - well, prior to that meeting, and we sought to explain it to the Commissioner at that meeting, attempted by ..... and Mr Lieske that, actually, there had been a difference in the way in which transactions had been explained in the past and the way in which we now saw them, and we were quite upfront and honest in relation to that difference, and following that meeting Mr Cheshire and Mr Miller here were tasked with ..... by Mr Lieske for the Commissioner were tasked with the process of - this is our understanding of the transactions having now got the benefit of legal advice in relation to them, let's have an impact in relation to business activity statements. So we have been through this at considerable length ..... |

CONFIDENTIAL

DEFAUS_00560334

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | No.  I appreciate that. |
| | Sommers | - - - transcript in relation to that February meeting. |
| | O'Mahoney | I appreciate that. |
| 5 | Sommers | We were quite clear in relation to there had been a change in the way in which we had seen the transaction.  So this evolution in the thinking is neither new nor is it novel in relation to this particular matter - - - |
| | Wright | ..... |
| 10

15 | Sommers | - - - and the difference, as I explained at that meeting, was if you see bitcoin as money, as currency, transacting in equitable rights in relation to currency is, you know, in many ways the same as dealing in money in the sense that you're moving around a company sharing the common bank account.  It's no different in Dr Wright's mind to a group of companies sharing a common bitcoin wallet, but in reality there was no transfer in relation to the bitcoin from one wallet to another.  In those circumstances where there is no movement of bitcoin from one wallet to another, it's difficult to see there has been a "payment in bitcoin". |
| | O'Mahoney | So - - - |
| | Sommers | So I'm not quite sure of the point of going back to a document that specifically predates - - - |
| 20 | O'Mahoney | I just want to - - - |
| | Sommers | - - - a disclosure to the Commissioner about the way in which the transactions have been treated and the difference in the evolution on that thinking. |
| | O'Mahoney | But the point is, I guess, to ask Dr Wright for some explanation as to the inconsistency, and it's only - - - |
| 25 | Sommers | ..... |
| | Wright | Because I call it money. |
| | Sommers | I think there's ..... |
| | Wright | I keep it calling it money;  I call fiat crap. |
| 30 | Sommers | I think there's an explanation to that inconsistency on the record in relation to that February meeting, and I would refer you to that. |
| | O'Mahoney | Right.  I appreciate that.  The - - - |
| | Wright | I keep saying that - - - |
| | Sommers | Craig - - - |
| | Wright | Sorry. |
| 35 | O'Mahoney | If I could ask this:  beyond what has just been said, Dr Wright, are there any other reasons why there was no mention made at this stage of the interest, the equitable interest that was transferred - - - |
| | Wright | What's it got to do with GST? |
| | O'Mahoney | - - - for the consideration. |
| 40 | Wright | What's it got to do with GST? |
| | O'Mahoney | I just want to understand - - - |
| | Wright | I was being queried on GST. |

CONFIDENTIAL

DEFAUS_00560335

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | - - - there's just no mention here to - - - |
| | Wright | What has it got to do with GST?  In I get a loan from a bank and fund things, what does it have to do with GST? |
| 5 | O'Mahoney | I'm just trying to understand this answer, Dr Wright, and I don't think that's responsive. |
| 10 | Wright | Well, no.  I get a loan.  I have money in the ledger that is my bank account, because it's not actually money, it's a ledger.  I have to pay back that loan and have interest.  I buy something with the money that is now in the ledger that is my bank account using my credit card.  It is consideration.  Do I go to you and go, "Oh, well, actually, I funded this using a loan and paid interest" for a GST query.  Where do I get that - I'm sorry, you keep saying that, basically, this is something separate.  I call bitcoin money.  I don't care whether you do or not.  It is. |
| 15 | O'Mahoney | Out of fairness to you, can I put this to you:  is it the case that the position, that your position in terms of how payments were made for the relevant supplies changed following modification from the Commissioner of the Commissioner's position as to the tax consequences of using bitcoin - - - |
| | Wright | No. |
| | O'Mahoney | - - - as consideration?  All right. |
| 20 | Wright | It was always set up so that bitcoin would never come into Australia until there was a tax position.  I had been approaching people in the ATO not just - for ages before that.  I slowly worked my way up to dealing with Michael Hardy.  I'd been trying to get all this dealt with, with him. |
| | O'Mahoney | Okay. |
| 25 | Sommers | And there's an annotation on the deed of loan to that effect. |
| | O'Mahoney | Tell me this:  when these entities transact with one another using the consideration that you've referred us to, how is it reflected in the books and records of the individual entities?  How is this, the consideration, reflected in the books and records of the separate entities, the financial accounts? |
| 30 | Wright | With rights to a bitcoin wallet and we distribute.  We pay invoice and it all gets matched up. |
| | O'Mahoney | And in practice what has happened to those rights? |
| | Wright | Sorry, what do you mean by "what has happened to those rights"? |
| 35 | O'Mahoney | Well, if I - let's just say I'm running a business and I sell a whole lot of cricket bats for cash and I obtain that cash and with that cash I might reinvest it in the business, I might expend it on any number of things.  The interest that is transferred, how is it being used, if at all?  Well, what's being done with the consideration? |
| | Wright | Into the companies. |
| 40 | O'Mahoney | Yeah. |
| 45 | Wright | Well, first of all, we capitalised so that we had the shareholding done for each of the entities.  It's not just me.  That's why the knock-on thing, they're all different.  We put in the value of the software that we purchased, the main bit being the external stuff, and at the moment - and Andrew is working on how I distribute this one without getting into this sort of problem at the moment that we have, which is I've been buying a whole lot of computer equipment. |

CONFIDENTIAL

DEFAUS_00560336

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | All right, but - - - |
| 5 | Wright | And the current way, Andrew's task is to try and figure out some sort of agency agreement in the trust to each of the things so that there's no GST transmitted internally in the group which I would have loved to have done the first time and not had all this problem.  I mean, the idea was not to have to go negative, positive or anything like that.  It was just to capitalise the damn things. |
| 10 | O'Mahoney | Can I just ask what you mean by that?  The first part of that answer you gave immediately before then was you said "the first thing we did was capitalise them", or you used the word "capitalise".  What do you mean when you use that word? |
| | Wright | What do you mean?  What do you mean "capitalise"?  "Capitalise" is a fairly standard word.  It's put the value of capital in. |
| 15 | O'Mahoney | Well,  in talking about what was done with the consideration, how does that word "capitalise" apply? |
| | Wright | I issue - say I have a 10 million dollar capitalisation, I issue something to the value of 10 million dollars to a particular entity. |
| | O'Mahoney | And is that what you did? |
| | Wright | Yes. |
| 20 | O'Mahoney | And did Coin Exchange, did the entities that transacted with Coin Exchange do that? |
| | Wright | Yes. |
| 25 | Sommers | ….. when - stop, rewind.  When you say the entities that transacted with Coin Exchange, do you mean the shareholders or do you mean the company, the contracting parties? |
| | O'Mahoney | It's just not clear to me what is done with - when you say the consideration is used to capitalise bit, to inject funds into - - - |
| | Wright | Yes. |
| | O'Mahoney | Do you mean that?  Okay.  So how does that - - - |
| 30 | Wright | Shareholders put funds in companies. |
| | O'Mahoney | All right.  So I understand that and I certainly understand the idea of capitalising, using capital to improve the financial position of a company.  How does the transfer of this equitable interest in bitcoin achieve that? |
| | Wright | It has value.  You're losing me.  I mean - - - |
| 35 | O'Mahoney | Well, how - - - |
| | Wright | - - - bitcoin is money.  You can argue all you want.  It is money. |
| | O'Mahoney | Okay, but how is it that having received this equitable interest in bitcoin, how is it that a company is able to strengthen its capital position? |
| 40 | Sommers | Sorry, are you saying that you don't accept that the equitable interest in the bitcoin is an asset? |
| | O'Mahoney | Well, I'm just curious to hear from Dr Wright about how it is that this interest is able to capitalise as you say, the company. |
| | Wright | If I have the right to gold bars and I transmit for shares, then I've capitalised a company. |

CONFIDENTIAL

DEFAUS_00560337

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| 5 | O'Mahoney | Right.  Tell us this, the - I will ask you some questions now about the entity WNK, and we touched upon this a little bit last week.  There's a number of questions that arise in my mind in respect of WNK, and I will just go through them one-by-one.  The first is I understand from the Supreme Court proceeding pleadings that we discussed last week that there's reference in there to a transaction between yourself and WNK that occurred in something like January of 2009. |
| | Wright | Yeah. |
| | O'Mahoney | That occurred in the financial year that - - - |
| 10 | Wright | Well, not January 2009.  That's incorrect. |
| | O'Mahoney | All right, that occurred sometime in 2009.  I don't think the specific date is important. |
| | Wright | I think it is. |
| 15 | O'Mahoney | Well, not in this sense.  We've got some information that WNK wasn't in existence at that time.  How is it possible that prior to its - - - |
| | Wright | The transactions happened after the ATO issues, so that was 2010/11. |
| | O'Mahoney | I have seen in the pleadings some reference to some early transfers involving WNK that date back to 2009. |
| | Wright | And my pleadings probably are incorrect in a few places. |
| 20 | O'Mahoney | But you gave instruction in respect of those pleadings. |
| | Wright | I wrote those pleadings. |
| | O'Mahoney | Right. |
| | Wright | I told you that last week. |
| | O'Mahoney | Okay. |
| 25 | Wright | And, no, I'm not professional qualified as a barrister and I don't do good pleadings all the time. |
| | O'Mahoney | No.  I know, but - - - |
| 30 | Wright | It was meant to be a non-hostile-type thing where the value of a contract that was signed just days before someone died was meant to be finalised.  That was it. |
| | O'Mahoney | All right. |
| | Wright | If David died a week later, it would have been finalised, and - - - |
| | O'Mahoney | Was it part of the problem that his illness was very sudden and his death was quite sudden;  is that - - - |
| 35 | Wright | His death was very sudden, yes. |
| | O'Mahoney | But had he been ill for some time? |
| | Wright | In all the time I've known him, but I didn't expect him to die. |
| | O'Mahoney | No.  I appreciate that. |
| 40 | Wright | I mean, he was in a wheelchair the whole time, and bloody lied and said how well he was doing and everything like that.  "Oh, I'm just going to hospital for X, Y, Z.  Oh, I will be out again soon", and he was still working in the damn hospital, so what am I meant to think. |

CONFIDENTIAL

DEFAUS_00560338

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Yeah. Okay. So when we see in the pleadings references to WNK transfer - a transfer involving WNK in 2009, which is prior to its inception, how are we to - I appreciate you're not legally trained, but how does one reasonably look at the assertion that an entity transacted prior to its existence? |
| 5 | Wright | You look at the emails and everything like that, that I had as supporting documents that deal with the transfers, the ones between myself and Dave, and look at the dates there. |
| 10 | O'Mahoney | All right. Moving on to another point of connection with WNK, there have been representations made to the Commissioner, as I understand it, that there were transfers of interests from WNK to you and then from you to DeMorgan in July 2013. Does that accord with your recollection? |
| | Wright | Yeah. I put everything to myself and then to the trust. The trust wasn't set up correctly and whatever else at first, so none of that happened as smoothly as I would have liked. |
| 15 | O'Mahoney | Okay. And by "everything' I think you mean IP sort of the software? So in the first instance it's transferred from WNK to you, and I think the date for that, that we've been given is 9 July 2013, and some days later there's a transfer from yourself to DeMorgan? |
| | Wright | Sometime in that quarter, yes. |
| 20 | O'Mahoney | Okay. Now, the first point is - - - |
| | Wright | It was meant to actually happen at the beginning of that year, but - - - |
| | O'Mahoney | Okay. |
| | Wright | - - - with Dave dying and all the rest ….. |
| | O'Mahoney | It was delayed. |
| 25 | Wright | Yeah. |
| | O'Mahoney | We might come back to that. The first question I want to ask you about this is the information we have which does appear to be pretty solid is that as at July 2013 WNK had actually been dissolved. It had been subject of - - - |
| 30 | Wright | Administratively dissolved because it hadn't paid a fee. The same as if I don't pay it to ASIC, that is - was paid subsequently and that is all forgotten. Basically Florida law is you don't pay your fee on time you're gone. You pay your fee and even if it's late, and the companies existed as if it never disappeared. It is not like it has been struck off here in Australia as in ASIC have made it a deregistered company. It's not the same thing. And I'm not an expert in Florida company law and I didn't go into what Dave was doing with the company and how well he was managing or anything like that. Wen didn't even know she needed to bloody pay things or file anything. |
| 35 | | |
| | O'Mahoney | Did you have the connection with WNK? |
| | Wright | Yes. |
| 40 | O'Mahoney | What were your points of connection with it? |
| | Wright | I was a shareholder and I was a friend of Dave's. |
| | O'Mahoney | And you were a shareholder at the time at which it became administratively dissolved? |
| | Wright | Yes. And no, I wasn't informed. |
| 45 | O'Mahoney | You weren't informed? |

CONFIDENTIAL

DEFAUS_00560339

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | No. At any point. |
| | O'Mahoney | When do you say you became aware that there was this issue? |
| 5 | Wright | When you guys basically ….. Tax Office said, "Ah-ha, it's been administratively dissolved", and then I called Wen and went, "Do you realise you have to pay the corporate fees?" and she went, "What does that mean?" |
| | O'Mahoney | And - - - |
| | Wright | And then I said, "Well, we're going to put you through a director's course." |
| | O'Mahoney | And do you say that you've been told that or you understand that companies that are administratively dissolved in Florida are able to transact? |
| 10 | Wright | Any transaction that they've done is considered valid as long as the ….. has been reinstated. |
| | O'Mahoney | And what's given you that understanding? |
| | Wright | People from Sunbiz. |
| | O'Mahoney | What's Sunbiz? |
| 15 | Wright | Sunbiz is the equivalent of ASIC in Florida. |
| 20 | O'Mahoney | And tell us this:  that's the first part of that, I guess, transfer, set of transfers, the transfer from WNK to you, and then we know about the transfer from you to DeMorgan some days later in July of 2013.  The curious thing about that latter transfer is - and I'm sure you're aware of this - that that transfer predates the establishment of the trust and the registration. |
| | Wright | No.  It predates the registration of the trust. |
| | O'Mahoney | The registration of the business.  When you say it doesn't predate the establishment of the trust, what do you say is the date of the establishment of the trust? |
| 25 | Wright | Properly established or initially made a mess of? |
| | O'Mahoney | Okay.  Well, let's go through both of those. |
| | Wright | Initially it should have been back in June. |
| | O'Mahoney | June of which year? |
| | Wright | 2013. |
| 30 | O'Mahoney | Okay.  So you say the trust should have been established about a month before this transaction? |
| | Wright | Yes.  It was finally done correctly and fixed in late September. |
| | O'Mahoney | Okay.  And why do you say it should have been established then? |
| | Wright | Because I paid lawyers to establish a mere trust. |
| 35 | O'Mahoney | Who did you pay? |
| | Wright | Lloyds. |
| | O'Mahoney | And with what?  Did you give them specific instructions to have a trust established as at June 2013? |
| | Wright | I wanted it as soon as possible. |
| 40 | O'Mahoney | When did you give those instructions? |
| | Wright | I first talked to them in June 2013. |

CONFIDENTIAL

DEFAUS_00560340

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Say that again? |
| | Wright | June 2013 ask when I first started talking. |
| | O'Mahoney | When you first started talking, when did you give specific instructions about establishing a trust? |
| 5 | Wright | Off the top of my head, I don't know. |
| | O'Mahoney | Would you have documents indicating - I think you've indicated that you - it should have been established in June of 2013 pursuant to instructions you gave. |
| 10 | Wright | I've got documents to Jamie Wilson bitching about the fact that it wasn't set up correctly. |
| | O'Mahoney | Okay, but what about - would you have any documents that show that you gave instructions for a trust to be established by June 2013? |
| | Wright | I didn't say by June - - - |
| | O'Mahoney | Or during. |
| 15 | Wright | I said - I said I want to set up a trust. |
| | O'Mahoney | Okay.  Wanting something is one thing, I think you would appreciate, and having it happen is another.  When - - - |
| | Wright | Yes.  But if I go to a lawyer and say, "I want you to set me up a trust", I'd generally expect that it will happen. |
| 20 | O'Mahoney | All right.  And I'm just asking would you have the records that indicate when you wanted that to happen by? |
| | Wright | As soon as they could. |
| | O'Mahoney | It was the instructions ….. more specific than that? |
| | Wright | No.  I didn't say set me up one on 13 June or anything like that.  I just said - - - |
| 25 | O'Mahoney | Okay.  And when did they set up the trust? |
| | Wright | The first iteration was in July;  the second iteration, and that was the crap document - - - |
| | O'Mahoney | Which document is that? |
| 30 | Wright | It was a trust deed that was wrong, all the names were wrong, everything else walls wrong.  It came back in August. |
| | O'Mahoney | Who was named in that trust deed? |
| | Wright | I can't remember. |
| | O'Mahoney | You say the names were wrong. |
| | Wright | There was no mention of my current wife or anything like this that I wanted. |
| 35 | O'Mahoney | Okay.  So the names of the actual parties to the trust were wrong? |
| | Wright | Yes. |
| | O'Mahoney | And how does that come about? |
| | Wright | Jamie was useless.  I left Jamie in charge to do some things and Jamie, God knows what the fuck he did.  Excuse the language. |
| 40 | O'Mahoney | All right. |

CONFIDENTIAL

DEFAUS_00560341

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I have a bit of animosity with Jamie, as you might guess. |
| | O'Mahoney | And you say this, that the wrong names were plugged into that trust; is that right? |
| | Wright | Yes. |
| 5 | O'Mahoney | And when was the actual trust established? |
| | Wright | In September. |
| | O'Mahoney | So, again, we've got this issue, and I would be grateful for your input on it, how is it that a transfer of significant value was made to a trust prior to its establishment and registration? |
| 10 | Wright | The transfer didn't actually occur until September. |
| | O'Mahoney | Well, I - - - |
| | Wright | They were - I mean - - - |
| | O'Mahoney | I'm pretty sure I've seen - - - |
| | Wright | - - - the actual - - - |
| 15 | O'Mahoney | Sorry, I - - - |
| | Wright | If you look at the things, the actual transfer happened in September.  It was backdated.  It was meant to happen in the beginning, so the actual transfer happened when everything was there, but if you look at the logs and everything like that in Zero, it all says when it actually occurred, which was - I don't remember the exact date, but in September.  I didn't really care because it was still the same quarter.  I mean, yes, Andrew and everyone calls me up and says, "No.  You can't do that", but at the end of the day I don't see why it's such a big issue because July, August, September, it's the same GST reporting quarter.  So the fact that I've got something in Zero that's not actually totally correct - yes, it's a muck up and, yes, I'm trying to do thick better now.  I don't do any accounts any more.  I don't do any of the legal things.  He does the bloody contract management now.  I don't do any of that.  I'm looking at paying bloody two million dollars a year to KPMG to go through these things so that I don't mess it up any more.  That's what I'm doing.  Instead of running my bloody business and actually doing my research, I'm spending my time administratively for half my time trying to make sure the Is are dotted and whatever else when it makes no difference.  I know everyone gets upset.  You say a difference.  It's me - something I did to something I did where it cancels out.  These ones we're talking about are all zero value. |
| 35 | O'Mahoney | So just to be clear on that, Dr Wright, do you say that if a company or a trust was established on 16 July 2014, say, it wouldn't make any difference if it was 16 July or 16 August or 16 September? |
| | Wright | If I back - no.  If the actual thing happened after the thing really existed and we put a backdated invoice, I don't see why it matters.  It's still in the same quarter.  It makes no difference to you guys.  I know you're being pedantic and you're - - - |
| | O'Mahoney | But is that what you say happened here, that there was a backdated invoice? |
| | Wright | Yes.  I can show you that in Zero. |
| | O'Mahoney | And by "backdated" you mean - - - |
| 45 | Wright | I meant I covered the whole period for the year.  It was meant to be a year, so I made it 1 July and put "1 July" on the thing because Jamie had fucked it up |

CONFIDENTIAL

DEFAUS_00560342

Interview Conducted with Craig WRIGHT

|   |   |   |
|---|---|---|
| | | and I went in and changed it and tried to make it correct, and I made a fuck up and I've done that many times and this is why I'm not touching accounts any more, why I have a professional accountant working for me who does all this now, why I have him as my contract management person. |
| 5 | O'Mahoney | Okay.  No.  But, Doctor, just to focus, that it's certainly been asserted to the Commissioner that this three-way transfer started on 9 July, WNK to you, then proceeded on 16 July, you to DeMorgan.  Do you accept that - - - |
| 10 | Wright | The actual thing didn't finalise in the Court until after that.  The court said will occur by 30 September, and the actual final date, if you like on it, didn't happen until after that. |
| | O'Mahoney | So can you explain how it is that the Commissioner has been told that both of these transfers occurred in July? |
| | Wright | I did the thing and put an invoice that said July. |
| 15 | O'Mahoney | That is clear, but how is it that it has been said to the Commissioner that these transactions occurred in July? |
| | Wright | Because I still see that's not a problem.  You guys do. |
| | O'Mahoney | So you think dates are just fungible, that ….. |
| 20 | Wright | No.  I think it's all in the same period.  I think the trust wasn't registered for GST, but it ended up in that same period being registered for GST, so it transacted in that.  So, yes, I consider this isn't an issue because no one has been ripped off anything.  No one is out of any money.  I mean, at the end of the day it's a transaction where it zeros out for these ones. |
| | O'Mahoney | So you would say it's a net sum gain? |
| | Wright | Net zero. |
| 25 | O'Mahoney | Okay. |
| 30 | Wright | And I don't think that was a problem.  I mean, I was already planning it before then, I was planning the trust, I was planning everything else.  I went to the ATO and told them that I was planning all of this, actually months before, and that's how I got the PBR.  So it's not like I've gone and tried after the fact to hide anything.  I went to the Commissioner and said, "Look, this is what I've got", and they went through everything about how I'm doing it before they gave me the damn thing. |
| 35 | O'Mahoney | But what has happened in that process, Dr Wright, in fairness, is that you've gone to the Commissioner and said that two transfers occurred in July of 2013.  The Commissioner has looked at those transfers and seen that the second one predated the existence of one of the parties to the transactions.  You can see the issue that arises. |
| | Wright | Then I will change the date on the invoice to actually when it occurred, which is in September, which is the same quarter which makes no difference. |
| 40 | O'Mahoney | Okay.  I will just give you just one more opportunity to answer.  You say that, but why was it that it was said that both of these transfers occurred in July of 2013? |
| | Wright | Because I'd planned to have them transferred then. |
| | O'Mahoney | So was it aspirational recording of dates? |
| 45 | Wright | If I have a trust - I mean, a trust can be in common law set up because I go and say did, "I set up a trust with you."  From a common law point of view a |

