## COIN EXCH PTY. LTD.
### A.C.N. 163 338 467

## Transfer of shares

TO: The Directors
     COIN EXCH PTY.LTD.

I,   CRAIG STEVEN WRIGHT (Trustee for Dave Kleiman's estate)
Of  43 ST JOHNS AVENUE, GORDON, NSW 2072

Hereby transfer the following shares:

| Number | Class | Amount paid per share | Amount unpaid per share | Beneficially Held |
|---|---|---|---|---|
| 8,514,000 | FOUNDERS SHARES | $1.00 | $0 | N |

out of the name of the registered holder "Craig Steven Wright" to the person named below:

Full name and full postal address of the person to whom the share is transferred to:

Name:    Ira Kleiman

Address:  7101 Geminata Oak Court
             Palm Beach Gardens, FL. 33410 USA

Dated:  12/03/2014

_____
Member

_____
Witness (Please sign and print name)

CONFIDENTIAL       DEF_00001114