NOTE: *Copyright in this transcript is reserved to the Crown. The reproduction, except under authority from the Crown, of the contents of this transcript for any purpose other than the conduct of these proceedings is prohibited.*

RSB:SND                                                                          200014

IN THE SUPREME COURT
OF NEW SOUTH WALES
COMMON LAW DIVISION

5    REGISTRAR BRADFORD

WEDNESDAY 30 OCTOBER 2013

**2013/00245661  -  CRAIG STEVEN WRIGHT  v  W & K INFO DEFENSE**
10   **RESEARCH**
**201300225983  -  CRAIG STEVEN WRIGHT  v  W & K INFO DEFENSE**
**RESEARCH**

Plaintiff appeared in person
15   No appearance of or for the Defendant

                                           ---

PLAINTIFF:  Craig Wright, plaintiff, 49 and 51, Registrar.  I also note that the
20   sole other director from the US of the defendant has died intestate, basically
there's been a shareholders meeting held and resolution to pass the matter
has been obtained and the company will be wound down straight after the
matter.

25   REGISTRAR:  What do you want done today, Mr Wright?

PLAINTIFF:  Basically just the orders that we did by consent in the past and
that they're approved.

30   REGISTRAR:  I've got a copy of two things.  You filed a statement of claim.

PLAINTIFF:  That's correct.

REGISTRAR:  Then there is an acknowledgment of a liquidated claim that's
35   been filed.  The signature on that acknowledgment appears to be the signature
that's on the statement of claim for the plaintiff.

PLAINTIFF:  I am the sole director for the company now but I'm not a US
director and I'm not resident, so I can't act and take the company over over
40   there.  I had appointed another person.  I have 51% of the shares--

REGISTRAR:  Do you have any evidence in relation to any of that before I sign
a consent judgment for $28 million which at the moment I am not prepared to
do?
45
PLAINTIFF:  No, what we actually want is just the intellectual property which
we actually hold.

REGISTRAR:  Who is the person that signed the consent judgment on behalf
50   of the defendant?  It appears to be a J Wilson.

.30/10/13                                    1

RSB:SND                                                          200014

PLAINTIFF:  J Wilson was a director of my company who was put in to act. You will see that the signatures on the proposals for work, who are living overseas--

5      REGISTRAR:  Sorry, the signatures on?

PLAINTIFF:  The signatures for the actual proposals for the actual work transferred into the US were all mine in the past that happened.  Unfortunately Mr Kliman(?) died.

10

REGISTRAR:  Mr Wright, I think before I can enter these alleged consent judgments the Court is going to need some evidence in relation to those matters.  How long do you need to be able to do that?

15     PLAINTIFF:  What would you like?

REGISTRAR:  I think you are going to have to give some detailed affidavit evidence with regard to it and also evidence in relation to who exactly has authority to act on behalf of this company and to sign these documents.

20

PLAINTIFF:  I can give you affidavit evidence today.

REGISTRAR:  What I might do, Mr Wright, is stand them both over for, say, a week.  Can you file your affidavit evidence by them?

25

PLAINTIFF:  Yes, definitely.  We have actually taken control of the accounts and whatever else, which we've got stat decs for that, so effectively this is a formality because we have actually - the company has controlled all the accounts now.

30

REGISTRAR:  How soon could you file all the affidavit material you need?

PLAINTIFF:  I could get something in this afternoon.

35     REGISTRAR:  So I'll make an order that it be filed, say, by the 5th and comes back on the 6th.

PLAINTIFF:  Fine.

40     REGISTRAR:  Matters 49 and 51, I'll stand those matters over to 6 November. Affidavit evidence and all evidence in support of the application for the entry of the judgement is to be filed by 5 November.  Thank you, Mr Wright.

PLAINTIFF:  Thank you.

45

REGISTRAR:  You are excused.

ADJOURNED TO WEDNESDAY 6 NOVEMBER 2013

.30/10/13                                         2