NOTE: *Copyright in this transcript is reserved to the Crown. The reproduction, except under authority from the Crown, of the contents of this transcript for any purpose other than the conduct of these proceedings is prohibited.*

RSB:SND                                                                                                200015

COPYRIGHT RESERVED

IN THE SUPREME COURT
OF NEW SOUTH WALES
COMMON LAW DIVISION

5    ACTING REGISTRAR KENNA

WEDNESDAY 6 NOVEMBER 2013

**2013/00245661  -  CRAIG STEVEN WRIGHT  v  W & K INFO DEFENSE**
10   **RESEARCH**
**2013/00225983  -  CRAIG STEVEN WRIGHT  V  W & K INFO DEFENSE RESEARCH**

Plaintiff appeared in person
15   No appearance of or for the Defendant

---

PLAINTIFF: Registrar, Craig Wright, W-R-I-G-H-T.
20

REGISTRAR: So you've put on your affidavit?

PLAINTIFF: I have.

25   REGISTRAR: This matter, does it travel with matter 59 as well?

PLAINTIFF: It does, Registrar.

REGISTRAR: And this is a matter where we've got some consent orders in
30   respect of a statement of claim?

PLAINTIFF: Yes.

REGISTRAR: The registrar wanted more information before--
35
PLAINTIFF: Yes, I'm now the sole shareholder in an American company. I can't act as director over there because of regulations. I own all the shares over here and want to bring everything back in. The Australian Tax Office has been notified of all the valuations and whatever else. It's just a matter of -
40   unfortunately, the director that I had over there died three days before settlement. So the contract has been done, signed and everything else. Most of the assets have been transferred, some are in escrow. Unfortunately, three days before final settlement he passed away.

45   REGISTRAR: Yes, okay. Let me just have a look at your affidavit. So the intellectual property has all been transferred?

PLAINTIFF: It has. The main purpose is just to formalise everything and make sure that nothing actually goes wrong or happens later and whatever
50   else. The contract was finalised, but unfortunately settlement didn't occur on

.06/11/13                                           1

RSB:SND                                                                                           200015

the 30th as Mr Kliman(?) dies on the 27th.

REGISTRAR:  In respect of matter 56 I make orders 1 through 4 of the consent order in this matter.  I know that that brings this matter to a conclusion.

In respect of matter 59 I make orders 1, 2 and 3 of the consent orders and I note that that also brings this matter to a conclusion.

PLAINTIFF:  Thank you.

REGISTRAR:  Thank you, you may be excused.

.06/11/13                                    2