From: Dave Kleiman
Sent: Tuesday, February 15, 2011 12:29 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Attachments: 001-Print-cr2e047.pdf

Importance: High

Last page of attached. Do you think I can list you as mgr or mgrm with a foreign address, or you think they would kick it back?

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@Information-defense.com', lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Did you already create a username and password?

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman; lynn.wright@information-defense.com
Subject: Registration - TTA1

The first is to do with the attached papers...

TTA 01 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQv9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1th3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsXUmvQKEcJuQ%3D#0> - Software Assurance

White paper title Software assurance through economic measures

This also leads to the following one with

TTA 14 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQv9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1th3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsXUmvQKEcJuQ%3D#13> - Software Assurance MarketPlace (SWAMP)

White paper title Software derivative markets

And

Information Security risk markets

Greyfog (last email) should also come under TTA 05 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQv9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1th3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PelSRUj0y6vIcWkXCDFPvq9gwzP%2BL6NcP3DCcUZ%2FjCxvXo415tuR%2Bt1gAU7aqi30%2B%2FBa8MygMsXUmvQKEcJuQ%3D#4> - Secure, Resilient Systems and Networks

Dr. Craig S Wright <https://gse-compliance.blogspot.com> GSE-Malware, GSE-Compliance, LLM. & ...

Information Defense <http://www.information-defense.com/> Pty Ltd

Mobile: 0417 683 914

Description: Logo4



From: Dave Kleiman
Sent: Wednesday, February 16, 2011 3:22 AM
To: craig.wright@Information-defense.com
CC: lynn.wright@information-defense.com
Subject: RE: Registration - TTA1
Attachments: W&K Info Defense Research LLC - 08.pdf

Importance: High

Look over the attached real quickly.

Let me know if it is ok.

Or should the PoC be in the US?? I see a non US vendor on the list.

Pay special attention to "Additional Authentication"

Dave

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 22:04
To: Dave Kleiman
Subject: RE: Registration - TTA1

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

The other is not any longer

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 16 February 2011 1:08 PM
To: craig.wright@Information-defense.com; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Are either of these your current address?

51 Cowangarra Rd
Bagnoo, New South Wales, 2446
AU

Level 19, 2 Market Street
Sydney, NSW 2000
AU

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 14:13
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1

It is under vendor registration that it requested DUNS see: https://www.fbo.gov/?s=main&mode=list&tab=register&tabmode=step1

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 07:29
To: 'craig.wright@Information-defense.com'; 'lynn.wright@information-defense.com'
Subject: RE: Registration - TTA1
Importance: High

Last page of attached. Do you think I can list you as mgr or mgrm with a foreign address, or you think they would kick it back?

Dave

-----Original Message-----
From: Dave Kleiman
Sent: Tuesday, February 15, 2011 06:35
To: 'craig.wright@Information-defense.com'; lynn.wright@information-defense.com
Subject: RE: Registration - TTA1

Did you already create a username and password?

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Tuesday, February 15, 2011 04:48
To: Dave Kleiman, lynn.wright@information-defense.com
Subject: Registration - TTA1



BEV_00643420

DEF_00009667

The first is to do with the attached papers…

TTA 01 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PeISRUj0y6vIcWkXCDFPvq9gwzP%2B2BL6NcP3DCcUZ%2F2FjCxvXo415tuR%2B2Bt1gAU7aqi30%2B2FBa8MygMsXUmvQKEcJuQ%3D#0> - Software Assurance

White paper title Software assurance through economic measures

This also leads to the following one with:

TTA 14 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PeISRUj0y6vIcWkXCDFPvq9gwzP%2B2BL6NcP3DCcUZ%2F2FjCxvXo415tuR%2B2Bt1gAU7aqi30%2B2FBa8MygMsXUmvQKEcJuQ%3D#13> - Software Assurance MarketPlace (SWAMP)

White paper title Software derivative markets

And

Information Security risk markets

Greyfog (last email) should also come under TTA 05 <https://baa2.st.dhs.gov/portal/action/processRequest.action?eurl=AAAAAAEytBoAAAEuKK8xRgAUQUVTL0NCQy9QS0NTNVBhZGRpbmcAgAAQABAAAQIDBAUGBwgJCgsMDQ4PAAAAYMUP8ssYOu8SxeEfopmq%2F3IzhM%2F3rhjRC7iE1fh3qm1MXOKybn1NrHVavYBx1eeYUN3%2F6NSLR8PeISRUj0y6vIcWkXCDFPvq9gwzP%2B2BL6NcP3DCcUZ%2F2FjCxvXo415tuR%2B2Bt1gAU7aqi30%2B2FBa8MygMsXUmvQKEcJuQ%3D#4> - Secure, Resilient Systems and Networks

…

Dr. Craig S Wright <http://gse-compliance.blogspot.com/> GSE-Malware, GSE-Compliance, LLM, & …

Information Defense <http://www.information-defense.com/> Pty Ltd

Mobile: 0417 683 914

Description: Logo4

Skip Navigation
Contact Us

 **Homeland Security**                                      BAA Program

DHS Broad Agency Announcements (BAA) Program Portal

## BAA Home

- Basic Research Focus Areas
- High Priority Technology Areas
- Solicitations
  - Current Solicitations
  - Past Solicitations
  - Solicitation Awards
  - Proposal Submission
  - Awardee Portal
  - News And Events
  - S&T Directorate Events
  - ST Directorate SBIR Website
  - Privacy Policy
  - FAQs
  - Program Portal

# Registration Form

Please do not register yourself MORE THAN ONCE!

