| | |
|---|---|
| **From:** | Lou K <lureg8@yahoo.com> |
| **Sent:** | Wednesday, February 12, 2014 8:35 PM |
| **To:** | Craig S Wright |
| **Subject:** | Re: Dave |
| | |
| **Flag Status:** | Flagged |

Craig:

After reviewing the information you sent , I want to thank you very much.

My home address is: 5104 Robino Circle, West Palm Beach, Florida 33417

I look forward to any information you can give me about my son DAVID. To me,

he was alway's someone special.     Lou Kleiman


On Tuesday, February 11, 2014 6:23 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> Hello Louis,
> Your son Dave and I are two of the three key people behind Bitcoin:
> https://bitcoin.org/
> http://www.motherjones.com/politics/2013/04/what-is-bitcoin-explained
>
> If you have any of Dave's computer systems, you need to save a file named "wallet.dat". I will explain what this is later. Please understand, I do not seek anything other than to give you information about your son.
>
> Know also that Dave was a key part of an invention that will revolutionise the world:
> http://techcrunch.com/2014/02/10/bitcoin-wins-best-technology-achievement-but-satoshi-doesnt-show/
>
> I will talk to you again soon.
>
> When I can, I will let you know much more of Dave. I will also help you recover what Dave owned.
>
> I will let you know when I am in the USA,
> _____
> Dr. Craig S Wright GSE LLM
> Chief Executive Officer
> Hotwire Preemptive Intelligence (Group)
> Mobile: + 61.417.683.914
> craig.wright@hotwirepe.com
>
> Hotwire PE
> *Hotwiring the World*

CONFIDENTIAL                                                                                                   KLEIMAN_00008280