# 2014 LIMITED LIABILITY COMPANY REINSTATEMENT

**FILED**
**Mar 28, 2014**
**Secretary of State**

DOCUMENT# L11000019904

Entity Name: W&K INFO DEFENSE RESEARCH LLC

| | |
|---|---|
| **Current Principal Place of Business:** | **New Principal Place of Business:** |
| 3119 CONTEGO LANE<br>PALM BEACH GARDENS, FL 33418   US | 3128 MERCED AVE, EL MONTE<br>EL MONTE<br>PALM BEACH GARDENS, CA 91733   US |
| **Current Mailing Address:** | **New Mailing Address:** |
| 4371 NORTHLAKE BLVD #314<br>PALM BEACH GARDENS, FL 33410   US | 3128 MERCED AVE, EL MONTE<br>EL MONTE<br>PALM BEACH GARDENS, CA 91733   US |

FEI Number:             FEI Number Applied For (  )     FEI Number Not Applicable (X)     Certificate of Status Desired (X)

| | |
|---|---|
| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
| KLEIMAN, DAVID A<br>3119 CONTEGO LANE<br>PALM BEACH GARDENS, FL 33410   US | NGUYEN, UYEN T<br>4371 NORTHLAKE BLVD #314<br>PALM BEACH GARDENS, FL 33410   US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   UYEN NGUYEN                                                                03/28/2014
             Electronic Signature of Registered Agent                                    Date

**AUTHORIZED PERSONS:**

Title:       MS
Name:        NGUYEN, UYEN T MS
Address:     4371 NORTHLAKE BLVD #314
City-St-Zip: PALM BEACH GARDENS, FL 33410 US

Title:       DR
Name:        COIN-EXCH PTY LTD
Address:     502 / 32 DELHI RD
City-St-Zip: NORTH RYDE, NS 02113 AU

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am authorized to execute this report as required by Chapter 605, Florida Statues.

SIGNATURE:   UYEN NGUYEN                             MS                  03/28/2014
             Electronic Signature of Authorized Person                   Date