# EXHIBIT 1

## CHECK LIST FOR NEXT STEPS

**Your application will not proceed in Court unless you complete each of the following 3 steps in full.**

**Step 1: DOWNLOAD AND PRINT OFF THE APPLICATION**

**Step 2: SERVICE OF THESE DOCUMENTS**

You need to arrange Service of the following documents (service ensures that all parties have received the documents filed with the Court):

- A sealed copy of the efiled Application for Divorce
- A sealed copy of the Affidavit for eFiling Application (Divorce)
- A copy of the Marriage, Families and Separation brochure, and
- Any other document efiled.

**Step 3: FILING THE SERVICE DOCUMENTS**

After these documents have been served on your spouse, you need to make a photocopy or scanned copy of the service forms. Service documents can then be eFiled in the same manner as your Affidavit or the original can be forwarded to a family law registry. If you attend the court hearing, take your copy of the service forms with you.

**Joint applicants please note**: you do **not** need to serve your spouse with any documents.

### Information to assist you complete these steps

More detailed information in relation to Service and copies of service forms can be found under Forms - Divorce forms and Kits at www.familylawcourts.gov.au.

**TIME LIMITS**

If you applied on your own, you must serve a sealed copy of the Application for Divorce and information brochure on your spouse:

- at least 28 days before the hearing if your husband or wife is in Australia
- at least 42 days before the hearing date if your husband or wife is overseas.

**HOW CAN I SERVE DOCUMENTS**

**Service by Post** - you should only attempt service by post if you are confident that your spouse will return the service document to you. If your spouse has a lawyer and he or she is willing to accept service you can serve the document on your spouse's lawyer.

**Service by Hand** - you must arrange for a person, over 18 years of age to serve documents on your spouse. The server can be a family member, friend or professional process server. **You cannot serve the document on your spouse yourself.**

## Notice of Application for Divorce

### TO THE RECIPIENT OF THIS NOTICE

In the attached application your spouse is applying for divorce. The Court has set down the hearing of this application at the time and place shown on page one of the Application for Divorce.

**What steps you need to take**

1. You should sign, date and return the Acknowledgment of Service (Divorce) to the person who served the Application for Divorce on you.
2. You should check the details given by your spouse in the application to make sure they are correct to the best of your knowledge. You should also carefully read the enclosed brochure 'Marriage, Families and Separation'. It sets out the legal and possible social effects of divorce and the services provided to families by the Family Law Courts and other government and community agencies.
3. If you want the divorce granted, you do not have to go to court or do anything else. A copy of the divorce order will be made available to you, either by post or through the Commonwealth Courts Portal (if you are a registered user) after the order has become final.
4. If you want the divorce granted but disagree with facts in the application, you may file a Response to Divorce. You need to outline which facts you disagree with in the Response to Divorce. You do not need to attend the hearing.
5. If you do not want the divorce granted, you must file a Response to Divorce. You need to outline the reasons why you oppose the divorce in the Response to Divorce. You should attend the hearing. If you do not attend, the Court may decide the divorce application in your absence.

In certain circumstances, you can apply to the Court in writing to appear by telephone. For example, you live some distance from the Court, you have a illness or disability, the expense with attending or safety concerns. For more information, email enquiries@familylawcourts.gov.au or call 1300 352 000.

### Response to Divorce

If you want to file a Response to Divorce, you need to file it at a family law registry:
- if served in Australia - within 28 days of the application being served, or
- if served outside of Australia - within 42 days of the application being served.

After filing the Response to Divorce with the Court, you must serve a copy of it on your spouse in accordance with the rules of the Court. You can get a copy of this form from www.familylawcourts.gov.au, by calling **1300 352 000** or at your nearest family law registry.

### Property and maintenance

If you want to apply to the Court about property or your own maintenance, you must file a separate application within 12 months of the date the divorce becomes final. Otherwise, you will need the Court's permission to apply.

