# EXHIBIT 4

**Subject:** FW: Production Delivery Notice - DEFHC_PROD037
**Date:** Monday, January 6, 2020 at 6:27:51 PM Eastern Standard Time
**From:** Velvel Freedman
**To:** Joe Delich

**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

**From:** "Grogan, Eliot" <egrogan@alixpartners.com>
**Date:** Monday, January 6, 2020 at 6:27 PM
**To:** "kyle@rochefreedman.com" <kyle@rochefreedman.com>, "vel@rochefreedman.com" <vel@rochefreedman.com>
**Cc:** Bevel-ED <Bevel-ED@groups.alixpartners.com>
**Subject:** Production Delivery Notice - DEFHC_PROD037

Kyle and Velvel,

We have uploaded a new production volume (DEFHC_PROD037) to our FTP site for you to download. The password for the delivered zip file is below. Please let us know if there are any questions or issues accessing this production delivery. Thanks

https://mft.ap-review.co.uk
Production Password: **uxFaQhTuF9WXDzW9**

| Production Volume: | DEFHC_PROD037 |
|---|---|
| Production BegDoc: | DEFHC_01518322 |
| Production EndDoc: | DEFHC_01520256 |
| No. of Documents: | 429 |
| No. of Pages: | 1935 |
| No. of Natives: | 0 |
| No. of Redactions: | 103 |
| No. of Privilege: | 85 |
| Production Size: | 0.38 |

**Eliot Grogan**
Senior Vice President

**AlixPartners**
2099 Pennsylvania Ave NW Suite 300, Washington DC 20006
**D** +1 (202) 756-9048   **M** +1 (202) 320-8311
egrogan@alixpartners.com
alixpartners.com | linkedIn | twitter | facebook

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.