# EXHIBIT 5

**Subject:** Production 27
**Date:** Tuesday, August 27, 2019 at 7:01:44 PM Eastern Daylight Time
**From:** Zaharah Markoe
**To:** Kyle Roche, vel@rochefreedman.com, Andrew S. Brenner
**CC:** Amanda McGovern, Zalman Kass, Andres Rivero

All,

We have uploaded for production the encrypted file that Dr. Wright has testified about (DEF_00560316). AlixPartners has been working on decrypting the file, but thus far has been unable to do so.

I will send you the password under separate cover.

FTP URL: https://mft.ap-review.co.uk

Best,

Zaharah

**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.