# EXHIBIT 9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | CASE NO.: 9:18-cv-80176-BB |
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT, | |
| *Defendant.* | |

## DECLARATION OF ANDREAS ANTONOPOULOS

I, Andreas Antonopoulos, declare under penalty of perjury, as follows:

## I. BACKGROUND AND QUALIFICATIONS

1. I am over the age of eighteen, not a party to this action, and currently reside in the United States.

2. The facts and opinions set forth in this declaration are based upon my own personal knowledge, education, experience, and documents provided to me by counsel. If called as a witness, I could and would testify to the truth of these facts and opinions under oath.

3. My background, qualifications, and CV have already been set forth in detail in my report filed in this litigation at ECF No. 500-5.

## II. SUMMARY OF OPINION

4. The coinbase of block ▮▮▮, with a transaction ID of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, is included in the 'CSW Filed' list provided by the defendant and defined in my previous report.

5. The coinbase of block ▮▮▮ was spent on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ by a transaction with transaction ID ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6. The transaction above spends ▮▮ coinbase outputs of ▮ BTC each mined in blocks ▮▮▮; ▮▮▮ and ▮▮▮.

7. Neither the 'CSW Filed' list or the 'Shadders List' include the coinbase transactions for blocks ▮▮▮ or ▮▮▮.

8. Only the coinbase of block ▮▮▮ is included in the 'CSW Filed' list.

9. All ▇ coinbase outputs (blocks ▇▇▇▇) were combined to a single destination address. This strongly suggests that all ▇ coinbase outputs were owned by the same entity who signed this spending transaction.

10. To spend those coins, someone had to create a digital signature with the private key corresponding to each address and therefore must have had access to the private keys to create those transactions.

11. Separately but similarly, the coinbase of block ▇ listed in 'CSW Filed' was spent on ▇▇▇▇▇▇

12. The transaction that spent the coinbase of block ▇ with a transaction ID of 3▇▇▇▇▇▇▇ contained additional inputs from the coinbase of ▇ other blocks.

13. Specifically, it also spent the coinbase of blocks ▇ and ▇.

14. All three coinbase outputs ▇ and ▇ were combined to a single destination address. This strongly suggests that all ▇ coinbase outputs were owned by the same entity who signed this spending transaction.

15. To spend those coins, someone had to create a digital signature with the private key corresponding to each address and therefore must have had access to the private keys to create those transactions.

16. The coinbase of blocks ▇ and ▇ are not included in 'CSW Filed' list.

17. Surprisingly the coinbase of block ▇ is found in the 'DK' list (as previously defined in my report).

18. The findings above strongly suggest that a single entity, in a single transaction, spent blocks that appear on both the CSW Filed list and the DK list.

19. These findings strongly support the conclusion, already conclusive from my previous report, that given the totality of the evidence, the CSW Filed list is not an accurate and/or complete list of bitcoin allegedly owned by the defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 15th day of May, 2020.

*Andreas M. Antonopoulos*
Andreas Antonopoulos