# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the Personal
Representative of the Estate
of DAVID KLEIMAN, and W&K
Info Defense Research, LLC,

     Plaintiffs,
v.
CRAIG WRIGHT,
     Defendant.
_____/

         Paul G. Rogers Federal
         Building and U.S. Courthouse
         701 Clematis Street
         West Palm Beach, Florida 33401
         Friday, June 28, 2019
         9:17 a.m. - 11:28 a.m.

C O N F I D E N T I A L

CONTINUED VIDEOTAPED DEPOSITION OF
DR. CRAIG STEVEN WRIGHT

Taken before Darline M. West,

Registered Professional Reporter, Notary Public

in and for the State of Florida At Large,

pursuant to Notice of Taking Deposition filed

by the Plaintiffs in the above cause.

Magna Legal Services
www.MagnaLS.com
866.624.6221



Page 460

 1   as a Bitcoin and that I could then send to one public

 2   address to another, I'm gonna call that the unit of

 3   exchange.

 4              Is that okay?

 5       A.   No.

 6       Q.   What would you like me to refer to that as?

 7       A.   That's a totally wrong misrepresentation of

 8   how Bitcoin works.

 9       Q.   Just give me the name you want me to refer

10   to it as, Dr. Wright.

11              MS. MCGOVERN:  Please let Dr. Wright

12         explain his answer, Mr. Freedman.

13              THE WITNESS:  When I created Bitcoin,

14         it was created as a digital cash system.

15         Each individual note was effectively a

16         cash-based coin with a unique serial number.

17         Each individual serial number was designed

18         to be used once, only once, and never

19         re-used.  There are two to the 256 bits

20         minus one of information for keys.

21              The amount there is approximately such

22         that if you were to create the key 1 billion

23         times a second, there would be enough for

24         every atom in the known universe to have one

25         for a hundred trillion years, which exceeds



Page 461

```
 1        the length of the universe; thus, it's a

 2        system not of bank accounts, but of

 3        individual keys.

 4             That was later subverted in 2011 and

 5        after I left.  And the introduction of

 6        things like Pay-to-Script hash and other

 7        things that I didn't want in Bitcoin have

 8        changed the nature of what happens.

 9             There are no actual addresses the way

10        that you are saying that addresses now exist

11        when I created Bitcoin.  It is a public

12        ledger that records and maps double

13        spending.  So there is a ledger entry to map

14        the key and script associated with the

15        mining of Bitcoin.

16   BY MR. FREEDMAN:

17        Q.   Dr. Wright, in 2011 did you transfer all of

18   your Bitcoin into a blind trust?

19        A.   I transferred my intellectual property,

20   which includes Bitcoin.  Bitcoin being the nature of

21   the network, the nature of the software, the nature

22   of the nodes.

23        Q.   All of it?

24        A.   I transferred all of the original mined

25   Bitcoin, if that's what you're asking, all of the
```



Page 462

1    ledger entries.  Because what I transferred was

2    software that wasn't public.  That, basically, is a

3    system that was designed so that you could have a

4    split-key technology, some of which are now patented,

5    allowing you to have a head office, who could spend,

6    and individual branches that would be able to receive

7    money, and it would calculate the entries in the

8    ledger and the coin.

9               So when you were actually doing the mining

10   or validation of process, each node would calculate

11   an address based on a distributed SEED algorithm.

12   That distributed SEED algorithm was known and

13   distributed so that each node to calculate what it

14   was mining to without any knowledge of the secret

15   keys associated with that.

16        Q.   Dr. Wright, when you referred to "I mined

17   Bitcoin" --

18        A.   Yes.

19        Q.   -- the way I view that word is, I -- and

20   this is going to be very dumb down for you.  But I

21   guess the correct number -- the Bitcoin protocol

22   tells me I've got the right number.  I then update

23   the public ledger, and then the protocol awards me

24   with new Bitcoin.

25               Are you -- are you familiar with what I'm



Page 463

 1    saying even though it's not 100 percent technically

 2    accurate?  Do -- do you understand my --

 3         A.   I would say it's about .01 percent

 4    technically accurate.

 5         Q.   But you understand it?

 6         A.   I would understand that you're incorrectly

 7    saying how Bitcoin works --

 8         Q.   Okay.  So --

 9         A.   -- and it has no relevance to what I was

10    doing.

11         Q.   So that mining reward --

12         A.   I would say 21,000,000 minus .0000004

13    Bitcoin or Satoshi exists already and are

14    distributed.

15         Q.   Dr. -- Dr. Wright, in these trust documents

16    you identify a sum of 1,100,111 Bitcoin and eight

17    and, I think, 24,000 Bitcoin.

18              What were you referring to?

19         A.   825,050.

20         Q.   What were you referring to when you said

21    "Bitcoin," when you said that?  What is that sum?

22         A.   That sum is the initial Bitcoin that my

23    machines mined between January 2009 and August 2010.

24         Q.   And if you sent me one of those, what would

25    you have sent me?  So, now, take off 1,100,111.  You



1    send me one.  You have 1,100,110.

2              What do I now have?

3         A.   One particular coin would then be moved as

4    a new ledger entry.  That ledger entry would take a

5    coin-based mined coin, which is validated on the

6    ledger, and it would pay to a new address as changed

7    to myself.  That new address would be one or more

8    keys or other scripts that would pay me 49 Bitcoin,

9    as you say, or Satoshi, and multiplied by the

10   relevant number, because it's an integer, plus one of

11   the unit that people call Bitcoin to yourself.

12        Q.   So that unit that people call Bitcoin that

13   you sent me one of, Satoshi multiplied by the

14   relevant number, I'm gonna refer to it as coin.

15   Okay?

16        A.   Yes.

17        Q.   All right.  So let's get back, Dr. Wright.

18             So, Dr. Wright, in 2011, did you transfer

19   all of your coin, as I've just defined it, into a

20   blind trust?

21        A.   What I actually did was, I transferred the

22   algorithms and software that I had used, the

23   nonpublic version of Bitcoin that I was working on,

24   into an encrypted file.  That encrypted file was

25   then -- basically the key was split so that other


MAGNA
LEGAL SERVICES