# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
-------------------------------)
                               )
                               )
                               )
IRA KLEIMAN, as the personal   ) CASE NO:
representative of the Estate   ) 9:18-cv-80176-BB/BR
of David Kleiman, and W&K Info )
Defense Research, LLC          )
                               )
         Plaintiffs,           )
                               )
v.                             )
                               )
                               )
CRAIG WRIGHT                   )
                               )
         Defendant.            )
                               )
                               )
-------------------------------)
```

Videotape Deposition of
CRAIG STEVEN WRIGHT

On Thursday, 4th April 2019


Taken at the offices of:

Boies Schiller Flexner LLP
5 New Street Square,
London EC4A 3BF

Reported by:  Paula Foley



Page 54

1    "meet".
2         Q.   What year?
3         A.   Physically meet, meet online, meet by
4    e-mail, meet by video conference, meet by phone.
5         Q.   When were you first introduced to Dave
6    Kleiman in any capacity, in what year?
7         A.   I was never introduced to Dave Kleiman.
8         Q.   How did you come to meet Dave Kleiman in
9    any capacity?
10        A.   We started talking on mailing lists, IRC
11   chats and other such things.
12        Q.   When did you begin that conversation?
13             MS. MARKOE:  Objection.
14             THE WITNESS:  I do not remember exactly.
15   It has been 15 years.
16   BY MR. FREEDMAN:
17        Q.   Do you remember the year?
18        A.   No.
19        Q.   How did you communicate during that time?
20             MS. MARKOE:  Objection: vague.
21             THE WITNESS:  In English.
22   BY MR. FREEDMAN:
23        Q.   From 2006, were you in regular contact
24   with Dave Kleiman?
25             MS. MARKOE:  Objection.



```
                                                          Page 55
 1                THE WITNESS:  Define "regular".
 2   BY MR. FREEDMAN:
 3        Q.    Once a week?
 4        A.    No.
 5        Q.    Twice a week -- once a month?
 6        A.    Most likely, yes.
 7        Q.    How were you in contact with him
 8   approximately once a month in 2006?
 9        A.    We spoke over IRC, we spoke over video
10   chats, we spoke over chats.
11        Q.    You said "chats".  Can you drill down on
12   that for me; what do you mean by chats?
13        A.    Digital chat media.  IRC is an example of
14   an early chat format.  It has rooms, some of those are
15   public, some of those are private.  Would you like me to
16   detail the format of the protocol any more?
17        Q.    No, but would I like you to drill down a
18   little more on the type of chats besides IRC that you
19   used to discuss with Dave Kleiman?
20                MS. MARKOE:  Objection.
21                THE WITNESS:  I do not remember.  These
22   things have changed.
23   BY MR. FREEDMAN:
24        Q.    Do you have access to any of these IRC
25   chats?
```



Page 56

```
 1      A.    No, that is the nature of IRC.
 2      Q.    Do you have access to any of these video
 3   chats?
 4      A.    No, that is nature of video chats.
 5      Q.    Do you have access to any of the other
 6   chat forms that you used to discuss with Dave Kleiman in
 7   2006?
 8      A.    No, we made sure we talked on things that
 9   were chats.
10      Q.    Meaning there was no record?
11      A.    Meaning that there was no record.
12      Q.    In 2007, did the frequency with which you
13   spoke to Dave Kleiman increase?
14      A.    No.
15            MS. MARKOE:  Objection.
16   BY MR. FREEDMAN:
17      Q.    Did it stay the same?
18      A.    I do not have a record of how many times
19   I spoke to him.  As a statistician, I would have to
20   analyse that as a hypothesis taking one versus the
21   other, but I do not have the data.
22      Q.    Did you speak to Dave Kleiman
23   approximately once a month in 2007?
24      A.    I have no idea how many times I spoke to
25   anyone at any of those times.  Very simply, I am not
```



1    able to answer that.
2         Q.    You have no recollection of the frequency
3    with which you spoke to Dave Kleiman in 2007; is that
4    correct?
5              MS. MARKOE:  Objection.
6              THE WITNESS:  I remember talking to
7    people.  I do not remember each of the talks.
8    BY MR. FREEDMAN:
9         Q.    But I am asking you to give me your best
10   recollection of the frequency with which you spoke to
11   Dave Kleiman in 2007?
12             MS. MARKOE:  Objection.
13             THE WITNESS:  I do not have a best
14   recollection.  I do not think about people that way.
15   I think about numbers.  I think about algorithms.
16   I remember those.
17   BY MR. FREEDMAN:
18        Q.    How often did you speak to Dave Kleiman
19   in 2008?
20             MS. MARKOE:  Objection.
21             THE WITNESS:  I do not remember.  The
22   same thing applies.  The same thing will apply to 2009.
23   BY MR. FREEDMAN:
24        Q.    How often did you speak to Dave Kleiman
25   in 2010?

