# EXHIBIT 12

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------X

IRA KLEINMAN, AS THE PERSONAL

REPRESENTATIVE OF THE ESTATE OF

DAVID KLEINMAN, AND W&K INFO DEFENSE

RESEARCH, LLC,

               Plaintiffs,

      -against-            Index No.:

                       9:18-CV-80176

CRAIG WRIGHT,

               Defendant.

-----------------------------------------X

                     55 Hudson Yards

                     New York, New York

                     July 24, 2019

                     1:00 P.M.

    EXAMINATION BEFORE TRIAL of JONATHAN WARREN, a

Non-Party Witness herein, taken by the attorney for

the respective parties, pursuant to Notice, held at

the above-stated time and place, before Melissa

Leonetti, RPR, a Notary Public of the State of New

York.

                     - - - -



Page 22

1  difference between how code was versus how code is

2  as a result of the diff, and this diff shows when I

3  added version 4 addresses.

4      Q.    Can you say -- after reviewing this

5  document, can you say with confidence that version 4

6  addresses were not available before August 12, 2013?

7      A.    Yes.

8          MR. KASS:  Objection to the form.

9          Jonathan, if you could just pause for a

10         second after he asks the question so I just

11         have time to state an objection, and then you

12         can state your answer.

13         THE WITNESS:  Okay.

14         MR. KASS:  Thank you.

15     Q.    I'm going to hand you a document that I

16  will have marked as Plaintiff's Exhibit 7.

17         (Whereupon, an email was marked as

18         Plaintiff's Exhibit 7 for identification, as

19         of this date.)

20     Q.    If you could turn to a page on the bottom

21  that bears the Bates label ending with 56406.  I

22  know it's hard to read, so I will represent to you

23  that on the page towards the back that at the top

24  says page 9 of 10 is a more legible version that

25  does not bear the Bates stamp.  So you can use this



Page 23

1    one that has a more legible version.

2         A.    Okay.

3         Q.    Do you see the bottom message in this --

4    in box -- in the "from" field?

5         A.    Yes.

6         Q.    It shows an address beginning with BM-2C?

7         A.    Yes.

8         Q.    And it also shows a received date of

9    October 22, 2012?

10        A.    Yes.

11        Q.    What does that date tell you about the

12   message?

13        A.    It tells me that something has been

14   faked.  Either the date has been faked or the

15   screenshot has been faked.

16        Q.    Why do you say that?

17        A.    Because Bitmessage wasn't released at

18   that time back in October of 2012.

19        Q.    Do you have any doubt that the date shown

20   here, October 22, 2012, is forged?

21             MR. KASS:  Objection to the form.

22        Q.    You can answer.

23        A.    Could you repeat the question.

24        Q.    Do you have any doubt that the date

25   reflected here, October 22, 2012, was forged?



Page 24

1              MR. KASS:  Objection to the form.

2        A.    No.

3              MR. KASS:  Lack of predicate.

4        Q.    Could -- a version 4 address, if sent any

5    time prior to August of 2013 when it was released,

6    could the Bitmessage software have handled that

7    address?

8        A.    No.

9        Q.    Would it have shown up in an inbox?

10       A.    I don't know.  Almost definitely not, but

11   I would have to check.

12       Q.    I will take back that document.  Thank

13   you.

14             I'm now going to hand you what I'll

15   have marked as Plaintiff's 8.

16             (Whereupon, a Bitmessage was marked as

17        Plaintiff's Exhibit 8 for identification, as

18        of this date.)

19       Q.    Again, I will represent to you that

20   because the first page that bears the Bates number

21   13147 may be hard to read that the second page is

22   just a more legible version of the same document.

23             When someone creates a Bitmessage

24   account, can they -- they can create their own

25   account name?



 1              MR. KASS:  Objection to the form.

 2       A.    They -- no.  The protocol doesn't include

 3  names at all.  If you add an entry to an address

 4  book as is shown on this piece of paper, that is

 5  entered by the person controlling your own client.

 6       Q.    Okay.  So if someone creates a Bitmessage

 7  -- someone has a Bitmessage address and they would

 8  like to assign a name to it, they can enter whatever

 9  name they would like?

