# EXHIBIT 13

**AUSCRIPT AUSTRALASIA PTY LIMITED**
ABN 72 110 028 825

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003

T: 1800 AUSCRIPT (1800 287 274)    F: 1300 739 037
E: clientservices@auscript.com.au    W: www.auscript.com.au

**AUSCRIPT**
FASTER, BETTER EVIDENCE DELIVERY SINCE 1921

## TRANSCRIPT OF PROCEEDINGS
TRANSCRIPT SENSITIVE

O/N H-429401

### AUSTRALIAN TAXATION OFFICE

### RECORD OF INTERVIEW

| | |
|---|---|
| **INTERVIEWER:** | GREG O'MAHONEY |
| **INTERVIEWEE:** | CRAIG Wright |
| **CONDUCTED AT:** | ATO OFFICE |
| **DATE:** | 11 AUGUST 2014 |
| **TIME:** | |

**TRANSCRIBED BUT NOT RECORDED BY
AUSCRIPT AUSTRALASIA PTY LIMITED**

Wright 11.08.14
Transcript Sensitive

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| 5 | | different countries, such as Britain, Australia, wherever else. We could use that to instantaneously do forex transactions at immensely low rates and far quicker than the resource ..... at the moment, but also tied to the old title to Smart Property and it would ..... all contracts in reverse ..... researching at the moment is oil contracts and this and that to ..... with automated assistance. |
| | O'Mahoney | Okay. We might come to that. You said earlier that you and Mr Kleiman had been developing product for some time. |
| | Wright | Yes. |
| | O'Mahoney | Prior to the incorporation of Coin Exchange. |
| 10 | Wright | Yes. |
| | O'Mahoney | What – how long have you been working with Mr Kleiman? Were they products that ultimately became the subject of business done by Coin Exchange? |
| | Wright | Some of them, yes. Not all. |
| 15 | O'Mahoney | And how long have they been in the pipeline for? |
| | Wright | Since I knew Mr Kleiman. |
| | O'Mahoney | And is this the case: that the Coin Exchange was established to corporatise, if you like, ideas that you and he had been working on for a substantial period of time? |
| 20 | Wright | Certain parts of it, yes, along with bitcoin areas. So we had been working on those sort of areas; I had been doing research into ..... places, into online contracting etcetera, the nomination systems in order to exploit that a lot more than we had been doing at the time - - - |
| | O'Mahoney | Was this your first venture with Mr Kleiman. |
| 25 | Wright | No. |
| | O'Mahoney | Well, what other ventures had you done with him? |
| | Wright | We were involved with WK Info Defence but I wasn't actually actively managing any of that. Dave ran all that over in the US. |
| | O'Mahoney | Can you say that again? WK? |
| 30 | Wright | WK Information |
| | O'Mahoney | Defence. |
| | Wright | Research LLC. |
| | O'Mahoney | And that was a company that you say Mr Kleiman was running out of the - - - |
| | Wright | US. |
| 35 | O'Mahoney | US. And had you been involved in that company? |
| | Wright | I have been involved subsequently. I mean, I was there but day-to-day, not at all. |
| | O'Mahoney | When you say you were there, what do you mean by that? |
| | Wright | I would do coding, trying to work out solutions to problems that we had. |
| 40 | O'Mahoney | Were you – was that before founding Coin Exchange? |
| | Wright | Yes. |

