# EXHIBIT 15

# Companies House

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

JBRUK LTD

Company number **10859457**

| Date | Type | Description | View / Download |
|------|------|-------------|-----------------|
| 22 Jan 2019 | GAZ2 | **Final Gazette** dissolved via compulsory strike-off | (1 page) |
| 06 Nov 2018 | GAZ1 | **First Gazette** notice for compulsory strike-off | (1 page) |
| 22 Oct 2018 | RP05 | **Registered office address changed** to PO Box 4385, 10859457: Companies House Default Address, Cardiff, CF14 8LH on 22 October 2018 | (1 page) |
| 14 Sep 2018 | CH01 | **Director's details changed** for Mr Denis Mayaka on 9 August 2018 | (2 pages) |
| 09 Aug 2018 | CH01 | **Director's details changed** for Mr Denis Mayaka on 9 August 2018 | (2 pages) |
| 11 Jul 2017 | NEWINC | **Incorporation** Statement of capital on 2017-07-11 <ul><li>GBP 100</li></ul> | (30 pages) |

Tell us what you think of this service(link opens a new window) (https://www.research.net/r/S78XJMV) Is there anything wrong with this page? (link opens a new window) (https://beta.companieshouse.gov.uk/help/feedback?
sourceurl=https://beta.companieshouse.gov.uk/company/10859457/filing-history)