# EXHIBIT 16

| | |
|---|---|
| **From:** | Ramona Watts <ramona@ ▇▇▇▇> |
| **Sent:** | Monday, May 28, 2012 10:11 PM |
| **To:** | craig@panopticrypt.com |
| **Subject:** | Trusts |

Craig,
Sorry, I do not get it.

So, you have a lot of money in a trust that Dave holds "keys" for with others. Next, you have keys held by Dave he knows about, where some is his , some yours and some your uncles? But you cannot use this money as it will make people track you.

Let me get this right. You have a secret trust, a trust Dave knows of, a trust for gambling (or as you say gaming) and a trust for software?

Why do you need to have purchased Bitcoin if you have other bitcoin? How do you spend it and not know it is you?

**Ramona Watts**
Director, Business Services



http://www.panopticrypt.com

