# EXHIBIT 17

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

------------------------------------------
IRA KLEIMAN, as the personal            )
representative of the Estate of David   )
Kleiman, and W&K Info Defense           )
Research, LLC                           )
              Plaintiffs,.            )
                                        )
    v.                                  )
                                        )
CRAIG WRIGHT                            )
              Defendant.              )
------------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

On

Monday March 16, 2020

At the offices of:
Boies Schiller Flexner LLP
5 New Street Square
London EC4A 3BF
England
United Kingdom

Taken by:
AMY COLEY, Court Reporter



Page 123

1      A.     Yes.
2      Q.     Dr. Wright, do you recognize this
3   as an e-mail chain between yourself and Ira
4   Kleiman?
5      A.     I see that it is an e-mail
6   purporting to be from Ira Kleiman to myself.
7      Q.     On or about March 11, 2014?
8      A.     I see that date on the e-mail.
9      Q.     Go down to e-mail on Friday March
10  7, 2014 from you on the fourth page?
11     A.     I am on the fourth page.
12     Q.     You see the e-mail says: "Ira, what
13  is true?"
14     A.     No, I see text that you are
15  purporting is an e-mail.
16     Q.     This is a copy of an e-mail that
17  you produced to us?
18     A.     No, it is documents that come from
19  machines that my lawyers were given.  You are
20  saying that it is from me.  It is not from me.
21     Q.     Do you have any reason to believe
22  these correspondence are not genuine?
23     A.     Yes.
24     Q.     What are those reasons?
25     A.     I have seen this before.



Page 124

1      Q.     Why is it not genuine?
2      A.     A series of e-mails from various
3  people have been edited. I have noticed these --
4  I will not go into discussions with my lawyers --
5  but analysis has been done on several e-mails and
6  there are edits made to multiple e-mails from me,
7  both on the hotwire account that I was no longer
8  able to access in April as well as purporting to
9  be from myself, coming from a Brisbane address
10 when I was not there.
11     Q.     This is an e-mail RCJBR from 2014,
12 not from either of those accounts, so why do you
13 believe this e-mail is not genuine?
14     A.     (1) that is not what I just said.
15 I didn't say only hotwire, I said hotwire and
16 others, so you cannot say not from any of those
17 accounts because that is not correct. (2) this is
18 not an e-mail, this is a part of an e-mail stream
19 that comes from Ira.
20     Q.     Dr. Wright, you produced this to
21 us, that is why it is Bates labeled DEFAUS 115933.
22            MR. RIVERO:  Objection.
23            MR. FREEDMAN:  I do not think there
24 is much utility in us discussing this. Do you see
25 in the e-mail where it says "I had math skills and



Page 125

1  some coding that frankly was crud".
2         A.    What I see is a document seized
3  from Australia after I had left Australia.  This
4  is a document on machines that had nothing to do
5  with me.  What you have seized is evidence that
6  people in Australia were falsely accessing and
7  altering e-mails, people who later ended up fired,
8  and basically you are saying e-mails that you
9  purport to be real being held between people who
10 had sought to shut down my companies, that were
11 captured in Australia when I was no longer in
12 Australia, when my computers were not in Australia
13 that have been given to you, and you are saying
14 that they are from me when there was no way
15 I could have sent them.
16              MR. RIVERO:  I am going to preserve
17 an authenticity objection, but you need to answer
18 the questions about the documents.  So, if go
19 ahead and answer the question, I will assert and
20 preserve an authenticity objection to the use of
21 the documents.  Please answer the questions.
22        A.    I see a sentence that I did not
23 type.
24 BY MR. FREEDMAN:
25        Q.    You can see the sentence where it



