## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## PLAINTIFFS' EMERGENCY MOTION TO SEAL

Plaintiffs' request that the Court seal the document filed as ECF No. [512-7]. Plaintiffs inadvertently filed this exhibit, which Defendants' seek to keep under seal, with their redacted motion for sanctions.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who we understand wants the information sealed.

Dated: May 21, 2020

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com
nbermond@rcfllp.com


Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**

        99 Park Avenue, 19th Floor
        New York, New York 10016
        kyle@rcfllp.com
        jdelich@rcfllp.com

        Andrew S. Brenner, Esq.
        **BOIES SCHILLER FLEXNER LLP**
        100 SE 2nd Street, Suite 2800
        Miami, Florida 33131
        abrenner@bsfllp.com

        *Counsel to Plaintiffs Ira Kleiman as*
        *Personal Representative of the Estate of*
        *David Kleiman and W&K Info Defense Research, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 21, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

        */s/ Velvel (Devin) Freedman*
        Velvel (Devin) Freedman