# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO SEAL

THIS CAUSE is before the Court on Plaintiffs' Emergency Motion to Seal ECF No. [512-7]. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** that ECF No. [512-7] will remain under seal until further Order of this Court.

DONE AND ORDERED in chambers on this ___ day of May, 2020.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record