**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                                                                    **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.
_____/

**DR. CRAIG WRIGHT'S UNOPPOSED**
**MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Dr. Craig Wright respectfully requests that the Court grant him leave to file a response to Plaintiffs' Omnibus Daubert Motion to Strike Defense Experts that exceeds the page limits set forth in Local Rule 7.1(c)(2) by 20 pages, for a total of 40 pages. Plaintiffs do not oppose the relief sought here[1]. Dr. Wright states the following in support of this motion:

1. Plaintiffs filed an Omnibus Daubert Motion to Strike Defense Experts consisting of 40 pages. [D.E. 509] (the "Motion").

2. Dr. Wright intends to file a response to the Motion.

3. This Court's Amended Scheduling Order instructs that the Court will grant leave to exceed this page-limit if all evidentiary issues cannot be addressed within 20 pages. [D.E. 441].

4. On May 7, 2020, this Court ordered that "the parties are each permitted to file an omnibus motion in limine that exceeds the page limits by 15 pages, and an omnibus Daubert motion that exceeds the page limits by 20 pages." [D.E. 486].

---

[1] Defendant has agreed not to oppose plaintiffs' request to seek additional pages (up to 20 additional pages) in connection with plaintiffs' response to Dr. Wright's *Daubert* motion [D.E. 500].

1

5. Given the extent of material covered in Plaintiffs' 40-page Motion, additional pages are necessary to adequately respond to the Motion.

For all of the foregoing reasons, Dr. Wright respectfully requests that the Court grant him leave to file a response to the Motion that does not exceed 40 pages total.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Defendant conferred with Plaintiffs' counsel who does not oppose the relief sought here.

Dated: May 21, 2020

Respectfully submitted,

RIVERO MESTRE LLP
*Attorneys for Dr. Craig Wright*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveomestre.com
Email: arolnick@riveromestre.com
Email: bpaschal@riveromestre.com
Email: zmarkoe@riveromestre.com
Secondary: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ALAN H. ROLNICK
Florida Bar No. 715085
BRYAN L. PASCHAL
Florida Bar No. 091576
ZAHARAH MARKOE
Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

      I certify that on May 21, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                              /s/ Andres Rivero  
                                              ANDRES RIVERO