**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## ORDER GRANTING PLAINTIFFS' PARTIALLY OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Plaintiffs' Partially Opposed Omnibus Motion for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

1. Plaintiffs' Response to Defendant's Motion for Summary Judgment shall not exceed 65 pages.

2. Plaintiffs' Response to Defendant's Statement of Material Facts shall not exceed 35 pages.

3. Plaintiffs' Response to Defendant's Motion to Strike the Opinion Testimony of Plaintiffs' experts shall not exceed 40 pages.

4. Plaintiffs' Response to Defendant's Motion in Limine shall not exceed 25 pages.

2

DONE AND ORDERED in chambers on this ___ day of May, 2020.

                                                                                               _____
                                                                                                                          BETH BLOOM
                                                                                           UNITED STATES DISTRICT JUDGE

Copies furnished: All counsel of record