UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                                  **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## DR. WRIGHT'S UNOPPOSED REQUEST
## FOR A THREE-DAY ENLARGEMENT OF TIME

Defendant respectfully requests a three-day enlargement of time to respond to plaintiffs' omnibus motion for sanctions (the "Motion"). D.E 507. In support of that request, defendant states as follows:

1. On May 15, 2020, plaintiffs filed their 25-page Motion, in which plaintiffs ask this Court to impose the most extreme sanction of a default judgment against defendant for purported misconduct.

2. Defendant's opposition to the Motion is currently due on May 29, 2020, which falls on the Jewish holiday of Shavuot,[1] and which affects the ability to complete the opposition.

3. Additionally, defendant's counsel have been focused on the oppositions to plaintiffs' lengthy motions to exclude expert testimony, prevent evidence from introduction at trial, and for partial summary judgment on defendant's defenses.

---

[1] The holiday of Shavuot begins on sunset of May 28, 2020 and lasts until after nightfall on May 30, 2020.

4.	An extension from Friday, May 29 to Monday, June 1 will permit the necessary attention to the serious charges and extreme sanctions that plaintiffs request in the Motion.

For the foregoing reasons, defendant asks the Court to grant a three-day enlargement of time to oppose the Motion, which would make the opposition due on June 1, 2020.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for defendant certifies that he conferred with plaintiffs' counsel who does not oppose the relief requested herein

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554

## CERTIFICATE OF SERVICE

I certify that on May 22, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554