# EXHIBIT 1

**Exhibit 1**
**Dr. Wright's List of Redactions**

| ECF No. 509 - Plaintiffs' Omnibus Daubert Motion to Strike Defense Experts | | |
|---|---|---|
| *Document* | *Defendant's Redaction* | *Redacted Information* |
| Motion | Page 7 | Names of Dr. Wright's mother and sister, non-parties who will not testify at trial. |
| ECF No. 509-1 – Exhibit 1 | Page 5 | Names of Dr. Wright's mother and sister, non-parties who will not testify; identification of a non-party family member with Autism Spectrum Disorder who will not testify at trial. |
| ECF No. 509-2 – Exhibit 2 | No redactions | |
| ECF No. 509-3 – Exhibit 3 | Pages 3–6, 11, 12 | Private information about Dr. Wright's family; Dr. Wright's current email addresses |
| ECF No. 509-4 – Exhibit 4 | No redactions | |
| ECF No. 509-5 – Exhibit 5 | Pages 15, 16 | Dr. Wright's current email addresses |
| ECF No. 509-6 – Exhibit 6 | No redactions | |
| ECF No. 509-7 – Exhibit 7 | No redactions | |
| ECF No. 509-8 – Exhibit 8 | No redactions | |
| ECF No. 509-9 – Exhibit 9 | No redactions | |
| ECF No. 509-10 – Exhibit 10 | No redactions | |
| ECF No. 509-11 – Exhibit 11 | No redactions | |
| ECF No. 509-12 – Exhibit 12 | No redactions | |
| ECF No. 509-13 – Exhibit 13 | No redactions | |
| ECF No. 509-14 – Exhibit 14 | No redactions | |
| ECF No. 509-15 – Exhibit 15 | No redactions | |
| ECF No. 509-16 – Exhibit 16 | No redactions | |
| ECF No. 509-17 – Exhibit 17 | No redactions | |
| ECF No. 509-18 – Exhibit 18 | No redactions | |
| ECF No. 509-19 – Exhibit 19 | No redactions | |
| ECF No. 509-20 – Exhibit 20 | No redactions | |

| ECF No. 510 - Plaintiffs' Omnibus Motion in Limine | | |
|---|---|---|
| *Document* | *Defendant's Redaction* | *Redacted Information* |
| Motion | No redactions | |
| ECF No. 510-1 – Exhibit 1 | No redactions | |
| ECF No. 510-2 – Exhibit 2 | No redactions | |

| | | |
|---|---|---|
| ECF No. 510-3 – Exhibit 3 | No redactions | |
| ECF No. 510-4 – Exhibit 4 | No redactions | |
| ECF No. 510-5 – Exhibit 5 | No redactions | |
| ECF No. 510-6 – Exhibit 6 | No redactions | |
| ECF No. 510-7 – Exhibit 7 | No redactions | |
| ECF No. 510-8 – Exhibit 8 | No redactions | |
| ECF No. 510-9 – Exhibit 9 | No redactions | |
| ECF No. 510-10 – Exhibit 10 | No redactions | |
| ECF No. 510-11 – Exhibit 11 | No redactions | |
| ECF No. 510-12 – Exhibit 12 | No redactions | |
| ECF No. 510-13 – Exhibit 13 | No redactions | |
| ECF No. 510-14 – Exhibit 14 | No redactions | |
| ECF No. 510-15 – Exhibit 15 | No redactions | |
| ECF No. 510-16 – Exhibit 16 | No redactions | |
| ECF No. 510-17 – Exhibit 17 | No redactions | |
| ECF No. 510-18 – Exhibit 18 | No redactions | |
| ECF No. 510-19 – Exhibit 19 | No redactions | |
| ECF No. 510-20 – Exhibit 20 | Page 4 | Names of Dr. Wright's mother and sister, non-parties who will not testify at trial. |
| ECF No. 510-21 – Exhibit 21 | No redactions | |
| ECF No. 510-22 – Exhibit 22 | No redactions | |

| **ECF No. 511 - Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defenses** | | |
|---|---|---|
| *Document* | *Defendant's Redaction* | *Redacted Information* |
| Motion | No redactions | |
| ECF No. 511-1 – Exhibit 1 | Page 68 | Dr. Wright's 3/18/2020 deposition transcript, referring to confidential portions of trust document. |
| ECF No. 511-2 – Exhibit 1-2 | Pages 51–59, 61, 63–65, 72-74, 214–217 | Dr. Wright's current email address; Dr. Wright's current home address. |
| ECF No. 511-3 – Exhibit 1-3 | Pages 1, 3 | Dr. Wright's current email address |
| ECF No. 511-4 – Exhibit 1-4 | Page 42 | Dr. Wright's ex-wife's home address |
| ECF No. 511-5 – Exhibit 1-5 | Pages 144, 149 | Dr. Wright's current email address |
| ECF No. 511-6 – Exhibit 1-6 | Pages 1, 3–5, 19, 23, 28, 30–35, 37–50, 52, 53, 55, 56 | Dr. Wright's current email address; Non-parties' current email addresses; Portions of Dr. Wright's trust document |

2

| ECF No. 511-7 – Exhibit 2 | No redactions | |
| ECF No. 511-8 – Exhibit 3 | Page 2–5, 10–19, 21, 23, 24 | Dr. Wright's current email address |
| ECF No. 511-9 – Exhibit 4 | Page 83 | Dr. Wright's current email address |
| ECF No. 511-10 – Exhibit 5 | No redactions | |
| ECF No. 511-11 – Exhibit 6 | No redactions | |
| ECF No. 511-12 – Exhibit 7 | No redactions | |
| ECF No. 511-13 – Exhibit 8 | No redactions | |
| ECF No. 511-14 – Exhibit 8-1 | No redactions | |
| ECF No. 511-15 – Exhibit 8-2 | Page 8 | Dr. Wright's Australian home address; Dr. Wright's ex-wife's home address. |
| ECF No. 511-16 – Exhibit 9 | No redactions | |
| ECF No. 511-17 – Exhibit 10 | No redactions | |
| ECF No. 511-18 – Exhibit 11 | Pages 1, 2 | Dr. Wright's current email address |
| ECF No. 511-19 – Exhibit 12 | Pages 1–3 | Dr. Wright's current email address |
| ECF No. 511-20 – Exhibit 13 | No redactions | |
| ECF No. 511-21 – Exhibit 14 | Pages 170–172 | Dr. Wright's current home address |