# EXHIBIT A

**From:** Wright, Craig S
**Sent:** Tuesday, December 8, 2015 9:10 PM
**To:** Stefan Matthews; Ramona Watts
**Subject:** Fwd: On a side note -

I think we have the ex-employee list to three people

One or all of:
 - Phillip
 - Kannan
 - Brendan

Ira response below


---------- Forwarded message ----------
From: **Ira Kleiman** <clocktime2020@gmail.com>
Date: Wed, Dec 9, 2015 at 7:35 AM
Subject: On a side note -
To: Craig S Wright <craig.wright@demorgan.com.au>


There is a reporter going around town talking to everyone Dave knows. He says an anonymous source (disgruntled emploee of yours or hacker) provided him with documents between you and Dave. I doublt it's possible for anyone to hack into a computer of yours.

I spoke with the reporter via email a little and then he tried to blackmail me into giving him more information. I didn't take kindly to that so I refused to corroborate any of his documents.

I still don't know whats true and what's not. Are you intentionally trying to out yourself? I viewed a recent youtube video where you were speaking at a Bitcoin conference. It seemed like you were providing enough information about yourself for people to seriously question your involvement in Bitcoin.

Most likely you won't reply back, but whatever. Use this information as you will.

CONFIDENTIAL
DEF_00022662