# EXHIBIT C

Jimmy Nguyen
April 30, 2020

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF FLORIDA

3                 CASE NO. 9:18-cv-80176-BB/BR

4

    IRA KLEIMAN, as the personal representative
5   of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,

6

              Plaintiffs,

7

    -vs-

8

    CRAIG WRIGHT,

9

              Defendant.

10

11   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

12   VIDEOTAPED TELECONFERENCE DEPOSITION OF JIMMY NGUYEN

13   DATE TAKEN: April 30, 2020

14   TIME: 12:05 p.m. - 7:35 p.m.

15

    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
16                 AND NOTARY PUBLIC

17

18   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

19

20

21

22

23

24

25

Jimmy Nguyen
April 30, 2020                                    136

1  it's more based on through my work with him seeing the

2  depth of knowledge he has about Bitcoin, the original

3  protocol, what it is capable of doing as a technology

4  platform.  People think of it just as a digital

5  currency.

6           A lot of the world that's all they know of

7  Bitcoin but it's protocol rule set and technology system

8  as I learned from Craig to be used for so many more

9  powerful things and he has explained to me things he put

10  in Bitcoin's early design and protocol and code that

11  have all of these advanced uses and features that no one

12  else would have been able to figure out or at least

13  certainly other Bitcoin developers wondered why for

14  example this certain thing in the code and it's because

15  as I learned from him he's always had this grand vision

16  that what it could be used for.

17           So that is a big part of why.  My

18  conversations with people like Steve Shadders, the CTO

19  of nChain who is very technically knowledge about

20  Bitcoin.  In fact probably the most knowledgeable

21  Bitcoin person I've met or worked with.  He believes

22  Craig is Satoshi.  We've had that discussion and he

23  knows more technically to be able to challenge Craig on

24  a lot of things than I do and also because people like

25  Stefan Matthews have told me the reasons for their

Jimmy Nguyen
April 30, 2020                                    137

1   belief.  So it's a collection of a lot of things that

2   lead me to the conclusion.  It's not any one thing.

3         Q.    Prior to the time you began acting as a

4   liaison did Craig ever mention to you that he had been

5   hacked?

6         A.    Yes.

7         Q.    What did he say?

8         A.    He told me that he's been the subject of many

9   hack attempts.  That that was an issue in his case with

10  the Australian Tax Office that someone hacked his

11  company computers and tried to change documents.

12              He believed it was former disgruntled

13  employees, staff and that caused all kinds of problems

14  in dealing obviously with defending himself before the

15  Tax Office.

16        Q.    Any other times?

17        A.    We've had that conversation more than once and

18  I'm trying to remember if there was anything to add to

19  that.  There was a former I guess I don't know if he was

20  an employee.  Someone who worked for Craig, his company

21  unless Australia I think his name was Jamie Wilson,

22  something to that effect who I got connected to because

23  he -- after nChain went public, surfaced publicly we

24  started getting all kinds of inquiries and e-mails and

25  stuff and Jamie Wilson I don't know how he contacted us

1   but got somehow landed in my e-mail box wanting to sell

2   some IP he claimed he owned to nChain and said he knew

3   Craig from the past.

4        So I asked Craig who is this person and he

5   told me be very careful with him because he didn't trust

6   him and he thinks he was responsible for either altering

7   company documents or somehow doing something to disturb

8   the company computers and records and I think he was the

9   CFO or some kind of financial role.

10     Q.   Did Craig mention to you that the alterations

11   to the documents in the Australian Tax Office supported

12   the positions that he was taking in front of the

13   Australian Tax Office?

14     A.   I don't recall that.

15     Q.   Do you believe Craig's been hacked?

16     A.   I have no basis to answer that question since

17   I wasn't there at the time.  I just know what he told me

18   and he and I believe Ramona his wife also told me he had

19   to get some kind of forensic I don't know if you call it

20   forensic audit, investigator to go back in and try and

21   prove this.  So I don't have any personal basis to be

22   able to say yes or no.

23     Q.   Do you believe Craig is a truthful person?

24        MR. RIVERO:  Object to the form.

25        THE WITNESS:  Should I answer that question?