# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
                Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
                Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF PATRICK PAIGE

13   DATE TAKEN: December 10, 2019

14   TIME: 11:07 a.m. - 12:45 p.m.

15   PLACE: 250 Australian Avenue

16   West Palm Beach, Florida 33401

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                 AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

Patrick Paige
December 10, 2019                                                11

1  Kleiman have?
2       A.   I don't really know.
3       Q.   Do you think Dave was close to Ira Kleiman?
4       A.   He never mentioned him that much.  I know he
5  mentioned that he was involved in computers but that was
6  really that.  David generally kept to himself in his
7  personal life.
8       Q.   When David was a police officer -- back that
9  up.  Did David ever tell you what was his profession
10 before he became a police officer?
11      A.   Yes.
12      Q.   What was that?
13      A.   He had mentioned he was a bouncer at a place
14 called Symbols in Delray Beach.  He also did computers,
15 freelance type work for computers, computer forensics
16 and network.  He worked for some networking jobs prior
17 to law enforcement.
18      Q.   So how often would you speak with David?
19      A.   I spoke to him a lot.
20      Q.   Did David talk to you -- what type of topics
21 would you talk about?
22      A.   There was times when I would talk to him every
23 morning basically.  He was close.  We were very close.
24 We would talk sometimes on a daily basis for weeks on
25 end.

```
1       Q.   Did David ever tell you that he had a large
2    amount of Bitcoin?
3       A.   No.
4       Q.   Did David ever mention Bitcoin to you?
5       A.   No.
6       Q.   Did David ever tell you that he had a
7    partnership or a business partnership with Craig Wright?
8       A.   No.
9            MR. ROCHE:  Objection.
10   BY MR. PASCHAL:
11      Q.   Did he ever talk about Craig Wright?
12      A.   Not that I can recall.
13      Q.   Do you have knowledge of Dave's financial
14   situation?
15      A.   Yes.
16      Q.   How do you have knowledge of his financial
17   situation?
18      A.   Based on what he had told me while he was
19   alive.  He had been in the hospital for over two years.
20   So he was having problems paying his bills.
21      Q.   Do you recall what bills he was having
22   problems paying?
23      A.   I know for one at one time it was his cell
24   phone bill.  He needed assistance paying his cell phone
25   bill so I gave him money for that.
```

| | | |
|---|---|---|
| 1 | Q. | Did you ever help him pay anything else? |
| 2 | A. | I gave him money.  I don't know what he did |
| 3 | with it.  I would assume it would be to pay bills. | |
| 4 | Q. | Do you have any knowledge of Ira Kleiman |
| 5 | giving him money? | |
| 6 | A. | No. |
| 7 | Q. | Were you aware that Dave's house was being |
| 8 | foreclosed? | |
| 9 | A. | I had heard mention of it, yes. |
| 10 | Q. | Do you know the names of Dave's ex-wives? |
| 11 | A. | I know one was Maria.  That's the only one I'm |
| 12 | aware of. | |
| 13 | Q. | Did any of his marriages end -- do you know |
| 14 | how any of his marriages ended? | |
| 15 | A. | Yes. |
| 16 | Q. | How did that marriage end? |
| 17 | A. | The one with Maria ended with her having an |
| 18 | affair with a co-worker. | |
| 19 | Q. | The co-worker of -- that Dave was -- |
| 20 | A. | Co-worker of hers. |
| 21 | Q. | Of hers? |
| 22 | A. | Yes, hers. |
| 23 | Q. | Did David go to the media to talk about that? |
| 24 | A. | Did he what now? |
| 25 | Q. | Did he ever go to the media to talk about |