# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
              Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
              Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF CARTER CONRAD

13   DATE TAKEN: December 10, 2019

14   TIME: 10:09 a.m. - 11:00 a.m.

15   PLACE: 250 North Australian Avenue

16   West Palm Beach, Florida 33401

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                 AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

1   Miami.  They -- the VA Hospital in Miami had a spinal
2   cord injury unit.  The one up here my understanding does
3   not so that's for treatment purposes Miami was more -- a
4   more practical place for him to receive treatment.
5        Q.   Did you ever visit him while -- David while he
6   was in the hospital?
7        A.   Multiple times.
8        Q.   Could you describe what the hospital looked
9   like?
10       A.   So the one in West Palm is a little bit newer.
11  He was in a quarantined area at the one in West Palm
12  because that's when he was first diagnosed with MRSA.
13  So to enter there you would have to gown up and it was a
14  contagious area.  The VA Hospital in Miami is much
15  larger, much older building.  More -- I saw evidence of
16  vast number of patients, more than in West Palm.
17  Various veterans that were there, ages -- wide range of
18  ages and disabilities.
19       Q.   Do you know who Ira Kleiman is?
20       A.   I understand David's step brother.
21       Q.   Did you ever see Ira visit Dave at the
22  hospital?
23       A.   No, sir.
24       Q.   Did Dave ever say that Ira visited him while
25  he was in hospital?

1    A.   We had very few conversations about Ira over
2  the course of my entire time I've known Dave.
3    Q.   What were the subjects of those conversations?
4    A.   They were estranged.  I mean that was my
5  understanding.  I can't give you specific time.
6    Q.   So they didn't have a good relationship?
7         MR. ROCHE:  Objection to form.
8         THE WITNESS:  That's my understanding.
9  BY MR. PASCHAL:
10   Q.   Now, you went in the entire time you knew
11 David did he ever mention anything about Bitcoin to you?
12   A.   No, sir.
13   Q.   In the entire time that you knew David did he
14 ever mention Craig Wright to you?
15   A.   Yes.
16   Q.   What would he say about Craig Wright?
17   A.   Craig shared a certification that Dave and I
18 both had at the time.  The International Society of
19 Forensic Computer Examiners and Craig was active posting
20 on the list.  I can't tell you how active.  I just would
21 recognize his name from the post.
22        I had understood through Dave that they worked
23 together on a project.  Dave classified it as a white
24 paper.  Had to do with the analysis of data from a hard
25 drive if that data had been overwritten.  Basically the

1    summation of that paper, I haven't read it, but the
2    summation as Dave represented it to me is if data on a
3    hard drive on a magnetic storage device is overwritten
4    just one time with other data in the sector or in the
5    cluster that it's in that it becomes very difficult to
6    determine what that underlying data was.
7            I guess it was in correlation with a
8    Department of Defense requirement that data be
9    overwritten seven times in a variety of different
10   manners but they had basically established that for most
11   practical uses if the data is overwritten one time
12   effectively you've destroyed the data and that was a
13   project according to Dave that they had worked on
14   together.
15        Q.   I just want to ask you about the overwriting
16   data.  So Dave and Craig's position was that if you
17   overwrite data once it's unrecoverable?
18            MR. ROCHE:  Objection.
19            MR. ZIMET:  You can answer.
20            THE WITNESS:  That's my understanding.  Again
21       I haven't read the paper.
22   BY MR. PASCHAL:
23        Q.   But you're familiar with this sort of stuff
24   because -- is sit like part of what you work on?
25            MR. ROCHE:  Objection.

```
 1              THE WITNESS:  Yes.
 2   BY MR. PASCHAL:
 3       Q.   If somebody was to overwrite data for let's
 4   say several years would that make it difficult to
 5   recover data?
 6              MR. ROCHE:  Objection, calls for expert
 7         testimony.
 8              THE WITNESS:  As it relates to the white paper
 9         and the inference that I understood from it
10         overwriting it one time is effective -- effectively
11         overwriting the data but again the Department of
12         Defense requirement for data destruction is I think
13         seven times in various patterns.
14   BY MR. PASCHAL:
15       Q.   So when you said white paper you mean
16   overwriting data white paper?
17       A.   Yes.  Again I don't know the name of it.
18   Research paper commonly referred to as a white paper.
19       Q.   Did Dave ever say that he had any other
20   business ventures with Craig Wright?
21       A.   No.  No.
22       Q.   Did he say that he was ever working on any
23   projects with Craig Wright other than the white paper?
24       A.   I don't remember.  I don't recall any, no.
25       Q.   Did Dave ever speak -- let me say in the
```

1    reverse.  Did Dave ever speak highly of Craig Wright?
2              MR. ROCHE:  Objection to form.
3              THE WITNESS:  I would say -- to the extent
4        that they worked together on a project Dave had
5        respect for him but --
6              MR. ZIMET:  The question is did he ever speak
7        highly of him so if you know you do and if you
8        don't know you don't.
9              THE WITNESS:  I can't categorize.  There was
10       nothing disparaging.
11   BY MR. PASCHAL:
12       Q.   Up until the date that David died did he ever
13   say anything bad about Craig Wright?
14       A.   I don't recall any disparaging remarks.
15       Q.   He certainly never said Craig stole anything
16   from him?
17             MR. ROCHE:  Objection.
18             THE WITNESS:  I don't recall hearing any of
19       that, no.
20   BY MR. PASCHAL:
21       Q.   And Dave never told you that he had hundreds
22   of millions of dollars worth of Bitcoin?
23             MR. ROCHE:  Objection.
24             THE WITNESS:  No.
25

Carter Conrad
December 10, 2019                                                18

1  BY MR. PASCHAL:
2       Q.   Are you familiar with Dave's -- in any way of
3  Dave's financial situation?
4       A.   I was.
5       Q.   What was his financial situation?
6       A.   Toward the end of his life it was dire.
7       Q.   You know his house was being foreclosed?
8       A.   Yes, I would go to his house to pick up mail
9  for him and there was notices from the mortgage company.
10      Q.   Were there other notices regarding debt and
11 debt collection?
12      A.   Credit card.  Other -- that's just my
13 recollection.  It was not a good financial situation he
14 was in.
15      Q.   When you visited his house did you have a key
16 to access his house?
17      A.   I did.  He would have to call me in at the
18 gate.  I wasn't on a permanent entry list but he would
19 call me in.  I would go pick up the mail.  Check on the
20 status of the house.
21      Q.   Did you ever see computers in his home?
22      A.   I'm not certain.  I don't know.  He had an
23 office.  There was computer equipment in there.  Were
24 they actually computers I just don't recall.
25      Q.   Do you recall ever seeing any of that computer