# EXHIBIT F

Kimon Andreou
December 03, 2019

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3              CASE NO. 9:18-cv-80176-BB/BR

4
   IRA KLEIMAN, as the personal representative
5  of the Estate of David Kleiman, and
   W&K Info Defense Research, LLC,
6
            Plaintiffs,
7
   -vs-
8
   CRAIG WRIGHT,
9
            Defendant.
10

11  * * * * * * * * * * * * * * * * * *

12  DEPOSITION OF KIMON ANDREOU

13  DATE TAKEN: December 3, 2019

14  TIME: 1:40 p.m. - 3:25 p.m.

15  PLACE: 3340 Hollywood Boulevard

16  Hollywood, Florida 33321

17
   TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18              AND NOTARY PUBLIC

19

20  * * * * * * * * * * * * * * * * * *

21

22

23

24

25

```
 1          somebody I believe.  I mean I don't know.  He would
 2          have said something because he always -- with Dave
 3          it was always feast or famine so he would work
 4          maybe three months after S-doc went out of business
 5          he would work three months of the year.  He would
 6          make a ton of money and then the rest of the year
 7          he would be behind on his mortgage payments so I'm
 8          not sure how I would take that with Dave.  He was
 9          odd with his money.  Very generous.  When he had
10          the money he was generous.
11     BY MR. PASCHAL:
12          Q.   We're going to talk about that a little more
13     in a second.  But just looking at his resume did Dave
14     ever talk about his time in the Army?
15          A.   He had his stories from the Army.  I would egg
16     him on too asking him about things but yes, he would
17     talk about his time in the Army.
18          Q.   Then did he talk about any of these other
19     prior jobs with you?
20          A.   He did talk to me about Intelliswitch, about
21     Suffolk, about PBSO.  Yes, he did tell me about those.
22     Not a lot of detail but he did tell me for example
23     Intelliswitch he would tell me they had this location in
24     Downtown West Palm with they had all these switches and
25     data center.  At Suffolk I don't remember what he told
```

Kimon Andreou
December 03, 2019                              19

1   me.  He just told me he used to work for Suffolk because
2   you would see at least in Palm Beach County they have
3   signs all over construction.
4          At PBSO yes, he would talk a lot about that.
5   He had told me that since he was on helicopters in the
6   Army he was training to be a helicopter pilot for PBSO
7   but then he had his accident so he couldn't do it.
8          Q.   Did he ever talk about any of his published
9   works that he wrote?
10         A.   Yes, he was big about that.  He was very proud
11   that he didn't have any real formal education.  Didn't
12   even have a bachelor's degree that he was publishing and
13   he was considered an expert.  A couple of these I was a
14   co-author or technical editor so the How to Cheat At
15   Windows and Winternals, the fourth from the bottom.
16         Q.   Would you characterize your relationship with
17   Mr. Kleiman one in which he confided with you?
18         A.   To the extent that Dave would confide in
19   somebody because he was very private.
20         Q.   Did Dave ever tell you that he was working on
21   Bitcoin?
22         A.   Never.
23         Q.   Did Dave ever tell you he had had a
24   partnership with Dr. Craig Wright?
25         A.   I knew of his friendship with Craig.  He had

Kimon Andreou
December 03, 2019                                    20

1   mentioned Craig quite a bit.  Well, frequently actually

2   but about a partnership I did know that they were

3   working on publishing some papers or working on a book

4   or something like that but -- inferring from your

5   question of any sort of business partnership that he did

6   not mention anything to me, no.

7        Q.   Did he ever tell you that he was developing

8   any intellectual property related to Bitcoin?

9        A.   No.

10       Q.   Did he ever tell you that he had hundreds of

11  millions of dollars stashed away of Bitcoin?

12       A.   No, he did not.

13       Q.   When Mr. Kleiman spoke about Craig Wright did

14  he ever say anything bad about Dr. Wright?

15       A.   No.

16       Q.   What would he say about him?

17       A.   He admired Craig.  He always spoke very highly

18  of him.  He would always -- there were security mailing

19  lists where different topics would come up and when

20  somebody would contradict Craig and then Dave would

21  always relay to me the response that Craig would then

22  write like a two or three page response to that and he

23  was very -- he would say that with glee how he quote

24  unquote shut the other person up.  But -- I know that

25  when Craig would visit because he would go to Orlando

Kimon Andreou
December 03, 2019                           21

```
 1  with his wife, at least that's what they would me he
 2  would drive up to Orlando to meet with them.  Whenever
 3  he would speak of Craig it would be in a positive light.
 4       Q.   So he never told you Craig stole anything from
 5  him?
 6            MR. BRENNER:  Object to the form.
 7            THE WITNESS:  He did not.
 8  BY MR. PASCHAL:
 9       Q.   Did he ever make it seem as though Craig stole
10  anything from him?
11            MR. BRENNER:  Object to the form.
12            THE WITNESS:  He did not.
13  BY MR. PASCHAL:
14       Q.   Did Dave ever talk about Ira Kleiman?
15       A.   He was private about his family but he did
16  mention Ira as his brother and he did say to me that
17  their interaction wasn't -- they weren't close.  But
18  beyond that I don't know.  He was very -- I mean it
19  took -- I didn't find out that he was adopted until two
20  or three years into knowing him or that he had a family
21  for that matter.
22       Q.   When you say "he" are you talking about Dave?
23       A.   Dave.  That Dave had -- yes, so he was very
24  private about his family.  He wouldn't speak about his
25  family.  He would speak about his dad, about his mom
```