# EXHIBIT G

Ira Kleiman
January 10, 2020

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                 CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
              Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
              Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF IRA KLEIMAN

13   DATE TAKEN: January 10, 2020

14   TIME: 8:49 a.m. - 2:45 p.m.

15   PLACE: 2525 Ponce de Leon Boulevard

16   Miami, Florida 33134

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                 AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

BY MR. PASCHAL:

Q. How many times did you visit him in the hospital?

A. I didn't visit him in the hospital. He never asked me to.

Q. You only visited if he asked you to visit?

A. Well, when it comes to like medical issues and financial issues we just kind of refrained from discussing that kind -- I don't think he ever felt comfortable like telling me about any weaknesses and I didn't discuss my weaknesses with him either. I have medical conditions that he never knew about and he didn't discuss his stuff with me either.

Q. He didn't discuss his finances with you either?

A. No.

Q. Did he discuss his work with you?

A. Little bit. I knew that he was working in computer forensics.

MR. PASCHAL: I'm handing you what we're marking as Exhibit 1.

MR. FREEDMAN: Counsel, can I get a copy?

MR. PASCHAL: It's right here.

THE WITNESS: Thank you.

```
 1              (Defendant's Exhibit No. 1 was
 2          marked for identification.)
 3   BY MR. PASCHAL:
 4       Q.   You know what this document is; right?
 5       A.   Yes.
 6            MR. FREEDMAN:  Ira, if you need to take a
 7       minute to familiarize yourself with the document go
 8       ahead and do that.
 9   BY MR. PASCHAL:
10       Q.   Can you turn to page two?
11       A.   Yes.
12       Q.   I asked you this question before but you were
13   unable to answer.  The seventh paragraph Dave Kleiman
14   leaves out Leonard Kleiman.  Do you know why?
15       A.   He didn't speak too much with my oldest
16   brother.  They just didn't have like a close
17   relationship.  My oldest brother he had a lot of issues
18   like drug problems and yes, he -- they just didn't
19   communicate much.
20       Q.   I want to turn to the first page.  Go to the
21   second paragraph.
22       A.   Okay.
23       Q.   You see in this where Dave Kleiman he writes
24   that at the time of my death if I'm owner or co-owner of
25   any insurance settlement, bank account, government bond,
```

1  security instrument, indebtedness, blah, blah, blah that
2  he is a joint owner with someone else it doesn't pass in
3  his will.  Go on and read the paragraph.
4       A.   The type is a little -- okay.
5       Q.   Do you know why David would put that in his
6  will?  Did he ever discuss that with you?
7       A.   No.
8       Q.   So you alleged in your complaint that the
9  first time David told you about Bitcoin was during a
10 Thanksgiving dinner 2009?
11      A.   Yes.
12      Q.   Who was at that dinner?
13      A.   My wife, my dad, myself and my six
14 month-year-old daughter.
15      Q.   Was Dave sitting next to you at the
16 Thanksgiving dinner?
17      A.   Across from me.
18      Q.   Across from you?
19      A.   (Indicating).
20      Q.   Who was sitting next to Dave?
21      A.   No one.  My mom would usually sit on that
22 side.
23      Q.   So from across the table Dave tells you -- you
24 ask him what is he working on; right?
25      A.   Well, this was after dinner.  My wife and my

1  dad were doing the dishes in the kitchen. My daughter
2  was like in a car seat on the floor like 20 feet away
3  from the dining table we were sitting at and that's when
4  we had the conversation.
5       Q.   What was that conversation?
6       A.   I asked him -- I think there was some news on
7  Facebook at the time I said why don't you create
8  something like that Zuckerberg kid and he said I'm doing
9  something bigger. I'm creating my own money.
10      Q.   Did he ever use the word Bitcoin?
11      A.   No. I believe he said digital money.
12      Q.   Did he show you pictures of what the Bitcoin
13 looked like?
14      A.   At the time I didn't know what it was. I mean
15 it just looked like a letter B with some lines through
16 it.
17      Q.   What did the Bitcoin symbol look like?
18           MR. FREEDMAN: Objection.
19           MR. PASCHAL: Just describe it. You can
20      answer.
21           MR. FREEDMAN: Go ahead.
22           THE WITNESS: Do you mean the symbol that he
23      drew?
24 BY MR. PASCHAL:
25      Q.   Yes.

1    A.   He took out a business card and he flipped it
2  over and on the back of it it just to me it just looked
3  like the letter B with a couple lines through it.
4    Q.   Are you familiar with cryptocurrency?
5         MR. FREEDMAN:  Objection.
6         THE WITNESS:  I mean I am now.
7  BY MR. PASCHAL:
8    Q.   When did you first become familiar with
9  cryptocurrency?
10   A.   Once -- after Craig contacted me.
11   Q.   When was the first time you heard about
12 Bitcoin?
13   A.   When Craig contacted me in February 2014.
14   Q.   So from 2009 until Dave's death did you ever
15 ask him about the digital money that he was creating?
16   A.   No.
17   Q.   Did you ever ask him about his reference he
18 was creating his own money?
19   A.   Excuse me?
20   Q.   Did you ever ask him about any reference to
21 I'm creating my own money?
22   A.   No.  I mean it was such a brief conversation
23 that I never thought of it again because if it had
24 turned into something successful he probably would have
25 mentioned it to me but if it was a secretive project

```
 1   that he wasn't supposed to mention when he would have
 2   kept it to himself.
 3        Q.   Do you think that his alleged involvement in
 4   Bitcoin was secretive?
 5        A.   According to what Craig told me.
 6        Q.   Do you think that?
 7             MR. FREEDMAN:  Objection.
 8             THE WITNESS:  Yes, I believe so.
 9   BY MR. PASCHAL:
10        Q.   But he told you?
11        A.   He didn't tell me specifically.  He just told
12   me in a very vague way.
13        Q.   I want to go through this really quick.  You
14   mentioned -- you know who Patrick Paige is, right?
15        A.   Yes.
16        Q.   You know he was very close to Dave?
17        A.   Yes.
18        Q.   You do realize Dave never told him about
19   Bitcoin or creating digital money or anything like that?
20             MR. FREEDMAN:  Objection.
21             THE WITNESS:  I thought his testimony was that
22        they did --
23             MR. FREEDMAN:  Ira, there's no question
24        pending.
25             MR. PASCHAL:  Actually there was but go ahead.
```

```
 1          MR. FREEDMAN:  I don't know -- maybe you can
 2     re-ask it then.  You said you do realize that Dave
 3     never told him.
 4          MR. PASCHAL:  I asked and he was answering.
 5     You stopped him from answering.
 6          MR. FREEDMAN:  There's no question pending.
 7     You can re-ask the question.
 8  BY MR. PASCHAL:
 9     Q.   The question I just asked you you do realize
10  Dave never told him meaning Patrick Paige about Bitcoin
11  or creating digital money or anything like that?
12     A.   "Uh-uh."
13          MR. FREEDMAN:  No question pending.
14  BY MR. PASCHAL:
15     Q.   Right?
16     A.   You want me to answer?
17     Q.   Yes, you have to answer.
18     A.   I thought that I heard that Patrick mentioned
19  that they did -- that Dave briefly did mention it to
20  him.
21     Q.   When did he -- Patrick tell you that?
22     A.   Either it's in e-mail or I thought he
23  testified to it.
24     Q.   His testimony was -- you heard his testimony
25  was that Dave never said a word to him.
```