# EXHIBIT H

| | |
|---|---|
| **From:** | Kyle Roche |
| **To:** | Andres Rivero; Zalman Kass; Zaharah Markoe; Amanda McGovern |
| **Cc:** | Velvel Freedman; Joseph Delich; Andrew S. Brenner |
| **Subject:** | Kleiman v. Wright - Document Production |
| **Date:** | Friday, May 1, 2020 9:38:41 PM |

All,

Please see below for Plaintiffs' document production:



Best,

**Kyle Roche**
Partner
Roche Cyrulnik Freedman LLP

99 Park Avenue, 19th Floor
New York, NY 10016
(t) (646) 970-7509
(m) (716) 348-6003
(@) kyle@rcfllp.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.