# EXHIBIT I

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

---

IRA KLEIMAN, as the personal )
representative of the Estate of David )
Kleiman, and W&K Info Defense )
Research, LLC )
          Plaintiffs,. )
          )
    v. )
          )
CRAIG WRIGHT )
          Defendant. )

---

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

on

Wednesday, March 18, 2020

At the offices of:
SCA Ontier
Halton House
20-23 Holborn
London EC1N 3JD
United Kingdom

Taken by:
AMY COLEY, Court Reporter



```
```

Page 259

```
 1        A.   Yes.  As I told my lawyers multiple
 2   times and I have said in this case multiple times,
 3   there is not 'an' encrypted file, there are
 4   multiple encrypted files; some of which I cannot
 5   get access to at the moment, some of which I can.
 6        Q.   So it should have said, "and key
 7   slice to unlock an encrypted file"?
 8        A.   No, it should not.  Being that I've
 9   been given a file that is not decrypted and access
10   to others files and not access to everything,
11   I cannot go into any details what has happened in
12   the background.  I don't have that information.
13        Q.   So the key slice reference here is
14   not the key slice you were discussing in court; is
15   that accurate?
16             MR. RIVERO:  Object to the form.
17   BY MR. FREEDMAN:
18        Q.   Let me rephrase that.  Is the key
19   slice that is referred to here the same key slice
20   you were referring in your testimony before the
21   court?
22        A.   I said there are multiple key
23   slices and I said there are multiple encrypted
24   files.  I have said that under my testimony.
25   I don't have a list of which particular key slices
```



MAGNA
LEGAL SERVICES

```
                                                      Page 260
 1   go with which particular files, which particular
 2   people accessed which particular things.  I do not
 3   have a list of which accounts I can and cannot get
 4   access to at any particular time.  I can get
 5   access to some accounts and I have given complete
 6   access now to the accounts that I have access to.
 7   As of January I have been able to access accounts
 8   associated with Wright and a number of the
 9   Australian entities.  We have access to accounts
10   that have been given to lawyers from January --
11   sorry, as of this January, to many of the
12   Australian entities and Australian trusts, some of
13   the overseas entities.  That dates from the period
14   of 2012 or so, right up until 2015 or '16.
15                We have access now to the Wright
16   International Investment accounts from the period
17   of 2009 on.  As soon as I was told that those
18   could be accessed, the access was granted and
19   given to the forensic people that the lawyers
20   mentioned, that my counsel have sort of hired.
21   I have no idea what they have done with them or
22   what has happened after that.
23         Q.    Dr. Wright, you said "accounts"
24   here multiple times.  What do you mean by you have
25   access to the accounts?
```



```
 1          A.      I mean the accounts, as in
 2   accounting software, general ledgers, balances,
 3   that sort of stuff.
 4          Q.      You have no access to the actual
 5   Bitcoin -- strike that.  Dr. Wright, where does
 6   the 800,000 and change Bitcoin you mined between
 7   2009 and 2010 -- where is that currently?  With
 8   what company?
 9                  MR. RIVERO:  Object to the form.
10          A.      That is owned, as it always has
11   been right from the beginning, by Wright
12   International Investments.  That was mined, under
13   a warrant condition, by Information Defense in
14   Australia.  That was registered and started in
15   January 2009.  On the creation of Wright
16   International Investments that was done as a
17   transfer agreement.  The original trust that owned
18   those companies was Craig Wright R&D.  The Craig
19   Wright R&D trust entity was basically rolled into
20   a new trust entity that was created to own the
21   companies.  That was created because I started
22   relationship with Ms. Watts.  My former trust, of
23   course, precluded that etc.  So the Bitcoin, as I
24   said, have been in Wright International
25   Investments the entire time.
```



```
                                                          Page 262
 1         Q.    Dr. Wright, do you have a trust
 2   document from July 7, 2017 that is a trust
 3   agreement for the Tulip Trust?
 4         A.    I have been given a copy of that
 5   document, yes.
 6         Q.    Did you sign that document?
 7         A.    Yes, I signed the end of that
 8   document after negotiations with Baker & McKenzie,
 9   who are my lawyers and whatever else here in the
10   UK.  That was then given to Dennis and Ramona.
11         Q.    Did you read the trust document
12   before you signed it?
13         A.    I went through multiple copies
14   I don't remember if I read the final one or not.
15         Q.    Dr. Wright, I am going to share
16   with you the document that your lawyers have
17   produced to us as Defense HC1518378.  I'll show
18   you the first page here, which is -- do you
19   recognise this as that document?
20         (Exhibit Defense HC1518378 referred to)
21         A.    I do.
22         Q.    Can I refer to this as Tulip Trust
23   3, just because I know we have Tulip Trust 1 and
24   Tulip Trust 2?
25         A.    It is not actually a trust
```

