## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## OPPOSED MOTION TO SEAL

Plaintiffs are filing their Opposition to Dr. Wright's Motion to Exclude the Opinion Testimony of Plaintiff's Expert Witnesses. The Opposition cites information Defendant has designated confidential under this Court's Stipulated Confidentiality Order. While Plaintiffs **do not** believe the information should remain confidential, Plaintiffs are filing this motion to seal to comply with the Stipulated Confidentiality Order and the Local Rules of this Court.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who we understand wants the information sealed.

Dated: May 22, 2020					Respectfully submitted,


							*s/ Andrew S. Brenner*
							Andrew S. Brenner, Esq.
							**BOIES SCHILLER FLEXNER LLP**
							100 SE 2nd Street, Suite 2800
							Miami, Florida 33131
							abrenner@bsfllp.com

							Velvel (Devin) Freedman, Esq.
							**ROCHE CYRULNIK FREEDMAN LLP**
							200 S. Biscayne Blvd.
							Suite 5500
							Miami, Florida 33131
							vel@rochefreedman.com

							Kyle W. Roche, Esq.
							Joe Delich, Esq.
							*Admitted Pro Hac Vice*
							**ROCHE CYRULNIK FREEDMAN LLP**
							185 Wythe Avenue F2
							Brooklyn, New York 11249
							kyle@rochefreedman.com


							*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

							*/s/ Andrew S. Brenner*
							Andrew S. Brenner