# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

------------------------------------------
IRA KLEIMAN, as the personal              )
representative of the Estate of David     )
Kleiman, and W&K Info Defense             )
Research, LLC                             )
                    Plaintiffs,.          )
                                          )
       v.                                 )
                                          )
CRAIG WRIGHT                              )
                    Defendant.            )
------------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

On

Monday March 16, 2020

At the offices of:

Boies Schiller Flexner LLP
5 New Street Square
London EC4A 3BF
England
United Kingdom

Taken by:

AMY COLEY, Court Reporter



1    BY MR. RIVERO:
2         A.    No, Dave could not speak as
3    Satoshi.  In all the key areas where Satoshi was
4    speaking Dave was hospitalized and did not have a
5    computer and at parts not even a phone.  Dave was
6    under operations while he was in conversations
7    with Mike Hearn -- that Satoshi was having
8    conversations with Mike Hearn, so it is not
9    possible to have a hip operation while actually
10   writing on the Bitcoin forum.  On top of that,
11   while Satoshi was communicating with Hal Finney,
12   coding which Dave was never a C-coder; the
13   communications between Hal Finney where when Dave
14   was in hospital.  So, being that Dave was in
15   hospital without access to the internet in some of
16   these things, and being that Dave was literally
17   under the knife during of some of it, it is not
18   possible that Dave spoke as Satoshi, as much as
19   some people want that.
20        Q.    Did Robert McGregor and his people
21   specifically want you to say that "Dave was a key
22   part of everything that I did"?
23        A.    Robert would have loved me to have
24   said that.
25        Q.    Would he have also loved you to



```
 1           Q.     Did Satoshi Nakamoto die with
 2   Dave's death?
 3           A.     Again, there was no team.
 4           Q.     That is not what I asked.  Did
 5   Satoshi Nakamoto die with Dave's death?
 6                  MR. RIVERO:  Object to the form.
 7           A.     Satoshi Nakamoto was myself.  Dave
 8   dying did not make me die.  Dave was not a C-coder
 9   and could not have coded Bitcoin.  Dave did not
10   have any academic qualifications at all and was
11   not able to write any of the academic aspects of
12   the Bitcoin.  Dave was not trained in law, or
13   economics Dave was not trained in Poisson
14   mathematics, statistics, he was not trained in
15   finance, monetary theory or any of the other
16   aspects that make Bitcoin.  No, Dave's death had
17   nothing to do at any point with Satoshi; before or
18   after Dave's death Dave had nothing to do with
19   Satoshi.
20           Q.     Would it be fair to say that
21   Satoshi Nakamoto was a good coder?
22           A.     No, it would not be fair to say
23   that.
24           Q.     Would it be accurate to say that
25   Satoshi Nakamoto was a good coder?
```



Page 122

1      MR. RIVERO:  Object to the form.
2      A.    No, I was not a good coder, I am
3  still not to a good coder, I am an adequate coder.
4  I am academic, I used to teach C, C++, C#.  The
5  format and use of case statements within Bitcoin
6  is, I would say, designed and architecturally
7  horrible but it was the best I could do.  People
8  who work for me now are good coders they can do
9  things that I would love to have been able to do
10 in code.
11     Q.    Would it be fair to say this your
12 coding was crud?
13     A.    No, it would not be fair to say my
14 coding was crud.  I self-deprecate at times but
15 the truth of the matter, if you want truth, that
16 is not crud although I have called myself a crud
17 coder.
18     Q.    Would it be fair to say that Dave
19 could edit code really well?
20     A.    No, Dave had no coding skills at
21 all.
22     Q.    Dr. Wright, I am going to upload
23 into the drop box what you produced in this
24 litigation as defense 115950; do you have that up?
25           (Exhibit Defense 115950 referred

