# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,

Plaintiffs,

vs.

CRAIG WRIGHT,

Defendant.
_______________________________________/

(Taken Remotely)

Friday, May 1, 2020

9:09 a.m. - 10:56 a.m.

VIDEOCONFERENCE DEPOSITION OF FRANK HARLEY NORWITCH

Taken before Darline M. West, Registered Professional Reporter, Notary Public in and for the State of Florida At Large, pursuant to Notice of Taking Deposition filed by the Plaintiffs in the above cause.

- - -



meant that a judge let your opinion into federal court in July of 2013?

MS. DAGLEY: Object to form.

You can answer.

THE WITNESS: That was the first time.

BY MR. FREEDMAN:

Q. "That was the first time." Got it. Okay.

Do you have an office, or do you work out of your home?

A. I'm sitting in it right now. It's a home office.

Q. How many people work with you at Norwitch Document Laboratory.

A. The answer was, I'm -- I'm the only person -- I think I said I'm the chief cook and bottle washer. My bookkeeper wife of 50 years is -- takes care of the books, obviously. She's not an employee, though.

Q. Mr. Norwitch, do you have an opinion about whether or not Dr. Wright authorized the signatures in this case?

A. I would have no idea.

Q. Is it accurate to say, Mr. Norwitch, that counsel for the Defendant picked the documents they wanted you to review in this case?



MS. DAGLEY: Object to form.

THE WITNESS: You'd have to ask them. I'm unaware -- I'm unaware of it, if they did. They're the people that provided me with the documents to examine. But I can't answer that question.

BY MR. FREEDMAN:

Q. You received a set -- you received a set of documents and reviewed just those documents; is that accurate?

MS. DAGLEY: Object to form.

THE WITNESS: More than once, yes, that is correct.

BY MR. FREEDMAN:

Q. Were you given access to the data room or the repository of all documents in this case and given the ability to review through that at that time?

MS. DAGLEY: Object to form.

THE WITNESS: I don't know that that exists even.

BY MR. FREEDMAN:

Q. Mr. Norwitch, would it be a true statement to say that the methods you're using to analyze these signatures works by comparing known examples to

questioned examples?

A. That's exactly how it's done.

Q. And you then identify whether the author of the known example is the same as the author of the questioned example?

A. Well, what you're describing there -- in essence, that's correct. But what you're describing is really a common authorship problem. It's a little simpler from my perspective. It's comparing the questioned signature or signatures to the known samples. If it results in identification, then, yes, they were all written by the same person.

Although the known signatures are not in question. They're just a base to work from. I have no idea independently -- I have no independent knowledge whether those known signatures -- who wrote them. How's that? I have no idea who wrote anything in these cases.

Known signatures are represented to me to be the product of Mr. Wright or whoever it might be. And I do -- I examine those to make sure there's consistency within them and there's not one that's been added that perhaps is not written by the same person. But they are not in question, so they don't go -- they're not underneath the same scrutiny that

THE WITNESS: I -- again, Counsel, the only thing I'm saying is that whoever wrote those standard signatures that were told to me were written by Dr. Wright, whoever wrote those did not write that sig- -- that signature on this last exhibit.

BY MR. LAGOS:

Q. So you're not saying he didn't sign it with his own hand, right?

MS. DAGLEY: Objection. Asked and answered. Object to form.

THE WITNESS: I'm not saying anything more than that I said in the last statement. I mean, no matter how many times you -- I understand you don't like the answer. No matter how many different ways you ask it, you end up with the same answer. It's the only one I have.

BY MR. LAGOS:

Q. So you can't say whether or not Dr. Wright signed the document with his own hands, though, correct?

MS. DAGLEY: Objection. Asked and answered. Object to form.

THE WITNESS: Got to give you an "A"