# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal         )
representative of the Estate
of David Kleiman, and W&K        )
Info Defense Research, LLC,
     Plaintiffs,            ) Case No.:
     v.                     ) 9:18-cv-80176-BB/BR
CRAIG WRIGHT,                    )
     Defendant.             )
_____)

          January 3, 2020
          1:26 p.m. - 2:08 p.m.
          17026 Hamlin Boulevard
          Loxahatchee, FL 33470


VIDEOTAPE DEPOSITION OF FRANK HARLEY NORWITCH

     Taken on behalf of the Plaintiffs before
Michael J. D'Amato, RMR, Notary Public in and for the
State of Florida at Large, pursuant to Notice of Taking
Deposition in the above cause.

Job # 541611



Page 13

```
 1   just never been asked a question like that before.  If
 2   it's not evidence in front of me it's not taken into
 3   consideration.
 4        Q.   And you said that in your opinion it would be
 5   hearsay.  What is the basis for that statement?
 6             MR. PASCHAL:  Objection to form.
 7        A.   Well, I don't know if somebody -- look, if you
 8   could believe everything that somebody tells you we
 9   could do away with all the crime laboratories in the
10   country.
11        Q.   What is your basis for thinking that anything
12   that somebody would say about their signature would be,
13   whether or not they signed a document would be hearsay?
14        A.   It would have nothing to do with the
15   examination.  The examination is based solely upon the
16   documents I was presented with, nothing extraneous to
17   that.
18        Q.   Let's focus on the opinion you offered in your
19   report.  You've opined that the questioned signature of
20   the consent order was very probably written by Jamie
21   Wilson, correct?
22        A.   That's correct.
23        Q.   Can you explain how you arrived at that
24   opinion?
25        A.   Certainly.  A side-by-side examination of that
```



Page 14

1  questioned signature to the represented known samples
2  of Mr. Wilson's signature I was provided with, that
3  side-by-side comparison consisted of examining each
4  portion of the questioned signature with the
5  corresponding portion of the known signatures.  And if
6  they are in agreement within the range of individual
7  variation that we all have, if they are in agreement
8  there's an opportunity to opine that Mr. Wilson was the
9  writer of the signature.  If there are significant
10 dissimilarities then the opinion is going to go in the
11 opposite direction.
12      Q.   When you say if they are in agreement within
13 the range of individual variation, can you explain what
14 that means?
15      A.   I was sorry I said it as soon as I said it.
16 We all write through a range of variation.  Nothing
17 that we write is exactly the same.  Every time you sign
18 your name it's going to be slightly different than the
19 last time.
20           There is nothing in nature that is exactly the
21 same.  Whether it is a snowflake, fingerprint or
22 somebody's signature it changes a little bit.  The
23 range of variation is just that, the differences
24 between one writing and another one.
25           Crossing stroke on a T may be a little longer,



Page 15

1   shorter, a little further up the base, a little further
2   down.  There may be a slight change in the slant.  The
3   loop on an uppercase letter might be longer, a little
4   bit shorter.  But it's not totally out of bounds.  It
5   is recognizable as having the same characteristics.
6         Q.   Did you use any computer technology in
7   analyzing Jamie Wilson's signature?
8         A.   No.
9         Q.   Did you use any tools outside of physical
10  examination?
11        A.   Signature examination is almost always
12  strictly a visual examination.  On occasion some small
13  amount of magnification may get involved.  As this
14  matter was all machine copies, magnification would not
15  have done an awful lot to help out the examination.  So
16  it's mostly a visual, naked eye examination.
17        Q.   And in your opinion you used the phrase "very
18  probably."  What does that mean?
19        A.   Probably, the dictionary definition is more
20  likely to have occurred than not.  And "very" just puts
21  it at a higher level, a higher degree of probability.
22             I'm always amazed that people don't understand
23  what probably means.  Quite frankly.  It's, I don't
24  want you to think it is 51 percent, although that would
25  certainly meet the dictionary definition.

