# EXHIBIT H

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the Personal
Representative of the Estate of David
Kleiman, and W&K Info Defense
Research, LLC,

       Plaintiffs,
vs.
CRAIG WRIGHT,

       Defendant.
_____/

(Remote)

Monday, April 20, 2020

3:52 p.m. - 5:09 p.m.

VIDEOCONFERENCE DEPOSITION

OF DUGALD STEWART MACINTYRE, M.D.

Taken before Darline M. West,

Registered Professional Reporter, Notary Public

in and for the State of Florida At Large,

pursuant to Notice of Taking Deposition filed

by the Plaintiffs in the above cause.

- - -



Page 53

```
 1        Q.   Same question:  What was his affect on his
 2   ability to do computations?
 3        A.   I can't say exactly how much it was.  All I
 4   can say is one would have expected an alteration in
 5   his ability to do those things.
 6        Q.   And you have no opinion on Mr. Kleiman's
 7   ability to do complex tasks or computations prior to
 8   2010, correct?
 9        A.   I have no information on that.
10        Q.   You have no opinion on his mental ability
11   prior to 2010, correct?
12        A.   That's correct, no information.
13        Q.   Right.  You have no opinion on his ability
14   to work before 2010, correct?
15        A.   Again, no information.
16        Q.   You have no ability -- you have no opinion
17   on his ability to write computer code before 2010?
18             MS. MARKOE:  Objection.  Beyond the
19        scope.
20   BY MR. BRENNER:
21        Q.   You can answer.
22        A.   Well, I have no idea what it takes to write
23   computer code.  I don't do that myself.  That's
24   outside of the field of my expertise.
25        Q.   You don't know anything about his abilities
```

