# EXHIBIT I

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                 CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
              Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
              Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   DEPOSITION OF KIMON ANDREOU

13   DATE TAKEN: December 3, 2019

14   TIME: 1:40 p.m. - 3:25 p.m.

15   PLACE: 3340 Hollywood Boulevard

16   Hollywood, Florida 33321

17
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                 AND NOTARY PUBLIC

19

20   * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

```
 1  file system on the server and it was just a management
 2  of that.
 3           That was the main -- the flagship product.
 4  That was built primarily by a number of developers that
 5  were working on the back end.  My side was on the QA
 6  side to do security testing on it, make sure that it
 7  works, that it can't be hacked and also -- this is the
 8  part that I worked with Dave on very closely was to
 9  build a process to secure servers because his strength
10  was on the server security so we built a software to do
11  that called Security doc or S-doc.  I did the interface
12  and automated everything.
13           Dave had all the logic and which settings to
14  adjust and what to do so I took that and I put in a
15  program so it does it automatically with one click do it
16  all.
17       Q.  Was Dave like a computer programmer?
18       A.  No.  He was familiar with it.  He could dabble
19  but not a programmer.
20       Q.  When you say dabble what do you mean?
21       A.  Like he could write a simple script but not
22  real programming.  That's when he would come to me.
23       Q.  What's a script?
24       A.  A script is more like a series of moderately
25  simple commands that -- how should I put this, doesn't
```

```
 1   have much logic in there.  It's a way to -- if you were
 2   on the computer and start typing up all the things you
 3   would do.  Like a macro in Excel.  Create a macro it
 4   creates something a background that's more or less what
 5   a script is, best way I can describe it, versus a
 6   program where there has a lot more complex programming.
 7   You have to be more aware of your hardware, of the
 8   interactions with users, with the more variables so it's
 9   a lot more complex.
10        Q.   So you started working with Dave in 2002 but
11   could you tell us when did your friendship really start
12   to -- do you know the year you developed the friendship?
13        A.   I can't pinpoint that.  It just happened.
14        Q.   Around 2002 though?
15        A.   Well, I started late in 2002 so I would say
16   more like 2003 or so.
17        Q.   Did you and Dave have any hobbies that you
18   shared?
19        A.   Mostly going to gun shows.  We would go to the
20   Palm Beach Gun Show every month.  So what we would do is
21   go to the Palm Beach Gun Show.  After that we would go
22   somewhere to eat so that was our routine.  We would go
23   out to dinner or go to the range together.
24             So that was really the extent of our social
25   interaction but it was frequent enough.  I guess what
```

1   guy friends do.
2       Q.   Do you know when Dave Kleiman was admitted
3   into the hospital?
4            MR. BRENNER:  Object to the form.
5   BY MR. PASCHAL:
6       Q.   Was Dave Kleiman ever admitted into a
7   hospital?
8       A.   Yes.  Several times.  He would go to the V.A.
9   when he had issues and sometimes he would stay there for
10  a couple days.  The one time that he had -- usually it
11  was more -- about a couple days.  Either there was an
12  infection or something and he would go to the V.A.
13  either the one -- well, mostly the one in Miami.
14           The one in Palm Beach opened up he would go
15  there.  It was right by his house but it was very short
16  maybe a weekend or two or three days.  Nothing special.
17  But when he had a major infection is when he was
18  admitted into the V.A. in Miami and that was where he
19  never really checked out.  That was it.
20      Q.   Do you know what year that was when he was
21  admitted to the Miami V.A?
22      A.   I would have to say probably in 2011 because
23  the reason why I say that my daughter was born December
24  of 2012 and he had already been there for it felt like a
25  year so I'm guessing it was sometime in 2011.  I don't

1  every day.
2       Q.   Where do you work?
3       A.   I work for Royal Caribbean.
4       Q.   Where is the Miami V.A?
5       A.   It is in Downtown Miami just right off of 836
6  essentially on the west side of I-95.  I don't remember
7  the address.  I would just drive there.
8       Q.   When you visited him was there like a
9  procedure to go into the hospital?
10      A.   I would just go through security.  I knew
11 where he was.  The first time I had to figure out the
12 actual wing he was in but there wasn't really any
13 procedure unless security -- security is pretty lax
14 there.  I would just walk in.  Nobody checked me.  I
15 guess I got asked for I.D. twice by security but no real
16 procedure.
17      Q.   Was there a visitor log?
18      A.   Not that I'm aware of.  The nurses after a
19 while they knew who I was so they would just say he was
20 in the bathroom.  He is not there.  He's somewhere else.
21      Q.   When you say he was in a wing do you remember
22 what wing he was in?
23      A.   It was the spinal injury.
24      Q.   Was he in a room?
25      A.   He was in a room, yes.

1    A.   Yes.  He liked to collect certifications.  He
2  told me that even though he knew his stuff one time he
3  was asked to be an expert witness in a court case and he
4  didn't like it when he was questioned -- when he was
5  told that why should I trust you you don't have any sort
6  of certifications.  Opposing expert's witness has all
7  these.  Pissed him off so he made it a life goal to get
8  every single certification under the sun.  He wanted to
9  be able to spell Mississippi twice.
10   Q.   Did people ever refer to him as Dave
11 Mississippi?
12   A.   Yes, Dave Mississippi Kleiman.
13   Q.   Under here under experience first bullet point
14 developed a Windows Operating System Tool S-Lok?
15   A.   That was the one, yes.  He was the brains of
16 it.  I took it and I packaged it to -- because he had it
17 as notes.  Maybe a couple of scripts I had to edit by
18 hand every single time or he would have to figure out
19 what sort of server he was on and then adjust all these
20 flags and all this stuff.
21        So I codified all of that logic, everything
22 that was in Dave's head I codified it into an
23 application to do this so that you just start it, hit
24 lock it down and it would do it for you.  You don't have
25 to -- anybody could do that.

1    having much luck."  Is that figuring out the pass phrase
2    you're referring to?
3         A.   No.  So I had worked -- after S-doc Dave his
4    only source of income was the forensic work as far as I
5    know at least.  So he needed help many times on creating
6    a simple program or doing something for one of his books
7    he wanted a program back then when there were CDs as
8    inserts on to books that would help automate some of his
9    work.
10             He would reach out to me and I would code it
11   for him.  Pat knew about that so that's when he reached
12   out to me to help him with a case he had ironically
13   about Bitcoin.
14             If I remember correctly about this case it was
15   a case that out of Miami where somebody I forget the
16   name had set up a Bitcoin exchange in Miami and people
17   had put in their Bitcoin and the guy ran away with the
18   money and fled to China.
19             So Pat or his company was contracted to try to
20   recover as much of it as possible.  Some of the data was
21   in the database.  Since Pat knew I had helped Dave in
22   the past and knew that my strong point really is in
23   databases and that's what I currently do also work with
24   data that's why he reached out to me since he is not
25   familiar with databases.  So that's the background for