## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>　　　　Defendant. | CASE NO.:  9:18-cv-80176-BB/BR |

### OPPOSED MOTION TO SEAL

Plaintiffs are filing their Response in Opposition to Defendant's Motion for Summary Judgment. The Opposition cites information Defendant has designated confidential under this Court's Stipulated Confidentiality Order. While Plaintiffs **do not** believe the information should remain confidential, Plaintiffs are filing this motion to seal to comply with the Stipulated Confidential Order and the Local Rules of this Court.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who we understand wants the information sealed.

Dated:  May 22, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/ Velvel (Devin) Freedman*
　　　　　　　　　　　　　　　　　　Velvel (Devin) Freedman, Esq.
　　　　　　　　　　　　　　　　　　**ROCHE CYRULNIK FREEDMAN LLP**
　　　　　　　　　　　　　　　　　　200 S. Biscayne Blvd.
　　　　　　　　　　　　　　　　　　Suite 5500 Miami, Florida 33131
　　　　　　　　　　　　　　　　　　vel@rcfllp.com
　　　　　　　　　　　　　　　　　　nbermond@rcfllp.com

　　　　　　　　　　　　　　　　　　Kyle W. Roche, Esq.
　　　　　　　　　　　　　　　　　　Joseph M. Delich

**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as*
*Personal Representative of the Estate of*
*David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 22, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

                                      */s/ Velvel (Devin) Freedman*
                                      Velvel (Devin) Freedman