UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | CASE NO.: 9:18-cv-80176-BB/BR |
|---|---|
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT, | |
| *Defendant.* | |

**PLAINTIFFS' INDEX OF EXHIBITS TO**
**OPPOSING STATEMENT OF MATERIAL FACTS**

| Exhibit | Title | Description | ECF Entry |
|---|---|---|---|
| 1 | DEF_00000466 | Jan. 8, 2013 Email from Wright to Dave Kleiman | ECF No. [534-1] |
| 2 | DEF_00000170 | Jan. 16, 2013 Email from Dave Kleiman to Wright | ECF No. [534-2] |
| 3 | DEF_01667372 | February 2013 messages between Craig Wright and Mark Ferrier | ECF No. [534-3] |
| 4 | Mar. 16, 2020 Dep. of Craig Wright | Certified transcript of a deposition of Defendant, taken in this litigation. | ECF No. [534-4] |
| 5 | DEF_00001979 | Records from Australian Court Proceedings | ECF No. [534-5] |
| 6 | KLEIMAN_00561675; DEF_00051504; DEF_00013694 | Purported Contracts between Craig Wright and W&K | ECF No. [534-6] |
| 7 | KLEIMAN_00562350 | Reinstatement of W&K | ECF No. [534-7] |
| 8 | DEFAUS_01585291 | Email between Craig Wright, Calvin Ayre and Others | ECF No. [534-8] |
| 9 | DEFAUS_00550141 | May 20, 2015 Email from Craig Wright to Michele Seven | ECF No. [534-9] |
| 10 | Craig S. Wright, Satoshi's Vision (2019) | PDF copy of book by Defendant | ECF No. [534-10] |

1

| 11 | DEF_01597500 | Statement of a Witness in the matter of Police v FERRIS, July 2014, Name Craig WRIGHT | ECF No. [534-11] |
| 12 | DEF_01667260 | Proof of Evidence Craig Wright | ECF No. [534-12] |
| 13 | DEF_00172528 | Media Training Session 1, March 18, 2016 | ECF No. [534-13] |
| 14 | Bad Crypto Podcast, Is Craig Wright the Real Satoshi?, Feb. 20, 2019 | Bad Crypto Podcast, Is Craig Wright the Real Satoshi?, Feb. 20, 2019 | ECF No. [534-14] |
| 15 | Brendan Sullivan, *EXCLUSIVE: First Interview with Craig Wright After Judge Orders Him to Pay $5 Billion in Bitcoin*, Modern Consensus, Aug. 26, 2019 | Brendan Sullivan, *EXCLUSIVE: First Interview with Craig Wright After Judge Orders Him to Pay $5 Billion in Bitcoin*, Modern Consensus, Aug. 26, 2019 | ECF No. [534-15] |
| 16 | DEF_00027396 | Oct. 9, 2013 Email from Craig S Wright to Michael Hardy | ECF No. [534-16] |
| 17 | DEFAUS_00115950 | Mar. 7, 2014 Email from Craig Wright to Ira Kleiman, *re: Another* | ECF No. [534-17] |
| 18 | DEF_00068665 | Record of Interview of Craig Wright, Australian Tax Office, Aug. 11, 2014 | ECF No. [534-18] |
| 19 | KLEIMAN_00004288 | May 10, 2017 Email from Craig Wright to Ira Kleiman | ECF No. [534-19] |
| 20 | DEF_01597484 | May 23, 2013 Email from Craig S Wright to Mark Ferrier, *re: Beer and congrats* | ECF No. [534-20] |
| 21 | DEFAUS_00516701 | Jan. 28, 2014 LinkedIn Message from Craig Steven Wright to Benjamin Wright | ECF No. [534-21] |
| 22 | DEFAUS_01859475 | Apr. 1, 2014 email from Craig S Wright to John Chesher, Andrew Sommer, and Ramona Watts, *re: UK – design by human* forwarding Dec. 16, 2012 email from Dave Kleiman to Craig S Wright, *re: Brits* | ECF No. [534-22] |
| 23 | DEF_00973364 | Scope of Work: Spyder extensions | ECF No. [534-23] |
| 24 | DEFAUS_00112964 | Email from Craig S Wright to Patrick Paige | ECF No. [534-24] |
| 25 | DEFAUS_00560317 | Record of Interview of Craig Wright, Australian Tax Office, Aug. 18, 2014 | ECF No. [534-25] |
| 26 | DEFAUS_00119167 | April 23, 2014 Email from Craig Wright to Ira Kleiman | ECF No. [534-26] |

