**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY**
**IN SUPPORT OF PARTIES' SUMMARY JUDGMENT, *DAUBERT*, AND IN LIMINE MOTIONS**

The parties, in accordance with Fed. R. Civ. 6(b), move for a four-day extension of time to file their respective replies in support of the motions for summary judgment, *Daubert*, and in limine.

1. On May 8, 2020, the parties filed competing motions for summary judgment, *Daubert*, and in limine.

2. The parties filed their opposition briefs to those motions on May 22, 2020. Replies are due this Friday, May 29, 2020.

3. Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. Good cause exists for an extension because this week is shortened by both the Memorial Day holiday and the Jewish holiday of Shavuot.

4. The additional four days will enable counsel to devote the time necessary to properly reply to the issues presented in the opposition briefs.

5. For the forgoing reasons, the parties request a four-day extension of time to file their replies, up to and including June 2, 2020.

6. In accordance with S.D. Fla. L.R. 7.1(a)(3), the parties have conferred, are jointly seeking this request, and certify neither will be prejudiced by the relief requested, which is not being sought for the purpose of delay.

WHEREFORE, the parties respectfully request this Court grant a four-day extension of time, up to and including June 2, 2020 for them to file their replies in support of their summary judgment, Daubert, and motions in limine.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the parties have conferred and are jointly seeking this request.

Dated: May 25, 2020

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554

s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

>Andrew S. Brenner, Esq.
>**BOIES SCHILLER FLEXNER LLP**
>100 SE 2nd Street, Suite 2800
>Miami, Florida 33131
>abrenner@bsfllp.com
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>*/s/ Velvel (Devin) Freedman*
>Velvel (Devin) Freedman