## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | **CASE NO.:  9:18-cv-80176-BB** |
| Plaintiffs, | |
| v. | |
| CRAIG WRIGHT | |
| Defendant. | |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on the Parties' Joint Motion for Extension of Time to File Reply in Support of Parties' Motions for Summary Judgment, *Daubert*, and in Limine. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The May 29, 2020 deadline to file replies shall be extended until June 2, 2020.

**DONE AND ORDERED** in chambers on this ___ day of May, 2020.

_____
JUDGE BETH BLOOM
United States District Judge

Copies furnished: All counsel of record