UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

# ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion in Support of Redactions, ECF No. [522] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

On May 8, 2020, Plaintiffs filed various items under seal. *See* ECF Nos. [492], [495], [497], and [498] ("Sealed Motions"). On May 12, 2020, the Court entered an Order denying Plaintiffs' motions to seal those filings. *See* ECF No. [502] ("Order"). The Order, however, provided that it would keep the Sealed Motions under seal until further Court order, and it stated that redactions to the Sealed Motions "may be appropriate upon a proper showing of good cause." *Id.* Accordingly, the Court directed the parties to confer in good faith and to re-file the Sealed Motions with redactions "[t]o the extent Defendant believes that certain portions of the sealed motions are exempt from the public's right of access." *Id.*

On May 18, 2020, Plaintiffs re-filed their motions with certain limited redactions. *See* ECF Nos. [509], [510], and [511]. They also later re-filed their Omnibus Sanctions Motion on May 21, 2020. *See* ECF No. [512]. Notably, Plaintiffs did not re-file their Statement of Undisputed Material

Case No. 18-cv-80176-BLOOM/Reinhart

Facts, ECF No. [495] ("Statement of Facts"), although they did re-file their Motion for Partial Summary Judgment, ECF No. [511]. Nonetheless, Defendant filed his Response to Plaintiffs' Statement of Undisputed Material Facts, ECF No. [531], which filing responds to each statement contained in Plaintiffs' Statement of Facts. The Statement of Facts, therefore, no longer needs to be sealed.

On May 22, 2020, Defendant filed the instant Motion. In the Motion, Defendant asserts that good cause exists to support the redactions contained in ECF Nos. [509], [510], and [511]. Specifically, of the 62 total documents filed, only 17 contain redactions, of which 11 documents contain redactions of personally identifiable information and 6 contain redactions regarding sensitive information about Defendant's family members or his family trust.

Upon review, the Court finds good cause to support the redactions contained in ECF Nos. [509], [510], and [511].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [522]**, is **GRANTED**. The redacted items contained in ECF Nos. [509], [510], and [511] shall remain redacted.
2. The Clerk of Court is directed to **UNSEAL** Plaintiffs' Statement of Facts, **ECF No. [495]**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 25, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record