# EXHIBIT 1

**Exhibit 1**
**Dr. Wright's List of Redactions**

| ECF No. 512 - Plaintiffs' Omnibus Sanctions Motion | | |
|---|---|---|
| *Document* | *Defendant's Redaction* | *Redacted Information* |
| Motion | No redactions | |
| ECF No. 512-1 – Exhibit 1 | Page 5 | Dr. Wright's ex-wife's date of birth, home address, and telephone numbers |
| ECF No. 512-2 – Exhibit 2 | No redactions | |
| ECF No. 512-3 – Exhibit 3 | No redactions | |
| ECF No. 512-4 – Exhibit 4 | No redactions | |
| ECF No. 512-5 – Exhibit 5 | No redactions | |
| ECF No. 512-6 – Exhibit 6 | No redactions | |
| ECF No. 512-7 – Exhibit 7 | Sealed | Dr. Wright's private financial information |
| ECF No. 512-8 – Exhibit 8 | No redactions | |
| ECF No. 512-9 – Exhibit 9 | Pages 3, 4 | Dr. Wright's private financial information |
| ECF No. 512-10 – Exhibit 10 | No redactions | |
| ECF No. 512-11 – Exhibit 11 | No redactions | |
| ECF No. 512-12 – Exhibit 12 | No redactions | |
| ECF No. 512-13 – Exhibit 13 | No redactions | |
| ECF No. 512-14 – Exhibit 14 | Pages 3, 5–10, 12–25, 27, 28, 30, 31 | Portions of Dr. Wright's family trust document |
| ECF No. 512-15 – Exhibit 15 | No redactions | |
| ECF No. 512-16 – Exhibit 16 | Page 2 | Dr. Wright's wife's current email address |
| ECF No. 512-17 – Exhibit 17 | No redactions | |