UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

# PLAINTIFFS' OMNIBUS MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to this Court's Orders, Plaintiffs have the following filings due on June 2nd: (1) Reply in Support of Plaintiffs' Omnibus Daubert Motion to Strike Defendant's Experts; (2) Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defenses; and (3) Reply in Support of Plaintiffs' Omnibus Motion in Limine:

For the reasons that follow, Plaintiffs request an enlargement of the page limit for each filing:

### A. Reply in Support of Plaintiffs' Omnibus Daubert Motion to Strike Defendant's Experts

Plaintiffs filed a 40 page Omnibus Daubert Motion. The Motion is directed at the opinions of 4 of Defendant's experts. Defendant filed a 39 page response to that motion. Given the scope of the issues covered in the Motion and the Response, Plaintiffs need a total of **20 pages** for their Reply in support of the Motion.

### B. Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defenses

Plaintiffs filed a 30 page Motion for Partial Summary Judgment. The Motion is directed at each of Defendant's 14 Affirmative Defenses. Defendant filed a 20 page Response. Given the scope of issues raised in the Motion, Plaintiffs need **20** pages for their Reply in Support of the Motion.

### C. Plaintiffs' Reply in Support of Their Omnibus Motion in Limine

Plaintiffs filed a 22 page Motion in Limine. The Motion is directed at 7 different categories of evidence. Defendant filed an 18 page Response. Given the scope of the issues raised in the Motion and the Response, Plaintiffs need a total of **20** pages for their Reply in support of the Motion.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who opposes the relief sought here.

Dated: May 29, 2020                             Respectfully submitted,

*s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

>Kyle W. Roche, Esq.
>Joe Delich, Esq.
>*Admitted Pro Hac Vice*
>**ROCHE CYRULNIK FREEDMAN LLP**
>185 Wythe Avenue F2
>Brooklyn, New York 11249
>kyle@rochefreedman.com
>
>
>*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2020 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

>*/s/ Andrew S. Brenner*
>ANDREW S. BRENNER