## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## ORDER GRANTING PLAINTIFFS' OMNIBUS MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS CAUSE is before the Court on Plaintiffs' Omnibus Motion for Leave to Exceed Page Limits. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

1. Plaintiffs' Reply in Support of Plaintiffs' Omnibus Daubert Motion to Strike Defendant's Experts shall be limited to no more than 20 pages.

2. Plaintiffs' Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defenses shall be limited to no more than 20 pages.

3. Plaintiffs' Reply in Support of Plaintiff's Omnibus Motion in Limine shall be limited to no more than 20 pages.

DONE AND ORDERED in chambers on this ___ day of May, 2020.

_____
Judge Beth Bloom
United States District Judge

Copies furnished: All counsel of record