# EXHIBIT 1

**From:** Whitney Lohr
**To:** Paula Alvarez
**Subject:** FW: When will you be sending redactions to the sanctions motion?
**Date:** Thursday, May 28, 2020 2:52:50 PM
**Attachments:** [DE 507-9] 2020.05.15 -- SEALED Exhibit 9_Redacted.pdf
[DE 507-14] 2020.05.15 -- SEALED Exhibit 14_Redacted.pdf
[DE 507-16] 2020.05.15 -- SEALED Exhibit 16_Redacted.pdf
[DE 507-1] 2020.05.15 -- SEALED Exhibit 1. redacted.pdf

**From:** Whitney Lohr
**Sent:** Thursday, May 21, 2020 12:28 PM
**To:** 'Velvel Freedman' <vel@rcfllp.com>
**Cc:** Zaharah Markoe <zmarkoe@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>
**Subject:** RE: When will you be sending redactions to the sanctions motion?

Hi Vel,

I have attached our redactions to exhibits 1, 9, 14, and 16 of Plaintiffs' Omnibus Sanctions Motion. Exhibit 7 should remain under seal. The remaining exhibits can be filed without redaction.

Thank you,
Whitney

Whitney Lohr
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
wlohr@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Whitney Lohr
**Sent:** Wednesday, May 20, 2020 5:44 PM
**To:** 'Velvel Freedman' <vel@rcfllp.com>
**Cc:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** RE: When will you be sending redactions to the sanctions motion?

Tomorrow.

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Wednesday, May 20, 2020 11:53 AM

**To:** Whitney Lohr <wlohr@riveromestre.com>
**Cc:** Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** When will you be sending redactions to the sanctions motion?

-Vel

**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP

Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distr bution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.