## AUSCRIPT AUSTRALASIA PTY LIMITED
ABN 72 110 028 825

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003
**T:** 1800 AUSCRIPT (1800 287 274)   **F:** 1300 739 037
**E:** clientservices@auscript.com.au   **W:** www.auscript.com.au

## TRANSCRIPT OF PROCEEDINGS

TRANSCRIPT SENSITIVE

O/N H-431147

## AUSTRALIAN TAXATION OFFICE

## RECORD OF INTERVIEW

| | |
|---|---|
| **INTERVIEWER:** | **GREG O'MAHONEY** |
| **INTERVIEWEE:** | **CRAIG WRIGHT** |
| **ALSO PRESENT:** | **ANDREW SOMMERS** |
| **CONDUCTED AT:** | **ATO OFFICE** |
| **DATE:** | **MONDAY, 18 AUGUST 2014** |
| **TIME:** | **4.31 PM** |

## TRANSCRIBED BUT NOT RECORDED BY
## AUSCRIPT AUSTRALASIA PTY LIMITED

WRIGHT, 18.8.14

CONFIDENTIAL

# Interview conducted with Craig Wright

On the 18TH August 2014

Australian Taxation Office

Interviewers: Greg O'Mahoney

5

| | | |
|---|---|---|
| O'Mahoney | For the record it's Greg O'Mahoney at 4.31 on Monday, 18 August 2014 reconvening the interview of Dr Wright.  Thank you for coming back, Dr Wright.  Could I start, Dr Wright, by saying this:  you will remember last week there was a number of questions and answers about the supplies that are the subject of this dispute - - - |
| Wright | Yes. |
| O'Mahoney | - - - the ITCs that have been claimed.  There is a few discrete questions about those that I will come back to in the course of today.  Could we move on to the different question of consideration, and I think you would appreciate that's an important part of this dispute, and could I start with, I guess, the basic question of how were these supplies paid for by Coin Exchange? |
| Wright | What do you mean "how were they ….. paid for by Coin Exchange"? |
| O'Mahoney | Well, what was - the position is, as I understand it, that it's asserted that Coin Exchange made some acquisitions and I think it's also asserted that consideration was paid in respect of those acquisitions. |
| Wright | Mm. |
| O'Mahoney | We just want to understand what was the consideration, how were these acquisitions paid for, in other words. |
| Wright | Well, there were transfer of rights, as we discussed several times, so software, as in rights to use, etcetera, etcetera, on one side, rights to claim ….. on the other. |
| O'Mahoney | So it's clear that you say software flowed one way, that was one part of the exchange. |
| Wright | Mm. |
| O'Mahoney | I guess I want to focus in on the other flow, that the consideration going the other way.  Can you just explain that, the flow of rights to bitcoin.  What does that mean? |
| Wright | The right to call on a number of bitcoin. |
| O'Mahoney | Okay.  When you say "the right to call on", what do you mean by that? |
| Wright | A legal right to have a number of bitcoin in a wallet aside. |
| O'Mahoney | A legal right to have?  How does that differ from actually using bitcoin, paying by way of bitcoin for acquisition? |
| Wright | bitcoin is something in a ledger, so it's - I can have a right to cash in a bank and not have the actual cash. |
| O'Mahoney | So is this the case, because I just want to apply that answer to a non-bitcoin situation, is it analogous to this:  say you had a pool of gold bars or a pool of cash in a bank, that the consideration was the transfer of an interest or a right to, an interest in or a right to, those gold bars or that cash.  Is that - - - |
| Wright | That's fairly much it, yes. |

10

15

20

25

30

35

40

CONFIDENTIAL

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | And how does that work?  The entity that acquires the interest, what is it in a position to do with that interest? |
| | Wright | If I have a right to gold bars held in a Suisse bank account, such as a gold certificate, what does that entail me, enable me to do?  I can transfer rights. |
| 5 | O'Mahoney | All right.  So is that one way of saying that on the gold bar scenario that the person who has the interest transferred to him or her is able to actually call upon them, actually take possession of them or use them;  is that what you mean? |
| 10 | Wright | Within certain sort of conditions, whatever else.  If you're talking gold bars, then it would depend on whether you have a numbered or an unnumbered certificate. |
| | O'Mahoney | Okay.  Can we focus on bitcoin.  What does the person who receives the transfer of these rights, what position is that entity or he or her in, in respect of the bitcoin? |
| 15 | Wright | You have a right to call on or arrange to be transferred or whatever else a number of bitcoins held overseas. |
| | O'Mahoney | Does that include a right to useless that bitcoin as, I guess, a currency going forward? |
| 20 | Wright | As a currency, yes.  The terms were sort of set originally which involved it being currency, unless it's overseas. |
| | O'Mahoney | Just as an aside on that point, one thing that my research, which is incredibly brief compared to your, in relation to crypto currency has revealed is this, that bitcoins have in their history been very, very volatile in terms of their value.  Is that a fair assessment? |
| 25 | Wright | So is the Australian dollar, so is gold. |
| | O'Mahoney | Well, except currencies ….. currencies in gold ….. currencies have volatility as well, but in a relative sense the volatility of bitcoin is quite extraordinary compared to ….. currencies;  would you accept that? |
| 30 | Wright | Zimbabwe dollar, one Zimbabwe dollar can't even buy you a grain of sand at the moment.  I believe the typical currency note is now in the hundred trillion dollars in Zimbabwe dollars. |
| | O'Mahoney | And equally you could cite the example of the Argentinian peso after Argentina's default, but let's talk in general terms. |
| | Wright | Equally, one ounce of gold in the US was a dollar just a hundred years ago. |
| 35 | O'Mahoney | Okay.  But I'm talking more day-to-day, week-to-week, month-to-month volatility, around I accept that in currencies there are in our lifetimes - - - |
| | Wright | The ….. the whatever else. |
| 40 | O'Mahoney | - - - extraordinary - if I could just finish - there are some extraordinary moves and fluctuations in currencies.  Do you accept that bitcoin does have a volatility that is quite extreme relative to most currencies? |
| | Wright | No.  Actually, most currencies would be - I mean, there's over 120 different currencies in the world, and bitcoin is probably about 30th on volatility. |
| | O'Mahoney | In the last 10 years what has been the highest value of bitcoin and the lowest? |

CONFIDENTIAL

DEFAUS_00560319

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Approximately $120, and the lowest, but that's a bad analogy, that's like saying - all right, that's the old statistical joke - my head is in the oven, my foot is in a fridge and on average the temperature is good. |
| | O'Mahoney | So what's the lowest point? |
| 5 | Wright | It started and it has increased.  We're talking about something that started from zero value because I couldn't even buy a pizza with it back when I had these things, hence why you guys called it a hobby ….. |
| 10 | O'Mahoney | Just so that we have a clear picture, we're talking about a valuation spread that, I mean, might be from zero and I appreciate that that's a starting point and it's not really a realistic low point, if you like, it was an ….. currency at that point in time, but is that really the ultimate spread, about $120, from very, very low numbers to 120? |
| | Wright | If I'm right, the ultimate spread will be about 10 million dollars per bitcoin. |
| | O'Mahoney | Okay.  Which speaks to a very large level of volatility. |
| 15 | Wright | No.  It speaks to the growth of a new currency. |
| | O'Mahoney | One issue that just arises, and as I said it's a side point, but when using bitcoin as a form of consideration for substantial transactions, is there a degree of concern about the value of them, the fluctuating value of them? |
| 20 | Wright | There's an issue with using American dollars in that way.  You're not going to get me to say that it's not a currency because it is volatile when it has got 90 other currencies that are actually more volatile than it.  I mean - - - |
| | O'Mahoney | I have to say, you're a student in bitcoin.  I have looked at the charts in bitcoin and I have looked at the charts of the major global currencies - - - |
| | Wright | It's an exponential growth. |
| 25 | O'Mahoney | - - - in the last few years and I have to say if you're saying that the volatility is analogous to major currencies, the charts will speak for themselves, and I don't want to take any more time looking at that.  It was just a question about how you accommodate that kind of volatility when you are using bitcoin - - - |
| | Wright | It's exponential growth. |
| 30 | O'Mahoney | - - - in this consideration. |
| | Wright | It is not going down all the time; it is going up.  A year ago at this time it was around $1.36. |
| | O'Mahoney | All right. |
| | Wright | So now it is around the $500 mark.  It is going up and there are - - - |
| 35 | O'Mahoney | So you say in the last few years it has gone from - one bitcoin has gone from $1.36 - - - |
| | Wright | No, 136. |
| | O'Mahoney | 136 to - - - |
| | Wright | Around 500. |
| 40 | O'Mahoney | 500. |
| | Wright | Which is ….. a little bit at the moment. |
| | O'Mahoney | Can I ask this, that last week we spoke about Coin Exchange being part of a group. |

CONFIDENTIAL

DEFAUS_00560320

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| Wright | Mm. | |
| O'Mahoney | A group of entities that you controlled that tend to interact with one another commercially. | |
| Wright | Yes. | |
| 5 | O'Mahoney | Remember we discussed that, and I want to understand this, how many entities are there within the group that use this funding mechanism, this - - - |
| Wright | All of them. | |
| O'Mahoney | All of them?  Okay.  So that is seven or eight entities that use - - - | |
| Wright | Yes. | |
| 10 | O'Mahoney | Do they all use as consideration the same rights to bitcoin in the same source, from the same source;  ie, the same trust? |
| Wright | The same group source, yes. | |
| O'Mahoney | Yes.  So that that Seychelles trust, I think we called it that in shorthand last week, that Seychelles trust is really the funding source for seven or eight entities.  They each are able to transact - - - | |
| 15 | | |
| Wright | There is a loan that has been ….. to that, yes. | |
| O'Mahoney | All right.  But each of those seven or eight entities transact using rights to bitcoin held by that trust? | |
| Wright | The bitcoin held by that trust, yes. | |
| 20 | O'Mahoney | Can I ask this before I dig into the specifics of how that works, can you tell us what you know about the Seychelles trust? |
| Wright | I know it's a trust in the Seychelles, I know the people who were involved in setting it up, I know I was involved in part and I know why. | |
| 25 | O'Mahoney | Okay.  Can we unpack that.  A trust in the Seychelles, who apart from you was involved in setting it up? |
| Wright | Dave Kleiman. | |
| O'Mahoney | Who else? | |
| Wright | Wen. | |
| O'Mahoney | Wen. | |
| 30 | Wright | Wen Nguyen. |
| O'Mahoney | Okay.  Wen, Wen Nguyen.  Who else? | |
| Wright | Tim, and I can't remember his last name off the top of my head, and I don't remember the - but I've got - I couldn't tell the other people off the top of my head. | |
| 35 | O'Mahoney | Are there many other people? |
| Wright | No.  But you guys have been sent their names before. | |
| O'Mahoney | And Tim, tell us about him, what does he do? | |
| Wright | He worked for Playboy Gaming. | |
| O'Mahoney | Playboy Gaming being? | |
| 40 | Wright | Playboy Gaming. |

CONFIDENTIAL

DEFAUS_00560321

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | What does it do? |
| | Wright | Casinos. |
| | O'Mahoney | Online casinos? |
| | Wright | ….. |
| 5 | O'Mahoney | Okay.  It's a ….. in the gaming industry? |
| | Wright | Yes. |
| | O'Mahoney | And how do you know Tim? |
| | Wright | I was involved with possibly setting up a casino in Australia back for over a decade ago now, about Senator Olsten kyboshed everything. |
| 10 | O'Mahoney | All right.  And so they're the names of the people involved in it.  Can you tell us about how it came to be created, the circumstances, if you could just talk us through the circumstances of the trust establishment? |
| 15 | Wright | Basically, I had a lot of bitcoin.  It was transferred over to be overseas for a consideration of $5000.  Basically because - which was actually higher than the market value at the time.  The $5000 - you know, the whole of the bitcoin that I transferred ….. to even $5000.  The reason being the ATO wanted to call it all a hobby and whatever else and were trying to bankrupt me and I was getting divorced from my wife.  I negotiated that I keep these, she could have the business, which she didn't actually go anywhere after she did it, but anyway. |
| 20 | | |
| | O'Mahoney | Was it your decision to set it up in the jurisdiction of the Seychelles? |
| | Wright | Yes. |
| | O'Mahoney | And how did these other individuals, Mr Kleiman, Nguyen - it's Ms Nguyen, isn't it? |
| 25 | Wright | Yes. |
| | O'Mahoney | And Tim, whose last name we can't remember, how did they come to be involved? |
| | Wright | Well, I talked to Dave and said, "Look, please do this.  I know it has value eventually.  Take it over." |
| 30 | O'Mahoney | When you say you know it "has value eventually", what do you mean by that? |
| | Wright | I've always believed in bitcoin.  I still tell you that it will be at least one - one bitcoin 10 million dollars. |
| | O'Mahoney | All right. |
| | Wright | And that's probably a low estimate. |
| 35 | O'Mahoney | Okay.  I appreciate you're very bullish on the prospects of ….. as a currency.  Focusing - - - |
| | Wright | Not just that.  I think it will replace the internet or replace smart currency, it will replace contracting, many things that you don't know yet. |
| 40 | O'Mahoney | All right.  Focusing not so much on bitcoin as an alternate currency and potential source of future value, but on the trust structure, how did it come to be that the trust structure was settled upon? |
| | Wright | The idea was the trust was set up to promote bitcoin to ensure when things became valuable that it was there for the sole reason of promoting it as a |

