**AUSCRIPT AUSTRALASIA PTY LIMITED**
ABN 72 110 028 825

AUSCRIPT
FASTER, BETTER EVIDENCE DELIVERY SINCE 1921

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003
**T:** 1800 AUSCRIPT (1800 287 274)    **F:** 1300 739 037
**E:** clientservices@auscript.com.au    **W:** www.auscript.com.au

## TRANSCRIPT OF PROCEEDINGS
TRANSCRIPT SENSITIVE

O/N H-429401

### AUSTRALIAN TAXATION OFFICE


### RECORD OF INTERVIEW


| | |
|---|---|
| **INTERVIEWER:** | **GREG O'MAHONEY** |
| **INTERVIEWEE:** | **CRAIG Wright** |
| **CONDUCTED AT:** | **ATO OFFICE** |
| **DATE:** | **11 AUGUST 2014** |
| **TIME:** | |


### TRANSCRIBED BUT NOT RECORDED BY
### AUSCRIPT AUSTRALASIA PTY LIMITED

CONFIDENTIAL

# Interview conducted with Craig Wright

On the 11th August 2014

Australian Taxation Office

INSERT CORRECT ADDRESS

5    Interviewers: Greg O'Mahoney, Andrew Sommers.


|  |  |  |
|---|---|---|
| | O'Mahoney | Thank you.  I will start with the formalities.  I think the interview of Dr Wright, it's informal, notwithstanding that it's been recorded and it's set down for two |
| 10 | | afternoons – today 11 August and 18 August.  I can indicate, Dr Wright – and don't hold me to this – but the way I was envisaging approaching the interview was to, today, deal with matters on a fairly high level and then next week take up some more discrete lines of questioning about some of the matters touched on today.  And, I guess, to start, the first question turns on your |
| 15 | | background and experience.  Would you mind telling us a little bit about your commercial background and experience? |
| | Wright | Commercial or medical or generally? |
| | O'Mahoney | Well, let's start with academic and move to the commercial. |
| | Wright | Bascially, I have been in university since I left high school.  I collect |
| 20 | | qualifications.  Currently, I have around 200 vocational qualifications in my particular field, plus a number that aren't.  Double digits on degrees.  I'm qualified in everything from IT law and economics to the main areas I'm involved in which is IT, so programming, photography, security, whatever else. I'm the only person globally to have achieved a GSE through all three different |
| 25 | | streams – GSE being Global Security Expert from the SANS Institute, GSE being considered generally the highest security certification you can get.  In those other SANS ones, at one stage I had every single qualification.  I haven't maintained every single one of them because they're not all relevant anymore, and there's only so much time that I can actually work and do other |
| 30 | | things with. |
| | | Also qualified in things like statistics.  My paper – my master's was ..... analysis;  basically looking at ..... time series, time series in economic markets and whatever else, predictions and monitoring data to do with economic systems.  In economics, it's to do with banking finance and monetary policy. |
| 35 | | IT generally, I started programming predominantly in C and Assembly.  Also do Java and other languages but I still prefer C and other such languages. I'm qualified in a number of operating systems, everything from Windows and whatever else were also taught, up to post graduate level.  I stopped that recently as the time over the last year with everything hasn't allowed me to. |
| 40 | | Once we get everything sorted, apart from businesses or business, I will also get back to teaching ..... electric. |
| | | I present at a number of international conferences.  I have presented ..... such as neural networking, artificial intelligence.  That's what most of my research at the moment is looking in the commercialisation of agents, the small bits of |
| 45 | | software code designed to ..... a task.  The way I do those is looking at evolutionary systems and these are things like swarm particles – PSOs where you have lots of small bits of code that compete, and the nature of that is to have a system where the surviving code gets more resources if it's better at |

CONFIDENTIAL

Interview Conducted with Craig Wright

|   |   |   |
|---|---|---|
| | | doing a particular task, and then each of the other bits of code – so over large volumes of energy and a set of problems that are mathematically infeasible, doing ..... mathematics so things like travelling salesman problems and online contracting and that sort of thing. |
| 5 | | So the idea is to gather all the things into a block chain and other such mechanisms so that you can have a smart contract where it is effectively infeasible to get out of things as long as the contract is set up correctly beforehand.  It also allows a non-debt-leveraged type of system so that you have, I guess, the use of money where you can guarantee that there is a, |
| 10 | | frankly, non-fraudulent use of bank funds.  That is, a bank can't lend what it doesn't actually have in capital or investment, etcetera, so the current issue we all have in our banking system, people basically take money – a loan out for something such as someone going on a holiday or whatever else, which is fine if you are doing capital invested in the bank itself, but when you are taking |
| 15 | | that leverage past the bank, there's no decent scrip that the bank can sell.  So part of the idea of what we are doing in a block chain is then taking that, so that you actually have to have a real contract with real asset bases and investors in the bank can lose money, and when they do that, but not a good ..... |
| 20 | O'Mahoney | Can I – can we just pause there and perhaps have a little bit – to some extent we've anticipated some questions that I will be asking you.  Just getting back to your university qualifications, you said that you had hit double digits.  Can you tell us which degrees you have graduated in? |
| 25 | Wright | Masters in Law, Masters in Statistics, IT Masters in Networking Systems Administration, IT Masters in – Master of Science - - - |
| | O'Mahoney | Are they all from the same university? |
| | Wright | No. |
| | O'Mahoney | No.  So - - - |
| | Wright | Some US, some Australian, some British. |
| 30 | O'Mahoney | Okay.  The Masters of Law? |
| | Wright | Northumbria, UK. |
| | O'Mahoney | Okay.  And the Masters of Science? |
| | Wright | That's SANS Institute, USA. |
| | O'Mahoney | And the Masters of Statistics? |
| 35 | Wright | Newcastle. |
| | O'Mahoney | And, I think, did you say Masters of Systems - - - |
| | Wright | Administration? |
| | O'Mahoney | Yes. |
| | Wright | Charles Sturt University.  I got a number at Charles Sturt University. |
| 40 | O'Mahoney | All right.  Any other degrees in universities? |
| | Wright | Sorry? |
| | O'Mahoney | Any other degrees in universities? |
| | Wright | Yes. |
| | O'Mahoney | Which ones? |

CONFIDENTIAL

DEF_00068667

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| 5 | Wright | Well, in theory I have finished my second degree and second doctorate, PhD, from Charles Sturt University but I have to actually send in the bound document. So I have got the pass and whatever else but I have to pull my finger out and get it printed and whatever else, but I have got the, you know, pass type of thing. I have got weird and wonderful things. I got church – so I've got theology; I have got – that is really ..... |
| | O'Mahoney | No. |
| 10 | Wright | .... I've got Masters in Networking Systems Administration;  Master of Information Systems Security. |
| | O'Mahoney | Where was that from? |
| | Wright | Charles Sturt University. |
| | O'Mahoney | That's fine.  If you think of more as we go through, just mention them to us. |
| | Wright | There's quite a number.  Unfortunately, I forget how many I've actually got. |
| 15 | O'Mahoney | But to have some – to get some picture of your career profile, it sounds like you have been in and out of university, if you like, and studying for a substantial part of your life. |
| | Wright | Until recently, I have never been out of university. |
| | O'Mahoney | All right.  More in than out. |
| 20 | Wright | And worked and been in uni at the same time. |
| | O'Mahoney | Yes.  Okay. |
| | Wright | Well, since I first ..... end of the 80s, 90s, I have just been in university. |
| | O'Mahoney | What was your first job? |
| | Wright | My first job? |
| 25 | O'Mahoney | Yes. |
| | Wright | I was – well, did you want before I left uni or - - - |
| | O'Mahoney | Upon graduating from your first university degree? |
| 30 | Wright | That would be after the air force and that would be, thus, when I went to WPA; that then became Corporate Express.  WPA, I was a system administrator doing logistics and all the systems ..... computers that valuable so they also had me doing logistics work. |
| | O'Mahoney | And did you have a number of positions within, sort of, the systems administration over a period of time? |
| 35 | Wright | I went from systems administration at Corporate Express to – I headed up the corporate area in OzEmail, when I ..... connections with corporates, so large connections ..... connectivity.  From there I went to the Australian Stock Exchange.  I was the security manager there.  I went ..... basically pursuant ..... Australian Stock Exchange. |
| | O'Mahoney | When was that? |
| 40 | Wright | That was in 1996. |
| | O'Mahoney | Yes. |

CONFIDENTIAL  DEF_00068668

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | From there, I started a company to do security consulting, etcetera. ASX became one of my first clients. I picked up – I started picking up gambling companies at that stage, some companies ..... else. |
| 5 | O'Mahoney | Just pausing there, when was it that you first established a company that you ran? |
| | Wright | The business was in 1997 and then it was transformed into a company shortly after that. |
| | O'Mahoney | Right. Which company was that? |
| | Wright | ..... |
| 10 | O'Mahoney | And since that time, have – more or less, has there been a case that you have been running companies for yourself? |
| | Wright | Predominantly, yes. |
| | O'Mahoney | And during that time you have been, I think it's fair to say, a director of a number of companies? |
| 15 | Wright | Yes. |
| | O'Mahoney | What, since first – can you remember the time at which you first became a company director – was it around that time, '96,'97? |
| | Wright | '98 or something like that. |
| 20 | O'Mahoney | '98. And since that time, roughly, how many companies would you have been a director of? |
| | Wright | Double digits. |
| | O'Mahoney | Okay. Double digits. And, at the moment, is your occupation that of company director/entrepreneur/ - how would you characterise your current profession? |
| | Wright | So company director in part, entrepreneur, photographer, forensic specialist. |
| 25 | O'Mahoney | All right. Let's focus in on one of those companies, Coin Exchange. We know that it was incorporated in April of 2013. Was it the case that it traded immediately upon becoming incorporated? |
| | Wright | We actually started developing products before it became incorporated. |
| 30 | O'Mahoney | Okay. Well, if you wouldn't mind, could you tell us a little bit about the circumstances of the incorporation of Coin Exchange. |
| | Wright | What do you mean by that? |
| | O'Mahoney | How did it come about that Coin Exchange came to be incorporated? |
| 35 | Wright | A long-term friend of mine, Dave Kleiman and I, started that so that we could start building an exchange platform, particularly in Australia. We had been developing product etcetera for a number of years beforehand. Dave and I had been friends and sort of partners that way for a long time. We had worked on a number of patents together, everything from using electron microscope to ..... recover data from hard drives that had been wiped, to one-time Windows logins and similar types. We worked on some books together |
| 40 | | and he acted, well, as my editor ..... myself. |
| | | We had been planning putting together an exchange platform that would allow us ..... or bitcoin. The idea would be to perform an alternative reserve currency, that's what we are trying to do. I have jumped ahead of myself. Probably replacing the US dollar. The idea being that you have exchanges in |

