**December 2016**

> # INFORMATION MEMORANDUM
>
> on the affairs of nChain Holdings Limited
> (the "nChain Group" or "Group")



Prepared by and on behalf of:	nChain Holdings Limited
	44 Church Street
	St. Johns
	Antigua

CONFIDENTIAL

NGUYEN 001213

The nChain Group was formed as a result of:

- the purchase and transfer to nChain Holdings of IPR created by an Australian company named DeMorgan Limited ("DeMorgan") and its subsidiaries (the "DeMorgan Group"); and
- the acquisition of a Canadian financial services group – nTrust.

The chronology of these developments is set out below.

### b. Origins of the nChain IPR

The origins of DeMorgan and its various subsidiaries can be traced back to the Wright Family Trust with a view to the creation, protection and commercialisation of IPR based on blockchain technology developed by Dr Craig Wright. In May 2016, Dr Wright identified himself (with the help of others) as being Satoshi Nakamoto, the pseudonym ascribed to the developer of the digital currency "bitcoin".

The DeMorgan Group invested the equivalent of approximately AUS$200m in total over a five-year period to fund employees, premises and most importantly access to a high-powered computing environment, purpose built under a Software as a Service ("SaaS") contract to the customer's specifications in order to develop the blockchain IPR. The majority of the funding for this work came from the liquidation of bitcoin assets which Dr Wright held as the creator of the digital currency.

DeMorgan established subsidiary companies, each to consider a different specific issue or type of issue in relation to bitcoin and blockchain technology and a significant amount of viable and relevant data amounting to approximately three petabytes was produced from modelling, simulations and experimental research (some 60+ petabytes of data having been produced in total as a result of the exercise) which had been used to model various scenarios to predict the likely challenges that would face blockchain development and provide data to help find solutions to these issues.

Having incurred significant costs in relation to the creation, discovery and development of the IPR (and all expenses related to it, such as employees and the cost of the SaaS agreement) the DeMorgan subsidiaries made R&D tax credit claims against the Australian Taxation Office ("ATO"), which would have seen approximately AUS$65m having been refunded in aggregate.

Although several relatively small early claims were paid, the ATO subsequently took issue with the verification of the amounts claimed to have been expended as the expenditure had been made in bitcoin against agreements which had been signed electronically – the ATO refused to recognise as valid and appropriate those agreements. The ATO eventually brought a claim against DeMorgan and the relevant subsidiaries for having submitted allegedly inappropriate tax refund claims on allegedly improper and inadequate bases – bitcoin not being recognised as a valid currency in Australia at the time.

As a result of the ATO claims being rejected the DeMorgan Group experienced a liquidity crisis that enabled nChain Holdings to acquire the DeMorgan Group IPR on the advantageous terms described in the following sections of this document. The DeMorgan directors took legal advice at the time of the transfer to ensure that the transaction was properly recorded on a fully arm's length basis and in compliance with all relevant creditor

CONFIDENTIAL

NGUYEN 001219

protection requirements. This acquisition enabled nChain Holdings to continue the research on the basis of what had been produced to that point, with a view to building a team of researchers within a blockchain innovation hub to take the research through to commercialisation.

### c. Origins of the nChain Group

nChain Group's Chief Operating Officer, Stefan Matthews, who is based in Manila (where nTrust have an office) and spends some time in London and Antigua, first became involved with Dr Wright in 2005 when Dr Wright was then working in the BDO audit team in Sydney. At the time, Mr Matthews was working as the Chief Information Officer of Centrebet Pty Ltd ("Centrebet"), a company which was proposing to list on ASX (and which did so in 2006). Mr Matthews had recognised Dr Wright's expertise in cryptography and cyber security and Dr Wright was subsequently appointed by Centrebet, via a company called Information Defense, as an external adviser to a board committee on cyber security and cyber security testing.

Dr Wright shared his original bitcoin white paper with Mr Matthews prior to its publication in 2009, but at the time Mr Matthews did not appreciate its importance. Mr Matthews left Centrebet in 2011 and moved to London to take up a Chief Technical Officer role and then moved to Manila in 2012. Over the years leading up to 2015, Dr Wright continued his contact with Mr Matthews about the research which he was undertaking into bitcoin and blockchain technology and this contact became more focused as the DeMorgan Group liquidity issues became pressing. Mr Matthews mentioned to Dr Wright that he was aware of an online remittance service company and, as a favour to Dr Wright, who had expressed an interest in hearing of opportunities which could benefit from blockchain technology, effected an introduction to nTrust and its then owner, Robert MacGregor.

Ultimately, as a result of a number of meetings and discussions between Mr Matthews and Dr Wright, and relevant other parties, terms were agreed in respect of the acquisition by nChain Holdings of the DeMorgan IPR as more particularly described below. Indeed, the relationships between the nChain Group, Dr Wright and nTrust were formalised in a number of legal documents described in more detail in the Material Contracts section.

### d. Acquisition of the DeMorgan IPR

The nChain Group acquired the IPR assets of DeMorgan on 29 June 2015 through the Binding Term Sheet – which was subsequently replaced by the Implementation Deed on 7 January 2016. Through these agreements, the IPR was transferred into nChain Holdings – and Dr Wright became an employee of nChain UK.

CONFIDENTIAL

NGUYEN 001220