**AUSCRIPT AUSTRALASIA PTY LIMITED**
ABN 72 110 028 825

Level 22, 179 Turbot Street, Brisbane QLD 4000
PO Box 13038 George St Post Shop, Brisbane QLD 4003

**T:** 1800 AUSCRIPT (1800 287 274)     **F:** 1300 739 037
**E:** clientservices@auscript.com.au     **W:** www.auscript.com.au

**AUSCRIPT**
FASTER, BETTER EVIDENCE DELIVERY SINCE 1921

## TRANSCRIPT OF PROCEEDINGS
TRANSCRIPT SENSITIVE

O/N H-431147

## AUSTRALIAN TAXATION OFFICE

### RECORD OF INTERVIEW

| | |
|---|---|
| **INTERVIEWER:** | **GREG O'MAHONEY** |
| **INTERVIEWEE:** | **CRAIG WRIGHT** |
| **ALSO PRESENT:** | **ANDREW SOMMERS** |
| **CONDUCTED AT:** | **ATO OFFICE** |
| **DATE:** | **MONDAY, 18 AUGUST 2014** |
| **TIME:** | **4.31 PM** |

**TRANSCRIBED BUT NOT RECORDED BY
AUSCRIPT AUSTRALASIA PTY LIMITED**

---

WRIGHT, 18.8.14

Transcript Sensitive

CONFIDENTIAL  DEFAUS_00560317

Interview Conducted with Craig WRIGHT

|    |           |                                                                                                                                                                                  |
|----|-----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |           | currency and, in particular, doing anything possible to promote it as a replacement currency to fiat.                                                                            |
|    | O'Mahoney | So was that really the remit of the trust to promote and advance bitcoin?                                                                                                        |
|    | Wright    | Yes.                                                                                                                                                                             |
| 5  | O'Mahoney | And how does it go about doing that?                                                                                                                                             |
|    | Wright    | It's investing in the research I'm doing that will take all of this into something new.                                                                                          |
|    | O'Mahoney | And how is it so investing?                                                                                                                                                      |
|    | Wright    | I'm building a super computer at the moment.                                                                                                                                     |
| 10 | O'Mahoney | Can you explain how it is that the trust is investing in that super computer?                                                                                                    |
|    | Wright    | Overseas interest in bitcoin pays people who are bullish on bitcoin, and there are people out there who are.                                                                     |
|    | O'Mahoney | And, what, the trust makes an allocation, does it, each year to entities like that?                                                                                              |
| 15 | Wright    | No ….. the loan.                                                                                                                                                                 |
|    | O'Mahoney | The trust lends money to - - -                                                                                                                                                   |
|    | Wright    | To me.                                                                                                                                                                           |
|    | O'Mahoney | - - - to you in ways that help you promote bitcoin?                                                                                                                              |
|    | Wright    | Yes.                                                                                                                                                                             |
| 20 | O'Mahoney | Or entities that you control?                                                                                                                                                    |
|    | Wright    | Yes.                                                                                                                                                                             |
|    | O'Mahoney | And tell us about the structure of the trust in materials of its - well, who controls the trust?                                                                                 |
| 25 | Wright    | Partly Wen and partly other people.  I can't remember the names.  You guys have got the list.  It's in answers I've given.  I can't remember all the names off the top of my head. |
|    | O'Mahoney | But in terms of practical control, is it not the case that you control the trust?                                                                                                |
| 30 | Wright    | No.  I can't control the trust.  I put terms, conditions, everything like that, how it had to be done when I had Dave set it up.  So I don't control it; I can act within bounds. |
|    | O'Mahoney | So how did it come to be that - are all the assets of the trust, they were originally sourced from you?                                                                          |
|    | Wright    | And Dave.                                                                                                                                                                        |
|    | O'Mahoney | And David.                                                                                                                                                                       |
| 35 | Wright    | Yes.                                                                                                                                                                             |
|    | O'Mahoney | And what was the rationale for putting those assets within a trust structure that you wouldn't or David wouldn't have control over?                                              |
|    | Wright    | What do you mean "David wouldn't have control over"?                                                                                                                             |
| 40 | O'Mahoney | Well, just if you think about, if one has assets, to put them into a structure that one can't control, I just want to understand the rationale behind that.                      |
|    | Wright    | I don't want temptation myself.                                                                                                                                                  |

Page 6 of 45