Friday, May 22, 2020 at 08:52:53 Eastern Daylight Time

**Subject:** KLEIMAN v WRIGHT enquiry [DLM=Sensitive:Legal]
**Date:** Thursday, June 21, 2018 at 2:41:36 AM Eastern Daylight Time
**From:** Johnston, Melanie
**To:** Velvel (Devin) Freedman, Kyle Roche

Good afternoon sirs,

I am a Criminal Investigator with the Australian Taxation Office, currently conducting a criminal investigation relating to Craig Steven WRIGHT.

I understand that you are representing Mr Ira KLEIMAN for a matter involving WRIGHT within the USA.

As part of our investigation, I would like to speak with Mr Kleiman with the prospect of obtaining a witness statement from him in relation to his knowledge of certain matters, and seek your assistance in contacting him.

Can you please advise if you are able to assist me with my enquiries.

Regards,
Melanie

**Melanie Johnston**
Investigator | Criminal Investigations
Tax Evasion & Crime | Private Groups & High Wealth Individuals
Australian Taxation Office
**P** 07 3149 5961   **M** 0481 017 344

Think digital before you print

**********************************************************************
IMPORTANT
    The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 1300 661 542 and delete all copies of this transmission together with any attachments.
**********************************************************************