**From:** Craig S Wright
**Sent:** Wednesday, June 24, 2015 9:27 AM
**To:** Ramona Watts
**Subject:** FW: Transcript and Meeting Minutes [DLM=Sensitive]
**Attachments:** 20140226 Meeting Minutes.pdf

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Page 10
The 11 page doc

20140226 MM.pdf

The term Chords is used - this is "cores"

This is in the 2013/2014 year.

I missed this as they transcribed CORES as CHORDS.

This is proof we did not make up the SGI, we had it in the earlier time.

-----Original Message-----
From: Miller, Andrew [mailto:Andrew.Miller@ato.gov.au]
Sent: Thursday, 6 March 2014 10:50 AM
To: John Chesher
Cc: Trinh, Jenifer; McMaster, Des
Subject: Transcript and Meeting Minutes [DLM=Sensitive]

John,

For your reference, I have attached the transcript of your meeting with us on 18 February 2014. It has been transcribed from the recording by Auscript.

Also, please see attached, the minutes of our meeting on 26 February 2014. Could you please review these and advise of any errors or omissions. If you are satisfied that the minutes are an accurate reflection of the discussion, please advise as such.


Thanks and regards,

_____
Andrew Miller
Auditor | Indirect Tax
Australian Taxation Office
Phone: (02) 9354 6379 | Mobile: 0401 684 338
Facsimile: (02) 6225 0929
ATO | Working for all Australians

******************************************************************
IMPORTANT
The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 13 2869 and delete all copies of this transmission together with any attachments.
******************************************************************