UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>*Defendant.* | **CASE NO.: 9:18-cv-80176-BB/BR** |

**DECLARATION OF GORDON L. KLEIN**

I, Gordon L. Klein, declare as follows:

1. I am over the age of 21 and competent in all respects to execute this declaration. All of the matters stated herein are true and correct and within my personal knowledge.

2. At my deposition in this case on April 30, 2020, I referenced what members of the accounting profession commonly call the "DOGS framework." Counsel for Defendant did not inquire further regarding this specific framework or more generally regarding my methodology.

3. "DOGS" is an acronym for the well-established guideposts that I listed in Section V of my Report in this case. The letters in the "DOGS" acronym refer to: (1) Decision-making that is shared; (2) Ownership (as opposed to a non-ownership relationship such as participation as an employee or commissioned independent contractor); (3) Goals that are shared; and (4) Skills that are complementary and non-ministerial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of May, 2020.

*(signature)*
Gordon L. Klein