Dr. Matthew Edman
April 29, 2020

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
                 Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
                 Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   TELECONFERENCE DEPOSITION OF DR. MATTHEW EDMAN

13   DATE TAKEN: April 29, 2020

14   TIME: 10:10 a.m. - 4:40 p.m.

15
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
16                 AND NOTARY PUBLIC

17

18   * * * * * * * * * * * * * * * * * *

19

20

21

22

23

24

25
```

1    Q.   Other than those two scenarios is there --
2  strike that.  How did you determine that you wanted to
3  review additional documents?
4    A.   Any additional documents that I would have
5  reviewed would have been I believe we discussed this at
6  my last deposition entering search terms on Relativity
7  or performing searches across the files.
8    Q.   So would it be fair to say that your previous
9  testimony in your previous deposition as to how you
10 determined what documents to look at it was the same
11 procedure for your most recent report which is Exhibit
12 3?
13   A.   Yes.  I believe that's fair to say.
14   Q.   I was just trying to understand.  I
15 understand, thank you.  Now, again under Appendix A in
16 Exhibit 3 there is a column that says native hash.  Do
17 you see that?
18   A.   It says native file hash.
19   Q.   Native file hash, thank you.  What does that
20 mean?
21   A.   Native file hash is a cryptographic hash in
22 this case an MD5 hash of the native files that I
23 reviewed.
24   Q.   Now, my question is at what point in time --
25 who generated those native hashes?

1    A.    The native file hashes listed in my report I
2  did.
3    Q.    When did you generate those hashes?
4    A.    At variety points in time between my first
5  report and my third report.
6    Q.    Okay, but now my question is why was it at
7  various points in time?
8    A.    Because as I said before I didn't review every
9  single document at once.  I was provided certain
10 document over time and once I reviewed them of course I
11 would hash them.
12   Q.    So is it fair to say that -- so you have a
13 document you're about to review it.  At what point in
14 time do you generate the hash?
15   A.    So typically I would generate a hash prior to
16 reviewing the file and then hash the file again after
17 reviewing it to make sure that the hashes are the same.
18   Q.    And what you're saying right here the native
19 file hash you recorded the hash that you generated at
20 that point in time?
21   A.    Yes.
22   Q.    And so really it's -- I assume if there's only
23 one hash that's because it was the same hash before and
24 after you analyzed the document?
25         MR. ROCHE:  Objection, form.

1           THE WITNESS:  Yes.
2           MR. ROCHE:  Zalman, can we take a break
3       sometime within the next five minutes?
4           MR. KASS:  Sure.  Just one more question.
5       We're getting close to a break time.
6   BY MR. KASS
7       Q.   Now, this list of documents considered what
8   the hash is are these solely documents in your most
9   recent report which is Exhibit 3?
10      A.   No.
11      Q.   So these are also documents that are in other
12  reports?
13      A.   Yes.
14      Q.   Now it's my understanding that you did not
15  record the hash values previously; is that correct?
16      A.   No.
17      Q.   You're saying you did record the hash values?
18      A.   At least I hashed the documents.  I didn't
19  provide them in my previous reports.
20      Q.   So your -- I want to make sure I understand
21  your testimony is that you had hashed the documents for
22  when you're doing your analysis for Exhibit 1 and
23  Exhibit 2; correct?
24      A.   Yes, I had hashed the documents.
25      Q.   And that you had recorded the actual hash

```
 1        can answer.
 2              THE WITNESS:  I think it's fair to say.
 3              MR. KASS:  Kyle, that is all I have.  I don't
 4        know if you have anything.
 5              MR. ROCHE:  I have just a few quick questions.
 6        Ready?
 7              MR. KASS:  Give me one quick second.  I want
 8        to shuffle my desk.
 9                   CROSS (DR. MATTHEW EDMAN)
10   BY MR. ROCHE
11        Q.   Good afternoon, Dr. Edman.  Just have a few
12   quick questions for you.  When Mr. Kass was asking you
13   questions related to cryptographic hashes on certain
14   document you analyzed.  Do you recall that line of
15   questioning?
16              MR. KASS:  Object to the form.
17              THE WITNESS:  I recall we were discussing
18        certain cryptographic signatures which do contain
19        cryptographic hashes.  We also discussed
20        cryptographic hashes of native files that I
21        reviewed.
22   BY MR. ROCHE
23        Q.   Is SHA-256 an example of a cryptographic hash?
24        A.   Yes.
25              MR. KASS:  So Kyle, I'm objecting to the
```

1        extent you're going outside the scope of his
2        opinion.  Just putting it here.  We'll see how far
3        you go.
4              MR. ROCHE:  Understood.
5    BY MR. ROCHE
6        Q.   Is it your expert opinion -- in your expert
7    opinion are SHA-256 outputs evenly distributed?
8              MR. KASS:  Object.  Kyle, this goes outside
9        the scope of Dr. Edman's disclosed opinion.
10             MR. ROCHE:  Understood.
11             THE WITNESS:  Assuming unique inputs the
12       output of cryptographic function such as SHA-256 is
13       generally uniformly distributed.
14             MR. ROCHE:  No further questions.
15                  REDIRECT (DR. MATTHEW EDMAN)
16   BY MR. KASS
17       Q.   Dr. Edman, when you state generally uniformly
18   distributed why do you have that qualifier over there?
19       A.   Perhaps there is a cryptographic hash that I'm
20   not aware of where the outputs are not uniformly
21   distributed but I'm not sure what good that would be.
22       Q.   Did you do any testing of SHA-256 hash to see
23   if it is in fact uniformly distributed?
24       A.   That's certainly been my experience and that's
25   my understanding of others analysis of cryptographic

```
 1   hash functions as SHA-1, SHA-256, SHA-12 and so on.
 2        Q.   My question is did you do any specific testing
 3   to confirm that?
 4        A.   Me personally?
 5        Q.   Yes.
 6        A.   No.
 7             MR. KASS:   Kyle?
 8             MR. ROCHE:   No further questions.
 9             THE WITNESS:   Is that it?
10             MR. KASS:   That is it.
11             MR. ROCHE:   We're off the record.
12             MR. KASS:   Rick, we're going to ask for it as
13        soon as possible.
14                  (Witness excused.)
15                  (Deposition was adjourned.)
16
17
18
19
20
21
22
23
24
25
```