Andreas Antonopoulos
January 07, 2020

|     |                                                      |
|-----|------------------------------------------------------|
| 1   | UNITED STATES DISTRICT COURT                         |
| 2   | SOUTHERN DISTRICT OF FLORIDA                         |
| 3   | CASE NO. 9:18-cv-80176-BB/BR                         |
| 4   |                                                      |
| 5   | IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, |
| 6   |                                                      |
| 7   | Plaintiffs,                                          |
| 8   | -vs-                                                 |
| 9   | CRAIG WRIGHT,                                        |
| 10  | Defendant.                                           |
| 11  | * * * * * * * * * * * * * * * * * *                  |
| 12  | VIDEOTAPED DEPOSITION OF ANDREAS ANTONOPOULOS        |
| 13  | DATE TAKEN: January 7, 2020                          |
| 14  | TIME: 10:10 a.m. - 7:40 p.m.                         |
| 15  | PLACE: 2525 Ponce de Leon Boulevard                  |
| 16  | Miami, Florida 33134                                 |
| 17  |                                                      |
| 18  | TAKEN BEFORE: RICK E. LEVY, RPR, FPR AND NOTARY PUBLIC |
| 19  |                                                      |
| 20  | * * * * * * * * * * * * * * * * * *                  |

```
 1              CROSS (ANDREAS ANTONOPOULOS)
 2   BY MR. ROCHE:
 3       Q.   Good evening Mr. Antonopoulos, we're going to
 4   continue.  I am going to ask you a few questions.  Same
 5   rules as before, if you need to take a break or need
 6   clarification on my questions you can ask me.  Have you
 7   ever been convicted of money laundering?
 8       A.   No.
 9       Q.   Have you ever been found to have violated know
10   your customer laws or regulations?
11       A.   No.
12       Q.   Have you ever been found to have violated
13   anti-money laundering laws or regulations?
14       A.   Not to my knowledge.
15       Q.   As part of your business ventures do you have
16   to comply with know your customer regulations?
17       A.   I don't know the answer to that.  I would rely
18   on legal professional and accounting professional to
19   help me make that determination.  I know that I am
20   subject to some regulations related to those laws.
21       Q.   If you were subject to know your customer
22   regulations or anti-money laundering regulations would
23   you comply with those regulations?
24       A.   Absolutely.  I am for example subject to OFAC
25   regulations prohibiting financial interactions with
```

```
 1   sanctioned parties and I comply with OFAC regulations in
 2   my business dealings.
 3          Q.   Have you ever met with Dr. Wright?
 4          A.   Not to my recollection.  Not in person or if I
 5   have I didn't know who he was at the time.
 6          Q.   Do you harbor any personal animus towards
 7   Dr. Wright?
 8          A.   No.
 9          Q.   Are any of your opinions that you have
10   conveyed in your report based on any bias against
11   Dr. Wright?
12          A.   No.
13          Q.   In your report you identified the market value
14   in U.S. dollars for a number of Bitcoin forks; correct?
15          A.   That's correct.
16          Q.   And you used a Web site called Coincap.IO to
17   convey that information?
18          A.   That is correct.
19          Q.   Does that Web site identify the market value
20   in U.S. dollars of Bitcoin forks at different points in
21   time?
22          A.   Yes.
23          Q.   Will you be prepared to at trial testify as to
24   the price information conveyed at Coincap.IO at any
25   point in time?
```

1      A.    Yes.
2      Q.    Do you know whether or not Coincap.IO shows
3  the value of other Bitcoin forks not disclosed in your
4  expert report?
5      A.    I believe it does, yes.
6      Q.    Do you know any of those Bitcoin forks?
7      A.    To the best of my recollection Bitcoin Private
8  is one example of a fork that I did not mention in my
9  report that is listed on Coincap.io and for which
10 Coincap.io does provide market value.
11     Q.    Does Coincap.io or any other comparable Web
12 site convey daily trading volumes of different Bitcoin
13 forks?
14     A.    Yes.
15     Q.    If you are asked to at trial present
16 information related to the daily trading volumes of
17 certain Bitcoin forks at certain points in time would
18 you be able to do that?
19     A.    I believe so.
20     Q.    Do you have any reason to believe that
21 unlocking scripts created prior to August 1, 2017 would
22 not be usable on BSV?
23     A.    Not currently.  I have no reason to believe
24 that unlocking scripts could not be usable on BSV
25 currently.

1    Q.   Do you have any reason to believe that
2    unlocking scripts created prior to August 1st 2017 would
3    not be usable on BCH?
4    A.   No.
5         MR. ROCHE:  No further questions.
6         MR. KASS:  I have a really quick follow up.
7              REDIRECT (ANDREAS ANTONOPOULOS)
8    BY MR. KASS:
9    Q.   Mr. Antonopoulos, do you know the source of
10   the data that is listed on Coincap.io?
11   A.   (Indicating).
12   Q.   What's the source of the data?
13   A.   The source of the data is -- the source of the
14   data is application programming interfaces or APIs
15   provided by constituent exchanges that are -- that push
16   updated values to subscribers such as coincap.io of
17   various metrics within the exchanges such as current
18   market value as well as volume and other information.
19          Each API contains a different amount of
20   information and sites like coincap.io compose all of
21   this information into volume weighted average across all
22   the constituent market.  Coincap.io lists which
23   constituent markets are used to provide that
24   information.
25   Q.   Do you have any knowledge as to the processes