Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

----------------------------------X
IRA KLEIMAN, as the personal      )
representative of the Estate of   )
David Kleiman, and W&K Info       )
Defense Research, LLC,            )
                                  )
            Plaintiffs,           ) CASE NO.:
                                  )
v.                                ) 9:18-cv-80176-BB/BR
                                  )
CRAIG WRIGHT,                     )
                                  )
            Defendant.            )
----------------------------------X


CONFIDENTIAL

REMOTE DEPOSITION OF WILLIAM S. CHOI, PH.D.

Tuesday, April 28, 2020; 11:10 a.m. EST


Job No.:   573686

Pgs.    1 - 7, 21 - 255

Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR,

CLR, RSA, Remote Counsel Reporter, LiveDeposition

Authorized Reporter

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 203

```
 1        A.     As -- I said there's a random element.
 2               So the way I understand SHA-256 is that
 3   you just type in the letter F.  You're going to get
 4   the same number of characters as if you typed your
 5   name, in terms of the number.  But the F will
 6   always correspond with the same hash.
 7               Whereas if you wrote -- if you had War
 8   and Peace and you inputted that in, we'd still get
 9   the same number of digits, and you would have the
10   same hash.  But if you change -- if you took out
11   one word, you would have the completely different
12   hash.
13        Q.     So --
14               MS. MCGOVERN:  I'm on the camera.
15          It's sort of weird to have you deposing
16          Dr. Choi without you on the camera.
17               MR. FREEDMAN:  Unfortunately, I
18          can't.  I don't have the ability to do it
19          at the moment --
20               MS. MCGOVERN:  You're going to stay
21          black?
22               MR. FREEDMAN:  -- I didn't know
```



Page 204

1      Dr. Choi was going to be testifying to
2      rebut Dr. Boedeker in some way --
3             MS. MCGOVERN:  I just want to note
4      for the record that you're not on the
5      camera and you're deposing him; that's all.
6             MR. FREEDMAN:  Okay.
7   BY MR. FREEDMAN:
8      Q.   So, Dr. Choi -- maybe I asked you this,
9   but I just want to make sure we covered this --
10  they are uniformly distributed in an uncorrelated
11  way.
12           Is that a fair way -- is that a fair
13  way to characterize SHA-256 hashes?
14     A.   That's probably -- that's consistent
15  with the way -- that's consistent with my
16  understanding or at least my expectation.
17     Q.   Okay.  And we've just both, I think,
18  agreed that the list of Bitcoin that you
19  examined -- the CSW-filed list, as Mr. Boedeker
20  refers to it -- is not uniformly distributed,
21  correct?
22     A.   Well, there are gaps that will allow



Page 205

```
 1    you to see that.  So the -- there are gaps in
 2    there.
 3         Q.    And, therefore, they're not -- it is
 4    not a uniformly distributed list?
 5         A.    That's correct.  There will be -- the
 6    gaps would -- again, where the gaps are, then --
 7    that's right; it's -- it's not uniform
 8    distribution -- the sample isn't.
 9         Q.    Because of the -- because of the gaps,
10    the entire list is rendered nonuniform, correct?
11         A.    That's -- that's consistent, right.
12    So, yes, because of the gaps, you don't have
13    uniform distribution.  And the point is what's --
14    what's the point -- what's the value-add of the KS
15    test if you can see that the gaps are not yielding
16    uniform distribution.
17         Q.    And, Dr. Choi, do you have an
18    explanation for why the gaps occurred in this list?
19         A.    So I do not.
20               I think -- and the point that I was
21    making is that I don't think Mr. Boedeker has put
22    forward why the gaps exist either.  And so the
```

