1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2
         CASE NO.: 9:18-CV-80176-BB/BR
3

4    IRA KLEIMAN, as the personal
     representative of the Estate
5    of David Kleiman, and W&K Info
     Defense Research, LLC
6
              Plaintiffs,
7
     -vs-
8
     CRAIG WRIGHT
9
              Defendant.
10   _____/

11

12            RECORDED VIDEO-TELECONFERENCE
                   DEPOSITION OF:
12

13            ROBERT A. LEONARD, Ph.D.

14        Taken on Behalf of the DEFENDANT

15

16   DATE TAKEN:        April 24, 2020

17   TIME:              11:34 a.m. - 3:48 p.m.

18   PLACE:             Via Zoom

19

20       Examination of the witness taken before:

21          Julia Y. Alfonso, RPR, FPR
            Florida Professional Reporter
22

23

24

25

Page 2

```
 1              A-P-P-E-A-R-A-N-C-E-S
 2
 3   On behalf of the Plaintiff:
 4      ANDREW S. BRENNER, ESQUIRE
        LASELVE E. HARRISON, ESQUIRE
 5      BOIES, SCHILLER & FLEXNER LLP
        100 S.E. 2nd Street
 6      Suite 2800
        Miami, Florida 33131
 7      abrenner@bsfllp.com
        lharrison@bsfllp.com
 8      (appearing via Zoom)
 9
10   On behalf of the Defendant:
11      NEHA DAGLEY, ESQUIRE
        ZALMAN KASS, ESQUIRE
12      RIVERO, MESTRE, LLP
        2525 Ponce de Leon Boulevard, Suite 1000
13      Coral Gables, Florida  33134
        ndagley@riveromestre.com
14      zkass@riveromestre.com
        (appearing via Zoom)
15
16   Also Present:
17         William Eggington (via Zoom)
18
19
20
21
22
23
24
25
```

Page 3

```
 1                 I N D E X
 2
 3   DEPOSITION OF ROBERT A. LEONARD, PH.D.
 4               Direct   Cross   Redirect   Recross
 5
     By MS. DAGLEY          7
 6
     By MR. BRENNER                134
 7
 8
 9            DEFENDANT'S EXHIBITS INDEX
10   No.       Description                     Page No.
11   Exhibit A   Updated Notice of Taking        9
                 Deposition Duces Tecum
12   Exhibit B   Engagement Letter               13
     Exhibit C   Appendix B to Dr. Robert Leonard's  18
13               Report
     Exhibit D   Dr. Robert Leonard's Report     29
14   Exhibit E   Appendix A to Dr. Robert Leonard's  88
                 Report
15   Exhibit F   IAFL Code of Practice           111
     Exhibit G   E-mail                          124
16   Exhibit H   Excel Spreadsheet               127
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1      MS. DAGLEY:  Good morning, Dr. Leonard.
 2      THE WITNESS:  Good morning.
 3      MS. DAGLEY:  My name is Neha Dagley.  I'm with
 4   the law firm of Rivero, Mestre, and I represent
 5   Dr. Craig Wright.  Do you understand that -- do you
 6   understand that --
 7      MR. BRENNER:  I just want to put -- I just
 8   want to put a couple of things on the record.
 9   That's what I was telling you before, before we
10   start, the things we talked about off the record so
11   they're on the record.  And --
12      MS. DAGLEY:  Okay.  Wait.  Is it just about --
13      MR. BRENNER:  It's about Mr. Eggington's
14   presence and it's about the video recording.  So I
15   need to get both those things on the record.
16      MS. DAGLEY:  You can go ahead and do that.  Go
17   ahead.
18      MR. BRENNER:  Sure.
19      So counsel -- counsel and I had a discussion
20   off the record.  I just want to memorialize those
21   conversations.  One, Dr. Eggington is attending the
22   deposition.  He is a rebuttal expert for the
23   defendant.  Counsel and I have agreed that -- I
24   have agreed not to object to that so long as
25   counsel agrees that Dr. Leonard can attend
```

Page 5

```
 1   Dr. Eggington's deposition.  Do we agree to that?
 2      MS. DAGLEY:  Yes.
 3      MR. BRENNER:  Okay.  And the second thing I
 4   just want to put on the record was that it appears
 5   that counsel's at least trying to videotape it.  I
 6   know whether it works or not is a different story.
 7   And if it is videotaped and it does work, we're
 8   requesting a copy of that video.  Is that okay?
 9      MS. DAGLEY:  Yes, that's fine.
10      And I would also request one more thing, that
11   Dr. Leonard stay in the frame of the video unless
12   we were taking a break.
13      THE WITNESS:  Very good.
14      MS. DAGLEY:  Okay.
15      THE WITNESS:  All set.
16      MS. DAGLEY:  Thank you.
17      (Whereupon, there was an off-the-record
18   discussion.)
19      THE COURT REPORTER:  The attorneys
20   participating in this proceeding acknowledge that I
21   am not physically present in the proceeding room
22   and that I will be reporting this proceeding
23   remotely.  They further acknowledge that, in lieu
24   of an oath administered in person, the witness will
25   verbally declare his testimony in this matter is
```

Page 6

1  under penalty of perjury.  The parties and their
2  counsel consent to this arrangement and waive any
3  objections to this manner of reporting.  Please
4  indicate your agreement by stating your name and
5  your agreement on the record.
6       Plaintiff?
7       MR. BRENNER:  Andrew Brenner on behalf of the
8  plaintiffs and I agree to your statement.
9       THE COURT REPORTER:  Defense?
10      MS. DAGLEY:  Neha Dagley and we agree to the
11  statement.
12      THE COURT REPORTER:  Will the witness please
13  say and spell your first and last name for the
14  record.
15      THE WITNESS:  Robert Leonard.  R-O-B-E-R-T,
16  L-E-O-N-A-R-D.
17      THE COURT REPORTER:  Will the witness now
18  please repeat the following declaration for the
19  record:  I declare my testimony in this matter.
20      THE WITNESS:  I declare my testimony in this
21  matter.
22      THE COURT REPORTER:  Is under penalty of
23  perjury.
24      THE WITNESS:  Is under penalty of perjury.
25      THE COURT REPORTER:  The witness having

Page 7

1       declared his testimony in this matter is under
2       penalty of perjury, and the parties have stated
3       their agreement for the record.  You may proceed.
4  THEREUPON,
5              ROBERT A. LEONARD, PH.D.
6  Was called as a witness, and having been first duly sworn or
7  affirmed, was examined and testified as follows:
8              DIRECT EXAMINATION
9  BY MS. DAGLEY:
10      Q    Okay.  Dr. Leonard, you've already stated your
11  full name so I'm not going to ask you to repeat that.
12      Do you understand that you're here today for a
13  deposition in the case of Kleiman v. Wright?
14      A    Yes.
15      Q    Okay.  Are you impaired in any way today from
16  answering questions at your deposition?
17      A    No.
18      Q    Is there any reason that you're not able to
19  give full and truthful testimony to the best of your
20  ability today?
21      A    No.
22      Q    Okay.  Have you been deposed before in the
23  past?
24      A    Yes.
25      Q    So are you familiar with the basic rules of

Page 8

1  providing deposition testimony?
2       A    Somewhat.
3       Q    Okay.  I would ask that you answer all
4  questions verbally and not with physical movement so
5  that the court reporter can take it down.  If you need a
6  break, please let me know.
7       A    Very good.
8       Q    Okay.  I'm going to drop a file into the chat
9  box.  And please bear with me here.
10      Okay.  Dr. Leonard, do you see a file in your
11  chat box?
12      A    My chat box?  I see.  Hold on.
13      MR. BRENNER:  Yeah.  I'm going to make sure I
14  understand how to do that too.
15      THE WITNESS:  No, I do not.
16      MS. DAGLEY:  Okay.
17      MR. BRENNER:  Neither do I.
18      MS. DAGLEY:  I will try it again.
19      (Whereupon, there was an off-the-record
20  discussion.)
21      THE WITNESS:  Yes, I see it.
22  BY MS. DAGLEY:
23      Q    Okay.  Would you please open that file.
24      A    Very good.
25      Q    This is a Notice of Taking Deposition Duces

Page 9

1  Tecum of your depo today.
2       A    Excuse me one moment.
3       Q    Yes.
4       A    It's giving me the option of saving.
5       I see.  I can simply double-click probably.
6       (Whereupon, there was an off-the-record
7  discussion.)
8       MS. DAGLEY:  Okay.  Going back to this
9  document, I'm going to mark this as Exhibit A.
10      (Whereupon, Defendant's Exhibit A was marked
11  for identification.)
12  BY MS. DAGLEY:
13      Q    This is an Updated Notice of Taking Deposition
14  Duces Tecum.  And I can represent that the only thing
15  that was updated on this from the prior notice is the
16  time.  Where it says "Date and Time," it was changed
17  from 10:00 a.m. to 11:30 a.m.
18      A    Uh-hum.
19      Q    What I want to do is scroll to page three
20  where it says "Schedule A."  Do you see that?
21      A    Yes.
22      Q    Do you see that the first item requested here
23  is for all invoices for your work in this case?
24      A    Yes.
25      Could you make that larger?  I'm having

Page 10

1   trouble seeing it though.
2       Perfect.  Thank you.
3       Q.  Do you see that?
4       A.  I do.
5       Q.  Okay.  Have you provided a copy of all the
6   invoices for your work in this case --
7       A.  I did not --
8       Q.  -- to plaintiff's counsel?
9       A.  I did not send an invoice.
10      Q.  Okay.  Why is that?
11      A.  We worked on a flat fee for the first part of
12  the assignment.
13      Q.  Okay.  And what was the amount of the flat
14  fee?
15      A.  $25,000.
16      Q.  When did you commence your work on this case?
17      A.  March 25th, I believe.
18      Q.  And in the flat fee that you mentioned for
19  $25,000, what was the scope of the work?
20      A.  That was to research, analyze, and write a
21  report based on the evidence.
22      Q.  Have you kept any -- have you tracked your
23  time at all in connection with the flat fee work?
24      A.  I've not prepared time sheets.
25      Q.  Have you kept any record of the time spent and

Page 11

1   the work done?
2       A.  I have in my notes often how many hours -- and
3   others were --
4       THE COURT REPORTER:  How many hours?  I'm
5   sorry.
6       MS. DAGLEY:  Can you repeat that?
7       THE COURT REPORTER:  Yeah.
8       THE WITNESS:  Certainly.  Sorry.  I said I
9   have notations on hours spent sometimes, but I can
10  reconstruct how many hours through e-mails and
11  documents.
12  BY MS. DAGLEY:
13      Q.  Okay.  So you don't keep simultaneous time
14  records; is that correct?
15      A.  Sometimes I do.
16      Q.  In this case did you?
17      A.  In parts of it.
18      Q.  I'm sorry.  Can you repeat that, Dr. Leonard?
19      A.  In parts of the case.
20      Q.  And do you know what parts of the case you've
21  kept time track -- time records for?
22      A.  Not off the top of my head.
23      Q.  Okay.  If we were to request that, would you
24  be able to locate that information for us?
25      THE COURT REPORTER:  I'm sorry?

Page 12

1       MR. BRENNER:  I said object to the form.
2       THE COURT REPORTER:  And the answer?
3       THE WITNESS:  I imagine.
4   BY MS. DAGLEY:
5       Q.  Okay.  I'm going to stop the screen share --
6   actually, let me talk about -- do you see number four on
7   Schedule A?
8       A.  Yes, I do.
9       Q.  Have you provided us with an engagement letter
10  for your work in this case?
11      MR. BRENNER:  Ms. Neha, I said it was provided
12  to me and I sent it to you this morning.
13      MS. DAGLEY:  Yes.  I'm asking if he's provided
14  it.
15      MR. BRENNER:  Well, you asked did he provide
16  it to you and that's not really a fair question.
17  BY MS. DAGLEY:
18      Q.  Have you provided it to plaintiff's counsel?
19      A.  Yes.
20      Q.  Okay.  And on number two, do you see where it
21  says, "All time sheets or other evidence of time spent
22  by you for your work in this case"?  Have you provided
23  those documents to plaintiff's counsel?
24      A.  I just said I had not --
25      Q.  Okay.

Page 13

1       A.  -- prepared time sheets.
2       Q.  You just said you had not prepared?
3       A.  Time sheets.
4       Q.  I just dropped a file in the chat box because
5   I'm having difficulty doing screen share.
6       MR. BRENNER:  Okay.
7   BY MS. DAGLEY:
8       Q.  Could you please let me know if you received
9   the file, and then open it.
10      A.  What file is it?
11      Q.  It says, "Expert Retention Agreement."
12      A.  I received it and I am opening it.
13      Q.  Dr. Leonard, is this the engagement letter
14  that you've provided to plaintiff's counsel for this
15  case?
16      A.  I'm examining it.
17          Yes.
18      MS. DAGLEY:  Okay.  I'm going to mark this as
19  Exhibit B.
20      (Whereupon, Defendant's Exhibit B was marked
21  for identification.)
22  BY MS. DAGLEY:
23      Q.  If you could turn to page four.
24      A.  Very good.
25      Q.  Okay.  I'm going to call your attention to

Page 14

1  where it says "Robert A. Leonard," and then it has what
2  appears to be an electronic signature.  Do you see that?
3      A    Yes.
4      Q    Okay.  Can you scroll down to page six?
5      A    Yes.
6      Q    Okay.  I'm going to call your attention to the
7  notation that says "Document e-signed by Robert Leonard,
8  rlforensics@outlook.com."  Do you see that?
9      A    Yes.
10     Q    Okay.  Is that your e-signature?
11     A    Yes.
12     Q    Is that your e-mail address,
13 rlforensics@outlook.com?
14     A    Yes.
15     Q    Who prepared this engagement agreement?
16     A    I believe I sent my standard agreement, but I
17 notice I have the wrong hourly wage there.  And then it
18 was edited by counsel.
19     Q    Okay.  When you say "wrong hourly wage," can
20 you point me to the paragraph you're looking at, and can
21 you tell me what the correct hourly wage is?
22     A    Yes.  In paragraph one it says $400 an hour,
23 but that changed two years ago.  So I must have copied
24 this from an older document.  In my report I state the
25 accurate wage of 500.

Page 15

1      Q    Okay.  So here it says in paragraph two, "As
2  initial retainer, please advance a refundable retainer
3  deposit of $10,000 at this time."
4           Did you receive $25,000 plus $10,000 in
5  connection with your retention in this case?
6      A    No.
7      Q    Can you tell me exactly how much you've
8  received to date?
9      A    $25,000.
10     Q    Okay.  So can you explain to me why it says
11 "please advance a refundable retainer deposit of
12 10,000"?
13     A    Because that was a refundable retainer
14 deposit.
15     Q    Okay.  So are you holding that?
16     A    No.
17     Q    Did you ever receive a refundable retainer
18 deposit of 10,000?
19     A    Sorry.  Didn't I just say I did?
20     Q    Oh, I'm sorry.  If you did, I didn't catch
21 that.  So let -- let me ask again.
22           Did you receive a refundable retainer deposit
23 of 10,000?
24     A    Yes.
25     Q    Okay.  Did you also receive a $25,000 flat

Page 16

1  fee?
2      A    As I just said, the $10,000 went -- you asked
3  me if I had received the $10,000 and an additional
4  $25,000.  The answer was no.
5      Q    Okay.  So did you receive an additional
6  15,000?
7      A    Correct.
8      Q    Okay.  Is all of -- is the entirety of the
9  $25,000 that you received refundable or nonrefundable?
10     A    Nonrefundable.
11     Q    Okay.
12     A    You froze on me.  Did I freeze on you?
13          THE COURT REPORTER:  No.
14          THE WITNESS:  The --
15 BY MS. DAGLEY:
16     Q    A little bit, yes.
17     A    Okay.  But you heard my answer?
18          THE COURT REPORTER:  Yes.
19 BY MS. DAGLEY:
20     Q    I heard your answer.  And I just want to let
21 everyone now that I'm receiving a message that says
22 "Your connection" -- "Internet connection is unstable."
23 So if for some reason you can't hear me, please speak up
24 and let me know.
25     A    Will do.

Page 17

1          I don't see any indication of that.
2          Okay.  Very good.  Will do.  That's why I
3  alerted you to the fact that you seem to have frozen on
4  me.
5      Q    Thank you.
6          Let's take a look here.  On paragraph -- in
7  paragraph one, do you see where it say "$600 per hour
8  for testifying at trial, hearings, or formal
9  depositions"?  Is that accurate?
10     A    I see it and it is accurate.
11     Q    Okay.  How did you first learn about this
12 case?
13     A    I was contacted by counsel.
14     Q    Can you specify a name, please.
15     A    Velvel Freedman.
16     Q    And when were you contacted by Mr. Freedman?
17     A    A couple of days before I was engaged.
18          I'm not seeing the document anymore.  Did you
19 take it down?
20     Q    I did not.  I'm dropping a new file.
21     A    Oh, right.  Very good.
22     Q    Please bear with me.
23     A    Certainly.
24     Q    Please let me know when you've opened the
25 file, Dr. Leonard.

Page 18

1      A    I have it open.
2      Q    Do you recognize this document?
3      A    It appears to be my list of cases.
4           MS. DAGLEY:  I'm going to mark this as Exhibit
5      C.
6           (Whereupon, Defendant's Exhibit C was marked
7      for identification.)
8      BY MS. DAGLEY:
9      Q    This is Appendix B to your report,
10     Dr. Leonard, that was provided to us in this case.  Who
11     prepared this document?
12     A    I did.
13     Q    When did you prepare it?
14     A    In preparation for -- to accompany the report.
15     Q    Okay.  When did you last make any changes or
16     updates to this list?
17     A    What do you mean by "changes?"
18     Q    Do you see on the top there it says "As
19     of October 2019"?
20     A    Yes.
21     Q    On page one?
22     A    Yes.
23     Q    Okay.  Is that the last time you would have
24     made changes to this list?
25     A    What that means is the cases as of that date.

Page 19

1      Q    Okay.  So did you include any cases between
2      October -- would this list include any cases between
3      October 2019 and today's date?
4           MR. BRENNER:  Object to the form.
5           THE WITNESS:  Did someone say something?
6           MR. BRENNER:  I made an objection for the
7           record, Dr. Leonard.  Once I complete my objection,
8           you should just -- unless I instruct you otherwise,
9           you should answer counsel's question.
10          THE WITNESS:  I know but I didn't -- sorry.
11          MR. BRENNER:  I just objected to the form of
12          the question.
13          THE WITNESS:  Very good.
14          Could you ask the question again?
15     BY MS. DAGLEY:
16     Q    Yes.
17          So let me ask a different question.  Are there
18     any cases where you have testified as an expert in the
19     prior four years, either at trial or deposition, that
20     are not included on this list?
21     A    To the best of my recollection and ability to
22     include things, no, there are no others.
23     Q    Did you want to take a minute to scroll
24     through the list?
25     A    I recognize it as my list --

Page 20

1      Q    Okay.
2      A    -- so...
3      Q    If -- can you scroll to page three of Appendix
4      B?
5      A    Yes.
6      Q    Do you see where it says "Other State Court
7      Testimony"?
8      A    No.  Wait a moment.  Let me make a full
9      size -- full screen.  Page three.
10          Oh, I see.  Yes.
11     Q    Can you tell me why these cases are listed
12     under the separate section titled "Other State Court
13     Testimony"?
14     A    Yes.
15     Q    Can you please elaborate.
16     A    The -- these cases, I asked the attorneys --
17     my retaining attorneys, how I might list them on my list
18     of cases, and they said to list them as "Other State
19     Court Testimony," or that was what we decided would be
20     appropriate.
21     Q    What -- who are the attorneys that you
22     reference in your answer?
23     A    The attorneys who either -- who had retained
24     me or brought me there.
25     Q    So did you consult with the attorney -- the

Page 21

1      retaining attorneys in each one of these cases regarding
2      how you should classify or set forth your testimony?
3      A    That's correct.
4      Q    Okay.  If you go back to page one, the first
5      case on this list -- actually, are these -- these are
6      not in chronological order; is that correct,
7      Dr. Leonard?
8      A    I believe they're in descending chronological
9      order.
10     Q    Okay.  Take a look at page two, if you will,
11     under "Qualified As Expert In State Courts."
12     A    Yes.
13     Q    There's a year of 2019 on there.
14     A    Yes.
15     Q    Have you been retained to testify -- or have
16     you testified, at trial or deposition, in any cases in
17     2020?
18     A    No.
19     Q    How about November of 2019?
20     A    Not that I recall.
21     Q    Is there something that would refresh your
22     recollection, Dr. Leonard?
23     A    I have a feeling you're about to do just that.
24     Q    No.  I'm just asking a question.
25     A    To the best of my memory and recollection and

Page 22

1    records, the last time I testified was in October of
2    2019.
3        Q    Thank you.
4             (Whereupon, there was an off-the-record
5    discussion.)
6    BY MS. DAGLEY:
7        Q    Dr. Leonard, do you have copies of any of your
8    prior deposition transcripts?
9        A    I imagine.
10       Q    Do you retain them in -- do you have a -- let
11   me rephrase that.
12            Do you keep all of your prior deposition
13   transcripts?
14       A    No.
15       Q    Are there some that you have gotten rid of in
16   the past for some reason?
17       A    I recall that some I was instructed to destroy
18   after I corrected the transcript.
19       Q    And do you keep copies of all your past expert
20   witness reports?
21       A    I don't try to destroy them, but I'm not sure
22   I have all of them.
23       Q    Prior to this case, have you ever worked as an
24   expert for the plaintiffs in this case?
25       A    By the "plaintiffs" you mean?

Page 23

1    Q    I mean, Ira Kleiman.
2    A    No.
3    Q    Did you say "no," Dr. Leonard?
4    A    That's correct, I said no.
5    Q    Okay.
6         MR. BRENNER:  I'm just going to interject
7    here, not because there's anything wrong with your
8    question, just you're frozen, Ms. Dagley.
9         MS. DAGLEY:  And so is Dr. Leonard.
10   Can you see Dr. Leonard clearly?
11        MR. BRENNER:  Are you asking if I can see
12   Dr. Leonard?  I can see him --
13        MS. DAGLEY:  Yes.
14        MR. BRENNER:  -- frozen it appears.
15        MS. DAGLEY:  I can also see him frozen.
16        THE WITNESS:  I can hear everyone.  Actually,
17   I have the person identified as Nicole Puentes as
18   having bad Internet.
19        MS. DAGLEY:  Yes.  So --
20        THE WITNESS:  Is that you, Ms. Dagley?
21        MS. DAGLEY:  Yes.  So I just want to clarify
22   for the record that that's simply the Zoom account
23   that was created for our firm.  I am not Nicole
24   Puentes.
25        THE WITNESS:  Let me -- let's take a

Page 24

1    one-minute break while I check my router.  If you
2    are seeing a report that my Wi-Fi is weak -- I
3    teach every single day and that hasn't been a
4    problem.  But let me leave the video and I will be
5    back in one minute.  Is that --
6         MS. DAGLEY:  And I'm okay with that.  Please
7    go ahead and do that.
8         MR. BRENNER:  I'm going to -- I'm going to --
9    everyone's frozen on my screen, so I'm going to
10   sign off and sign back in.
11        MS. DAGLEY:  Okay.  Great.  Thank you.
12        MR. BRENNER:  Yeah.  No worries.
13        (Whereupon, there was a brief recess.)
14   BY MS. DAGLEY:
15       Q    Okay.  So going back to my question.  Prior to
16   this case, have you worked -- ever worked as an expert
17   for Mr. Ira Kleiman?
18       A    No.
19            Do we have a document up or -- that I'm
20   supposed to be looking at?
21       Q    No, we do not.
22       A    Very good.
23       Q    And prior to this case, have you ever worked
24   as an expert for the law firm of Boies, Schiller,
25   Flexner?

Page 25

1    A    I think I have.
2    Q    Do you recall how many times?
3    A    Once.
4    Q    Do you remember what case?
5    A    Chevron.  The Chevron case.
6    Q    Okay.  And prior to this case, have you
7    worked -- ever worked as an expert for Roche, Cyrulnik,
8    Freedman?  It's a law firm.
9    A    I don't think so.  I actually do not keep
10   records by law firm which I see sometimes that I should.
11       Q    Prior to your involvement in this case, were
12   you or anyone you know acquainted with Boies, Schiller,
13   Flexner, other than the case you mentioned?
14        MR. BRENNER:  Object to the form.
15        THE WITNESS:  You lost me.
16   BY MS. DAGLEY:
17       Q    Prior to your involvement in this case, were
18   you or anyone you know acquainted with the law firm of
19   Boies, Schiller, Flexner?
20        MR. BRENNER:  Same objection.
21        THE WITNESS:  I'm not sure exactly what you
22   mean, but I don't think so.  I don't know of any
23   connection to Boies, Schiller off the top of my
24   head other than the one case that I think they were
25   co-counsel or something.

Page 26

1  BY MS. DAGLEY:
2      Q   I'm going to add a file to the chat box.
3      A   Leonard Report, Appendix B?
4      Q   No, not that one.
5          MR. BRENNER:  We don't see anything yet.
6          Now it just came up.
7          THE WITNESS:  Okay.  This is my report?
8  BY MS. DAGLEY:
9      Q   Yes.
10     A   Or -- okay.
11         Very good.  I have it open.
12     Q   Okay.  Dr. Leonard, are you appearing in this
13 matter as a forensic stylistics expert?
14         MR. BRENNER:  Object to the form.
15         THE WITNESS:  I am a forensic linguist.  I am
16     mostly a linguist.  I have a Ph.D in linguistics,
17     and I'm applying linguistic theory to a legal
18     matter in this case.
19 BY MS. DAGLEY:
20     Q   Can you tell me which linguistic theory you're
21 applying in this case?
22     A   All linguistic theory, especially variationist
23 sociolinguistics.
24     Q   Can you explain to me what that means.
25     A   Certainly.  I'm trying to see you now.

Page 27

1          Variationist sociolinguistic is the name given
2  to a branch of linguistics that was firmly established
3  in, I suppose, the 1960s and has continued on for these
4  decades since.  And it studies both historical change
5  and the way language varies in the real world.
6      Q   Okay.  And that's the method that you have
7  employed in connection with your report?
8      A   That --
9          MR. BRENNER:  Object to the form.
10 BY MS. DAGLEY:
11     Q   Can you repeat your answer, Dr. Leonard.
12     A   That is -- you asked me what theory I was
13 using, and the core competency, although hardly the
14 exclusive competency, is variationist sociolinguistics.
15     Q   Okay.  Is there a certain method that you've
16 used in connection with forming your opinion in this
17 case?
18     A   Yes.
19     Q   How is that -- what is that method called?
20     A   It's called forensic linguistic authorship
21 analysis, if you need to have a name for it, but we
22 don't actually call it that.  We analyze the data as we
23 would any linguistic dataset and we look for patterns.
24 Linguistic theory and linguists analyze the nonrandom
25 distribution of the data and we seek to create

Page 28

1  hypotheses, competing hypotheses, and see which best
2  explain the patterns that we find in this nonrandomness.
3  And that's the core of linguistics as other sciences.
4  And that is what I did here.  I looked for variation.
5      Q   Okay.  Can you turn back to Appendix B to your
6  report, please.
7      A   Appendix B is which one?  I'm sorry.
8      Q   That is the list of cases.
9      A   Okay.
10     Q   Prior cases.
11     A   Right.  I don't know that I can...
12     Q   I think if you go back into the chat box
13 within Zoom, you should be able to open it from there.
14     A   Okay.
15         Yes.  Got it.  Very good.
16     Q   Can you tell me in how many of these listed
17 cases did you offer an opinion about authorship
18 identification?
19     A   Yes.
20     Q   Can you please tell me which cases they are.
21     A   Yes.  I was looking.
22         Which page are we on?
23     Q   It's the entirety of Appendix B.
24     A   Okay.  2019, South Carolina v. McCaffrey;
25 2017, Rosebank; 2016, Lessell Moore; 2016, Rickey

Page 29

1  Donnell; 2015, Chevron; 2017, Rosebank; 2016, Kamal
2  Williams.  I beg your pardon.  No.  Strike that.
3          That's it for this list of cases.
4      Q   And what was the method you used in these
5  prior cases?
6      A   The same.
7      Q   Can you repeat the name of the method, please.
8          MR. BRENNER:  Object to the form.
9          THE WITNESS:  As I said, it is the method that
10     linguists and other scientists use when they
11     examine datasets.  They look for nonrandomness.
12     They look for patterns, and then within the
13     theories of their discipline, create hypotheses
14     that seek to explain the nonrandomness.
15 BY MS. DAGLEY:
16     Q   And how is that method referred to in your
17 field?
18     A   Linguistic analysis.
19         MS. DAGLEY:  Okay.  I'm going to mark
20     Dr. Leonard's report as Exhibit D.
21         (Whereupon, Defendant's Exhibit D was marked
22     for identification.)
23 BY MS. DAGLEY:
24     Q   Dr. Leonard, do you have your report open in
25 front of you?

Page 30

1   A    No.
2   Q    Would you please go to that file.
3   A    Very good.
4   Q    Do you recognize this document?
5   A    I believe so.
6   Q    Is this the report that you have provided for
7   this case?
8   A    Yes.
9   Q    In your role as an expert?
10  A    Yes.
11  Q    Can you turn to page 24, please.
12  A    I'm there.
13  Q    Is that your signature, Dr. Leonard?
14  A    Yes.
15  Q    Okay.  Who prepared this report?
16       MR. BRENNER:  I'll just -- for the record, I
17       will -- I will object to the form to the extent
18       you're asking him to get into any discussions that
19       involve counsel regarding any draft reports as
20       those are now protected under the federal rules.
21       But you're -- you are entitled to ask him if this
22       is in fact his report.
23  BY MS. DAGLEY:
24  Q    You can answer, Dr. Leonard.
25  A    This is my report.

Page 31

1        MR. BRENNER:  With that -- with that
2        limitation, you can answer.
3        THE WITNESS:  Yes.  This is my report.
4   BY MS. DAGLEY:
5   Q    Did anyone assist you with drafting of this
6   report?
7        MR. BRENNER:  Again, same instruction
8        regarding any involvement of counsel as that is now
9        prohibited from disclosure pursuant to the Federal
10       Rules of Civil Procedure.  To the extent you have
11       information beyond participation of counsel, you
12       can let counsel know who that is.
13       THE WITNESS:  Yes.
14  BY MS. DAGLEY:
15  Q    And who -- who is that?
16       MR. BRENNER:  Same limitation.
17       THE WITNESS:  My associates and my partners.
18  BY MS. DAGLEY:
19  Q    Okay.  Who is your associate?
20  A    Dakota Wing, W-I-N-G, and Juliane,
21  J-U-L-I-A-N-E, Ford.
22  Q    And who are your partners?
23  A    In this, Tanya, T-A-N-Y [sic], Christensen,
24  C-H-R-I-S-T-E-N-S-E-N.
25  Q    When you say "associates," what do you mean by

Page 32

1   that?  Are they your employees or are they your support
2   staff?
3   A    They're my colleagues and also my employees.
4   Q    Okay.  And they're your -- they're your
5   colleagues in what capacity?
6   A    Well, we do research together.  We write
7   papers together.  We teach together.
8   Q    Is Dakota Wing at Hofstra University?
9   A    No.  He was a graduate of mine.
10  Q    A graduate from what program and from what
11  university?
12  A    From the graduate program in linguistics,
13  colon, forensic linguistics at Hofstra University.
14  Q    Okay.  And is Dakota a male or a female?
15  A    A male.
16  Q    And is he currently with Hofstra University?
17  A    No.  He's a doctoral candidate in linguistics
18  at York in Canada.
19  Q    Who is Juliane Ford?
20  A    She is also a graduate of the same program and
21  teaches with me at Hofstra and is a doctoral
22  dissertation candidate at Aston, A-S-T-O-N, University
23  in the U.K.
24  Q    And who is Tanya Christensen?
25  A    She is associate professor of linguistics at

Page 33

1   Copenhagen University in Denmark.
2   Q    And you -- you referred to Ms. Christensen as
3   a partner.  Can you explain to me what you mean by that.
4   A    She is a partner in a business venture we have
5   outside of Robert Leonard Associates.
6   Q    Okay.  And what is the name of that business
7   venture?
8   A    Flint Systems.
9   Q    Can you spell that, please.
10  A    F-L-I-N-T.
11  Q    And what is the business of Flint Systems?
12  A    Linguistic research.
13  Q    Are there any other partners in Flint Systems?
14  A    Yes.
15  Q    Who are they?
16  A    Jonathan Barr Sade, S-A-D-E, Ted Gutierrez,
17  and Shaun Mankad, M-A-N-K-A-D.
18  Q    Did anyone assist you with research in
19  connection with your report?
20  A    Yes.
21       MR. BRENNER:  Object to the form.
22  BY MS. DAGLEY:
23  Q    And who are -- who are these -- who are -- who
24  are the people who helped you with the research?
25  A    The three I said.

Page 34

1   Q    And by the three you said you mean Dakota
2   Wing?
3   A    Correct.
4   Q    Juliane Ford, and Tanya Christensen?
5   A    Correct.
6   Q    Apart from attorneys -- okay.  I'll rephrase
7   that.  I'm not asking you about attorney communications.
8        Has anybody else assisted you in the
9   preparation or drafting of this report?
10  A    No.
11  Q    How are Mr. Wing, Ms. Ford, and
12  Ms. Christensen compensated for their work in connection
13  with this report?
14  A    I'm not sure they'd want that made public.
15  Q    Okay.  Are you compensating them?
16  A    Yes.
17  Q    Can you tell me if you have a written
18  agreement with any of those individuals regarding
19  compensation?
20       MR. BRENNER:  I'll just object to the
21       extent -- I think you're perfectly entitled to
22       inquire as to whether the litigants, either the
23       plaintiffs or their counsel, are paying any of
24       those individuals.  That's a fair question.  I
25       think it's unfair to talk about how these folks are

Page 35

1   compensated for just their work with Dr. Leonard.
2   I don't know if they're getting set -- I just think
3   that's unfair and I don't think he needs to
4   disclose that.  But I think you can and should ask
5   whether they're being separately compensated by the
6   litigants or their counsel over and above what
7   Dr. Leonard is being compensating.
8        MS. DAGLEY:  So your objection -- your
9        objection is that it's unfair?
10       MR. BRENNER:  My objection is it's not
11       relevant, and I think you're harassing him.  If he
12       wants to answer it, he can answer it.  But I think
13       you're not asking questions -- that's my objection.
14       You can do what you want.  I'm not instructing him
15       not to answer.
16       MS. DAGLEY:  Okay.
17  BY MS. DAGLEY:
18  Q    Dr. Leonard, please.
19  A    What?
20  Q    Is there -- is there a written agreement
21  regarding their compensation in this case?
22  A    To go back to your earlier question, I pay
23  them and nobody is billed through.  I pay them from what
24  I receive.
25  Q    Okay.  Can you tell me, Dakota Wing, what

Page 36

1   aspects of the report did he assist you with?
2   A    Well, we all did everything so it's very
3   difficult to parcel it out.  But we all discussed the
4   issue at hand.  And I tasked them with, for example,
5   running AntConc, A-N-T-C-O-N-C, to look for overlapping
6   strings in what are called n-grams, N dash G-R-A-M-S,
7   and also running searches on GloWbE, G-L-O-W-B-E.
8   Q    Are you able to -- I know you said you can't
9   piece it out or parcel it out, but are you able to do
10  that for any part of your report --
11  A    Well, that --
12  Q    -- regarding --
13  A    Sorry.
14  Q    -- regarding the individual's involvement?
15       MR. BRENNER:  Object to the form.
16       Object to the form.
17       THE WITNESS:  As I say, in the beginning
18       everything is discussed, and then I decide what
19       needs to be done and how I'm going to represent it
20       in the report.  And then I rewrite whatever has
21       been found or write everything that has been found
22       and incorporate it into a report.
23  BY MS. DAGLEY:
24  Q    And how did you communicate with these three
25  individuals:  Juliane Ford, Dakota Wing, and Tanya

Page 37

1   Christensen?
2   A    Electronically.
3   Q    Okay.  When you say "electronically," do you
4   mean by e-mail?
5   A    Yes, we did e-mails.
6   Q    Okay.  Did you have -- did you conduct any
7   telephone conferences or video conferences in connection
8   with this report?
9        MR. BRENNER:  Again, I will instruct you to
10       limit your answer to not reveal any communications
11       with counsel, although you can identify if such
12       communications existed.  But you are instructed not
13       to answer the content of any communications with
14       counsel regarding your drafting of your report.
15       MS. DAGLEY:  Okay.  I'm going to give him a
16       new question.
17       MR. BRENNER:  Sure.
18  BY MS. DAGLEY:
19  Q    Have you had any telephone conferences or
20  video conferences with Dakota Wing in connection with
21  this report?
22       MR. BRENNER:  Same limitations.  If you're not
23       excluding attorneys, same limitation.
24       MS. DAGLEY:  I'm sorry, Mr. Brenner.  I asked
25       him only with respect to Dakota Wing.

