| | |
|---|---|
| **From**: | Michele Seven [michele.m.seven@gmail.com] |
| **Sent**: | 5/21/2015 6:23:38 AM |
| **To**: | Craig S Wright [craig.wright@hotwirepe.com] |
| **Subject**: | Re: Email |

https://medium.com/@beautyon_/silk-meets-bitcoin-d41cc1d698d

On May 20, 2015 1:29 PM, "Michele Seven" <michele.m.seven@gmail.com> wrote:
http://livestream.com/theNYPL/Bitcoin/videos/87733019

> On Wed, May 20, 2015 at 1:09 PM, Michele Seven <michele.m.seven@gmail.com> wrote:
> You do know that I am not psychologically stable enough to play these kinds of games so why are you toying with me? I know I'm fun, but at my core, I'm just very sweet. You should find someone who is more detached- I don't feed that part of me any more.
>
> On Wed, May 20, 2015 at 1:57 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:
>
>> More to come.
>>
>> You have watched my video on Dave.
>>
>> In the past, David Kleiman was my best friend and business partner. He died a couple years ago now, but as I had known him since the 90's we have many shared secrets.
>>
>> Uyen -- who is a director of a few companies with me -- is one friend who has known many things, but she is in the US etc etc. Also a little young
>>
>> I was a security researcher and forensic expert:
>>
>> http://www.zdnet.com/article/nsw-open-to-cyber-attack-researcher/
>>
>> I am the security reviewer and cryptographer that does the work on iVote. This work is the security of the NSW online voting system. I also built and test security systems for Playboy, a number of casinos and Banks.
>>
>> That is what I was.
>>
>> What I need is a person who can be my secret, know the secrets I have and be the mirror I need.

I want to share, to watch the reactions and know what I am doing. One I can tell my plans to and see the reactions of so to say. I have seen enough of you to know you are what I need here. You are right to be my mirror and to ensure that I am the reflection I want to be and not lose track of my goals.

I will write tomorrow.

__/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/

**Dr. Craig S Wright GSE LLM**

**Chief Executive Officer**

**DeMorgan Limited**  (ACN 601 560 525)

Aust: +61 (02) 9188 2051

USA: +1 (408) 520-9521

Mobile: + 61.417.683.914

craig.wright@hotwirepe.com

__/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/

DE MORGAN

CONFIDENTIAL

| | |
|---|---|
| From: | Craig Wright [A] |
| Sent: | 5/20/2014 5:01:32 PM |
| To: | Ira K [clocktime2020@gmail.com] |
| Subject: | Re: memory recall |

We did partner ;)

The properties were not magnificent, but I loved them. In total I had a few cattle ranches and farm. Up in Port Macquarie. Wonderful beaches, but underdeveloped unlike Florida. In total about 550 acres.

I will have to see what I can dig up. The old Bitcoin logo we did is no longer used. I have a copy somewhere.

Some of the issues we still face come from how people assume making money must be counterfeit or otherwise illegal.

Craig

On 20/05/2014 4:53 pm, "Ira K" <clocktime2020@gmail.com> wrote:
> I thought I would share this memory of Dave I had.
>
> I don't recall him ever saying the word Bitcoin to me, but I do
> have a memory where I think he told me he was working on it.
> We were visiting at my Dad's house I think for Thanksgiving, and
> I believe it was the first time he met my daughter Jiji.  We started
> talking about how successful Facebook had become and I asked
> him if he was working on anything interesting.  He told me he was
> making his own money.  I was like what?  Are you making
> counterfeit money?  I thought maybe he was up to something fishy.
> And then he said it was digital money and opened his wallet to
> show me something like a business card with a logo on it.
> But he couldn't find it so I think he just scribbled it on the back
> of a card, the B with lines through it.
>
> He also said he was doing some work with a rich foreign guy.  I asked him
> how rich is this guy? He said something like he's not super rich, but he owns
> some properties. Then he said some other stuff about the foreign guy
> that I don't remember.  I replied to him saying why don't you partner
> with this guy.  With your brains and his money you guys could create
> the next big thing like Facebook.  He gave me a blank look and was
> silent, which I thought unusual for Dave to stop talking.  Maybe he
> didn't want to directly come out and say you guys were already
> partners.  Anyway, that's the only time I can recall where he mentioned
> this stuff to me.
>
> I was wondering if you were aware of any business cards ever being
> printed with the Bitcoin logo on it.  I never found any in his belongings.
> I wasn't sure if he was opening his wallet to show me a Bitcoin business
> card or if he just wanted to grab an existing card to draw the logo on
> the back of it.

