4.3.

**From:** Dave Kleiman
**Sent:** Wednesday, 16 January 2013 22:15 PM
**To:** 'Craig Wright'
**Subject:** RE: Divorce

I have the funds cleared in Liberty ten days back, all 5 mill. Your system is paid so no issues with losing access. I do wish you would tell me why you needed a super computer, but this is your thing, your business and I will stay out of it. The funds have cleared the debts in Panama so we can keep your systems going another six months.

You do know that the cash would be handy for what you are doing? I can have the guys here accept the BTC or even the Casino software as full payment if you like, not simply escrow. Just give me the word and we can sell the wallet. You have it back, but the offer stands open.

Even without the updates, the Panama guys will offer you 10M USD with my cut of course for handling it for the Sports Book and Casino software.

Craig, I do recommend that you stick with Coin-Exch for now. The idea of automated smart systems controlling money is not something many people will get and that fewer will applaud you for.

Dave.

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Tuesday, 15 January 2013 9:15 PM
**To:** Craig Wright
**Subject:** RE: Divorce

All Ok.

Can you use any of the Strassan funds before I get the other to you?

If you are using Silk road to get people, then I cannot see why Liberty is an issue.


C

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Tuesday, 15 January 2013 09:15 PM
**To:** 'Craig S Wright'
**Subject:** RE: Divorce
I assume this is what you need?

I have the records in WK in a TC drive. Nothing comes out, but I have the SR user names if this is needed.
All good.

Are you happy with the cost analysis below?

CONFIDENTIAL                                                                                                                                  DEF_00000466

Dave.

**From:** Craig S Wright [mailto:craigswright@acm.org]
**Sent:** Tuesday, 08 January 2013 11:57 PM
**To:** 'Dave Kleiman'
**Subject:** RE: Divorce

Well,
You know my shit. What do I make and tell them for costs? CoCoMoII?

Craig

**From:** Dave Kleiman [mailto:dave@davekleiman.com]
**Sent:** Tuesday, 08 January 2013 11:48 PM
**To:** 'Craig S Wright'
**Subject:** RE: Divorce

Craig, you sound like my ex wife ;)

I am good. My phones, drives and about everything else are encrypted and protected better than you are. Silk road is not all drugs you know. There is nothing that does me publically and all the holdings will be off shortly.

We need to arrange something soon. Things are a little tight. Nothing bad. I have been working in the Vet but the bills are coming up in USD and everyone does not share your sentiments. The bank likes repayments in paper.

I have used http://ilpubs.stanford.edu:8090/862/1/worth43.pdf

The company records have a breakdown, all is accounted.

You like maths, I have the following equation to calculate its worth: $T + R(H) + V+V(E)$, where:

T=The total costs involved for development
R=The hourly rate
H=Hours worked on the project
V=The value of a similar product plus an undetermined percentage based on the new product's uniqueness
E=A client's expected use and number of users

You want a system that can handle a million plus users. Well the simple view of this is, we have spent 350k BTC on this. Right now, this is all Bitcoin, and O/S through the trust, but the answer is the end cost.

We do need to talk about some real world use. I cannot spend all I need to live on using Bitcoin alone.

Dave

CONFIDENTIAL
DEF_00000467

"High achievement always takes place in the framework of high expectation."
Jack Kinder

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Tuesday, 08 January 2013 11:22 PM
**To:** 'Dave Kleiman'
**Subject:** RE: Divorce

Hey,
Do you have any other people who can move this Wipe project forward/

Jens seems to want to get a lot for nothing, I do not mind the work and the [paper, but I do not want to do commercial research for nix.

Speaking of that, are we all good with the values and the contract? I know you have been paying people from Bitcoin in your own wallet, is this enough to account for it all? It has been a shitload of work.

https://silkroadvb5piz3r.onion.to/ ?

I know there are those who will code there for BTC, and I know Tor is private, but do I need to lecture you?

CSW


**From:** Dave Kleiman
**Sent:** Friday, 7 September 2012 9:45 PM
**To:** 'Craig Wright'
**Subject:** Re: Divorce

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

My good sir,
So, we are in agreement.

You have the various BAA projects and I can keep all of the bitcoin I have sent to Panama.

You set the exchange up in Australia and I get 10% of the company to be issued as 80/20 between myself and my father when it is running.

It is confirmed that I have B 320,832.1 and change. As agreed, I will not tell you who the others I have used here in the US are. We will exchange soon. You know this is a great opportunity for you to come over with that lady of yours and to see me. It needs to be soon. Too long.

Respectfully,
Dave Kleiman - http://www.ComputerForensicsLLC.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.20 (MingW32)

iQGcBAEBAgAGBQJTFp5cAAoJEAQV5sviP8wtY4EMAMQBtlUsrbQsdVpwlSgdBa0u
OpWsHWxwnWDakbZoP/5nzKSJmbZUXu+4p4AhYAlJ+sbGPDLTEMoH1R/hjhFO73C8
83BnP9nxAArY5caG0iYHAvfQHJ5vL7227Ab3BzuIKLLj6LHcc8d0yrt1N8d10IEv
O/6Gvrh89wmYZoMmO0164sZXCPtCzz58Up0boIhEr4J1fZIqeNxYeUsCbgB7C107
otGCP1o1Twm7FTzLUE+Oaow9m8C93XbUrw7cCn2s/y2UzHRdT4NxB19ezr0LbAha
A4pMbZginkr5ZLcA+IBpOifcq4yTHIYBP8p4LGjRGTMt1+qb2WLrhdadmzuqlJAJ
uvOtxrAYuYw0gd+HLAkUblmjvCMNmysi2X09AzHNSVmKYA6Tr3Jp/hKQLT2H7RY/
G7ecMFpzd3UG+vo7AeMUwuTj1/yYEyCqAQLhjRxcUYDqHwi2OASMELIzE6c3qs+F
NgeXGcPfxjAD29NUMU1/AtVNbpxyYGik6Fdh3eddQA==
=Kdea
-----END PGP SIGNATURE-----

CONFIDENTIAL