Received 11/11/12



CONFIDENTIAL

DEF_00000170

Sent 13/11/12



CONFIDENTIAL
DEF_00000171

Received 28/11/12



CONFIDENTIAL

DEF_00000172

Received 28/11/12



CONFIDENTIAL
DEF_00000173

23/10/2012 Tue



Trusted keys
0xE545EB7B 12.31.2010
0XB6559B7F 07.31.2012
0XE545EB7B 01.01.2021
0X5EC948A1 NE

2ND LEVEL VERIFICATION via call.
tulip rises
Dave

13:12

25/10/2012 Thu



I have used CFS in the UK.
I have 2 companies in the UK.
Design by Human
Permanent Success

I will handle the details for you.
Dave

Copied to clipboard

CONFIDENTIAL                                    DEF_00000174

25/10/2012 Thu



I have used CFS in the UK.
I have 2 companies in the UK.
Design by Human
Permanent Success

I will handle the details for you.

Dave

14:53

27/11/2012 Tue



Bitmessage id.
BM-NBxKmHXmLqdV1MjFSvix9EmjukeX6VP5

early but based on your idea.

Dave

Copied to clipboard

CONFIDENTIAL  DEF_00000175

27/11/2012 Tue



Bitmessage id.
BM-NBxKmHXmLqdV1MjFSvix9EmjukeX6VP5

early but based on your idea.

Dave

01:20

15/01/2013 Tue



Liberty has cleared into USD.
Transfer to my trust underway.
So we have recieved it.
Thanks for changing this to USD from BTC.

If you need to talk about Lynn I am

Copied to clipboard

CONFIDENTIAL                                                                                                 DEF_00000176

Sent 28/11/12



CONFIDENTIAL

DEF_00000177

Received 3/12/12



CONFIDENTIAL

DEF_00000178

Received 5/1/13



CONFIDENTIAL

DEF_00000179

Sent 7/1/13



CONFIDENTIAL
DEF_00000180

*Received 7/1/13*



Received 8/1/13



CONFIDENTIAL

DEF_00000182

Received 9/1/13



CONFIDENTIAL

DEF_00000183

Received 16/1/13



CONFIDENTIAL

DEF_00000184

sent 10/2/13



CONFIDENTIAL  DEF_00000185

Sent 10/2/13



sent 12/2/13



Dave,
I have the wallet. You know... If people knew what it was...

I mean we sent 1.3million by fedex. There are better ways to send BTC, but really, trying to maintain a level of secrecy. I am amazed we have lasted this long.

The other parts of the loan are with UT, but this will make my search easier. I do not know if I can find the software I need, but I have a few people who may be a start.

Now to have them accept Bitcoin!

There is a guy I met in a mining conference that may show promise.

CONFIDENTIAL
DEF_00000187

Received 13/2/13



CONFIDENTIAL

DEF_00000188

*Received 13/5/13 from High Secured*



CONFIDENTIAL

DEF_00000189