Page 26 of 45

DEFAUS_00560343

Interview Conducted with Craig WRIGHT

|   |   |   |
|---|---|---|
|   |   | trust doesn't need to be registered for GST or anything like that.  The fact that I've been mucking around with a group of lawyers who couldn't get the damn thing right, and it was done in the same quarter, I don't see why that should be a big issue.  Why are we doing a - why are we wasting so much time on a zero sum thing? |
| 5 |   |   |
|   | O'Mahoney | Let's move to another issue, Dr Wright.  Last week we spoke about the software from Siemens. |
|   | Wright | Yes. |
|   | O'Mahoney | And you indicated that it was - there was specific types or classes of software that related to - there was within the Siemens software, there were different - I can't remember the word you used, you might be able to assist he, but "suites" of software, I think, might have been the word that was used. |
| 10 |   |   |
|   | Wright | ….. I can't remember ….. |
|   | O'Mahoney | Different suites of software.  Can you remember - do you know the names of the suites of software? |
| 15 |   |   |
|   | Wright | Do you remember how many pages there were, Andrew? |
|   | O'Mahoney | If the answer is "no", Dr Wright, the answer is no, but I'm asking the question: do you know the names of those suites? |
|   | Sommers | I don't understand.  The names of the suites of all Siemen software or the names - - - |
| 20 |   |   |
|   | O'Mahoney | No.  The ones that we were discussing last week - - - |
|   | Sommers | The ones were required. |
|   | O'Mahoney | - - - that were acquired.  Yeah. |
|   | Wright | The exact Siemens names, no, but I gave a list to the ATO.  You had a forensic auditor come out.  A guy who has got a really good reputation for this sort of stuff, and sat down with me and basically looked at all the - he looked at the licencing that was in my name.  Yes, I guess there's also a possibility that there could be another Craig S Wright out there who has bought a big whack of Siemen software and I could have just happened to have also had his - - - |
| 25 |   |   |
| 30 |   |   |
|   | O'Mahoney | Okay.  The software itself, have you taken steps to ensure that it's licenced? |
|   | Wright | Did we go through this?  I sat down with the ATOs forensic person and logged into the Siemens site and downloaded software based on my licence in front of them. |
| 35 | O'Mahoney | But has it become an issue for you whether or not you did obtain licenced software? |
|   | Wright | It's in my name.  I don't really care.  If there's another Craig S Wright who was licenced for all the stuff I had, exactly, and I got issued his licence, I would find that a remarkable coincidence. |
| 40 | O'Mahoney | Is there no dispute between you and Mr Ferrier in respect of - - - |
|   | Wright | Of course there's a dispute. |
|   | O'Mahoney | Okay.  What's the nature of that dispute? |
|   | Wright | He didn't give me my bloody gold. |
|   | O'Mahoney | Gold? |

CONFIDENTIAL

DEFAUS_00560344

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Was that in respect of these transactions? |
| | Wright | No. |
| | Sommers | No.  It's got nothing to do with the Coin Exchange. |
| 5 | O'Mahoney | All right. |
| | Wright | He owed me 20 million dollars of fricking gold and he fricking scarpered. |
| | O'Mahoney | Okay.  All right.  There's no dispute between you and him, I take it, as to whether or not you acquired software that was licenced. |
| | Wright | It works. |
| 10 | O'Mahoney | It works, but that's a different answer to - - - |
| | Wright | I can log into Siemens and ….. |
| | O'Mahoney | No, no.  Is there a dispute between you and Mr Ferrier as to whether or not you acquired software that was licenced? |
| | Wright | No. |
| 15 20 | O'Mahoney | Last week you said that there were some negotiations.  Last week you said - I asked you whether the negotiations with Mr Ferrier in respect of said software were reduced to writing, you might recall, and I think an answer was given that there was Skyping involved, that there was some negotiation over Skype, and I learnt from you that you can actually write whilst Skyping.  There is a messaging service on Skype, and I have seen some documents that reflect the discussions you've referred to between yourself and Mr Ferrier.  Unfortunately, I've also learnt in the last week that when you print out Skype messaging documents they go over pages and pages and makes it very, very difficult to - - - |
| 25 | Wright | Yes.  They don't ….. |
| | O'Mahoney | - - - read.  Could I just get you to look at the most legible of the documents I was able to print out.  If you could just cast your eye over that. |
| | Wright | What am I looking at, sorry? |
| | O'Mahoney | Just the text, I guess. |
| 30 | Wright | My spelling errors or - - - |
| | O'Mahoney | No.  It's not a spelling test. |
| | Wright | Okay. |
| | O'Mahoney | It's just this one, have a quick look at it. |
| | Wright | I can do better when I - anyway. |
| 35 | O'Mahoney | Does that accord with your memory?  Are they examples of the negotiations and the discussions you were having? |
| | Wright | They look like some of my Skype things that I had - - - |
| | O'Mahoney | With Mr Ferrier. |
| 40 | Wright | I had - I mean, can I say that you altered any of them?  I don't believe that would be the case.  I - they look about right. |
| | O'Mahoney | Okay. |

CONFIDENTIAL

DEFAUS_00560345

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I haven't memorised my Skype communications with Mr Ferrier. |
| 5 | O'Mahoney | No. The only thing that occurs to me just reading through the Skype documents that I've looked at is that when one thinks for the values of the transactions that occurred, is it really the case, Dr Wright, that they were the only written records, that these Skype exchanges are the only written records of the negotiations between you and him? |
| | Sommers | Negotiations or the agreement? |
| | O'Mahoney | The negotiations. |
| 10 | Wright | Why would I need written records other than this for negotiations? You put things in a contract at the end. |
| | O'Mahoney | All right. And - - - |
| | Wright | I don't do that now. Even buying a house I don't do it in writing. |
| | O'Mahoney | There was nothing more formal than these exchanges on Skype that was reduce today writing? |
| 15 | Wright | What's ….. this is evidence. |
| | O'Mahoney | No. I'm just asking. And the actual agreement that was reached as well between you and Mr Ferrier, to what extent was that reduced to writing? |
| | Wright | It was a contract. |
| | O'Mahoney | But were there drafts of the contract? |
| 20 | Wright | Most likely. |
| | O'Mahoney | Do you have - - - |
| | Wright | Did I keep all the drafts? No. I don't now. Why would I keep drafts of contracts? I don't keep Andrew's stuff in draft either. |
| | O'Mahoney | Looking - - - |
| 25 | Wright | I keep the one that actually matters. I mean, what happens if I go to court with a draft contract? Will the judge look at it? |
| | O'Mahoney | All right. |
| | Wright | No. I'm - it's a question for you. Will a judge look at a draft contract? |
| 30
35 | O'Mahoney | Unfortunately, Dr Wright, I get to ask the questions and you get to answer them today, but can I show you this summary. That's a summary that's a little neater to read of the Skype exchanges that we've got before you will. Just looking at that, one thing that strikes me is it's not clear at all, and it might be to you looking at those words. It's not clear to me that it was clear to either of you what was actually the subject of the negotiation, exactly what software was the purchase of which was being negotiated. Am I wrong about that? |
| | Wright | That's why there's voice call, voice call, voice call, voice call, voice call as well. |
| | O'Mahoney | Okay. |
| | Wright | We spoke to each other. |
| 40 | O'Mahoney | Okay. And - - - |
| | Sommers | Perhaps you could explain to me what the point of this is. I mean, can we short-cut this by asking Dr Wright, "Did you get the software you wanted?" - - - |

CONFIDENTIAL

DEFAUS_00560346

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Well - - - |
| | Sommers | Because I'm not quite sure - - - |
| | Wright | Yes.  I did. |
| | Sommers | - - - what the point of - - - |
| 5 | O'Mahoney | I want to explore the extent to which the transaction occurred, and that is ultimately the question I'm coming to, and we're pretty well there.  I mean, I just wanted to do the groundwork in terms of what consisted of the negotiations, to what extent were they reduced to writing?  It sounds like there was certainly an ultimate contract, maybe some drafts, but you haven't kept them, I think, was your answer, and then - - - |
| 10 | | |
| | Wright | How do I deal with you most of the time, Andrew?  In even big things?  Andrew is doing a big contract thingy, whatever, agency agreement for me now, and most of it is, "These are my details, do it." |
| | O'Mahoney | Okay. |
| 15 | Wright | And Andrew might have a whole lot of documents, but - - - |
| | O'Mahoney | All right.  Well, was there any issue - - - |
| | Sommers | ….. |
| | O'Mahoney | Yeah, that's right.  They are privileged literally.  Tell me this:  was there any issue with the software that you obtained from Mr Ferrier? |
| 20 | Wright | It works.  I don't have an issue with it now.  It's still working.  I demonstrated that to the ATO.  I downloaded it in front of them.  I went through a licencing process.  I gave them licences.  I don't - - - |
| | O'Mahoney | And you're satisfied that it is legally licensed software? |
| 25 | Wright | I'm satisfied that it's working, that there's a licence and I can log into the site and download. |
| | O'Mahoney | But two parts of - - - |
| | Wright | If I go to Microsoft - - - |
| 30 | O'Mahoney | Two parts of that answer are about things that have nothing to do with licensing.  It's a simple question.  Are you satisfied that you've got a legal licence to the software that you obtained from - - - |
| | Sommers | The way in which my client would answer the question is he has no reason to doubt the veracity of the licence that he has.  He has logged into the site.  It comes up with his name with the access codes that were given as part of the transaction. |
| 35 | O'Mahoney | And how is that licence recorded?  If I buy a Microsoft product I get a very silvery Microsoft - - - |
| | Wright | No.  That's a home user.  We have volume licensing at work.  I have a website, I log in and it's recorded with my name and the licences on the website and it's the same. |
| 40 | O'Mahoney | And pardon my ignorance, but is there a register, for example, of Siemens software that would show you as the licence - as - - - |
| | Wright | How can you ask my client to answer that question? |
| | O'Mahoney | Well, he might know. |

CONFIDENTIAL

DEFAUS_00560347

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I've never worked for Siemens. |
| | O'Mahoney | No. It didn't come as a suggestion that you did. |
| 5 | Wright | I know I can go to their website, I can log in with a valid use your name and password that is Craig.Wright and my password and I can bring up something that says me and my address and my phone number and I can get a list of software and I can click any of it and I can download it, but I can put my details right in there and install it. That's why I care. |
| | O'Mahoney | But you know that - I mean, you know that from ordinary use of computers that the ability to log-in to something to something, I mean, I log into - - - |
| 10 | Wright | No, no, no, no. |
| | O'Mahoney | - - - subscription services. |
| | Wright | I know from - - - |
| | O'Mahoney | It doesn't mean that I'm a legitimate subscriber. |
| | Wright | No. That's bullshit. |
| 15 | O'Mahoney | In what way? |
| | Wright | I cannot ordinarily go to Microsoft and just log-in and download a copy of Office without paying for it. I'm well versed in security. Don't give me that crap. |
| | O'Mahoney | No, but - - - |
| 20 | Wright | You cannot go to a random site - I can't go to the ATO and just pick a random tax person and get all their details. I get a log-in to a third party site. |
| | O'Mahoney | But what facilitates, Dr Wright, what facilitates the ability to download it? Is it putting a code in, is it putting a password in or what it? |
| | Wright | User name, password. |
| 25 | O'Mahoney | All right. Well, let's just say everyone in this room are subscribers to a subscription service, say, an investor letter, but it is the case that people not in this room could plug in the user name and the password who are not legitimate subscribers. Do you accept that? |
| 30 | Wright | So you're saying that a random person out there with a user name Craig.Wright who logs in and gets my address, my phone number, which your guys have verified, I sat there with multiple ATO people on multiple occasions and logged in to Siemens and came up with - and showed them my address, my site - - - |
| 35 | O'Mahoney | Can I ask this: did you seek advice during this transaction to ensure that you were getting a licence, licenced software? |
| | Wright | I don't do that. I negotiated last year a group thing with Microsoft that was worth about a million dollars and I didn't go to Andrew and get advice on that one. |
| 40 | O'Mahoney | Because I've done some research during the week and there does seem to be an issue globally of people acquiring unlicensed software. |
| | Wright | No, no. You're talking about going to a tour site and downloading something illegal that has been cracked. I'm talking about going to Siemens, the manufacturer - - - |
| | O'Mahoney | And you say that's what you've done? |

CONFIDENTIAL

DEFAUS_00560348

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Okay. |
| | Wright | In front of your - their people. |
| | O'Mahoney | Okay. |
| 5 | Sommers | And provided screen dumps of the log-ins with it. |
| | O'Mahoney | Okay.  Well, we know that it works. |
| | Wright | Andrew was actually.  What did it say? |
| | O'Mahoney | I was just - I was wanting to probe you on - - - |
| | Sommers | Greg's not interested in my answer. |
| 10 | O'Mahoney | We know that it works.  I was just wanting to probe you on whether or not it is properly licensed and I don't think we can take that much further, frankly. |
| | Wright | As far as I'm concerned, it's properly licensed.  I went to the Siemens site.  If someone had some dealing with a third party - I mean, the only way I can see this not being properly licensed is if Siemens in Germany had someone who had a relationship with Mr Ferrier and illegitimately licensed or gave me a licence to their site and a back door. |
| 15 | | |
| | O'Mahoney | I thought you said last week that you had some concerns now about Mr Ferrier's back story; is that right? |
| | Wright | Yes, but I don't know about the software.  I got my software. |
| 20 | O'Mahoney | Okay.  Those concerns haven't made you concerned about whether or not it was actually a legal licence that you obtained? |
| | Wright | I can log in to a third party - - - |
| | O'Mahoney | There's no doubt it works. |
| | Wright | - - - site - - - |
| 25 | O'Mahoney | You've made that clear, Dr Wright. |
| | Wright | - - - and it works. |
| | O'Mahoney | It works.  We've established that. |
| | Wright | That's what I get.  I mean, I am a buyer in good faith.  It works. |
| | O'Mahoney | All right. |
| 30 | Wright | That's all I care.  I have a cryptographic key that works and gives me access.  If some sort of nefarious deal was done between an employee of Siemens, for instance, and Mr Ferrier, that didn't involve Siemens, then that's not my problem, I don't really give a rat's. |
| | O'Mahoney | Do you know anything about such - - - |
| 35 | Wright | No.  I don't.  I'm just giving a hypothetical. |
| | O'Mahoney | All right.  Now, looking at another issue, which is the IP licence agreement between you as licensor and coin Exchange as licensee, I think it's dated 22 August 2013 - - - |
| 40 | Wright | The first one or the second one?  The first one was a messed up one and then there was a resigned one where it was meant to go through the trust. |
| | O'Mahoney | I'm interested in the one dated 22 August 2013. |

CONFIDENTIAL

DEFAUS_00560349

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I can't remember which is which.  They're both the same date as far as I know. |
| | O'Mahoney | Okay.  Well, let's just talk about them in globo.  Tell us about the circumstances that gave rise to that licence agreement. |
| 5 | Wright | Software put into company. |
| | O'Mahoney | Which software? |
| | Wright | The banking software and some of - there's a list.  I can't remember which bits I distributed to which things off the top of my head.  There are hundreds of bits of software - - - |
| 10 | O'Mahoney | Okay.  But some banking software? |
| | Wright | - - - and I have given it - sorry? |
| | O'Mahoney | Some banking software? |
| | Wright | The list has been given.  I am not memorising which business software I've given where.  What I have is a series of documents saying where they are. |
| 15 | O'Mahoney | And did the company pay you - what consideration flowed in respect of this licence agreement? |
| | Wright | That's where rights came into it. |
| | O'Mahoney | All right.  And what was the value of the agreement? |
| | Wright | Over the period it was in the order of 30 something million dollars or whatever. |
| 20 | O'Mahoney | For that consideration paid by way of - correct me if I'm wrong - rights to bitcoin? |
| | Wright | Yes. |
| | O'Mahoney | And by reference to the Seychelles trust that we've spoken about before;  is that right? |
| 25 | Wright | The loan via, yes. |
| | O'Mahoney | Yes.  Can you tell us when you say "the loan via", what does that mean to you? |
| | Wright | Are we going to say this again and again and again? |
| | Sommers | I believe so.  Let's just press on. |
| 30 | Wright | I made a loan to a trust that I helped put stuff into in the first place. |
| | Sommers | You mean the wrong way around. |
| | Wright | I got - I mean, I had a loan given to me or what did the - however we want to say - the trust gave me right to access bitcoin.  I have to repay it.  How do the hell do I say that in loans? |
| 35 | Sommers | I know. |
| | O'Mahoney | And in relation to this IP licence agreement or agreements, were there negotiations between the licensor and the licensee? |
| | Wright | Did I negotiate myself? |
| 40 | O'Mahoney | I thought that was going to be your answer.  I'm asking the question.  Would there be any documents recording any negotiations in respect to that agreement? |

CONFIDENTIAL

DEFAUS_00560350

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| Wright | I did it at value. | |
| O'Mahoney | And how did you obtain an understanding of value? | |
| Wright | Okay.  For the stuff in what do you call it - WNK - then that was done by getting an analysis of the software, as in this is how many lines, this is how it's distributed, etcetera.  That was then costed on standard accounting processes where I said treat it as high risk because it's ATO and the accountant comes back and goings, "That's too high, that's too high, that's too high, that's too high", and I reduced it.  The original calculation was actually higher and I reduced the value until it was, "Yep, that's right, yep, that's right, yep, that's right" from an FCA, and that was valued.  The other was at cost.  It cost me this much, I transferred it for the same with over the years $100,000 or so handling fee maintenance or whatever else for the trust. | |
| O'Mahoney | Would there be any documents evidencing that valuation process? | |
| Wright | Yeah.  You guys have - the ATOs of got it. | |
| O'Mahoney | Did you engage anyone to value it or retain anyone's services to assist in putting a figure on the value of the software? | |
| Wright | Did I engage? | |
| O'Mahoney | Yeah.  Engage in one? | |
| Wright | I got someone to do it. | |
| O'Mahoney | Who was that? | |
| Wright | Well, I started with going over the COCOMO method and I spoke with my former boss - former partner of EDO, Alan Granger, and discussed is this right and then we put together documents to do with the valuations. | |
| O'Mahoney | Where does Mr Granger work? | |
| Wright | He's an accountant.  He does his own stuff. | |
| O'Mahoney | Private practice? | |
| Wright | Yeah. | |
| O'Mahoney | And was he a former boss of yours? | |
| Wright | Yes. | |
| O'Mahoney | And did he have - just describe for us in broad terms the input he had into the valuation process? | |
| Wright | He told me my initial figures were too high, too high, too high.  Basically not that there's not many lines of code, but be less aggressive, treat it this way, that sort of stuff. | |
| O'Mahoney | All right.  And why were you so interested in valuation? | |
| Wright | I wanted to transfer it into my companies.  I wanted to get it right.  It wasn't about tax.  The tax for GST works out neutral.  I just wanted to make sure the thing was right because I've got other shareholders who have smaller - I mean, not as large as mine, but I wanted to make sure I wasn't ripping anyone off.  I've already got enough issues with small shareholders who are complaining that they're not getting enough and all the rest. | |
| O'Mahoney | Okay. | |
| Wright | So it wasn't a tax thing;  it was making sure that the value of what I was putting into the companies was adequate so that I didn't rip-off the taxpayer - | |

CONFIDENTIAL

DEFAUS_00560351

Interview Conducted with Craig WRIGHT

|   |   |   |
|---|---|---|
| | | the shareholders, that I didn't value it too high so that they would come back to me and go, "Oh, you're trying to share and dilute our shareholding." That's what it was all about. |
| 5 | O'Mahoney | You mentioned before the COCOMO method of valuation. Is that an accepted way of - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - valuing software? |
| 10 | Wright | Yes. I've - I pulled down things from the ATO training site. I have a friend whose IT manager in the ATO and I've also been to IT conferences by the ATO where that is listed. I've also got a number of internal documents from the ATO that I don't care what you do, I won't tell where I got them from, that say that it's valid. |
| 15 | O'Mahoney | All right. Well, I will ignore that cryptic final part of that answer, but focusing on the earlier parts of it, you mentioned a friend. Is it the case that a friend assisted you in the application of this COCOMO method? |
| | Wright | A number of people have assisted me. |
| | O'Mahoney | But in respect of this transaction, this licence agreement, did you have the input of a few other people? |
| | Wright | I had other people help me work on it, yes. |
| 20 | O'Mahoney | And who are they? |
| | Wright | Well, I don't actually call them a friend any more, Steve McLachlan. He got upset because he was going to be a shareholder and wasn't getting enough. |
| | O'Mahoney | Okay. And who else? |
| 25 | Wright | And then Jamie Wilson was also involved in some of it and I had a falling out with him because he also wanted to run off and sell all my bloody rights to bitcoins and everything like that. |
| | O'Mahoney | Anyone else? |
| 30 | Wright | Then there's other people involved in the companies now and it has been reworked and whatever else and checked, so Allan Peterson. I don't know, probably 10 other people. |
| | O'Mahoney | Okay. In respect of this specific transaction, this licence agreement, would there be any documents recording either you or the people that you've referred to applying this COCOMO method to come up with a valuation? |
| | Wright | I've got the COCOMO method. It's fairly simple, actually. |
| 35 | O'Mahoney | No, no, no. I'm not so much worried about what the method is. Time, I'm sure, won't permit you to describe it, but I'm more interested in would there be - - - |
| | Wright | It's a website. |
| | O'Mahoney | Okay. |
| 40 | Wright | You fill in the number of lines of code, which is not something that you get to lie about. It's how many lines are there. This many. You put in the figures and it spits out their analysis. |
| | O'Mahoney | This is really simply quantitative, it just comes down to. |
| | Wright | Yeah. |

CONFIDENTIAL

DEFAUS_00560352

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Does that strike you as a funny way to value? |
| | Wright | Software?  No.  It's the - - - |
| | O'Mahoney | Does it have regard at all to the content of the coding? |
| | Wright | The type of coding, yes. |
| 5 | O'Mahoney | How does it do that? |
| | Wright | You have to put down what it is.  Like, if it's ….. coding, whatever else, but that's still a factual matter, is it this or is it, so - - - |
| 10 | O'Mahoney | Okay.  Well, I will come back to the question.  Will there be any documents recording anyone applying this valuation method, yourself included, to this licence agreement? |
| | Wright | Yes. |
| | O'Mahoney | And what documents, what are those documents? |
| | Wright | There are spreadsheets and there are - there's all the stuff how it got - - - |
| | O'Mahoney | Showing calculations? |
| 15 | Wright | Yeah. |
| | O'Mahoney | Showing - - - |
| | Wright | Showing how many lines of code, what kind of code it is.  All that's documented. |
| 20 | O'Mahoney | All right.  And looking at the actual agreement itself, it provides for the licensor having a right to certain intellectual property as software and it makes reference to clear title or title in the relevant software passing upon judgment in the Supreme Court proceedings.  Does that accord with your recollection? |
| | Wright | Yes. |
| | O'Mahoney | And one - - - |
| 25 | Wright | The exact terms I don't remember. |
| | O'Mahoney | Okay, but one curious feature of this is the Supreme Court proceedings didn't have judgment occur, if you like, or handed down until 6 November 2013. |
| | Wright | But the judgment was also that it would be applied as of 30 September. |
| 30 | O'Mahoney | All right, but can I ask you this question:  how is it that an agreement dated 22 August 2013 can in making provision for certain rights, how can it make reference to a judgment that has not occurred at that time? |
| | Wright | We thought it would happen earlier and the judgment said to be applied as of 30 September, so - - - |
| | O'Mahoney | But the judgment doesn't exist as at the date of this licence agreement. |
| 35 | Wright | Well, you tell the Supreme Court that they can't say 30 September. |
| | O'Mahoney | No.  I understand that - - - |
| | Wright | The Supreme Court gave me a judgment that said I had to apply it by 30 September. |
| | O'Mahoney | But the relevant judgment was dated 6 November 2013. |
| 40 | Wright | That judgment on that date said I had to apply it as of 30 September. |

CONFIDENTIAL

DEFAUS_00560353

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Okay. So I appreciate that that judgment may have made orders that affected the situation prior to the date of the judgment. My question is how did it come to be that the actual agreement makes provision for - - - |
| | Wright | I already had the software. |
| 5 | O'Mahoney | - - - the transfer of rights by reference to a judgment that hasn't even - - - |
| | Wright | I already had the software, I already had a contract. |
| | O'Mahoney | - - - appeared? |
| 10 | Wright | I already had the physical - like, the copy of the software on the disk. I already had all of that. As far as I was concerned, it was mine, the judgment was there to finalise and make sure that there was nothing wrong, and yes, it ended up being bloody messy and yes, I got a judgment on 6 November that says backdated to the 30th and, no, I'm not going to argue with the New South Wales Supreme Court and say, "No. Actually, it should be the next quarter and I will update my document." |
| 15 | O'Mahoney | Did the agreement definitely exist before the judgment was handed down? |
| | Wright | Yes. It was given to the court. |
| | O'Mahoney | And there's no other explanation for how it is that reference was made to a judgment that wasn't in existence as at the date of the agreement? You've given - that's the total of the explanation? |
| 20