Fill in your registration information below. If there are errors on the registration form, you will be asked to re-enter the Company PIN and user password. (Note: For security reason, this page will expire after 20 minutes of inactivity.)

[ Re(g)ister ]    [ Back ]

* Required Information


EXHIBIT 10  1/9/20

DEF_00009669

## COMPANY INFORMATION

| | |
|---|---|
| *Company Name: | W&K INFO DEFENSE RESEARCH LLC |
| TIN: | 274997114 |
| *Address (Line 1): | 4371 Norhtlake Blvd #314 |
| Address (Line 2): | |
| *City: | Palm Beach |
| State: | FL |
| *ZIP+4: | 33410 - 6253    Need help for ZIP+4? |
| *Phone: | 561-310-8801 |
| Fax: | |
| *CEO/President's E-mail: | dave@davekleiman.com |
| DUNS + 4: | -     What is DUNS? |
| CAGE Code: | How do I get a CAGE? |
| SIC: | What is a SIC? |
| FICE: | What is a FICE? |
| Company URL: | http://www.information-defense.com/ |
| *Year of Company Founded: | 2011 |
| *Company PIN: | ••••••    Why do you need a PIN? |
| *Confirm Company PIN: | •••••• |

*E-mail us* if you need to modify the TIN.

Company's Phone and Fax. Enter only numbers

9-digit Data Universal Number System plus a 4-digit suffix given by parent concern

Provide Full URL (http://www.example.com)

Should be all numeric; no blank spaces allowed. Length must be between 4-6 numbers.

## COMPANY POINT OF CONTACT INFORMATION

| | |
|---|---|
| *Salutation: | Mr. |
| *First Name: | Craig |
| Middle Initial: | S |
| *Last Name: | Wright |
| *Title: | Lead Researcher |
| *Phone: | 61 (417) 683 914    Ext: |
| Fax: | |
| *E-mail Address: | craig.wright@information-defense.c |
| *Confirm E-mail Address: | craig.wright@information-defense.c |

Enter only numbers

Important! Fill out carefully

Re-enter E-mail Address

## USER INFORMATION

☑ Check here if you are also the Company Point Of Contact. *(This will pre-populate your information.)*

| | |
|---|---|
| *Salutation: | Mr |

| | | |
|---|---|---|
| *First Name: | Craig | |
| Middle Initial: | S | |
| *Last Name: | Wright | |
| *Title: | Lead Researcher | |
| *Phone: | 61 (417) 683 914   Ext: | Enter only numbers |
| Fax: | | |
| *E-mail Address: | craig.wright@information-defense.c | **Important!** Fill out carefully |
| *Confirm E-mail Address: | craig.wright@information-defense.c | Re-enter E-mail Address |
| *Username: | CraigWright | Only alphanumeric characters and underscores are allowed. Username must be at least 8 characters. |
| *Password: | ••••••••••••••••• | Your password must be at least 8 characters long and must have an upper case, a lower case, a number, and a special character. Your new password cannot repeat any of your 8 previous passwords. |
| *Confirm Password: | ••••••••••••••••• | |
| PIN Contact: | ☑ Check here if you want to list yourself as a contact for Company's PIN. | |

Additional Authentication (used if you forget your password)

| | | |
|---|---|---|
| *Select your question: | Who is your favorite person? | You will be prompted with this question and a new password will be issued automatically if your answer matches the one you give here |
| *Answer to above question: | Myself | |

* Required Information

[ Re(g)ister ]   [ Back ]

DHS Form 10025 (7/07)

- U.S. Department of Homeland Security
- Science & Technology
- S&T Directorate SBIR Website
- OSDBU
- SAFETY Act
- SECURE Program
- Contact Us

| | |
|---|---|
| From: | Craig S Wright [craig.wright@information-defense.com] |
| Sent: | 3/6/2011 2:13:29 PM |
| To: | 'Dave Kleiman' [dave@davekleiman.com] |
| Subject: | Reference |

Hi Dave,

I know most people will think I am insane, but I am not getting all I need from business. I know the work is important sometimes, but only from time to time. I also knows it pays WAY more than what I am planning, but there is more to life than money.

Lynn will be taking over the company.

I am going back to the military and intelligence full time. I feel I can do far more of value in that way. I have contracted part time to a number of agencies for a while, but I still have a need to serve and do more.

So, my request is a reference from you.