# APPLICATION FOR DIVORCE

| File Number: | SYC3/2013 |
|---|---|
| Filed at: | SYDNEY - FEDERAL MAGISTRATES COURT |
| Filed on: | Wednesday 2/01/2013 01:05 PM |
| Presiding Officer: | Registrar Crawford |
| Court Location: | 97-99 Goulburn Street<br>Sydney |
| Court Date: | Thursday 14/02/2013 |
| Court Time: | 2:00 PM |

## Part A          The applicant/s



1. Who is/are making this application

| Husband and Wife together (joint) |
|---|

| Husband | Wife |
|---|---|
| No | No |
|  |  |
|  |  |

2a. Do you want to attend the hearing?
2b. If yes, will you need an interpreter at the hearing?
    Language and dialect

Page: 1        Application for Divorce - FAM216748

## Part B                    Husband and Wife

|    |                                                              | Husband                | Wife                        |
|----|--------------------------------------------------------------|------------------------|-----------------------------|
| 3. | Family Name as used now                                      | Wright                 | Wright                      |
| 4. | Full given names                                             | Craig Steven           | Carroll Lynn                |
| 5. | Date of birth                                                | 23/10/1970             | ▮▮/1952                     |
| 6. | Country of birth                                             | Australia              | Canada                      |
| 7. | If born outside Australia, date you started living in Australia |                     | 01/02/1997                  |
| 8. | What is your occupation                                      | Lecturer               | Claims Officer              |
| 9. | Residential address                                          | 7 Eastgate Ave<br>EAST KILLARA<br>NSW 2071<br>Australia<br><br>Phone :0417683914<br>Mobile:0417683914 | ▮▮▮<br>▮▮▮<br>▮▮▮<br>Australia<br><br>Phone :▮▮▮<br>Mobile:▮▮▮ |
| 10.| Address for service                                          | Same as residential address | Same as residential address |
|    | Name of lawyer<br>Name of law firm<br>Phone<br>Fax<br>DX<br>Email |                    |                             |



Page: 2      Application for Divorce - FAM216748

## Part C  Jurisdiction

11. Mark yes or no to each statement below

    The Husband/Wife:

| | Husband | Wife |
|---|---|---|
| (a) regards Australia as his/her home and intends to live indefinitely in Australia | Yes | Yes |
| (b) is an Australian citizen by birth or descent | Yes | No |
| (c) is an Australian citizen by grant of Australian citizenship | | Yes |
| (d) ordinarily lives in Australia and has done so for 12 months immediately before filing this application | Yes | Yes |

## Part D  Marriage and separation

12. Date and place of marriage on your marriage certificate

| Date | 23/12/1996 |
|---|---|
| Town/city | Ottawa |
| Country | Canada |

13. Full name of both parties as they appear on the marriage certificate

| Husband | Craig Steven Wright |
|---|---|
| Wife | Carroll Lynn Black |

14. Date of separation

| Date | 23/11/2010 |
|---|---|

15a. At the date of separation did you regard the marriage as over?

| Husband | Yes |
|---|---|
| Wife | Yes |

15b. If you answered NO to question 15(a), on what date did you regard the marriage as over?

| Husband | |
|---|---|
| Wife | |

16a. Since the date of separation, have you and your spouse lived together in the same home but not as husband and wife?

Yes

16b. If you answered YES to question 16a, give dates of each period you and your spouse lived together in the same home after separation.

From: 23/11/2010          To: 15/04/2011

Page: 3     Application for Divorce - FAM216748

| | | |
|---|---|---|
| 17a. | Since the date of separation, have you and your spouse lived together as husband and wife? | No |
| 18. | Do you think it is likely that you and your spouse will live together again as husband and wife? | No |
| 19. | At the date of filing this application, is it less than two years since you married? | No |

## Part E  Other court cases

| | | |
|---|---|---|
| 20. | Are there any current or pending cases in this or any other court about family law, child support, family violence or child welfare involving any of the parties and/or children listed in this application? | No |
| 21. | Are there any existing orders, binding agreements, parenting plans or undertakings to a court about family law, child support, family violence or child welfare involving any of the parties and /or children listed in this applications? | No |

Part F                Children

22. Are there any children under 18 who are children of you and your spouse, or were treated as members of your family when you and your partner separated?

No