10              MR. KASS:  Objection to the form.

11       A.    Correct.

12              MS. McGOVERN:  Excuse me, Vel.  If you

13              would like, we would like to just preserve

14              all our objections with respect to the

15              leading questions that the attorney is making

16              with respect to this witness so we don't have

17              to object to every single one.

18              If you would like to represent on the

19              record the objections to the effect he's

20              leading the witness are reflected for the

21              record.

22              MR. FREEDMAN:  Just make them.

23       Q.    Is it possible to assign a name to a

24  public address that you do not own?

25              MR. KASS:  Objection to the form.



Page 26

1      A.    Yes.

2      Q.    I will take back that document.  When you

3  assign a name to a public address, would your client

4  show that name regardless of who the address

5  actually belongs to?

6      A.    Yes.

7      Q.    I'm going to hand you what will be marked

8  as Plaintiff's 9.

9          (Whereupon, a Document was marked as

10      Plaintiff's Exhibit 9 for identification, as

11      of this date.)

12      Q.    First I would like to direct your

13  attention to the message that's displayed on the

14  page bearing Bates number 0204.

15          What is the subject of the message

16  that's displayed here?

17      A.    Do you mean the one that's selected?

18      Q.    Correct.

19      A.    The trust process.

20      MR. KASS:  I object to the use of this

21      document.  Mr. Warren's not on it, and I

22      don't see how he has a basis to provide any

23      testimony on it.

24      MR. FREEDMAN:  It's our position that

25      he created the software that this message is



```
 1      being displayed at, so he has the ability to
 2      opine the authenticity of the message that
 3      predates the program's actual creation, but
 4      your objection is preserved.
 5           MR. KASS:  Mr. Warren is not an expert
 6      witness.  He's a fact witness.  And that
 7      objection goes for all these other
 8      Bitmessages that have been presented and that
 9      will be presented during this deposition.
10           MS. McGOVERN:  Do you intend to have
11      this witness opine as to the state of mind of
12      messages between two individuals on a
13      document that he is not on and he's not a
14      recipient of and he's not the subject of?  Is
15      that the intention?
16           MR. FREEDMAN:  Our intention is to get
17      his testimony, his honest testimony.
18      Q.    The message that's selected on this
19 document, does it purport to be from Dave Kleinman?
20           MR. KASS:  I object to that.
21           MR. KEEFE:  Withdrawn.
22      Q.    Who does this document indicate the
23 message was sent by?
24           MR. KASS:  Objection.
25      A.    The document indicates Dave Kleinman.
```



Page 28

1     Q.    And who does the document indicate the

2  message was sent to?

3           MR. KASS:  Objection to the form.

4     A.    The message indicates Craig S. Wright.

5     Q.    And when does the document indicate the

6  Bitmessage was received?

7           MR. KASS:  Objection to the form.

8     A.    It indicates Tuesday, November 6, 2012.

9     Q.    Would it have been possible for Craig

10 Wright to receive a Bitmessage from Dave Kleinman on

11 November 6, 2012?

12          MR. KASS:  Lack of predicate.

13     Objection.

14     A.    I don't see how it could be.

15     Q.    Why is that?

16     A.    Because the software was not publicly

17 released at that time.

18     Q.    When was the software publicly released?

19     A.    November 19, 2012.

20     Q.    Do you have any doubt that the date this

21 document shows as the message being received is

22 forged?

23          MR. KASS:  Objection to the form.  Lack

24     of predicate.

25     A.    No.



Page 29

1        Q.    I will take the document back.

2              I'm going to hand you what I'll have

3    marked as Plaintiff's 10.

4              (Whereupon, a deed was marked as

5        Plaintiff's Exhibit 10 for identification, as

6        of this date.)

7        Q.    And I will also represent, as with some

8    of the other documents I've shown you, that because

9    some of the documents that bear Bates labels are

10   hard to read that the second set here is a more

11   legible printout of the documents that do not bear

12   the Bates labels.

13             I would first like to draw your

14   attention to the page bearing Bates number 23255.

15   I believe in the legible version, that's the

16   fourth page.

17             In the message that's selected has a

18   arrow drawn next to it on this page.  Who does

19   this message -- who does the document show that

20   this message was sent from?

21             MR. KASS:  I raise all the same

22        objections I raised before with that

23        Bitmessage.

24        A.    Craig S. Wright.

25        Q.    And who does the document show the



Page 30

1    Bitmessage was sent to?

2              MR. KASS:  Objection to the form.

3         A.    Dave Kleinman.

4         Q.    And on what date does the document show

5    that this Bitmessage was sent?

6              MR. KASS:  Objection to the form.

7         A.    Wednesday, November 7, 2012.

8         Q.    Would it have been possible for Craig

9    Wright to send Dave Kleinman a Bitmessage on

10   November 7, 2012?

11             MR. KASS:  Objection.  Lack of

12        predicate.

13        A.    I don't see how he could have.

14        Q.    Would it have been possible for anyone

15   other than you to send a Bitmessage on November 7,

16   2012?

17             MR. KASS:  Objection.

18        A.    No.

19        Q.    Do you have any doubt that the date field

20   on this document for this message is forged?

21             MR. KASS:  Objection.  Lack of

22        predicate.

23        A.    No.

24        Q.    In this same document -- actually, the

25   next page which bears --



```
 1              MR. KASS:  Leading.
 2       A.      -- Bates number 23256 -- in the legible
 3  document, it's also the next page, page 5 -- the
 4  document that's shown as selected here, can you tell
 5  me what the subject is.
 6              MR. KASS:  Same objections as the prior
 7       document.
 8       A.      Regarding the trust process.
 9       Q.      Who does this -- who does the document
10  show this Bitmessage was sent by?
11              MR. KASS:  Objection to the form.
12       A.      Dave Kleinman.
13       Q.      And who does the document show that the
14  Bitmessage was sent to?
15       A.      Craig S. Wright.
16              MR. KASS:  Objection to the form.
17       Q.      On what date does the document show that
18  this Bitmessage was received?
19              MR. KASS:  Objection to the form.
20       A.      Thursday, November 8, 2012.
21       Q.      Would it have been possible for Craig
22  Wright -- sorry -- for Dave Kleinman to send to
23  Craig Wright a Bitmessage on November 8, 2012?
24              MR. KASS:  Objection to the form and
25       lack of predicate.
```



Page 32

1        A.    No.

2        Q.    Would it have been possible for anyone to

3    send a Bitmessage on November 8, 2012?

4              MR. KASS:  Objection to the form.  Lack

5         of predicate.

6        Q.    Other than yourself?

7              MR. KASS:  Same objection.

8        A.    No.

9        Q.    Do you have any doubt that the date shown

10   on this document for this Bitmessage was forged?

11             MR. KASS:  Objection to the form.  Lack

12        of predicate.

13       A.    No.

14       Q.    I will take that document back.

15             I'm now going to hand you what I'll

16   have marked as Plaintiff's 11.

17             (Whereupon, Bitmessages were marked as

18        Plaintiff's Exhibit 11 for identification, as

19        of this date.)

20       Q.    Again, as with the other documents,

21   there's two printouts here, one bearing Bates

22   numbers and the other that's just a more legible

23   version of the same documents.

24             On the first page, which bears Bates

25   number 13376, I would like to draw your attention



Page 33

 1    to the message that's being shown as selected.

 2    Can you tell me the subject of this message.

 3            MR. KASS:  Same objections as all the

 4        prior Bitmessages that you have been shown.

 5    A.    1933.

 6    Q.    Who does the document show that the

 7    message was sent by?

 8            MR. KASS:  Objection to the form.

 9    A.    Dave Kleinman.

10    Q.    Who does the document show that the

11    message was sent to?

12            MR. KASS:  Objection to the form.

13    A.    Craig S. Wright.

14    Q.    On what date does the document show the

15    Bitmessage was received?

16            MR. KASS:  Objection to the form.

17    A.    Sunday, November 11, 2012.

18    Q.    Is it possible that Dave Kleinman sent

19    Craig Wright a Bitmessage on November 11, 2012?

20            MR. KASS:  Objection to the form.  Lack

21        of predicate.

22    A.    No.

23    Q.    Could anyone have sent a Bitmessage other

24    than yourself on November 11, 2012?

25            MR. KASS:  Objection to the form.  Lack



Page 34

```
 1        of predicate.

 2        A.    No.

 3        Q.    Do you have any doubt that the date shown

 4   in the "received" field for this message is forged?

 5             MR. KASS:  Objection to the form.  Lack

 6        of predicate.

 7        A.    No.

 8        Q.    If you could turn to the next page, which

 9   bears Bates number 13377.

10        A.    (Witness complies.)

11             MR. KASS:  I'm going to raise my same

12        objections for all these Bitmessages.

13        Q.    On the document -- on the message that

14   this document shows as being selected, can you tell

15   me the subject.

16             MR. KASS:  Objection to the form.

17        A.    Regarding 1933.

18        Q.    Who does the document show this

19   Bitmessage was sent by?

20             MR. KASS:  Objection to the form.

21        A.    Craig S. Wright.

22        Q.    Who does the document show the Bitmessage

23   was sent to?

24             MR. KASS:  Objection to the form.

25        A.    Dave Kleinman.
```



1       Q.    On what date does the document show the

2   Bitmessage was sent?

3             MR. KASS:  Objection to the form.

4       A.    Tuesday, November 13, 2012.

5       Q.    Would it have been possible for Craig

6   Wright to send to Dave Kleinman a Bitmessage on

7   November 13, 2012?

8             MR. KASS:  Objection to the form.  Lack

9       of predicate.

10      A.    No.

11      Q.    Could anyone other than yourself have

12  sent or received a Bitmessage on November 13, 2012?

13            MR. KASS:  Objection to the form.  Lack

14      of predicate.

15      A.    No.

16      Q.    Is there any doubt in your mind that the

17  date reflected in the status field for this message

18  is forged?

19            MR. KASS:  Objection to the form.  Lack

20      of predicate.

21      A.    No.

22      Q.    I will take the documents back.

23            Mr. Warren, is it possible that Craig

24  S. Wright sent or received a Bitmessage on October

25  22, 2012?



```
                                                      Page 36
 1               MR. KASS:  Objection to the form.  Lack

 2        of predicate.

 3        A.    No.

 4        Q.    Is it possible that Dr. Wright sent or

 5   received a Bitmessage on November 6, 2012?

 6               MR. KASS:  Objection to the form.  Lack

 7        of predicate.

 8        A.    No.

 9        Q.    Is it possible that Dr. Wright sent or

10   received a Bitmessage on November 7, 2012?

11               MR. KASS:  Objection to the form.  Lack

12        of predicate.

13        A.    No.

14        Q.    Is it possible that Dr. Wright sent or

15   received a Bitmessage on November 8, 2012?

16               MR. KASS:  Objection to the form.  Lack

17        of predicate.

18        A.    No.

19        Q.    Is it possible that Dr. Wright sent or

20   received a Bitmessage on November 11, 2012?

21               MR. KASS:  Objection to the form.  Lack

22        of predicate.

23        A.    No.

24        Q.    Is it possible that Dr. Wright sent or

25   received a Bitmessage on November 13, 2012?
```



Page 37

1          MR. KASS:  Objection to the form.  Lack

2      of predicate.

3      A.    No.

4      Q.    Is it possible to alter the date and time

5  a Bitmessage displays as received?

6          MR. KASS:  Objection to the form.

7      A.    Yes.

8      Q.    Is it possible to alter the date and time

9  a Bitmessage displays as sent?

10          MR. KASS:  Objection to the form.

11      A.    Yes.

12      Q.    Would this be a relatively simple task

13  with a sqlite3 --

14          MR. KASS:  Objection to the form.

15      Q.    -- command line tool and a basic --

16          MR. FREEDMAN:  Wait until the question

17      is finished.

18      Q.    And a basic understanding -- would this

19  be a relatively simple task with the sqlite3 command

20  line tool and a basic understanding of SQL?

21          MR. KASS:  Objection to the form.

22      Q.    It's SQL.

23      A.    Yes.

24      Q.    Could you also trick the software into

25  displaying the wrong received date and time if you



Page 38

1  backdated your computers' local time before you sent

2  the message?

3          MR. KASS:  Objection to the form.

4     A.   Yes.

5     Q.   Could you also trick the software into

6  displaying the wrong sent date and time if you

7  backdated your computer's local time before you sent

8  a message?

9          MR. KASS:  Objection to the form.

10    A.   Yes.

11    Q.   Based on the documents you've reviewed

12  today, is it possible to verify that the sender

13  reflected in the "sender" field was really Dave

14  Kleinman?

15         MR. KASS:  Objection to the form.

16    A.   No.

17    Q.   If you had the actual address it was sent

18  from, could you verify with certainty that the

19  sender was Dave Kleinman?

20         MR. KASS:  Objection to the form.

21    A.   No.

22    Q.   How does the Bitmessage software assign

23  the name Dave Kleinman to the address or to a

24  Bitmessage?

25    A.   The user of the software has to enter the



Page 145

1    spoke with --

2              MR. KEEFE:  Strike the question.

3        Q.    Earlier you were asked to name people

4    that you had worked with.

5        A.    Yes.

6        Q.    Specifically, I think, in Bit coding

7    groups?

8        A.    Yes.

9        Q.    You said you were blanking on names at

10   the moment but you would be willing to provide those

11   names to us later?

12       A.    Yes.  I've remembered two since then.

13       Q.    Can you provide them to us.

14       A.    Yes.  One of them is Jonathan Mohan,

15   M-O-H-A-N.  And the other is -- I'm sure I'll

16   remember it soon.

17       Q.    As you sit here now --

18       A.    I remembered.  It's Owen Gunden.  I don't

19   know how to spell it exactly, but it's Gundren or

20   Gundrin.

21       Q.    I'm going to hand you what have been

22   marked as Plaintiff's Exhibits 7 through 11.  They

23   all contain at least a page purporting to be a

24   Bitmessage sent or received prior to November 19,

25   2012.



Page 146

1          Do you remember that?

2          MR. KASS:  Objection to the form.  And

3     asked and answered.

4     A.    I remember seeing this exhibit earlier,

5     yes.

6     Q.    Do you remember testifying that

7     Bitmessages -- that the printouts purported to be

8     Bitmessages prior to November 19, 2012, were forged?

9          MR. KASS:  Objection to the form.

10    A.    Yes.

11    Q.    Do you still believe they are forgeries?

12         MR. KASS:  Objection to the form.

13    A.    Yes.

14    Q.    Are you as certain as you could possibly

15    be that they are forgeries?

16         MR. KASS:  Objection to the form.

17    A.    Yes.

18    Q.    Has anything Mr. Kass asked you today

19    changed your opinion as to the nature of those

20    documents?

21         MR. KASS:  Objection to the form.

22    A.    Is he Mr. Kass?

23    Q.    Yes.

24    A.    No.

25    Q.    Has anything he's shown you today changed



Page 147

```
 1    your opinion about those documents?

 2              MR. KASS:  Objection to the form.

 3         A.    No.

 4              MR. KEEFE:  We're done.

 5              MR. KASS:  I just have one or two quick

 6         questions.

 7    EXAMINATION BY

 8    ZALMAN KASS, ESQ.:

 9         Q.    Mr. Warren, you testified before that you

10    had a copy of a server in your parents' house that

11    was running the Bitmessage software.

12         A.    Yes.

13         Q.    Did you store copies of your

14    cryptocurrency assets on that server?

15         A.    No.

16         Q.    All right.

17              Now, my other question is -- not

18    related to that server, just in general -- how do

19    you store your -- the private keys to your

20    cryptocurrency assets?

21         A.    I'm hoping this can be covered as much as

22    possible by --

23              MR. FREEDMAN:  I can imagine you're

24         compromising the security of --

25         Q.    I will rephrase it and see if we can work
```