Page 5 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | And roughly how long were you there, that is, at the WK Info Defence? |
| | Wright | The exact time we started it, I don't remember, but it was around 2010 some time that we started putting everything together for a 2011 incorporation. |
| 5 | O'Mahoney | And what is it that WK Info Defence, what's its business or enterprise? |
| | Wright | The idea came about because I didn't trust the Tax Office here. I had had a number of run-ins because of Information Defence Australia and Integyrs that I had set up over here. Those companies — well, although I'd spent lots of money and around 500 computers ..... research to bitcoin mining ..... considered ..... by the ATO, so everything I had I moved over at a nominal rate, which was based on what it was worth at the time, into a trust and everything over there because back then I believed bitcoin was worth a lot of money. |
| | O'Mahoney | What was the trust that was established? |
| 15 | Wright | There was one in Panama that I don't have all the details of. |
| | O'Mahoney | What's it called? |
| | Wright | Don't know all the details. I don't know. |
| | O'Mahoney | Or any details. |
| | Wright | I know there's a trust in Panama that's set up. |
| 20 | O'Mahoney | When was that set up? |
| | Wright | In probably '11. |
| | O'Mahoney | And were you involved in establishing it? |
| | Wright | No. |
| | O'Mahoney | Was it set up to your benefit? |
| 25 | Wright | It is set up for the benefit of the research I'm doing. |
| | O'Mahoney | All right. And - - - |
| | Wright | All of this is to fund all the things I'm doing. |
| | O'Mahoney | Okay. I guess, just by way of background, tell us about — we won't hold you to every detail of that trust, but just tell us a little bit about the trust in Panama that was established? |
| | Wright | There was a trust set up to put a number of bitcoin that Dave was mining and everything like that into and maintain, the idea being that we would use that to further the goals we were doing, which were all to do with promotion of bitcoin and cryptocurrencies we have there. |
| 35 | O'Mahoney | So was it the case that the trust in Panama was set up as a funding mechanism? |
| | Wright | For research, yes. |
| | O'Mahoney | And for research that you were doing with Mr Kleiman? |
| | Wright | That Mr Kleiman was doing and myself as well, yes. |
| 40 | O'Mahoney | All right. And you mentioned that courtesy of the experience you had with the tax authorities here, you moved offshore, you moved things offshore. You mentioned the trust in Panama. What other steps did you take to that end? |

Page 6 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | What do you mean by what other steps? |
| 5 | O'Mahoney | Well, you mentioned before that, courtesy of that story that you had with the Commissioner, that you – that in the context of discussing that, you talked about the trust in Panama. Also, we were talking about WK Info Defence. |
| | Wright | Mm. |
| | O'Mahoney | Was it the case that your involvement in that entity occurred because, as I think you indicated earlier, you wanted to move things offshore, you wanted to - - - |
| 10 | Wright | Yes. |
| | O'Mahoney | - - - work offshore. |
| | Wright | Everything would have been in Australia the whole time if it wasn't for the fact that I ended up having to fight to not be bankrupt for expenditure that I actually made. |
| 15 | O'Mahoney | Right. And did you invest in WK Info Defence? |
| | Wright | More indirectly than directly. |
| | O'Mahoney | What does that mean? |
| 20 | Wright | At the time we got a lot of payments from people I'd worked with in the past. Playboy Gaming and other people that I still do work for, basically in the gambling field. I do a lot of statistical work, validating algorithms, etcetera, and I also do a lot of work validating ..... the house wins, and I get paid for that and rather than me getting paid for that, the entity got paid for that. |
| | O'Mahoney | The entity being WK Info Defence? |
| | Wright | Yes. |
| 25 | O'Mahoney | All right. As at April 2013 when Coin Exchange was established, how many other companies were you – did you control at that time? |
| | Wright | In Australia or overseas as well? |
| 30 | O'Mahoney | In fact, we will come to that in a moment. Could you just tell us in broad terms about the commercial objectives of Coin Exchange, when it was established; what did it set out to do? |
| | Wright | Promote bitcoin and become a universal exchange platform, make bitcoin money, make bitcoin the default reserve currency globally. |
| | O'Mahoney | And at that time - we will come back to that - there were, I take it, other entities that you controlled? |
| 35 | Wright | Yes. |
| | O'Mahoney | And did – were there other entities that you controlled that sought to bring about the same kinds of objectives that you have just outlined? |
| | Wright | No. I've got different objectives for the other ones. |
| | O'Mahoney | There was no overlap? |
| 40 | Wright | There was always an overlap. |
| | O'Mahoney | Well, tell us about the other entities. |

CONFIDENTIAL

DEF_00068672