Page 126

```
 1   says "Dave could edit his way to hell and back"?
 2        A.    Yes.
 3        Q.    Do you not agree with that
 4   statement now?
 5              MR. RIVERO:  Objection to the form.
 6        A.    No, I do not agree with that
 7   sentence.
 8   BY MR. FREEDMAN:
 9        Q.    Did you type that?
10        A.    I did not type that.
11              MR. RIVERO:  Object to the form.
12   BY MR. FREEDMAN:
13        Q.    Somebody else saved this e-mail?
14             MR. RIVERO: Objection.
15        A.    This is not an e-mail from me, this
16   is a machine copied from an Australian employee.
17        Q.    What is the name of the Australian
18   employee?
19        A.    I do not know, I do not know which
20   machine this comes from, I haven't been given
21   anything more than a number.
22        Q.    Do you see where it says Satoshi
23   was a team?
24        A.    I see that.
25        Q.    You just told me Satoshi was not a
```



Page 137

```
 1        A.    I do not know, I cannot tell from a
 2   PDF.  If you are asking is it my e-mail, no.
 3        Q.    On 10 May 2017 Ira wrote to you
 4   "I read that version 0.1 of Bitcoin was compiled
 5   using Microsoft visual studio for windows and the
 6   other day I came across that program in Dave's set
 7   of disks, it got me wondering if he compiled it";
 8   do you see that?
 9        A.    Yes.
10        Q.    Do you see you respond back?  "Yes,
11   we both played(?), Dave compiled"?
12        A.    You are saying this is an e-mail
13   from me.  I stopped responding at all, well before
14   this, to Mr. Kleiman?
15        Q.    The e-mail we looked at which was
16   previously DEFAUS 115950 also came from Craig at
17   RCJBR.org e-mail account.  We are now in 2017,
18   almost three years later, and you are still
19   claiming that someone else is writing this e-mail,
20   is that accurate?
21              MR. RIVERO:  Objection,
22   mischaracterizing the testimony.  Dr. Wright,
23   answer that if you can.
24        A.    Again, you are making the
25   Craig@RCJBR means that it came from the account.
```



1  You are mischaracterizing how e-mail works, you're
2  failing to understand or accept that it is very
3  easy to spoof and forward e-mail or even that this
4  has been analyzed and that I have seen anything
5  showing that it came from me.
6  BY MR. FREEDMAN:
7           Q.      This is not your ----
8           A.      Sorry, I did not hear.
9           Q.      Is this e-mail fake?
10          A.      Looking at a PDF does not allow me
11 to say this e-mail is fake.  Someone could have
12 jumped on or hacked my machine, I do not know
13 that.  I do know that we have a complaint with the
14 UK police about a hacking at the moment that has
15 occurred, and I also know that I cannot say
16 whether this is a doctored copy of an e-mail or a
17 hacked e-mail from a PDF.
18          Q.      Did you send this e-mail?
19          A.      No, I was not communicating with
20 Ira Kleiman.
21          Q.      Do you still have the e-mail
22 address Craig@RCJBR.org?
23          A.      I have recently re-enabled that.
24          Q.      When did you not have it?
25          A.      It was disabled at the end of 2015,



Page 139

```
 1   I do not remember exactly when it was re-enabled.
 2         Q.    Was Dave one of the three key
 3   people behind Bitcoin?
 4         A.    No.
 5         Q.    I am uploading to the share file
 6   Kleiman 8178.
 7         (Exhibit Kleiman 8178 referred to)
 8         A.    It is still loading.
 9         Q.    Page 1.
10         A.    The e-mail is up.
11         Q.    Do you see an e-mail in the middle
12   page February 11, 2014 from
13   Craigswright@hotwirepe.com?
14         A.    No, I do not see the e-mail I see
15   the text that purports to be that from a forwarded
16   document, Craigwright@hotwire was a joint CEO
17   account.
18         Q.    Do you see where it says "hello
19   Louis, your son Dave and I are two of the three
20   key people behind Bitcoin"?
21         A.    Yes, I see that.
22         Q.    Did you type that?
23         A.    No, I did not.
24         Q.    Who typed it?
25         A.    If it was sent directly from my
```



Page 166

1  Yes, I recall this blog.
2       Q.    Do you recall this post?
3       A.    I recall the post on the tracking
4  project that I had on my ranch in Australia.
5       Q.    Can you go down to page 3 of 7 for
6  me to the post that starts up Tuesday 30 April
7  2013, entitled "Dave Kleiman"?
8       A.    Yes, I see that.
9       Q.    Do you see about three-quarters of
10 the way down to the page there is a paragraph that
11 starts off "it was Dave's Vistomail account that
12 allowed me to start some of my more radical
13 ideas"?
14      A.    Yes.
15      Q.    Is this the Satoshi@Vistomail.com
16 account?
17      A.    No.
18      Q.    Which account was that?
19      A.    I do not remember the exact name.
20 I haven't kept it.
21      Q.    But you did write this; is that
22 correct?
23      A.    I did write this, that is correct.
24      Q.    Dr. Wright, I would like you to
25 take a look at Defense 13694?



Page 167

```
 1                (Exhibit Defense 13694 referred to)
 2        A.     It is up.
 3        Q.     Do you recognize this is a contract
 4   for the sale of shares for the company-owning
 5   business?
 6        A.     Can I scroll through, please?  Keep
 7   going to the end.
 8        A.     Yes, I recognize this document.
 9        Q.     Is this a real document?
10        A.     This is a scan.
11        Q.     Did you sign the document, the
12   original?
13        A.     I signed a document, I have not
14   checked it word for word or letter for letter or
15   whether it has been altered in any way.
16        Q.     Can you go -- do you have any
17   reason to think that this may have been altered?
18        A.     I have lots of reasons to think
19   that everything had been altered.  The e-mail for
20   instance that you put up from 2015 between myself
21   where you mentioned Mr. McGregor and other e-mails
22   that you have put today have me from five years
23   ago saying my staff is hacking my computers and
24   other people are hacking my computers.  If people
25   have been hacking my computers for years then,
```



Page 168

```
 1   yes, I have lots of reasons to think many things
 2   have been altered these days.
 3          Q.     Can you go to paragraph 3 on page 3
 4   of 9 of the PDF of Defense 13697?
 5          (Exhibit Defense 13697 referred to)
 6          A.     Yes.
 7          Q.     Do you recall who the sender is
 8   under this agreement?
 9          A.     I will need to look at the first
10   page again.
11          Q.     Go back up to page 1 right at the
12   top, I will help you.  You can agree after I tell
13   you, do you see where it says "Dave Kleiman for
14   W&K Info Defense LLV vendor"?
15          A.     Yes, I do.
16          Q.     The vendor is Dave Kleiman, W&K
17   Info, correct?
18          A.     That is what it says, yes.
19          Q.     It says:  "Hence the vendor will."
20   The vendor is Dave Kleiman W&K, right?
21          A.     Dave Kleiman, acting for W&K, yes.
22          Q.     Look at (e); can you read that for
23   me, please?
24          A.     Yes.  "Transfer the Vistomail
25   account."
```



1        Q.    Is this a contract where you claim
2   Dave is transferring the Satoshi Vistomail account
3   back to you?
4        A.    No, at no point.  This was the
5   vistomail account associated for the W&K filing
6   for what we were attempting to get for the
7   Department of Homeland Security Contracts on other
8   such things.  This was not the Satoshi e-mail
9   account.
10       Q.    Please open defense 46731 for me.
11  Go down to the last e-mail, an e-mail chain
12  between you and Robert McGregor entitled with the
13  subject "Hal"?
14       A.    There is that, yes, it is a bit --
15  it's a terrible scan in print though.
16       Q.    The first e-mail:  "Was he the
17  first person other than you to run Bitcoin?"  That
18  is Robert McGregor on May 4, 2016; do you see
19  that?
20       A.    Yes.
21       Q.    You respond at May 4, 2016 at 10.21
22  "yes, and Dave"; do you see that?
23       A.    Yes.
24       Q.    Did you write that e-mail?
25       A.    That looks like an e-mail I wrote,