| 27 | DEF_00068579 | May 22, 2012 Email from Craig Wright to Dave Kleiman | ECF No. [534-27] |
|---|---|---|---|
| 28 | DEFAUS_00115700 | Mar. 28, 2011 Email from Dave Kleiman to Craig Wright | ECF No. [534-28] |
| 29 | Craig Wright, Looking the Other Way, Jan. 17, 2020 | Blog post authored by Defendant and publicly available at https://craigwright.net/blog/law-regulation/looking-the-other-way-2/ | ECF No. [534-29] |
| 30 | DEF_00023252 | Purported Deed of Assignment | ECF No. [534-30] |
| 31 | DEF_01103312 | June 23, 2015 Email from Ramona Watts to Ira Kleiman | ECF No. [534-31] |
| 32 | DEF_00028008 | Oct. 31, 2012 Email from Dave Kleiman to Craig Wright, *re: Bond Villains* | ECF No. [534-32] |
| 33 | DEFAUS_00558940 | Nov. 21, 2015 Email from Craig S Wright to Robert MacGregor and others | ECF No. [534-33] |
| 34 | Craig Wright (Bitcoin SV is Bitcoin), The story of Bitcoin, continued, Feb. 9, 2019 | Blog post authored by Defendant and publicly available at https://medium.com/@craig_10243/the-story-of-bitcoin-continued-2f1ec78ba38b | ECF No. [534-34] |
| 35 | DEFAUS_00112712 | Feb. 15, 2014 email from Craig Wright to Ira K, *re: Dave* | ECF No. [534-35] |
| 36 | Jimmy Nguyen Dep. Tr. | Certified transcript of Apr. 30, 2020 deposition of Jimmy Nguyen | ECF No. [534-36] |
| 37 | June 28, 2019 Craig Wright Dep. Tr. | Certified transcript of June 28, 2019 deposition of Defendant | ECF No. [534-37] |
| 38 | DEFAUS_00118876 | Email between Craig Wright and Ira Kleiman | ECF No. [534-38] |
| 39 | DEF_00002152 | Email chain between Craig S Wright and Ira K, *re: Letter* | ECF No. [534-39] |
| 40 | KLEIMAN_00000136 | Apr. 23, 2014 email from Craig S Wright to Ira K, *re: Questions* | ECF No. [534-40] |
| 41 | DEF_00029339 | Software Engineering Valuation, Nov. 13, 2014 | ECF No. [534-41] |
| 42 | DEF_00013784 | WKID Cost Estimation | ECF No. [534-42] |
| 43 | DEF_01885032 | IP Assignment Deed | ECF No. [534-43] |
| 44 | DEF_01611949 | DeMorgan Group Intellectual Property Ownership Analysis [Draft 2] | ECF No. [534-44] |
| 45 | DEF_00074671 | Summary of Agreed Terms | ECF No. [534-45] |

| 46 | DEF_00073807 | IP Assignment Deed | ECF No. [534-46] |
|---|---|---|---|
| 47 | DEF_01597543 | Statement of a Witness in the matter of Police v FERRIS | ECF No. [534-47] |
| | Declaration of Gordon Thomas Grieve | Declaration of Gordon Thomas Grieve | ECF No. [12-1] |
| | Declaration of Craig Wright | April 15, 2018 Declaration of Craig Wright | ECF No. [12-2] |
| | Scheduling Order entered May 14, 2018 | Scheduling Order entered May 14, 2018 | ECF No. [21] |
| | Amended Complaint | Amended Complaint | ECF No. [24] |
| | Paperless Order granting in part and denying in part 27 Motion for Extension of Time to File Response/Answer to the Amended Complaint | Paperless Order granting in part and denying in part 27 Motion for Extension of Time to File Response/Answer to the Amended Complaint | ECF No. [28] |
| | Order Scheduling Mediation before Harry Schafer | Order Scheduling Mediation before Harry Schafer | ECF No. [30] |
| | Defendant's Motion to Dismiss | Defendant's Motion to Dismiss | ECF No. [33] |
| | Paperless Order requiring the Plaintiff's expedited response to Defendant's Motion to Stay Discovery | Paperless Order requiring the Plaintiff's expedited response to Defendant's Motion to Stay Discovery | ECF No. [39] |
| | Paperless Order granting in part and denying in part 53 Motion for Extension of Time to Serve Responses | Paperless Order granting in part and denying in part 53 Motion for Extension of Time to Serve Responses | ECF No. [54] |
| | Order granting 38 Motion to Stay Discovery | Order granting 38 Motion to Stay Discovery | ECF No. [57] |
| | Reply to Response to Motion re 33 Motion to Dismiss | Reply to Response to Motion re 33 Motion to Dismiss | ECF No. [61] |
| | Order granting in part and denying in part 33 Motion to Dismiss for Failure to State a Claim | Order granting in part and denying in part 33 Motion to Dismiss for Failure to State a Claim | ECF No. [68] |
| | Paperless Order granting 71 Motion to Lift Stay | Paperless Order granting 71 Motion to Lift Stay | ECF No. [72] |
| | Amended Order Setting Trial and Pre-Trial Schedule | Amended Order Setting Trial and Pre-Trial Schedule | ECF No. [78] |
| | Answer and Affirmative Defenses | Answer and Affirmative Defenses | ECF No. [80] |

| | Second Amended Complaint | Second Amended Complaint | ECF No. [83] |
|---|---|---|---|
| | Exhibit 2 to Second Amended Complaint | Email chain between Ira Kleiman and Craig Wright | ECF No. [83-2] |
| | Exhibit 3 to Second Amended Complaint | Articles of Incorporation for W&K Info Defense Research, LLC | ECF No. [83-3] |
| | Exhibit 4 to Second Amended Complaint | Documents from Australian Court Proceedings | ECF No. [83-4] |
| | Exhibit 6 to Second Amended Complaint | Purported email between Craig Wright and Dave Kleiman | ECF No. [83-6] |
| | Exhibit 8 to Second Amended Complaint | Emails between Craig Wright, Patrick Paige and Carter Conrad | ECF No. [83-8] |
| | Exhibit 11 to Second Amended Complaint | Statements of Claim in Australian Court Proceedings | ECF No. [83-11] |
| | Exhibit 13 to Second Amended Complaint | Purported emails between Dave Kleiman and Craig Wright | ECF No. [83-13] |
| | Exhibit 19 to Second Amended Complaint | Consent Orders from Australian Court Proceedings | ECF No. [83-19] |
| | Exhibit 20 to Second Amended Complaint | Emails between Ira Kleiman, Craig Wright and Andrew Sommer | ECF No. [83-20] |
| | Exhibit 23 to Second Amended Complaint | Emails between Craig Wright and Louis Kleiman | ECF No. [83-23] |
| | Exhibit 24 to Second Amended Complaint | Emails between Ira Kleiman, Craig Wright and Andrew Sommer | ECF No. [83-24] |
| | Exhibit 30 to Second Amended Complaint | Acknowledgement of Liquidated Claim in Australian Court Proceeding | ECF No. [83-30] |
| | Amended Answer and Affirmative Defenses | Amended Answer and Affirmative Defenses | ECF No. [87] |
| | Plaintiffs' Discovery Memorandum of Law | Plaintiffs' Discovery Memorandum of Law | ECF No. [93] |
| | Defendant's Response to Discovery Memorandum | Defendant's Response to Discovery Memorandum | ECF No. [96] |
| | Transcript of Hearing held on 2/20/19 before Magistrate Judge Bruce E. Reinhart, 1-139 pages | Transcript of Hearing held on 2/20/19 before Magistrate Judge Bruce E. Reinhart, 1-139 pages | ECF No. [107] |
| | Paperless Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart | Paperless Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: | ECF No. [110] |
| | Joint Discovery Memorandum | Joint Discovery Memorandum by Ira Kleiman, W&K Info Defense Research, LLC | ECF No. [114] |
| | Order Granting in Part and Denying in Part [115] | Order Granting in Part and Denying in Part [115] Parties' Joint Motion for Protective Order | ECF No. [117] |

| | | | |
|---|---|---|---|
| | Parties' Joint Motion for Protective Order | | |
| | Transcript of Mar. 7, 2019 Discovery Hearing before Judge Reinhart | Transcript of Mar. 7, 2019 Discovery Hearing before Judge Reinhart | ECF No. [122] |
| | Transcript of Feb. 20, 2019 Discovery Hearing before Judge Reinhart | Transcript of Feb. 20, 2019 Discovery Hearing before Judge Reinhart | ECF No. [123] |
| | Transcript of Mar. 14, 2019 Discovery Hearing before Judge Reinhart | Transcript of Mar. 14, 2019 Discovery Hearing before Judge Reinhart | ECF No. [124] |
| | Joint Discovery Memorandum | Joint Discovery Memorandum filed Mar. 24, 2019 | ECF No. [127] |
| | Paperless Minute Entry for Mar. 26, 2019 Proceedings before Judge Reinhart | Paperless Minute Entry for Mar. 26, 2019 Proceedings before Judge Reinhart | ECF No. [129] |
| | Paperless Report & Recommendation re [95] Motion to Strike Affirmative Defenses | Paperless Report & Recommendation re [95] Motion to Strike Affirmative Defenses | ECF No. [130] |
| | Paperless Order Denying [133] Defendant's Motion for Document Production | Paperless Order Denying [133] Defendant's Motion for Document Production | ECF No. [135] |
| | Order Memorializing Rulings from Craig Wright Deposition | Order Memorializing Rulings from Craig Wright Deposition | ECF No. [137] |
| | Discovery Memorandum of Law by Craig Wright | Discovery Memorandum of Law by Craig Wright | ECF No. [139] |
| | Response in Opposition re [138] Motion | Opposition brief filed by Plaintiffs re Defendant's Discovery Memorandum | ECF No. [141] |
| | Order Adopting Magistrate Judge's Report & Recommendation | Order denying [95] Motion to Strike and adopting [130] Report & Recommendations | ECF No. [143] |
| | Transcript of Apr. 11, 2019 Discovery Hearing before Judge Reinhart | Transcript of Apr. 11, 2019 Discovery Hearing before Judge Reinhart | ECF No. [146] |
| | Order re [145] Motion to Continue | Order re [145] Motion to Continue | ECF No. [148] |
| | Paperless Order Granting [150] Motion to File Protective Order Under Seal | Paperless Order Granting [150] Motion to File Protective Order Under Seal | ECF No. [152] |
| | Paperless Order Granting [163] Motion for Leave to File Reply in Support of Motion to Dismiss | Paperless Order Granting [163] Motion for Leave to File Reply in Support of Motion to Dismiss | ECF No. [164] |

6

| | | | |
|---|---|---|---|
| | Paperless Order re [157] Memorandum | Paperless Order re [157] Memorandum | ECF No. [165] |
| | Reply re [144] Motion for Judgment on the Pleadings | Defendant's reply brief in support of his motion for judgment on the pleadings regarding subject matter jurisdiction | ECF No. [171] |
| | Transcript of May 6, 2019 Discovery Hearing before Judge Reinhart | Transcript of May 6, 2019 Discovery Hearing before Judge Reinhart | ECF No. [195] |
| | Opposition to [210] Motion to Compel Defendant to Comply with This Court's Orders | Brief filed in opposition to Plaintiffs' motion to compel production re Defendant's list of bitcoin holdings | ECF No. [211] |
| | Transcript of June 28, 2019 Discovery Hearing before Judge Reinhart | Transcript of June 28, 2019 Discovery Hearing before Judge Reinhart | ECF No. [236] |
| | Motion for Leave to Supplement the Record | Motion filed by Defendant for leave to supplement the record | ECF No. [239] |
| | Exhibit 1 to Plaintiffs' Motion for Leave to File Exhibits to Supplement Record | Excerpts from transcript of Apr. 4, 2019 deposition of Defendant in this litigation | ECF No. [242-1] |
| | Redacted Transcript of June 11, 2019 Discovery Hearing before Judge Reinhart | Redacted Transcript of June 11, 2019 Discovery Hearing before Judge Reinhart | ECF No. [248] |
| | Transcript of July 10, 2019 Discovery Hearing before Judge Reinhart | Transcript of July 10, 2019 Discovery Hearing before Judge Reinhart | ECF No. [256] |
| | Transcript of Aug. 5, 2019 Discovery Hearing before Judge Reinhart | Transcript of Aug. 5, 2019 Discovery Hearing before Judge Reinhart | ECF No. [264] |
| | Order Denying [144] Motion for Judgment on the Pleadings | Order Denying [144] Motion for Judgment on the Pleadings | ECF No. [265] |
| | Transcript of Aug. 26, 2019 Discovery Hearing before Judge Reinhart | Transcript of Aug. 26, 2019 Discovery Hearing before Judge Reinhart | ECF No. [276] |
| | Order re [210] Plaintiffs' Motion to Compel Defendant to Comply with Court's Orders | Order re [210] Plaintiffs' Motion to Compel Defendant to Comply with Court's Orders | ECF No. [277] |
| | Order re [287] Motion for Extension of Time of Discovery | Order re [287] Motion for Extension of Time of Discovery | ECF No. [289] |

| | | | |
|---|---|---|---|
| | Paperless Order Requiring Defendant's Expedited Response to [290] Plaintiffs' Expedited Motion | Paperless Order Requiring Defendant's Expedited Response to [290] Plaintiffs' Expedited Motion | ECF No. [291] |
| | Dr. Craig Wright's Discovery Memorandum | Motion for discovery filed by Defendant on Nov. 18, 2019 | ECF No. [298] |
| | Omnibus Order re [307] Motion for Extension of Time and to Appoint Special Master | Omnibus Order re [307] Motion for Extension of Time and to Appoint Special Master | ECF No. [320] |
| | Paperless Order Granting [335] Motion for Leave to File Excess Pages | Paperless Order Granting [335] Motion for Leave to File Excess Pages | ECF No. [340] |
| | Paperless Order Denying [336] Motion for Extension of Time to File Reply | Paperless Order Denying [336] Motion for Extension of Time to File Reply | ECF No. [341] |
| | Paperless Minute Entry for Dec. 18, 2019 Discovery Hearing before Judge Reinhart | Paperless Minute Entry for Dec. 18, 2019 Discovery Hearing before Judge Reinhart | ECF No. [342] |
| | Transcript of Nov. 20, 2019 Discovery Hearing before Judge Reinhart | Transcript of Nov. 20, 2019 Discovery Hearing before Judge Reinhart | ECF No. [343] |
| | Paperless Order Requiring Defendant's Expedited Response to [344] Motion | Paperless Order Requiring Defendant's Expedited Response to [344] Motion | ECF No. [345] |
| | Paperless Order Denying as Moot [353] Motion for Extension of Time | Paperless Order Denying as Moot [353] Motion for Extension of Time | ECF No. [356] |
| | Paperless Order Denying as Moot [354] Motion for Extension of Time | Paperless Order Denying as Moot [354] Motion for Extension of Time | ECF No. [357] |
| | Paperless Order Granting [355] Motion for Extension of Time | Paperless Order Granting [355] Motion for Extension of Time | ECF No. [358] |
| | Order Denying Without Prejudice [344] Motion re Watts Deposition | Order Denying Without Prejudice [344] Motion re Watts Deposition | ECF No. [361] |
| | Joint Discovery Memorandum | Joint discovery memorandum filed Dec. 31, 2019 | ECF No. [362] |
| | Order Affirming in Part and Reversing in Part [277] Order re Motion to Compel | Order Affirming in Part and Reversing in Part [277] Order re Motion to Compel | ECF No. [373] |

|  |  |  |  |
|---|---|---|---|
|  | Paperless Order Granting [374] Plaintiffs' Expedited Motion to Extend Discovery | Paperless Order Granting [374] Plaintiffs' Expedited Motion to Extend Discovery | ECF No. [375] |
|  | Transcript of Jan. 2, 2020 Discovery Hearing before Judge Reinhart | Transcript of Jan. 2, 2020 Discovery Hearing before Judge Reinhart | ECF No. [380] |
|  | Order re [377] Motion to Continue Trial Date | Order re [377] Motion to Continue Trial Date | ECF No. [382] |
|  | Transcript of Jan. 9, 2020 Discovery Hearing before Judge Reinhart | Transcript of Jan. 9, 2020 Discovery Hearing before Judge Reinhart | ECF No. [383] |
|  | Paperless Minute Entry re Jan. 29, 2020 Discovery Hearing before Judge Reinhart | Paperless Minute Entry re Jan. 29, 2020 Discovery Hearing before Judge Reinhart | ECF No. [387] |
|  | Order re [392] Sealed Motion for Reconsideration of Certain Discovery Rulings | Order re [392] Sealed Motion for Reconsideration of Certain Discovery Rulings | ECF No. [408] |
|  | Order re Plaintiffs' Objections to Defendant's Claims of Privilege [394, 389] | Order re Plaintiffs' Objections to Defendant's Claims of Privilege [394, 389] | ECF No. [420] |
|  | Paperless Order Granting [409] Motion to Seal Until Further Court Order | Paperless Order Granting [409] Motion to Seal Until Further Court Order | ECF No. [423] |
|  | Paperless Order Granting [409] Motion to Seal Until Further Court Order | Paperless Order Granting [409] Motion to Seal Until Further Court Order | ECF No. [424] |
|  | Paperless Order Denying [422] Motion | Paperless Order Denying [422] Motion | ECF No. [427] |
|  | Transcript of Mar. 5, 2020 Discovery Hearing before Judge Reinhart | Transcript of Mar. 5, 2020 Discovery Hearing before Judge Reinhart | ECF No. [428] |
|  | Order re [346] Corrected Motion for Attorney Fees and Costs | Order re [346] Corrected Motion for Attorney Fees and Costs | ECF No. [429] |
|  | Transcript of Feb. 26, 2020 Discovery Hearing before Judge Reinhart | Transcript of Feb. 26, 2020 Discovery Hearing before Judge Reinhart | ECF No. [435] |
|  | Paperless Order Requiring Defendant's Expedited Response | Order re response to [436] Expedited Motion | ECF No. [437] |
|  | Paperless Order Requiring Plaintiffs' Expedited Response to Objections | Order re response to [434] Appeal/Objection | ECF No. [438] |

|  | Order Amending Scheduling Order | Order granting in part and denying in part [436] Expedited Motion for Enlargement of Time | ECF No. [441] |
|---|---|---|---|
|  | Joint Discovery Memorandum | Joint discovery memorandum filed Mar. 30, 2020 | ECF No. [443] |
|  | Joint Discovery Memorandum | Joint discovery memorandum filed Apr. 7, 2020 | ECF No. [449] |
|  | Order Affirming [420] Discovery Order | Order Affirming [420] Discovery Order | ECF No. [454] |
|  | Transcript of Apr. 1, 2020 Discovery Hearing before Judge Reinhart | Transcript of Apr. 1, 2020 Discovery Hearing before Judge Reinhart | ECF No. [455] |
|  | Transcript of Apr. 17, 2020 Discovery Hearing before Judge Reinhart | Transcript of Apr. 17, 2020 Discovery Hearing before Judge Reinhart | ECF No. [458] |
|  | Motion to Seal Joint Discovery Memorandum | Motion to Seal Joint Discovery Memorandum | ECF No. [460] |
|  | Transcript of Apr. 9, 2020 Discovery Hearing before Judge Reinhart | Transcript of Apr. 9, 2020 Discovery Hearing before Judge Reinhart | ECF No. [469] |
|  | Transcript of Apr. 24, 2020 Discovery Hearing before Judge Reinhart | Transcript of Apr. 24, 2020 Discovery Hearing before Judge Reinhart | ECF No. [471] |
|  | Order Scheduling Trial and Order of Instructions Before Calendar Call | Order Scheduling Trial and Order of Instructions Before Calendar Call | ECF No. [476] |
|  | Transcript of Apr. 29, 2020 Discovery Hearing before Judge Reinhart | Transcript of Apr. 29, 2020 Discovery Hearing before Judge Reinhart | ECF No. [478] |
|  | Paperless Order re [482] Motion for Leave to File Excess Pages | Paperless Order re [482] Motion for Leave to File Excess Pages | ECF No. [483] |
|  | Paperless Order Granting [479] Motion for Extension of Time | Paperless Order Granting [479] Motion for Extension of Time | ECF No. [484] |
|  | Defendant's Motion for Summary Judgment | Motion for summary judgment filed by Defendant in this litigation | ECF No. [487] |
|  | Exhibit A to Defendant's Statement of Material Facts in Support of Summary Judgment | Transcript of Dec. 10, 2019 Deposition of Patrick Paige | ECF No. [488-1] |
|  | Exhibit B to Defendant's Statement of Material Facts in Support of Summary Judgment | Transcript of Dec. 10, 2019 Deposition of Carter Conrad | ECF No. [488-2] |

| | | | |
|---|---|---|---|
| | Exhibit N to Defendant's Statement of Material Facts in Support of Summary Judgment | Transcript of Apr. 8, 2020 Deposition of Ira Kleiman | ECF No. [488-14] |
| | Exhibit Q to Defendant's Statement of Material Facts in Support of Summary Judgment | Transcript of Jan. 13, 2020 Deposition of Lynn Carroll Wright | ECF No. [488-17] |
| | Plaintiffs' Statement of Material Facts | Plaintiffs' Statement of Material Facts | ECF No. [495] |
| | Plaintiffs' Motion for Partial Summary Judgment | Motion for summary judgment on Defendant's affirmative defenses filed by Plaintiffs in this litigation | ECF No. [498] |
| | Exhibit 3 to Plaintiffs' Motion for Partial Summary Judgment | Apr. 24, 2014 Email from Craig S Wright to Ira Kleiman, *re: Questions* produced in this litigation with a beginning Bates stamp DEFAUS_00627954 | ECF No. [498-8] |
| | Exhibit 8 to Plaintiffs' Motion for Partial Summary Judgment | Transcript of Jan. 9, 2020 deposition of Zachary Eisner | ECF No. [498-13] |
| | Exhibit B to Defendant's Motion to Exclude Opinion Testimony of Plaintiffs' Witnesses | Consolidated original and supplemental reports submitted by Plaintiffs' expert Matthew Edman | ECF No. [500-2] |
| | Exhibit E to Defendant's Motion to Exclude Opinion Testimony of Plaintiffs' Witnesses | Amended Expert Report of Andreas M. Antonopoulos | ECF No. [500-5] |
| | Order re Motions to Seal | Order re Motions to Seal | ECF No. [502] |
| | Paperless Order Granting [503] Motion for Leave to File Excess Pages | Paperless Order Granting [503] Motion for Leave to File Excess Pages | ECF No. [505] |
| | Plaintiffs' Motion for Sanctions | Plaintiffs' Motion for Sanctions | ECF No. [507] |
| | Exhibit 1 to Plaintiffs' Motion for Sanctions | Divorce Records from Australian Court | ECF No. [507-1] |
| | Exhibit 2 to Plaintiffs' Motion for Sanctions | Purported W&K Operating Agreement | ECF No. [507-2] |
| | Exhibit 3 to Plaintiffs' Motion for Sanctions | Transcript of Craig Wright Deposition (March 18, 2020) | ECF No. [507-7] |
| | Order Denying [506] Motion to Seal | Order Denying [506] Motion to Seal | ECF No. [508] |

|  | Plaintiffs' Omnibus Daubert Motion to Strike Defense Experts | Motion filed by Plaintiffs in this litigation seeking to preclude certain testimony by Defendant's expert witnesses | ECF No. [509] |
|---|---|---|---|
|  | Mar. 18, 2010 Dep. Tr. of Craig Wright | Mar. 18, 2010 Dep. Tr. of Craig Wright | ECF No. [511-1] |
|  | Exhibit 1 (part 2) to Plaintiffs' Motion for Partial Summary Judgment | Exhibits to Defendant's March 18, 2020 deposition in this case | ECF No. [511-2] |
|  | Exhibit 1 (part 4) to Plaintiffs' Motion for Partial Summary Judgment | Exhibits to Defendant's March 18, 2020 deposition in this case | ECF No. [511-4] |
|  | Exhibit 3 to Plaintiffs' Motion for Partial Summary Judgment | April 2014 email chain between Craig S Wright and Ira K, *re: Questions*, produced in this litigation with beginning Bates stamp DEFAUS_00627954 | ECF No. [511-8] |
|  | Exhibit 4 to Plaintiffs' Motion for Partial Summary Judgment | Transcript of Nov. 8, 2019 deposition of Jamie Wilson filed with Plaintiffs' partial motion for summary judgment | ECF No. [511-9] |
|  | Exhibit 9 to Plaintiffs' Motion for Partial Summary Judgment | February 2014 email chain between Lou K and Craig S Wright, *re: Dave* | ECF No. [511-16] |
|  | Exhibit 12 to Plaintiffs' Motion for Partial Summary Judgment | October 2015 email chain between Ira Kleiman and Craig S Wright, *re: Dave's Trust*, produced in this litigation with beginning Bates stamp KLEIMAN_00398939 | ECF No. [511-19] |
|  | Motion for Sanctions | Motion for sanctions against Defendant filed by Plaintiffs | ECF No. [512] |
|  | Exhibit 12 to Plaintiffs' Motion for Sanctions | Excerpts from the deposition of Jonathan Warren filed with Plaintiffs' motion for sanctions | ECF No. [512-12] |

Dated: May 23, 2020                  Respectfully submitted,

                                      *s/ Velel (Devin) Freedman*
                                      Velvel (Devin) Freedman, Esq.
                                      **ROCHE CYRULNIK FREEDMAN LLP**
                                      200 S. Biscayne Blvd.
                                      Suite 5500
                                      Miami, Florida 33131
                                      vel@rochefreedman.com

>Kyle W. Roche, Esq.
>Joe Delich, Esq.
>*Admitted Pro Hac Vice*
>**ROCHE CYRULNIK FREEDMAN LLP**
>185 Wythe Avenue F2
>Brooklyn, New York 11249
>kyle@rochefreedman.com
>
>Andrew S. Brenner, Esq.
>**BOIES SCHILLER FLEXNER LLP**
>100 SE 2nd Street, Suite 2800
>Miami, Florida 33131
>abrenner@bsfllp.com
>
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2020 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

>*/s/ Velevel (Devin) Freedman*
>Velvel (Devin) Freedman