CONFIDENTIAL

DEFAUS_00560322

Interview Conducted with Craig WRIGHT

|   | | |
|---|---|---|
| | | currency and, in particular, doing anything possible to promote it as a replacement currency to fiat. |
| | O'Mahoney | So was that really the remit of the trust to promote and advance bitcoin? |
| | Wright | Yes. |
| 5 | O'Mahoney | And how does it go about doing that? |
| | Wright | It's investing in the research I'm doing that will take all of this into something new. |
| | O'Mahoney | And how is it so investing? |
| | Wright | I'm building a super computer at the moment. |
| 10 | O'Mahoney | Can you explain how it is that the trust is investing in that super computer? |
| | Wright | Overseas interest in bitcoin pays people who are bullish on bitcoin, and there are people out there who are. |
| | O'Mahoney | And, what, the trust makes an allocation, does it, each year to entities like that? |
| 15 | Wright | No ….. the loan. |
| | O'Mahoney | The trust lends money to - - - |
| | Wright | To me. |
| | O'Mahoney | - - - to you in ways that help you promote bitcoin? |
| | Wright | Yes. |
| 20 | O'Mahoney | Or entities that you control? |
| | Wright | Yes. |
| | O'Mahoney | And tell us about the structure of the trust in materials of its - well, who controls the trust? |
| 25 | Wright | Partly Wen and partly other people.  I can't remember the names.  You guys have got the list.  It's in answers I've given.  I can't remember all the names off the top of my head. |
| | O'Mahoney | But in terms of practical control, is it not the case that you control the trust? |
| 30 | Wright | No.  I can't control the trust.  I put terms, conditions, everything like that, how it had to be done when I had Dave set it up.  So I don't control it;  I can act within bounds. |
| | O'Mahoney | So how did it come to be that - are all the assets of the trust, they were originally sourced from you? |
| | Wright | And Dave. |
| | O'Mahoney | And David. |
| 35 | Wright | Yes. |
| | O'Mahoney | And what was the rationale for putting those assets within a trust structure that you wouldn't or David wouldn't have control over? |
| | Wright | What do you mean "David wouldn't have control over"? |
| 40 | O'Mahoney | Well, just if you think about, if one has assets, to put them into a structure that one can't control, I just want to understand the rationale behind that. |
| | Wright | I don't want temptation myself. |

CONFIDENTIAL

DEFAUS_00560323

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | So it's a sort of a self-discipline? |
| | Wright | In a way, yes.  This is going to be spent on bitcoin.  If it makes a billion dollars, it will be spent on bitcoin.  Not buying a yacht, not buying whatever else.  My research and replacing fee of currency.  That's what it's doing. |
| 5 | O'Mahoney | Who are the beneficiaries of the trust?  Who stand to benefit from that kind of profitability? |
| | Wright | The world.  The world.  Every single person, apart from government, and in a way government because it will stop debt financing. |
| | O'Mahoney | You appreciate that a trust has beneficiaries. |
| 10 | Wright | Yes. |
| | O'Mahoney | Who are the beneficiaries of this trust? |
| | Wright | I have a loan. |
| | O'Mahoney | And you are? |
| | Wright | Sorry? |
| 15 | O'Mahoney | What does that mean? |
| | Wright | Well, I've got a loan.  That doesn't mean that I'm a beneficiary per se. |
| | O'Mahoney | All right.  What does your loan have to do with your relationship to the trust? |
| | Wright | The end goal of this trust is promotion of bitcoin. |
| 20 | O'Mahoney | But I just want to appreciate - I appreciate that its remit, as you say, is to advance bitcoin and that you say a lot of people stand to benefit from that.  Specifically, the beneficiaries of this trust, who are they? |
| | Wright | I don't know exactly. |
| | O'Mahoney | Is that right? |
| | Wright | Yes. |
| 25 | O'Mahoney | How is it that you don't know? |
| | Wright | I told Dave not to tell me all the details. |
| | O'Mahoney | Why would you request that? |
| | Wright | Because I didn't trust these guys. |
| | O'Mahoney | "These guys" meaning? |
| 30 | Wright | Meaning the people who said, "You've got too many degrees.  Therefore, you can't claim education any more as an expense", even though it's a valid deduction;  for people who said my buying 500 computers was a hobby;  for people who said my laying fibre cable in a rural environment was a hobby;  for people who complained when I spent a million dollars on computing services and whatever else, that it was a hobby;  for people who said all of this. |
| 35 | | |
| | O'Mahoney | Sorry, is the short answer to that question officers of the Commissioner of Taxation? |
| | Wright | Sorry, what do you mean, sorry? |
| 40 | O'Mahoney | Well, you keep referring to "the people".  I just want to understand who they are? |

CONFIDENTIAL

DEFAUS_00560324

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Well, yes. I didn't trust them at the time because I went forth, I asked them questions, I said, "How do I do these sort of things?" I got instructions in writing about how I transmit and transfer stuff between myself and the company I was setting up, being told I had to put GST on it and then I end up basically having to fight for the next several years on what I was told to do, and the same here is I went to you guys and did a PBR and got a formal private ruling saying this is what I have to do and basically give everything to everyone, say "These are my wallets", get stat decs along those lines, go to the Tax Office say, "Look, this is what I want to do", and yet end up being pulled apart again. |
| 5 | | |
| 10 | | |
| | O'Mahoney | In part of that answer you referred to having to charge GST in respect of transactions between entities you controlled. |
| | Wright | Yes. |
| | O'Mahoney | Was that a source of annoyance or frustration for you? |
| 15 | Wright | It would have been much easier just to do a transaction without all the GST, yes. |
| | O'Mahoney | Why do you say that? |
| | Wright | Because if it's a negative and a positive cancelling each other, then no one wins, and it's a situation where you pay five million dollars and collect five million dollars. I mean, it's only the external stuff that matters and I tried to explain that to people and they said, "No. You have to do it this way. This is how it works", so yes, I would much prefer not having to do a pop-up plus and minus on GST on entities and when there's no net difference. |
| 20 | | |
| 25 | O'Mahoney | When you say that people told you, you have to do it that way, are you talking about officers of the Commissioner? |
| | Wright | Yes. |
| | O'Mahoney | Did you have accountants who were advising you in respect of GST liability? |
| | Wright | Yes. |
| | O'Mahoney | And they weren't saying that to you? |
| 30 | Wright | Well, actually, people like Andrew have now - as a lawyer have said I can do it different ways. No one told me that I could do an agency agreement where I have absolute get out of the tax. |
| | O'Mahoney | When you say "different ways", can you flesh that out a bit? What are these different ways? |
| 35 | Wright | Andrew would have to explain that one to you. I pay an expensive lawyer to write out documents that say GST neutral, so get him to explain it. |
| | O'Mahoney | Okay. But one example you just gave there was an agency agreement to get out of the tax. |
| 40 | Wright | But it's not get out of the task; it is a zero. A hundred thousand, a hundred thousand; plus a hundred, minus a hundred. |
| | O'Mahoney | All right. |
| | Wright | There's no getting out of paying tax. |
| | O'Mahoney | Coming back to the structure of this trust, is this a fair summary of the position: you've transferred valuable assets to the trust. |

CONFIDENTIAL

DEFAUS_00560325

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I valued all of that at $5000 which was actually $500 more than the market value of everything at the time. |
| | O'Mahoney | Assets of some value to the trust? |
| | Wright | Yes. |
| 5 | O'Mahoney | That trust has been used as a funding source for seven or eight entities that you control? |
| | Wright | Yes. |
| | O'Mahoney | Over a sustained period of time? |
| | Wright | Yes.  Via loans, yes. |
| 10 | O'Mahoney | And you say that you are not aware of who the other beneficiaries of the trust are. |
| | Sommers | I don't think Dr Wright used the term "other beneficiaries".  Dr Wright said he didn't know who the beneficiaries were full stop. |
| 15 | O'Mahoney | You say that you don't know in those circumstances who the beneficiaries of the trust are? |
| | Wright | I know that I can call on bitcoin. |
| | Sommers | Pursuant to the loan. |
| | Wright | Mm. |
| 20 | O'Mahoney | So that just strikes me as odd.  I'm just speaking out loud, thinking out loud, Dr Wright.  Is that the case, that you do not know request who the beneficiaries of the trust are? |
| | Wright | "Know" is a different word than "suspect". |
| | O'Mahoney | All right.  Well, why don't we start with "suspect" and move to "know"? |
| 25 | Sommers | Greg, can I just stop you there because I'm struggling to join the dots between this particular line of questioning and the entitlement of ….. tax credits. |
| 30 | O'Mahoney | Well, we can here pause if you want and discuss that, but I can assure you that it's part of the factual landscape that the Commissioner has to investigate to satisfy itself of the claims that are asserted, and I think for good reason.  It's at the heart of the consideration that is alleged to have been paid here to understand what is the structure that held the bitcoin that rights to which or an interest in which was transferred as part of the said consideration. |
| | Sommers | Just to clarify, none of the assets of the trust have been contended that they formed part of the consideration for any of these transactions. |
| | O'Mahoney | I appreciate that.  An interest is transferred or rights to. |
| 35 | Sommers | No.  If I can finish. |
| | O'Mahoney | Yeah. |
| 40 | Sommers | It's only the rights that Dr Wright held pursuant to the deed of loan executed by the trust over the 650,000 bitcoin that were the subject of that deed of loan that had been contended that the dealings in those rights - that those bitcoin held outside the trust were transacted.  Therefore, what is in the trust, the beneficiaries of the trust and so on, are entirely irrelevant to the transactions that have taken place because it's only the bitcoin that was the subject of the deed of loan that have been transacted. |

CONFIDENTIAL

DEFAUS_00560326

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Well, I can safely say that there is a relevance that there are lines of inquiry that the Commissioner is pursuing that would make the structure/nature of the trust very relevant.  I don't really want to go through what they are. |
| 5 | Sommers | Well, I've been told, and Mr ..... have made it clear to me the nature of this and these discussions related only to the GST audit. |
| | O'Mahoney | No.  That's true.  That's absolutely right. |
| | Sommers | And consequently I can't see the connection. |
| 10 | O'Mahoney | Well, can I say this, I'm almost through the questioning on the trust.  There's two or three more questions to go.  If you think that we're dwelling on it for too long, could you mention that, but if you don't mind I will ask two or three more questions and move on. |
| | Sommers | Sure. |
| | O'Mahoney | If you're happy with that.  Can I ask Dr Wright, who do you suspect to have been the beneficiaries of the trust? |
| 15 | Sommers | I wouldn't answer that.  It's entirely irrelevant. |
| | O'Mahoney | Who do you know to be the beneficiaries? |
| | Wright | I don't know.  I told you that one; I suspect. |
| | O'Mahoney | Okay.  So you don't know who any of the beneficiaries of the trust are? |
| | Wright | No. |
| 20 | O'Mahoney | And you say that is because you asked Mr Kleiman not to tell you? |
| | Wright | Yes. |
| | O'Mahoney | Can you just recall for us that conversation?  Obviously, it's not a memory test, but to the best of your recollection what did you say and what did he say? |
| 25 | Wright | Andrew has seen some of the emails.  Do you want the full or do you want the nice version? |
| | O'Mahoney | Full. |
| 30 | Wright | There was a lot of swearing and a lot of abuse at the ATO.  I called a lot of people a lot of names and occasionally we talked about the trust.  There was a lot about Mr Westwood, there were a lot of - I was rather frustrated at the time comments and, basically ..... whatever we were doing, take this off to ..... and we will do this overseas any way we can and make sure that we set it up so that, well, at the end of the day we ..... we wanted. |
| | O'Mahoney | All right.  Could I ask Mr Nguyen or Ms Nguyen you mentioned before. |
| | Wright | Mm. |
| 35 | O'Mahoney | Apologies if I haven't pronounced her name correctly.  On the trust document she's identified by reference to Design by Human, a company.  What do you know about that company? |
| | Wright | Just the - I've now taken it over and whatever else.  It was reserved by Dave in 2012.  I don't know why he did Design by Human. |
| 40 | O'Mahoney | We've got some information that as at mid-2013 it was more or less a dormant shelf company. |
| | Wright | It's still basically a dormant shelf company. |

CONFIDENTIAL

DEFAUS_00560327

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | It is.  Do you know how it came to be that a person purporting to be or how that entity came to be involved in settling a deed document? |
| | Wright | A shelf company can settle a deed document as far as I know. |
| 5 | O'Mahoney | And we've also got some information that Ms Nguyen was not at that time either a director or a shareholder of that company.  Do you know how it came to be that there was that association asserted between Ms Nguyen and Design by Human? |
| 10

15 | Wright | I know that our accounting practices in the group have not been the best.  I know that we haven't filed things correctly.  I know Dave didn't, I know I haven't, I know Nguyen hasn't.  I know we're doing our best to try and fix things.  I know that I'm paying lots of money to KPMG and accountants and Andrew and everyone like that to basically go away with these things and I know things are still a mess.  I know that we've had board notes that haven't been filed with ASIC correctly.  I know that we've had lots of these sort of things.  My speciality isn't as a company secretary or anything like that.  Nguyen's ….. from ….. she was still young and - - - |
| | O'Mahoney | What's Ms Nguyen's involvement in the group? |
| 20 | Wright | She was involved back from around 2011 with us.  She wanted to learn, wanted to do whatever.  I involved her because anything she could do she would. |
| | O'Mahoney | Is Design by Human a company that you consider to be part of the group? |
| | Wright | Part of the current group?  Yes. |
| | O'Mahoney | Was it part of the group as at mid-2013? |
| | Wright | Mid-2013, yes. |
| 25 | O'Mahoney | And there's reference no document to another entity, Permanent Success.  Is that another company that you know of? |
| | Wright | Yes. |
| | O'Mahoney | Is that also a company that was part of the group? |
| | Wright | Yeah, but it's not really doing anything. |
| 30 | O'Mahoney | It's a dormant company, is it? |
| | Wright | Yeah. |
| | O'Mahoney | A sort of shelf company? |
| | Wright | Just holding assets. |
| | O'Mahoney | The Craig Wright RND has an entity.  What does it do? |
| 35 | Wright | Well, that's me, effectively. |
| | O'Mahoney | Is that a company that you really control for your own benefit? |
| | Wright | It's a business.  Me. |
| | O'Mahoney | Yes.  Okay. |
| | Sommers | The ABN belongs to Dr Wright as an individual. |
| 40 | O'Mahoney | Okay.  And broadly, you don't need to go into the detail of this, but broadly what does it do as an entity? |
| | Wright | I do research. |

CONFIDENTIAL

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | All right.  And does it transact? |
| | Wright | Yes. |
| | O'Mahoney | Is it an entity that pays you, is it an entity that you use to invest? |
| | Wright | It's my business. |
| 5 | O'Mahoney | Okay. |
| | Sommers | I don't think you understood.  It's Dr Wright individually.  It's not - for some reason it has the nomenclature Craig Wright RND, but it is Dr Wright individually. |
| | O'Mahoney | All right. |
| 10 | Wright | Yeah.  It's just a business name associated with me individually. |
| | O'Mahoney | Okay.  And just one point of clarification.  Reviewing the transcript from last week, there was a number of references in the transcript to a trust that was set up in Panama. |
| | Wright | Mm. |
| 15 | O'Mahoney | Can you tell me what that trust is? |
| | Wright | No. |
| | O'Mahoney | You know nothing about it? |
| | Wright | I know that it's there and I know that, but I don't know all the details.  It's all on Dave's hard drive and we can't do anything. |
| 20 | O'Mahoney | What is its connection to the business activities of the group? |
| | Wright | It was involved with funding things in WNK and ….. research. |
| | O'Mahoney | In WNK? |
| | Wright | Yes. |
| | O'Mahoney | And how did that come about? |
| 25 | Wright | I don't know. |
| | O'Mahoney | What do you know about it? |
| | Wright | I know that it was there and I know that Dave was involved with a few people I know of in Panama and Cost Arica. |
| | O'Mahoney | And who are they? |
| 30 | Wright | They're people from the gaming industry. |
| | O'Mahoney | Do you know their names? |
| | Wright | They're on the list I've sent. |
| | O'Mahoney | Okay.  And is there an ongoing association between group entities and that trust? |
| 35 | Wright | I don't know.  I don't know that trust. |
| | O'Mahoney | But you know the group entities? |
| | Wright | I know people who have dealt with Dave. |
| | O'Mahoney | I just want to be clear based on knowledge of the entities within the group, do they have a connection with this Panama trust? |
| 40 | Wright | I don't know.  Well, my entities in the group - or, sorry - - - |

CONFIDENTIAL

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | We've been talking about seven or eight entities that - - - |
| | Wright | I have nothing - I have nothing more to do with the Panama trust.  I have no idea about it. |
| 5 | O'Mahoney | Okay.  So the seven or eight entities that you control that we've referred to as "the group", to the best of your knowledge they don't have any connection with this Panama trust? |
| | Wright | Not directly.  They have a connection to WNK and WNK has a connection to the trust, if you can put that together. |
| 10 | O'Mahoney | Okay.  Well, we might come back to that.  I've got a few questions I want to ask you about WNK.  Getting back to the operation of the group as a whole, this is an important point, that if it is the case that seven or eight entities, satellite entities within the group, are using the same trust as a funding source - - - |
| | Wright | The same loans from me. |
| 15 | O'Mahoney | I appreciate, the same loans from you, but all by reference to the same trust as a funding source, in the context of the group, courtesy of that single funding source, it must have had finite resources, it must have had limited spending capacity.  What records were kept that would reflect how much was left to be able to be used as consideration from that funding source? |
| 20 | Wright | From the trust or the loan or? |
| | O'Mahoney | Well, just what records were kept to indicate how much was left within the funding source? |
| | Wright | You mean the loan? |
| | O'Mahoney | Yes. |
| 25 | Wright | There's all the accounting records ..... else. |
| 30 | O'Mahoney | But one thing that has occurred to me is that all these entities are really transacting by reference to the same - or using consideration from the same funding source.  One important thing would be to have a global picture of how depleted the interest is that can be transferred, what is left, what is already expended.  Are you saying that there are records that exist that show - would paint that kind of picture? |
| | Wright | We've got all the Zero account - like, we use Zero as an accounting source and we've got all the accounting records. |
| 35 | O'Mahoney | So is it through those Zero accounting records that you say that you're able to satisfy yourself about what the spending capacity of an individual entity was at any given point in time? |
| | Wright | Yes. |
| | O'Mahoney | And what did they reveal to you, those records? |
| 40 | Sommers | You might need to tie that question down a little bit.  That's a very large question.  What do the accounting records represent? |
| | O'Mahoney | Okay.  But in the context of those records being what pointed out to you was the spending capacity of the group entities, can you explain to us what was it about those records that so enlightened you, that made you aware of what was left to spend? |
| 45 | Wright | Accounting records ..... |

CONFIDENTIAL

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Were there global accounting records that were kept that would show the picture of the whole funding source, how much had been sent? |
| 5 | Wright | Of course not. I mean, each company goes into each individual one. I don't then do a - this is tied that way type thing. I do it the way that standard accounting practices have been told to me to do and I'm hiring an accountant at the moment and I'm getting another one and I've got KPMG and this much goes in there, this much goes in there, this much goes in there. The trust has that. I mean, there are set bloody records. There's different entities, this one, this one, this one, and it's not how much this - in an in globo type thing I have to spend because once it's been transferred there, it's owned by there. |
| 10 | O'Mahoney | Yeah. I appreciate that. Could I maybe frame the question - - - |
| | Wright | So there's not any how much in globo. If I'm part owner of a hundred different companies and I pay them with cash, then quite simply, I don't get to go and in globo I have this much to spend. |
| 15 | O'Mahoney | No, but Dr Wright, imagine this scenario. Imagine we've got eight companies drawing upon a single funding source called of gold bars that are all using the same funding source to - - - |
| | Wright | They don't have the same funding source. They have a capitalisation that we put into them. |
| 20 | O'Mahoney | Just let me finish pause it's - I'd just be interested in your thoughts about this. They're all drawing upon the same funding source. |
| | Wright | No. They're not. They're capitalised individually. Each company is capitalised individually. |
| 25 | O'Mahoney | But is, I think you accepted earlier, when transacting, is using the same funding source for consideration. I thought you said that. |
| | Wright | There is a pool of rights. |
| 30 | O'Mahoney | Yes, okay, but just bear with me on this. I just want to run this by you. If seven or eight-related companies are all drawing upon one pile of gold bars to transact with the world at large or with one another, one issue that would arise is the potential for double-dipping, the potential that multiple companies are - - - |
| | Wright | No. There's not. |
| | O'Mahoney | Just let me finish. |
| | Wright | No, no. No. I know what you're saying. |
| 35 | O'Mahoney | Are transacting on the basis of the same store value. |
| | Wright | But, look, they're issued a number of. They start with that, they get capitalised into them. There's no double-dipping. There's no double-dipping into an accounting system like that. I'm not going to - - - |
| | O'Mahoney | But how could you be - - - |
| 40 | Wright | No. I disagree. There is no double-dipping. |
| | O'Mahoney | How could you be satisfied that there wasn't double-dipping if you couldn't paint a global picture? |
| 45 | Wright | Balls if I have a ledger, I don't get to write it off twice. I don't care whether it's dollars or widgets or grain or bitcoin or books. I do it once and it's in a ledger once. I have an initial allocation. I capitalise it into the second one. If I put |

CONFIDENTIAL

DEFAUS_00560331

Interview Conducted with Craig WRIGHT

|    |           |                                                                                                                                                                                                                                                                                                               |
|----|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |           | 20,000 in here, then I have 20,000 to use.  If the first thing says - say we start off with 100,000 hand I go, 20, 20, 20, 20 and whatever else, then this one eventually goes down to zero and that one goes 20, 20, 20, 20, 20.  There's no double bloody dipping.  It's quite simple.  You have that goes to there.  It's |
| 5  |           | not double-dip because they go from there to there.                                                                                                                                                                                                                                                            |
|    | O'Mahoney | Okay.                                                                                                                                                                                                                                                                                                          |
|    | Wright    | The same whether it's cash, strawberries, grain, cars, anything.                                                                                                                                                                                                                                               |
|    | O'Mahoney | Dr Wright, let me comment it this way:  as at mid-2013 what was the maximum spending capacity of the group?                                                                                                                                                                                                     |
| 10 | Wright    | What do you mean "the maximum spending capacity"?                                                                                                                                                                                                                                                              |
|    | O'Mahoney | How much did the group - we've established that it relied upon the same funding source - how much did it have to spend?                                                                                                                                                                                         |
|    | Wright    | 650 million.                                                                                                                                                                                                                                                                                                   |
|    | O'Mahoney | 650 million dollars?                                                                                                                                                                                                                                                                                           |
| 15 | Wright    | Approximately.  If you look at the value of bitcoin and the amount transferred.                                                                                                                                                                                                                                |
|    | O'Mahoney | And what would be the best document for us to look at to see that?                                                                                                                                                                                                                                             |
|    | Wright    | When you look at the loan document, the amount transferred, you can look at the - just go to xe.com, have a look at what it's actually valued at and it's on a public website.                                                                                                                                   |
| 20 | O'Mahoney | So just be clear, just be clear, the spending capacity of the group was 650 million dollars as at mid-2013.  That's your recollection?                                                                                                                                                                          |
|    | Wright    | Yes.                                                                                                                                                                                                                                                                                                           |
|    | O'Mahoney | And as transactions were entered into it, presumably, that spending compassion decreased; is that true?  As transactions are entered into - - -                                                                                                                                                                 |
| 25 | Wright    | External transactions, yes.                                                                                                                                                                                                                                                                                    |
|    | O'Mahoney | But not internal ones?  I'm just wondering why you made that distinction.                                                                                                                                                                                                                                      |
|    | Wright    | Well, because if I paid …..                                                                                                                                                                                                                                                                                    |
|    | Sommers   | …..                                                                                                                                                                                                                                                                                                            |
|    | Wright    | You said the group, okay.                                                                                                                                                                                                                                                                                      |
| 30 | Sommers   | You did say group.                                                                                                                                                                                                                                                                                             |
|    | Wright    | If I go from group to group, then the group doesn't change.  There's no bloody double spending here.  Don't try and catch me with that bullshit because, look - - -                                                                                                                                             |
|    | Sommers   | …..                                                                                                                                                                                                                                                                                                            |
| 35 | O'Mahoney | Dr Wright, there's no one trying to catch you with anything.  I'm trying to ask questions that enable clarification and - - -                                                                                                                                                                                   |
|    | Wright    | If it goes from group to group and you're saying does the group change?  No.  That simple.                                                                                                                                                                                                                     |
|    | Sommers   | So an intragroup transaction doesn't deplete the resources of the group taken as a whole.                                                                                                                                                                                                                      |
| 40 | O'Mahoney | No.                                                                                                                                                                                                                                                                                                            |
|    | Sommers   | That's all Dr Wright is saying, I think.                                                                                                                                                                                                                                                                       |

CONFIDENTIAL

DEFAUS_00560332

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Okay. |
| | Sommers | Whereas an extra-group transaction, a group transaction from a group member to an external party will deplete the sources of the group. |
| 5 | O'Mahoney | And, in any event, is the net effect is that at any point in time there's no record that could paint a picture of the financial position of the trust and show how much has already been spent by way of interest transfer? |
| | Wright | Are we talking - - - |
| | Sommers | The trust or the loan? |
| | Wright | - - - the trust or the loan? |
| 10 | O'Mahoney | The loan, the funding mechanism. |
| | Sommers | So Greg is asking at any point in time could you identify how much was left of the loan that was unexpended? |
| | Wright | Of course I could.  I go and I look at the accounting sources and I have I go - I add it up. |
| 15 | O'Mahoney | All right.  Was there a record of that? |
| | Wright | Yes. |
| | O'Mahoney | There was? |
| | Wright | Yes. |
| | Sommers | Is there a single document or is it able to be aggregated out of the Zero records? |
| 20 | | |
| | Wright | I have a set of ledgers, not a single ledger.  Each individual entity in the group has its own ledger. |
| | O'Mahoney | All right.  I mentioned earlier that consideration, I think you understand, is an important part of the dispute. |
| 25 | Wright | Mm. |
| | O'Mahoney | Whether or not there was consideration. |
| | Sommers | Actually, I would say it's entirely irrelevant. |
| | O'Mahoney | All right. |
| 30 | Sommers | And we've made this submission to the Commissioner on the basis that they're accruals-based taxpayers and provision of the consideration has nothing to do with their ability ….. the provision ….. has nothing to do with their ability to claim an input tax credit.  So I would like you to bear that in mind. |
| | O'Mahoney | Certainly, and that's a point on which minds might differ, but can I ask this - - - |
| 35 | Sommers | I beg your pardon? |
| | O'Mahoney | I said that's a point on which mind might differ. |
| | Wright | How? |
| | O'Mahoney | As to whether or not consideration is an issue - - - |
| | Wright | How? |
| 40 | O'Mahoney | - - - in this dispute. |
| | Wright | How? |

CONFIDENTIAL

DEFAUS_00560333

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Well, I want to ask you a question that just is quite specific. You have been asked some questions by the Commissioner about how these transactions were paid for; is that correct? |
| | Wright | Yes. |
| 5 | O'Mahoney | And in answering those questions you've sought to give honest accounts. |
| | Wright | Yes. |
| | O'Mahoney | Could I just show you one document that I've been shown which is - I guess it could be summarised as a Q & A type document and it's titled "Items for Clarification". I will just show you the document. If I could draw your attention, I've got it marked here. It's question 1 and the answer to question 1. I should just read it onto the record. The question is, "Coin Exchange claim GST credits on the DeMorgan invoices totalling 38-odd million dollars. The tax invoices stated that they were paid. When and how were they paid? If paid by bitcoin, how did Coin Exchange obtain the bitcoins?" and the answer on this page is, "Coin Exchange received bitcoin as a shareholder capital subscription event. Payment details are in Zero. They are paid in bitcoin. This is reflected in the total equity for the company. The sale follows the format I was instructed in writing by the ATO to use. The IP transfer is for banking software sold from Baraka." Do you want to just have a quick look at that document? |
| | Wright | Mm. Is that answer correct? |
| | Wright | It's one way of putting it. It's not the full thing. It doesn't go into the exact details of all of that. It doesn't go into how the transactions occurred and it doesn't go into the rights and issues and whatever else which got drilled down into again and again and again. |
| | O'Mahoney | But there's no mention in that answer at all, correct me if I'm wrong, of rights of loans of equitable interest; is that right? |
| | Wright | How I did a loan - - - |
| | Sommers | What daylight is this ..... |
| 30 | O'Mahoney | I will get instructions on that. Do we have - do we know the date that was - - - |
| | Wright | I can find them for you ..... |
| | Sommers | Every date's our - my concern in relation to this is this is a document that was prepared and answered by Dr Wright without the benefit of legal advice. |
| | O'Mahoney | Okay. |
| 35 | Sommers | It wasn't until the meeting we had in February in 52 Goulburn Street where I represented Dr Wright that we were aware of the difference in the way in which transactions had occurred, the difference between what Dr Wright saw as transactions involving bitcoin and the way in which they were actually done, and it was at that meeting I became - well, prior to that meeting, and we sought to explain it to the Commissioner at that meeting, attempted by ..... and Mr Lieske that, actually, there had been a difference in the way in which transactions had been explained in the past and the way in which we now saw them, and we were quite upfront and honest in relation to that difference, and following that meeting Mr Cheshire and Mr Miller here were tasked with ..... by Mr Lieske for the Commissioner were tasked with the process of - this is our understanding of the transactions having now got the benefit of legal advice in relation to them, let's have an impact in relation to business activity statements. So we have been through this at considerable length ..... |

CONFIDENTIAL

DEFAUS_00560334

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | No.  I appreciate that. |
| | Sommers | - - - transcript in relation to that February meeting. |
| | O'Mahoney | I appreciate that. |
| 5 | Sommers | We were quite clear in relation to there had been a change in the way in which we had seen the transaction.  So this evolution in the thinking is neither new nor is it novel in relation to this particular matter - - - |
| | Wright | ….. |
| 10

15 | Sommers | - - - and the difference, as I explained at that meeting, was if you see bitcoin as money, as currency, transacting in equitable rights in relation to currency is, you know, in many ways the same as dealing in money in the sense that you're moving around a company sharing the common bank account.  It's no different in Dr Wright's mind to a group of companies sharing a common bitcoin wallet, but in reality there was no transfer in relation to the bitcoin from one wallet to another.  In those circumstances where there is no movement of bitcoin from one wallet to another, it's difficult to see there has been a "payment in bitcoin". |
| | O'Mahoney | So - - - |
| | Sommers | So I'm not quite sure of the point of going back to a document that specifically predates - - - |
| 20 | O'Mahoney | I just want to - - - |
| | Sommers | - - - a disclosure to the Commissioner about the way in which the transactions have been treated and the difference in the evolution on that thinking. |
| | O'Mahoney | But the point is, I guess, to ask Dr Wright for some explanation as to the inconsistency, and it's only - - - |
| 25 | Sommers | ….. |
| | Wright | Because I call it money. |
| | Sommers | I think there's ….. |
| | Wright | I keep it calling it money;  I call fiat crap. |
| 30 | Sommers | I think there's an explanation to that inconsistency on the record in relation to that February meeting, and I would refer you to that. |
| | O'Mahoney | Right.  I appreciate that.  The - - - |
| | Wright | I keep saying that - - - |
| | Sommers | Craig - - - |
| | Wright | Sorry. |
| 35 | O'Mahoney | If I could ask this:  beyond what has just been said, Dr Wright, are there any other reasons why there was no mention made at this stage of the interest, the equitable interest that was transferred - - - |
| | Wright | What's it got to do with GST? |
| | O'Mahoney | - - - for the consideration. |
| 40 | Wright | What's it got to do with GST? |
| | O'Mahoney | I just want to understand - - - |
| | Wright | I was being queried on GST. |

CONFIDENTIAL

DEFAUS_00560335

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | - - - there's just no mention here to - - - |
| | Wright | What has it got to do with GST?  In I get a loan from a bank and fund things, what does it have to do with GST? |
| 5 | O'Mahoney | I'm just trying to understand this answer, Dr Wright, and I don't think that's responsive. |
| 10 | Wright | Well, no.  I get a loan.  I have money in the ledger that is my bank account, because it's not actually money, it's a ledger.  I have to pay back that loan and have interest.  I buy something with the money that is now in the ledger that is my bank account using my credit card.  It is consideration.  Do I go to you and go, "Oh, well, actually, I funded this using a loan and paid interest" for a GST query.  Where do I get that - I'm sorry, you keep saying that, basically, this is something separate.  I call bitcoin money.  I don't care whether you do or not.  It is. |
| 15 | O'Mahoney | Out of fairness to you, can I put this to you:  is it the case that the position, that your position in terms of how payments were made for the relevant supplies changed following modification from the Commissioner of the Commissioner's position as to the tax consequences of using bitcoin - - - |
| | Wright | No. |
| | O'Mahoney | - - - as consideration?  All right. |
| 20 | Wright | It was always set up so that bitcoin would never come into Australia until there was a tax position.  I had been approaching people in the ATO not just - for ages before that.  I slowly worked my way up to dealing with Michael Hardy.  I'd been trying to get all this dealt with, with him. |
| | O'Mahoney | Okay. |
| 25 | Sommers | And there's an annotation on the deed of loan to that effect. |
| | O'Mahoney | Tell me this:  when these entities transact with one another using the consideration that you've referred us to, how is it reflected in the books and records of the individual entities?  How is this, the consideration, reflected in the books and records of the separate entities, the financial accounts? |
| 30 | Wright | With rights to a bitcoin wallet and we distribute.  We pay invoice and it all gets matched up. |
| | O'Mahoney | And in practice what has happened to those rights? |
| | Wright | Sorry, what do you mean by "what has happened to those rights"? |
| 35 | O'Mahoney | Well, if I - let's just say I'm running a business and I sell a whole lot of cricket bats for cash and I obtain that cash and with that cash I might reinvest it in the business, I might expend it on any number of things.  The interest that is transferred, how is it being used, if at all?  Well, what's being done with the consideration? |
| | Wright | Into the companies. |
| 40 | O'Mahoney | Yeah. |
| 45 | Wright | Well, first of all, we capitalised so that we had the shareholding done for each of the entities.  It's not just me.  That's why the knock-on thing, they're all different.  We put in the value of the software that we purchased, the main bit being the external stuff, and at the moment - and Andrew is working on how I distribute this one without getting into this sort of problem at the moment that we have, which is I've been buying a whole lot of computer equipment. |

CONFIDENTIAL

DEFAUS_00560336

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | All right, but - - - |
| 5 | Wright | And the current way, Andrew's task is to try and figure out some sort of agency agreement in the trust to each of the things so that there's no GST transmitted internally in the group which I would have loved to have done the first time and not had all this problem.  I mean, the idea was not to have to go negative, positive or anything like that.  It was just to capitalise the damn things. |
| 10 | O'Mahoney | Can I just ask what you mean by that?  The first part of that answer you gave immediately before then was you said "the first thing we did was capitalise them", or you used the word "capitalise".  What do you mean when you use that word? |
| | Wright | What do you mean?  What do you mean "capitalise"?  "Capitalise" is a fairly standard word.  It's put the value of capital in. |
| 15 | O'Mahoney | Well,  in talking about what was done with the consideration, how does that word "capitalise" apply? |
| | Wright | I issue - say I have a 10 million dollar capitalisation, I issue something to the value of 10 million dollars to a particular entity. |
| | O'Mahoney | And is that what you did? |
| | Wright | Yes. |
| 20 | O'Mahoney | And did Coin Exchange, did the entities that transacted with Coin Exchange do that? |
| | Wright | Yes. |
| 25 | Sommers | ….. when - stop, rewind.  When you say the entities that transacted with Coin Exchange, do you mean the shareholders or do you mean the company, the contracting parties? |
| | O'Mahoney | It's just not clear to me what is done with - when you say the consideration is used to capitalise bit, to inject funds into - - - |
| | Wright | Yes. |
| | O'Mahoney | Do you mean that?  Okay.  So how does that - - - |
| 30 | Wright | Shareholders put funds in companies. |
| | O'Mahoney | All right.  So I understand that and I certainly understand the idea of capitalising, using capital to improve the financial position of a company.  How does the transfer of this equitable interest in bitcoin achieve that? |
| | Wright | It has value.  You're losing me.  I mean - - - |
| 35 | O'Mahoney | Well, how - - - |
| | Wright | - - - bitcoin is money.  You can argue all you want.  It is money. |
| | O'Mahoney | Okay, but how is it that having received this equitable interest in bitcoin, how is it that a company is able to strengthen its capital position? |
| 40 | Sommers | Sorry, are you saying that you don't accept that the equitable interest in the bitcoin is an asset? |
| | O'Mahoney | Well, I'm just curious to hear from Dr Wright about how it is that this interest is able to capitalise as you say, the company. |
| | Wright | If I have the right to gold bars and I transmit for shares, then I've capitalised a company. |

CONFIDENTIAL

DEFAUS_00560337

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Right. Tell us this, the - I will ask you some questions now about the entity WNK, and we touched upon this a little bit last week. There's a number of questions that arise in my mind in respect of WNK, and I will just go through them one-by-one. The first is I understand from the Supreme Court proceeding pleadings that we discussed last week that there's reference in there to a transaction between yourself and WNK that occurred in something like January of 2009. |
| 5 | | |
| | Wright | Yeah. |
| | O'Mahoney | That occurred in the financial year that - - - |
| 10 | Wright | Well, not January 2009. That's incorrect. |
| | O'Mahoney | All right, that occurred sometime in 2009. I don't think the specific date is important. |
| | Wright | I think it is. |
| 15 | O'Mahoney | Well, not in this sense. We've got some information that WNK wasn't in existence at that time. How is it possible that prior to its - - - |
| | Wright | The transactions happened after the ATO issues, so that was 2010/11. |
| | O'Mahoney | I have seen in the pleadings some reference to some early transfers involving WNK that date back to 2009. |
| | Wright | And my pleadings probably are incorrect in a few places. |
| 20 | O'Mahoney | But you gave instruction in respect of those pleadings. |
| | Wright | I wrote those pleadings. |
| | O'Mahoney | Right. |
| | Wright | I told you that last week. |
| | O'Mahoney | Okay. |
| 25 | Wright | And, no, I'm not professional qualified as a barrister and I don't do good pleadings all the time. |
| | O'Mahoney | No. I know, but - - - |
| 30 | Wright | It was meant to be a non-hostile-type thing where the value of a contract that was signed just days before someone died was meant to be finalised. That was it. |
| | O'Mahoney | All right. |
| | Wright | If David died a week later, it would have been finalised, and - - - |
| | O'Mahoney | Was it part of the problem that his illness was very sudden and his death was quite sudden;  is that - - - |
| 35 | Wright | His death was very sudden, yes. |
| | O'Mahoney | But had he been ill for some time? |
| | Wright | In all the time I've known him, but I didn't expect him to die. |
| | O'Mahoney | No.  I appreciate that. |
| 40 | Wright | I mean, he was in a wheelchair the whole time, and bloody lied and said how well he was doing and everything like that.  "Oh, I'm just going to hospital for X, Y, Z.  Oh, I will be out again soon", and he was still working in the damn hospital, so what am I meant to think. |

CONFIDENTIAL

DEFAUS_00560338

Interview Conducted with Craig WRIGHT

| | O'Mahoney | Yeah. Okay. So when we see in the pleadings references to WNK transfer - a transfer involving WNK in 2009, which is prior to its inception, how are we to - I appreciate you're not legally trained, but how does one reasonably look at the assertion that an entity transacted prior to its existence? |
|---|---|---|
| 5 | Wright | You look at the emails and everything like that, that I had as supporting documents that deal with the transfers, the ones between myself and Dave, and look at the dates there. |
| 10 | O'Mahoney | All right. Moving on to another point of connection with WNK, there have been representations made to the Commissioner, as I understand it, that there were transfers of interests from WNK to you and then from you to DeMorgan in July 2013. Does that accord with your recollection? |
| | Wright | Yeah. I put everything to myself and then to the trust. The trust wasn't set up correctly and whatever else at first, so none of that happened as smoothly as I would have liked. |
| 15 | O'Mahoney | Okay. And by "everything' I think you mean IP sort of the software? So in the first instance it's transferred from WNK to you, and I think the date for that, that we've been given is 9 July 2013, and some days later there's a transfer from yourself to DeMorgan? |
| | Wright | Sometime in that quarter, yes. |
| 20 | O'Mahoney | Okay. Now, the first point is - - - |
| | Wright | It was meant to actually happen at the beginning of that year, but - - - |
| | O'Mahoney | Okay. |
| | Wright | - - - with Dave dying and all the rest ….. |
| | O'Mahoney | It was delayed. |
| 25 | Wright | Yeah. |
| | O'Mahoney | We might come back to that. The first question I want to ask you about this is the information we have which does appear to be pretty solid is that as at July 2013 WNK had actually been dissolved. It had been subject of - - - |
| 30

35 | Wright | Administratively dissolved because it hadn't paid a fee. The same as if I don't pay it to ASIC, that is - was paid subsequently and that is all forgotten. Basically Florida law is you don't pay your fee on time you're gone. You pay your fee and even if it's late, and the companies existed as if it never disappeared. It is not like it has been struck off here in Australia as in ASIC have made it a deregistered company. It's not the same thing. And I'm not an expert in Florida company law and I didn't go into what Dave was doing with the company and how well he was managing or anything like that. Wen didn't even know she needed to bloody pay things or file anything. |
| | O'Mahoney | Did you have the connection with WNK? |
| | Wright | Yes. |
| 40 | O'Mahoney | What were your points of connection with it? |
| | Wright | I was a shareholder and I was a friend of Dave's. |
| | O'Mahoney | And you were a shareholder at the time at which it became administratively dissolved? |
| | Wright | Yes. And no, I wasn't informed. |
| 45 | O'Mahoney | You weren't informed? |

CONFIDENTIAL

DEFAUS_00560339

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | No. At any point. |
| | O'Mahoney | When do you say you became aware that there was this issue? |
| 5 | Wright | When you guys basically ….. Tax Office said, "Ah-ha, it's been administratively dissolved", and then I called Wen and went, "Do you realise you have to pay the corporate fees?" and she went, "What does that mean?" |
| | O'Mahoney | And - - - |
| | Wright | And then I said, "Well, we're going to put you through a director's course." |
| | O'Mahoney | And do you say that you've been told that or you understand that companies that are administratively dissolved in Florida are able to transact? |
| 10 | Wright | Any transaction that they've done is considered valid as long as the ….. has been reinstated. |
| | O'Mahoney | And what's given you that understanding? |
| | Wright | People from Sunbiz. |
| | O'Mahoney | What's Sunbiz? |
| 15 | Wright | Sunbiz is the equivalent of ASIC in Florida. |
| 20 | O'Mahoney | And tell us this: that's the first part of that, I guess, transfer, set of transfers, the transfer from WNK to you, and then we know about the transfer from you to DeMorgan some days later in July of 2013. The curious thing about that latter transfer is - and I'm sure you're aware of this - that that transfer predates the establishment of the trust and the registration. |
| | Wright | No. It predates the registration of the trust. |
| | O'Mahoney | The registration of the business. When you say it doesn't predate the establishment of the trust, what do you say is the date of the establishment of the trust? |
| 25 | Wright | Properly established or initially made a mess of? |
| | O'Mahoney | Okay. Well, let's go through both of those. |
| | Wright | Initially it should have been back in June. |
| | O'Mahoney | June of which year? |
| | Wright | 2013. |
| 30 | O'Mahoney | Okay. So you say the trust should have been established about a month before this transaction? |
| | Wright | Yes. It was finally done correctly and fixed in late September. |
| | O'Mahoney | Okay. And why do you say it should have been established then? |
| | Wright | Because I paid lawyers to establish a mere trust. |
| 35 | O'Mahoney | Who did you pay? |
| | Wright | Lloyds. |
| | O'Mahoney | And with what? Did you give them specific instructions to have a trust established as at June 2013? |
| | Wright | I wanted it as soon as possible. |
| 40 | O'Mahoney | When did you give those instructions? |
| | Wright | I first talked to them in June 2013. |

CONFIDENTIAL

DEFAUS_00560340

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Say that again? |
| | Wright | June 2013 ask when I first started talking. |
| | O'Mahoney | When you first started talking, when did you give specific instructions about establishing a trust? |
| 5 | Wright | Off the top of my head, I don't know. |
| | O'Mahoney | Would you have documents indicating - I think you've indicated that you - it should have been established in June of 2013 pursuant to instructions you gave. |
| 10 | Wright | I've got documents to Jamie Wilson bitching about the fact that it wasn't set up correctly. |
| | O'Mahoney | Okay, but what about - would you have any documents that show that you gave instructions for a trust to be established by June 2013? |
| | Wright | I didn't say by June - - - |
| | O'Mahoney | Or during. |
| 15 | Wright | I said - I said I want to set up a trust. |
| | O'Mahoney | Okay.  Wanting something is one thing, I think you would appreciate, and having it happen is another.  When - - - |
| | Wright | Yes.  But if I go to a lawyer and say, "I want you to set me up a trust", I'd generally expect that it will happen. |
| 20 | O'Mahoney | All right.  And I'm just asking would you have the records that indicate when you wanted that to happen by? |
| | Wright | As soon as they could. |
| | O'Mahoney | It was the instructions ….. more specific than that? |
| | Wright | No.  I didn't say set me up one on 13 June or anything like that.  I just said - - - |
| 25 | O'Mahoney | Okay.  And when did they set up the trust? |
| | Wright | The first iteration was in July;  the second iteration, and that was the crap document - - - |
| | O'Mahoney | Which document is that? |
| 30 | Wright | It was a trust deed that was wrong, all the names were wrong, everything else walls wrong.  It came back in August. |
| | O'Mahoney | Who was named in that trust deed? |
| | Wright | I can't remember. |
| | O'Mahoney | You say the names were wrong. |
| | Wright | There was no mention of my current wife or anything like this that I wanted. |
| 35 | O'Mahoney | Okay.  So the names of the actual parties to the trust were wrong? |
| | Wright | Yes. |
| | O'Mahoney | And how does that come about? |
| | Wright | Jamie was useless.  I left Jamie in charge to do some things and Jamie, God knows what the fuck he did.  Excuse the language. |
| 40 | O'Mahoney | All right. |

CONFIDENTIAL

DEFAUS_00560341

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I have a bit of animosity with Jamie, as you might guess. |
| | O'Mahoney | And you say this, that the wrong names were plugged into that trust; is that right? |
| | Wright | Yes. |
| 5 | O'Mahoney | And when was the actual trust established? |
| | Wright | In September. |
| | O'Mahoney | So, again, we've got this issue, and I would be grateful for your input on it, how is it that a transfer of significant value was made to a trust prior to its establishment and registration? |
| 10 | Wright | The transfer didn't actually occur until September. |
| | O'Mahoney | Well, I - - - |
| | Wright | They were - I mean - - - |
| | O'Mahoney | I'm pretty sure I've seen - - - |
| | Wright | - - - the actual - - - |
| 15 | O'Mahoney | Sorry, I - - - |
| | Wright | If you look at the things, the actual transfer happened in September.  It was backdated.  It was meant to happen in the beginning, so the actual transfer happened when everything was there, but if you look at the logs and everything like that in Zero, it all says when it actually occurred, which was - I don't remember the exact date, but in September.  I didn't really care because it was still the same quarter.  I mean, yes, Andrew and everyone calls me up and says, "No.  You can't do that", but at the end of the day I don't see why it's such a big issue because July, August, September, it's the same GST reporting quarter.  So the fact that I've got something in Zero that's not actually totally correct - yes, it's a muck up and, yes, I'm trying to do thick better now.  I don't do any accounts any more.  I don't do any of the legal things.  He does the bloody contract management now.  I don't do any of that.  I'm looking at paying bloody two million dollars a year to KPMG to go through these things so that I don't mess it up any more.  That's what I'm doing.  Instead of running my bloody business and actually doing my research, I'm spending my time administratively for half my time trying to make sure the Is are dotted and whatever else when it makes no difference.  I know everyone gets upset.  You say a difference.  It's me - something I did to something I did where it cancels out.  These ones we're talking about are all zero value. |
| 35 | O'Mahoney | So just to be clear on that, Dr Wright, do you say that if a company or a trust was established on 16 July 2014, say, it wouldn't make any difference if it was 16 July or 16 August or 16 September? |
| | Wright | If I back - no.  If the actual thing happened after the thing really existed and we put a backdated invoice, I don't see why it matters.  It's still in the same quarter.  It makes no difference to you guys.  I know you're being pedantic and you're - - - |
| | O'Mahoney | But is that what you say happened here, that there was a backdated invoice? |
| | Wright | Yes.  I can show you that in Zero. |
| | O'Mahoney | And by "backdated" you mean - - - |
| 45 | Wright | I meant I covered the whole period for the year.  It was meant to be a year, so I made it 1 July and put "1 July" on the thing because Jamie had fucked it up |

CONFIDENTIAL

DEFAUS_00560342

Interview Conducted with Craig WRIGHT

|   |   |   |
|---|---|---|
| | | and I went in and changed it and tried to make it correct, and I made a fuck up and I've done that many times and this is why I'm not touching accounts any more, why I have a professional accountant working for me who does all this now, why I have him as my contract management person. |
| 5 | O'Mahoney | Okay.  No.  But, Doctor, just to focus, that it's certainly been asserted to the Commissioner that this three-way transfer started on 9 July, WNK to you, then proceeded on 16 July, you to DeMorgan.  Do you accept that - - - |
| | Wright | The actual thing didn't finalise in the Court until after that.  The court said will occur by 30 September, and the actual final date, if you like on it, didn't happen until after that. |
| 10 | | |
| | O'Mahoney | So can you explain how it is that the Commissioner has been told that both of these transfers occurred in July? |
| | Wright | I did the thing and put an invoice that said July. |
| 15 | O'Mahoney | That is clear, but how is it that it has been said to the Commissioner that these transactions occurred in July? |
| | Wright | Because I still see that's not a problem.  You guys do. |
| | O'Mahoney | So you think dates are just fungible, that ..... |
| 20 | Wright | No.  I think it's all in the same period.  I think the trust wasn't registered for GST, but it ended up in that same period being registered for GST, so it transacted in that.  So, yes, I consider this isn't an issue because no one has been ripped off anything.  No one is out of any money.  I mean, at the end of the day it's a transaction where it zeros out for these ones. |
| | O'Mahoney | So you would say it's a net sum gain? |
| | Wright | Net zero. |
| 25 | O'Mahoney | Okay. |
| | Wright | And I don't think that was a problem.  I mean, I was already planning it before then, I was planning the trust, I was planning everything else.  I went to the ATO and told them that I was planning all of this, actually months before, and that's how I got the PBR.  So it's not like I've gone and tried after the fact to hide anything.  I went to the Commissioner and said, "Look, this is what I've got", and they went through everything about how I'm doing it before they gave me the damn thing. |
| 30 | | |
| 35 | O'Mahoney | But what has happened in that process, Dr Wright, in fairness, is that you've gone to the Commissioner and said that two transfers occurred in July of 2013.  The Commissioner has looked at those transfers and seen that the second one predated the existence of one of the parties to the transactions.  You can see the issue that arises. |
| | Wright | Then I will change the date on the invoice to actually when it occurred, which is in September, which is the same quarter which makes no difference. |
| 40 | O'Mahoney | Okay.  I will just give you just one more opportunity to answer.  You say that, but why was it that it was said that both of these transfers occurred in July of 2013? |
| | Wright | Because I'd planned to have them transferred then. |
| | O'Mahoney | So was it aspirational recording of dates? |
| 45 | Wright | If I have a trust - I mean, a trust can be in common law set up because I go and say did, "I set up a trust with you."  From a common law point of view a |

Interview Conducted with Craig WRIGHT

|  |  |  |
|---|---|---|
| | | trust doesn't need to be registered for GST or anything like that.  The fact that I've been mucking around with a group of lawyers who couldn't get the damn thing right, and it was done in the same quarter, I don't see why that should be a big issue.  Why are we doing a - why are we wasting so much time on a zero sum thing? |
| 5 | | |
| | O'Mahoney | Let's move to another issue, Dr Wright.  Last week we spoke about the software from Siemens. |
| | Wright | Yes. |
| 10 | O'Mahoney | And you indicated that it was - there was specific types or classes of software that related to - there was within the Siemens software, there were different - I can't remember the word you used, you might be able to assist he, but "suites" of software, I think, might have been the word that was used. |
| | Wright | ….. I can't remember ….. |
| 15 | O'Mahoney | Different suites of software.  Can you remember - do you know the names of the suites of software? |
| | Wright | Do you remember how many pages there were, Andrew? |
| | O'Mahoney | If the answer is "no", Dr Wright, the answer is no, but I'm asking the question: do you know the names of those suites? |
| 20 | Sommers | I don't understand.  The names of the suites of all Siemen software or the names - - - |
| | O'Mahoney | No.  The ones that we were discussing last week - - - |
| | Sommers | The ones were required. |
| | O'Mahoney | - - - that were acquired.  Yeah. |
| 25 30 | Wright | The exact Siemens names, no, but I gave a list to the ATO.  You had a forensic auditor come out.  A guy who has got a really good reputation for this sort of stuff, and sat down with me and basically looked at all the - he looked at the licencing that was in my name.  Yes, I guess there's also a possibility that there could be another Craig S Wright out there who has bought a big whack of Siemen software and I could have just happened to have also had his - - - |
| | O'Mahoney | Okay.  The software itself, have you taken steps to ensure that it's licenced? |
| | Wright | Did we go through this?  I sat down with the ATOs forensic person and logged into the Siemens site and downloaded software based on my licence in front of them. |
| 35 | O'Mahoney | But has it become an issue for you whether or not you did obtain licenced software? |
| | Wright | It's in my name.  I don't really care.  If there's another Craig S Wright who was licenced for all the stuff I had, exactly, and I got issued his licence, I would find that a remarkable coincidence. |
| 40 | O'Mahoney | Is there no dispute between you and Mr Ferrier in respect of - - - |
| | Wright | Of course there's a dispute. |
| | O'Mahoney | Okay.  What's the nature of that dispute? |
| | Wright | He didn't give me my bloody gold. |
| | O'Mahoney | Gold? |

CONFIDENTIAL

DEFAUS_00560344

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Was that in respect of these transactions? |
| | Wright | No. |
| | Sommers | No.  It's got nothing to do with the Coin Exchange. |
| 5 | O'Mahoney | All right. |
| | Wright | He owed me 20 million dollars of fricking gold and he fricking scarpered. |
| | O'Mahoney | Okay.  All right.  There's no dispute between you and him, I take it, as to whether or not you acquired software that was licenced. |
| | Wright | It works. |
| 10 | O'Mahoney | It works, but that's a different answer to - - - |
| | Wright | I can log into Siemens and ….. |
| | O'Mahoney | No, no.  Is there a dispute between you and Mr Ferrier as to whether or not you acquired software that was licenced? |
| | Wright | No. |
| 15 | O'Mahoney | Last week you said that there were some negotiations.  Last week you said - I asked you whether the negotiations with Mr Ferrier in respect of said software were reduced to writing, you might recall, and I think an answer was given that there was Skyping involved, that there was some negotiation over Skype, and I learnt from you that you can actually write whilst Skyping.  There is a messaging service on Skype, and I have seen some documents that reflect the discussions you've referred to between yourself and Mr Ferrier.  Unfortunately, I've also learnt in the last week that when you print out Skype messaging documents they go over pages and pages and makes it very, very difficult to - - - |
| 20 | | |
| 25 | Wright | Yes.  They don't ….. |
| | O'Mahoney | - - - read.  Could I just get you to look at the most legible of the documents I was able to print out.  If you could just cast your eye over that. |
| | Wright | What am I looking at, sorry? |
| | O'Mahoney | Just the text, I guess. |
| 30 | Wright | My spelling errors or - - - |
| | O'Mahoney | No.  It's not a spelling test. |
| | Wright | Okay. |
| | O'Mahoney | It's just this one, have a quick look at it. |
| | Wright | I can do better when I - anyway. |
| 35 | O'Mahoney | Does that accord with your memory?  Are they examples of the negotiations and the discussions you were having? |
| | Wright | They look like some of my Skype things that I had - - - |
| | O'Mahoney | With Mr Ferrier. |
| 40 | Wright | I had - I mean, can I say that you altered any of them?  I don't believe that would be the case.  I - they look about right. |
| | O'Mahoney | Okay. |

CONFIDENTIAL

DEFAUS_00560345

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I haven't memorised my Skype communications with Mr Ferrier. |
| 5 | O'Mahoney | No.  The only thing that occurs to me just reading through the Skype documents that I've looked at is that when one thinks for the values of the transactions that occurred, is it really the case, Dr Wright, that they were the only written records, that these Skype exchanges are the only written records of the negotiations between you and him? |
| | Sommers | Negotiations or the agreement? |
| | O'Mahoney | The negotiations. |
| 10 | Wright | Why would I need written records other than this for negotiations?  You put things in a contract at the end. |
| | O'Mahoney | All right.  And - - - |
| | Wright | I don't do that now.  Even buying a house I don't do it in writing. |
| | O'Mahoney | There was nothing more formal than these exchanges on Skype that was reduce today writing? |
| 15 | Wright | What's ….. this is evidence. |
| | O'Mahoney | No.  I'm just asking.  And the actual agreement that was reached as well between you and Mr Ferrier, to what extent was that reduced to writing? |
| | Wright | It was a contract. |
| | O'Mahoney | But were there drafts of the contract? |
| 20 | Wright | Most likely. |
| | O'Mahoney | Do you have - - - |
| | Wright | Did I keep all the drafts?  No.  I don't now.  Why would I keep drafts of contracts?  I don't keep Andrew's stuff in draft either. |
| | O'Mahoney | Looking - - - |
| 25 | Wright | I keep the one that actually matters.  I mean, what happens if I go to court with a draft contract?  Will the judge look at it? |
| | O'Mahoney | All right. |
| | Wright | No.  I'm - it's a question for you.  Will a judge look at a draft contract? |
| 30 35 | O'Mahoney | Unfortunately, Dr Wright, I get to ask the questions and you get to answer them today, but can I show you this summary.  That's a summary that's a little neater to read of the Skype exchanges that we've got before you will.  Just looking at that, one thing that strikes me is it's not clear at all, and it might be to you looking at those words.  It's not clear to me that it was clear to either of you what was actually the subject of the negotiation, exactly what software was the purchase of which was being negotiated.  Am I wrong about that? |
| | Wright | That's why there's voice call, voice call, voice call, voice call, voice call as well. |
| | O'Mahoney | Okay. |
| | Wright | We spoke to each other. |
| 40 | O'Mahoney | Okay.  And - - - |
| | Sommers | Perhaps you could explain to me what the point of this is.  I mean, can we short-cut this by asking Dr Wright, "Did you get the software you wanted?" - - - |

CONFIDENTIAL

DEFAUS_00560346

Interview Conducted with Craig WRIGHT

---

| | | |
|---|---|---|
| | O'Mahoney | Well - - - |
| | Sommers | Because I'm not quite sure - - - |
| | Wright | Yes.  I did. |
| | Sommers | - - - what the point of - - - |
| 5 | O'Mahoney | I want to explore the extent to which the transaction occurred, and that is ultimately the question I'm coming to, and we're pretty well there.  I mean, I just wanted to do the groundwork in terms of what consisted of the negotiations, to what extent were they reduced to writing?  It sounds like there was certainly an ultimate contract, maybe some drafts, but you haven't kept them, I think, was your answer, and then - - - |
| 10 | | |
| | Wright | How do I deal with you most of the time, Andrew?  In even big things?  Andrew is doing a big contract thingy, whatever, agency agreement for me now, and most of it is, "These are my details, do it." |
| | O'Mahoney | Okay. |
| 15 | Wright | And Andrew might have a whole lot of documents, but - - - |
| | O'Mahoney | All right.  Well, was there any issue - - - |
| | Sommers | ….. |
| | O'Mahoney | Yeah, that's right.  They are privileged literally.  Tell me this:  was there any issue with the software that you obtained from Mr Ferrier? |
| 20 | Wright | It works.  I don't have an issue with it now.  It's still working.  I demonstrated that to the ATO.  I downloaded it in front of them.  I went through a licencing process.  I gave them licences.  I don't - - - |
| | O'Mahoney | And you're satisfied that it is legally licensed software? |
| 25 | Wright | I'm satisfied that it's working, that there's a licence and I can log into the site and download. |
| | O'Mahoney | But two parts of - - - |
| | Wright | If I go to Microsoft - - - |
| 30 | O'Mahoney | Two parts of that answer are about things that have nothing to do with licensing.  It's a simple question.  Are you satisfied that you've got a legal licence to the software that you obtained from - - - |
| | Sommers | The way in which my client would answer the question is he has no reason to doubt the veracity of the licence that he has.  He has logged into the site.  It comes up with his name with the access codes that were given as part of the transaction. |
| 35 | O'Mahoney | And how is that licence recorded?  If I buy a Microsoft product I get a very silvery Microsoft - - - |
| | Wright | No.  That's a home user.  We have volume licensing at work.  I have a website, I log in and it's recorded with my name and the licences on the website and it's the same. |
| 40 | O'Mahoney | And pardon my ignorance, but is there a register, for example, of Siemens software that would show you as the licence - as - - - |
| | Wright | How can you ask my client to answer that question? |
| | O'Mahoney | Well, he might know. |

---

Page 30 of 45

CONFIDENTIAL

DEFAUS_00560347

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I've never worked for Siemens. |
| | O'Mahoney | No. It didn't come as a suggestion that you did. |
| 5 | Wright | I know I can go to their website, I can log in with a valid use your name and password that is Craig.Wright and my password and I can bring up something that says me and my address and my phone number and I can get a list of software and I can click any of it and I can download it, but I can put my details right in there and install it. That's why I care. |
| | O'Mahoney | But you know that - I mean, you know that from ordinary use of computers that the ability to log-in to something to something, I mean, I log into - - - |
| 10 | Wright | No, no, no, no. |
| | O'Mahoney | - - - subscription services. |
| | Wright | I know from - - - |
| | O'Mahoney | It doesn't mean that I'm a legitimate subscriber. |
| | Wright | No. That's bullshit. |
| 15 | O'Mahoney | In what way? |
| | Wright | I cannot ordinarily go to Microsoft and just log-in and download a copy of Office without paying for it. I'm well versed in security. Don't give me that crap. |
| | O'Mahoney | No, but - - - |
| 20 | Wright | You cannot go to a random site - I can't go to the ATO and just pick a random tax person and get all their details. I get a log-in to a third party site. |
| | O'Mahoney | But what facilitates, Dr Wright, what facilitates the ability to download it? Is it putting a code in, is it putting a password in or what it? |
| | Wright | User name, password. |
| 25 | O'Mahoney | All right. Well, let's just say everyone in this room are subscribers to a subscription service, say, an investor letter, but it is the case that people not in this room could plug in the user name and the password who are not legitimate subscribers. Do you accept that? |
| 30 | Wright | So you're saying that a random person out there with a user name Craig.Wright who logs in and gets my address, my phone number, which your guys have verified, I sat there with multiple ATO people on multiple occasions and logged in to Siemens and came up with - and showed them my address, my site - - - |
| 35 | O'Mahoney | Can I ask this: did you seek advice during this transaction to ensure that you were getting a licence, licenced software? |
| | Wright | I don't do that. I negotiated last year a group thing with Microsoft that was worth about a million dollars and I didn't go to Andrew and get advice on that one. |
| 40 | O'Mahoney | Because I've done some research during the week and there does seem to be an issue globally of people acquiring unlicensed software. |
| | Wright | No, no. You're talking about going to a tour site and downloading something illegal that has been cracked. I'm talking about going to Siemens, the manufacturer - - - |
| | O'Mahoney | And you say that's what you've done? |

CONFIDENTIAL

DEFAUS_00560348

Interview Conducted with Craig WRIGHT

---

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Okay. |
| | Wright | In front of your - their people. |
| | O'Mahoney | Okay. |
| 5 | Sommers | And provided screen dumps of the log-ins with it. |
| | O'Mahoney | Okay.  Well, we know that it works. |
| | Wright | Andrew was actually.  What did it say? |
| | O'Mahoney | I was just - I was wanting to probe you on - - - |
| | Sommers | Greg's not interested in my answer. |
| 10 | O'Mahoney | We know that it works.  I was just wanting to probe you on whether or not it is properly licensed and I don't think we can take that much further, frankly. |
| | Wright | As far as I'm concerned, it's properly licensed.  I went to the Siemens site.  If someone had some dealing with a third party - I mean, the only way I can see this not being properly licensed is if Siemens in Germany had someone who had a relationship with Mr Ferrier and illegitimately licensed or gave me a licence to their site and a back door. |
| 15 | | |
| | O'Mahoney | I thought you said last week that you had some concerns now about Mr Ferrier's back story; is that right? |
| | Wright | Yes, but I don't know about the software.  I got my software. |
| 20 | O'Mahoney | Okay.  Those concerns haven't made you concerned about whether or not it was actually a legal licence that you obtained? |
| | Wright | I can log in to a third party - - - |
| | O'Mahoney | There's no doubt it works. |
| | Wright | - - - site - - - |
| 25 | O'Mahoney | You've made that clear, Dr Wright. |
| | Wright | - - - and it works. |
| | O'Mahoney | It works.  We've established that. |
| | Wright | That's what I get.  I mean, I am a buyer in good faith.  It works. |
| | O'Mahoney | All right. |
| 30 | Wright | That's all I care.  I have a cryptographic key that works and gives me access.  If some sort of nefarious deal was done between an employee of Siemens, for instance, and Mr Ferrier, that didn't involve Siemens, then that's not my problem, I don't really give a rat's. |
| | O'Mahoney | Do you know anything about such - - - |
| 35 | Wright | No.  I don't.  I'm just giving a hypothetical. |
| | O'Mahoney | All right.  Now, looking at another issue, which is the IP licence agreement between you as licensor and coin Exchange as licensee, I think it's dated 22 August 2013 - - - |
| 40 | Wright | The first one or the second one?  The first one was a messed up one and then there was a resigned one where it was meant to go through the trust. |
| | O'Mahoney | I'm interested in the one dated 22 August 2013. |

---

CONFIDENTIAL

DEFAUS_00560349

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I can't remember which is which.  They're both the same date as far as I know. |
| | O'Mahoney | Okay.  Well, let's just talk about them in globo.  Tell us about the circumstances that gave rise to that licence agreement. |
| 5 | Wright | Software put into company. |
| | O'Mahoney | Which software? |
| | Wright | The banking software and some of - there's a list.  I can't remember which bits I distributed to which things off the top of my head.  There are hundreds of bits of software - - - |
| 10 | O'Mahoney | Okay.  But some banking software? |
| | Wright | - - - and I have given it - sorry? |
| | O'Mahoney | Some banking software? |
| | Wright | The list has been given.  I am not memorising which business software I've given where.  What I have is a series of documents saying where they are. |
| 15 | O'Mahoney | And did the company pay you - what consideration flowed in respect of this licence agreement? |
| | Wright | That's where rights came into it. |
| | O'Mahoney | All right.  And what was the value of the agreement? |
| | Wright | Over the period it was in the order of 30 something million dollars or whatever. |
| 20 | O'Mahoney | For that consideration paid by way of - correct me if I'm wrong - rights to bitcoin? |
| | Wright | Yes. |
| | O'Mahoney | And by reference to the Seychelles trust that we've spoken about before;  is that right? |
| 25 | Wright | The loan via, yes. |
| | O'Mahoney | Yes.  Can you tell us when you say "the loan via", what does that mean to you? |
| | Wright | Are we going to say this again and again and again? |
| | Sommers | I believe so.  Let's just press on. |
| 30 | Wright | I made a loan to a trust that I helped put stuff into in the first place. |
| | Sommers | You mean the wrong way around. |
| | Wright | I got - I mean, I had a loan given to me or what did the - however we want to say - the trust gave me right to access bitcoin.  I have to repay it.  How do the hell do I say that in loans? |
| 35 | Sommers | I know. |
| | O'Mahoney | And in relation to this IP licence agreement or agreements, were there negotiations between the licensor and the licensee? |
| | Wright | Did I negotiate myself? |
| 40 | O'Mahoney | I thought that was going to be your answer.  I'm asking the question.  Would there be any documents recording any negotiations in respect to that agreement? |

CONFIDENTIAL

DEFAUS_00560350

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | I did it at value. |
| | O'Mahoney | And how did you obtain an understanding of value? |
| 5 | Wright | Okay.  For the stuff in what do you call it - WNK - then that was done by getting an analysis of the software, as in this is how many lines, this is how it's distributed, etcetera.  That was then costed on standard accounting processes where I said treat it as high risk because it's ATO and the accountant comes back and goings, "That's too high, that's too high, that's too high, that's too high", and I reduced it.  The original calculation was actually higher and I reduced the value until it was, "Yep, that's right, yep, that's right, yep, that's right" from an FCA, and that was valued.  The other was at cost.  It cost me this much, I transferred it for the same with over the years $100,000 or so handling fee maintenance or whatever else for the trust. |
| | O'Mahoney | Would there be any documents evidencing that valuation process? |
| | Wright | Yeah.  You guys have - the ATOs of got it. |
| 15 | O'Mahoney | Did you engage anyone to value it or retain anyone's services to assist in putting a figure on the value of the software? |
| | Wright | Did I engage? |
| | O'Mahoney | Yeah.  Engage in one? |
| | Wright | I got someone to do it. |
| 20 | O'Mahoney | Who was that? |
| | Wright | Well, I started with going over the COCOMO method and I spoke with my former boss - former partner of EDO, Alan Granger, and discussed is this right and then we put together documents to do with the valuations. |
| | O'Mahoney | Where does Mr Granger work? |
| 25 | Wright | He's an accountant.  He does his own stuff. |
| | O'Mahoney | Private practice? |
| | Wright | Yeah. |
| | O'Mahoney | And was he a former boss of yours? |
| | Wright | Yes. |
| 30 | O'Mahoney | And did he have - just describe for us in broad terms the input he had into the valuation process? |
| | Wright | He told me my initial figures were too high, too high, too high.  Basically not that there's not many lines of code, but be less aggressive, treat it this way, that sort of stuff. |
| 35 | O'Mahoney | All right.  And why were you so interested in valuation? |
| 40 | Wright | I wanted to transfer it into my companies.  I wanted to get it right.  It wasn't about tax.  The tax for GST works out neutral.  I just wanted to make sure the thing was right because I've got other shareholders who have smaller - I mean, not as large as mine, but I wanted to make sure I wasn't ripping anyone off.  I've already got enough issues with small shareholders who are complaining that they're not getting enough and all the rest. |
| | O'Mahoney | Okay. |
| | Wright | So it wasn't a tax thing;  it was making sure that the value of what I was putting into the companies was adequate so that I didn't rip-off the taxpayer - |

CONFIDENTIAL

DEFAUS_00560351

Interview Conducted with Craig WRIGHT

|   |   |   |
|---|---|---|
| | | the shareholders, that I didn't value it too high so that they would come back to me and go, "Oh, you're trying to share and dilute our shareholding." That's what it was all about. |
| 5 | O'Mahoney | You mentioned before the COCOMO method of valuation. Is that an accepted way of - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - valuing software? |
| 10 | Wright | Yes. I've - I pulled down things from the ATO training site. I have a friend whose IT manager in the ATO and I've also been to IT conferences by the ATO where that is listed. I've also got a number of internal documents from the ATO that I don't care what you do, I won't tell where I got them from, that say that it's valid. |
| 15 | O'Mahoney | All right. Well, I will ignore that cryptic final part of that answer, but focusing on the earlier parts of it, you mentioned a friend. Is it the case that a friend assisted you in the application of this COCOMO method? |
| | Wright | A number of people have assisted me. |
| | O'Mahoney | But in respect of this transaction, this licence agreement, did you have the input of a few other people? |
| | Wright | I had other people help me work on it, yes. |
| 20 | O'Mahoney | And who are they? |
| | Wright | Well, I don't actually call them a friend any more, Steve McLachlan. He got upset because he was going to be a shareholder and wasn't getting enough. |
| | O'Mahoney | Okay. And who else? |
| 25 | Wright | And then Jamie Wilson was also involved in some of it and I had a falling out with him because he also wanted to run off and sell all my bloody rights to bitcoins and everything like that. |
| | O'Mahoney | Anyone else? |
| 30 | Wright | Then there's other people involved in the companies now and it has been reworked and whatever else and checked, so Allan Peterson. I don't know, probably 10 other people. |
| | O'Mahoney | Okay. In respect of this specific transaction, this licence agreement, would there be any documents recording either you or the people that you've referred to applying this COCOMO method to come up with a valuation? |
| | Wright | I've got the COCOMO method. It's fairly simple, actually. |
| 35 | O'Mahoney | No, no, no. I'm not so much worried about what the method is. Time, I'm sure, won't permit you to describe it, but I'm more interested in would there be - - - |
| | Wright | It's a website. |
| | O'Mahoney | Okay. |
| 40 | Wright | You fill in the number of lines of code, which is not something that you get to lie about. It's how many lines are there. This many. You put in the figures and it spits out their analysis. |
| | O'Mahoney | This is really simply quantitative, it just comes down to. |
| | Wright | Yeah. |

CONFIDENTIAL                                                                     DEFAUS_00560352

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Does that strike you as a funny way to value? |
| | Wright | Software?  No.  It's the - - - |
| | O'Mahoney | Does it have regard at all to the content of the coding? |
| | Wright | The type of coding, yes. |
| 5 | O'Mahoney | How does it do that? |
| | Wright | You have to put down what it is.  Like, if it's ….. coding, whatever else, but that's still a factual matter, is it this or is it, so - - - |
| 10 | O'Mahoney | Okay.  Well, I will come back to the question.  Will there be any documents recording anyone applying this valuation method, yourself included, to this licence agreement? |
| | Wright | Yes. |
| | O'Mahoney | And what documents, what are those documents? |
| | Wright | There are spreadsheets and there are - there's all the stuff how it got - - - |
| | O'Mahoney | Showing calculations? |
| 15 | Wright | Yeah. |
| | O'Mahoney | Showing - - - |
| | Wright | Showing how many lines of code, what kind of code it is.  All that's documented. |
| 20 | O'Mahoney | All right.  And looking at the actual agreement itself, it provides for the licensor having a right to certain intellectual property as software and it makes reference to clear title or title in the relevant software passing upon judgment in the Supreme Court proceedings.  Does that accord with your recollection? |
| | Wright | Yes. |
| | O'Mahoney | And one - - - |
| 25 | Wright | The exact terms I don't remember. |
| | O'Mahoney | Okay, but one curious feature of this is the Supreme Court proceedings didn't have judgment occur, if you like, or handed down until 6 November 2013. |
| | Wright | But the judgment was also that it would be applied as of 30 September. |
| 30 | O'Mahoney | All right, but can I ask you this question:  how is it that an agreement dated 22 August 2013 can in making provision for certain rights, how can it make reference to a judgment that has not occurred at that time? |
| | Wright | We thought it would happen earlier and the judgment said to be applied as of 30 September, so - - - |
| | O'Mahoney | But the judgment doesn't exist as at the date of this licence agreement. |
| 35 | Wright | Well, you tell the Supreme Court that they can't say 30 September. |
| | O'Mahoney | No.  I understand that - - - |
| | Wright | The Supreme Court gave me a judgment that said I had to apply it by 30 September. |
| | O'Mahoney | But the relevant judgment was dated 6 November 2013. |
| 40 | Wright | That judgment on that date said I had to apply it as of 30 September. |

CONFIDENTIAL

DEFAUS_00560353

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Okay. So I appreciate that that judgment may have made orders that affected the situation prior to the date of the judgment. My question is how did it come to be that the actual agreement makes provision for - - - |
| | Wright | I already had the software. |
| 5 | O'Mahoney | - - - the transfer of rights by reference to a judgment that hasn't even - - - |
| | Wright | I already had the software, I already had a contract. |
| | O'Mahoney | - - - appeared? |
| 10 | Wright | I already had the physical - like, the copy of the software on the disk. I already had all of that. As far as I was concerned, it was mine, the judgment was there to finalise and make sure that there was nothing wrong, and yes, it ended up being bloody messy and yes, I got a judgment on 6 November that says backdated to the 30th and, no, I'm not going to argue with the New South Wales Supreme Court and say, "No. Actually, it should be the next quarter and I will update my document." |
| 15 | O'Mahoney | Did the agreement definitely exist before the judgment was handed down? |
| | Wright | Yes. It was given to the court. |
| | O'Mahoney | And there's no other explanation for how it is that reference was made to a judgment that wasn't in existence as at the date of the agreement? You've given - that's the total of the explanation? |
| 20 25 30 | Wright | I was doing an agreement with myself and other parties in the organisation that I was setting up. We said we were going to do this. It was - I thought it would happen much quicker. I thought because everyone was interested when and all the rest from the other side and mine in getting this thing stamped and done, that it would happen quickly. I was wrong. The Supreme Court doesn't move as quick as I want, the Supreme Court doesn't issue things the way I want. I'm sorry, but I realised that one. Did I issue documents that then said the other? Yes. Did I have the software? Yes. Did I value them in a conservative manner? Yes. Could they be costed as more? Yes. Does it really matter from GST point of view? No, because if it was a hundred million dollars, it would be 10 million dollars each way and it would still work out at zero. |
| | Sommers | Sorry, Greg, could I just clarify? The reference in the IPD you've assigned to the statement of claim lodged in the Supreme Court, you're asking how is it that it refers to that - - - |
| 35 | O'Mahoney | A provision is made - - - |
| | Sommers | - - - and it predates judgment. |
| 40 | O'Mahoney | It does. Provision is made for the passing of title upon judgment in the Supreme Court proceedings and it's just in circumstances where the judgment is unknown, the date of that is unknown. I just want to understand if there was an issue - - - |
| | Sommers | But you are satisfied that the document was - the document is dated the date that is after the proceedings were commenced. The proceedings had been commenced ….. |
| | O'Mahoney | There's no doubt about that. |
| 45 | Sommers | ….. |
| | O'Mahoney | Absolutely. Yeah. |

CONFIDENTIAL

DEFAUS_00560354

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Sommers | So you're note ….. |
| | O'Mahoney | Certainly.  I appreciate - - - |
| | Wright | And I'd given the document to the ATO - - - |
| | O'Mahoney | - - - the proceedings were on foot. |
| 5 | Wright | - - - in September. |
| | O'Mahoney | No.  I appreciate the proceedings were on foot.  Just a few final questions, but - - - |
| | Wright | I'd given the document to the ATO in September. |
| 10 | O'Mahoney | Okay.  A few final questions to round down.  Did you ever register a domain name with AlBaraka in it? |
| | Wright | I didn't, no. |
| | O'Mahoney | Did someone you know? |
| | Wright | Not that I know.  Why? |
| 15 | O'Mahoney | Do you have the actual wording?  Okay.  We have some information that a domain name was registered, that is a variant of or precisely AlBaraka.Asia.  Does that ring any bells? |
| | Wright | No. |
| | O'Mahoney | All right, then.  If that potentially had nothing to do with you - tell me this, Mr - - - |
| 20 | Wright | What's the …..  I have known that one in AlBaraka.TR as well, but why - what - - - |
| | O'Mahoney | AlBaraka.TR? |
| | Wright | Yes. |
| | O'Mahoney | Have you had any involvement in that domain name? |
| 25 | Wright | I've been emailing to them. |
| | O'Mahoney | All right.  Around who is AlBaraka.TR? |
| | Wright | AlBaraka in Turkey as far as I know.  The website comes up as Turkey. |
| | O'Mahoney | And what do you know about AlBaraka in Turkey? |
| | Wright | They're a mid-sized Islamic bank based in Turkey.  I mean - - - |
| 30 | O'Mahoney | Have you had any involvement in corresponding with AlBaraka outside of that? |
| | Wright | I know other people that have.  I've …..  others at work have been dealing with them. |
| | O'Mahoney | Okay.  And who else at work has been dealing with this AlBaraka Turkey? |
| 35 | Wright | A number of former employees.  Alan Peterson has been. |
| | O'Mahoney | And to what end? |
| | Wright | Making sure we got the software first of all, making sure that we were able to install it. |
| 40 | O'Mahoney | So is this the case, that AlBaraka has provided some sort of ongoing assistance with using or installing the software? |

CONFIDENTIAL

DEFAUS_00560355

Interview Conducted with Craig WRIGHT

|  | Wright | Yes. |
|---|---|---|
|  | O'Mahoney | And officers of the bank have done that? |
|  | Wright | I'm assuming their officers of the bank. |
|  | O'Mahoney | Why do you say that? |
| 5 | Wright | Because everyone keeps coming up with the - who are these - I mean, it worked.  I got my software.  No, I didn't check any further. |
|  | O'Mahoney | Do you have any reason to doubt that you've been - that these people at your end have been dealing with officers from AlBaraka? |
|  | Wright | Not until you guys got involved. |
| 10 | O'Mahoney | Well, can I say this, Dr Wright, that we've got some information that an entity with AlBaraka in it has a connection to a site, an office in Istanbul, an office - a commercial address in Istanbul and further inquiries have revealed that looking into that commercial address in Istanbul it is a Servcorp office.  Now, you might not know what that means, but Servcorp is a company that - - - |
| 15 | Wright | I know Servcorp.  I've used them over here at one stage, but not ..... |
|  | O'Mahoney | To be clear on that for the transcript, Servcorp is a company that specialises in virtual offices. |
|  | Wright | Mm. |
|  | O'Mahoney | That post-modern concept, and tell us this:  do you know anything about that? |
| 20 | Wright | No.  I don't. |
|  | O'Mahoney | Because the reason I ask is we've also got credit card information of yours, credit card records, showing debt that you have paid, you have made payments to Servcorp Istanbul.  What do you know about that? |
|  | Wright | I don't know anything about that.  I know I've gone through a few credit cards. |
| 25 | O'Mahoney | You don't know anything at all about any payments that you've made to Servcorp Istanbul? |
|  | Wright | I don't know half my accounts. |
|  | O'Mahoney | All right, but would you have had any reason at any point in time to have made payments to Servcorp Istanbul? |
| 30 | Wright | No. |
|  | O'Mahoney | No? |
|  | Wright | Never.  What card was that made on? |
|  | O'Mahoney | I don't know any more specific details at this stage, but I just wanted to ask you - - - |
| 35 | Wright | Can you get me details ..... |
|  | O'Mahoney | I'm sure we can.  No, no, we certainly can. |
|  | Wright | I know if it was Penoptocript that card was canned on me because it was reported as stolen by the bank. |
|  | O'Mahoney | All right.  Time will time. |
| 40 | Wright | I don't know what that meant. |
|  | O'Mahoney | What is Penoptocript? |

CONFIDENTIAL

DEFAUS_00560356

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | A company ..... |
| | O'Mahoney | Say that again? |
| | Wright | A company of mine. |
| | O'Mahoney | And what does it do? |
| 5 | Wright | Another research thing.  I do research, I do everything else. |
| | O'Mahoney | And how did it come to be the guarantor of the Seychelles trust? |
| | Wright | It was involved back when it was first set up with certain rights in there.  I don't know anything other than it's meant to be there for Dave and all the rest. |
| | O'Mahoney | And have you spoken personally to anyone from AlBaraka? |
| 10 | Wright | I spoke to people who I believe worked for AlBaraka. |
| | O'Mahoney | And what made you believe that? |
| | Wright | I got my software. |
| | O'Mahoney | Just that?  Do you know the names of those people? |
| 15 | Wright | No.  Off the top of my head I can't, but I - I've got some details, but I don't even want to try and pronounce them. |
| | O'Mahoney | All right.  Would you have any sort of written records of communication with anyone from - - - |
| | Wright | Yes.  I do. |
| | O'Mahoney | - - - AlBaraka? |
| 20 | Wright | Yes. |
| | O'Mahoney | And what would those records be directed towards? |
| | Wright | Emails and things.  What do you mean? |
| | O'Mahoney | Yeah, emails dealing with what? |
| 25 | Wright | Dealing with getting the software and downloading it and things and payment and stuff like that. |
| | O'Mahoney | And was a licence transferred with the AlBaraka software? |
| | Wright | Not per se, no, because it's source code. |
| | O'Mahoney | So it's not licensed software? |
| | Wright | That's not correct in what you're saying.  It is source code. |
| 30 | O'Mahoney | And is it the case that inherently source code cannot attract a licence or be licensed.  Is that - - - |
| | Wright | Well, we got the contract for it and, I mean, it's not like I put in a licensed string.  I don't know how I explain this to you, but - - - |
| | O'Mahoney | Well, let me - - - |
| 35 | Wright | - - - it's the source code. |
| | O'Mahoney | - - - ask the question this way:  can you obtain licensed source code? |
| | Wright | I have a licence to use that source code.  If you're talking about a licence string, that's not the same thing. |
| 40 | O'Mahoney | Okay, but in the abstract, can you obtain licensed source code just generally?  Is it possible? |

CONFIDENTIAL

DEFAUS_00560357

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | Okay.  And in respect of this AlBaraka transaction, the source code that was acquired, was it licensed? |
| | Wright | I believe so, yes. |
| 5 | O'Mahoney | What causes you to believe that? |
| | Wright | I've got a contract saying I get the stuff which is a licence. |
| | O'Mahoney | And is provision made in the contract, does it represent that it is licensed? |
| | Wright | Licence, licence string.  You use the same word;  they're not the same thing. |
| | O'Mahoney | What does "licence string" mean? |
| 10 | Wright | Like, when you put in a compiled version of a software, an activation code. |
| | O'Mahoney | And is that a mechanism, what, for activating a licence? |
| | Wright | Activating a right to use.  A "licence" is a legal term, as you well know. |
| | O'Mahoney | Okay.  No, no - - - |
| | Wright | I have a right to use source code. |
| 15 | O'Mahoney | All right.  Well, we're almost finished.  You make this distinction.  Do you say that the contract reflects you acquiring a licensed string? |
| | Wright | No. |
| | O'Mahoney | No?  Does it reflect you - - - |
| | Wright | It's not a license string;  it's a right to use source code. |
| 20 | O'Mahoney | All right, but do you say you've got a licence to the software now? |
| | Wright | Not a licence;  I'm licensed.  I have a right to use the source code. |
| | O'Mahoney | All right.  And is there any issue about whether or not there is a licence?  Are you involved in any dispute, for example, about whether or not - - - |
| | Wright | No. |
| 25 | O'Mahoney | - - - you've obtained licensed software? |
| | Wright | No.  No one has come back to me and said, "No.  This isn't licenced."  I have the software, the ATO have come out and had a look at it, I've demonstrated it, I've got it working and showed them, I compiled it and had it rung and it has been seen by people.  I've pulled apart source code. |
| 30 | O'Mahoney | And is AlBaraka - as you understand it, is AlBaraka something of a banking pioneering when it comes to crypto currency? |
| | Wright | They're an Islamic bank.  The reason I wanted someone from an Islamic bank is they don't do interest. |
| | O'Mahoney | All right. |
| 35 | Wright | Bitcoin is deflationary.  It means it has to be treated differently. |
| | O'Mahoney | In that context have you ever approached the Abu Dhabi Commercial Bank, EFG, Homez, any other Arabic-type banks to obtain software from them? |
| | Wright | They don't actually have their own software. |
| | O'Mahoney | Is that right? |
| 40 | Wright | As far as I know. |

Page 41 of 45

CONFIDENTIAL

DEFAUS_00560358

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | Okay. |
| | Wright | Most of those use ….. or others indirectly, so - - - |
| | O'Mahoney | Okay, but we know - do you say that ultimately what was acquired - - - |
| 5 | Wright | I've tried to speak to other people about some of these things and getting copies. |
| | O'Mahoney | Who else have you approached to acquire software from an Arabic bank or Islamic bank? |
| | Wright | I've spoken to people I know through LinkedIn and Facebook who work in these areas. |
| 10 | O'Mahoney | Okay.  And who are they?  Who are those people? |
| | Wright | Jamal something.  I would have to look through my list. |
| | O'Mahoney | Would your records have those names? |
| 15 | Wright | Probably not.  I mean, I'd have names in Facebook and things like that, but I don't remember exactly what my conversations were about them or anything like that.  I didn't keep them because I didn't get it. |
| | O'Mahoney | But having decided that you were interested in acquiring software from an Islamic bank, what steps did you take to look at different Islamic banks that might be a source of software? |
| 20 | Wright | I got told I could get something that suited everything I wanted, I looked into what their software was.  It worked. |
| | O'Mahoney | Okay, but you did mention before there's some contacts on LinkedIn and so forth that - - - |
| | Wright | Yes.  I looked at - - - |
| | O'Mahoney | - - - presented some other opportunities. |
| 25 | Wright | Yeah. |
| | O'Mahoney | What - - - |
| | Wright | I'd even looked at non-Islamic banks. |
| | O'Mahoney | All right, but what were some other Islamic bank opportunities that you looked at? |
| 30 | Wright | I have to tell you after I looked at my notes. |
| | O'Mahoney | And would your notes also reveal the people that presented them to you or that - - - |
| | Wright | No. |
| | O'Mahoney | Can you recall anyone - - - |
| 35 | Wright | I didn't care about - - - |
| | O'Mahoney | - - - that you discussed your interest? |
| | Wright | Not off the top of my head, no.  I didn't really care about the people.  I still don't.  What I care about is getting this - the code. |
| | O'Mahoney | Okay. |
| 40 | Wright | I care about my code.  I care about the other stuff.  I want source code. |

CONFIDENTIAL

DEFAUS_00560359

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | But I think, as I understand it, this code is particularly interesting to you because it comes from an Islamic bank and we spoke last week about that. |
| | Wright | Yes. |
| | O'Mahoney | The interest dynamics at play in - - - |
| 5 | Wright | Yes. |
| | O'Mahoney | - - - the Islamic world that I'm aware of.  Are there any records that reflect you seeking out such software from any other such bank? |
| 10 | Wright | I negotiated with - well, not such software.  I've negotiated with people like Temanos in the last year trying to get something that bloody works.  There was Rubic and others.  I mean - - - |
| | O'Mahoney | So the answer is "no", is it, that at the time of the AlBaraka acquisition you couldn't show any other documents reflecting that this - - - |
| | Wright | I've spoken to other people. |
| 15 | O'Mahoney | But I'm just trying to dig into that a little bit.  You can't name the people, I think I'm right in saying, you can't name anyone? |
| | Wright | I don't know.  I would need to go through and look at my LinkedIn and Facebook profiles and see who I was talking to at the time, etcetera.  I don't remember - - - |
| | O'Mahoney | You mentioned a Jamal.  Do you know Jamal's last name? |
| 20 | Wright | I would have to look at Facebook and tell you. |
| | O'Mahoney | Okay.  And you might be able to do that? |
| | Wright | Yes. |
| | O'Mahoney | And would there be any written documents reflecting this search - - - |
| | Wright | No. |
| 25 | O'Mahoney | - - - or the efforts to - - - |
| | Wright | There's only my notes on the different softwares.  I mean, I've got searches on different core banking platforms and things like that, but I don't really care about the people I get it from.  I'm sorry if that sound callous or whatever else.  I don't.  I give a shit about my code.  I don't care about the people. |
| 30 | O'Mahoney | All right.  Just one moment.  I will just very quickly - does anyone have any other questions they would like me to ask Dr Wright?  No?  You look like you might have - - - |
| | .......... | Perhaps just an understanding ..... Dr Wright, that he spoke with other providers such as Rubic and something starting with T - - - |
| 35 | Wright | Temanos. |
| | .......... | Temanos.  Thank you. |
| | O'Mahoney | Yes.  Could - just say a little bit about that. |
| 40 | .......... | Well, just to understand why there's a need to engage those parties if you already had the AlBaraka software ..... whether there was a deficiency in that software and so on. |
| | O'Mahoney | Okay.  Just in case that hasn't been picked up by the microphone, the questions along these lines, Dr Wright, that you've mentioned approaching Rubic and Temanos - - - |

CONFIDENTIAL

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | Wright | Mm. |
| | O'Mahoney | - - - in the context of talking about the AlBaraka software. |
| | Wright | Mm. |
| 5 | O'Mahoney | What gave rise to those approaches?  Was it, for example, that there was a deficiency in the software? |
| | Wright | There's a deficiency in every software in that it doesn't handle bitcoin properly. |
| | O'Mahoney | Okay.  Let's focus on this one - - - |
| | Wright | What I - - - |
| | O'Mahoney | - - - this particular software. |
| 10 | Wright | I am talking about this particular software. |
| | O'Mahoney | Okay. |
| | Wright | All of it doesn't do everything I want.  What I need to do is understand the whole banking process, and strangely enough, no bank will let me sit down and reverse engineer their code with them. |
| 15 | Sommers | What was the particular advantage you saw from Rubic and why was the Rubic software unsuitable? |
| | Wright | They were supposed to teach me how it worked. |
| | Sommers | And - - - |
| | O'Mahoney | And who was your point of contact there? |
| 20 | Wright | Roger Manu. |
| | O'Mahoney | M-a-n-u? |
| | Wright | I would have to check that.  I don't remember how I spelt his name. |
| | O'Mahoney | All right.  Around what - - - |
| | Wright | We had a contract with them, they fucked up and didn't deliver. |
| 25 | O'Mahoney | Okay.  And what about the Temanos?  Who was your contact there? |
| | Wright | I don't remember his name.  I can get it to you. |
| | O'Mahoney | And would there be documents - - - |
| | Wright | I'm not a people person. |
| 30 | O'Mahoney | Okay.  Would there be documents evidencing your interaction with those two entities in respect to the AlBaraka - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - software? |
| | Wright | No. |
| | O'Mahoney | "Yes" or "no"? |
| 35 | Wright | Yes, interactions with them;  no to AlBaraka software.  They didn't know - I mean, I didn't tell any of them about the other things.  I didn't want to because it was competition with what they were doing.  Temanos didn't want me - Rubic didn't want me to build my own;  they wanted to control things and sandbox it.  What I wanted to do was build my own, my own core banking |
| 40 | | platform built on bitcoin.  That's what I'm doing. |

CONFIDENTIAL

DEFAUS_00560361

Interview Conducted with Craig WRIGHT

| | | |
|---|---|---|
| | O'Mahoney | And is that - will that be, to your mind, the first such bitcoin bank, if you like? |
| | Wright | Yes. |
| | O'Mahoney | I just in doing some searches during the week have revealed that there do seem to be some bitcoin ATMs already in existence.  Are they - - - |
| 5 | Wright | ATMs, not banks. |
| | O'Mahoney | So there's a difference? |
| | Wright | It's not a - yes, a very big difference.  It's a depository, a full online banking platform.  Being able to go and get a print-out of a QR code at a machine is not the same as having loans and having banking platforms that allow you to transfer money, that allow you to invest.  That all the stuff - if you look at what NetBank does on Commonwealth Bank, all of that, that's what I want to build into bitcoin. |
| 10 | | |
| | O'Mahoney | All right. |
| 15 | Sommers | There are detailed contracts with Rubic and there was a dispute in relation to Rubic where we were unable to act because of a conflict and so there are separate proceedings and so - - - |
| | O'Mahoney | All right, yeah. |
| | Sommers | - - - Dr Wright through his other lawyers can provide you with that detail if you need it. |
| 20 | O'Mahoney | All right, then. |
| | Wright | And, yes, our contract there was fucked up too.  We didn't involve everyone in the beginning.  It was a contract, it was drafted, we got screwed on it. |
| | O'Mahoney | All right.  Well - - - |
| | Wright | Like many other ones I've done. |
| 25 | O'Mahoney | - - - thank you, Dr Wright.  That concludes the questioning and for the record it's now 6.29 and that will be the end of the interview.  Thank you. |

CONFIDENTIAL

DEFAUS_00560362