CONFIDENTIAL

DEF_00068669

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| 5 | | different countries, such as Britain, Australia, wherever else. We could use that to instantaneously do forex transactions at immensely low rates and far quicker than the resource ..... at the moment, but also tied to the old title to Smart Property and it would ..... all contracts in reverse ..... researching at the moment is oil contracts and this and that to ..... with automated assistance. |
| | O'Mahoney | Okay. We might come to that. You said earlier that you and Mr Kleiman had been developing product for some time. |
| | Wright | Yes. |
| | O'Mahoney | Prior to the incorporation of Coin Exchange. |
| 10 | Wright | Yes. |
| | O'Mahoney | What – how long have you been working with Mr Kleiman? Were they products that ultimately became the subject of business done by Coin Exchange? |
| | Wright | Some of them, yes. Not all. |
| 15 | O'Mahoney | And how long have they been in the pipeline for? |
| | Wright | Since I knew Mr Kleiman. |
| | O'Mahoney | And is this the case: that the Coin Exchange was established to corporatise, if you like, ideas that you and he had been working on for a substantial period of time? |
| 20 | Wright | Certain parts of it, yes, along with bitcoin areas. So we had been working on those sort of areas; I had been doing research into ..... places, into online contracting etcetera, the nomination systems in order to exploit that a lot more than we had been doing at the time - - - |
| | O'Mahoney | Was this your first venture with Mr Kleiman. |
| 25 | Wright | No. |
| | O'Mahoney | Well, what other ventures had you done with him? |
| | Wright | We were involved with WK Info Defence but I wasn't actually actively managing any of that. Dave ran all that over in the US. |
| | O'Mahoney | Can you say that again? WK? |
| 30 | Wright | WK Information |
| | O'Mahoney | Defence. |
| | Wright | Research LLC. |
| | O'Mahoney | And that was a company that you say Mr Kleiman was running out of the - - - |
| | Wright | US. |
| 35 | O'Mahoney | US. And had you been involved in that company? |
| | Wright | I have been involved subsequently. I mean, I was there but day-to-day, not at all. |
| | O'Mahoney | When you say you were there, what do you mean by that? |
| | Wright | I would do coding, trying to work out solutions to problems that we had. |
| 40 | O'Mahoney | Were you – was that before founding Coin Exchange? |
| | Wright | Yes. |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | O'Mahoney | And roughtly how long were you there, that is, at the WK Info Defence? |
|---|---|---|
| | Wright | The exact time we started it, I don't remember, but it was around 2010 some time that we started putting everything together for a 2011 incorporation. |
| 5 | O'Mahoney | And what is it that WK Info Defence, what's its business or enterprise? |
| 10 | Wright | The idea came about because I didn't trust the Tax Office here.  I had had a number of run-ins because of Information Defence Australia and Integyrs that I had set up over here.  Those companies – well, although I'd spent lots of money and around 500 computers ..... research to bitcoin mining ..... considered ..... by the ATO, so everything I had I moved over at a nominal rate, which was based on what it was worth at the time, into a trust and everything over there because back then I believed bitcoin was worth a lot of money. |
| | O'Mahoney | What was the trust that was established? |
| 15 | Wright | There was one in Panama that I don't have all the details of. |
| | O'Mahoney | What's it called? |
| | Wright | Don't know all the details.  I don't know. |
| | O'Mahoney | Or any details. |
| | Wright | I know there's a trust in Panama that's set up. |
| 20 | O'Mahoney | When was that set up? |
| | Wright | In probably '11. |
| | O'Mahoney | And were you involved in establishing it? |
| | Wright | No. |
| | O'Mahoney | Was it set up to your benefit? |
| 25 | Wright | It is set up for the benefit of the research I'm doing. |
| | O'Mahoney | All right.  And - - - |
| | Wright | All of this is to fund all the things I'm doing. |
| 30 | O'Mahoney | Okay.  I guess, just by way of background, tell us about – we won't hold you to every detail of that trust, but just tell us a little bit about the trust in Panama that was established? |
| | Wright | There was a trust set up to put a number of bitcoin that Dave was mining and everything like that into and maintain, the idea being that we would use that to further the goals we were doing, which were all to do with promotion of bitcoin and cryptocurrencies we have there. |
| 35 | O'Mahoney | So was it the case that the trust in Panama was set up as a funding mechanism? |
| | Wright | For research, yes. |
| | O'Mahoney | And for research that you were doing with Mr Kleiman? |
| | Wright | That Mr Kleiman was doing and myself as well, yes. |
| 40 | O'Mahoney | All right.  And you mentioned that courtesy of the experience you had with the tax authorities here, you moved offshore, you moved things offshore.  You mentioned the trust in Panama.  What other steps did you take to that end? |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | What do you mean by what other steps? |
| 5 | O'Mahoney | Well, you mentioned before that, courtesy of that story that you had with the Commissioner, that you – that in the context of discussing that, you talked about the trust in Panama. Also, we were talking about WK Info Defence. |
| | Wright | Mm. |
| | O'Mahoney | Was it the case that your involvement in that entity occurred because, as I think you indicated earlier, you wanted to move things offshore, you wanted to - - - |
| 10 | Wright | Yes. |
| | O'Mahoney | - - - work offshore. |
| | Wright | Everything would have been in Australia the whole time if it wasn't for the fact that I ended up having to fight to not be bankrupt for expenditure that I actually made. |
| 15 | O'Mahoney | Right. And did you invest in WK Info Defence? |
| | Wright | More indirectly than directly. |
| | O'Mahoney | What does that mean? |
| 20 | Wright | At the time we got a lot of payments from people I'd worked with in the past. Playboy Gaming and other people that I still do work for, basically in the gambling field. I do a lot of statistical work, validating algorithms, etcetera, and I also do a lot of work validating ..... the house wins, and I get paid for that and rather than me getting paid for that, the entity got paid for that. |
| | O'Mahoney | The entity being WK Info Defence? |
| | Wright | Yes. |
| 25 | O'Mahoney | All right. As at April 2013 when Coin Exchange was established, how many other companies were you – did you control at that time? |
| | Wright | In Australia or overseas as well? |
| 30 | O'Mahoney | In fact, we will come to that in a moment. Could you just tell us in broad terms about the commercial objectives of Coin Exchange, when it was established; what did it set out to do? |
| | Wright | Promote bitcoin and become a universal exchange platform, make bitcoin money, make bitcoin the default reserve currency globally. |
| | O'Mahoney | And at that time - we will come back to that - there were, I take it, other entities that you controlled? |
| 35 | Wright | Yes. |
| | O'Mahoney | And did – were there other entities that you controlled that sought to bring about the same kinds of objectives that you have just outlined? |
| | Wright | No. I've got different objectives for the other ones. |
| | O'Mahoney | There was no overlap? |
| 40 | Wright | There was always an overlap. |
| | O'Mahoney | Well, tell us about the other entities. |

CONFIDENTIAL                                                                                  DEF_00068672

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Cloudcroft I had given to my ex-wife as a settlement and in her bankruptcy I ended up getting it back. I was still doing work – I never intended it going back to me, but it is to do with a security platform that ….. building based upon the use of the cryptographic protocols within bitcoin. The idea there is that it integrates with honeynets and IPv6 such that you monetise the internet. |
| 5 | | |
| | O'Mahoney | All right.  And that's one.  What was another entity that you controlled at the time that had overlap. |
| | Wright | ….. is to do with forensic work and other such things. |
| | O'Mahoney | What does that mean?  Forensic work? |
| 10 | Wright | IT forensics, analysis of packet streams, analysis of other such things. |
| | O'Mahoney | What's a packet stream? |
| | Wright | The flow of information over the wire.  So TCP/IP, analysis of data on hard drives, creating programs, and other such things to analyse the ….. |
| | O'Mahoney | Okay. |
| 15 | Wright | Graphic photography, etcetera.  On top of that, I also did some paid and unpaid work for Federal Police, including training and other such things, and other areas of the Australian Government to the IPv6. |
| | O'Mahoney | Who engaged you from the Federal Police? |
| 20 | Wright | That was down in Canberra.  I would need to dig up particular names of people.  I forget them. |
| | O'Mahoney | That's fine.  You have mentioned Cloudcroft, Penontacript.  What other companies did you control as at April 2013 that there would have been some overlap with Coin Exchange. |
| | Wright | With - ….. |
| 25 | O'Mahoney | ….. |
| | Wright | Yes.  That's probably better. |
| | O'Mahoney | Okay.  Well, off the top of your head now, can you think of other entities you controlled at that time? |
| | Wright | That I controlled or - - - |
| 30 | O'Mahoney | Were involved in the management of. |
| | Wright | The management of was only in Australia.  I think they're the main ones at that stage.  Others came after that, shortly - - - |
| 35 | O'Mahoney | Well, I guess to be clear, can you, off the top of your head now, can you think of, at that time, other companies that you had any connection with – as a shareholder, as an investor, as a worker, that would have had some overlap with the activities of - - - |
| | Sommers | I think – I think you have asked that question about three times and I think my client has said he would like to check his records and to get - - - |
| | O'Mahoney | For sure.  No, I – that's why I - - - |
| 40 | Sommers | Yes.  No, no. |
| | O'Mahoney | - - - prefaced it with "off the top of your head".  We appreciate that.  Can we then turn to this, that I want to understand, when Coin Exchange was established, you were its sole director.  Is that right? |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And you were also its secretary? |
| 5 | Wright | Well, only by default. I'm generally not a secretary of anything but ..... director - - - |
| | O'Mahoney | No. I appreciate that. And is it the case that – were there any other employees – or were there any employees of the company on founding? |
| | Wright | There were people being used as contractors. |
| | O'Mahoney | And who are they? |
| 10 | Wright | Just Ignatius Payne, Dave Kleiman was going to be a director of the company and also an employee. Glenn, over in the US, was involved and other people would have been involved as well. |
| | O'Mahoney | And was research done - in establishing Coin Exchange, was – had you done some work on the business model that you wanted to put into place? |
| 15 | Wright | Yes. |
| | O'Mahoney | And are there documents evidencing that work that you did? |
| | Wright | Some. |
| | O'Mahoney | What sorts of documents? |
| 20 | Wright | Documents about going into – having an international banking exchange; talks with AusIndustry about forward planning; some of the AusIndustry plans. Research documents, documents to do with different PSOs I was setting up, which was ..... Agents, of course, and - - - |
| 25 | O'Mahoney | Are there strategy – would there be any strategy-type documents that would speak to, I guess, the business model that the company was seeking to achieve? |
| | Wright | Not probably in the way you're looking at, as in a formal business plan, no. None of this is going to a formal business. |
| | O'Mahoney | Okay. |
| | Wright | If I had my way, formal business would never exist ever again. |
| 30 | O'Mahoney | All right. What about something more basic like budget-type documents, company financial forecasts or documents - - - |
| | Wright | We don't have any forecasts, even now. |
| | O'Mahoney | Right. Okay. |
| 35 | Wright | We don't seek to make any profit, and in the future we won't be able to provide the spending money. |
| | O'Mahoney | All right. But budgets can cover that as well. At the time of founding the company, were there documents that evidenced the likely expenditure or projected expenditure? |
| 40 | Wright | I have guesstimates which keep changing. I guesstimate I will need to spend 500 to 600 million dollars to do what I want to do. |
| | O'Mahoney | Would there be documents that were in existence at the time of establishing the company that speak to those guesstimates? |

CONFIDENTIAL

DEF_00068674

Interview Conducted with Craig Wright

|   | | |
|---|---|---|
| | Wright | No. I thought it would be a lot less. I thought everything would be a lot less. |
| | O'Mahoney | Right. Whatever you thought it would be at the time, would there be documents that evidence - - - |
| 5 | Wright | There's documents evidencing that I thought maybe $30 million. |
| | O'Mahoney | Okay. |
| | Wright | I was way wrong. |
| 10 | O'Mahoney | And tell us this, that on founding the company, Coin Exchange, what was its financial position in the – I guess, let's just focus on the early couple of months of its existence? |
| | Wright | When we were starting originally, we looked at a bitcoin value of probably $20 million. By the time we started looking at actually capitalising that and around Dave's death, that had gone up to, I think, $100 million. |
| 15 | O'Mahoney | So, sorry, can you just explain that – when you say bitcoin's value, $20 million. |
| | Wright | Bitcoin was going from practically nothing to over a $1000 profit, around 600 ..... At the start of this, we had 1.1 million bitcoin. |
| | O'Mahoney | 1.1 million bitcoin. And is that really how the company was funded on establishment? |
| 20 | Wright | And it's - - - |
| | Sommers | It's the - - - |
| | O'Mahoney | The trust etcetera. |
| | Sommers | - - - but did Coin Ex have 1.1 million bitcoin. |
| | O'Mahoney | No. |
| 25 | Sommers | Right. Greg – Greg - you need to be precise with your answers about – Greg is asking about Coin Ex? |
| | Wright | No, the trusts had available bitcoin. That was then going to be loaned into the other company. |
| 30 | O'Mahoney | Okay. Well, how was – on founding how was the company funded, that is Coin Exchange? |
| | Wright | On founding? |
| | O'Mahoney | On its being founded, established? |
| | Wright | We had assets that were being brought in from Panama, software etcetera. |
| 35 | O'Mahoney | Okay. Well, I will get you to flesh that out. What were the assets being brought in from Panama? |
| | Wright | Bitcoin and software. |
| | O'Mahoney | Okay. Starting with the bitcoin, what – what was the bitcoin that was brought in from Panama? |
| 40 | Wright | I would need to look at the actual figures. I can't remember off the top of my head. |
| | O'Mahoney | Do you have a rough idea of the value of that Bitcoin? |

CONFIDENTIAL

DEF_00068675

Interview Conducted with Craig Wright

| | Wright | Not on day 1. I think if you look at the – I don't remember. It's whatever in the accounting system. |
|---|---|---|
| 5 | O'Mahoney | All right. Was it valued in the hundreds of thousands, the millions, the tens of millions – can you speak to. |
| | Wright | The tens of millions. |
| | O'Mahoney | Tens of millions. And, but where was that brought in from in Panama? |
| | Sommers | Just to be clear, Greg is asking was bitcoin brought in from Panama? |
| | Wright | No. Because I - - - |
| 10 | Sommers | You need to be precise - - - |
| | Wright | We never physically took bitcoin over, which was ..... trust ..... after in the first instance with the ATO. |
| 15 | O'Mahoney | Okay. So – so when you say that part of the funding of this company on establishment was bitcoin brought in from Panama, what do you mean by that? |
| | Wright | The rights to bring Bitcoin from overseas. |
| | O'Mahoney | And you say that – you say that that was part of the funding of the company when it was established? |
| | Wright | Yes. |
| 20 | O'Mahoney | How does that work? |
| | Wright | Sorry. What do you mean how does that work? You have the right to ..... something. |
| 25 | O'Mahoney | Well, just thinking out loud when you establish a company, one thing it does is spend money, whether it's a corner shop, a tennis couching clinic or something more substantial than that. I just want to understand how do those rights contribute to the funding of this company. How – you've referred to rights brought in from Panama. How did that – how did those rights enable the company to invest or spend money? |
| | Wright | Well, between Panama and the Seychelles I had a number of - - - |
| 30 | Sommers | Why don't you give Greg an example of one of the ways in which the companies, not necessarily Coin Ex, has transacted – Greg is coming from presupposition of spending money, but transacted using those rights. |
| 35 | Wright | All right. I have a right to call on Bitcoin that's held overseas. I'm doing a deal where I want software. I basically go to the trust and I have – I sign over and say please transfer these rights and hence – and if they're called on, the Bitcoin that's held overseas. |
| | O'Mahoney | So you transfer rights to someone you are dealing with? |
| | Wright | Yes. |
| 40 | O'Mahoney | And when you say "if those rights are called upon" – well, we will come back to that. I think I will need some more clarity on that. But at any rate, you say that there were two things brought in from Panama. One was Bitcoin, and you've spoken - - - |
| | Wright | More rights to. |

CONFIDENTIAL

DEF_00068676

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | - - - of those rights. The other you said was software. |
| | Wright | Yes. |
| | O'Mahoney | What was the software that was brought in from Panama? |
| 5 | Wright | The software was, well, a whole lot of code that we had been writing around Bitcoin basically since 2008, and also on top of that, let's see, there was stuff to do with gaming companies ..... in my history of work with ..... I built ..... platform there and also worked with a number of other gaming industries including ..... gaming, etcetera, who were going to be run out of Australia, but after ..... casinos, they went back overseas. |
| 10 | O'Mahoney | Does that software have a name or a title? |
| | Wright | There were a number of titles for it. There were little bits for things like Texas hold'em poker and there is online casino software and there is logistical software for ..... things and – there's lots of names - - - |
| | O'Mahoney | Okay. |
| 15 | Wright | - - - for individual parts. |
| | O'Mahoney | And are there documents that evidence the transfer of that software into Coin Exchange at around the time of that company being established? |
| | Wright | Yes. |
| | O'Mahoney | What sorts of documents? |
| 20 | Wright | Ones that the ATO has already gotten. We did a consignment of rights to the ownership of the software from myself to the trust to Coin Ex and to Hotwire and other companies ..... setting them up. |
| 25 | O'Mahoney | All right. And the other source of funding, the Bitcoin rights that you've referred to, are there – I'm talking about contemporaneous documents at the time of establishing Coin Exchange. Are there documents that evidence that interest as a funding source for the company? |
| | Wright | What do you mean? Sorry. |
| 30 | O'Mahoney | Well, from – are there documents in existence from the time that Coin Exchange was set up that indicate that one of its funding sources was what you've referred to as the interest in Bitcoin? |
| | Wright | The emails to the ATO. |
| | O'Mahoney | From that time. From the time that Coin Exchange was set up? |
| | Wright | Yes. |
| | O'Mahoney | All right. |
| 35 | Wright | That's before I ..... I had to go through layers and layers of ATO people and basically say this is what I've got, these – what do I do. |
| | O'Mahoney | Okay. We will come back to that. |
| | Wright | How do I transfer software business ..... |
| 40 | O'Mahoney | All right. We will come back to that. Can I start by, I guess, a more specific matter. The – obviously the dispute needs no introduction. It centres on a number of claimed ITCs that Coin Exchange had claimed. |
| | Wright | ITC? Sorry. |

CONFIDENTIAL

DEF_00068677

Interview Conducted with Craig Wright

| | O'Mahoney | Input tax credits.  And I should have said at the outset, if any of the questions I ask, like that as an example, that you don't understand, feel free to ask for clarification at any point.  But I just want to be clear about – the transactions in issue were between Coin Exchange and the Wright Family Trust with DeMorgan as its trustee.  If you don't mind for simplicity, I might - - - |
| 5 | | |
| | Wright | No.  DeMorgan was the name of the trust. |
| | O'Mahoney | Sorry? |
| | Wright | That was the name. |
| 10 | O'Mahoney | DeMorgan – I just say that because I want to refer to it as DeMorgan in a shorthand way, if you don't mind. |
| | Wright | That's fine. |
| | O'Mahoney | That's - - - |
| | Wright | That is correct ..... |
| 15 | O'Mahoney | That's what I'm referring to.  Could you tell us a little bit about the circumstances in which DeMorgan was established? |
| | Wright | I created the trust so that I could do everything through a trust. |
| | O'Mahoney | And when did you create the trust? |
| | Wright | 2013. |
| | O'Mahoney | Yes. |
| 20 | Wright | It should have been earlier, but ..... |
| | O'Mahoney | And when you say put everything through a trust, what do you mean by everything? |
| | Wright | Any of the rights to Bitcoin, any of the software, anything that was basically going to move into the other entities. |
| 25 | O'Mahoney | And what are the activities of DeMorgan? |
| | Wright | Managing the distribution of those things and just being a family trust and holding rights to companies. |
| | O'Mahoney | Yes.  It has investments;  do – is that you would view it? |
| | Wright | Yes. |
| 30 | O'Mahoney | As a trust that had certain investments.  The – were you – what – you were obviously involved in setting up the trust.  Was anyone else involved in establishing it? |
| | Wright | Yes. |
| | O'Mahoney | Who else? |
| 35 | Wright | Dianne Pinder.  She's a lawyer at Lloyds up in Brisbane.  She did a crap job, but ..... |
| | O'Mahoney | All right.  Well, hopefully she never sees this transcript.  The – tell me this - - - |
| | Wright | ..... |
| 40 | O'Mahoney | Tell me this, apart from legal advice, was anyone else involved in establishing the trust? |
| | Wright | Jamie Wilson. |

Page 13 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | And who is he? |
| 5 | Wright | He was meant to be an accountant for the group, except he ended up running off over to New York and trying to sell everything I owned beneath me, so ..... interested parties in Bitcoin and they will sell it for a really good price, which at the time was about 180 ..... after all, it's just a ..... and ..... spoke to me, the bastard. |
| | O'Mahoney | Okay. And did this entity, DeMorgan, apart from Jamie – apart from Mr Wilson, was there anyone else involved in its establishment? |
| | Wright | My partner. |
| 10 | O'Mahoney | Who was at the time? |
| | Wright | Well, was my fiancé at the time and is now my wife. |
| | O'Mahoney | Okay. And what is her name? |
| | Wright | ..... |
| | O'Mahoney | And who controls the activities of the trust? |
| 15 | Wright | Predominantly myself. |
| | O'Mahoney | You said predominantly. Who else exercises control in respect to the trust? |
| | Wright | Well, I don't do anything sort of large or material without talking to my wife. |
| | O'Mahoney | And - - - |
| | Wright | ..... |
| 20 | O'Mahoney | And tell me this: apart from – we know that this dispute centres on certain transactions that are said to have occurred between DeMorgan and Coin Exchange. Tell us more broadly about the activities of the – of DeMorgan. What other entities, who else has it transacted with? |
| | Wright | All the different companies ..... |
| 25 | O'Mahoney | All right. If you wouldn't mind summarising them for us. |
| | Wright | Hotwire Pre-Emptive Intelligence Pty Limited, Denarius, Integyrs – do you have a list? All of the ones that are being ..... |
| | Sommers | You can ..... the ones you remember. I mean, we're – I mean, Greg - - - |
| | Wright | There's a pile of them. |
| 30 | Sommers | If Greg wants a list, there are numerous lists of them. I think he wants - - - |
| | Wright | Okay. Yes. |
| | Sommers | - - - you to talk about them. |
| | O'Mahoney | Yes. |
| | Wright | I can talk about them – if you mention them, I can tell you what they are. |
| 35 | O'Mahoney | Okay. Well, that's helpful. You've mentioned seven or eight. You said there were – you thought – you think might have been seven or eight. You've mentioned four. Any others off hand that you can recollect? Entities that DeMorgan transacted with. |
| | Wright | Well, I transacted with ..... I'm sure Andrew ..... DeMorgan - - - |
| 40 | O'Mahoney | Well, no. I can short circuit this. It's not a memory test. Is this the case: that DeMorgan only really transacted with entities that you controlled?** |

Page 14 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And - - - |
| 5 | Wright | The idea was just to have it sit there and I put everything into DeMorgan then distribute it out, get the capitalisation into there, eventually I fix it up so that instead of being a trustee, DeMorgan -- I'm trustee but DeMorgan has the -- the real ownership for each of the -- the different shareholdings and ..... |
| | O'Mahoney | Can I get you to unpack that a little bit, because that's something I want to understand. You said that you -- that the idea was that everything would be put into DeMorgan. That was the first step. |
| 10 | Wright | Yes. |
| | O'Mahoney | Can we just start on that step. Because I just want to understand the general nature of the commercial enterprise. What do you mean by that? |
| 15 | Sommers | Can I just clarify -- I'm not seeking to ..... your questioning, if you discuss -- maybe if you discuss the licenses from DeMorgan and the IP transactions from DeMorgan to the respective entities and the ownership and the reverting ownership, that may assist Greg in ..... |
| 20 25 | Wright | Okay. Well, the idea was to ensure that I protect my intellectual property so that I can put everything into one big pool and then distribute it where it needs to go based on what each individual entity is actually going to be doing. Coin Ex is an exchange type platform. Denariuz being a banking type platform and ..... reserve bank were you have to actually have capital reserves to own them ..... Bitcoin. Integyrs would be the commercialisation of a .....system. Hotwire was there to actually commercialise, do research, etcetera. Interconnected Research was set up as an RSP, which is ..... consulting ..... registered as Australia's first and only cryptocurrency consulting ..... registered ..... The idea being I take all of the different bits of software that I have and then I can start -- this is my list of software, plus the other bits I've bought, and then I can distribute them out where they need to go. |
| | O'Mahoney | Okay. |
| 30 | Wright | So I can focus each entity on what it needs to do. |
| | O'Mahoney | So unpacking that to look at this first step of putting what you say -- all of your intellectual property into this entity - - - |
| | Wright | Yes. |
| | O'Mahoney | Tell us about that process. How did you bring that about? |
| 35 | Wright | Well, I sold from me to the trust and then the trust to the entities. |
| | O'Mahoney | And what was the -- the value of the transactions from you to the trust? The total value. Ie, which -- I think if I'm understanding, the total value of all the intellectual property that you put into the trust. |
| | Wright | ..... 120 million. |
| 40 | O'Mahoney | Okay. So there was something like $120 million worth of intellectual property transferred into the trust from you? |
| | Wright | Yes. Some of which was external and some was mine. It was ..... |
| | O'Mahoney | But by external do you mean that the trust purchased some other intellectual property that wasn't yours? |
| 45 | Wright | I purchased stuff and then put it into the trust. |

CONFIDENTIAL

DEF_00068680

Interview Conducted with Craig Wright

| O'Mahoney | Okay. Did the trust acquire any intellectual property other than from you? |
|---|---|
| Wright | No. I – I acquired it, I sold it to the trust and the trust broke up and distributed all the bits into the ..... |
| O'Mahoney | Okay. And looking at this acquisition by the trust, you say the total value was roughly $120 million. How is that valuation arrived at? |
| Wright | The stuff I got from the banking and whatever else was how much they paid, and the other was based on – well, what had been put in from other entities overseas, such as ..... etcetera. |
| O'Mahoney | And the – the intellectual property that was transferred into the trust with this value of $120 million, did you – how were you paid for that? Did you become a $120 million richer? |
| Wright | Well, I had a loan to a trust overseas. And then - - - |
| O'Mahoney | Can you tell us about that loan to the trust overseas? |
| Wright | Well, basically there's a loan document. I get a loan of Bitcoin, which is still overseas, but is used to distribute those rights into the payments. |
| O'Mahoney | Okay. I'm going to need to understand that. And apologies. It might be that I'm being slow, but it sounds like this was** a substantial set of transactions that - - - |
| Wright | Yes. |
| O'Mahoney | - - - involved populating the trust, if you like, with this intellectual property |
| Wright | Yes. |
| O'Mahoney | Or selling to the trust this intellectual property with this value of $120 million. I just want to understand how did you receive that consideration, the $120 million? That's a large sum of money. How did it come to end up in your pocket? |
| Wright | I get an assignment of rights to Bitcoin held overseas, which is done against a loan. I mean, I had set up conditions ..... trust services and ..... the expenses ..... promotion of Bitcoin and promotion of cryptocurrencies and the research. And so - - - |
| O'Mahoney | Can I just pause there because I want to understand this. When you say you were assigned the rights to Bitcoin overseas - - - |
| Wright | Yes. |
| O'Mahoney | - - - is this the case, that there was a pile of Bitcoin or a pool of Bitcoin overseas with a value of approximately $120 million, and as part of these transactions you were assigned rights to that pot of Bitcoin, if you like? |
| Wright | I was assigned to part of that pot of Bitcoin. |
| O'Mahoney | So what percentage of that pot of Bitcoin was assigned to you? |
| Wright | Probably ..... |
| O'Mahoney | So does that mean that the total value of this pot of Bitcoin was about $240 million? |
| Wright | Well - - - |
| Sommers | Well, maybe if you ..... through this process by which the company's ..... capitalised. The company has paid the trust for their assignments and the trust paid you for this time. |

Page 16 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | Sommers | And it has been that way and so it's a bit – perhaps a bit clearer. |
| | Wright | Do you have a whiteboard? |
| | O'Mahoney | I don't. |
| 5 | Wright | No. |
| | O'Mahoney | But I've got an eager ear. Could I say this - - - |
| | Wright | Can I draw some diagrams and - - - |
| 10 | O'Mahoney | Yes. No, I'm happy for you to assist but it's – really, for the purposes of the interview, we're going to be relying on the transcript. I just want to understand this. |
| | Wright | Well, could I get you a diagram that you could add to the transcript? |
| | O'Mahoney | Yes. No, no, certainly, but - - - |
| | Wright | If we can do that because I'm more a putting down diagrams person than trying to explain it. |
| 15 | O'Mahoney | Happy to do that but I do want to understand this, that it does seem that we're on common ground when we say there was a pool of Bitcoin out there or a pot of Bitcoin. And I think you indicated that you were given an interest of 50 per cent of that pot of Bitcoin. Is that correct? |
| | Wright | ..... |
| 20 | Sommers | No, I think that that's the miscommunication. So I don't think Dr Wright said that there was a 50 per cent interest in that pot of ....., no. |
| | Wright | Yes, it's not a – it's a loan of a number of Bitcoin. |
| | O'Mahoney | All right. Well, I just want to understand. I thought you did say the figure "50 per cent." But put that to one side. I - - - |
| 25 | Wright | The entirety would be around 50 per cent of the entire pot. I haven't spent all of that but - - - |
| | O'Mahoney | All right. But does that suggest that the entire pot is worth about $240 million? |
| | Wright | Not anymore. |
| | O'Mahoney | Okay. But was it at the relevant point in time? |
| 30 | Wright | At one point in time, yes. |
| | O'Mahoney | I did – where did that pot, that Bitcoin sit? |
| | Wright | In the Seychelles. The server was physically in Donchester. |
| | O'Mahoney | Conchester? |
| | Wright | Doncaster. |
| 35 | O'Mahoney | Don - - - |
| | Wright | Over in Britain. And backup servers in Seychelles and Singapore. |
| | O'Mahoney | And - - - |
| | Sommers | So we get into difficult questions when you ask things like where did you ..... |

Page 17 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | No, no, I appreciate that. But we need some reference point, some ..... But this pot of Bitcoin that, at one point in time, was worth $240 million, it was – partly, it existed by reference to Donchester, I think you said? |
| | Wright | Yes. |
| 5 | O'Mahoney | And, partly, by reference to the Seychelles. |
| | Wright | Yes. |
| | O'Mahoney | And, partly, by reference to Singapore. |
| | Wright | Yes. |
| 10 | O'Mahoney | And is that pot of Bitcoin – are there documents in existence at the time that would speak to that $240 million? |
| | Wright | You can check the value against the number of Bitcoin and do a calculation on the market value at any point in time, yes. |
| | O'Mahoney | How many Bitcoin were there? |
| | Wright | That I had a loan of or - - - |
| 15 | O'Mahoney | No, that were part of this pot. |
| | Wright | The entire pot? |
| | O'Mahoney | Yes. |
| | Wright | 1.1 million. |
| 20 | O'Mahoney | And you had a – as part of this set of transactions where intellectual property was transferred into the trust, the DeMorgan Trust, you acquired a 50 per cent interest in that pot. |
| | Wright | Took 650,000 Bitcoins up to ..... |
| | O'Mahoney | Okay. So your interest was 650,000 Bitcoin which was approximately 50 per cent of that pot. |
| 25 | Wright | A little bit more. |
| 30 | O'Mahoney | And you've mentioned a few times a loan. I could understand this, that on the transferring of valuable assets into a trust you have transferred to you an interest in Bitcoin with X value, wherever they exist in the world. You – I don't understand how the loan fits in. Can you explain how that formed part of the consideration you received? |
| | Sommers | Sorry, just to be clear, what are you asking? I don't understand the question. |
| | O'Mahoney | Because I don't know exactly what the loan refers to. You've said a few times about - - - |
| | Wright | Yes, the loan from an entity in Seychelles. |
| 35 | O'Mahoney | Can you explain that. |
| | Sommers | There's a deed of loan - - - |
| | Wright | There's a deed of loan. |
| 40 | Sommers | - - - by a trustee who holds a number of Bitcoin and that deed of loan document is a loan from that trust deed to Dr Wright of Bitcoin in the sum of 650,000 Bitcoin. |
| | O'Mahoney | But you have – if the value of the ..... that has been transferred to the trust - - - |

Page 18 of 45

DEF_00068683

Interview Conducted with Craig Wright

|  | Sommers | Yes. |
|---|---|---|
|  | Wright | That's - - - |
| 5 | Sommers | No, you're jumping around between different things. So that's the loan. You asked a question about what's the loan. |
|  | O'Mahoney | I was wondering how that - - - |
|  | Sommers | That's the loan. |
|  | O'Mahoney | - - - factored in. |
|  | Sommers | And then it – now explained - - - |
| 10 | Wright | So I used the rights to the Bitcoin to basically buy and sell between the entities. So - - - |
|  | O'Mahoney | Can you explain that? |
|  | Wright | I will do it with all things I can move around. Apples and oranges. |
|  | O'Mahoney | If you can - - - |
| 15 | Wright | I have to do it like this. |
|  | O'Mahoney | I mean, if you can do it by the use of words that's certainly going to be the most - - - |
|  | Wright | I can do maths. I can do whatever else. Use of words is not my speciality. |
| 20 | O'Mahoney | I appreciate that but one of the issues we've got is that the transcriber won't pick up, sort of, movement of fruit on a table. So, I mean, I'm grateful for that sort of visual indication but we are going to have to, as best we can, reduce to words what we're talking about. So the question is how is it that – you've just outlined a modus operandi of the use of this interest in Bitcoin. |
|  | Wright  . | .... All right. So used – put a right to Bitcoin into one of the entities as capital. |
| 25 | O'Mahoney | Yes. |
|  | Wright | Pay it back to buy the goods. So the internal things where it's just software that I haven't purchased externally is just a wash transaction. I pay for it, I swap it. It all equals zero and it all works out. The only ones where there's any real difference are where there's an external party and Bitcoin have left and gone off to pay someone else. |
| 30 |  |  |
|  | O'Mahoney | Yes, and that's – does that happen from time to time? |
|  | Wright | Yes. |
|  | O'Mahoney | But to understand this, I mean, it's a big picture question, I guess. At one point in time you received this consideration, $120 million for – roughly for intellectual property that you transferred to this trust. |
| 35 |  |  |
|  | Wright | Yes. |
|  | O'Mahoney | And you say that your consideration for that was an interest in roughly 650,000 Bitcoin. Is that correct? |
|  | Wright | No. |
| 40 | Sommeres | No. No one said that the entire 650,000 Bitcoin were transacted. That was the – you asked about the loan. |

Page 19 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| O'Mahoney | Yes. | |
| Sommers | That's the pool and, on top of which, a number of Bitcoin were transacted not equal to that. | |
| O'Mahoney | Okay. I'm sorry, I misunderstood. I thought there was a pool of 1.1 million. | |
| Wright | ..... | |
| Sommers | There's a pool, there's a loan of a subset of that 1.1 million and then a further subset of that 650 is being dealt with in relation to the capitalisation of the companies and the companies' spending money acquiring the IP. | |
| O'Mahoney | All right. Well, okay, I'm grateful for that clarification. We will come back to it. Tell me this, that the – you were describing earlier the process whereby assets were transferred into the trust and we've been speaking about the consideration that you received for those assets. Then I think – correct me if I'm wrong – you said something like the idea was we put everything into the trust or I put everything into the trust and then distribute out from that trust. | |
| Wright | All the software, yes. | |
| O'Mahoney | That's what I was going to ask. So can you tell us about that second phase, the distributing out. What do you mean by that? | |
| Wright | There are millions of ..... code. I've split up ownership of parts of those different entities. Each of those are focussed on different areas, some to do with security around the Blockchain, some are to do with the exchange of that ....., some are to do with the banking. Andrew, a few of the ATO people have seen it but I own a ..... software and platform at the moment. And one that we've been able to alter so that we can use it on the Blockchain which really ..... couldn't do with, well, billion dollar companies being able to, ultimately, ..... worked. So part of all that and that failing and whatever else, I've gone out and bought everything I needed to create my own. | |
| O'Mahoney | Okay. And so is this the case, that there's a lot of software and a lot of IP that, at one point in time, you say, was the property of the trust and that that has been distributed to various companies that you control, based on what those companies do and what the relevant IP is. | |
| Wright | Yes, yes. | |
| O'Mahoney | Is that a - - - | |
| Wright | ..... each one individually. | |
| Sommers | How was it distributed because I think Greg is going down a path about the word "distributed" which I don't think has explained how it was distributed. | |
| Wright | We did an assignment. So there's a contract where we bought and sold all of the software listing which bits were given to each particular entity. And then we capitalised each of the companies. So out of the pool, we've got the rights to Bitcoin into something like Coin Ex and then Coin Ex buys back the rights to the particular bit of intellectual property. | |
| O'Mahoney | Are there sort of documents that have been created in respect of the trust that would evidence the total or the global amount of IP or software that the trust had transferred to it at a point in time? | |
| Wright | Yes, yes. | |
| O'Mahoney | And are there documents evidencing the specific transfers from the trust to these various entities or - - - | |

Page 20 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Each of those have been given to the Tax Office. |
| | O'Mahoney | - - - discrete software. |
| 5 | Wright | And even before any of this, back in the '12/13 year, I approached the Tax Office to get a BDR.  My comment was, first, can I get around doing GST on these transactions because, apart from the external ....., what I wanted to do was just say, look, I don't have the same shareholding in each of these things but they're all a wash transaction.  Can I just do it with no GST because it all works out at zero in the end?  And the comment from the Tax Office was no and they gave me a BDR saying you have to put tax on any transaction. |
| 10 | O'Mahoney | Can you explain what you mean by "wash transaction?" |
| | Wright | It equals zero at the end of the day, it - - - |
| | O'Mahoney | In what sense? |
| | Wright | There's a plus and a minus for GST and the plus and the minus are exactly equal. |
| 15 | O'Mahoney | And is that - - - |
| | Wright | One party owes, one party doesn't, and they're all related anyway. |
| | O'Mahoney | Well, is that - well, that's what I was coming at.  Is it that you say that it's that zero type transaction or wash transaction in the context of entities that are related - - - |
| 20 | Wright | Yes. |
| | O'Mahoney | - - - transacting with one another. |
| | Wright | Yes. |
| | O'Mahoney | All entities that you control. |
| | Wright | Yes. |
| 25 | O'Mahoney | And tell me this, that – focussing in on, I guess, the present dispute.  We know that there were a number of invoices issued by DeMorgan to Coin Exchange on 1 July 2013. |
| | Wright | Yes. |
| 30 | O'Mahoney | Can you tell us about the circumstances in which those invoices came to be issued? |
| | Wright | We set up how we were going to distribute the software, what the payment schemes are and plans and issued invoices against that. |
| | O'Mahoney | And when you say "we," who was that? |
| | Wright | Myself and other people who were involved with all of this. |
| 35 | O'Mahoney | Who were? |
| | Wright | Involved with running the companies. |
| | O'Mahoney | Yes, but - - - |
| 40 | Wright | Initially, Jamie Wilson but we had a falling out.  He still owns 15 per cent of the original company and the patent that I failed at .....   Ramona is involved, other people were involved as well. |
| | O'Mahoney | So both Jamie and Ramona would have been involved in, what, the issuing of these invoices? |

Page 21 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. I actually stepped out from one side because the coin – like, for Hotwire and things I didn't sign as a Hotwire director because then, if I'm a Hotwire director, I didn't want the conflict type thing. So I signed for the trust and Jamie and Ramona signed for the company or Coin Ex, at this stage, was Jamie. |
| 5 | | |
| | O'Mahoney | In circumstances where you didn't want to be signing, if you like, on both sides of the ledger. |
| | Wright | Yes. |
| | O'Mahoney | Both sides of the ..... |
| 10 | Wright | Yes. I thought it was better if I stepped back and acted on one side rather than both. |
| | O'Mahoney | So who prepared the invoices? Who would have drafted them? |
| | Wright | Jamie, and they were a bloody mess and we had to redo ..... |
| 15 | O'Mahoney | Okay. We will come back to that. But Jamie prepared them, what, on your instructions? |
| | Wright | Well, he was the finance person ..... for the ..... he was going to be ..... CFO. |
| | O'Mahoney | For DeMorgan? |
| | Wright | No. Not for DeMorgan. |
| | O'Mahoney | All right. |
| 20 | Wright | For the companies. But he ran – he was going to run all the accounts and everything for it. |
| | O'Mahoney | Okay. But who from DeMorgan issued these invoices? |
| | Wright | I issued the invoices ..... DeMorgan. |
| 25 | O'Mahoney | You did? I thought you said that Jamie did and he got it wrong and you had to redo them. |
| | Wright | Yes. I ended up redoing them because Jamie – his wife and himself, well, I think they're now divorced. I don't know ..... they've separated around that time and didn't realise ..... big mess and he didn't end up doing half the things he was meant to do. |
| 30 | O'Mahoney | Okay. So to be clear, is this the case, that in the first instance, the invoices ..... prepared by Jamie, you weren't happy with them, you edited them, they needed quite a bit of fixing? |
| | Wright | Yes. |
| 35 | O'Mahoney | It sounds like. Tell us about anyone else who would have contributed to the original preparation of these invoices. |
| | Wright | The original? |
| | O'Mahoney | Yes. |
| | Wright | No one else. |
| 40 | O'Mahoney | No. Did Jamie prepare the invoices on instruction from you in the first instance? |
| | Wright | Well, yes. |
| | O'Mahoney | And what were your - - - |

CONFIDENTIAL          DEF_00068687

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | And he wasn't part of the trust. |
| | O'Mahoney | And what were your instructions to him? |
| | Wright | Basically prepare the invoices. |
| | O'Mahoney | You would have to say a little bit more than that. |
| 5 | Wright | Well, yes, I but I don't remember exactly what I said. |
| | O'Mahoney | No. |
| | Wright | We had - - - |
| | O'Mahoney | But we don't live in la la land. We're not expecting you to remember word for word, but the substance of what was said. |
| 10 | Wright | We had contracts. |
| | O'Mahoney | Yes. |
| | Wright | And assignment documents. And along those contracts and assignment documents ..... invoices. |
| 15 | O'Mahoney | Okay. The – and is this the case, that those invoices were issued – tell me this, that they were prepared by Jamie. When were they issued to Coin Exchange? Or how were they I guess is more relevant. We know - - - |
| 20 | Wright | Well, we set up everything as zero and you just click a button and it goes from one zero account to another zero account. So we have different accounts ..... and, electronically, invoices are transmitted over the internet to another system on the internet. |
| | O'Mahoney | All right. If I - - - |
| | Wright | I don't ..... if I don't have to. |
| | O'Mahoney | No. Okay. Yes. |
| | Wright | As you're probably aware from the past ..... |
| 25 | O'Mahoney | If I sent an invoice over email, there's a record of the date that I send the invoices, a documentary trail, if you like. You can create a picture of when it was sent. Is there such a record here in respect of these invoices? |
| | Wright | Ones where they've been sent and fixed and deleted ..... yes. |
| 30 | O'Mahoney | Is this the case that after the invoices were first issued, they were subject to further editing? |
| | Wright | Yes. |
| | O'Mahoney | And what was the nature of the further editing? |
| 35 | Wright | After Jamie disappeared beginning of October ..... contact ..... John Chesher ..... in the past. John said, "There's errors here. Fix them." And then we were talking ..... the Australian Tax Office and they said, "No. Things have to be this way," so we did them. And - - - |
| | O'Mahoney | Okay. |
| | Wright | Basically going backwards and forwards, trying to get what everyone wanted as being correct. |
| 40 | O'Mahoney | Okay. Just unpacking that. Firstly, I think, where there was some input from John Chesher. Tell us about that input. |
| | Wright | What do you mean? Sorry. |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | Well, what was his input?  He obviously – I think you indicated he had some problems with the invoices.  What were those problems? |
| | Wright | Dates. |
| | O'Mahoney | Okay.  What did he say? |
| 5 | Wright | I had predone – because they were for 12 month periods, I had actually pre-done things before when they ..... so we had finalised transferring software on 15 July.  Because it was a 12 month contract, I've just done it from 1 July ..... because it's a 12 month contract anyway.  For the whole year, I just dated the thing when I ..... and tried to get it ..... the first time as of the 1st.  And John said you can't do that.  You've got to ..... the other or you've got to ..... it this way, so - - - |
| 10 | | |
| | O'Mahoney | All right. |
| | Wright | Dates were a big issue, which I still can't see as the problem because it's still in the relevant period, etcetera, etcetera ..... |
| 15 | O'Mahoney | And you were saying that there was some further input from the Commissioner for the Tax Office. |
| | Wright | Yes. |
| | O'Mahoney | What was that – were changes made following that input? |
| | Wright | Yes.  Everything was totally redone. |
| 20 | O'Mahoney | Okay. |
| | Wright | That's where Andrew and everything was involved.  I stepped back totally, and Andrew and John and everyone went back and forwards, having me pull out my hair, and saying this is how it has got to be now.  And the values all worked out the same except ..... - - - |
| 25 | O'Mahoney | Okay.  Well - - - |
| | Wright | Different ways of doing it.  I won't even go there because I have no idea.  All they – all I know is Andrew and John and everyone else went back and forwards, pulling apart the things and redoing it all ..... |
| 30 | O'Mahoney | All right.  Well, can I ask this, Dr Wright.  To the best of your understanding, what changes were made to the invoices following input from the Commissioner? |
| | Wright | How we ..... GST.  So the actual value after everything cancelled out is exactly the same, so I don't – I still don't see the point of it. |
| 35 | O'Mahoney | Okay.  The point of it is one thing.  But I just want to understand, in the first instance, what changes were made to the invoices following input from the Commissioner? |
| | Wright | I don't really know or understand.  I know that it was reissued and Andrew and John did a whole lot of ..... things and John came back and he did invoices and he reissued everything and put it back onto the system.  And the amounts were exactly the same, so I didn't complain. |
| 40 | | |
| | O'Mahoney | All right.  One feature of the invoices - if you like, there are a number of invoices all dated 1 July 2013 and they add up to, I think, $38,170,000 or thereabouts.  Tell us this, what were the circumstances that resulted in multiple invoices being issued in the amounts that they were, i.e. a number of invoices for $5.445 million and a larger invoice for $10.945 million? |
| 45 | | |

Page 24 of 45

DEF_00068689

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Sorry. From who to whom are these invoices? |
| | O'Mahoney | The invoices from DeMorgan to Coin Exchange. |
| 5 | Wright | That was to do with the conditions in the software distribution contract, which I don't know if we have got a copy there but they have got copies of it. |
| | O'Mahoney | Well, I want – so you say there's a contract that will – that breaks down - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - each of these amounts? |
| | Wright | Yes. |
| 10 | O'Mahoney | And that each of these amounts is reflected, what, in a - - - |
| | Wright | Payment schedule. |
| | Sommers | Payment schedule. |
| | O'Mahoney | In a payment schedule. |
| | Wright | Yes. |
| 15 | O'Mahoney | All right. Normally, when you think of – when you say payment schedule, that in my mind normally invokes sort of staggered timing. These were all invoices issued on the same day. What do you mean by payment schedule? |
| | Wright | They were issued on the same day but if you read the conditions for each period - - - |
| 20 | O'Mahoney | Yes. |
| | Wright | Because work was going to be ongoing over that period using that software. |
| | O'Mahoney | But looking at the – on the face of the invoices, they all are framed in, I think I'm right in saying, more or less identical terms: software sales-prepaid 2014 to 15, software licence. |
| 25 | Wright | ...... numbers. |
| | O'Mahoney | There's - like in terms of - - - |
| | Wright | Invoice numbers. |
| | O'Mahoney | In terms of the description, I can put - - - |
| | Wright | In terms of the invoice numbers. |
| 30 | O'Mahoney | The invoice numbers are different but I am just talking about on the face of what's described as the sale, if you like, or the supply. If I just show you them, is there anything on the face of those invoices that you could direct us to that would explain what specifically was the subject of each in terms of the relevant supply? |
| 35 | Wright | Well, not much in the invoices because it is some – it's the contract that actually does anything, and I think one of these was cancelled anyway ..... double-check on the system but I think invoice 6 and 10 basically ended up with the same thing. And then you will notice 5 is 13, 14 and then the other was 14, 15. |
| 40 | O'Mahoney | I'm grateful for that. But when you say that an invoice was cancelled, what were the circumstances of that? |
| | Wright | It was cancelled because it was incorrect and another one was issued. |

CONFIDENTIAL                                                                          DEF_00068690

Interview Conducted with Craig Wright

| | O'Mahoney | In what way was it incorrect? |
|---|---|---|
| 5 | Wright | I don't remember all the details. I think it might have been double-issued or something like that or whatever else. All I know is there is a schedule in the contract and that schedule is what dictates the invoices and which periods they cover. |
| | O'Mahoney | And apart from the contract, are there any other documents that were created around these transactions? |
| | Wright | Yes. |
| 10 | O'Mahoney | Emails – what sorts of documents? |
| | Wright | There's emails of course. There's all the emails back in - at which point do you want to talk about? |
| 15 | O'Mahoney | Well, at around the time that this – these transactions totalling $38.1 million are said to have occurred. What sorts of documents beyond the contract and the invoices do you say evidence those transactions? |
| | Wright | There's an assignment of the transaction. There's the details in the Supreme Court of the software. There's the – what do you call it – the sale for the actual external software that was purchased. |
| | Sommers | ..... as between – are you asking between the Wright Family Trust - - - |
| 20 | O'Mahoney | That's right. Between - - - |
| | Sommers | And Coin Exchange. |
| | O'Mahoney | The two parties to the transaction. |
| 25 | Wright | Well, purely that, there's just a couple of emails and the contracts. I mean, I don't see why I would have more than that. It's myself running a company and myself running a trust. I documented it all in contracts. I documented the schedules. I'm not going to send emails back and forwards to myself going, "Hey Craig, I'm doing this." "Yes, Craig, that's a good idea." "Hey Craig, what do you think if I do that?" |
| 30 | O'Mahoney | The – tell me this, that in terms of the receipt of these invoices, on any view of it, the supplies they are said to reflect were valuable - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - with a total value of about $38 million. How was it that the value of said supplies was arrived at? |
| 35  40 | Wright | As I said before, the combination of input plus predominantly a number of lines of code, standard ..... valuations, which was used in the US all the time. And I have got ATO documents saying that it was used by – that it's a ..... valuation by the Australian Stock Exchange. I have got ..... ATO. I have got training presentations from the ATO that say this is one way of valuing software, hence used COCOMO. I had an independent FCA chartered accountant go over the figures I used and came back with, "That's too aggressive, you should set that lower," all those sort of things. |
| | O'Mahoney | And how was it that at this stage in its corporate live Coin Exchange was in a position to acquire such valuable supplies? |
| 45 | Wright | Because I have rights to Bitcoin and I capitalised the entity. |

CONFIDENTIAL

DEF_00068691

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | Okay.  The – we will come back to that but can I ask this, that we – that – obviously the subject of these supplies was software.  In terms of the mechanics of what's reflected on the invoice it says here, "Due date 15 August 2015," on – I think on - - - |
| 5 | Wright | Yes. |
| | O'Mahoney | - - - one of the invoices and 15 August 2014 on another, 15 August 2013 - - - |
| | Wright | Yes. |
| | O'Mahoney | - - - on another.  What are those due dates referable to? |
| 10 | Wright | There were a number of milestones in taking some of the software and updating and converting it and moving it so that it was more usable for what we want in each of the companies. |
| | Sommers | In clause 11 of appendix 1 ..... |
| | O'Mahoney | Yes.  That's what I wanted to clear.  In your mind, is that a reflection of the date by which payment was due? |
| 15 | Wright | Due, yes. |
| | O'Mahoney | Due.  Okay. |
| | Wright | It's sort of due when the particular task, activities and whatever else had been completed. |
| 20 / 25 | O'Mahoney | All right.  The – I will come back to this.  I mean, you have mentioned the issue – that there being an issue of the date.  One of the interesting or threshold issues, as I'm sure you will appreciate in this dispute, is that the date of registration of DeMorgan in terms of its ABN.  We know – we have got pretty clear information that it was registered on 26 August 2013.  Are you able to tell us how it came to be that in those circumstances, DeMorgan was issuing invoices - - - |
| | Wright  . | .... DeMorgan ..... - - - |
| | O'Mahoney | I've just got to get the question out clearly before you answer it.  Are you able to tell us how, in those circumstances, DeMorgan was issuing invoices as at 1 July 2013? |
| 30 | Wright | The trust was formed in June 2013.  What happened was Dianne was meant to - or ..... both or one or the other ..... can send it off to the ATO when they set up the trust.  What they ended up doing was just giving ..... trust and ..... - - - |
| 35 | O'Mahoney | I think – I think what ..... example is were those documents issued on 1 July 2013? |
| | Wright | No. |
| | O'Mahoney | Well, no, actually.  The question was can you explain to us how it came to be in those circumstances of DeMorgan being registered in August – on 26 August 2013.  How did it come to be that the invoices were issued on 1 July? |
| 40 / 45 | Wright | ..... the contract was signed in August – end of – after the trust had been registered.  What I ended up doing was filling out an invoice that said ..... period, because that's what it was meant to be.  The trust that actually formed on 1 June, so after filling out the contract – I think it was the 26th, or something like that, of August – I had the contract, but the invoices for the contract signed as of that ..... date, because I thought that's what I'm meant to do.  It's still the same GST period.  I didn't think it would be a problem.  I thought the |

Page 27 of 45

                                                          DEF_00068692

Interview Conducted with Craig Wright

|   |   |   |
|---|---|---|
|   |   | correct way, being what we're talking about, was, for the whole period, was to have a ..... with that date, which was my mistake; I should have invoiced them for the whole period from the date that I had them. Jamie, who was the CPIE, just disappeared all the time – didn't get ..... |
| 5 | O'Mahoney | Was Jamie involved in this, what I think you've referred to as backdating? |
|   | Wright | I ended up doing the backdating because I thought it was correct. |
|   | O'Mahoney | When did you do the backdating? |
|   | Wright | When I set them – when I tried fixing up the invoices. |
|   | O'Mahoney | And who else was involved in the backdating? |
| 10 | Wright | Just me. |
|   | O'Mahoney | And to backdate something – the – the suggestion is there was already date. Had Jamie arrived at the original date? |
|   | Wright | Jamie went with ..... |
|   | O'Mahoney | But he obviously arrived at the original date? |
| 15 | Wright | Yes. |
|   | O'Mahoney | And did he do that on instruction from you? |
|   | Wright | Well, he did it on instruction from the contracts. |
|   | O'Mahoney | And when did – as best you recollect, when was Jamie's version of the invoice created, or invoices? |
| 20 | Wright | The proper ones that we ended up with in the system, whatever the date is on the contracts, it would have been the day after that ..... August. |
|   | O'Mahoney | All right. The – the – the software that was being supplied, I think it falls into two categories – and you will have forgive me; I don't share your technical expertise, so I'm going to need a little bit of enlightenment. |
| 25 | Wright . | .... |
|   | O'Mahoney | Okay. I'm sure it does, and maybe I've oversimplified it, but - - - |
|   | Wright | Yes. |
|   | O'Mahoney | - - - certainly from my reading of the brief materials, it indicates that, broadly, there was some software that was associated with Seimens. Is that correct? |
| 30 | Wright | Yes. That's so. |
|   | O'Mahoney | And some other software that as associated with an entity Albaraka. |
|   | Wright | That's the external software, not the internal software. Yes. |
|   | O'Mahoney | All right. Well, can we just go through them one at a time. |
| 35 | Wright | That's the predominant software. There's also a number of other small parts of software in the contract ..... the two large ..... external contractor were those two. |
|   | O'Mahoney | All right. Well, can we just go through them one at a time. Starting with Seimens Software, tell us about that. |
| 40 | Wright | Seimens Software is mine automation software, or ..... automation software. Basically what we're doing is it's a sort of ..... software designed to run and automate anything from a factory to a mine ..... else. As I've been saying, what I want to do is take a number of ..... and automate them. So I want to do |

CONFIDENTIAL

DEF_00068693

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| 5 | | something that will work on the block chain and automate the payment ..... I wanted to actually have a set budget, and the budget is prepaid, and that ..... based on use, will actually distribute payment to the energy grid based on different times, etcetera, like that and negotiate itself.  So my Seimens Software – well, what it's actually used for is creating ..... if you look at the things that have been - ..... mine and everything like that at the moment, it is becoming profitable for iron ore because they have less people.  So they're automating all these machines that go down underground, and they're effectively robots that are pre-programmed to do certain things.  I want to take |
| 10 | | that and monetize it, so we build it directly into the block chain, and we have all this automation software, and then we have it built into everything you can think of, whether it's home appliances, whether it's light bulbs, computers, internet access – so, per packet on internet access would be micro payments, and then we could also have it so that it controls the device based on what's |
| 15 | | actually out there, whether there are other sensors in here.  So, for instance, if it senses selected people in the room versus a large meeting versus a small one - - - |
| | O'Mahoney | Okay. |
| 20 | Wright | The ..... would turn on and off depending on the time of day and ambient light. If it can sense a particular person – so you have an RFID tag or something else – and it knows that – it starts to learn over time that you like a brighter room, it will do that but in a way that can be billed back automatically to the owner of the project. |
| 25 | O'Mahoney | So is it the case that, in part, the software is directed towards energy efficiency? |
| | Wright | In part, yes. |
| | O'Mahoney | And, in part, it's directed towards - - - |
| | Wright   . | .... |
| | O'Mahoney | - - - convenience – user convenience, user amenity. |
| 30 | Wright | And also user pace. |
| | O'Mahoney | User pace?  All right. |
| | Wright | Yes. |
| | O'Mahoney | A way of charging users. |
| 35 | Wright | Eventually, I mean, to take it to the ultimate extreme, if you commercialised roads – they have governments ..... you take the road, get rid of local councils, because they suck, and you actually then give ownership to a section of road or road, or whatever else, to individuals who can then trade and distribute that based on smart property contracts.  As people go up the road, you could have something like you have the tolls systems now where it's an automated |
| 40 | | payment, and that automated payment goes towards the maintenance and control of the road.  So if you have a suburban road, people could limit the amount of traffic by increasing how much it's going to cost to go on the road. |
| 45 | | So if you don't want people going up your road, the same as a strata-type thing, everyone gets together, they vote based on, you know, holdings in the block chain, and say, "We are going to charge $10 for everyone to go up the road unless you happen to be a resident, in which case you get this much free access and this much paid."  That can then be tied to contractual obligations to maintain the road.  So the road itself can actually have contractual |

Page 29 of 45

DEF_00068694

Interview Conducted with Craig Wright

|   |   | obligations so that if a certain number of people then do things like Twitter in and say, you know, "Hey, there's a pothole" - - - |
|---|---|---|
|   | O'Mahoney | Yes. |
|   | Wright | - - - "and they fixed it and it's automated and" - - - |
| 5 | O'Mahoney | I understand the concept.  I understand.  Thank you for that explanation.  Tell me this, how is it that this line of software or this type of software is identified by reference to Seimens? |
|   | Wright | Seimens have an automation and control suite. |
| 10 | O'Mahoney | What does that mean?  Is Seimens responsible for some of the intellectual property that has gone into this software? |
|   | Wright | Yes.  I'm pulling it apart and reverse engineering it. |
|   | O'Mahoney | Okay.  But pulling apart what is effectively, in the first instance, a Seimens' product;  is that right? |
|   | Wright | Yes. |
| 15 | O'Mahoney | And - - - |
| 20 | Wright | Under Australian law there is no – it's not like the Digital Millennium Copyright Act in the US where ..... be breaking the law by pulling apart the software.  Here in Australia, I can actually reverse engineer and recreate.  So what I am doing is taking something where I don't have source code or anything like that, and if you will look at some of my skill sets, I taught reverse engineering ..... particularly from a malware point of view but from other points of view  as well.  So I could take a piece of compiled code, where there's no documentation, and I can - - - |
|   | O'Mahoney | Back engineer it or reverse engineer it. |
| 25 | Wright | Back engineer it back into something that is usable. |
|   | O'Mahoney | All right. |
|   | Wright | And recreate my own version. |
| 30 | O'Mahoney | Tell us this, just focusing on this Seimens' software.  For the Seimens' software to have been the subject of this transaction between Coin Exchange and DeMorgan, it must have at some point in time been the – well, it's - obviously it was at some point in time, you say, the property of DeMorgan.  DeMorgan had to have acquired it to sell it. |
|   | Wright | Yes. |
| 35 | O'Mahoney | That's simple enough.  DeMorgan, I think you say, acquired the software from you? |
|   | Wright | Yes. |
|   | O'Mahoney | Specifically this Seimens' software, can we just go through how – for DeMorgan to have acquired it from you, you had to have had it at some stage.  So if we could start at the beginning |
| 40 | Wright | I did a - - - |
|   | O'Mahoney | Let me finish the question, and I'm sorry it's a long-winded one.  Dr Wright, how did you first acquire this Seimens' software? |

CONFIDENTIAL                                                                                              DEF_00068695

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | I dealt with a company called MJF and they ..... turned out to be a rather dodgy fellow called Mark Ferrier, who said – he could get me access to the software. | |
| O'Mahoney | Okay. | |
| 5 Wright | I purchased it from him. I then sold it into the trust – in the trust and split up the bits and sold them. | |
| O'Mahoney | All right. So let's just start – what is MJF? | |
| Wright | MJF is the only company I know with no directions in Australia at the moment ..... removed Mark. | |
| 10 Sommers | I think ..... was somewhat more limited. | |
| O'Mahoney | It was. That's a fascinating description. It sounds like a bus without a driver, but – MJF – – – | |
| Wright | Worse than that. | |
| O'Mahoney | What do you know about MJF? | |
| 15 Wright | Now or then? | |
| Sommers | Yes. That's the important distance. | |
| Wright | Now, a lot more than I knew then. | |
| O'Mahoney | Well – okay. How about we work up to MJF. Let's start with – I just want to understand how you came to acquire the Seimens software. You mentioned this figure – this character, Mark Ferrier. You met him at a mining conference. | |
| 20 | | |
| Wright | Yes. | |
| O'Mahoney | What was the mining conference? | |
| Wright | One of them. I speak at lots of conferences. I can't remember. | |
| O'Mahoney | You can't remember which one. Can you remember, roughly, when it was? | |
| 25 Wright | End of – I would have to look at my ..... | |
| Sommers | There's an entire breach of ..... | |
| Wright | I've got a new phone. I kept my old phone because I got the SMSs and everything from – from Mr Ferrier. So what I've done is I've – I've bought a new phone totally, so that I could put the old phone there and leave all the evidence untouched. | |
| 30 | | |
| O'Mahoney | Okay. But – no one is holding you to precise dates. But as you best recollect, when was it that you first met Mark Ferrier? | |
| Wright | End of 2012, beginning of 2013. We started dealing properly in beginning of – like January, February 2013. | |
| 35 O'Mahoney | All right. So early 2013. | |
| Wright | Yes. | |
| O'Mahoney | Was he – was he also presenting at this conference? | |
| Wright | No. | |
| O'Mahoney | Was he attending? | |
| 40 Wright | Yes. | |
| O'Mahoney | And – and does he have an interest in the mining sector? | |

Page 31 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | Yes. |
| | O'Mahoney | And at the conference you had a conversation with him about business opportunities. |
| 5 | Wright | He came up to me, actually, after I had been talking, because I had been talking about automation and I had been talking about all these different things, and I sort of let people know that I was ..... |
| | O'Mahoney | Okay.  And is this the case – did he pitch an idea to you? |
| | Wright | Yes. |
| 10 | O'Mahoney | And what did he say?  Again, I'm not going to hold you to a word-for-word account, but just tell us about this interaction.  What did he say, as you recollect, and what did you say? |
| 15<br><br><br>20 | Wright | I know he came across – all right.  Can we just say there is allocution Mark and there is low, down and dirty Mark.  There are two versions – or at least two versions of Mark, as other people ..... found out as well.  I was dealing at that stage with the refined Mark whose father was Ian Ferrier and had a background in mining and financing and all these things.  Talked a really good game and told me how he could get access to software and things like that that I wanted.  Not straight away.  Not day 1.  We built up a little bit of a rapport first.  I told him – asked me about what I wanted.  Really interested in what I was doing.  I mean – so as I – as I ..... I can rant and rave on about that stuff. |
| | O'Mahoney | But did you and Mark start speaking on an ongoing basis? |
| | Wright | Yes. |
| | O'Mahoney | And in the course of those discussions – – – |
| 25 | Wright | Mostly Skype, SMS, some emails. |
| | O'Mahoney | Some emails.  Some SMS. |
| | Wright | Yes. |
| | O'Mahoney | And you've got – you've kept some of those, I take it. |
| 30 | Wright | I actually got a new phone** so that I could keep the other phone and just put it aside and ..... |
| | O'Mahoney | So yes. |
| | Wright | Yes. |
| | O'Mahoney | And is this the case, in the course of those discussions, he pitched to you the idea of you acquiring some – we will call it the Siemens software. |
| 35 | Wright | Well, he had asked me what I wanted and things like this, and I – in talking about automation software and I was there at the conference for that, and he then said he could get hold of this software from Siemens. |
| | O'Mahoney | And did he put that to you as a potential investment? |
| | Wright | He said he could sell it to me. |
| 40 | O'Mahoney | He told you he could get hold of it. |
| | Wright | Yes. |
| | O'Mahoney | Did he tell you that he owned it? |
| | Wright | No. |

Page 32 of 45

CONFIDENTIAL

DEF_00068697

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | So he was indicating that he could source it. |
| | Wright | Yes. |
| | O'Mahoney | And did he explain how he could do that? |
| | Wright | Not at first, no. |
| 5 | O'Mahoney | Did he at any point in time? |
| | Wright | My problem was I didn't have cash, I had Bitcoins, which he said he could source someone else who would take the Bitcoin and for the Bitcoin he could give me the software. |
| 10 | O'Mahoney | All right.  And he – did he explain to you how he could source it at any point in time, this software? |
| | Wright | No.  I didn't ask. |
| | O'Mahoney | You didn't ask.  Because I asked you that a minute ago and you said not at first, but I thought you might be about to say that later on he explained how it came to be that he was able to source this software. |
| 15 | Wright | Not the Siemens software. |
| | O'Mahoney | No.  Okay. |
| | Wright | I just assumed that he was as successful as he made out. |
| | O'Mahoney | All right. |
| | Wright | He talks a really good game when he wants to. |
| 20 | O'Mahoney | Was he indicating that he was working for Siemens or that he had a relationship with Siemens? |
| | Wright | No.  He was a mining contractor.  He was dealing with a company called Paynes Find Gold. |
| | O'Mahoney | Paynes Find Gold. |
| 25 | Wright | Yes. |
| | O'Mahoney | Yes. |
| | Wright | And - - - |
| | O'Mahoney | How do you spell that? |
| | Wright | P-a-y-n-e-s Find Gold. |
| 30 | O'Mahoney | Okay.  And what, in that context he raised the ability to source this software. |
| | Wright | Yes. |
| | O'Mahoney | Is that right? |
| 35 | Wright | He said he knew a lot of people with money apart from himself;  his father and all the rest.  He said he had about $5million in trust that he had father had set up, and other money.  He gave me a whole lot of contacts, mostly of the porn industry.  The porn industry has money.  Like the guy from the adultshop or whatever it was ..... he had. |
| | O'Mahoney | He shared with you some contacts, but specifically on this Siemens software, he indicated he could source it for you. |

CONFIDENTIAL

DEF_00068698

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | | Well, he did a mining contract so what he was involved with was setting up and doing mining contracts, and mining contracts these days are more and more software, hardware, little robots. |
| O'Mahoney | 5 | And how did it progress from there?  It was a topic of discussion;  he raised it, he pitched an idea.  Tell us about how the transaction occurred. |
| Wright | | We went back and forwards for a while because it was bloody expensive. |
| O'Mahoney | | The software was? |
| Wright | | Yes. |
| O'Mahoney | | Did he tell you what the price of it would be? |
| Wright | 10 | Yes. |
| O'Mahoney | | What did he say? |
| Wright | | I can't remember but it was in the order of about $5.5 million for everything I wanted. ..... |
| O'Mahoney | 15 | Did – and you, I presume, to get a figure like that, had to be pretty clear with him about what you wanted. |
| Wright | | Yes. |
| O'Mahoney | | Did you reduce that to writing? |
| Wright | | We talked and Skyped and other things, so I've got records in Skype. |
| O'Mahoney | 20 | But thinking about that, that's a lot of money for software.  You wouldn't, I don't think, want to leave too much to chance.  Did you reduce to writing what you required? |
| Wright | | Yes, everything in the Siemens suite. |
| O'Mahoney | | Everything in the Siemens suite. |
| Wright | | Yes. ..... |
| O'Mahoney | 25 | Did you list out what that meant to you? |
| Wright | | We talked over Skype about it.  It's the full suite of software in that area and there's like quite a list, etcetera. |
| O'Mahoney | | Is it – when you say a full suite of software, is it readily identifiable as a suite? |
| Wright | | There are a number of suites, yes. |
| O'Mahoney | 30 | Does this suite have a particular name? |
| Wright | | Yes.  I would need to look at the particular things but at the moment I can't remember. |
| O'Mahoney | | And at any rate - - - |
| Wright | | There's a number of different things. |
| O'Mahoney | 35 | Okay.  At any rate he mentioned this $5.5 million figure. |
| Wright | | Mmm. |
| O'Mahoney | | One – I mean, I've been involved in a number of IP cases and software-type cases, and one of the issues that invariably comes up is that of licensing, whether or not particular software is licensed, whether it's low value or high value.  What discussions did you have about the licensing of this software? |
| | 40 | |
| Wright | | I wanted licensed software. |

Page 34 of 45

DEF_00068699

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | And you made that clear to him? |
| | Wright | Yes. |
| | O'Mahoney | And he said to you he would make sure that it was? |
| 5 | Wright | Yes, and I eventually got a licence code in my name, so I'm assuming it's in my name, that it's -- there's not another Craig S. Wright out there, that it's just reflected from. |
| | O'Mahoney | How long did the negotiations go for in respect of the Siemens software between you and Mr Ferrier? |
| | Wright | It wasn't much at first, probably three months. |
| 10 | O'Mahoney | That's - - - |
| | Wright | ….. the other software – the other software at the same time.  We were sort of mashed together. |
| | O'Mahoney | Okay.  And in the course of that – those negotiations, did you ever negotiate in writing with him? |
| 15 | Wright | Skype. |
| | O'Mahoney | Skype's not in writing last time I checked. |
| | Wright | Tape. |
| | O'Mahoney | So there was some messaging within Skype? |
| | Wright | Yes. |
| 20 | O'Mahoney | And is that recorded?  Would you have records of that? |
| | Wright | Yes.  I believe I've given two keeper copies - - - |
| | Sommers | We've got some.  We'll get them up to the Tax Office. |
| 25 | O'Mahoney | Yes.  And tell me this, that – when you formally reached agreement with Mr Ferrier, was that person to person?  Did you reach agreement with him in person? |
| | Wright | No. |
| | O'Mahoney | How did that agreement occur? |
| | Wright | Over Skype. |
| | O'Mahoney | Over Skype? |
| 30 | Wright | Over Skype. |
| | O'Mahoney | Face to face in a virtual sense. |
| | Wright | Yes. |
| | O'Mahoney | And you mentioned earlier the entity MJF. |
| | Wright | Yes. |
| 35 | O'Mahoney | And we hit a bit of a roadblock, courtesy of my questioning about that.  Tell us about how MJF fitted in to this. |
| | Wright | Well, MJF was the company that we were dealing with.  Mr Ferrier was the director at the time of that.  He has now been – I don't know what you would call it, "undirected".  ASIC - - - |
| 40 | O'Mahoney | He has been disqualified, has he? |

Page 35 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | I don't know why - - - |
| | Sommers | I don't know that he has been disqualified but he's no longer the registered ..... |
| | O'Mahoney | Holding that office. Okay. But - - - |
| 5 | Wright | And he can't get back as holding that office. I don't know what that would be called. |
| | O'Mahoney | Did you deal with any one else from MJF in respect of this transaction? |
| | Wright | I emailed some other people. |
| | O'Mahoney | Who? |
| 10 | Wright | I can't remember their names. |
| | O'Mahoney | Did you speak to anyone else? |
| | Wright | No. |
| | O'Mahoney | Did anyone else on your behalf - - - |
| 15 | Wright | I did speak to one other person briefly. I can't remember her name. It was ..... |
| | O'Mahoney | Did anyone else on your behalf negotiate with Mr Ferrier in respect of this transaction? |
| | Wright | No. |
| 20 | O'Mahoney | And on obtaining or entering into this transaction, how was the software actually transferred? |
| | Wright | What we did was – the way I – well, I wasn't going to give that much money without my licences so we did an escrow-type deal where I get access to the software and then they get access to the rest of the key to access the Bitcoin. So - - - |
| 25 | O'Mahoney | So you paid - - - |
| | Wright | I validated the software, they got the key. |
| | O'Mahoney | All right. So you  - - - |
| 30 | Wright | And that was done over Bitmessage so that the – Bitmessage is a block chain based messaging service, like email or Skype or something like that, but actually built into Bitcoin. |
| | O'Mahoney | Designed to ensure a simultaneous exchange? |
| | Wright | Well, no, it's designed to do a message that is secure encrypted and all the rest, but it can be used to do a simultaneous exchange. |
| | O'Mahoney | All right. I just want to understand. Was the $5.5 million paid via Bitcoin? |
| 35 | Wright | The value of what – yes, the consideration was in rights to Bitcoin. |
| | O'Mahoney | And rights to how many Bitcoin? |
| | Wright | I would need to double-check that. It was on the invoice, etcetera. I can't remember. |
| 40 | O'Mahoney | And was there negotiations along the lines of how Mr Ferrier was to get paid? Were there other payments mechanisms contemplated? |

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| Wright | Well, I was only paying him by Bitcoin and he said he didn't want Bitcoin. It was going to go to someone else who was going to distribute it in money. | |
| O'Mahoney | All right. And – but you agreed on this mechanism of payment. | |
| Wright | Yes. | |
| 5 | O'Mahoney | Interest in Bitcoin, transferring that. The other part of the software, the AlBaraka, if we could call it that ..... |
| | Wright | It was all done at the same time so it was - - - |
| | O'Mahoney | I appreciate that. What was that software? |
| | Wright | A core banking platform. |
| 10 | O'Mahoney | And what was the value of that? |
| | Wright | That was the majority of that transaction. That was – I can't remember exactly, but probably 25 or 30 million. |
| | O'Mahoney | All right. And you – how did you understand that Mr Ferrier was able to source that software? |
| 15 | Wright | He told me how he knew a whole lot of Arabs at first and all the rest. I had been talking about the fact that the ideal for me would be basically a Arabic-type banking platform, because Bitcoin is inflationary, so there's not the typical interest model. It's actually inverted. So I was looking for something along those lines. Core banking software is hard to get hold of, to say the |
| 20 | | least. The deal I was doing with Temenos, just to have them – their software, I didn't own any of it, was going to cost us probably 10 or 11 million dollars, which we went down the track ..... except we ended up getting out of that because they couldn't deliver. So simultaneously we were doing that and the other one ..... |
| 25 | O'Mahoney | And did he mention to you a particular source of this software, the AlBaraka software? |
| | Wright | He told me AlBaraka but - - - |
| | O'Mahoney | What did he say about AlBaraka? |
| | Wright | He can get me the software from it. |
| 30 | O'Mahoney | And who did he indicate AlBaraka was? |
| | Wright | AlBaraka are a big global bank in places like Egypt and Saudi Arabia and - - - |
| | O'Mahoney | And are - - - |
| | Wright | - - - Turkey and they've got a website. |
| | O'Mahoney | Again, there were negotiations about price in respect of this transaction. |
| 35 | Wright | Mmm. |
| | O'Mahoney | And - - - |
| | Wright | As to that one I just ..... it wasn't much of a negotiation. |
| | O'Mahoney | Were you happy to accept the price that he wanted? |
| 40 | Wright | Do you know how much the Commonwealth Bank spent upgrading their core banking software last year alone? |
| | O'Mahoney | No, I don't, but - - - |
| | Wright | Around 650 million. |

Page 37 of 45

DEF_00068702

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | All right. |
| | Wright | Do you know ANZ spent nearly as much? |
| 5 | O'Mahoney | No, no. I appreciate your point, a lot of money is spent on banking IT, I just want to – I mean, in the context of – I think you would agree this was a big transaction for yo. |
| | Wright | Yes. |
| | O'Mahoney | That 25 to 30 million dollars was a lot of money for you at this time. |
| | Wright | Yes. And I would have sold my mother to get that software. |
| | O'Mahoney | All right. Well - - - |
| 10 | Wright | I don't ….. my mother. |
| | O'Mahoney | Okay. Tell us this, though, was it the case you were just happy – you were happy to accept the price he wanted? Were there no negotiations as to price? |
| | Wright | It was more on the Siemens software. |
| | O'Mahoney | All right. |
| 15 | Wright | But yes, I was slavering and drooling at being able to get core banking software. |
| 20 | O'Mahoney | There are - in the materials that I've read to you there's certainly at least a document indicating that there was an agreement reached between AlBaraka and Hotwire regarding the software. Are you able to – and it does seem to indicate that at least at one point in time Hotwire had obtained and - - - |
| | Wright | Well, I was setting up Hotwire to put some of the software into. |
| 25 | O'Mahoney | Just let me finish, because I want to give this question some context. There does seem to be some documentary evidence indicating that at one point in time Hotwire had acquired this software, the AlBaraka software. Are you able to point to any documents evidencing a transfer of that software from Hotwire to you? |
| | Sommers | Sorry, just to approach on that, are you saying that there's a document evidencing this software went to Hotwire, or that there was an agreement between AlBaraka and Hotwire for the software? |
| 30 | O'Mahoney | The latter, an agreement between those - - - |
| | Sommers | Well, that's not what you said. You said the …… |
| 35 | O'Mahoney | Okay. Apologies. I will be absolutely clear, and I'm grateful for that clarification. The document I've seen is an agreement between AlBaraka and Hotwire in respect of the software, and it indicates, certainly on my review of it, that it does seem that it was contemplating a transfer of the software to Hotwire. I'm not - - - |
| 40 | Wright | That's where I – that's where I'm saying I was going to put the software. How I actually did it was probably a bit messy. The idea was it comes to me, goes to the trust, gets distributed and then Hotwire was going to pull it apart and do what it needs to do. |
| | O'Mahoney | Is this the case, was the software at one point in time obtained by Hotwire and then transferred to you? |

Page 38 of 45

DEF_00068703

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | No. It was obtained – I physically got it – ideologically got it, couldn't really physically get a copy for this software and download it. I got a copy of it and the resource code and I transferred that. |
| | O'Mahoney | All right. And so - - - |
| 5 | Wright | I probably made a big mess of it because I was – when it came to the core banking software I should have taken more time to make sure things were documented properly and all the rest, but all I cared about was I wanted it and I wanted it now. |
| 10 | O'Mahoney | So why was there an agreement between AlBaraka and Hotwire? What was that in respect of? |
| 15 | Wright | Because eventually ..... were going to end up getting a good chunk of it in Hotwire. So when I was talking with Mark about this, this is where I'm saying I'm going to be putting it so I didn't really think about how the contract was sort of formulated for the distribution. I knew I'm paying for this. I'm going to get what I want and that's, then I put as much effort into making sure our documents were processed properly. |
| | O'Mahoney | Was it not the case that Hotwire entered into this agreement? |
| | Wright | Well, I entered into the agreement. |
| | O'Mahoney | Did Hotwire? |
| 20 | Wright | Well, Hotwire wasn't actually set up. Hotwire was being set up. I was setting up a company that was going to have this so Hotwire was in development, you might say, when this happened. In May of 2013, Hotwire didn't exist. It was planned. I hadn't filled out all the forms, I hadn't got..... but I said this is the company I'm setting up and this is where I'm going to put it. |
| 25 | O'Mahoney | All right. And do you say that for this software acquisition that there was, it was funded by way of Bitcoin? Is that right? |
| | Wright | Rights to, yes. |
| | O'Mahoney | Yes, so you paid for this software by way of rights to Bitcoin? |
| | Wright | Yes, which were then used to distribute the...... |
| 30 | O'Mahoney | And are there documents evidencing the transfer of those rights? |
| | Wright | Yes. |
| | O'Mahoney | Between you and Mr Ferrier? |
| | Wright | Yes. |
| | O'Mahoney | And did you have rights to Bitcoin with that sort of value? |
| 35 | Wright | Yes. |
| | O'Mahoney | The 5.5 plus $30 million? |
| | Wright | More. |
| | O'Mahoney | You had more than that? And are there documents showing that those rights have been transferred? |
| 40 | Wright | Yes. |
| | O'Mahoney | I've also seen some documents indicating that – in fact, I will come back to that. |

Page 39 of 45

Interview Conducted with Craig Wright

| | Wright | It's not just the rights transfer any more.  The actual Bitcoin had been transferred. |
|---|---|---|
| | O'Mahoney | Well, I was going to ask you.  Has Bitcoin been transferred as consideration for those transactions? |
| 5 | Wright | Overseas, yes. |
| | O'Mahoney | That's correct? |
| | Wright | Yes, not in Australia but from overseas, yes. |
| 10 | O'Mahoney | All right.  And moving to another acquisition, and I think we're set to finish at 6.30.  Is that right?  So we've only got a few minutes to go.  Another acquisition involved Coin Exchange for purchasing software from you through an entity, W & K.  Can you tell us about that? |
| | Wright | Well, I didn't really purchase. |
| | O'Mahoney | Of K, well, tell us about your understanding of that transaction to the extent of it exists. |
| 15 | Wright | I had an agreement with Dave.  We were going to transfer software into our, into the entity we were creating here in Australia. |
| | O'Mahoney | This is Mr Kleiman? |
| | Wright | Yes.  I had set up a company.  Everything was going – I hadn't heard from Dave in a little bit.  Next thing I find out he is dead. |
| 20 | O'Mahoney | All right. |
| | Wright | So with 90 per cent of it going through everything and moving everything and doing all the bits and pieces and he died. |
| | O'Mahoney | So you and he were negotiating for the purchase, negotiating in respect of this. |
| 25 | Wright | We weren't negotiating, we were…..partners for years so didn't really negotiate it.  This is what we're doing.  We talked to each other about it. |
| | O'Mahoney | About acquiring Softwerk? |
| | Wright | No, we al-, Dave already had the software. |
| | O'Mahoney | Okay.  What was his software? |
| 30 | Wright | Everything from financial software for the kind of…..chain to gambling software. |
| | O'Mahoney | And Coin Exchange was looking to buy that software? |
| | Wright | We were going to capitalise it into Coin Exchange. |
| | O'Mahoney | What does that mean? |
| 35 | Wright | It was going to be used as part of setting up Coin Exchange. |
| | O'Mahoney | It was going to be transferred to Coin Exchange? |
| | Wright | Yes. |
| | O'Mahoney | And did that ever occur? |
| | Wright | Yes. |
| 40 | O'Mahoney | How did it occur? |

CONFIDENTIAL                                        DEF_00068705

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Wright | I ended up going through the filing of New South Wales Supreme Court and going, these are the contracts, Dave is head. Basically, this is the value and getting them to put their stamp on it. |
| 5 | O'Mahoney | I've noted those proceedings. Can you just, in a broad sense, summarise how they came about? Was this the case that you had an understanding or an agreement with Mr Kleiman who passed away. |
| | Wright | Yes. |
| | O'Mahoney | And that on the back of his death, you sought to give effect to that agreement? |
| 10 | Wright | Yes. |
| | O'Mahoney | And was it the case that there was some opposition to that from somebody? No? |
| | Wright | No. |
| 15 | O'Mahoney | But you moved the court for relief, you moved the court for declaratory relief in respect of that agreement? |
| | Wright | Effectively, I believe that was at the….. |
| | O'Mahoney | But I just want to un-, I just --- |
| 20 | Wright | I wanted to make sure that everything was totally legal and all the rest. Dave has other, he's got an estate who Andrew has been dealing with and I wanted to make sure I didn't rip off his estate and just go, "Ha ha, it's my software". I wanted to make sure everything was done legally and above-board so that Dave's heirs get this software which was being more painful than it should be. |
| | O'Mahoney | What was the value of that software? |
| | Sommers | Are you asking what's the --- |
| 25 | Wright | The two lots, I think, were, it totals 56 million. |
| | O'Mahoney | And had you negotiated for that software to be transferred to Coin Exchange with him before he died? |
| | Wright | Yes, we had been, we had contracts over east. |
| | O'Mahoney | And had you reached a rough agreement as to price with him? |
| 30 | Wright | How it was going to occur, yes. |
| | O'Mahoney | Yes. And was that the figure 56 million-odd that was being discussed? |
| | Wright | Yes. |
| | O'Mahoney | And how was he to be paid for that? |
| 35 | Wright | Dave had already been paid in some right to Bitcoin and whatever else at the time plus there were a number of loans…..that he had taken out….. so….. |
| | O'Mahoney | A number of loans. What – you leant him money? |
| | Wright | I didn't, no. |
| | O'Mahoney | But is it the case that $56 million of value was transferred to him in respect of this software? |
| 40 | Sommers | Sorry, just to clarify, no money was transferred. The value was transferred to Mr Kleiman because he passed away? |

Page 41 of 45

CONFIDENTIAL

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | He passed away.  Well, was anything paid for this software before or after his death? |
| | Wright | Yes. |
| | O'Mahoney | And is that the figure of 56 million? |
| 5 | Wright | No. |
| | O'Mahoney | What was the figure that was paid for it? |
| | Wright | Well, I had an interest in 50 per cent of the company, W & K.  I didn't run it or anything like that but an interest in that. |
| | O'Mahoney | Yes? |
| 10 | Wright | And there were loans associated with the research and everything we had done beforehand that were sourced from people.....some of the Bitcoin went to pay off. |
| | O'Mahoney | So what was paid? |
| | Wright | Loans..... |
| 15 | O'Mahoney | Loans?  But when you say loans were paid, what was acquired? |
| | Wright | Yes.  What do you mean what was acquired? |
| | O'Mahoney | Well, the transaction involving what we've been discussing with Mr Kleiman and W & K, what was the transaction that all that resulted in? |
| | Wright | Software came into my possession and --- |
| 20 | O'Mahoney | When you say "your possession," Coin Exchange's possession? |
| | Wright | Well, me the trust holder.....into put into Coin Ex. |
| | O'Mahoney | Okay, so it came into your – so that's what came your way – software. |
| | Wright | It came my way and the trust was sort of being formulated, hadn't been, so.....at that stage. |
| 25 | O'Mahoney | And what went the opposite way for that part of this exchange?  What consideration did you pay? |
| | Wright | Rights to Bitcoin left to people in Panama. |
| | O'Mahoney | In what amount? |
| 30 | Wright | I don't remember the exact amount but we're talking 50 per cent of that amount. |
| | O'Mahoney | And who were the people in Panama? |
| | Wright | People in the gaming industry there. |
| | O'Mahoney | .....named? |
| | Wright | Named? |
| 35 | O'Mahoney | Was it --- |
| | Sommers | Sorry, just – I'm just trying to be clear here.  The Supreme Court proceedings established that – I thought they established that there was a debt to you from W & K that software was transferred to you and I thought the wash-up of those proceedings were that you effectively released W & K from the debts |
| 40 | | that it owed you. |
| | Wright | Yes..... |

Page 42 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | Sommers | I think that's where ….. the, what value moved from you to W & K, was that the forgiveness of those debts that were established in the Supreme Court proceeding? |
| | Wright | Yes. |
| 5 | O'Mahoney | How did those debts come about? |
| | Wright | Basically, because a number of gaming entities in Panama had funded some of our research. |
| | O'Mahoney | And --- |
| 10 | Sommers | And when you say "our" you mean the research that was being done by W & K? |
| | Wright | Yes. |
| | O'Mahoney | Are there documents evidencing those debts, the creation of them? |
| | Wright | Not that I have, no. |
| | O'Mahoney | Why not? |
| 15 | Wright | Because Dave's hard drives are encrypted and no one can get access to them. |
| | O'Mahoney | So these debts are in the tens of millions of dollars? |
| | Wright | Yes. |
| 20 | O'Mahoney | And you, there's not a single document you could point us to that would evidence them? |
| | Wright | Not ….. |
| | O'Mahoney | Do you, it wasn't important to you to have a document evidencing debts of that amount? |
| 25 | Wright | I would like to have documents evidencing all of that.  None of it was done in Australia;  nothing ever happened in Australia;  no entity from Australia was ever involved directly with any of that. |
| | O'Mahoney | I just appreciate that.  I'm just thinking out loud.  I mean, if I was owed that sort of money I would be pretty keen to have it recorded.  You took no steps? |
| | Wright | It was recorded.  They had all the documents. |
| 30 | O'Mahoney | In a way that was accessible to me.  Did you take any steps to achieve that? |
| | Wright | I did ….. accessible to me because ….. trust these guys all the time. |
| | O'Mahoney | Officers of the Commissioner? |
| | Wright | Tax officers. |
| 35 | O'Mahoney | Can I ask is it – it might be a good question to finish up on.  Looking at the pleadings, did you give instructions in respect of the Supreme Court proceedings? |
| | Wright | What do you mean? |
| 40 | O'Mahoney | Well, it was discussed what the proceedings sought to bring about and that was, we don't need to revisit it, but I take it you were instructing lawyers about those proceedings, prosecuting those proceedings, bringing them about.  Is that correct? |
| | Wright | No. |

Page 43 of 45

Interview Conducted with Craig Wright

| | | |
|---|---|---|
| | O'Mahoney | So who was instructing the lawyers? |
| | Wright | I just did it. |
| | O'Mahoney | You did it yourself? |
| | Wright | Yes. |
| 5 | O'Mahoney | Okay.  Looking at those, the pleading documents in those proceedings, and if I'm using language that you want me to explain, please do – they indicate that the relevant software had been used by a number of entities, including the United States military, an entity, DHS, and there's some reference in some materials I've seen to the Department of Homeland Security |
| 10 | Wright | Mm. |
| | O'Mahoney | Do you say that that is the case, that the software was used by those entities? |
| | Wright | Before Dave died, we had gone down the path of getting funding for all of that stuff to be used.  SWAMP and other such things are being issued for that.  I wasn't involved at all and I don't – Dave was actually a lot sicker than he let on.  I didn't realise he was actually ill at all other than - I mean, he'd been in and out of hospital the whole time I've known him because of medical problems from ….. a long, long time ago.  And no one knew how bad it actually was with Dave, and it was not expected that he would be dead.  He's only a few years older than me and - - - |
| 15 | | |
| 20 | O'Mahoney | I guess, to wind it up, by way of background, was it the case that part of the value of what was – or this software was, that it had been used by these entities:  DHS, US military. |
| | Wright | No, it was more – the value was – well, if he had lived, then we were hoping to make - AusIndustry has the scheme here.  US Government, DAPA and all the rest actually paid for research.  Dave was a US vet and a number of other things, that make it more likely that you can get that funding, and all of us had been in ….. when Bitcoin wasn't worth so much.  So, at that stage, we knew we would need a lot more than we had to keep our research going, so we were trying to get every source we could. |
| 25 | | |
| 30 | O'Mahoney | The Commissioner has done quite a bit of investigative work, if you like, into those alleged contracts and arrangements and it seems that – and I'm sure this has been indicated to you, that there were no such contracts or this software was not being used by US military, Department of - - - |
| 35 | Wright | I don't know what was being done.  Dave ran that himself.  I know we had applied.  I know he should have gone through with it.  I don't know where it got to and I don't know why he didn't.  The only thing I can - - - |
| | O'Mahoney | But Dave wasn't giving instructions in the Supreme Court proceedings.  That has to be corrected, doesn't it? |
| | Wright | No;  he was dead. |
| 40 | O'Mahoney | So, are you able to indicate - - - |
| | Wright | My indication was that he had filed for the DHS plan;  that all the information was in;  that it was progressing and I have nothing else saying why he didn't go down that path.  I don't know why he didn't complete it.  I don't know why ….. happened other than he was in hospital a lot.  So all I know is that he had gone down that path, you know, to get funding.  What I've found out since was that Dave had actually – he hadn't got all the funding he wanted and Bitcoin wasn't worth so much at that stage, before he died.  When he was not in |
| 45 | | |

CONFIDENTIAL

Interview Conducted with Craig Wright

|   |   |
|---|---|
|   | hospital, the total value was in the order of $2 a Bitcoin and he had hocked his house, hocked everything else and he was in debt by probably $2 million. |
| O'Mahoney | Okay.  Well, I'm grateful for that.  We might leave it there and I will just note for the record, it is now 6.34 on 11 August 2014 and we will be reconvening, a week from today, 18 August.  Thank you very much, Dr Wright. |

5

CONFIDENTIAL

DEF_00068710