Page 38

```
 1        MR. BRENNER:  Yeah, but there could be a call
 2   with Dakota Wing and I'm on.  So you're not
 3   excluding -- you need to specifically exclude
 4   attorneys, if that's what you're asking.  If you're
 5   not, I'm going to object.  It's up to you.
 6        MS. DAGLEY:  Okay.  I'm going to --
 7        MR. BRENNER:  Go ahead.
 8        MS. DAGLEY:  I'm going to ask another
 9   question.
10        MR. BRENNER:  Sure.
11   BY MS. DAGLEY:
12        Q    Excluding any attorneys, have you had any
13   telephone conferences or video conferences with Dakota
14   Wing in connection with this report?
15        A    Yes.
16        Q    Okay.  Do you remember how many times you've
17   spoken with Dakota Wing about this report?
18        A    No.
19        Q    Would you have a record of how many times
20   you've spoken with Dakota Wing about this report?
21        A    No.
22        Q    Apart from any attorneys, have you had any
23   telephone conferences or video conferences with Juliane
24   Ford in connection with this report?
25        A    Yes.
```

Page 39

```
 1        Q    Okay.  Do you recall how many times?
 2        A    No.
 3        Q    Apart from any attorneys, have you had any
 4   video conferences or telephone calls with Tanya
 5   Christensen in connection with this report?
 6        A    Yes.
 7        Q    Do you recall how many times?
 8        A    No.
 9        Q    Looking at your report, which has been marked
10   as Exhibit D, I believe, does it list all your opinions
11   in this matter?
12        A    Well, it lists the essence of them.
13        Q    Okay.  Are you offering any opinions in this
14   case that are not contained in your report?
15        A    Not specifically.  I only mean that when
16   something is said, there may be a lot of research behind
17   it that is entailed in it but was not appropriate to put
18   in the report.
19        Q    Okay.  But are you offering any opinions that
20   are outside of this report?
21        MR. BRENNER:  Object to the form.
22        THE WITNESS:  The report encapsulates my
23   essential findings.
24   BY MS. DAGLEY:
25        Q    Okay.  Please tell me every assumption that
```

Page 40

```
 1   you've made in connection with your report.
 2        MR. BRENNER:  Object to the form.
 3        THE WITNESS:  Could you be more specific?
 4   BY MS. DAGLEY:
 5        Q    Yeah.
 6        Let's take a look at report -- your report,
 7   page six.
 8        A    Excuse me.  Yes.
 9        Page six.  Yes.
10        Q    On page six, do you see where it says, "I
11   was" -- in the first sentence, "I was provided by
12   counsel with a number of documents known to have been
13   written by Dr. Craig Steven Wright"?
14        A    Correct.
15        Q    Is that one of the assumptions you made?
16        A    I accepted counsel's assumptions that
17   Dr. Wright had said that he had written those as far as
18   I can recall.
19        Q    On that same page, do you see where it says,
20   "Q Category 1, consists of e-mail threads that
21   Dr. Wright denies having authored any part of"?  Is that
22   also an assumption you made?
23        A    Well, it's not an assumption I'm making.  I --
24   unless you're using assumption in a technical term that
25   I'm not familiar with.
```

Page 41

```
 1        Q    Is that an assumption that was provided to you
 2   by counsel?
 3        A    That "Q Category 1, consists of e-mail threads
 4   that Dr. Wright denies having any authority" -- "having
 5   authored any part of," you mean?
 6        Q    Yes, that's correct.
 7        A    Yes.
 8        Q    And then right after that it says, "Q Category
 9   2, consists of e-mail threads that according to
10   Dr. Wright are partly his own writing."  Is that also an
11   assumption that was provided to you by counsel?
12        MR. BRENNER:  Object to the form to the extent
13        you didn't finish the sentence.
14   BY MS. DAGLEY:
15        Q    Is that also an assumption that was provided
16   to you by plaintiff's counsel in connection with your
17   report?
18        MR. BRENNER:  Same objection.
19        THE WITNESS:  "Category 2," just for
20        completeness, "consists of e-mail threads that
21        according to Dr. Wright are partly his own writing,
22        but also partly written by an imposter."  That is
23        information given to me by the attorney -- sorry
24        counsel.  The attorneys.
25   BY MS. DAGLEY:
```

Page 42

1    Q    If you turn to page eight of your report.
2    A    Yes.
3    Q    On the top of that page it says, "The
4 following K documents were excluded because they are
5 likely to have been coauthored" -- and then in paren it
6 says "the deed and the statements."  Do you see that
7 part?
8    A    Yes.
9    Q    Okay.  Is that an assumption that was provided
10 to you by counsel?
11   A    No.
12   Q    Is that an assumption that you made on your
13 own?
14   A    Again, would you like to define "assumption"?
15   Q    Okay.  What does -- what does assumption mean
16 in your mind?
17   A    Well, I'm trying to answer your question, so
18 why don't you tell me what you --
19   Q    Okay.  Why don't -- why don't we do this.  Do
20 you understand what an assumption is when you're
21 providing an opinion regarding authorship analysis?
22        MR. BRENNER:  I'll object to the form only
23        because I'm not sure I caught all of it with the
24        breakup in the -- in the audio.  But if you get
25        it -- if you got it, you can answer.  I'm objecting

Page 43

1 because I didn't hear everything.
2 BY MS. DAGLEY:
3    Q    Okay.
4    A    I'm trying my best to be responsive, but just
5 as if we were speaking another language and I wouldn't
6 know how to respond.  I'm not --
7    Q    Let me --
8    A    -- sure I know what you mean by "assumption."
9 And I'm very --
10   Q    Let me --
11   A    -- to answer it, once I do.
12   Q    Let me ask you a different question.  Did
13 plaintiff's counsel provide you with any assumptions
14 regarding the deed and the statements that are
15 referenced in this paragraph?
16   A    You already asked me that, didn't you?
17   Q    Not in the same way, no.
18        MR. BRENNER:  Object to the form.  But go
19        ahead.
20        THE WITNESS:  It was my thought that deeds are
21        legal documents and, therefore, less likely to be
22        single authored by someone.  If I had a deed or
23        similar document, I would hope that I was smart
24        enough to have an attorney help me get the wording
25        precise, or somebody else.  Does that answer your

Page 44

1 question?
2 BY MS. DAGLEY:
3    Q    Let me ask you -- we've touched upon the
4 categories -- categorization of the documents in your
5 report which are listed on page six.  If you could turn
6 to page six again.
7    A    Okay.  Page seven.
8        I think you mean page seven?
9    Q    Six.
10   A    Okay.  One minute.
11        Oh, I see --
12   Q    Where you reference in bold it says "K
13 Wright," in bold it says "Q Category 1," and "Q Category
14 2."
15   A    Correct.
16   Q    Are those the categories of documents you
17 addressed in your report?
18   A    Yes.
19   Q    Okay.  In preparing your report -- actually,
20 let me -- let me rephrase that.
21        In forming your opinion which did you read
22 first, the questioned e-mails or the known documents?
23   A    Which did I read first did you say?
24   Q    Yes.
25   A    The questioned documents.

Page 45

1    Q    If you could turn to page 24 of the report.
2        MR. BRENNER:  I'm sorry.  Which page did you
3        say?
4        MS. DAGLEY:  24.
5        MR. BRENNER:  Thank you.
6        THE WITNESS:  I'm there.
7 BY MS. DAGLEY:
8    Q    Okay.  That contains your conclusion in
9 section five; is that correct?
10   A    Yes.
11   Q    Okay.  And what is your conclusion?  Can
12 you -- can you please read it.
13   A    "As demonstrated in the analysis above, the
14 superior hypothesis for all Q documents, individual
15 e-mail threads, is Hypothesis 1.  That is, the language
16 patterns of the Q documents are consistent with the
17 language patterns found in the documents known to have
18 been written by Dr. Craig Steven Wright."
19   Q    Okay.  Have you ever offered an opinion where
20 your conclusion was consistent with Hypothesis 3 which
21 is on page six of your report?
22        MR. BRENNER:  Object to the form.
23        THE WITNESS:  Many times.
24 BY MS. DAGLEY:
25   Q    Do you recall any cases?

Page 46

1    A    Well --
2         MR. BRENNER:  Same objection.
3         THE WITNESS:  -- they did not come to court.
4    BY MS. DAGLEY:
5    Q    Does that mean that you didn't offer any
6    deposition or trial testimony?  Correct?
7    A    That's right.  Well, it's possible.  Actually,
8    let me -- let me think about that.
9         Not that I recall.  But certainly many times I
10   have analyzed datasets and found that either the dataset
11   was not sufficient or no conclusion could be drawn.
12   Q    Can we turn to page nine of your report.
13   A    Very good.
14   Q    Okay.  Is this where you analyze what you've
15   referred to as linking feature number one, "try and"?
16   A    Is this numbered?  I don't see any numbering
17   on them.
18   Q    You see where it says number one, "try and" on
19   page nine?
20   A    Oh, I see.  I was looking at the top of page
21   nine.
22   Q    Do you see that now?
23   A    Yes.
24   Q    Okay.  In this section, you indicate on page
25   ten that you -- you took into consideration Australian

Page 47

1    English; is that correct?
2    A    Yes.
3    Q    Okay.  Is that because Dr. Wright is
4    Australian?
5    A    That was one of my assumptions.
6    Q    Okay.  On page eight of your report, you state
7    that you considered analysis from the "Corpus of Global
8    Web-based English," in paren G-L-O capital W, B-E; is
9    that correct?
10   A    "Also considered for analysis" -- that section
11   -- "is the Corpus of Global Web-based English, GloWbE,
12   which is an online collection of about 2 billion words
13   of English from twenty different countries, allowing for
14   comparison between different variety of English,
15   including Australian English."  Yes.
16   Q    So on page ten of the report where you discuss
17   the feature -- the linking feature "try and," you
18   reference users of Australian English; is that correct?
19   A    So now we're on page nine or ten?  Sorry.
20   Q    We're on page ten.  At the top of page ten.
21   A    Okay.
22        Yes.
23   Q    Okay.  What other country-specific corpora did
24   you review or consider from GloWbE?
25   A    I don't recall.  I was interested in the

Page 48

1    Australian subcorpus, of course.
2    Q    Did you review any data from Great Britain for
3    this particular linking feature?
4    A    Well, when one looks at GloWbE reports, one
5    looks at many different countries, so I'm sure I saw it.
6    Q    Here you -- if you take a look at your
7    analysis, again under one, linking feature one, "try
8    and," you base your analysis on three occurrences of the
9    words "try and" in the known documents; is that correct?
10        MR. BRENNER:  Object to the form.
11        THE WITNESS:  Sorry.  Andrew, did you say
12        something?  I didn't hear you.
13        MR. BRENNER:  Yeah.  Yeah.  Doctor --
14        Dr. Leonard, just try to wait a second.  Almost
15        always it's just going to be object to the form,
16        and that's what I said here.
17        THE WITNESS:  Beg your pardon me.
18        MR. BRENNER:  No worries.
19        THE WITNESS:  Ask the question again.
20   BY MS. DAGLEY:
21   Q    In connection with linking feature one
22   which -- where you discuss "try and," is your analysis
23   based on three occurrences of the words "try and" in the
24   known documents and two occurrences in the questioned
25   documents?

Page 49

1         MR. BRENNER:  Object to the form.
2         THE WITNESS:  In the known documents we find
3         three instances of "try and," and importantly no
4         instances of "try to," which is the canonical form.
5         And in the questioned documents, we find
6         instances -- two instances of, again, "try and" and
7         no instances of "try to."
8    BY MS. DAGLEY:
9    Q    Okay.  Can you point me to any peer-reviewed
10   linguistic literature that establishes that a comparison
11   of two occurrences of a linking feature in a questioned
12   text with three occurrences in known text is sufficient
13   for an authorship analysis?
14        MR. BRENNER:  Object to the form.
15        THE WITNESS:  I am absolutely not claiming it
16        is sufficient.
17   BY MS. DAGLEY:
18   Q    Okay.  What are you claiming here?
19   A    It is the series of features that we find
20   in --
21   Q    Is it --
22        MR. BRENNER:  Wait, wait.  Hold on.  Let him
23        finish his answer.
24        THE WITNESS:  In both the --
25        MS. DAGLEY:  He's cutting out.

Page 50

BY MS. DAGLEY:

Q   Dr. Leonard, can you repeat your entire answer.

A   I am not claiming that any single feature is probative in and of itself.  I am pointing out that the patterns in the linguistic data show strings of correspondences in the K to strings of correspondences in the Q.

Q   Okay.  Can you point to any peer-reviewed linguistic literature that discusses what you just described?

A   Yes.

Q   Okay.  Can you name any specific peer-reviewed linguistic literature to that effect?

A   In my CV I have two articles that I recently wrote or was a lead author of.  One of them is the -- I'm thinking which has most references.  One of them is the forensic linguistics chapter in the Handbook of Behavioral Criminology.  And I give references there that discuss this type of forensic linguistic authorship analysis.

Q   And that's a peer-reviewed publication?

A   Yes.  And the references are peer reviewed and I think perhaps a handbook, reference handbook.

Q   Okay.  Can you cite to any uniform standards

Page 51

or guidelines that establish that a comparison of two occurrences of a linking feature in questioned text with three occurrences in known text is sufficient to include in an authorship analysis opinion?

MR. BRENNER:  Object to the form.

THE WITNESS:  Is this the same question you just asked me?

BY MS. DAGLEY:

Q   I asked you:  Can you point me to any uniform standards or guidelines?

MR. BRENNER:  Same objection.

THE WITNESS:  As I say, this is common practice in forensic linguistic authorship analysis to find strings of features that vary in the same way.  So none of these -- once again -- and I hope we don't have to keep going through it -- none of these features by themselves, likely, would be probative, but together they form a distinctive pattern that we see in the Q and that we see in the K.

BY MS. DAGLEY:

Q   Okay.  Are there any uniform standards or guidelines that establish a certain frequency of the linking feature that would be adequate to include in this type of analysis?

Page 52

MR. BRENNER:  Object to the form.

THE WITNESS:  Scientific analysis goes virtually by pattern analysis.  At Columbia, where I was trained, we heard many, many, many times that what scientists do is they discover patterns of nonrandom distribution of the data, and then we build competing hypotheses and see which of those hypotheses best explains the nonrandom distribution.  So that is the overarching standard.  You build a hypothesis that says one thing, a hypothesis that says another, a third that says another, and see does the distribution -- is the distribution best explained by A, B or C.  And that is the standard because it's the standard scientific method.

BY MS. DAGLEY:

Q   So are you saying that the two occurrences of this linking feature in a questioned text and three occurrences in the known text, are sufficient to include it in the list of features that you've analyzed?

MR. BRENNER:  Object to the form.

THE WITNESS:  You also left out that there are no counterexamples.

BY MS. DAGLEY:

Q   I'm just asking a question.  Can you answer

Page 53

that question?

MR. BRENNER:  Same objection --

THE WITNESS:  I'm trying --

MR. BRENNER:  Hold on.  Same objection.  Now you can go.

THE WITNESS:  I'm trying to answer that question in a way that will advance the ball.  I've said many times that a single feature -- what is it, a single sparrow does not a summer make, or something like that.  There's some proverb.

A single feature -- of course one has to be careful about saying that because sometimes features, if they're embedded in otherwise similar contexts, one feature might be quite probative.

But in this case I am pointing out that we have strings of individual features.  For example, this one in which we get three in the Q is it or K? and two in the other and no counterexamples -- so that's a hundred percent distribution for that feature -- is embedded in a string -- with a string of other features.

BY MS. DAGLEY:

Q   Do you know what an idiolect feature is?

A   An idiolect feature.  Idiolectal feature?

Q   Idiolect feature.  Have you ever heard that

Page 54

1  term before?
2      A    I've heard the term "feature" and I've heard
3  the term "idiolect," but --
4      Q    Okay.  What does -- what does "idiolect" mean?
5      A    An idiolect is a concept that suggests or
6  that -- how best to explain it?
7           An idiolect, depending on how you're asking
8  and who you are reading, is described as the sum total
9  of all the linguistic patterns used by a particular
10  individual and typically at a particular time.
11      Q    Is it a distinctive feature?
12      A    Is what a distinctive feature?
13      Q    An idiolect.  Does it present a distinctive
14  feature to an individual?
15      A    I'm sorry.  It's a meaningless question.  I
16  don't --
17      Q    Okay.
18      A    -- get from it.
19      Q    Okay.
20      A    Is what --
21           MR. BRENNER:  I'm sorry.  Counsel, just
22      whenever you find a place, a logical breaking
23      point, I'll just need a five-minute break.
24           MS. DAGLEY:  Sure.  Actually, this -- this
25      would be a good time.

Page 55

1           MR. BRENNER:  Okay.  I don't -- I don't mean
2      to make you cut off in the middle of a line of
3      question, just whatever -- sometime in the near
4      future would be helpful.  But if now is fine, for
5      me too.
6           MS. DAGLEY:  Yeah, that's fine.
7           MR. BRENNER:  Okay.
8           MS. DAGLEY:  Five minutes?
9           MR. BRENNER:  Dr. Leonard, is five minutes
10      fine with you?
11           THE WITNESS:  Yeah.  So it's about 1:00.
12      We'll be back at 1:05.  Is that good?
13           MS. DAGLEY:  That's good with me.
14           MR. BRENNER:  Okay.  Thank you.
15           MS. DAGLEY:  Thank you.
16           (Whereupon, there was a brief recess.)
17  BY MS. DAGLEY:
18      Q    Dr. Leonard, is "try and" a feature that the
19  forensics linguistic field has accepted as a valid and
20  reliable style marker?
21           MR. BRENNER:  Object to the form.
22           THE WITNESS:  What do you mean by "style
23      marker"?
24  BY MS. DAGLEY:
25      Q    An idiolectal feature perhaps.

Page 56

1           MR. BRENNER:  Object to the form.
2           THE WITNESS:  So --
3  BY MS. DAGLEY:
4      Q    Are you familiar with the term "style marker"?
5      A    Well, people use it but different people use
6  it differently, and you seem to be equating it with an
7  idiolectal feature.  And I want to give you a full and
8  complete answer, so I want to know what assumptions you
9  are bringing to the table when you ask me the table.
10      Q    Okay.  Fair enough.  Let me ask you a
11  different question.
12           Is "try and" a feature that the forensic
13  linguistic field has accepted in connection with the
14  method you have used in this report?
15      A    It is certainly within the very widely
16  accepted methodology of looking for features that are
17  less common when trying to do authorship analysis.
18  Whether somebody prior to me has noticed that that was a
19  useful feature in their set of data, I don't recall.
20  It's very likely because it's the kind of thing that we
21  look for.
22      Q    What do you mean by "it's the kind of thing
23  that we look for"?
24      A    We look for features of someone's linguistic
25  patterns that are unlike everybody else's.  So, for

Page 57

1  example, the fact that the Q and the K are in English
2  don't tell us a lot.  Then we go deeper and we find
3  strings of features that differentiate from everybody
4  else in the world and yet link one to the other.
5      Q    Can we turn to page ten of your report.
6           MR. BRENNER:  Let me just get there.
7           THE WITNESS:  I'm there.
8           MR. BRENNER:  I am too.
9  BY MS. DAGLEY:
10      Q    Okay.  Here you have under number two,
11  "setup/backup," in quotes, "as a verb" set forth as a
12  linking feature; is that correct?
13      A    Yes.
14      Q    Okay.  And in this section on page 11 -- at
15  the top of page 11, you indicate that you took into
16  consideration Australian English; is that correct?
17      A    I'm reading.
18           Yes.
19      Q    Okay.  And is that because Dr. Wright is
20  Australian?
21      A    Yes.
22      Q    Okay.  And would it be fair to state that any
23  other such references in your report to Australian
24  English are made because Dr. Wright is Australian?
25           MR. BRENNER:  Object to the form.

Page 58

```
1          THE WITNESS:  Would it be fair to say that any
2     other references to Australian English are there
3     because Dr. Wright is an Australian?  Is that the
4     question?
5  BY MS. DAGLEY:
6     Q    That's the question, yes.
7     A    Yes.
8     Q    Okay.  In this particular part of your report,
9  under number two, page ten, you base your analysis on
10 four occurrences of the word "setup" and one occurrences
11 of "backup," also in quotes, in the known documents, and
12 one occurrence of the word "setup" in the questioned
13 document; is that correct?
14         MR. BRENNER:  Object to the form.
15         THE WITNESS:  Would you say that again?  I'm
16    sorry.  Or perhaps the reporter could read it back
17    while I'm following along in my report.
18 BY MS. DAGLEY:
19    Q    How about we do this.  Why don't we take a
20 look at Table 10 on page ten.
21    A    Yes, that's where I am looking too.
22    Q    Okay.  In Table 10, you've indicated four
23 occurrences of the words "setup" and "backup" in the
24 known documents; is that correct?
25    A    No.
```

Page 59

```
1     Q    Okay.  Can you tell me what's correct.
2     A    Four "setup," one "backup."
3     Q    You're right.  Four occurrences of the word
4  "setup" and one occurrence of the word "backup" in the
5  known documents in Table 10; is that correct?
6     A    Correct.
7     Q    And there's one occurrence of the word "setup"
8  under the questioned Category 1 documents; is that
9  correct?
10    A    Correct.
11    Q    Okay.  And are these -- is this the dataset
12 you rely on in connection with linking feature number
13 two?
14    A    Is this the dataset I rely on?  I'm not sure
15 what you mean.
16    Q    Okay.  Is there anything else that you're
17 relying on to form your opinion in section two --
18         MR. BRENNER:  Object to the form.
19 BY MS. DAGLEY:
20    Q    -- other than what's listed in Table 10?
21    A    Yes.
22    Q    Okay.  Tell me what it is.
23    A    What is not listed in Table 10.
24    Q    Okay.  And would that be in Table 11?
25    A    No.  We have no examples of "setup" or
```

Page 60

```
1  "backup" as a verb as two words.
2     Q    Anything else?
3     A    This, by the way, is what I was referring to
4  before that when -- are all of my opinions in the
5  document, that obviously there are corollary assumptions
6  by saying something.  And here we say that I find
7  "setup, setup, setup, setup" as verbs in the K, "backup"
8  in the K, "setup" in the Q, and I never find any
9  counterexamples.  And that's the very definition of
10 consistency, especially when it's a unique feature -- a
11 fairly unique feature like this.
12    Q    On what do you base -- you said it's a unique
13 feature.  On what do you base that?
14    A    I said it's a fairly unique feature, number
15 one.
16    Q    Okay.  On what do you base that?
17         MR. BRENNER:  Let him -- just let him finish
18    his answer, please.
19         MS. DAGLEY:  I'm sorry.  Mr. Brenner, did you
20    say something?
21         MR. BRENNER:  Yeah.  You -- I know -- I'm sure
22    it was inadvertent, but you cut him off in the
23    middle of his answer.
24         MS. DAGLEY:  Oh --
25         MR. BRENNER:  Just let him finish.
```

Page 61

```
1          MS. DAGLEY:  -- I didn't mean to.
2  BY MS. DAGLEY:
3     Q    Dr. Leonard, go ahead.
4          MR. BRENNER:  I'm sure you did not.
5  BY MS. DAGLEY:
6     Q    Please go ahead.
7     A    Thank you.  I was trying to answer the
8  question that I understood that was current which was on
9  what do I base the statement that it is unique or fairly
10 unique.  Obviously it's not unique, but it is relatively
11 speaking unique.
12         So as we see on page 11, the following table
13 demonstrates instances of single word "setup," single
14 word "backup" as verbs as compared to "setup" and
15 "backup" as nouns.  And we also compare them to the more
16 canonical verb forms "set up" as two words and "back up"
17 as two words as found in the Australian English
18 subcorpus of GloWbE.
19         As shown, both terms used as verbs are used
20 much less frequently -- that's sort of what we mean by
21 more unique -- than they are used as nouns.  And both
22 verbs used as compound words are used much less
23 frequently than their noncompound verb phrase
24 counterparts.  So "setup," for example, in the
25 Australian subcorpus.
```

Page 62

1   What we find in the Q and the K, "setup" we
2   find only 159 compared to the two-word verbal which we
3   find 9,401 times.  Percentagewise that means that what
4   we find in our dataset is 1.7 percent of the total as
5   opposed to the canonical form of two words which is
6   98.3 percent.
7        Q    Are you relying on the GloWbE database to form
8   an opinion regarding whether this is a fairly unique
9   feature?
10            MR. BRENNER:  Object to the form.
11            THE WITNESS:  I'm certainly relying on it, but
12       it's not the only thing.
13  BY MS. DAGLEY:
14       Q    Okay.  What else is there?
15       A    Well, educated people typically use canonical
16  forms.  So it's not merely Australian but people who are
17  educated, as Dr. Wright clearly is, typically use what I
18  keep calling the canonical form, whereas people who are
19  not as educated in the mainstream English are more
20  likely to use noncanonical -- what are so-called
21  nonstandard forms.
22       Q    And is there any research to back up the
23  answer that you've just provided?
24       A    That more educated people use more educated
25  forms and less educated people use less educated forms?

Page 63

1        Q    Correct.
2        A    I would imagine there is a ton of literacy
3   research.
4        Q    Are you aware of any in particular?
5             MR. BRENNER:  Object to the form.
6             THE WITNESS:  There's just so much out there.
7        But I cannot, sitting here today, give you a
8        citation.
9   BY MS. DAGLEY:
10       Q    Okay.  Have you cited that research in your
11  report?
12       A    What research?
13       Q    You said there's several -- there's a lot of
14  research out there about educated people using more
15  canonical forms.  Is there -- is that research cited or
16  is that identified in your report anywhere?
17       A    I must say that educated people use educated
18  forms and less educated people use less educated forms I
19  did not think to cite.
20       Q    Okay.
21       A    And, again, this is simply another example
22  of -- what I have in the report is absolutely sufficient
23  to show that "setup" as a single word in the verb is
24  relatively idiosyncratic, 1.7 percent.  But trying to
25  answer all of your questions as completely as possible,

Page 64

1   I also point out that we are less likely, just by logic
2   and almost by definition, to find a noncanonical form in
3   an otherwise fairly canonical writer and someone who is
4   educated.
5        Q    Okay.  On page ten -- going back to page ten.
6   What would happen -- actually, let me back up.
7             Let's go to page 11 of your report.
8        A    Yes.
9        Q    Okay.  Here you discuss linking feature number
10  three, "quantity noun 'couple' without 'of;'" is that
11  correct?
12       A    "The quantity noun 'couple' without 'of,'"
13  correct?
14       Q    And in Table 12, can -- are you there?
15       A    Yes, I am.
16       Q    Okay.  Are there two occurrences of "couple"
17  without "of" in the known documents; is that correct?
18       A    Correct.  "There are a couple recent
19  transactions.  Do we move the LSE prof a couple days?"
20  Correct.
21       Q    And in that same table, are there two
22  occurrences of "couple" without "of" in the questioned
23  documents?
24       A    There are.  "We did not talk much in April
25  other than a couple company matters.  In the couple

Page 65

1   months before the end..."
2        Q    Do you see where it says, "There are a couple
3   recent transactions" in Table 12?
4        A    I do.
5        Q    My question to you is, is there a difference
6   in meaning between "couple of recent transactions" and
7   "couple transact" -- "couple recent transactions"?
8        A    Say that again.
9             MR. BRENNER:  Object to the form.
10  BY MS. DAGLEY:
11       Q    Okay.  Is there a difference in meaning
12  between "couple of recent transactions" and "couple
13  recent transactions"?
14            MR. BRENNER:  Same objection.
15            THE WITNESS:  May I answer?
16            MS. DAGLEY:  Yes.
17            MR. BRENNER:  Doctor -- yeah.  Dr. Leonard,
18       unless I instruct you not to answer, which I don't
19       think is going to happen, but -- you should just --
20       you should let me finish my objection and then
21       answer.
22            THE WITNESS:  My problem is I did not let you
23       finish, so I didn't hear what you said.  So I beg
24       your pardon.  And I'll --
25            MR. BRENNER:  No worries.

Page 66

1      THE WITNESS:  -- lag.
2      MR. BRENNER:  Yeah.  No worries.  You can go.
3      THE WITNESS:  So the question is:  Is there a
4  meaning difference between "there are a couple
5  recent transactions" and "a couple of recent
6  transactions," correct?
7  BY MS. DAGLEY:
8      Q    Yeah.
9      A    What do you mean by "meaning"?
10     Q    In the English language.
11     MR. BRENNER:  Object to the form.
12     THE WITNESS:  Yes, I figured you meant the
13  English language.  But what do you mean by
14  "meaning"?
15  BY MS. DAGLEY:
16     Q    How does it change the meaning by omitting the
17  word "of"?
18     A    Yes.  I keep asking you what you mean by
19  "meaning"?
20     Q    What does "couple of recent contractions" mean
21  to you?
22     A    It means what it says.  But --
23     Q    Okay.  Does --
24     A    -- you were asking about meaning.
25     THE COURT REPORTER:  I'm sorry.

Page 67

1      MR. BRENNER:  Just don't -- I'm just trying to
2  get you guys not to talk over each other.
3      THE WITNESS:  My fault.  My fault.
4      By meaning -- I mean, my Ph.D. from Columbia
5  is in theoretical semantics with more research in
6  sociolinguistic -- variationist sociolinguistics.
7  So it is a very, very important question when
8  people say, "Do they mean the same thing?  What do
9  they mean?  Do they mean it points to the same
10  scene in the real world?  Do they have the same
11  truth conditional?  Do they do X, Y, and Z?"
12     And I will give you an example.  Does John
13  loves Mary and Mary is loved by John mean the same
14  thing?  And --
15  BY MS. DAGLEY:
16     Q    Are you -- are you done or...
17     A    I'm asking you so I can --
18     Q    I'm -- no.  I'm sorry.  You're not going to
19  ask any questions.  Let me rephrase my question.
20     In plain English, is there a difference in
21  meaning between "a couple of recent transactions" and
22  "couple transactions"?  If you can't answer it, you can
23  just tell me that.
24     MR. BRENNER:  Object to the form.
25     THE WITNESS:  I believe that this is a good

Page 68

1  example of what we use in sociolinguistic
2  variation.  Essentially "there are a couple of
3  recent transactions" means the same as "there are a
4  couple of recent transactions."  That's why it's so
5  useful, because we do not have any examples of "a
6  couple of recent transactions.  A couple of days."
7  So this is a sociolinguistic variable.  The
8  variable means the same but can vary from speaker
9  to speaker or situation to speaker.
10     So I presume that what you meant by mean --
11  meaning is satisfied by -- in the real world.
12  "There are a couple recent transactions" --
13     THE COURT REPORTER:  I'm sorry.  I'm sorry --
14  sorry.  I missed that last part.  Something cut
15  off.  So I have --
16     THE WITNESS:  Sure.
17     THE COURT REPORTER:  Wait a second.  "So I
18  presume that what you meant by meaning is satisfied
19  by" -- that's where it cut off.
20     THE WITNESS:  Is that very recent or...
21     THE COURT REPORTER:  That was the last thing I
22  got before it cut off.  I apologize.
23     THE WITNESS:  Not your fault.
24     So most people would say that they mean the
25  same, except, of course, there is more involved

Page 69

1  always in any linguistic utterance than merely the
2  propositional content.  So maybe you want to sound
3  like very upper class or maybe you want not to
4  sound like it.  So there's that included sometimes
5  in the meaning of -- especially sociolinguistic --
6  sociolinguistic variables.
7      So the short answer is I would say that you
8  meant by meaning -- yes, they mean the same.
9  "There are a couple of recent transactions" and
10  "there are a couple recent transactions."
11  BY MS. DAGLEY:
12     Q    Let's turn to page 12 of your report.
13     A    Very good.
14     Q    Here you have linking feature number four,
15  "En-dashes and hyphens used as em-dashes;" is that
16  correct?
17     A    Yes.
18     Q    And I'm not going to go through every single
19  occurrence here.  But is it fair to state that Table 14
20  on pages 12 and 13 identifies the various occurrences in
21  the K documents and the Q documents for this particular
22  linking feature?
23     A    Yes.
24     Q    In the documents that are listed on Table 14,
25  do you recall if you reviewed the PDF versions of these

Page 70

1 documents?

2 A I do not recall off the top of my head.

3 Is it in --

4 Q Are there any notations in this report that

5 would help us answer that question?

6 A Well, it's certainly retrievable.

7 Q Well, let me ask you this: Were you provided

8 with any native files?

9 A Oh, yes. So that suggests that I did see

10 the -- well, I was provided with PDFs -- I mean, with

11 native files.

12 Q Okay. Let's turn to page 13 of your report.

13 A To further answer your -- I just went to page

14 seven and it says -- oh, I see. No. It talks about the

15 Q. Well, anyway.

16 All right. Where are we going? Sorry.

17 Q Page 13.

18 A All right. I'm there.

19 Q On page 13, number -- you have linking feature

20 number five, "ALL CAPS for emphasis," is that correct?

21 A Yes.

22 Q Okay. If you turn to page 14, there's Table

23 16. Do you see that?

24 A Yes.

25 Q Would it be fair to say that this table

Page 71

1 identifies the occurrences in the K documents, the Q

2 Category 1 documents, and the Q Category 2 documents of

3 the linking feature "ALL CAPS and emphasis"?

4 A Yes.

5 Q Okay. Let's turn to page 15.

6 A Yes.

7 Q Table 18, do you see that?

8 MR. BRENNER: Did you go to Table 18, you

9 said?

10 MS. DAGLEY: Correct.

11 MR. BRENNER: Okay.

12 BY MS. DAGLEY:

13 Q Okay. Again, this is linking feature number

14 seven that you've identified as "Several Negations in a

15 Row;" is that correct?

16 A Yes.

17 Q And does Table 18 identify the occurrences of

18 that linking feature in the K Wright and the Q Category

19 1 documents?

20 A Yes.

21 Q Let's go to -- actually, I think I may have

22 skipped the "'etc' without periods" on page 14. Do you

23 see that?

24 A I do.

25 Q Okay. Is that linking feature number six

Page 72

1 where "etc" is used without periods?

2 A Yes.

3 Q And on page 15, Table 17, does this table show

4 the occurrences of "'etc' without period" in the K

5 Wright documents, the Q Category 1, and the Q Category 2

6 documents?

7 A Yes.

8 Q In Table 17, do you see the first document

9 where it says "PS, been a while, but how are things

10 going at SANS etc"?

11 A Yes.

12 Q Right below that it says, "I now have (without

13 the knowledge of Uyen, Ian etc):" Do you see that?

14 A Yes.

15 Q Can you tell me how this factors into your

16 analysis of "'etc' without periods," because here you

17 have a question mark and a closed paren at the end of

18 the word "etc."

19 MR. BRENNER: Object to the form.

20 THE WITNESS: These are still possibilities to

21 have periods.

22 BY MS. DAGLEY:

23 Q So are you saying that in the first example on

24 Table -- in the first document on Table 17 that there

25 should be etc period question mark?

Page 73

1 A Just that some people use it. I mean, there's

2 no should.

3 Q Is there any GloWbE data on this particular

4 linking feature?

5 A I don't think so.

6 Q Can we turn to page -- well, we're on page 15

7 and I already asked you about Table 18.

8 A Hold on. So, I'm sorry, where are we?

9 Q Page 15, Table 18.

10 A Yeah. No, no. Didn't you want to go

11 somewhere else now?

12 Q Yes. So let me -- no. Let me ask you about

13 the "Several Negations in a Row" on page 15.

14 A All right.

15 Q At the end of that paragraph under number

16 seven you have a -- in paren "but which does not lend

17 itself to corpus searches." Does that mean that this

18 data is not available in GloWbE?

19 A It means that we did not know immediately how

20 to search for such a thing in GloWbE.

21 Q Let's go to page 19 of your report. I'm

22 sorry. Page 16.

23 A All right. Yes.

24 Q Is there any GloWbE data for -- actually, let

25 me -- let me rephrase that.

Page 74

1          On page 16 you have linking feature number
2    eight titled "N-grams;" is that correct?
3      A    Yes.
4      Q    Okay.  Is there any GloWbE data for this
5    particular feature?
6      A    I did not find any.
7      Q    Is it possible to run it?
8      A    Should be.
9      Q    On page 19 we have linking feature number
10   nine, "The emoticon" -- which I think you call a winky
11   smiley.  And for the purpose of the court reporter
12   taking this down, it's open quote, semicolon, closed
13   paren, closed quote -- "as sentence-final punctuation;"
14   is that correct?
15     A    Correct.
16     Q    Okay.
17     A    And I may add that "winky smiley" is not my
18   term, but -- but is what it is seems to be called in the
19   emoticon world.
20     Q    And do you take that from some research,
21   Dr. Leonard?
22     A    I can't recall.
23     Q    Table 22, again, does this represent the
24   occurrences of the "emoticon as sentence-final
25   punctuation" in the K Wright documents and the Q

Page 75

1    Category 1 documents?
2          MR. BRENNER:  I'm sorry.  I'm lost.  What page
3      are you on?
4          MS. DAGLEY:  Page 19 and 20.  So Table 22 is
5      referenced on page 20.
6          MR. BRENNER:  Got it.
7          MS. DAGLEY:  Yeah.
8          MR. BRENNER:  I thought you had said page 22.
9      That's why I got lost.  Okay.
10         THE WITNESS:  Yes.
11         Where are we?
12   BY MS. DAGLEY:
13     Q    We're still there.  Is there --
14     A    Go ahead.
15     Q    Is there any research on -- is there any
16   research that you're aware of that makes this "emoticon
17   as sentence-final punctuation" a reliable feature?
18     A    Sorry.  I have to navigate back to it.
19     Q    Page 19.
20         MR. BRENNER:  Object to the form.
21         THE WITNESS:  Would you ask the question
22   again?
23   BY MS. DAGLEY:
24     Q    Yeah.  Is there any research that supports an
25   emoticon used as a sentence-final punctuation to be a

Page 76

1    valid and reliable feature?
2          MR. BRENNER:  Object to the form.
3          THE WITNESS:  I have seen research on
4      emoticons and their use in forensic analyses.
5    BY MS. DAGLEY:
6      Q    Have you ever seen any instances of an
7    emoticon being used in the middle of a sentence?
8      A    You mean ever in my life?
9      Q    In your prior work.
10     A    I'm sure I have.
11     Q    Can you say with certainty?
12     A    I have seen -- I'm almost positive I've seen
13   people using emoticons in mid sentence, if that answers
14   your question.
15     Q    Have you ever relied upon this type of linking
16   feature in your prior work?
17     A    Yes.  I think in the Texas -- the Waco
18   homicides one of the features was emoticons, but I'm not
19   certain.  There was so much else going.  It was Bloods
20   and Crips and all of their odd avoidance of using each
21   other's letters.  But I seem to remember that there were
22   also emoticons involved in the authorship analysis that
23   I performed, but it's several years ago.
24     Q    Do you recall how many years ago?
25     A    It's one of the -- the ones listed in my work

Page 77

1    in my past cases.  The Texas one -- Texas homicide.
2          (Whereupon, Mr. Kass joined the Zoom meeting.)
3    BY MS. DAGLEY:
4      Q    Okay.  Going to page 20.
5      A    I'm at 20.
6      Q    This is linking feature number ten,
7    "Non-contracted 'will;'" is that correct?
8      A    Yes.
9      Q    Okay.  There's a table on pages 20, 21, and 22
10   which is referenced as Table 23.  Do you see that?
11     A    I see it.
12     Q    Okay.  And does this table contain the
13   occurrences of the non-contracted "will" for the K
14   Wright documents, the Q Category 1 documents, and the Q
15   Category 2 document?
16     A    Yes.  "Non-contracted with a preceding pronoun
17   and non-contracted with a succeeding negation in K
18   Wright, Q 1, Q 2," yes.
19     Q    And you're reading that from Table 23
20   reference --
21     A    Correct.
22     Q    -- on page 22?
23     A    Yes.
24     Q    Okay.
25     A    That's the title of the table.

Page 78

1    Q    Okay.  Can you -- can you take a look at --
2  let me find it.  On page 20 within the table towards the
3  center, do you see where it says, "My wife will not be
4  happy"?
5    A    Say that again.
6    Q    Do you see where it says, "My wife will not be
7  happy"?
8    A    Page 20 you said?
9    Q    Yes.
10   A    Page 20.
11   Q    Are you there?
12   A    Yes.  I'm sorry.  Yes.
13   Q    Oh, okay.
14   A    I said -- I guess you didn't hear me.
15   Q    I did not.
16        Is this an example of a non-contracted "will"
17  "when it could have been contracted with negation 'not'
18  as 'won't'"?  And I'm reading out of your -- your report
19  itself.
20   A    We could have had "My wife will not be happy"
21  or "my wife won't be happy."
22   Q    Let's turn to page 22.
23   A    I'm there.
24   Q    Okay.  And here you have linking feature 11,
25  "Sentence-initial conjunction, no comma;" is that

Page 79

1  correct?
2    A    Correct.
3    Q    And on pages 22 and 23, you have Table 25; is
4  that correct?
5    A    Yes.
6    Q    And does Table 25 represent or reflect
7  occurrences of this particular linking feature in the K
8  Wright documents, Q Category 1 documents?
9    A    Yes.
10   Q    And is there any GloWbE data for this
11  particular linking feature?
12   A    No.
13   Q    Is it possible to search this linking feature
14  in the GloWbE database?
15        MR. BRENNER:  Object to the form.
16        THE WITNESS:  If it is, it would -- I'm not
17   sure actually.
18  BY MS. DAGLEY:
19   Q    Did you try to search for it?
20   A    I don't recall.
21   Q    Okay.  On page 23 we have linking feature
22  number 12, "The preposition 'of' meaning 'about.'"  And
23  here you state that, "The following table demonstrates
24  instances of the proposition 'of' used with the meaning
25  'about;'" is that correct?

Page 80

1    A    Yes.
2    Q    And does Table 26 reflect occurrences of this
3  linking feature in the K Wright and the Q Category 1
4  documents?
5    A    It does.
6    Q    Is "linking feature" a widely used term in
7  your field?
8    A    I've used it for years.
9    Q    Okay.  Can you tell me what -- if there are
10  any other cases or prior work you can cite to where
11  you've used the term "linking features"?
12        MR. BRENNER:  Object to the form.
13        THE WITNESS:  I believe in Hummert -- the
14   Hummert murder where the man strangled his wife and
15   had written letters trying to deflect attention and
16   suspicion from him, I believe I used the term
17   "linking features" there, but --
18  BY MS. DAGLEY:
19   Q    Can you spell -- I'm sorry.  I don't mean to
20  interrupt.  Please finish your answer.
21   A    But off the top of my head, I'm not sure.
22   Q    Can you spell that, please, for us.
23   A    What?
24   Q    The case.  The name of the case.
25   A    Hummert.  H-U-M-M-E-R-T.  Commonwealth v.

Page 81

1  Brian Hummert.  Two trials, both ending in murder
2  convictions.
3    Q    Is there any prior work you can cite to where
4  you have used "linking features"?
5    A    I'm not sure.  It's not a technical term.  It
6  is a way of communicating to lay folk that is
7  non-linguists what -- how the data are patterning.  It's
8  not a theoretical construct in other words.
9    Q    So what is the technical term?
10   A    That the superior hypothesis is Hypothesis 1.
11   Q    What is the technical term for linking feature
12  is my question?
13        MR. BRENNER:  Object to the form.
14        THE WITNESS:  Yes, I understood what you
15   meant.  These are overlaps between documents that
16   show patterns -- similar patterns -- pattern
17   similarity, I suppose.
18  BY MS. DAGLEY:
19   Q    So the technical term is "pattern similarity"
20  you would say?
21   A    Well, it depends on, again, who you are
22  talking to and what branch of science you're in.  But in
23  general scientists like to talk about patterns, pattern
24  recognition, so that might be a term.
25        "Linking features" here demonstrates that it

Page 82

1  is of some note that we have this pattern of features
2  and other pattern of features that are more
3  idiosyncratic or rare than, for example, reductio ad
4  absurdum that they are both in English.
5      Q   I might have asked this before. Are there any
6  publications that discuss linking features specifically
7  as a term?
8      A   There may be.
9      Q   Are there any that you've authored?
10     A   There may be.
11     Q   Is there something -- do you just not recall
12  when you say "there may be"?
13     A   It depends on who the audience is and how I
14  think the best way of communicating with them is.
15         MR. BRENNER: I want note for the record that
16     Mr. Kass has joined the depo, I think, probably 10
17     or 15 minutes ago. And welcome, Zalman. Just note
18     it for the record.
19         MR. KASS: Hi, Andrew.
20         MS. DAGLEY: Thank you for pointing that out.
21         (Whereupon, there was an off-the-record
22  discussion.)
23  BY MS. DAGLEY:
24     Q   How did you select the 12 linking features
25  that we -- that are set forth in your report?

Page 83

1          MR. BRENNER: Object to the form.
2          THE WITNESS: I examined the documents. First
3      the Q documents, I believe -- yes -- and then found
4      variation of features that might be less than
5      commonplace.
6          As I keep saying, the fact that both sets
7      of -- are in English is not helping us much. Of
8      course it does help us. For example, if the Q were
9      in Chinese and the K were in English and we knew
10     that nobody spoke the other language, we would say
11     that the patterns that we find in the Q and K are
12     not consistent. So now it's just a matter of
13     getting feature specific and pattern specific. And
14     finding the pattern of features that we just went
15     through in the Q and then finding them in K is a
16     good summary of what I did.
17  BY MS. DAGLEY:
18     Q   Is there a threshold number of occurrences
19  that make a linking feature more viable or useful to
20  include in your analysis?
21         MR. BRENNER: Object to the form.
22         THE WITNESS: It's the pattern that is the
23     most important.
24  BY MS. DAGLEY:
25     Q   But my question is: Is there a threshold

Page 84

1  number of occurrences that make a linking feature one
2  that is more viable or useful to include in the
3  analysis?
4          MR. BRENNER: Same objection.
5          THE WITNESS: "More viable." I'm not sure
6      what you mean by that. Could you rephrase that?
7  BY MS. DAGLEY:
8      Q   Yeah. Sure.
9          Is there a threshold number of occurrences
10  that make a linking feature one that is more useful to
11  include in the analysis?
12         MR. BRENNER: Object to the form.
13         THE WITNESS: Well, the stronger the pattern
14     the better. But sometimes a single instance of
15     something embedded in a pattern can be of interest.
16     That's what you've just seen.
17  BY MS. DAGLEY:
18     Q   And the single instance, can you explain to me
19  would that have to be a distinctive feature?
20     A   "Distinctive feature" is a technical term in
21  phonology, and I don't think you mean "distinctive
22  feature."
23     Q   Okay. Would it have to be a rare feature?
24         MR. BRENNER: Object to the form.
25         THE WITNESS: Yes. It would typically be --

Page 85

1      well, not necessarily if it's part of a pattern.
2      All features are better the rarer they are. And I
3      keep making the analogy reductio ad absurdum that
4      merely being in English isn't going to help. But
5      something like "backup" and "setup," we see that
6      that is vanishingly rare. One point, whatever it
7      was, percent. So that is a very important
8      indicator, I think, and a more -- makes it a more
9      viable linking feature, to use that terminology.
10  BY MS. DAGLEY:
11     Q   Okay. Is there an established list of linking
12  features that are used in this type of analysis?
13     A   There's an established type of variations.
14  For example, we have lexical, that's word, grammatical.
15  "Setup," actually, and "backup" overlap in those fields.
16  They are both lexical, they're both words, and they
17  speak a grammatical pattern because it's verbs versus
18  nouns, spelling, punctuation, formatting -- many, many
19  other things.
20     Q   Okay. Where is this list found?
21     A   This is the general types of variation that we
22  find in -- well, sociolinguistic variation deals with
23  its own types. But in these document -- in the
24  published works that I was alluding to before, for
25  example, they will discuss this type of feature.

Page 86

1    Q    Is there any standardization that occurs in
2  the forensic linguistics field with respect to these
3  features?
4            MR. BRENNER:  Object to the form.
5  BY MS. DAGLEY:
6    Q    Is there a standard -- let me rephrase that.
7            Is there a standard list that can be used by
8  any expert in the forensic linguistics field that
9  identifies linking features?
10           MR. BRENNER:  Object to the form.
11           THE WITNESS:  Well, if you mean is winky face
12        found in some great encyclopedia of forensic
13        linguistics authorship analysis, I'm not sure,
14        actually, because there has been so much work
15        lately in emoticons.  The valuable features are
16        those that vary.  And emoticons, there are barely
17        any rules for, so that's why it's attracted a lot
18        of attention.  So for all I know in those articles
19        and books that I have seen or articles on using
20        emoticons in forensic investigation, they may make
21        a big deal of winky face.  The point is that winky
22        face is not some other face.  It's always what it
23        is and what it is not.
24  BY MS. DAGLEY:
25    Q    Are you aware of any peer-reviewed linguistic

Page 87

1  literature that discusses whether or not an individual's
2  linking feature might change over time?
3    A    Of course it would.
4    Q    And did you factor that into your analysis?
5    A    Sorry.  Strike that.  Strike that.  Strike
6  that.
7    Q    Strike what?
8    A    What I just said.
9    Q    Okay.  Why is that?
10    A    Because then I listened to your question more
11  carefully.  Could you ask the question again?
12    Q    Okay.  Are you aware of any peer-reviewed
13  linguistic literature that discusses whether or not an
14  individual's linking feature might change over time?
15    A    Not in those words.
16    Q    Okay.
17    A    But certainly language changes.  As a matter
18  of fact, that's the very essence of sociolinguistic
19  variation.  One time I was asked to examine Elvis
20  Presley's known writings and then questioned documents.
21  And it turned out that there was a 40-year lag between
22  the two.  And I said, Well, even assuming, blah, blah,
23  blah, things do change.
24    Q    Okay.  I'm going to drop a file into the chat
25  box.

Page 88

1    A    What is it?
2    Q    It's Appendix A to your report.  Do you see
3  it?
4    A    I see it.  I have it.
5    Q    Do you recognize this document?
6    A    I do.
7    Q    Is this your CV?
8    A    Yes.
9            MS. DAGLEY:  Okay.  I want to mark this as
10        Exhibit E.
11           (Whereupon, Defendant's Exhibit E was marked
12        for identification.)
13  BY MS. DAGLEY:
14    Q    Was this last updated in April 2020?
15    A    Yes.  But I am confused because you see the
16  pagination?  It may have been only the last thing that I
17  changed.  But I moved the pagination into the bottom
18  right instead of top center.  And I know I did that.
19  But I presume that's -- whatever it was, I neglected to
20  save it before I sent it.
21    Q    Okay.  But this is a copy of your CV?
22    A    It essentially is certainly.  And, you know,
23  anything you ask me about it, I can tell you.
24    Q    Can you tell me if all the information here is
25  complete and accurate?

Page 89

1    A    Well, except for what I just said, I imagine
2  it is.  If you want me to go through it line by line,
3  I'll be happy to.
4    Q    Can you turn to page five and six?
5    A    Yes.
6    Q    This is a list of your publications; is that
7  correct?
8    A    Oh, yes.  It begins the last line of page
9  five, correct?
10    Q    That's correct.
11           Are any -- can you point me to the
12  publications on this list that were peer reviewed?
13    A    Yes.  2018, 2017.  Hofstra Law Review to the
14  degree that they are peer-reviewed law reviews.  2006,
15  2006.
16    Q    Okay.  When you say "2006," can you identify
17  which one?
18    A    Certainly.  "Meaning in nonlinguistic
19  systems;" 2006, "Sematic Analysis of Swahili Applicative
20  Verbal Extension li;" 2006, "Forensic linguistics;"
21  1999a, b, c.; 1995, "Deixis;" 1994, "Money;" 1992,
22  "Food, drink;" 1987, "Response;" 1985, "Swahili
23  demonstrative;" 1980, "Swahili."
24    Q    Did you do anything -- and I'm done with the
25  CV so you can close -- close the file.

Page 90

1    A    Very good.
2    Q    Did you do anything to prepare for today's
3    deposition?
4    A    Yes.
5    Q    Okay.  What did you do?
6    A    I reread my report.  I looked through the
7    data.  I discussed matters with counsel and my
8    colleagues.
9    Q    When you say -- how long did you confer with
10   counsel?
11   A    A few hours.
12        MR. BRENNER:  I'm sorry.  I was trying to say
13   something.  I was on mute.  I said, Without getting
14   into the content, you can tell her how long.
15        THE WITNESS:  Yes.
16   BY MS. DAGLEY:
17   Q    Did you say "a few hours," Dr. Leonard?
18   A    I did.
19   Q    And what date did you -- did you confer with
20   counsel?
21   A    Yesterday, the day before that, and I think
22   two days prior to that, but I'm not sure.
23   Q    And when you say "counsel," can you tell me
24   the names, please, without getting into discussions.
25        MR. BRENNER:  You can answer that.

Page 91

1        THE WITNESS:  Laselve Harrison and Andrew
2    Brenner.
3    BY MS. DAGLEY:
4    Q    Did you also -- I think you said you also had
5    some discussions with your colleagues in preparation for
6    today's deposition?
7    A    Yes.
8    Q    Okay.  And are those colleagues Dakota Wing,
9    Juliane Ford, and Tanya Christensen?
10   A    Yes.
11   Q    And how long did you confer with them?
12   A    For hours.  I don't know.  For --
13   Q    How many?
14   A    I said for hours.  For several hours I should
15   have said.  And -- yeah.
16   Q    On what dates?
17   A    The same dates, I think.  And I may be missing
18   something because I speak to my colleagues daily several
19   times, so...
20   Q    Okay.  Do you speak to them daily about this
21   particular case or in general?
22   A    Well, we have many things going on.  We do
23   research together and -- like that.  So it's -- it
24   doesn't stand out to me that I spoke to them on a
25   particular day about this because I speak to them all

Page 92

1    the time about everything.
2        THE WITNESS:  Can you give me one second to
3    heat up my coffee in a microwave 10 feet away from
4    me?
5        MS. DAGLEY:  I think we can take a five-minute
6    break because I need a five-minute break right now.
7        MR. BRENNER:  We'll break.
8        MS. DAGLEY:  Yeah?  Okay.
9        MR. BRENNER:  Let's take five.  Thank you.
10       (Whereupon, there was a brief recess.)
11   BY MS. DAGLEY:
12   Q    Dr. Leonard, have you had communications with
13   any other experts in this case?
14   A    What do you mean?
15   Q    Have you corresponded with any other experts
16   in this case?
17   A    By "in this case" you mean people who are
18   involved in this case or just experts in general?
19   Q    Let me ask you.  Are you aware that there are
20   other experts in this case?
21   A    Yes.
22   Q    Okay.  Have you communicated with any of them?
23   A    No.
24   Q    Okay.  And have you communicated with any
25   experts in the forensic linguistic field regarding this

Page 93

1    case?
2    A    Yes.
3    Q    And who are they?
4    A    Roger Shuy, S-H-U-Y.
5    Q    And what was the nature of your communication
6    with Mr. Shuy?
7    A    To look at the general way that I conducted
8    the case and the strengths thereof.
9        THE COURT REPORTER:  The what thereof?  I'm
10   sorry.
11       THE WITNESS:  Strengths.
12       THE COURT REPORTER:  Strengths.  Thank you.
13       THE WITNESS:  Sorry.
14       I hear a lot of background noise again.
15       (Whereupon, there was a brief recess.)
16   BY MS. DAGLEY:
17   Q    Going back to Roger Shuy, can you repeat
18   the -- my question was:  What was the nature of your
19   communication with Mr. Shuy?
20   A    And I said I asked him to comment on the
21   analysis and the strengths thereof.
22   Q    Did you have a discussion with him over the
23   phone?
24   A    Yes.
25   Q    When was that?

Page 94

1      A    Past couple of days.
2      Q    How many discussions have you had with him
3  regarding this case?
4      A    A couple.
5      Q    And were they both during the past couple of
6  days?
7      A    Well, I speak to him routinely, so, again --
8  yes, it has to have been in the past couple of days come
9  to think of it, yes.
10     Q    Did you share any documents with him?
11     A    I don't recall.
12     Q    Did you give him a copy of your report?
13     A    Probably.
14     Q    Do you remember if you gave him a copy of your
15 report?
16     A    No.  But it would make sense that I did.
17     Q    Is there any way you can check your e-mails
18 and let us know if you gave him a copy of your report?
19     A    Sure.  It would make sense that I did.  So
20 let's assume I did.  Again, we're working on other cases
21 together, and we have a lot of back and forth.
22     Q    Is Mr. Shuy one of your partners in the joint
23 venture you mentioned earlier?
24     A    Not in the joint venture, but I've worked with
25 Dr. Shuy for probably 15 years, maybe a little less.

Page 95

1      Q    Is there any -- is there anyone else that you
2  communicated with about your opinion in this case?  And
3  I don't want to get into any discussions with counsel.
4      A    I don't think so.
5      Q    Was Dr. Shuy compensated for his role in
6  this -- in this case?
7      A    Not --
8           MR. BRENNER:  Object to the form.
9           I objected to the form.
10          THE WITNESS:  No.
11 BY MS. DAGLEY:
12     Q    Do you know what this lawsuit is about?
13          MR. BRENNER:  Object to the form.
14          THE WITNESS:  Well, it has something to do
15     with whether Dr. Wright -- actually, it has to do
16     with a -- what's the term? -- bequeathment of
17     rights to something dealing with Bitcoin.
18 BY MS. DAGLEY:
19     Q    Prior to March 25, 2020, did you have any
20 knowledge about this lawsuit?
21     A    March 25th when I said I began?
22     Q    That would be the date of your engagement
23 letter.
24     A    Okay.  Well, other than a couple of days prior
25 when they were speaking to me, no, I had never heard of

Page 96

1  it.
2      Q    Have you reviewed any of the -- have you
3  reviewed the complaint in this case?
4      A    I glanced at it.
5      Q    Okay.  So you were provided with a copy of the
6  complaint?
7      A    Pretty sure.
8      Q    Okay.  Are there any other case documents that
9  you were provided a copy of?
10          MR. BRENNER:  Object to the form.  I don't
11     know what "case document" means, but object to the
12     form.
13          THE WITNESS:  I don't recall.  Perhaps.
14 BY MS. DAGLEY:
15     Q    Is there a list of documents that you received
16 in connection with this case?
17     A    No.  But I assume -- I typically ask for
18 moving documents just so I know what ballpark the case
19 is in.  So I can assume I saw them.  But I don't have
20 any strong memory of them because I was consumed so to
21 speak with the analysis.
22     Q    If you could go back into the chat box and
23 open your report, please.
24          MR. BRENNER:  Just give me a minute too
25     because I'm not sure I closed it out.

Page 97

1          No, I got it.
2          THE WITNESS:  Okay.  I have it open.
3  BY MS. DAGLEY:
4      Q    Can you go to page ten of your report, please?
5      A    I'm on page ten.
6      Q    And in the top of page ten, there's Table 7.
7  Do you see that?
8      A    Yes.
9      Q    And on the bottom of that page it says Table
10 10?
11     A    Yes.
12     Q    Okay.  Is there a Table 8 and 9 that's not
13 included here?
14     A    No.
15     Q    Was there ever a Table 8 and 9?
16     A    That -- I mean, if it was, everything was
17 moved up.  I mean, I don't know why that happened, but
18 it sounds like the kind of mistake that I routinely make
19 because I don't have consecutive numbering.
20     Q    Okay.  So there's -- there's no -- there are
21 no tables missing --
22     A    No.
23     Q    -- that should have been here?
24     A    No.
25     Q    And I have the same question for page -- pages

Page 98

1  13 and 14.
2      A     Table 14 and then the next one is Table 16.
3  No.  It's just numerations.
4      Q     So there's nothing missing -- there's no Table
5  15 missing from your report?
6      A     No.
7      Q     Then take a look at pages 16, 17, and 18 of
8  your report.
9      A     Okay.
10     Q     Now, everywhere in this report you've
11 identified Bates numbers for the three categories of
12 documents that we've discussed.  In this particular
13 table there's no reference to the K Wright Bates
14 numbers.  Do you see that?
15           MR. BRENNER:  Just can I -- I just want to
16      follow.  You told him to look at three different
17      pages.  Which one are you -- I don't know which one
18      you're looking at.
19           MS. DAGLEY:  All three.  So we can start with
20      page 16 first.
21           MR. BRENNER:  Okay.  Give me one moment.  I'll
22      go back there.
23 BY MS. DAGLEY:
24     Q     Dr. Leonard, do you see that?
25     A     Starting at "6-grams"?

Page 99

1      Q     Uh-um.
2      A     Yeah.
3      Q     Okay.  Do you see there are no Bates number --
4  Bates number references for the K Wright documents on
5  this page?
6      A     What's Defendant Australia 00500141?
7      Q     Well, it's your table.  It says "Q Cat 1."
8  But right above that, do you see where it says "K
9  Wright"?
10     A     Yeah.  No, and -- sorry.  Aren't you asking me
11 whether, for example -- oh, K Wright.  Oh, I beg your
12 pardon.  Yes, yes, yes.  I see.  Yes, you're right.
13     Q     You see it now?
14           Okay.  Is there a reason why the Bates numbers
15 are not included here?
16     A     No.  They should have been.
17     Q     And the same goes for pages 17 and 18, if you
18 could take a look.
19     A     Yes, I see.
20     Q     Okay.
21     A     Correct.
22     Q     Did you prepare this table, Dr. Leonard?
23     A     I prepared it with my colleagues.
24     Q     Okay.  Whose responsibility was it to
25 reference the Bates numbers?

Page 100

1      A     I can't recall.
2            MR. BRENNER:  Object to the form.
3            You can answer.
4            THE WITNESS:  I can't recall.
5  BY MS. DAGLEY:
6      Q     Was it yours?
7      A     Well, ultimately, yes, I guess.
8      Q     Let's take a look at page 12 of the report.
9  And you'll have to reference this page in conjunction
10 with page seven in order for my question to make sense.
11           Are you on page 12?
12     A     I am.
13     Q     Okay.  At the bottom of page 12 within the
14 table, do you see where it says "DEAFAUS 00119167"?
15     A     Yes.
16     Q     And do you see it's categorized as a K Wright
17 document?
18     A     Yes.
19     Q     Okay.  Now, if you turn to page seven and look
20 at Table 1.
21     A     Yes.
22     Q     Do you see that 00119167 appears in Table 1
23 which is "Category 1 Questioned E-mails"?
24     A     Yeah.
25     Q     Is there a reason why then on page 12 this

Page 101

1  particular document is categorized under K Wright?
2      A     Let's do that again, okay?
3      Q     Okay.  You see on page 12, at the bottom of
4  page 12 within the table?
5      A     Yeah.  I'm going to write down the numbers so
6  I don't have to memorize it.  Yeah.
7      Q     Sure.  119167.
8      A     Yes.
9      Q     And then if you turn to page seven.
10     A     Sorry.  Just one second.
11     Q     Table -- yeah, Table 1.
12     A     Oh, I thought we were at Table 3.  Sorry.
13           Okay.  Table 1.  This is Q 1 Wright.  Uh-hum.
14     Q     So is there a reason why this document is
15 referenced on page 12 under "K Wright"?  And you can
16 take a look at the entirety of the table which is
17 referenced as Table 14.
18     A     Yes.  I seem to remember -- and this is again
19 an infelicity of the report -- that we thought that this
20 was a K document at first and were then told, no, it is
21 a Q document.  That's my memory.  And this is
22 retrievable, of course.
23     Q     What do you mean -- okay.  So you said you
24 thought it was a K document because you were told it was
25 a K document, but then you were told it's a Q document;

Page 102

1   is that correct?  Is that what you said?
2       A    Yes, that's what I said.
3       Q    So are you saying that this -- on page 12
4   where it's referenced under "K Wright," it actually
5   belongs under "Q Category 1"?
6       A    I believe so, but I would have to check it.
7       Q    Okay.  What would you refer back to in order
8   to check that?
9       A    Well, I suppose -- well, e-mails with the
10  attorneys.
11      Q    Okay.  Who was in -- who prepared Table 14?
12          MR. BRENNER:  Object to the form.
13          THE WITNESS:  I don't recall who actually
14      prepared it.
15  BY MS. DAGLEY:
16      Q    Would it have been one of the three people
17  that we talked about before?  And the three people being
18  Dakota Wing, Tanya Christensen, or Juliane Ford.
19      A    I presume --
20          MR. BRENNER:  Object to the form.
21          THE WITNESS:  I presume so.
22  BY MS. DAGLEY:
23      Q    Other than the fact that Dr. Wright speaks
24  Australian English, what other information were you
25  provided about him that was considered in your opinion?

Page 103

1       A    I don't recall I was given any other pertinent
2   information.
3       Q    With respect to the GloWbE database, can you
4   tell me if the linking feature -- and I have might have
5   asked this.  If I have, please let me know -- if the
6   linking feature en-dashes, em-dashes lends itself to
7   corpus searches?
8          MS. DAGLEY:  Object to the form.
9          THE WITNESS:  Well, depends on the corpus.
10  BY MS. DAGLEY:
11      Q    We're talking about the GloWbE database.
12      A    I don't recall.
13      Q    Let's go to report page seven.
14      A    Yes.
15      Q    You've identified in Table 1 a list of the
16  documents as questioned -- questioned e-mails under
17  Category 1; is that correct?
18      A    It is.
19      Q    Okay.  Now, in Table 1, do you see a column
20  for "Word Count"?
21      A    Yes.
22      Q    Okay.  Who came up with these numbers?
23      A    We did perhaps --
24      Q    And --
25      A    Yeah.

Page 104

1       Q    Please finish.
2       A    Perhaps Juliane Ford or Dakota Wing did the
3   actual counts.
4       Q    And would you know how they conducted the word
5   count -- how they performed the word count?
6       A    Yes.  We would go through and extract the
7   actual data that is not the subject lines, not metadata,
8   not other people's e-mails, and then do a word count on
9   that.
10      Q    And when you say "extract data," can you
11  elaborate, please.
12      A    We would go into the native file and copy and
13  paste the e-mails in question that were or were not
14  written by Dr. Wright and then you will count on those.
15      Q    And do you -- do you know if these word counts
16  were doublechecked by anyone?
17      A    No.  But we discussed exactly the procedure,
18  so...
19      Q    And when you say "we," are you referring to
20  Dakota Wing, Juliane Ford, and Tanya Christensen?
21      A    Right.
22      Q    And would your answer be the same for Tables 2
23  and 3 as it relates to calculation of word counts?
24      A    Yes.
25      Q    And in Tables 1 and 2 there's also a column

Page 105

1   for number of e-mails.  How would you have counted that?
2       A    I don't understand the -- each individual
3   e-mail is one e-mail.
4       Q    Okay.  Where it says, for example, 22 e-mails,
5   how did you go about counting the 22 e-mails?
6       A    Those were individual e-mails on the face of
7   which they were written by Dr. Wright in that --
8          THE COURT REPORTER:  In what --
9          THE WITNESS:  -- we would not have counted the
10      other participants in the thread in the word count,
11      for example.
12  BY MS. DAGLEY:
13      Q    Did you conduct the GloWbE database searches
14  yourself?
15      A    No.
16      Q    Who conducted them?
17      A    One or more of the other three folks.
18      Q    And when you say "other three folks," you mean
19  Dakota Wing, Tonya Christensen, or Juliane Ford?
20      A    Yes.
21      Q    Do you know if GloWbE -- the GloWbE database
22  retains a search history per user account?
23      A    I don't.
24      Q    Do you know if the GloWbE database considers
25  any regional variability in Australian English?

Page 106

1     A    What do you mean by "considers"?
2     Q    Does the data reflect any variations in
3  Australian English?
4     A    I'm trying to be precise here.
5     Q    So when you make -- when you run a search in
6  GloWbE database, can you parse through the data to
7  organize it by regional features for Australian English?
8     A    You find the regional features for that which
9  is produced in Great Britain, in Nigeria, in Kenya, in
10 Australia, in the United States and so on.
11    Q    So my question to you then is:  Can you
12 further break it down for Australian English based on
13 different regions within Australia?
14    A    I do not know.
15    Q    Is there a way to find out?
16    A    One could go on the GloWbE website one
17 presumes.
18    Q    On page 11 in Table 11...
19    A    I'm there.
20    Q    Do you see the entry that says "set" space
21 "up" and then it says "verb"?
22    A    Yes.
23    Q    And there's a raw frequency of 9,401 there?
24    A    Yes.
25    Q    Are you able to tell me what searching syntax

Page 107

1  was used in order to obtain this number?
2     A    I did not do the search.
3     Q    Okay.  Who did the search?
4     A    As I said, one of the other three.  And if you
5  want to recite their names again, be my --
6     Q    Juliane Ford, Tanya Christensen, and Dakota
7  Wing; is that correct?
8     A    It has been for hours.
9     Q    Is -- would you be able to get that
10 information for us from one of those individuals?
11         MR. BRENNER:  Object to the form.
12         THE WITNESS:  Certainly.
13 BY MS. DAGLEY:
14    Q    Let me ask you another question about that
15 same entry.  If you were to go into GloWbE database
16 right now and conduct the search, how would you
17 construct the searching syntax?
18    A    You asked me around two minutes ago whether I
19 knew how to do that search and what the search syntax
20 was, and I told you I did not.
21    Q    Okay.
22    A    Are you asking me the same question now again
23 or is there some other aspect to it that I missed?
24    Q    Yeah, there's another aspect.  I'm asking you
25 if you were to go into the GloWbE database right now and

Page 108

1  conduct that search that we're talking about, how would
2  you construct the searching syntax?
3         MR. BRENNER:  Object to the form.
4         THE WITNESS:  As I said, I don't do the actual
5     searches on GloWbE.
6  BY MS. DAGLEY:
7     Q    Okay.  So you don't know how to construct the
8  searching syntax?
9     A    I might be able to figure it out quiet
10 adequately, but I didn't do it, and I don't know it off
11 the top of my head certainly --
12    Q    Okay.  What --
13    A    -- people who are more familiar with GloWbE.
14         MR. BRENNER:  Dr. Leonard, you seem to have
15     fallen down in the picture.
16         THE WITNESS:  Really?
17         MS. DAGLEY:  Yes.
18         MR. BRENNER:  Yeah, you're lower -- you're
19     about eight inches lower than you were the rest of
20     the depo.
21         THE WITNESS:  Good Lord.
22         MR. BRENNER:  There you go.  There you go.
23         MS. DAGLEY:  Oh, that's better.
24         Thank you, Mr. Brenner.
25         MR. BRENNER:  No worries.

Page 109

1         THE WITNESS:  I'm not looking at my own
2     picture.  Let me take a look.
3         MR. BRENNER:  No, you're good.
4         THE WITNESS:  Oh, I see.  Yes.
5         MR. BRENNER:  Yeah.  Thank you.
6  BY MS. DAGLEY:
7     Q    Are you a member of the International
8  Association of Forensic Linguistics?
9     A    I think you mean the International Association
10 of Forensic Linguists.
11    Q    Okay.  Is that the IAFL?
12    A    Correct.
13    Q    Are you a member of it?
14    A    Yes.
15    Q    Okay.  Are you aware -- let me ask.  Do you
16 abide by any code of ethics in your work as a forensic
17 linguistic --
18         MR. BRENNER:  Object --
19 BY MS. DAGLEY:
20    Q    -- linguist?
21         MR. BRENNER:  Object to the form.
22         THE WITNESS:  Yes.
23 BY MS. DAGLEY:
24    Q    Okay.  And what code would that be?
25    A    The same code I apply to all of my work.

Page 110

1    Q    Can you --
2    A    Tell the truth, follow the evidence, and tell
3  the truth.
4    Q    Okay.  Is there any established code of ethics
5  for a forensic linguist that you follow?
6         MR. BRENNER:  Object to the form.
7         THE WITNESS:  A committee of forensic
8    linguists prepared one a few years ago and
9    promulgated it.
10 BY MS. DAGLEY:
11   Q    And what committee are you referring to?
12   A    The committee that wrote that code of ethics
13 for the IAFL.
14   Q    So you're specifically referring to the IAFL
15 code of ethics?
16   A    Yes.  I thought that's what you were asking me
17 about?
18   Q    And you've seen that code of ethics?
19   A    Yes.
20   Q    And do you use it in your -- in your work as a
21 forensic linguistic -- linguist?
22   A    I don't recite it.  But as I remember, in
23 essence, it said exactly what I just said now.
24   Q    Okay.  Why don't we take a look at that.  I'm
25 going to drop a file in the chat box.

Page 111

1         MR. BRENNER:  You want to mark this as an
2    exhibit?
3         MS. DAGLEY:  Yeah.  If you could just give me
4    a moment --
5         MR. BRENNER:  Sure.
6         MS. DAGLEY:  -- I'm adjusting my screen.
7         MR. BRENNER:  Sure.
8  BY MS. DAGLEY:
9    Q    Dr. Leonard, can you see that file?
10   A    Yes.
11        MS. DAGLEY:  Okay.  I'm going to mark this as
12   Exhibit -- the next exhibit.
13        (Whereupon, Defendant's Exhibit F was marked
14   for identification.)
15 BY MS. DAGLEY:
16   Q    This is the International Association of
17 Forensic Linguists Code of Practice.  Are you familiar
18 with this document?
19   A    As I said, I have seen it.
20   Q    Okay.  Now, this is a very extensive document.
21 Do you apply all of these principles in your work as a
22 forensic linguist?
23        MR. BRENNER:  Object to the form.
24        THE WITNESS:  So would you like me to take my
25   time now and read through this extensive document?

Page 112

1    I'll be happy to.
2  BY MS. DAGLEY:
3    Q    Why don't you read paragraphs A and B on page
4  one, including the footnotes.
5    A    But you asked me about the entirety of it.
6    Q    But why don't you look at A and B and
7  the footnotes on page one.
8    A    Sure.
9         Very good.
10   Q    Is this similar to a certain code of ethics
11 that you apply in your work?
12        MR. BRENNER:  Object to the form.
13        THE WITNESS:  As I said, it's actually quite
14   identical.  Tell the truth and follow the evidence.
15 BY MS. DAGLEY:
16   Q    And do you reference any ethical obligations
17 within your report in this case?
18   A    I likely put the overly obvious statement that
19 my compensation is not in any way contingent upon the
20 outcome of the report.
21   Q    Anything else that you recall?  Feel free to
22 open your report and take a look right now.
23   A    Well, certainly the paragraph that says --
24 well, let's go to it.
25        Yes.  Indeed on page four I say, as if it

Page 113

1  needed to be said, "My compensation is not contingent
2  upon the outcome of this matter."
3    Q    Okay.  And that page -- on that page four, is
4  that your correct hourly rate?
5    A    Yes.
6         Sorry.  We froze up.
7    Q    I'm sorry.  Can you repeat that?
8         THE COURT REPORTER:  He said it froze.
9  BY MS. DAGLEY:
10   Q    Dr. Leonard, on the IAFL code of ethics in the
11 footnote, do you see that statement of compliance?
12   A    You're freezing up on me.  Hold on.
13   A    Sure.
14   A    Okay.  What is it that you want me to see?
15   Q    Footnote two on page one.
16   A    Yes, I saw it.
17   Q    Okay.  Have you ever included the statement of
18 compliance in your prior work?
19   A    You totally broke up.
20   Q    Oh.  I asked:  Have you ever included the
21 statement of compliance in your prior work?
22   A    No.
23   Q    Is there a reason why?
24   A    As even they say, it might read, You may want
25 to put in.  I should think it is obvious.

Page 114

```
 1      Q    So you elected not to use the statement of
 2   compliance; is that correct?
 3           MR. BRENNER:  Object to the form.
 4           THE WITNESS:  I didn't elect to not use it.  I
 5   saw no reason to say things that are very obvious,
 6   and this is extremely obvious.  I'm glad they did
 7   it.  I'm glad they wrote it up.  And it's very
 8   clear and it's a hundred percent consonant with my
 9   own code of ethics and operation.
10   BY MS. DAGLEY:
11      Q    You said you're a member of the IAFL; that's
12   correct?
13      A    Yes.
14      Q    Do you -- what's your involvement with the
15   IAFL?
16      A    I have presented at conferences.
17      Q    Is there anything else that you have
18   contributed as a member of the IAFL?
19      A    Like what?
20      Q    Have you been -- for example, have you been on
21   any committees?
22      A    No.
23      Q    Okay.  Is there a reason why you haven't?
24           MR. BRENNER:  Object to the form.
25           THE WITNESS:  They have people who are quite
```

Page 115

```
 1   happy and competent and eager to be on committees.
 2   And I think I'm not overly needed there.  But it
 3   has not come up much.  I mean, I'm a member of many
 4   organizations.
 5   BY MS. DAGLEY:
 6      Q    Did you establish -- have you ever established
 7   an error rate for the method used in your report?
 8      A    Are we off this now?
 9      Q    Yes.  You can close the file.
10      A    Very good.
11           MR. BRENNER:  Object to the form of the last
12   question.
13           THE WITNESS:  What do you mean by "error
14   rate," just to be precise?
15   BY MS. DAGLEY:
16      Q    What's the rate of error when conducting this
17   type of method?  What's your known rate of error?
18      A    That doesn't expand the meaning of this much,
19   does it?
20      Q    Okay.  Do you know what a rate of error -- a
21   rate of error is?
22      A    An error rate may be a number of things.  And,
23   for example, in bench sciences, for example,
24   chemistry -- I came to academia first as a chemist --
25   you have an error rate established by repeating the same
```

Page 116

```
 1   procedure many, many times.  For example, you take a
 2   known quantity of water.  You put a known quantity of
 3   chlorine in it.  Then you take a known quantity of a
 4   reagent.  And the reagent demonstrates what the parts
 5   per million of the chlorine is.  And you do that again
 6   and again and again and again.  And because you know
 7   exactly how much chlorine you put in there, you see the
 8   margin of error that your reagent has.
 9           But language does not operate that way.  Every
10   instance of language, and as we learn from variationist
11   sociolinguistics, is a novel event because the context
12   is always changing.  Even if you repeat the same phrase
13   twice, it is not the same phrase -- and this has to do
14   with your meaning question -- because now it's been
15   repeated.
16           So a bench science has the kind of error rate
17   that was one of four just possible, perhaps suggested,
18   measures of Daubert by the Supreme Court.  And of course
19   they were very careful to say that this is not an
20   ironclad for measures, for qualifications, but would
21   depend on the kind of testimony, the kind of data, et
22   cetera.  But I do have a number of cases where we found,
23   through nonlinguistic evidence, that I was quite correct
24   in my saying that the superior hypothesis was X or Y.
25      Q    Can your method be replicated by another
```

Page 117

```
 1   forensic linguist in your field?
 2      A    Of course.
 3      Q    Okay.  What do you base that answer on?
 4      A    Because it has been.
 5      Q    Okay.  Who -- who has replicated it?
 6      A    Well, let me answer it this way:  My analyses
 7   are totally and absolutely transparent.  Any other
 8   linguist can come to the same set of data and see that
 9   you get the exact same number of whatever and then test
10   for how rare or idiosyncratic that feature is and
11   whether it also occurs in the K documents and to what
12   degree.  So that's total replicability.
13      Q    Has your testimony or opinion ever been
14   limited in any way by any judge or court or
15   administrative body?
16           MR. BRENNER:  Object to the form.
17           THE WITNESS:  Yes.  I have never been not
18   allowed to testify by virtue of qualifications, but
19   at various times the -- a judge might have -- might
20   say, I will let you testify about A but not B, or
21   even, I don't want experts and the -- we don't need
22   any experts here.
23   BY MS. DAGLEY:
24      Q    Were any of your opinions or report the
25   subject of a Daubert motion in the past?
```

Page 118

1    A    Of course.
2    Q    And the method that you've used in this
3  particular case and report, has that method ever been
4  the subject of a Daubert motion?
5         MR. BRENNER:  Object to the form.
6         THE WITNESS:  Yes.  In any authorship that
7         I've done, it's been either Daubert or Frye or a
8         blend or whatever, depending on the jurisdiction.
9  BY MS. DAGLEY:
10   Q    The method that you've used in your report,
11 has that method been criticized by any of your peers?
12        MR. BRENNER:  Object to the form.
13        THE WITNESS:  By my peers?  Certainly people
14        have different opinions as to what the best method
15        is.
16 BY MS. DAGLEY:
17   Q    Okay.  Would you consider Ron Butters a peer?
18   A    Well, Ron mostly does trademark cases, so he's
19 not exactly very experienced in authorship.  But he
20 certainly always has a lot to say about authorship
21 cases.
22   Q    And you do your share of trademark cases,
23 right?
24   A    Absolutely.
25   Q    Okay.

Page 119

1    A    But I also --
2    Q    How --
3    A    -- write a number -- a very, very, very large
4  number of authorship cases in active investigations,
5  counterterrorism, et cetera.  And I teach authorship all
6  over the world, whereas I think probably Ron does not.
7         Good man.
8    Q    What percentage of your work in the last four
9  years has been for trademark cases?
10        MR. BRENNER:  Object to the form.
11 BY MS. DAGLEY:
12   Q    You can take -- open up your -- from the chat
13 box you can open up Appendix B which has a list of prior
14 cases for the last four years.
15        MR. BRENNER:  I don't want to go beyond form,
16        but -- well, if you want to ask the question that
17        way, you can ask it that way.  I'll try to clarify
18        if for you to make the answer useful, but I'll
19        object to form for now, unless you want to hear
20        why.
21        THE WITNESS:  Do you not want to hear why,
22        then I'll continue?
23 BY MS. DAGLEY:
24   Q    Yeah.  No.  Please open Appendix B and I'll
25 ask you a question.

Page 120

1    A    Right.  But I have to go back to your question
2  which is a little unclear to me.
3    Q    I will ask you a question after you open
4  Appendix B.
5         MR. BRENNER:  We're going back to B?
6         MS. DAGLEY:  Yes, Appendix B.  Yes.
7         MR. BRENNER:  Yeah.  Let me open it up again.
8         I closed it.
9         THE WITNESS:  B is cases in the last five
10        years?
11 BY MS. DAGLEY:
12   Q    I think it's five or four years.
13        MR. BRENNER:  Yeah.
14        THE WITNESS:  '15, '16, 17, '18, '19.
15        Actually, I guess five years.  Yeah.  Uh-hum.
16 BY MS. DAGLEY:
17   Q    Can you take a look at that list and tell me
18 how many of your cases were trademark cases?
19   A    Yes.  But if you're going to compare it to
20 authorship cases, the vast, vast majority of authorship
21 cases do not go to trial.  And --
22   Q    I'm just -- I'm only asking you a question
23 about --
24        MR. BRENNER:  Wait.  Excuse me.
25        MS. DAGLEY:  Yeah.

Page 121

1         MR. BRENNER:  Just let him finish and then you
2         can tell him what you want to ask him.
3         THE WITNESS:  You had originally asked me
4         about my work.  Now if you're asking me about cases
5         that actually got to court and I testified in,
6         that's quite different from the universe of my
7         work.
8  BY MS. DAGLEY:
9    Q    Okay.  Do you want to answer my question now?
10 Take a look at Appendix B.
11   A    Of course.
12        Okay.  So you want me to look at depositions
13 too?
14   Q    All of it.
15   A    Sure.
16        Okay.  Deposition 2019, OGD; 2019, Chicago
17 Mercantile Exchange; 2019, The Reinalt-Thomas; 2019,
18 Lodestar; 2018, D.H. Pace; 2016, Geodata; 2015, Flowers
19 Bakery; 2015, Goya Foods.  And that's it.
20   Q    Do you know who Carole Chaski is?
21   A    Yes.
22   Q    Is she a recognized forensic linguist?
23        MR. BRENNER:  Object to the form.
24        THE WITNESS:  She works in forensic
25        linguistics, certainly.

Page 122

1  BY MS. DAGLEY:
2      Q    Do you know if she's criticized the method
3  that you've used in your report in this case?
4           MR. BRENNER:  Object to the form.
5           THE WITNESS:  You mean, in this case has she
6  criticized my report?
7  BY MS. DAGLEY:
8      Q    No.  I mean, do you know if she's ever
9  criticized your method?
10     A    Yes.
11     Q    Do you know if Ron Butters has criticized your
12 methods?
13     A    Yes.  We were on opposite sides in the Coleman
14 triple homicide where the gentleman in question was
15 convicted and sentenced to life in prison for murdering
16 his family.
17     Q    On page six of your report --
18     A    I'm sorry.  Are we on Appendix B?
19     Q    Page six of your -- the core of your report.
20     A    One second.
21          Okay.  So is this Appendix A?
22          No.  Sorry.  Appendix A, Appendix B.  So I
23 must have closed the report.  One second.
24          Okay.  Leonard report, right?
25     Q    That's correct.

Page 123

1      A    Very good.  Okay.
2      Q    I want to confirm, in the middle of the page
3  you say, "I was asked to give an opinion on whether any
4  of the Q documents share likely common authorship with
5  the K."  Is that correct?
6      A    What page are we on?  I'm sorry.
7      Q    Page six.
8      A    Okay.  One sec.
9           Okay.  Yes.  I was asked to give an opinion on
10 whether any of the Q docs share likely common authorship
11 with the K.
12     Q    Okay.  And is that -- is that your -- was that
13 your assignment in this case?
14     A    My assignment was to analyze, as I say after
15 that, the language patterns of all Ks and all Qs and to
16 compare them and then test hypotheses.
17     Q    And did you do the comparison yourself?
18          MR. BRENNER:  Object to the form.
19          THE WITNESS:  What do you mean?
20 BY MS. DAGLEY:
21     Q    Meaning, did you compare the Q documents and
22 the K documents?  Did you do it yourself or did one of
23 your colleagues help you with that?
24     A    Oh.  We did a group comparison and then I did
25 a comparison of what I thought was consistent and

Page 124

1  inconsistent.
2      Q    I'm going to drop a file into the chat box.
3      A    What is it?
4      Q    It's an e-mail.
5      A    Did you e-mail me?  Is that what that noise
6  was?
7      Q    I did not.  It's an e-mail in a PDF format in
8  the chat box.
9      A    What's it called?
10     Q    It says, "Deposition of Robert Leonard
11 e-mail."
12     A    Oh, okay.  Got it.  It just showed up.  Okay.
13          MS. DAGLEY:  Okay.  I want to mark this as
14 Exhibit G, I believe.
15          THE COURT REPORTER:  Yes.
16          (Whereupon, Defendant's Exhibit G was marked
17 for identification.)
18          MR. BRENNER:  Yeah.  Can you -- can you
19 just -- can you just identify the date and to,
20 from.
21          MS. DAGLEY:  Yeah.  Yeah, yeah.
22          I'm sorry.  I'm having a little trouble seeing
23 all components of my screen, so if you could
24 just --
25          MR. BRENNER:  Yeah, so am I.

Page 125

1          MS. DAGLEY:  Yeah.
2  BY MS. DAGLEY:
3      Q    Okay.  So this is an e-mail dated April 24,
4  2020, from Andrew Brenner to myself.  Do you see that,
5  Dr. Leonard?
6      A    Yes.
7      Q    Okay.  Now, in this e-mail Mr. Brenner has
8  noted some clarifications about your report.  Do you see
9  that?
10     A    Yes.
11     Q    Okay.  Are you able to confirm these notes and
12 clarifications are in fact correct?
13     A    Yes.
14     Q    Okay.  And when did you -- are these notes and
15 clarifications that you provided?
16     A    Yes.
17     Q    Okay.  And when did you realize that you
18 needed to make these clarifications?
19     A    Yesterday when I reviewed all the data --
20     Q    Okay.
21     A    -- again.
22     Q    You see where it says "TAG2 and TAG3 are
23 listed in the report among the partial exclusions, but
24 should be listed in the table following as total
25 exclusion.  They were not considered in the analysis"?

Page 126

1   A    I do.
2   Q    Is that correct?
3   A    It is.
4   Q    And let me add another file here.
5        MR. BRENNER:  We're trying to keep this one up
6   or are we going to --
7        MS. DAGLEY:  Can you keep it up for now.
8        MR. BRENNER:  Sure.  Of course.  I just want
9   to -- if I close it, it just ends up taking more
10  time to open it back up.
11       And while you're doing that, I'll note for the
12  record that what I sent you was sent, since you
13  didn't read it in, at 8:52 this morning -- 8:19.
14  And I'll note for you for the record I received it
15  at 11:00 p.m. last night, so...
16       MS. DAGLEY:  Okay.
17       MR. BRENNER:  Okay.  What's next?  We're going
18  to the chat room now?
19       MS. DAGLEY:  Yeah.
20       MR. BRENNER:  Okay.
21       MS. DAGLEY:  I just need to -- I'm having a
22  little difficulty pulling up files.  If you could
23  just bear with me.
24       MR. BRENNER:  Of course.
25       THE WITNESS:  Of course.

Page 127

1        MR. BRENNER:  A spreadsheet just came up.
2        MS. DAGLEY:  Yeah.
3   BY MS. DAGLEY:
4   Q    Dr. Leonard, if you could open the
5   spreadsheet.
6   A    Will do.  One sec.
7        Okay.  Yes, it's open.
8   Q    Do you recognize this --
9        MS. DAGLEY:  And I want to mark this as
10  exhibit -- as the next exhibit.
11       (Whereupon, Defendant's Exhibit H was marked
12  for identification.)
13  BY MS. DAGLEY:
14  Q    Do you recognize this document?
15  A    Yes.
16  Q    Okay.  What is this?
17  A    Although it opened in the middle of it.  Hold
18  one sec.
19       This is the Excel file that has everything we
20  received, I believe.  Yeah, must be.
21  Q    Okay.  Does this Excel file have -- contain
22  all of the documents that are referenced in your report?
23       MR. BRENNER:  Object to the form.
24       You can answer if you know.
25       THE WITNESS:  Yes, plus more that I did not

Page 128

1   consider and, therefore, didn't even put into
2   excluded.
3   BY MS. DAGLEY:
4   Q    Okay.  Did you review all of these files that
5   are identified on this spreadsheet?
6   A    Not in detail.
7   Q    Do you have an approximate number of how many
8   of the files you reviewed?
9   A    Well, a great number of them are blog posts.
10  I think over 300 of them.  And I took a look at them and
11  I saw that they were blog posts and -- they were sort
12  of, like, press releases.  They weren't e-mail, number
13  one.  But moreover, number one also, is that they very
14  likely could have been edited by someone else and we
15  would have had not a single author.
16  Q    So on page eight of your report, you have a
17  list of excluded known Craig Wright documents.  Do you
18  see that?
19  A    Okay.  Yes.
20  Q    Is there a reason why you didn't include some
21  of the documents from this spreadsheet in your report as
22  excluded?
23  A    Well, I barely examined --
24       MR. BRENNER:  Hold on, hold on.  Hold on.
25  Hold on.

Page 129

1        I object to the form.  And I don't -- you're
2   not representing what you know this list was told
3   you is.  So it's not fair what you're doing to the
4   doctor.  But I will object to the form and if you
5   want me to clean it up -- but it's not really -- I
6   don't think you're being fair because you know
7   exactly what this spreadsheet is.
8   BY MS. DAGLEY:
9   Q    Well, let me ask you.  Did you read -- did you
10  consider any of these documents in forming your opinion?
11       MR. BRENNER:  Object -- the spreadsheet
12  documents?
13       MS. DAGLEY:  The spreadsheet documents.
14       MR. BRENNER:  Thank you.  I have no objection
15  to that question.
16  BY MS. DAGLEY:
17  Q    Correct.
18  A    The spreadsheet documents include what we
19  considered.
20  Q    Okay.  And can you identify which documents on
21  this spreadsheet include what you considered?
22       MR. BRENNER:  Object to the form.
23       THE WITNESS:  The ones I considered are 00 --
24  you want me to go through them all?
25  BY MS. DAGLEY:

Page 130

```
1      Q   If you want to -- if you're able to identify
2  them by row numbers from the spreadsheet, that might be
3  helpful.
4      A   Well, that will take a while.
5      Q   Okay.  Is there a reason why -- so you said
6  you considered some of the documents from the
7  spreadsheet --
8          MR. BRENNER:  Object to the form.
9  BY MS. DAGLEY:
10     Q   -- in forming your opinion; is that correct?
11         MR. BRENNER:  Same objection.
12         THE WITNESS:  I believe all the ones that we
13     considered are on here.
14 BY MS. DAGLEY:
15     Q   Okay.
16     A   We were trying to make a comprehensive list
17 and be as forthcoming as possible to you, so we put
18 everything that ever we saw at all into this
19 spreadsheet.  However, I can go through them one at a
20 time and find the ones that we looked at and then the
21 ones that we looked at but decided were not appropriate
22 for analysis if you'd like.  That's fine with me.
23     Q   Maybe another -- okay.  I don't want to go
24 through each and every one.
25         So let me ask you.  If all the documents that
```

Page 131

```
1  are referenced in your report, would they also be on the
2  spreadsheet?  Is that what you're saying?
3          MR. BRENNER:  Object to the form.
4          THE WITNESS:  I believe so.  Hold on a second.
5      Maybe these are just ones that weren't listed
6      on the report.  That would make sense that we would
7      then send you this, but I just don't recall.
8  BY MS. DAGLEY:
9      Q   Okay.  So can you give me any clarity on --
10 okay.  Let me ask a different question.
11         Apart from the clarifications that are in the
12 e-mail from Mr. Brenner dated today --
13     A   Yes.
14     Q   -- are all of the documents that you
15 considered in forming your opinion for this report
16 contained in your report?
17     A   Yes.
18     Q   Are you able to tell me -- on what date did
19 you receive the spreadsheet documents?
20         MR. BRENNER:  Object to the form.
21         THE WITNESS:  I received documents in a
22     rolling fashion starting from when I was retained.
23         MR. BRENNER:  Excuse me.
24 BY MS. DAGLEY:
25     Q   When you say "rolling fashion," do you mean
```

Page 132

```
1  they came in on different dates?
2      A   Yes.  Probably.  Certainly we didn't get
3  everything all at once.
4      Q   Do you remember how many sets of documents you
5  received?
6      A   No.
7      Q   Did you receive them by e-mail?
8          Oh, go ahead, please.
9      A   Anything that I did consider is listed in the
10 report, whether as excluded or not excluded -- whether
11 excluded or included is all in the report, especially
12 with the change that we made yesterday that I noticed
13 and sent to Mr. Brenen -- Brenner.
14         THE WITNESS:  When it's appropriate, I can use
15     a five-minute break.
16         MS. DAGLEY:  I think we can do that now.
17     3:30?
18         THE WITNESS:  Very good.  Thank you.
19         (Whereupon, there was a brief recess.)
20 BY MS. DAGLEY:
21     Q   Dr. Leonard, have you been asked to set
22 aside -- block aside time for trial in this case?
23     A   Sorry.  Would you say that again.
24     Q   Have you been asked to block off time for the
25 trial in this case?
```

Page 133

```
1      A   I don't remember if I have been told that
2  there's a trial or when it will happen, but I have --
3      Q   Do you have -- oh, please continue.
4      A   No.  I may have been.  I just don't recall.
5  And because of the COVID, I'm assuming that all dates
6  are tentative, so that's why I don't recall so well.
7      Q   Do you have any other tasks left to complete
8  in connection with your work in this case?
9      A   Well, I will certainly revise my report so
10 it's totally accurate in terms of listing documents.
11     Q   What do you mean you're going to revise your
12 report?
13     A   No, not -- just put the appropriate things in
14 the appropriate boxes.
15         MS. DAGLEY:  Mr. Brenner, are you planning on
16     serving a revised report?
17         MR. BRENNER:  I was -- I think -- well, do you
18     want me to answer your question?
19         MS. DAGLEY:  Well, I mean, I --
20         MR. BRENNER:  Yeah.  No.  I think what the
21     doctor's telling you is the things you pointed out
22     that had one document was in the Q column instead
23     of the K column.  I think he's telling you -- I
24     think he's saying he's going to put it in the right
25     column.  No, we're not intending to revise his
```

Page 134

1    opinions.
2         THE WITNESS:  That's --
3         MS. DAGLEY:  Okay.
4         MR. BRENNER:  I think that's what he's saying,
5    but you heard it at the same time -- same time I
6    did.
7         THE WITNESS:  That is a hundred percent
8    correct.  I'm not going to revise my opinions, if
9    that was the thrust of your question.  I
10   apologize --
11        MS. DAGLEY:  Okay.
12        THE WITNESS:  -- for not understanding that.
13        MS. DAGLEY:  Those are all the questions I
14   have.
15                  CROSS-EXAMINATION
16   BY MR. BRENNER:
17        Q    Dr. Leonard, I just have a couple of
18   questions -- or a few questions.
19             I want to bring back up the -- well, let me
20   try to share a different document.  Let me see if I can
21   share a screen.  Hold a second.
22             Okay.  Let's see what I can do.
23             (Whereupon, there was an off-the-record
24   discussion.)
25   BY MR. BRENNER:

Page 135

1         Q    So, Dr. Leonard, how are you?
2         A    Very good.  Thank you.
3         Q    I have marked in my listing a -- Exhibit H was
4    the spreadsheet.  Do you recall that?
5         A    I do.
6         Q    Okay.  So let's -- let's see if we -- if I
7    open that --
8         MR. BRENNER:  Actually, Counsel, can you open
9    that so he can bring it back on the screen, because
10   I know you can do it.
11        (Whereupon, there was an off-the-record
12   discussion.)
13   BY MR. BRENNER:
14        Q    So, Dr. Leonard, Exhibit H is an Excel
15   spreadsheet that on the top says "Leonard Docs.xlsx."
16        A    Yes.
17        Q    You see that?
18             And you see that the -- on the left-hand
19   column the first -- the first number is a one?  Do you
20   see that, all the way to the left?
21        A    I do.
22        Q    And then we scroll down to the bottom, the
23   last file is 365.  Do you see that?
24        A    I'm trying.
25             Yes.

Page 136

1         Q    Okay.  And you were asked questions about
2    whether these documents include the documents you cited
3    in your report.  Do you recall that?
4         A    I do.
5         Q    Okay.  If one wanted to know that -- there's
6    one way to know -- they can look at the report and look
7    at this list and see if they match, correct?
8         A    That's correct.
9         Q    Right.  And although I can't mark it right
10   now, I will represent to you that this list -- this
11   spreadsheet that's been marked as an exhibit to this
12   deposition was sent to defense counsel and was
13   identified for them as documents that were not cited in
14   your report.  Does that seem possible what that -- this
15   spreadsheet was?
16        A    Yes.  I was even contemplating that on our
17   short break just now, and I realize that that's what
18   that was.
19        Q    Okay.  And if you -- either way if you -- the
20   defendant in this case now had -- between your report
21   and your -- and what's Exhibit H, they have not only all
22   the documents you considered, but all the documents that
23   were sent to you by either my office or Mr. Freedman's
24   office, correct?
25        MS. DAGLEY:  Object to form.

Page 137

1             You can answer.
2         THE WITNESS:  That is correct.
3         MR. BRENNER:  That's all the questions I have.
4         MS. DAGLEY:  I don't have anything.
5         Are you going to read or waive?
6         MR. BRENNER:  We'll read.
7         Dr. Leonard, I think we're done with you.  We
8    may have some housekeeping things to take care of,
9    but you can -- you can sign off.
10        THE WITNESS:  I will.  Thank you very much.
11        MR. BRENNER:  Thanks.
12        MS. DAGLEY:  Thank you.
13        (Thereupon, the recorded video-teleconference
14   deposition was concluded at 3:48 p.m.)
15        (Reading, signing and notice of filing were
16   not waived.)
17
18
19
20
21
22
23
24
25

Page 138

```
 1                CERTIFICATE OF REPORTER
 2   THE STATE OF FLORIDA)
     COUNTY OF MIAMI-DADE)
 3
 4
        I, Julia Y. Alfonso, Registered Professional Reporter,
 5   Florida Professional Reporter, do hereby certify that I was
     authorized to and did stenographically report the foregoing
 6   recorded video-teleconference deposition of ROBERT A. LEONARD,
     PH.D.; that a review of the transcript was requested; and that
 7   the foregoing pages numbered from 1 to 138, inclusive, are a true
     and correct transcription of my stenographic notes of said
 8   recorded video-teleconference deposition.
 9      I FURTHER CERTIFY that I am not attorney or counsel of any
     of the parties, nor am I a relative or employee of any attorney
10   or counsel of party connected with the action, nor am I
     financially interested in the action.
11
        The foregoing certification of this transcript does not
12   apply to any reproduction of the same by any means unless under
     the direct control and/or direction of the certifying reporter.
13
        DATED this 28th day of April, 2020.
14
15
16
17   _____
18         Julia Y. Alfonso, RPR, FPR
19
20
21
22
23
24
25
```

Page 139

```
 1            E R R A T A   S H E E T
 2   IN RE:  Ira Kleiman vs. Craig Wright
     DEPOSITION OF:  ROBERT A. LEONARD, PH.D. TAKEN:  04/24/2020
 3   U.S. LEGAL SUPPORT JOB NO. 2144378
 4     DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
 5   PAGE #   LINE #   CHANGE              REASON
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   Please forward the original signed errata sheet to this office so
     that copies may be distributed to all parties
19
     Under penalty of perjury, I declare that I have read my
20   deposition and that it is true and correct subject to any changes
     in form or substance entered here.
21
22   DATE: _____ SIGNATURE OF DEPONENT:_____
23
24
25
```

Page 140

```
 1              WITNESS NOTIFICATION LETTER
 2   April 28, 2020
 3   ROBERT A. LEONARD, PH.D.
     ANDREW S. BRENNER
 4   BOIES, SCHILLER & FLEXNER LLP
     100 S.E. 2nd Street
 5   Suite 2800
     Miami, Florida 33131
 6
 7   IN RE:  Ira Kleiman vs. Craig Wright
          Deposition of ROBERT A. LEONARD, PH.D. taken on
 8   04/24/2020
          U.S. Legal Support Job No. 2144378
 9
     Dear Mr. Brenner:
10
        The transcript of the above proceeding is now available
11
     for your review.
12
13      Please call (386)423-1963 to schedule an appointment between
14   the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday, at a
15   U.S. Legal Support office located nearest you.
16      Your prompt attention to this matter is
17   appreciated.
18
     Sincerely,
19
20   Julia Y. Alfonso, RPR, FPR
21   I do hereby waive my right to read and sign:
22   _____
     ROBERT A. LEONARD, PH.D.
23
     cc via transcript:  NEHA DAGLEY, Esq.
24                       ANDREW S. BRENNER, Esq.
25
```

**$**

**$10,000**  15:3, 4 16:2,3
**$25,000**  10:15,19 15:4,9,25 16:4,9
**$400**  14:22
**$600**  17:7

**0**

**00**  129:23
**00119167**  100:14,22
**00500141**  99:6

**1**

**1**  40:20 41:3 44:13 45:15 59:8 71:2,19 72:5 75:1 77:14,18 79:8 80:3 81:10 99:7 100:20, 22,23 101:11, 13 102:5 103:15,17,19 104:25
**1.7**  62:4 63:24
**10**  58:20,22 59:5,20,23 82:16 92:3 97:10
**10,000**  15:12, 18,23
**10:00**  9:17
**11**  57:14,15 59:24 61:12 64:7 78:24 106:18
**119167**  101:7

**11:00**  126:15
**11:30**  9:17
**12**  64:14 65:3 69:12,20 79:22 82:24 100:8,11,13, 25 101:3,4,15 102:3
**13**  69:20 70:12,17,19 98:1
**14**  69:19,24 70:22 71:22 98:1,2 101:17 102:11
**15**  71:5 72:3 73:6,9,13 82:17 94:25 98:5 120:14
**15,000**  16:6
**159**  62:2
**16**  70:23 73:22 74:1 98:2,7,20 120:14
**17**  72:3,8,24 98:7 99:17 120:14
**18**  71:7,8,17 73:7,9 98:7 99:17 120:14
**19**  73:21 74:9 75:4,19 120:14
**1960s**  27:3
**1980**  89:23
**1985**  89:22
**1987**  89:22
**1992**  89:21
**1994**  89:21
**1995**  89:21
**1999a**  89:21
**1:00**  55:11
**1:05**  55:12

**2**

**2**  41:9,19 44:14 47:12 71:2 72:5 77:15,18 104:22,25
**20**  75:4,5 77:4,5,9 78:2,8,10
**2006**  89:14, 15,16,19,20
**2015**  29:1 121:18,19
**2016**  28:25 29:1 121:18
**2017**  28:25 29:1 89:13
**2018**  89:13 121:18
**2019**  18:19 19:3 21:13,19 22:2 28:24 121:16,17
**2020**  21:17 88:14 95:19 125:4
**21**  77:9
**22**  74:23 75:4,8 77:9, 22 78:22 79:3 105:4,5
**23**  77:10,19 79:3,21
**24**  30:11 45:1,4 125:3
**25**  79:3,6 95:19
**25th**  10:17 95:21
**26**  80:2

**3**

**3**  45:20 101:12 104:23

**300**  128:10
**3:30**  132:17

**4**

**40-year**  87:21

**5**

**500**  14:25

**6**

**6-grams**  98:25

**7**

**7**  97:6

**8**

**8**  97:12,15
**8:19**  126:13
**8:52**  126:13

**9**

**9**  97:12,15
**9,401**  62:3 106:23
**98.3**  62:6

**A**

**A-N-T-C-O-N-C**  36:5
**A-S-T-O-N**  32:22
**a.m.**  9:17
**abide**  109:16
**ability**  7:20 19:21
**able**  7:18 11:24 28:13 36:8,9 106:25 107:9 108:9

125:11 130:1
131:18
**about** 4:10,
12,13,14 12:6
17:11 21:19,
23 28:17
34:7,25
38:17,20 46:8
47:12 53:12
55:11 58:19
63:14 66:24
70:14 73:7,12
81:23 88:23
91:20,25 92:1
95:2,12,20
102:17,25
103:11 105:5
107:14 108:1,
19 110:17
112:5 117:20
118:20 120:23
121:4 125:8
**about.'** 79:22
**about;'** 79:25
**above** 35:6
45:13 99:8
**absolutely**
49:15 63:22
117:7 118:24
**absurdum** 82:4
85:3
**academia**
115:24
**accepted**
40:16 55:19
56:13,16
**accompany**
18:14
**according**
41:9,21
**account** 23:22
105:22
**accurate**
14:25 17:9,10
88:25 133:10
**acknowledge**
5:20,23

**acquainted**
25:12,18
**active** 119:4
**actual** 104:3,
7 108:4
**actually** 12:6
21:5 23:16
25:9 27:22
44:19 46:7
54:24 64:6
71:21 73:24
79:17 85:15
86:14 95:15
102:4,13
112:13 120:15
121:5
**ad** 82:3 85:3
**add** 26:2
74:17 126:4
**additional**
16:3,5
**address** 14:12
**addressed**
44:17
**adequate**
51:24
**adequately**
108:10
**adjusting**
111:6
**administered**
5:24
**administrative**
117:15
**advance** 15:2,
11 53:7
**affirmed** 7:7
**after** 22:18
41:8 120:3
123:14
**again** 8:18
15:21 19:14
31:7 37:9
42:14 44:6
48:7,19 49:6
51:15 58:15
63:21 65:8
71:13 74:23

75:22 78:5
81:21 87:11
93:14 94:7,20
101:2,18
107:5,22
116:5,6 120:7
125:21 132:23
**ago** 14:23
76:23,24
82:17 107:18
110:8
**agree** 5:1
6:8,10
**agreed** 4:23,
24
**agreement**
6:4,5 7:3
13:11 14:15,
16 34:18
35:20
**agrees** 4:25
**ahead** 4:16,17
24:7 38:7
43:19 61:3,6
75:14 132:8
**alerted** 17:3
**all** 5:15 8:3
9:23 10:5,23
12:21 16:8
22:12,19,22
26:22 36:2,3
39:10 42:23
45:14 54:9
60:4 63:25
70:16,18,20
71:3 73:14,23
76:20 85:2
86:18 88:24
91:25 98:19
109:25 111:21
119:5 121:14
123:15 124:23
125:19 127:22
128:4 129:24
130:12,18,25
131:14 132:3,
11 133:5
134:13

**allowed**
117:18
**allowing**
47:13
**alluding**
85:24
**almost** 48:14
64:2 76:12
**along** 58:17
**already** 7:10
43:16 73:7
**also** 5:10
15:25 23:15
32:3,20 36:7
40:22 41:10,
15,22 47:10
52:22 58:11
61:15 64:1
76:22 91:4
104:25 117:11
119:1 128:13
131:1
**although**
27:13 37:11
127:17
**always** 48:15
69:1 86:22
116:12 118:20
**am** 5:21 13:12
23:23 26:15
49:15 50:4,5
53:15 57:8
58:21 64:15
88:15 100:12
124:25
**among** 125:23
**amount** 10:13
**analogy** 85:3
**analyses** 76:4
117:6
**analysis**
27:21 29:18
42:21 45:13
47:7,10 48:7,
8,22 49:13
50:21 51:4,
13,25 52:2,3
56:17 58:9

72:16 76:22
83:20 84:3,11
85:12 86:13
87:4 89:19
93:21 96:21
125:25 130:22
**analyze** 10:20
27:22,24
46:14 123:14
**analyzed**
46:10 52:20
**and** 4:4,11,
14,16,19,23
5:3,7,10,22
6:1,2,4,8,10,
13 7:2,6,7,19
8:4,9 9:14,16
10:13,18,20,
25 11:2,10,20
12:2,12,16,20
13:9,12 14:1,
17,20 16:3,
20,24 17:10,
16 19:3,21
20:18 21:25
22:19 23:9
24:3,4,6,7,
10,23 25:6
26:17 27:3,4,
5,6,13,23,24,
25 28:1,3,4
29:4,10,12,16
31:15,17,20,
22 32:3,4,10,
14,16,20,21,
24 33:2,6,11,
17,23 34:1,4,
11 35:3,4,6,
11,23 36:4,7,
18,19,20,22,
24,25 38:2
41:8 42:5,6
43:5,9,14,21
44:13 45:11
46:10,15,18
47:17 48:8,9,
16,22,23,24
49:3,5,6
50:5,19,22,23

51:15,19
52:6,7,12,13,
18 53:18
54:2,8,10
55:18,19
56:6,7,12
57:1,2,4,14,
19,22 58:10,
11,23 59:4,7,
11,24 60:6,8,
9 61:14,15,
16,21 62:1,
22,25 63:18,
21 64:2,3,14,
21 65:6,12,
20,24 66:5
67:11,12,13,
14,21 69:9,
15,18,20,21
70:14 71:2,3,
17,18 72:3,5,
17 73:7
74:11,17,20,
25 75:4 76:1,
4,20 77:9,12,
14,17,19
78:18,24
79:3,6,10,22
80:2,3,14,15
81:22 82:2,
13,17 83:3,9,
11,13,15
84:18,21
85:2,5,8,15,
16 86:16,19,
23 87:4,20,
21,22 88:18,
22,25 89:4,24
90:7,19,21,23
91:1,8,9,11,
15,17,23
92:24 93:3,5,
8,20,21 94:5,
18,21 95:2
96:22 97:6,9,
12,15,25
98:1,2,7
99:10,17
100:9,16,19

101:9,15,18,
20,21 102:17
103:4,24
104:4,6,8,10,
12,14,15,19,
20,22,23,25
105:18
106:10,21,23
107:4,6,16,
19,20,25
108:10 109:24
110:2,8,11,
18,20 111:25
112:3,6,14,
16,22 113:3
114:6,7,8,9
115:1,2,22
116:4,5,6,10,
13,18 117:7,
8,9,10,11,21
118:2,3,22
119:5,24
120:17,21
121:1,5,19
122:15
123:12,15,16,
17,21,24,25
124:19
125:11,14,17,
22 126:4,11,
14 127:9
128:1,10,11,
14 129:1,4,20
130:17,20,24
132:13 133:5
**Andrew** 6:7
48:11 82:19
91:1 125:4
**another** 38:8
43:5 52:11,12
63:21 107:14,
24 116:25
126:4 130:23
**answer** 8:3
12:2 16:4,17,
20 19:9 20:22
27:11 30:24
31:2 35:12,15
37:10,13

42:17,25
43:11,25
49:23 50:3
52:25 53:6
56:8 60:18,23
61:7 62:23
63:25 65:15,
18,21 67:22
69:7 70:5,13
80:20 90:25
100:3 104:22
117:3,6
119:18 121:9
127:24 133:18
**answering**
7:16
**answers** 76:13
**Antconc** 36:5
**any** 6:2 7:15,
18 10:22,25
17:1 18:15
19:1,2,18
21:16 22:7
25:22 27:23
30:18,19 31:8
33:13 34:18,
23 36:10
37:6,10,13,19
38:12,22
39:3,13,19
40:21 41:4,5
43:13 45:25
46:5,16 48:2
49:9 50:4,9,
13,25 51:9,22
57:22 58:1
60:8 62:22
63:4 67:19
68:5 69:1
70:4,8 73:3,
24 74:4,6
75:15,24 76:6
79:10 80:10
81:3 82:5,9
86:1,8,17,25
87:12 89:11
92:13,15,22,
24 94:10,17
95:1,3,19

96:2,8,20
103:1 105:25
106:2 109:16
110:4 112:16,
19 114:21
117:7,14,22,
24 118:6,11
123:3,10
129:10 131:9
133:7
**anybody**   34:8
**anymore**   17:18
**anyone**   25:12,
18 31:5 33:18
95:1 104:16
**anything**   23:7
26:5 59:16
60:2 88:23
89:24 90:2
112:21 114:17
132:9
**anyway**   70:15
**anywhere**
63:16
**Apart**   34:6
38:22 39:3
131:11
**apologize**
68:22 134:10
**appearing**
26:12
**appears**   5:4
14:2 18:3
23:14 100:22
**Appendix**   18:9
20:3 26:3
28:5,7,23
88:2 119:13,
24 120:4,6
121:10
122:18,21,22
**Applicative**
89:19
**apply**   109:25
111:21 112:11
**applying**
26:17,21

**appropriate**
20:20 39:17
130:21 132:14
133:13,14
**approximate**
128:7
**April**   64:24
88:14 125:3
**are**   7:15,25
15:15 19:17,
20,22 20:11,
21 21:5 22:15
23:11 24:2
26:12 28:20,
22 30:20,21
31:22 32:1
33:13,15,23,
24 34:11,15,
23,25 36:6,8,
9 37:12
39:13,14,19,
20 41:10,21
42:4 43:14,20
44:5,16 45:16
49:18 50:23
51:22 52:17,
19,22 54:8
56:4,9,16,25
57:1,24 58:2
59:11 60:4,5
61:19,21,22
62:7,16,18,
19,20 63:4
64:1,14,16,
18,21,24 65:2
66:4 67:16
68:2,3,12
69:9,10,24
70:4,16 72:9,
20,23 73:8
75:3,11 78:11
80:9 81:7,15,
21 82:2,4,5,
9,25 83:7,11
85:2,12,16
86:15,16,25
87:12 89:11,
14 91:8
92:17,19 93:3

96:8 97:20
98:17 99:3,15
100:11 102:3
104:19 106:25
107:22 108:13
109:7,13,15
110:11 111:17
114:5,25
115:8 117:7
122:18 123:6
125:11,12,14,
22 126:6
127:22 128:5,
9 129:23
130:13 131:1,
5,11,14,18
133:6,15
134:13
**Aren't**   99:10
**around**   107:18
**arrangement**
6:2
**articles**
50:15 86:18,
19
**as**   4:24 7:6,7
9:9 13:18
15:1 16:2
18:4,18,25
19:18,25
20:18 21:11
22:23 23:17
24:16,24 25:7
26:13 27:22
28:3 29:9,20
30:9,19 31:8
33:2 34:22
36:17 39:10
40:17 43:5
45:13 46:15
51:12 54:8
55:19 57:11
60:1,7 61:12,
14,15,16,17,
19,21,22
62:4,17,19
63:23,25 68:3
69:15 71:14
74:13,24

75:17,25
77:10 78:18
82:7 83:6
87:17 88:9
100:16 101:17
103:16 104:23
107:4 108:4
109:16
110:20,22
111:1,11,19,
21 112:13,25
113:24 114:18
115:24 116:10
118:14 123:14
124:13 125:24
127:9,10
128:21 130:17
132:10
**aside**   132:22
**ask**   7:11 8:3
15:21 19:14,
17 30:21 35:4
38:8 43:12
44:3 48:19
56:9,10 67:19
70:7 73:12
75:21 87:11
88:23 92:19
96:17 107:14
109:15
119:16,17,25
120:3 121:2
129:9 130:25
131:10
**asked**   12:15
16:2 20:16
27:12 37:24
43:16 51:7,9
73:7 82:5
87:19 93:20
103:5 107:18
112:5 113:20
121:3 123:3,9
132:21,24
**asking**   12:13
21:24 23:11
30:18 34:7
35:13 38:4
52:25 54:7

66:18,24
67:17 99:10
107:22,24
110:16 120:22
121:4
**aspect**
107:23,24
**aspects** 36:1
**assignment**
10:12 123:13,
14
**assist** 31:5
33:18 36:1
**assisted** 34:8
**associate**
31:19 32:25
**associates**
31:17,25 33:5
**Association**
109:8,9
111:16
**assume** 94:20
96:17,19
**assuming**
87:22 133:5
**assumption**
39:25 40:22,
23,24 41:1,
11,15 42:9,
12,14,15,20
43:8
**assumptions**
40:15,16
43:13 47:5
56:8 60:5
**Aston** 32:22
**at** 5:5 7:16
10:23 14:20
15:3 17:8
19:19 21:10,
16 24:20
32:8,13,18,
21,22,25 36:4
39:9 40:6
46:20 47:20
48:4,5,6 52:3
54:10 55:12
57:14 58:20

72:10,17
73:15 77:5
78:1 93:7
96:4 98:7,16,
18,25 100:8,
13,20 101:3,
12,16,20
109:1 110:24
112:6 114:16
117:19 120:17
121:10,12
126:13,15
128:10
130:18,19,20,
21 132:3
134:5
**attend** 4:25
**attending**
4:21
**attention**
13:25 14:6
80:15 86:18
**attorney**
20:25 34:7
41:23 43:24
**attorneys**
5:19 20:16,
17,21,23 21:1
34:6 37:23
38:4,12,22
39:3 41:24
102:10
**attracted**
86:17
**audience**
82:13
**audio** 42:24
**Australia**
99:6 106:10,
13
**Australian**
46:25 47:4,
15,18 48:1
57:16,20,23,
24 58:2,3
61:17,25
62:16 102:24
105:25 106:3,

7,12
**author** 50:16
128:15
**authored**
40:21 41:5
43:22 82:9
**authority**
41:4
**authorship**
27:20 28:17
42:21 49:13
50:20 51:4,13
56:17 76:22
86:13 118:6,
19,20 119:4,5
120:20 123:4,
10
**available**
73:18
**avoidance**
76:20
**aware** 63:4
75:16 86:25
87:12 92:19
109:15
**away** 92:3

———————

**B**

**B-E** 47:8
**back** 9:8 21:4
24:5,10,15
28:5,12 35:22
55:12 58:16
61:16 62:22
64:5,6 75:18
93:17 94:21
96:22 98:22
102:7 120:1,5
126:10 134:19
**background**
93:14
**backup** 58:11,
23 59:2,4
60:1,7 61:14,
15 85:5,15
**bad** 23:18

**Bakery** 121:19
**ball** 53:7
**ballpark**
96:18
**barely** 86:16
128:23
**Barr** 33:16
**base** 48:8
58:9 60:12,
13,16 61:9
117:3
**based** 10:21
48:23 106:12
**basic** 7:25
**Bates** 98:11,
13 99:3,4,14,
25
**bear** 8:9
17:22 126:23
**because** 13:4
15:13 23:7
42:4,23 43:1
47:3 52:14
53:12 56:20
57:19,24 58:3
68:5 72:16
85:17 86:14
87:10 88:15
91:18,25 92:6
96:20,25
97:19 101:24
116:6,11,14
117:4 129:6
133:5
**been** 7:6,22
21:15 24:3
36:21 39:9
40:12 42:5
45:18 72:9
78:17 86:14
88:16 94:8
97:23 99:16
102:16 107:8
114:20 116:14
117:4,13,17
118:3,7,11
119:9 128:14
132:21,24

133:1,4
**before** 4:9
7:22 17:17
54:1 60:4
65:1 68:22
82:5 85:24
88:20 90:21
102:17
**beg** 29:2
48:17 65:23
99:11
**began** 95:21
**beginning**
36:17
**begins** 89:8
**behalf** 6:7
**Behavioral**
50:19
**behind** 39:16
**being** 35:5,7
76:7 85:4
102:17 129:6
**believe** 10:17
14:16 21:8
30:5 39:10
67:25 80:13,
16 83:3 102:6
124:14 127:20
130:12 131:4
**belongs** 102:5
**below** 72:12
**bench** 115:23
116:16
**bequeathment**
95:16
**best** 7:19
19:21 21:25
28:1 43:4
52:8,13 54:6
82:14 118:14
**better** 84:14
85:2 108:23
**between** 19:1,
2 47:14 65:6,
12 66:4 67:21
81:15 87:21
**beyond** 31:11

119:15
**big** 86:21
**billed** 35:23
**billion** 47:12
**bit** 16:16
**Bitcoin** 95:17
**blah** 87:22,23
**blend** 118:8
**block** 132:22,
24
**blog** 128:9,11
**Bloods** 76:19
**body** 117:15
**Boies** 24:24
25:12,19,23
**bold** 44:12,13
**books** 86:19
**both** 4:15
27:4 49:24
61:19,21 81:1
82:4 83:6
85:16 94:5
**bottom** 88:17
97:9 100:13
101:3
**box** 8:9,11,12
13:4 26:2
28:12 87:25
96:22 110:25
119:13 124:2,
8
**boxes** 133:14
**branch** 27:2
81:22
**break** 5:12
8:6 24:1
54:23 92:6,7
106:12 132:15
**breaking**
54:22
**breakup** 42:24
**Brenen** 132:13
**Brenner** 4:7,
13,18 5:3 6:7
8:13,17 12:1,
11,15 13:6
19:4,6,11

23:6,11,14
24:8,12
25:14,20
26:5,14 27:9
29:8 30:16
31:1,7,16
33:21 34:20
35:10 36:15
37:9,17,22,24
38:1,7,10
39:21 40:2
41:12,18
42:22 43:18
45:2,5,22
46:2 48:10,
13,18 49:1,
14,22 51:5,11
52:1,21 53:2,
4 54:21 55:1,
7,9,14,21
56:1 57:6,8,
25 58:14
59:18 60:17,
19,21,25 61:4
62:10 63:5
65:9,14,17,25
66:2,11 67:1,
24 71:8,11
72:19 75:2,6,
8,20 76:2
79:15 80:12
81:13 82:15
83:1,21 84:4,
12,24 86:4,10
90:12,25 91:2
92:7,9 95:8,
13 96:10,24
98:15,21
100:2 102:12,
20 107:11
108:3,14,18,
22,24,25
109:3,5,18,21
110:6 111:1,
5,7,23 112:12
114:3,24
115:11 117:16
118:5,12
119:10,15

120:5,7,13,24
121:1,23
122:4 123:18
124:18,25
125:4,7
126:5,8,17,
20,24 127:1,
23 128:24
129:11,14,22
130:8,11
131:3,12,20,
23 132:13
133:15,17,20
134:4,16,25
**Brian** 81:1
**brief** 24:13
55:16 92:10
93:15 132:19
**bring** 134:19
**bringing** 56:9
**Britain** 48:2
106:9
**broke** 113:19
**brought** 20:24
**build** 52:7,10
**business**
33:4,6,11
**but** 11:9
14:16,23
16:17 19:10
22:21 24:4
25:22 27:21
30:21 35:4,12
36:3,9 37:12
38:1 39:17,19
41:22 42:24
43:4,18 46:9
51:18 53:15
54:3 55:4
56:5 60:22
61:10 62:11,
16 63:7,24
65:19 66:13,
22 68:8 69:19
72:9 73:16
74:18 76:18,
21,23 80:17,
21 81:22

83:25 84:14
85:4,23 87:17
88:15,17,19,
21 90:22
94:16,24
96:11,17,19
97:17 99:8
101:25 102:6
104:17 108:10
110:22 112:5,
6 115:2
116:9,20,22
117:18,20
118:19 119:1,
16,18 120:1,
19 125:23
128:13 129:4,
5 130:21
131:7 133:2
134:5
**Butters**
118:17 122:11
**by** 6:4 7:9
8:22 9:12
11:12 12:4,
17,22 13:7,22
14:7,18
16:15,19
17:13,16
18:8,17 19:15
22:6,25 24:14
25:10,16
26:1,8,19
27:10 29:15,
23 30:23
31:4,14,18,25
33:3,22 34:1
35:5,17 36:23
37:4,18 38:11
39:24 40:4,
11,13 41:2,
11,14,16,22,
23,25 42:10
43:2,8,22
44:2 45:7,18,
24 46:4 48:20
49:8,17 50:1
51:8,17,21
52:3,13,16,24

53:22 54:9
55:17,22,24
56:3,22 57:9
58:5,18 59:19
60:3,6 61:2,
5,20 62:13
63:9 64:1,2
65:10 66:7,9,
13,15,16,18
67:4,13,15
68:10,11,18,
19 69:8,11
71:12 72:22
75:12,23 76:5
77:3 79:18
80:18 81:18
82:23 83:17,
24 84:6,7,17
85:10 86:5,7,
24 88:13 89:2
90:16 91:3
92:11,17
93:16 95:11,
18 96:14 97:3
98:23 100:5
102:15,22
103:10
104:14,16
105:7,12
106:1,7
107:13 108:6
109:6,16,19,
23 110:10
111:8,15
112:2,15
113:9 114:10
115:5,13,15,
25 116:18,25
117:14,18,23
118:9,11,13,
16 119:11,23
120:11,16
121:8 122:1,7
123:20 125:2
127:3,13
128:3,14
129:8,16,25
130:2,9,14
131:8,24

132:7,20
134:16,25

_____

## C

**C-H-R-I-S-T-E-
N-S-E-N** 31:24
**calculation**
104:23
**call** 13:25
14:6 27:22
38:1 74:10
**called** 7:6
27:19,20 36:6
74:18 124:9
**calling** 62:18
**calls** 39:4
**came** 26:6
103:22 115:24
127:1 132:1
**can** 4:16,25
8:5 9:5,14
11:6,9,18
14:4,19,20
15:7,10 17:14
20:3,11,15
23:10,11,12,
15,16 26:20,
24 27:11
28:5,11,16,20
29:7 30:11,24
31:2,12 33:3,
9 34:17 35:4,
12,14,25
37:11 40:18
42:25 45:11,
12 46:12 49:9
50:2,9,13,25
51:9 52:25
53:5 57:5
59:1 64:14
66:2 67:17,22
68:8 72:15
73:6 76:11
78:1 80:9,10,
19,22 81:3
84:15,18 86:7
88:23,24

89:4,11,16,25
90:14,23,25
92:2,5 93:17
94:17 96:19
97:4 98:15,19
100:3 101:15
103:3 104:10
106:6,11
110:1 111:9
113:7 115:9
116:25 117:8
119:12,13,17
120:17 121:2
124:18,19
126:7 127:24
129:20 130:19
131:9 132:14,
16 134:20,22
**can't** 16:23
36:8 67:22
74:22 100:1,4
**Canada** 32:18
**candidate**
32:17,22
**cannot** 63:7
**canonical**
49:4 61:16
62:5,15,18
63:15 64:3
**capacity** 32:5
**capital** 47:8
**CAPS** 70:20
71:3
**careful** 53:12
116:19
**carefully**
87:11
**Carole** 121:20
**Carolina**
28:24
**case** 7:13
9:23 10:6,16
11:16,19,20
12:10,22
13:15 15:5
17:12 18:10
21:5 22:23,24
24:16,23

25:4,5,6,11,
13,17,24
26:18,21
27:17 30:7
35:21 39:14
53:15 80:24
91:21 92:13,
16,17,18,20
93:1,8 94:3
95:2,6 96:3,
8,11,16,18
112:17 118:3
122:3,5
123:13
132:22,25
133:8
**cases**  18:3,25
19:1,2,18
20:11,16,18
21:1,16 28:8,
10,17,20
29:3,5 45:25
77:1 80:10
94:20 116:22
118:18,21,22
119:4,9,14
120:9,18,20,
21 121:4
**Cat**  99:7
**catch**  15:20
**categories**
44:4,16 98:11
**categorization**
44:4
**categorized**
100:16 101:1
**Category**
40:20 41:3,8,
19 44:13 59:8
71:2,18 72:5
75:1 77:14,15
79:8 80:3
100:23 102:5
103:17
**caught**  42:23
**center**  78:3
88:18

**certain**  27:15
51:23 76:19
112:10
**certainly**
11:8 17:23
26:25 46:9
56:15 62:11
70:6 87:17
88:22 89:18
107:12 108:11
112:23
118:13,20
121:25 132:2
133:9
**certainty**
76:11
**cetera**  116:22
119:5
**change**  27:4
66:16 87:2,
14,23 132:12
**changed**  9:16
14:23 88:17
**changes**
18:15,17,24
87:17
**changing**
116:12
**chapter**  50:18
**Chaski**  121:20
**chat**  8:8,11,
12 13:4 26:2
28:12 87:24
96:22 110:25
119:12 124:2,
8 126:18
**check**  24:1
94:17 102:6,8
**chemist**
115:24
**chemistry**
115:24
**Chevron**  25:5
29:1
**Chicago**
121:16
**Chinese**  83:9

**chlorine**
116:3,5,7
**Christensen**
31:23 32:24
33:2 34:4,12
37:1 39:5
91:9 102:18
104:20 105:19
107:6
**chronological**
21:6,8
**citation**  63:8
**cite**  50:25
63:19 80:10
81:3
**cited**  63:10,
15
**Civil**  31:10
**claiming**
49:15,18 50:4
**clarifications**
125:8,12,15,
18 131:11
**clarify**  23:21
119:17
**clarity**  131:9
**class**  69:3
**classify**  21:2
**clean**  129:5
**clear**  114:8
**clearly**  23:10
62:17
**close**  89:25
115:9 126:9
**closed**  72:17
74:12,13
96:25 120:8
122:23
**co-counsel**
25:25
**coauthored**
42:5
**code**  109:16,
24,25 110:4,
12,15,18
111:17 112:10
113:10 114:9

**coffee**  92:3
**Coleman**
122:13
**colleagues**
32:3,5 90:8
91:5,8,18
99:23 123:23
**collection**
47:12
**colon**  32:13
**Columbia**  52:3
67:4
**column**  103:19
104:25
133:22,23,25
**come**  46:3
94:8 115:3
117:8
**comma**  78:25
**commence**
10:16
**comment**  93:20
**committee**
110:7,11,12
**committees**
114:21 115:1
**common**  51:12
56:17 123:4,
10
**commonplace**
83:5
**Commonwealth**
80:25
**communicate**
36:24
**communicated**
92:22,24 95:2
**communicating**
81:6 82:14
**communication**
93:5,19
**communications**
34:7 37:10,
12,13 92:12
**company**  64:25
**compare**  61:15
120:19

123:16,21
**compared**
61:14 62:2
**comparison**
47:14 49:10
51:1 123:17,
24,25
**compensated**
34:12 35:1,5
95:5
**compensating**
34:15 35:7
**compensation**
34:19 35:21
112:19 113:1
**competency**
27:13,14
**competent**
115:1
**competing**
28:1 52:7
**complaint**
96:3,6
**complete** 19:7
56:8 88:25
133:7
**completely**
63:25
**completeness**
41:20
**compliance**
113:11,18,21
114:2
**components**
124:23
**compound**
61:22
**comprehensive**
130:16
**concept** 54:5
**conclusion**
45:8,11,20
46:11
**conditional**
67:11
**conduct** 37:6
105:13 107:16

108:1
**conducted**
93:7 104:4
105:16
**conducting**
115:16
**confer** 90:9,
19 91:11
**conferences**
37:7,19,20
38:13,23 39:4
114:16
**confirm** 123:2
125:11
**confused**
88:15
**conjunction**
78:25 100:9
**connection**
10:23 15:5
16:22 25:23
27:7,16 33:19
34:12 37:7,20
38:14,24 39:5
40:1 41:16
48:21 56:13
59:12 96:16
133:8
**consecutive**
97:19
**consent** 6:2
**consider**
47:24 118:17
128:1 129:10
132:9
**consideration**
46:25 57:16
**considered**
47:7,10
102:25 125:25
129:19,21,23
130:6,13
131:15
**considers**
105:24 106:1
**consistency**
60:10

**consistent**
45:16,20
83:12 123:25
**consists**
40:20 41:3,9,
20
**consonant**
114:8
**construct**
81:8 107:17
108:2,7
**consult** 20:25
**consumed**
96:20
**contacted**
17:13,16
**contain** 77:12
127:21
**contained**
39:14 131:16
**contains** 45:8
**content** 37:13
69:2 90:14
**context**
116:11
**contexts**
53:14
**contingent**
112:19 113:1
**continue**
119:22 133:3
**continued**
27:3
**contracted**
78:17
**contractions**
66:20
**contributed**
114:18
**conversations**
4:21
**convicted**
122:15
**convictions**
81:2
**Copenhagen**
33:1

**copied** 14:23
**copies** 22:7,
19
**copy** 5:8 10:5
88:21 94:12,
14,18 96:5,9
104:12
**core** 27:13
28:3 122:19
**corollary**
60:5
**corpora** 47:23
**corpus** 47:7,
11 73:17
103:7,9
**correct** 11:14
14:21 16:7
21:3,6 23:4
34:3,5 40:14
41:6 44:15
45:9 46:6
47:1,9,18
48:9 57:12,16
58:13,24
59:1,5,6,9,10
63:1 64:11,
13,17,18,20
66:6 69:16
70:20 71:10,
15 74:2,14,15
77:7,21 79:1,
2,4,25 89:7,
9,10 99:21
102:1 103:17
107:7 109:12
113:4 114:2,
12 116:23
122:25 123:5
125:12 126:2
129:17 130:10
134:8
**corrected**
22:18
**corresponded**
92:15
**correspondence
s** 50:7

could  9:25
13:8,23 19:14
38:1 40:3
44:5 45:1
46:11 58:16
78:17,20 84:6
87:11 96:22
99:18 106:16
111:3 124:23
126:22 127:4
128:14
counsel  4:19,
23,25 6:2
10:8 12:18,23
13:14 14:18
17:13 30:19
31:8,11,12
34:23 35:6
37:11,14
40:12 41:2,
11,16,24
42:10 43:13
54:21 90:7,
10,20,23 95:3
counsel's  5:5
19:9 40:16
count  103:20
104:5,8,14
105:10
counted
105:1,9
counterexample
s  52:23 53:18
60:9
counterparts
61:24
counterterrori
sm  119:5
counting
105:5
countries
47:13 48:5
country-
specific
47:23
counts  104:3,
15,23

couple  4:8
17:17 64:10,
12,16,18,19,
22,25 65:2,6,
7,12 66:4,5,
20 67:21,22
68:2,4,6,12
69:9,10 94:1,
4,5,8 95:24
134:17
course  48:1
53:11 68:25
83:8 87:3
101:22 116:18
117:2 118:1
121:11 126:8,
24,25
court  5:19
6:9,12,17,22,
25 8:5 11:4,
7,25 12:2
16:13,18
20:6,12,19
46:3 66:25
68:13,17,21
74:11 93:9,12
105:8 113:8
116:18 117:14
121:5 124:15
Courts  21:11
COVID  133:5
Craig  4:5
40:13 45:18
128:17
create  27:25
29:13
created  23:23
Criminology
50:19
Crips  76:20
criticized
118:11 122:2,
6,9,11
CROSS-
EXAMINATION
134:15
current  61:8

currently
32:16
cut  55:2
60:22 68:14,
19,22
cutting  49:25
CV  50:15
88:7,21 89:25
Cyrulnik  25:7

---

### D

D.H.  121:18
Dagley  4:1,3,
12,16 5:2,9,
14,16 6:10
7:9 8:16,18,
22 9:8,12
11:6,12 12:4,
13,17 13:7,
18,22 16:15,
19 18:4,8
19:15 22:6
23:8,9,13,15,
19,20,21
24:6,11,14
25:16 26:1,8,
19 27:10
29:15,19,23
30:23 31:4,
14,18 33:22
35:8,16,17
36:23 37:15,
18,24 38:6,8,
11 39:24 40:4
41:14,25 43:2
44:2 45:4,7,
24 46:4 48:20
49:8,17,25
50:1 51:8,21
52:16,24
53:22 54:24
55:6,8,13,15,
17,24 56:3
57:9 58:5,18
59:19 60:19,
24 61:1,2,5
62:13 63:9

65:10,16
66:7,15 67:15
69:11 71:10,
12 72:22
75:4,7,12,23
76:5 77:3
79:18 80:18
81:18 82:20,
23 83:17,24
84:7,17 85:10
86:5,24 88:9,
13 90:16 91:3
92:5,8,11
93:16 95:11,
18 96:14 97:3
98:19,23
100:5 102:15,
22 103:8,10
105:12 107:13
108:6,17,23
109:6,19,23
110:10 111:3,
6,8,11,15
112:2,15
113:9 114:10
115:5,15
117:23 118:9,
16 119:11,23
120:6,11,16,
25 121:8
122:1,7
123:20
124:13,21
125:1,2
126:7,16,19,
21 127:2,3,9,
13 128:3
129:8,13,16,
25 130:9,14
131:8,24
132:16,20
133:15,19
134:3,11,13
daily  91:18,
20
Dakota  31:20
32:8,14 34:1
35:25 36:25
37:20,25

Case 9:18-cv-80176-BB  Document 518-1  Entered on FLSD Docket 06/01/2020  Page 47 of
Robert A. Leonard, Ph.D.
April 24, 2020
83

11

38:2,13,17,20
91:8 102:18
104:2,20
105:19 107:6
**dash** 36:6
**data** 27:22,25
48:2 50:6
52:6 56:19
73:3,18,24
74:4 79:10
81:7 90:7
104:7,10
106:2,6
116:21 117:8
125:19
**database** 62:7
79:14 103:3,
11 105:13,21,
24 106:6
107:15,25
**dataset** 27:23
46:10 59:11,
14 62:4
**datasets**
29:11 46:10
**date** 9:16
15:8 18:25
19:3 90:19
95:22 124:19
131:18
**dated** 125:3
131:12
**dates** 91:16,
17 132:1
133:5
**Daubert**
116:18 117:25
118:4,7
**day** 24:3
90:21 91:25
**days** 17:17
64:19 68:6
90:22 94:1,6,
8 95:24
**DEAFAUS**
100:14
**deal** 86:21

**dealing** 95:17
**deals** 85:22
**decades** 27:4
**decide** 36:18
**decided** 20:19
130:21
**declaration**
6:18
**declare** 5:25
6:19,20
**declared** 7:1
**deed** 42:6
43:14,22
**deeds** 43:20
**deeper** 57:2
**defendant**
4:23 99:6
**Defendant's**
9:10 13:20
18:6 29:21
88:11 111:13
124:16 127:11
**Defense** 6:9
**define** 42:14
**definition**
60:9 64:2
**deflect** 80:15
**degree** 89:14
117:12
**Deixis** 89:21
**demonstrated**
45:13
**demonstrates**
61:13 79:23
81:25 116:4
**demonstrative**
89:23
**denies** 40:21
41:4
**Denmark** 33:1
**depend** 116:21
**depending**
54:7 118:8
**depends** 81:21
82:13 103:9
**depo** 9:1
82:16 108:20

**deposed** 7:22
**deposit** 15:3,
11,14,18,22
**deposition**
4:22 5:1
7:13,16 8:1,
25 9:13 19:19
21:16 22:8,12
46:6 90:3
91:6 121:16
124:10
**depositions**
17:9 121:12
**descending**
21:8
**described**
50:11 54:8
**destroy**
22:17,21
**detail** 128:6
**did** 10:7,9,16
11:16 12:15
15:4,17,19,
20,22,25
16:5,12
17:11,18,20
18:12,13,15
19:1,5,23
20:25 23:3
28:4,17 31:5
33:18 36:1,2,
24 37:5,6
43:12 44:21,
23 45:2 46:3
47:23 48:2,11
60:19 61:4
63:19 64:24
65:22 70:9
71:8 73:19
74:6 78:15
79:19 82:24
83:16 87:4
88:18 89:24
90:2,5,9,17,
18,19 91:4,11
93:22 94:10,
12,16,19,20
95:19 99:22
103:23 104:2

105:5,13
107:2,3,20
114:6 115:6
123:17,21,22,
24 124:5,7
125:14,17
127:25 128:4
129:9 131:18
132:7,9 134:6
**didn't** 15:19,
20 19:10
41:13 43:1,16
46:5 48:12
61:1 65:23
73:10 78:14
108:10 114:4
126:13 128:1,
20 132:2
**difference**
65:5,11 66:4
67:20
**different** 5:6
19:17 43:12
47:13,14 48:5
56:5,11 98:16
106:13 118:14
121:6 131:10
132:1 134:20
**differentiate**
57:3
**differently**
56:6
**difficult**
36:3
**difficulty**
13:5 126:22
**DIRECT** 7:8
**discipline**
29:13
**disclose** 35:4
**disclosure**
31:9
**discover** 52:5
**discuss** 47:16
48:22 50:20
64:9 82:6
85:25

**discussed**
36:3,18 90:7
98:12 104:17
**discusses**
50:10 87:1,13
**discussion**
4:19 5:18
8:20 9:7 22:5
82:22 93:22
134:24
**discussions**
30:18 90:24
91:5 94:2
95:3
**dissertation**
32:22
**distinctive**
51:18 54:11,
12,13 84:19,
20,21
**distribution**
27:25 52:6,9,
12,13 53:19
**do** 4:5,16 5:1
7:12 8:10,14,
15,17 9:19,
20,22 10:3,4
11:15,20
12:6,8,20
14:2,8 16:25
17:2,7 18:2,
17,18 20:6
21:23 22:7,
10,12,19
24:7,19,21
25:2,4,9
29:24 30:4
31:25 32:6
35:14 36:9
37:3 38:16
39:1,7 40:10,
19 42:6,19
43:11 45:25
46:22 52:5
53:23 55:22
56:17,22
58:19 60:12,
13,16 61:9
64:19 65:2,4

66:9,13 67:8,
9,10,11 68:5
69:25 70:2,23
71:7,22,24
72:8,13 74:20
76:24 77:10
78:3,6 82:11
87:23 88:2,5,
6 89:24 90:2,
5 91:20,22
92:14 94:14
95:12,14,15
97:7 98:14,24
99:3,8
100:14,16,22
101:2,23
103:19 104:8,
15 105:21,24
106:1,14,20
107:2,19
108:4,10
109:15 110:20
111:21 112:16
113:11 114:14
115:13,20
116:5,13,22
117:3 118:22
119:21 120:21
121:9,20
122:2,8,11
123:17,19,22
125:4,8 126:1
127:6,8,14
128:7,17
131:25 132:4,
16 133:3,7,
11,17 134:22
**docs** 123:10
**doctor** 48:13
65:17 129:4
**doctor's**
133:21
**doctoral**
32:17,21
**document** 9:9
14:7,24 17:18
18:2,11 24:19
30:4 43:23
58:13 60:5

72:8,24 77:15
85:23 88:5
96:11 100:17
101:1,14,20,
21,24,25
111:18,20,25
127:14 133:22
134:20
**documents**
11:11 12:23
40:12 42:4
43:21 44:4,
16,22,25
45:14,16,17
48:9,24,25
49:2,5 58:11,
24 59:5,8
64:17,23
69:21,24 70:1
71:1,2,19
72:5,6 74:25
75:1 77:14
79:8 80:4
81:15 83:2,3
87:20 94:10
96:8,15,18
98:12 99:4
103:16 117:11
123:4,21,22
127:22
128:17,21
129:10,12,13,
18,20 130:6,
25 131:14,19,
21 132:4
133:10
**does** 5:7
39:10 42:15
43:25 46:5
52:12 53:9
54:4,13
66:16,20,23
67:12 71:17
72:3 73:16,17
74:23 77:12
79:6 80:2,5
83:8 106:2
115:19 116:9
118:18 119:6

127:21
**doesn't** 91:24
115:18
**doing** 13:5
126:11 129:3
**don't** 11:13
17:1 22:21
25:9,22 26:5
27:22 28:11
35:2,3 42:18,
19 46:16
47:25 51:16
54:16 55:1
56:19 57:2
58:19 65:18
67:1 73:5
79:20 80:19
84:21 91:12
94:11 95:3,4
96:10,13,19
97:17,19
98:17 101:6
102:13 103:1,
12 105:2,23
108:4,7,10
110:22,24
112:3,6
117:21 119:15
129:1,6
130:23 131:7
133:1,4,6
**done** 11:1
36:19 67:16
89:24 118:7
**Donnell** 29:1
**double-click**
9:5
**doublechecked**
104:16
**down** 8:5 14:4
17:19 74:12
101:5 106:12
108:15
**Dr** 4:1,5,21,
25 5:1,11
7:10 8:10
11:18 13:13
17:25 18:10

19:7 21:7,22
22:7 23:3,9,
10,12 26:12
27:11 29:20,
24 30:13,24
35:1,7,18
40:13,17,21
41:4,10,21
45:18 47:3
48:14 50:2
55:9,18
57:19,24 58:3
61:3 62:17
65:17 74:21
90:17 92:12
94:25 95:5,15
98:24 99:22
102:23 104:14
105:7 108:14
111:9 113:10
125:5 127:4
132:21 134:17
**draft** 30:19
**drafting** 31:5
34:9 37:14
**drawn** 46:11
**drink** 89:22
**drop** 8:8
87:24 110:25
124:2
**dropped** 13:4
**dropping**
17:20
**Duces** 8:25
9:14
**duly** 7:6
**during** 94:5

———————
**E**
———————

**e-mail** 14:12
37:4 40:20
41:3,9,20
45:15 105:3
124:4,5,7,11
125:3,7
128:12 131:12
132:7

**e-mails** 11:10
37:5 44:22
94:17 100:23
102:9 103:16
104:8,13
105:1,4,5,6
**e-signature**
14:10
**e-signed** 14:7
**each** 21:1
67:2 76:20
105:2 130:24
**eager** 115:1
**earlier** 35:22
94:23
**edited** 14:18
128:14
**educated**
62:15,17,19,
24,25 63:14,
17,18 64:4
**effect** 50:14
**Eggington**
4:21
**Eggington's**
4:13 5:1
**eight** 42:1
47:6 74:2
108:19 128:16
**either** 19:19
20:23 34:22
46:10 118:7
**elaborate**
20:15 104:11
**elect** 114:4
**elected** 114:1
**electronic**
14:2
**electronically**
37:2,3
**else** 34:8
43:25 57:4
59:16 60:2
62:14 73:11
76:19 95:1
112:21 114:17
128:14

**else's** 56:25
**Elvis** 87:19
**em-dashes**
69:15 103:6
**embedded**
53:13,20
84:15
**emoticon**
74:10,19,24
75:16,25 76:7
**emoticons**
76:4,13,18,22
86:15,16,20
**emphasis**
70:20 71:3
**employed** 27:7
**employees**
32:1,3
**en-dashes**
69:15 103:6
**encapsulates**
39:22
**encyclopedia**
86:12
**end** 65:1
72:17 73:15
**ending** 81:1
**ends** 126:9
**engaged** 17:17
**engagement**
12:9 13:13
14:15 95:22
**English** 47:1,
8,11,13,14,
15,18 57:1,
16,24 58:2
61:17 62:19
66:10,13
67:20 82:4
83:7,9 85:4
102:24 105:25
106:3,7,12
**enough** 43:24
56:10
**entailed**
39:17

**entire** 50:2
**entirety** 16:8
28:23 101:16
112:5
**entitled**
30:21 34:21
**entry** 106:20
107:15
**equating** 56:6
**error** 115:7,
13,16,17,20,
21,22,25
116:8,16
**especially**
26:22 60:10
69:5 132:11
**essence** 39:12
87:18 110:23
**essential**
39:23
**essentially**
68:2 88:22
**establish**
51:1,23 115:6
**established**
27:2 85:11,13
110:4 115:6,
25
**establishes**
49:10
**etc** 72:1,10,
13,18,25
**etc'** 71:22
72:4,16
**ethical**
112:16
**ethics** 109:16
110:4,12,15,
18 112:10
113:10 114:9
**even** 87:22
113:24 116:12
117:21 128:1
**event** 116:11
**ever** 15:17
22:23 24:16,
23 25:7 45:19

53:25 76:6,8,
15 97:15
113:17,20
115:6 117:13
118:3 122:8
130:18
**every** 24:3
39:25 69:18
116:9 130:24
**everybody**
56:25 57:3
**everyone**
16:21 23:16
**everyone's**
24:9
**everything**
36:2,18,21
43:1 92:1
97:16 127:19
130:18 132:3
**everywhere**
98:10
**evidence**
10:21 12:21
110:2 112:14
116:23
**exact** 117:9
**exactly** 15:7
25:21 104:17
110:23 116:7
118:19 129:7
**EXAMINATION**
7:8
**examine** 29:11
87:19
**examined** 7:7
83:2 128:23
**examining**
13:16
**example** 36:4
53:16 57:1
61:24 63:21
67:12 68:1
72:23 78:16
82:3 83:8
85:14,25
99:11 105:4,
11 114:20

115:23 116:1
**examples**
59:25 68:5
**Excel** 127:19,
21
**except** 68:25
89:1
**Exchange**
121:17
**exclude** 38:3
**excluded** 42:4
128:2,17,22
132:10,11
**excluding**
37:23 38:3,12
**exclusion**
125:25
**exclusions**
125:23
**exclusive**
27:14
**Excuse** 9:2
40:8 120:24
131:23
**exhibit** 9:9,
10 13:19,20
18:4,6 29:20,
21 39:10
88:10,11
111:2,12,13
124:14,16
127:10,11
**existed** 37:12
**expand** 115:18
**experienced**
118:19
**expert** 4:22
13:11 19:18
21:11 22:19,
24 24:16,24
25:7 26:13
30:9 86:8
**experts**
92:13,15,18,
20,25 117:21,
22
**explain** 15:10

26:24 28:2
29:14 33:3
54:6 84:18
**explained**
52:13
**explains** 52:8
**Extension**
89:20
**extensive**
111:20,25
**extent** 30:17
31:10 34:21
41:12
**extract**
104:6,10
**extremely**
114:6

———————

**F**

———————

**F-L-I-N-T**
33:10
**face** 86:11,
21,22 105:6
**fact** 17:3
30:22 57:1
83:6 87:18
102:23 125:12
**factor** 87:4
**factors** 72:15
**fair** 12:16
34:24 56:10
57:22 58:1
69:19 70:25
129:3,6
**fairly** 60:11,
14 61:9 62:8
64:3
**fallen** 108:15
**familiar** 7:25
40:25 56:4
108:13 111:17
**family** 122:16
**far** 40:17
**fashion**
131:22,25

**fault** 67:3
68:23
**feature** 46:15
47:17 48:3,7,
21 49:11 50:4
51:2,24 52:18
53:8,11,14,
20,23,24,25
54:2,11,12,14
55:18,25
56:7,12,19
57:12 59:12
60:10,11,13,
14 62:9 64:9
69:14,22
70:19 71:3,
13,18,25 73:4
74:1,5,9
75:17 76:1,16
77:6 78:24
79:7,11,13,21
80:3,6 81:11
83:13,19
84:1,10,19,
20,22,23
85:9,25 87:2,
14 103:4,6
117:10
**features**
49:19 51:14,
17 52:20
53:13,16,21
56:16,24 57:3
76:18 80:11,
17 81:4,25
82:1,2,6,24
83:4,14 85:2,
12 86:3,9,15
106:7,8
**federal** 30:20
31:9
**fee** 10:11,14,
18,23 16:1
**Feel** 112:21
**feeling** 21:23
**feet** 92:3
**female** 32:14
**few** 90:11,17

110:8 134:18
**field** 29:17
  55:19 56:13
  80:7 86:2,8
  92:25 117:1
**fields** 85:15
**figure** 108:9
**figured** 66:12
**file** 8:8,10,
  23 13:4,9,10
  17:20,25 26:2
  30:2 87:24
  89:25 104:12
  110:25 111:9
  115:9 124:2
  126:4 127:19,
  21
**files** 70:8,11
  126:22 128:4,
  8
**find** 28:2
  49:2,5,19
  51:14 54:22
  57:2 60:6,8
  62:1,2,3,4
  64:2 74:6
  78:2 83:11
  85:22 106:8,
  15 130:20
**finding**
  83:14,15
**findings**
  39:23
**fine** 5:9
  55:4,6,10
  130:22
**finish** 41:13
  49:23 60:17,
  25 65:20,23
  80:20 104:1
  121:1
**firm** 4:4
  23:23 24:24
  25:8,10,18
**firmly** 27:2
**first** 6:13
  7:6 9:22
  10:11 17:11

21:4 40:11
  44:22,23
  72:8,23,24
  83:2 98:20
  101:20 115:24
**five** 45:9
  55:8,9 70:20
  89:4,9 92:9
  120:9,12,15
**five-minute**
  54:23 92:5,6
  132:15
**flat** 10:11,
  13,18,23
  15:25
**Flexner** 24:25
  25:13,19
**Flint** 33:8,
  11,13
**Flowers**
  121:18
**folk** 81:6
**folks** 34:25
  105:17,18
**follow** 98:16
  110:2,5
  112:14
**following**
  6:18 42:4
  58:17 61:12
  79:23 125:24
**follows** 7:7
**Food** 89:22
**Foods** 121:19
**footnote**
  113:11,15
**footnotes**
  112:4,7
**for** 4:22
  6:13,18 7:3,
  12 9:11,23
  10:6,11,18
  11:21,24
  12:10,22
  13:14,21
  16:23 17:8
  18:7,14 19:6
  22:16,24

23:22,23
  24:17,24 25:7
  27:3,21,23
  28:4 29:3,11,
  12,22 30:6,16
  34:12 35:1
  36:4,5,10
  41:19 45:14
  47:10,13 48:2
  49:13 53:16,
  19 55:4
  56:16,21,23,
  24,25 61:24
  69:21 70:20
  73:20,24
  74:4,11 77:13
  79:10,19
  80:8,22 81:11
  82:3,15,18,20
  83:8 85:14,24
  86:17,18
  88:12 89:1
  90:2 91:5,12,
  14 94:25 95:5
  96:17 97:25
  98:11 99:4,
  11,17 100:10
  103:20 104:22
  105:1,4,11
  106:7,8,12
  107:8,10
  110:5,13
  111:14 114:20
  115:7,23
  116:1,20
  117:10 119:9,
  14,18,19
  122:15 124:17
  126:7,11,14
  127:12 130:22
  131:15
  132:22,24
  134:12
**Ford** 31:21
  32:19 34:4,11
  36:25 38:24
  91:9 102:18
  104:2,20
  105:19 107:6

**forensic**
  26:13,15
  27:20 32:13
  50:18,20
  51:13 56:12
  76:4 86:2,8,
  12,20 89:20
  92:25 109:8,
  10,16 110:5,
  7,21 111:17,
  22 117:1
  121:22,24
**forensics**
  55:19
**form** 12:1
  19:4,11 25:14
  26:14 27:9
  29:8 30:17
  33:21 36:15,
  16 39:21 40:2
  41:12 42:22
  43:18 45:22
  48:10,15
  49:1,4,14
  51:5,18 52:1,
  21 55:21 56:1
  57:25 58:14
  59:17,18
  62:5,7,10,18
  63:5 64:2
  65:9 66:11
  67:24 72:19
  75:20 76:2
  79:15 80:12
  81:13 83:1,21
  84:12,24
  86:4,10 95:8,
  9,13 96:10,12
  100:2 102:12,
  20 103:8
  107:11 108:3
  109:21 110:6
  111:23 112:12
  114:3,24
  115:11 117:16
  118:5,12
  119:10,15,19
  121:23 122:4
  123:18 127:23

129:1,4,22
130:8 131:3,
20
**formal** 17:8
**format** 124:7
**formatting**
85:18
**forming** 27:16
44:21 129:10
130:10 131:15
**forms** 61:16
62:16,21,25
63:15,18
**forth** 21:2
57:11 82:25
94:21
**forthcoming**
130:17
**found** 36:21
45:17 46:10
61:17 83:3
85:20 86:12
116:22
**four** 12:6
13:23 19:19
58:10,22
59:2,3 69:14
112:25 113:3
116:17 119:8,
14 120:12
**frame** 5:11
**free** 112:21
**Freedman**
17:15,16 25:8
**freeze** 16:12
**freezing**
113:12
**frequency**
51:23 106:23
**frequently**
61:20,23
**from** 7:15
9:15,17 14:24
28:13 31:9
32:10,12 34:6
35:23 38:22
39:3 47:7,13,
24 48:2 54:18

57:3 67:4
68:8 74:20
77:19 80:16
92:3 98:5
107:10 116:10
119:12 121:6
124:20 125:4
128:21 130:2,
6 131:11,12,
22
**front** 29:25
**froze** 16:12
113:6,8
**frozen** 17:3
23:8,14,15
24:9
**Frye** 118:7
**full** 7:11,19
20:8,9 56:7
**further** 5:23
70:13 106:12
**future** 55:4

---

### G

**G-L-O** 47:8
**G-L-O-W-B-E**
36:7
**G-R-A-M-S**
36:6
**gave** 94:14,18
**general** 81:23
85:21 91:21
92:18 93:7
**gentleman**
122:14
**Geodata**
121:18
**get** 4:15
30:18 42:24
43:24 53:17
54:18 57:6
67:2 95:3
107:9 117:9
132:2
**getting** 35:2
83:13 90:13,

24
**give** 7:19
37:15 50:19
56:7 63:7
67:12 92:2
94:12 96:24
98:21 111:3
123:3,9 131:9
**given** 27:1
41:23 103:1
**giving** 9:4
**glad** 114:6,7
**glanced** 96:4
**Global** 47:7,
11
**Glowbe** 36:7
47:11,24 48:4
61:18 62:7
73:3,18,20,24
74:4 79:10,14
103:3,11
105:13,21,24
106:6,16
107:15,25
108:5,13
**go** 4:16 21:4
24:7 28:12
30:2 35:22
38:7 43:18
53:5 57:2
61:3,6 64:7
66:2 69:18
71:8,21
73:10,21
75:14 89:2
96:22 97:4
98:22 103:13
104:6,12
105:5 106:16
107:15,25
108:22 112:24
119:15 120:1,
21 129:24
130:19,23
132:8
**goes** 52:2
99:17

**going** 7:11
8:8,13 9:8,9
12:5 13:18,25
14:6 18:4
23:6 24:8,9,
15 26:2 29:19
36:19 37:15
38:5,6,8
48:15 51:16
64:5 65:19
67:18 69:18
70:16 72:10
76:19 77:4
85:4 87:24
91:22 93:17
101:5 110:25
111:11 120:5,
19 124:2
126:6,17
133:11,24
134:8
**good** 4:1,2
5:13 8:7,24
13:24 17:2,21
19:13 24:22
26:11 28:15
30:3 46:13
54:25 55:12,
13 67:25
69:13 83:16
90:1 108:21
109:3 112:9
115:10 119:7
123:1 132:18
**got** 28:15
42:25 68:22
75:6,9 97:1
121:5 124:12
**gotten** 22:15
**Goya** 121:19
**graduate**
32:9,10,12,20
**grammatical**
85:14,17
**great** 24:11
48:2 86:12
106:9 128:9
**group** 123:24

guess 78:14
100:7 120:15
guidelines
51:1,10,23
Gutierrez
33:16
guys 67:2

---

H

H-U-M-M-E-R-T
80:25
had 4:19
12:24 13:2
16:3 20:23
37:19 38:12,
22 39:3 40:17
43:22 75:8
78:20 80:15
91:4 92:12
94:2 95:25
121:3 128:15
133:22
hand 36:4
handbook
50:18,24
happen 64:6
65:19 133:2
happened
97:17
happy 78:4,7,
20,21 89:3
112:1 115:1
harassing
35:11
hardly 27:13
Harrison 91:1
has 14:1 27:3
34:8 36:20,21
39:9 50:17
53:11 55:19
56:13,18
82:16 86:14
94:8 95:14,15
107:8 115:3
116:8,13,16
117:4,5,13
118:3,11,20

119:9,13
122:5,11
125:7 127:19
hasn't 24:3
have 4:23,24
7:2,22 10:5,
22,25 11:2,9
12:9,18,22
14:17,23 17:3
18:1,23 19:18
21:15,23
22:7,10,15,
22,23 23:17
24:16,19,23
25:1,6 26:11,
16 27:6,21
29:24 30:6
31:10 33:4
34:17 37:6,19
38:12,19,22
39:3 40:12
42:5 43:24
45:17,19
46:10 50:15
51:16 53:16,
25 56:14
57:10 59:25
63:10,22
67:10 68:5,15
69:14 70:19
71:21 72:12,
17,21 73:16
74:1,9 75:18
76:3,6,10,12,
15 78:17,20,
24 79:3,21
81:4 82:1,5
84:19,23
85:14 86:19
88:4,16
91:15,22
92:12,15,22,
24 93:22
94:2,8,21
95:19 96:2,19
97:2,19,23,25
99:16 100:9
101:6 102:6,
16 103:4,5

105:1,9
108:14 111:19
113:17,20
114:16,17,20,
25 115:6,25
116:22
117:17,19
118:14 120:1
122:23 127:21
128:7,14,15,
16 129:14
132:21,24
133:1,2,3,4,7
134:14,17
haven't
114:23
having 6:25
7:6 9:25 13:5
23:18 40:21
41:4 124:22
126:21
he 4:22 12:15
32:9,16 35:3,
11,12 36:1
40:17 113:8
118:19
he's 12:13
32:17 49:25
118:18
133:23,24
134:4
head 11:22
25:24 70:2
80:21 108:11
hear 16:23
23:16 43:1
48:12 65:23
78:14 93:14
119:19,21
heard 16:17,
20 52:4 53:25
54:2 95:25
134:5
hearings 17:8
heat 92:3
help 43:24
70:5 83:8
85:4 123:23

helped 33:24
helpful 55:4
130:3
helping 83:7
her 90:14
here 7:12 8:9
9:22 15:1
17:6 23:7
28:4 48:6,16
49:18 57:10
60:6 63:7
64:9 69:14,19
72:16 78:24
79:23 81:25
88:24 97:13,
23 99:15
106:4 117:22
126:4 130:13
Hi 82:19
him 23:12,15
30:18,21
35:11,14
37:15,25
49:22 60:17,
22,25 80:16
93:20,22
94:2,7,10,12,
14,18 98:16
102:25 121:1,
2
his 5:25 7:1
30:22 41:10,
21 49:23
60:18,23
80:14 95:5
122:16 133:25
historical
27:4
history
105:22
Hofstra 32:8,
13,16,21
89:13
hold 8:12
49:22 53:4
73:8 113:12
127:17
128:24,25

131:4 134:21
**holding** 15:15
**homicide** 77:1
122:14
**homicides**
76:18
**hope** 43:23
51:15
**hour** 14:22
17:7
**hourly** 14:17,
19,21 113:4
**hours** 11:2,4,
9,10 90:11,17
91:12,14
107:8
**how** 8:14
11:2,4,10
15:7 17:11
20:17 21:2,19
25:2 27:19
28:16 29:16
34:11,25
36:19,24
38:16,19
39:1,7 43:6
54:6,7 58:19
66:16 72:9,15
73:19 76:24
81:7 82:13,24
90:9,14
91:11,13 94:2
104:4,5
105:1,5
107:16,19
108:1,7 116:7
117:10 119:2
120:18 128:7
132:4
**However**
130:19
**Hummert**
80:13,14,25
81:1
**hundred** 53:19
114:8 134:7
**hyphens** 69:15

**hypotheses**
28:1 29:13
52:7,8 123:16
**hypothesis**
45:14,15,20
52:10,11
81:10 116:24

---

**I**

**I'LL** 30:16
34:6,20 42:22
54:23 65:24
89:3 98:21
112:1 119:17,
18,22,24
126:11,14
**I'M** 4:3 7:11
8:8,13 9:9,25
11:4,18,25
12:5,13 13:5,
16,18,25 14:6
15:20 16:21
17:18,20 18:4
21:24 22:21
23:6 24:6,8,
9,19 25:21
26:2,17,25
28:7 29:19
30:12 34:7,14
35:14 36:19
37:15,24
38:2,5,6,8
40:23,25
42:17,23,25
43:4,6,9
45:2,6 48:5
50:17 52:25
53:3,6 54:15,
21 57:7,17
58:15,17
59:14 60:19,
21 61:4 62:11
66:25 67:1,
17,18 68:13
69:18 70:18
73:8,21 75:2
76:10,12,18
77:5 78:12,

18,23 79:16
80:19,21 81:5
84:5 86:13
87:24 89:24
90:12,22 93:9
96:25 97:5
101:5 106:4,
19 107:24
109:1 110:24
111:6,11
113:7 114:6,7
115:2,3
120:22 122:18
123:6 124:2,
22 126:21
133:5 134:8
**I'VE** 10:24
53:7 54:2
76:12 80:8
94:24 118:7
**IAFL** 109:11
110:13,14
113:10
114:11,15,18
**Ian** 72:13
**identical**
112:14
**identification**
9:11 13:21
18:7 28:18
29:22 88:12
111:14 124:17
127:12
**identified**
23:17 63:16
71:14 98:11
103:15 128:5
**identifies**
69:20 71:1
86:9
**identify**
37:11 71:17
89:16 124:19
129:20 130:1
**idiolect**
53:23,24,25
54:3,4,5,7,13

**idiolectal**
53:24 55:25
56:7
**idiosyncratic**
63:24 82:3
117:10
**if** 5:7 8:5
11:23 12:13
13:8,23 15:20
16:3,23 20:3
21:4,10 23:11
24:1 27:21
28:12 30:21
34:17 35:2,11
37:11,22 38:4
42:1,24,25
43:5,22 44:5
45:1 48:6
53:13 55:4
67:22 69:25
70:22 76:13
79:16 80:9
83:8 85:1
86:11 88:24
89:2 94:14,18
96:22 97:16
99:17 100:19
101:9 103:4,5
104:15
105:21,24
107:4,15,25
111:3 112:25
116:12
119:16,18
120:19 121:4
122:2,8,11
124:23 126:9,
22 127:4,24
129:4 130:1,
22,25 133:1
134:8,20
**imagine** 12:3
22:9 63:2
89:1
**immediately**
73:19
**impaired** 7:15
**important**
67:7 83:23

85:7
**importantly**
49:3
**imposter**
41:22
**in** 5:11,20,
21,23,24,25
6:19,20 7:1,
13,15,22 8:10
9:23 10:6,18,
23 11:2,16,
17,19 12:10,
22 13:4
14:22,24
15:1,4,5 17:6
18:10,14
19:18 20:22
21:1,6,8,11,
16 22:1,10,
15,24 24:5,10
25:11,17
26:12,16,18,
21 27:3,5,7,
16 28:2,16
29:4,16,24
30:9,22 31:23
32:5,12,17,
18,23 33:1,4,
13,18 34:8,12
35:21 36:6,
17,20 37:7,20
38:14,24
39:5,11,13,
14,17,18
40:1,11,24
41:16 42:5,
16,24 43:15,
17 44:4,12,
13,17,19,21
45:8,13,17
46:24 47:8,25
48:9,21,23,24
49:2,5,11,12,
20,24 50:5,6,
7,8,15,18
51:2,3,4,13,
14,19,24
52:18,19,20
53:7,13,15,

17,18,20
55:2,3 56:13,
14,19 57:1,4,
11,14,23
58:8,11,12,
17,22,23
59:4,5,12,17,
20,23,24
60:4,7,8,22
61:17,24
62:1,4,19
63:4,10,16,
22,23 64:2,
14,17,21,22,
24,25 65:3,6,
11 66:10
67:5,10,20
68:1,11 69:1,
5,20,24 70:3,
4 71:1,14,18
72:4,8,23,24
73:13,16,18,
20 74:18,25
76:4,7,8,9,
13,16,17,22,
25 77:1,17
79:7,14 80:3,
6,13 81:1,8,
22 82:4,25
83:7,9,11,15,
20 84:2,11,
15,20 85:4,
12,15,22,23
86:1,8,12,15,
18,20 87:15
88:14 89:18
91:5,21 92:3,
13,16,17,18,
20,25 94:8,
22,24 95:2,5,
6 96:3,16,19
97:6 98:10,12
100:9,10,22
102:7,11,25
103:15,19
104:13,25
105:7,8,10,25
106:2,5,9,10,
18 107:1

108:15 109:16
110:20,22,25
111:21
112:11,17,19
113:10,18,21,
25 115:7,23
116:3,7,24
117:1,11,14,
25 118:2,6,
10,19 119:4,8
120:9 121:5,
24 122:3,5,
13,14,15
123:2,13
124:7 125:7,
12,23,24,25
126:13
127:17,22
128:6,21
129:10 130:10
131:1,11,15,
16,21 132:1,
9,11,22,25
133:8,10,13,
22,24
**inadvertent**
60:22
**inches** 108:19
**include** 19:1,
2,22 51:3,24
52:19 83:20
84:2,11
128:20
129:18,21
**included**
19:20 69:4
97:13 99:15
113:17,20
132:11
**including**
47:15 112:4
**inconsistent**
124:1
**incorporate**
36:22
**Indeed** 112:25
**indicate** 6:4
46:24 57:15

**indicated**
58:22
**indication**
17:1
**indicator**
85:8
**individual**
45:14 53:16
54:10,14
105:2,6
**individual's**
36:14 87:1,14
**individuals**
34:18,24
36:25 107:10
**infelicity**
101:19
**information**
11:24 31:11
41:23 88:24
102:24 103:2
107:10
**initial** 15:2
**inquire** 34:22
**instance**
84:14,18
116:10
**instances**
49:3,4,6,7
61:13 76:6
79:24
**instead** 88:18
133:22
**instruct** 19:8
37:9 65:18
**instructed**
22:17 37:12
**instructing**
35:14
**instruction**
31:7
**intending**
133:25
**interest**
84:15
**interested**
47:25

interject
  23:6
International
  109:7,9
  111:16
Internet
  16:22 23:18
interrupt
  80:20
into  8:8
  28:12 30:18
  36:22 46:25
  57:15 72:15
  87:4,24 88:17
  90:14,24 95:3
  96:22 104:12
  107:15,25
  124:2 128:1
  130:18
investigation
  86:20
investigations
  119:4
invoice  10:9
invoices  9:23
  10:6
involve  30:19
involved
  68:25 76:22
  92:18
involvement
  25:11,17 31:8
  36:14 114:14
Ira  23:1
  24:17
ironclad
  116:20
is  4:3,12,21,
  22 5:6,7,8,25
  6:22,24 7:1,
  18 8:25 9:13,
  15,19,23
  10:10 11:14
  13:10,13
  14:10,12,21
  16:8,22 17:9,
  10 18:9,23,25
  21:6,21 23:9,

20 24:2,5
26:7 27:1,12,
14,15,19
28:4,7,8
29:9,16 30:6,
13,22,25
31:3,8,12,15,
19 32:8,14,
16,19,20,21,
24,25 33:4,6,
11 35:7,9,10,
20,23 36:18
39:16,17
40:15,21
41:1,10,15,22
42:9,12,20
45:9,11,15,21
46:14,16
47:1,3,8,11,
12,18 48:9,22
49:4,12,16,
19,21 50:4,
16,17 51:3,6,
12 52:5,9,12,
14 53:8,17,
20,23 54:5,8,
11,12,20
55:4,9,12,18
56:12,15
57:12,16,19,
24 58:3,13,24
59:5,8,11,14,
16,22,23 60:3
61:9,10 62:4,
5,8,14,17,22
63:2,15,16,
21,22,23
64:3,10,17
65:5,11,19,22
66:3 67:5,7,
13,20,25
68:7,11,18,
20,25 69:7,
15,19 70:3,20
71:13,15,25
72:1 73:3,18,
24 74:2,4,7,
14,17,18
75:4,13,15,24

77:6,7,10
78:16,25
79:3,10,13,
16,25 80:6
81:3,6,9,10,
11,12,19
82:1,11,13,14
83:7,15,18,
22,25 84:2,9,
10,20 85:6,7,
11,20,21
86:1,6,7,11,
21,22,23 87:9
88:1,7,21,22,
24 89:2,6
94:17,22
95:1,12
96:15,19
97:12 98:2
99:14 100:23,
25 101:1,13,
14,16,18,20,
21 102:1
103:17,18
104:7 105:3
106:9,11,15
107:7,9,23
109:11 110:4
111:16,20
112:10,19
113:1,3,14,
23,25 114:2,
6,17,23
115:21 116:5,
11,12,13,19
117:10 118:15
120:2,9
121:20,22
122:21 123:5,
12 124:3,5
125:3 126:2,3
127:16,19
128:13,20
129:3,7
130:5,10
131:2 132:9,
11 133:21
134:7

isn't  85:4
issue  36:4
it  4:12 5:4,
  5,6,7 8:5,18,
  21 9:16,20
  10:1 11:17
  12:11,12,14,
  16,18,20
  13:9,10,11,
  12,16 14:1,
  17,22 15:1,10
  17:7,10,19
  18:1,3,13,18
  19:25 20:6
  23:14 26:6,11
  27:4,21,22
  28:13,15
  29:3,9 35:12
  36:3,9,19,22
  39:10,12,17
  40:10,19 41:8
  42:3,5,23,25
  43:11,20
  44:12,13
  45:12 46:18
  48:5 49:15,
  19,21 51:16
  52:20 53:9,17
  54:6,11,13,18
  56:5,6,15
  57:22 58:1,16
  59:22 60:22
  61:9,10 62:11
  65:2 66:16,22
  67:7,9,22
  68:19,22
  69:4,19 70:3,
  14,25 72:9,12
  73:1,19 74:7,
  18 75:6,18
  76:19 77:11
  78:2,3,6,17
  79:13,16,19
  80:5,8 81:5,
  21,25 82:13,
  18 83:8
  84:23,25
  85:6,8 86:22,
  23 87:3,21

88:1,3,4,16,
19,20,22,23
89:2,8 91:23
94:8,9,16,19
95:14,15
96:1,4,25
97:1,2,9,16,
18 99:7,8,13,
23,24 100:6,
14 101:6,20,
24 102:4,6,
14,16 103:18
104:23 105:4
106:7,12,21
107:8,23
108:9,10
109:13 110:9,
20,22,23
111:19 112:5,
24,25 113:8,
14,16,24,25
114:4,7
115:2,19
116:3,13
117:4,5,6,11
119:17 120:7,
8,19 121:14,
19 123:22
124:3,9,10,12
125:22 126:3,
7,9,10,13,14
127:17 129:5
133:2,24
134:5
**it's** 4:13,14
9:4 25:8
27:20 28:23
34:25 35:9,10
36:2 38:5
40:23 46:7
48:15 52:14
54:15 55:11
56:20,22
60:10,12,14
61:10 62:12,
16 68:4 70:6
74:12 76:23,
25 81:5,7
83:12,22

85:1,17
86:17,22 88:2
91:23 98:3
99:7 100:16
101:25 102:4
112:13 114:7,
8 116:14
118:7 120:12
124:4,7 127:7
129:3,5
132:14 133:10
**item** 9:22
**its** 85:23
**itself** 50:5
73:17 78:19
103:6

---

## J

**J-U-L-I-A-N-E**
31:21
**John** 67:12,13
**joined** 77:2
82:16
**joint** 94:22,
24
**Jonathan**
33:16
**judge** 117:14,
19
**Juliane** 31:20
32:19 34:4
36:25 38:23
91:9 102:18
104:2,20
105:19 107:6
**jurisdiction**
118:8
**just** 4:7,12,
20 5:4 12:24
13:2,4 15:19
16:2,20 19:8,
11 21:23,24
23:6,8,21
26:6 30:16
34:20 35:1,2
41:19 43:4
48:14,15

50:10 51:7
52:25 54:21,
23 55:3 57:6
60:17,25
62:23 63:6
64:1 65:19
67:1,23 70:13
73:1 82:11,17
83:12,14
84:16 87:8
89:1 92:18
96:18,24
98:3,15
101:10 110:23
111:3 115:14
116:17 120:22
121:1 124:12,
19,24 126:8,
9,21,23 127:1
131:5,7
133:4,13
134:17

---

## K

**Kamal** 29:1
**Kass** 77:2
82:16,19
**keep** 11:13
22:12,19 25:9
51:16 62:18
66:18 83:6
85:3 126:5,7
**Kenya** 106:9
**kept** 10:22,25
11:21
**kind** 56:20,22
97:18 116:16,
21
**Kleiman** 7:13
23:1 24:17
**knew** 83:9
107:19
**know** 5:6 8:6
11:20 13:8
16:24 17:24
19:10 25:12,
18,22 28:11

31:12 35:2
36:8 43:6,8
53:23 56:8
60:21 73:19
86:18 88:18,
22 91:12
94:18 95:12
96:11,18
97:17 98:17
103:5 104:4,
15 105:21,24
106:14 108:7,
10 115:20
116:6 121:20
122:2,8,11
127:24 129:2,
6
**knowledge**
72:13 95:20
**known** 40:12
44:22 45:17
48:9,24 49:2,
12 51:3 52:19
58:11,24 59:5
64:17 87:20
115:17 116:2,
3 128:17
**Ks** 123:15

---

## L

**L-E-O-N-A-R-D**
6:16
**lag** 66:1
87:21
**language** 27:5
43:5 45:15,17
66:10,13
83:10 87:17
116:9,10
123:15
**large** 119:3
**larger** 9:25
**Laselve** 91:1
**last** 6:13
18:15,23 22:1
68:14,21
88:14,16 89:8

115:11 119:8,
14 120:9
126:15
**lately** 86:15
**law** 4:4 24:24
25:8,10,18
89:13,14
**lawsuit**
95:12,20
**lay** 81:6
**lead** 50:16
**learn** 17:11
116:10
**least** 5:5
**leave** 24:4
**left** 52:22
133:7
**legal** 26:17
43:21
**lend** 73:16
**lends** 103:6
**Leonard** 4:1,
25 5:11 6:15
7:5,10 8:10
11:18 13:13
14:1,7 17:25
18:10 19:7
21:7,22 22:7
23:3,9,10,12
26:3,12 27:11
29:24 30:13,
24 33:5 35:1,
7,18 48:14
50:2 55:9,18
61:3 65:17
74:21 90:17
92:12 98:24
99:22 108:14
111:9 113:10
122:24 124:10
125:5 127:4
132:21 134:17
**Leonard's**
29:20
**less** 43:21
56:17 61:20,
22 62:25
63:18 64:1

83:4 94:25
**Lessell** 28:25
**let** 8:6 12:6
13:8 15:21
16:20,24
17:24 19:17
20:8 22:10
23:25 24:4
31:12 43:7,
10,12 44:3,20
46:8 49:22
56:10 57:6
60:17,25 64:6
65:20,22
67:19 70:7
73:12,24,25
78:2 86:6
92:19 94:18
103:5 107:14
109:2,15
117:6,20
120:7 121:1
126:4 129:9
130:25 131:10
134:19,20
**let's** 17:6
23:25 40:6
64:7 69:12
70:12 71:5,21
73:21 78:22
92:9 94:20
100:8 101:2
103:13 112:24
134:22
**letter** 12:9
13:13 95:23
**letters** 76:21
80:15
**lexical**
85:14,16
**li** 89:20
**lieu** 5:23
**life** 76:8
122:15
**like** 42:14
53:10 60:11
69:3,4 81:23
85:5 91:23

97:18 111:24
114:19 128:12
130:22
**likely** 42:5
43:21 51:17
56:20 62:20
64:1 112:18
123:4,10
128:14
**limit** 37:10
**limitation**
31:2,16 37:23
**limitations**
37:22
**limited**
117:14
**line** 55:2
89:2,8
**lines** 104:7
**linguist**
26:15,16
109:20 110:5,
21 111:22
117:1,8
121:22
**linguistic**
26:17,20,22
27:20,23,24
29:18 33:12
49:10 50:6,
10,14,20
51:13 54:9
55:19 56:13,
24 69:1 86:25
87:13 92:25
109:17 110:21
**linguistics**
26:16 27:2
28:3 32:12,
13,17,25
50:18 86:2,8,
13 89:20
109:8 121:25
**linguists**
27:24 29:10
109:10 110:8
111:17

**link** 57:4
**linking** 46:15
47:17 48:3,7,
21 49:11
51:2,24 52:18
57:12 59:12
64:9 69:14,22
70:19 71:3,
13,18,25 73:4
74:1,9 76:15
77:6 78:24
79:7,11,13,21
80:3,6,11,17
81:4,11,25
82:6,24 83:19
84:1,10 85:9,
11 86:9 87:2,
14 103:4,6
**list** 18:3,16,
24 19:2,20,
24,25 20:17,
18 21:5 28:8
29:3 39:10
52:20 85:11,
20 86:7 89:6,
12 96:15
103:15 119:13
120:17 128:17
129:2 130:16
**listed** 20:11
28:16 44:5
59:20,23
69:24 76:25
125:23,24
131:5 132:9
**listened**
87:10
**listing**
133:10
**lists** 39:12
**literacy** 63:2
**literature**
49:10 50:10,
14 87:1,13
**litigants**
34:22 35:6
**little** 16:16
94:25 120:2

124:22 126:22
**locate** 11:24
**Lodestar**
121:18
**logic** 64:1
**logical** 54:22
**long** 4:24
90:9,14 91:11
**look** 17:6
21:10 27:23
29:11,12 36:5
40:6 48:6
56:21,23,24
58:20 78:1
93:7 98:7,16
99:18 100:8,
19 101:16
109:2 110:24
112:6,22
120:17
121:10,12
128:10
**looked** 28:4
90:6 130:20,
21
**looking** 14:20
24:20 28:21
39:9 46:20
56:16 58:21
98:18 109:1
**looks** 48:4,5
**Lord** 108:21
**lost** 25:15
75:2,9
**lot** 39:16
57:2 63:13
86:17 93:14
94:21 118:20
**loved** 67:13
**loves** 67:13
**lower** 108:18,
19
**LSE** 64:19

---

**M**

---

**M-A-N-K-A-D**

33:17
**made** 18:24
19:6 34:14
40:1,15,22
42:12 57:24
132:12
**mainstream**
62:19
**majority**
120:20
**make** 8:13
9:25 18:15
20:8 53:9
55:2 83:19
84:1,10 86:20
94:16,19
97:18 100:10
106:5 119:18
125:18 130:16
131:6
**makes** 75:16
85:8
**making** 40:23
85:3
**male** 32:14,15
**man** 80:14
119:7
**Mankad** 33:17
**manner** 6:3
**many** 11:2,4,
10 25:2 28:16
38:16,19
39:1,7 45:23
46:9 48:5
52:4 53:8
76:24 85:18
91:13,22 94:2
115:3 116:1
120:18 128:7
132:4
**March** 10:17
95:19,21
**margin** 116:8
**mark** 9:9
13:18 18:4
29:19 72:17,
25 88:9
111:1,11

124:13 127:9
**marked** 9:10
13:20 18:6
29:21 39:9
88:11 111:13
124:16 127:11
**marker** 55:20,
23 56:4
**Mary** 67:13
**matter** 5:25
6:19,21 7:1
26:13,18
39:11 83:12
87:17 113:2
**matters** 64:25
90:7
**may** 7:3 39:16
65:15 71:21
74:17 82:8,
10,12 86:20
88:16 91:17
113:24 115:22
133:4
**maybe** 69:2,3
94:25 130:23
131:5
**Mccaffrey**
28:24
**me** 8:6,9 9:2,
4 12:6,12
13:8 14:20,21
15:7,10,21
16:3,12,23,24
17:4,22,24
19:17 20:8,
11,24 22:11
23:25 24:4
25:15 26:20,
24 27:12
28:16,20
32:21 33:3
34:17 35:25
39:25 40:8
41:23 42:18
43:7,10,12,
16,24 44:3,20
46:8 48:17
49:9 51:7,9

55:5,13 56:9,
10,18 57:6
59:1,22 64:6
65:20 67:19,
23 70:7 72:15
73:12,25
78:2,14 80:9
84:18 86:6
88:23,24
89:2,11 90:23
91:24 92:2,4,
19 95:25
96:24 98:21
99:10 103:4,5
106:25
107:14,18,22
109:2,15
110:16 111:3,
24 112:5
113:12,14
117:6 120:2,
7,17,24
121:3,4,12
124:5 126:4,
23 129:5,9,24
130:22,25
131:9,10,18,
23 133:18
134:19,20
**mean** 18:17
22:25 23:1
25:22 31:25
33:3 34:1
37:4 39:15
41:5 42:15
43:8 44:8
46:5 54:4
55:1,12 56:22
59:15 61:1,20
66:9,13,18,20
67:4,8,9,13
68:10,24 69:8
70:10 73:1,17
76:8 80:19
84:6,21 86:11
92:14,17
97:16,17
101:23 105:18
106:1 109:9

115:3,13
122:5,8
123:19 131:25
133:11,19
**meaning**  65:6,
11 66:4,9,14,
16,19,24
67:4,21
68:11,18
69:5,8 79:22,
24 89:18
115:18 116:14
123:21
**meaningless**
54:15
**means**  18:25
26:24 62:3
66:22 68:3,8
73:19 96:11
**meant**  66:12
68:10,18 69:8
81:15
**measures**
116:18,20
**meeting**  77:2
**member**  109:7,
13 114:11,18
115:3
**memorialize**
4:20
**memorize**
101:6
**memory**  21:25
96:20 101:21
**mentioned**
10:18 25:13
94:23
**Mercantile**
121:17
**merely**  62:16
69:1 85:4
**message**  16:21
**Mestre**  4:4
**metadata**
104:7
**method**  27:6,
15,19 29:4,7,
9,16 52:15

56:14 115:7,
17 116:25
118:2,3,10,
11,14 122:2,9
**methodology**
56:16
**methods**
122:12
**microwave**
92:3
**mid**  76:13
**middle**  55:2
60:23 76:7
123:2 127:17
**might**  20:17
53:14 81:24
82:5 83:4
87:2,14 103:4
108:9 113:24
117:19 130:2
**million**  116:5
**mind**  42:16
**mine**  32:9
**minute**  19:23
24:5 44:10
96:24
**minutes**  55:8,
9 82:17
107:18
**missed**  68:14
107:23
**missing**  91:17
97:21 98:4,5
**mistake**  97:18
**moment**  9:2
20:8 98:21
111:4
**Money**  89:21
**months**  65:1
**Moore**  28:25
**more**  5:10
40:3 61:15,21
62:19,24
63:14 67:5
68:25 82:2
83:19 84:2,5,
10 85:8 87:10

105:17 108:13
126:9 127:25
**moreover**
128:13
**morning**  4:1,2
12:12 126:13
**most**  50:17
68:24 83:23
**mostly**  26:16
118:18
**motion**  117:25
118:4
**move**  64:19
**moved**  88:17
97:17
**movement**  8:4
**moving**  96:18
**Mr**  4:7,13,18
5:3 6:7 8:13,
17 12:1,11,15
13:6 17:16
19:4,6,11
23:6,11,14
24:8,12,17
25:14,20
26:5,14 27:9
29:8 30:16
31:1,7,16
33:21 34:11,
20 35:10
36:15 37:9,
17,22,24
38:1,7,10
39:21 40:2
41:12,18
42:22 43:18
45:2,5,22
46:2 48:10,
13,18 49:1,
14,22 51:5,11
52:1,21 53:2,
4 54:21 55:1,
7,9,14,21
56:1 57:6,8,
25 58:14
59:18 60:17,
19,21,25 61:4
62:10 63:5

65:9,14,17,25
66:2,11 67:1,
24 71:8,11
72:19 75:2,6,
8,20 76:2
77:2 79:15
80:12 81:13
82:15,16,19
83:1,21 84:4,
12,24 86:4,10
90:12,25
92:7,9 93:6,
19 94:22
95:8,13
96:10,24
98:15,21
100:2 102:12,
20 107:11
108:3,14,18,
22,24,25
109:3,5,18,21
110:6 111:1,
5,7,23 112:12
114:3,24
115:11 117:16
118:5,12
119:10,15
120:5,7,13,24
121:1,23
122:4 123:18
124:18,25
125:7 126:5,
8,17,20,24
127:1,23
128:24
129:11,14,22
130:8,11
131:3,12,20,
23 132:13
133:15,17,20
134:4,16,25
**Ms**  4:1,3,12,
16 5:2,9,14,
16 6:10 7:9
8:16,18,22
9:8,12 11:6,
12 12:4,11,
13,17 13:7,
18,22 16:15,

19 18:4,8
19:15 22:6
23:8,9,13,15,
19,20,21
24:6,11,14
25:16 26:1,8,
19 27:10
29:15,19,23
30:23 31:4,
14,18 33:2,22
34:11,12
35:8,16,17
36:23 37:15,
18,24 38:6,8,
11 39:24 40:4
41:14,25 43:2
44:2 45:4,7,
24 46:4 48:20
49:8,17,25
50:1 51:8,21
52:16,24
53:22 54:24
55:6,8,13,15,
17,24 56:3
57:9 58:5,18
59:19 60:19,
24 61:1,2,5
62:13 63:9
65:10,16
66:7,15 67:15
69:11 71:10,
12 72:22
75:4,7,12,23
76:5 77:3
79:18 80:18
81:18 82:20,
23 83:17,24
84:7,17 85:10
86:5,24 88:9,
13 90:16 91:3
92:5,8,11
93:16 95:11,
18 96:14 97:3
98:19,23
100:5 102:15,
22 103:8,10
105:12 107:13
108:6,17,23
109:6,19,23

110:10 111:3,
6,8,11,15
112:2,15
113:9 114:10
115:5,15
117:23 118:9,
16 119:11,23
120:6,11,16,
25 121:8
122:1,7
123:20
124:13,21
125:1,2
126:7,16,19,
21 127:2,3,9,
13 128:3
129:8,13,16,
25 130:9,14
131:8,24
132:16,20
133:15,19
134:3,11,13
**much** 15:7
61:20,22 63:6
64:24 76:19
83:7 86:14
115:3,18
116:7
**murder** 80:14
81:1
**murdering**
122:15
**must** 14:23
63:17 122:23
127:20
**mute** 90:13
**my** 4:3 6:19,
20 8:12 11:2,
22 14:16,24
16:17 18:3
19:7,21,25
20:17 21:25
24:1,2,9,15
25:23 26:7
30:25 31:3,17
32:3 35:10,13
39:22 43:4,20
47:5 50:15
58:17 60:4

65:5,20,22
67:3,4,19
70:2 74:17
76:8,25 77:1
78:3,6,20,21
80:21 81:12
83:25 90:6,7
91:18 92:3
93:18 99:23
100:10 101:21
106:11 107:5
108:11 109:1,
25 111:6,24
112:19 113:1
114:8 116:24
117:6 118:13
121:4,6,9
122:6 123:14
124:23 133:9
134:8
**myself** 125:4

---

## N

**n-grams** 36:6
74:2
**name** 4:3 6:4,
13 7:11 17:14
27:1,21 29:7
33:6 50:13
80:24
**names** 90:24
107:5
**native** 70:8,
11 104:12
**nature** 93:5,
18
**navigate**
75:18
**near** 55:3
**necessarily**
85:1
**need** 4:15 8:5
27:21 38:3
54:23 92:6
117:21 126:21
**needed** 113:1
115:2 125:18

**needs** 35:3
36:19
**negation**
77:17 78:17
**Negations**
71:14 73:13
**neglected**
88:19
**Neha** 4:3 6:10
12:11
**Neither** 8:17
**never** 60:8
95:25 117:17
**new** 17:20
37:16
**next** 98:2
111:12 126:17
127:10
**Nicole** 23:17,
23
**Nigeria** 106:9
**night** 126:15
**nine** 46:12,
19,21 47:19
74:10
**no** 7:17,21
8:15 15:6,16
16:4,13 19:22
20:8 21:18,24
22:14 23:2,3,
4 24:12,18,21
26:4 29:2
30:1 32:9,17
34:10 38:18,
21 39:2,8
42:11 43:17
46:11 48:18
49:3,7 52:23
53:18 58:25
59:25 65:25
66:2 67:18
70:14 73:2,
10,12 78:25
79:12 92:23
94:16 95:10,
25 96:17
97:1,14,20,
21,22,24

98:3,4,6,13
99:3,10,16
101:20 104:17
105:15 108:25
109:3 113:22
114:5,22
119:24 122:8,
22 129:14
132:6 133:4,
13,20,25
**nobody** 35:23
83:10
**noise** 93:14
124:5
**non-contracted**
77:7,13,16,17
78:16
**non-linguists**
81:7
**noncanonical**
62:20 64:2
**noncompound**
61:23
**none** 51:15,16
**nonlinguistic**
89:18 116:23
**nonrandom**
27:24 52:6,8
**nonrandomness**
28:2 29:11,14
**nonrefundable**
16:9,10
**nonstandard**
62:21
**not** 4:24 5:6,
21 7:11,18
8:4,15 10:7,
9,24 11:22
12:16,24 13:2
17:18,20
19:20 21:6,20
22:21 23:7,23
24:21 25:9,21
26:4 34:7,14
35:10,13,14,
15 37:10,12,
22 38:2,5
39:14,15,17

40:23,25
42:23 43:6,17
46:3,9,11
49:15 50:4
53:9 59:14,23
61:4,10
62:12,16,19
63:19 64:24
65:18,22
67:2,18 68:5,
23 69:3,18
70:2 73:16,
18,19 74:6,17
76:18 78:3,6,
15,17,20
79:16 80:21
81:5,8 82:11
83:7,12 84:5
85:1 86:13,
22,23 87:1,
13,15 90:22
94:24 95:7
96:25 97:12
99:15 104:7,
8,13 105:9
106:14 107:2,
20 109:1
112:19 113:1
114:1,4
115:2,3
116:9,13,19
117:17,20
118:19 119:6,
21 120:21
124:7 125:25
127:25 128:6,
15 129:2,3,5
130:21 132:10
133:13,25
134:8,12
**notation** 14:7
**notations**
11:9 70:4
**note** 82:1,15,
17 126:11,14
**noted** 125:8
**notes** 11:2
125:11,14

**nothing** 98:4
**notice** 8:25
9:13,15 14:17
**noticed** 56:18
132:12
**noun** 64:10,12
**nouns** 61:15,
21 85:18
**novel** 116:11
**November**
21:19
**now** 6:17
16:21 26:6,25
30:20 31:8
46:22 47:19
53:5 55:4
72:12 73:11
83:12 92:6
98:10 99:13
100:19 103:19
107:16,22,25
110:23
111:20,25
112:22 115:8
116:14 119:19
121:4,9 125:7
126:7,18
132:16
**number** 12:6,
20 40:12
46:15,18
57:10 58:9
59:12 60:14
64:9 69:14
70:19,20
71:13,25
73:15 74:1,9
77:6 79:22
83:18 84:1,9
99:3,4 105:1
107:1 115:22
116:22 117:9
119:3,4
128:7,9,12,13
**numbered**
46:16
**numbering**
46:16 97:19

**numbers**
98:11,14
99:14,25
101:5 103:22
130:2
**numerations**
98:3

---

O

**oath** 5:24
**object** 4:24
12:1 19:4
25:14 26:14
27:9 29:8
30:17 33:21
34:20 36:15,
16 38:5 39:21
40:2 41:12
42:22 43:18
45:22 48:10,
15 49:1,14
51:5 52:1,21
55:21 56:1
57:25 58:14
59:18 62:10
63:5 65:9
66:11 67:24
72:19 75:20
76:2 79:15
80:12 81:13
83:1,21
84:12,24
86:4,10 95:8,
13 96:10,11
100:2 102:12,
20 103:8
107:11 108:3
109:18,21
110:6 111:23
112:12 114:3,
24 115:11
117:16 118:5,
12 119:10,19
121:23 122:4
123:18 127:23
129:1,4,11,22
130:8 131:3,
20

**objected**
19:11 95:9
**objecting**
42:25
**objection**
19:6,7 25:20
35:8,9,10,13
41:18 46:2
51:11 53:2,4
65:14,20 84:4
129:14 130:11
**objections**
6:3
**obligations**
112:16
**obtain** 107:1
**obvious**
112:18 113:25
114:5,6
**obviously**
60:5 61:10
**occurrence**
58:12 59:4,7
69:19
**occurrences**
48:8,23,24
49:11,12
51:2,3 52:17,
19 58:10,23
59:3 64:16,22
69:20 71:1,17
72:4 74:24
77:13 79:7
80:2 83:18
84:1,9
**occurs** 86:1
117:11
**October** 18:19
19:2,3 22:1
**odd** 76:20
**of** 4:4,8 5:8,
11,24 6:1,3,
7,22,24 7:2,
13,19,25 8:25
9:1,4,13
10:5,11,13,
19,25 11:17,
19,20,22

12:21 14:25
15:3,11,18,23
16:8 17:1,17
18:3,19,25
19:11,21
20:3,18 21:1,
13,19,25
22:1,7,12,15,
19,22 24:24
25:18,22,23
27:2,25 28:3,
8,16,23 29:3,
7,13,25 31:5,
8,10,11 32:9,
20,25 33:5,6,
11 34:9,18,23
36:1,10
37:13,14
38:19 39:12,
16,20 40:12,
15,20,21
41:3,5,9,20
42:1,3,23
44:4,16 45:1,
16,21 46:12,
20 47:5,6,7,
11,12,13,14,
16,18,20
48:1,8,23
49:3,4,6,7,
11,19 50:5,6,
7,16,17,18,20
51:1,2,14,15,
16,23,25
52:5,6,7,17,
20 53:11,16,
21 54:9 55:2
56:16,19,20,
22,24 57:3,5,
15 58:8,10,
11,12,23
59:3,4,7,25
60:4,9,23
61:13,18,20
62:4,5 63:2,
4,13,22,25
64:7,16,17,22
65:6,12 66:5,
17,20 67:21

68:1,2,4,5,6,
25 69:5,9,12,
25 70:2,12
71:2,17 72:4,
13,16,17
73:15,21
74:11,24
75:16 76:6,7,
15,18,20,25
77:13,25
78:16,18
79:7,22,24
80:2,21,24
81:6,22 82:1,
2,14 83:4,7,
12,14,16,18
84:1,9,14,15
85:1,11,12,
13,21,25
86:12,18,21,
25 87:3,12,18
88:18,21
89:6,8,19
92:22 93:5,
14,18 94:1,5,
8,9,12,14,18,
21,22 95:16,
22,24,25
96:2,5,9,15,
20 97:4,6,9,
18 98:7,11
100:8,13
101:3,16,19,
22 102:16
103:15 104:23
105:1,6,17
106:23 107:4,
10 108:11,19
109:7,8,10,
13,16,25
110:4,7,12,
15,18 111:16,
17,21 112:5,
10,20 113:2,
10,11,17,21
114:1,9,11,18
115:3,11,16,
17,18,20,21,
22 116:2,3,5,

8,10,16,17,
18,21,22
117:2,8,9,18,
24,25 118:1,
4,11,22
119:4,8,13
120:18,20
121:6,11,14
122:17,19
123:2,4,10,
15,22,25
124:10,23
126:8,24,25
127:17,22
128:4,7,8,9,
10,12,16,17,
21 129:10
130:6 131:14
132:4 133:5,
10,23 134:9,
17
**of,'** 64:12
**of;'** 64:10
**off** 4:10,20
11:22 24:10
25:23 55:2
60:22 68:15,
19,22 70:2
80:21 108:10
115:8 132:24
**off-the-record**
5:17 8:19 9:6
22:4 82:21
134:23
**offer** 28:17
46:5
**offered** 45:19
**offering**
39:13,19
**often** 11:2
**OGD** 121:16
**oh** 15:20
17:21 20:10
44:11 46:20
60:24 70:9,14
78:13 89:8
99:11 101:12
108:23 109:4

113:20 123:24
124:12 132:8
133:3
**okay**   4:12
5:3,8,14
7:10,15,22
8:3,8,10,16,
23 9:8 10:5,
10,13 11:13,
23 12:5,20,25
13:6,18,25
14:4,6,10,19
15:1,10,15,25
16:5,8,11,17
17:2,11
18:15,18,23
19:1 20:1
21:4,10 23:5
24:6,11,15
25:6 26:7,10,
12 27:6,15
28:5,9,14,24
29:19 30:15
31:19 32:4,14
33:6 34:6,15
35:16,25
37:3,6,15
38:6,16 39:1,
13,19,25
42:9,15,19
43:3 44:7,10,
19 45:8,11,19
46:14,24
47:3,6,21,23
49:9,18 50:9,
13,25 51:22
54:4,17,19
55:1,7,14
56:10 57:10,
14,19,22
58:8,22 59:1,
11,16,22,24
60:16 62:14
63:10,20
64:5,9,16
65:11 66:23
70:12,22
71:5,11,13,25
74:4,16 75:9

77:4,9,12,24
78:1,13,24
79:21 80:9
84:23 85:11,
20 87:9,12,
16,24 88:9,21
89:16 90:5
91:8,20 92:8,
22,24 95:24
96:5,8 97:2,
12,20 98:9,21
99:3,14,20,24
100:13,19
101:2,3,13,23
102:7,11
103:19,22
105:4 107:3,
21 108:7,12
109:11,15,24
110:4,24
111:11,20
112:6 113:3,
14,17 114:23
115:20 117:3,
5 118:17,25
121:9,12,16
122:21,24
123:1,8,9,12
124:12,13
125:3,7,11,
14,17,20
126:16,17,20
127:7,16,21
128:4,19
129:20 130:5,
15,23 131:9,
10 134:3,11,
22
**older**   14:24
**omitting**
66:16
**on**   4:8,11,15
5:4 6:5,7
8:12 9:15
10:11,16,21
11:9 12:6,20
16:12 17:3,6
18:18,21
19:20 20:17

21:5,13 24:9
27:3 28:22
36:7 38:2
40:10,19
42:3,12 44:5
45:21 46:17,
18,24 47:6,
16,19,20
48:8,23 49:22
53:4 54:7
57:14 58:9,20
59:12,14,17
60:12,13,16
61:8,12 62:7,
11 64:5
69:20,24
70:19 71:22
72:3,23,24
73:3,6,8,13
74:1,9 75:3,
5,15 76:3
77:9,22 78:2
79:3,21 81:21
82:13 86:19
89:12 90:13
91:16,22,24
93:20 94:20
97:5,9 99:4
100:11,25
101:3,15
102:3 103:9
104:8,14
105:6 106:10,
12,16,18
108:5 112:3,
7,25 113:3,
10,12,15
114:20 115:1
116:21 117:3
118:8 122:13,
17,18 123:3,
6,9 128:5,16,
24,25 129:20
130:13 131:1,
4,6,9,18
132:1 133:15
**once**   19:7
25:3 43:11
51:15 132:3

**one**   4:21 5:10
9:2 14:22
17:7 18:21
21:1,4 24:5
25:24 26:4
28:7 40:15
44:10 46:15,
18 47:5 48:4,
7,21 50:16,17
52:10 53:11,
14,17 57:4
58:10,12
59:2,4,7
60:15 76:18,
25 77:1 84:1,
10 85:6 87:19
89:17 92:2
94:22 98:2,
17,21 101:10
102:16 105:3,
17 106:16
107:4,10
110:8 112:4,7
113:15 116:17
122:20,23
123:8,22
126:5 127:6,
18 128:13
130:19,24
133:22
**one-minute**
24:1
**ones**   76:25
129:23
130:12,20,21
131:5
**online**   47:12
**only**   9:14
37:25 39:15
42:22 62:2,12
88:16 120:22
**open**   8:23
13:9 18:1
26:11 28:13
29:24 74:12
96:23 97:2
112:22
119:12,13,24
120:3,7

126:10 127:4,
7
**opened** 17:24
127:17
**opening** 13:12
**operate** 116:9
**operation**
114:9
**opinion** 27:16
28:17 42:21
44:21 45:19
51:4 59:17
62:8 95:2
102:25 117:13
123:3,9
129:10 130:10
131:15
**opinions**
39:10,13,19
60:4 117:24
118:14 134:1,
8
**opposed** 62:5
**opposite**
122:13
**option** 9:4
**or** 5:6 7:6
12:21 16:9
17:8 18:15
19:19 20:19,
24 21:2,15,16
24:19 25:12,
18,25 26:10
32:1,14 34:9,
23 35:6 36:9,
21 37:7,19
38:13,23 39:4
43:22,25
44:22 46:6,11
47:19,24
50:16 51:1,
10,22 52:13
53:9,17 54:5
58:16 59:25
61:9 63:15
67:16 68:9,20
69:3 78:21
79:6 80:10

82:3,17 83:19
84:2 86:19
87:1,13 91:21
92:18 102:18
104:2,13
105:17,19
107:23 116:24
117:10,13,14,
20,24 118:7,8
120:12 123:22
126:6 132:10,
11 133:2
134:18
**order** 21:6,9
100:10 102:7
107:1
**organizations**
115:4
**organize**
106:7
**originally**
121:3
**other** 12:21
20:6,12,18
25:13,24 28:3
29:10 33:13
47:23 53:18,
21 57:4,23
58:2 59:20
64:25 67:2
80:10 81:8
82:2 83:10
85:19 86:22
92:13,15,20
94:20 95:24
96:8 102:23,
24 103:1
104:8 105:10,
17,18 107:4,
23 117:7
133:7
**other's** 76:21
**others** 11:3
19:22
**otherwise**
19:8 53:13
64:3
**our** 23:23

62:4
**out** 36:3,9
49:25 50:5
52:22 53:15
63:6,14 64:1
78:18 82:20
87:21 91:24
96:25 106:15
108:9 133:21
**outcome**
112:20 113:2
**outside** 33:5
39:20
**over** 35:6
67:2 87:2,14
93:22 119:6
128:10
**overarching**
52:9
**overlap** 85:15
**overlapping**
36:5
**overlaps**
81:15
**overly** 112:18
115:2
**own** 41:10,21
42:13 85:23
109:1 114:9

---

**P**

**p.m.** 126:15
**Pace** 121:18
**page** 9:19
13:23 14:4
18:21 20:3,9
21:4,10 28:22
30:11 40:7,9,
10,19 42:1,3
44:5,6,7,8
45:1,2,21
46:12,19,20,
24 47:6,16,
19,20 57:5,
14,15 58:9,20
61:12 64:5,7
69:12 70:12,

13,17,19,22
71:5,22 72:3
73:6,9,13,21,
22 74:1,9
75:2,4,5,8,19
77:4,22 78:2,
8,10,22 79:21
89:4,8 97:4,
5,6,9,25
98:20 99:5
100:8,9,10,
11,13,19,25
101:3,4,9,15
102:3 103:13
106:18 112:3,
7,25 113:3,15
122:17,19
123:2,6,7
128:16
**pages** 69:20
77:9 79:3
97:25 98:7,17
99:17
**pagination**
88:16,17
**papers** 32:7
**paragraph**
14:20,22 15:1
17:6,7 43:15
73:15 112:23
**paragraphs**
112:3
**parcel** 36:3,9
**pardon** 29:2
48:17 65:24
99:12
**paren** 42:5
47:8 72:17
73:16 74:13
**parse** 106:6
**part** 10:11
36:10 40:21
41:5 42:7
58:8 68:14
85:1
**partial**
125:23

participants
105:10
participating
5:20
participation
31:11
particular
48:3 54:9,10
58:8 63:4
69:21 73:3
74:5 79:7,11
91:21,25
98:12 101:1
118:3
parties 6:1
7:2
partly 41:10,
21,22
partner 33:3,
4
partners
31:17,22
33:13 94:22
parts 11:17,
19,20 116:4
past 7:23
22:16,19 77:1
94:1,5,8
117:25
paste 104:13
pattern 51:19
52:3 81:16,
19,23 82:1,2
83:13,14,22
84:13,15
85:1,17
patterning
81:7
patterns
27:23 28:2
29:12 45:16,
17 50:6 52:5
54:9 56:25
81:16,23
83:11 123:15
pay 35:22,23
paying 34:23

PDF 69:25
124:7
PDFS 70:10
peer 50:23
89:12 118:17
peer-reviewed
49:9 50:9,13,
22 86:25
87:12 89:14
peers 118:11,
13
penalty 6:1,
22,24 7:2
people 33:24
56:5 62:15,
16,18,24,25
63:14,17,18
67:8 68:24
73:1 76:13
92:19 102:16,
17 108:13
114:25 118:13
people's
104:8
per 17:7
105:22 116:5
percent 53:19
62:4,6 63:24
85:7 114:8
134:7
percentage
119:8
Percentagewise
62:3
Perfect 10:2
perfectly
34:21
performed
76:23 104:5
perhaps 50:24
55:25 58:16
96:13 103:23
104:2 116:17
period 72:4,
25
periods 71:22
72:1,16,21

perjury 6:1,
23,24 7:2
person 5:24
23:17
pertinent
103:1
Ph.d 26:16
Ph.d. 7:5
67:4
phone 93:23
phonology
84:21
phrase 61:23
116:12,13
physical 8:4
physically
5:21
picture
108:15 109:2
piece 36:9
place 54:22
plain 67:20
Plaintiff 6:6
plaintiff's
10:8 12:18,23
13:14 41:16
43:13
plaintiffs
6:8 22:24,25
34:23
planning
133:15
please 6:3,
12,18 8:6,9,
23 13:8 15:2,
11 16:23
17:14,22,24
20:15 24:6
28:6,20 29:7
30:2,11 33:9
35:18 39:25
45:12 60:18
61:6 80:20,22
90:24 96:23
97:4 103:5
104:1,11
119:24 132:8

133:3
plus 15:4
127:25
point 14:20
49:9 50:9
51:9 54:23
64:1 85:6
86:21 89:11
pointed
133:21
pointing 50:5
53:15 82:20
points 67:9
positive
76:12
possibilities
72:20
possible 46:7
63:25 74:7
79:13 116:17
130:17
posts 128:9,
11
practice
51:13 111:17
preceding
77:16
precise 43:25
106:4 115:14
preparation
18:14 34:9
91:5
prepare 18:13
90:2 99:22
prepared
10:24 13:1,2
14:15 18:11
30:15 99:23
102:11,14
110:8
preparing
44:19
preposition
79:22
presence 4:14
present 5:21
54:13

presented
114:16
Presley's
87:20
press 128:12
presume
68:10,18
88:19 102:19,
21
presumes
106:17
Pretty 96:7
principles
111:21
prior 9:15
19:19 22:8,
12,23 24:15,
23 25:6,11,17
28:10 29:5
56:18 76:9,16
80:10 81:3
90:22 95:19,
24 113:18,21
119:13
prison 122:15
probably 9:5
82:16 94:13,
25 119:6
132:2
probative
50:5 51:18
53:14
problem 24:4
65:22
procedure
31:10 104:17
116:1
proceed 7:3
proceeding
5:20,21,22
produced
106:9
prof 64:19
professor
32:25
program
32:10,12,20

prohibited
31:9
promulgated
110:9
pronoun 77:16
proposition
79:24
propositional
69:2
protected
30:20
proverb 53:10
provide 12:15
43:13
provided 10:5
12:9,11,13,
18,22 13:14
18:10 30:6
40:11 41:1,
11,15 42:9
62:23 70:7,10
96:5,9 102:25
125:15
providing 8:1
42:21
PS 72:9
public 34:14
publication
50:22
publications
82:6 89:6,12
published
85:24
Puentes
23:17,24
pulling
126:22
punctuation
74:13,25
75:17,25
85:18
purpose 74:11
pursuant 31:9
put 4:7,8 5:4
39:17 112:18
113:25 116:2,
7 128:1

130:17
133:13,24

_____

Q

Qs 123:15
qualifications
116:20 117:18
Qualified
21:11
quantity
64:10,12
116:2,3
question
12:16 19:9,
12,14,17
21:24 23:8
24:15 34:24
35:22 37:16
38:9 42:17
43:12 44:1
48:19 51:6
52:25 53:1,7
54:15 55:3
56:11 58:4,6
61:8 65:5
66:3 67:7,19
70:5 72:17,25
75:21 76:14
81:12 83:25
87:10,11
93:18 97:25
100:10 104:13
106:11
107:14,22
115:12 116:14
119:16,25
120:1,3,22
121:9 122:14
129:15 131:10
133:18 134:9
questioned
44:22,25
48:24 49:5,11
51:2 52:18
58:12 59:8
64:22 87:20
100:23 103:16

questions
7:16 8:4
35:13 63:25
67:19 134:13,
18
quiet 108:9
quite 53:14
112:13 114:25
116:23 121:6
quote 74:12,
13
quotes 57:11
58:11

_____

R

R-O-B-E-R-T
6:15
rare 82:3
84:23 85:6
117:10
rarer 85:2
rate 113:4
115:7,14,16,
17,20,21,22,
25 116:16
raw 106:23
read 44:21,23
45:12 58:16
111:25 112:3
113:24 126:13
129:9
reading 54:8
57:17 77:19
78:18
reagent
116:4,8
real 27:5
67:10 68:11
realize
125:17
really 12:16
108:16 129:5
reason 7:18
16:23 22:16
99:14 100:25
101:14 113:23

114:5,23
128:20 130:5
**rebuttal** 4:22
**recall** 21:20
22:17 25:2
39:1,7 40:18
45:25 46:9
47:25 56:19
69:25 70:2
74:22 76:24
79:20 82:11
94:11 96:13
100:1,4
102:13 103:1,
12 112:21
131:7 133:4,6
**receive** 15:4,
17,22,25 16:5
35:24 131:19
132:7
**received**
13:8,12 15:8
16:3,9 96:15
126:14 127:20
131:21 132:5
**receiving**
16:21
**recent** 64:18
65:3,6,7,12,
13 66:5,20
67:21 68:3,4,
6,12,20 69:9,
10
**recently**
50:15
**recess** 24:13
55:16 92:10
93:15 132:19
**recite** 107:5
110:22
**recognition**
81:24
**recognize**
18:2 19:25
30:4 88:5
127:8,14
**recognized**
121:22

**recollection**
19:21 21:22,
25
**reconstruct**
11:10
**record** 4:8,
10,11,15,20
5:4 6:5,14,19
7:3 10:25
19:7 23:22
30:16 38:19
82:15,18
126:12,14
**recording**
4:14
**records**
11:14,21 22:1
25:10
**reductio** 82:3
85:3
**refer** 102:7
**reference**
20:22 44:12
47:18 50:24
77:20 98:13
99:25 100:9
112:16
**referenced**
43:15 75:5
77:10 101:15,
17 102:4
127:22 131:1
**references**
50:17,19,23
57:23 58:2
99:4
**referred**
29:16 33:2
46:15
**referring**
60:3 104:19
110:11,14
**reflect** 79:6
80:2 106:2
**refresh** 21:21
**refundable**
15:2,11,13,
17,22 16:9

**regarding**
21:1 30:19
31:8 34:18
35:21 36:12,
14 37:14
42:21 43:14
62:8 92:25
94:3
**regional**
105:25 106:7,
8
**regions**
106:13
**Reinalt-thomas**
121:17
**relates**
104:23
**relatively**
61:10 63:24
**releases**
128:12
**relevant**
35:11
**reliable**
55:20 75:17
76:1
**relied** 76:15
**rely** 59:12,14
**relying** 59:17
62:7,11
**remember** 25:4
38:16 76:21
94:14 101:18
110:22 132:4
133:1
**remotely** 5:23
**repeat** 6:18
7:11 11:6,18
27:11 29:7
50:2 93:17
113:7 116:12
**repeated**
116:15
**repeating**
115:25
**rephrase**
22:11 34:6
44:20 67:19

73:25 84:6
86:6
**replicability**
117:12
**replicated**
116:25 117:5
**report** 10:21
14:24 18:9,14
24:2 26:3,7
27:7 28:6
29:20,24
30:6,15,22,25
31:3,6 33:19
34:9,13 36:1,
10,20,22
37:8,14,21
38:14,17,20,
24 39:5,9,14,
18,20,22
40:1,6 41:17
42:1 44:5,17,
19 45:1,21
46:12 47:6,16
56:14 57:5,23
58:8,17
63:11,16,22
64:7 69:12
70:4,12 73:21
78:18 82:25
88:2 90:6
94:12,15,18
96:23 97:4
98:5,8,10
100:8 101:19
103:13
112:17,20,22
115:7 117:24
118:3,10
122:3,6,17,
19,23,24
125:8,23
127:22
128:16,21
131:1,6,15,16
132:10,11
133:9,12,16
**reporter** 5:19
6:9,12,17,22,
25 8:5 11:4,

7,25 12:2
16:13,18
58:16 66:25
68:13,17,21
74:11 93:9,12
105:8 113:8
124:15
**reporting**
5:22 6:3
**reports**   22:20
30:19 48:4
**represent**   4:4
9:14 36:19
74:23 79:6
**representing**
129:2
**request**   5:10
11:23
**requested**
9:22
**requesting**
5:8
**reread**   90:6
**research**
10:20 32:6
33:12,18,24
39:16 62:22
63:3,10,12,
14,15 67:5
74:20 75:15,
16,24 76:3
91:23
**respect**   37:25
86:2 103:3
**respond**   43:6
**Response**
89:22
**responsibility**
99:24
**responsive**
43:4
**rest**   108:19
**retain**   22:10
**retained**
20:23 21:15
131:22
**retainer**

15:2,11,13,
17,22
**retaining**
20:17 21:1
**retains**
105:22
**retention**
13:11 15:5
**retrievable**
70:6 101:22
**reveal**   37:10
**review**   47:24
48:2 89:13
128:4
**reviewed**
50:23 69:25
89:12 96:2,3
125:19 128:8
**reviews**   89:14
**revise**   133:9,
11,25 134:8
**revised**
133:16
**rewrite**   36:20
**Rickey**   28:25
**rid**   22:15
**right**   17:21
28:11 41:8
46:7 59:3
70:16,18
72:12 73:14,
23 88:18 92:6
99:8,12
104:21
107:16,25
112:22 118:23
120:1 122:24
133:24
**rights**   95:17
**Rivero**   4:4
**rlforensics@
outlook.com**
14:13
**rlforensics@
outlook.com.**
14:8

**Robert**   6:15
7:5 14:1,7
33:5 124:10
**Roche**   25:7
**Roger**   93:4,17
**role**   30:9
95:5
**rolling**
131:22,25
**Ron**   118:17,18
119:6 122:11
**room**   5:21
126:18
**Rosebank**
28:25 29:1
**router**   24:1
**routinely**
94:7 97:18
**row**   71:15
73:13 130:2
**rules**   7:25
30:20 31:10
86:17
**run**   74:7
106:5
**running**   36:5,
7

_____

**S**

**S-A-D-E**   33:16
**S-H-U-Y**   93:4
**Sade**   33:16
**said**   11:8
12:1,11,24
13:2 16:2
20:18 23:4
29:9 33:25
34:1 36:8
39:16 40:17
48:16 53:8
60:12,14
63:13 65:23
71:9 75:8
78:8,14 87:8,
22 89:1 90:13
91:4,14,15

93:20 95:21
101:23 102:1,
2 107:4 108:4
110:23 111:19
112:13 113:1,
8 114:11
130:5
**same**   25:20
29:6 31:7,16
32:20 37:22,
23 40:19
41:18 43:17
46:2 51:6,11,
14 53:2,4
64:21 65:14
67:8,9,10,13
68:3,8,25
69:8 84:4
91:17 97:25
99:17 104:22
107:15,22
109:25 115:25
116:12,13
117:8,9
130:11 134:5
**SANS**   72:10
**satisfied**
68:11,18
**save**   88:20
**saving**   9:4
**saw**   48:5
96:19 113:16
114:5 128:11
130:18
**say**   6:13
14:19 15:19
17:7 19:5
23:3 31:25
36:17 37:3
44:23 45:3
48:11 51:12
58:1,15 60:6,
20 63:17 65:8
67:8 68:24
69:7 70:25
76:11 78:5
81:20 82:12
83:10 89:16
90:9,12,17,23

104:10,19
105:18 112:25
113:24 114:5
116:19 117:20
118:20 123:3,
14 131:25
132:23
**saying** 52:17
53:12 60:6
72:23 83:6
102:3 116:24
131:2 133:24
134:4
**says** 9:16,20
12:21 13:11
14:1,7,22
15:1,10 16:21
18:18 20:6
40:10,19 41:8
42:3,6 44:12,
13 46:18
52:10,11 65:2
66:22 70:14
72:9,12 78:3,
6 97:9 99:7,8
100:14 105:4
106:20,21
112:23 124:10
125:22
**scene** 67:10
**Schedule** 9:20
12:7
**Schiller**
24:24 25:12,
19,23
**science** 81:22
116:16
**sciences** 28:3
115:23
**scientific**
52:2,15
**scientists**
29:10 52:5
81:23
**scope** 10:19
**screen** 12:5
13:5 20:9
24:9 111:6

124:23 134:21
**scroll** 9:19
14:4 19:23
20:3
**search** 73:20
79:13,19
105:22 106:5
107:2,3,16,19
108:1
**searches** 36:7
73:17 103:7
105:13 108:5
**searching**
106:25 107:17
108:2,8
**sec** 123:8
127:6,18
**second** 5:3
48:14 68:17
92:2 101:10
122:20,23
131:4 134:21
**section** 20:12
45:9 46:24
47:10 57:14
59:17
**see** 8:10,12,
21 9:5,20,22
10:3 12:6,20
14:2,8 17:1,
7,10 18:18
20:6,10
23:10,11,12,
15 25:10
26:5,25 28:1
40:10,19 42:6
44:11 46:16,
18,20,22
51:19 52:7,12
61:12 65:2
70:9,14,23
71:7,23 72:8,
13 77:10,11
78:3,6 85:5
88:2,4,15
97:7 98:14,24
99:3,8,12,13,
19 100:14,16,
22 101:3

103:19 106:20
109:4 111:9
113:11,14
116:7 117:8
125:4,8,22
128:18
134:20,22
**seeing** 10:1
17:18 24:2
124:22
**seek** 27:25
29:14
**seem** 17:3
56:6 76:21
101:18 108:14
**seems** 74:18
**seen** 76:3,6,
12 84:16
86:19 110:18
111:19
**select** 82:24
**semantics**
67:5
**Sematic** 89:19
**semicolon**
74:12
**send** 10:9
131:7
**sense** 94:16,
19 100:10
131:6
**sent** 12:12
14:16 88:20
126:12 132:13
**sentence**
40:11 41:13
76:7,13
**sentence-final**
74:13,24
75:17,25
**Sentence-
initial** 78:25
**sentenced**
122:15
**separate**
20:12
**separately**

35:5
**series** 49:19
**serving**
133:16
**set** 5:15 21:2
35:2 56:19
57:11 61:16
82:25 106:20
117:8 132:21
**sets** 83:6
132:4
**setup** 58:10,
12,23 59:2,4,
7,25 60:7,8
61:13,14,24
62:1 63:23
85:5,15
**setup/backup**
57:11
**seven** 44:7,8
70:14 71:14
73:16 100:10,
19 101:9
103:13
**several** 63:13
71:14 73:13
76:23 91:14,
18
**share** 12:5
13:5 94:10
118:22 123:4,
10 134:20,21
**Shaun** 33:17
**she** 32:20,25
33:4 121:22,
24 122:5
**she's** 122:2,8
**sheets** 10:24
12:21 13:1,3
**short** 69:7
**should** 19:8,9
21:2 25:10
28:13 35:4
65:19,20
72:25 73:2
74:8 91:14
97:23 99:16
113:25 125:24

**show** 50:6
63:23 72:3
81:16
**showed** 124:12
**shown** 61:19
**Shuy** 93:4,6,
17,19 94:22,
25 95:5
**sic** 31:23
**sides** 122:13
**sign** 24:10
**signature**
14:2 30:13
**similar** 43:23
53:13 81:16
112:10
**similarity**
81:17,19
**simply** 9:5
23:22 63:21
**simultaneous**
11:13
**since** 27:4
126:12
**single** 24:3
43:22 50:4
53:8,9,11
61:13 63:23
69:18 84:14,
18 128:15
**sitting** 63:7
**situation**
68:9
**six** 14:4
40:7,9,10
44:5,6,9
45:21 71:25
89:4 122:17,
19 123:7
**size** 20:9
**skipped** 71:22
**smart** 43:23
**smiley** 74:11,
17
**so** 4:10,14,
19,24 7:11,25
8:4 11:13

14:23 15:1,
10,15,21
16:5,23 19:1,
17 20:2,25
23:9,19,21
24:9,15 25:9,
22 30:5 35:8
36:2 38:2
42:17 47:16,
19 48:5 51:15
52:9,17 53:18
55:11 56:2,8,
25 61:12,24
62:16 63:6
65:23 66:3
67:7,17 68:4,
7,10,15,17,24
69:2,4,7 70:9
72:23 73:5,8,
12 75:4 76:19
81:9,19,24
83:12 85:7
86:14,17,18
89:25 91:19,
23 94:7,19
95:4 96:5,18,
19,20 97:20
98:4,19
101:5,14,23
102:3,6,21
104:18 106:5,
10,11 108:7
110:14 111:24
114:1 116:16
117:12 118:18
121:12
122:21,22
124:23,25
125:3 126:15
128:16 129:3
130:5,17,25
131:4,9
133:6,9
**so-called**
62:20
**sociolinguisti
c** 27:1 67:6
68:1,7 69:5,6
85:22 87:18

**sociolinguisti
cs** 26:23
27:14 67:6
116:11
**some** 16:23
22:15,16,17
53:10 73:1
74:20 82:1
86:12,22 91:5
107:23 125:8
128:20 130:6
**somebody**
43:25 56:18
**someone** 19:5
43:22 64:3
128:14
**someone's**
56:24
**something**
19:5 21:21
25:25 39:16
48:12 53:10
60:6,20 68:14
82:11 84:15
85:5 90:13
91:18 95:14,
17
**sometime** 55:3
**sometimes**
11:9,15 25:10
53:12 69:4
84:14
**Somewhat** 8:2
**somewhere**
73:11
**sorry** 11:5,8,
18,25 15:19,
20 19:10 28:7
36:13 37:24
41:23 45:2
47:19 48:11
54:15,21
58:16 60:19
66:25 67:18
68:13,14
70:16 73:8,22
75:2,18 78:12
80:19 87:5

90:12 93:10,
13 99:10
101:10,12
113:6,7
122:18,22
123:6 124:22
132:23
**sort** 61:20
128:11
**sound** 69:2,4
**sounds** 97:18
**South** 28:24
**space** 106:20
**sparrow** 53:9
**speak** 16:23
85:17 91:18,
20,25 94:7
96:21
**speaker** 68:8,
9
**speaking** 43:5
61:11 95:25
**speaks** 102:23
**specific** 40:3
50:13 83:13
**specifically**
38:3 39:15
82:6 110:14
**specify** 17:14
**spell** 6:13
33:9 80:19,22
**spelling**
85:18
**spent** 10:25
11:9 12:21
**spoke** 83:10
91:24
**spoken** 38:17,
20
**spreadsheet**
127:1,5
128:5,21
129:7,11,13,
18,21 130:2,
7,19 131:2,19
**staff** 32:2

stand 91:24
standard
14:16 52:9,14
86:6,7
standardizatio
n 86:1
standards
50:25 51:10,
22
start 4:10
98:19
starting
98:25 131:22
state 14:24
20:6,12,18
21:11 47:6
57:22 69:19
79:23
stated 7:2,10
statement
6:8,11 61:9
112:18
113:11,17,21
114:1
statements
42:6 43:14
States 106:10
stating 6:4
stay 5:11
Steven 40:13
45:18
still 72:20
75:13
stop 12:5
story 5:6
strangled
80:14
strengths
93:8,11,12,21
Strike 29:2
87:5,7
string 53:20
strings 36:6
50:6,7 51:14
53:16 57:3
strong 96:20

stronger
84:13
studies 27:4
style 55:20,
22 56:4
stylistics
26:13
subcorpus
48:1 61:18,25
subject 104:7
117:25 118:4
succeeding
77:17
such 37:11
57:23 73:20
sufficient
46:11 49:12,
16 51:3 52:19
63:22
suggested
116:17
suggests 54:5
70:9
sum 54:8
summary 83:16
summer 53:9
superior
45:14 81:10
116:24
support 32:1
supports
75:24
suppose 27:3
81:17 102:9
supposed
24:20
Supreme
116:18
sure 4:18
8:13 22:21
25:21 34:14
37:17 38:10
42:23 43:8
48:5 54:24
59:14 60:21
61:4 68:16
76:10 79:17

80:21 81:5
84:5,8 86:13
90:22 94:19
96:7,25 101:7
111:5,7 112:8
113:13 121:15
126:8
suspicion
80:16
Swahili
89:19,22,23
sworn 7:6
syntax 106:25
107:17,19
108:2,8
systems 33:8,
11,13 89:19

---

**T**

T-A-N-Y 31:23
table 56:9
58:20,22
59:5,20,23,24
61:12 64:14,
21 65:3
69:19,24
70:22,25
71:7,8,17
72:3,8,24
73:7,9 74:23
75:4 77:9,10,
12,19,25 78:2
79:3,6,23
80:2 97:6,9,
12,15 98:2,4,
13 99:7,22
100:14,20,22
101:4,11,12,
13,16,17
102:11
103:15,19
106:18 125:24
tables 97:21
104:22,25
TAG2 125:22
TAG3 125:22

take 8:5
17:6,19 19:23
21:10 23:25
40:6 48:6
58:19 74:20
78:1 92:5,9
98:7 99:18
100:8 101:16
109:2 110:24
111:24 112:22
116:1,3
119:12 120:17
121:10 130:4
taking 5:12
8:25 9:13
74:12 126:9
talk 12:6
34:25 64:24
67:2 81:23
talked 4:10
102:17
talking 81:22
103:11 108:1
talks 70:14
Tanya 31:23
32:24 34:4
36:25 39:4
91:9 102:18
104:20 107:6
tasked 36:4
tasks 133:7
teach 24:3
32:7 119:5
teaches 32:21
technical
40:24 81:5,9,
11,19 84:20
Tecum 9:1,14
Ted 33:16
telephone
37:7,19
38:13,23 39:4
tell 14:21
15:7 20:11
26:20 28:16,
20 34:17
35:25 39:25
42:18 57:2

59:1,22 67:23
72:15 80:9
88:23,24
90:14,23
103:4 106:25
110:2 112:14
120:17 121:2
131:18
**telling** 4:9
133:21,23
**ten** 46:25
47:16,19,20
57:5 58:9,20
64:5 77:6
97:4,5,6
**tentative**
133:6
**term** 40:24
54:1,2,3 56:4
74:18 80:6,
11,16 81:5,9,
11,19,24 82:7
84:20 95:16
**terminology**
85:9
**terms** 61:19
133:10
**test** 117:9
123:16
**testified** 7:7
19:18 21:16
22:1 121:5
**testify** 21:15
117:18,20
**testifying**
17:8
**testimony**
5:25 6:19,20
7:1,19 8:1
20:7,13,19
21:2 46:6
116:21 117:13
**Texas** 76:17
77:1
**text** 49:12
51:2,3 52:18,
19

**than** 25:13,24
59:20 61:21,
23 64:25 69:1
82:3 83:4
95:24 102:23
108:19
**Thank** 5:16
10:2 17:5
22:3 24:11
45:5 55:14,15
61:7 82:20
92:9 93:12
108:24 109:5
129:14 132:18
**that** 4:5,6,
16,23,24,25
5:1,4,5,8,10,
20,22,23
7:11,12,18
8:3,5,14,23
9:14,15,20,
22,25 10:3,
10,18,20
11:6,14,18,
23,24 13:14
14:2,7,8,10,
12,23 15:13,
15,21 16:9,21
17:1,3,9
18:10,23,25
19:19 20:19,
21 21:6,20,
21,23 22:11,
15,17 23:20,
22,23 24:2,3,
5,6,7,19
25:10,24
26:4,24 27:2,
6,8,12,15,19,
22 28:2,4,8,
11 29:2,9,14,
16 30:2,6,13,
18 31:1,8,12,
15 32:1 33:3,
6,9 34:7,14
35:4,9 36:10,
11,21 39:14,
15,17,19,25
40:15,16,17,

19,20,21,24
41:1,3,4,8,9,
10,11,15,20,
22 42:3,6,9,
12 43:14,16,
20,23,25
44:20 45:8,9,
15 46:5,8,9,
10,22,25
47:1,3,5,7,9,
10,18 48:9
49:10,19
50:4,5,10,14,
15,20 51:1,
14,19,23,24
52:4,9,10,11,
13,17,20,22
53:1,6,7,8,
10,12,15,19,
25 54:5,6
55:12,18
56:12,16,18,
20,23,25
57:1,3,12,15,
16,19,22
58:1,3,13,15,
24 59:5,8,16,
24 60:4,5,6,
13,16 61:8,9
62:3,23,24
63:10,15,16,
17,23 64:1,
10,17,21 65:8
67:23,25
68:10,14,18,
20,21,24
69:4,7,15,19,
24 70:4,5,9,
20,23,25
71:7,14,15,
18,23,25
72:12,13,23,
24 73:1,15,
17,19,25
74:2,14,17,20
75:16,24
76:13,21,22
77:7,10,19
78:5,25 79:4,

23,25 80:22
81:6,10,15,
24,25 82:1,2,
4,6,9,15,20,
25 83:4,6,10,
11,14,19,22
84:1,2,6,10,
19 85:3,5,6,
7,9,12,21,24
86:1,6,7,8,
16,19,21
87:1,4,5,6,9,
13,21 88:16,
18 89:6,12,14
90:21,22,25
91:23,24
92:19 93:7,25
94:16,19
95:1,22 96:8,
15 97:7,9,16,
17,18,23
98:12,14,24
99:8 100:22
101:2,19
102:1,3,8,17,
23,25 103:17
104:7,9,13
105:1,7
106:8,20
107:7,9,14,
19,23 108:1
109:11,24
110:5,12,18,
24 111:9
112:11,18,21,
23 113:3,4,7,
11,14 114:2,
5,17 115:18
116:5,8,9,17,
19,23,24
117:3,8,10
118:2,3,6,10,
11 119:16,17
120:17 121:5
122:3 123:5,
12,15,23
124:5 125:4,
9,15,17
126:2,11,12

127:19,22,25
128:4,11,13,
18 129:15
130:2,4,10,
12,18,20,21,
25 131:2,5,6,
11,14 132:9,
12,16,23
133:1,5,22
134:7,9,12
**that's** 4:9
5:9 12:16
17:2 21:3
23:4,22 27:6
28:3 29:3
34:24 35:3,13
38:4 41:6
46:7 48:16
50:22 53:19
55:6,13 58:6,
21 60:9 61:20
68:4,19 75:9
77:25 84:16
85:14 86:17
87:18 88:19
89:10 97:12
101:21 102:2
108:23 110:16
114:11 117:12
121:6,19
122:25 130:22
133:6 134:2,4
**their** 6:1 7:3
29:13 34:12,
23 35:1,6,21
56:19 61:23
76:4,20 107:5
**them** 20:17,18
22:10,21,22
34:15 35:23
36:4 39:12
46:17 50:16,
17 61:15
82:14 83:15
91:11,20,24,
25 92:22
96:19,20
105:16 123:16
128:9,10

129:24 130:2,
19 132:7
**themselves**
51:17
**then** 13:9
14:1,17 29:12
36:18,20 41:8
42:5 52:6
57:2 65:20
83:3,15
87:10,20
98:2,7 100:25
101:9,20,25
104:8,14
106:11,21
116:3 117:9
119:22 121:1
123:16,24
130:20 131:7
**theoretical**
67:5 81:8
**theories**
29:13
**theory** 26:17,
20,22 27:12,
24
**there** 5:17
7:18 8:19 9:6
14:17 18:18
19:17,22
20:24 21:13,
21 22:4,15
24:13 27:15
28:13 30:12
33:13 35:20
38:1 39:16
45:6 50:19
51:22 52:22
55:16 57:6,7
58:2 59:16
60:5 62:14,22
63:2,6,14,15
64:14,16,18,
21,24 65:2,5,
11 66:3,4
67:20 68:2,3,
12,25 69:9,10
70:4,18 72:24
73:3,24 74:4

75:13,15,24
76:19,21
78:11,23
79:10 80:9,17
81:3 82:5,8,
9,10,11,12,21
83:18,25 84:9
85:11 86:1,6,
7,14,16 87:21
92:10,19
93:15 94:17
95:1 96:8,15
97:12,15,20
98:22 99:3,14
100:25 101:14
106:15,19,23
107:23 108:22
110:4 113:23
114:17,23
115:2 116:7
128:20 130:5
132:19 134:23
**there's** 21:13
23:7 53:10
59:7 63:6,13
69:4 70:22
73:1 77:9
85:13 97:6,20
98:4,13
104:25 106:23
107:24 133:2
**therefore**
43:21 128:1
**thereof** 93:8,
9,21
**THEREUPON** 7:4
**these** 20:11,
16 21:1,5
27:3 28:16
29:4 33:23
34:25 36:24
51:15,17
59:11 69:25
72:20 81:15
85:23 86:2
103:22 104:15
111:21
125:11,14,18
128:4 129:10

131:5
**they** 5:23
20:18 25:24
28:20 29:10,
11,12 32:1
33:15 42:4
46:3 51:18
52:5 61:21
67:8,9,10,11
68:24 69:8
82:4 85:2,16,
25 86:20
89:14 93:3
94:5 95:25
99:16 104:4,5
105:7 113:24
114:6,7,25
116:19 125:25
128:11,12,13
131:1 132:1
**they'd** 34:14
**they're** 4:11
21:8 32:3,4
35:2,5 53:13
85:16
**thing** 5:3,10
9:14 52:10
56:20,22
62:12 67:8,14
68:21 73:20
88:16
**things** 4:8,
10,15 19:22
72:9 85:19
87:23 91:22
114:5 115:22
133:13,21
**think** 25:1,9,
22,24 28:12
34:21,25
35:2,3,4,11,
12 44:8 46:8
50:24 63:19
65:19 71:21
73:5 74:10
76:17 82:14,
16 84:21 85:8
90:21 91:4,17
92:5 94:9

95:4 109:9
113:25 115:2
119:6 120:12
128:10 129:6
132:16
133:17,20,23,
24 134:4
**thinking**
50:17
**third** 52:11
**this** 5:20,22,
25 6:2,3,19,
20 7:1 8:25
9:8,9,13,15,
23 10:6,16
11:16 12:10,
12,22 13:13,
14,18 14:15,
24 15:3,5
17:11 18:2,4,
9,10,11,16,24
19:2,20 21:5
22:23,24
24:16,23
25:6,11,17
26:7,12,18,21
27:16 28:2
29:3 30:4,6,
7,15,21,25
31:3,5,23
34:9,13 35:21
37:8,21
38:14,17,20,
24 39:5,11,
13,20 42:19
43:15 46:14,
16,24 48:3
50:20 51:6,
12,25 52:18
53:15,17
54:24 56:14
57:14 58:8,19
59:11,14
60:3,11 62:8
63:21 67:25
68:7 69:21
70:4,7,25
71:13 72:3,15
73:3,17 74:4,

12,23 75:16
76:15 77:6,12
78:16 79:7,
10,13 80:2
82:1,5 85:12,
20,21,25
88:5,7,9,14,
21 89:6,12
91:20,25
92:13,16,17,
18,20,25 94:3
95:2,6,12,20
96:3,16
98:10,12
99:5,22
100:9,25
101:13,14,18,
19,21 102:3
103:5 107:1
111:1,11,16,
18,20,25
112:10,17
113:2 114:6
115:8,16,18
116:13,19
117:6 118:2
122:3,5,21
123:13 124:13
125:3,7
126:5,13
127:8,9,14,
16,19,21
128:5,21
129:2,7,21
130:18 131:7,
15 132:22,25
133:8
**those** 4:15,20
12:23 30:20
34:18,24
40:17 44:16
52:7 85:15
86:16,18
87:15 91:8
104:14 105:6
107:10 134:13
**though** 10:1
**thought** 43:20
75:8 101:12,

19,24 110:16
123:25
**thread** 105:10
**threads** 40:20
41:3,9,20
45:15
**three** 9:19
20:3,9 33:25
34:1 36:24
48:8,23 49:3,
12 51:3 52:18
53:17 64:10
98:11,16,19
102:16,17
105:17,18
107:4
**threshold**
83:18,25 84:9
**through** 11:10
19:24 35:23
51:16 69:18
83:15 89:2
90:6 104:6
106:6 111:25
116:23 129:24
130:19,24
**thrust** 134:9
**time** 9:16
10:23,24,25
11:13,21
12:21 13:1,3
15:3 18:23
22:1 54:10,25
87:2,14,19
92:1 111:25
126:10 130:20
132:22,24
134:5
**times** 25:2
38:16,19
39:1,7 45:23
46:9 52:4
53:8 62:3
91:19 116:1
117:19
**title** 77:25
**titled** 20:12
74:2

**to** 4:7,8,15,
20,24 5:1,4,5
6:2,3,8,10
7:11,18,19
8:8,13,14
9:8,9,17,19
10:8,20
11:23,24
12:1,5,12,16,
18,23 13:14,
18,23,25
14:2,4,6,20
15:8,10 16:20
17:3 18:3,4,
9,10,14,16,24
19:4,11,21,23
20:3,18 21:4,
15,23,25
22:17,21,23
23:6,21 24:8,
9,15,20,23
25:6,11,14,
17,23 26:2,
14,17,24,25
27:2,9,21,25
28:5,13 29:8,
14,16,19
30:2,11,17,
18,21 31:9,10
33:2,3,21
34:20,21,22,
25 35:3,12,
15,22 36:3,5,
8,9,15,16,19
37:9,10,13,
15,25 38:3,5,
6,8 39:17,21
40:2,12 41:1,
9,11,12,16,
21,23 42:1,5,
10,14,17,22
43:4,6,11,18,
21,24 44:6
45:1,17,22
46:3,12,15
48:10,14,15
49:1,4,7,9,14
50:7,9,14,25
51:3,5,9,14,

16,24 52:1,
19,21 53:6,11
54:6,14 55:2,
21 56:1,6,7,
8,9,17,18
57:4,5,22,23,
25 58:1,2,14
59:17,18 60:3
61:1,7,14,15
62:2,5,7,10,
20,22 63:5,
19,23,24
64:2,5,7
65:5,9,18,19
66:11,21
67:1,2,9,18,
24 68:9 69:2,
3,12,18,19
70:12,13,22,
25 71:5,8,21
72:19,20
73:6,10,17,
20,21 74:7,18
75:18,20,25
76:2,21 77:4
78:22 79:13,
15,19 80:10,
12,15,19
81:3,6,13,22,
23 83:1,19,21
84:2,10,12,
18,19,23,24
85:4,9,24
86:2,4,10
87:10,19,24
88:2,9,19
89:2,3,4,11,
13 90:2,12,22
91:18,20,24,
25 92:2 93:7,
17,20 94:7,8,
9 95:3,8,9,
13,14,15,17,
19,25 96:10,
11,20 97:4
98:13,15,16
99:24 100:2,
9,10,19
101:5,6,9,18

102:6,7,8,12,
20 103:3,6,8,
13 104:19,23
106:4,6,11,
15,25 107:1,
5,9,11,15,19,
23,25 108:3,
7,9,14
109:21,25
110:6,11,14,
25 111:1,11,
23,24 112:1,
10,12,21,24
113:1,14,25
114:1,3,4,5,
24 115:1,11,
14,24 116:13,
19 117:8,11,
16,18 118:5,
12,14,20
119:10,15,16,
17,18,19,21
120:1,2,5,19,
21 121:2,5,9,
12,23 122:4,
15 123:2,3,9,
14,15,18
124:2,13,19
125:4,11,18
126:5,6,9,10,
18,21 127:9,
23 129:1,3,4,
5,15,22,24
130:1,8,16,
17,23 131:3,
18,20 132:13,
21,24 133:7,
11,18,24,25
134:8,19,20
**today** 7:12,
15,20 9:1
63:7 131:12
**today's** 19:3
90:2 91:6
**together**
32:6,7 51:18
91:23 94:21
**told** 98:16
101:20,24,25

107:20 129:2
133:1
**ton** 63:2
**Tonya** 105:19
**too** 8:14 55:5
57:8 58:21
96:24 121:13
**took** 46:25
57:15 128:10
**top** 11:22
18:18 25:23
42:3 46:20
47:20 57:15
70:2 80:21
88:18 97:6
108:11
**total** 54:8
62:4 117:12
125:24
**totally**
113:19 117:7
133:10
**touched** 44:3
**towards** 78:2
**track** 11:21
**tracked** 10:22
**trademark**
118:18,22
119:9 120:18
**trained** 52:4
**transact** 65:7
**transactions**
64:19 65:3,6,
7,12,13 66:5,
6 67:21,22
68:3,4,6,12
69:9,10
**transcript**
22:18
**transcripts**
22:8,13
**transparent**
117:7
**trial** 17:8
19:19 21:16
46:6 120:21
132:22,25

133:2
**trials** 81:1
**triple** 122:14
**trouble** 10:1
124:22
**truth** 67:11
110:2,3
112:14
**truthful** 7:19
**try** 8:18
22:21 46:15,
18 47:17
48:7,9,14,22,
23 49:3,4,6,7
55:18 56:12
79:19 119:17
134:20
**trying** 5:5
26:25 42:17
43:4 53:3,6
56:17 61:7
63:24 67:1
80:15 90:12
106:4 126:5
130:16
**turn** 13:23
28:5 30:11
42:1 44:5
45:1 46:12
57:5 69:12
70:12,22 71:5
73:6 78:22
89:4 100:19
101:9
**turned** 87:21
**twenty** 47:13
**twice** 116:13
**two** 12:20
14:23 15:1
21:10 48:24
49:6,11 50:15
51:1 52:17
53:18 57:10
58:9 59:13,17
60:1 61:16,17
62:5 64:16,21
81:1 87:22
90:22 107:18

113:15
two-word 62:2
type 50:20
  51:25 76:15
  85:12,13,25
  115:17
types 85:21,
  23
typically
  54:10 62:15,
  17 84:25
  96:17

_____

U

U.K. 32:23
Uh-hum 9:18
  101:13 120:15
Uh-um 99:1
ultimately
  100:7
unclear 120:2
under 6:1,22,
  24 7:1 20:12
  21:11 30:20
  48:7 57:10
  58:9 59:8
  73:15 101:1,
  15 102:4,5
  103:16
understand
  4:5,6 7:12
  8:14 42:20
  105:2
understanding
  134:12
understood
  61:8 81:14
unfair 34:25
  35:3,9
uniform 50:25
  51:9,22
unique 60:10,
  11,12,14
  61:9,10,11,21
  62:8

United 106:10
universe
  121:6
university
  32:8,11,13,
  16,22 33:1
unless 5:11
  19:8 40:24
  65:18 119:19
unlike 56:25
unstable
  16:22
up 16:23
  24:19 26:6
  38:5 61:16
  62:22 64:6
  92:3 97:17
  103:22 106:21
  113:6,12,19
  114:7 115:3
  119:12,13
  120:7 124:12
  126:5,7,9,10,
  22 127:1
  129:5 134:19
updated 9:13,
  15 88:14
updates 18:16
upon 44:3
  76:15 112:19
  113:2
upper 69:3
us 11:24 12:9
  18:10 57:2
  70:5 80:22
  83:7,8 94:18
  107:10
use 29:10
  56:5 62:15,
  17,20,24,25
  63:17,18 68:1
  73:1 76:4
  85:9 110:20
  114:1,4
  132:14
used 27:16
  29:4 54:9
  56:14 61:19,

21,22 69:15
  72:1 75:25
  76:7 79:24
  80:6,8,11,16
  81:4 85:12
  86:7 107:1
  115:7 118:2,
  10 122:3
useful 56:19
  68:5 83:19
  84:2,10
  119:18
user 105:22
users 47:18
using 27:13
  40:24 63:14
  76:13,20
  86:19
utterance
  69:1
Uyen 72:13

_____

V

valid 55:19
  76:1
valuable
  86:15
vanishingly
  85:6
variability
  105:25
variable
  68:7,8
variables
  69:6
variation
  28:4 68:2
  83:4 85:21,22
  87:19
variationist
  26:22 27:1,14
  67:6 116:10
variations
  85:13 106:2
varies 27:5

variety 47:14
various 69:20
  117:19
vary 51:14
  68:8 86:16
vast 120:20
Velvel 17:15
venture 33:4,
  7 94:23,24
verb 57:11
  60:1 61:16,23
  63:23 106:21
verbal 62:2
  89:20
verbally 5:25
  8:4
verbs 60:7
  61:14,19,22
  85:17
versions
  69:25
versus 85:17
very 5:13
  8:7,24 13:24
  17:2,21 19:13
  24:22 26:11
  28:15 30:3
  36:2 43:9
  46:13 56:15,
  20 60:9 67:7
  68:20 69:3,13
  85:7 87:18
  90:1 111:20
  112:9 114:5,7
  115:10 116:19
  118:19 119:3
  123:1 128:13
  132:18
viable 83:19
  84:2,5 85:9
video 4:14
  5:8,11 24:4
  37:7,20
  38:13,23 39:4
videotape 5:5
videotaped
  5:7

**virtually**
52:3
**virtue** 117:18

---

**W**

**W-I-N-G** 31:20
**Waco** 76:17
**wage** 14:17,
19,21,25
**wait** 4:12
20:8 48:14
49:22 68:17
120:24
**waive** 6:2
**want** 4:7,8,20
5:4 9:19
16:20 19:23
23:21 34:14
35:14 56:7,8
69:2,3 73:10
82:15 88:9
89:2 95:3
98:15 107:5
111:1 113:14,
24 117:21
119:15,16,19,
21 121:2,9,12
123:2 124:13
126:8 127:9
129:5,24
130:1,23
133:18 134:19
**wants** 35:12
**was** 4:9 5:4,
17 7:6,7 8:19
9:6,10,15,16
10:13,19,20
12:11 13:20
14:18 15:13
16:4 17:13,17
18:6,10 20:19
22:1,4,17
23:23 24:13
27:2,12 28:21
29:4,21 32:9
39:17 40:11
41:1,11,15

42:9 43:20,23
45:20 46:11,
20 47:5,25
50:16 52:4
55:16 56:18
60:3,22 61:7,
8 68:21 70:10
76:18,19
82:21 85:7,24
87:19,21
88:11,14,19
90:12,13
92:10 93:5,
15,18,25 95:5
96:20 97:15,
16 99:24
100:6 101:20,
24 102:11,25
103:1 107:1,
20 111:13
116:17,23,24
122:14 123:3,
9,12,14,25
124:6,16
126:12 127:11
129:2 131:22
132:19
133:17,22
134:9,23
**water** 116:2
**way** 7:15 27:5
43:17 51:15
53:7 60:3
81:6 82:14
93:7 94:17
106:15 112:19
116:9 117:6,
14 119:17
**we** 4:9,10
5:1,12 6:10
10:11 11:23
20:19 24:19,
21 26:5
27:21,22,23,
25 28:2,22
32:6,7 33:4
36:2,3 37:5
42:19 43:5
46:12 49:2,5,

19 51:16,19
52:4,6 53:15,
17 56:20,23,
24 57:2,5
58:19 59:25
60:6 61:12,
15,20 62:1,2,
4 64:1,19,24
68:1,5 70:16
73:6,8,19
74:9 75:11
78:20 79:21
82:1,25 83:9,
10,11,14
85:5,14,21
91:22 92:5
94:21 98:19
101:12,19
102:17 103:23
104:6,12,17,
19 105:9
110:24 113:6
115:8 116:10,
22 117:21
122:13,18
123:6,24
126:6 127:19
128:14 129:18
130:12,16,17,
18,20,21
131:6 132:2,
12,16
**We'll** 55:12
92:7
**we're** 5:7
47:19,20 73:6
75:13 94:20
103:11 108:1
120:5 126:5,
17 133:25
**we've** 44:3
98:12
**weak** 24:2
**Web-based**
47:8,11
**website**
106:16
**welcome** 82:17

**well** 12:15
32:6 36:2,11
39:12 40:23
42:17 46:1,7
48:4 56:5
62:15 70:6,7,
10,15 73:6
81:21 84:13
85:1,22 86:11
87:22 89:1
91:22 94:7
95:14,24 99:7
100:7 102:9
103:9 112:23,
24 117:6
118:18 119:16
128:9,23
129:9 130:4
133:6,9,17,19
134:19
**went** 16:2
70:13 83:14
**were** 5:12
11:3,23 17:16
25:11,17,24
42:4 43:5
66:24 70:7
76:21 83:8,9
89:12 94:5
95:25 96:5,9
101:12,20,24,
25 102:24
104:13,16
105:6,7
107:15,25
108:19 110:16
116:19 117:24
120:18 122:13
125:25 128:11
130:16,21
**weren't**
128:12 131:5
**what** 4:9 9:19
10:13,19
11:20 13:10
14:1,21
18:17,25
20:19,21
25:4,21 26:24

27:12,19 28:4
29:4 31:25
32:5,10 33:3,
6,11 35:6,14,
19,23,25
36:6,18 38:4
42:15,18,20
43:8 45:11
46:14 47:23
48:16 49:18
50:10 52:5
53:8,23 54:4,
12,20 55:22
56:8,22
59:15,22,23
60:3,12,13,16
61:9,20 62:1,
3,14,17,20
63:12,22 64:6
65:23 66:9,
13,18,20,22
67:8 68:1,10,
18 74:18 75:2
80:9,23 81:7,
9,11,14,22
83:16 84:6,16
86:22,23
87:7,8 88:1
89:1 90:5,19
91:16 92:14
93:5,9,18
95:12 96:11,
18 101:23
102:1,2,7,24
105:8 106:1,
25 107:19
108:12 109:24
110:11,16,23
113:14 114:19
115:13,20
116:4 117:3,
11 118:14
119:8 121:2
123:6,19,25
124:3,5
126:12 127:16
129:2,3,7,18,
21 131:2,18
133:11,20

134:4,22

**what's** 59:1,
20 95:16 99:6
114:14
115:16,17
124:9 126:17

**whatever**
36:20 55:3
85:6 88:19
117:9 118:8

**when** 10:16
14:19 17:16,
24 18:13,15
29:10 31:25
37:3 39:15
42:20 48:4
56:9,17 60:4,
10 67:7 78:17
82:12 89:16
90:9,23 93:25
95:21,25
104:10,19
105:18 106:5
115:16
125:14,17,19
131:22,25
132:14 133:2

**whenever**
54:22

**where** 9:16,20
12:20 14:1
17:7 19:18
20:6 40:10,19
44:12 45:19
46:14,18
47:16 48:22
52:3 58:21
65:2 68:19
70:16 72:1,9
73:8 75:11
78:3,6 80:10,
14 81:3 85:20
99:8 100:14
102:4 105:4
116:22 122:14
125:22

**whereas** 62:18
119:6

**whereupon**
5:17 8:19
9:6,10 13:20
18:6 22:4
24:13 29:21
55:16 77:2
82:21 88:11
92:10 93:15
111:13 124:16
127:11 132:19
134:23

**whether** 5:6
34:22 35:5
56:18 62:8
87:1,13 95:15
99:11 107:18
117:11 123:3,
10 132:10

**which** 25:10
26:20 28:1,7,
20,22 39:9
44:5,21,23
45:2,20 47:12
48:22 49:4
50:17 52:7
53:17 61:8
62:2,5 65:18
73:16 74:10
77:10 89:17
98:17 100:23
101:16 105:7
106:8 119:13
120:2 129:20

**while** 24:1
58:17 72:9
126:11 130:4

**who** 14:15
18:10 20:21,
23 30:15
31:12,15,19,
22 32:19,24
33:15,23,24
54:8 62:16,18
64:3 81:21
82:13 92:17
93:3 102:11,
13 103:22
105:16 107:3
108:13 114:25

117:5 121:20

**Whose** 99:24

**why** 10:10
15:10 17:2
20:11 42:18,
19 58:19 68:4
75:9 86:17
87:9 97:17
99:14 100:25
101:14 110:24
112:3,6
113:23 114:23
119:20,21
128:20 130:5
133:6

**Wi-fi** 24:2

**widely** 56:15
80:6

**wife** 78:3,6,
20,21 80:14

**will** 5:22,24
6:12,17 8:18
16:25 17:2
21:10 24:4
30:17 37:9
53:7 67:12
77:13 78:3,6,
16,20 85:25
104:14 117:20
120:3 127:6
129:4 130:4
133:2,9

**will;'** 77:7

**Williams** 29:2

**Wing** 31:20
32:8 34:2,11
35:25 36:25
37:20,25
38:2,14,17,20
91:8 102:18
104:2,20
105:19 107:7

**winky** 74:10,
17 86:11,21

**with** 4:3 7:25
8:4,9 10:23
12:9 15:5
17:22 20:25

23:7 24:6
25:12,18
27:7,16 31:1,
5 32:16,21
33:18,19,24
34:13,18 35:1
36:1,4,24
37:8,11,13,
20,25 38:2,
13,14,17,20,
23,24 39:4,5
40:1,12,25
41:16 42:23
43:13 45:16,
20 48:21
49:12 51:2
53:20 55:10,
13 56:4,6,13
59:12 67:5
70:8,10 76:11
77:16,17
78:17 79:24
82:14 85:22
86:2 89:24
90:7,9,19
91:5,11
92:12,15,22,
24 93:6,19,22
94:2,10,24
95:2,3,15,16,
17 96:5,16,21
98:19 99:23
100:10 102:9
103:3,22
108:13 111:18
114:8,14
116:14 123:4,
11,23 126:23
130:22 132:12
133:8

**within** 28:13
29:12 56:15
78:2 100:13
101:4 106:13
112:17

**without**
64:10,12,17,
22 71:22
72:1,4,12,16

90:13,24

**witness** 4:2
5:13,15,24
6:12,15,17,
20,24,25 7:6
8:15,21 11:8
12:3 16:14
19:5,10,13
22:20 23:16,
20,25 25:15,
21 26:7,15
29:9 31:3,13,
17 36:17
39:22 40:3
41:19 43:20
45:6,23 46:3
48:11,17,19
49:2,15,24
51:6,12 52:2,
22 53:3,6
55:11,22 56:2
57:7 58:1,15
62:11 63:6
65:15,22
66:1,3,12
67:3,25
68:16,20,23
72:20 75:10,
21 76:3 79:16
80:13 81:14
83:2,22 84:5,
13,25 86:11
90:15 91:1
92:2 93:11,13
95:10,14
96:13 97:2
100:4 102:13,
21 103:9
105:9 107:12
108:4,16,21
109:1,4,22
110:7 111:24
112:13 114:4,
25 115:13
117:17 118:6,
13 119:21
120:9,14
121:3,24
122:5 123:19

126:25 127:25
129:23 130:12
131:4,21
132:14,18
134:2,7,12

**won't** 78:21

**won't'** 78:18

**word** 58:10,12
59:3,4,7
61:13,14
63:23 66:17
72:18 85:14
103:20 104:4,
5,8,15,23
105:10

**wording** 43:24

**words** 47:12
48:9,23 58:23
60:1 61:16,
17,22 62:5
81:8 85:16
87:15

**work** 5:7 9:23
10:6,16,19,23
11:1 12:10,22
34:12 35:1
76:9,16,25
80:10 81:3
86:14 109:16,
25 110:20
111:21 112:11
113:18,21
119:8 121:4,7
133:8

**worked** 10:11
22:23 24:16,
23 25:7 94:24

**working** 94:20

**works** 5:6
85:24 121:24

**world** 27:5
57:4 67:10
68:11 74:19
119:6

**worries** 24:12
48:18 65:25
66:2 108:25

**would** 5:10
8:3,23 11:23
18:23 19:2
20:19 21:21
27:23 30:2
38:19 42:14
43:23 51:17,
24 54:25 55:4
57:22 58:1,15
59:24 63:2
64:6 68:24
69:7 70:5,25
75:21 79:16
81:20 83:10
84:19,23,25
87:3 94:16,19
95:22 102:6,
7,16 104:4,6,
12,22 105:1,9
107:9,16
108:1 109:24
111:24 116:20
118:17 128:15
131:1,6
132:23

**wouldn't** 43:5

**Wright** 4:5
7:13 40:13,
17,21 41:4,
10,21 44:13
45:18 47:3
57:19,24 58:3
62:17 71:18
72:5 74:25
77:14,18 79:8
80:3 95:15
98:13 99:4,9,
11 100:16
101:1,13,15
102:4,23
104:14 105:7
128:17

**write** 10:20
32:6 36:21
101:5 119:3

**writer** 64:3

**writing**
41:10,21

writings
  87:20
written  34:17
  35:20 40:13,
  17 41:22
  45:18 80:15
  104:14 105:7
wrong  14:17,
  19 23:7
wrote  50:16
  110:12 114:7

---

Y

yeah  8:13
  11:7 24:12
  38:1 40:5
  48:13 55:6,11
  60:21 65:17
  66:2,8 73:10
  75:7,24 84:8
  91:15 92:8
  99:2,10
  100:24 101:5,
  6,11 103:25
  107:24 108:18
  109:5 111:3
  119:24 120:7,
  13,15,25
  124:18,21,25
  125:1 126:19
  127:2,20
  133:20
year  21:13
years  14:23
  19:19 76:23,
  24 80:8 94:25
  110:8 119:9,
  14 120:10,12,
  15
yes  5:2,9
  7:14,24 8:21
  9:3,21,24
  12:8,13,19
  13:17 14:3,5,
  9,11,14,22
  15:24 16:16,
  18 18:20,22

19:16 20:5,
10,14 21:12,
14 23:13,19,
21 26:9 27:18
28:15,19,21
30:8,10,14
31:3,13
33:14,20
34:16 37:5
38:15,25 39:6
40:8,9 41:6,7
42:2,8 44:18,
24 45:10
46:23 47:2,
15,22 50:12,
23 57:13,18,
21 58:6,7,21
59:21 64:8,15
65:16 66:12,
18 69:8,17,23
70:9,21,24
71:4,6,16,20
72:2,7,11,14
73:12,23 74:3
75:10 76:17
77:8,16,18,23
78:9,12 79:5,
9 80:1 81:14
83:3 84:25
88:8,15 89:5,
8,13 90:4,15
91:7,10 92:21
93:2,24 94:8,
9 97:8,11
99:12,19
100:7,15,18,
21 101:8,18
102:2 103:14,
21 104:6,24
105:20
106:22,24
108:17 109:4,
14,22 110:16,
19 111:10
112:25 113:5,
16 114:13
115:9 117:17
118:6 120:6,
19 121:21

122:10,13
123:9 124:15
125:6,10,13,
16 127:7,15,
25 128:19
131:13,17
132:2
yesterday
  90:21 125:19
  132:12
yet  26:5 57:4
York  32:18
you  4:5,9,16
  5:16 7:3,11,
  12,15,22,25
  8:3,5,10,23
  9:20,22,25
  10:2,3,5,16,
  18,22,25
  11:6,13,16,
  18,20,23
  12:6,9,12,15,
  16,18,20,22
  13:2,8,23
  14:2,4,8,19,
  20,21 15:4,7,
  10,15,17,20,
  22,25 16:2,5,
  9,12,17,23
  17:3,5,7,11,
  14,16,18
  18:2,13,15,
  17,18,23
  19:1,8,9,14,
  18,23 20:3,6,
  11,15,21,25
  21:2,4,10,15,
  16 22:3,7,10,
  12,15,19,23,
  25 23:3,10,
  11,20 24:1,
  11,16,23
  25:2,4,6,12,
  13,15,18,21
  26:12,20,24,
  25 27:6,11,
  12,21 28:5,
  12,13,16,17,
  20 29:4,7,24,

25 30:2,4,6,
11,21,24
31:2,5,10,11,
25 33:2,3,9,
18,24 34:1,7,
8,15,17 35:4,
14,25 36:1,8,
9,24 37:3,6,
9,11,12,19
38:3,5,12,16,
19,22 39:1,3,
7,13,19 40:3,
10,15,19,22
41:1,5,11,13,
16 42:1,6,10,
12,14,18,20,
24,25 43:8,
12,13,16
44:3,5,8,12,
16,21,23
45:1,2,5,12,
19,25 46:5,
14,18,22,24,
25 47:6,7,16,
17,24 48:2,6,
8,11,12,22
49:9,18 50:2,
9,10,13,25
51:6,9 52:10,
17,22,25
53:5,23,25
54:8,22 55:2,
10,14,15,22
56:4,6,7,8,9,
10,14,22
57:10,15
58:9,15 59:1,
12,15 60:12,
13,16,19,21,
22 61:4,7
62:7 63:4,7,
10,13 64:9,14
65:2,5,18,19,
20,22,23
66:2,9,12,13,
18,21,24
67:2,12,16,
17,22 68:10,
18 69:2,3,7,

14,25 70:7,
19,22,23
71:7,8,22
72:8,13,15,
16,23 73:7,
10,12,16
74:1,10,20
75:3,8,21
76:6,8,11,15,
24 77:10
78:1,3,6,8,
11,14,24
79:3,19,23
80:9,10,19,22
81:3,4,14,20,
21 82:11,12,
20,24 84:6,
18,21 86:11,
25 87:4,11,12
88:2,5,15,22,
23,24 89:2,4,
11,16,24,25
90:2,5,9,14,
17,19,23,25
91:4,11,20
92:2,9,12,14,
15,17,19,22,
24 93:12,17,
22 94:2,10,
12,14,17,18,
23 95:1,12,19
96:2,5,9,15,
22 97:4,7
98:14,16,17,
24 99:3,8,10,
13,17,22
100:3,11,14,
16,19,22
101:3,9,15,
23,24,25
102:1,3,7,24
103:3,19
104:4,10,14,
15,19 105:1,
5,13,18,21,24
106:1,5,6,8,
11,20,25
107:4,9,14,
15,16,18,20,

22,24,25
108:2,7,14,
19,22,24
109:5,7,9,13,
15 110:1,5,
11,16,20
111:1,3,9,17,
21,24 112:3,
5,6,11,16,21
113:7,11,14,
17,19,20,24
114:1,11,14,
17,20,23
115:6,9,13,
20,25 116:1,
2,3,5,6,7,12
117:3,9,20
118:17,22
119:12,13,16,
17,18,19,21,
25 120:3,17,
22 121:1,2,3,
9,12,20
122:2,5,8,11
123:3,17,19,
21,22,23
124:5,18,19,
23 125:4,8,
11,14,15,17,
22 126:7,12,
14,22 127:4,
8,14,24
128:4,7,8,16,
17,20 129:2,
3,4,6,9,14,
20,21,24
130:1,5,6,17,
25 131:7,9,
14,18,19,25
132:4,7,18,
21,23,24
133:3,7,11,
15,17,21,23
134:5
**you'd** 130:22
**you'll** 100:9
**you're** 7:12,
18 14:20
21:23 23:8

26:20 30:18,
21 34:21
35:11,13
37:22 38:2,4
40:24 42:20
54:7 59:3,16
67:18 75:16
77:19 81:22
98:18 99:12
108:18 109:3
110:14 113:12
114:11 120:19
121:4 126:11
129:1,3,6
130:1 131:2
133:11
**you've** 7:10
11:20 13:14
15:7 17:24
27:15 38:16,
20 40:1 46:14
52:20 58:22
62:23 71:14
80:11 82:9
84:16 98:10
103:15 110:18
118:2,10
122:3
**your** 6:4,5,8,
13 7:10,16,19
8:10 9:1,23
10:6,16,22
12:10,22
13:25 14:6,
10,12 15:5
16:20,22 18:9
20:22 21:2,21
22:7,12,19
23:7 25:11,17
27:7,11,16
28:5 29:2,16,
24 30:9,13
31:19,22
32:1,4 33:19
35:8,22 36:10
37:10,14
39:9,10,14
40:1,6 41:16
42:1,12,16,17

43:25 44:4,
17,19,21
45:8,11,20,21
46:12 47:6
48:6,8,17,22
50:2 57:5,23
58:8,9 59:17
63:10,16,25
64:7 65:24
68:23 69:12
70:12,13
72:15 73:21
76:9,14,16
78:18 80:7,20
82:25 83:20
87:4,10 88:2,
7,21 89:6
91:5 93:5,18
94:12,14,17,
18,22 95:2,22
96:23 97:4
98:5,8 99:7,
11 102:25
104:22 109:16
110:20 111:21
112:11,17,22
113:4,18,21
114:14 115:7,
17 116:8,14,
25 117:1,13,
24 118:10,11,
22 119:8,12
120:1,18
122:3,9,11,
17,19 123:12,
13,23 125:8
127:22
128:16,21
129:10 130:10
131:1,15,16
133:8,11,18
134:9
**yours** 100:6
**yourself**
105:14
123:17,22

Robert A. Leonard, Ph.D.
April 24, 2020

**Z**

**Zalman**  82:17
**Zoom**  23:22
  28:13 77:2