Thanks,
Ira

DEFAUS_00119571

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Saturday, March 1, 2014 8:01 PM |
| **To:** | Ira K |
| **Subject:** | Re: Bond villains |

Around that. Minus what was needed for the company's use

Sent from my HTC

----- Reply message -----
From: "Ira K" <clocktime2020@gmail.com>
To: "Craig S Wright" <craig.wright@hotwirepe.com>
Subject: Bond villains
Date: Sun, Mar 2, 2014 06:42

Just to clarify on thoughts from previous email... In one of the email exchanges between Dave and you, he mentioned that you had 1 million Bitcoins in the trust and since you said he has 300,000 as his part. I was figuring the other 700,000 is yours. Is that correct?

Ira


On Sat, Mar 1, 2014 at 9:23 AM, Ira K <clocktime2020@gmail.com> wrote:
> Can you allocate 20% to my dad and 80% to myself?
>
> So if I understand correctly, you have the rights to the remaining portion of Bitcoins stored on one of Dave's drives here? If that's true we just need to figure out how to decrypt the drives.
>
> Ira
>
>
> On Friday, February 28, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:
>> The trust Dave setup should have around 300,000
>>
>>
>> We moved everything offshore as a result of my early fight with the Tax office. This was back in 2011. The BTC would be on a server or hard drive, just the rights are overseas.
>>
>>
>> The price is displayed in the diagram below.

1



I do not know what was going on with Dave before he died, or if he was taking notice – he seemed distant and we did not talk much in April other than a couple company matters. In the couple months before the end, it finally started to be worth something. Then it crashed just before he died, then it recovered.

I need to allocate shares to Dave's estate. You need to tell me how.

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 1 March 2014 12:53 PM
**To:** Craig S Wright
**Subject:** Re: FW: Bond villains

Hi Craig,

I was just noticing the sentence where Dave mentioned Bitcoins were not worth much at the time.

That must be why he never cashed any in.

Do you still have a million bitcoins in the trust he setup? And do you think there is a chance of finding

2

CONFIDENTIAL                                                                                                                           KLEIMAN_00561745

the bank holding them?  If I can be of help just let me know what you need.  Since Dave setup the trust, perhaps my identification is needed in order to gain access?

Do you know how the bitcoins are stored in the trust?  Are they on a hard drive?

I don't quite understand why it was necessary to keep them in these offshore places.

And are there two seperate trusts?

1.) GICSR Trust in Belize.

2.) Design by Human in Seychelles.

Sorry if I sound a bit confused... it's because I am.  :-)

Ira

On Fri, Feb 28, 2014 at 12:54 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Just some emails from Dave.

**From:** Craig S Wright
**Sent:** Monday, 25 January 2010 2:15 PM
**To:** 'Craig Wright'
**Subject:** Bond Villains

-----BEGIN PGP SIGNED MESSAGE-----

Hash: SHA1

3

CONFIDENTIAL    KLEIMAN_00561746

Craig,

How does the following sound?

*I very much wanted to find some way to include a short message, but the problem is, the whole world would be able to see the message. As much as you may keep reminding people that the message is completely non-private, it would be an accident waiting to happen.*

Look up Wotty - it is not a mistake.

Are you really sure you want to know nothing of the Panama fund? I know you are having tax problems, but Bitcoins are not worth enough to be a bother. They are a wonderful idea, but you need to get some others involved and actually accept help from somebody other than me one day. I am not going to be here for you forever you know.

Worse, if you send yourself bankrupt it will not help anyone. I know you are a stubborn bastard mate (I can be an Ozzie too), I have helped you in many of the fights you get into online and more, but you need to know when to stop. Leave the government for now. Stop or they will really do some damage to you.

Dave

PS, thanks for making me a part of this.

CONFIDENTIAL                                                                                                      KLEIMAN_00561747