25

30 | Wright | I was doing an agreement with myself and other parties in the organisation that I was setting up. We said we were going to do this. It was - I thought it would happen much quicker. I thought because everyone was interested when and all the rest from the other side and mine in getting this thing stamped and done, that it would happen quickly. I was wrong. The Supreme Court doesn't move as quick as I want, the Supreme Court doesn't issue things the way I want. I'm sorry, but I realised that one. Did I issue documents that then said the other? Yes. Did I have the software? Yes. Did I value them in a conservative manner? Yes. Could they be costed as more? Yes. Does it really matter from GST point of view? No, because if it was a hundred million dollars, it would be 10 million dollars each way and it would still work out at zero. |
| | Sommers | Sorry, Greg, could I just clarify? The reference in the IPD you've assigned to the statement of claim lodged in the Supreme Court, you're asking how is it that it refers to that - - - |
| 35 | O'Mahoney | A provision is made - - - |
| | Sommers | - - - and it predates judgment. |
| 40 | O'Mahoney | It does. Provision is made for the passing of title upon judgment in the Supreme Court proceedings and it's just in circumstances where the judgment is unknown, the date of that is unknown. I just want to understand if there was an issue - - - |
| | Sommers | But you are satisfied that the document was - the document is dated the date that is after the proceedings were commenced. The proceedings had been commenced ….. |
| | O'Mahoney | There's no doubt about that. |
| 45 | Sommers | ….. |
| | O'Mahoney | Absolutely. Yeah. |

CONFIDENTIAL

DEFAUS_00560354

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Sommers | So you're note ….. |
| | O'Mahoney | Certainly.  I appreciate - - - |
| | Wright | And I'd given the document to the ATO - - - |
| | O'Mahoney | - - - the proceedings were on foot. |
| 5 | Wright | - - - in September. |
| | O'Mahoney | No.  I appreciate the proceedings were on foot.  Just a few final questions, but - - - |
| | Wright | I'd given the document to the ATO in September. |
| 10 | O'Mahoney | Okay.  A few final questions to round down.  Did you ever register a domain name with AlBaraka in it? |
| | Wright | I didn't, no. |
| | O'Mahoney | Did someone you know? |
| | Wright | Not that I know.  Why? |
| 15 | O'Mahoney | Do you have the actual wording?  Okay.  We have some information that a domain name was registered, that is a variant of or precisely AlBaraka.Asia.  Does that ring any bells? |
| | Wright | No. |
| | O'Mahoney | All right, then.  If that potentially had nothing to do with you - tell me this, Mr - - - |
| 20 | Wright | What's the …..  I have known that one in AlBaraka.TR as well, but why - what - - - |
| | O'Mahoney | AlBaraka.TR? |
| | Wright | Yes. |
| | O'Mahoney | Have you had any involvement in that domain name? |
| 25 | Wright | I've been emailing to them. |
| | O'Mahoney | All right.  Around who is AlBaraka.TR? |
| | Wright | AlBaraka in Turkey as far as I know.  The website comes up as Turkey. |
| | O'Mahoney | And what do you know about AlBaraka in Turkey? |
| | Wright | They're a mid-sized Islamic bank based in Turkey.  I mean - - - |
| 30 | O'Mahoney | Have you had any involvement in corresponding with AlBaraka outside of that? |
| | Wright | I know other people that have.  I've …..  others at work have been dealing with them. |
| | O'Mahoney | Okay.  And who else at work has been dealing with this AlBaraka Turkey? |
| 35 | Wright | A number of former employees.  Alan Peterson has been. |
| | O'Mahoney | And to what end? |
| | Wright | Making sure we got the software first of all, making sure that we were able to install it. |
| 40 | O'Mahoney | So is this the case, that AlBaraka has provided some sort of ongoing assistance with using or installing the software? |

CONFIDENTIAL

DEFAUS_00560355

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And officers of the bank have done that? |
| | Wright | I'm assuming their officers of the bank. |
| | O'Mahoney | Why do you say that? |
| 5 | Wright | Because everyone keeps coming up with the - who are these - I mean, it worked.  I got my software.  No, I didn't check any further. |
| | O'Mahoney | Do you have any reason to doubt that you've been - that these people at your end have been dealing with officers from AlBaraka? |
| | Wright | Not until you guys got involved. |
| 10 | O'Mahoney | Well, can I say this, Dr Wright, that we've got some information that an entity with AlBaraka in it has a connection to a site, an office in Istanbul, an office - a commercial address in Istanbul and further inquiries have revealed that looking into that commercial address in Istanbul it is a Servcorp office.  Now, you might not know what that means, but Servcorp is a company that - - - |
| 15 | Wright | I know Servcorp.  I've used them over here at one stage, but not ….. |
| | O'Mahoney | To be clear on that for the transcript, Servcorp is a company that specialises in virtual offices. |
| | Wright | Mm. |
| | O'Mahoney | That post-modern concept, and tell us this:  do you know anything about that? |
| 20 | Wright | No.  I don't. |
| | O'Mahoney | Because the reason I ask is we've also got credit card information of yours, credit card records, showing debt that you have paid, you have made payments to Servcorp Istanbul.  What do you know about that? |
| | Wright | I don't know anything about that.  I know I've gone through a few credit cards. |
| 25 | O'Mahoney | You don't know anything at all about any payments that you've made to Servcorp Istanbul? |
| | Wright | I don't know half my accounts. |
| | O'Mahoney | All right, but would you have had any reason at any point in time to have made payments to Servcorp Istanbul? |
| 30 | Wright | No. |
| | O'Mahoney | No? |
| | Wright | Never.  What card was that made on? |
| | O'Mahoney | I don't know any more specific details at this stage, but I just wanted to ask you - - - |
| 35 | Wright | Can you get me details ….. |
| | O'Mahoney | I'm sure we can.  No, no, we certainly can. |
| | Wright | I know if it was Penoptocript that card was canned on me because it was reported as stolen by the bank. |
| | O'Mahoney | All right.  Time will time. |
| 40 | Wright | I don't know what that meant. |
| | O'Mahoney | What is Penoptocript? |

CONFIDENTIAL

DEFAUS_00560356

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | A company ….. |
| | O'Mahoney | Say that again? |
| | Wright | A company of mine. |
| | O'Mahoney | And what does it do? |
| 5 | Wright | Another research thing.  I do research, I do everything else. |
| | O'Mahoney | And how did it come to be the guarantor of the Seychelles trust? |
| | Wright | It was involved back when it was first set up with certain rights in there.  I don't know anything other than it's meant to be there for Dave and all the rest. |
| | O'Mahoney | And have you spoken personally to anyone from AlBaraka? |
| 10 | Wright | I spoke to people who I believe worked for AlBaraka. |
| | O'Mahoney | And what made you believe that? |
| | Wright | I got my software. |
| | O'Mahoney | Just that?  Do you know the names of those people? |
| 15 | Wright | No.  Off the top of my head I can't, but I - I've got some details, but I don't even want to try and pronounce them. |
| | O'Mahoney | All right.  Would you have any sort of written records of communication with anyone from - - - |
| | Wright | Yes.  I do. |
| | O'Mahoney | - - - AlBaraka? |
| 20 | Wright | Yes. |
| | O'Mahoney | And what would those records be directed towards? |
| | Wright | Emails and things.  What do you mean? |
| | O'Mahoney | Yeah, emails dealing with what? |
| 25 | Wright | Dealing with getting the software and downloading it and things and payment and stuff like that. |
| | O'Mahoney | And was a licence transferred with the AlBaraka software? |
| | Wright | Not per se, no, because it's source code. |
| | O'Mahoney | So it's not licensed software? |
| | Wright | That's not correct in what you're saying.  It is source code. |
| 30 | O'Mahoney | And is it the case that inherently source code cannot attract a licence or be licensed.  Is that - - - |
| | Wright | Well, we got the contract for it and, I mean, it's not like I put in a licensed string.  I don't know how I explain this to you, but - - - |
| | O'Mahoney | Well, let me - - - |
| 35 | Wright | - - - it's the source code. |
| | O'Mahoney | - - - ask the question this way:  can you obtain licensed source code? |
| | Wright | I have a licence to use that source code.  If you're talking about a licence string, that's not the same thing. |
| 40 | O'Mahoney | Okay, but in the abstract, can you obtain licensed source code just generally?  Is it possible? |

CONFIDENTIAL

DEFAUS_00560357

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Okay.  And in respect of this AlBaraka transaction, the source code that was acquired, was it licensed? |
| | Wright | I believe so, yes. |
| 5 | O'Mahoney | What causes you to believe that? |
| | Wright | I've got a contract saying I get the stuff which is a licence. |
| | O'Mahoney | And is provision made in the contract, does it represent that it is licensed? |
| | Wright | Licence, licence string.  You use the same word;  they're not the same thing. |
| | O'Mahoney | What does "licence string" mean? |
| 10 | Wright | Like, when you put in a compiled version of a software, an activation code. |
| | O'Mahoney | And is that a mechanism, what, for activating a licence? |
| | Wright | Activating a right to use.  A "licence" is a legal term, as you well know. |
| | O'Mahoney | Okay.  No, no - - - |
| | Wright | I have a right to use source code. |
| 15 | O'Mahoney | All right.  Well, we're almost finished.  You make this distinction.  Do you say that the contract reflects you acquiring a licensed string? |
| | Wright | No. |
| | O'Mahoney | No?  Does it reflect you - - - |
| | Wright | It's not a license string;  it's a right to use source code. |
| 20 | O'Mahoney | All right, but do you say you've got a licence to the software now? |
| | Wright | Not a licence;  I'm licensed.  I have a right to use the source code. |
| | O'Mahoney | All right.  And is there any issue about whether or not there is a licence?  Are you involved in any dispute, for example, about whether or not - - - |
| | Wright | No. |
| 25 | O'Mahoney | - - - you've obtained licensed software? |
| | Wright | No.  No one has come back to me and said, "No.  This isn't licenced."  I have the software, the ATO have come out and had a look at it, I've demonstrated it, I've got it working and showed them, I compiled it and had it rung and it has been seen by people.  I've pulled apart source code. |
| 30 | O'Mahoney | And is AlBaraka - as you understand it, is AlBaraka something of a banking pioneering when it comes to crypto currency? |
| | Wright | They're an Islamic bank.  The reason I wanted someone from an Islamic bank is they don't do interest. |
| | O'Mahoney | All right. |
| 35 | Wright | Bitcoin is deflationary.  It means it has to be treated differently. |
| | O'Mahoney | In that context have you ever approached the Abu Dhabi Commercial Bank, EFG, Homez, any other Arabic-type banks to obtain software from them? |
| | Wright | They don't actually have their own software. |
| | O'Mahoney | Is that right? |
| 40 | Wright | As far as I know. |

Page 41 of 45

CONFIDENTIAL

DEFAUS_00560358

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Okay. |
| | Wright | Most of those use ..... or others indirectly, so - - - |
| | O'Mahoney | Okay, but we know - do you say that ultimately what was acquired - - - |
| 5 | Wright | I've tried to speak to other people about some of these things and getting copies. |
| | O'Mahoney | Who else have you approached to acquire software from an Arabic bank or Islamic bank? |
| | Wright | I've spoken to people I know through LinkedIn and Facebook who work in these areas. |
| 10 | O'Mahoney | Okay.  And who are they?  Who are those people? |
| | Wright | Jamal something.  I would have to look through my list. |
| | O'Mahoney | Would your records have those names? |
| 15 | Wright | Probably not.  I mean, I'd have names in Facebook and things like that, but I don't remember exactly what my conversations were about them or anything like that.  I didn't keep them because I didn't get it. |
| | O'Mahoney | But having decided that you were interested in acquiring software from an Islamic bank, what steps did you take to look at different Islamic banks that might be a source of software? |
| 20 | Wright | I got told I could get something that suited everything I wanted, I looked into what their software was.  It worked. |
| | O'Mahoney | Okay, but you did mention before there's some contacts on LinkedIn and so forth that - - - |
| | Wright | Yes.  I looked at - - - |
| | O'Mahoney | - - - presented some other opportunities. |
| 25 | Wright | Yeah. |
| | O'Mahoney | What - - - |
| | Wright | I'd even looked at non-Islamic banks. |
| | O'Mahoney | All right, but what were some other Islamic bank opportunities that you looked at? |
| 30 | Wright | I have to tell you after I looked at my notes. |
| | O'Mahoney | And would your notes also reveal the people that presented them to you or that - - - |
| | Wright | No. |
| | O'Mahoney | Can you recall anyone - - - |
| 35 | Wright | I didn't care about - - - |
| | O'Mahoney | - - - that you discussed your interest? |
| | Wright | Not off the top of my head, no.  I didn't really care about the people.  I still don't.  What I care about is getting this - the code. |
| | O'Mahoney | Okay. |
| 40 | Wright | I care about my code.  I care about the other stuff.  I want source code. |

Page 42 of 45

CONFIDENTIAL

DEFAUS_00560359

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | But I think, as I understand it, this code is particularly interesting to you because it comes from an Islamic bank and we spoke last week about that. |
| | Wright | Yes. |
| | O'Mahoney | The interest dynamics at play in - - - |
| 5 | Wright | Yes. |
| | O'Mahoney | - - - the Islamic world that I'm aware of.  Are there any records that reflect you seeking out such software from any other such bank? |
| 10 | Wright | I negotiated with - well, not such software.  I've negotiated with people like Temanos in the last year trying to get something that bloody works.  There was Rubic and others.  I mean - - - |
| | O'Mahoney | So the answer is "no", is it, that at the time of the AlBaraka acquisition you couldn't show any other documents reflecting that this - - - |
| | Wright | I've spoken to other people. |
| 15 | O'Mahoney | But I'm just trying to dig into that a little bit.  You can't name the people, I think I'm right in saying, you can't name anyone? |
| | Wright | I don't know.  I would need to go through and look at my LinkedIn and Facebook profiles and see who I was talking to at the time, etcetera.  I don't remember - - - |
| | O'Mahoney | You mentioned a Jamal.  Do you know Jamal's last name? |
| 20 | Wright | I would have to look at Facebook and tell you. |
| | O'Mahoney | Okay.  And you might be able to do that? |
| | Wright | Yes. |
| | O'Mahoney | And would there be any written documents reflecting this search - - - |
| | Wright | No. |
| 25 | O'Mahoney | - - - or the efforts to - - - |
| | Wright | There's only my notes on the different softwares.  I mean, I've got searches on different core banking platforms and things like that, but I don't really care about the people I get it from.  I'm sorry if that sound callous or whatever else.  I don't.  I give a shit about my code.  I don't care about the people. |
| 30 | O'Mahoney | All right.  Just one moment.  I will just very quickly - does anyone have any other questions they would like me to ask Dr Wright?  No?  You look like you might have - - - |
| | ………. | Perhaps just an understanding ….. Dr Wright, that he spoke with other providers such as Rubic and something starting with T - - - |
| 35 | Wright | Temanos. |
| | ………. | Temanos.  Thank you. |
| | O'Mahoney | Yes.  Could - just say a little bit about that. |
| 40 | ………. | Well, just to understand why there's a need to engage those parties if you already had the AlBaraka software ….. whether there was a deficiency in that software and so on. |
| | O'Mahoney | Okay.  Just in case that hasn't been picked up by the microphone, the questions along these lines, Dr Wright, that you've mentioned approaching Rubic and Temanos - - - |

Page 43 of 45

CONFIDENTIAL

DEFAUS_00560360

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Mm. |
| | O'Mahoney | - - - in the context of talking about the AlBaraka software. |
| | Wright | Mm. |
| 5 | O'Mahoney | What gave rise to those approaches?  Was it, for example, that there was a deficiency in the software? |
| | Wright | There's a deficiency in every software in that it doesn't handle bitcoin properly. |
| | O'Mahoney | Okay.  Let's focus on this one - - - |
| | Wright | What I - - - |
| | O'Mahoney | - - - this particular software. |
| 10 | Wright | I am talking about this particular software. |
| | O'Mahoney | Okay. |
| | Wright | All of it doesn't do everything I want.  What I need to do is understand the whole banking process, and strangely enough, no bank will let me sit down and reverse engineer their code with them. |
| 15 | Sommers | What was the particular advantage you saw from Rubic and why was the Rubic software unsuitable? |
| | Wright | They were supposed to teach me how it worked. |
| | Sommers | And - - - |
| | O'Mahoney | And who was your point of contact there? |
| 20 | Wright | Roger Manu. |
| | O'Mahoney | M-a-n-u? |
| | Wright | I would have to check that.  I don't remember how I spelt his name. |
| | O'Mahoney | All right.  Around what - - - |
| | Wright | We had a contract with them, they fucked up and didn't deliver. |
| 25 | O'Mahoney | Okay.  And what about the Temanos?  Who was your contact there? |
| | Wright | I don't remember his name.  I can get it to you. |
| | O'Mahoney | And would there be documents - - - |
| | Wright | I'm not a people person. |
| 30 | O'Mahoney | Okay.  Would there be documents evidencing your interaction with those two entities in respect to the AlBaraka - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - software? |
| | Wright | No. |
| | O'Mahoney | "Yes" or "no"? |
| 35 | Wright | Yes, interactions with them; no to AlBaraka software.  They didn't know - I mean, I didn't tell any of them about the other things.  I didn't want to because it was competition with what they were doing.  Temanos didn't want me - Rubic didn't want me to build my own; they wanted to control things and sandbox it.  What I wanted to do was build my own, my own core banking platform built on bitcoin.  That's what I'm doing. |
| 40 | | |

Page 44 of 45

CONFIDENTIAL

DEFAUS_00560361

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | And is that - will that be, to your mind, the first such bitcoin bank, if you like? |
| | Wright | Yes. |
| | O'Mahoney | I just in doing some searches during the week have revealed that there do seem to be some bitcoin ATMs already in existence.  Are they - - - |
| 5 | Wright | ATMs, not banks. |
| | O'Mahoney | So there's a difference? |
| 10 | Wright | It's not a - yes, a very big difference.  It's a depository, a full online banking platform.  Being able to go and get a print-out of a QR code at a machine is not the same as having loans and having banking platforms that allow you to transfer money, that allow you to invest.  That all the stuff - if you look at what NetBank does on Commonwealth Bank, all of that, that's what I want to build into bitcoin. |
| | O'Mahoney | All right. |
| 15 | Sommers | There are detailed contracts with Rubic and there was a dispute in relation to Rubic where we were unable to act because of a conflict and so there are separate proceedings and so - - - |
| | O'Mahoney | All right, yeah. |
| | Sommers | - - - Dr Wright through his other lawyers can provide you with that detail if you need it. |
| 20 | O'Mahoney | All right, then. |
| | Wright | And, yes, our contract there was fucked up too.  We didn't involve everyone in the beginning.  It was a contract, it was drafted, we got screwed on it. |
| | O'Mahoney | All right.  Well - - - |
| | Wright | Like many other ones I've done. |
| 25 | O'Mahoney | - - - thank you, Dr Wright.  That concludes the questioning and for the record it's now 6.29 and that will be the end of the interview.  Thank you. |

CONFIDENTIAL

DEFAUS_00560362

**From:** Craig S Wright
**Sent:** Wednesday, April 23, 2014 10:41 AM
**To:** Ramona Watts
**Subject:** Fwd: Transcript of Interview - 28 March 2014 [DLM=Sensitive]
**Attachments:** WRIGHT 20140328.pdf

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Sent from my HTC

----- Forwarded message -----
From: "John Chesher" <john.chesher@hotwirepe.com>
To: "Craig S Wright" <craig.wright@hotwirepe.com>, "Ramona Watts" <ramona.watts@hotwirepe.com>
Subject: Transcript of Interview - 28 March 2014 [DLM=Sensitive]
Date: Wed, Apr 23, 2014 16:21

-----Original Message-----
From: Miller, Andrew [mailto: Andrew.Miller@ato.gov.au]
Sent: Tuesday, 22 April 2014 11:54 AM
To: John Chesher; Sommer, Andrew
Cc: McMaster, Des
Subject: Transcript of Interview - 28 March 2014 [DLM=Sensitive]

John and Andrew,

I received the transcript of our interview on 28 March 2014, from Auscript this morning. As agreed, we are providing you with a copy of the transcript for your records.

Please advise if you have any further queries in relation to this.

Thanks and regards,

_____
Andrew Miller
Auditor | Indirect Tax
Australian Taxation Office
Phone: (02) 9354 6379 | Mobile: 0401 684 338
Facsimile: (02) 6225 0929
ATO | Working for all Australians

DEF_00053141

Tuesday, March 10, 2020 at 23:09:29 Eastern Daylight Time

**Subject:** D
**Date:** Friday, February 28, 2014 at 12:15:26 AM Eastern Standard Time
**From:** Craig S Wright
**To:** 'Craig Wright'

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
We have now a company in the UK.

There is a shelf company - Design by Human (08248988) that I like the name of. I know you want to start
DACs, but remember, Skynet is not here yet and you have not replaced us all with code. That exo frame would
be good, but that still has a human inside and not the code you want us to be.

You want to see a rational world, but remember you are still human. Change later if you like, but leave the
shelf dormant for now and leave it all off and vacant. I know you are a little (lot) paranoid about this, but the
trust is separate and a shelf manager of a dormant trust with no knowledge of what we are doing will just
make it harder to get to what you are trying to achieve. He can be a director of a firm without us telling him
just how big the trust could become.

Slowly. I know what you want and I know how impatient you can be, but really, we need to do this right. If
you fail you can start again. That is the real beauty of what you have.

You cannot keep attacking people Craig. Yes, the tax office there is likely like here and a little slow to grasp
things, but you cannot just expect them to change to accept your way. YES, you could be right. Yes, I know
you are following the law, but they also have to understand what you are doing. So try and be a little more
personable. Stop attacking them for doing their job. I know this is tough, but find somebody to help you. Get
back to the technical aspects of this and do what you love. Let others fight for you if you need to fight.

I love you live a brother Craig, but you are a really difficult person to be close to. You need people. Stop
pushing them away. You have over one million bitcoin now in the trust. Start doing something for yourself
and this family you have.

Are you ever going to marry that lady of yours? Next, when are you coming to visit? I have been sending
some conferences. It has been a while. Remember human contact.

Dave

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.15 (MingW32)

iQGcBAEBAgAGBQJTEBtSAAoJEAQV5sviP8wtENcL/0tQPePL+ndSxvHJz0KsKUzN
IF5oJBklMqwv0ffN9yWJr26K11ZUKD8LY0cGT32JBETKnDHd7SEK85GnpJ3DJ/xo
Rk88s/elYn/HD+CUoFrUZk/1MnBkiYOFIOegJKy3JDy9qD0dbj/JibANTN2goD0P
q2Rx8Uao7qC9heD7RnI/flEkVEONXYEt34EokqHaozUWLE+Ll8rLedDfX7AWr8mq
ZNg0+bQQ93waBHOorone9jjd+49DCxBRihMbKQCJ5zcc1QUxE0isB9xbJw9sE8FC
dFP+E3sp6Rfqa/2VSq+ZUzOCPrErBLgPMlumTQGnNFMLkmogDW8p8c4BtEIN080J
dZRkMkbyWu9IMTZ1i9A1/dldTG1hJlBuOraikY9ucDqKkTdPFATKRAxRK3A2tMsA

JIKbElaiV7C1sqv6BlzGBvuKX8twjGRXj967SvQ1py4OzBKsDcT+W2AJwNOZldGW
uTkN06ybBAJ3jIddJcVAk26a/XEvPbMH5JPgOp0wxQ==
=lQDP
-----END PGP SIGNATURE-----


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
How does the following sound?
I very much wanted to find some way to include a short message, but the problem is, the whole world would
be able to see the message. As much as you may keep reminding people that the message is completely non-
private, it would be an accident waiting to happen.

Look up Wotty - it is not a mistake.

Are  you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but
Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others
involved and actually accept help from somebody other than me one day. I am not going to be here for you
forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can
be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know
when to stop. Leave the government for now. Stop or they will really do some damage to you.

You have started seeing this new lady, fixate of her and get over your divorce. It happens. It did for me, you
are not the only one. You need to code and just do what you love for a while.

The trust is setup in the Seychelles. I will arrange a shelf company to manage it in the UK as we discussed
later. There is no rush there. I will leave you and myself off for now and leave it as non-trading. Just listen to
some advice for once Craig and trust me to be your friend.

Dave

PS, thanks for making me a part of this.
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.11 (MingW32)

iQGcBAEBAgAGBQJTEBbtAAoJEAQV5sviP8wt9VcL/Ah8SQ3/C3fLnoW1+llQz9Qm
yjSnTt2fCrJfnqnkGicdCIiKO4lxpjtRJz8Z1Z2hmSYHpF1W3pRVHucpRNr3lcFt
BsxDpdFZWtmnqeG0HKnnfG4yhKtTNTG6vvO6Ub2wrstB8NB0jhEMY4SQ7PXi1DTx
Q+e8JO6MQ0dpY744gncI5jZ3wYYTQIUjFsE5fMYlG8CqVYKQudMFpas5rRqDKqtX
jXsNn3BzjVsOhzIIUmOX/WeIr0ISWVMN0IU0p9juGgtbtLwD2vaDiO5nuH+y1K2g
VwIrJ5j5TAO7a84r/jWmxfAT5s0ywdHDaxrevFIqBFnriYP/Q7qWOs7l53Wyq6Gd
5qhL1WOP0EHU2JzuB9HQA/uy5dW/qNxYPLA0mfSH8DGRuUzez9UH7kR9HV4hXayg
5A5zHXeCcxGFKjLMoDSEZy0In6ecDCQ/wqEQ8S9UIGa5MJOKV4NG0L5mC3lANv0I
hy3TZME8sqF1NVt+RLNoSZxV4qvvZ6Cyy2ul1qD/QQ==
=rAiX
-----END PGP SIGNATURE-----

**From:** Craig S Wright [craig@
**Sent:** 2/28/2014 4:15:26 PM
**To:** 'Craig Wright' [craig@
**Subject:** D

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
We have now a company in the UK.

There is a shelf company - Design by Human (08248988) that I like the name of. I know you want to start DACs, but remember, Skynet is not here yet and you have not replaced us all with code. That exo frame would be good, but that still has a human inside and not the code you want us to be.

You want to see a rational world, but remember you are still human. Change later if you like, but leave the shelf dormant for now and leave it all off and vacant. I know you are a little (lot) paranoid about this, but the trust is separate and a shelf manager of a dormant trust with no knowledge of what we are doing will just make it harder to get to what you are trying to achieve. He can be a director of a firm without us telling him just how big the trust could become.

Slowly. I know what you want and I know how impatient you can be, but really, we need to do this right. If you fail you can start again. That is the real beauty of what you have.

You cannot keep attacking people Craig. Yes, the tax office there is likely like here and a little slow to grasp things, but you cannot just expect them to change to accept your way. YES, you could be right. Yes, I know you are following the law, but they also have to understand what you are doing. So try and be a little more personable. Stop attacking them for doing their job. I know this is tough, but find somebody to help you. Get back to the technical aspects of this and do what you love. Let others fight for you if you need to fight.

I love you live a brother Craig, but you are a really difficult person to be close to. You need people. Stop pushing them away. You have over one million bitcoin now in the trust. Start doing something for yourself and this family you have.

Are you ever going to marry that lady of yours? Next, when are you coming to visit? I have been sending some conferences. It has been a while. Remember human contact.

Dave

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.15 (MingW32)

iQGcBAEBAgAGBQJTEBtSAAoJEAQV5sviP8wtENcL/0tQPePL+ndSxvHJz0KsKUzN
IF5oJBklMqwv0ffN9yWJr26K11ZUKD8LY0cGT32JBETKnDHd7SEK85GnpJ3DJ/xo
Rk88s/elYn/HD+CUoFrUZk/1MnBkiYOFIOegJKy3JDy9qD0dbj/JibANTN2goD0P
q2Rx8Uao7qC9heD7RnI/flEkVEONXYEt34EokqHaozUWLE+Ll8rLedDfX7AWr8mq
ZNg0+bQQ93waBHOorone9jjd+49DCxBRihMbKQCJ5zcc1QUxE0isB9xbJw9sE8FC
dFP+E3sp6Rfqa/2VSq+ZUzOCPrErBLgPMlumTQGnNFMLkmogDW8p8c4BtEIN080J
dZRkMkbyWu9IMTZ1i9A1/dIdTG1hJIBuOraikY9ucDqKkTdPFATKRAxRK3A2tMsA
JIKbElaiV7C1sqv6BlzGBvuKX8twjGRXj967SvQ1py4OzBKsDcT+W2AJwNOZldGW
uTkN06ybBAJ3jIddJcVAk26a/XEvPbMH5JPgOp0wxQ==
=lQDP
-----END PGP SIGNATURE-----

CONFIDENTIAL

DEF_00068505

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
How does the following sound?
I very much wanted to find some way to include a short message, but the problem is, the whole world would be able to see the message. As much as you may keep reminding people that the message is completely non-private, it would be an accident waiting to happen.

Look up Wotty - it is not a mistake.

Are  you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others involved and actually accept help from somebody other than me one day. I am not going to be here for you forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know when to stop. Leave the government for now. Stop or they will really do some damage to you.

You have started seeing this new lady, fixate of her and get over your divorce. It happens. It did for me, you are not the only one. You need to code and just do what you love for a while.

The trust is setup in the Seychelles. I will arrange a shelf company to manage it in the UK as we discussed later. There is no rush there. I will leave you and myself off for now and leave it as non-trading. Just listen to some advice for once Craig and trust me to be your friend.

Dave

PS, thanks for making me a part of this.
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.11 (MingW32)

iQGcBAEBAgAGBQJTEBbtAAoJEAQV5sviP8wt9VcL/Ah8SQ3/C3fLnoW1+llQz9Qm
yjSnTt2fCrJfnqnkGicdCIiKO4lxpjtRJz8Z1Z2hmSYHpF1W3pRVHucpRNr3lcFt
BsxDpdFZWtmnqeG0HKnnfG4yhKtTNTG6vvO6Ub2wrstB8NB0jhEMY4SQ7PXi1DTx
Q+e8JO6MQ0dpY744gncI5jZ3wYYTQIUjFsE5fMYlG8CqVYKQudMFpas5rRqDKqtX
jXsNn3BzjVsOhzIIUmOX/WeIr0ISWVMN0IU0p9juGgtbtLwD2vaDiO5nuH+y1K2g
VwIrJ5j5TAO7a84r/jWmxfAT5s0ywdHDaxrevFIqBFnriYP/Q7qWOs7l53Wyq6Gd
5qhL1WOP0EHU2JzuB9HQA/uy5dW/qNxYPLA0mfSH8DGRuUzez9UH7kR9HV4hXayg
5A5zHXeCcxGFKjLMoDSEZy0In6ecDCQ/wqEQ8S9UIGa5MJOKV4NG0L5mC3lANv0I
hy3TZME8sqF1NVt+RLNoSZxV4qvvZ6Cyy2ul1qD/QQ==
=rAiX
-----END PGP SIGNATURE-----

DEF_00068506

CONFIDENTIAL

DEF_00068507

**Subject:** D

**Date:**   Friday, February 28, 2014 at 12:13:06 AM Eastern Standard Time

**To:**   Craig Wright

Craig,
We have now a company in the UK.

There is a shelf company - Design by Human (08248988) that I like the name of. I know you want to start DACs, but remember, Skynet is not here yet and you have not replaced us all with code. That exo frame would be good, but that still has a human inside and not the code you want us to be.

You want to see a rational world, but remember you are still human. Change later if you like, but leave the shelf dormant for now and leave it all off and vacant. I know you are a little (lot) paranoid about this, but the trust is separate and a shelf manager of a dormant trust with no knowledge of what we are doing will just make it harder to get to what you are trying to achieve. He can be a director of a firm without us telling him just how big the trust could become.

Slowly. I know what you want and I know how impatient you can be, but really, we need to do this right. If you fail you can start again. That is the real beauty of what you have.

You cannot keep attacking people Craig. Yes, the tax office there is likely like here and a little slow to grasp things, but you cannot just expect them to change to accept your way. YES, you could be right. Yes, I know you are following the law, but they also have to understand what you are doing. So try and be a little more personable. Stop attacking them for doing their job. I know this is tough, but find somebody to help you. Get back to the technical aspects of this and do what you love. Let others fight for you if you need to fight.

I love you live a brother Craig, but you are a really difficult person to be close to. You need people. Stop pushing them away.

Are you ever going to marry that lady of yours? Next, when are you coming to visit? I have been sending some conferences. It has been a while. Remember human contact.

Dave

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,
How does the following sound?
I very much wanted to find some way to include a short message, but the problem is, the whole world would be able to see the message. As much as you may keep reminding people that the message is completely non-private, it would be an accident waiting to happen.

Look up Wotty - it is not a mistake.

Are  you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others

involved and actually accept help from somebody other than me one day. I am not going to be here for you forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know when to stop. Leave the government for now. Stop or they will really do some damage to you.

You have started seeing this new lady, fixate of her and get over your divorce. It happens. It did for me, you are not the only one. You need to code and just do what you love for a while.

The trust is setup in the Seychelles. I will arrange a shelf company to manage it in the UK as we discussed later. There is no rush there. I will leave you and myself off for now and leave it as non-trading. Just listen to some advice for once Craig and trust me to be your friend.

Dave

PS, thanks for making me a part of this.
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.11 (MingW32)

iQGcBAEBAgAGBQJTEBbtAAoJEAQV5sviP8wt9VcL/Ah8SQ3/C3fLnoW1+llQz9Qm
yjSnTt2fCrJfnqnkGicdCIiKO4lxpjtRJz8Z1Z2hmSYHpF1W3pRVHucpRNr3lcFt
BsxDpdFZWtmnqeG0HKnnfG4yhKtTNTG6vvO6Ub2wrstB8NB0jhEMY4SQ7PXi1DTx
Q+e8JO6MQ0dpY744gncI5jZ3wYYTQIUjFsE5fMYlG8CqVYKQudMFpas5rRqDKqtX
jXsNn3BzjVsOhzIIUmOX/WeIr0ISWVMN0IU0p9juGgtbtLwD2vaDiO5nuH+y1K2g
VwIrJ5j5TAO7a84r/jWmxfAT5s0ywdHDaxrevFIqBFnriYP/Q7qWOs7l53Wyq6Gd
5qhL1WOP0EHU2JzuB9HQA/uy5dW/qNxYPLA0mfSH8DGRuUzez9UH7kR9HV4hXayg
5A5zHXeCcxGFKjLMoDSEZy0In6ecDCQ/wqEQ8S9UIGa5MJOKV4NG0L5mC3lANv0I
hy3TZME8sqF1NVt+RLNoSZxV4qvvZ6Cyy2ul1qD/QQ==
=rAiX
-----END PGP SIGNATURE-----

**To**: Craig Wright [craig@
**Subject**: D

Craig,
We have now a company in the UK.

There is a shelf company - Design by Human (08248988) that I like the name of. I know you want to start DACs, but remember, Skynet is not here yet and you have not replaced us all with code. That exo frame would be good, but that still has a human inside and not the code you want us to be.

You want to see a rational world, but remember you are still human. Change later if you like, but leave the shelf dormant for now and leave it all off and vacant. I know you are a little (lot) paranoid about this, but the trust is separate and a shelf manager of a dormant trust with no knowledge of what we are doing will just make it harder to get to what you are trying to achieve. He can be a director of a firm without us telling him just how big the trust could become.

Slowly. I know what you want and I know how impatient you can be, but really, we need to do this right. If you fail you can start again. That is the real beauty of what you have.

You cannot keep attacking people Craig. Yes, the tax office there is likely like here and a little slow to grasp things, but you cannot just expect them to change to accept your way. YES, you could be right. Yes, I know you are following the law, but they also have to understand what you are doing. So try and be a little more personable. Stop attacking them for doing their job. I know this is tough, but find somebody to help you. Get back to the technical aspects of this and do what you love. Let others fight for you if you need to fight.

I love you live a brother Craig, but you are a really difficult person to be close to. You need people. Stop pushing them away.

Are you ever going to marry that lady of yours? Next, when are you coming to visit? I have been sending some conferences. It has been a while. Remember human contact.

Dave


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig,

How does the following sound?
I very much wanted to find some way to include a short message, but the problem is, the whole world would be able to see the message. As much as you may keep reminding people that the message is completely non-private, it would be an accident waiting to happen.

Look up Wotty - it is not a mistake.

Are you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others involved and actually accept help from somebody other than me one day. I am not going to be here for you forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know when to stop. Leave the government for now. Stop or they will really do some damage to you.

You have started seeing this new lady, fixate of her and get over your divorce. It happens. It did for me, you are not the only one. You need to code and just do what you love for a while.

The trust is setup in the Seychelles. I will arrange a shelf company to manage it in the UK as we discussed later. There is no rush there. I will leave you and myself off for now and leave it as non-trading. Just listen to some advice for once Craig and trust me to be your friend.

Dave

PS, thanks for making me a part of this.
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.11 (MingW32)

iQGcBAEBAgAGBQJTEBbtAAoJEAQV5sviP8wt9VcL/Ah8SQ3/C3fLnoW1+llQz9Qm
yjSnTt2fCrJfnqnkGicdCliKO4lxpjtRJz8Z1Z2hmSYHpF1W3pRVHucpRNr3lcFt
BsxDpdFZWtmnqeG0HKnnfG4yhKtTNTG6vvO6Ub2wrstB8NB0jhEMY4SQ7PXi1DTx
Q+e8JO6MQ0dpY744gncI5jZ3wYYTQIUjFsE5fMYlG8CqVYKQudMFpas5rRqDKqtX
jXsNn3BzjVsOhzIIUmOX/WeIr0ISWVMN0IU0p9juGgtbtLwD2vaDiO5nuH+y1K2g
VwIrJ5j5TAO7a84r/jWmxfAT5s0ywdHDaxrevFIqBFnriYP/Q7qWOs7l53Wyq6Gd
5qhL1WOP0EHU2JzuB9HQA/uy5dW/qNxYPLA0mfSH8DGRuUzez9UH7kR9HV4hXayg
5A5zHXeCcxGFKjLMoDSEZy0In6ecDCQ/wqEQ8S9UIGa5MJOKV4NG0L5mC3lANv0I
hy3TZME8sqF1NVt+RLNoSZxV4qvvZ6Cyy2uI1qD/QQ==
=rAiX
-----END PGP SIGNATURE-----

DEF_00068504

# Interview conducted with Craig Wright

On the 11th August 2014

Australian Taxation Office

INSERT CORRECT ADDRESS

5               Interviewers: Greg O'Mahoney, Andrew Sommers.

|   |   |   |
|---|---|---|
| | O'Mahoney | Thank you. I will start with the formalities. I think the interview of Dr Wright, it's informal, notwithstanding that it's been recorded and it's set down for two afternoons – today 11 August and 18 August. I can indicate, Dr Wright – and don't hold me to this – but the way I was envisaging approaching the interview was to, today, deal with matters on a fairly high level and then next week take up some more discrete lines of questioning about some of the matters touched on today. And, I guess, to start, the first question turns on your background and experience. Would you mind telling us a little bit about your commercial background and experience? |
| | Wright | Commercial or medical or generally? |
| | O'Mahoney | Well, let's start with academic and move to the commercial. |
| | Wright | Bascially, I have been in university since I left high school. I collect qualifications. Currently, I have around 200 vocational qualifications in my particular field, plus a number that aren't. Double digits on degrees. I'm qualified in everything from IT law and economics to the main areas I'm involved in which is IT, so programming, photography, security, whatever else. I'm the only person globally to have achieved a GSE through all three different streams – GSE being Global Security Expert from the SANS Institute, GSE being considered generally the highest security certification you can get. In those other SANS ones, at one stage I had every single qualification. I haven't maintained every single one of them because they're not all relevant anymore, and there's only so much time that I can actually work and do other things with. |
| | | Also qualified in things like statistics. My paper – my master's was ..... analysis; basically looking at ..... time series, time series in economic markets and whatever else, predictions and monitoring data to do with economic systems. In economics, it's to do with banking finance and monetary policy. IT generally, I started programming predominantly in C and Assembly. Also do Java and other languages but I still prefer C and other such languages. I'm qualified in a number of operating systems, everything from Windows and whatever else were also taught, up to post graduate level. I stopped that recently as the time over the last year with everything hasn't allowed me to. Once we get everything sorted, apart from businesses or business, I will also get back to teaching ..... electric. |
| | | I present at a number of international conferences. I have presented ..... such as neural networking, artificial intelligence. That's what most of my research at the moment is looking in the commercialisation of agents, the small bits of software code designed to ..... a task. The way I do those is looking at evolutionary systems and these are things like swarm particles – PSOs where you have lots of small bits of code that compete, and the nature of that is to have a system where the surviving code gets more resources if it's better at |

---

CONFIDENTIAL

DEF_00068666

Interview Conducted with Craig Wright

|   |   |   |
|---|---|---|
| | | doing a particular task, and then each of the other bits of code – so over large volumes of energy and a set of problems that are mathematically infeasible, doing ..... mathematics so things like travelling salesman problems and online contracting and that sort of thing. |
| 5 | | So the idea is to gather all the things into a block chain and other such mechanisms so that you can have a smart contract where it is effectively infeasible to get out of things as long as the contract is set up correctly beforehand.  It also allows a non-debt-leveraged type of system so that you have, I guess, the use of money where you can guarantee that there is a, |
| 10 | | frankly, non-fraudulent use of bank funds.  That is, a bank can't lend what it doesn't actually have in capital or investment, etcetera, so the current issue we all have in our banking system, people basically take money – a loan out for something such as someone going on a holiday or whatever else, which is fine if you are doing capital invested in the bank itself, but when you are taking |
| 15 | | that leverage past the bank, there's no decent scrip that the bank can sell.  So part of the idea of what we are doing in a block chain is then taking that, so that you actually have to have a real contract with real asset bases and investors in the bank can lose money, and when they do that, but not a good ..... |
| 20 | O'Mahoney | Can I – can we just pause there and perhaps have a little bit of – to some extent we've anticipated some questions that I will be asking you.  Just getting back to your university qualifications, you said that you had hit double digits.  Can you tell us which degrees you have graduated in? |
| 25 | Wright | Masters in Law, Masters in Statistics, IT Masters in Networking Systems Administration, IT Masters in – Master of Science - - - |
| | O'Mahoney | Are they all from the same university? |
| | Wright | No. |
| | O'Mahoney | No.  So - - - |
| | Wright | Some US, some Australian, some British. |
| 30 | O'Mahoney | Okay.  The Masters of Law? |
| | Wright | Northumbria, UK. |
| | O'Mahoney | Okay.  And the Masters of Science? |
| | Wright | That's SANS Institute, USA. |
| | O'Mahoney | And the Masters of Statistics? |
| 35 | Wright | Newcastle. |
| | O'Mahoney | And, I think, did you say Masters of Systems - - - |
| | Wright | Administration? |
| | O'Mahoney | Yes. |
| | Wright | Charles Sturt University.  I got a number at Charles Sturt University. |
| 40 | O'Mahoney | All right.  Any other degrees in universities? |
| | Wright | Sorry? |
| | O'Mahoney | Any other degrees in universities? |
| | Wright | Yes. |
| | O'Mahoney | Which ones? |

Page 2 of 45

DEF_00068667

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| 5 | Wright | Well, in theory I have finished my second degree and second doctorate, PhD, from Charles Sturt University but I have to actually send in the bound document. So I have got the pass and whatever else but I have to pull my finger out and get it printed and whatever else, but I have got the, you know, pass type of thing. I have got weird and wonderful things. I got church – so I've got theology; I have got – that is really ..... |
| | O'Mahoney | No. |
| 10 | Wright | .... I've got Masters in Networking Systems Administration; Master of Information Systems Security. |
| | O'Mahoney | Where was that from? |
| | Wright | Charles Sturt University. |
| | O'Mahoney | That's fine. If you think of more as we go through, just mention them to us. |
| | Wright | There's quite a number. Unfortunately, I forget how many I've actually got. |
| 15 | O'Mahoney | But to have some – to get some picture of your career profile, it sounds like you have been in and out of university, if you like, and studying for a substantial part of your life. |
| | Wright | Until recently, I have never been out of university. |
| | O'Mahoney | All right. More in than out. |
| 20 | Wright | And worked and been in uni at the same time. |
| | O'Mahoney | Yes. Okay. |
| | Wright | Well, since I first ..... end of the 80s, 90s, I have just been in university. |
| | O'Mahoney | What was your first job? |
| | Wright | My first job? |
| 25 | O'Mahoney | Yes. |
| | Wright | I was – well, did you want before I left uni or - - - |
| | O'Mahoney | Upon graduating from your first university degree? |
| 30 | Wright | That would be after the air force and that would be, thus, when I went to WPA; that then became Corporate Express. WPA, I was a system administrator doing logistics and all the systems ..... computers that valuable so they also had me doing logistics work. |
| | O'Mahoney | And did you have a number of positions within, sort of, the systems administration over a period of time? |
| 35 | Wright | I went from systems administration at Corporate Express to – I headed up the corporate area in OzEmail, when I ..... connections with corporates, so large connections ..... connectivity. From there I went to the Australian Stock Exchange. I was the security manager there. I went ..... basically pursuant ..... Australian Stock Exchange. |
| | O'Mahoney | When was that? |
| 40 | Wright | That was in 1996. |
| | O'Mahoney | Yes. |

---

Page 3 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | From there, I started a company to do security consulting, etcetera.  ASX became one of my first clients.  I picked up – I started picking up gambling companies at that stage, some companies ..... else. |
| 5 | O'Mahoney | Just pausing there, when was it that you first established a company that you ran? |
| | Wright | The business was in 1997 and then it was transformed into a company shortly after that. |
| | O'Mahoney | Right.  Which company was that? |
| | Wright | ..... |
| 10 | O'Mahoney | And since that time, have – more or less, has there been a case that you have been running companies for yourself? |
| | Wright | Predominantly, yes. |
| | O'Mahoney | And during that time you have been, I think it's fair to say, a director of a number of companies? |
| 15 | Wright | Yes. |
| | O'Mahoney | What, since first – can you remember the time at which you first became a company director – was it around that time, '96,'97? |
| | Wright | '98 or something like that. |
| 20 | O'Mahoney | '98.  And since that time, roughly, how many companies would you have been a director of? |
| | Wright | Double digits. |
| | O'Mahoney | Okay.  Double digits.  And, at the moment, is your occupation that of company director/entrepreneur/ - how would you characterise your current profession? |
| | Wright | So company director in part, entrepreneur, photographer, forensic specialist. |
| 25 | O'Mahoney | All right.  Let's focus in on one of those companies, Coin Exchange.  We know that it was incorporated in April of 2013.  Was it the case that it traded immediately upon becoming incorporated? |
| | Wright | We actually started developing products before it became incorporated. |
| 30 | O'Mahoney | Okay.  Well, if you wouldn't mind, could you tell us a little bit about the circumstances of the incorporation of Coin Exchange. |
| | Wright | What do you mean by that? |
| | O'Mahoney | How did it come about that Coin Exchange came to be incorporated? |
| 35 / 40 | Wright | A long-term friend of mine, Dave Kleiman and I, started that so that we could start building an exchange platform, particularly in Australia.  We had been developing product etcetera for a number of years beforehand.  Dave and I had been friends and sort of partners that way for a long time.  We had worked on a number of patents together, everything from using electron microscope to ..... recover data from hard drives that had been wiped, to one-time Windows logins and similar types.  We worked on some books together and he acted, well, as my editor ..... myself. |
| | | We had been planning putting together an exchange platform that would allow us ..... or bitcoin.  The idea would be to perform an alternative reserve currency, that's what we are trying to do.  I have jumped ahead of myself.  Probably replacing the US dollar.  The idea being that you have exchanges in |

Page 4 of 45

Interview Conducted with Craig Wright

|   | | different countries, such as Britain, Australia, wherever else. We could use that to instantaneously do forex transactions at immensely low rates and far quicker than the resource ..... at the moment, but also tied to the old title to Smart Property and it would ..... all contracts in reverse ..... researching at the moment is oil contracts and this and that to ..... with automated assistance. |
| 5 | | |
|   | O'Mahoney | Okay. We might come to that. You said earlier that you and Mr Kleiman had been developing product for some time. |
|   | Wright | Yes. |
|   | O'Mahoney | Prior to the incorporation of Coin Exchange. |
| 10 | Wright | Yes. |
|   | O'Mahoney | What – how long have you been working with Mr Kleiman? Were they products that ultimately became the subject of business done by Coin Exchange? |
|   | Wright | Some of them, yes. Not all. |
| 15 | O'Mahoney | And how long have they been in the pipeline for? |
|   | Wright | Since I knew Mr Kleiman. |
|   | O'Mahoney | And is this the case: that the Coin Exchange was established to corporatise, if you like, ideas that you and he had been working on for a substantial period of time? |
| 20 | Wright | Certain parts of it, yes, along with bitcoin areas. So we had been working on those sort of areas; I had been doing research into ..... places, into online contracting etcetera, the nomination systems in order to exploit that a lot more than we had been doing at the time - - - |
|   | O'Mahoney | Was this your first venture with Mr Kleiman. |
| 25 | Wright | No. |
|   | O'Mahoney | Well, what other ventures had you done with him? |
|   | Wright | We were involved with WK Info Defence but I wasn't actually actively managing any of that. Dave ran all that over in the US. |
|   | O'Mahoney | Can you say that again? WK? |
| 30 | Wright | WK Information |
|   | O'Mahoney | Defence. |
|   | Wright | Research LLC. |
|   | O'Mahoney | And that was a company that you say Mr Kleiman was running out of the - - - |
|   | Wright | US. |
| 35 | O'Mahoney | US. And had you been involved in that company? |
|   | Wright | I have been involved subsequently. I mean, I was there but day-to-day, not at all. |
|   | O'Mahoney | When you say you were there, what do you mean by that? |
|   | Wright | I would do coding, trying to work out solutions to problems that we had. |
| 40 | O'Mahoney | Were you – was that before founding Coin Exchange? |
|   | Wright | Yes. |

Page 5 of 45

Interview Conducted with Craig Wright

| | O'Mahoney | And roughtly how long were you there, that is, at the WK Info Defence? |
|---|---|---|
| | Wright | The exact time we started it, I don't remember, but it was around 2010 some time that we started putting everything together for a 2011 incorporation. |
| 5 | O'Mahoney | And what is it that WK Info Defence, what's its business or enterprise? |
| 10 | Wright | The idea came about because I didn't trust the Tax Office here.  I had had a number of run-ins because of Information Defence Australia and Integyrs that I had set up over here.  Those companies – well, although I'd spent lots of money and around 500 computers ..... research to bitcoin mining ..... considered ..... by the ATO, so everything I had I moved over at a nominal rate, which was based on what it was worth at the time, into a trust and everything over there because back then I believed bitcoin was worth a lot of money. |
| | O'Mahoney | What was the trust that was established? |
| 15 | Wright | There was one in Panama that I don't have all the details of. |
| | O'Mahoney | What's it called? |
| | Wright | Don't know all the details.  I don't know. |
| | O'Mahoney | Or any details. |
| | Wright | I know there's a trust in Panama that's set up. |
| 20 | O'Mahoney | When was that set up? |
| | Wright | In probably '11. |
| | O'Mahoney | And were you involved in establishing it? |
| | Wright | No. |
| | O'Mahoney | Was it set up to your benefit? |
| 25 | Wright | It is set up for the benefit of the research I'm doing. |
| | O'Mahoney | All right.  And - - - |
| | Wright | All of this is to fund all the things I'm doing. |
| 30 | O'Mahoney | Okay.  I guess, just by way of background, tell us about – we won't hold you to every detail of that trust, but just tell us a little bit about the trust in Panama that was established? |
| | Wright | There was a trust set up to put a number of bitcoin that Dave was mining and everything like that into and maintain, the idea being that we would use that to further the goals we were doing, which were all to do with promotion of bitcoin and cryptocurrencies we have there. |
| 35 | O'Mahoney | So was it the case that the trust in Panama was set up as a funding mechanism? |
| | Wright | For research, yes. |
| | O'Mahoney | And for research that you were doing with Mr Kleiman? |
| | Wright | That Mr Kleiman was doing and myself as well, yes. |
| 40 | O'Mahoney | All right.  And you mentioned that courtesy of the experience you had with the tax authorities here, you moved offshore, you moved things offshore.  You mentioned the trust in Panama.  What other steps did you take to that end? |

Page 6 of 45

DEF_00068671

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | What do you mean by what other steps? |
| 5 | O'Mahoney | Well, you mentioned before that, courtesy of that story that you had with the Commissioner, that you – that in the context of discussing that, you talked about the trust in Panama. Also, we were talking about WK Info Defence. |
| | Wright | Mm. |
| | O'Mahoney | Was it the case that your involvement in that entity occurred because, as I think you indicated earlier, you wanted to move things offshore, you wanted to - - - |
| 10 | Wright | Yes. |
| | O'Mahoney | - - - work offshore. |
| | Wright | Everything would have been in Australia the whole time if it wasn't for the fact that I ended up having to fight to not be bankrupt for expenditure that I actually made. |
| 15 | O'Mahoney | Right. And did you invest in WK Info Defence? |
| | Wright | More indirectly than directly. |
| | O'Mahoney | What does that mean? |
| 20 | Wright | At the time we got a lot of payments from people I'd worked with in the past. Playboy Gaming and other people that I still do work for, basically in the gambling field. I do a lot of statistical work, validating algorithms, etcetera, and I also do a lot of work validating ..... the house wins, and I get paid for that and rather than me getting paid for that, the entity got paid for that. |
| | O'Mahoney | The entity being WK Info Defence? |
| | Wright | Yes. |
| 25 | O'Mahoney | All right. As at April 2013 when Coin Exchange was established, how many other companies were you – did you control at that time? |
| | Wright | In Australia or overseas as well? |
| 30 | O'Mahoney | In fact, we will come to that in a moment. Could you just tell us in broad terms about the commercial objectives of Coin Exchange, when it was established; what did it set out to do? |
| | Wright | Promote bitcoin and become a universal exchange platform, make bitcoin money, make bitcoin the default reserve currency globally. |
| | O'Mahoney | And at that time - we will come back to that - there were, I take it, other entities that you controlled? |
| 35 | Wright | Yes. |
| | O'Mahoney | And did – were there other entities that you controlled that sought to bring about the same kinds of objectives that you have just outlined? |
| | Wright | No. I've got different objectives for the other ones. |
| | O'Mahoney | There was no overlap? |
| 40 | Wright | There was always an overlap. |
| | O'Mahoney | Well, tell us about the other entities. |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | | Cloudcroft I had given to my ex-wife as a settlement and in her bankruptcy I ended up getting it back. I was still doing work – I never intended it going back to me, but it is to do with a security platform that ..... building based upon the use of the cryptographic protocols within bitcoin. The idea there is that it integrates with honeynets and IPv6 such that you monetise the internet. |
| O'Mahoney | | All right. And that's one. What was another entity that you controlled at the time that had overlap. |
| Wright | | ..... is to do with forensic work and other such things. |
| O'Mahoney | | What does that mean? Forensic work? |
| Wright | | IT forensics, analysis of packet streams, analysis of other such things. |
| O'Mahoney | | What's a packet stream? |
| Wright | | The flow of information over the wire. So TCP/IP, analysis of data on hard drives, creating programs, and other such things to analyse the ..... |
| O'Mahoney | | Okay. |
| Wright | | Graphic photography, etcetera. On top of that, I also did some paid and unpaid work for Federal Police, including training and other such things, and other areas of the Australian Government to the IPv6. |
| O'Mahoney | | Who engaged you from the Federal Police? |
| Wright | | That was down in Canberra. I would need to dig up particular names of people. I forget them. |
| O'Mahoney | | That's fine. You have mentioned Cloudcroft, Penontacript. What other companies did you control as at April 2013 that there would have been some overlap with Coin Exchange. |
| Wright | | With - ..... |
| O'Mahoney | | ..... |
| Wright | | Yes. That's probably better. |
| O'Mahoney | | Okay. Well, off the top of your head now, can you think of other entities you controlled at that time? |
| Wright | | That I controlled or - - - |
| O'Mahoney | | Were involved in the management of. |
| Wright | | The management of was only in Australia. I think they're the main ones at that stage. Others came after that, shortly - - - |
| O'Mahoney | | Well, I guess to be clear, can you, off the top of your head now, can you think of, at that time, other companies that you had any connection with – as a shareholder, as an investor, as a worker, that would have had some overlap with the activities of - - - |
| Sommers | | I think – I think you have asked that question about three times and I think my client has said he would like to check his records and to get - - - |
| O'Mahoney | | For sure. No, I – that's why I - - - |
| Sommers | | Yes. No, no. |
| O'Mahoney | | - - - prefaced it with "off the top of your head". We appreciate that. Can we then turn to this, that I want to understand, when Coin Exchange was established, you were its sole director. Is that right? |

Page 8 of 45

DEF_00068673

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And you were also its secretary? |
| 5 | Wright | Well, only by default. I'm generally not a secretary of anything but ..... director - - - |
| | O'Mahoney | No. I appreciate that. And is it the case that – were there any other employees – or were there any employees of the company on founding? |
| | Wright | There were people being used as contractors. |
| | O'Mahoney | And who are they? |
| 10 | Wright | Just Ignatius Payne, Dave Kleiman was going to be a director of the company and also an employee. Glenn, over in the US, was involved and other people would have been involved as well. |
| | O'Mahoney | And was research done - in establishing Coin Exchange, was – had you done some work on the business model that you wanted to put into place? |
| 15 | Wright | Yes. |
| | O'Mahoney | And are there documents evidencing that work that you did? |
| | Wright | Some. |
| | O'Mahoney | What sorts of documents? |
| 20 | Wright | Documents about going into – having an international banking exchange; talks with AusIndustry about forward planning; some of the AusIndustry plans. Research documents, documents to do with different PSOs I was setting up, which was ..... Agents, of course, and - - - |
| 25 | O'Mahoney | Are there strategy – would there be any strategy-type documents that would speak to, I guess, the business model that the company was seeking to achieve? |
| | Wright | Not probably in the way you're looking at, as in a formal business plan, no. None of this is going to a formal business. |
| | O'Mahoney | Okay. |
| | Wright | If I had my way, formal business would never exist ever again. |
| 30 | O'Mahoney | All right. What about something more basic like budget-type documents, company financial forecasts or documents - - - |
| | Wright | We don't have any forecasts, even now. |
| | O'Mahoney | Right. Okay. |
| 35 | Wright | We don't seek to make any profit, and in the future we won't be able to provide the spending money. |
| | O'Mahoney | All right. But budgets can cover that as well. At the time of founding the company, were there documents that evidenced the likely expenditure or projected expenditure? |
| 40 | Wright | I have guesstimates which keep changing. I guesstimate I will need to spend 500 to 600 million dollars to do what I want to do. |
| | O'Mahoney | Would there be documents that were in existence at the time of establishing the company that speak to those guesstimates? |

Page 9 of 45

DEF_00068674

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | No. I thought it would be a lot less. I thought everything would be a lot less. |
| | O'Mahoney | Right. Whatever you thought it would be at the time, would there be documents that evidence - - - |
| 5 | Wright | There's documents evidencing that I thought maybe $30 million. |
| | O'Mahoney | Okay. |
| | Wright | I was way wrong. |
| 10 | O'Mahoney | And tell us this, that on founding the company, Coin Exchange, what was its financial position in the – I guess, let's just focus on the early couple of months of its existence? |
| | Wright | When we were starting originally, we looked at a bitcoin value of probably $20 million. By the time we started looking at actually capitalising that and around Dave's death, that had gone up to, I think, $100 million. |
| 15 | O'Mahoney | So, sorry, can you just explain that – when you say bitcoin's value, $20 million. |
| | Wright | Bitcoin was going from practically nothing to over a $1000 profit, around 600 ..... At the start of this, we had 1.1 million bitcoin. |
| | O'Mahoney | 1.1 million bitcoin. And is that really how the company was funded on establishment? |
| 20 | Wright | And it's - - - |
| | Sommers | It's the - - - |
| | O'Mahoney | The trust etcetera. |
| | Sommers | - - - but did Coin Ex have 1.1 million bitcoin. |
| | O'Mahoney | No. |
| 25 | Sommers | Right. Greg – Greg - you need to be precise with your answers about – Greg is asking about Coin Ex? |
| | Wright | No, the trusts had available bitcoin. That was then going to be loaned into the other company. |
| 30 | O'Mahoney | Okay. Well, how was – on founding how was the company funded, that is Coin Exchange? |
| | Wright | On founding? |
| | O'Mahoney | On its being founded, established? |
| | Wright | We had assets that were being brought in from Panama, software etcetera. |
| 35 | O'Mahoney | Okay. Well, I will get you to flesh that out. What were the assets being brought in from Panama? |
| | Wright | Bitcoin and software. |
| | O'Mahoney | Okay. Starting with the bitcoin, what – what was the bitcoin that was brought in from Panama? |
| 40 | Wright | I would need to look at the actual figures. I can't remember off the top of my head. |
| | O'Mahoney | Do you have a rough idea of the value of that Bitcoin? |

Page 10 of 45

DEF_00068675

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | Not on day 1. I think if you look at the – I don't remember. It's whatever in the accounting system. | |
| O'Mahoney | All right. Was it valued in the hundreds of thousands, the millions, the tens of millions – can you speak to. | 5 |
| Wright | The tens of millions. | |
| O'Mahoney | Tens of millions. And, but where was that brought in from in Panama? | |
| Sommers | Just to be clear, Greg is asking was bitcoin brought in from Panama? | |
| Wright | No. Because I - - - | |
| Sommers | You need to be precise - - - | 10 |
| Wright | We never physically took bitcoin over, which was ..... trust ..... after in the first instance with the ATO. | |
| O'Mahoney | Okay. So – so when you say that part of the funding of this company on establishment was bitcoin brought in from Panama, what do you mean by that? | 15 |
| Wright | The rights to bring Bitcoin from overseas. | |
| O'Mahoney | And you say that – you say that that was part of the funding of the company when it was established? | |
| Wright | Yes. | |
| O'Mahoney | How does that work? | 20 |
| Wright | Sorry. What do you mean how does that work? You have the right to ..... something. | |
| O'Mahoney | Well, just thinking out loud when you establish a company, one thing it does is spend money, whether it's a corner shop, a tennis couching clinic or something more substantial than that. I just want to understand how do those rights contribute to the funding of this company. How – you've referred to rights brought in from Panama. How did that – how did those rights enable the company to invest or spend money? | 25 |
| Wright | Well, between Panama and the Seychelles I had a number of - - - | |
| Sommers | Why don't you give Greg an example of one of the ways in which the companies, not necessarily Coin Ex, has transacted – Greg is coming from presupposition of spending money, but transacted using those rights. | 30 |
| Wright | All right. I have a right to call on Bitcoin that's held overseas. I'm doing a deal where I want software. I basically go to the trust and I have – I sign over and say please transfer these rights and hence – and if they're called on, the Bitcoin that's held overseas. | 35 |
| O'Mahoney | So you transfer rights to someone you are dealing with? | |
| Wright | Yes. | |
| O'Mahoney | And when you say "if those rights are called upon" – well, we will come back to that. I think I will need some more clarity on that. But at any rate, you say that there were two things brought in from Panama. One was Bitcoin, and you've spoken - - - | 40 |
| Wright | More rights to. | |

Page 11 of 45

CONFIDENTIAL

DEF_00068676

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | - - - of those rights.  The other you said was software. |
| | Wright | Yes. |
| | O'Mahoney | What was the software that was brought in from Panama? |
| 5 | Wright | The software was, well, a whole lot of code that we had been writing around Bitcoin basically since 2008, and also on top of that, let's see, there was stuff to do with gaming companies ..... in my history of work with ..... I built ..... platform there and also worked with a number of other gaming industries including ..... gaming, etcetera, who were going to be run out of Australia, but after ..... casinos, they went back overseas. |
| 10 | O'Mahoney | Does that software have a name or a title? |
| | Wright | There were a number of titles for it.  There were little bits for things like Texas hold'em poker and there is online casino software and there is logistical software for ..... things and – there's lots of names - - - |
| | O'Mahoney | Okay. |
| 15 | Wright | - - - for individual parts. |
| | O'Mahoney | And are there documents that evidence the transfer of that software into Coin Exchange at around the time of that company being established? |
| | Wright | Yes. |
| | O'Mahoney | What sorts of documents? |
| 20 | Wright | Ones that the ATO has already gotten.  We did a consignment of rights to the ownership of the software from myself to the trust to Coin Ex and to Hotwire and other companies ..... setting them up. |
| 25 | O'Mahoney | All right.  And the other source of funding, the Bitcoin rights that you've referred to, are there – I'm talking about contemporaneous documents at the time of establishing Coin Exchange.  Are there documents that evidence that interest as a funding source for the company? |
| | Wright | What do you mean?  Sorry. |
| 30 | O'Mahoney | Well, from – are there documents in existence from the time that Coin Exchange was set up that indicate that one of its funding sources was what you've referred to as the interest in Bitcoin? |
| | Wright | The emails to the ATO. |
| | O'Mahoney | From that time.  From the time that Coin Exchange was set up? |
| | Wright | Yes. |
| | O'Mahoney | All right. |
| 35 | Wright | That's before I .....  I had to go through layers and layers of ATO people and basically say this is what I've got, these – what do I do. |
| | O'Mahoney | Okay.  We will come back to that. |
| | Wright | How do I transfer software business ..... |
| 40 | O'Mahoney | All right.  We will come back to that.  Can I start by, I guess, a more specific matter.  The – obviously the dispute needs no introduction.  It centres on a number of claimed ITCs that Coin Exchange had claimed. |
| | Wright | ITC?  Sorry. |

CONFIDENTIAL

DEF_00068677

Interview Conducted with Craig Wright

| | O'Mahoney | Input tax credits.  And I should have said at the outset, if any of the questions I ask, like that as an example, that you don't understand, feel free to ask for clarification at any point.  But I just want to be clear about – the transactions in issue were between Coin Exchange and the Wright Family Trust with DeMorgan as its trustee.  If you don't mind for simplicity, I might - - - |
| 5 | | |
| | Wright | No.  DeMorgan was the name of the trust. |
| | O'Mahoney | Sorry? |
| | Wright | That was the name. |
| 10 | O'Mahoney | DeMorgan – I just say that because I want to refer to it as DeMorgan in a shorthand way, if you don't mind. |
| | Wright | That's fine. |
| | O'Mahoney | That's - - - |
| | Wright | That is correct ..... |
| 15 | O'Mahoney | That's what I'm referring to.  Could you tell us a little bit about the circumstances in which DeMorgan was established? |
| | Wright | I created the trust so that I could do everything through a trust. |
| | O'Mahoney | And when did you create the trust? |
| | Wright | 2013. |
| | O'Mahoney | Yes. |
| 20 | Wright | It should have been earlier, but ..... |
| | O'Mahoney | And when you say put everything through a trust, what do you mean by everything? |
| | Wright | Any of the rights to Bitcoin, any of the software, anything that was basically going to move into the other entities. |
| 25 | O'Mahoney | And what are the activities of DeMorgan? |
| | Wright | Managing the distribution of those things and just being a family trust and holding rights to companies. |
| | O'Mahoney | Yes.  It has investments;  do – is that you would view it? |
| | Wright | Yes. |
| 30 | O'Mahoney | As a trust that had certain investments.  The – were you – what – you were obviously involved in setting up the trust.  Was anyone else involved in establishing it? |
| | Wright | Yes. |
| | O'Mahoney | Who else? |
| 35 | Wright | Dianne Pinder.  She's a lawyer at Lloyds up in Brisbane.  She did a crap job, but ..... |
| | O'Mahoney | All right.  Well, hopefully she never sees this transcript.  The – tell me this - - - |
| | Wright | ..... |
| 40 | O'Mahoney | Tell me this, apart from legal advice, was anyone else involved in establishing the trust? |
| | Wright | Jamie Wilson. |

Page 13 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | And who is he? |
| 5 | Wright | He was meant to be an accountant for the group, except he ended up running off over to New York and trying to sell everything I owned beneath me, so ..... interested parties in Bitcoin and they will sell it for a really good price, which at the time was about 180 ..... after all, it's just a ..... and ..... spoke to me, the bastard. |
| | O'Mahoney | Okay.  And did this entity, DeMorgan, apart from Jamie – apart from Mr Wilson, was there anyone else involved in its establishment? |
| | Wright | My partner. |
| 10 | O'Mahoney | Who was at the time? |
| | Wright | Well, was my fiancé at the time and is now my wife. |
| | O'Mahoney | Okay.  And what is her name? |
| | Wright | ..... |
| | O'Mahoney | And who controls the activities of the trust? |
| 15 | Wright | Predominantly myself. |
| | O'Mahoney | You said predominantly.  Who else exercises control in respect to the trust? |
| | Wright | Well, I don't do anything sort of large or material without talking to my wife. |
| | O'Mahoney | And - - - |
| | Wright | ..... |
| 20 | O'Mahoney | And tell me this:  apart from – we know that this dispute centres on certain transactions that are said to have occurred between DeMorgan and Coin Exchange.  Tell us more broadly about the activities of the – of DeMorgan.  What other entities, who else has it transacted with? |
| | Wright | All the different companies ..... |
| 25 | O'Mahoney | All right.  If you wouldn't mind summarising them for us. |
| | Wright | Hotwire Pre-Emptive Intelligence Pty Limited, Denarius, Integyrs – do you have a list?  All of the ones that are being ..... |
| | Sommers | You can ..... the ones you remember.  I mean, we're – I mean, Greg - - - |
| | Wright | There's a pile of them. |
| 30 | Sommers | If Greg wants a list, there are numerous lists of them.  I think he wants - - - |
| | Wright | Okay.  Yes. |
| | Sommers | - - - you to talk about them. |
| | O'Mahoney | Yes. |
| | Wright | I can talk about them – if you mention them, I can tell you what they are. |
| 35 | O'Mahoney | Okay.  Well, that's helpful.  You've mentioned seven or eight.  You said there were – you thought – you think might have been seven or eight.  You've mentioned four.  Any others off hand that you can recollect?  Entities that DeMorgan transacted with. |
| | Wright | Well, I transacted with .....  I'm sure Andrew ..... DeMorgan - - - |
| 40 | O'Mahoney | Well, no.  I can short circuit this.  It's not a memory test.  Is this the case:  that DeMorgan only really transacted with entities that you controlled?** |

Page 14 of 45

CONFIDENTIAL

DEF_00068679

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And - - - |
| 5 | Wright | The idea was just to have it sit there and I put everything into DeMorgan then distribute it out, get the capitalisation into there, eventually I fix it up so that instead of being a trustee, DeMorgan -- I'm trustee but DeMorgan has the -- the real ownership for each of the -- the different shareholdings and ..... |
| | O'Mahoney | Can I get you to unpack that a little bit, because that's something I want to understand.  You said that you -- that the idea was that everything would be put into DeMorgan.  That was the first step. |
| 10 | Wright | Yes. |
| | O'Mahoney | Can we just start on that step.  Because I just want to understand the general nature of the commercial enterprise.  What do you mean by that? |
| 15 | Sommers | Can I just clarify -- I'm not seeking to ..... your questioning, if you discuss -- maybe if you discuss the licenses from DeMorgan and the IP transactions from DeMorgan to the respective entities and the ownership and the reverting ownership, that may assist Greg in ..... |
| 20 25 | Wright | Okay.  Well, the idea was to ensure that I protect my intellectual property so that I can put everything into one big pool and then distribute it where it needs to go based on what each individual entity is actually going to be doing.  Coin Ex is an exchange type platform.  Denariuz being a banking type platform and ..... reserve bank were you have to actually have capital reserves to own them ..... Bitcoin.  Integyrs would be the commercialisation of a .....system.  Hotwire was there to actually commercialise, do research, etcetera.  Interconnected Research was set up as an RSP, which is ..... consulting ..... registered as Australia's first and only cryptocurrency consulting ..... registered .....  The idea being I take all of the different bits of software that I have and then I can start -- this is my list of software, plus the other bits I've bought, and then I can distribute them out where they need to go. |
| | O'Mahoney | Okay. |
| 30 | Wright | So I can focus each entity on what it needs to do. |
| | O'Mahoney | So unpacking that to look at this first step of putting what you say -- all of your intellectual property into this entity - - - |
| | Wright | Yes. |
| | O'Mahoney | Tell us about that process.  How did you bring that about? |
| 35 | Wright | Well, I sold from me to the trust and then the trust to the entities. |
| | O'Mahoney | And what was the -- the value of the transactions from you to the trust?  The total value. Ie, which -- I think if I'm understanding, the total value of all the intellectual property that you put into the trust. |
| | Wright | ..... 120 million. |
| 40 | O'Mahoney | Okay.  So there was something like $120 million worth of intellectual property transferred into the trust from you? |
| | Wright | Yes.  Some of which was external and some was mine.  It was ..... |
| | O'Mahoney | But by external do you mean that the trust purchased some other intellectual property that wasn't yours? |
| 45 | Wright | I purchased stuff and then put it into the trust. |

Page 15 of 45

CONFIDENTIAL

DEF_00068680

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| O'Mahoney | Okay. Did the trust acquire any intellectual property other than from you? |
| Wright | No. I – I acquired it, I sold it to the trust and the trust broke up and distributed all the bits into the ..... |
| O'Mahoney | Okay. And looking at this acquisition by the trust, you say the total value was roughly $120 million. How is that valuation arrived at? |
| Wright | The stuff I got from the banking and whatever else was how much they paid, and the other was based on – well, what had been put in from other entities overseas, such as ..... etcetera. |
| O'Mahoney | And the – the intellectual property that was transferred into the trust with this value of $120 million, did you – how were you paid for that? Did you become a $120 million richer? |
| Wright | Well, I had a loan to a trust overseas. And then - - - |
| O'Mahoney | Can you tell us about that loan to the trust overseas? |
| Wright | Well, basically there's a loan document. I get a loan of Bitcoin, which is still overseas, but is used to distribute those rights into the payments. |
| O'Mahoney | Okay. I'm going to need to understand that. And apologies. It might be that I'm being slow, but it sounds like this was** a substantial set of transactions that - - - |
| Wright | Yes. |
| O'Mahoney | - - - involved populating the trust, if you like, with this intellectual property |
| Wright | Yes. |
| O'Mahoney | Or selling to the trust this intellectual property with this value of $120 million. I just want to understand how did you receive that consideration, the $120 million? That's a large sum of money. How did it come to end up in your pocket? |
| Wright | I get an assignment of rights to Bitcoin held overseas, which is done against a loan. I mean, I had set up conditions ..... trust services and ..... the expenses ..... promotion of Bitcoin and promotion of cryptocurrencies and the research. And so - - - |
| O'Mahoney | Can I just pause there because I want to understand this. When you say you were assigned the rights to Bitcoin overseas - - - |
| Wright | Yes. |
| O'Mahoney | - - - is this the case, that there was a pile of Bitcoin or a pool of Bitcoin overseas with a value of approximately $120 million, and as part of these transactions you were assigned rights to that pot of Bitcoin, if you like? |
| Wright | I was assigned to part of that pot of Bitcoin. |
| O'Mahoney | So what percentage of that pot of Bitcoin was assigned to you? |
| Wright | Probably ..... |
| O'Mahoney | So does that mean that the total value of this pot of Bitcoin was about $240 million? |
| Wright | Well - - - |
| Sommers | Well, maybe if you ..... through this process by which the company's ..... capitalised. The company has paid the trust for their assignments and the trust paid you for this time. |

CONFIDENTIAL

DEF_00068681

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | Sommers | And it has been that way and so it's a bit – perhaps a bit clearer. |
| | Wright | Do you have a whiteboard? |
| | O'Mahoney | I don't. |
| 5 | Wright | No. |
| | O'Mahoney | But I've got an eager ear. Could I say this - - - |
| | Wright | Can I draw some diagrams and - - - |
| | O'Mahoney | Yes. No, I'm happy for you to assist but it's – really, for the purposes of the interview, we're going to be relying on the transcript. I just want to understand this. |
| 10 | | |
| | Wright | Well, could I get you a diagram that you could add to the transcript? |
| | O'Mahoney | Yes. No, no, certainly, but - - - |
| | Wright | If we can do that because I'm more a putting down diagrams person than trying to explain it. |
| 15 | O'Mahoney | Happy to do that but I do want to understand this, that it does seem that we're on common ground when we say there was a pool of Bitcoin out there or a pot of Bitcoin. And I think you indicated that you were given an interest of 50 per cent of that pot of Bitcoin. Is that correct? |
| | Wright | ..... |
| 20 | Sommers | No, I think that that's the miscommunication. So I don't think Dr Wright said that there was a 50 per cent interest in that pot of ....., no. |
| | Wright | Yes, it's not a – it's a loan of a number of Bitcoin. |
| | O'Mahoney | All right. Well, I just want to understand. I thought you did say the figure "50 per cent." But put that to one side. I - - - |
| 25 | Wright | The entirety would be around 50 per cent of the entire pot. I haven't spent all of that but - - - |
| | O'Mahoney | All right. But does that suggest that the entire pot is worth about $240 million? |
| | Wright | Not anymore. |
| | O'Mahoney | Okay. But was it at the relevant point in time? |
| 30 | Wright | At one point in time, yes. |
| | O'Mahoney | I did – where did that pot, that Bitcoin sit? |
| | Wright | In the Seychelles. The server was physically in Donchester. |
| | O'Mahoney | Conchester? |
| | Wright | Doncaster. |
| 35 | O'Mahoney | Don - - - |
| | Wright | Over in Britain. And backup servers in Seychelles and Singapore. |
| | O'Mahoney | And - - - |
| | Sommers | So we get into difficult questions when you ask things like where did you ..... |

CONFIDENTIAL

DEF_00068682

Interview Conducted with Craig Wright

|   | | |
|---|---|---|
| | O'Mahoney | No, no, I appreciate that.  But we need some reference point, some .....  But this pot of Bitcoin that, at one point in time, was worth $240 million, it was – partly, it existed by reference to Donchester, I think you said? |
| | Wright | Yes. |
| 5 | O'Mahoney | And, partly, by reference to the Seychelles. |
| | Wright | Yes. |
| | O'Mahoney | And, partly, by reference to Singapore. |
| | Wright | Yes. |
| 10 | O'Mahoney | And is that pot of Bitcoin – are there documents in existence at the time that would speak to that $240 million? |
| | Wright | You can check the value against the number of Bitcoin and do a calculation on the market value at any point in time, yes. |
| | O'Mahoney | How many Bitcoin were there? |
| | Wright | That I had a loan of or - - - |
| 15 | O'Mahoney |  No, that were part of this pot. |
| | Wright | The entire pot? |
| | O'Mahoney | Yes. |
| | Wright | 1.1 million. |
| 20 | O'Mahoney | And you had a – as part of this set of transactions where intellectual property was transferred into the trust, the DeMorgan Trust, you acquired a 50 per cent interest in that pot. |
| | Wright | Took 650,000 Bitcoins up to ..... |
| | O'Mahoney | Okay.  So your interest was 650,000 Bitcoin which was approximately 50 per cent of that pot. |
| 25 | Wright | A little bit more. |
| 30 | O'Mahoney | And you've mentioned a few times a loan.  I could understand this, that on the transferring of valuable assets into a trust you have transferred to you an interest in Bitcoin with X value, wherever they exist in the world.  You – I don't understand how the loan fits in.  Can you explain how that formed part of the consideration you received? |
| | Sommers | Sorry, just to be clear, what are you asking?  I don't understand the question. |
| | O'Mahoney | Because I don't know exactly what the loan refers to.  You've said a few times about - - - |
| | Wright | Yes, the loan from an entity in Seychelles. |
| 35 | O'Mahoney | Can you explain that. |
| | Sommers | There's a deed of loan - - - |
| | Wright | There's a deed of loan. |
| 40 | Sommers |  - - - by a trustee who holds a number of Bitcoin and that deed of loan document is a loan from that trust deed to Dr Wright of Bitcoin in the sum of 650,000 Bitcoin. |
| | O'Mahoney | But you have – if the value of the  ..... that has been transferred to the trust - - - |

CONFIDENTIAL

DEF_00068683

Interview Conducted with Craig Wright

|    | Sommers | Yes. |
|----|---------|------|
|    | Wright | That's - - - |
| 5  | Sommers | No, you're jumping around between different things.  So that's the loan.  You asked a question about what's the loan. |
|    | O'Mahoney | I was wondering how that - - - |
|    | Sommers | That's the loan. |
|    | O'Mahoney | - - - factored in. |
|    | Sommers | And then it – now explained - - - |
| 10 | Wright | So I used the rights to the Bitcoin to basically buy and sell between the entities.  So - - - |
|    | O'Mahoney | Can you explain that? |
|    | Wright | I will do it with all things I can move around.  Apples and oranges. |
|    | O'Mahoney | If you can - - - |
| 15 | Wright | I have to do it like this. |
|    | O'Mahoney | I mean, if you can do it by the use of words that's certainly going to be the most - - - |
|    | Wright | I can do maths.  I can do whatever else.  Use of words is not my speciality. |
| 20 | O'Mahoney | I appreciate that but one of the issues we've got is that the transcriber won't pick up, sort of, movement of fruit on a table.  So, I mean, I'm grateful for that sort of visual indication but we are going to have to, as best we can, reduce to words what we're talking about.  So the question is how is it that – you've just outlined a modus operandi of the use of this interest in Bitcoin. |
|    | Wright  . | .... All right.  So used – put a right to Bitcoin into one of the entities as capital. |
| 25 | O'Mahoney | Yes. |
|    | Wright | Pay it back to buy the goods.  So the internal things where it's just software that I haven't purchased externally is just a wash transaction.  I pay for it, I swap it.  It all equals zero and it all works out.  The only ones where there's any real difference are where there's an external party and Bitcoin have left |
| 30 | | and gone off to pay someone else. |
|    | O'Mahoney | Yes, and that's – does that happen from time to time? |
|    | Wright | Yes. |
|    | O'Mahoney | But to understand this, I mean, it's a big picture question, I guess.  At one point in time you received this consideration, $120 million for – roughly for |
| 35 | | intellectual property that you transferred to this trust. |
|    | Wright | Yes. |
|    | O'Mahoney | And you say that your consideration for that was an interest in roughly 650,000 Bitcoin.  Is that correct? |
|    | Wright | No. |
| 40 | Sommeres | No.  No one said that the entire 650,000 Bitcoin were transacted.  That was the – you asked about the loan. |

Page 19 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| O'Mahoney | Yes. | |
| Sommers | That's the pool and, on top of which, a number of Bitcoin were transacted not equal to that. | |
| O'Mahoney | Okay. I'm sorry, I misunderstood. I thought there was a pool of 1.1 million. | |
| Wright | ..... | |
| Sommers | There's a pool, there's a loan of a subset of that 1.1 million and then a further subset of that 650 is being dealt with in relation to the capitalisation of the companies and the companies' spending money acquiring the IP. | |
| O'Mahoney | All right. Well, okay, I'm grateful for that clarification. We will come back to it. Tell me this, that the – you were describing earlier the process whereby assets were transferred into the trust and we've been speaking about the consideration that you received for those assets. Then I think – correct me if I'm wrong – you said something like the idea was we put everything into the trust or I put everything into the trust and then distribute out from that trust. | |
| Wright | All the software, yes. | |
| O'Mahoney | That's what I was going to ask. So can you tell us about that second phase, the distributing out. What do you mean by that? | |
| Wright | There are millions of ..... code. I've split up ownership of parts of those different entities. Each of those are focussed on different areas, some to do with security around the Blockchain, some are to do with the exchange of that ....., some are to do with the banking. Andrew, a few of the ATO people have seen it but I own a ..... software and platform at the moment. And one that we've been able to alter so that we can use it on the Blockchain which really ..... couldn't do with, well, billion dollar companies being able to, ultimately, ..... worked. So part of all that and that failing and whatever else, I've gone out and bought everything I needed to create my own. | |
| O'Mahoney | Okay. And so is this the case, that there's a lot of software and a lot of IP that, at one point in time, you say, was the property of the trust and that that has been distributed to various companies that you control, based on what those companies do and what the relevant IP is. | |
| Wright | Yes, yes. | |
| O'Mahoney | Is that a - - - | |
| Wright | ..... each one individually. | |
| Sommers | How was it distributed because I think Greg is going down a path about the word "distributed" which I don't think has explained how it was distributed. | |
| Wright | We did an assignment. So there's a contract where we bought and sold all of the software listing which bits were given to each particular entity. And then we capitalised each of the companies. So out of the pool, we've got the rights to Bitcoin into something like Coin Ex and then Coin Ex buys back the rights to the particular bit of intellectual property. | |
| O'Mahoney | Are there sort of documents that have been created in respect of the trust that would evidence the total or the global amount of IP or software that the trust had transferred to it at a point in time? | |
| Wright | Yes, yes. | |
| O'Mahoney | And are there documents evidencing the specific transfers from the trust to these various entities or - - - | |

Page 20 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Each of those have been given to the Tax Office. |
| | O'Mahoney | - - - discrete software. |
| 5 | Wright | And even before any of this, back in the '12/13 year, I approached the Tax Office to get a BDR. My comment was, first, can I get around doing GST on these transactions because, apart from the external ....., what I wanted to do was just say, look, I don't have the same shareholding in each of these things but they're all a wash transaction. Can I just do it with no GST because it all works out at zero in the end? And the comment from the Tax Office was no and they gave me a BDR saying you have to put tax on any transaction. |
| 10 | O'Mahoney | Can you explain what you mean by "wash transaction?" |
| | Wright | It equals zero at the end of the day, it - - - |
| | O'Mahoney | In what sense? |
| | Wright | There's a plus and a minus for GST and the plus and the minus are exactly equal. |
| 15 | O'Mahoney | And is that - - - |
| | Wright | One party owes, one party doesn't, and they're all related anyway. |
| | O'Mahoney | Well, is that - well, that's what I was coming at. Is it that you say that it's that zero type transaction or wash transaction in the context of entities that are related - - - |
| 20 | Wright | Yes. |
| | O'Mahoney | - - - transacting with one another. |
| | Wright | Yes. |
| | O'Mahoney | All entities that you control. |
| | Wright | Yes. |
| 25 | O'Mahoney | And tell me this, that – focussing in on, I guess, the present dispute. We know that there were a number of invoices issued by DeMorgan to Coin Exchange on 1 July 2013. |
| | Wright | Yes. |
| 30 | O'Mahoney | Can you tell us about the circumstances in which those invoices came to be issued? |
| | Wright | We set up how we were going to distribute the software, what the payment schemes are and plans and issued invoices against that. |
| | O'Mahoney | And when you say "we," who was that? |
| | Wright | Myself and other people who were involved with all of this. |
| 35 | O'Mahoney | Who were? |
| | Wright | Involved with running the companies. |
| | O'Mahoney | Yes, but - - - |
| 40 | Wright | Initially, Jamie Wilson but we had a falling out. He still owns 15 per cent of the original company and the patent that I failed at ..... Ramona is involved, other people were involved as well. |
| | O'Mahoney | So both Jamie and Ramona would have been involved in, what, the issuing of these invoices? |

Page 21 of 45

CONFIDENTIAL

DEF_00068686

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. I actually stepped out from one side because the coin – like, for Hotwire and things I didn't sign as a Hotwire director because then, if I'm a Hotwire director, I didn't want the conflict type thing. So I signed for the trust and Jamie and Ramona signed for the company or Coin Ex, at this stage, was Jamie. |
| 5 | O'Mahoney | In circumstances where you didn't want to be signing, if you like, on both sides of the ledger. |
| | Wright | Yes. |
| | O'Mahoney | Both sides of the ..... |
| 10 | Wright | Yes. I thought it was better if I stepped back and acted on one side rather than both. |
| | O'Mahoney | So who prepared the invoices? Who would have drafted them? |
| | Wright | Jamie, and they were a bloody mess and we had to redo ..... |
| 15 | O'Mahoney | Okay. We will come back to that. But Jamie prepared them, what, on your instructions? |
| | Wright | Well, he was the finance person ..... for the ..... he was going to be ..... CFO. |
| | O'Mahoney | For DeMorgan? |
| | Wright | No. Not for DeMorgan. |
| | O'Mahoney | All right. |
| 20 | Wright | For the companies. But he ran – he was going to run all the accounts and everything for it. |
| | O'Mahoney | Okay. But who from DeMorgan issued these invoices? |
| | Wright | I issued the invoices ..... DeMorgan. |
| 25 | O'Mahoney | You did? I thought you said that Jamie did and he got it wrong and you had to redo them. |
| | Wright | Yes. I ended up redoing them because Jamie – his wife and himself, well, I think they're now divorced. I don't know ..... they've separated around that time and didn't realise ..... big mess and he didn't end up doing half the things he was meant to do. |
| 30 | O'Mahoney | Okay. So to be clear, is this the case, that in the first instance, the invoices ..... prepared by Jamie, you weren't happy with them, you edited them, they needed quite a bit of fixing? |
| | Wright | Yes. |
| 35 | O'Mahoney | It sounds like. Tell us about anyone else who would have contributed to the original preparation of these invoices. |
| | Wright | The original? |
| | O'Mahoney | Yes. |
| | Wright | No one else. |
| 40 | O'Mahoney | No. Did Jamie prepare the invoices on instruction from you in the first instance? |
| | Wright | Well, yes. |
| | O'Mahoney | And what were your - - - |

Page 22 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | And he wasn't part of the trust. |
| | O'Mahoney | And what were your instructions to him? |
| | Wright | Basically prepare the invoices. |
| | O'Mahoney | You would have to say a little bit more than that. |
| 5 | Wright | Well, yes, I but I don't remember exactly what I said. |
| | O'Mahoney | No. |
| | Wright | We had - - - |
| | O'Mahoney | But we don't live in la la land. We're not expecting you to remember word for word, but the substance of what was said. |
| 10 | Wright | We had contracts. |
| | O'Mahoney | Yes. |
| | Wright | And assignment documents. And along those contracts and assignment documents ..... invoices. |
| 15 | O'Mahoney | Okay. The – and is this the case, that those invoices were issued – tell me this, that they were prepared by Jamie. When were they issued to Coin Exchange? Or how were they I guess is more relevant. We know - - - |
| 20 | Wright | Well, we set up everything as zero and you just click a button and it goes from one zero account to another zero account. So we have different accounts ..... and, electronically, invoices are transmitted over the internet to another system on the internet. |
| | O'Mahoney | All right. If I - - - |
| | Wright | I don't ..... if I don't have to. |
| | O'Mahoney | No. Okay. Yes. |
| | Wright | As you're probably aware from the past ..... |
| 25 | O'Mahoney | If I sent an invoice over email, there's a record of the date that I send the invoices, a documentary trail, if you like. You can create a picture of when it was sent. Is there such a record here in respect of these invoices? |
| | Wright | Ones where they've been sent and fixed and deleted ..... yes. |
| 30 | O'Mahoney | Is this the case that after the invoices were first issued, they were subject to further editing? |
| | Wright | Yes. |
| | O'Mahoney | And what was the nature of the further editing? |
| 35 | Wright | After Jamie disappeared beginning of October ..... contact ..... John Chesher ..... in the past. John said, "There's errors here. Fix them." And then we were talking ..... the Australian Tax Office and they said, "No. Things have to be this way," so we did them. And - - - |
| | O'Mahoney | Okay. |
| | Wright | Basically going backwards and forwards, trying to get what everyone wanted as being correct. |
| 40 | O'Mahoney | Okay. Just unpacking that. Firstly, I think, where there was some input from John Chesher. Tell us about that input. |
| | Wright | What do you mean? Sorry. |

Page 23 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | Well, what was his input?  He obviously — I think you indicated he had some problems with the invoices.  What were those problems? |
| | Wright | Dates. |
| | O'Mahoney | Okay.  What did he say? |
| 5 | Wright | I had predone — because they were for 12 month periods, I had actually pre-done things before when they ..... so we had finalised transferring software on 15 July.  Because it was a 12 month contract, I've just done it from 1 July ..... because it's a 12 month contract anyway.  For the whole year, I just dated the thing when I ..... and tried to get it ..... the first time as of the 1st.  And John said you can't do that.  You've got to ..... the other or you've got to ..... it this way, so - - - |
| 10 | | |
| | O'Mahoney | All right. |
| | Wright | Dates were a big issue, which I still can't see as the problem because it's still in the relevant period, etcetera, etcetera ..... |
| 15 | O'Mahoney | And you were saying that there was some further input from the Commissioner for the Tax Office. |
| | Wright | Yes. |
| | O'Mahoney | What was that — were changes made following that input? |
| | Wright | Yes.  Everything was totally redone. |
| 20 | O'Mahoney | Okay. |
| | Wright | That's where Andrew and everything was involved.  I stepped back totally, and Andrew and John and everyone went back and forwards, having me pull out my hair, and saying this is how it has got to be now.  And the values all worked out the same except ..... - - - |
| 25 | O'Mahoney | Okay.  Well - - - |
| | Wright | Different ways of doing it.  I won't even go there because I have no idea.  All they — all I know is Andrew and John and everyone else went back and forwards, pulling apart the things and redoing it all ..... |
| 30 | O'Mahoney | All right.  Well, can I ask this, Dr Wright.  To the best of your understanding, what changes were made to the invoices following input from the Commissioner? |
| | Wright | How we ..... GST.  So the actual value after everything cancelled out is exactly the same, so I don't — I still don't see the point of it. |
| 35 | O'Mahoney | Okay.  The point of it is one thing.  But I just want to understand, in the first instance, what changes were made to the invoices following input from the Commissioner? |
| | Wright | I don't really know or understand.  I know that it was reissued and Andrew and John did a whole lot of ..... things and John came back and he did invoices and he reissued everything and put it back onto the system.  And the amounts were exactly the same, so I didn't complain. |
| 40 | | |
| | O'Mahoney | All right.  One feature of the invoices - if you like, there are a number of invoices all dated 1 July 2013 and they add up to, I think, $38,170,000 or thereabouts.  Tell us this, what were the circumstances that resulted in multiple invoices being issued in the amounts that they were, i.e. a number of invoices for $5.445 million and a larger invoice for $10.945 million? |
| 45 | | |

Page 24 of 45

DEF_00068689

Interview Conducted with Craig Wright

|   | Wright | Sorry.  From who to whom are these invoices? |
|---|--------|----------------------------------------------|
|   | O'Mahoney | The invoices from DeMorgan to Coin Exchange. |
| 5 | Wright | That was to do with the conditions in the software distribution contract, which I don't know if we have got a copy there but they have got copies of it. |
|   | O'Mahoney | Well, I want – so you say there's a contract that will – that breaks down - - - |
|   | Wright | Yes. |
|   | O'Mahoney | - - - each of these amounts? |
|   | Wright | Yes. |
| 10 | O'Mahoney | And that each of these amounts is reflected, what, in a - - - |
|   | Wright | Payment schedule. |
|   | Sommers | Payment schedule. |
|   | O'Mahoney | In a payment schedule. |
|   | Wright | Yes. |
| 15 | O'Mahoney | All right.  Normally, when you think of – when you say payment schedule, that in my mind normally invokes sort of staggered timing.  These were all invoices issued on the same day.  What do you mean by payment schedule? |
|   | Wright | They were issued on the same day but if you read the conditions for each period - - - |
| 20 | O'Mahoney | Yes. |
|   | Wright | Because work was going to be ongoing over that period using that software. |
|   | O'Mahoney | But looking at the – on the face of the invoices, they all are framed in, I think I'm right in saying, more or less identical terms:  software sales-prepaid 2014 to 15, software licence. |
| 25 | Wright | ...... numbers. |
|   | O'Mahoney | There's - like in terms of - - - |
|   | Wright | Invoice numbers. |
|   | O'Mahoney | In terms of the description, I can put - - - |
|   | Wright | In terms of the invoice numbers. |
| 30 | O'Mahoney | The invoice numbers are different but I am just talking about on the face of what's described as the sale, if you like, or the supply.  If I just show you them, is there anything on the face of those invoices that you could direct us to that would explain what specifically was the subject of each in terms of the relevant supply? |
| 35 | Wright | Well, not much in the invoices because it is some – it's the contract that actually does anything, and I think one of these was cancelled anyway ..... double-check on the system but I think invoice 6 and 10 basically ended up with the same thing.  And then you will notice 5 is 13, 14 and then the other was 14, 15. |
| 40 | O'Mahoney | I'm grateful for that.  But when you say that an invoice was cancelled, what were the circumstances of that? |
|   | Wright | It was cancelled because it was incorrect and another one was issued. |

CONFIDENTIAL

DEF_00068690

Interview Conducted with Craig Wright

| | O'Mahoney | In what way was it incorrect? |
|---|---|---|
| 5 | Wright | I don't remember all the details. I think it might have been double-issued or something like that or whatever else. All I know is there is a schedule in the contract and that schedule is what dictates the invoices and which periods they cover. |
| | O'Mahoney | And apart from the contract, are there any other documents that were created around these transactions? |
| | Wright | Yes. |
| 10 | O'Mahoney | Emails – what sorts of documents? |
| | Wright | There's emails of course. There's all the emails back in - at which point do you want to talk about? |
| 15 | O'Mahoney | Well, at around the time that this – these transactions totalling $38.1 million are said to have occurred. What sorts of documents beyond the contract and the invoices do you say evidence those transactions? |
| | Wright | There's an assignment of the transaction. There's the details in the Supreme Court of the software. There's the – what do you call it – the sale for the actual external software that was purchased. |
| | Sommers | ..... as between – are you asking between the Wright Family Trust - - - |
| 20 | O'Mahoney | That's right. Between - - - |
| | Sommers | And Coin Exchange. |
| | O'Mahoney | The two parties to the transaction. |
| 25 | Wright | Well, purely that, there's just a couple of emails and the contracts. I mean, I don't see why I would have more than that. It's myself running a company and myself running a trust. I documented it all in contracts. I documented the schedules. I'm not going to send emails back and forwards to myself going, "Hey Craig, I'm doing this." "Yes, Craig, that's a good idea." "Hey Craig, what do you think if I do that?" |
| 30 | O'Mahoney | The – tell me this, that in terms of the receipt of these invoices, on any view of it, the supplies they are said to reflect were valuable - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - with a total value of about $38 million. How was it that the value of said supplies was arrived at? |
| 35 40 | Wright | As I said before, the combination of input plus predominantly a number of lines of code, standard ..... valuations, which was used in the US all the time. And I have got ATO documents saying that it was used by – that it's a ..... valuation by the Australian Stock Exchange. I have got ..... ATO. I have got training presentations from the ATO that say this is one way of valuing software, hence used COCOMO. I had an independent FCA chartered accountant go over the figures I used and came back with, "That's too aggressive, you should set that lower," all those sort of things. |
| | O'Mahoney | And how was it that at this stage in its corporate live Coin Exchange was in a position to acquire such valuable supplies? |
| 45 | Wright | Because I have rights to Bitcoin and I capitalised the entity. |

Page 26 of 45

CONFIDENTIAL

DEF_00068691

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | Okay.  The – we will come back to that but can I ask this, that we – that – obviously the subject of these supplies was software.  In terms of the mechanics of what's reflected on the invoice it says here, "Due date 15 August 2015," on – I think on - - - |
| 5 | Wright | Yes. |
| | O'Mahoney | - - - one of the invoices and 15 August 2014 on another, 15 August 2013 - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - on another.  What are those due dates referable to? |
| 10 | Wright | There were a number of milestones in taking some of the software and updating and converting it and moving it so that it was more usable for what we want in each of the companies. |
| | Sommers | In clause 11 of appendix 1 ..... |
| | O'Mahoney | Yes.  That's what I wanted to clear.  In your mind, is that a reflection of the date by which payment was due? |
| 15 | Wright | Due, yes. |
| | O'Mahoney | Due.  Okay. |
| | Wright | It's sort of due when the particular task, activities and whatever else had been completed. |
| 20 / 25 | O'Mahoney | All right.  The – I will come back to this.  I mean, you have mentioned the issue – that there being an issue of the date.  One of the interesting or threshold issues, as I'm sure you will appreciate in this dispute, is that the date of registration of DeMorgan in terms of its ABN.  We know – we have got pretty clear information that it was registered on 26 August 2013.  Are you able to tell us how it came to be that in those circumstances, DeMorgan was issuing invoices - - - |
| | Wright  . | .... DeMorgan ..... - - - |
| | O'Mahoney | I've just got to get the question out clearly before you answer it.  Are you able to tell us how, in those circumstances, DeMorgan was issuing invoices as at 1 July 2013? |
| 30 | Wright | The trust was formed in June 2013.  What happened was Dianne was meant to - or ..... both or one or the other ..... can send it off to the ATO when they set up the trust.  What they ended up doing was just giving ..... trust and ..... - - - |
| 35 | O'Mahoney | I think – I think what ..... example is were those documents issued on 1 July 2013? |
| | Wright | No. |
| | O'Mahoney | Well, no, actually.  The question was can you explain to us how it came to be in those circumstances of DeMorgan being registered in August – on 26 August 2013.  How did it come to be that the invoices were issued on 1 July? |
| 40 / 45 | Wright | ..... the contract was signed in August – end of – after the trust had been registered.  What I ended up doing was filling out an invoice that said ..... period, because that's what it was meant to be.  The trust that actually formed on 1 June, so after filling out the contract – I think it was the 26th, or something like that, of August – I had the contract, but the invoices for the contract signed as of that ..... date, because I thought that's what I'm meant to do.  It's still the same GST period.  I didn't think it would be a problem.  I thought the |

CONFIDENTIAL

DEF_00068692

Interview Conducted with Craig Wright

|   |   |   |
|---|---|---|
|   |   | correct way, being what we're talking about, was, for the whole period, was to have a ..... with that date, which was my mistake; I should have invoiced them for the whole period from the date that I had them. Jamie, who was the CPIE, just disappeared all the time – didn't get ..... |
| 5 | O'Mahoney | Was Jamie involved in this, what I think you've referred to as backdating? |
|   | Wright | I ended up doing the backdating because I thought it was correct. |
|   | O'Mahoney | When did you do the backdating? |
|   | Wright | When I set them – when I tried fixing up the invoices. |
|   | O'Mahoney | And who else was involved in the backdating? |
| 10 | Wright | Just me. |
|   | O'Mahoney | And to backdate something – the – the suggestion is there was already date. Had Jamie arrived at the original date? |
|   | Wright | Jamie went with ..... |
|   | O'Mahoney | But he obviously arrived at the original date? |
| 15 | Wright | Yes. |
|   | O'Mahoney | And did he do that on instruction from you? |
|   | Wright | Well, he did it on instruction from the contracts. |
|   | O'Mahoney | And when did – as best you recollect, when was Jamie's version of the invoice created, or invoices? |
| 20 | Wright | The proper ones that we ended up with in the system, whatever the date is on the contracts, it would have been the day after that ..... August. |
|   | O'Mahoney | All right. The – the – the software that was being supplied, I think it falls into two categories – and you will have forgive me; I don't share your technical expertise, so I'm going to need a little bit of enlightenment. |
| 25 | Wright   . | .... |
|   | O'Mahoney | Okay. I'm sure it does, and maybe I've oversimplified it, but - - - |
|   | Wright | Yes. |
|   | O'Mahoney | - - - certainly from my reading of the brief materials, it indicates that, broadly, there was some software that was associated with Seimens. Is that correct? |
| 30 | Wright | Yes. That's so. |
|   | O'Mahoney | And some other software that as associated with an entity Albaraka. |
|   | Wright | That's the external software, not the internal software. Yes. |
|   | O'Mahoney | All right. Well, can we just go through them one at a time. |
| 35 | Wright | That's the predominant software. There's also a number of other small parts of software in the contract ..... the two large ..... external contractor were those two. |
|   | O'Mahoney | All right. Well, can we just go through them one at a time. Starting with Seimens Software, tell us about that. |
| 40 | Wright | Seimens Software is mine automation software, or ..... automation software. Basically what we're doing is it's a sort of ..... software designed to run and automate anything from a factory to a mine ..... else. As I've been saying, what I want to do is take a number of ..... and automate them. So I want to do |

Page 28 of 45

DEF_00068693

Interview Conducted with Craig Wright

|   |   |   |
|---|---|---|
| 5 | | something that will work on the block chain and automate the payment ..... I wanted to actually have a set budget, and the budget is prepaid, and that ..... based on use, will actually distribute payment to the energy grid based on different times, etcetera, like that and negotiate itself.  So my Seimens Software – well, what it's actually used for is creating ..... if you look at the things that have been - ..... mine and everything like that at the moment, it is becoming profitable for iron ore because they have less people.  So they're automating all these machines that go down underground, and they're effectively robots that are pre-programmed to do certain things.  I want to take that and monetize it, so we build it directly into the block chain, and we have all this automation software, and then we have it built into everything you can think of, whether it's home appliances, whether it's light bulbs, computers, internet access – so, per packet on internet access would be micro payments, and then we could also have it so that it controls the device based on what's actually out there, whether there are other sensors in here.  So, for instance, if it senses selected people in the room versus a large meeting versus a small one - - - |
| 10 | | |
| 15 | | |
| | O'Mahoney | Okay. |
| 20 | Wright | The ..... would turn on and off depending on the time of day and ambient light.  If it can sense a particular person – so you have an RFID tag or something else – and it knows that – it starts to learn over time that you like a brighter room, it will do that but in a way that can be billed back automatically to the owner of the project. |
| 25 | O'Mahoney | So is it the case that, in part, the software is directed towards energy efficiency? |
| | Wright | In part, yes. |
| | O'Mahoney | And, in part, it's directed towards - - - |
| | Wright   . | .... |
| | O'Mahoney | - - - convenience – user convenience, user amenity. |
| 30 | Wright | And also user pace. |
| | O'Mahoney | User pace?  All right. |
| | Wright | Yes. |
| | O'Mahoney | A way of charging users. |
| 35 | Wright | Eventually, I mean, to take it to the ultimate extreme, if you commercialised roads – they have governments ..... you take the road, get rid of local councils, because they suck, and you actually then give ownership to a section of road or road, or whatever else, to individuals who can then trade and distribute that based on smart property contracts.  As people go up the road, you could have something like you have the tolls systems now where it's an automated payment, and that automated payment goes towards the maintenance and control of the road.  So if you have a suburban road, people could limit the amount of traffic by increasing how much it's going to cost to go on the road. |
| 40 | | |
| 45 | | So if you don't want people going up your road, the same as a strata-type thing, everyone gets together, they vote based on, you know, holdings in the block chain, and say, "We are going to charge $10 for everyone to go up the road unless you happen to be a resident, in which case you get this much free access and this much paid."  That can then be tied to contractual obligations to maintain the road.  So the road itself can actually have contractual |

CONFIDENTIAL

DEF_00068694

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | | obligations so that if a certain number of people then do things like Twitter in and say, you know, "Hey, there's a pothole" - - - |
| | O'Mahoney | Yes. |
| | Wright | - - - "and they fixed it and it's automated and" - - - |
| 5 | O'Mahoney | I understand the concept. I understand. Thank you for that explanation. Tell me this, how is it that this line of software or this type of software is identified by reference to Seimens? |
| | Wright | Seimens have an automation and control suite. |
| 10 | O'Mahoney | What does that mean? Is Seimens responsible for some of the intellectual property that has gone into this software? |
| | Wright | Yes. I'm pulling it apart and reverse engineering it. |
| | O'Mahoney | Okay. But pulling apart what is effectively, in the first instance, a Seimens' product; is that right? |
| | Wright | Yes. |
| 15 | O'Mahoney | And - - - |
| 20 | Wright | Under Australian law there is no – it's not like the Digital Millennium Copyright Act in the US where ..... be breaking the law by pulling apart the software. Here in Australia, I can actually reverse engineer and recreate. So what I am doing is taking something where I don't have source code or anything like that, and if you will look at some of my skill sets, I taught reverse engineering ..... particularly from a malware point of view but from other points of view as well. So I could take a piece of compiled code, where there's no documentation, and I can - - - |
| | O'Mahoney | Back engineer it or reverse engineer it. |
| 25 | Wright | Back engineer it back into something that is usable. |
| | O'Mahoney | All right. |
| | Wright | And recreate my own version. |
| 30 | O'Mahoney | Tell us this, just focusing on this Seimens' software. For the Seimens' software to have been the subject of this transaction between Coin Exchange and DeMorgan, it must have at some point in time been the – well, it's - obviously it was at some point in time, you say, the property of DeMorgan. DeMorgan had to have acquired it to sell it. |
| | Wright | Yes. |
| 35 | O'Mahoney | That's simple enough. DeMorgan, I think you say, acquired the software from you? |
| | Wright | Yes. |
| | O'Mahoney | Specifically this Seimens' software, can we just go through how – for DeMorgan to have acquired it from you, you had to have had it at some stage. So if we could start at the beginning |
| 40 | Wright | I did a - - - |
| | O'Mahoney | Let me finish the question, and I'm sorry it's a long-winded one. Dr Wright, how did you first acquire this Seimens' software? |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | I dealt with a company called MJF and they ..... turned out to be a rather dodgy fellow called Mark Ferrier, who said – he could get me access to the software. | |
| O'Mahoney | Okay. | |
| Wright | I purchased it from him.  I then sold it into the trust – in the trust and split up the bits and sold them. | 5 |
| O'Mahoney | All right.  So let's just start – what is MJF? | |
| Wright | MJF is the only company I know with no directions in Australia at the moment ..... removed Mark. | |
| Sommers | I think ..... was somewhat more limited. | 10 |
| O'Mahoney | It was.  That's a fascinating description.  It sounds like a bus without a driver, but – MJF – – – | |
| Wright | Worse than that. | |
| O'Mahoney | What do you know about MJF? | |
| Wright | Now or then? | 15 |
| Sommers | Yes.  That's the important distance. | |
| Wright | Now, a lot more than I knew then. | |
| O'Mahoney | Well – okay.  How about we work up to MJF.  Let's start with – I just want to understand how you came to acquire the Seimens software.  You mentioned this figure – this character, Mark Ferrier.  You met him at a mining conference. | 20 |
| Wright | Yes. | |
| O'Mahoney | What was the mining conference? | |
| Wright | One of them.  I speak at lots of conferences.  I can't remember. | |
| O'Mahoney | You can't remember which one.  Can you remember, roughly, when it was? | |
| Wright | End of – I would have to look at my ..... | 25 |
| Sommers | There's an entire breach of ..... | |
| Wright | I've got a new phone.  I kept my old phone because I got the SMSs and everything from – from Mr Ferrier.  So what I've done is I've – I've bought a new phone totally, so that I could put the old phone there and leave all the evidence untouched. | 30 |
| O'Mahoney | Okay.  But – no one is holding you to precise dates.  But as you best recollect, when was it that you first met Mark Ferrier? | |
| Wright | End of 2012, beginning of 2013.  We started dealing properly in beginning of – like January, February 2013. | |
| O'Mahoney | All right.  So early 2013. | 35 |
| Wright | Yes. | |
| O'Mahoney | Was he – was he also presenting at this conference? | |
| Wright | No. | |
| O'Mahoney | Was he attending? | |
| Wright | Yes. | 40 |
| O'Mahoney | And – and does he have an interest in the mining sector? | |

Page 31 of 45

CONFIDENTIAL

DEF_00068696

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And at the conference you had a conversation with him about business opportunities. |
| 5 | Wright | He came up to me, actually, after I had been talking, because I had been talking about automation and I had been talking about all these different things, and I sort of let people know that I was ….. |
| | O'Mahoney | Okay.  And is this the case – did he pitch an idea to you? |
| | Wright | Yes. |
| 10 | O'Mahoney | And what did he say?  Again, I'm not going to hold you to a word-for-word account, but just tell us about this interaction.  What did he say, as you recollect, and what did you say? |
| 15

20 | Wright | I know he came across – all right.  Can we just say there is allocution Mark and there is low, down and dirty Mark.  There are two versions – or at least two versions of Mark, as other people ….. found out as well.  I was dealing at that stage with the refined Mark whose father was Ian Ferrier and had a background in mining and financing and all these things.  Talked a really good game and told me how he could get access to software and things like that I wanted.  Not straight away.  Not day 1.  We built up a little bit of a rapport first.  I told him – asked me about what I wanted.  Really interested in what I was doing.  I mean – so as I – as I ….. I can rant and rave on about that stuff. |
| | O'Mahoney | But did you and Mark start speaking on an ongoing basis? |
| | Wright | Yes. |
| | O'Mahoney | And in the course of those discussions – – – |
| 25 | Wright | Mostly Skype, SMS, some emails. |
| | O'Mahoney | Some emails.  Some SMS. |
| | Wright | Yes. |
| | O'Mahoney | And you've got – you've kept some of those, I take it. |
| 30 | Wright | I actually got a new phone** so that I could keep the other phone and just put it aside and ….. |
| | O'Mahoney | So yes. |
| | Wright | Yes. |
| | O'Mahoney | And is this the case, in the course of those discussions, he pitched to you the idea of you acquiring some – we will call it the Siemens software. |
| 35 | Wright | Well, he had asked me what I wanted and things like this, and I – in talking about automation software and I was there at the conference for that, and he then said he could get hold of this software from Siemens. |
| | O'Mahoney | And did he put that to you as a potential investment? |
| | Wright | He said he could sell it to me. |
| 40 | O'Mahoney | He told you he could get hold of it. |
| | Wright | Yes. |
| | O'Mahoney | Did he tell you that he owned it? |
| | Wright | No. |

Page 32 of 45

CONFIDENTIAL

DEF_00068697

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | So he was indicating that he could source it. |
| | Wright | Yes. |
| | O'Mahoney | And did he explain how he could do that? |
| | Wright | Not at first, no. |
| 5 | O'Mahoney | Did he at any point in time? |
| | Wright | My problem was I didn't have cash, I had Bitcoins, which he said he could source someone else who would take the Bitcoin and for the Bitcoin he could give me the software. |
| 10 | O'Mahoney | All right.  And he – did he explain to you how he could source it at any point in time, this software? |
| | Wright | No.  I didn't ask. |
| | O'Mahoney | You didn't ask.  Because I asked you that a minute ago and you said not at first, but I thought you might be about to say that later on he explained how it came to be that he was able to source this software. |
| 15 | Wright | Not the Siemens software. |
| | O'Mahoney | No.  Okay. |
| | Wright | I just assumed that he was as successful as he made out. |
| | O'Mahoney | All right. |
| | Wright | He talks a really good game when he wants to. |
| 20 | O'Mahoney | Was he indicating that he was working for Siemens or that he had a relationship with Siemens? |
| | Wright | No.  He was a mining contractor.  He was dealing with a company called Paynes Find Gold. |
| | O'Mahoney | Paynes Find Gold. |
| 25 | Wright | Yes. |
| | O'Mahoney | Yes. |
| | Wright | And - - - |
| | O'Mahoney | How do you spell that? |
| | Wright | P-a-y-n-e-s Find Gold. |
| 30 | O'Mahoney | Okay.  And what, in that context he raised the ability to source this software. |
| | Wright | Yes. |
| | O'Mahoney | Is that right? |
| 35 | Wright | He said he knew a lot of people with money apart from himself;  his father and all the rest.  He said he had about $5million in trust that he had father had set up, and other money.  He gave me a whole lot of contacts, mostly of the porn industry.  The porn industry has money.  Like the guy from the adultshop or whatever it was ….. he had. |
| | O'Mahoney | He shared with you some contacts, but specifically on this Siemens software, he indicated he could source it for you. |

CONFIDENTIAL

DEF_00068698

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | Well, he did a mining contract so what he was involved with was setting up and doing mining contracts, and mining contracts these days are more and more software, hardware, little robots. |
| 5 | O'Mahoney | And how did it progress from there?  It was a topic of discussion;  he raised it, he pitched an idea.  Tell us about how the transaction occurred. |
| | Wright | We went back and forwards for a while because it was bloody expensive. |
| | O'Mahoney | The software was? |
| | Wright | Yes. |
| | O'Mahoney | Did he tell you what the price of it would be? |
| 10 | Wright | Yes. |
| | O'Mahoney | What did he say? |
| | Wright | I can't remember but it was in the order of about $5.5 million for everything I wanted. ..... |
| 15 | O'Mahoney | Did – and you, I presume, to get a figure like that, had to be pretty clear with him about what you wanted. |
| | Wright | Yes. |
| | O'Mahoney | Did you reduce that to writing? |
| | Wright | We talked and Skyped and other things, so I've got records in Skype. |
| 20 | O'Mahoney | But thinking about that, that's a lot of money for software.  You wouldn't, I don't think, want to leave too much to chance.  Did you reduce to writing what you required? |
| | Wright | Yes, everything in the Siemens suite. |
| | O'Mahoney | Everything in the Siemens suite. |
| | Wright | Yes. ..... |
| 25 | O'Mahoney | Did you list out what that meant to you? |
| | Wright | We talked over Skype about it.  It's the full suite of software in that area and there's like quite a list, etcetera. |
| | O'Mahoney | Is it – when you say a full suite of software, is it readily identifiable as a suite? |
| | Wright | There are a number of suites, yes. |
| 30 | O'Mahoney | Does this suite have a particular name? |
| | Wright | Yes.  I would need to look at the particular things but at the moment I can't remember. |
| | O'Mahoney | And at any rate - - - |
| | Wright | There's a number of different things. |
| 35 | O'Mahoney | Okay.  At any rate he mentioned this $5.5 million figure. |
| | Wright | Mmm. |
| | O'Mahoney | One – I mean, I've been involved in a number of IP cases and software-type cases, and one of the issues that invariably comes up is that of licensing, whether or not particular software is licensed, whether it's low value or high value.  What discussions did you have about the licensing of this software? |
| 40 | Wright | I wanted licensed software. |

Page 34 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | And you made that clear to him? |
| | Wright | Yes. |
| | O'Mahoney | And he said to you he would make sure that it was? |
| 5 | Wright | Yes, and I eventually got a licence code in my name, so I'm assuming it's in my name, that it's -- there's not another Craig S. Wright out there, that it's just reflected from. |
| | O'Mahoney | How long did the negotiations go for in respect of the Siemens software between you and Mr Ferrier? |
| | Wright | It wasn't much at first, probably three months. |
| 10 | O'Mahoney | That's - - - |
| | Wright | ..... the other software – the other software at the same time.  We were sort of mashed together. |
| | O'Mahoney | Okay.  And in the course of that – those negotiations, did you ever negotiate in writing with him? |
| 15 | Wright | Skype. |
| | O'Mahoney | Skype's not in writing last time I checked. |
| | Wright | Tape. |
| | O'Mahoney | So there was some messaging within Skype? |
| | Wright | Yes. |
| 20 | O'Mahoney | And is that recorded?  Would you have records of that? |
| | Wright | Yes.  I believe I've given two keeper copies - - - |
| | Sommers | We've got some.  We'll get them up to the Tax Office. |
| 25 | O'Mahoney | Yes.  And tell me this, that – when you formally reached agreement with Mr Ferrier, was that person to person?  Did you reach agreement with him in person? |
| | Wright | No. |
| | O'Mahoney | How did that agreement occur? |
| | Wright | Over Skype. |
| | O'Mahoney | Over Skype? |
| 30 | Wright | Over Skype. |
| | O'Mahoney | Face to face in a virtual sense. |
| | Wright | Yes. |
| | O'Mahoney | And you mentioned earlier the entity MJF. |
| | Wright | Yes. |
| 35 | O'Mahoney | And we hit a bit of a roadblock, courtesy of my questioning about that.  Tell us about how MJF fitted in to this. |
| | Wright | Well, MJF was the company that we were dealing with.  Mr Ferrier was the director at the time of that.  He has now been – I don't know what you would call it, "undirected".  ASIC - - - |
| 40 | O'Mahoney | He has been disqualified, has he? |

Page 35 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | I don't know why - - - |
| | Sommers | I don't know that he has been disqualified but he's no longer the registered ..... |
| | O'Mahoney | Holding that office. Okay. But - - - |
| 5 | Wright | And he can't get back as holding that office. I don't know what that would be called. |
| | O'Mahoney | Did you deal with any one else from MJF in respect of this transaction? |
| | Wright | I emailed some other people. |
| | O'Mahoney | Who? |
| 10 | Wright | I can't remember their names. |
| | O'Mahoney | Did you speak to anyone else? |
| | Wright | No. |
| | O'Mahoney | Did anyone else on your behalf - - - |
| 15 | Wright | I did speak to one other person briefly. I can't remember her name. It was ..... |
| | O'Mahoney | Did anyone else on your behalf negotiate with Mr Ferrier in respect of this transaction? |
| | Wright | No. |
| 20 | O'Mahoney | And on obtaining or entering into this transaction, how was the software actually transferred? |
| | Wright | What we did was – the way I – well, I wasn't going to give that much money without my licences so we did an escrow-type deal where I get access to the software and then they get access to the rest of the key to access the Bitcoin. So - - - |
| 25 | O'Mahoney | So you paid - - - |
| | Wright | I validated the software, they got the key. |
| | O'Mahoney | All right. So you  - - - |
| 30 | Wright | And that was done over Bitmessage so that the – Bitmessage is a block chain based messaging service, like email or Skype or something like that, but actually built into Bitcoin. |
| | O'Mahoney | Designed to ensure a simultaneous exchange? |
| | Wright | Well, no, it's designed to do a message that is secure encrypted and all the rest, but it can be used to do a simultaneous exchange. |
| | O'Mahoney | All right. I just want to understand. Was the $5.5 million paid via Bitcoin? |
| 35 | Wright | The value of what – yes, the consideration was in rights to Bitcoin. |
| | O'Mahoney | And rights to how many Bitcoin? |
| | Wright | I would need to double-check that. It was on the invoice, etcetera. I can't remember. |
| 40 | O'Mahoney | And was there negotiations along the lines of how Mr Ferrier was to get paid? Were there other payments mechanisms contemplated? |

Page 36 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | Well, I was only paying him by Bitcoin and he said he didn't want Bitcoin. It was going to go to someone else who was going to distribute it in money. |
| | O'Mahoney | All right. And – but you agreed on this mechanism of payment. |
| | Wright | Yes. |
| 5 | O'Mahoney | Interest in Bitcoin, transferring that. The other part of the software, the AlBaraka, if we could call it that ..... |
| | Wright | It was all done at the same time so it was - - - |
| | O'Mahoney | I appreciate that. What was that software? |
| | Wright | A core banking platform. |
| 10 | O'Mahoney | And what was the value of that? |
| | Wright | That was the majority of that transaction. That was – I can't remember exactly, but probably 25 or 30 million. |
| | O'Mahoney | All right. And you – how did you understand that Mr Ferrier was able to source that software? |
| 15 | Wright | He told me how he knew a whole lot of Arabs at first and all the rest. I had been talking about the fact that the ideal for me would be basically a Arabic-type banking platform, because Bitcoin is inflationary, so there's not the typical interest model. It's actually inverted. So I was looking for something along those lines. Core banking software is hard to get hold of, to say the least. The deal I was doing with Temenos, just to have them – their software, I didn't own any of it, was going to cost us probably 10 or 11 million dollars, which we went down the track ..... except we ended up getting out of that because they couldn't deliver. So simultaneously we were doing that and the other one ..... |
| 20 | | |
| 25 | O'Mahoney | And did he mention to you a particular source of this software, the AlBaraka software? |
| | Wright | He told me AlBaraka but - - - |
| | O'Mahoney | What did he say about AlBaraka? |
| | Wright | He can get me the software from it. |
| 30 | O'Mahoney | And who did he indicate AlBaraka was? |
| | Wright | AlBaraka are a big global bank in places like Egypt and Saudi Arabia and - - - |
| | O'Mahoney | And are - - - |
| | Wright | - - - Turkey and they've got a website. |
| | O'Mahoney | Again, there were negotiations about price in respect of this transaction. |
| 35 | Wright | Mmm. |
| | O'Mahoney | And - - - |
| | Wright | As to that one I just ..... it wasn't much of a negotiation. |
| | O'Mahoney | Were you happy to accept the price that he wanted? |
| 40 | Wright | Do you know how much the Commonwealth Bank spent upgrading their core banking software last year alone? |
| | O'Mahoney | No, I don't, but - - - |
| | Wright | Around 650 million. |

Page 37 of 45

DEF_00068702

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | All right. |
| | Wright | Do you know ANZ spent nearly as much? |
| 5 | O'Mahoney | No, no. I appreciate your point, a lot of money is spent on banking IT, I just want to – I mean, in the context of – I think you would agree this was a big transaction for yo. |
| | Wright | Yes. |
| | O'Mahoney | That 25 to 30 million dollars was a lot of money for you at this time. |
| | Wright | Yes. And I would have sold my mother to get that software. |
| | O'Mahoney | All right. Well - - - |
| 10 | Wright | I don't ….. my mother. |
| | O'Mahoney | Okay. Tell us this, though, was it the case you were just happy – you were happy to accept the price he wanted? Were there no negotiations as to price? |
| | Wright | It was more on the Siemens software. |
| | O'Mahoney | All right. |
| 15 | Wright | But yes, I was slavering and drooling at being able to get core banking software. |
| 20 | O'Mahoney | There are - in the materials that I've read to you there's certainly at least a document indicating that there was an agreement reached between AlBaraka and Hotwire regarding the software. Are you able to – and it does seem to indicate that at least at one point in time Hotwire had obtained and - - - |
| | Wright | Well, I was setting up Hotwire to put some of the software into. |
| 25 | O'Mahoney | Just let me finish, because I want to give this question some context. There does seem to be some documentary evidence indicating that at one point in time Hotwire had acquired this software, the AlBaraka software. Are you able to point to any documents evidencing a transfer of that software from Hotwire to you? |
| | Sommers | Sorry, just to approach on that, are you saying that there's a document evidencing this software went to Hotwire, or that there was an agreement between AlBaraka and Hotwire for the software? |
| 30 | O'Mahoney | The latter, an agreement between those - - - |
| | Sommers | Well, that's not what you said. You said the …… |
| 35 | O'Mahoney | Okay. Apologies. I will be absolutely clear, and I'm grateful for that clarification. The document I've seen is an agreement between AlBaraka and Hotwire in respect of the software, and it indicates, certainly on my review of it, that it does seem that it was contemplating a transfer of the software to Hotwire. I'm not - - - |
| 40 | Wright | That's where I – that's where I'm saying I was going to put the software. How I actually did it was probably a bit messy. The idea was it comes to me, goes to the trust, gets distributed and then Hotwire was going to pull it apart and do what it needs to do. |
| | O'Mahoney | Is this the case, was the software at one point in time obtained by Hotwire and then transferred to you? |

Page 38 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | No. It was obtained – I physically got it – ideologically got it, couldn't really physically get a copy for this software and download it. I got a copy of it and the resource code and I transferred that. |
| | O'Mahoney | All right. And so - - - |
| 5 | Wright | I probably made a big mess of it because I was – when it came to the core banking software I should have taken more time to make sure things were documented properly and all the rest, but all I cared about was I wanted it and I wanted it now. |
| 10 | O'Mahoney | So why was there an agreement between AlBaraka and Hotwire? What was that in respect of? |
| 15 | Wright | Because eventually ….. were going to end up getting a good chunk of it in Hotwire. So when I was talking with Mark about this, this is where I'm saying I'm going to be putting it so I didn't really think about how the contract was sort of formulated for the distribution. I knew I'm paying for this. I'm going to get what I want and that's, then I put as much effort into making sure our documents were processed properly. |
| | O'Mahoney | Was it not the case that Hotwire entered into this agreement? |
| | Wright | Well, I entered into the agreement. |
| | O'Mahoney | Did Hotwire? |
| 20 | Wright | Well, Hotwire wasn't actually set up. Hotwire was being set up. I was setting up a company that was going to have this so Hotwire was in development, you might say, when this happened. In May of 2013, Hotwire didn't exist. It was planned. I hadn't filled out all the forms, I hadn't got….. but I said this is the company I'm setting up and this is where I'm going to put it. |
| 25 | O'Mahoney | All right. And do you say that for this software acquisition that there was, it was funded by way of Bitcoin? Is that right? |
| | Wright | Rights to, yes. |
| | O'Mahoney | Yes, so you paid for this software by way of rights to Bitcoin? |
| | Wright | Yes, which were then used to distribute the…… |
| 30 | O'Mahoney | And are there documents evidencing the transfer of those rights? |
| | Wright | Yes. |
| | O'Mahoney | Between you and Mr Ferrier? |
| | Wright | Yes. |
| | O'Mahoney | And did you have rights to Bitcoin with that sort of value? |
| 35 | Wright | Yes. |
| | O'Mahoney | The 5.5 plus $30 million? |
| | Wright | More. |
| | O'Mahoney | You had more than that? And are there documents showing that those rights have been transferred? |
| 40 | Wright | Yes. |
| | O'Mahoney | I've also seen some documents indicating that – in fact, I will come back to that. |

Page 39 of 45

CONFIDENTIAL

DEF_00068704

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | It's not just the rights transfer any more.  The actual Bitcoin had been transferred. |
| | O'Mahoney | Well, I was going to ask you.  Has Bitcoin been transferred as consideration for those transactions? |
| 5 | Wright | Overseas, yes. |
| | O'Mahoney | That's correct? |
| | Wright | Yes, not in Australia but from overseas, yes. |
| 10 | O'Mahoney | All right.  And moving to another acquisition, and I think we're set to finish at 6.30.  Is that right?  So we've only got a few minutes to go.  Another acquisition involved Coin Exchange for purchasing software from you through an entity, W & K.  Can you tell us about that? |
| | Wright | Well, I didn't really purchase. |
| | O'Mahoney | Of K, well, tell us about your understanding of that transaction to the extent of it exists. |
| 15 | Wright | I had an agreement with Dave.  We were going to transfer software into our, into the entity we were creating here in Australia. |
| | O'Mahoney | This is Mr Kleiman? |
| | Wright | Yes.  I had set up a company.  Everything was going – I hadn't heard from Dave in a little bit.  Next thing I find out he is dead. |
| 20 | O'Mahoney | All right. |
| | Wright | So with 90 per cent of it going through everything and moving everything and doing all the bits and pieces and he died. |
| | O'Mahoney | So you and he were negotiating for the purchase, negotiating in respect of this. |
| 25 | Wright | We weren't negotiating, we were.....partners for years so didn't really negotiate it.  This is what we're doing.  We talked to each other about it. |
| | O'Mahoney | About acquiring Softwerk? |
| | Wright | No, we al-, Dave already had the software. |
| | O'Mahoney | Okay.  What was his software? |
| 30 | Wright | Everything from financial software for the kind of.....chain to gambling software. |
| | O'Mahoney | And Coin Exchange was looking to buy that software? |
| | Wright | We were going to capitalise it into Coin Exchange. |
| | O'Mahoney | What does that mean? |
| 35 | Wright | It was going to be used as part of setting up Coin Exchange. |
| | O'Mahoney | It was going to be transferred to Coin Exchange? |
| | Wright | Yes. |
| | O'Mahoney | And did that ever occur? |
| | Wright | Yes. |
| 40 | O'Mahoney | How did it occur? |

Page 40 of 45

CONFIDENTIAL

DEF_00068705

align

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | I ended up going through the filing of New South Wales Supreme Court and going, these are the contracts, Dave is head. Basically, this is the value and getting them to put their stamp on it. |
| 5 | O'Mahoney | I've noted those proceedings. Can you just, in a broad sense, summarise how they came about? Was this the case that you had an understanding or an agreement with Mr Kleiman who passed away. |
| | Wright | Yes. |
| | O'Mahoney | And that on the back of his death, you sought to give effect to that agreement? |
| 10 | Wright | Yes. |
| | O'Mahoney | And was it the case that there was some opposition to that from somebody? No? |
| | Wright | No. |
| 15 | O'Mahoney | But you moved the court for relief, you moved the court for declaratory relief in respect of that agreement? |
| | Wright | Effectively, I believe that was at the….. |
| | O'Mahoney | But I just want to un-, I just --- |
| 20 | Wright | I wanted to make sure that everything was totally legal and all the rest. Dave has other, he's got an estate who Andrew has been dealing with and I wanted to make sure I didn't rip off his estate and just go, "Ha ha, it's my software". I wanted to make sure everything was done legally and above-board so that Dave's heirs get this software which was being more painful than it should be. |
| | O'Mahoney | What was the value of that software? |
| | Sommers | Are you asking what's the --- |
| 25 | Wright | The two lots, I think, were, it totals 56 million. |
| | O'Mahoney | And had you negotiated for that software to be transferred to Coin Exchange with him before he died? |
| | Wright | Yes, we had been, we had contracts over east. |
| | O'Mahoney | And had you reached a rough agreement as to price with him? |
| 30 | Wright | How it was going to occur, yes. |
| | O'Mahoney | Yes. And was that the figure 56 million-odd that was being discussed? |
| | Wright | Yes. |
| | O'Mahoney | And how was he to be paid for that? |
| 35 | Wright | Dave had already been paid in some right to Bitcoin and whatever else at the time plus there were a number of loans…..that he had taken out….. so….. |
| | O'Mahoney | A number of loans. What – you leant him money? |
| | Wright | I didn't, no. |
| | O'Mahoney | But is it the case that $56 million of value was transferred to him in respect of this software? |
| 40 | Sommers | Sorry, just to clarify, no money was transferred. The value was transferred to Mr Kleiman because he passed away? |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | O'Mahoney | He passed away. Well, was anything paid for this software before or after his death? |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And is that the figure of 56 million? |
| 5 | Wright | No. |
| | O'Mahoney | What was the figure that was paid for it? |
| | Wright | Well, I had an interest in 50 per cent of the company, W & K. I didn't run it or anything like that but an interest in that. |
| | O'Mahoney | Yes? |
| 10 | Wright | And there were loans associated with the research and everything we had done beforehand that were sourced from people.....some of the Bitcoin went to pay off. |
| | O'Mahoney | So what was paid? |
| | Wright | Loans..... |
| 15 | O'Mahoney | Loans? But when you say loans were paid, what was acquired? |
| | Wright | Yes. What do you mean what was acquired? |
| | O'Mahoney | Well, the transaction involving what we've been discussing with Mr Kleiman and W & K, what was the transaction that all that resulted in? |
| | Wright | Software came into my possession and --- |
| 20 | O'Mahoney | When you say "your possession," Coin Exchange's possession? |
| | Wright | Well, me the trust holder.....into put into Coin Ex. |
| | O'Mahoney | Okay, so it came into your – so that's what came your way – software. |
| | Wright | It came my way and the trust was sort of being formulated, hadn't been, so.....at that stage. |
| 25 | O'Mahoney | And what went the opposite way for that part of this exchange? What consideration did you pay? |
| | Wright | Rights to Bitcoin left to people in Panama. |
| | O'Mahoney | In what amount? |
| 30 | Wright | I don't remember the exact amount but we're talking 50 per cent of that amount. |
| | O'Mahoney | And who were the people in Panama? |
| | Wright | People in the gaming industry there. |
| | O'Mahoney | .....named? |
| | Wright | Named? |
| 35 | O'Mahoney | Was it --- |
| 40 | Sommers | Sorry, just – I'm just trying to be clear here. The Supreme Court proceedings established that – I thought they established that there was a debt to you from W & K that software was transferred to you and I thought the wash-up of those proceedings were that you effectively released W & K from the debts that it owed you. |
| | Wright | Yes..... |

Page 42 of 45

CONFIDENTIAL

DEF_00068707

Interview Conducted with Craig Wright

| | Sommers | I think that's where ….. the, what value moved from you to W & K, was that the forgiveness of those debts that were established in the Supreme Court proceeding? |
|---|---|---|
| | Wright | Yes. |
| 5 | O'Mahoney | How did those debts come about? |
| | Wright | Basically, because a number of gaming entities in Panama had funded some of our research. |
| | O'Mahoney | And --- |
| 10 | Sommers | And when you say "our" you mean the research that was being done by W & K? |
| | Wright | Yes. |
| | O'Mahoney | Are there documents evidencing those debts, the creation of them? |
| | Wright | Not that I have, no. |
| | O'Mahoney | Why not? |
| 15 | Wright | Because Dave's hard drives are encrypted and no one can get access to them. |
| | O'Mahoney | So these debts are in the tens of millions of dollars? |
| | Wright | Yes. |
| 20 | O'Mahoney | And you, there's not a single document you could point us to that would evidence them? |
| | Wright | Not ….. |
| | O'Mahoney | Do you, it wasn't important to you to have a document evidencing debts of that amount? |
| 25 | Wright | I would like to have documents evidencing all of that.  None of it was done in Australia;  nothing ever happened in Australia;  no entity from Australia was ever involved directly with any of that. |
| | O'Mahoney | I just appreciate that.  I'm just thinking out loud.  I mean, if I was owed that sort of money I would be pretty keen to have it recorded.  You took no steps? |
| | Wright | It was recorded.  They had all the documents. |
| 30 | O'Mahoney | In a way that was accessible to me.  Did you take any steps to achieve that? |
| | Wright | I did ….. accessible to me because ….. trust these guys all the time. |
| | O'Mahoney | Officers of the Commissioner? |
| | Wright | Tax officers. |
| 35 | O'Mahoney | Can I ask is it – it might be a good question to finish up on.  Looking at the pleadings, did you give instructions in respect of the Supreme Court proceedings? |
| | Wright | What do you mean? |
| 40 | O'Mahoney | Well, it was discussed what the proceedings sought to bring about and that was, we don't need to revisit it, but I take it you were instructing lawyers about those proceedings, prosecuting those proceedings, bringing them about.  Is that correct? |
| | Wright | No. |

Page 43 of 45

DEF_00068708

Interview Conducted with Craig Wright

| | O'Mahoney | So who was instructing the lawyers? |
|---|---|---|
| | Wright | I just did it. |
| | O'Mahoney | You did it yourself? |
| | Wright | Yes. |
| 5 | O'Mahoney | Okay. Looking at those, the pleading documents in those proceedings, and if I'm using language that you want me to explain, please do – they indicate that the relevant software had been used by a number of entities, including the United States military, an entity, DHS, and there's some reference in some materials I've seen to the Department of Homeland Security |
| 10 | Wright | Mm. |
| | O'Mahoney | Do you say that that is the case, that the software was used by those entities? |
| 15 | Wright | Before Dave died, we had gone down the path of getting funding for all of that stuff to be used. SWAMP and other such things are being issued for that. I wasn't involved at all and I don't – Dave was actually a lot sicker than he let on. I didn't realise he was actually ill at all other than - I mean, he'd been in and out of hospital the whole time I've known him because of medical problems from ….. a long, long time ago. And no one knew how bad it actually was with Dave, and it was not expected that he would be dead. He's only a few years older than me and - - - |
| 20 | O'Mahoney | I guess, to wind it up, by way of background, was it the case that part of the value of what was – or this software was, that it had been used by these entities: DHS, US military. |
| 25 | Wright | No, it was more – the value was – well, if he had lived, then we were hoping to make - AusIndustry has the scheme here. US Government, DAPA and all the rest actually paid for research. Dave was a US vet and a number of other things, that make it more likely that you can get that funding, and all of us had been in ….. when Bitcoin wasn't worth so much. So, at that stage, we knew we would need a lot more than we had to keep our research going, so we were trying to get every source we could. |
| 30 | O'Mahoney | The Commissioner has done quite a bit of investigative work, if you like, into those alleged contracts and arrangements and it seems that – and I'm sure this has been indicated to you, that there were no such contracts or this software was not being used by US military, Department of - - - |
| 35 | Wright | I don't know what was being done. Dave ran that himself. I know we had applied. I know he should have gone through with it. I don't know where it got to and I don't know why he didn't. The only thing I can - - - |
| | O'Mahoney | But Dave wasn't giving instructions in the Supreme Court proceedings. That has to be corrected, doesn't it? |
| | Wright | No; he was dead. |
| 40 | O'Mahoney | So, are you able to indicate - - - |
| 45 | Wright | My indication was that he had filed for the DHS plan; that all the information was in; that it was progressing and I have nothing else saying why he didn't go down that path. I don't know why he didn't complete it. I don't know why ….. happened other than he was in hospital a lot. So all I know is that he had gone down that path, you know, to get funding. What I've found out since was that Dave had actually – he hadn't got all the funding he wanted and Bitcoin wasn't worth so much at that stage, before he died. When he was not in |

CONFIDENTIAL

DEF_00068709

Interview Conducted with Craig Wright

|  | hospital, the total value was in the order of $2 a Bitcoin and he had hocked his house, hocked everything else and he was in debt by probably $2 million. |
|---|---|
| O'Mahoney | Okay.  Well, I'm grateful for that.  We might leave it there and I will just note for the record, it is now 6.34 on 11 August 2014 and we will be reconvening, a week from today, 18 August.  Thank you very much, Dr Wright. |

5

CONFIDENTIAL

DEF_00068710