Regards,
...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd
Mobile: 0417 683 914





Appendix.

| The following documents the agreed property split for the Family law settlement between Craig and Lynn Wright ||
|---|---|
| **Lynn Wright** | **Craig Wright** |
| Cloudcroft Pty Ltd ||
| Cloudcroft Pty Ltd<br>• Business of Information Defense PL<br>• All income<br>• Craig Wright to work on loan with no repayment before Jan 2013<br>• Craig Wright to provide Training and consulting<br>• Use of GreyFog IP | Craig Wright to provide services (at rate) to Cloudcroft for 2 years<br><br>ALL IP to remain with Craig Wright. Cloudcroft to retain a right to use existing IP |
| W&K Information Defense LLC ||
| 50% of shares from Craig Wright | Existing shares to be split and divided – 50% to go to Lynn Wright |
| Other ||
| Wine collection | Rydal Glasses |
| Intellectual Property ||
| Lynn Wright will have rights to use IP needed for Cloudcroft and associated with Information Defense PL for 5 years. | Craig Wright is to maintain and retain ownership of any and all IP developed by or with himself including (but not limited to):<br>• Spyder<br>• Blacknet<br>• Greyfog<br>• Security and risk<br>• Bitcoin<br>• University Studies |
|  | Any and ALL Bitcoin, private keys, trusts and software associated with Bitcoin. |
| Household ||
| First choice at ▮▮▮ | First Choice at ▮▮▮ |
| Property – to remain with existing split ||
| Lynn Wright to maintain property | Craig Wright to pay for rates and mortgage |
| Personal items ||
| No change to ownership | No change to ownership |
| Conditions ||
| • If either party dies, becomes incapacitated or bankrupt, the other will retain rights to either the Real property, company, IP or both. ||
| Loan ||
| Lynn Wright is to repay Craig Wright for the time and services to Cloudcroft in full starting in Jan 2013 at an agreed rate from the profit derived in this company. | The property mortgage will be used for Cloudcroft and the funding of this business. The payments will be made under loan by Craig Wright until the company is in a position to complete and repay this arrangement. |
| A formal property settlement may be drafted to formalise these agreed terms but may not materially alter this agreement. ||

Page 1 of 2
Agreed Property settlement and terms
June 2011



EXHIBIT
12
1/9/20

CONFIDENTIAL

DEFAUS_01518188



Law Courts Building, Queens Square   Level 5 184 Phillip Street SYDNEY
NSW 2000
General Post Office Box 3 SYDNEY NSW 2001
DX 829, Sydney

Telephone: 1300 679 272
Facsimile:
TTY Phone: (02) 9230 8011

Email: supremecourt.enquiries@courts.nsw.gov.au
Website: www.lawlink.nsw.gov.au/sc

**Supreme Court**
of New South Wales

ABN: 77 057 165 500

W & K Info Defense Research LLC
4371 Norhtlake Blvd 314
Palm Beach
FL 33410 - 6253
United States of America



D0000FGTI2

Your Ref:                                                                 3 September 2013

## NOTICE OF LISTING

Case number    2013/00245661
Case title     Craig Steven Wright v W & K Info Defense Research LLC

The matter is listed for Directions (Common Law Registrar) on 30/10/2013 at 09:00 AM, Supreme Court - Civil, Supreme Court Sydney Court 9C Queens Square Sydney

If you do not appear at Court, this matter may be dealt with in your absence.

### Listing Inquiries

Judicial Officers and Court Rooms are generally not allocated to cases until the day before the case is listed.

Listing details for cases are:
- published on the internet at http:\\www.lawlink.nsw.gov.au on the afternoon before the case is listed;
- published in the Sydney Morning Herald in the Law Notices section on the morning of the case (for Supreme Court and Sydney District Court only);
- available on notice boards in the foyer of the Court each morning.

Principal Registrar

EXHIBIT
13
1/9/20

vortak2                                                                      1 of 1

POSTAGE PAID AUSTRALIA

AIR MAIL

nChain Info Defense Research LLC
4371 Northlake Blvd 314
Palm Beach
FL 33410-6253
UNITED STATES OF America

Rec'd 10/0/13

Supreme Court of New South Wales
GPO Box 3, Sydney 2001

PAIGE_00001909
PAIGE_00001908



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

**Florida Limited Liability Company**
**W&K INFO DEFENSE RESEARCH LLC**

### Filing Information

| | |
|---|---|
| **Document Number** | L11000019904 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 02/16/2011 |
| **Effective Date** | 02/14/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 04/12/2018 |

### Principal Address

5104 Robino Circle
West Palm Beach, FL 33417

Changed: 04/12/2018

### Mailing Address

5104 Robino Circle
West Palm Beach, FL 33417

Changed: 04/12/2018

### Registered Agent Name & Address

Kleiman, Ira
5104 Robino Circle
West Palm Beach, FL 33417

Name Changed: 04/12/2018

Address Changed: 04/12/2018

### Authorized Person(s) Detail

**Name & Address**

Title MGRM

Kleiman, Ira
5104 Robino Circle
West Palm Beach, FL 33417



EXHIBIT 14 1/9/20

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2017 | 04/12/2018 |
| 2018 | 04/12/2018 |
| 2019 | 02/22/2019 |

## Document Images

| | |
|---|---|
| 02/22/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2018 -- REINSTATEMENT | View image in PDF format |
| 04/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2014 -- REINSTATEMENT | View image in PDF format |
| 02/16/2011 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations