UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.:9:18-cv-80176-BB/BR


----------------------------------------
IRA KLEIMAN, as the personal          )
representative of the Estate of David  )
Kleiman, and W&K Info Defense          )
Research, LLC                          )
                    Plaintiffs,.        )
                                        )
        v.                              )
                                        )
CRAIG WRIGHT                            )
                    Defendant.          )
----------------------------------------


VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

On

Monday March 16, 2020


At the offices of:

Boies Schiller Flexner LLP
5 New Street Square
London EC4A 3BF
England
United Kingdom


Taken by:

AMY COLEY, Court Reporter



## Page 2

```
 1          A P P E A R A N C E S
 2   For the Plaintiffs (via telephone):
 3   ROCHE CYRULNIK FREEDMAN LLP
     200 S  Biscayne Blvd, Suite 5500
 4   Miami, Florida 33131
     Telephone: (305) 357-3861
 5   Email: Vel@rcfllp com
 6   By: Velvel (Devin) Freedman, Esq
 7
     ROCHE CYRULNIK FREEDMAN LLP
 8   99 Park Avenue, Suite 1910
     New York City, NY 10016
 9   Email: Kyle@rcfllp com
     Email: Jdelich@rcfllp com
10
     By: Kyle W  Roche, Esq
11   Joseph M  Delich, Esq
12
     BOIES SCHILLER FLEXNER LLP
13   100 SE 2nd Street, Suite 2800
     Miami, Florida 33131
14   Tel  305-539-8400
     Email: Abrenner@bsfllp com
15
     By: Andrew S  Brenner, Esq
16
17   For the Defendants (via telephone):
18   RIVERO MESTRE LLP
     2525 Ponce de Leon Boulevard, Suite 1000
19   Miami, Florida 33134
     Phone: 305 445 2500
20   E-mail: Arivero@riveromestre com
21   By: Andrés Rivero, Esq
     Julio Paez, Esq
22
     Also present:
23   Judge Reinhardt (via telephone)
     Simon Cohen, Esq  (SCA Ontier UK) (in person)
24   Amy Coley (Court Reporter on behalf of Magna Legal
     Services)
25   Linda Fleet (Videographer on behalf of Magna Legal
```

## Page 3

```
 1
          I N D E X
 2
     Exhibit No              Page
 3
     1     --  Photo of Dr  Wright -- 15
 4   2     --  Art by Dr  Wright  -- 17
     3     --  Post about Bitcoin --  19
 5   DEF 52139    --         --  29
     DEF 52143    --         --  36
 6   DEF 52146    --         --  37
     DEF 52148    --         --  39
 7   DEF 172557   --         --  41
     DEF 52372    --         --  44
 8   DEF 722110   --         --  46
     DEF 1729562  --         --  52
 9   DEF 172753   --         --  59
     DEF 172509   --         --  65
10   DEF 172510   --         --  66
     DEF 172523   --         --  69
11   DEF 172528   --         --  70
     DEF 115950   --         --  127
12   CONTROL1268220 --       --  134
     CONTROL1277609 --       --  134
13   KLEIMAN 4288  --        --  141
     KLEIMAN 8178  --        --  144
14   AUS81546     --         --  158
     DEF 1369334  --         --  159
15   DEFAUS115950 --         --  161,179
     BITCOIN P2PE  --        --  167
16   DEFAUS112712  --        --  168
     KLEIMAN0385767 --       --  170
17   DEF 13694    --         --  173
     DEF 65750    --         --  195
18   Z10          --         --  200
     DEFAUS550141 --         --  208
19   DEF 1597497  --         --  213
     DEF 1667260  --         --  217
20   DEF 01097415 --         --  228
     DEF 01597484 --         --  233
21   DEF 1597598  --         --  238
     DEFAUS516701 --         --  242
22   DEFAUS115519 --         --  245
     DEF 52514    --         --  246
23   DEF 01859475 --         --  252
24
25
```

## Page 4

```
 1      (The Deposition commenced at 1.33 p m.)
 2          THE VIDEOGRAPHER: We are now on the
 3   record.  This begins media number one in the
 4   deposition of Dr. Craig Wright, in the matter of
 5   Ira Kleiman et al v Craig Wright in the United
 6   States District Court of Florida.  Case Number
 7   918-CV-80176BB/BR.  Today is March 16, 2020.  The
 8   time on the video monitor is 1.33 pm.  This
 9   deposition is being taken at Boies Schiller
10   Flexner LLP, 5 New Street Square, London EC4A 3BF,
11   United Kingdom.  The Videographer is Linda Fleet
12   of Magna Legal Services.  The Court Reporter is
13   Amy Coley.  Will counsel and all parties present
14   state their appearances and who they represent.
15          MR. FREEDMAN:  This is Velvel
16   Freedman for the Plaintiff.
17          MR. BRENNER:  Andrew Brenner for
18   the plaintiff.
19          MR. DELICH: Joseph Delich for the
20   plaintiff.
21          MR. ROCHE:  Mr. Roche for the
22   plaintiff.
23          MR. RIVERO:  Andreas Rivero for
24   Dr. Wright and Julio, Paez, also representing
25   Dr. Wright.
```

## Page 5

```
 1          MR. COHEN:  Simon Cohen from SCA
 2   Ontier also representing Dr. Wright for the
 3   purposes of this deposition.
 4          DR. WRIGHT, Sworn
 5          MR. RIVERO:  Correction of the
 6   spelling of Mr. Paez.
 7   BY MR. FREEDMAN:
 8      Q.    Good afternoon, Dr. Wright.
 9      A.    Good afternoon where I am at the
10   moment, and good morning for you.
11      Q.    You have had your deposition taken
12   before; isn't that right?
13      A.    Yes.
14      Q.    Do you remember the rules of the
15   deposition, so to speak, where I need you to
16   answer audibly any questions that I ask you?
17      A.    I do.
18      Q.    To the extent that you do not
19   understand a question I need you to let me know
20   that you do not understand that question, is that
21   fair?
22      A.    Yes, I will ask you the question
23   again and ask you to explain if I do not
24   understand.
25      Q.    If you do not ask me to repeat it,
```



2 (Pages 2 to 5)

Page 6

1  I will assume that you understood the question and
2  I will rely on it; right?
3      A.   I understand that.
4      Q.   You understand that your testimony
5  is being taken via video and via a court reporter
6  and it may be shown at some point to a jury or a
7  judge?
8      A.   I understand that.  I understand
9  the magistrate is listening in.  I can see the
10 camera in front of me and the court reporter as
11 well.
12     Q.   If at any time you need a break,
13 Dr. Wright, just let us know and we will take a
14 break and use the restroom if that is necessary?
15     A.   Certainly and thank you.
16     Q.   Finally, before we get started, are
17 you on any medications today that will affect your
18 ability to testify?
19     A.   Not that will affect my ability to
20 testify.
21     Q.   Are you on any medications that
22 would affect your ability to recall certain facts?
23     A.   No, I am not.
24     Q.   Okay.  Dr. Wright, do you mind
25 saying your name and date of birth for the record?

Page 7

1      A.   Dr. Craig Steven Wright, 23
2  October 1970.
3      Q.   Dr. Wright, can participants in
4  Bitcoin be anonymous?
5      A.   It depends on what you term
6  "anonymous".  If you are talking about Black's Law
7  Dictionary of a small transaction without a name,
8  then yes.  But the idea of "anonymous" that has
9  come from the cipher punk idea, then no.  A
10 digital signature requires identity to be stored.
11 For instance, under the Digital Signatures Act
12 here in the UK, that has an equivalent in the USA,
13 you must first have identity and then identity
14 follows with a digital signature algorithm.  In
15 section 10 of the White Paper, identity is
16 firewalled from the rest of the transaction
17 processing and the identities are exchanged
18 between the individuals who are engaged in trade.
19     Q.   So, would you use the word
20 "anonymous" to describe Bitcoin?
21     A.   No, I would not.  I have used that
22 word but unfortunately that is misconstrued, not
23 many people who generally use it will take it as
24 if they have done a legal course.  They will take
25 it to be something that means they can act without

Page 8

1  any knowledge of who the other person is, and not
2  that it is a contract, such as Blackstone would
3  say "without recording identity", for instance it
4  is a small transaction where a mere receipt is
5  sufficient.
6      Q.   Do you have a Twitter account with
7  the username "Dr Craig S Wright"?
8      A.   No, I do not.
9      Q.   Let me rephrase that -- there is
10 some terrible feedback coming through the line.
11     A.   Many years ago I had an account of
12 that name, but that was hacked and taken over.
13 The last person I know who was running it was Uyen
14 Nguyen.
15     Q.   When was it hacked?
16     A.   Back in 2015 ----
17          THE COURT REPORTER:  Sorry.
18     Q.   Before that you were controlling
19 that Twitter account?
20     A.   No, it was only partly under my
21 control.  I had staff members running much of my
22 social media.
23     Q.   Did you have a Twitter account with
24 the name "A Prof. Faustus"?
25     A.   Yes, I did.

Page 9

1      Q.   When I speak I here a feedback
2  through the line.  Perhaps something is the -- are
3  the IT folks in the room?  We will carry on.
4          Did you write the tweets that came
5  from that Prof. Faustus or did you have other
6  people write them for you?
7      A.   A combination of both.
8      Q.   Did you ever have a Facebook
9  account in the name "Craig S Wright"?
10     A.   Depends on how the "Craig S Wright"
11 is actually written, but there was a Facebook
12 account under that name at one stage.
13     Q.   That belonged to you?
14     A.   It actually belongs to Facebook if
15 you read the terms of service and whatever else
16 but I was the person who updated it, along with
17 other staff members in my organization.
18     Q.   Did you author the book "Satoshi's
19 Vision" that was published in August 2019?
20     A.   That was taken from various blogs
21 and other things I had written and edited into
22 that book.
23          (Off the record from 1.42 p.m.)
24          (On the record at 1.55 p.m.))
25 BY MR. FREEDMAN:



Page 10

1    Q.    Dr. Wright, Satoshi's Vision
2  book -- sorry, but the echo is back.
3           (Off the record at 1.56 p.m.)
4           (On the record at 1.58 p.m.)
5  BY MR. FREEDMAN:
6    Q.    Satoshi's Vision book that you
7  published ---
8    A.    I did not publish it.
9    Q.    Right.  Let me rephrase that.  The
10 book was taken from various blogs and other things
11 that you had written; is that correct?
12   A.    That is correct.
13   Q.    It was edited into that book; did
14 you have an editor do that for you?
15   A.    No, I did not.  Another person
16 asked if they could use my blogs and create the
17 book using those.  I said yes.
18   Q.    Does the sum and substance of the
19 book reflect your intent?
20        MR. RIVERO:  Object to the form.
21 You may answer.
22   A.    Very mildly.  It has been difficult
23 to try to explain things to the average person.
24 Bitcoin should not be a difficult topic, it is not
25 magic internet money like some people say.  It is

Page 11

1  basically a very simple system with an evidentiary
2  trail attached.  But getting that through
3  explanations without trying to use legal terms
4  like following through mixtures or tracing or
5  anything like this, in trying to get it to
6  something that I can have understood by the
7  general populous has proven difficult for for me.
8        JUDGE REINHARDT:  I noted that
9  Mr. Rivero objected on form and there was a pause,
10 I do not know if you were waiting me to rule.  Let
11 me just make clear on the record, I will not be
12 ruling on form objection, I will only rule on
13 objections based upon relevance, scope or
14 privilege.  So we are clear, if there is a form
15 objection, continue as you ordinarily would.
16        MR. RIVERO:  Thank you, your Honor.
17 Had you completed your questions, Mr. Freedman?
18 BY MR. FREEDMAN:
19   Q.    Thank you, your Honor.  No, I was
20 going to go back and look at what it was.
21 Dr. Wright, do you consider it to be your book?
22        MR. RIVERO:  Object to the form.
23   A.    No, I do not consider it to be my
24 book.  As I said, a third party edited blog pages
25 that I had written into that book.  At present,

Page 12

1  I am seeking a publisher for what will be my book.
2  BY MR. FREEDMAN:
3    Q.    Have you gone around signing copies
4  of that book?
5    A.    I have signed copies of that book
6  for people, yes.
7    Q.    Have you read that book?
8    A.    I have read the blogs that made
9  that book.  I wrote the blogs that made that book.
10   Q.    Have you allowed the book to be
11 marketed under your name?
12   A.    I do not know what you mean by
13 "marketed under my name".  There are people
14 selling it, yes.  Am I getting paid for it?  No.
15   Q.    The cover of the book says
16 "Satoshi's Vision, the art of Bitcoin".  Right
17 underneath in big white block letters it says
18 "Craig Wright".  Did you authorize the use of your
19 name on this book?
20   A.    Yes, I did.  As I said, it is my
21 blog posts, taken and edited into something else.
22   Q.    Dr. Wright are you familiar with
23 the website called "Craigwright.net"?
24   A.    Yes.
25   Q.    Did you write the contents in those

Page 13

1  audibles or did you pay someone to ghost write
2  everything for you?
3    A.    No, I write the content in those
4  articles.  They come from my medium blog and then
5  get loaded formally into that blog.
6    Q.    Are you an administrator in a slot
7  channel called Metanet ICU?
8    A.    No.
9    Q.    Under the ---
10        THE COURT REPORTER:  Repeat the
11 question.
12 BY MR. FREEDMAN:
13   Q.    Are you an administrator in a slot
14 channel called Metanet ICU under the screening
15 CSW?
16   A.    No.
17   Q.    Are you an administrator in a slot
18 channel called Metanet ICU?
19        MR. RIVERO:  I do not know what
20 equipment you are using, but sometimes I do not
21 know if it is diction or the transmission, it is a
22 little bit hard to understand.  I am reading the
23 transcript, the transcript says "slot channel".
24   A.    Slack channel.
25        MR. RIVERO:  Could you enunciate



Page 14

1 clearly, if you can?
2 BY MR. FREEDMAN:
3      Q.    Are you an administrator in a slack
4 channel called Metanet ICU?
5      A.    No, I am not an administrator in
6 any slack channel.
7           MR. RIVERO:  Objection.  I do not
8 know if you said "slag" or "slack" channel but I
9 am watching the live feed and it says "slack
10 channel".  I need to make sure these questions are
11 understood and I am not hearing you well.  I do
12 not know if you can speak slower and more clearly,
13 I think that would help.
14 BY MR. FREEDMAN:
15      Q.    I can try, there are limitations
16 doing this via video, I am still hearing myself
17 echoing back, we are all trying to do our best,
18 Mr. Rivero.
19           Dr. Wright, are you a member of the
20 slack channel called Metanet ICU?
21      A.    Yes.
22      Q.    Do you use the screen name "CSW"?
23      A.    I am not sure what my screen name
24 is, but everyone knows who I am in the slack
25 there.

Page 15

1      Q.    Okay.  Dr. Wright, I am going to
2 hand you -- we will get uploaded on to the
3 computer there -- what I am going to call exhibit
4 1.  For purposes of the deposition, if a
5 document has a Bates label I will identify it by
6 the Bates label because I think getting everything
7 to be kept track of is going to be very difficult.
8 If it does not have a Bates label then I will give
9 it an exhibit number.
10           Dr. Wright, if you can take a look
11 at plaintiff's exhibit 1, on the share file?
12      (Exhibit 1 marked for identification)
13      Q.    Are you able to bring that up?
14      A.    I am not but I believe people are
15 doing it for me, yes.
16      Q.    Do you have that in front of you?
17      A.    Yes.
18           MR. RIVERO:  I want to make sure,
19 does this have a photograph of Dr. Wright.
20           MR. FREEDMAN:  It does.
21 BY MR. FREEDMAN:
22      Q.    Is this the profile that you used
23 in Metanet ICU?
24      A.    Used no; use yes.
25      Q.    You say that it says "work space

Page 16

1 admin" under your picture?
2      A.    I do.
3      Q.    Are you an administrator of the
4 slack channel ICU?
5      A.    No, I am not, it is a work space.
6 I do not manage people, I do not run the system,
7 etc.
8      Q.    Do you have other people comment
9 under your name in Metanet ICU?
10      A.    No, I do not.
11      Q.    Only you comment as "CSW"?
12      A.    To the best of my knowledge, yes.
13      Q.    Dr. Wright, I am going to upload
14 another document to the share file here.  It is a
15 copy of an article that you wrote called "the
16 story of Bitcoin continued" which you published on
17 your blog Craigwright.net in February 2019.  When
18 this populates, can you tell me if you recognize
19 that article?
20      (Exhibit 2 marked for identification)
21      A.    Yes, I recognize that.
22      Q.    In the final paragraph of that
23 story, you say --
24      A.    It is at the final paragraph.
25      Q.    In the final paragraph you say:

Page 17

1 "I am the issuer for Bitcoin"; do you see that?
2      A.    Yes, it is correct.
3      Q.    What does that mean "I am the
4 issuer for Bitcoin"?
5      A.    It means under the terms of law
6 with issuance all Bitcoin were issued as of the
7 launch of the system in January 9, 2009, I am the
8 sole issuer.  All tokens, all 21 million times 100
9 million individual tokens that existed, existed as
10 of that date.  Bitcoin is not minted; Bitcoin is
11 not recreated.  So there is one individual, not
12 minus, not nodes as people call them, that created
13 Bitcoins, that issued Bitcoins.  That is myself,
14 with all of the legal ramifications that being an
15 issuer of a source of money comes with.
16      Q.    Some might argue with you and say
17 that coins are issued by the majority; do you not
18 agree with that statement?
19           MR. RIVERO:  Object to the form.
20      A.    No, that would be basically false.
21 The code itself has all of the coins issued.  If
22 you read my original website that was issued back
23 in January, or actually a little earlier, 2009,
24 and the White Paper and the source code, you will
25 see that coins are distributed.  The reason that



Page 18

1   21 million Bitcoin, with all the associated token
2   distribution, is set in stone, that cannot be
3   changed is because the actual tokens are
4   completely issued.  There is no way to change that
5   without making a new system copying Bitcoin,
6   copying the database and passing off as if it is a
7   Bitcoin on a completely alternate system.  So, no,
8   there is only one way to look at it.  If anyone
9   tells you that it has been issued at each block,
10  then they are either ignorant of the way Bitcoin
11  works, or disingenuous and lying for an agenda, as
12  many do, seeking to say that Bitcoin is about an
13  antigovernment system.  Bitcoin was never
14  antigovernment.
15          The reason they want this is
16  because Bitcoin can be seized by government, not
17  because of private keys.  Once a judge knows public
18  keys, a judge can order anything they want to
19  happen to those and the nodes will follow.
20  BY MR. FREEDMAN:
21      Q.    Dr. Wright, there are some pretty
22  knowledgeable people about Bitcoin that disagree
23  with you and say that coins are issued by the
24  majority?
25          MR. RIVERO:  Pause for a moment to

Page 19

1   let me state an objection.  Object to the form.
2   Go ahead and answer.
3       A.    No, there are not some pretty
4   knowledgeable about Bitcoin.  There are people
5   like Erik Voorhees who was a convicted money
6   launderer and securities fraudster, who was fined
7   around $50,000 by the SEC for millions of dollars
8   worth of profit.  Of course if you make millions
9   of dollars worth of profit the last thing you will
10  ever decide to do is quit because you get a
11  $50,000 fine.  There are people who seek to
12  facilitate crime, there are people who are funded
13  by criminals, there are people running Ponzis and
14  bucket shops.  There are people who seek to have a
15  money that cannot be seized by the US government,
16  by FATF Rules.  There are people who seek
17  something, for instance the recent Irish case of
18  €56 million that is being sought to be frozen on
19  exchanges under proceeds of crime to not be
20  seizable.  All of this happened, including people
21  like Mr. Antonopoulos in 2011/2012 when they
22  fought things like the alert key that I
23  implemented to be able to freeze Bitcoin and
24  fought to have it changed.  This came about after
25  a person involved with Silk Road announced what

Page 20

1   happens if I go to prison for ten years?  Will the
2   government be able to seize my Bitcoin?  Will they
3   be able to take it?  Since 2012 when that happened
4   there has been a constant attack on what Bitcoin
5   is seeking to change it into liberty reserve,
6   E-gold and other criminal sources so that the
7   American government, the British government, the
8   European governments and others under FATF Rules
9   cannot seize criminal proceeds, so, no, none of
10  those people are knowledgeable and, if they are,
11  they are disingenuous.
12  BY MR. FREEDMAN:
13      Q.    I asked if you try to keep answers
14  in response to the question.  I know that you did
15  touch on my question in that answer but there was
16  a lot in there that was not necessarily
17  responsive.  We have a lot to get through.  It
18  would help both of us if you try to move it along.
19      A.    Sorry, but I do not agree that that
20  was not necessary.  I believe it was cogent and
21  related.
22      Q.    OK.  People say the coins issued by
23  the majority falls into this category of the
24  individuals you have just described?
25          THE COURT REPORTER:  Repeat the

Page 21

1   question please.
2       Q.    Never mind, strike the question.
3   I am going to hand you what I am going to be
4   marking as exhibit 3.  You forgot to label the
5   previous blog exhibit 2.  This I am handing you
6   what has been marked about exhibit 3?
7       (Exhibit 3 marked for identification)
8       Q.    Do you have that on the screen?
9       A.    Yes.
10      Q.    Do you know what this is?
11      A.    Yes, I know what it is.
12      Q.    What is it?
13      A.    It is a post about Bitcoin.  It was
14  made in February 2009, shortly after I launched
15  the platform.  The bit I would suspect that you
16  are going to bring down is where I mentioned
17  anonymity where I said people could be anonymous
18  in that page.  In that I had just completed a law
19  degree and believed that the meaning of
20  "anonymous" was very simple which is "without name
21  publicly".
22          MR. RIVERO:  Mr. Freedman has asked
23  you that you address his question, and I would ask
24  the same just to move this along.
25      A.    My apologies.



Page 22

1  BY MR. FREEDMAN:
2      Q.   Let me break that down.  This is a
3  post on the P2P Foundation; is that correct?
4      A.   That is correct.
5      Q.   It is a post by Satoshi Nakamoto;
6  is that correct?
7      A.   That is correct, which is me.
8      Q.   Is it only you?
9      A.   Yes, it is only me.
10     Q.   I ask if you could scroll down to
11 page 5 of 8, but actually if you could just go to
12 4 of 8 and look at the top of page 5 of 8.  This
13 is a post by Satoshi.  If you take a look at the
14 second line from the top of that page, can you
15 read me what Satoshi Nakamoto wrote?
16     A.   Yes.  "You could say coins are
17 issued by the majority.  They are issued in a
18 limited, predetermined amount."  In that I made an
19 error and people misunderstood me, which is not
20 uncommon.
21     Q.   Dr. Wright, you just said that you
22 posted coins are issued by the majority.  Is that
23 not right?
24     A.   Yes.  At times I say things that
25 are not clear.

Page 23

1      Q.   Are you ignorant, Dr. Wright, as
2  you describe --
3          MR. RIVERO:  Objection to the form.
4      A.   No, I am autistic, I have
5  Asperger's and I am very much someone who does not
6  clarify what I say.
7  BY MR. FREEDMAN:
8      Q.   Are you disingenuous?
9      A.   No, and that would not be
10 disingenuous.
11     Q.   A moment ago you told me that if
12 somebody says coins are issued by the majority
13 they are either disingenuous or ignorant?
14     A.   No, that is not what I said.  And
15 what the comment said is that they are issued in a
16 predefined or predetermined amount.  If there are
17 predetermined that means it has already happened.
18     Q.   Was this Dave posting this?
19     A.   No, this was not Dave posting this.
20 Dave never posted a Satoshi.  Dave never had the
21 account, he never had the e-mail and he never had
22 anything to do with this.  Dave would not be
23 possible to post as this, as Dave was actually in
24 hospital at the time this was posted.
25     Q.   Dr. Wright, in early 2016 you met

Page 24

1  with Gavin Andresen, do you recall that?
2      A.   I met with him then, yes.
3      Q.   Do you recall that during that
4  meeting you were able to satisfy him that you were
5  in fact Satoshi Nakamoto?
6      A.   No.
7      Q.   You do not recall that?
8      A.   I had already satisfied him that I
9  was a Satoshi Nakamoto before we had the meeting.
10 He came out because I had satisfied him.
11     Q.   One way or the other you were able
12 to convince Gavin that you were Satoshi Nakamoto;
13 is that correct?
14     A.   That is correct.
15     Q.   Dr. Wright, that meeting with Gavin
16 Andresen was part of a broader effort of you
17 coming out publicly as Satoshi Nakamoto, is that
18 fair?
19     A.   No, that is not fair.
20     Q.   Why did you meet with Gavin
21 Andresen?
22     A.   I wanted to meet Gavin Andresen
23 because Gavin had taken over and run the project
24 for a time after I was off trying to experiment
25 and ensure that I was correct in my assertions

Page 25

1  about Bitcoin.
2      Q.   Was there a time in early 2016 when
3  you were preparing to come out publicly as Satoshi
4  Nakamoto?
5      A.   No, other people wanted me to come
6  out as Satoshi Nakamoto, I did not.
7      Q.   I did not ask if you wanted to do
8  this, I just asked if there was a time when you
9  were preparing to come out publicly as Satoshi
10 Nakamoto?
11         MR. RIVERO:  Objection asked and
12 answered you may answer.
13     A.   Again you asked me if I was
14 preparing and that would imply that I am seeking
15 something.  My seeking something means that I am
16 actively going out there and doing and if I am not
17 preparing, if I do not want to do it, if I am not
18 seeking to do something then I am not, by
19 definition, preparing.  If other people are
20 seeking to have me come out and I am seeking not
21 to be then I am not, by definition of the word
22 preparing, preparing.
23 BY MR. FREEDMAN:
24     Q.   Did you participate in meetings
25 toward you coming out as Satoshi Nakamoto?



Page 26

1    A.   I was in meetings where other
2  people wanted to promote me as Satoshi Nakamoto.
3    Q.   Who were those people?
4    A.   I have been in thousands of
5  meetings, I have meetings every week, we currently
6  have around 200 staff.  At the time we were
7  setting up a new London office.  Who was in
8  meetings?  I am sorry, without any particular
9  notes, I am not able to answer you.
10   Q.   Let me be a little more precise.
11 Who were the people that wanted you or the primary
12 -- let me phrase it this way because I know you
13 are a very particular person with your words:  who
14 were the primary people that were behind this
15 effort to have you come out publicly as Satoshi
16 Nakamoto?
17   A.   There were multiple things trying
18 to get me out as Satoshi Nakamoto.  The first one
19 I know about was something called Project
20 Prometheus, Uyen Nguyen, Ian Greig and others.
21   Q.   Dr. Wright, let me be careful about
22 my timeframe, I am talking about in early 2016.
23 We were discussing people in early 2016.  My
24 question to you is:  in early 2016 who are the
25 primary people that arranged these meetings that

Page 27

1  you attended, who were the ones that wanted you to
2  come out as Satoshi Nakamoto?
3    A.   You are again asking me who wanted
4  me to come out.  There were multiple people,
5  multiple things happening.  All of this happened
6  because of things in 2015 and 2016.  Mr. Greig and
7  others in 2016 were arranging things.  Uyen Nguyen
8  in 2016 were arranging things.  If you let me
9  finish, I will say the different groups; would you
10 like me to continue?
11   Q.   I really just want you to answer
12 that one little question.  I am having difficulty
13 in understanding where the disconnect between you
14 and I is because I think it is a simple question.
15 Let me try to be more precise.  In early 2016, you
16 were in correspondence with a gentleman called
17 Stefan Matthews; is that correct?
18   A.   I am in correspondence with him
19 now, I was in 2007, and I have been between that
20 entire period.
21   Q.   The answer to my question is just
22 yes, you were in contact with Stefan Matthews in
23 early 2016?
24       MR. RIVERO:  We have stipulated
25 that Dr. Wright was in communication with

Page 28

1  Mr. Matthews in 2016.  Next question, please.
2        MR. FREEDMAN: Mr. Rivero, I would
3  ask that you do not do that.  This is a
4  deposition.
5        MR. RIVERO:  Mr. Freedman, he has
6  just answered the question.  I am trying to move
7  this along.  We will stipulate that as a fact.
8  For the record, please ask the next question.
9  BY MR. FREEDMAN:
10   Q.   Did Stefan Matthews want you to
11 come out as Satoshi Nakamoto in early 2016?
12   A.   To my knowledge, no.
13   Q.   Were you in touch with Calvin Ayre
14 in early 2016?
15   A.   Calvin Ayre was my mentor but, no,
16 I was not in talks in that manner with Calvin Ayre
17 about this.
18   Q.   I did not add the words, I know you
19 are very precise with words so I am going to ask
20 my question again, were you in touch with Calvin
21 Ayre in early 2016?
22   A.   Yes, again, yes, Calvin was my
23 mentor.
24   Q.   And did Calvin want you to come out
25 as Satoshi Nakamoto in early 2016?

Page 29

1    A.   No.
2    Q.   Were you in touch with Robert
3  McGregor in early 2016?
4    A.   Yes.
5    Q.   Did Robert McGregor want you to
6  come out as Satoshi Nakamoto?
7    A.   Unfortunately, yes.
8    Q.   Did Robert McGregor make
9  arrangements for that to happen?
10   A.   Yes.
11   Q.   Did Robert McGregor hire PR
12 consultants to help co-ordinate precedents to
13 facilitate you coming out as Satoshi Nakamoto?
14   A.   Yes.
15   Q.   Do you recall whether you retained
16 an organization called the "Outside Organization"?
17   A.   I do not know if it was him or a
18 group he was associated with.
19   Q.   Somebody retained the Outside
20 Organization to help facilitate this press
21 release?
22   A.   Yes.
23   Q.   Do you recall specifically a
24 gentleman called Nick Caley from the Outside
25 Organization -- C A L E Y?



Page 30

1    A.   No.
2    Q.   I am going to hand you what has
3  been produced in this litigation by you as the
4  defense 52366?
5       MR. RIVERO:  Is that the 6-page
6  document ES0052366?
7       MR. FREEDMAN:  Yes.
8  BY MR. FREEDMAN:
9    Q.   Dr. Wright, do you have that in
10 front of you?
11   A.   Yes.
12   Q.   Do you recognize this an e-mail
13 from you to Victoria Brookes?
14   A.   That is what it is.
15   Q.   There is a CC to a bunch of other
16 folks?
17   A.   I can see it is CCed to other
18 people, yes.
19   Q.   The last name on that line is Nick
20 Caley, do you see that?
21   A.   Yes.
22   Q.   You wrote "great work"?
23   A.   Yes.
24   Q.   And if you look down below you are
25 responding to an e-mail from Victoria Brookes; is

Page 31

1  that not right?
2    A.   Yes.
3    Q.   If you look right underneath that
4  do you see the first bracket it says "press team
5  Alan Edwards, Nick Caley, Victoria Brookes, all
6  working on Monday"?
7    A.   Yes.
8    Q.   Nick Caley was a member of the
9  press team that was hired for this press release;
10 isn't that a true statement?
11   A.   I do not know.
12   Q.   Do you have reason to doubt this
13 e-mail is true or real?
14   A.   That is a separate question.
15   Q.   Do you have reason to doubt it is
16 real?
17   A.   Not at the moment, no.
18   Q.   Is it a fair assumption that Nick
19 Caley was a member of the press team?
20       MR. RIVERO:  Objection to the form.
21   A.   I am not going to make assumptions,
22 I do not know.
23 BY MR. FREEDMAN:
24   Q.   Do you remember if Nick Caley was
25 involved in strategic decisions related to coming

Page 32

1  out as Satoshi Nakamoto?
2    A.   I do not know who Nick Caley is,
3  I do not remember him.
4    Q.   I am going to populate to the share
5  file, Dr. Wright, what you produced in this
6  litigation as defense 52129.
7    A.   I can see it but it needs to be
8  zoomed in.
9       MR. RIVERO:  I heard 52169 but I am
10 seeing 52129.
11       MR. FREEDMAN:  52139, thank you for
12 clarifying that.
13       (Exhibit Defense 52139 marked for
14 identification)
15 BY MR. FREEDMAN:
16   Q.   Is it zoomed in?
17   A.   Yes, it is now.
18   Q.   This is an e-mail from you to
19 Stefan Matthews?
20   A.   Yes.
21   Q.   CCed to, amongst other people,
22 Nicolasscottcaley@███████████?
23   A.   It is a reply all with those other
24 people on it, yes.
25   Q.   In it you say:  "The people working

Page 33

1  for ethereum and blockchain are the ones trying as
2  hard as they can to ensure that Satoshi remains
3  dead.  I really think that the last thing we need
4  to do is have them involved right now.  Offering
5  them a platform is a risk that I see no upside to.
6  Craig"; do you see that?
7    A.   I see that.
8    Q.   You are here discussing if you look
9  on the e-mail underneath that, you are discussing
10 whether or not it will be work involved Nick Szabo
11 into the efforts to come out as Satoshi Nakamoto,
12 is that fair?
13       MR. RIVERO:  Objection to the form.
14   A.   No, that was not what I was
15 discussing.
16 BY MR. FREEDMAN:
17   Q.   What were you discussing?
18   A.   Basically there are a lot of other
19 people who wanted to invite Nick Szabo and Vitalik
20 Buterin and others to work with me which I thought
21 was a terrible idea.
22   Q.   Can you take a look at Stefan
23 Matthews' e-mail from March 2016 at March 9.29
24 a.m., it says:  "We also will have a potential
25 reveal with Nick Szabo that could involve Andrew?



Page 34

1    A.   Hmm hmm.
2    Q.   You were talking about involving
3  Nick Szabo in your coming out as Satoshi Nakamoto,
4  were you not?
5    A.   No, I was not, nor does that say
6  that I was, that is Stefan talking to other
7  people.
8    Q.   And you are responding to that, is
9  that not right?
10    A.   That is me, on receiving it, saying
11  I do not want anything to do with Nick Szabo.
12    Q.   You involve Mr. Caley in these
13  communications?
14    A.   Sorry, I did not hear the question.
15    MR. RIVERO:  Object to the form.
16  BY MR. FREEDMAN:
17    Q.   You involved Mr. Caley in these
18  communications; is that fair?
19    A.   I hit "reply all", I have no idea
20  who Mr. Caley is.
21    MR. RIVERO:  Sorry, I want to make
22  sure there was an objection that I stated before
23  that question.  I know that there was some
24  over-talk, sorry about that.
25  BY MR. FREEDMAN:

Page 35

1    Q.   I am going to hand you -- upload
2  into the share file what you produced in this
3  litigation as defense 52143; please take a look at
4  that e-mail when it populates.
5    (Exhibit marked for identification)
6    Q.   Is it zoomed in for you?
7    A.   Yes, it is.
8    Q.   Is it fair to say this is another
9  e-mail from you with a CC to Nick Caley?
10    A.   Again, it is a "reply all".
11    Q.   Again you are discussing no to
12  Nick, no to Maxwell, no to any of the people
13  working for firms that are opposed to do what "we
14  are doing"?
15    A.   Yes, as I said, what I was saying
16  is there is no way on earth I wanted to have
17  anything to do with Nick Szabo or Greg Maxwell or
18  Vitalik Buterin, or any of these people who seek
19  to have a version of Bitcoin that acts outside of
20  government control, so correct.
21    Q.   Dr. Wright, I am going to upload
22  into the share file what you produced as the
23  defense 52146.
24    (Exhibit Defense 52146 marked for
25  identification)

Page 36

1    A.   I can see that.
2    Q.   It starts at the bottom of the
3  e-mail chain with an e-mail from you that
4  discusses leaks.  It relates to a thread about
5  Craig Wright being a Nigerian prince; do you see
6  that?
7    A.   I see that.
8    Q.   Alan Edwards from the Outside
9  Organization responds to that e-mail that this
10  kind of docket(?) is not helpful; do you see that?
11    A.   Yes, we had another hack in the
12  organization and I responded saying that I did not
13  want -- again, documents were being hacked and
14  leaked in our organization, and I sent it round
15  for someone to do something.
16    MR. RIVERO:  Mr. Freedman, it is
17  not an issue, I do not really care, if you are
18  going to rely on links, which I do not think you
19  are doing here, for the future please make sure
20  that we are able to access the link.  I do not
21  want to interfere; just keep going.
22    MR. FREEDMAN:  Then Dr. Wright you
23  respond saying "yes, but this is more than
24  gossip".
25    A.   Yes, there are leaks.  There are

Page 37

1  people actually putting out internal documentation
2  from the organization and posting it on "read it";
3  that is not a leak -- that is not gossip, that is
4  a leak.
5    Q.   Then Mr. Matthews responds saying
6  that it might be involving Uyen Nguyen, is that
7  fair?
8    A.   That is what he said, yes.
9    Q.   Then your wife, Ramona Watts,
10  responds saying that: "Staff do not know what we
11  discussed in our media meetings."  Addressed
12  Craig, "you think Nick is a concern, approach and
13  knowledge of the company...(reads to the
14  words)...related."  Do you see that in the e-mail?
15    A.   I can see that in the e-mail.
16    Q.   Do you see that Ms Watts CC's Nick
17  Caley again in what was a concern that you had
18  about coming out as Satoshi Nakamoto?
19    A.   I see once again someone who I do
20  not know CCed on a general CC.
21    Q.   Dr. Wright, I am going to upload
22  what you produce in this litigation as defense
23  52148?
24    (Exhibit Defense 52148 marked for
25  identification)

Page 38

1    A.   That is on the screen.
2    Q.   Do you recognize there is an e-mail
3 from you?
4    A.   Yes.
5    Q.   Again, do you see to Nick Caley?
6    A.   Again, it is once again just a
7 general expanded group.
8    Q.   And this is a discussion you had
9 about whether or not to involve certain
10 individuals in your plan, is that fair?
11    A.   No, that is not fair.
12    Q.   What is it then?
13       MR. RIVERO:  Object to the form.
14    A.   Two points.  (1) You said "this is
15 my plan".  As stated, I had no plan to come out
16 and I had actually been fighting this.  And (2)
17 you are looking at something where I am not
18 talking about a plan, I am talking about saying
19 I will not deal with these other people that Rob
20 had as a plan.  On both points, I disagree.
21 BY MR. FREEDMAN:
22    Q.   This involves you coming out as
23 Satoshi, not your plan, is that fair?
24    A.   This involves what other people had
25 sought to do with the company.

Page 39

1    Q.   Do you see the paragraph where you
2 say ---
3       MR. RIVERO:  Mr. Freedman, I am
4 sorry, the sound quality just suddenly
5 deteriorated over the last question and answer to
6 the point I cannot understand.  I am not sure what
7 is going on.
8       MR. FREEDMAN:  Is it better now?
9       MR. RIVERO:  I did not hear
10 anything of the last question, it is fine right
11 now.
12 BY MR. FREEDMAN:
13    Q.   Do you see in the paragraph that
14 says:  "We addressed talking to Nick Szabo"; do
15 you see that paragraph?
16    A.   Yes, which is where basically I am
17 using "we" in the royal we, where I am telling
18 people:  I told you basically I am not dealing
19 with Nick Szabo.  "We addressed" is my talking to
20 you and my saying I am not dealing with Nick Szabo
21 or Gregory Maxwell.
22    Q.   Do you see in the second line of
23 that paragraph the sentence that begins:  "Our
24 plan should involve how we ensure that these
25 people in these companies do not...(reads to the

Page 40

1 words)...against us."
2    A.   Yes, this is not a media plan, this
3 is a corporate plan.  You are confounding the two.
4 Rob wanted a media plan, where he would quickly
5 sell off nChain, I, on the other hand, as I am
6 doing now, to build over decades intellectual
7 property and systems and slowly, profitably build
8 a company so we had a distinct difference in
9 plans, leading to Rob's leaving the organization.
10    Q.   Let me show you what you produce in
11 this litigation as defense 172557?
12       (Exhibit Defense 72557 marked for
13 identification)
14    A.   Yes, I can see that now.
15    Q.   This is, if you go to the bottom,
16 the first e-mail is an April 1st e-mail from Nick
17 Caley talking about the Financial Times story
18 entitled "Craig Wright Upcoming Big Reveal", not a
19 Financial Times story, a story entitled "Craig
20 Wright Upcoming Big Reveal --
21       MR. RIVERO:  I am needing to read
22 the e-mail -- one moment, please.  The sound
23 quality is poor.  I need to read the question.  Is
24 the sound quality on the other lines the same or
25 poor?

Page 41

1    A.   The quality here is fine.
2       MR. RIVERO:  Thanks, I will do my
3 best.
4 BY MR. FREEDMAN:
5    Q.   Do you see where it says at the
6 bottom there is an e-mail from Nick Caley,
7 referencing a story at the Alpha Mill blog
8 entitled "Craig Wright Upcoming Big Reveal."
9    A.   Yes, I see where Nick was talking
10 to people and I see that they were trying to
11 manage me.  As you have guessed, I am not always
12 the calmest person in all situations.
13    Q.   Stefan Matthews responds to Nick
14 about that, right?
15    A.   That is what it appears to be.
16 I can't read Stefan's thing there, I am assuming
17 that is Stefan@
18    Q.   Nick responds back to Stefan,
19 right?
20    A.   Is that above?  Can you scroll up,
21 please?  Yes, he responds without my being on the
22 communication chain, that is correct.
23    Q.   Then Robert McGregor forwards that
24 to you and your wife, Ms Watts, and Stefan
25 Matthews and asks for a quick call in 90 minutes,

Page 42

1   is that fair?
2       A.   He forwarded it, I do not know if I
3   saw it, I do not see everything on my phone.  The
4   way Google works is that it does not scroll down
5   all the other things, so all I would have seen is
6   that there would have been a response from another
7   e-mail.  So, what I can say is Robert McGregor
8   forwarded me an e-mail saying he wanted a quick
9   call in 90 minutes.
10      Q.   Dr. Wright, all I asked you is: did
11  Robert McGregor forward that to you?  I know you
12  are very precise with words, so I am being just as
13  precise with the questions I am asking you.  It is
14  a true statement that Robert McGregor forwarded
15  this e-mail to you?
16      A.   Yes, it is a true statement that
17  that top section there, with the comment about a
18  quick call, was forwarded to me.
19      Q.   Thank you, Dr. Wright.  I am
20  handing you, or uploading into the share file what
21  has been Bates labeled and produced by you as
22  Defense 52372?
23      (Exhibit Defense 52372 marked for
24  identification)
25      A.   Yes, I see that.

Page 43

1       Q.   Can you scroll down with me to the
2   first e-mail in the chain down the bottom of the
3   first page from Victoria Brookes on April 29,
4   2016, let me know when you see that?
5       A.   The Victoria "hi all" you mean?
6       Q.   Yes, if you just take a moment to
7   scan that e-mail so you are familiar with it.
8       MR. RIVERO:  Mr. Freedman, are you
9   referring to a multipage e-mail that starts 57372
10  at the bottom saying "Hi all".
11  BY MR. FREEDMAN:
12      Q.   Yes.  This appears to layout a
13  schedule of interviews where you would be
14  fulfilling Robert McGregor's plan for you to come
15  out as Satoshi Nakamoto; is that fair?
16      A.   No, that is not fair.
17      Q.   What was it you were supposed to do
18  at 7.30 a.m. in London on 2 May 2016?
19      A.   You are assuming that I had been
20  told all of what they had planned to happened,
21  that is not the case.  What was happening under
22  what Rob was planning and putting together and
23  what actually I was told, they thought they could
24  manage me and have me do what they wanted.  That
25  did not work out.

Page 44

1       Q.   Dr. Wright, all I asked you is that
2   this appears to be the plan Robert McGregor wanted
3   you to follow out to come out as Satoshi Nakamoto.
4       A.   No, that is not what you asked me.
5       MR. RIVERO:  Object, misstates the
6   question previously stated.
7       Mr. Freedman, I suggest that you
8   ask another question.
9   BY MR. FREEDMAN:
10      Q.   Thank you for that suggestion.
11  Dr. Wright, let me rephrase the question that I
12  just asked you again.  Does this appear to be the
13  plan that Robert McGregor wanted you to follow to
14  come out as Satoshi Nakamoto?
15      A.   I cannot answer that because I was
16  not involved in the plan that Mr. McGregor wanted
17  me to do.  If I am not involved in the plan,
18  I cannot say that this is the plan.
19      Q.   Does this lay out a series of
20  interviews that you were intended by some people
21  to attend?
22      A.   I cannot speak for the intentions
23  of other people.
24      Q.   You did not have any conversations
25  with Robert McGregor about what he wanted you to

Page 45

1   do?
2       A.   I did.  I told Robert to stick it
3   up his arse, to quote fairly correctly.
4       Q.   During that conversation when you
5   told Robert McGregor that did he not express what
6   he wanted you to do?
7       A.   Robert and I yelled at each other
8   for quite some time.
9       Q.   Is this the schedule of interviews
10  of you by various media?
11      MR. RIVERO:  Object to the form.
12      A.   Media interviews were put together,
13  which I was led to believe would be for a
14  different purpose.
15      Q.   This is a list of some of those
16  interviews that were put together?
17      A.   This is a list of interviews
18  I attended.
19      Q.   Okay.  Above that do you see Ms
20  Watts responds to Ms Brookes?
21      A.   Yes.
22      Q.   She says: "Thanks for this, it all
23  reads really well ...(reads to the words)...the
24  wider media will be appearing on Monday, as well
25  as the actual articles".  Does this describe the



Page 46

1    press release that we have been discussing of you
2    coming out as Satoshi Nakamoto, is that fair?
3         A.    Again, that is not fair.  You are
4    mischaracterizing the situation.
5         Q.    What press release is Ms Watts
6    referring to?
7         A.    We had been given information that
8    was not the same as what we were given.  Both
9    Ramona and I were not in London when all this was
10   being decided.  As you will see from her e-mail we
11   were traveling back from overseas with our
12   children.
13        Q.    Who responds to -- strike that.  Ms
14   Watts is concerned about the public nature of the
15   press release while you are traveling, is that
16   fair?
17        A.    I do not know if I would use the
18   word "fair".  Do you want me to say "is it
19   accurate"?
20        Q.    Sure, accurate is okay; is it
21   accurate?
22        A.    Yes.
23        Q.    You were planning, this was going
24   to be a pretty big news, right?
25        A.    That is not what it says.  Again,

Page 47

1    you are mischaracterizing.  That not saying ---
2         Q.    Let me clarify the question.  Was
3    this going to be big news?
4         A.    It ended up as big news, that is
5    not what I was led to believe it was.
6         Q.    Why was Ms Watts concerned about
7    the thing that would not be big news coming out?
8         A.    Because we had lots of things going
9    on at the time.
10        Q.    Ms Watts says that she is concerned
11   that issuing a very public press release like that
12   may be an issue with parents.  What is the very
13   public press release that would cause an issue of
14   parents?
15        A.    If we are going on about my
16   involvement with Bitcoin, which most people at the
17   time basically tagged together with Silk Road, we
18   had children in private schools in the UK.  We did
19   not want parents thinking my children were
20   associated with drug money or anything like this.
21   That is an issue.  Any press release in the UK
22   would thus be an issue.
23        Q.    So would it be accurate to say Ms
24   Watts is asking whether or not this press release
25   can be delayed slightly?

Page 48

1         A.    So, she is saying if any press
2    release, yes, after we have arrived in London and
3    the children are safe and we have discussed it, so
4    ----
5         Q.    So she is asking about whether or
6    not the press release can be delayed, is that
7    fair?
8         A.    I would have to talk to her, but
9    that is what it would appear to be me.
10        Q.    Nick Caley responds, right?
11        A.    Assuming this is correct, I have
12   not seen this e-mail before, so I am assuming it
13   is valid.
14        Q.    It was sent to you via CC, it says
15   Craig; you did not read it you are saying?
16        A.    I did not read it, no.
17        Q.    He says he understands her concern
18   and that they really do not want to delay the
19   press release, is that an accurate and fair
20   characterization of the e-mail?
21        A.    I will just read it, sorry.  It
22   would seem that he was not going to delay a press
23   release, even though we did not want the press
24   release to go ahead.
25        Q.    Okay.  He was not going to go over

Page 49

1    the press release.  Dr. Wright, you produced in
2    this litigation defense 52372?
3         (Exhibit Defense 722110 marked for
4    identification)
5         Q.    Sorry, we had that already,
6    722110.
7         MR. COHEN:  We have been going for
8    almost two hours, albeit with some technical
9    issues.  I wonder whether, at the end of this
10   exhibit, which you are about to show, that would
11   be an opportune time to take a recess.
12        Q. Yes, if Dr. Wright is able,
13   I have two more exhibits then we can take a break,
14   but if he needs one now I am happy to stop now.
15   Are you able to carry on?
16        A.    I am able, unless anyone wants to
17   stop.  We will do the extra two exhibits.
18        Q.    Do you have defense 722110 in front
19   of you?
20        A.    Yes.
21        Q.    This is an e-mail from Robert
22   McGregor to Ramona Watts and Stefan Matthews and
23   yourself, Craig@          t?
24        A.    It is to Craig@          yes,
25   although the name is wrong.

Page 50

1      Q.    He is forwarding you feedback about
2  a story that is being run, is that fair?
3      A.    Again, I would not characterize
4  that as being fair.  The word is not fair.
5      Q.    Accurate?
6      A.    Thank you.
7      Q.    Is it accurate?
8      A.    That is an accurate portrayal of
9  what is said in the e-mail, yes.
10     Q.    I am now going to upload defense
11  172559
12     (Exhibit Defense 172559 marked for
13  identification)
14     Q.    Do you have that?
15     A.    I am just waiting, sorry.
16  Technology! If you could zoom in please.  Thank
17  you.  I have that.
18     Q.    Do you have that in front of you?
19     A.    I have that in front of me.
20     Q.    This is an e-mail from Stefan
21  Matthews to you CCed to Ms Watts, do you see that?
22     A.    I see that.
23     Q.    It is a copy of a press release?
24     A.    It is not ----
25     Q.    Is that accurate?

Page 51

1      A.    No.
2      Q.    Take a look at the e-mail below,
3  e-mail forwarded from Nick Caley?
4          MR. RIVERO:  I have an objection to
5  this document as incomplete because the
6  attachments -- I do not see the attachments.  Go
7  ahead.
8  BY MR. FREEDMAN:
9      Q.    He was not produced it with an
10  attachment, it was produced in litigation?
11         MR. RIVERO:  I still have the same
12  objection.
13  BY MR. FREEDMAN:
14     Q.    Do you see that this is an e-mail
15  from Nick Caley and it says "thanks for your
16  feedback, please find updated release with the
17  changes we discussed."
18     A.    I see that Stefan has responded to
19  an e-mail from Nick Caley, that I will assume is
20  what he responded to.
21     Q.    He actually forwarded right, would
22  that be accurate?
23     A.    A forward is a form of response,
24  yes, I did not say reply.
25     Q.    He forward --

Page 52

1          MR. RIVERO:  Mr. Freedman, I am
2  going to restate my objection with more
3  specificity, this is not a complete document as
4  produced.  I object to its use in this form.
5  Please proceed.
6  BY MR. FREEDMAN:
7      Q.    And there is an attachment to this
8  e-mail listed right below the subject, right?
9      A.    There is a comment saying that
10  there is an attachment, I do not know if there is
11  an attachment.
12     Q.    The comments of the attachment is
13  called "Inventor of Bitcoin goes public as Dr.
14  Craig Wright", is that fair?
15     A.    No, because I do not have the
16  attachment.
17     Q.    Accurate.  I am not asking you
18  about the attachment, asking whether the e-mail
19  has an indication on it that there was an
20  attachment entitled "Inventor of Bitcoin goes
21  public as Dr. Craig Wright." Is that accurate
22  representation of what you are looking at?
23     A.    No.
24     Q.    What is inaccurate about it?
25     A.    It is file name, that is not what

Page 53

1  the title of the document may necessarily be.  You
2  would have to open the document to see the title,
3  so, no, that is a file name called that doc.x.
4      Q.    Stefan Matthews forwarded you an
5  e-mail which has the file name "Inventor of
6  Bitcoin goes public as Dr. Craig Wright"; is that
7  fair -- accurate?
8          MR. RIVERO:  Object to all
9  questions on this document based on the rule of
10  completeness.
11  BY MR. FREEDMAN:
12     Q.    Your objection is noted for the
13  third time now, Mr. Rivero.
14         MR. RIVERO:  I wanted to make sure.
15  BY MR. FREEDMAN:
16     Q.    Dr. Wright, you may answer the
17  question.
18     A.    Again without seeing the actual
19  file, I cannot say whether that is even just
20  something typed saying "attachments".  It is
21  possible to type attachments in that name.
22     Q.    Dr. Wright, do you have reason to
23  believe that Stefan Matthews would type an
24  attachment that was not really on the e-mail?
25     A.    He has done it before, yes.

Page 54

1    Q.    Stefan Matthews sent you an e-mail
2  that appears to indicate that there is a file
3  attached with the name "Inventor of Bitcoin goes
4  public as Dr. Craig Wright"; is that accurate?
5    A.    That appears to be that as
6  displayed on screen, yes.
7    Q.    He says to you:  "Hi mate, ponder
8  this and we can discuss and submit changes on
9  Sunday"; is that accurate?
10    A.    Is that a question?  If so, yes.
11    Q.    Dr. Wright, let us upload the
12  attachment to the share file that was attached to
13  that e-mail.  I think that is defense 172560?
14        MR. RIVERO:  The very next Bates
15  number, yes.
16  (Exhibit Defense 1729560 marked for
17  identification)
18        MR. RIVERO:  For the record, this
19  was produced incomplete as a new exhibit.
20  BY MR. FREEDMAN:
21    Q.    We are trying to get it up.  The
22  technology is not co-operating.  Shall we take the
23  break.
24        (A short recess from 3.03 p.m. to 3.16
25  p.m.)

Page 55

1  BY MR. FREEDMAN:
2    Q.    Before the break we were looking at
3  an e-mail that had been forwarded to you by Stefan
4  Matthews with an attachment; is that accurate?
5    A.    I see an attachment.  I am assuming
6  it is the same one that you are saying is on the
7  e-mail.
8    Q.    Right.  It the titled "leading
9  scientist and academic, Dr. Wright, goes public as
10  the inventor of Bitcoin and the blockchain"?
11    A.    That is what the title is.
12    Q.    Clearly a press release to fulfil
13  Robert McGregor's plan to come out as Satoshi
14  Nakamoto?
15    A.    It is not a press release, it is a
16  document.  It does not say "press release" or
17  anything else.  It is potentially something that
18  could be made into a press release.
19    Q.    The title of the e-mail that this
20  was attached to is "updated press release", right,
21  Dr. Wright?
22    A.    No, the title is "leading scientist
23  and academic..."
24    Q.    It was attached to defense 172559,
25  which is an e-mail from Stefan Matthews to you

Page 56

1  with the subject "forward updated press release";
2  is that accurate?
3    A.    Again, I cannot say whether that is
4  true.  I do not have the original e-mail so
5  I cannot respond on that.
6    Q.    You produce this to us with this
7  e-mail having that attachment; have you any reason
8  to doubt that?
9    A.    I did not produce it, it was a
10  forensic copy of machines from various areas that
11  were given to my lawyers; my lawyers produced it.
12  Where you are saying I produced, I have not
13  produced anything.  My lawyers have worked with
14  forensic experts to capture all of the machines
15  that are owned by myself, by many of my staff and
16  others and then have submitted documents based on
17  that.
18    Q.    So you do not know whether this is
19  a press release or not?
20    A.    I do not know of that alone whether
21  this is a press release or not.
22    Q.    Okay.  Okay, I am --
23        MR. RIVERO:  Just to make sure the
24  record is clear because I objected previously.  We
25  produced in consecutive order these ending in 59

Page 57

1  and 60 and they speak for themselves.
2  BY MR. FREEDMAN:
3    Q.    Dr. Wright, I am uploading to the
4  share file what you produced as 172753?
5        (Exhibit Defense 172753 referred to)
6        MR. RIVERO:  April 26, 2016.
7    A.    I have a document in front of me,
8  yes.
9  BY MR. FREEDMAN:
10    Q.    The front page says "Dr. Craig
11  Wright media training"?
12    A.    I see that.
13    Q.    Second page "media training notes",
14  do you see that?
15    A.    I see that.
16    Q.    If you go down to page 7 for me,
17  top of page 7 there is "Tuesday 26 April 2016
18  media sessions", do you see that?
19    A.    I see "26 April media sessions".
20    Q.    Below that is a list of media
21  sessions, do you see that?
22    A.    No, I see times when I was
23  overseas, so "meeting interview on camera etc.,
24  27th April", I do not know if that date is correct
25  or not, it may have been updated.  I do not think



Page 58

1  it was off recollection.
2      Q.   It says: "Attending Dr. Craig
3  Wright, Jon Matonis, Nick Caley, Andrew O'Hagan"?
4      A.   Yes, I see that comment.
5      Q.   Do you see The Economist on 11.30
6  attended Dr. Craig Wright, Jon Matonis, Nick Caley
7  and Andrew O'Hagan?
8      A.   I see that document says this.
9      Q.   There is a break for lunch from
10 12.30 to 13.00?
11     A.   No, I see there is a statement in a
12 document that says that.  That is not a break for
13 lunch, it is ---
14     Q.   There is then an -- sorry, are you
15 finished?
16     A.   I am now.
17     Q.   There is then an interview with GQ
18 from 13:00 to 16:00; do you see that?
19     A.   I see that.
20     Q.   Again attending Dr. Craig Wright,
21 Jon Matonis and Nick Caley?
22     A.   Yes.
23     Q.   Do you still not remember Nick
24 Caley, Dr. Wright?
25         MR. RIVERO:  Object to the form.

Page 59

1      A.   Once again, after this meeting
2  I have met many people here and even there had
3  been a multiple times I will not remember them.
4  One of the things I have is facial aphasia and
5  that means I do not recognize people.
6  BY MR. FREEDMAN:
7      Q.   It is a yes or no question?
8         MR. RIVERO:  Mr. Freedman, please
9  do not interrupt the witness in the middle of an
10 answer.  He was not finished with that answer.
11 BY MR. FREEDMAN:
12     Q.   Please finish.
13     A.   That is not a yes or no question
14 and answer.  You are wanting me to make it a yes
15 or no question and answer.  My answer is very
16 simple: you are asking if I recognized a person.
17 I have facial aphasia.  I can be with someone in
18 the room a hundred times and if I am not
19 concentrating on remembering the facial features
20 of that person and actually mapping a model in my
21 mind of what to remember, it does not matter,
22 I will not remember that person.  I do not
23 remember, and will not ever say I recognize, Nick
24 Caley.  I do not know who Nick Caley is, I do not
25 recognize him, I do not remember him.

Page 60

1  BY MR. FREEDMAN:
2      Q.   Whether you remember him or not
3  Nick Caley was on a lot of e-mails discussing the
4  corporate media plan, correct?
5         MR. RIVERO:  Object to the form.
6      A.   He is listed on a lot of documents,
7  you have said.
8  BY MR. FREEDMAN:
9      Q.   This press release turned out to be
10 a fairly big event, Dr. Wright, is that accurate?
11     A.   I do not believe that is accurate,
12 no.
13     Q.   As part of it, you are expected to
14 conduct certain interviews, right?
15     A.   No, people sought that to be with
16 me but being that I was not agreeing to all of
17 that, and they thought they could shoehorn me into
18 it, then, no, I do not agree with what you just
19 said.
20     Q.   Did you attend any interviews?
21     A.   Yes, I have attended many
22 interviews.
23     Q.   Did you attend the interviews
24 listed in this document?
25     A.   I do not remember if the days are

Page 61

1  correct, but I attended interviews along the lines
2  of what was in this document.
3      Q.   Did you prepare for those
4  interviews at all?
5      A.   I had people try and prepare me.
6  It wasn't for those interviews, so that would be a
7  no.  But, people had tried to tell me that if I
8  was going to run a company I had to be able to
9  stand in front of media and answer questions
10 calmly etc. the way they wanted.  And I was
11 informed that I would be being trained to stand in
12 front of media as the sea level I was and that I
13 had to do it.
14     Q.   And part of that was mock
15 interviews?
16     A.   It was not really mock interviews,
17 that is not how they did the training.
18     Q.   How did they do the training?
19     A.   People threw questions back and
20 forth at me but it was not like I would say an
21 interview was.
22     Q.   People would throw questions, you
23 would respond, they would throw another question
24 and you would respond; is that accurate?
25     A.   That was one thing that they were

MAGNA
LEGAL SERVICES

Page 62

1  doing.  It would be as if I was -- I guess on a US
2  presidential campaign where people would stand in
3  front and ask questions from a media thing
4  randomly, but that is not how any of these media
5  meetings actually occurred, so.
6      Q.    Do you recall if these training
7  sessions were recorded?
8      A.    I do not know.
9      Q.    Do you remember a training session
10  you had on March 18, 2016?
11      A.    I do not.
12      Q.    Do you recall a training session
13  you had on March 22, 2016?
14      A.    I do not.
15      Q.    Dr. Wright, I am going to upload to
16  the share file 172509?
17      (Exhibit Defense 172509 referred to)
18  BY MR. FREEDMAN:
19      Q.    Do you have that there?
20      A.    I have an e-mail up on screen.
21      Q.    Okay, who is that e-mail from?
22      A.    The from statement is a Nick Caley.
23      Q.    Who is it to?
24      A.    Multiple people including myself,
25  Ramona, Catherine Kauchemann, Robert McGregor,

Page 63

1  Stefan Matthews, which is "Stefan nCrypt" in
2  there, Alan Edwards and Victoria Brookes.
3      Q.    What is the subject?
4      A.    "Media training notes".
5      Q.    Can you read it for the record?
6      A.    Yes, I can.
7      Q.    Can you go ahead and do that?
8      A.    "Hello, Craig and Ramona.  Please
9  find the attached notes and transcripts from the
10  first two media training session[s] to consider
11  ahead of our next one on Thursday 7th April.  Also
12  it would be useful if we could see a draft of what
13  you might say at the press conference on 26th
14  April so we can discuss that in the session next
15  week also.  Many thanks.  Nick."
16      Q.    I am uploading to the share file
17  defense 172510?
18      (Exhibit Defense 172510 referred to)
19      Q.    Do you guys have the document in
20  the share file?  I am seeing the file in the share
21  file.
22      A.    I have a document "media training
23  session two" in front of me.
24      Q.    The date on that is 22 March in the
25  top left corner?

Page 64

1      A.    That is correct.
2      Q.    Do you see in bold and then not
3  bold underneath it, just read the first one for
4  the record, the question and answer?
5      A.    The bolded one?
6      Q.    Yes.
7      A.    "Craig, how much does a White Paper
8  take to construct?  I know it's a daft question...
9  it could be hundreds of thousands of dollars?
10  Quite easily, including patenting, yes".
11      Q.    Do you recall that question and
12  answer?
13      A.    No.
14      MR. RIVERO:  Object to the form.
15  BY MR. FREEDMAN:
16      Q.    Can you go down to page 14 for me.
17  This is a note, the answers across the top, let me
18  know when you get there, Bates label 172523?
19      A.    I am on page 14, "notes and
20  alternative answers".
21      Q.    Can you read that bold paragraph
22  under the word overview for the record?
23      A.    I can.  I assume you want me to
24  read it?
25      Q.    Please.

Page 65

1      A.    "Our second training session was
2  different to the first in that rather than a full
3  on mock interview, we moved on to analysis of
4  harder questions and how they might be better
5  answered.  We then picked up the mock interview as
6  the answered were practiced.  The session saw a
7  real move forward for CW in terms of both tone and
8  content.  He was far less defensive on difficult
9  questions.  He dominated the interview in the
10  right way and he shows humility at the right
11  level.  Even on technical subjects he made
12  complicated matters (to the layperson) very clear.
13  His passion drew you in and he importantly didn't
14  lose his temper on the tricky subjects."
15      Q.    CW in that paragraph is Craig
16  Wright?
17      A.    I didn't write the document.
18      Q.    Do you take that as a reference to
19  Craig Wright?
20      A.    It's not my document, I'm not going
21  to make an assumption.
22      Q.    Does this help to refresh your
23  recollection that you did engage in mock
24  interviews?
25      A.    Again, I sat in what other people

Page 66

1 were documenting as I was basically made to be a
2 lab rat. So you are characterizing my knowledge
3 as different to what other people's knowledge
4 would be.
5     Q.   Do you have any reason to believe
6 that CW there is referring to anybody else,
7 Dr. Wright?
8     A.   No, but I am also not going to make
9 the assumption as the document can stands for
10 itself on its own merit.
11     Q.   Does this help you recollect
12 whether or not these interview sessions, these
13 training sessions were recorded?
14     A.   I have no idea whether they were
15 recorded. I wasn't involved with the recording.
16     Q.   If we look at the second to last
17 paragraph of this note section of the document, do
18 you see where it says "as transcribed during the
19 session, you make the point that admitting a
20 mistake and making it clear you haven't done
21 everything right is quite ...(reads to the
22 words)...for journalists."
23         THE COURT REPORTER: Sorry.  I am
24 not ----
25     A.   I am not at the paragraph, so

Page 67

1 I cannot answer that question.
2         MR. RIVERO:  Can I get a reference
3 so I can find it?
4         MR. FREEDMAN:  Second to last
5 paragraph on the bottom of that same page, Defense
6 172523, starts off that "this answer was a great leap".
7     A.   I see that.
8     Q.   Do you see the second sentence I
9 just read "as transcribed during the session"?
10     A.   You are assuming I knew someone was
11 recording me, because what you are suggesting that
12 I must have known.  If I am a fish in a goldfish
13 bowl I do not know there is a camera on me, so the
14 answer you will receive in any of this is I have
15 no idea whether I was recorded or not.  The fact
16 that you are showing me notes, showing that other
17 people recorded me without my authorization is
18 actually troubling in that it is not actually
19 allowable in Europe?
20     Q.   I am going to upload into the share
21 file defense 172528?
22         (Exhibit Defense 172528 referred to)
23     A.   There is a document up that is
24 titled "media training session 1, 18 March '16".
25     Q.   This was attached to Nick Caley's

Page 68

1 e-mail as one of the attachments to that e-mail.
2         MR. RIVERO:  Object to the use of
3 the document in this way.
4 BY MR. FREEDMAN:
5     Q.   Go to page -- can you read that
6 first question and let me know if you
7 recognize or recall this conversation?
8     A.   Yes, I can read it and no, I do not
9 recall it.
10     Q.   I wanted to ask you some specific
11 questions and answers that you gave in these
12 interviews.  If you could turn for me, it is on
13 that first page number 1.  It is defense 172528?
14         MR. RIVERO:  Object to the
15 question.
16 BY MR. FREEDMAN:
17     Q.   Can you read the second bold
18 paragraph, read that bold question for the record?
19     A.   Yes, I can read it and for the
20 record:  "So, it was a committee of people, for
21 want of a better word?  You are not trying to
22 claim all the credit, it's not about you, it's a
23 combination of people and minds."
24     Q.   Can you read your answer?
25         MR. RIVERO:  Object to the form.

Page 69

1     A.   No, I cannot read my answer, I do
2 not know that this is my answer.
3     Q.   Can you read the answer?
4     A.   The document states:  "I've had a
5 lot of help.  In particular a friend of mine who
6 died a few years ago, Dave Kleiman, gave me a lot
7 of help but there have been many other people
8 along the way, and more than that it has been all
9 the people who have continued since I left.  These
10 people have actually put in a lot of time and
11 effort into making Bitcoin what is it.  The fact
12 I do not -- wanted to see is important to me but
13 it does not mean that is all there is.  I do not
14 want to be in charge; I didn't and I still don't."
15     Q.   Do you recall saying that?
16     A.   No.
17     Q.   Do you agree with that statement
18 today?
19     A.   Never have I never agreed with that
20 statement.
21     Q.   Did Dave Kleiman give you a lot of
22 help?
23     A.   Dave Kleiman gave me a lot of help.
24     Q.   Go to page 6, defense 172533.
25         MR. RIVERO:  Page 6.

MAGNA ▶
LEGAL SERVICES

Page 70

```
 1    BY MR. FREEDMAN:
 2        Q.    Can you read the second to last
 3   bold paragraph for the record and question?
 4        A.    I can.
 5        Q.    Please go ahead.
 6        A.    "Exactly, how many Bitcoins did you
 7   mine"?
 8        Q.    Read the answer?
 9        A.    No, I cannot, it's not an answer,
10   it's a statement, not a transcription from myself.
11   It is a statement that I guess people wanted me to
12   say, so that's not an answer.
13        Q.    Can you read it, Dr. Wright?
14        A.    I can read it, yes.
15        Q.    What is the transcription as put
16   down?
17              MR. RIVERO: Objection.
18        A.    Again, this is not a transcription,
19   no, I cannot read what a transcription has put
20   down.
21        Q.    How do you know this is a not a
22   transcription, Dr. Wright?
23        A.    Because this is not what I would
24   ever have said.  This is what people like Rob
25   wanted me to say.
```

Page 71

```
 1        Q.    Dr. Wright, why don't we take one
 2   second detour off the last question, we will come
 3   back to it in a moment.  Can go ahead and look at
 4   page 8 for me, Bates labeled defense 173525?
 5        A.    I am looking at page 8.
 6        Q.    Can you take a look in the last
 7   paragraph on that page, there is an annotation,
 8   "interrupted".  Do you see that?
 9        A.    I can see the word "interrupted".
10        Q.    Can you go to page 10 for me, that
11   is Bates 172537, do you see the second paragraph
12   from the top; let me know when you are on that
13   page, are you on that page?
14        A.    I see the second paragraph.
15        Q.    Do you see where it says
16   "(inaudible)"?
17        A.    Nothing says "inaudible", it is a
18   header that has in brackets the words "inaudible".
19        Q.    As if the transcriber could not
20   hear what was being said.
21              MR. RIVERO: Object to the form.
22        A.    This isn't a transcription.
23   BY MR. FREEDMAN:
24        Q.    Dr. Wright, one paragraph down from
25   that, do you see the answer where it says "I do
```

Page 72

```
 1   not know if I'd say I was David and Goliath
 2   (inaudible from interviewer)"; can you see that?
 3        A.    I can see it.  If you want to say
 4   this is what I was responding to, it is not.
 5   There were other people who talked and did things
 6   so if this is a recording or a transcription, it
 7   is people giving examples to me of what they think
 8   I should be saying.  I had plenty of those.  I had
 9   people sit there and give mock interviews and
10   I watched and they told me what to say and Rob
11   wanted me to say a whole load of things about "be
12   humble" "say that you created Bitcoin with other
13   people", "say that all these people helped you",
14   etc.  So if you are doing a transcription and if
15   this was a transcription -- which I do not know if
16   it is -- then it would be people in the room
17   talking back and forwards saying "Craig, this is
18   what you need to do".  So, if you ----
19        Q.    I am a little confused, are you
20   conceding it is a transcript, you are just not
21   saying it is you who is talking?
22        A.    No, I did not at any point say this
23   was a transcript.  If you had listened to my
24   answer you would hear that I said "if".  "If" does
25   not mean that I concede.  I said in the event that
```

Page 73

```
 1   it turns out that this was a transcript, what did
 2   occur in any of the meetings I remember was people
 3   sitting over the table talking back and forwards,
 4   telling me this is how I need to act.  "If you get
 5   this question respond this way."  "Craig, you will
 6   learn how to speak to people and you will learn
 7   how to be humble."  "Craig, you will learn how to
 8   be human."  "Craig, do not say that, it doesn't
 9   sound right."  "Craig, let other people talk and
10   be part of your invention."  So, no, I disagree
11   with you.
12              MR. RIVERO:  I am not sure that
13   I am speaking loudly enough.  I had stated an
14   objection at 71 line 12 and I think our court
15   reporter is doing a great job, but it didn't get
16   picked up in the live stream.  For the record,
17   I actually stated a contemporaneous objection to
18   the last question.
19   BY MR. FREEDMAN:
20        Q.    Let us go back to page 6, defense
21   172533, let me know when you are there?
22        A.    I am there.
23        Q.    Can you please read the second to
24   last bolded line on that page for the record?
25        A.    "Exactly how many Bitcoins did you
```

**MAGNA** ▶
**LEGAL SERVICES**

Page 74

1 mine"?
2     Q.   Can you read the response
3 underneath that?
4     A.   I can read the text underneath
5 that, I cannot say that that is a response.
6     Q.   Go ahead, please.
7     A.   The statement is a comment:
8 "I mined quite a number and I was with my partner,
9 so to speak, in all this, Dave, we mined quite a
10 lot."
11     Q.   Do you recall saying that,
12 Dr. Wright?
13     A.   I have never said that.
14     Q.   Do you agree with that statement
15 today?
16     A.   I do not agree with that statement
17 ever.
18     Q.   You have no idea what was meant by
19 "I was with my partner, so to speak, in all of
20 this, Dave"?
21     MR. RIVERO:  Object to the form.
22     A.   I have a suspicion about all of
23 this and this was meeting 1, as you saw in the
24 other document you showed me, meeting 2, this is
25 where I was angry and in the second one they said

Page 75

1 I was far less angry.  I was having people in
2 these meetings tell me "this is how you need to
3 respond, Craig".  "If you want the media to like
4 you and you want the company to be successful and
5 you are a CEO, you do not want to come across like
6 a Mark Zuckerberg; people hate him.  You need to
7 say these people helped you."  I told them
8 basically in all of those sort of things to fuck
9 off.  And fairly much not trying to swear or
10 anything here, but that would have been exactly
11 what I would have told them.
12 BY MR. FREEDMAN:
13     Q.   They encouraged you to give credit,
14 did they, where credit was not due?
15     MR. RIVERO:  Object to the form.
16     A.   All people like Rob wanted was to
17 have me up there looking nice on camera so that he
18 could have pumped the price of the company before
19 I had developed anything and made a quick return.
20     Q.   They wanted you to share credit to
21 appear humble?
22     A.   Who is "they"?
23     Q.   You told me people were telling you
24 that if you are humble you do not want to look
25 like Mark Zuckerberg, those people, who were they?

Page 76

1     A.   People such as Rob and other people
2 working for Rob.  I do not know the names of
3 people working for Rob.
4     Q.   So people such as Rob and people
5 working for Rob, they told you that you needed to
6 be appear humble and share credit, is that an
7 accurate statement?
8     A.   Yes.
9     Q.   You have no idea why they referred
10 to as -- Dave is referred to as your partner here?
11     MR. RIVERO:  Object to the form.
12     A.   I can make suppositions.
13 BY MR. FREEDMAN:
14     Q.   What is the supposition?
15     MR. RIVERO:  Object to the form.
16     A.   People liked Dave more than they
17 liked me.
18 BY MR. FREEDMAN:
19     Q.   Therefore?
20     A.   Therefore Dave becomes someone who
21 is fluffier, nicer, more able to be liked than me.
22 By extension, maybe I can be liked more because
23 Dave liked me.
24     Q.   Therefore -- I do not understand
25 the connection being Dave being fluffy and the

Page 77

1 reference to him as your partner?
2     MR. RIVERO:  Object to the form.
3 Same objection, continuous objection.
4 BY MR. FREEDMAN:
5     Q.   Can you explain that to me?
6     A.   I do not think I am able to.
7     Q.   Do you have any idea what was meant
8 by "we mined quite a lot"?
9     MR. RIVERO:  Objection.
10     A.   I do not suppose what other people
11 think.
12 BY MR. FREEDMAN:
13     Q.   Dr. Wright, can you read the next
14 bold line, the last bold line on page defense
15 172533?
16     A.   The last line in bold?
17     Q.   Correct.
18     A.   "How many people were involved in
19 creating Bitcoin?"
20     Q.   Can you read the response
21 underneath that?
22     A.   The --
23     MR. RIVERO:  Object to the form.
24     A.   The text states:  "In creating
25 Bitcoin?  A lot.  How many people were involved in

Page 78

1   Satoshi is probably a better question.  That was
2   two of us."
3   BY MR. FREEDMAN:
4       Q.   Do you recall saying that?
5       A.   No, I would not say that.  And it
6   is technically incorrect anyway in every way you
7   could think about it.
8       Q.   Were you mad when you said this?
9            MR. RIVERO:  Objection to the form.
10      A.   If you mean angry -- mad has a
11  different connotation -- no, I was not mad and
12  being that I did not say it, you are implying that
13  I did, then, no, I couldn't be angry when I said
14  it.
15      Q.   Do you know what it meant "there
16  were two of us involved in Satoshi"?
17           MR. RIVERO:  Object to the form.
18      A.   Seeing as there is no two of us
19  involved in Satoshi, I would suppose that the
20  thing was to want people to be involved with me.
21      Q.   So this was another statement that
22  McGregor and his people wanted you to say?
23      A.   It is generally the statement that
24  everyone over time keeps wanting me to say.
25  Everyone keeps saying "we can be part of your

Page 79

1   invention and people will like you".  That doesn't
2   change the fact that they are not part of my
3   invention, so I do not give up the truth to be
4   liked.
5       Q.   Dr. Wright, can you turn to the
6   next page, page 7 of this document, defense
7   172534.  When you are there can you read the first
8   bold line on the top of that page?
9       A.   Yes, I can.
10      Q.   Please do.
11      A.   "Some people say that perhaps you
12  are not Satoshi but that Dave is Satoshi, but of
13  course he is dead and he cannot speak for himself.
14  How do we know it's actually you?"
15      Q.   Can you go ahead and read the
16  response underneath that?
17      A.   Yes, I can.
18           MR. RIVERO:  Object to the form.
19      A.   Yes, I can.
20  BY MR. FREEDMAN:
21      Q.   Please do.
22      A.   "Dave was a key part of everything
23  that I did.  Dave spoke as Satoshi and I have to
24  admit that Dave was always far better and far
25  calmer to be in this area of dealing with people

Page 80

1   and he is sorely missed.  But the only way to
2   really look at this is to look at the information
3   that we'll be supplying in the papers from that, I
4   am not asking you to do anything or believe me
5   I am asking you to judge based on the
6   information."
7       Q.   Do you recall saying that?
8       A.   I did not say that.
9       Q.   Do you agree with that statement
10  today?
11      A.   I do not.
12      Q.   Do you know what is meant by "Dave
13  was a key part of everything that I did"?
14           MR. RIVERO:  Object to the form.
15      A.   Again, no Dave was not a key part
16  of everything that I did.  Dave basically acted as
17  a person I could rant to, talk to and he was my
18  friend.  I spoke to Dave multiple times a week
19  when he was alive.  He didn't really tell me much
20  about his life but he let me talk about mine and
21  I needed that.
22  BY MR. FREEDMAN:
23      Q.   Do you know what was meant by "Dave
24  spoke as Satoshi"?
25  BY MR. RIVERO:

Page 81

1       A.   No, Dave could not speak as
2   Satoshi.  In all the key areas where Satoshi was
3   speaking Dave was hospitalized and did not have a
4   computer and at parts not even a phone.  Dave was
5   under operations while he was in conversations
6   with Mike Hearn -- that Satoshi was having
7   conversations with Mike Hearn, so it is not
8   possible to have a hip operation while actually
9   writing on the Bitcoin forum.  On top of that,
10  while Satoshi was communicating with Hal Finney,
11  coding which Dave was never a C-coder; the
12  communications between Hal Finney where when Dave
13  was in hospital.  So, being that Dave was in
14  hospital without access to the internet in some of
15  these things, and being that Dave was literally
16  under the knife during of some of it, it is not
17  possible that Dave spoke as Satoshi, as much as
18  some people want that.
19      Q.   Did Robert McGregor and his people
20  specifically want you to say that "Dave was a key
21  part of everything that I did"?
22      A.   Robert would have loved me to have
23  said that.
24      Q.   Would he have also loved you to
25  have said "Dave spoke as Satoshi"?

MAGNA
LEGAL SERVICES

Page 82

```
 1        A.    He would love that because then he
 2   could argue that Craig was just a mathematician
 3   and coder sitting in the background, just ignore
 4   this guy, and I am really going to be a spokesman
 5   and do what I want for Bitcoin, yes.
 6        Q.    Dr. Wright, can you move down to
 7   the second bold on the same page defense 172534,
 8   and can you read for the record the second bold
 9   line?
10        A.    Yes, reading for the record is:
11   "So would you actually admit that you are
12   Satoshi".
13        Q.    Can you read your response?
14        A.    Yes.
15        Q.    What does it say?
16        A.    The text says: "Dave and myself".
17        Q.    Do you recall saying that,
18   Dr. Wright?
19        A.    No.
20        Q.    Do you agree with that statement
21   today that you and Dave were Satoshi?
22        A.    I do not agree with that statement.
23        Q.    Would this have been something that
24   Robert would have loved you to have said?
25        A.    I am not going to say what I just
```

Page 83

```
 1   thought but, yes, Rob would love that.
 2        Q.    Dr. Wright, can you turn to page 15
 3   for me, that is defense -- before we move down, do
 4   you know what was meant by "Dave and myself were
 5   Satoshi"?
 6        A.    Again I'm sure I would have had Rob
 7   very happy if he could make me just a secondary
 8   coder and mathematician rather than being the
 9   other. Dave didn't want me, the person who
10   submitted the half of the White Paper in 2007 as
11   part of my law degree, he didn't want me, the
12   mathematician, he didn't want me, he wanted a
13   system he could control. If he could give a
14   "Dave", then it would have enabled Rob to
15   basically have me as the background person and not
16   have me control or be controlled -- sorry to be
17   controlled and not have any say.
18        Q.    So Rob wanted you to state that you
19   and Dave were the key forces behind Satoshi?
20        A.    Rob wanted me to just be in the
21   background much more than that; I think Rob wanted
22   to effectively flip a deal with someone like
23   Google and retire on a beach.
24        Q.    Rob hired PR people to help
25   communicate that message?
```

Page 84

```
 1        A.    I do not know. I assume from what
 2   you told me -- I assume --
 3        Q.    There were PR people who ran these
 4   training sessions?
 5        A.    I do not know. I didn't
 6   investigate their background.
 7        Q.    Dr. Wright, are you the only person
 8   responsible for Satoshi Nakamoto?
 9        A.    Yes.
10        Q.    Can you go to page 16, defense
11   172543; do you see the second to last bold
12   paragraph from the bottom?
13        A.    Not at the moment.
14        Q.    Let me know when you get there.
15        A.    I can now.
16        Q.    Can you read that for me?
17        A.    Yes, I can.
18        Q.    What does it say?
19        A.    "The Bitcoin paper that was
20   released to the mailing list, did you write it?"
21        Q.    What do you respond?
22        A.    I did not respond.
23        Q.    What does the response say?
24        A.    There is text on the document
25   saying" "I wrote the majority of it. Dave and
```

Page 85

```
 1   others helped."
 2        Q.    Do you remember saying that,
 3   Dr. Wright?
 4        A.    I have never said that nor typed
 5   that.
 6        Q.    Do you agree with that statement
 7   today?
 8        A.    I do not agree with that statement
 9   today, nor in the past.
10        Q.    Dave did not help you write this
11   White Paper?
12        A.    Dave helped me edit part of the
13   White Paper as with other people, including Doug
14   Lynam, some of my other family, some other
15   professors. The first half of the White Paper was
16   submitted in 2007 as part of my proposal for an
17   LLM before Dave even knew that I was doing that
18   degree. My supervisor at Northumbria edited that
19   half of the paper first. I changed that based on
20   feedback from my supervisors, I extended it to
21   make an LLM thesis; that was submitted and awarded
22   in the beginning of 2008, previous to the
23   completion of the later White Paper. Other parts
24   of it include work that was in my Masters degree
25   in statistics. That was edited, first of all, by
```

Page 86

1    a different Robert -- I can't remember his last
2    name unfortunately.  He was a computational
3    statistician -- I really should remember his name.
4    I remember other aspects, but, sorry, I have
5    forgotten his last name.  That then was the
6    Poisson area of the paper.  Dave could not edit
7    the mathematics at all, but Dave was very good at
8    talking me through how to try and make certain
9    areas clearer, so I did speak to Dave after I'd
10   sent him a copy before the first half of 2008
11   ended.
12       Q.    What was the name of your
13   supervisor at Northumbria that edited the first
14   half of your paper?
15       A.    I do not remember.  The LLM
16   dissertation is -- was still kept by Northumbria.
17   They managed to find a copy in the basement.  I'm
18   glad they still had a copy, I do not know if I'm
19   glad that it was in a moldy basement.  My British
20   counsel received a copy directly from the
21   university.  I do not remember the name of my law
22   degree supervisor, sorry.
23       Q.    Did you ever tell Dave that he was
24   not part of Satoshi Nakamoto?
25       A.    I do not see why that would ever be

Page 87

1    relevant.  I would not tell Dave "you're not part
2    of Craig Wright".
3        Q.    You did not tell Dave that he was
4    not part of Satoshi Nakamoto?
5        A.    Again, I would never tell someone,
6    anyone "you're not part of Craig Wright".  I do
7    not know why you would say "you're not part of
8    me."
9        Q.    I am not asking about why you would
10   do something, I am just asking if you did, it is a
11   simple question.  Did you ever tell Dave Kleiman
12   that he was not part of Satoshi Nakamoto?
13       A.    I believe I have answered it twice.
14       Q.    What is the answer?
15       A.    Again, I would never tell, and
16   I said never, any person that they are not part of
17   me.
18       Q.    Did you tell Dave Kleiman that he
19   was part of Satoshi Nakamoto?
20       A.    I did not tell Dave Kleiman that he
21   is part of me.
22       Q.    Did you ever tell Dave he was not
23   part of the creation of Bitcoin?
24       A.    There was no need to ever tell Dave
25   that he was part of the creation of Bitcoin for

Page 88

1    the simple fact that Dave never would have
2    believed he was part of the creation of Bitcoin.
3        Q.    So you didn't tell me he was part
4    of the creation of Bitcoin?
5        A.    Once again, there would be no need
6    to tell that so, no, I have never told someone
7    they are not part of the creation of Bitcoin when
8    they are not part of the creation of Bitcoin.
9        Q.    Is that because you were the only
10   one responsible for the creation of Bitcoin?
11       A.    The word "responsible" in that
12   sense, yes, I am completely utterly responsible,
13   although there are ancillary things that happened
14   in time and space and whatever else.  Yes, the
15   simple answer is that is correct.
16       Q.    Turn to page 20 of the document in
17   front of you, and the Bates label is defense
18   172547, look at the top of the page it says: "And
19   we've asked you today, are you Satoshi."  Skip
20   that question and read for the record the second
21   bold paragraph on that page; can you please read
22   that for the record?
23       A.    I can.  "Who created that
24   pseudonym."
25       Q.    Can you read the response?

Page 89

1        A.    Yes.
2             MR. RIVERO:  Object to the form.
3    BY MR. FREEDMAN:
4        Q.    Please go ahead.
5        A.    "Well, mostly myself and a little
6    bit with Dave.  Both of us acted.  Dave was the
7    nice version of Satoshi."
8        Q.    Do you recall saying that?
9        A.    I have never said that.
10       Q.    Do you agree with that statement
11   today?
12       A.    I do not agree with that statement
13   today, I have not agreed with that statement in
14   the past and I will never agree with that
15   statement in the future because it is blatantly
16   false.
17       Q.    Did Dave create that pseudonym?
18       A.    Dave was not into Japanese culture.
19   I was since, I was young, I have used pseudonyms
20   that are Japanese in nature since, well, the
21   beginning of the worldwide web in 1994 and before
22   that on news net.
23       Q.    What do you mean by "both of us
24   acted as Satoshi"?
25       A.    I do not mean anything because

MAGNA
LEGAL SERVICES

Page 90

1    I did not say that statement.
2         Q.    What do you think that means "both
3    of us acted as Satoshi"?
4         A.    I think what that means is Rob and
5    others wanted me to basically be part of a group
6    so that they could say "Craig is the arse-hole,
7    ignore him, he just sticks in the back room
8    inventing stuff but do not worry there's nicer
9    people here too."
10        Q.    Or?
11             MR. RIVERO:  Just one moment.
12   I had made an objection that did not get noted.
13   I wanted to make sure that you can hear me.  I may
14   have made a mistake on muting.
15   BY MR. FREEDMAN:
16        Q.    Did Dave ever act as Satoshi?
17        A.    No, Dave did not act as Satoshi.
18        Q.    Dave had access to the Satoshi
19   Nakamoto e-mail accounts, right?
20        A.    No, Dave had access to his own
21   e-mail accounts, not to the Satoshi Nakamoto
22   e-mail accounts.
23        Q.    Not to any of the Satoshi e-mail
24   accounts?
25        A.    There are only two.

Page 91

1         Q.    What are the two Satoshi e-mail
2    account?
3         A.    GMX and Vistomail.
4         Q.    Was there not an anonymous speech
5    e-mail account?
6         A.    Anonymous speech is Vistomail.
7         Q.    There were only two, there were not
8    three Satoshi e-mail accounts; is that an accurate
9    statement?
10        A.    Yes.
11        Q.    Dr. Wright, can you move down to
12   the next full line in that page and read the bold
13   line for the record please?
14        A.    Paragraph 3?
15        Q.    Yes.
16        A.    "Who came up with the idea in the
17   first place?"
18        Q.    Can you read the response?
19        A.    Yes.
20             MR. RIVERO:  Object to the form.
21   BY MR. FREEDMAN:
22        Q.    Please do.
23        A.    "Mostly myself."
24        Q.    Do you remember saying that?
25        A.    No, I did not say that.

Page 92

1         Q.    Do you agree with that statement?
2         A.    Again, I do not agree with that
3    statement now or in the past.  Excuse me for a two
4    seconds; my apologies.
5         Q.    Who else helped you come up with
6    the idea of that pseudonym?
7              MR. RIVERO:  Objection.
8         A.    Nobody helped me come up with the
9    idea of that pseudonym.
10   BY MR. FREEDMAN:
11        Q.    Turn to page 24 of the same
12   document, Defense 172551.  Do you see, let me know
13   when you are there and you see it, the section
14   that starts off "notes and alternative answers";
15   do you see that?
16        A.    I see that.
17        Q.    This is the section where the PR
18   consultant is giving feedback on your performance
19   or whoever's performance; is that fair?
20             MR. RIVERO:  Object to the form.
21        A.    Again, no, "fair" is not an
22   accurate term in any sense of the word.
23   BY MR. FREEDMAN:
24        Q.    Why don't you go ahead and read the
25   feedback in the first bold paragraph "in session

Page 93

1    one", can you read that for the record?
2              MR. RIVERO:  Object to the form.
3         A.    Yes.
4    BY MR. FREEDMAN:
5         Q.    Go ahead and read it for the
6    record?
7         A.    "In session one it was clear where
8    CW felt less comfortable answering as the replies
9    came far shorter and more clipped.  The notes
10   below pick out the answers that need more work,
11   both terms in tone and content.  Overall the
12   question of being Satoshi and how much of a team
13   effort the Bitcoin project was is a critical area
14   to address."
15        Q.    Dr. Wright is "CW" a reference to
16   Craig Wright?
17        A.    I didn't write that so I cannot
18   say.
19        Q.    Do you know who else they could
20   have been referring to?
21        A.    I am not going to make
22   suppositions, it is not my document.
23        Q.    Was there anyone in the room that
24   had the initials CW besides you?
25             MR. RIVERO:  Object to the form.

Page 94

1     A.   I do not remember the session, I do
2 not remember the time, so, therefore, I cannot say
3 who might have been there. Even if I did remember
4 the session, I do not remember the names of people
5 that were in half of my meetings a month ago so,
6 it is not something I can answer.
7 BY MR. FREEDMAN:
8     Q.   Is it your position, Dr. Wright,
9 that you were silent throughout this entire media
10 session?
11     MR. RIVERO: Object to the form.
12     A.   I have not said that one time.
13 BY MR. FREEDMAN:
14     Q.   So you did speak during this media
15 session?
16     MR. RIVERO: Object to the form.
17     A.   If I do not recall a meeting I do
18 not recall a meeting, I cannot sit there and tell
19 you what I did not or did not do when I do not
20 recall it, to do so would be lying.
21 BY MR. FREEDMAN:
22     Q.   You have no recollection of this
23 meeting; is that an accurate statement?
24     MR. RIVERO: Objection.
25     A.   I know meetings happened, I know

Page 95

1 people talked at me, I know people wanted me to
2 say certain things, I know people were coaching me
3 to try and say "I'm a team".
4 BY MR. FREEDMAN:
5     Q.   Do you agree with that assessment
6 of CW's performance?
7     MR. RIVERO: Objection.
8     A.   I do not see why I would care about
9 what these people think about my performance.
10 That would assume that I have some care about it.
11 I have no care about these people at all.
12 BY MR. FREEDMAN:
13     Q.   Dr. Wright, do you agree that
14 answers needed more work in both terms of both
15 tone and content?
16     MR. RIVERO: Objection.
17     A.   You are asking me do I remember
18 something that I do not remember. Do you want me
19 to answer that?
20 BY MR. FREEDMAN:
21     Q.   If you can.
22     A.   No, I do not remember something
23 that I do not remember.
24     Q.   Dr. Wright, can you look down under
25 bullet number 1, and it is a quote of a question

Page 96

1 and answer we already had you read for the record
2 about whether Satoshi Nakamoto had a committee of
3 people, for want of a better word, do not try not
4 trying -- not trying to claim all the credit. A
5 response that you say you do not know was your
6 that says: "I had a lot of help from a particular
7 friend of mine who died a few years ago; Dave
8 Kleiman gave me a lot of help". Do you see that
9 there in the record?
10     A.   If you are implying that it is a
11 quote, then, no, I don't see that; I see text on
12 the page.
13     Q.   Why don't we do the simplest way
14 then, Dr. Wright, why don't you go ahead and read
15 the question and answer there for me so we can get
16 to the note section. Please read the Q and A for
17 the record?
18     A.   "Q: so it was a committee of
19 people, for want of a better word? You're not
20 trying to claim all the credit, it's not all about
21 you, it's a combination of people and minds? A.
22 I had a lot of help. In particular a friend of
23 mine who died a few years ago, Dave Kleiman, gave
24 me a lot of help but there have been other people
25 along the way and, more than that, it has been the

Page 97

1 people who have continued since I left. These
2 people have actually put in a lot of time and
3 effort in making Bitcoin what it is.
4     Q.   Can you read the note section
5 recorded by the PR consultant, please?
6     A.   "Notes: although it is right to
7 acknowledge that there was a team involved, CW
8 needs to be stronger on his leading role e.g.
9 I led the project and I was the person who drove
10 the original idea."
11     Q.   So the PR consultant is telling you
12 to advocate you were the leader of the group, is
13 that fair?
14     MR. RIVERO: Objection.
15 BY MR. FREEDMAN:
16     Q.   Accurate?
17     A.   No.
18     Q.   What was he telling you?
19     MR. RIVERO: Objection.
20     A.   I do not know that that was a he.
21     Q.   What was the PR consultant telling
22 you?
23     MR. RIVERO: Objection.
24     A.   I do not know if that was a PR
25 consultant and nobody is telling me anything



Page 98

1    there.
2    BY MR. FREEDMAN:
3        Q.    What is the author of this document
4    trying to say?
5            MR. RIVERO:  Object to the form.
6        A.    I do not know. .
7    BY MR. FREEDMAN:
8        Q.    Can you turn to page 25 for me,
9    defense 172552?
10       A.    Is this 552?  Yes.  I am there.
11       Q.    You see where it says "5"?
12       A.    Yes.
13       Q.    This is a list of questions and
14   answers we have just asked you about, isn't it?
15       A.    Is it?
16       Q.    Why don't we go ahead and read it.
17   Please read the questions and answer for the
18   record please?
19       A.    Yes.
20       Q.    We are waiting for you, Dr. Wright?
21       A.    "Q: how many people are involved in
22   creating Bitcoin?  A: in creating Bitcoin?  A lot.
23   How many people were involved in Satoshi is
24   probably a better question, that was two of us.
25   A: some people say that perhaps you are not

Page 99

1    Satoshi but Dave is Satoshi but of course he's
2    dead and cannot speak for himself, how do we know
3    it's actually you?  Q: Dave was a key part of
4    everything that I did.  Dave spoke as Satoshi and
5    I had to admit that Dave was always far better and
6    far calmer to us in this area of dealing with
7    people and he is sorely missed.  The only way to
8    really look at is this is to look at the
9    information supplying: the papers, from that I am
10   not asking you to do anything or believe me, I am
11   asking you to judge based on the information.  Q:
12   You actually admit that you are Satoshi?  A: Dave
13   and myself.  Q: and as we asked you today are you
14   Satoshi?  Answer: as I said, there's not really a
15   Satoshi.  We have a White Paper and we're behind
16   that but there are many people that took Bitcoin
17   to where it is now.  Q: who created the pseudonym?
18   A: well, mostly myself and a little bit with Dave.
19   Both of us acted.  Dave was the nice version of
20   Satoshi.  Q: who came up with the idea in the
21   first place?  A: mostly myself."
22       Q.    Dr. Wright, can you read for me the
23   note section that the author of the document
24   inserted into this document following that
25   question and answer?

Page 100

1        A.    I can.
2        Q.    Please go ahead.
3        A.    "Notes: this section is one that
4    needs the most work as it essentially says both he
5    and Dave were Satoshi.  Again, although
6    acknowledging Dave's role is the right thing to
7    do, CW needs to be clearer that we was the driving
8    force and the originator e.g. Dave and myself
9    worked together but I was Satoshi, and Bitcoin and
10   Blockchain are "my inventions" otherwise there is
11   a real danger that the story collapses, also need
12   to avoid saying there is no Satoshi."
13       Q.    Dr. Wright, can you summarize in
14   your own words what you just read?
15       A.    Yes, a media session from a group
16   of people who were seeking to coach me to say
17   things in a particular way that I was not willing
18   to say.
19       Q.    So they were coaching you to say
20   what?
21           MR. RIVERO:  Objection.
22       A.    Again, I am not these people.
23   Mostly for the sessions, for the small amounts of
24   recollection that I have, and which parts I do not
25   remember were yelling and  screaming and telling

Page 101

1    people where to go.
2    BY MR. FREEDMAN:
3        Q.    As I read this it says "although
4    acknowledging Dave's role is the right thing to
5    do, Craig Wright needs to be clear on the fact he
6    was the driving force and the originator."  Do you
7    see that?
8        A.    I see that.
9        Q.    So McGregor and his media people
10   wanted you to be Satoshi alone; is that not right?
11           MR. RIVERO:  Object to the form.
12       A.    You are making suppositions on
13   other people's thoughts that are not mine.
14   BY MR. FREEDMAN:
15       Q.    The author of the document wanted
16   you to take a leading role as Satoshi, is that
17   fair -- is that accurate?
18           MR. RIVERO:  Object to the form.
19       A.    I do not believe that is accurate.
20   They wanted me to say certain things and no, I do
21   not accept your presuppositions and what other
22   people were thinking.
23   BY MR. FREEDMAN:
24       Q.    How else do you interpret the words
25   "CW needs to be clear on the fact that he was the

MAGNA
LEGAL SERVICES

Page 102

1  driving force and the originator"?
2          MR. RIVERO:  Object to the form.
3      A.   I do not.
4  BY MR. FREEDMAN:
5      Q.   The author of this paragraph
6  thought that the story would collapse if you gave
7  Dave too much credit as Satoshi Nakamoto; do you
8  see that?
9          MR. RIVERO:  Object to the form.
10     A.   I see the words.
11 BY MR. FREEDMAN:
12     Q.   Didn't McGregor want a story?
13     A.   I do not care what McGregor wanted.
14 McGregor ended up not being part of the company at
15 all.
16 BY MR. FREEDMAN:
17     Q.   You told me today, Dr. Wright, that
18 Rob McGregor would have loved you to have said
19 that you and Dave were Satoshi; do you recall that
20 testimony?
21         MR. RIVERO:  Objection.
22     A.   I said that, yes.
23 BY MR. FREEDMAN:
24     Q.   And now Rob McGregor's PR
25 consultant is telling you that Dave should not

Page 103

1  have too much credit as Satoshi or the story will
2  collapse; do you see that, Dr. Wright?
3          MR. RIVERO:  Object to the form.
4      A.   No, I do not.  I see that you are
5  presuming that certain people making certain
6  responses in teams basically saying one thing and
7  when there's a group of people obviously in this
8  e-mail discussing what should be said and you are
9  saying that that is Rob McGregor's choice or the
10 other person's choice, where there is no context
11 to that so, no, I do not agree with anything you
12 are proposing.
13 BY MR. FREEDMAN:
14     Q.   Dr. Wright, earlier today you told
15 me that the statements in this document reflect
16 what Rob McGregor wanted you to say; that gave
17 credit to Dave because that is what Rob McGregor
18 wanted you to do; is that accurate?
19         MR. RIVERO:  Object to the form.
20     A.   No, it is not accurate, you have,
21 again, mischaracterized me.  You are taking two
22 things, the statement of this document and Rob
23 McGregor, and mixing them together were in parts
24 they mix and parts they do not, and attempting to
25 have me state something that is not true because

Page 104

1  it suits your purpose, so, no, I do not.
2  BY MR. FREEDMAN:
3      Q.   You know what this looks like, you
4  are covering up the statements that you previously
5  made under the guise of it being statements from a
6  PR consultant that was telling you what to say and
7  then, when we got to the bottom of this document,
8  it shows that the PR consultant didn't want you to
9  say anything of the sort, he didn't want you to
10 give credit to Dave as Satoshi, you were giving
11 Dave credit as Satoshi, is that not true?
12         MR. RIVERO:  That is speech and
13 argument, I am going to object.  Dr. Wright, under
14 the rules unfortunately you even have to answer
15 that improper question.
16     A.   Do I answer the speech or just the
17 question?
18         MR. RIVERO:  You have to answer
19 that improper speech, yes.
20     A.   I do not know how to answer the
21 speech.  To the question, my answer is no.
22 BY MR. FREEDMAN:
23     Q.   Do you agree with the statement in
24 this document that you need to change the
25 retelling of the story so that you became the

Page 105

1  driving force and the originator of Bitcoin?
2          MR. RIVERO:  Object to the form.
3      A.   I do not agree with anything in any
4  of these documents.
5  BY MR. FREEDMAN:
6      Q.   Did you in fact change your story
7  following this critique?
8      A.   No, I did not have my story
9  following this critique.
10         MR. RIVERO:  Object to the form.
11     A.   Following this, the media company
12 that Rob hired were fired and kicked out of the
13 organization and Rob was removed from the
14 organization.
15 BY MR. FREEDMAN:
16     Q.   Do you recall ----
17         THE COURT REPORTER:  Repeat the
18 question.
19     Q.   Do you recall the Australian Tax
20 Office (ATO) auditing your companies in 2014 and
21 2015?
22     A.   In 2014 and 2015 companies, of
23 which I was one of many shareholders, including a
24 public company where I was one of those
25 shareholders, underwent audits with the Australian

Page 106

1  Tax Office.
2      Q.   During that time your companies
3  worked with Clayton Utz to represent you in those
4  audits, right?
5      A.   No, my companies used a law firm
6  called Clayton Utz and they represented us as our
7  solicitors.
8      Q.   Specifically your companies worked
9  with Andrew Summer at Clayton Utz?
10     A.   No, our counsel was Andrew Summer
11 who was the lead lawyer for a number of companies
12 and myself personally.
13     Q.   And John Cheshur also worked for
14 those companies and interacted with the ATO on
15 those companies' behalf, is that accurate?
16     A.   John Cheshur was the CFO or chief
17 financial officer of a company called deMorgan,
18 prior to that of hotwire, and had been an
19 accountant with me going back until 2009 in
20 information defense, and prior to that had worked
21 with Ridge's Estate in contract.
22     Q.   He interacted with the ATO for
23 those companies, is that accurate?
24     A.   As chief financial officer and
25 previous to that as tax auditor, then John had

Page 107

1  acted with the Australian Tax Office as it was his
2  job to file returns and to conduct engagements
3  with the tax office.
4      Q.   Clayton Utz helped your companies
5  to prepare documents that were sent to the
6  Australian Tax Office in connection with these
7  audit; is that accurate?
8      A.   No.
9      Q.   Claytons did not help your company
10 prepare documents that were sent so the Australian
11 Tax Office?
12     A.   You have used the word "he helped",
13 helped means, when you are asking me that
14 question, that I was involved with John in
15 preparing documents that John aided me on.  If you
16 want to ask "did John prepare documents as the
17 CFO, did he work the accountant, Ali, and the
18 bookkeepers that we had employed, and do his job
19 as a CFO then the answer is yes.  If you are
20 asking -- implying that did he help me then the
21 answer is no.
22     Q.   Actually, Dr. Wright, I was asking
23 you if Clayton Utz, the law firm, did they assist
24 and draft documents that the companied submitted
25 to the Australian Tax Office in connection with

Page 108

1  these audits?
2      A.   You are asking about discussions
3  with my law firm in Australia; is that correct?
4      Q.   Dr. Wright, please just listen to
5  the question that I am asking and answer it.  Did
6  Clayton Utz, the law firm, help your companies
7  prepare documents that were sent to the Australian
8  Tax Office in connection with the audits they
9  undertook in 2014 and 2015?
10         MR. RIVERO:  Object to the form.
11 Dr. Wright, I am not asserting a privilege to that
12 question, do not go into conversations with
13 counsel, I think you can answer that without doing
14 so.
15     A.   I have to, sorry, be the petant and
16 say the way you are asking that with the "helped"
17 and whatever else is technically incorrect.
18 Clayton Utz were our legal counsel and Clayton Utz
19 worked with people in the creation and review of
20 documents, checking the legal aspects of those and
21 checking the sort of legal opinion on the
22 presentation of documents that would be submitted
23 both in tribunals and also in general response.
24 BY MR. FREEDMAN:
25     Q.   Did Andrew Summer attend the

Page 109

1  meetings with the ATO where you were present?
2      A.   Yes.
3      Q.   Did John Cheshur attend meetings
4  with the ATO where you were present?
5      A.   Yes.
6      Q.   Did the ATO record some of those
7  meetings?
8      A.   I do not know.
9          MR. RIVERO:  Object to the form.
10 BY MR. FREEDMAN:
11     Q.   Has the ATO sent you transcripts
12 that reflect those meetings?
13     A.   Me personally or the company?
14     Q.   Good distinction, Dr. Wright, has
15 the ATO sent your company transcripts of those
16 meetings?
17     A.   Yes, we responded that there was
18 erroneous material in those transcripts.  The
19 transcripts needed to be updated because the
20 transcription was highly inaccurate.
21     Q.   Have you produced those
22 communications to us, Dr. Wright?
23     A.   It is a criminal offence to produce
24 those documents under Australian law; to do so
25 would be a jail term.  I am not legally permitted

Page 110

1  to do those documents and to even enquire to the
2  tax office without authority and whatever else, is
3  a crime.
4      Q.   So you have withheld documents from
5  us that relate to corrections to the ATO
6  transcripts; is that an accurate statement?
7      A.   That is not an accurate statement.
8      MR. RIVERO:  Object to the form.
9  BY MR. FREEDMAN:
10     Q.   Did you or did you not produce the
11 corrections to the Australian Tax Office
12 transcripts?
13     MR. RIVERO:  I object to this line
14 of questions because it relates to questions about
15 production but go ahead and answer if you can,
16 Dr. Wright.
17     A.   Would you like me to discuss
18 conversations I had with my solicitors?
19 BY MR. FREEDMAN:
20     Q.   Which solicitors are you referring
21 to?
22     MR. RIVERO:  Dr. Wright, you cannot talk
23 about conversations with your lawyers, but if you
24 can answer the questions go ahead.
25     A.   I can only do this if I talk about

Page 111

1  conversations with my solicitors.
2  BY MR. FREEDMAN:
3      Q.   Mr. Rivero, we need to know which
4  solicitors because the court has held that there
5  was not privilege with Andrew Summer and other
6  solicitors.  We do not know which solicitors he is
7  referring.  Shall we take a break.
8      MR. RIVERO:  Mr. Freedman, I have
9  not instructed him not to answer anything other
10 than not to go into conversations.  I have not
11 heard you ask him which solicitors you are
12 referring to ask.
13 BY MR. FREEDMAN:
14     Q.   Dr. Wright, which solicitors are
15 you referring to?
16     A.   The last part of that would be John
17 of Laxon Lex and I do not remember -- I do not
18 remember his actual name, the person working for
19 John at Laxon Lex.
20     Q.   When did you consult John at Laxon
21 Lex about this?
22     A.   I do not remember the date.
23     Q.   Was it in the last six months or
24 was it years ago?
25     A.   It was when the companies were

Page 112

1  there and before I resigned as director of the
2  companies.
3      Q.   Dr. Wright, please tell me why you
4  withheld -- whether or not you withheld documents
5  and the conversation you had with that solicitor
6  at Laxon Lex?
7      A.   I have not withheld documents.
8      MR. RIVERO:  Object to the form.
9  BY MR. FREEDMAN:
10     Q.   What --
11     MR. RIVERO:  Mr. Freedman, one wait
12 a moment.  Your Honor, I am not sure you are on
13 the phone, but I would need a break on this
14 subject as I am not fully appraised about your
15 ruling, so would need a few moments to consult
16 with my co-counsel to understand the rulings and
17 make a determination about assertion of any
18 privilege.  I understand there was a ruling which
19 may, and from Mr. Freedman's suggestion that the
20 ruling may make it that we cannot, but I need a
21 few minutes to consult with Miss McGovern if I can
22 find her, and I am trying to remember whose else
23 was present.  Is that where we are, Mr. Freedman?
24     MR. FREEDMAN:  I think so.  I am
25 happy to take a break.

Page 113

1      MR. RIVERO:  If I can maybe 10
2  minutes to see if I can sort this out.  The
3  question that is pending is you want Mr. Wright to
4  describe his conversation with John of Laxon Lex
5  and the ATO transcripts?
6      MR. FREEDMAN:  And corrections made
7  to them, that is correct.
8      MR. RIVERO:  Give me about 10
9  minutes to see if I can sort that out.
10     (A short recess from 4.39 p.m. to 4.49
11 p.m.)
12     MR. RIVERO:  Madam court reporter,
13 this is Andreas Rivero, can you hear me?  As I had
14 an opportunity to consult with Miss McGovern and
15 persons involved in the production I want to be
16 clear we have produced voluminous ATO transcript
17 records before last week, as to such records we
18 had asserted for which I understand assertion of
19 privilege is overruled.  We have produced among
20 the documents that we produced last week, we have
21 produced all ATO transcripts in Dr. Wright's
22 possession.  Let me be clear, we have taken appeal
23 on the ruling -- we have not yet taken an appeal
24 on the ruling but we intend to and, unless we
25 produced it, unless there is an agreement as to

MAGNA
LEGAL SERVICES

Page 114

1  claw-back, we have produced the reservation that
2  we will attempt to claw back if we are successful
3  and so those documents are in your possession,
4  Mr. Freedman, I do not know what your next
5  question is.
6       MR. FREEDMAN:  Have you produced to
7  us all communications correcting any ATO
8  transcript errors?
9       MR. RIVERO:  Is that directed to me
10  or Dr. Wright?  Dr. Wright has not made the
11  production.
12       MR. FREEDMAN:  I do not know, Mr.
13  Rivero.  Please let him answer.
14       Dr. Wright, have you produced to us
15  any communications correcting any ATO transcript
16  errors?
17       A.   I have not produced, my lawyers
18  have produced.
19       Q.   Did you receive advice from your
20  lawyer John at Laxon Lex did you receive advice
21  from the lawyer not to disclose the ATO
22  transcripts?
23       A.   Yes.
24       Q.   Dr. Wright, would it be fair to say
25  that you consider Dave Kleiman a friend for a long

Page 115

1  time and one of the very few people you could ever
2  keep trusting?
3       A.   There are two questions; would you
4  like me to answer them.
5       Q.   I will break it down for you.
6  Would it be accurate to say that you considered
7  Dave Kleiman a friend for a long time?
8       A.   Yes.
9       Q.   Would it be accurate to say that
10  you considered Dave Kleiman one of the very few
11  people you can keep trusting?
12       A.   I trust too many people so that is
13  difficult.  On a different thing I would say that
14  Dave was one of the few people that I would say
15  I loved.
16       Q.   Did your choice of the name Satoshi
17  have anything to do with Dave Kleiman?
18       A.   Not ever.
19       MR. RIVERO:  Objection asked and
20  answered.
21  BY MR. FREEDMAN:
22       Q.   I am going to upload into the share
23  file a copy of your book Satoshi's Vision.  Can
24  you let me know when you have that up?
25       MR. RIVERO:  Can you say again what

Page 116

1  it is that you are showing?
2       MR. FREEDMAN:  A copy of the book
3  entitled Satoshi's Vision published under the name
4  Craig Wright.
5       MR. RIVERO:  Is that the title,
6  I have lost for the moment my -- just a moment, my
7  text has stepped out, it was working perfectly
8  well before the break but now I am in charge -- I
9  do not think we need, it is just a matter of -- it
10  is coming right now.
11       MR. FREEDMAN:  If you need to stop
12  up let us know.  Dr. Wright, can you go to page 11
13  of that file?
14       A.   I am at a page entitled "I am
15  Satoshi."
16       Q.   Great.  If you look three
17  paragraphs up from the bottom a paragraph starting
18  "there was a secondary", do you see that?
19       MR. RIVERO:  Obviously I have to
20  have access to the page if you are going to ask
21  questions.  Do you have another question you can
22  ask while I resolve this?
23       MR. FREEDMAN:  I do not.  Let us
24  take a break.
25       MR. RIVERO:  I do not agree to this

Page 117

1  procedure.  I am sure that you must have something
2  that you could go to.  When it gets to 10 o'clock
3  at night, it is going to be very difficult to
4  proceed in this deposition, but go ahead; take a
5  break.
6       (A short recess at 4.55 p.m. to 4.58 p.m.)
7       MR. RIVERO:  I just want to know
8  that I object to the conditions that apparently
9  are prevailing now.  Mr. Cohen is complaining he
10  is too hot to keep his tie on.  This is for trial
11  testimony and I want my client testifying in a
12  suit and tie for appearance before the jury.
13  I object.  Let us proceed.
14       MR. FREEDMAN:  That creates a
15  little bit of a problem.  I need to --
16       MR. RIVERO:  You postponed this
17  multiple times, this was your show.  To me it is
18  appalling these situation, let us just continue.
19       MR. BRENNER:  Two things before we
20  continue, this is Andrew Brenner.  You can object
21  to the deposition going forward in which case we
22  have to adjourn it because when it comes to
23  impeach him at trial you are going to say the
24  conditions were not fair.  No one has turned the
25  heat up on purpose, Mr. Rivero, I can assure you

Page 118

1  of that.  If you would like to deposition to
2  continue forward you have to say on the record
3  that you allowing it to continue forward.  I am
4  not finished yet.  You cannot object to the
5  conditions and then be able to say at the end of
6  the day see, the conditions were not fair, he
7  cannot be held to his testimony.  We have to an
8  agreement one way or the other.
9       MR. RIVERO:  Mr. Brenner, I have
10 not said that.  I have said that if the conditions
11 force him to remove his tie, that is not my
12 preference for his appearance.  I am not saying he
13 cannot proceed.  I am object to the conditions in
14 the room.  He ought to be able to make the
15 appearance that we wish him to.  I continue in my
16 objection, say proceed and fix the conditions, it
17 is your show.
18      MR. BRENNER:  So far he has his tie
19 on, if he needs to take it off, we can cross that
20 bridge when we get there.
21      MR. RIVERO:  I already said that I
22 object to -- if his conditions are uncomfortable,
23 I am not saying that we cannot proceed with this
24 deposition.
25 BY MR. FREEDMAN:

Page 119

1       Q.    Dr. Wright, do you have page 11 of
2  the Satoshi's Vision book open in front of you
3  before we took the break?
4       A.    I certainly do.
5       Q.    Is it still open?
6       A.    I certainly do.
7       Q.    This is the first chapter of the
8  Satoshi's Vision book published under the name
9  Craig Wright?
10      A.    Yes, I see that.
11      Q.    Can you look up three paragraphs up
12 from the bottom, there is a paragraph -- sorry,
13 I want to take one step back.  Before the break
14 I asked you whether or not -- I quote from the
15 transcript:  "Did your choice of the name Satoshi
16 have anything to do with Dave Kleiman?  Answer
17 never"; do you recall that?
18      A.    Yes.
19      Q.    Can you read the paragraph "there
20 was a secondary part of the name Satoshi" for the
21 record please?
22      A.    Yes.  "There was a secondary part
23 of the name Satoshi.  Satoshi Sugiyama was adopted
24 by an American and given the name David Philips.
25 It comes from a book, the House of Morgan.  David

Page 120

1  was adopted in both cases.  David Kleiman was
2  adopted and so was Satoshi.  I admired the
3  characters in the book.  It reminded me of a far
4  more glorious and honorable period in banking, not
5  something that we could go back to but something
6  we could remember when formulating Bitcoin.
7  Pierpont Morgan was an interesting character and
8  one who proved himself through work."
9       Q.    Is it not true that Dave Kleiman
10 did have to do with the name Satoshi?
11      A.    It is not true.
12      Q.    Is there anything about the
13 conditions in the room that are impeding your
14 ability to testify truthfully today?
15      A.    No, I can truthfully state things
16 and I have been truthful in every statement I have
17 made.
18      Q.    Was Satoshi Nakamoto a team?
19      A.    No, it was not.
20      Q.    Was Dave Kleiman part of a team
21 that formed Satoshi Nakamoto?
22      A.    I just answered there was no team.
23      MR. RIVERO:  Object to the form.
24 BY MR. FREEDMAN:
25      Q.    Did Satoshi Nakamoto die with

Page 121

1  Dave's death?
2       A.    Again, there was no team.
3       Q.    That is not what I asked.  Did
4  Satoshi Nakamoto die with Dave's death?
5       MR. RIVERO:  Object to the form.
6       A.    Satoshi Nakamoto was myself.  Dave
7  dying did not make me die.  Dave was not a C-coder
8  and could not have coded Bitcoin.  Dave did not
9  have any academic qualifications at all and was
10 not able to write any of the academic aspects of
11 the Bitcoin.  Dave was not trained in law, or
12 economics Dave was not trained in Poisson
13 mathematics, statistics, he was not trained in
14 finance, monetary theory or any of the other
15 aspects that make Bitcoin.  No, Dave's death had
16 nothing to do at any point with Satoshi; before or
17 after Dave's death Dave had nothing to do with
18 Satoshi.
19      Q.    Would it be fair to say that
20 Satoshi Nakamoto was a good coder?
21      A.    No, it would not be fair to say
22 that.
23      Q.    Would it be accurate to say that
24 Satoshi Nakamoto was a good coder?
25      MR. RIVERO:  Object to the form.



Page 122

1      A.    No, I was not a good coder, I am
2  still not a good coder, I am an adequate coder.
3  I am academic, I used to teach C, C++, C#.  The
4  format and use of case statements within Bitcoin
5  is, I would say, designed and architecturally
6  horrible but it was the best I could do.  People
7  who work for me now are good coders they can do
8  things that I would love to have been able to do
9  in code.
10     Q.    Would it be fair to say this your
11 coding was crud?
12     A.    No, it would not be fair to say my
13 coding was crud.  I self-deprecate at times but
14 the truth of the matter, if you want truth, that
15 is not crud although I have called myself a crud
16 coder.
17     Q.    Would it be fair to say that Dave
18 could edit code really well?
19     A.    No, Dave had no coding skills at
20 all.
21     Q.    Dr. Wright, I am going to upload
22 into the drop box what you produced in this
23 litigation as defense 115950; do you have that up?
24        (Exhibit Defense 115950 referred
25 to)

Page 123

1      A.    Yes.
2      Q.    Dr. Wright, do you recognize this
3  as an e-mail chain between yourself and Ira
4  Kleiman?
5      A.    I see that it is an e-mail
6  purporting to be from Ira Kleiman to myself.
7      Q.    On or about March 11, 2014?
8      A.    I see that date on the e-mail.
9      Q.    Go down to e-mail on Friday March
10 7, 2014 from you on the fourth page?
11     A.    I am on the fourth page.
12     Q.    You see the e-mail says: "Ira, what
13 is true?"
14     A.    No, I see text that you are
15 purporting is an e-mail.
16     Q.    This is a copy of an e-mail that
17 you produced to us?
18     A.    No, it is documents that come from
19 machines that my lawyers were given.  You are
20 saying that it is from me.  It is not from me.
21     Q.    Do you have any reason to believe
22 these correspondence are not genuine?
23     A.    Yes.
24     Q.    What are those reasons?
25     A.    I have seen this before.

Page 124

1      Q.    Why is it not genuine?
2      A.    A series of e-mails from various
3  people have been edited.  I have noticed these --
4  I will not go into discussions with my lawyers --
5  but analysis has been done on several e-mails and
6  there are edits made to multiple e-mails from me,
7  both on the hotwire account that I was no longer
8  able to access in April as well as purporting to
9  be from myself, coming from a Brisbane address
10 when I was not there.
11     Q.    This is an e-mail RCJBR from 2014,
12 not from either of those accounts, so why do you
13 believe this e-mail is not genuine?
14     A.    (1) that is not what I just said.
15 I didn't say only hotwire, I said hotwire and
16 others, so you cannot say not from any of those
17 accounts because that is not correct.  (2) this is
18 not an e-mail, this is a part of an e-mail stream
19 that comes from Ira.
20     Q.    Dr. Wright, you produced this to
21 us, that is why it is Bates labeled DEFAUS 115933.
22     MR. RIVERO:  Objection.
23     MR. FREEDMAN:  I do not think there
24 is much utility in us discussing this.  Do you see
25 in the e-mail where it says "I had math skills and

Page 125

1  some coding that frankly was crud".
2      A.    What I see is a document seized
3  from Australia after I had left Australia.  This
4  is a document on machines that had nothing to do
5  with me.  What you have seized is evidence that
6  people in Australia were falsely accessing and
7  altering e-mails, people who later ended up fired,
8  and basically you are saying e-mails that you
9  purport to be real being held between people who
10 had sought to shut down my companies, that were
11 captured in Australia when I was no longer in
12 Australia, when my computers were not in Australia
13 that have been given to you, and you are saying
14 that they are from me when there was no way
15 I could have sent them.
16     MR. RIVERO:  I am going to preserve
17 an authenticity objection, but you need to answer
18 the questions about the documents.  So, if go
19 ahead and answer the question, I will assert and
20 preserve an authenticity objection to the use of
21 the documents.  Please answer the questions.
22     A.    I see a sentence that I did not
23 type.
24 BY MR. FREEDMAN:
25     Q.    You can see the sentence where it



Page 126

1   says "Dave could edit his way to hell and back"?
2        A.   Yes.
3        Q.   Do you not agree with that
4   statement now?
5            MR. RIVERO:  Objection to the form.
6        A.   No, I do not agree with that
7   sentence.
8   BY MR. FREEDMAN:
9        Q.   Did you type that?
10       A.   I did not type that.
11           MR. RIVERO:  Object to the form.
12   BY MR. FREEDMAN:
13       Q.   Somebody else saved this e-mail?
14           MR. RIVERO: Objection.
15       A.   This is not an e-mail from me, this
16   is a machine copied from an Australian employee.
17       Q.   What is the name of the Australian
18   employee?
19       A.   I do not know, I do not know which
20   machine this comes from, I haven't been given
21   anything more than a number.
22       Q.   Do you see where it says Satoshi
23   was a team?
24       A.   I see that.
25       Q.   You just told me Satoshi was not a

Page 127

1   team?
2        A.   Satoshi was not a team.
3        Q.   Why are you contradicting yourself?
4            MR. RIVERO:  Object to the form.
5        A.   Again, you are seeking to have me
6   lie by saying that Satoshi was a team when Satoshi
7   was not a team.  As I have said, this is not what
8   I sent.  You did not get this from me, you got it
9   from an ex-staff member in Australia after I had
10   left the country from a machine I did not own.
11   BY MR. FREEDMAN:
12       Q.   Actually we got this from you.  Let
13   us go to the second part of that sentence where it
14   says "without the other part of that team, he
15   died".  Do you see that?
16           MR. RIVERO:  Object to the form.
17       A.   I see that and I will state that,
18   no, you did not get this from me, you got it from
19   my counsel.
20   BY MR. FREEDMAN:
21       Q.   Why did you write "without the
22   other part of that team, he died" if previously
23   you just emphasized to me that Satoshi did not die
24   when Dave died?
25       A.   Because I did not write that

Page 128

1   sentence.
2            MR. RIVERO: Objection to form,
3   argumentative.  Please answer.
4        A.   As I said, I did not write that
5   sentence.
6   BY MR. FREEDMAN:
7        Q.   Where did your counsel get these
8   documents if they did not come from you?
9        A.   I believe that they were captured
10   from Australia, I do not know the exact machines
11   that they got them from.  I did not, I was not
12   involved with all the sources that they got them
13   from.
14       Q.   Did you have any e-mail
15   communications with Ira?
16       A.   I had some, yes.
17       Q.   Is this one of those e-mail
18   communications you had with Ira?
19           MR. RIVERO:  Object to the form.
20       A.   No, seeing as I did not type this
21   e-mail it was not one of the ones I had with Ira.
22   BY MR. FREEDMAN:
23       Q.   Dr. Wright, did Dave Kleiman write
24   the Bitcoin code?
25       A.   Dave Kleiman could not code.

Page 129

1        Q.   Dr. Wright, I am uploading to the
2   drop box two different files, control 1268220 and
3   control 1277609
4            (Exhibits control 1268220 and control
5   1277609 referred to)
6        Q.   How am I supposed to know which
7   communications you had with Ira were real and
8   which ones were not real?
9        A.   If you are going to ask me about
10   the things that I said I did not or did not do,
11   then that is what generally you would do as part
12   of your job.  If I say no, I didn't have that,
13   then I say no, I didn't have that.  You could also
14   analyze some of the documentation and where they
15   came from and sources, and things that did not
16   come from my computers would not be something that
17   I would trust.
18       Q.   The only way for us to know if this
19   is a real document is if you say that is accurate.
20           MR. RIVERO: Objection.  Can you say
21   which document?  I have lost track of the number
22   we are talking about.
23           MR. FREEDMAN:  DEFAUS 115950.
24           MR. RIVERO:  The same one.
25           MR. FREEDMAN:  The same one.

MAGNA
LEGAL SERVICES

Page 130

1  Dr. Wright ---
2      A.   Yes.
3  BY MR. FREEDMAN:
4      Q.   Are you saying the only way for us
5  to know if a document is real is if you say it is
6  real?
7      A.   That is not what I said, nor
8  implied.
9          MR. RIVERO:  Object to the form.
10 BY MR. FREEDMAN:
11     Q.   How else aside from your say-so can
12 we know -- how else can we know, besides from your
13 say-so that a document you have produced to us is
14 real?
15         MR. RIVERO:  Object to the form.
16     A.   The document my counsel have
17 produced from various sources and what you would
18 have is e-mails from Ira Kleiman and you would
19 have to start analyzing some of those.  The ones
20 received, etc.  Even then you would have to
21 analyze the source and other such things.  You
22 would not pick e-mails that I had supposedly given
23 you in a stream.  You would pick the original, as
24 Mr. Ira Kleiman had, and start forensically
25 examining that, looking at the source, the IP

Page 131

1  address, where it was done, showing that I was in
2  that location or whatever else, which is not this.
3  BY MR. FREEDMAN:
4      Q.   Are you aware that you are listed a
5  custodian for this document?
6          MR. RIVERO:  Sorry, I could not
7  hear the question.
8  BY MR. FREEDMAN:
9      Q.   Are you aware that you are listed
10 as the custodian for this document?
11         MR. RIVERO:  Object to the form.
12     A.   No, I do not ----
13 BY MR. FREEDMAN:
14     Q.   Do you see those two control files
15 that have been upload to the share file?
16     A.   Not really.  I see two files have
17 been uploaded but I do not see the files
18 themselves, no.
19         MR. RIVERO:  Mr. Freedman, you have
20 to tell me what you are referring to.  Are we
21 changing documents now?
22         MR. FREEDMAN:  We are changing
23 documents control 1277609 and control 1268220.
24         MR. RIVERO:  Bear in mind you
25 control this proceeding but I do not see what you

Page 132

1  are showing Dr. Wright so you have to tell me so
2  I know what is going on.
3  BY MR. FREEDMAN:
4      Q.   The documents I will do my best to
5  make sure I reference them to you.
6          MR. RIVERO:  I want to make sure we
7  understand each other.  I am looking at the
8  document that you asked me to look at so I am not
9  looking at the population of the share file at
10 that moment, I am looking at the document.  You
11 have to tell me "we are changing documents" so
12 I can stay with you.
13 BY MR. FREEDMAN:
14     Q.   Do you have those documents in
15 front of you now?
16     A.   I have the two file names in front
17 of me.
18     Q.   Can somebody please open them for
19 Dr. Wright?
20     A.   I believe we can do one at a time,
21 not both.
22     Q.   Right.
23         MR. RIVERO:  That is how my
24 computer works.
25 BY MR. FREEDMAN:

Page 133

1      Q.   Let us do 1277609 first.  I asked
2  you if Dave wrote the Bitcoin code and I believe
3  you said no, is that an accurate characterization
4  of your testimony?
5      A.   Dave Kleiman did not write code.
6      Q.   Do you have that file in front of
7  you now, Dr. Wright?
8      A.   I certainly do.
9      Q.   Do you see it; it is a tweet from
10 somebody called Mike Relentless?
11     A.   Yes.
12     Q.   "The real Satoshi wrote the White
13 Paper Dave Kleiman wrote the code, coders are not
14 inventors, left brain versus right brain; Satoshi
15 was creative."  Do you see there are four likes?
16     A.   I see four likes, yes.
17     Q.   Do you see the like on the right
18 most side?
19     A.   I see someone using my image.
20     Q.   Let us go to control 1268220; do
21 you have the document in front of you?
22     A.   I am waiting.
23     Q.   Did write this post?
24         MR. RIVERO:  I am also loading.
25 BY MR. FREEDMAN:

MAGNA
LEGAL SERVICES

Page 134

1    Q.    I am not referencing. Did you like
2  this post?
3    A.    I do not know. If you are asking
4  whether the former account that I had Professor
5  Faustus like that thing, as I said, I was not the
6  sole person running the Bitcoin -- Twitter account
7  that I had. I do not run my social media. My
8  linked-in page is run by Sebastian and I apologize
9  I do not know the other person's name, which is
10 really terrible because they work for me.
11   Q.    Can we agree that your Professor
12 Faustus account liked this tweet?
13        MR. RIVERO: Object to the
14 documents, I do not know how this is captured,
15 I do not know what that reflects, we do not have
16 the ability to open anything, I object to this
17 document 1277609. Dr. Wright answer if you can.
18   A.    Basically what you are saying is
19 someone clicked on a Mike Relentless SV like from
20 the past, followed by people like Vinny Lingham
21 and whatever else, and liked a comment by someone;
22 is that correct?
23 BY MR. FREEDMAN:
24   Q.    I am just asking whether the Prof.
25 Fautus account that you said belonged to you liked

Page 135

1  this tweet; simple question?
2    A.    That is not what I said.
3        MR. RIVERO: Object to the form.
4    A.    I did not say it belonged to me.
5  I even said that the Facebook one did not belong
6  to me. I said I used an account in conjunction
7  with staff. That at no point did I say nor
8  characterize that I owned the account. Please do
9  not put words in my mouth.
10 BY MR. FREEDMAN:
11   Q.    I understand that you claim you did
12 not write any e-mail and you did not make any
13 posts, but all I am asking for this specific
14 question is: did the Prof. Faustus account like
15 this tweet; yes or not?
16        MR. RIVERO: Objection move to
17 strike the product of the question. Answer if you
18 can.
19   A.    I do not know the Prof. Faustus
20 account was disabled quite some time ago by
21 Twitter. As such, I am not able to say whether
22 that is the case or not. I do not know whether
23 any of the staff members clicked on that, I do not
24 know whether they liked it, I do not know. All
25 I see is an image that shows my image and saying

Page 136

1  that it is liked.
2  BY MR. FREEDMAN:
3    Q.    Did Dave Kleiman compile version
4  0.1 of Bitcoin?
5    A.    No.
6    Q.    Dr. Wright, I am uploading to the
7  share files Kleiman 4288. Let me know when that
8  is up.
9        (Exhibit Kleiman 4288 referred to)
10   Q.    Is that up?
11   A.    No, I'm still waiting. It is up.
12   Q.    Do you recognize this e-mail?
13        MR. RIVERO: I am looking for it.
14   A.    No, I do not.
15 BY MR. FREEDMAN:
16   Q.    Is this a real e-mail?
17        MR. RIVERO: Wait a moment, it has
18 to load for me. Please give me a moment to make
19 sure I have it. Go ahead.
20   A.    It is a PDF.
21 BY MR. FREEDMAN:
22   Q.    Is it a PDF of an e-mail?
23   A.    I do not know. It is a PDF of what
24 appears to be an e-mail, yes.
25   Q.    Is it real?

Page 137

1    A.    I do not know, I cannot tell from a
2  PDF. If you are asking is it my e-mail, no.
3    Q.    On 10 May 2017 Ira wrote to you
4  "I read that version 0.1 of Bitcoin was compiled
5  using Microsoft visual studio for windows and the
6  other day I came across that program in Dave's set
7  of disks, it got me wondering if he compiled it";
8  do you see that?
9    A.    Yes.
10   Q.    Do you see you respond back? "Yes,
11 we both played(?), Dave compiled"?
12   A.    You are saying this is an e-mail
13 from me. I stopped responding at all, well before
14 this, to Mr. Kleiman?
15   Q.    The e-mail we looked at which was
16 previously DEFAUS 115950 also came from Craig at
17 RCJBR.org e-mail account. We are now in 2017,
18 almost three years later, and you are still
19 claiming that someone else is writing this e-mail,
20 is that accurate?
21        MR. RIVERO: Objection,
22 mischaracterizing the testimony. Dr. Wright,
23 answer that if you can.
24   A.    Again, you are making the
25 Craig@██████ means that it came from the account.

Page 138

1  You are mischaracterizing how e-mail works, you're
2  failing to understand or accept that it is very
3  easy to spoof and forward e-mail or even that this
4  has been analyzed and that I have seen anything
5  showing that it came from me.
6  BY MR. FREEDMAN:
7      Q.    This is not your ----
8      A.    Sorry, I did not hear.
9      Q.    Is this e-mail fake?
10     A.    Looking at a PDF does not allow me
11 to say this e-mail is fake.  Someone could have
12 jumped on or hacked my machine, I do not know
13 that.  I do know that we have a complaint with the
14 UK police about a hacking at the moment that has
15 occurred, and I also know that I cannot say
16 whether this is a doctored copy of an e-mail or a
17 hacked e-mail from a PDF.
18     Q.    Did you send this e-mail?
19     A.    No, I was not communicating with
20 Ira Kleiman.
21     Q.    Do you still have the e-mail
22 address Craig@███████?
23     A.    I have recently re-enabled that.
24     Q.    When did you not have it?
25     A.    It was disabled at the end of 2015,

Page 139

1  I do not remember exactly when it was re-enabled.
2      Q.    Was Dave one of the three key
3  people behind Bitcoin?
4      A.    No.
5      Q.    I am uploading to the share file
6  Kleiman 8178.
7      (Exhibit Kleiman 8178 referred to)
8      A.    It is still loading.
9      Q.    Page 1.
10     A.    The e-mail is up.
11     Q.    Do you see an e-mail in the middle
12 page February 11, 2014 from
13 Craigswright@███████.com?
14     A.    No, I do not see the e-mail I see
15 the text that purports to be that from a forwarded
16 document, Craigwright@████ was a joint CEO
17 account.
18     Q.    Do you see where it says "hello
19 Louis, your son Dave and I are two of the three
20 key people behind Bitcoin"?
21     A.    Yes, I see that.
22     Q.    Did you type that?
23     A.    No, I did not.
24     Q.    Who typed it?
25     A.    If it was sent directly from my

Page 140

1  e-mail account, possibly Angela.
2      Q.    Angela who, what is her last name?
3      A.    Demitrio, she was my EA,
4  I apologize if I am pronouncing it wrong, it has
5  been many years.
6      Q.    Why would she have typed that?
7      A.    She was my EA.  I had requested
8  people to reach out to Louis Kleiman; Uyen Nguyen
9  had found Louis's contact details and I had
10 requested my staff to send an e-mail contacting
11 him saying that Dave had shares in Coin-Exch, that
12 his estate basically needs to transfer and that
13 Mr. Kleiman, David Kleiman, was very important to
14 me, he had been my best friend and to reach out to
15 his family.
16     Q.    Angela came up with the idea that
17 "Dave and I are two of the three key people behind
18 Bitcoin"; is that your testimony?
19     A.    No, that is not what I said.
20     Q.    Did you tell Angela to write those
21 words or the sub-state to those words?
22     A.    No, I did not.
23     Q.    Where did she understand to write
24 that?
25     A.    My guess would be speaking to Uyen

Page 141

1  Nguyen, possibly other people at the organization
2  at the time.
3      Q.    Dr. Wright, I believe the record
4  will reflect that at your first deposition
5  I handed you this e-mail and I asked if you
6  recognized it.  You told me it was a printout of an
7  e-mail and then I asked you "did you write" and
8  you responded "I typed that".  Is that your
9  testimony?
10     A.    That is a mischaracterization.  You
11 asked me a particular sentence.  You did not say
12 whether I typed that e-mail.  You said a
13 particular sentence -- literally one sentence in
14 this e-mail -- and say "did you type that".  In
15 discussions with my lawyers, I typed that exact
16 sentence.  When discussing between Amanda ---
17     MR. RIVERO:  Dr. Wright, please do
18 not talk about discussions with your lawyers.
19 Please answer.
20     A.    Without going into the discussions,
21 we had -- I just need to formulate how I say it
22 without saying my discussions -- I had pointed out
23 evidence that my lawyers -- I keep hitting
24 discussion points.  I discussed that sentence and
25 I typed that sentence.  I did not type the whole

MAGNA
LEGAL SERVICES

Page 142

1   e-mail. As you know, and as you have pointed out
2   yourself several times, I am overly literal. You
3   asked me had I typed that sentence. Yes, I have
4   typed that sentence.
5        Q.    Did you mean it when you typed it?
6        A.    I meant to type what I typed when
7   I was discussing evidence with my counsel. I did
8   not mean that I typed that e-mail.
9             MR. RIVERO: Dr. Wright, I have to
10  be careful that you do not waive privilege. Do
11  not discuss communications with counsel.
12  BY MR. FREEDMAN:
13       Q.    Dr. Wright, I want to understand
14  what exactly it is you are telling me. I asked
15  you, and it says "hello Louis, your son Dave and
16  I" -- let me back up. I am going to read from the
17  transcript for you.
18       A.    Please do.
19       Q.    "Q. Do you recall reaching out to
20  Louis Kleiman in February 2014? A. I do not
21  remember the exact date but some time around then,
22  yes. Q. I am handing you what we can mark as
23  plaintiff's exhibit 2, this is documentary 83-23,
24  do you recognize this e-mail on the second half of
25  page 2? A. I recognize the printout of the

Page 143

1   e-mail. By Mr. Freedman Q.  It says 'hello
2   Louis, your son Dave and I are two of the three
3   key people behind Bitcoin'. Did you write that?
4   A. I typed that. Q. Who is the third person? A.
5   It is one of those things. Ms. Marko. Okay.
6   Dr. Wright is not in a position to answer that
7   question. We will provide a full some explanation
8   to the court in camera." Do you recall that back
9   and forth?
10       A.    Which is exactly what I just told
11  you. I recollected my deposition correctly --
12       Q.    I just asked if you recall the
13  testimony. Please keep your answer to what I am
14  asking you.
15       A.    I am. Would you like me to answer
16  or do you want to interrupt me again?
17       Q.    Go ahead, please answer.
18       A.    It was exactly what I just told
19  you. My recollection was completely correct of
20  the first deposition. You asked me did I type
21  that sentence? That is a question literally
22  meaning have I ever typed that sentence. In a
23  response to my lawyers where I said in the e-mail
24  sentence -- which I will not discuss because my
25  lawyer will object -- I typed that sentence. So,

Page 144

1   the correct answer to "did you type that
2   sentence?" Yes, because did "you type this" is
3   not the e-mail, it is a sentence. You did not say
4   "did you type or did you create or did you produce
5   that e-mail?"
6        Q.    In response to my showing you an
7   e-mail and asking you whether or not you typed a
8   sentence of it you purposively misled me to think
9   that you had just typed one sentence of it in a
10  conversation with your lawyers but you did not
11  mean to answer that you had actually typed that
12  e-mail?
13       A.    You are again misconstruing my
14  answer. I have put you on notice that I have
15  Asperger's, I have autism, I am literal, this is,
16  under the American Disability Act, a registered
17  disability. I have a disability. I am utterly
18  literal. You have in this case pulled me up
19  saying "you are a very literal person,
20  Dr. Wright". You have many times made that
21  statement. You recognize the complete literalness
22  of my answers. You asked me, as a disabled person
23  under the American Disability Act, whether a
24  disability I have is a problem for you, and you
25  are accusing me of lying because I do not look

Page 145

1   people in the eye, because that is part of my
2   disability, you are accusing me of lying because
3   well basically I literally answered the exact
4   question that you asked me, literally. Is that
5   what you are saying? Are you saying you are
6   objecting because of my disability and the fact
7   that I literally answer?
8        Q.    Dr. Wright --
9             MR. RIVERO: Do me a favour, just
10  answer the questions. I forgot what the question
11  was, but just answer the question.
12  BY MR. FREEDMAN:
13       Q.    We will move on. Did you write
14  that sentence in an e-mail to Louis Kleiman?
15       A.    No.
16       Q.    Why did you tell the court you
17  could not answer my question on who the third
18  person was because it involved issues of national
19  security?
20       A.    Because of the way you asked it.
21       Q.    Explain that to me. What were the
22  issues of national security that were called into
23  question when I asked you who is the third person?
24       A.    If I am talking about people who
25  had helped me then the other person was a person



Page 146

1   in the UK.  Did he help me code ----
2       Q.   I do not understand.  Is the
3   sentence "there are three people behind Bitcoin",
4   true or false?
5       A.   Did they help me code?  No.  Did
6   they write the paper?  No.  Did two other people
7   help me in setting everything up?  Yes.
8       Q.   Two other people helped you set
9   everything up.  One of them is Dave; who is the
10  third person?
11      A.   I did not say one of them is Dave.
12      Q.   Who are the two people that helped
13  you set everything up, Dr. Wright?
14      A.   Wing Commander Don Lynam, Order of
15  Australia, number 1.  The other person works ----
16      Q.   Sorry, sorry I did not catch that.
17  Please repeat number 1; who is number 1?
18      A.   Wing Commander Donald Lynam,
19  Australia Air Force, retired.
20      Q.   Who is number 2?
21      A.   Number 2 is a former GCHQ MI6
22  operative who was killed by Russian agents who was
23  working on the tracking of basically money
24  laundering funds that I had helped and talked to
25  before his death here in the UK, named Gareth.

Page 147

1       Q.   What is Gareth's last name?
2       A.   Am I allowed to answer these sort
3   of things?
4           MR. RIVERO:  Dr. Wright, I think
5   this has already been ruled on by the court --
6   I am pretty sure this was ruled on by the court,
7   and so I think you have to answer, I am not
8   instructing you not to answer.
9       A.   He went by Williams.
10  BY MR. FREEDMAN:
11      Q.   Gareth Williams?
12      A.   That is one name he used.
13      Q.   So, Dr. Wright, were you a super
14  spy for the government?
15          MR. RIVERO:  Objection, judge
16  I have not in the entire time made a relevance
17  objection, but I think this was dealt with at the
18  previous deposition, I am not sure how this
19  question deals -- relates to the determination of
20  the issues of this case, which is about the
21  relationship between Dave Kleiman and Dr. Wright
22  and I would ask for a relevance ruling on that
23  question.
24          JUDGE REINHARDT:  Mr. Freedman, I
25  will hear you.

Page 148

1           MR. FREEDMAN:  Dr. Wright has now
2   claimed that the e-mails he previously said were
3   real and that in involved relevant admissions to
4   the partnership are complete fabrications, and
5   that instead the three people he is actually
6   referring to are two other people, we believe this
7   is completely untrue and that this will go to
8   Dr. Wright's credibility to the jury.  His story
9   is unbelievable.
10          JUDGE REINHARDT:  The pending
11  question was something to the effect was
12  Dr. Wright a spy for the UK?  That is completely
13  irrelevant.
14          MR. RIVERO:  That is the question
15  I objected to, your Honor.
16          JUDGE REINHARDT:  I sustain that
17  relevance objection.
18  BY MR. FREEDMAN:
19      Q.   Dr. Wright, did you want -- do you
20  see in the e-mail to Louis Kleiman the third
21  paragraph "know also that Dave was a key part of
22  an invention that will revolutionize the world"?
23      A.   I see the comment and I see the
24  reference to a link that I hate.
25      Q.   Did you type that sentence to Louis

Page 149

1   Kleiman?
2       A.   No, I did not sent this e-mail;
3   other people who worked for me may have.
4       Q.   Did you authorize them to send this
5   e-mail?
6       A.   I authorized them to reach out and
7   send an e-mail.  I did not review what was sent.
8       Q.   Do you agree with the statement
9   that Dave was a key part of an "invention that
10  will revolutionize the world"?
11      A.   I believe that Dave was essential
12  for me because, without Dave, I would not have
13  survived.  I talked to Dave three, four times a
14  week, so Dave was essential because I would not
15  have kept my sanity without Dave.  Dave was my
16  best friend and without Dave there to talk to
17  literally I would have just quit earlier.
18      Q.   Dr. Wright, did you need Dave's
19  help to build Bitcoin?
20      A.   I needed Dave's help as in
21  listening to me, hearing me rant, someone to talk
22  to, to be a friend.
23      Q.   Did you need him to help, did you
24  need his help to help you build Bitcoin?
25      A.   I reiterate, I needed Dave's help

Page 150

1 because, if it was not for Dave, I would not have
2 stayed sane. I do not have many people like me,
3 I do not get on well with people, and to have
4 someone who would sit there and listen to me, who
5 would treat me like I am human was actually
6 important to me. At that time Dave was the only
7 person who did in my entire life.
8     Q.    You needed him to help you build
9 Bitcoin?
10     A.    I needed Dave to help in talking to
11 Dave, yes. I needed Dave as a friend.
12     Q.    Was Dave an essential part of
13 creating Bitcoin?
14     A.    I reiterate if it wasn't for Dave
15 I would have gone totally insane earlier. I had
16 no other friends. I had people who worked for me
17 -- I had people who did things for me, I had a
18 marriage that was falling apart, I had one friend
19 in the world, so, yes, I needed Dave.
20     Q.    Would Bitcoin have executed without
21 Dave?
22     A.    Again, I had one friend, one friend
23 I talked to, one friend who I told what I was
24 doing, one friend.
25     Q.    So would Bitcoin have executed

Page 151

1 without Dave?
2         MR. RIVERO: Object to the form.
3     A.    I do not know whether I would have
4 gone insane or not. Can I have a tissue please?
5 BY MR. FREEDMAN:
6     Q.    Was Dave an essential part of
7 creating Bitcoin?
8         MR. RIVERO: Objection asked and
9 answered.
10     A.    Dave was my friend.
11 BY MR. FREEDMAN:
12     Q.    This is not what I asked. I asked
13 if he was an essential part of creating Bitcoin?
14         MR. RIVERO: Same objection.
15     A.    Dave did not write the Bitcoin
16 White Paper, Dave did not code, Dave did not
17 launch, Dave did not run nodes, Dave was in
18 hospital for the first few months. I did
19 everything I could to try and bring Dave into my
20 life more. Dave was my friend.
21 BY MR. FREEDMAN:
22     Q.    I am going to upload to the share
23 cloud Australia 81546?
24     (Exhibit Australia 81546 referred to)
25     A.    After this one, can I have a break,

Page 152

1 please?
2         MR. FREEDMAN: Would you like to
3 take a break now?
4     A.    No, load this one first and then
5 I will do it.
6         MR. RIVERO: Has the temperature
7 improved at all?
8     A.    Not particularly.
9         MR. RIVERO: Is it 52146?
10         MR. FREEDMAN: 81546. Do you have
11 that up?
12     A.    I do.
13     Q.    Do you see the e-mail from you to
14 Dave Kleiman?
15     A.    I do.
16     Q.    Is this a real e-mail?
17     A.    I sent something like this around
18 that time.
19     Q.    Did you send these exact words?
20     A.    It looks like the words I sent,
21 yes.
22     Q.    Let us take a break.
23     (A short recess from 5.48 p.m. to 6.06
24 p.m.)
25 BY MR. FREEDMAN:

Page 153

1     Q.    Dr. Wright, in your share file is
2 the document defense 1369334; can you open that up
3 for me?
4         MR. RIVERO: Repeat.
5         MR. FREEDMAN: Defense 1369334.
6     (Exhibit Defense 1369334 referred to)
7 BY MR. FREEDMAN:
8     Q.    Do you have that document up?
9         MR. RIVERO: Just a moment, somehow
10 I lost my setting.
11         Okay. I found it.
12 BY MR. FREEDMAN:
13     Q.    Do you have that e-mail in front of
14 you?
15     A.    Yes.
16     Q.    Is this an e-mail from Dave to you?
17     A.    No, it is an e-mail from me sending
18 something to Nicholas Mavrakis of Clayton Utz, my
19 solicitor.
20     Q.    Let me break that down. If we go
21 to e-mail correspondence below the e-mail from you
22 to your solicitor, does it reflect an e-mail chain
23 between you and Dave Kleiman?
24     A.    Yes, that is what it appears to do,
25 that looks familiar.

Page 154

1     Q.    Did you send these e-mails that are
2  attributed to you?
3     A.    This is from Dave Kleiman.
4     Q.    Below that, there are e-mails from
5  you, a chain of e-mails between you and Dave?
6     A.    I have not seen the next one yet.
7     Q.    Specifically I would like you to
8  look at the e-mail that purports to come from you
9  on 27 December 2008 at 1.02 p.m.; do you see that
10 one?
11    A.    Yes.  Keep scrolling please.  Yes.
12    Q.    Did you send this e-mail?
13    A.    It looks familiar, yes.
14    Q.    Did you type "I need your help, you
15 edited my paper and now I need to have you aid me
16 build this idea"?
17    A.    Yes, I asked Dave to help me.
18    Q.    Dr. Wright, I am going to ask you
19 to pick up DEFAUS 115950 uploaded at 1.06 p.m..
20 (Exhibit DEFAUS 115950 referred to)
21          MR. RIVERO:  I am going back to my
22 ---
23 BY MR. FREEDMAN:
24    Q.    Look at the upload time at 1.06
25 p.m.

Page 155

1          MR. RIVERO: You are attributing too
2  much technical knowledge to me.
3     A.    I can attest for that.
4          MR. RIVERO:  Say the number.
5          MR. FREEDMAN:  DEFAUS 115950.
6          MR. RIVERO:  I have an important
7  birthday coming up, I just want to point that out.
8  I think I have it.  Is it, you say 15950?
9          MR. FREEDMAN:  115950.
10         MR. RIVERO:  Thank you for your
11 patience.
12 BY MR. FREEDMAN:
13    Q.    Go to page 3 of that PDF for me,
14 there you should see an e-mail from yourself on
15 Friday March 7, 2014 at 5.22 p.m., do you see
16 that?
17    A.    I see that, yes.
18    Q.    Did you send that e-mail?
19    A.    Sounds like something I would say.
20    Q.    Did you send it?
21    A.    I cannot answer that.  I said it
22 sounds like something I would say.
23    Q.    Is it fake?
24    A.    Again, I do not know.  But it
25 sounds like something I would say -- or it reads

Page 156

1  that way.
2     Q.    Dr. Wright, can you go back to the
3  Satoshi's Vision file in the dropbox, there is an
4  e-mail in front of it, Mr. Rivero.
5          MR. RIVERO:  Tell me what page.
6          MR. FREEDMAN:  I am loading it up
7  too this time.
8     A.    It is loaded.
9  BY MR. FREEDMAN:
10    Q.    Can you go to the top of page 12.
11 Are you there?
12    A.    Yes.
13    Q.    The Satoshi's Vision book published
14 under the name Craig Wright, correct?
15    A.    Yes.
16    Q.    Can you read that paragraph for the
17 record?
18    A.    Yes.
19    Q.    Please go ahead.
20    A.    "The second question is easier to
21 answer.  I wrote the White Paper.  There was some
22 bits and pieces included which I had help with and
23 I had help editing, but the White Paper is
24 essentially my work.  The matter of Satoshi being
25 an individual or group is a little more complex,

Page 157

1  Satoshi was a public persona.  I adopted a part
2  that I played.  Yet even though I would say
3  Satoshi was 90% me, other people helped, other
4  people shaped the creation."
5     Q.    Do you agree with that statement?
6     A.    I do.
7     Q.    Can you take a look at DEFAUS
8  558940?
9  (Exhibit DEFAUS 558940 referred to)
10    Q.    This is an e-mail from you to
11 Robert McGregor, yourself, Calvin Ayre, Ramona
12 Watts, with a CC to other people?
13    A.    Yes.
14    Q.    Did you send this e-mail?
15    A.    That looks like my e-mail.
16    Q.    Do you see where it says "worst
17 case is my communications with Dave"?
18    A.    Yes.
19    Q.    You see it says "the keys are on it
20 as well"?
21    A.    Yes.
22    Q.    What keys are you talking about?
23    A.    I am talking about keys that are
24 encrypted files which this says AES256, so we are
25 not -- what you are talking about there and what

Page 158

1  this is are two different things I believe.  This
2  is general encryption keys to machines, to other
3  things that we are talking about.
4      Q.   Do they mean Bitcoin keys?
5      A.   No.
6      Q.   The keys to Bitcoin?
7      A.   No, Bitcoin does not use encryption
8  at all, let alone AES256.
9      Q.   It says there are keys on it but
10  the keys are AES256 encrypted, right?
11     A.   It does not say there are Bitcoin
12  keys.
13     Q.   Do you see under it says the e-mail
14  started in 2007 where "we discussed the idea,
15  sometimes digitally signed"?
16     A.   Yes.
17     Q.   Is there a reason you have not
18  produced any e-mails for 2007 where you and Dave
19  are discussing the idea of Bitcoins?
20     A.   I do not have all my e-mails.
21     MR. RIVERO:  Object to the form.
22  BY MR. FREEDMAN:
23     Q.   There are e-mails you have not
24  produced?
25     A.   That is not correct.

Page 159

1      Q.   There are e-mails you no longer
2  have?
3      A.   In 2007 I used to work for BDO.
4  BDO is a chartered accountancy in Australia.  That
5  organization has their own e-mail servers.  I am
6  no longer a staff member at BDO, I have not been
7  for many years, I do not know what happened to the
8  e-mails between 2007 and 2008 where I took a
9  redundancy package and left BDO, so, no, I cannot
10  give you something that I have no control over.
11     Q.   Do you know the e-mail address
12  Satoshi Nakamoto used to e-mail the Bitcoin White
13  Paper?
14     A.   To whom?
15     Q.   To the photography mailing list?
16     A.   Yes.
17     Q.   Who was it?
18     A.   The vista mail account was
19  primarily used but the GMX account was used
20  earlier than that.
21     Q.   Which is the e-mail that sent the
22  White Paper to the cryptography mailing list?
23     A.   I am having a problem in that that
24  is technically incorrect and I am trying to get
25  around answering it correctly because it is a mail

Page 160

1  forwarding server, so I am trying to say it wrong,
2  which is hard for me.
3      Q.   Let me rephrase it for you.  What
4  e-mail address did Satoshi Nakamoto use to send an
5  e-mail to the Metzdowd Cryptography Server?
6      A.   The original e-mails that were
7  distributed, some of which got rejected, were GMX,
8  the other later ones followed on Vistomail.
9      Q.   So I am going to upload to the
10  dropbox the Bitcoin P2PE cash paper, which is the
11  original e-mail from Satoshi Nakamoto to the
12  cryptography mailing list.
13     MR. RIVERO:  Where is this?  You
14  are uploading it.  The upload by date works.
15     (Exhibit Bitcoin P2PE cash paper referred
16  to)
17  BY MR. FREEDMAN:
18     Q.   Do you see it?
19     A.   I see it.
20     Q.   Do you recognize this is the
21  original message from Satoshi Nakamoto announcing
22  Bitcoin to the cryptography mailing list?
23     A.   I see it as the original one
24  linking the White Paper site.
25     Q.   Do you see at the top the e-mail

Page 161

1  address used to send that out?
2      A.   Yes, the Vistomail address.
3      Q.   Satoshi@vistomail.com?
4      A.   Yes, as I said, the Vistomail
5  address.
6      Q.   Is this the same e-mail address
7  that Satoshi Nakamoto used to e-mail and release
8  the Bitcoin client to the cryptography mailing
9  list?
10     A.   There was also -- sorry, the
11  cryptography client, is that -- can you repeat
12  that, sorry?
13     Q.   Yes, the Bitcoin version 0.1?
14     A.   Bitcoin version 0.1 was released at
15  a later point -- 0.1, not -- sorry.
16     Q.   My question is what e-mail address
17  did the Satoshi Nakamoto use to send that to the
18  cryptography mailing list?
19     A.   The cryptography mailing list, all
20  the Satoshi e-mails were the same.
21     Q.   All the Satoshi@vistomail.com?
22     A.   Yes.
23     Q.   Is it not true that Dave Kleiman
24  controlled that account?
25     A.   No, it is not true and it is not

MAGNA
LEGAL SERVICES

Page 162

```
 1  possible either.  Dave Kleiman was actually in
 2  hospital during the time.
 3       Q.    Dr. Wright, can you take a look at
 4  DEFAUS 112712?
 5       (Exhibit DEFAUS 112712 referred to)
 6  Do you have that there?
 7       A.    I do not yet: I have a spinning
 8  thing.  I have a white page.  I have now the
 9  e-mail.
10       Q.    Can you go to the bottom of that
11  page, the page ending in 712, and you will see an
12  e-mail from Ira Kleiman on 15 February 2014 to
13  Craig Wright at ACM.org; do you see that?
14       A.    Yes, I do.
15       Q.    Do you see in the last paragraph
16  Mr. Kleiman asked you: "Can I ask if Dave played a
17  part in writing the original PDF under the Asian
18  alias."
19       A.    Yes.
20       Q.    Do you remember getting this
21  e-mail?
22       A.    I have received e-mails from Ira
23  and other people; I do not remember this
24  particular e-mail, no.
25       Q.    On top of that that you respond back, do
```

Page 163

```
 1  you see your response at February 15, 2014 at
 2  11.48?
 3       A.    What is "Craig Wright A", sorry?
 4       Q.    You produced it, Dr. Wright.
 5       A.    I did not produce it.  As I said,
 6  it is copied from Australian machines that were
 7  there after I left the country.  That was given to
 8  my counsel, so ----
 9       Q.    Did you send this e-mail
10  Dr. Wright?
11       A.    No, I did not.
12       Q.    Do you see it says "He had the
13  Vistomail account".
14       A.    I can see this has been typed, yes.
15       Q.    Do you see it says: "Dave was
16  involved with the PDF he had the Vistomail
17  account, I had the GMX one"?
18       A.    Yes, I see that says that.
19       Q.    You did not send that e-mail?
20       A.    No, I did not.
21       Q.    Is it true that Dave had the
22  Vistomail account?
23       A.    It is not true that Dave had the
24  Satoshi Vistomail account.
25       Q.    I am going to ask you take a look
```

Page 164

```
 1  at Kleiman 0385767.  Can you let me know when you
 2  have that document up?
 3       (Exhibit Kleiman 0385767 referred to)
 4       A.    I have it in front of me.
 5       Q.    Do you recognize this as an e-mail
 6  chain between you and Ira?
 7       A.    No, I was not communicating with
 8  Ira in 2017.
 9       Q.    Do you see the e-mail from Ira at
10  September 29, 2017 at 5.20 a.m.?
11       A.    I believe Ira Kleiman was already
12  trying to take legal action against me and I was
13  not communicating at all with Ira at this point.
14       Q.    I just asked you if you saw the
15  e-mail from Ira Kleiman at September 29, 2017 at
16  5.20 a.m.?
17       A.    I see this document.
18       Q.    He is quoting your previous
19  e-mails, "he had the Vistomail account, I had the
20  GMX one"; do you see that?
21       A.    No, I see that you have a document
22  in front of me.
23       Q.    Okay.  Do you see that he poses the
24  question:  "Why do you tell me that Dave used the
25  Vistomail account when the Gizmodo article shows
```

Page 165

```
 1  you using it to e-mail colleagues in January
 2  2014"; do you see that question?
 3       A.    Yes.
 4       Q.    Do you see the response that came
 5  from Craig Wright on September 29, 2017 at 1.38
 6  a.m.?
 7       A.    No, I see text on what is being
 8  proposed to be an e-mail at a time when I was not
 9  in contact with Ira.
10       Q.    The response says "originally used,
11  is not what it was in 2014"; do you see that
12       A.    It says "in '14"?
13       Q.    "In '14"; do you see that?
14       A.    Yes.
15       Q.    You understand why this appears as
16  if you had reconfirmed that Dave used the Satoshi
17  Vistomail account back in 2009; do you not?
18       A.    No, I see a document that has been
19  created, likely by Ira.
20       Q.    Okay.  I am going to ask you to
21  take a look at, in the share file, you will see
22  that it is titled "Z4", this is a blog entitled:
23  "Cracked, inSecure and generally broken"; do you
24  recall that blog?
25       A.    I am waiting for it to come up.
```

MAGNA
LEGAL SERVICES

Page 166

1   Yes, I recall this blog.
2       Q.   Do you recall this post?
3       A.   I recall the post on the tracking
4   project that I had on my ranch in Australia.
5       Q.   Can you go down to page 3 of 7 for
6   me to the post that starts up Tuesday 30 April
7   2013, entitled "Dave Kleiman"?
8       A.   Yes, I see that.
9       Q.   Do you care about three-quarters of
10  the way down to the page there is a paragraph that
11  starts off "it was Dave's Vistomail account that
12  allowed me to start some of my more radical
13  ideas"?
14      A.   Yes.
15      Q.   Is this the Satoshi@Vistomail.com
16  account?
17      A.   No.
18      Q.   Which account was that?
19      A.   I do not remember the exact name.
20  I haven't kept it.
21      Q.   But you did write this; is that
22  correct?
23      A.   I did write this, that is correct.
24      Q.   Dr. Wright, I would like you to
25  take a look at Defense 13694?

Page 167

1       (Exhibit Defense 13694 referred to)
2       A.   It is up.
3       Q.   Do you recognize this is a contract
4   for the sale of shares for the company-owning
5   business?
6       A.   Can I scroll through, please?  Keep
7   going to the end.
8       A.   Yes, I recognize this document.
9       Q.   Is this a real document?
10      A.   This is a scan.
11      Q.   Did you sign the document, the
12  original?
13      A.   I signed a document, I have not
14  checked it word for word or letter for letter or
15  whether it has been altered in any way.
16      Q.   Can you go -- do you have any
17  reason to think that this may have been altered?
18      A.   I have lots of reasons to think
19  that everything had been altered.  The e-mail for
20  instance that you put up from 2015 between myself
21  where you mentioned Mr. McGregor and other e-mails
22  that you have put today have me from five years
23  ago saying my staff is hacking my computers and
24  other people are hacking my computers.  If people
25  have been hacking my computers for years then,

Page 168

1   yes, I have lots of reasons to think many things
2   have been altered these days.
3       Q.   Can you go to paragraph 3 on page 3
4   of 9 of the PDF of Defense 13697?
5       (Exhibit Defense 13697 referred to)
6       A.   Yes.
7       Q.   Do you recall who the sender is
8   under this agreement?
9       A.   I will need to look at the first
10  page again.
11      Q.   Go back up to page 1 right at the
12  top, I will help you.  You can agree after I tell
13  you, do you see where it says "Dave Kleiman for
14  W&K Info Defense LLV vendor"?
15      A.   Yes, I do.
16      Q.   The vendor is Dave Kleiman, W&K
17  Info, correct?
18      A.   That is what it says, yes.
19      Q.   It says:  "Hence the vendor will."
20  The vendor is Dave Kleiman W&K, right?
21      A.   Dave Kleiman, acting for W&K, yes.
22      Q.   Look at (e); can you read that for
23  me, please?
24      A.   Yes.  "Transfer the Vistomail
25  account."

Page 169

1       Q.   Is this a contract where you claim
2   Dave is transferring the Satoshi Vistomail account
3   back to you?
4       A.   No, at no point.  This was the
5   vistomail account associated for the W&K filing
6   for what we were attempting to get for the
7   Department of Homeland Security Contracts on other
8   such things.  This was not the Satoshi e-mail
9   account.
10      Q.   Please open defense 46731 for me.
11  Go down to the last e-mail, an e-mail chain
12  between you and Robert McGregor entitled with the
13  subject "Hal"?
14      A.   There is that, yes, it is a bit --
15  it's a terrible scan in print though.
16      Q.   The first e-mail:  "Was he the
17  first person other than you to run Bitcoin?"  That
18  is Robert McGregor on May 4, 2016; do you see
19  that?
20      A.   Yes.
21      Q.   You respond at May 4, 2016 at 10.21
22  "yes, and Dave"; do you see that?
23      A.   Yes.
24      Q.   Did you write that e-mail?
25      A.   That looks like an e-mail I wrote,

**MAGNA**
**LEGAL SERVICES**

Page 170

1   yes.
2       Q.    And then Robert McGregor responds
3   on May 4, 2016 at 10.30 a.m. saying: "At the
4   point Hal was running it, was he the first or
5   Dave?"; do you see that question?
6       A.    Yes.
7       Q.    You respond back "Dave, then Hal";
8   do you see that?
9       A.    I do.
10      Q.    Did you write that?
11      A.    That looks like my e-mail, yes.
12      Q.    Was Dave the second person to run
13  Bitcoin?
14      A.    As far as I know, when I released
15  the first code in October/November 2008, before it
16  was publicly compiled or whatever else, I had a
17  precompiled version that is not the current
18  version of Bitcoin, it was early alpha, that was
19  radically changed.  That was run by Dave, by Hal
20  Finney, by my uncle, my ex-wife (without her
21  understanding it), and credit, or one of the other
22  guys in the early development of this.  There was
23  another person who ran a copy as well.  I cannot
24  remember his name; I apologize.  If I remember it
25  I will bring it up, but -- that code was then

Page 171

1   depreciated in November and relaunched with quite
2   a number of changes on 3rd January 2009.  That
3   crashed and a new version was then launched on the
4   9th January 2009.  Unfortunately at that point
5   Dave was then hospitalized and could not run the
6   live version of Bitcoin.
7       Q.    I am just asking if what you wrote
8   in your e-mail is true, "Dave was the second
9   person to run Bitcoin"; is that a true statement?
10      A.    I believe I just answered it.
11      Q.    "Yes", the answer is "yes", he was
12  the second person to run Bitcoin?
13      A.    He was the first person to run the
14  code associated with Bitcoin that I know of.  As
15  far as I know, my uncle did not do it at that
16  stage, credit and Hal did not do it at that stage,
17  my wife at the time did not do it at that stage.
18  They did rerun some certain things later, so
19  I believe, yes.
20      Q.    Dr. Wright, do you recall telling
21  "Ira Kleiman to leave others to be Satoshi and
22  Dave not to be"?
23      A.    No, I do not.
24      Q.    Can you take a look at defense
25  115950.  When that PDF opens please go to page 6

Page 172

1   of 7?
2               MR. RIVERO:  I have it next to
3   Satoshi's Vision, if you do upload and have
4   located it.
5   BY MR. FREEDMAN:
6       Q.    Dr. Wright, do you have that up?
7       A.    Something is -- there is a circle
8   going around at the moment so I guess it is
9   loading; 1 of 7.
10              MR. RIVERO:  I was saying that with
11  a little pride that I had gotten it first.
12  BY MR. FREEDMAN:  Well done, Mr. Rivero.
13      A.    Yes, I have that up.
14  BY MR. FREEDMAN:
15      Q.    Can you go to page 6 for me.  You
16  should see an e-mail there on March 6, 2014 at
17  5.12 p.m. from Craig S Wright; let me know when
18  you have found that e-mail?
19      A.    Yes.  Scroll down a little bit
20  please.  Yes, I see that.
21      Q.    Do you see where it says: "I will
22  send you some rather private early e-mails today
23  as long as you promise to delete after reading"?
24      A.    I would never do that.
25      Q.    You did not write this e-mail?

Page 173

1       A.    No, I did not write that e-mail.
2       Q.    That is another e-mail masquerading
3   as you but not you?
4               MR. RIVERO:  Object to the form.
5   BY MR. FREEDMAN:
6       Q.    That is a bad question.
7       A.    I would say ----
8       Q.    Do you see the second sentence --
9   go ahead, Dr. Wright.
10      A.    My answer would be you have a whole
11  load of e-mails that come from Ira and other
12  people that seem to want money and seem to want to
13  say a whole lot of stories that are not true.
14  Keep going.
15      Q.    The second sentence of that e-mail
16  says: "Leave others to be Satoshi and leave Dave
17  not to be"; do you see that?
18      A.    Yes, I see that.
19      Q.    Is your testimony today that you
20  did not send that e-mail; is that correct?
21      A.    I did not send that e-mail.
22      Q.    Immediately after that you shared
23  e-mails with Ira that purport to show you and Dave
24  collaborating to create Bitcoin; do you recall
25  that?

Page 174

1    A.    I have seen things in my
2  discussions with my counsel that purport to be
3  such e-mails, so I recall that, yes.
4    Q.    So immediately after you sent that
5  to Ira you then sent e-mails to Ira reflecting
6  private communications between Dave and you
7  purporting to show collaboration for a Bitcoin but
8  you still maintain that original e-mail was not
9  from you?
10       MR. RIVERO:  Object to the form.
11   A.    In looking through some of these
12 e-mails when I went through them, I had noted --
13 can you scroll this one up for a second?  Keep
14 going.  Yes, what I see here appears to be, like
15 many others, bits tacked together.  There are ones
16 where it ends with my sign-off, where parts of
17 e-mails in a thing from Ira, there are parts of
18 other things sent in a stream.  Some of these that
19 are tacked together like that include sending from
20 my HTC, I use a Samsung, I have used a Samsung
21 phone since 2011, I have all the receipts for
22 every phone I have bought, they are on the Samsung
23 account.  I also have one saying that I used an
24 iPhone.  I used an iPhone once in my life,
25 I survived it one week, then I played golf.  This

Page 175

1  was 2006.  I beat the iPhone to death literally.
2  So, if you ever see e-mails from HTC they are not
3  mine, from iPhone they are not mine.  Many of
4  these others are tacked together bits.  Yes, I did
5  not send all this, that is correct.
6    Q.    Dr. Wright do you recall talking to
7  Patrick Page in 2014 about Dave Kleiman?
8    A.    I talked to Patrick Page multiple
9  times about Dave Kleiman.
10   Q.    Did you tell Patrick that Dave was
11 the creator of Bitcoin?
12   A.    No, I did not.
13   Q.    Did you tell Patrick that Bitcoin
14 was created by a group of people that included
15 Dave Kleiman?
16   A.    That is not what I actually said,
17 no.
18   Q.    What did you actually say?
19   A.    I said Bitcoin -- sorry, Dave would
20 have some Bitcoin most likely on computers or
21 wallets at his home.  Dave is very important in my
22 life.  I said "I am working on Bitcoin, I have
23 been creating solutions", I did not discuss the
24 creator of Bitcoin.  So, no, I was not hinting --
25 I was -- I was not hinting, he was.

Page 176

1    Q.    Are you aware that Patrick Page has
2  testified in his deposition that you did state to
3  him that Dave Kleiman was the creator of Bitcoin
4  and part of the team that created Bitcoin?
5        MR. RIVERO:  Object to the form.
6    A.    I have not seen any testimony from
7  Mr. Page.
8  BY MR. FREEDMAN:
9    Q.    What you say if you did see that
10 testimony; is he lying?
11       MR. RIVERO:  Object to the form.
12   A.    I have not seen any testimony from
13 Mr. Page.
14 BY MR. FREEDMAN:
15   Q.    I understand.  I am telling you
16 that the record will reflect it is there; is
17 Mr. Page lying?
18       MR. RIVERO:  Object to the form.
19   A.    I do not believe Mr. Page would be
20 lying.  I believe if he has heard anything he
21 would misquote it thinking something more.  More
22 likely we have this human habit of seeing things
23 in media and creating stories after the fact.
24 This is why leading questions are not allowable
25 for police.  For instance, a police officer is not

Page 177

1  allowed to go "did you see the yellow car" because
2  that will lead the witness to believe that they
3  saw a yellow car even though they initially
4  believed it was a red car.  If you start having
5  media things going "did Dave Kleiman invent
6  Bitcoin", and media and everything like that for
7  years would have been going up to Patrick and
8  going "when Dave invented Bitcoin", so by now it
9  is quite fair that he believes that he heard that.
10 BY MR. FREEDMAN:
11   Q.    If you were to know that there was
12 a contemporaneous record of that statement made
13 around the time he heard it, would you revise your
14 answer?
15       MR. RIVERO:  Object to the form.
16   A.    No.  People, once again, make
17 things that are not accurate, and, as you have
18 already demonstrated, when I say something, I am
19 quite often misunderstood.  I can be horribly
20 literal in what I say and other people have
21 implied sentences.  I do not.  So, I do the --
22 someone phones "is your wife home", I will say
23 "yes" and hang up type scenario, which is not
24 actually what you are implying.  I am doing my
25 best to -- I know you want me to answer questions;



Page 178

1    part of my brain logically gets the fact that you
2    are going please read the question, but I still do
3    not always click on and, unless you actually say
4    the word "for the record", it goes over my head at
5    times.
6    BY MR. FREEDMAN:
7        Q.    Dr. Wright, in the beginning of
8    Bitcoin was it required for there to be a series
9    of machines to send and transmit information
10   without ----
11       A.    I missed that.
12       Q.    In beginning of Bitcoin was it
13   required that there be a series of machines that
14   would send and transmit information without fail?
15       A.    I am not sure what you are actually
16   asking. "Without fail": the question is a bit
17   nebulous and I am not sure what you are asking
18   without going into a description of the answer of
19   Bitcoin. Can you please clarify that for me, I am
20   sorry?
21       Q.    Sure, why don't we open your book
22   Satoshi's Vision on the Art of Bitcoin. Turn to
23   page 15.
24       A.    It is being scrolled towards page
25   15.

Page 179

1        Q.    Under the words "the birth of
2    Bitcoin."
3        A.    Yes.
4        Q.    Can you read that first paragraph
5    for the record?
6        A.    Yes. So, in conjunction with what
7    I explained later what we are doing: "It required
8    a series of machines to send and transmit
9    information without fail. This is far more
10   difficult than you imagine."
11       Q.    I do not see the conjunction "what
12   I explain later", my sentence starts with "a few
13   people understand"; can you start from there for
14   the record?
15       A.    Yes. "Few people understands what
16   was required in the beginning of Bitcoin. It
17   required a series of machines to send and transmit
18   information without fail. This is far more
19   difficult than you imagine."
20       Q.    So now let me re-ask the question,
21   in the beginning of Bitcoin was required for there
22   to be a series of machines to send and transmit
23   information without fail?
24       A.    Yes. That required a group of
25   machines as a small tight-knit cluster that I ran

Page 180

1    so that even if any local machine fell over, got
2    patched, whatever else, the others in that node
3    would keep going.
4        Q.    By extension, anyone who was
5    running a machine could send and transmit
6    information was helping provide a necessary
7    service for Bitcoin?
8        A.    That is what nodes do. Nodes act
9    as an agent to the network, the network being
10   effectively myself as the issuer. The nodes would
11   then be paid in relative amounts to provide the
12   transmission etc. That was more than just home
13   users. It would be the requirement at the time to
14   run multiple machines so that all of them would
15   not go down. Any of those would be requiring
16   patching etc., and time stamping of all the
17   transactions that were being tested.
18       Q.    Dr. Wright, would be fair to say
19   that you did all you could to hide information
20   concerning the development of Bitcoin?
21       A.    No.
22           MR. RIVERO: Object to the form.
23       A.    No, I did not -- I did very little
24   to hide the development of Bitcoin. I had
25   actually talked to a number of people in the

Page 181

1    Australian Tax Office, I had set up arrangements,
2    I had a formally issued warrant over intellectual
3    property, I had an accountant who recorded
4    information for multiple companies, including
5    information defense. I had contacted, between
6    2008 and 2013, the commissioner, the three deputy
7    commissioners of the Australian Tax Office, senior
8    officials of Oz industry, people within the US,
9    people in the Australian military, people within
10   the Australian Federal Police. I had talked to
11   people working in the network area, the copyright
12   area of the Australian New South Wales Police whom
13   I had done work with taking down Pirate Bay and
14   tried to talk about Bitcoin with them.
15   I discussed Bitcoin with Alan Granger, my partner
16   at BDO. I attempted to have a meeting with three
17   or four other partners at BDO telling them how
18   beneficial Bitcoin would be as a time-stamping and
19   notarization service and that it would basically
20   revolutionize accounting. I had in 2007 started a
21   mailing group and other group calls CAGS
22   (Compliance Audit Governance and Security), which
23   I stopped because I was trolled relentlessly by
24   people who thought the idea of legislation over
25   money and all the rest was, let me say, an

MAGNA
LEGAL SERVICES

Page 182

1  anathema to what they wanted.  I spoke to people
2  in the UK, I spoke to people in FATF, I spoke to
3  people in APRA, which is the Australian Prudential
4  Regulatory Authority.  I spoke to people in
5  multiple Islamic banking areas talking about the
6  value of tokens.  Would you like me to keep going?
7  I can.
8  BY MR. FREEDMAN:
9      Q.    Dr. Wright, all I asked you was a
10  yes or no question: would it be fair to say that
11  you did all you could to hide information
12  concerning the development of Bitcoin.  It would
13  really help if you would try to answer the
14  questions posed because we have a limited amount
15  of time.
16      A.    I believe that is answering the
17  questions posed.  I do not believe that would be
18  ----
19      Q.    Let me change the question
20  slightly.  Would it be fair to say that you did
21  all you could to suppress information concerning
22  the development of Bitcoin?
23      A.    No, I had communicated with people
24  in Victoria, New South Wales, Queensland, the USA,
25  UK, Jordan, a number of other Member States, I had

Page 183

1  communicated with people in University of
2  Newcastle, Northumbria University, Charles Sturt
3  University.  I had multiple communications with
4  many people.  What I did not want to do is have a
5  sort of people out there in things like LOLs or
6  anonymous know who I was.
7      Q.    Do you think we might be able to
8  have a five minute break, and you have a
9  conversation with Mr Wright, Mr. Rivero?
10         MR. RIVERO:  Hold on one second.
11  Dr. Wright, do me a favor.  I have objected to the
12  question.  Try to answer the question.  I do see
13  you say "no", Mr. Freedman posed once again, and,
14  Dr. Wright, if you could try to respond briefly
15  I would appreciate it.
16  BY MR. FREEDMAN:
17      Q.    Would it be fair to say you did all
18  you could to suppress information concerning the
19  development of Bitcoin?
20         MR. RIVERO:  Object to the form.
21  Dr. Wright, can you try to respond in a brief
22  fashion to that?
23      A.    No, I did very little to suppress
24  knowledge of Bitcoin.
25  BY MR. FREEDMAN:

Page 184

1      Q.    Dr. Wright, can you go to Satoshi's
2  Vision, the book published under your name.
3  I would like you to go to page 30.  Three
4  paragraphs up from the bottom of page 30 ----
5      A.    Which is the start of that
6  paragraph?
7      Q.    Starts "some would always lose and
8  I wanted to direct your attention to the middle:
9  "I did all I could to hide and suppress
10  information concerning the development of Bitcoin
11  and much more"; do you see that?
12      A.    I see that.
13      Q.    How is that consistent with your
14  testimony today?
15      A.    You are talking about two different
16  time periods.  I am talking about from 2015 on
17  here, I did everything to try and basically not
18  come out into the media between when people
19  started talking about me in 2015 right up until
20  now, until 2017 I did everything to try and hide.
21  You are talking about two different things.  Did
22  I, from the beginning of Bitcoin, hide and
23  suppress information, no, I should have.  I wish
24  I had.
25      Q.    So you only started hiding and

Page 185

1  suppressing in 2015?
2      A.    Yes.
3         MR. RIVERO:  Object to the form.
4  BY MR. FREEDMAN:
5      Q.    Did you do everything you could to
6  muddy the waters around Bitcoin's origin?
7      A.    No, I did not.
8         MR. RIVERO:  Object to the form.
9  BY MR. FREEDMAN:
10      Q.    Can you turn to the next page of
11  Satoshi's Vision, 31, the third paragraph: "I did
12  all I could to muddy the waters, I did all I could
13  to stay private and have a life with parts that
14  remain mine.  Early on I could even put up the
15  false claims of fraud knowing that in the long
16  term it's not going to matter"; do you see that?
17      A.    Yes, I see two things that are
18  unrelated and you are trying to relate them.
19      Q.    How is it consistent with your
20  testimony that you did not try to muddy the waters
21  around Bitcoin's origin?
22      A.    This does not say I did not tried
23  to muddy the water around Bitcoin's origin.  You
24  are adding implied words that are not implied.
25  There is no statement saying "I did all I could do

MAGNA
LEGAL SERVICES

Page 186

1    to muddy the waters concerning the creation of
2    Bitcoin".  It saddens me.  My right to privacy and
3    right to know about people talking about my life,
4    it was people basically hacking my wife's server,
5    my children's servers.  I didn't want people to
6    know where I lived, where I worked, where
7    I studied.  Right now I have just had to drop one
8    of my PhDs.  The reason, not because I cannot
9    study it, not because I'm not doing well, but
10   because that had probably around 100 complaints
11   that Craig Wright is doing two degrees
12   simultaneously.  I was allowed to, I went through
13   everything in the board, and again, I have had a
14   call to go before the Dean to justify why I should
15   be able to keep doing this and not get kicked out.
16   I have dropped one of my PhDs because people call
17   up and complain to the Dean endlessly saying "it
18   is not right that Craig is enrolled in two
19   different degrees, he is going to cheat by doing
20   two different things".  My argument was I am doing
21   law and mathematics.  There is no overlap between
22   mathematics and law.  Yet, I am still having to
23   justify myself.  Yes, I hid my address, I hid
24   where I was, I tried to hide, I tried to let no
25   one know where my company was based, I tried to

Page 187

1    ensure that no one knew anything about my family.
2    I tried to stay as hidden as I could and yet
3    people still attack me.  The one thing that I love
4    more than anything else which is studying is has
5    been taken from me because people that I won't
6    even go into -- yes, I did, but that does not say
7    I muddied the waters around Bitcoin, so do not try
8    and twist things.
9        Q.    Let us just agree to disagree on
10   what the implication of that sentence is.
11       A.    No, I do not agree to disagree.
12           MR. RIVERO:  Objection.
13           MR. FREEDMAN:  Okay.  Dr. Wright,
14   can you take a look at defense 65750.
15   (Exhibit Defense 65750 referred to)
16           MR. FREEDMAN:  Let me note for the
17   record that it is now past 7pm London time.  Can
18   I ask how much longer you intend to go?
19           MR. FREEDMAN:  Six hours on the
20   record.
21           MR. RIVERO:  That is not actually
22   the court's order.  The court's order is quite
23   clear, and it is not six hours on the record, it
24   is, I am reading it, it is "the defendant's
25   deposition shall take place from 1 p.m. GMT to 7pm

Page 188

1    GMT each day".
2           MR. FREEDMAN:  Mr. Rivero, I would
3    say that just we granted our request to extend it
4    for 12 hours; he did not set a time.  I do not
5    think it was her intention, though I do not know,
6    to limit the deposition to not more than 12 hours
7    on the record, and that was also before this
8    entire proceeding had to go forward through video.
9    As you can tell, as you yourself have apologized,
10   there is a lot of delay associated with this and
11   we are doing the best we can.  If we past the time
12   that you think appropriate JUDGE REINHARDT is on
13   the line.
14           MR. RIVERO:  Mr. Freedman, that is
15   a district court order.  I do not get to interpret
16   it and neither do you.  I know you had a half hour
17   of technical difficulties, but the reason that we
18   have had this postponed to this date was never
19   because of us.  We opposed every extension, we did
20   not create the virus either, nor did you.  We got
21   into this situation because you in effect sought
22   an extension last week, which was denied; you
23   communicated to us over the weekend you wanted to
24   seek another extension.  We have never tried to
25   postpone this.  You do not get to interpret that,

Page 189

1    if you want to make it an emergency application to
2    Judge Bloom to modify her order, I encourage you
3    to do.  What I am asking you simply, I am willing
4    to be reasonable and recognize that there were
5    some technical difficulties, I asked you when is
6    this concluded?
7           MR. FREEDMAN:  Mr. Rivero, let me
8    clarify some statements you made on the report.
9    The reason I contacted your office to find out if
10   you would be amenable to the extension is because
11   over the weekend Mr. Dolwich came down with
12   symptoms consistent with Covid-19, so did
13   Mr. Roche.  A partner in our New York City office
14   also went to the hospital on Friday to be tested
15   for symptoms for Covid-19.  Mr. Brenner has had to
16   engage in self-isolation because a family member
17   of his has spiked a fever.  Being that we could
18   not be in the same room and people were sick and
19   ill, I sought to see whether or not you would be
20   amenable to an emergency extension.  You said no
21   and we did not seek it, and we have been doing our
22   best to meet that time limit.
23           Mr. Rivero, let me finish.  When,
24   at some point, if you decide that the deposition
25   should stop, then I invite you to either instruct

Page 190

1  your client to walk out or ask the court who is on
2  the phone to rule on this issue.  Until then, let
3  us please move forward.
4          MR. RIVERO:  Mr. Freedman, we have
5  four people who were being tested on Friday;
6  everyone is in the same situation.  You sought a
7  further continuance of this deposition which was
8  denied midweek last week.  You told us that you
9  were going to seek relief after today for the
10  fourth time.  We did not get into the situation.
11  We have in every instance wanted this to proceed
12  at earlier times because Mr. Wright's schedule is
13  extraordinarily complicated.  I did not say again
14  stop the deposition, I asked a very reasonable
15  question: how long do you intend to proceed?
16          MR. FREEDMAN:  I disagree with your
17  characterization of the order.  It says clearly
18  that our motion is granted in part and denied in
19  part.  "The deposition and time limit of the
20  defendant, Craig Wright, shall be extended to 12
21  hours in the course of two days."  I understand
22  your position, Mr. Rivero; we are not going to
23  agree.  The best way to move forward is to allow
24  me to continue.
25          MR. RIVERO:  You are not answering.

Page 191

1  Go ahead.
2  BY MR. FREEDMAN:
3      Q.    Dr. Wright, did you ever tell
4  anyone that you wanted to talk about exactly what
5  Dave's involvement in Bitcoin was to ensure there
6  were no conflicting views on that later?
7      A.    That not what that says.
8      Q.    I asked you if you ever made that
9  statement?
10     A.    No, that is my wife, I believe.
11     Q.    I did not ask you about any
12  document yet.  I just asked you if you made that
13  statement?
14     A.    No, that is my wife's statement, so
15  you are asking me did I make a statement and
16  I very much doubt that I made that statement, it
17  sounds like my wife.  As the full statement you
18  have made about Dave's creation of Bitcoin or
19  whatever else, conflicting views etc., so ----
20     Q.    Do you recall participating in an
21  interview on February 20, 2019 with The Bad Crypto
22  Podcast, for episode 242 entitled "is Craig Wright
23  the real Satoshi"?
24     A.    No, when was that?  I do too many
25  of these things.

Page 192

1      Q.    February 20, 2019?
2      A.    I honestly do not remember, I do
3  too many of these things, so, no.
4      Q.    Open up the file that is entitled
5  Z10; do you have that in front of you.
6          (Exhibit Z10 referred to)
7      A.    Yes, I do.
8      Q.    Does this help refresh your
9  recollection of whether or not you appeared on The
10  Bad Crypto Podcast on 20/2/19?
11     A.    No, it does not, I do not remember
12  this particular one.
13     Q.    Do you remember being asked at that
14  interview if you claimed to be Satoshi and
15  responding "I said I was part of the creation.
16  I also said if you have a partnership and someone
17  dies it is no longer a partnership"?
18     A.    Again I do not remember the
19  interview so, no, I do not remember.
20     Q.    Do you recall the interviewer
21  asking you: "So you are saying Satoshi Nakamoto
22  is a pseudonym for a group of at least two or more
23  people that you were part of" and you responding
24  "um, I had help from Dave"?
25     A.    No, I do not remember that

Page 193

1  interview at all.
2      Q.    Well, what do you think you meant
3  when you said "I had help from Dave"?
4      A.    Again, I do not recall it so
5  I cannot say -- if you are saying I said that then
6  when I say Dave helped me, as I said Dave helped
7  me stay sane, Dave helped me basically get through
8  life, Dave helped me as my best friend, Dave
9  helped me at one point as my only friend.
10     Q.    What did you mean when you said you
11  were part of the creation?
12     A.    The third reference in the White
13  Paper by Mathias is the first widespread reference
14  to a time chain which is now called blockchain.
15  That actually references an earlier paper that I
16  also referenced in the White Paper from 1991.
17  That takes the use of distributing via what they
18  had as a newspaper of hashes, and binary tree
19  which is now falsely named a Merkle tree, and
20  taking all the timestamp data, the hashes thereof
21  in a Merkle structure and broadcasting it.  The
22  original creation of that timestamp server, the
23  authors believed that it couldn't be distributed.
24  They thought there was no secure way of doing a
25  distributed timestamp server.  Mathias and others,

Page 194

1  when they created what was effectively the first
2  blockchain system, which is still used in many
3  early timestamp systems, so, no, I did not create
4  blockchain because it already existed.  What I did
5  was I took a timestamp solution for a time chain
6  and linked it to an economic system to create a
7  P2P network based on certain other networks that
8  existed at the time basically involving proof of
9  work and other things.  Mondo Mnet was a
10  distributed system, similar in some ways to
11  eDonkey and others, that allowed a tokenization of
12  currency, that the creators of that system, which
13  includes people like ZUKU, who do not like me,
14  wanted to create a more socialist version of what
15  could have been Bitcoin, but that does not work
16  because it is an economic solution.  Effectively
17  the creation of Bitcoin is really a whole lot of
18  other inventions that are tacked together.  If it
19  was not for the creation of the blockchain, over a
20  decade before I created Bitcoin, then there would
21  not be Bitcoin.  Everyone says when I didn't
22  create blockchain that I am saying something
23  there, but the creation of blockchain was done
24  originally as a proposed idea in 1991, and then
25  extended in 1996, '97 and '98 with the final paper

Page 195

1  in 1999.  The launch of that system was then taken
2  by Vero-sign and RSA who currently use such a
3  system to run a non-distributed timestamp server.
4  If I had said that all this is not mine, it is
5  because it is not.  I did not invent blockchain.
6  Blockchain was actually an idea that existed
7  already.  What I used was a different system, a
8  timestamp server, a centralized single point of
9  failure timestamp server that is incredibly
10  non-robust that can easily fail.  I used the
11  survival analysis and survivability studies that I
12  had been doing in universities, such as Charles
13  Sturt, to create a distributed version of such a
14  timestamp server and economically incentivize it
15  to create M-net which is able to be run by
16  multiple parties in a way that does not require
17  any of them to trust the others.
18      Q.   Do you think that because Dave died
19  you no longer have a partnership with him?
20          MR. RIVERO:  Object to the form.
21      A.   I did not have a partnership with
22  Dave so it cannot end.
23  BY MR. FREEDMAN:
24      Q.   Was Dave ever your partner?
25          MR. RIVERO:  Object to the form.

Page 196

1  Asked and answered.  You may answer.
2      A.   The definition of partner is wide.
3  If you look at the definition under the thesaurus
4  it means "friend, companion"; it also refers to
5  partnership under law.  If you are talking about
6  was Dave my partner, as in a partnership
7  arrangement in a business, no, Dave had never been
8  my partner in any business, I do not operate in
9  partnerships under business.  Dave was however my
10  best friend, he was my online companion, the
11  person I phoned, the person who helped ensure that
12  my current wife and I are actually still married.
13  So, depends on which partner.  If you mean
14  business partner, not ever.  If you mean my best
15  friend, yes.
16  BY MR. FREEDMAN:
17      Q.   Okay.  Dr. Wright, can you open
18  1667372, one is an PDF, do not open that one,
19  which is just a slip sheet, you have to open the
20  other one.  Do you know what this document is?
21      (Exhibit 1667372 referred to)
22      A.   I am seeing a small circle with a
23  spinning blue thing.  They have selected the file
24  and I have an adobe symbol, now a spinning circle
25  thing again.

Page 197

1      Q.   You were going to take the Excel
2  and not the adobe.
3      A.   An Excel spreadsheet seems to be
4  loading.  I see a file in front of me.
5      Q.   Do you recognize what the file is?
6      A.   It would most likely be a
7  communication log.
8      Q.   Is it a Skype communication log
9  between you and Mark Ferrier?
10      A.   That is what it appears to be, yes.
11      Q.   Can you look at 117?
12          THE COURT REPORTER:  Sorry.  Mark
13  who?
14      A.   Ferrier.
15  BY MR. FREEDMAN:
16      Q.   Look at line 17, please, Dr.
17  Wright, and read that for the record.
18          MR. RIVERO:  I object to the
19  document which frankly I do not understand.
20  I believe there is a context around this.  Go
21  ahead Dr. Wright.
22      A.   The line starts: "Craig S Wright,
23  11.26.06, 12/2/2013 my partner, Dave, and I have
24  been working on something of value for a while now
25  so I guess how can you help me?"

MAGNA
LEGAL SERVICES

Page 198

```
1    BY MR. FREEDMAN:
2        Q.   Dr. Wright, is this not you calling
3    Dave Kleiman your partner?
4        A.   As I said he was my best friend, he
5    helps me, yes.
6        Q.   But not your business partner?
7        A.   No, he is not my business partner
8    in this.
9        Q.   Dr. Wright, can you scroll down for
10   me to line 74?
11       A.   Yes.
12       Q.   Can you read that for the record?
13       A.   "Craig S Wright 08.47.42, 10/4/2013
14   "no my partner, not my business partner Dave."
15       Q.   Dave was your business partner?
16           MR. RIVERO:  Object to the form.
17       A.   No, it says "my partner, not my
18   business partner."
19   BY MR. FREEDMAN:
20       Q.   Dave?
21       A.   Yes.
22       Q.   Finish the sentence, "not my
23   business partner, Dave"?
24       A.   I said the sentence first off then
25   I repeated "my partner, not my business partner".
```

Page 199

```
1        Q.   Can you go down with me to line
2    100; do you recall the day Dave died?
3        A.   Yes.
4        Q.   What date was that?
5        A.   I do not remember the exact date.
6        Q.   Does April 26, 2013 ring a bell?
7        A.   26/27 something, because I am in
8    Australia and travel I do not remember whether in
9    my time zone it was 26 or 27.  I believe in
10   America it was the 26th, but I am not sure if that
11   was the 27th in Australia.
12       Q.   Can you read line 100 for the
13   record?
14       A.   Yes.  "My best friend and business
15   partner died a few days back."
16       Q.   Start from the beginning.
17       A.   "100 Craig S Wright 14.28.41, 30
18   April 2013 sorry my best friend and business
19   partner died a few days back and I am in a class
20   right now."
21       Q.   Dave was your business partner,
22   Dr. Wright?
23           MR. RIVERO:  Object to the form.
24       A.   No, I disagree, if you are in a
25   company using that terminology is still not going
```

Page 200

```
1    to be saying that someone is a business partner in
2    a partnership.  This is a difference between
3    someone in a corporation and someone working with
4    you and the other, so, no, you are
5    mischaracterizing.
6    BY MR. FREEDMAN:
7        Q.   Dr. Wright, can I ask you to take a
8    look at DEFAUS 550141?
9            (Exhibit DEFAUS 550141 referred to)
10       Q.   Before that document comes up, you
11   called Dave your business partner in that
12   document, correct?
13       A.   You are trying to confuse business
14   partner as someone I worked with, with a
15   partnership.  I called someone that term, that is
16   correct.  That does not imply partnership by your
17   own evidence, because that is actually a
18   discussion between different companies.
19   BY MR. FREEDMAN:
20       Q.   Let me know when you have up DEFAUS
21   550141.  Do you recognize what this document is?
22       A.   Yes.
23       Q.   This is an e-mail correspondence
24   between Michelle Seven and yourself?
25       A.   No.
```

Page 201

```
1        Q.   What is it?
2        A.   It is partly between there --
3    Michelle Seven was trying to blackmail me.
4        Q.   You take a look on Wednesday May
5    20, 2015 at 1.57 a.m., and e-mail from Craig S
6    Wright; do you see that e-mail half way down the
7    first page?  Do you see that, Dr. Wright?
8        A.   Yes.
9        Q.   Do you see in that e-mail you write
10   "in the past Dave Kleiman was my best friend and
11   business partner, he died a couple of days ago."
12       A.   No, I do not see where I write.
13       Q.   You do not see that?
14       A.   No, I do see that.
15       Q.   Did you write that?
16       A.   No, I did not.
17       Q.   Did somebody else write this
18   e-mail?
19       A.   This is most likely Uyen.  Uyen was
20   at this point dealing with Michelle Seven.
21   Michelle Seven was trying to blackmail me.
22       Q.   It was not you?
23       A.   That was blackmailed, yes, it was
24   me that was blackmailed.
25       Q.   It was not you that sent this
```

Page 202

1    message, is that a correct statement?
2        A.    That is not what you asked.
3        Q.    I am asking it now, did you write
4    that e-mail, did you send that e-mail?
5        A.    No, I just stated before, Uyen was
6    actually acting for me against Michelle Seven, who
7    was trying to blackmail me at this stage.
8        Q.    Can you go back to Satoshi's Vision
9    the book published under your name for me?  Let me
10   know when you get up to page 12, please?
11       A.    May I ask if you can zoom in a
12   little bit.  Page 12, and it is zoomed so I can
13   see it.
14       Q.    Do you see the paragraph that
15   starts off "in order to fund my work"?
16       A.    Yes.
17       Q.    Can you read that first sentence
18   for the record please?
19       A.    "In order to fund my work, my
20   partner, Dave Kleiman, and I sold code that was
21   using in gaming out of countries such as Costa
22   Rica."
23       Q.    You called Dave Kleiman your
24   partner again?
25       A.    Yes, once again Dave Kleiman was my

Page 203

1    best friend.
2        Q.    Then you say "Dave took the biggest
3    risk", do you see that?
4        A.    Yes.
5        Q.    You say:  "The mere issuing of CO1N
6    was illegal, I wasn't American but Dave was so
7    that was a problem."  Do you see that?
8        A.    Yes.
9        Q.    Why was it a problem for Dave to
10   issue CO1Ns if he was not your partner in the
11   creation of Bitcoin?
12       A.    You will find that you are taking
13   that sentence in a different way than I do.  "In
14   order to fund my work my partner Dave Kleiman and
15   I sold code that was used in gaming out of
16   countries such as Costs Rica.  Dave took the
17   biggest risk."  The risk is gaming out of
18   countries such as Costa Rica.  The problem with
19   the American crack down in 2005 was that it made a
20   lot of activities on internet gaming illegal and
21   started actually actions against people who were
22   based outside of -- within US areas.  This was
23   when the CEO of the Sporting Bet was arrested by
24   Americans when he touched down.  Sporting Bet, who
25   I used to contract to, was a British UK company,

Page 204

1    that was a listed company in the country that I am
2    now living.  I was quite offended that the
3    Americans arrested someone in a legally licensed
4    company that was working for that I knew quite
5    well.  But what we are talking about here is risk
6    and the risk is directly related to gaming.  Then
7    I wasn't American but Dave was, so that was a
8    problem.  The funding here is talking about code
9    being sold out of countries, such as Costa Rica,
10   for internet gambling.
11       Q.    Dr. Wright, open Defense 1597497,
12   do you have that in front of you?
13       A.    I am waiting.
14       (Exhibit Defense 1597497 referred to)
15       A.    Still looking for it, loading,
16   whatever.  Adobe symbol is coming up.  The
17   spinning circle quadrant thing is there with the
18   little blue line around the circle going around.
19       MR. RIVERO:  While we are waiting
20   for this, I will note that it is now 7.30 p.m. in
21   London, we have been on this teleconference for
22   more than six hours and I ask again what is your
23   expectation about how much long you have.  Bear in
24   mind there is no quarantine in London yet but all
25   these folks need to get home in the same kinds of

Page 205

1    conditions we are dealing with here.  We have been
2    going half an hour longer than provided for in the
3    original order that set this deposition.  How long
4    have we been on the record for?
5        THE VIDEOGRAPHER:  4 hours 57
6    minutes on the record.
7        MR. COHEN:  Just so everyone is
8    aware, because the comment that Mr. Rivero made,
9    since we have been on the record the UK Government
10   has actually put the UK on lockdown.  Whether that
11   makes a difference for the purposes of this
12   session today, I will leave that to others.  But
13   just given the comment that was made about
14   quarantine, I thought I would update everyone on
15   the situation.
16       MR. FREEDMAN:  Can you let us know
17   what the advisory was because I am curious; we
18   have to keep public safety.
19       MR. COHEN:  The advice was for
20   people to avoid public contact as much as
21   possible, not go to any social gatherings or
22   restaurants or bars and to avoid travel, to travel
23   into work to the extent possible.
24       MR. RIVERO:  We cannot repair what
25   happened today.  I certainly hope on the continued

MAGNA
LEGAL SERVICES

Page 206

1  date we start properly, we minimize breaks.
2  Mr. Freedman, I think your position is
3  unreasonable but I am not at this point
4  instructing Dr. Wright not to answer anything.
5  You say we have another hour.  I will be
6  considering it as we go.  Please ask your next
7  question.
8       A.    After this, I will need to have a
9  break, sorry.
10 BY MR. FREEDMAN:
11      Q.    Do you recognize the e-mail in
12 front of you?
13      A.    I do.
14      Q.    Is this an e-mail from you to
15 Kathryn Ungar of the New South Wales Police?
16      A.    Yes.
17      Q.    Dr. Wright, could you open up the
18 next attachment, 01589197 -- sorry, no, that is
19 the wrong one.  I need you to open 019 -- 1597500.
20      (Exhibit 1597500 referred to)
21      A.    It is open.
22      Q.    Do you recognize this is the
23 attachment to the e-mail which is a witness
24 statement?
25      A.    No, I can only see part of it.

Page 207

1  I will need to scroll through.  It would appear to
2  be my witness statement, yes.
3       Q.    And do you see on page 502 --
4  sorry, not it is my turn for my technology to
5  glitch.  Can you turn to page 503, paragraph 13.
6  It says: "Between March and April 2013 I had a
7  number of communications with Mark via Skype, this
8  included voice calls but was mostly by text.  In
9  the course of conversations discussed with Mark
10 the concept of a Bitcoin exchange by which smart
11 contracts would be connected.  This was an idea
12 that I had developed with my business partner Dave
13 Kleiman for a period of over a decade."
14      A.    Yes.
15      Q.    Do you see that?
16      A.    Yes.
17      Q.    Is that in your statement?
18      A.    It is.
19      Q.    Do you want to take the restroom
20 break now?
21      A.    Yes, please.
22      (Recess at 7.34 p.m. to 7.44 p.m.)
23      MR. FREEDMAN:  The one thing I want
24 to be clear on the record, Mr. Rivero and I have a
25 disagreement over the amount of time we get and we

Page 208

1  can sort that out.  The one thing that cannot
2  happen is folks there being put in danger or any
3  kind of health hazard.  You said the UK has been
4  put on lockdown.  If you believe that your health
5  or safety is at risk, that is a completely
6  different story.  I am not there, I do not know
7  what the story is.
8       MR. COHEN:  I do not believe that
9  anyone's health or safety in this room is at risk.
10 I was merely updating everyone on this call as to
11 the position because Mr. Rivero spoke about
12 potential quarantine.  Obviously since we started
13 this deposition the position had changed somewhat.
14 We are here now so we may as well push on.
15      MR. RIVERO:  I wanted to --
16      JUDGE REINHARDT:  Counsel, this is
17 the judge.  I have another appointment, I have to
18 leave in 45 minutes, which will be 4.30 US time.
19 You can feel free to continue with the deposition.
20 If there is any matters that need ruling I will
21 deal with those when we reconvene on Wednesday.
22      MR. RIVERO:  Thank you, your Honor.
23 BY MR. FREEDMAN:
24      Q.    Dr. Wright, if you could open
25 defense 1667260 for me.  Let me know when you have

Page 209

1  that up?
2       (Exhibit Defense 1667260 referred to)
3       A.    I have that up.
4       Q.    Do you recognize what this document
5  is?
6       A.    It is an evidence draft, that was
7  being drafted between myself and my solicitors.
8       Q.    A draft of the witness statement we
9  saw before?
10      A.    I cannot say whether it was the
11 witness statement before, but my solicitors and
12 I had been communicating and my solicitors were
13 helping me write a document.  I was engaged in
14 going back and forwards with my solicitors, my
15 lawyers, taking advice and basically writing a
16 document.
17      Q.    Can you go to defense 1667263 in
18 the same document, a different page, page 4 of the
19 PDF.
20      MR. RIVERO:  This is a draft.
21 Preserve all rights as to attorney/client
22 privilege.  Go ahead.
23 BY MR. FREEDMAN:
24      Q.    Are you there?
25      A.    I am waiting for it to load.  Yes,

MAGNA
LEGAL SERVICES

Page 210

1 there is a document on the screen.
2     Q.    Is this the same document you were
3 in before down to page 4?  Do you see page 4,
4 paragraph 20?
5     A.    I do.
6     Q.    This is the same paragraph we
7 looked at in the witness statement before in 20 it
8 talks at the Bitcoin Exchange and has a statement
9 "this is an idea that I developed with my business
10 partner Dave Kleiman for a period of over a
11 decade."  Do you see that?
12    A.    I see that.
13    Q.    Underneath in bold, can you read
14 that sentence for the record, please?
15    A.    It is a heading that my lawyers put
16 in saying: "I started developing smart contracts
17 in 2007.  Dave and I worked on this for a number
18 of years up to 2011."
19    Q.    Is it true that Dave and you worked
20 on smart contracts in 2007 to 2011?
21    A.    I talked about smart contracts they
22 were not what is in Bitcoin.  I had worked on the
23 concept of what became part of a patent I filed
24 with Jamie Wilson and Dave had been my sounding
25 board on that.

Page 211

1     Q.    Can you go down to paragraph 22 of
2 the same document?
3     A.    Excuse me.
4     Q.    Read the first paragraph -- the
5 first sentence of paragraph 22 for the record
6 please?
7     A.    "The idea conceived by David and
8 me was to develop a system that integrated
9 supervisory control and data acquisition SCADA
10 software and a Bitcoin Exchange.  I had a strong
11 interest in SCADA systems and published a book on
12 the topic that was released in February 2013."
13    Q.    Dr. Wright, I just asked you to
14 read the first sentence.  Did you and David
15 conceive of this idea?
16    A.    No, I conceived of the idea and in
17 2011 I invited David to be part of a number of
18 filings for papers I had been and research I had
19 been doing that were listed with the Department of
20 Homeland Security under the BAA processes.  Dave
21 was meant to run machines and help me control all
22 this, I had been talking about it with Dave, that
23 was part of what W&K was meant to do.  W&K would
24 have been funded by Department of Homeland
25 Security if Dave had successfully continued all

Page 212

1 the administrative filings that he did not do.
2     Q.    Dr. Wright, did you and Dave keep
3 some of your work together secret?
4     A.    I had lots of things in my life
5 that were secret, mainly -- not because I was
6 aiming to be secret or anything like this, the
7 things I did with him I just didn't talk to people
8 about.  I did not talk to many people other than
9 Dave and my now wife.
10    Q.    Can you open DEFAUS 112964 for me
11 please.  Let me know when that comes up?
12    (Exhibit DEFAUS 112964)
13    A.    I have it up.
14    Q.    Can you go down to page DEFAUS
15 112966 page 3 of the PDF, an e-mail from Craig
16 Wright to Carter Conrad and Patrick Page, dated
17 February 12, 2014 at 5.21 a.m.; did you write this
18 e-mail.
19    A.    This says from Patrick Page.
20    Q.    It is loading for me.  We are
21 looking at the wrong e-mail.  It is the e-mail
22 from Craig Wright to Carter Conrad and Patrick
23 Page, dated February 12, 2014 at 5.21 a.m.
24    A.    Yes, that is in front of me.
25    Q.    Did you write this e-mail?

Page 213

1     A.    Yes, I did.
2     Q.    Do you see it says "Dave and I ran
3 a project in the US, we ran it there, we kept what
4 we did secret."
5     A.    Yes, I do.
6     Q.    You knew Dave kept your dealings
7 between you a secret?
8     A.    That is not what I said.
9     Q.    I just asked, did you know that he
10 kept it secret?
11    A.    Again, I do not really know what
12 Dave did.
13    Q.    Do you know if Dave told his family
14 about the Bitcoin?
15    A.    I do not know what Dave did.
16    Q.    Did you ask Dave to keep Bitcoin a
17 secret?
18    A.    No, I did not.
19    Q.    Do you see where it says "the
20 company he ran there mines Bitcoins?
21    A.    That would apply to W&K but, yes,
22 I see that.
23    Q.    The next sentence that says: "The
24 amount DK mined is far too large to e-mail"?
25    A.    I see that.

MAGNA
LEGAL SERVICES

Page 214

1    Q.    "I know this is cryptic and I know
2  I gave Dave the shits with this and some of the
3  things we did in W&K but he was my best friend and
4  I am not sure where else to contact."  Do you see
5  that?
6    A.    I see that.
7    Q.    Did you have a fight with Dave
8  Kleiman in April 2013 before he died?
9    A.    No, I did not.
10    Q.    We are having a technical issue
11  here.  Let us come back to that while we work out
12  our technical issue.
13          Where are all the places you mined
14  Bitcoin before 2011?
15    A.    Physical locations you mean or
16  companies?
17    Q.    Yes -- no physical locations?
18    A.    Bagnue(?), machines running out of
19  my farm, that was probably 50 kilometers west of
20  Port Macquarie up in the hinterland.  It was lot
21  3, By Barrow Road, Bagnue, 2446 Australia.  When
22  I am saying this of course what I am saying I did
23  not mine Bitcoin companies I ran, I operated
24  machines that mined for those to be specific.
25  Liserow(?), 95 Woodview Avenue, that was in New

Page 215

1  South Wales 2550.  Tumbi Umbi, the Uniting Church,
2  Tumbi Umbi, the servers that I had installed when
3  I was acting as treasurer and other things in the
4  church parish ran Bitcoin code and software.
5  Where else?  Do you want other people who ran it
6  for me or just mine?
7    Q.    Just the locations of where you
8  mined your Bitcoins?
9    A.    Well, I did not mine my Bitcoin.
10  That is once again incorrect.  Information Defense
11  PDY Limited was formed in January 2009.  I was one
12  of many shareholders in that company.  I was the
13  CEO and I had staff and those staff also helped us
14  run machines.  Everything mined by that company
15  was initially, until July of that year when a
16  warrant was called, that company and then it went
17  over to another company.  So, are you specifically
18  saying my Bitcoin, or are you saying basically
19  anything I did as a company?
20    Q.    Anything you did as a company?
21          MR. RIVERO:  Object to the form.
22    A.    Up until what period?
23  BY MR. FREEDMAN:
24    Q.    Well, why don't you take me through
25  your -- stop that for a second.  I see our

Page 216

1  technical difficulty got resolved.  Can you go to
2  the document entitled "the fury."
3          MR. RIVERO:  Was this just
4  uploaded?
5          MR. FREEDMAN:  Yes, it was just
6  uploaded.
7          MR. RIVERO:  Yes, got it.
8  BY MR. FREEDMAN:
9    Q.    Let me know when you have it.  Do
10  you have it up?
11    A.    I have it up there now.
12    Q.    Do you recall you got in a fight
13  with Dave Kleiman in April 2013 you said "no"; do
14  you recall that?
15    A.    Yes.
16    Q.    Go to page 2 of 4 on that PDF, the
17  paragraph starts in March 2013, do you see that?
18    A.    I see that.
19    Q.    Do you see the statement:  "In
20  early April 2013 I had a fight with Dave.  Money
21  was tight for both of us.  Bitcoin was not easy to
22  sell at that point, not in any quantity that
23  mattered.  The fight was the last time I ever
24  spoke to Dave.  Later April 2013 Dave died."  Do
25  you see that?

Page 217

1    A.    Yes.
2    Q.    Did you or did you not have a fight
3  with Dave in April 2013?
4    A.    I did not really have a fight with
5  Dave.  I yelled, I ranted, and so, by definition,
6  I did not have a fight because Dave just sat there
7  and listened to me.  I complained about things.
8  I called some people at the Australian Tax Office
9  many names.  They had basically agreed to settle
10  the court case with me in November 2012, but they
11  dicked around -- and the only way to put it is
12  dicked around -- and I was waiting around on the
13  settlement, and meanwhile still fighting them
14  trying to bankrupt me for the settlement that they
15  already agreed owed me money, and I was having
16  some troubles with that because of them freezing
17  my ability to get money with other things,
18  including liberty reserve, and money being seized
19  and the correct terminology would not be if I am
20  going to be under oath and saying that fight
21  because fight would be two-sided.  It was in some
22  ways worse than a fight because Dave stood, and
23  I do not know whether he was standing, he would be
24  sitting, Dave sat there and listened to me and
25  Dave put up with my rant and Dave listened to me

Page 218

1  as I yelled and screamed and complained, not at
2  him, at the world. The last thing I remember was
3  yelling and screaming as he listened, which is
4  what he did a lot.
5      Q.   Dr. Wright, did you ever mine
6  Bitcoin with Dave Kleiman at any point?
7      A.   No. You do not mine Bitcoin with
8  someone.
9      Q.   Did you ever mine Bitcoin with W&K
10  at any point?
11      A.   No, I was not with W&K.
12      Q.   Did you ever contract to mine
13  Bitcoin in the United States prior to 2013?
14      A.   No, no Bitcoin was mined in the
15  United States prior to 2013.
16      Q.   Did you ever control Bitcoin that
17  was mined in the United States?
18      A.   I do not know. I purchased Bitcoin
19  in 2011, I do not know what the location of where
20  it was mined would be. I did not ask, I bought it
21  from an exchange, I have the receipts and the
22  purchase material from that.
23      Q.   Was the Bitcoin that you purchased
24  mined for a foreign trust?
25      A.   No, it was not mined -- as far as

Page 219

1  I know no. The mining of the Bitcoin that I
2  purchased was independent of anything I had to do
3  with me, it was purchased without knowledge on an
4  exchange that ran out of Russia which I then moved
5  into a company that was put into a trust.
6      Q.   Look at the defense 01097415?
7      (Exhibit Defense 01097415 referred to)
8      A.   I am awaiting it now.
9           THE COURT REPORTER: Repeat the
10  number. We have it. Thank you.
11      A.   It has loaded now.
12  BY MR. FREEDMAN:
13      Q.   I am not actually seeing it.
14           MR. RIVERO: It is a one-page
15  e-mail correct.
16           MR. FREEDMAN: Should be, hold on.
17           MR. RIVERO: OK.
18  BY MR. FREEDMAN:
19      Q.   Dr. Wright do you recognize this
20  e-mail as an e-mail you forwarded to Ms Watts on
21  April 2, 2015?
22      A.   You will have to scroll down so
23  I can see it. Can you go up a little bit. Yes,
24  I recognize this.
25      Q.   Do you see the e-mail that you

Page 220

1  wrote to Michael Hardy on 27 January 2014 at 4.53
2  p.m.?
3      A.   No, but I will continue for you on
4  that one. I saw the e-mail that I dictated to
5  Angela Demetriu, starts with D end with U and it
6  is Greek, not trying to be awful, I am just having
7  a problem because I am tired pronouncing her name.
8      Q.   Your executive assistant?
9      A.   Yes, my EA. So I basically
10  transcribed and she typed it.
11      Q.   Did you look it over before you
12  sent it?
13      A.   Yes, I did. I know this one was
14  what I asked her to write.
15      Q.   Do you see the second paragraph.
16  Can you read that first sentence in the second
17  paragraph for me?
18      A.   Yes.
19      Q.   It says: "The Bitcoin I control
20  was mined in the US for a foreign trust and
21  company that was set up following the information
22  defense incident and was prior to the reversal of
23  the foundless, reckless claim against me". Do you
24  see that?
25      A.   Yes, I see that.

Page 221

1      Q.   You told me that the Bitcoin
2  controlled was not mined in the US for foreign
3  investor company?
4           MR. RIVERO: Object to the form.
5      A.   No, that is not correct.
6  BY MR. FREEDMAN:
7      Q.   Did you ever have Dave mine Bitcoin
8  for you?
9           MR. RIVERO: Object to the form.
10      A.   No.
11  BY MR. FREEDMAN:
12      Q.   Did Dave ever help you mine Bitcoin
13  in the United States?
14           MR. RIVERO: Object to the form.
15      A.   No, he did not.
16  BY MR. FREEDMAN:
17      Q.   Did you ever have the private keys
18  to Bitcoin Dave mined?
19      A.   No, I did not.
20      Q.   Did you ever move your mining
21  process to Dave?
22      A.   Sorry, what?
23      Q.   Did you ever move your mining
24  process to Dave?
25      A.   No, I did not.

MAGNA
LEGAL SERVICES

Page 222

1    Q.    Did you ever have Dave mine Bitcoin
2  in an overseas trust?
3    A.    No, I did not.
4    Q.    Did you ever have Dave mine Bitcoin
5  in overseas companies?
6    A.    No, I did not.
7    Q.    Did you ever have access to the
8  private keys to Bitcoin Dave mined in overseas
9  trust?
10    A.    No, nor do I know whether Dave
11  mined Bitcoin or not.
12        MR. RIVERO:  Object to the form.
13  BY MR. FREEDMAN:
14    Q.    Did you ever have access to the
15  private keys for Bitcoin Dave mined in overseas
16  companies?
17    A.    I do not know if Dave even mined
18  Bitcoin in overseas companies which would make it
19  impossible for me to know anything about the keys.
20    Q.    Do you ever have access to private
21  keys to Bitcoin that Dave created?
22    A.    Dave didn't create Bitcoin.
23    Q.    Would it be fair to say you could
24  not have given someone the private keys to Bitcoin
25  Dave mined?

Page 223

1    A.    That would not be fair to say, and
2  that is not accurate either.
3        MR. RIVERO:  Object to the form.
4  BY MR. FREEDMAN:
5    Q.    Would it be accurate to say you
6  could not have given someone the private keys to
7  Bitcoin that Dave mined?
8        MR. RIVERO:  Object to the form.
9    A.    It would be accurate because
10  I could not have given something I do not have.
11  BY MR. FREEDMAN:
12    Q.    Was there any co-operation between
13  you and Dave to mine Bitcoin?
14    A.    No, there was not.
15        MR. RIVERO: Objection asked and
16  answered.
17  BY MR. FREEDMAN:
18    Q.    I am going to ask you to take a
19  look at defense 01597484; do you have it in front
20  of you?
21        (Exhibit defense 01597484 referred to)
22    A.    I do now.
23    Q.    The top of this e-mail, it is a
24  printout of an e-mail from you to John Cheshur,
25  who was CFO of the company, Alexander McCaughn,

Page 224

1  Jonathan Slater and Nicholas Mavrakis with a CC to
2  your wife, Ms Watts, is that correct?
3    A.    Yes, this is a communication ----
4    Q.    There is no question pending.  Do
5  you see underneath there it says "more to come"?
6    A.    I see the communications with my
7  lawyers in Australia, yes.
8    Q.    You forwarded this, this e-mail was
9  a forward of e-mails below; is that an accurate
10  characterization?
11    A.    I do not know, I haven't seen the
12  e-mails below.
13    Q.    Go to the bottom, the very first
14  e-mail in the chain.
15    A.    Can I actually start from the top
16  and go down, so I can see it.
17    Q.    The chronological order is reverse
18  chronological order.
19    A.    If you want me to answer the
20  question I have to do it in my way, so please
21  scroll down slowly.  You want me to answer whether
22  this is correct or whatever else, so please scroll
23  down; keep going, please.  Yes.
24    Q.    Is this an e-mail -- I forgot the
25  question I asked you.  I asked you: you forwarded

Page 225

1  this e-mail -- not sure that -- let me rephrase
2  the question.  Is it accurate to say that you
3  forwarded correspondence between you and Mark
4  Ferrier to the individuals listed at the top of
5  this e-mail that we have already mentioned?
6    A.    Yes, that is accurate.
7    Q.    Are these real e-mails between you
8  and Mark Ferrier?
9    A.    This is not an e-mail, it is a PDF.
10    Q.    Does the PDF represent the e-mails
11  that you actually sent between you and Mark
12  Ferrier -- sent and received between you and Mark
13  Ferrier?
14    A.    I would have to verify everything
15  in there, but it appears to be accurate from the
16  best of my recollection.
17    Q.    At the bottom of the e-mail, the
18  very first e-mail from Mark Ferrier to you is at
19  5/23/2013 at 2.34 p.m., Mark says: "You are good
20  for it so it seems and these guys are waiting.
21  I have a great feeling about this.  Once this is
22  done the pain deal closes, we are going to have a
23  long profitable friendship.  You do what you do
24  and I will sell it.  Mark."  Do you see that?
25    A.    Yes.

Page 226

1  Q.  Above that you say: "I will start
2  to send the addresses and get you the private
3  keys. I hope you understand that with this value
4  transaction I need to see the code before
5  I release everything"; do you see that?
6  A.  Yes, I do.
7  Q.  Mark responds back to you and says
8  "Craig, so tell me where you got this stuff"; do
9  you see that?
10  A.  Yes.
11  Q.  You respond back to him on 23 May
12  2013 at 5.09 p.m. "I have a trust overseas.
13  I moved it and the mining process to Dave Kleiman
14  when I had a few issues with the tax people.
15  I still do not trust them but I do want to do
16  things in Oz." Do you see that?
17  A.  I see that.
18  Q.  Did you send that?
19  A.  I did not send that one, but it is
20  part of a series of communications that I sent as
21  e-mails that this represents.
22  Q.  This is the only fake e-mail that
23  we have reviewed so far?
24  MR. RIVERO: Object to the form.
25  A.  Sorry?

Page 227

1  BY MR. FREEDMAN:
2  Q.  You said you did not send this, who
3  sent this?
4  A.  That is not what I just said.
5  Q.  Did you send this e-mail to Mark
6  Ferrier?
7  A.  As I said, the e-mail that this
8  relates to appears to be one that I sent to Mark
9  Ferrier. I did not say that I did not send this
10  e-mail.
11  Q.  Did you send this e-mail to Mark
12  Ferrier; that is the question I am asking?
13  A.  I sent an e-mail along these lines
14  to Mark Ferrier, this is not an e-mail.
15  Q.  Is this a copy of that e-mail?
16  A.  No, it is a PDF extract, it is an
17  extract that would appear to be the e-mail.
18  Q.  All right. So Mark Ferrier
19  responds he says "so why even do it here"; do you
20  see that response?
21  A.  Yes.
22  Q.  You respond back on 23rd May 2013
23  at 5.38 p.m.: "Well nothing is really here.
24  I understand that you are not keeping any Bitcoin
25  just payment in cash so it comes from overseas and

Page 228

1  stays overseas, I just want to do things here"; do
2  you see that?
3  A.  Yes.
4  Q.  Mark responds: "Your loss mate.
5  If it was me I would be finding a way to do what
6  you want without letting others in"; do you see
7  that?
8  A.  Yes.
9  Q.  You respond back to Mark on 23 May
10  2013 at 5.52 p.m.: "Well you get paid. The guys
11  you have arranged get paid, you have cash, then
12  they have what they want and I have my code. If
13  this works, we all win. I had Dave mine the
14  Bitcoin overseas and all it has cost is sunk.
15  I cannot miss what I have never had. I have never
16  touched the Bitcoin we recreated in the overseas
17  trust and companies and what I care about is
18  making something more." Do you see that?
19  A.  Yes, which says I never received or
20  had any Bitcoin that Dave may have had overseas.
21  Q.  In the e-mail below you said that
22  you were going to send the private keys to the
23  Bitcoin, Mark Ferrier asked you where you got it
24  from and you responded that you moved the mining
25  process to Dave Kleiman and this was Bitcoin that

Page 229

1  was mined in overseas trust, is that an accurate
2  characterization of the e-mail we just read?
3  MR. RIVERO: Object to the form.
4  A.  No, it is not.
5  BY MR. FREEDMAN:
6  Q.  Can you open up defense 1597598?
7  (Exhibit Defense 1597598 referred to)
8  Q.  Do you have that in front of you?
9  A.  No, I do not.
10  MR. RIVERO: Do we have a page
11  reference?
12  MR. FREEDMAN: First page, 1597598.
13  A.  Can I ask a quick question?
14  Andreas, how long do you want to make this because
15  I still have 90 minutes to get home. I am rather
16  tired now and I am sure everyone else is.
17  MR. RIVERO: I would like to take
18  that up in 10 minutes, if you are with me we will
19  address it in 10 minutes.
20  A.  I do not want to be driving home
21  too late tonight.
22  MR. RIVERO: I understand.
23  BY MR. FREEDMAN:
24  Q.  Do you recognize this e-mail?
25  A.  I know the e-mail. The people in

**MAGNA** ◗
LEGAL SERVICES

Page 230

1  the e-mail I do not recognize off the top of my
2  head, no.
3       Q.    This is you -- is this printout of
4  an e-mail you forwarded to John Cheshur, a bunch
5  of other folks and your wife Mrs. Watts, is that
6  accurate?
7       A.    That would appear to be accurate,
8  yes.
9       Q.    Below it includes the e-mail from
10 accounts@mjfminingservices.com sent to you?
11      A.    Yes.
12      Q.    On Thursday 15 August 2013,
13 correct?
14      A.    Yes.
15      Q.    It says: "Hello, we have accepted
16 and verified the private keys sent to us below"
17 and there is a list of Bitcoin addresses; is that
18 accurate?
19      A.    I would not be able to say whether
20 they are accurate without looking at the company
21 accounts.
22      Q.    They purport -- they appear to be
23 Bitcoin addresses right?
24      A.    Appearances can be deceptive.
25           MR. RIVERO:  Object to the form.

Page 231

1       A.    If I can make a quick comment,
2  I think one of the things you are misunderstanding
3  is that Mark Ferrier was working with Payne to
4  mine gold, not Bitcoin -- physical gold.  So there
5  are times when there are comments concerning gold
6  and the mining of physical gold ore and there are
7  Bitcoin mining in similar sentences.  So, I think
8  my lack of clarity at times makes that a little
9  bit confusing for people.
10 BY MR. FREEDMAN:
11      Q.    Dr. Wright, did Dave mine Bitcoin
12 in 2009?
13      A.    As far as I know now, no.
14      Q.    Do you know about his mining set-up
15 at all?
16      A.    His what, sorry?
17      Q.    His mining set-up?
18      A.    The only thing Dave had set up in
19 2009 was a laptop.
20      Q.    Can you go back to the Satoshi's
21 Vision book that was published under your name?
22      A.    Yes.
23      Q.    Let me know when you have it up?
24 Page 16?
25      A.    Yes.

Page 232

1       Q.    The second paragraph from the top,
2  three lines up from the bottom of that paragraph
3  it says: "There weren't a lot of other machines
4  running Bitcoin in 2009.  To my knowledge Dave ran
5  one machine that is full-time and he ran three or
6  four on and off", do you see that?
7       A.    Yes.
8           MR. RIVERO:  What paragraph on 16?
9           MR. FREEDMAN:  The second from the
10 top.
11 BY MR. FREEDMAN:
12      Q.    You were aware that Dave Kleiman
13 was mining Bitcoin in 2009?
14      A.    No.
15      Q.    Can you look at DEFAUS 516701.
16      (Exhibit DEFAUS 516701 referred to)
17      Q.    Do you recognize this as an e-mail
18 from you to somebody called Benjamin Wright?
19      A.    Yes, Benjamin Wright is a US
20 attorney.
21      Q.    Do you see below that it appears to
22 be a printout of you forwarding an e-mail between
23 you and Benjamin Wright that occurred to be a
24 Linked-In, do you see that?
25      A.    Yes, you have to keep going down,

Page 233

1  sorry.  Yes.
2       Q.    Did you send these messages?
3       A.    I cannot remember but it is
4  possible I did.  I was friends with Benjamin.
5       Q.    Do you see on January 28, 2014 at
6  1.21 p.m. it says "Craig Steven Wright wrote,
7  worth a try, the Winklevoss twins are right into
8  Bitcoin, Dave Kleiman and I started mining in
9  2009...(reads to the words)... It is a shame Dave
10 died last year before fruition but all is moving
11 ahead"; do you see that?
12      A.    I see that.
13      Q.    You did know Dave Kleiman mined
14 Bitcoin in 2009?
15      A.    No, I think the error you are
16 making is that I had initially had a belief that
17 Dave was mining because when I talked to Dave the
18 things he told me were that, yes, he is running
19 the servers, and yes, he is doing things.  That
20 would have started from when he got out of
21 hospital in the end of February 2009, except what
22 I later found out was that Dave had not wanted to
23 lie to me and had not told me the truth.  Rather
24 than admitting that he was not able to run the
25 laptop and software, as he kept telling me he was



MAGNA
LEGAL SERVICES

Page 234

1    doing, he had, because of his troubles with
2    infections and whatever else, had been taking
3    money I had been giving him and he had been
4    purchasing a combination of opiates and cocaine
5    and barbiturates on Silk Road.
6        Q.    Do you recall meeting with the ATO
7    on several occasions?
8        A.    I met with the ATO on several
9    occasions dating back to 1985.
10       Q.    Do you recall meeting with them on
11   several occasions in 2014 and 2015?
12       A.    I have met with many people from
13   the tax office and many people in other government
14   departments.
15       Q.    Do you recall meeting that took
16   place on February 18, 2014?
17       A.    Not off the top of my head, no.
18       Q.    I want to go back for a second to
19   DEFAUS 516701, the e-mail and the linked-in
20   messages.
21       Q.    You know what, Dr. Wright, I am not
22   sure we have time. Let us move on. Do you recall
23   meeting with the ATO on February 18, 2014?
24       A.    No, I do not remember the
25   particular days when I met with the ATO.

Page 235

1        Q.    Do you recall that the ATO provided
2    you with transcripts of the meetings?
3        A.    They gave my lawyers transcripts of
4    the meetings.
5        Q.    And can you take a look at DEFAUS
6    00115519 for me?
7        (Exhibit DEFAUS 00115519 referred to)
8              MR. RIVERO: 115179?
9              MR. FREEDMAN: I said 115519.
10             MR. RIVERO: Okay.
11   BY MR. FREEDMAN:
12       Q.    I do not think it is up yet.
13             MR. RIVERO: I am not seeing it.
14   BY MR. FREEDMAN:
15       Q.    Do you have it up there?
16       A.    I have an e-mail in front of me, or
17   what appears to be an e-mail or at least a PDF of
18   an e-mail.
19       Q.    It shows a PDF of an e-mail from
20   John Cheshur to yourself on March 6, 2014; is that
21   accurate?
22       A.    It is a PDF of an e-mail between
23   John Cheshur and my main corporate CEO e-mail, it
24   is not myself.
25       Q.    John Cheshur is forwarding an

Page 236

1    e-mail from the Australian Tax Office which says:
2    "I have attached a transcript of your meeting with
3    us on 18 February 2014. This is a transcribing by
4    Auscript." Do you see that?
5        A.    I see that, yes.
6              MR. RIVERO: I do not know if the
7    -- sorry, go ahead.
8    BY MR. FREEDMAN:
9        Q.    Do you see that?
10       A.    I see that.
11       Q.    It says: "Also please see attached
12   the minutes of our meeting on 26 February 2014,
13   could you please review and advice of any errors
14   or omissions. If you are satisfied that the
15   minutes are an accurate reflection of the
16   discussion, please advice as such"; do you see
17   that?
18       A.    Yes.
19       Q.    Can you go out and into defense
20   52514. Do you have the next e-mail in front of
21   you?
22       (Exhibit Defense 52514 referred to)
23       A.    No.
24       Q.    Can we bring defense 52514 before
25   Dr. Wright?

Page 237

1        A.    Thank you.
2        Q.    Do you see that Dr. Wright?
3        A.    Yes.
4        Q.    This reports to be a report out of
5    an e-mail from you to Ramona Watts on June 24,
6    2015 at 9.27 a.m.; do you see that?
7        A.    Yes.
8        Q.    Here you make some corrections to
9    the 11 page doc, do you see that?
10       A.    No, I do not.
11       Q.    Page 10, an 11-page doc,
12   20140226MM.pdf, do you see that?
13       A.    Yes, except your ----
14       Q.    Dr. Wright, the question is if you
15   saw it. Do you see it says the term "cores" is
16   used; do you see that?
17       A.    Yes.
18       Q.    This is in the 2013/2014 year, do
19   you see that?
20       A.    Yes, I see this.
21       Q.    "I missed this as they transcribed
22   cores as chords", do you see that?
23       A.    I see that.
24       Q.    Is this an e-mail you sent?
25       A.    No, it is a PDF of an e-mail

MAGNA
LEGAL SERVICES

Page 238

1    I sent.
2        Q.    Dr. Wright, can you open defense
3    51769?
4        (Exhibit Defense 51769 referred to)
5        MR. RIVERO:  Before this document
6    is used, I note my objection.  Our intention to
7    seek exclusion of these documents in limine based
8    on expert testimony and so I think all the
9    questioning is improper based on this transcript,
10   but go ahead.
11   BY MR. FREEDMAN:
12       Q.    Dr. Wright, this is the record of
13   client contact we just referenced in your last
14   e-mail dated February 26, 2014, is it not?
15       A.    I am still waiting for it to come
16   up on my screen.
17       Q.    When you do you will note it is 11
18   pages?
19       A.    I have a document in front of me.
20   It is 11 pages.
21       Q.    Is this titled "record of client
22   contact" and dated 26 February 2014?
23       A.    26 February 2014.  It is a meeting
24   between John Cheshur and Anne Wrightson.
25       Q.    Do you see on defense 51770, the

Page 239

1    bottom of the page, the last paragraph, read what
2    your CFO told the ATO.
3        (Exhibit defense 51770 referred to)
4        MR. RIVERO:  Object to the form.
5        A.    I have to get to the page.  I see
6    the last paragraph.
7        Q.    Can you read it for the record,
8    please?
9        A.    "JC: we understand.  Craig Wright
10   took the Bitcoin that he mined offshore.  At the
11   time it was worth 3-4 cents.  The total value of
12   this was around $5,000.  He then started up W&K
13   Info Defense LLC with Mr. Dave Kleiman.  W&K was
14   an entity created for the purpose of mining
15   Bitcoins.  Craig Wright is a forensic computer
16   expert.  He constantly updated himself attending
17   courses, workshops and training sessions.  He is
18   also a university lecturer at Charles Sturt
19   University and conducts courses.  He even provides
20   services to some Australian government agencies,
21   including the ATO and the Defense Force.  However,
22   this is all done on a very high level."
23       Q.    You did not correct this statement
24   "W&K was an entity created for the purpose of
25   mining Bitcoins"; did you?

Page 240

1        MR. RIVERO:  Object to the form.
2        A.    That is incorrect.  What you are
3    saying is taking an e-mail between myself and my
4    wife, pointing out errors.  What I did do was
5    I went to my lawyers, I had conversations with my
6    Australian lawyers where we had pointed out many,
7    many errors in this.  The errata for this document
8    was too large and the document is not admissible
9    even in Australian processes because it is
10   completely inaccurate.
11       MR. RIVERO:  By allowing Dr. Wright
12   to testify about these communications with
13   Australian counsel we are not waving our rights in
14   the event that we are successful on appeal.  We
15   are trying to corporate to advance this discovery.
16       MR. FREEDMAN:  Top of the next
17   page, Dr. Wright, read the next paragraph in the
18   top of the next page?
19       A.    "Craig Wright had mined a lot of
20   Bitcoins.  Craig Wright then took the Bitcoins and
21   put them into a Seychelles trust.  A bit of it was
22   also put into Singapore.  This was run out of an
23   entity from the UK.  Craig had gotten
24   approximately 1.1 million Bitcoins.  There was a
25   point in time where he had around 10% of all the

Page 241

1    Bitcoins out there.  Mr. Kleiman would have had a
2    similar amount.  However, Mr Kleiman passed away
3    during that time.  He was a war veteran and he was
4    wheelchair bound."
5        Q.    Did you give this information to
6    John Cheshur?
7        A.    No, this is not an accurate
8    document and the commentary in it is not accurate,
9    and I was not involved at that time.
10       Q.    You did not correct that statement
11   when you e-mailed to Mrs. Watts, did you?
12       MR. RIVERO:  Object to the form.
13       A.    The problem you are trying to do is
14   catch me out going I did not correct it when
15   I e-mailed Mrs. Watts because there is no
16   correcting it with Mrs. Watts in 2015.  The
17   corrections were made shortly after in 2014.  This
18   document that had been sent to me by John, we
19   discussed with our lawyers and had meetings with
20   the tax office stating, in 2014, that this was
21   erroneous.  So, no, after the corrections had all
22   already been made, I did not then go back to my
23   wife and go "make the corrections again".
24   BY MR. FREEDMAN:
25       Q.    Dr. Wright, let us look at the last

MAGNA
LEGAL SERVICES

Page 242

1  document before we break for the day.  Can you
2  open DEFAUS 01859475?
3      (Exhibit DEFAUS 01859475 referred to)
4      A.   I think we are getting an echo.
5  BY MR. FREEDMAN:
6      Q.   We are almost done.  Let me know
7  when you have DEFAUS 01859475?
8      A.   It is loading now.  There is an
9  e-mail "re UK designed by human".
10     Q.   Do you recognize this as an e-mail
11 send by you to John Cheshur, Andrew Summer and Ms
12 Watts on April 2, 2014 at 9.20 a.m.  Do you
13 recognize this e-mail?
14     A.   Can you scroll down?  It looks
15 familiar.
16     Q.   Did you send this e-mail?
17     A.   Can you go back up again?  Yes,
18 this looks familiar.
19     Q.   Can you read this e-mail for the
20 record?
21     A.   Yes, I can.  "Hello.  We have the
22 e-mail from Dave below.  This was from December
23 2012.  The simple answer is that we have and
24 control the company completely now.  The
25 screenshot is the site in October 22, 2012, so

Page 243

1  Dave had been there at that point.  There was a
2  risk from October 2012 when Dave reserved this and
3  before it was paid for, but we have control fully.
4  The main thing here is that Dave mined all of this
5  outside Australia and even if we had managed to
6  screw this and somehow lose control of the
7  company, it would still have been using overseas
8  right to BTC.  I was not the person doing the
9  mining, Dave was."
10     Q.   Dr. Wright, is it not true that
11 Dave did all the mining for you as Satoshi
12 Nakamoto?
13     A.   No, it is not.
14     Q.   You wrote that though, did you not?
15     MR. RIVERO: Objection.
16     A.   You are mischaracterizing what
17 I just said once again.  I did not say Dave mined
18 for me, and when I read that e-mail that is not
19 anything that I have just said.
20     Q.   The e-mail below from Dave Kleiman,
21 is that a real e-mail from Dave to you?
22     A.   Please scroll down so I can see.
23 Can I see the subject line, go up.  Yes, it looks
24 like an e-mail I have gotten in the past from
25 Mr. Kleiman.

Page 244

1      Q.   Dave Kleiman?
2      A.   Yes.
3      Q.   Can you read that e-mail for the
4  record?
5      A.   Yes.  "No need.  There are several
6  others from October.  If we come into any issues
7  but we only need one.  Your trust is in the
8  Seychelles and you want to have noting known of
9  mine in P, so it should all be good.  We only need
10 one dormant and untraded company to sit as the
11 owner of the Bitcoin we are mining into them.
12 I am assuming you do not want WKID to be a
13 director.  The Brits do not allow this -- sorry,
14 Brits do allow this."
15 BY MR. FREEDMAN:
16     MR. RIVERO: If there is no pending
17 question, I am asking how much time has elapsed?
18     THE VIDEOGRAPHER:  Six hours and
19 three minutes.
20     MR. RIVERO:  Unless you have
21 another minute, we are now an hour and 46 minutes
22 beyond the order and beyond total time as well.
23 Mr. Freedman, wrap it up right now.
24     MR. FREEDMAN:  Last question, Dr.
25 Wright.  What did you take Dave Kleiman to mean

Page 245

1  when he said that "Bitcoin we are mining into
2  them"?
3      A.   Dave tried to assure me that he was
4  still working and doing things.  Dave had promised
5  me that he was setting things up and that money
6  I had given him would be used for building
7  machines and doing other work.  That never
8  occurred.  What I did not realize at the time,
9  because I trusted Dave implicitly, was that Dave
10 basically was not saving money, Dave was spending
11 all the money on cocaine, on barbiturates, on
12 painkillers, on opiates.
13     MR. RIVERO:  We are concluding
14 today.  This is it.  I am not -- we are concluding
15 right now.  I would like to say on the record, we
16 are all now very aware that we are beyond today,
17 so the additional time should be discounted and
18 I am going to ask on the record that we start on
19 time, I am willing to start early if the judge is
20 available, or counsel, I am willing to start half
21 an hour or further early.  We need to finish
22 within the time provided by district court order
23 on Wednesday.  It is not right to have people, we
24 are in a circumstance that we all understand,
25 having to travel at this time of night.  That is

MAGNA
LEGAL SERVICES

Page 246

1   my position.  I am glad to discuss it with you,
2   Mr. Freedman, but please make arrangements so we
3   can accomplish this within the time set out in the
4   district court order and finish this on Wednesday.
5           I do not know if you have, I would
6   like to have the time noted now as we conclude the
7   deposition.
8           THE VIDEOGRAPHER:  We have been on
9   the record for six hours and five minutes.
10          (Deposition concluded at 8.47 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 247

1           CERTIFICATE OF WITNESS
2
3       I, Craig Wright, am the witness in the foregoing
4   deposition.  I have read the foregoing and, having
5   made such changes and corrections as I desired, I
6   certify that the transcript is a true and accurate
7   record of my responses to the questions put to me
8   on 16 March, 2020.
9
10
11
12
13   Signed:  ...............
14
15   Name:   ..............
16
17
18
19
20
21
22
23
24
25

Page 248

1
2           CERTIFICATE OF COURT REPORTER
3
4    I, Amy Coley, an Accredited Reporter, hereby
5   certify that Craig Wright was duly sworn, that I
6   took the Stenographic notes of the foregoing
7   deposition and that the transcript thereof is a
8   true and accurate record transcribed to the best
9   of my skill and ability.  I further certify that I
10  am neither counsel for, related to, nor employed
11  by any of the parties to the action in which the
12  deposition was taken, and that I am not a relative
13  or employee of any attorney or counsel employed by
14  the parties hereto, nor financially or otherwise
15  interested in the outcome of the action.
16
17
21
22   Signed:  ..................
23   AMY COLEY
24
25

Page 249

1
2             E R R A T A
3
4         Deposition of Craig Wright
5   (Please show all corrections on this page, not in
6         the transcript.)
7   Page/Line No.              Reason for change
8
9
10
11
12
13
14
15
16
17
18
19
20   Signed:  ..................
21   Name:   ...............
22   Date:   ..................
23
24
25



63 (Pages 246 to 249)

**A**

**ability** 6:18,19,22
120:14 134:16
217:17 248:9
**able** 15:13 19:23
20:2,3 24:4,11
26:9 36:20
49:12,15,16
61:8 76:21 77:6
118:5,14
121:10 122:8
124:8 135:21
183:7 186:15
195:15 230:19
233:24
**Abrenner@bsf...**
2:14
**academic** 55:9,23
121:9,10 122:3
**accept** 101:21
138:2
**accepted** 230:15
**access** 36:20
81:14 90:18,20
116:20 124:8
222:7,14,20
**accessing** 125:6
**accomplish** 246:3
**account** 8:6,11
8:19,23 9:9,12
23:21 91:2,5
124:7 134:4,6
134:12,25
135:6,8,14,20
137:17,25
139:17 140:1
159:18,19
161:24 163:13
163:17,22,24
164:19,25
165:17 166:11
166:16,18
168:25 169:2,5
169:9 174:23
**accountancy**

159:4
**accountant**
106:19 107:17
181:3
**accounting**
181:20
**accounts** 90:19
90:21,22,24
91:8 124:12,17
230:21
**accounts@mjf...**
230:10
**Accredited** 248:4
**accurate** 46:19
46:20,21 47:23
48:19 50:5,7,8
50:25 51:22
52:17,21 53:7
54:4,9 55:4
56:2 60:10,11
61:24 76:7 91:8
92:22 94:23
97:16 101:17
101:19 103:18
103:20 106:15
106:23 107:7
110:6,7 115:6,9
121:23 129:19
133:3 137:20
177:17 223:2,5
223:9 224:9
225:2,6,15
229:1 230:6,7
230:18,20
235:21 236:15
241:7,8 247:6
248:8
**accusing** 144:25
145:2
**acknowledge**
97:7
**acknowledging**
100:6 101:4
**ACM.org** 162:13
**acquisition** 211:9
**act** 7:11,25 73:4

90:16,17
144:16,23
180:8
**acted** 80:16 89:6
89:24 90:3
99:19 107:1
**acting** 168:21
202:6 215:3
**action** 164:12
248:11,15
**actions** 203:21
**actively** 25:16
**activities** 203:20
**acts** 35:19
**actual** 18:3 45:25
53:18 111:18
**add** 28:18
**adding** 185:24
**additional**
245:17
**address** 21:23
93:14 124:9
131:1 138:22
159:11 160:4
161:1,2,5,6,16
186:23 229:19
**addressed** 37:11
39:14,19
**addresses** 226:2
230:17,23
**adequate** 122:2
**adjourn** 117:22
**admin** 16:1
**administrative**
212:1
**administrator**
13:6,13,17 14:3
14:5 16:3
**admired** 120:2
**admissible** 240:8
**admissions** 148:3
**admit** 79:24
82:11 99:5,12
**admitting** 66:19
233:24
**adobe** 196:24

197:2 204:16
**adopted** 119:23
120:1,2 157:1
**advance** 240:15
**advice** 114:19,20
205:19 209:15
236:13,16
**advisory** 205:17
**advocate** 97:12
**AES256** 157:24
158:8,10
**affect** 6:17,19,22
**afternoon** 5:8,9
**agencies** 239:20
**agenda** 18:11
**agent** 180:9
**agents** 146:22
**ago** 8:11 23:11
69:6 94:5 96:7
96:23 111:24
135:20 167:23
201:11
**agree** 17:18
20:19 60:18
69:17 74:14,16
80:9 82:20,22
85:6,8 89:10,12
89:14 92:1,2
95:5,13 103:11
104:23 105:3
116:25 126:3,6
134:11 149:8
157:5 168:12
187:9,11
190:23
**agreed** 69:19
89:13 217:9,15
**agreeing** 60:16
**agreement**
113:25 118:8
168:8
**ahead** 19:2 48:24
51:7 63:7,11
70:5 71:3 74:6
79:15 89:4
92:24 93:5

96:14 98:16
100:2 110:15
110:24 117:4
125:19 136:19
143:17 156:19
173:9 191:1
197:21 209:22
233:11 236:7
238:10
**aid** 154:15
**aided** 107:15
**aiming** 212:6
**Air** 146:19
**al** 4:5
**Alan** 31:5 36:8
63:2 181:15
**albeit** 49:8
**alert** 19:22
**Alexander**
223:25
**algorithm** 7:14
**Ali** 107:17
**alias** 162:18
**alive** 80:19
**allow** 138:10
190:23 244:13
244:14
**allowable** 67:19
176:24
**allowed** 12:10
147:2 166:12
177:1 186:12
194:11
**allowing** 118:3
240:11
**alpha** 41:7
170:18
**altered** 167:15,17
167:19 168:2
**altering** 125:7
**alternate** 18:7
**alternative** 64:20
92:14
**Amanda** 141:16
**amenable** 189:10
189:20



**America** 199:10
**American** 20:7
  119:24 144:16
  144:23 203:6
  203:19 204:7
**Americans**
  203:24 204:3
**amount** 22:18
  23:16 182:14
  207:25 213:24
  241:2
**amounts** 100:23
  180:11
**Amy** 1:22 2:24
  4:13 248:4,23
**analysis** 65:3
  124:5 195:11
**analyze** 129:14
  130:21
**analyzed** 138:4
**analyzing** 130:19
**anathema** 182:1
**ancillary** 88:13
**Andreas** 4:23
  113:13 229:14
**Andresen** 24:1
  24:16,21,22
**Andrew** 2:15
  4:17 33:25 58:3
  58:7 106:9,10
  108:25 111:5
  117:20 242:11
**Andrés** 2:21
**Angela** 140:1,2
  140:16,20
  220:5
**angry** 74:25 75:1
  78:10,13
**Anne** 238:24
**annotation** 71:7
**announced** 19:25
**announcing**
  160:21
**anonymity** 21:17
**anonymous** 7:4,6
  7:8,20 21:17,20

91:4,6 183:6
**answer** 5:16
  10:21 19:2
  20:15 25:12
  26:9 27:11,21
  39:5 44:15
  53:16 59:10,10
  59:14,15,15
  61:9 64:4,12
  67:1,6,14 68:6
  68:24 69:1,2,3
  70:8,9,12 71:25
  72:24 87:14
  88:15 94:6
  95:19 96:1,15
  98:17 99:14,25
  104:14,16,18
  104:20,21
  107:19,21
  108:5,13
  110:15,24
  111:9 114:13
  115:4 119:16
  125:17,19,21
  128:3 134:17
  135:17 137:23
  141:19 143:6
  143:13,15,17
  144:1,11,14
  145:7,10,11,17
  147:2,7,8
  155:21 156:21
  171:11 173:10
  177:14,25
  178:18 182:13
  183:12 196:1
  206:4 224:19
  224:21 242:23
**answered** 25:12
  28:6 65:5,6
  87:13 115:20
  120:22 145:3
  151:9 171:10
  196:1 223:16
**answering** 93:8
  159:25 182:16

190:25
**answers** 20:13
  64:17,20 68:11
  92:14 93:10
  95:14 98:14
  144:22
**antigovernment**
  18:13,14
**Antonopoulos**
  19:21
**anybody** 66:6
**anyone's** 208:9
**anyway** 78:6
**apart** 150:18
**aphasia** 59:4,17
**apologies** 21:25
  92:4
**apologize** 134:8
  140:4 170:24
**apologized** 188:9
**appalling** 117:18
**apparently** 117:8
**appeal** 113:22,23
  240:14
**appear** 44:12
  48:9 75:21 76:6
  207:1 227:17
  230:7,22
**appearance**
  117:12 118:12
  118:15
**appearances**
  4:14 230:24
**appeared** 192:9
**appearing** 45:24
**appears** 41:15
  43:12 44:2 54:2
  54:5 136:24
  153:24 165:15
  174:14 197:10
  225:15 227:8
  232:21 235:17
**application** 189:1
**apply** 213:21
**appointment**
  208:17

**appraised** 112:14
**appreciate**
  183:15
**approach** 37:12
**appropriate**
  188:12
**approximately**
  240:24
**APRA** 182:3
**April** 40:16 43:3
  57:6,17,19,24
  63:11,14 124:8
  166:6 199:6,18
  207:6 214:8
  216:13,20,24
  217:3 219:21
  242:12
**architecturally**
  122:5
**area** 79:25 86:6
  93:13 99:6
  181:11,12
**areas** 56:10 81:2
  86:9 182:5
  203:22
**argue** 17:16 82:2
**argument** 104:13
  186:20
**argumentative**
  128:3
**Arivero@river...**
  2:20
**arranged** 26:25
  228:11
**arrangement**
  196:7
**arrangements**
  29:9 181:1
  246:2
**arranging** 27:7,8
**arrested** 203:23
  204:3
**arrived** 48:2
**arse** 45:3
**arse-hole** 90:6
**art** 3:4 12:16

178:22
**article** 16:15,19
  164:25
**articles** 13:4
  45:25
**Asian** 162:17
**aside** 130:11
**asked** 10:16
  20:13 21:22
  25:8,11,13
  42:10 44:1,4,12
  88:19 98:14
  99:13 115:19
  119:14 121:3
  132:8 133:1
  141:5,7,11
  142:3,14
  143:12,20
  144:22 145:4
  145:20,23
  151:8,12,12
  154:17 162:16
  164:14 182:9
  189:5 190:14
  191:8,12
  192:13 196:1
  202:2 211:13
  213:9 220:14
  223:15 224:25
  224:25 228:23
**asking** 27:3
  42:13 47:24
  48:5 52:17,18
  59:16 80:4,5
  87:9,10 95:17
  99:10,11
  107:13,20,22
  108:2,5,16
  134:3,24
  135:13 137:2
  143:14 144:7
  171:7 178:16
  178:17 189:3
  191:15 192:21
  202:3 227:12
  244:17



MAGNA
LEGAL SERVICES

asks 41:25
aspects 86:4
    108:20 121:10
    121:15
Asperger's 23:5
    144:15
assert 125:19
asserted 113:18
asserting 108:11
assertion 112:17
    113:18
assertions 24:25
assessment 95:5
assist 107:23
assistant 220:8
associated 18:1
    29:18 47:20
    169:5 171:14
    188:10
assume 6:1 51:19
    64:23 84:1,2
    95:10
assuming 41:16
    43:19 48:11,12
    55:5 67:10
    244:12
assumption
    31:18 65:21
    66:9
assumptions
    31:21
assure 117:25
    245:3
ATO 105:20
    106:14,22
    109:1,4,6,11,15
    110:5 113:5,16
    113:21 114:7
    114:15,21
    234:6,8,23,25
    235:1 239:2,21
attached 11:2
    54:3,12 55:20
    55:24 63:9
    67:25 236:2,11
attachment

51:10 52:7,10
    52:11,12,16,18
    52:20 53:24
    54:12 55:4,5
    56:7 206:18,23
    243:5
attachments 51:6
    51:6 53:20,21
    68:1
attack 20:4 187:3
attempt 114:2
attempted
    181:16
attempting
    103:24 169:6
attend 44:21
    60:20,23
    108:25 109:3
attended 27:1
    45:18 58:6
    60:21 61:1
attending 58:2
    58:20 239:16
attention 184:8
attest 155:3
attorney 232:20
    248:13
attorney/client
    209:21
attributed 154:2
attributing 155:1
audibles 13:1
audibly 5:16
audit 107:7
    181:22
auditing 105:20
auditor 106:25
audits 105:25
    106:4 108:1,8
August 9:19
    230:12
Auscript 236:4
Australia 108:3
    125:3,3,6,11,12
    125:12 127:9
    128:10 146:15
    146:19 151:23

151:24 159:4
    166:4 199:8,11
    214:21 224:7
    243:5
Australian
    105:19,25
    107:1,6,10,25
    108:7 109:24
    110:11 126:16
    126:17 163:6
    181:1,7,9,10,12
    182:3 217:8
    236:1 239:20
    240:6,9,13
AUS81546 3:14
authenticity
    125:17,20
author 9:18 98:3
    99:23 101:15
    102:5
authority 110:2
    182:4
authorization
    67:17
authorize 12:18
    149:4
authorized 149:6
authors 193:23
autism 144:15
autistic 23:4
available 245:20
Avenue 2:8
    214:25
average 10:23
avoid 100:12
    205:20,22
awaiting 219:8
awarded 85:21
aware 131:4,9
    176:1 205:8
    232:12 245:16
awful 220:6
Ayre 28:13,15,16
    28:21 157:11
a.m 33:24 43:18
    164:10,16

165:6 170:3
    201:5 212:17
    212:23 237:6
    242:12

_____

B

BAA 211:20
back 8:16 10:2
    11:20 14:17
    17:22 41:18
    46:11 61:19
    71:3 72:17 73:3
    73:20 90:7
    106:19 114:2
    119:13 120:5
    126:1 137:10
    142:16 143:8
    154:21 156:2
    162:25 165:17
    168:11 169:3
    170:7 199:15
    199:19 202:8
    209:14 214:11
    226:7,11
    227:22 228:9
    231:20 234:9
    234:18 241:22
    242:17
background 82:3
    83:15,21 84:6
bad 173:6 191:21
    192:10
Bagnue 214:18
    214:21
banking 120:4
    182:5
bankrupt 217:14
barbiturates
    234:5 245:11
Barrow 214:21
bars 205:22
based 11:13 53:9
    56:16 80:5
    85:19 99:11
    186:25 194:7
    203:22 238:7,9

basement 86:17
    86:19
basically 11:1
    17:20 33:18
    39:16,18 47:17
    66:1 75:8 80:16
    83:15 90:5
    103:6 125:8
    134:18 140:12
    145:3 146:23
    181:19 184:17
    186:4 193:7
    194:8 209:15
    215:18 217:9
    220:9 245:10
Bates 15:5,6,8
    42:21 54:14
    64:18 71:4,11
    88:17 124:21
Bay 181:13
BDO 159:3,4,6,9
    181:16,17
beach 83:23
Bear 131:24
    204:23
beat 175:1
beginning 85:22
    89:21 178:7,12
    179:16,21
    184:22 199:16
begins 4:3 39:23
behalf 2:24,25
    106:15
belief 233:16
believe 15:14
    20:20 45:13
    47:5 53:23
    60:11 66:5 80:4
    87:13 99:10
    101:19 123:21
    124:13 128:9
    132:20 133:2
    141:3 148:6
    149:11 158:1
    164:11 171:10
    171:19 176:19



176:20 177:2
182:16,17
191:10 197:20
199:9 208:4,8
**believed** 21:19
88:2 177:4
193:23
**believes** 177:9
**bell** 199:6
**belong** 135:5
**belonged** 9:13
134:25 135:4
**belongs** 9:14
**beneficial** 181:18
**Benjamin** 232:18
232:19,23
233:4
**best** 14:17 16:12
41:3 122:6
132:4 140:14
149:16 177:25
188:11 189:22
190:23 193:8
196:10,14
198:4 199:14
199:18 201:10
203:1 214:3
225:16 248:8
**Bet** 203:23,24
**better** 39:8 65:4
68:21 78:1
79:24 96:3,19
98:24 99:5
**beyond** 244:22
244:22 245:16
**big** 12:17 40:18
40:20 41:8
46:24 47:3,4,7
60:10
**biggest** 203:2,17
**binary** 193:18
**birth** 6:25 179:1
**birthday** 155:7
**Biscayne** 2:3
**bit** 13:22 21:15
89:6 99:18

117:15 169:14
172:19 178:16
202:12 219:23
231:9 240:21
**Bitcoin** 3:4,15
7:4,20 10:24
12:16 16:16
17:1,4,6,10,10
18:1,5,7,10,12
18:13,16,22
19:4,23 20:2,4
21:13 25:1
35:19 47:16
52:13,20 53:6
54:3 55:10
69:11 72:12
77:19,25 81:9
82:5 84:19
87:23,25 88:2,4
88:7,8,10 93:13
97:3 98:22,22
99:16 100:9
105:1 120:6
121:8,11,15
122:4 128:24
133:2 134:6
136:4 137:4
139:3,20
140:18 143:3
146:3 149:19
149:24 150:9
150:13,20,25
151:7,13,15
158:4,6,7,11
159:12 160:10
160:15,22
161:8,13,14
169:17 170:13
170:18 171:6,9
171:12,14
173:24 174:7
175:11,13,19
175:20,22,24
176:3,4 177:6,8
178:8,12,19,22
179:2,16,21

180:7,20,24
181:14,15,18
182:12,22
183:19,24
184:10,22
186:2 187:7
191:5,18
194:15,17,20
194:21 203:11
207:10 210:8
210:22 211:10
213:14,16
214:14,23
215:4,9,18
216:21 218:6,7
218:9,13,14,16
218:18,23
219:1 220:19
221:1,7,12,18
222:1,4,8,11,15
222:18,21,22
222:24 223:7
223:13 227:24
228:14,16,20
228:23,25
230:17,23
231:4,7,11
232:4,13 233:8
233:14 239:10
244:11 245:1
**Bitcoins** 17:13,13
70:6 73:25
158:19 213:20
215:8 239:15
239:25 240:20
240:20,24
241:1
**Bitcoin's** 185:6
185:21,23
**bits** 156:22
174:15 175:4
**blackmail** 201:3
201:21 202:7
**blackmailed**
201:23,24
**Blackstone** 8:2

**Black's** 7:6
**blatantly** 89:15
**block** 12:17 18:9
**blockchain** 33:1
55:10 100:10
193:14 194:2,4
194:19,22,23
195:5,6
**blog** 11:24 12:21
13:4,5 16:17
21:5 41:7
165:22,24
166:1
**blogs** 9:20 10:10
10:16 12:8,9
**Bloom** 189:2
**blue** 196:23
204:18
**Blvd** 2:3
**board** 186:13
210:25
**Boies** 1:17 2:12
4:9
**bold** 64:2,3,21
68:17,18 70:3
77:14,14,16
79:8 82:7,8
84:11 88:21
91:12 92:25
210:13
**bolded** 64:5
73:24
**book** 9:18,22
10:2,6,10,13,17
10:19 11:21,24
11:25 12:1,4,5
12:7,9,9,10,15
12:19 115:23
116:2 119:2,8
119:25 120:3
156:13 178:21
184:2 202:9
211:11 231:21
**bookkeepers**
107:18
**bottom** 36:2

40:15 41:6 43:2
43:10 67:5
84:12 104:7
116:17 119:12
162:10 184:4
224:13 225:17
232:2 239:1
**bought** 174:22
218:20
**Boulevard** 2:18
**bound** 241:4
**bowl** 67:13
**box** 122:22 129:2
**bracket** 31:4
**brackets** 71:18
**brain** 133:14,14
178:1
**break** 6:12,14
22:2 49:13
54:23 55:2 58:9
58:12 111:7
112:13,25
115:5 116:8,24
117:5 119:3,13
151:25 152:3
152:22 153:20
183:8 206:9
207:20 242:1
**breaks** 206:1
**Brenner** 2:15
4:17,17 117:19
117:20 118:9
118:18 189:15
**bridge** 118:20
**brief** 183:21
**briefly** 183:14
**bring** 15:13
21:16 151:19
170:25 236:24
**Brisbane** 124:9
**British** 20:7
86:19 203:25
**Brits** 244:13,14
**broadcasting**
193:21
**broader** 24:16



**broken** 165:23
**Brookes** 30:13,25
  31:5 43:3 45:20
  63:2
**BTC** 243:8
**bucket** 19:14
**build** 40:6,7
  149:19,24
  150:8 154:16
**building** 245:6
**bullet** 95:25
**bunch** 30:15
  230:4
**business** 167:5
  196:7,8,9,14
  198:6,7,14,15
  198:18,23,25
  199:14,18,21
  200:1,11,13
  201:11 207:12
  210:9
**Buterin** 33:20
  35:18

---
**C**
---
**C** 2:1 29:25 122:3
  122:3,3
**CAGS** 181:21
**Caley** 29:24
  30:20 31:5,8,19
  31:24 32:2
  34:12,17,20
  35:9 37:17 38:5
  40:17 41:6
  48:10 51:3,15
  51:19 58:3,6,21
  58:24 59:24,24
  60:3 62:22
**Caley's** 67:25
**call** 15:3 17:12
  41:25 42:9,18
  186:14,16
  208:10
**called** 12:23 13:7
  13:14,18 14:4
  14:20 16:15

26:19 27:16
29:16,24 52:13
53:3 106:6,17
122:15 133:10
145:22 193:14
200:11,15
202:23 215:16
217:8 232:18
**calling** 198:2
**calls** 181:21
  207:8
**calmer** 79:25
  99:6
**calmest** 41:12
**calmly** 61:10
**Calvin** 28:13,15
  28:16,20,22,24
  157:11
**camera** 6:10
  57:23 67:13
  75:17 143:8
**campaign** 62:2
**capture** 56:14
**captured** 125:11
  128:9 134:14
**car** 177:1,3,4
**care** 36:17 95:8
  95:10,11
  102:13 228:17
**careful** 26:21
  142:10
**carry** 9:3 49:15
**Carter** 212:16,22
**case** 1:3 4:6
  19:17 43:21
  117:21 122:4
  135:22 144:18
  147:20 157:17
  217:10
**cases** 120:1
**cash** 160:10,15
  227:25 228:11
**catch** 146:16
  241:14
**category** 20:23
**Catherine** 62:25

**cause** 47:13
**CC** 30:15 35:9
  37:20 48:14
  157:12 224:1
**CCed** 30:17
  32:21 37:20
  50:21
**CC's** 37:16
**centralized** 195:8
**cents** 239:11
**CEO** 75:5 139:16
  203:23 215:13
  235:23
**certain** 6:22 38:9
  60:14 86:8 95:2
  101:20 103:5,5
  171:18 194:7
**certainly** 6:15
  119:4,6 133:8
  205:25
**CERTIFICATE**
  247:1 248:2
**certify** 247:6
  248:5,9
**CFO** 106:16
  107:17,19
  223:25 239:2
**chain** 36:3 41:22
  43:2 123:3
  153:22 154:5
  164:6 169:11
  193:14 194:5
  224:14
**change** 18:4 20:5
  79:2 104:24
  105:6 182:19
  249:7
**changed** 18:3
  19:24 85:19
  170:19 208:13
**changes** 51:17
  54:8 171:2
  247:5
**changing** 131:21
  131:22 132:11
**channel** 13:7,14

13:18,23,24
  14:4,6,8,10,20
  16:4
**chapter** 119:7
**character** 120:7
**characterization**
  48:20 133:3
  190:17 224:10
  229:2
**characterize** 50:3
  135:8
**characterizing**
  66:2
**characters** 120:3
**charge** 69:14
  116:8
**Charles** 183:2
  195:12 239:18
**chartered** 159:4
**cheat** 186:19
**checked** 167:14
**checking** 108:20
  108:21
**Cheshur** 106:13
  106:16 109:3
  223:24 230:4
  235:20,23,25
  238:24 241:6
  242:11
**chief** 106:16,24
**children** 46:12
  47:18,19 48:3
**children's** 186:5
**choice** 103:9,10
  115:16 119:15
**chords** 237:22
**chronological**
  224:17,18
**church** 215:1,4
**cipher** 7:9
**circle** 172:7
  196:22,24
  204:17,18
**circumstance**
  245:24
**City** 2:8 189:13

**claim** 68:22 96:4
  96:20 135:11
  169:1 220:23
**claimed** 148:2
  192:14
**claiming** 137:19
**claims** 185:15
**clarify** 23:6 47:2
  178:19 189:8
**clarifying** 32:12
**clarity** 231:8
**class** 199:19
**claw** 114:2
**claw-back** 114:1
**Clayton** 106:3,6
  106:9 107:4,23
  108:6,18,18
  153:18
**Claytons** 107:9
**clear** 11:11,14
  22:25 56:24
  65:12 66:20
  93:7 101:5,25
  113:16,22
  187:23 207:24
**clearer** 86:9
  100:7
**clearly** 14:1,12
  55:12 190:17
**click** 178:3
**clicked** 134:19
  135:23
**client** 117:11
  161:8,11 190:1
  238:13,21
**clipped** 93:9
**closes** 225:22
**cloud** 151:23
**cluster** 179:25
**coach** 100:16
**coaching** 95:2
  100:19
**cocaine** 234:4
  245:11
**code** 17:21,24
  122:9,18



MAGNA
LEGAL SERVICES

128:24,25
133:2,5,13
146:1,5 151:16
170:15,25
171:14 202:20
203:15 204:8
215:4 226:4
228:12
**coded** 121:8
**coder** 82:3 83:8
121:20,24
122:1,2,2,16
**coders** 122:7
133:13
**coding** 81:11
122:11,13,19
125:1
**cogent** 20:20
**Cohen** 2:23 5:1,1
49:7 117:9
205:7,19 208:8
**coins** 17:17,21,25
18:23 20:22
22:16,22 23:12
**Coin-Exch**
140:11
**Coley** 1:22 2:24
4:13 248:4,23
**collaborating**
173:24
**collaboration**
174:7
**collapse** 102:6
103:2
**collapses** 100:11
**colleagues** 165:1
**combination** 9:7
68:23 96:21
234:4
**come** 7:9 13:4
25:3,5,9,20
26:15 27:2,4
28:11,24 29:6
33:11 38:15
43:14 44:3,14
55:13 71:2 75:5

92:5,8 123:18
128:8 129:16
154:8 165:25
173:11 184:18
214:11 224:5
238:15 244:6
**comes** 17:15
117:22 119:25
124:19 126:20
200:10 212:11
227:25
**comfortable** 93:8
**coming** 8:10
24:17 25:25
29:13 31:25
34:3 37:18
38:22 46:2 47:7
116:10 124:9
155:7 204:16
**Commander**
146:14,18
**commenced** 4:1
**comment** 16:8,11
23:15 42:17
52:9 58:4 74:7
134:21 148:23
205:8,13 231:1
**commentary**
241:8
**comments** 52:12
231:5
**commissioner**
181:6
**commissioners**
181:7
**committee** 68:20
96:2,18
**communicate**
83:25
**communicated**
182:23 183:1
188:23
**communicating**
81:10 138:19
164:7,13
209:12

**communication**
27:25 41:22
197:7,8 224:3
**communications**
34:13,18 81:21
109:22 114:7
114:15 128:15
128:18 129:7
142:11 157:17
174:6 183:3
207:7 224:6
226:20 240:12
**companied**
107:24
**companies** 39:25
105:20,22
106:2,5,8,11,14
106:15,23
107:4 108:6
111:25 112:2
125:10 181:4
200:18 214:16
214:23 222:5
222:16,18
228:17
**companion** 196:4
196:10
**company** 37:13
38:25 40:8 61:8
75:4,18 102:14
105:11,24
106:17 107:9
109:13,15
186:25 199:25
203:25 204:1,4
213:20 215:12
215:14,16,17
215:19,20
219:5 220:21
221:3 223:25
230:20 242:24
243:7 244:10
**company-owni...**
167:4
**compile** 136:3
**compiled** 137:4,7

137:11 170:16
**complain** 186:17
**complained**
217:7 218:1
**complaining**
117:9
**complaint** 138:13
**complaints**
186:10
**complete** 52:3
144:21 148:4
**completed** 11:17
21:18
**completely** 18:4
18:7 88:12
143:19 148:7
148:12 208:5
240:10 242:24
**completeness**
53:10
**completion** 85:23
**complex** 156:25
**Compliance**
181:22
**complicated**
65:12 190:13
**computational**
86:2
**computer** 15:3
81:4 132:24
239:15
**computers**
125:12 129:16
167:23,24,25
175:20
**concede** 72:25
**conceding** 72:20
**conceive** 211:15
**conceived** 211:7
211:16
**concentrating**
59:19
**concept** 207:10
210:23
**concern** 37:12,17
48:17

**concerned** 46:14
47:6,10
**concerning**
180:20 182:12
182:21 183:18
184:10 186:1
231:5
**conclude** 246:6
**concluded** 189:6
246:10
**concluding**
245:13,14
**conditions** 117:8
117:24 118:5,6
118:10,13,16
118:22 120:13
205:1
**conduct** 60:14
107:2
**conducts** 239:19
**conference** 63:13
**conflicting** 191:6
191:19
**confounding**
40:3
**confuse** 200:13
**confused** 72:19
**confusing** 231:9
**conjunction**
135:6 179:6,11
**connected** 207:11
**connection** 76:25
107:6,25 108:8
**connotation**
78:11
**Conrad** 212:16
212:22
**consecutive**
56:25
**consider** 11:21
11:23 63:10
114:25
**considered** 115:6
115:10
**considering**
206:6



consistent 184:13
185:19 189:12
constant 20:4
constantly
239:16
construct 64:8
consult 111:20
112:15,21
113:14
consultant 92:18
97:5,11,21,25
102:25 104:6,8
consultants
29:12
contact 27:22
140:9 165:9
205:20 214:4
238:13,22
contacted 181:5
189:9
contacting
140:10
contemporane...
73:17 177:12
content 13:3 65:8
93:11 95:15
contents 12:25
context 103:10
197:20
continuance
190:7
continue 11:15
27:10 117:18
117:20 118:2,3
118:15 190:24
208:19 220:3
continued 16:16
69:9 97:1
205:25 211:25
continuous 77:3
contract 8:2
106:21 167:3
169:1 203:25
218:12
contracts 169:7
207:11 210:16

210:20,21
contradicting
127:3
control 8:21
35:20 83:13,16
129:2,3,4,4
131:14,23,23
131:25 133:20
159:10 211:9
211:21 218:16
220:19 242:24
243:3,6
controlled 83:16
83:17 161:24
221:2
controlling 8:18
CONTROL12...
3:12
CONTROL12...
3:12
conversation
45:4 68:7 112:5
113:4 144:10
183:9
conversations
44:24 81:5,7
108:12 110:18
110:23 111:1
111:10 207:9
240:5
convicted 19:5
convince 24:12
copied 126:16
163:6
copies 12:3,5
copy 16:15 50:23
56:10 86:10,17
86:18,20
115:23 116:2
123:16 138:16
170:23 227:15
copying 18:5,6
copyright 181:11
cores 237:15,22
corner 63:25
corporate 40:3

60:4 235:23
240:15
corporation
200:3
correct 10:11,12
17:2 22:3,4,6,7
24:13,14,25
27:17 35:20
41:22 48:11
57:24 60:4 61:1
64:1 77:17
88:15 108:3
113:7 124:17
134:22 143:19
144:1 156:14
158:25 166:22
166:23 168:17
173:20 175:5
200:12,16
202:1 217:19
219:15 221:5
224:2,22
230:13 239:23
241:10,14
correcting 114:7
114:15 241:16
Correction 5:5
corrections 110:5
110:11 113:6
237:8 241:17
241:21,23
247:5 249:5
correctly 45:3
143:11 159:25
correspondence
27:16,18
123:22 153:21
200:23 225:3
cost 228:14
Costa 202:21
203:18 204:9
Costs 203:16
counsel 4:13
86:20 106:10
108:13,18
127:19 128:7

130:16 142:7
142:11 163:8
174:2 208:16
240:13 245:20
248:10,13
countries 202:21
203:16,18
204:9
country 127:10
163:7 204:1
couple 201:11
course 7:24 19:8
79:13 99:1
190:21 207:9
214:22
courses 239:17
239:19
court 1:1,22 2:24
4:6,12 6:5,10
8:17 13:10
20:25 66:23
73:14 105:17
111:4 113:12
143:8 145:16
147:5,6 188:15
190:1 197:12
217:10 219:9
245:22 246:4
248:2
court's 187:22,22
cover 12:15
covering 104:4
Covid-19 189:12
189:15
co-counsel
112:16
co-operating
54:22
co-operation
223:12
co-ordinate
29:12
CO1N 203:5
CO1Ns 203:10
crack 203:19
Cracked 165:23

Craig 1:9,12 4:4
4:5 7:1 8:7 9:9
9:10 12:18 33:6
36:5 37:12
40:18,19 41:8
48:15 52:14,21
53:6 54:4 57:10
58:2,6,20 63:8
64:7 65:15,19
72:17 73:5,7,8
73:9 75:3 82:2
87:2,6 90:6
93:16 101:5
116:4 119:9
137:16 156:14
162:13 163:3
165:5 172:17
186:11,18
190:20 191:22
197:22 198:13
199:17 201:5
212:15,22
226:8 233:6
239:9,15
240:19,20,23
247:3 248:5
249:4
Craigswright...
139:13
Craigwright.▮
12:23 16:17
Craigwright@...
139:16
Craig@nCrypt
49:23,24
Craig@▮▮▮
137:25
Craig@▮▮▮ ...
138:22
crashed 171:3
create 10:16
89:17 144:4
173:24 188:20
194:3,6,14,22
195:13,15
222:22



created 17:12
    72:12 88:23
    99:17 165:19
    175:14 176:4
    194:1,20
    222:21 239:14
    239:24
creates 117:14
creating 77:19,24
    98:22,22
    150:13 151:7
    151:13 175:23
    176:23
creation 87:23,25
    88:2,4,7,8,10
    108:19 157:4
    186:1 191:18
    192:15 193:11
    193:22 194:17
    194:19,23
    203:11
creative 133:15
creator 175:11
    175:24 176:3
creators 194:12
credibility 148:8
credit 68:22
    75:13,14,20
    76:6 96:4,20
    102:7 103:1,17
    104:10,11
    170:21 171:16
crime 19:12,19
    110:3
criminal 20:6,9
    109:23
criminals 19:13
critical 93:13
critique 105:7,9
cross 118:19
crud 122:11,13
    122:15,15
    125:1
cryptic 214:1
Crypto 191:21
    192:10

cryptography
    159:22 160:5
    160:12,22
    161:8,11,18,19
CSW 13:15
    14:22 16:11
culture 89:18
curious 205:17
currency 194:12
current 170:17
    196:12
currently 26:5
    195:2
custodian 131:5
    131:10
CW 65:7,15 66:6
    93:8,15,24 97:7
    100:7 101:25
CW's 95:6
CYRULNIK 2:3
    2:7
C-coder 81:11
    121:7

D

D 3:1 220:5
daft 64:8
danger 100:11
    208:2
data 193:20
    211:9
database 18:6
date 6:25 17:10
    57:24 63:24
    111:22 123:8
    142:21 160:14
    188:18 199:4,5
    206:1 249:22
dated 212:16,23
    238:14,22
dating 234:9
Dave 23:18,19,20
    23:20,22,23
    69:6,21,23 74:9
    74:20 76:10,16
    76:20,23,25

79:12,22,23,24
80:12,15,16,18
80:23 81:1,3,4
81:11,12,13,15
81:17,20,25
82:16,21 83:4,9
83:14,19 84:25
85:10,12,17
86:6,7,9,23
87:1,3,11,18,20
87:22,24 88:1
89:6,6,17,18
90:16,17,18,20
96:7,23 99:1,3
99:4,5,12,18,19
100:5,8 102:7
102:19,25
103:17 104:10
104:11 114:25
115:7,10,14,17
119:16 120:9
120:20 121:6,7
121:8,11,12,17
122:17,19
126:1 127:24
128:23,25
133:2,5,13
136:3 137:11
139:2,19
140:11,17
142:15 143:2
146:9,11
147:21 148:21
149:9,11,12,13
149:14,15,15
149:16 150:1,6
150:10,11,11
150:12,14,19
150:21 151:1,6
151:10,15,16
151:16,17,17
151:19,20
152:14 153:16
153:23 154:3,5
154:17 157:17
158:18 161:23

162:1,16
163:15,21,23
164:24 165:16
166:7 168:13
168:16,20,21
169:2,22 170:5
170:7,12,19
171:5,8,22
173:16,23
174:6 175:7,9
175:10,15,19
175:21 176:3
177:5,8 192:24
193:3,6,6,7,8,8
195:18,22,24
196:6,7,9
197:23 198:3
198:14,15,20
198:23 199:2
199:21 200:11
201:10 202:20
202:23,25
203:2,6,9,14,16
204:7 207:12
210:10,17,19
210:24 211:20
211:22,25
212:2,9 213:2,6
213:12,13,15
213:16 214:2,7
216:13,20,24
216:24 217:3,5
217:6,22,24,25
217:25 218:6
221:7,12,18,21
221:24 222:1,4
222:8,10,15,17
222:21,22,25
223:7,13
226:13 228:13
228:20,25
231:11,18
232:4,12 233:8
233:9,13,17,17
233:22 239:13
242:22 243:1,2

243:4,9,11,17
243:20,21
244:1,25 245:3
245:4,9,9,10
Dave's 100:6
    101:4 121:1,4
    121:15,17
    137:6 149:18
    149:20,25
    166:11 191:5
    191:18
David 1:5 72:1
    119:24,25
    120:1 140:13
    211:7,14,17
day 118:6 137:6
    188:1 199:2
    242:1
days 60:25 168:2
    190:21 199:15
    199:17 201:11
    234:25
de 2:18
dead 33:3 79:13
    99:2
deal 38:19 83:22
    208:21 225:22
dealing 39:18,20
    79:25 99:6
    201:20 205:1
dealings 213:6
deals 147:19
dealt 147:17
Dean 186:14,17
death 121:1,4,15
    121:17 146:25
    175:1
decade 194:20
    207:13 210:11
decades 40:6
December 154:9
    242:22
deceptive 230:24
decide 19:10
    189:24
decided 46:10



decisions 31:25
DEF 3:5,5,6,6,7,7
3:8,8,9,9,10,10
3:11,11,14,17
3:17,19,19,20
3:20,21,22,23
DEFAUS 124:21
129:23 137:16
154:19,20
155:5 157:7,9
162:4,5 200:8,9
200:20 212:10
212:12,14
232:15,16
234:19 235:5,7
242:2,3,7
DEFAUS112712
3:16
DEFAUS115519
3:22
DEFAUS115950
3:15
DEFAUS516701
3:21
DEFAUS550141
3:18
defendant 1:9
190:20
Defendants 2:17
defendant's
187:24
defense 1:6 30:4
32:6,13 35:3,23
35:24 37:22,24
40:11,12 42:22
42:23 49:2,3,18
50:10,12 54:13
54:16 55:24
57:5 62:17
63:17,18 67:5
67:21,22 68:13
69:24 71:4
73:20 77:14
79:6 82:7 83:3
84:10 88:17
92:12 98:9

106:20 122:23
122:24 153:2,5
153:6 166:25
167:1 168:4,5
168:14 169:10
171:24 181:5
187:14,15
204:11,14
208:25 209:2
209:17 215:10
219:6,7 220:22
223:19,21
229:6,7 236:19
236:22,24
238:2,4,25
239:3,13,21
defensive 65:8
definition 25:19
25:21 196:2,3
217:5
degree 21:19
83:11 85:18,24
86:22
degrees 186:11
186:19
delay 48:18,22
188:10
delayed 47:25
48:6
delete 172:23
Delich 2:11 4:19
4:19
Demetriu 220:5
Demitrio 140:3
demonstrated
177:18
deMorgan
106:17
denied 188:22
190:8,18
Department
169:7 211:19
211:24
departments
234:14
depends 7:5 9:10

196:13
deposition 1:11
4:1,4,9 5:3,11
5:15 15:4 28:4
117:4,21 118:1
118:24 141:4
143:11,20
147:18 176:2
187:25 188:6
189:24 190:7
190:14,19
205:3 208:13
208:19 246:7
246:10 247:4
248:7,12 249:4
depreciated
171:1
deputy 181:6
describe 7:20
23:2 45:25
113:4
described 20:24
description
178:18
designed 122:5
242:9
desired 247:5
details 140:9
deteriorated 39:5
determination
112:17 147:19
detour 71:2
develop 211:8
developed 75:19
207:12 210:9
developing
210:16
development
170:22 180:20
180:24 182:12
182:22 183:19
184:10
Devin 2:6
dicked 217:11,12
dictated 220:4
diction 13:21

Dictionary 7:7
die 120:25 121:4
121:7 127:23
died 69:6 96:7,23
127:15,22,24
195:18 199:2
199:15,19
201:11 214:8
216:24 233:10
dies 192:17
difference 40:8
200:2 205:11
different 27:9
45:14 65:2 66:3
78:11 86:1
115:13 129:2
158:1 184:15
184:21 186:19
186:20 195:7
200:18 203:13
208:6 209:18
difficult 10:22,24
11:7 15:7 65:8
115:13 117:3
179:10,19
difficulties
188:17 189:5
difficulty 27:12
216:1
digital 7:10,11,14
digitally 158:15
direct 184:8
directed 114:9
directly 86:20
139:25 204:6
director 112:1
244:13
disability 144:16
144:17,17,23
144:24 145:2,6
disabled 135:20
138:25 144:22
disagree 18:22
38:20 73:10
187:9,11
190:16 199:24

disagreement
207:25
disclose 114:21
disconnect 27:13
discounted
245:17
discovery 240:15
discuss 54:8
63:14 110:17
142:11 143:24
175:23 246:1
discussed 37:11
48:3 51:17
141:24 158:14
181:15 207:9
241:19
discusses 36:4
discussing 26:23
33:8,9,15,17
35:11 46:1 60:3
103:8 124:24
141:16 142:7
158:19
discussion 38:8
141:24 200:18
236:16
discussions 108:2
124:4 141:15
141:18,20,22
174:2
disingenuous
18:11 20:11
23:8,10,13
disks 137:7
displayed 54:6
dissertation
86:16
distinct 40:8
distinction
109:14
distributed 17:25
160:7 193:23
193:25 194:10
195:13
distributing
193:17



distribution 18:2
district 1:1,1 4:6
　188:15 245:22
　246:4
DK 213:24
doc 237:9,11
docket 36:10
doctored 138:16
document 15:5
　16:14 30:6 51:5
　52:3 53:1,2,9
　55:16 57:7 58:8
　58:12 60:24
　61:2 63:19,22
　65:17,20 66:9
　66:17 67:23
　68:3 69:4 74:24
　79:6 84:24
　88:16 92:12
　93:22 98:3
　99:23,24
　101:15 103:15
　103:22 104:7
　104:24 125:2,4
　129:19,21
　130:5,13,16
　131:5,10 132:8
　132:10 133:21
　134:17 139:16
　153:2,8 164:2
　164:17,21
　165:18 167:8,9
　167:11,13
　191:12 196:20
　197:19 200:10
　200:12,21
　209:4,13,16,18
　210:1,2 211:2
　216:2 238:5,19
　240:7,8 241:8
　241:18 242:1
documentary
　142:23
documentation
　37:1 129:14
documenting

66:1
documents 36:13
　56:16 60:6
　105:4 107:5,10
　107:15,16,24
　108:7,20,22
　109:24 110:1,4
　112:4,7 113:20
　114:3 123:18
　125:18,21
　128:8 131:21
　131:23 132:4
　132:11,14
　134:14 238:7
doc.x 53:3
doing 14:16
　15:15 25:16
　35:14 36:19
　40:6 62:1 72:14
　73:15 85:17
　108:13 150:24
　177:24 179:7
　186:9,11,15,19
　186:20 188:11
　189:21 193:24
　195:12 211:19
　233:19 234:1
　243:8 245:4,7
dollars 19:7,9
　64:9
Dolwich 189:11
dominated 65:9
Don 146:14
Donald 146:18
dormant 244:10
doubt 31:12,15
　56:8 191:16
Doug 85:13
Dr 1:12 3:3,4 4:4
　4:24,25 5:2,4,8
　6:13,24 7:1,3
　8:7 10:1 11:21
　12:22 14:19
　15:1,10,19
　16:13 18:21
　22:21 23:1,25

24:15 26:21
27:25 30:9 32:5
35:21 36:22
37:21 42:10,19
44:1,11 49:1,12
52:13,21 53:6
53:16,22 54:4
54:11 55:9,21
57:3,10 58:2,6
58:20,24 60:10
62:15 66:7
70:13,22 71:1
71:24 74:12
77:13 79:5 82:6
82:18 83:2 84:7
85:3 91:11
93:15 94:8
95:13,24 96:14
98:20 99:22
100:13 102:17
103:2,14
104:13 107:22
108:4,11
109:14,22
110:16,22
111:14 112:3
113:21 114:10
114:10,14,24
116:12 119:1
122:21 123:2
124:20 128:23
129:1 130:1
132:1,19 133:7
134:17 136:6
137:22 141:3
141:17 142:9
142:13 143:6
144:20 145:8
146:13 147:4
147:13,21
148:1,8,12,19
149:18 153:1
154:18 156:2
162:3 163:4,10
166:24 171:20
172:6 173:9

175:6 178:7
180:18 182:9
183:11,14,21
184:1 187:13
191:3 196:17
197:16,21
198:2,9 199:22
200:7 201:7
204:11 206:4
206:17 208:24
211:13 212:2
218:5 219:19
231:11 234:21
236:25 237:2
237:14 238:2
238:12 240:11
240:17 241:25
243:10 244:24
draft 63:12
　107:24 209:6,8
　209:20
drafted 209:7
drew 65:13
driving 100:7
　101:6 102:1
　105:1 229:20
drop 122:22
　129:2 186:7
dropbox 156:3
　160:10
dropped 186:16
drove 97:9
drug 47:20
due 75:14
duly 248:5
dying 121:7

_____

E
e 2:1,1 3:1 29:25
　168:22 249:2
EA 140:3,7 220:9
earlier 17:23
　103:14 149:17
　150:15 159:20
　190:12 193:15
early 23:25 25:2

26:22,23,24
27:15,23 28:11
28:14,21,25
29:3 170:18,22
172:22 185:14
194:3 216:20
245:19,21
earth 35:16
easier 156:20
easily 64:10
　195:10
easy 138:3
　216:21
echo 10:2 242:4
echoing 14:17
economic 194:6
　194:16
economically
　195:14
economics
　121:12
Economist 58:5
EC4A 1:18 4:10
edit 85:12 86:6
　122:18 126:1
edited 9:21 10:13
　11:24 12:21
　85:18,25 86:13
　124:3 154:15
editing 156:23
editor 10:14
edits 124:6
eDonkey 194:11
Edwards 31:5
　36:8 63:2
effect 148:11
　188:21
effectively 83:22
　180:10 194:1
　194:16
effort 24:16
　26:15 69:11
　93:13 97:3
efforts 33:11
either 18:10
　23:13 124:12



162:1 188:20 189:25 223:2
elapsed 244:17
Email 2:5,9,9,14
emergency 189:1 189:20
emphasized 127:23
employed 107:18 248:10,13
employee 126:16 126:18 248:13
enabled 83:14
encourage 189:2
encouraged 75:13
encrypted 157:24 158:10
encryption 158:2 158:7
ended 47:4 86:11 102:14 125:7
endlessly 186:17
ends 174:16
engage 65:23 189:16
engaged 7:18 209:13
engagements 107:2
England 1:18
enquire 110:1
enrolled 186:18
ensure 24:25 33:2 39:24 187:1 191:5 196:11
entire 27:20 94:9 147:16 150:7 188:8
entitled 40:18,19 41:8 52:20 116:3,14 165:22 166:7 169:12 191:22 192:4 216:2

entity 239:14,24 240:23
enunciate 13:25
episode 191:22
equipment 13:20
equivalent 7:12
Erik 19:5
errata 240:7
erroneous 109:18 241:21
error 22:19 233:15
errors 114:8,16 236:13 240:4,7
Esq 2:6,10,11,15 2:21,21,23
essential 149:11 149:14 150:12 151:6,13
essentially 100:4 156:24
estate 1:5 106:21 140:12
ES0052366 30:6
et 4:5
ethereum 33:1
Europe 67:19
European 20:8
event 60:10 72:25 240:14
evidence 125:5 141:23 142:7 200:17 209:6
evidentiary 11:1
exact 128:10 141:15 142:21 145:3 152:19 166:19 199:5
exactly 70:6 73:25 75:10 139:1 142:14 143:10,18 191:4
examining 130:25
examples 72:7

Excel 197:1,3
exchange 207:10 210:8 211:10 218:21 219:4
exchanged 7:17
exchanges 19:19
exclusion 238:7
Excuse 92:3 211:3
executed 150:20 150:25
executive 220:8
exhibit 3:2 15:3,9 15:11,12 16:20 21:4,5,6,7 32:13 35:5,24 37:24 40:12 42:23 49:3,10 50:12 54:16,19 57:5 62:17 63:18 67:22 122:24 136:9 139:7 142:23 151:24 153:6 154:20 157:9 160:15 162:5 164:3 167:1 168:5 187:15 192:6 196:21 200:9 204:14 206:20 209:2 212:12 219:7 223:21 229:7 232:16 235:7 236:22 238:4 239:3 242:3
exhibits 49:13,17 129:4
existed 17:9,9 194:4,8 195:6
expanded 38:7
expectation 204:23
expected 60:13
experiment 24:24

expert 238:8 239:16
experts 56:14
explain 5:23 10:23 77:5 145:21 179:12
explained 179:7
explanation 143:7
explanations 11:3
express 45:5
extend 188:3
extended 85:20 190:20 194:25
extension 76:22 180:4 188:19 188:22,24 189:10,20
extent 5:18 205:23
extra 49:17
extract 227:16,17
extraordinarily 190:13
ex-staff 127:9
ex-wife 170:20
eye 145:1
E-gold 20:6
e-mail 2:20 23:21 30:12,25 31:13 32:18 33:9,23 35:4,9 36:3,3,9 37:14,15 38:2 40:16,16,22 41:6 42:7,8,15 43:2,7,9 46:10 48:12,20 49:21 50:9,20 51:2,3 51:14,19 52:8 52:18 53:5,24 54:1,13 55:3,7 55:19,25 56:4,7 62:20,21 68:1,1 90:19,21,22,23 91:1,5,8 103:8

123:3,5,8,9,12 123:15,16
124:11,13,18
124:18,25
126:13,15
128:14,17,21
135:12 136:12
136:16,22,24
137:2,12,15,17
137:19 138:1,3
138:9,11,16,17
138:18,21
139:10,11,14
140:1,10 141:5
141:7,12,14
142:1,8,24
143:1,23 144:3
144:5,7,12
145:14 148:20
149:2,5,7
152:13,16
153:13,16,17
153:21,21,22
154:8,12
155:14,18
156:4 157:10
157:14,15
158:13 159:5
159:11,12,21
160:4,5,11,25
161:6,7,16
162:9,12,21,24
163:9,19 164:5
164:9,15 165:1
165:8 167:19
169:8,11,11,16
169:24,25
170:11 171:8
172:16,18,25
173:1,2,15,20
173:21 174:8
200:23 201:5,6
201:9,18 202:4
202:4 206:11
206:14,23
212:15,18,21



212:21,25
213:24 219:15
219:20,20,25
220:4 223:23
223:24 224:8
224:14,24
225:1,5,9,17,18
226:22 227:5,7
227:10,11,13
227:14,15,17
228:21 229:2
229:24,25
230:1,4,9
232:17,22
234:19 235:16
235:17,18,19
235:22,23
236:1,20 237:5
237:24,25
238:14 240:3
242:9,10,13,16
242:19,22
243:18,20,21
243:24 244:3
**e-mailed** 241:11
241:15
**e-mails** 60:3
124:2,5,6 125:7
125:8 130:18
130:22 148:2
154:1,4,5
158:18,20,23
159:1,8 160:6
161:20 162:22
164:19 167:21
172:22 173:11
173:23 174:3,5
174:12,17
175:2 224:9,12
225:7,10
226:21
**e.g** 97:8 100:8
_____
**F**
**fabrications**
148:4

**Facebook** 9:8,11
9:14 135:5
**facial** 59:4,17,19
**facilitate** 19:12
29:13,20
**fact** 24:5 28:7
67:15 69:11
79:2 88:1 101:5
101:25 105:6
145:6 176:23
178:1
**facts** 6:22
**fail** 178:14,16
179:9,18,23
195:10
**failing** 138:2
**failure** 195:9
**fair** 5:21 24:18
24:19 31:18
33:12 34:18
35:8 37:7 38:10
38:11,23 42:1
43:15,16 46:2,3
46:16,18 48:7
48:19 50:2,4,4
52:14 53:7
92:19,21 97:13
101:17 114:24
117:24 118:6
121:19,21
122:10,12,17
177:9 180:18
182:10,20
183:17 222:23
223:1
**fairly** 45:3 60:10
75:9
**fake** 138:9,11
155:23 226:22
**falling** 150:18
**falls** 20:23
**false** 17:20 89:16
146:4 185:15
**falsely** 125:6
193:19
**familiar** 12:22

43:7 153:25
154:13 242:15
242:18
**family** 85:14
140:15 187:1
189:16 213:13
**far** 65:8 75:1
79:24,24 93:9
99:5,6 118:18
120:3 170:14
171:15 179:9
179:18 213:24
218:25 226:23
231:13
**farm** 214:19
**fashion** 183:22
**FATF** 19:16 20:8
182:2
**Faustus** 8:24 9:5
134:5,12
135:14,19
**Fautus** 134:25
**favor** 183:11
**favour** 145:9
**features** 59:19
**February** 16:17
21:14 139:12
142:20 162:12
163:1 191:21
192:1 211:12
212:17,23
233:21 234:16
234:23 236:3
236:12 238:14
238:22,23
**Federal** 181:10
**feed** 14:9
**feedback** 8:10
9:1 50:1 51:16
85:20 92:18,25
**feel** 208:19
**feeling** 225:21
**fell** 180:1
**felt** 93:8
**Ferrier** 197:9,14
225:4,8,12,13

225:18 227:6,9
227:12,14,18
228:23 231:3
**fever** 189:17
**fight** 214:7
216:12,20,23
217:2,4,6,20,21
217:22
**fighting** 38:16
217:13
**file** 15:11 16:14
32:5 35:2,22
42:20 52:25
53:3,5,19 54:2
54:12 57:4
62:16 63:16,20
63:20,21 67:21
107:2 115:23
116:13 131:15
132:9,16 133:6
139:5 153:1
156:3 165:21
192:4 196:23
197:4,5
**filed** 210:23
**files** 129:2 131:14
131:16,17
136:7 157:24
**filing** 169:5
**filings** 211:18
212:1
**final** 16:22,24,25
194:25
**Finally** 6:16
**finance** 121:14
**financial** 40:17
40:19 106:17
106:24
**financially**
248:14
**find** 51:16 63:9
67:3 86:17
112:22 189:9
203:12
**finding** 228:5
**fine** 19:11 39:10

41:1
**fined** 19:6
**finish** 27:9 59:12
189:23 198:22
245:21 246:4
**finished** 58:15
59:10 118:4
**Finney** 81:10,12
170:20
**fired** 105:12
125:7
**firewalled** 7:16
**firm** 106:5
107:23 108:3,6
**firms** 35:13
**first** 7:13 26:18
31:4 40:16 43:2
43:3 63:10 64:3
65:2 68:6,13
79:7 85:15,19
85:25 86:10,13
91:17 92:25
99:21 119:7
133:1 141:4
143:20 151:18
152:4 168:9
169:16,17
170:4,15
171:13 172:11
179:4 193:13
194:1 198:24
201:7 202:17
211:4,5,14
220:16 224:13
225:18 229:12
**fish** 67:12
**five** 167:22 183:8
246:9
**fix** 118:16
**Fleet** 2:25 4:11
**Flexner** 1:17
2:12 4:10
**flip** 83:22
**Florida** 1:1 2:4
2:13,19 4:6
**fluffier** 76:21



**fluffy** 76:25
**folks** 9:3 30:16
204:25 208:2
230:5
**follow** 18:19 44:3
44:13
**followed** 134:20
160:8
**following** 11:4
99:24 105:7,9
105:11 220:21
**follows** 7:14
**force** 100:8 101:6
102:1 105:1
118:11 146:19
239:21
**forces** 83:19
**foregoing** 247:3
247:4 248:6
**foreign** 218:24
220:20 221:2
**forensic** 56:10,14
239:15
**forensically**
130:24
**forgot** 21:4
145:10 224:24
**forgotten** 86:5
**form** 10:20 11:9
11:12,14,22
17:19 19:1 23:3
31:20 33:13
34:15 38:13
45:11 51:23
52:4 58:25 60:5
64:14 68:25
71:21 74:21
75:15 76:11,15
77:2,23 78:9,17
79:18 80:14
89:2 91:20
92:20 93:2,25
94:11,16 98:5
101:11,18
102:2,9 103:3
103:19 105:2

105:10 108:10
109:9 110:8
112:8 120:23
121:5,25 126:5
126:11 127:4
127:16 128:2
128:19 130:9
130:15 131:11
135:3 151:2
158:21 173:4
174:10 176:5
176:11,18
177:15 180:22
183:20 185:3,8
195:20,25
198:16 199:23
215:21 221:4,9
221:14 222:12
223:3,8 226:24
229:3 230:25
239:4 240:1
241:12
**formally** 13:5
181:2
**format** 122:4
**formed** 120:21
215:11
**former** 134:4
146:21
**formulate** 141:21
**formulating**
120:6
**forth** 61:20 143:9
**forum** 81:9
**forward** 42:11
51:23,25 56:1
65:7 117:21
118:2,3 138:3
188:8 190:3,23
224:9
**forwarded** 42:2,8
42:14,18 51:3
51:21 53:4 55:3
139:15 219:20
224:8,25 225:3
230:4

**forwarding** 50:1
160:1 232:22
235:25
**forwards** 41:23
72:17 73:3
209:14
**fought** 19:22,24
**found** 140:9
153:11 172:18
233:22
**Foundation** 22:3
**foundless** 220:23
**four** 133:15,16
149:13 181:17
190:5 232:6
**fourth** 123:10,11
190:10
**frankly** 125:1
197:19
**fraud** 185:15
**fraudster** 19:6
**free** 208:19
**Freedman** 2:3,6
2:7 4:15,16 5:7
9:25 10:5 11:17
11:18 12:2
13:12 14:2,14
15:20,21 18:20
20:12 21:22
22:1 23:7 25:23
28:2,5,9 30:7,8
31:23 32:11,15
33:16 34:16,25
36:16,22 38:21
39:3,8,12 41:4
43:8,11 44:7,9
51:8,13 52:1,6
53:11,15 54:20
55:1 57:2,9
59:6,8,11 60:1
60:8 62:18
64:15 67:4 68:4
68:16 70:1
71:23 73:19
75:12 76:13,18
77:4,12 78:3

79:20 80:22
89:3 90:15
91:21 92:10,23
93:4 94:7,13,21
95:4,12,20
97:15 98:2,7
101:2,14,23
102:4,11,16,23
103:13 104:2
104:22 105:5
105:15 108:24
109:10 110:9
110:19 111:2,8
111:13 112:9
112:11,23,24
113:6 114:4,6
114:12 115:21
116:2,11,23
117:14 118:25
120:24 124:23
125:24 126:8
126:12 127:11
127:20 128:6
128:22 129:23
129:25 130:3
130:10 131:3,8
131:13,19,22
132:3,13,25
133:25 134:23
135:10 136:2
136:15,21
138:6 142:12
143:1 145:12
147:10,24
148:1,18 151:5
151:11,21
152:2,10,25
153:5,7,12
154:23 155:5,9
155:12 156:6,9
158:22 160:17
172:5,12,14
173:5 176:8,14
177:10 178:6
182:8 183:13
183:16,25

185:4,9 187:13
187:19 188:2
188:14 189:7
190:4,16 191:2
195:23 196:16
197:15 198:1
198:19 200:6
200:19 205:16
206:2,10
207:23 208:23
209:23 215:23
216:5,8 219:12
219:16,18
221:6,11,16
222:13 223:4
223:11,17
227:1 229:5,12
229:23 231:10
232:9,11 235:9
235:11,14
236:8 238:11
240:16 241:24
242:5 244:15
244:23,24
246:2
**Freedman's**
112:19
**freeze** 19:23
**freezing** 217:16
**Friday** 123:9
155:15 189:14
190:5
**friend** 69:5 80:18
96:7,22 114:25
115:7 140:14
149:16,22
150:11,18,22
150:22,23,24
151:10,20
193:8,9 196:4
196:10,15
198:4 199:14
199:18 201:10
203:1 214:3
**friends** 150:16
233:4



**friendship**
225:23
**front** 6:10 15:16
30:10 49:18
50:18,19 57:7
57:10 61:9,12
62:3 63:23
88:17 119:2
132:15,16
133:6,21
153:13 156:4
164:4,22 192:5
197:4 204:12
206:12 212:24
223:19 229:8
235:16 236:20
238:19
**frozen** 19:18
**fruition** 233:10
**fuck** 75:8
**fulfil** 55:12
**fulfilling** 43:14
**full** 65:2 91:12
143:7 191:17
**fully** 112:14
243:3
**full-time** 232:5
**fund** 202:15,19
203:14
**funded** 19:12
211:24
**funding** 204:8
**funds** 146:24
**further** 190:7
245:21 248:9
**fury** 216:2
**future** 36:19
89:15

**G**

**gambling** 204:10
**gaming** 202:21
203:15,17,20
204:6
**Gareth** 146:25
147:11

**Gareth's** 147:1
**gatherings**
205:21
**Gavin** 24:1,12,15
24:20,22,23
**GCHQ** 146:21
**general** 11:7
37:20 38:7
108:23 158:2
**generally** 7:23
78:23 129:11
165:23
**gentleman** 27:16
29:24
**genuine** 123:22
124:1,13
**getting** 11:2
12:14 15:6
162:20 242:4
**ghost** 13:1
**give** 15:8 69:21
72:9 75:13 79:3
83:13 104:10
113:8 136:18
159:10 241:5
**given** 46:7,8
56:11 119:24
123:19 125:13
126:20 130:22
163:7 205:13
222:24 223:6
223:10 245:6
**giving** 72:7 92:18
104:10 234:3
**Gizmodo** 164:25
**glad** 86:18,19
246:1
**glitch** 207:5
**glorious** 120:4
**GMT** 187:25
188:1
**GMX** 91:3
159:19 160:7
163:17 164:20
**go** 11:20 19:2
20:1 22:11

40:15 48:24,25
51:6 57:16 63:7
64:16 68:5
69:24 70:5 71:3
71:10 73:20
74:6 79:15
84:10 89:4
92:24 93:5
96:14 98:16
100:2 101:1
108:12 110:15
110:24 111:10
116:12 117:2,4
120:5 123:9
124:4 125:18
127:13 133:20
136:19 143:17
148:7 153:20
155:13 156:2
156:10,19
162:10 166:5
167:16 168:3
168:11 169:11
171:25 172:15
173:9 177:1
180:15 184:1,3
186:14 187:6
187:18 188:8
191:1 197:20
199:1 202:8
205:21 206:6
209:17,22
211:1 212:14
216:1,16
219:23 224:13
224:16 231:20
234:18 236:7
236:19 238:10
241:22,23
242:17 243:23
**goes** 52:13,20
53:6 54:3 55:9
178:4
**going** 11:20 15:1
15:3,7 16:13
21:3,3,16 25:16

28:19 30:2
31:21 32:4 35:1
35:21 36:18,21
37:21 39:7
46:23 47:3,8,15
48:22,25 49:7
50:10 52:2 61:8
62:15 65:20
66:8 67:20 82:4
82:25 93:21
104:13 106:19
115:22 116:20
117:3,21,23
122:21 125:16
129:9 132:2
141:20 142:16
151:22 154:18
154:21 160:9
163:25 165:20
167:7 172:8
173:14 174:14
177:5,7,8 178:2
178:18 180:3
182:6 185:16
186:19 190:9
190:22 197:1
199:25 204:18
205:2 209:14
217:20 223:18
224:23 225:22
228:22 232:25
241:14 245:18
**gold** 231:4,4,5,6
**goldfish** 67:12
**golf** 174:25
**Goliath** 72:1
**good** 5:8,9,10
86:7 109:14
121:20,24
122:1,2,7
225:19 244:9
**Google** 42:4
83:23
**gossip** 36:24 37:3
**gotten** 172:11
240:23 243:24

**Governance**
181:22
**government**
18:16 19:15
20:2,7,7 35:20
147:14 205:9
234:13 239:20
**governments**
20:8
**GQ** 58:17
**Granger** 181:15
**granted** 188:3
190:18
**great** 30:22 67:6
73:15 116:16
225:21
**Greek** 220:6
**Greg** 35:17
**Gregory** 39:21
**Greig** 26:20 27:6
90:5 97:12
100:15 103:7
156:25 175:14
179:24 181:21
181:21 192:22
**groups** 27:9
**guess** 62:1 70:11
140:25 172:8
197:25
**guessed** 41:11
**guise** 104:5
**guy** 82:4
**guys** 63:19
170:22 225:20
228:10

**H**

**habit** 176:22
**hack** 36:11
**hacked** 8:12,15
36:13 138:12
138:17
**hacking** 138:14
167:23,24,25
186:4



**Hal** 81:10,12
169:13 170:4,7
170:19 171:16
**half** 83:10 85:15
85:19 86:10,14
94:5 142:24
188:16 201:6
205:2 245:20
**hand** 15:2 21:3
30:2 35:1 40:5
**handed** 141:5
**handing** 21:5
42:20 142:22
**hang** 177:23
**happen** 18:19
29:9 208:2
**happened** 19:20
20:3 23:17 27:5
43:20 88:13
94:25 159:7
205:25
**happening** 27:5
43:21
**happens** 20:1
**happy** 49:14 83:7
112:25
**hard** 13:22 33:2
160:2
**harder** 65:4
**Hardy** 220:1
**hashes** 193:18,20
**hate** 75:6 148:24
**hazard** 208:3
**head** 178:4 230:2
234:17
**header** 71:18
**heading** 210:15
**health** 208:3,4,9
**hear** 34:14 39:9
71:20 72:24
90:13 113:13
131:7 138:8
147:25
**heard** 32:9
111:11 176:20
177:9,13

**hearing** 14:11,16
149:21
**Hearn** 81:6,7
**heat** 117:25
**held** 111:4 118:7
125:9
**hell** 126:1
**hello** 63:8 139:18
142:15 143:1
230:15 242:21
**help** 14:13 20:18
29:12,20 65:22
66:11 69:5,7,22
69:23 83:24
85:10 96:6,8,22
96:24 107:9,20
108:6 146:1,5,7
149:19,20,23
149:24,24,25
150:8,10
154:14,17
156:22,23
168:12 182:13
192:8,24 193:3
197:25 211:21
221:12
**helped** 72:13
75:7 85:1,12
92:5,8 107:4,12
107:13 108:16
145:25 146:8
146:12,24
157:3 193:6,6,7
193:8,9 196:11
215:13
**helpful** 36:10
**helping** 180:6
209:13
**helps** 198:5
**hereto** 248:14
**hi** 43:5,10 54:7
**hid** 186:23,23
**hidden** 187:2
**hide** 180:19,24
182:11 184:9
184:20,22

186:24
**hiding** 184:25
**high** 239:22
**highly** 109:20
**hinterland**
214:20
**hinting** 175:24
175:25
**hip** 81:8
**hire** 29:11
**hired** 31:9 83:24
105:12
**hit** 34:19
**hitting** 141:23
**hmm** 34:1,1
**hold** 183:10
219:16
**home** 175:21
177:22 180:12
204:25 229:15
229:20
**Homeland** 169:7
211:20,24
**honestly** 192:2
**Honor** 11:16,19
112:12 148:15
208:22
**honorable** 120:4
**hope** 205:25
226:3
**horrible** 122:6
**horribly** 177:19
**hospital** 23:24
81:13,14
151:18 162:2
189:14 233:21
**hospitalized** 81:3
171:5
**hot** 117:10
**hotwire** 106:18
124:7,15,15
**hour** 188:16
205:2 206:5
244:21 245:21
**hours** 49:8
187:19,23

188:4,6 190:21
204:22 205:5
244:18 246:9
**House** 119:25
**HTC** 174:20
175:2
**human** 73:8
150:5 176:22
242:9
**humble** 72:12
73:7 75:21,24
76:6
**humility** 65:10
**hundred** 59:18
**hundreds** 64:9

————————

**I**

**Ian** 26:20
**ICU** 13:7,14,18
14:4,20 15:23
16:4,9
**idea** 7:8,9 33:21
34:19 66:14
67:15 74:18
76:9 77:7 91:16
92:6,9 97:10
99:20 140:16
154:16 158:14
158:19 181:24
194:24 195:6
207:11 210:9
211:7,15,16
**ideas** 166:13
**identification**
15:12 16:20
21:7 32:14 35:5
35:25 37:25
40:13 42:24
49:4 50:13
54:17
**identify** 15:5
**identities** 7:17
**identity** 7:10,13
7:13,15 8:3
**ignorant** 18:10
23:1,13

**ignore** 82:3 90:7
**ill** 189:19
**illegal** 203:6,20
**image** 133:19
135:25,25
**imagine** 179:10
179:19
**immediately**
173:22 174:4
**impeach** 117:23
**impeding** 120:13
**implemented**
19:23
**implication**
187:10
**implicitly** 245:9
**implied** 130:8
177:21 185:24
185:24
**imply** 25:14
200:16
**implying** 78:12
96:10 107:20
177:24
**important** 69:12
140:13 150:6
155:6 175:21
**importantly**
65:13
**impossible**
222:19
**improper** 104:15
104:19 238:9
**improved** 152:7
**inaccurate** 52:24
109:20 240:10
**inaudible** 71:16
71:17,18 72:2
**incentivize**
195:14
**incident** 220:22
**include** 85:24
174:19
**included** 156:22
175:14 207:8
**includes** 194:13



230:9
**including** 19:20
  62:24 64:10
  85:13 105:23
  181:4 217:18
  239:21
**incomplete** 51:5
  54:19
**incorrect** 78:6
  108:17 159:24
  215:10 240:2
**incredibly** 195:9
**independent**
  219:2
**indicate** 54:2
**indication** 52:19
**individual** 17:9
  17:11 156:25
**individuals** 7:18
  20:24 38:10
  225:4
**industry** 181:8
**infections** 234:2
**Info** 1:6 168:14
  168:17 239:13
**information** 46:7
  80:2,6 99:9,11
  106:20 178:9
  178:14 179:9
  179:18,23
  180:6,19 181:4
  181:5 182:11
  182:21 183:18
  184:10,23
  215:10 220:21
  241:5
**informed** 61:11
**initially** 177:3
  215:15 233:16
**initials** 93:24
**insane** 150:15
  151:4
**inSecure** 165:23
**inserted** 99:24
**installed** 215:2
**instance** 7:11 8:3

19:17 167:20
  176:25 190:11
**instruct** 189:25
**instructed** 111:9
**instructing** 147:8
  206:4
**integrated** 211:8
**intellectual** 40:6
  181:2
**intend** 113:24
  187:18 190:15
**intended** 44:20
**intent** 10:19
**intention** 188:5
  238:6
**intentions** 44:22
**interacted**
  106:14,22
**interest** 211:11
**interested** 248:15
**interesting** 120:7
**interfere** 36:21
**internal** 37:1
**internet** 10:25
  81:14 203:20
  204:10
**interpret** 101:24
  188:15,25
**interrupt** 59:9
  143:16
**interrupted** 71:8
  71:9
**interview** 57:23
  58:17 61:21
  65:3,5,9 66:12
  191:21 192:14
  192:19 193:1
**interviewer** 72:2
  192:20
**interviews** 43:13
  44:20 45:9,12
  45:16,17 60:14
  60:20,22,23
  61:1,4,6,15,16
  65:24 68:12
  72:9

**invent** 177:5
  195:5
**invented** 177:8
**inventing** 90:8
**invention** 73:10
  79:1,3 148:22
  149:9
**inventions**
  100:10 194:18
**inventor** 52:13
  52:20 53:5 54:3
  55:10
**inventors** 133:14
**investigate** 84:6
**investor** 221:3
**invite** 33:19
  189:25
**invited** 211:17
**involve** 33:25
  34:12 38:9
  39:24
**involved** 19:25
  31:25 33:4,10
  34:17 44:16,17
  66:15 77:18,25
  78:16,19,20
  97:7 98:21,23
  107:14 113:15
  128:12 145:18
  148:3 163:16
  241:9
**involvement**
  47:16 191:5
**involves** 38:22,24
**involving** 34:2
  37:6 194:8
**IP** 130:25
**iPhone** 174:24,24
  175:1,3
**Ira** 1:5 4:5 123:3
  123:6,12
  124:19 128:15
  128:18,21
  129:7 130:18
  130:24 137:3
  138:20 162:12

162:22 164:6,8
  164:9,11,13,15
  165:9,19
  171:21 173:11
  173:23 174:5,5
  174:17
**Irish** 19:17
**irrelevant** 148:13
**Islamic** 182:5
**issuance** 17:6
**issue** 36:17 47:12
  47:13,21,22
  190:2 203:10
  214:10,12
**issued** 17:6,13,17
  17:21,22 18:4,9
  18:23 20:22
  22:17,17,22
  23:12,15 181:2
**issuer** 17:1,4,8,15
  180:10
**issues** 49:9
  145:18,22
  147:20 226:14
  244:6
**issuing** 47:11
  203:5

――――――――

### J

**jail** 109:25
**Jamie** 210:24
**January** 17:7,23
  165:1 171:2,4
  215:11 220:1
  233:5
**Japanese** 89:18
  89:20
**JC** 239:9
**Jdelich@rcfllp...**
  2:9
**job** 73:15 107:2
  107:18 129:12
**John** 106:13,16
  106:25 107:14
  107:15,16
  109:3 111:16

111:19,20
  113:4 114:20
  223:24 230:4
  235:20,23,25
  238:24 241:6
  241:18 242:11
**joint** 139:16
**Jon** 58:3,6,21
**Jonathan** 224:1
**Jordan** 182:25
**Joseph** 2:11 4:19
**journalists** 66:22
**judge** 2:23 6:7
  11:8 18:17,18
  80:5 99:11
  147:15,24
  148:10,16
  188:12 189:2
  208:16,17
  245:19
**Julio** 2:21 4:24
**July** 215:15
**jumped** 138:12
**June** 237:5
**jury** 6:6 117:12
  148:8
**justify** 186:14,23

――――――――

### K

**Kathryn** 206:15
**Kauchemann**
  62:25
**keep** 20:13 36:21
  115:2,11
  117:10 141:23
  143:13 154:11
  167:6 173:14
  174:13 180:3
  182:6 186:15
  205:18 212:2
  213:16 224:23
  232:25
**keeping** 227:24
**keeps** 78:24,25
**kept** 15:7 86:16
  149:15 166:20



213:3,6,10
233:25
**key** 19:22 79:22
80:13,15 81:2
81:20 83:19
99:3 139:2,20
140:17 143:3
148:21 149:9
**keys** 18:17,18
157:19,22,23
158:2,4,6,9,10
158:12 221:17
222:8,15,19,21
222:24 223:6
226:3 228:22
230:16
**kicked** 105:12
186:15
**killed** 146:22
**kilometers**
214:19
**kind** 36:10 208:3
**kinds** 204:25
**Kingdom** 1:19
4:11
**Kleiman** 1:5,6
3:13,13 4:5
69:6,21,23
87:11,18,20
96:8,23 114:25
115:7,10,17
119:16 120:1,9
120:20 123:4,6
128:23,25
130:18,24
133:5,13 136:3
136:7,9 137:14
138:20 139:6,7
140:8,13,13
142:20 145:14
147:21 148:20
149:1 152:14
153:23 154:3
161:23 162:1
162:12,16
164:1,3,11,15

166:7 168:13
168:16,20,21
171:21 175:7,9
175:15 176:3
177:5 198:3
201:10 202:20
202:23,25
203:14 207:13
210:10 214:8
216:13 218:6
226:13 228:25
232:12 233:8
233:13 239:13
241:1,2 243:20
243:25 244:1
244:25
**KLEIMAN038...**
3:16
**knew** 67:10
85:17 187:1
204:4 213:6
**knife** 81:16
**know** 5:19 6:13
8:13 11:10
12:12 13:19,21
14:8,12 20:14
21:10,11 26:12
26:19 28:18
29:17 31:11,22
32:2 34:23
37:10,20 42:2
42:11 43:4
46:17 52:10
56:18,20 57:24
59:24 62:8 64:8
64:18 67:13
68:6 69:2 70:21
71:12 72:1,15
73:21 76:2
78:15 79:14
80:12,23 83:4
84:1,5,14 86:18
87:7 92:12
93:19 94:25,25
95:1,2 96:5
97:20,24 98:6

99:2 104:3,20
109:8 111:3,6
114:4,12
115:24 116:12
117:7 126:19
126:19 128:10
129:6,18 130:5
130:12,12
132:2 134:3,9
134:14,15
135:19,22,24
135:24 136:7
136:23 137:1
138:12,13,15
142:1 148:21
151:3 155:24
159:7,11 164:1
170:14 171:14
171:15 172:17
177:11,25
183:6 186:3,6
186:25 188:5
188:16 196:20
200:20 202:10
205:16 208:6
208:25 212:11
213:9,11,13,15
214:1,1 216:9
217:23 218:18
218:19 219:1
220:13 222:10
222:17,19
224:11 229:25
231:13,14,23
233:13 234:21
236:6 242:6
246:5
**knowing** 185:15
**knowledge** 8:1
16:12 28:12
37:13 66:2,3
155:2 183:24
219:3 232:4
**knowledgeable**
18:22 19:4
20:10

**known** 67:12
244:8
**knows** 14:24
18:17
**Kyle** 2:10
**Kyle@rcfllp.co...**
2:9

---

## L

**L** 29:25
**lab** 66:2
**label** 15:5,6,8
21:4 64:18
88:17
**labeled** 42:21
71:4 124:21
**lack** 231:8
**laptop** 231:19
233:25
**large** 213:24
240:8
**late** 229:21
**launch** 17:7
151:17 195:1
**launched** 21:14
171:3
**launderer** 19:6
**laundering**
146:24
**law** 7:6 17:5
21:18 83:11
86:21 106:5
107:23 108:3,6
109:24 121:11
186:21,22
196:5
**lawyer** 106:11
114:20,21
143:25
**lawyers** 56:11,11
56:13 110:23
114:17 123:19
124:4 141:15
141:18,23
143:23 144:10
209:15 210:15

224:7 235:3
240:5,6 241:19
**Laxon** 111:17,19
111:20 112:6
113:4 114:20
**lay** 44:19
**layout** 43:12
**layperson** 65:12
**lead** 106:11
177:2
**leader** 97:12
**leading** 40:9 55:8
55:22 97:8
101:16 176:24
**leak** 37:3,4
**leaked** 36:14
**leaks** 36:4,25
**leap** 67:6
**learn** 73:6,6,7
**leave** 171:21
173:16,16
205:12 208:18
**leaving** 40:9
**lecturer** 239:18
**led** 45:13 47:5
97:9
**left** 63:25 69:9
97:1 125:3
127:10 133:14
159:9 163:7
**legal** 2:24,25 4:12
7:24 11:3 17:14
108:18,20,21
164:12
**legally** 109:25
204:3
**legislation**
181:24
**Leon** 2:18
**letter** 167:14,14
**letters** 12:17
**letting** 228:6
**level** 61:12 65:11
239:22
**Lex** 111:17,19,21
112:6 113:4



114:20
**liberty** 20:5
217:18
**licensed** 204:3
**lie** 127:6 233:23
**life** 80:20 150:7
151:20 174:24
175:22 185:13
186:3 193:8
212:4
**liked** 76:16,17,21
76:22,23 79:4
134:12,21,25
135:24 136:1
**likes** 133:15,16
**limine** 238:7
**limit** 188:6
189:22 190:19
**limitations** 14:15
**limited** 22:18
182:14 215:11
**Linda** 2:25 4:11
**line** 8:10 9:2
22:14 30:19
39:22 73:14,24
77:14,14,16
79:8 82:9 91:12
91:13 110:13
188:13 197:16
197:22 198:10
199:1,12
204:18 243:23
**lines** 40:24 61:1
227:13 232:2
**Lingham** 134:20
**link** 36:20 148:24
**linked** 194:6
**linked-in** 134:8
232:24 234:19
**linking** 160:24
**links** 36:18
**Liserow** 214:25
**list** 45:15,17
57:20 84:20
98:13 159:15
159:22 160:12

160:22 161:9
161:18,19
230:17
**listed** 52:8 60:6
60:24 131:4,9
204:1 211:19
225:4
**listen** 108:4
150:4
**listened** 72:23
217:7,24,25
218:3
**listening** 6:9
149:21
**literal** 142:2
144:15,18,19
177:20
**literally** 81:15
141:13 143:21
145:3,4,7
149:17 175:1
**literalness**
144:21
**litigation** 30:3
32:6 35:3 37:22
40:11 49:2
51:10 122:23
**little** 13:22 17:23
26:10 27:12
72:19 89:5
99:18 117:15
156:25 172:11
172:19 180:23
183:23 202:12
204:18 219:23
231:8
**live** 14:9 73:16
171:6
**lived** 186:6
**living** 204:2
**LLC** 1:6 239:13
**LLM** 85:17,21
86:15
**LLP** 1:17 2:3,7
2:12,18 4:10
**LLV** 168:14

**load** 72:11
136:18 152:4
173:11 209:25
**loaded** 13:5
156:8 219:11
**loading** 133:24
139:8 156:6
172:9 197:4
204:15 212:20
242:8
**local** 180:1
**located** 172:4
**location** 131:2
218:19
**locations** 214:15
214:17 215:7
**lockdown** 205:10
208:4
**log** 197:7,8
**logically** 178:1
**LOLs** 183:5
**London** 1:18
4:10 26:7 43:18
46:9 48:2
187:17 204:21
204:24
**long** 114:25
115:7 172:23
185:15 190:15
204:23 205:3
225:23 229:14
**longer** 124:7
125:11 159:1,6
187:18 192:17
195:19 205:2
**look** 11:20 15:10
18:8 22:12,13
30:24 31:3 33:8
33:22 35:3 51:2
66:16 71:3,6
75:24 80:2,2
88:18 95:24
99:8,8 116:16
119:11 132:8
144:25 154:8
154:24 157:7

162:3 163:25
165:21 166:25
168:9,22
171:24 187:14
196:3 197:11
197:16 200:8
201:4 219:6
220:11 223:19
232:15 235:5
241:25
**looked** 137:15
210:7
**looking** 38:17
52:22 55:2 71:5
75:17 130:25
132:7,9,10
136:13 138:10
174:11 204:15
212:21 230:20
**looks** 104:3
152:20 153:25
154:13 157:15
169:25 170:11
242:14,18
243:23
**lose** 65:14 184:7
243:6
**loss** 228:4
**lost** 116:6 129:21
153:10
**lot** 20:16,17
33:18 60:3,6
69:5,6,10,21,23
74:10 77:8,25
96:6,8,22,24
97:2 98:22
173:13 188:10
194:17 203:20
214:20 218:4
232:3 240:19
**lots** 47:8 167:18
168:1 212:4
**loudly** 73:13
**Louis** 139:19
140:8 142:15
142:20 143:2

145:14 148:20
148:25
**Louis's** 140:9
**love** 82:1 83:1
122:8 187:3
**loved** 81:22,24
82:24 102:18
115:15
**lunch** 58:9,13
**lying** 18:11 94:20
144:25 145:2
176:10,17,20
**Lynam** 85:14
146:14,18

---

**M**

**M** 2:11
**machine** 126:16
126:20 127:10
138:12 180:1,5
232:5
**machines** 56:10
56:14 123:19
125:4 128:10
158:2 163:6
178:9,13 179:8
179:17,22,25
180:14 211:21
214:18,24
215:14 232:3
245:7
**Macquarie**
214:20
**mad** 78:8,10,11
**Madam** 113:12
**magic** 10:25
**magistrate** 6:9
**Magna** 2:24,25
4:12
**mail** 159:18,25
**mailing** 84:20
159:15,22
160:12,22
161:8,18,19
181:21
**main** 235:23



243:4
maintain 174:8
majority 17:17
  18:24 20:23
  22:17,22 23:12
  84:25
making 18:5
  66:20 69:11
  97:3 101:12
  103:5 137:24
  228:18 233:16
manage 16:6
  41:11 43:24
managed 86:17
  243:5
manner 28:16
mapping 59:20
March 1:14 4:7
  33:23,23 62:10
  62:13 63:24
  67:24 123:7,9
  155:15 172:16
  207:6 216:17
  235:20 247:8
mark 75:6,25
  142:22 197:9
  197:12 207:7,9
  225:3,8,11,12
  225:18,19,24
  226:7 227:5,8
  227:11,14,18
  228:4,9,23
  231:3
marked 15:12
  16:20 21:6,7
  32:13 35:5,24
  37:24 40:12
  42:23 49:3
  50:12 54:16
marketed 12:11
  12:13
marking 21:4
Marko 143:5
marriage 150:18
married 196:12
masquerading

173:2
Masters 85:24
mate 54:7 228:4
material 109:18
  218:22
math 124:25
mathematician
  82:2 83:8,12
mathematics
  86:7 121:13
  186:21,22
Mathias 193:13
  193:25
Matonis 58:3,6
  58:21
matter 4:4 59:21
  116:9 122:14
  156:24 185:16
mattered 216:23
matters 65:12
  208:20
Matthews 27:17
  27:22 28:1,10
  32:19 33:23
  37:5 41:13,25
  49:22 50:21
  53:4,23 54:1
  55:4,25 63:1
Mavrakis 153:18
  224:1
Maxwell 35:12
  35:17 39:21
McCaughn
  223:25
McGovern
  112:21 113:14
McGregor 29:3,5
  29:8,11 41:23
  42:7,11,14 44:2
  44:13,16,25
  45:5 49:22
  62:25 78:22
  81:19 101:9
  102:12,13,14
  102:18 103:16
  103:17,23

157:11 167:21
  169:12,18
  170:2
McGregor's
  43:14 55:13
  102:24 103:9
mean 12:12 17:3
  43:5 69:13
  72:25 78:10
  89:23,25 142:5
  142:8 144:11
  158:4 193:10
  196:13,14
  214:15 244:25
meaning 21:19
  143:22
means 7:25 17:5
  23:17 25:15
  59:5 90:2,4
  107:13 137:25
  196:4
meant 74:18 77:7
  78:15 80:12,23
  83:4 142:6
  193:2 211:21
  211:23
media 4:3 8:22
  37:11 40:2,4
  45:10,12,24
  57:11,13,18,19
  57:20 60:4 61:9
  61:12 62:3,4
  63:4,10,22
  67:24 75:3 94:9
  94:14 100:15
  101:9 105:11
  134:7 176:23
  177:5,6 184:18
medications 6:17
  6:21
medium 13:4
meet 24:20,22
  189:22
meeting 24:4,9
  24:15 57:23
  59:1 74:23,24

94:17,18,23
  181:16 234:6
  234:10,15,23
  236:2,12
  238:23
meetings 25:24
  26:1,5,5,8,25
  37:11 62:5 73:2
  75:2 94:5,25
  109:1,3,7,12,16
  235:2,4 241:19
member 14:19
  31:8,19 127:9
  159:6 182:25
  189:16
members 8:21
  9:17 135:23
mentioned 21:16
  167:21 225:5
mentor 28:15,23
mere 8:4 203:5
merely 208:10
merit 66:10
Merkle 193:19
  193:21
message 83:25
  160:21 202:1
messages 233:2
  234:20
MESTRE 2:18
met 23:25 24:2
  59:2 234:8,12
  234:25
Metanet 13:7,14
  13:18 14:4,20
  15:23 16:9
Metzdowd 160:5
Miami 2:4,13,19
Michael 220:1
Michelle 200:24
  201:3,20,21
  202:6
Microsoft 137:5
middle 59:9
  139:11 184:8
midweek 190:8

Mike 81:6,7
  133:10 134:19
mildly 10:22
military 181:9
Mill 41:7
million 17:8,9
  18:1 19:18
  240:24
millions 19:7,8
mind 6:24 21:2
  59:21 131:24
  204:24
minds 68:23
  96:21
mine 69:5 70:7
  74:1 80:20 96:7
  96:23 101:13
  175:3,3 185:14
  195:4 214:23
  215:6,9 218:5,7
  218:9,12 221:7
  221:12 222:1,4
  223:13 228:13
  231:4,11 244:9
mined 74:8,9
  77:8 213:24
  214:13,24
  215:8,14
  218:14,17,20
  218:24,25
  220:20 221:2
  221:18 222:8
  222:11,15,17
  222:25 223:7
  229:1 233:13
  239:10 240:19
  243:4,17
mines 213:20
minimize 206:1
mining 219:1
  221:20,23
  226:13 228:24
  231:6,7,14,17
  232:13 233:8
  233:17 239:14
  239:25 243:9



243:11 244:11 245:1
**minted** 17:10
**minus** 17:12
**minute** 183:8 244:21
**minutes** 41:25 42:9 112:21 113:2,9 205:6 208:18 229:15 229:18,19 236:12,15 244:19,21 246:9
**mischaracteriz...** 141:10
**mischaracteriz...** 103:21
**mischaracteriz...** 46:4 47:1 137:22 138:1 200:5 243:16
**misconstrued** 7:22
**misconstruing** 144:13
**misled** 144:8
**misquote** 176:21
**missed** 80:1 99:7 178:11 237:21
**misstates** 44:5
**mistake** 66:20 90:14
**misunderstand...** 231:2
**misunderstood** 22:19 177:19
**mix** 103:24
**mixing** 103:23
**mixtures** 11:4
**MI6** 146:21
**Mnet** 194:9
**mock** 61:14,16 65:3,5,23 72:9
**model** 59:20
**modify** 189:2

**moldy** 86:19
**moment** 5:10 18:25 23:11 31:17 40:22 43:6 71:3 84:13 90:11 112:12 116:6,6 132:10 136:17,18 138:14 153:9 172:8
**moments** 112:15
**Monday** 1:14 31:6 45:24
**Mondo** 194:9
**monetary** 121:14
**money** 10:25 17:15 19:5,15 47:20 146:23 173:12 181:25 216:20 217:15 217:17,18 234:3 245:5,10 245:11
**monitor** 4:8
**month** 94:5
**months** 111:23 151:18
**Morgan** 119:25 120:7
**morning** 5:10
**motion** 190:18
**mouth** 135:9
**move** 20:18 21:24 28:6 65:7 82:6 83:3 91:11 135:16 145:13 190:3,23 221:20,23 234:22
**moved** 65:3 219:4 226:13 228:24
**moving** 233:10
**muddied** 187:7
**muddy** 185:6,12 185:20,23

186:1
**multipage** 43:9
**multiple** 26:17 27:4,5 59:3 62:24 80:18 117:17 124:6 175:8 180:14 181:4 182:5 183:3 195:16
**muting** 90:14
**M-net** 195:15

## N

**N** 2:1 3:1
**Nakamoto** 22:5 22:15 24:5,9,12 24:17 25:4,6,10 25:25 26:2,16 26:18 27:2 28:11,25 29:6 29:13 32:1 33:11 34:3 37:18 43:15 44:3,14 46:2 55:14 84:8 86:24 87:4,12 87:19 90:19,21 96:2 102:7 120:18,21,25 121:4,6,20,24 159:12 160:4 160:11,21 161:7,17 192:21 243:12
**name** 6:25 7:7 8:12,24 9:9,12 12:11,13,19 14:22,23 16:9 21:20 30:19 49:25 52:25 53:3,5,21 54:3 86:2,3,5,12,21 111:18 115:16 116:3 119:8,15 119:20,23,24 120:10 126:17

134:9 140:2
147:1,12
156:14 166:19
170:24 184:2
202:9 220:7
231:21 247:15
249:21
**named** 146:25 193:19
**names** 76:2 94:4 132:16 217:9
**national** 145:18 145:22
**nature** 46:14 89:20
**nChain** 40:5
**nCrypt** 63:1
**nebulous** 178:17
**necessarily** 20:16 53:1
**necessary** 6:14 20:20 180:6
**need** 5:15,19 6:12 14:10 33:3 40:23 72:18 73:4 75:2,6 87:24 88:5 93:10 100:11 104:24 111:3 112:13,15,20 116:9,11 117:15 125:17 141:21 149:18 149:23,24 154:14,15 168:9 204:25 206:8,19 207:1 208:20 226:4 244:5,7,9 245:21
**needed** 76:5 80:21 95:14 109:19 149:20 149:25 150:8 150:10,11,19
**needing** 40:21

**needs** 32:7 49:14 97:8 100:4,7 101:5,25 118:19 140:12
**neither** 188:16 248:10
**net** 89:22
**network** 180:9,9 181:11 194:7
**networks** 194:7
**never** 18:13 21:2 23:20,20,21,21 69:19,19 74:13 81:11 85:4 87:5 87:15,16 88:1,6 89:9,14 119:17 172:24 188:18 188:24 196:7 228:15,15,19 245:7
**new** 1:17 2:8 4:10 18:5 26:7 54:19 171:3 181:12 182:24 189:13 206:15 214:25
**Newcastle** 183:2
**news** 46:24 47:3 47:4,7 89:22
**newspaper** 193:18
**Nguyen** 8:14 26:20 27:7 37:6 140:8 141:1
**nice** 75:17 89:7 99:19
**nicer** 76:21 90:8
**Nicholas** 153:18 224:1
**Nick** 29:24 30:19 31:5,8,18,24 32:2 33:10,19 33:25 34:3,11 35:9,12,17 37:12,16 38:5 39:14,19,20 40:16 41:6,9,13



41:18 48:10
51:3,15,19 58:3
58:6,21,23
59:23,24 60:3
62:22 63:15
67:25
**Nicolasscottcal...**
32:22
**Nigerian** 36:5
**night** 117:3
245:25
**node** 180:2
**nodes** 17:12
18:19 151:17
180:8,8,10
**non-distributed**
195:3
**non-robust**
195:10
**Northumbria**
85:18 86:13,16
183:2
**notarization**
181:19
**note** 64:17 66:17
96:16 97:4
99:23 187:16
204:20 238:6
238:17
**noted** 11:8 53:12
90:12 174:12
246:6
**notes** 26:9 57:13
63:4,9 64:19
67:16 92:14
93:9 97:6 100:3
248:6
**notice** 144:14
**noticed** 124:3
**noting** 244:8
**November** 171:1
217:10
**number** 4:3,6
15:9 54:15
68:13 74:8
95:25 106:11

126:21 129:21
146:15,17,17
146:20,21
155:4 171:2
180:25 182:25
207:7 210:17
211:17 219:10
**NY** 2:8

---
**O**
---

**oath** 217:20
**object** 10:20
11:22 17:19
19:1 34:15
38:13 44:5
45:11 52:4 53:8
58:25 60:5
64:14 68:2,14
68:25 71:21
74:21 75:15
76:11,15 77:2
77:23 78:17
79:18 80:14
89:2 91:20
92:20 93:2,25
94:11,16 98:5
101:11,18
102:2,9 103:3
103:19 104:13
105:2,10
108:10 109:9
110:8,13 112:8
117:8,13,20
118:4,13,22
120:23 121:5
121:25 126:11
127:4,16
128:19 130:9
130:15 131:11
134:13,16
135:3 143:25
151:2 158:21
173:4 174:10
176:5,11,18
177:15 180:22
183:20 185:3,8

195:20,25
197:18 198:16
199:23 215:21
221:4,9,14
222:12 223:3,8
226:24 229:3
230:25 239:4
240:1 241:12
**objected** 11:9
56:24 148:15
183:11
**objecting** 145:6
**objection** 11:12
11:15 14:7 19:1
23:3 25:11
31:20 33:13
34:22 51:4,12
52:2 53:12
70:17 73:14,17
77:3,3,9 78:9
90:12 92:7
94:24 95:7,16
97:14,19,23
100:21 102:21
115:19 118:16
124:22 125:17
125:20 126:5
126:14 128:2
129:20 135:16
137:21 147:15
147:17 148:17
151:8,14
187:12 223:15
238:6 243:15
**objections** 11:13
**obviously** 103:7
116:19 208:12
**occasions** 234:7,9
234:11
**occur** 73:2
**occurred** 62:5
138:15 232:23
245:8
**October** 7:2
242:25 243:2
244:6

**October/Nove...**
170:15
**offence** 109:23
**offended** 204:2
**Offering** 33:4
**office** 26:7
105:20 106:1
107:1,3,6,11,25
108:8 110:2,11
181:1,7 189:9
189:13 217:8
234:13 236:1
241:20
**officer** 106:17,24
176:25
**offices** 1:16
**officials** 181:8
**offshore** 239:10
**OK** 20:22 219:17
**okay** 6:24 15:1
45:19 46:20
48:25 56:22,22
62:21 143:5
153:11 164:23
165:20 187:13
196:17 235:10
**omissions** 236:14
**once** 18:17 37:19
38:6 59:1 88:5
174:24 177:16
183:13 202:25
215:10 225:21
243:17
**ones** 27:1 33:1
128:21 129:8
130:19 160:8
174:15
**one-page** 219:14
**online** 196:10
**Ontier** 2:23 5:2
**open** 53:2 119:2
119:5 132:18
134:16 153:2
169:10 178:21
192:4 196:17
196:18,19

204:11 206:17
206:19,21
208:24 212:10
229:6 238:2
242:2
**opens** 171:25
**operate** 196:8
**operated** 214:23
**operation** 81:8
**operations** 81:5
**operative** 146:22
**opiates** 234:4
245:12
**opinion** 108:21
**opportune** 49:11
**opportunity**
113:14
**opposed** 35:13
188:19
**order** 18:18
56:25 146:14
187:22,22
188:15 189:2
190:17 202:15
202:19 203:14
205:3 224:17
224:18 244:22
245:22 246:4
**ordinarily** 11:15
**ore** 231:6
**organization**
9:17 29:16,16
29:20,25 36:9
36:12,14 37:2
40:9 105:13,14
141:1 159:5
**origin** 185:6,21
185:23
**original** 17:22
56:4 97:10
130:23 160:6
160:11,21,23
162:17 167:12
174:8 193:22
205:3
**originally** 165:10



194:24
**originator** 100:8
101:6 102:1
105:1
**ought** 118:14
**outcome** 248:15
**outside** 29:16,19
29:24 35:19
36:8 203:22
243:5
**Overall** 93:11
**overlap** 186:21
**overly** 142:2
**overruled** 113:19
**overseas** 46:11
57:23 222:2,5,8
222:15,18
226:12 227:25
228:1,14,16,20
229:1 243:7
**overview** 64:22
**over-talk** 34:24
**owed** 217:15
**owned** 56:15
135:8
**owner** 244:11
**Oz** 181:8 226:16
**o'clock** 117:2
**O'Hagan** 58:3,7

**P**
**P** 2:1,1 244:9
**package** 159:9
**Paez** 2:21 4:24
5:6
**page** 3:2 21:18
22:11,12,14
43:3 57:10,13
57:16,17 64:16
64:19 67:5 68:5
68:13 69:24,25
71:4,5,7,10,13
71:13 73:20,24
77:14 79:6,6,8
82:7 83:2 84:10
88:16,18,21

91:12 92:11
96:12 98:8
116:12,14,20
119:1 123:10
123:11 134:8
139:9,12
142:25 155:13
156:5,10 162:8
162:11,11
166:5,10 168:3
168:10,11
171:25 172:15
175:7,8 176:1,7
176:13,17,19
178:23,24
184:3,4 185:10
201:7 202:10
202:12 207:3,5
209:18,18
210:3,3 212:14
212:15,16,19
212:23 216:16
229:10,12
231:24 237:9
237:11 239:1,5
240:17,18
249:5
**pages** 11:24
238:18,20
**Page/Line** 249:7
**paid** 12:14
180:11 228:10
228:11 243:3
**pain** 225:22
**painkillers**
245:12
**paper** 7:15 17:24
64:7 83:10
84:19 85:11,13
85:15,19,23
86:6,14 99:15
133:13 146:6
151:16 154:15
156:21,23
159:13,22
160:10,15,24

193:13,15,16
194:25
**papers** 80:3 99:9
211:18
**paragraph** 16:22
16:24,25 39:1
39:13,15,23
64:21 65:15
66:17,25 67:5
68:18 70:3 71:7
71:11,14,24
84:12 88:21
91:14 92:25
102:5 116:17
119:12,19
148:21 156:16
162:15 166:10
168:3 179:4
184:6 185:11
202:14 207:5
210:4,6 211:1,4
211:5 216:17
220:15,17
232:1,2,8 239:1
239:6 240:17
**paragraphs**
116:17 119:11
184:4
**parents** 47:12,14
47:19
**parish** 215:4
**Park** 2:8
**part** 24:16 60:13
61:14 73:10
78:25 79:2,22
80:13,15 81:21
83:11 85:12,16
86:24 87:1,4,6
87:7,12,16,19
87:21,23,25
88:2,3,7,8 90:5
99:3 102:14
111:16 119:20
119:22 120:20
124:18 127:13
127:14,22

129:11 145:1
148:21 149:9
150:12 151:6
151:13 157:1
162:17 176:4
178:1 190:18
190:19 192:15
192:23 193:11
206:25 210:23
211:17,23
226:20
**participants** 7:3
**participate** 25:24
**participating**
191:20
**particular** 26:8
26:13 69:5 96:6
96:22 100:17
141:11,13
162:24 192:12
234:25
**particularly**
152:8
**parties** 4:13
195:16 248:11
248:14
**partly** 8:20 201:2
**partner** 74:8,19
76:10 77:1
181:15 189:13
195:24 196:2,6
196:8,13,14
197:23 198:3,6
198:7,14,14,15
198:17,18,23
198:25,25
199:15,19,21
200:1,11,14
201:11 202:20
202:24 203:10
203:14 207:12
210:10
**partners** 181:17
**partnership**
148:4 192:16
192:17 195:19

195:21 196:5,6
200:2,15,16
**partnerships**
196:9
**parts** 81:4 85:23
100:24 103:23
103:24 174:16
174:17 185:13
**party** 11:24
**passed** 241:2
**passing** 18:6
**passion** 65:13
**patched** 180:2
**patching** 180:16
**patent** 210:23
**patenting** 64:10
**patience** 155:11
**Patrick** 175:7,8
175:10,13
176:1 177:7
212:16,19,22
**pause** 11:9 18:25
**pay** 13:1
**payment** 227:25
**Payne** 231:3
**PDF** 136:20,22
136:23 137:2
138:10,17
155:13 162:17
163:16 168:4
171:25 196:18
209:19 212:15
216:16 225:9
225:10 227:16
235:17,19,22
237:25
**PDY** 215:11
**pending** 113:3
148:10 224:4
244:16
**people** 7:23 9:6
10:25 12:6,13
15:14 16:6,8
17:12 18:22
19:4,11,12,13
19:14,16,20



20:10,22 21:17
22:19 25:5,19
26:2,3,11,14,23
26:25 27:4
30:18 32:21,24
32:25 33:19
34:7 35:12,18
37:1 38:19,24
39:18,25 41:10
44:20,23 47:16
59:2,5 60:15
61:5,7,19,22
62:2,24 65:25
67:17 68:20,23
69:7,9,10 70:11
70:24 72:5,7,9
72:13,13,16
73:2,6,9 75:1,6
75:7,16,23,25
76:1,1,3,4,4,16
77:10,18,25
78:20,22 79:1
79:11,25 81:18
81:19 83:24
84:3 85:13 90:9
94:4 95:1,1,2,9
95:11 96:3,19
96:21,24 97:1,2
98:21,23,25
99:7,16 100:16
100:22 101:1,9
101:22 103:5,7
108:19 115:1
115:11,12,14
122:6 124:3
125:6,7,9
134:20 139:3
139:20 140:8
140:17 141:1
143:3 145:1,24
146:3,6,8,12
148:5,6 149:3
150:2,3,16,17
157:3,4,12
162:23 167:24
167:24 173:12

175:14 177:16
177:20 179:13
179:15 180:25
181:8,9,9,11,24
182:1,2,3,4,23
183:1,4,5
184:18 186:3,4
186:5,16 187:3
187:5 189:18
190:5 192:23
194:13 203:21
205:20 212:7,8
215:5 217:8
226:14 229:25
231:9 234:12
234:13 245:23
**people's** 66:3
101:13
**perfectly** 116:7
**performance**
92:18,19 95:6,9
**period** 27:20
120:4 207:13
210:10 215:22
**periods** 184:16
**permitted** 109:25
**person** 2:23 8:1
8:13 9:16 10:15
10:23 19:25
26:13 41:12
59:16,20,22
80:17 83:9,15
84:7 87:16 97:9
111:18 134:6
143:4 144:19
144:22 145:18
145:23,25,25
146:10,15
150:7 169:17
170:12,23
171:9,12,13
196:11,11
243:8
**persona** 157:1
**personal** 1:5
**personally**

106:12 109:13
**persons** 113:15
**person's** 103:10
134:9
**petant** 108:15
**PhDs** 186:8,16
**Philips** 119:24
**phone** 2:19 42:3
81:4 112:13
174:21,22
190:2
**phoned** 196:11
**phones** 177:22
**Photo** 3:3
**photograph**
15:19
**photography**
159:15
**phrase** 26:12
**physical** 214:15
214:17 231:4,6
**pick** 93:10
130:22,23
154:19
**picked** 65:5
73:16
**picture** 16:1
**pieces** 156:22
**Pierpont** 120:7
**Pirate** 181:13
**place** 91:17 99:21
187:25 234:16
**places** 214:13
**plaintiff** 4:16,18
4:20,22
**Plaintiffs** 1:7 2:2
**plaintiff's** 15:11
142:23
**plan** 38:10,15,15
38:18,20,23
39:24 40:2,3,4
43:14 44:2,13
44:16,17,18
55:13 60:4
**planned** 43:20
**planning** 43:22

46:23
**plans** 40:9
**platform** 21:15
33:5
**played** 137:11
157:2 162:16
174:25
**please** 21:1 28:1
28:8 35:3 36:19
40:22 41:21
50:16 51:16
52:5 59:8,12
63:8 64:25 70:5
73:23 74:6
79:10,21 88:21
89:4 91:13,22
96:16 97:5
98:17,18 100:2
108:4 112:3
114:13 119:21
125:21 128:3
132:18 135:8
136:18 141:17
141:19 142:18
143:13,17
146:17 151:4
152:1 154:11
156:19 167:6
168:23 169:10
171:25 172:20
178:2,19 190:3
197:16 202:10
202:18 206:6
207:21 210:14
211:6 212:11
224:20,22,23
236:11,13,16
239:8 243:22
246:2 249:5
**plenty** 72:8
**pm** 4:8
**Podcast** 191:22
192:10
**point** 6:6 39:6
66:19 72:22
121:16 135:7

155:7 161:15
164:13 169:4
170:4 171:4
189:24 193:9
195:8 201:20
206:3 216:22
218:6,10
240:25 243:1
**pointed** 141:22
142:1 240:6
**pointing** 240:4
**points** 38:14,20
141:24
**Poisson** 86:6
121:12
**police** 138:14
176:25,25
181:10,12
206:15
**Ponce** 2:18
**ponder** 54:7
**Ponzis** 19:13
**poor** 40:23,25
**populate** 32:4
**populates** 16:18
35:4
**population** 132:9
**populous** 11:7
**Port** 214:20
**portrayal** 50:8
**posed** 182:14,17
183:13
**poses** 164:23
**position** 94:8
143:6 190:22
206:2 208:11
208:13 246:1
**possession**
113:22 114:3
**possible** 23:23
53:21 81:8,17
162:1 205:21
205:23 233:4
**possibly** 140:1
141:1
**post** 3:4 21:13



MAGNA
LEGAL SERVICES

22:3,5,13 23:23
133:23 134:2
166:2,3,6
**posted** 22:22
23:20,24
**posting** 23:18,19
37:2
**postpone** 188:25
**postponed**
117:16 188:18
**posts** 12:21
135:13
**potential** 33:24
208:12
**potentially** 55:17
**PR** 29:11 83:24
84:3 92:17 97:5
97:11,21,24
102:24 104:6,8
**practiced** 65:6
**precedents** 29:12
**precise** 26:10
27:15 28:19
42:12,13
**precompiled**
170:17
**predefined** 23:16
**predetermined**
22:18 23:16,17
**preference**
118:12
**prepare** 61:3,5
107:5,10,16
108:7
**preparing** 25:3,9
25:14,17,19,22
25:22 107:15
**present** 2:22 4:13
11:25 109:1,4
112:23
**presentation**
108:22
**preserve** 125:16
125:20 209:21
**presidential** 62:2
**press** 29:20 31:4

31:9,9,19 46:1
46:5,15 47:11
47:13,21,24
48:1,6,19,22,23
49:1 50:23
55:12,15,16,18
55:20 56:1,19
56:21 60:9
63:13
**presuming** 103:5
**presuppositions**
101:21
**pretty** 18:21 19:3
46:24 147:6
**prevailing** 117:9
**previous** 21:5
85:22 106:25
147:18 164:18
**previously** 44:6
56:24 104:4
127:22 137:16
148:2
**price** 75:18
**pride** 172:11
**primarily** 159:19
**primary** 26:11
26:14,25
**prince** 36:5
**print** 169:15
**printout** 141:6
142:25 223:24
230:3 232:22
**prior** 106:18,20
218:13,15
220:22
**prison** 20:1
**privacy** 186:2
**private** 18:17
47:18 172:22
174:6 185:13
221:17 222:8
222:15,20,24
223:6 226:2
228:22 230:16
**privilege** 11:14
108:11 111:5

112:18 113:19
142:10 209:22
**probably** 78:1
98:24 186:10
214:19
**problem** 117:15
144:24 159:23
203:7,9,18
204:8 220:7
241:13
**procedure** 117:1
**proceed** 52:5
117:4,13
118:13,16,23
190:11,15
**proceeding**
131:25 188:8
**proceeds** 19:19
20:9
**process** 221:21
221:24 226:13
228:25
**processes** 211:20
240:9
**processing** 7:17
**produce** 37:22
40:10 56:6,9
109:23 110:10
144:4 163:5
**produced** 30:3
32:5 35:2,22
42:21 49:1 51:9
51:10 52:4
54:19 56:11,12
56:13,25 57:4
109:21 113:16
113:19,20,21
113:25 114:1,6
114:14,17,18
122:22 123:17
124:20 130:13
130:17 158:18
158:24 163:4
**product** 135:17
**production**
110:15 113:15

114:11
**Prof** 8:24 9:5
134:24 135:14
135:19
**Professor** 134:4
134:11
**professors** 85:15
**profile** 15:22
**profit** 19:8,9
**profitable** 225:23
**profitably** 40:7
**program** 137:6
**project** 24:23
26:19 93:13
97:9 166:4
213:3
**Prometheus**
26:20
**promise** 172:23
**promised** 245:4
**promote** 26:2
**pronouncing**
140:4 220:7
**proof** 194:8
**properly** 206:1
**property** 40:7
181:3
**proposal** 85:16
**proposed** 165:8
194:24
**proposing** 103:12
**proved** 120:8
**proven** 11:7
**provide** 143:7
180:6,11
**provided** 205:2
235:1 245:22
**provides** 239:19
**Prudential** 182:3
**pseudonym**
88:24 89:17
92:6,9 99:17
192:22
**pseudonyms**
89:19
**public** 18:17

46:14 47:11,13
52:13,21 53:6
54:4 55:9
105:24 157:1
205:18,20
**publicly** 21:21
24:17 25:3,9
26:15 170:16
**publish** 10:8
**published** 9:19
10:7 16:16
116:3 119:8
156:13 184:2
202:9 211:11
231:21
**publisher** 12:1
**pulled** 144:18
**pumped** 75:18
**punk** 7:9
**purchase** 218:22
**purchased**
218:18,23
219:2,3
**purchasing** 234:4
**purport** 125:9
173:23 174:2
230:22
**purporting** 123:6
123:15 124:8
174:7
**purports** 139:15
154:8
**purpose** 45:14
104:1 117:25
239:14,24
**purposes** 5:3
15:4 205:11
**purposively**
144:8
**push** 208:14
**put** 45:12,16
69:10 70:15,19
97:2 135:9
144:14 167:20
167:22 185:14
205:10 208:2,4



210:15 217:11
217:25 219:5
240:21,22
247:7
**putting** 37:1
43:22
**p.m** 4:1 9:23,24
10:3,4 54:24,25
113:10,11
117:6,6 152:23
152:24 154:9
154:19,25
155:15 172:17
187:25 204:20
207:22,22
220:2 225:19
226:12 227:23
228:10 233:6
246:10
**P2P** 22:3 194:7
**P2PE** 3:15
160:10,15

---

**Q**

**quadrant** 204:17
**qualifications**
121:9
**quality** 39:4
40:23,24 41:1
**quantity** 216:22
**quarantine**
204:24 205:14
208:12
**Queensland**
182:24
**question** 5:19,20
5:22 6:1 13:11
20:14,15 21:1,2
21:23 26:24
27:12,14,21
28:1,6,8,20
31:14 34:14,23
39:5,10 40:23
44:6,8,11 47:2
53:17 54:10
59:7,13,15

61:23 64:4,8,11
67:1 68:6,15,18
70:3 71:2 73:5
73:18 78:1
87:11 88:20
93:12 95:25
96:15 98:24
99:25 104:15
104:17,21
105:18 107:14
108:5,12 113:3
114:5 116:21
125:19 131:7
135:1,14,17
143:7,21 145:4
145:10,11,17
145:23 147:19
147:23 148:11
148:14 156:20
161:16 164:24
165:2 170:5
173:6 178:2,16
179:20 182:10
182:19 183:12
183:12 190:15
206:7 224:4,20
224:25 225:2
227:12 229:13
237:14 244:17
244:24
**questioning**
238:9
**questions** 5:16
11:17 14:10
42:13 53:9 61:9
61:19,22 62:3
65:4,9 68:11
98:13,17
110:14,14,24
115:3 116:21
125:18,21
145:10 176:24
177:25 182:14
182:17 247:7
**quick** 41:25 42:8
42:18 75:19

83:22 229:13
231:1
**quickly** 40:4
**quit** 19:10 149:17
**quite** 45:8 64:10
66:21 74:8,9
77:8 135:20
171:1 177:9,19
187:22 204:2,4
**quote** 45:3 95:25
96:11 119:14
**quoting** 164:18

---

**R**

**R** 2:1 249:2,2
**radical** 166:12
**radically** 170:19
**ramifications**
17:14
**Ramona** 37:9
46:9 49:22
62:25 63:8
157:11 237:5
**ran** 84:3 170:23
179:25 213:2,3
213:20 214:23
215:4,5 219:4
232:4,5
**ranch** 166:4
**randomly** 62:4
**rant** 80:17
149:21 217:25
**ranted** 217:5
**rat** 66:2
**RCJBR** 124:11
**RCJBR.org**
137:17
**reach** 140:8,14
149:6
**reaching** 142:19
**read** 9:15 12:7,8
17:22 22:15
37:2 40:21,23
41:16 48:15,16
48:21 63:5 64:3
64:21,24 67:9

68:5,8,17,18,19
68:24 69:1,3
70:2,8,13,14,19
73:23 74:2,4
77:13,20 79:7
79:15 82:8,13
84:16 88:20,21
88:25 91:12,18
92:24 93:1,5
96:1,14,16 97:4
98:16,17 99:22
100:14 101:3
119:19 137:4
142:16 156:16
168:22 178:2
179:4 197:17
198:12 199:12
202:17 210:13
211:4,14
220:16 229:2
239:1,7 240:17
242:19 243:18
244:3 247:4
**reading** 13:22
82:10 172:23
187:24
**reads** 37:13
39:25 45:23,23
66:21 155:25
233:9
**real** 31:13,16
65:7 100:11
125:9 129:7,8
129:19 130:5,6
130:14 133:12
136:16,25
148:3 152:16
167:9 191:23
225:7 243:21
**realize** 245:8
**really** 27:11 33:3
36:17 45:23
48:18 53:24
61:16 80:2,19
82:4 86:3 99:8
99:14 122:18

131:16 134:10
182:13 194:17
213:11 217:4
227:23
**reason** 17:25
18:15 31:12,15
53:22 56:7 66:5
123:21 158:17
167:17 186:8
188:17 189:9
249:7
**reasonable** 189:4
190:14
**reasons** 123:24
167:18 168:1
**recall** 6:22 24:1,3
24:7 29:15,23
62:6,12 64:11
68:7,9 69:15
74:11 78:4 80:7
82:17 89:8
94:17,18,20
102:19 105:16
105:19 119:17
142:19 143:8
143:12 165:24
166:1,2,3 168:7
171:20 173:24
174:3 175:6
191:20 192:20
193:4 199:2
216:12,14
234:6,10,15,22
235:1
**receipt** 8:4
**receipts** 174:21
218:21
**receive** 67:14
114:19,20
**received** 86:20
130:20 162:22
225:12 228:19
**receiving** 34:10
**recess** 49:11
54:24 113:10
117:6 152:23



207:22
reckless 220:23
recognize 16:18
16:21 30:12
38:2 59:5,23,25
68:7 123:2
136:12 142:24
142:25 144:21
160:20 164:5
167:3,8 189:4
197:5 200:21
206:11,22
209:4 219:19
219:24 229:24
230:1 232:17
242:10,13
recognized 59:16
141:6
recollect 66:11
recollected
143:11
recollection 58:1
65:23 94:22
100:24 143:19
192:9 225:16
reconfirmed
165:16
reconvene
208:21
record 4:3 6:25
9:23,24 10:3,4
11:11 28:8
54:18 56:24
63:5 64:4,22
68:18,20 70:3
73:16,24 82:8
82:10 88:20,22
91:13 93:1,6
96:1,9,17 98:18
109:6 118:2
119:21 141:3
156:17 176:16
177:12 178:4
179:5,14
187:17,20,23
188:7 197:17

198:12 199:13
202:18 205:4,6
205:9 207:24
210:14 211:5
238:12,21
239:7 242:20
244:4 245:15
245:18 246:9
247:7 248:8
recorded 62:7
66:13,15 67:15
67:17 97:5
181:3
recording 8:3
66:15 67:11
72:6
records 113:17
113:17
recreated 17:11
228:16
red 177:4
redundancy
159:9
reference 65:18
67:2 77:1 93:15
132:5 148:24
193:12,13
229:11
referenced
193:16 238:13
references
193:15
referencing 41:7
134:1
referred 57:5
62:17 63:18
67:22 76:9,10
122:24 129:5
136:9 139:7
151:24 153:6
154:20 157:9
160:15 162:5
164:3 167:1
168:5 187:15
192:6 196:21
200:9 204:14

206:20 209:2
219:7 223:21
229:7 232:16
235:7 236:22
238:4 239:3
242:3
referring 43:9
46:6 66:6 93:20
110:20 111:7
111:12,15
131:20 148:6
refers 196:4
reflect 10:19
103:15 109:12
141:4 153:22
176:16
reflecting 174:5
reflection 236:15
reflects 134:15
refresh 65:22
192:8
registered 144:16
Regulatory 182:4
Reinhardt 2:23
11:8 147:24
148:10,16
188:12 208:16
reiterate 149:25
150:14
rejected 160:7
relate 110:5
185:18
related 20:21
31:25 37:14
204:6 248:10
relates 36:4
110:14 147:19
227:8
relationship
147:21
relative 180:11
248:12
relaunched 171:1
release 29:21
31:9 46:1,5,15
47:11,13,21,24

48:2,6,19,23,24
49:1 50:23
51:16 55:12,15
55:16,18,20
56:1,19,21 60:9
161:7 226:5
released 84:20
161:14 170:14
211:12
Relentless 133:10
134:19
relentlessly
181:23
relevance 11:13
147:16,22
148:17
relevant 87:1
148:3
relief 190:9
rely 6:2 36:18
remain 185:14
remains 33:2
remember 5:14
31:24 32:3
58:23 59:3,21
59:22,23,25
60:2,25 62:9
73:2 85:2 86:1
86:3,4,15,21
91:24 94:1,2,3
94:4 95:17,18
95:22,23
100:25 111:17
111:18,22
112:22 120:6
139:1 142:21
162:20,23
166:19 170:24
170:24 192:2
192:11,13,18
192:19,25
199:5,8 218:2
233:3 234:24
remembering
59:19
reminded 120:3

remove 118:11
removed 105:13
repair 205:24
repeat 5:25 13:10
20:25 105:17
146:17 153:4
161:11 219:9
repeated 198:25
rephrase 8:9
10:9 44:11
160:3 225:1
replies 93:8
reply 32:23 34:19
35:10 51:24
report 189:8
237:4
reporter 1:22
2:24 4:12 6:5
6:10 8:17 13:10
20:25 66:23
73:15 105:17
113:12 197:12
219:9 248:2,4
reports 237:4
represent 4:14
106:3 225:10
representation
52:22
representative
1:5
represented
106:6
representing
4:24 5:2
represents
226:21
request 188:3
requested 140:7
140:10
require 195:16
required 178:8
178:13 179:7
179:16,17,21
179:24
requirement
180:13



requires 7:10
requiring 180:15
rerun 171:18
research 1:6
  211:18
reservation
  114:1
reserve 20:5
  217:18
reserved 243:2
resigned 112:1
resolve 116:22
resolved 216:1
respond 36:23
  56:5 61:23,24
  73:5 75:3 84:21
  84:22 137:10
  162:25 169:21
  170:7 183:14
  183:21 226:11
  227:22 228:9
responded 36:12
  51:18,20
  109:17 141:8
  228:24
responding 30:25
  34:8 72:4
  137:13 192:15
  192:23
responds 36:9
  37:5,10 41:13
  41:18,21 45:20
  46:13 48:10
  170:2 226:7
  227:19 228:4
response 20:14
  42:6 51:23 74:2
  74:5 77:20
  79:16 82:13
  84:23 88:25
  91:18 96:5
  108:23 143:23
  144:6 163:1
  165:4,10
  227:20
responses 103:6

247:7
responsible 84:8
  88:10,11,12
responsive 20:17
rest 7:16 181:25
restate 52:2
restaurants
  205:22
restroom 6:14
  207:19
retained 29:15
  29:19
retelling 104:25
retire 83:23
retired 146:19
return 75:19
returns 107:2
reveal 33:25
  40:18,20 41:8
reversal 220:22
reverse 224:17
review 108:19
  149:7 236:13
reviewed 226:23
revise 177:13
revolutionize
  148:22 149:10
  181:20
re-ask 179:20
re-enabled
  138:23 139:1
Rica 202:22
  203:16,18
  204:9
Ridge's 106:21
right 5:12 6:2
  10:9 12:16
  22:23 31:1,3
  33:4 34:9 39:10
  41:14,19 46:24
  48:10 51:21
  52:8,8 55:8,20
  60:14 65:10,10
  66:21 73:9
  90:19 97:6
  100:6 101:4,10

106:4 116:10
132:22 133:14
133:17 158:10
168:11,20
184:19 186:2,3
186:7,18
199:20 227:18
230:23 233:7
243:8 244:23
245:15,23
rights 209:21
  240:13
ring 199:6
risk 33:5 203:3
  203:17,17
  204:5,6 208:5,9
  243:2
Rivero 2:18,21
  4:23,23 5:5
  10:20 11:9,16
  11:22 13:19,25
  14:7,18 15:18
  17:19 18:25
  21:22 23:3
  25:11 27:24
  28:2,5 30:5
  31:20 32:9
  33:13 34:15,21
  36:16 38:13
  39:3,9 40:21
  41:2 43:8 44:5
  45:11 51:4,11
  52:1 53:8,13,14
  54:14,18 56:23
  57:6 58:25 59:8
  60:5 64:14 67:2
  68:2,14,25
  69:25 70:17
  71:21 73:12
  74:21 75:15
  76:11,15 77:2,9
  77:23 78:9,17
  79:18 80:14,25
  89:2 90:11
  91:20 92:7,20
  93:2,25 94:11

94:16,24 95:7
95:16 97:14,19
97:23 98:5
100:21 101:11
101:18 102:2,9
102:21 103:3
103:19 104:12
104:18 105:2
105:10 108:10
109:9 110:8,13
110:22 111:3,8
112:8,11 113:1
113:8,12,13
114:9,13
115:19,25
116:5,19,25
117:7,16,25
118:9,21
120:23 121:5
121:25 124:22
125:16 126:5
126:11,14
127:4,16 128:2
128:19 129:20
129:24 130:9
130:15 131:6
131:11,19,24
132:6,23
133:24 134:13
135:3,16
136:13,17
137:21 141:17
142:9 145:9
147:4,15
148:14 151:2,8
151:14 152:6,9
153:4,9 154:21
155:1,4,6,10
156:4,5 158:21
160:13 172:2
172:10,12
173:4 174:10
176:5,11,18
177:15 180:22
183:9,10,20
185:3,8 187:12

187:16,21
188:2,14 189:7
189:23 190:4
190:22,25
195:20,25
197:18 198:16
199:23 204:19
205:8,24
207:24 208:11
208:15,22
209:20 215:21
216:3,7 219:14
219:17 221:4,9
221:14 222:12
223:3,8,15
226:24 229:3
229:10,17,22
230:25 232:8
235:8,10,13
236:6 238:5
239:4 240:1,11
241:12 243:15
244:16,20
245:13
Road 19:25
  47:17 214:21
  234:5
Rob 38:19 40:4
  43:22 70:24
  72:10 75:16
  76:1,2,3,4,5
  83:1,6,14,18,20
  83:21,24 90:4
  102:18,24
  103:9,16,17,22
  105:12,13
Robert 29:2,5,8
  29:11 41:23
  42:7,11,14
  43:14 44:2,13
  44:25 45:2,5,7
  49:21 55:13
  62:25 81:19,22
  82:24 86:1
  157:11 169:12
  169:18 170:2



**Rob's** 40:9
**Roche** 2:3,7,10
  4:21,21 189:13
**role** 97:8 100:6
  101:4,16
**room** 9:3 59:18
  72:16 90:7
  93:23 118:14
  120:13 189:18
  208:9
**round** 36:14
**royal** 39:17
**RSA** 195:2
**rule** 11:10,12
  53:9 190:2
**ruled** 147:5,6
**rules** 5:14 19:16
  20:8 104:14
**ruling** 11:12
  112:15,18,20
  113:23,24
  147:22 208:20
**rulings** 112:16
**run** 16:6 24:23
  50:2 61:8 134:7
  134:8 151:17
  169:17 170:12
  170:19 171:5,9
  171:12,13
  180:14 195:3
  195:15 211:21
  215:14 233:24
  240:22
**running** 8:13,21
  19:13 134:6
  170:4 180:5
  214:18 232:4
  233:18
**Russia** 219:4
**Russian** 146:22

_____
        **S**
_____
**S** 2:1,3,15 8:7 9:9
  9:10 172:17
  197:22 198:13
  199:17 201:5

**saddens** 186:2
**safe** 48:3
**safety** 205:18
  208:5,9
**sale** 167:4
**Samsung** 174:20
  174:20,22
**sane** 150:2 193:7
**sanity** 149:15
**sat** 65:25 217:6
  217:24
**satisfied** 24:8,10
  236:14
**satisfy** 24:4
**Satoshi** 22:5,13
  22:15 23:20
  24:5,9,12,17
  25:3,6,9,25
  26:2,15,18 27:2
  28:11,25 29:6
  29:13 32:1 33:2
  33:11 34:3
  37:18 38:23
  43:15 44:3,14
  46:2 55:13 78:1
  78:16,19 79:12
  79:12,23 80:24
  81:2,2,6,10,17
  81:25 82:12,21
  83:5,19 84:8
  86:24 87:4,12
  87:19 88:19
  89:7,24 90:3,16
  90:17,18,21,23
  91:1,8 93:12
  96:2 98:23 99:1
  99:1,4,12,14,15
  99:20 100:5,9
  100:12 101:10
  101:16 102:7
  102:19 103:1
  104:10,11
  115:16 116:15
  119:15,20,23
  119:23 120:2
  120:10,18,21

120:25 121:4,6
  121:16,18,20
  121:24 126:22
  126:25 127:2,6
  127:6,23
  133:12,14
  156:24 157:1,3
  159:12 160:4
  160:11,21
  161:7,17,20
  163:24 165:16
  169:2,8 171:21
  173:16 191:23
  192:14,21
  243:11
**Satoshi's** 9:18
  10:1,6 12:16
  115:23 116:3
  119:2,8 156:3
  156:13 172:3
  178:22 184:1
  185:11 202:8
  231:20
**Satoshi@visto...**
  161:3,21
  166:15
**saved** 126:13
**saving** 245:10
**saw** 42:3 65:6
  74:23 164:14
  177:3 209:9
  220:4 237:15
**saying** 6:25 34:10
  35:15 36:12,23
  37:5,10 38:18
  39:20 42:8
  43:10 47:1 48:1
  48:15 52:9
  53:20 55:6
  56:12 69:15
  72:8,17,21
  74:11 78:4,25
  80:7 82:17
  84:25 85:2 89:8
  91:24 100:12
  103:6,9 118:12

118:23 123:20
  125:8,13 127:6
  130:4 134:18
  135:25 137:12
  140:11 141:22
  144:19 145:5,5
  167:23 170:3
  172:10 174:23
  185:25 186:17
  192:21 193:5
  194:22 200:1
  210:16 214:22
  214:22 215:18
  215:18 217:20
  240:3
**says** 12:15,17
  13:23 14:9
  15:25 23:12
  31:4 33:24
  39:14 41:5
  45:22 46:25
  47:10 48:14,17
  51:15 54:7
  57:10 58:2,8,12
  66:18 71:15,17
  71:25 82:16
  88:18 96:6
  98:11 100:4
  101:3 123:12
  124:25 126:1
  126:22 127:14
  139:18 142:15
  143:1 157:16
  157:19,24
  158:9,13
  163:12,15,18
  165:10,12
  168:13,18,19
  172:21 173:16
  190:17 191:7
  194:21 198:17
  207:6 212:19
  213:2,19,23
  220:19 224:5
  225:19 226:7
  227:19 228:19

230:15 232:3
  233:6 236:1,11
  237:15
**say-so** 130:11,13
**SCA** 2:23 5:1
**SCADA** 211:9,11
**scan** 43:7 167:10
  169:15
**scenario** 177:23
**schedule** 43:13
  45:9 190:12
**Schiller** 1:17
  2:12 4:9
**schools** 47:18
**scientist** 55:9,22
**scope** 11:13
**screamed** 218:1
**screaming**
  100:25 218:3
**screen** 14:22,23
  21:8 38:1 54:6
  62:20 210:1
  238:16
**screening** 13:14
**screenshot**
  242:25
**screw** 243:6
**scroll** 22:10
  41:20 42:4 43:1
  167:6 172:19
  174:13 198:9
  207:1 219:22
  224:21,22
  242:14 243:22
**scrolled** 178:24
**scrolling** 154:11
**SE** 2:13
**sea** 61:12
**Sebastian** 134:8
**SEC** 19:7
**second** 22:14
  39:22 57:13
  65:1 66:16 67:4
  67:8 68:17 70:2
  71:2,11,14
  73:23 74:25



82:7,8 84:11
88:20 127:13
142:24 156:20
170:12 171:8
171:12 173:8
173:15 174:13
183:10 215:25
220:15,16
232:1,9 234:18
**secondary** 83:7
116:18 119:20
119:22
**seconds** 92:4
**secret** 212:3,5,6
213:4,7,10,17
**section** 7:15
42:17 66:17
92:13,17 96:16
97:4 99:23
100:3
**secure** 193:24
**securities** 19:6
**security** 145:19
145:22 169:7
181:22 211:20
211:25
**see** 6:9 17:1,25
30:17,20 31:4
32:7 33:5,6,7
36:1,5,7,10
37:14,15,16,19
38:5 39:1,13,15
39:22 40:14
41:5,9,10 42:3
42:25 43:4
45:19 46:10
50:21,22 51:6
51:14,18 53:2
55:5 57:12,14
57:15,18,19,21
57:22 58:4,5,8
58:11,18,19
63:12 64:2
66:18 67:7,8
69:12 71:8,9,11
71:14,15,25

72:2,3 84:11
86:25 92:12,13
92:15,16 95:8
96:8,11,11
98:11 101:7,8
102:8,10 103:2
103:4 113:2,9
116:18 118:6
119:10 123:5,8
123:12,14
124:24 125:2
125:22,25
126:22,24
127:15,17
131:14,16,17
131:25 133:9
133:15,16,17
133:19 135:25
137:8,10
139:11,14,14
139:18,21
148:20,23,23
152:13 154:9
155:14,15,17
157:16,19
158:13 160:18
160:19,23,25
162:11,13,15
163:1,12,14,15
163:18 164:9
164:17,20,21
164:23 165:2,4
165:7,11,13,18
165:21 166:8,9
168:13 169:18
169:22 170:5,8
172:16,20,21
173:8,17,18
174:14 175:2
176:9 177:1
179:11 183:12
184:11,12
185:16,17
189:19 197:4
201:6,7,9,12,13
201:14 202:13

202:14 203:3,7
206:25 207:3
207:15 210:3
210:11,12
213:2,19,22,25
214:4,6 215:25
216:17,18,19
216:25 219:23
219:25 220:15
220:24,25
224:5,6,16
225:24 226:4,5
226:9,16,17
227:20 228:2,6
228:18 232:6
232:21,24
233:5,11,12
236:4,5,9,10,11
236:16 237:2,6
237:9,12,15,16
237:19,20,22
237:23 238:25
239:5 243:22
243:23
**seeing** 32:10
53:18 63:20
78:18 128:20
176:22 196:22
219:13 235:13
**seek** 19:11,14,16
35:18 188:24
189:21 190:9
238:7
**seeking** 12:1
18:12 20:5
25:14,15,18,20
25:20 100:16
127:5
**seen** 42:5 48:12
123:25 138:4
154:6 174:1
176:6,12
224:11
**seizable** 19:20
**seize** 20:2,9
**seized** 18:16

19:15 125:2,5
217:18
**selected** 196:23
**self-deprecate**
122:13
**self-isolation**
189:16
**sell** 40:5 216:22
225:24
**selling** 12:14
**send** 138:18
140:10 149:4,7
152:19 154:1
154:12 155:18
155:20 157:14
160:4 161:1,17
163:9,19
172:22 173:20
173:21 175:5
178:9,14 179:8
179:17,22
180:5 202:4
226:2,18,19
227:2,5,9,11
228:22 233:2
242:11,16
**sender** 168:7
**sending** 153:17
174:19
**senior** 181:7
**sense** 88:12 92:22
**sent** 36:14 48:14
54:1 86:10
107:5,10 108:7
109:11,15
125:15 127:8
139:25 149:2,7
152:17,20
159:21 174:4,5
174:18 201:25
220:12 225:11
225:12 226:20
227:3,8,13
230:10,16
237:24 238:1
241:18

**sentence** 39:23
67:8 125:22,25
126:7 127:13
128:1,5 141:11
141:13,13,16
141:24,25
142:3,4 143:21
143:22,24,25
144:2,3,8,9
145:14 146:3
148:25 173:8
173:15 179:12
187:10 198:22
198:24 202:17
203:13 210:14
211:5,14
213:23 220:16
**sentences** 177:21
231:7
**separate** 31:14
**September**
164:10,15
165:5
**series** 44:19
124:2 178:8,13
179:8,17,22
226:20
**server** 160:1,5
186:4 193:22
193:25 195:3,8
195:9,14
**servers** 159:5
186:5 215:2
233:19
**service** 9:15
180:7 181:19
**services** 2:24
4:12 239:20
**session** 62:9,12
63:14,23 65:1,6
66:19 67:9,24
92:25 93:7 94:1
94:4,10,15
100:15 205:12
**sessions** 57:18,19
57:21 62:7


MAGNA
LEGAL SERVICES

66:12,13 84:4
100:23 239:17
**session[s** 63:10
**set** 18:2 137:6
146:8,13 181:1
188:4 205:3
220:21 231:18
246:3
**setting** 26:7
146:7 153:10
245:5
**settle** 217:9
**settlement**
217:13,14
**set-up** 231:14,17
**Seven** 200:24
201:3,20,21
202:6
**Seychelles**
240:21 244:8
**shame** 233:9
**shaped** 157:4
**share** 15:11
16:14 32:4 35:2
35:22 42:20
54:12 57:4
62:16 63:16,20
63:20 67:20
75:20 76:6
115:22 131:15
132:9 136:7
139:5 151:22
153:1 165:21
**shared** 173:22
**shareholders**
105:23,25
215:12
**shares** 140:11
167:4
**sheet** 196:19
**shits** 214:2
**shoehorn** 60:17
**shops** 19:14
**short** 54:24
113:10 117:6
152:23

**shorter** 93:9
**shortly** 21:14
241:17
**show** 40:10 49:10
117:17 118:17
173:23 174:7
249:5
**showed** 74:24
**showing** 67:16,16
116:1 131:1
132:1 138:5
144:6
**shown** 6:6
**shows** 65:10
104:8 135:25
164:25 235:19
**shut** 125:10
**sick** 189:18
**side** 133:18
**sign** 167:11
**signature** 7:10,14
**Signatures** 7:11
**signed** 12:5
158:15 167:13
247:13 248:22
249:20
**signing** 12:3
**sign-off** 174:16
**silent** 94:9
**Silk** 19:25 47:17
234:5
**similar** 194:10
231:7 241:2
**Simon** 2:23 5:1
**simple** 11:1
21:20 27:14
59:16 87:11
88:1,15 135:1
242:23
**simplest** 96:13
**simply** 189:3
**simultaneously**
186:12
**Singapore**
240:22
**single** 195:8

**sit** 72:9 94:18
150:4 244:10
**site** 160:24
242:25
**sitting** 73:3 82:3
217:24
**situation** 46:4
117:18 188:21
190:6,10
205:15
**situations** 41:12
**six** 111:23 187:19
187:23 204:22
244:18 246:9
**skill** 248:9
**skills** 122:19
124:25
**Skip** 88:19
**Skype** 197:8
207:7
**slack** 13:24 14:3
14:6,8,9,20,24
16:4
**slag** 14:8
**Slater** 224:1
**slightly** 47:25
182:20
**slip** 196:19
**slot** 13:6,13,17,23
**slower** 14:12
**slowly** 40:7
224:21
**small** 7:7 8:4
100:23 179:25
196:22
**smart** 207:10
210:16,20,21
**social** 8:22 134:7
205:21
**socialist** 194:14
**software** 211:10
215:4 233:25
**sold** 202:20
203:15 204:9
**sole** 17:8 134:6
**solicitor** 112:5

153:19,22
**solicitors** 106:7
110:18,20
111:1,4,6,6,11
111:14 209:7
209:11,12,14
**solution** 194:5,16
**solutions** 175:23
**somebody** 23:12
29:19 126:13
132:18 133:10
201:17 232:18
**somewhat** 208:13
**son** 139:19
142:15 143:2
**sorely** 80:1 99:7
**sorry** 8:17 10:2
20:19 26:8
34:14,21,24
39:4 48:21 49:5
50:15 58:14
66:23 83:16
86:4,22 108:15
119:12 131:6
138:8 146:16
146:16 161:10
161:12,15
163:3 175:19
178:20 197:12
199:18 206:9
206:18 207:4
221:22 226:25
231:16 233:1
236:7 244:13
**sort** 75:8 104:9
108:21 113:2,9
147:2 183:5
208:1
**sought** 19:18
38:25 60:15
125:10 188:21
189:19 190:6
**sound** 39:4 40:22
40:24 73:9
**sounding** 210:24
**sounds** 155:19,22

155:25 191:17
**source** 17:15,24
130:21,25
**sources** 20:6
128:12 129:15
130:17
**South** 181:12
182:24 206:15
215:1
**SOUTHERN** 1:1
**space** 15:25 16:5
88:14
**speak** 5:15 9:1
14:12 44:22
57:1 73:6 74:9
74:19 79:13
81:1 86:9 94:14
99:2
**speaking** 73:13
81:3 140:25
**specific** 68:10
135:13 214:24
**specifically** 29:23
81:20 106:8
154:7 215:17
**specificity** 52:3
**speech** 91:4,6
104:12,16,19
104:21
**spelling** 5:6
**spending** 245:10
**spiked** 189:17
**spinning** 162:7
196:23,24
204:17
**spoke** 79:23
80:18,24 81:17
81:25 99:4
182:1,2,2,4
208:11 216:24
**spokesman** 82:4
**spoof** 138:3
**Sporting** 203:23
203:24
**spreadsheet**
197:3



spy 147:14
148:12
Square 1:17 4:10
staff 8:21 9:17
26:6 37:10
56:15 135:7,23
140:10 159:6
167:23 215:13
215:13
stage 9:12 171:16
171:16,17
202:7
stamping 180:16
stand 61:9,11
62:2
standing 217:23
stands 66:9
start 130:19,24
166:12 177:4
179:13 184:5
199:16 206:1
224:15 226:1
245:18,19,20
started 6:16
158:14 181:20
184:19,25
203:21 208:12
210:16 233:8
233:20 239:12
starting 116:17
starts 36:2 43:9
67:6 92:14
166:6,11
179:12 184:7
197:22 202:15
216:17 220:5
state 4:14 19:1
83:18 103:25
120:15 127:17
176:2
stated 34:22
38:15 44:6
73:13,17 202:5
statement 17:18
31:10 42:14,16
58:11 62:22

69:17,20 70:10
70:11 74:7,14
74:16 76:7
78:21,23 80:9
82:20,22 85:6,8
89:10,12,13,15
90:1 91:9 92:1
92:3 94:23
103:22 104:23
110:6,7 120:16
126:4 144:21
149:8 157:5
171:9 177:12
185:25 191:9
191:13,14,15
191:16,17
202:1 206:24
207:2,17 209:8
209:11 210:7,8
216:19 239:23
241:10
statements
103:15 104:4,5
122:4 189:8
states 1:1 4:6
69:4 77:24
182:25 218:13
218:15,17
221:13
stating 241:20
statistician 86:3
statistics 85:25
121:13
stay 132:12
185:13 187:2
193:7
stayed 150:2
stays 228:1
Stefan 27:17,22
28:10 32:19
33:22 34:6
41:13,18,24
49:22 50:20
51:18 53:4,23
54:1 55:3,25
63:1,1

Stefan's 41:16
Stefan@ ▮▮▮▮
41:17
Stenographic
248:6
step 119:13
stepped 116:7
Steven 7:1 233:6
stick 45:2
sticks 90:7
stipulate 28:7
stipulated 27:24
stone 18:2
stood 217:22
stop 49:14,17
116:11 189:25
190:14 215:25
stopped 137:13
181:23
stored 7:10
stories 173:13
176:23
story 16:16,23
40:17,19,19
41:7 50:2
100:11 102:6
102:12 103:1
104:25 105:6,8
148:8 208:6,7
strategic 31:25
stream 73:16
124:18 130:23
174:18
Street 1:17 2:13
4:10
strike 21:2 46:13
135:17
strong 211:10
stronger 97:8
structure 193:21
studied 186:7
studies 195:11
studio 137:5
study 186:9
studying 187:4
stuff 90:8 226:8

Sturt 183:2
195:13 239:18
subject 52:8 56:1
63:3 112:14
169:13 243:23
subjects 65:11,14
submit 54:8
submitted 56:16
83:10 85:16,21
107:24 108:22
substance 10:18
sub-state 140:21
successful 75:4
114:2 240:14
successfully
211:25
suddenly 39:4
sufficient 8:5
suggest 44:7
suggesting 67:11
suggestion 44:10
112:19
Sugiyama 119:23
suit 117:12
Suite 2:3,8,13,18
suits 104:1
sum 10:18
summarize
100:13
Summer 106:9
106:10 108:25
111:5 242:11
Sunday 54:9
sunk 228:14
super 147:13
supervisor 85:18
86:13,22
supervisors
85:20
supervisory
211:9
supplying 80:3
99:9
suppose 77:10
78:19
supposed 43:17

129:6
supposedly
130:22
supposition
76:14
suppositions
76:12 93:22
101:12
suppress 182:21
183:18,23
184:9,23
suppressing
185:1
sure 14:10,23
15:18 34:22
36:19 39:6
46:20 53:14
56:23 73:12
83:6 90:13
112:12 117:1
132:5,6 136:19
147:6,18
178:15,17,21
199:10 214:4
225:1 229:16
234:22
survivability
195:11
survival 195:11
survived 149:13
174:25
suspect 21:15
suspicion 74:22
sustain 148:16
SV 134:19
swear 75:9
sworn 5:4 248:5
symbol 196:24
204:16
symptoms
189:12,15
system 11:1 16:6
17:7 18:5,7,13
83:13 194:2,6
194:10,12
195:1,3,7 211:8



MAGNA ▶
LEGAL SERVICES

**systems** 40:7
194:3 211:11
**Szabo** 33:10,19
33:25 34:3,11
35:17 39:14,19
39:20

**T**

**T** 249:2
**table** 73:3
**tacked** 174:15,19
175:4 194:18
**tagged** 47:17
**take** 6:13 7:23,24
15:10 20:3
22:13 33:22
35:3 43:6 49:11
49:13 51:2
54:22 64:8
65:18 71:1,6
101:16 111:7
112:25 116:24
117:4 118:19
119:13 152:3
152:22 157:7
162:3 163:25
164:12 165:21
166:25 171:24
187:14,25
197:1 200:7
201:4 207:19
215:24 223:18
229:17 235:5
244:25
**taken** 1:21 4:9
5:11 6:5 8:12
9:20 10:10
12:21 24:23
113:22,23
187:5 195:1
248:12
**takes** 193:17
**talk** 48:8 73:9
80:17,20
110:22,25
141:18 149:16

149:21 181:14
191:4 212:7,8
**talked** 72:5 95:1
146:24 149:13
150:23 175:8
180:25 181:10
210:21 233:17
**talking** 7:6 26:22
34:2,6 38:18,18
39:14,19 40:17
41:9 72:17,21
73:3 86:8
129:22 145:24
150:10 157:22
157:23,25
158:3 175:6
182:5 184:15
184:16,19,21
186:3 196:5
204:5,8 211:22
**talks** 28:16 210:8
**tax** 105:19 106:1
106:25 107:1,3
107:6,11,25
108:8 110:2,11
181:1,7 217:8
226:14 234:13
236:1 241:20
**teach** 122:3
**team** 31:4,9,19
93:12 95:3 97:7
120:18,20,22
121:2 126:23
127:1,2,6,7,14
127:22 176:4
**teams** 103:6
**technical** 49:8
65:11 155:2
188:17 189:5
214:10,12
216:1
**technically** 78:6
108:17 159:24
**technology** 50:16
54:22 207:4
**Tel** 2:14

**teleconference**
204:21
**telephone** 2:2,4
2:17,23
**tell** 16:18 61:7
75:2 80:19
86:23 87:1,3,5
87:11,15,18,20
87:22,24 88:3,6
94:18 112:3
131:20 132:1
132:11 137:1
140:20 145:16
156:5 164:24
168:12 175:10
175:13 188:9
191:3 226:8
**telling** 39:17 73:4
75:23 97:11,18
97:21,25
100:25 102:25
104:6 142:14
171:20 176:15
181:17 233:25
**tells** 18:9
**temper** 65:14
**temperature**
152:6
**ten** 20:1
**term** 7:5 92:22
109:25 185:16
200:15 237:15
**terminology**
199:25 217:19
**terms** 9:15 11:3
17:5 65:7 93:11
95:14
**terrible** 8:10
33:21 134:10
169:15
**tested** 180:17
189:14 190:5
**testified** 176:2
**testify** 6:18,20
120:14 240:12
**testifying** 117:11

**testimony** 6:4
102:20 117:11
118:7 133:4
137:22 140:18
141:9 143:13
173:19 176:6
176:10,12
184:14 185:20
238:8
**text** 74:4 77:24
82:16 84:24
96:11 116:7
123:14 139:15
165:7 207:8
**thank** 6:15 11:16
11:19 32:11
42:19 44:10
50:6,16 155:10
208:22 219:10
237:1
**thanks** 41:2
45:22 51:15
63:15
**theory** 121:14
**thereof** 193:20
248:7
**thesaurus** 196:3
**thesis** 85:21
**thing** 19:9 33:3
41:16 47:7
61:25 62:3
78:20 100:6
101:4 103:6
115:13 134:5
162:8 174:17
187:3 196:23
196:25 204:17
207:23 208:1
218:2 231:18
243:4
**things** 9:21 10:10
10:23 19:22
22:24 26:17
27:5,6,7,8 42:5
47:8 59:4 72:5
72:11 75:8

81:15 88:13
95:2 100:17
101:20 103:22
117:19 120:15
122:8 129:10
129:15 130:21
143:5 147:3
150:17 158:1,3
168:1 169:8
171:18 174:1
174:18 176:22
177:5,17 183:5
184:21 185:17
186:20 187:8
191:25 192:3
194:9 212:4,7
214:3 215:3
217:7,17
226:16 228:1
231:2 233:18
233:19 245:4,5
**think** 14:13 15:6
27:14 33:3
36:18 37:12
54:13 57:25
72:7 73:14 77:6
77:11 78:7
83:21 90:2,4
95:9 108:13
112:24 116:9
124:23 144:8
147:4,7,17
155:8 167:17
167:18 168:1
183:7 188:5,12
193:2 195:18
206:2 231:2,7
233:15 235:12
238:8 242:4
**thinking** 47:19
101:22 176:21
**third** 11:24 53:13
143:4 145:17
145:23 146:10
148:20 185:11
193:12


MAGNA
LEGAL SERVICES

thought 33:20
43:23 60:17
83:1 102:6
181:24 193:24
205:14
thoughts 101:13
thousands 26:4
64:9
thread 36:4
three 91:8 116:16
119:11 137:18
139:2,19
140:17 143:2
146:3 148:5
149:13 181:6
181:16 184:3
232:2,5 244:19
three-quarters
166:9
threw 61:19
throw 61:22,23
Thursday 63:11
230:12
tie 117:10,12
118:11,18
tight 216:21
tight-knit 179:25
time 4:8 6:12
23:24 24:24
25:2,8 26:6
45:8 47:9,17
49:11 53:13
69:10 78:24
88:14 94:2,12
97:2 106:2
115:1,7 132:20
135:20 141:2
142:21 147:16
150:6 152:18
154:24 156:7
162:2 165:8
171:17 177:13
180:13,16
182:15 184:16
187:17 188:4
188:11 189:22

190:10,19
193:14 194:5,8
199:9 207:25
208:18 216:23
234:22 239:11
240:25 241:3,9
244:17,22
245:8,17,19,22
245:25 246:3,6
timeframe 26:22
times 17:8 22:24
40:17,19 57:22
59:3,18 80:18
117:17 122:13
142:2 144:20
149:13 175:9
178:5 190:12
231:5,8
timestamp
193:20,22,25
194:3,5 195:3,8
195:9,14
time-stamping
181:18
tired 220:7
229:16
tissue 151:4
title 53:1,2 55:11
55:19,22 116:5
titled 55:8 67:24
165:22 238:21
today 4:7 6:17
69:18 74:15
80:10 82:21
85:7,9 88:19
89:11,13 99:13
102:17 103:14
120:14 167:22
172:22 173:19
184:14 190:9
205:12,25
245:14,16
token 18:1
tokenization
194:11
tokens 17:8,9

18:3 182:6
told 23:11 39:18
43:20,23 45:2,5
72:10 75:7,11
75:23 76:5 84:2
88:6 102:17
103:14 126:25
141:6 143:10
143:18 150:23
190:8 213:13
221:1 233:18
233:23 239:2
tone 65:7 93:11
95:15
tonight 229:21
top 22:12,14
42:17 57:17
63:25 64:17
71:12 79:8 81:9
88:18 156:10
160:25 162:25
168:12 223:23
224:15 225:4
230:1 232:1,10
234:17 240:16
240:18
topic 10:24
211:12
total 239:11
244:22
totally 150:15
touch 20:15
28:13,20 29:2
touched 203:24
228:16
tracing 11:4
track 15:7
129:21
tracking 146:23
166:3
trade 7:18
trail 11:2
trained 61:11
121:11,12,13
training 57:11,13
61:17,18 62:6,9

62:12 63:4,10
63:22 65:1
66:13 67:24
84:4 239:17
transaction 7:7
7:16 8:4 226:4
transactions
180:17
transcribed
66:18 67:9
220:10 237:21
248:8
transcriber
71:19
transcribing
236:3
transcript 13:23
13:23 72:20,23
73:1 113:16
114:8,15
119:15 142:17
236:2 238:9
247:6 248:7
249:6
transcription
70:10,15,18,19
70:22 71:22
72:6,14,15
109:20
transcripts 63:9
109:11,15,18
109:19 110:6
110:12 113:5
113:21 114:22
235:2,3
transfer 140:12
168:24
transferring
169:2
transmission
13:21 180:12
transmit 178:9
178:14 179:8
179:17,22
180:5
travel 199:8

205:22,22
245:25
traveling 46:11
46:15
treasurer 215:3
treat 150:5
tree 193:18,19
trial 117:10,23
tribunals 108:23
tricky 65:14
tried 61:7 181:14
185:22 186:24
186:24,25
187:2 188:24
245:3
trolled 181:23
troubles 217:16
234:1
troubling 67:18
true 31:10,13
42:14,16 56:4
103:25 104:11
120:9,11
123:13 146:4
161:23,25
163:21,23
171:8,9 173:13
210:19 243:10
247:6 248:8
trust 115:12
129:17 195:17
218:24 219:5
220:20 222:2,9
226:12,15
228:17 229:1
240:21 244:7
trusted 245:9
trusting 115:2,11
truth 79:3 122:14
122:14 233:23
truthful 120:16
truthfully 120:14
120:15
try 10:23 14:15
20:13,18 27:15
61:5 86:8 95:3



96:3 151:19
182:13 183:12
183:14,21
184:17,20
185:20 187:7
233:7
**trying** 11:3,5
14:17 24:24
26:17 28:6 33:1
41:10 54:21
68:21 75:9 96:4
96:4,20 98:4
112:22 159:24
160:1 164:12
185:18 200:13
201:3,21 202:7
217:14 220:6
240:15 241:13
**Tuesday** 57:17
166:6
**Tumbi** 215:1,2
**turn** 68:12 79:5
83:2 88:16
92:11 98:8
178:22 185:10
207:4,5
**turned** 60:9
117:24
**turns** 73:1
**tweet** 133:9
134:12 135:1
135:15
**tweets** 9:4
**twice** 87:13
**twins** 233:7
**twist** 187:8
**Twitter** 8:6,19,23
134:6 135:21
**two** 38:14 40:3
49:8,13,17
63:10,23 78:2
78:16,18 90:25
91:1,7 92:3
98:24 103:21
115:3 117:19
129:2 131:14

131:16 132:16
139:19 140:17
143:2 146:6,8
146:12 148:6
158:1 184:15
184:21 185:17
186:11,18,20
190:21 192:22
**two-sided** 217:21
**type** 53:21,23
125:23 126:9
126:10 128:20
139:22 141:14
141:25 142:6
143:20 144:1,2
144:4 148:25
154:14 177:23
**typed** 53:20 85:4
139:24 140:6
141:8,12,15,25
142:3,4,5,6,8
143:4,22,25
144:7,9,11
163:14 220:10

**U**

**U** 220:5
**UK** 2:23 7:12
47:18,21
138:14 146:1
146:25 148:12
182:2,25
203:25 205:9
205:10 208:3
240:23 242:9
**um** 192:24
**Umbi** 215:1,2
**unbelievable**
148:9
**uncle** 170:20
171:15
**uncomfortable**
118:22
**uncommon** 22:20
**underneath**
12:17 31:3 33:9

64:3 74:3,4
77:21 79:16
210:13 224:5
**understand** 5:19
5:20,24 6:3,4,8
6:8 13:22 39:6
76:24 112:16
112:18 113:18
132:7 135:11
138:2 140:23
142:13 146:2
165:15 176:15
179:13 190:21
197:19 226:3
227:24 229:22
239:9 245:24
**understanding**
27:13 170:21
**understands**
48:17 179:15
**understood** 6:1
11:6 14:11
**undertook** 108:9
**underwent**
105:25
**unfortunately**
7:22 29:7 86:2
104:14 171:4
**Ungar** 206:15
**United** 1:1,19 4:5
4:11 218:13,15
218:17 221:13
**Uniting** 215:1
**universities**
195:12
**university** 86:21
183:1,2,3
239:18,19
**unreasonable**
206:3
**unrelated** 185:18
**untraded** 244:10
**untrue** 148:7
**Upcoming** 40:18
40:20 41:8
**update** 205:14

**updated** 9:16
51:16 55:20
56:1 57:25
109:19 239:16
**updating** 208:10
**upload** 16:13
35:1,21 37:21
50:10 54:11
62:15 67:20
115:22 122:21
131:15 151:22
154:24 160:9
160:14 172:3
**uploaded** 15:2
131:17 154:19
216:4,6
**uploading** 42:20
57:3 63:16
129:1 136:6
139:5 160:14
**upside** 33:5
**USA** 7:12 182:24
**use** 6:14 7:19,23
10:16 11:3
12:18 14:22
15:24 46:17
52:4 68:2 122:4
125:20 158:7
160:4 161:17
174:20 193:17
195:2
**useful** 63:12
**username** 8:7
**users** 180:13
**utility** 124:24
**utterly** 88:12
144:17
**Utz** 106:3,6,9
107:4,23 108:6
108:18,18
153:18
**Uyen** 8:13 26:20
27:7 37:6 140:8
140:25 201:19
201:19 202:5

**V**

**v** 1:8 4:5
**valid** 48:13
**value** 182:6
197:24 226:3
239:11
**various** 9:20
10:10 45:10
56:10 124:2
130:17
**Velvel** 2:6 4:15
**Vel@rcfllp.com**
2:5
**vendor** 168:14,16
168:19,20
**verified** 230:16
**verify** 225:14
**Vero-sign** 195:2
**version** 35:19
89:7 99:19
136:3 137:4
161:13,14
170:17,18
171:3,6 194:14
195:13
**versus** 133:14
**veteran** 241:3
**Victoria** 30:13,25
31:5 43:3,5
63:2 182:24
**video** 4:8 6:5
14:16 188:8
**Videographer**
2:25 4:2,11
205:5 244:18
246:8
**VIDEO-TAPED**
1:11
**views** 191:6,19
**Vinny** 134:20
**virus** 188:20
**Vision** 9:19 10:1
10:6 12:16
115:23 116:3
119:2,8 156:3



156:13 172:3
178:22 184:2
185:11 202:8
231:21
**vista** 159:18
**vistomail** 91:3,6
160:8 161:2,4
163:13,16,22
163:24 164:19
164:25 165:17
166:11 168:24
169:2,5
**visual** 137:5
**Vitalik** 33:19
35:18
**voice** 207:8
**voluminous**
113:16
**Voorhees** 19:5

──────────
**W**

**W** 2:10
**wait** 112:11
136:17
**waiting** 11:10
50:15 98:20
133:22 136:11
165:25 204:13
204:19 209:25
217:12 225:20
238:15
**waive** 142:10
**Wales** 181:12
182:24 206:15
215:1
**walk** 190:1
**wallets** 175:21
**want** 15:18 18:15
18:18 25:17
27:11 28:10,24
29:5 34:11,21
36:13,21 46:18
47:19 48:18,23
64:23 68:21
69:14 72:3 75:3
75:4,5,24 78:20

81:18,20 82:5
83:9,11,12
95:18 96:3,19
102:12 104:8,9
107:16 113:3
113:15 117:7
117:11 119:13
122:14 132:6
142:13 143:16
148:19 155:7
173:12,12
177:25 183:4
186:5 189:1
207:19,23
215:5 224:19
224:21 226:15
228:1,6,12
229:14,20
234:18 244:8
244:12
**wanted** 24:22
25:5,7 26:2,11
27:1,3 33:19
35:16 40:4 42:8
43:24 44:2,13
44:16,25 45:6
53:14 61:10
68:10 69:12
70:11,25 72:11
75:16,20 78:22
83:12,18,20,21
90:5,13 95:1
101:10,15,20
102:13 103:16
103:18 182:1
184:8 188:23
190:11 191:4
194:14 208:15
233:22
**wanting** 59:14
78:24
**wants** 49:16
**war** 241:3
**warrant** 181:2
215:16
**wasn't** 61:6

66:15 150:14
203:6 204:7
**watched** 72:10
**watching** 14:9
**water** 185:23
**waters** 185:6,12
185:20 186:1
187:7
**Watts** 37:9,16
41:24 45:20
46:5,14 47:6,10
47:24 49:22
50:21 157:12
219:20 224:2
230:5 237:5
241:11,15,16
242:12
**waving** 240:13
**way** 18:4,8,10
24:11 26:12
35:16 42:4
61:10 65:10
68:3 69:8 73:5
78:6 80:1 96:13
96:25 99:7
100:17 108:16
118:8 125:14
126:1 129:18
130:4 145:20
156:1 166:10
167:15 190:23
193:24 195:16
201:6 203:13
217:11 224:20
228:5
**ways** 194:10
217:22
**web** 89:21
**website** 12:23
17:22
**Wednesday**
201:4 208:21
245:23 246:4
**week** 26:5 63:15
80:18 113:17
113:20 149:14

174:25 188:22
190:8
**weekend** 188:23
189:11
**went** 147:9
174:12 186:12
189:14 215:16
240:5
**weren't** 232:3
**west** 214:19
**we'll** 80:3
**we're** 99:15
**we've** 88:19
**wheelchair** 241:4
**white** 7:15 12:17
17:24 64:7
83:10 85:11,13
85:15,23 99:15
133:12 151:16
156:21,23
159:12,22
160:24 162:8
193:12,16
**whoever's** 92:19
**wide** 196:2
**wider** 45:24
**widespread**
193:13
**wife** 37:9 41:24
171:17 177:22
191:10,17
196:12 212:9
224:2 230:5
240:4 241:23
**wife's** 186:4
191:14
**Williams** 147:9
147:11
**willing** 100:17
189:3 245:19
245:20
**Wilson** 210:24
**win** 228:13
**windows** 137:5
**Wing** 146:14,18
**Winklevoss**

233:7
**wish** 118:15
184:23
**withheld** 110:4
112:4,4,7
**witness** 59:9
177:2 206:23
207:2 209:8,11
210:7 247:1,3
**WKID** 244:12
**wonder** 49:9
**wondering** 137:7
**Woodview**
214:25
**word** 7:19,22
25:21 46:18
50:4 64:22
68:21 71:9
88:11 92:22
96:3,19 107:12
167:14,14
178:4
**words** 26:13
28:18,19 37:14
40:1 42:12
45:23 66:22
71:18 100:14
101:24 102:10
135:9 140:21
140:21 152:19
152:20 179:1
185:24 233:9
**work** 15:25 16:5
30:22 33:10,20
43:25 85:24
93:10 95:14
100:4 107:17
120:8 122:7
134:10 156:24
159:3 181:13
194:9,15
202:15,19
203:14 205:23
212:3 214:11
245:7
**worked** 56:13



MAGNA
LEGAL SERVICES

100:9 106:3,8
106:13,20
108:19 149:3
150:16 186:6
200:14 210:17
210:19,22
**working** 31:6
32:25 35:13
76:2,3,5 111:18
116:7 146:23
175:22 181:11
197:24 200:3
204:4 231:3
245:4
**works** 18:11 42:4
132:24 138:1
146:15 160:14
228:13
**workshops**
239:17
**world** 148:22
149:10 150:19
218:2
**worldwide** 89:21
**worry** 90:8
**worse** 217:22
**worst** 157:16
**worth** 19:8,9
233:7 239:11
**wrap** 244:23
**Wright** 1:9,12
3:3,4 4:4,5,24
4:25 5:2,4,8
6:13,24 7:1,3
8:7 9:9,10 10:1
11:21 12:18,22
14:19 15:1,10
15:19 16:13
18:21 22:21
23:1,25 24:15
26:21 27:25
30:9 32:5 35:21
36:5,22 37:21
40:18,20 41:8
42:10,19 44:1
44:11 49:1,12

52:14,21 53:6
53:16,22 54:4
54:11 55:9,21
57:3,11 58:3,6
58:20,24 60:10
62:15 65:16,19
66:7 70:13,22
71:1,24 74:12
77:13 79:5 82:6
82:18 83:2 84:7
85:3 87:2,6
91:11 93:15,16
94:8 95:13,24
96:14 98:20
99:22 100:13
101:5 102:17
103:2,14
104:13 107:22
108:4,11
109:14,22
110:16,22
111:14 112:3
113:3 114:10
114:10,14,24
116:4,12 119:1
119:9 122:21
123:2 124:20
128:23 129:1
130:1 132:1,19
133:7 134:17
136:6 137:22
141:3,17 142:9
142:13 143:6
144:20 145:8
146:13 147:4
147:13,21
148:1,12,19
149:18 153:1
154:18 156:2
156:14 162:3
162:13 163:3,4
163:10 165:5
166:24 171:20
172:6,17 173:9
175:6 178:7
180:18 182:9

183:9,11,14,21
184:1 186:11
187:13 190:20
191:3,22
196:17 197:17
197:21,22
198:2,9,13
199:17,22
200:7 201:6,7
204:11 206:4
206:17 208:24
211:13 212:2
212:16,22
218:5 219:19
231:11 232:18
232:19,23
233:6 234:21
236:25 237:2
237:14 238:2
238:12 239:9
239:15 240:11
240:17,19,20
241:25 243:10
244:25 247:3
248:5 249:4
**Wrightson**
238:24
**Wright's** 113:21
148:8 190:12
**write** 9:4,6 12:25
13:1,3 65:17
84:20 85:10
93:17 121:10
127:21,25
128:4,23 133:5
133:23 135:12
140:20,23
141:7 143:3
145:13 146:6
151:15 166:21
166:23 169:24
170:10 172:25
173:1 201:9,12
201:15,17
202:3 209:13
212:17,25

220:14
**writing** 81:9
137:19 162:17
209:15
**written** 9:11,21
10:11 11:25
**wrong** 49:25
140:4 160:1
206:19 212:21
**wrote** 12:9 16:15
22:15 30:22
84:25 133:2,12
133:13 137:3
156:21 169:25
171:7 220:1
233:6 243:14
**W&K** 1:6 168:14
168:16,20,21
169:5 211:23
211:23 213:21
214:3 218:9,11
239:12,13,24

**X**

**X** 3:1

**Y**

**Y** 29:25
**year** 215:15
233:10 237:18
**years** 8:11 20:1
69:6 96:7,23
111:24 137:18
140:5 159:7
167:22,25
177:7 210:18
**yelled** 45:7 217:5
218:1
**yelling** 100:25
218:3
**yellow** 177:1,3
**York** 2:8 189:13
**young** 89:19

**Z**

**zone** 199:9

**zoom** 50:16
202:11
**zoomed** 32:8,16
35:6 202:12
**Zuckerberg** 75:6
75:25
**ZUKU** 194:13
**Z10** 3:18 192:5,6
**Z4** 165:22

**$**

**$5,000** 239:12
**$50,000** 19:7,11

**0**

**0.1** 136:4 137:4
161:13,14,15
**00115519** 235:6,7
**01097415** 3:20
219:6,7
**01589197** 206:18
**01597484** 3:20
223:19,21
**01859475** 3:23
242:2,3,7
**019** 206:19
**0385767** 164:1,3
**08.47.42** 198:13

**1**

**1** 3:3 15:4,11,12
38:14 67:24
68:13 74:23
95:25 124:14
139:9 146:15
146:17,17
168:11 172:9
187:25
**1st** 40:16
**1.02** 154:9
**1.06** 154:19,24
**1.1** 240:24
**1.21** 233:6
**1.33** 4:1,8
**1.38** 165:5
**1.42** 9:23



**1.55** 9:24
**1.56** 10:3
**1.57** 201:5
**1.58** 10:4
**10** 7:15 71:10
 113:1,8 117:2
 137:3 229:18
 229:19 237:11
**10%** 240:25
**10.21** 169:21
**10.30** 170:3
**10/4/2013** 198:13
**100** 2:13 17:8
 186:10 199:2
 199:12,17
**1000** 2:18
**10016** 2:8
**11** 116:12 119:1
 123:7 139:12
 237:9 238:17
 238:20
**11-page** 237:11
**11.26.06** 197:23
**11.30** 58:5
**11.48** 163:2
**112712** 162:4,5
**112964** 212:10,12
**112966** 212:15
**115179** 235:8
**115519** 235:9
**115933** 124:21
**115950** 3:11
 122:23,24
 129:23 137:16
 154:19,20
 155:5,9 171:25
**117** 197:11
**12** 73:14 156:10
 188:4,6 190:20
 202:10,12
 212:17,23
**12.30** 58:10
**12/2/2013** 197:23
**1268220** 129:2,4
 131:23 133:20
**127** 3:11

**1277609** 129:3,5
 131:23 133:1
 134:17
**13** 207:5
**13.00** 58:10
**13:00** 58:18
**134** 3:12,12
**1369334** 3:14
 153:2,5,6
**13694** 3:17
 166:25 167:1
**13697** 168:4,5
**14** 64:16,19
 165:12,13
**14.28.41** 199:17
**141** 3:13
**144** 3:13
**15** 3:3 83:2
 162:12 163:1
 178:23,25
 230:12
**158** 3:14
**159** 3:14
**15950** 155:8
**1597497** 3:19
 204:11,14
**1597500** 206:19
 206:20
**1597598** 3:21
 229:6,7,12
**16** 1:14 4:7 67:24
 84:10 231:24
 232:8 247:8
**16:00** 58:18
**161,179** 3:15
**1667260** 3:19
 208:25 209:2
**1667263** 209:17
**1667372** 196:18
 196:21
**167** 3:15
**168** 3:16
**17** 3:4 197:16
**170** 3:16
**172509** 3:9 62:16
 62:17

**172510** 3:10
 63:17,18
**172523** 3:10
 64:18 67:6
**172528** 3:11
 67:21,22 68:13
**172533** 69:24
 73:21 77:15
**172534** 79:7 82:7
**172537** 71:11
**172543** 84:11
**172547** 88:18
**172551** 92:12
**172552** 98:9
**172557** 3:7 40:11
**172559** 50:11,12
 55:24
**172560** 54:13
**172753** 3:9 57:4,5
**1729560** 54:16
**1729562** 3:8
**173** 3:17
**173525** 71:4
**18** 62:10 67:24
 234:16,23
 236:3
**19** 3:4
**1910** 2:8
**195** 3:17
**1970** 7:2
**1985** 234:9
**1991** 193:16
 194:24
**1994** 89:21
**1996** 194:25
**1999** 195:1

― **2** ―

**2** 3:4 16:20 21:5
 38:16 43:18
 74:24 124:17
 142:23,25
 146:20,21
 216:16 219:21
 242:12
**2nd** 2:13

**2.34** 225:19
**20** 88:16 191:21
 192:1 201:5
 210:4,7
**20/2/19** 192:10
**200** 2:3 3:18 26:6
**2005** 203:19
**2006** 175:1
**2007** 27:19 83:10
 85:16 158:14
 158:18 159:3,8
 181:20 210:17
 210:20
**2008** 85:22 86:10
 154:9 159:8
 170:15 181:6
**2009** 17:7,23
 21:14 106:19
 165:17 171:2,4
 215:11 231:12
 231:19 232:4
 232:13 233:9
 233:14,21
**2011** 174:21
 210:18,20
 211:17 214:14
 218:19
**2011/2012** 19:21
**2012** 20:3 217:10
 242:23,25
 243:2
**2013** 166:7 181:6
 199:6,18 207:6
 211:12 214:8
 216:13,17,20
 216:24 217:3
 218:13,15
 226:12 227:22
 228:10 230:12
**2013/2014** 237:18
**2014** 105:20,22
 108:9 123:7,10
 124:11 139:12
 142:20 155:15
 162:12 163:1
 165:2,11

**172:16** 175:7
 212:17,23
 220:1 233:5
 234:11,16,23
 235:20 236:3
 236:12 238:14
 238:22,23
 241:17,20
 242:12
**20140226MM....**
 237:12
**2015** 8:16 27:6
 105:21,22
 108:9 138:25
 167:20 184:16
 184:19 185:1
 201:5 219:21
 234:11 237:6
 241:16
**2016** 23:25 25:2
 26:22,23,24
 27:6,7,8,15,23
 28:1,11,14,21
 28:25 29:3
 33:23 43:4,18
 57:6,17 62:10
 62:13 169:18
 169:21 170:3
**2017** 137:3,17
 164:8,10,15
 165:5 184:20
**2019** 9:19 16:17
 191:21 192:1
**2020** 1:14 4:7
 247:8
**208** 3:18
**21** 17:8 18:1
**213** 3:19
**217** 3:19
**22** 62:13 63:24
 211:1,5 242:25
**228** 3:20
**23** 7:1 226:11
 228:9
**23rd** 227:22
**233** 3:20



**238** 3:21
**24** 92:11 237:5
**242** 3:21 191:22
**2446** 214:21
**245** 3:22
**246** 3:22
**25** 98:8
**252** 3:23
**2525** 2:18
**2550** 215:1
**26** 57:6,17,19
   199:6,9 236:12
   238:14,22,23
**26th** 63:13
   199:10
**26/27** 199:7
**27** 154:9 199:9
   220:1
**27th** 57:24
   199:11
**28** 233:5
**2800** 2:13
**29** 3:5 43:3
   164:10,15
   165:5

**3**
**3** 3:4 21:4,6,7
   91:14 155:13
   166:5 168:3,3
   212:15 214:21
**3BF** 1:18 4:10
**3rd** 171:2
**3-4** 239:11
**3.03** 54:24
**3.16** 54:24
**30** 166:6 184:3,4
   199:17
**305** 2:4
**305-539-8400**
   2:14
**305.445.2500**
   2:19
**31** 185:11
**33131** 2:4,13
**33134** 2:19

**357-3861** 2:4
**36** 3:5
**37** 3:6
**39** 3:6

**4**
**4** 22:12 169:18,21
   170:3 205:5
   209:18 210:3,3
   216:16
**4.30** 208:18
**4.39** 113:10
**4.49** 113:10
**4.53** 220:1
**4.55** 117:6
**4.58** 117:6
**41** 3:7
**4288** 3:13 136:7,9
**44** 3:7
**45** 208:18
**46** 3:8 244:21
**46731** 169:10

**5**
**5** 1:17 4:10 22:11
   22:12 98:11
**5.09** 226:12
**5.12** 172:17
**5.20** 164:10,16
**5.21** 212:17,23
**5.22** 155:15
**5.38** 227:23
**5.48** 152:23
**5.52** 228:10
**5/23/2013** 225:19
**50** 214:19
**502** 207:3
**503** 207:5
**516701** 232:15,16
   234:19
**51769** 238:3,4
**51770** 238:25
   239:3
**52** 3:8
**52129** 32:6,10
**52139** 3:5 32:11

   32:13
**52143** 3:5 35:3
**52146** 3:6 35:23
   35:24 152:9
**52148** 3:6 37:23
   37:24
**52169** 32:9
**52366** 30:4
**52372** 3:7 42:22
   42:23 49:2
**52514** 3:22
   236:20,22,24
**5500** 2:3
**550141** 200:8,9
   200:21
**552** 98:10
**558940** 157:8,9
**56** 19:18
**57** 205:5
**57372** 43:9
**59** 3:9 56:25

**6**
**6** 69:24,25 73:20
   171:25 172:15
   172:16 235:20
**6-page** 30:5
**6.06** 152:23
**60** 57:1
**65** 3:9
**65750** 3:17
   187:14,15
**66** 3:10
**69** 3:10

**7**
**7** 57:16,17 79:6
   123:10 155:15
   166:5 172:1,9
**7pm** 187:17,25
**7th** 63:11
**7.30** 43:18 204:20
**7.34** 207:22
**7.44** 207:22
**70** 3:11
**71** 73:14

**712** 162:11
**722110** 3:8 49:3,6
   49:18
**72557** 40:12
**74** 198:10

**8**
**8** 22:11,12,12
   71:4,5
**8.47** 246:10
**81546** 151:23,24
   152:10
**8178** 3:13 139:6,7
**83-23** 142:23

**9**
**9** 17:7 168:4
**9th** 171:4
**9.20** 242:12
**9.27** 237:6
**9.29** 33:23
**9:18-cv-80176-...**
   1:3
**90** 41:25 42:9
   229:15
**90%** 157:3
**918-CV-80176...**
   4:7
**95** 214:25
**97** 194:25
**98** 194:25
**99** 2:8



**From**:      Craig S Wright [craig@███████]
**Sent**:      3/12/2008 6:39:15 PM
**To**:        Dave Kleiman [dave@davekleiman.com]
**Subject**:   FW: Defamation and the diffculties of law on the Internet.

I need your help editing a paper I am going to relase later this year. I
have been working on a new form of electronic money. Bit cash, Bitcoin...

You are always there for me Dave. I want you to be a part of it all.

I cannot release it as me. GMX, vistomail and Tor. I need your help and I
need a version of me to make this work that is better than me.

Craig

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Wednesday, 12 March 2008 6:25 PM
To: security-basics@securityfocus.com
Subject: RE: Defamation and the diffculties of law on the Internet.

Hats off to you Craig,

Sometimes you amaze me....I literally today just took on a case today
dealing exactly with this, you are making my life easy as I am gathering
(with your permission) this information you have provided for my client's
review.
When this becomes public record, I will post-up the results.

I will take any more information on this subject with great enthusiasm and
appreciation, as always!!!

By the way, for those of you who have never asked for Craig's help, you do
not know what you are missing.
I have asked his research assistance more than once. One particular time it
was dealing with abilities of cookies on the server side, when I awoke the
next morning, I had 100's of pages and links of information on that subject,
and variations and ideas I had not even or forgotten to consider (e.g. web
bugs). Why did he help, for no other than reason than he just likes to
research information, and possibly considers me a friend from afar. He
probably had as much fun reading up on the subject as did.
And along with all the technical details he included this:

Cookie Recipe Ingredients:
125 grams butter
50 grams caster sugar
60 grams brown sugar
1 large egg
1 teaspoon vanilla essence/extract
125 grams of plain flour
1/2 teaspoon salt
1/2 teaspoon bicarbonate of soda
250 grams of chocolate (Dark is best for this)
1/2 cup coarsely chopped almonds

Method: Turn your oven on to preheat at 180 degrees Celsius (about 350
degrees Fahrenheit, gas mark 4). Remember to take your grill pan out first.
Now get some baking trays ready (if they're not non-stick then you better
line them or grease them).....................Hey Presto! The world's BEST
cookies, in the comfort of your own home.

In the midst of this data exchange I casually mentioned that one day, when I
was in the position to not have to work so much, I would return to school
and my dream degrees in Cosmology and Astrophysics. Of course, the next day
I had links to every online study available for those degrees, with a "why
wait wink."

Further, it amazes me how Craig has a Blog helping to understand the rights
of US based Digital Forensic Examiners:

http://gse-compliance.blogspot.com/2008/01/texas-pi-fud.html
And he is based in AU. He simply cares enough about the cause and the
industry to help, it has no direct affect on him if US DFEs are required to
have PI licenses!!


People of the past considered "Loons":
(Feynman, Hawking, Sagan, da Vinci, Einstein, Columbus, everyone associated
with Monty Python and the Holy Grail:
Black Knight: Right, I'll do you for that!
King Arthur: You'll what?
Black Knight: Come here!
King Arthur: What are you gonna do, bleed on me?
Black Knight: I'm invincible!
King Arthur: ...You're a loony.
.......you get the picture)


Yep Craig is a Junkie; a Knowledge Junkie!!!!

For those of you who have nothing good to say; why say anything?

Dave


Respectfully,

Dave Kleiman - http://www.davekleiman.com
4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801




        -----Original Message-----
        From: listbounce@securityfocus.com
        [mailto:listbounce@securityfocus.com] On Behalf Of Craig Wright
        Sent: Tuesday, March 11, 2008 17:15
        To: 'Simphiwe Mngadi'; security-basics@securityfocus.com
        Subject: RE: Defamation and the diffculties of law on the Internet.


        SANS had "Police Decline to Intervene in Libellous Bebo Page Case
        (March 7 & 8, 2008" in Newsbytes Vol 10.20.

        This refers to:

        http://technology.timesonline.co.uk/tol/news/tech_and_web/the_web/ar
        ticle3498888.ece
        http://www.dailyrecord.co.uk/news/newsfeed/2008/03/07/web-of-lies-
        86908-20342677/
        http://www.telegraph.co.uk/news/main.jhtml?xml=/news/2008/03/07/nbeb
        o107.xml

        Actually, content control IS an aspect of security and compliance. I
        may have been a little angry when writing, but I am far from
        perfect.

        I have taken and updated a little something for the list based on
        responses I have received over the years. Liability against an
        Intermediary, whether in the traditional view of ISP and ICP as well
        as that of employers and other parties remains a risk.

        Extrusion filters seem to be something that is not considered, not
        by most organisations and not unfortunately by many of the list.
        There is more than filtering for attacks. This is surprising as many
        standards and regulations require that specific information is
        filtered. PCI-DSS, HIPAA and a raft of legislation specifies that
        organisation setup the capability to monitor both incoming and
        outgoing traffic. This is not port based, but rather a capability to
        monitor and filter (or at the least act on) content.

        I oversee the information gathering for many more companies than I
        actually audit myself (being an audit manager for an external audit
        firm). In 1,412 firms I have been to or reviewed information for, I

DEFAUS_00081547

have collected a number of statistics over the years.
       231    (or 16.4%) have some content management
       184    (13.0%) have NO egress filters - Nothing at all. No
ports Nothing.
       734    (52.0% have a disclaimer on email that is barely
adequate legally)
       210    (14.8% have a legally valid privacy
policy/disclaimer on their web sites)
       15    (1.06% check Google or other places for information
on their references)

In Scheff v Bock (Susan Scheff and Parents Universal Experts, Inc.
v. Carey Bock - Florida USA, 2006, Case No. CACE03022837) a Florida
jury awarded Sue Scheff US$11.3 million costs and damages over
recurrent blog postings. A former acquaintance accused her of being
a crook, a con artist and a fraudster (as a side note the same laws
apply in Au).
See http://www.citmedialaw.org/threats/scheff-v-bock

In principle, defamation consists of a false and unprivileged
statement of fact that is harmful to the reputation o f another
person which is published "with fault". That is  means that it is
published as a result of negligence or malice. Different laws define
defamation in specific ways that differ slightly, but the gist of
the matter is the same. Libel is a written defamation; slander is a
verbal defamation.

Some examples:
Libellous (when false):
       Charging someone with being a communist (in 1959)
       Calling an attorney a "crook"
       Describing a woman as a call girl
       Accusing a minister of unethical conduct
       Accusing a father of violating the confidence of son

Not-libellous:
       Calling a political foe a "thief" and "liar" in chance
encounter (because hyperbole in context)
       Calling a TV show participant a "local loser," "chicken
butt" and "big skank"
       Calling someone a "bitch" or a "son of a bitch"
       Changing product code name from "Carl Sagan" to "Butt Head
Astronomer"
See http://w2.eff.org/bloggers/lg/faq-defamation.php for details.

So let us do the Math. Let us take a case of 0.1% (or 1 in a
thousand) employees (and the number is in reality higher then this)
posting from their place of work a defamatory post. 83.6% of
companies (based on figures above) will not detect or stop anything.
Less check at all.

Let us take an average US litigation cost for defamation of $182,500
(taking cases won from 96 to current in Au, UK and US) Also see
"Rethinking Defamation" by DAVID A. ANDERSON of the University of
Texas at Austin - School of Law.
(http://papers.ssrn.com/sol3/papers.cfm?abstract_id=976116#PaperDown
load).

So if we take a decent sized company of 5,000 employees, we have an
expectation of 4 incidents per annum that in coming years would be
expected to make it to court. Employers are vicariously liable for
many of these actions. In the past, employers and ICP's have not
been targeted, but this is changing. The person doing the act is
generally not one with the funds to pay out the losses. The employer
is. Thus the ability to co-join employers will increase these types
of actions.

Facebook, blogs and other accesses will only make this worse in
coming years.

So what does this mean? Well in the case of our hypothetical
employer, there is an expected annualised loss of $788,400 US in
coming years. The maximum expected payout would be $50,000,000 US.
It is unlikely that the individual making the claim will be able to
pay the cost of losing, so the employer will more and more be added
to be suit.

Now, I am in no way affiliated with ANY content management software,

but I see this as a necessary evil. This would could as an effective
corporate governance strategy, lowering the potential liability of
the employer.

In my experience, the costs of the software and the management are
going to add to less then the potential. With the recent win in
Scheff v Bock, this is only going to increase.

Civil Liability
The conduct of both agents and employees can result in situations
where liability is imposed vicariously on an organisation through
both the common law[i] and by statute.[ii] The benchmark used to
test for vicarious liability for an employee requires that the deed
of the employee must have been committed during the course and
capacity of their employment under the doctrine respondeat superior.
Principals' liability will transpire when a `principal-agent'
relationship exists. Dal Pont[iii] recognises three possible
categories of agents:

(a) those that can create legal relations on behalf of a principal
with a third party;
(b) those that can affect legal relations on behalf of a principal
with a third party; and
(c) a person who has authority to act on behalf of a principal.

Despite the fact that a party is in an agency relationship, the
principal is liable directly as principal as contrasting to
vicariously, "this distinction has been treated as of little
practical significance by the case law, being evident from judges'
reference to principals as vicariously liable for their agents'
acts"[iv]. The consequence being that an agency arrangement will
leave the principle directly liable rather then liable vicariously.

The requirement for employees of "within the scope of employment" is
a broad term without a definitive definition in the law, but whose
principles have been set through case law and include:
where an employer authorises an act but it is performed using an
inappropriate or unauthorised approach, the employer shall remain
liable[v];

the fact that an employee is not permitted to execute an action is
not applicable or a defence[vi]; and the mere reality that a deed is
illegal does not exclude it from the scope of employment[vii].

Unauthorised access violations or computer fraud by an employee or
agent would be deemed remote from the employee's scope of employment
or the agent's duty. This alone does not respectively absolve the
employer or agent from the effects of vicarious liability[viii].
Similarly, it remains unnecessary to respond to a claim against an
employer through asserting that the wrong committed by the employee
was for their own benefit. This matter was authoritatively settled
in the Lloyd v Grace, Smith and Co.[ix], in which a solicitor was
held liable for the fraud of his clerk, albeit the fraud was
exclusively for the clerk's individual advantage. It was declared
that "the loss occasioned by the fault of a third person in such
circumstances ought to fall upon the one of the two parties who
clothed that third person as agent with the authority by which he
was enabled to commit the fraud"[x]. Lloyd v Grace, Smith and
Co.[xi] was also referred to by Dixon J in the leading Australian
High Court case, Deatons Pty Ltd v Flew[xii]. The case concerned an
assault by the appellant's barmaid who hurled a beer glass at a
patron. Dixon J stated that a servant's deliberate unlawful act may
invite liability for their master in situations where "they are acts
to which the ostensible performance of his master's work gives
occasion or which are committed under cover of the authority the
servant is held out as possessing or of the position in which he is
placed as a representative of his master"[xiii].

Through this authority, it is generally accepted that if an employee
commits fraud or misuses a computer system to conduct an illicit
action that results in damage being caused to a third party, the
employer may be supposed liable for their conduct. In the case of
the principles agent, the principle is deemed to be directly liable.

In the context of the Internet, the scope in which a party may be
liable is wide indeed. A staff member or even a consultant (as an
agent) who publishes prohibited or proscribed material on websites
and blogs, changes systems or even data and attacks the site of

DEFAUS_00081549

another party and many other actions could leave an organisation liable. Stevenson Jordan Harrison v McDonnell Evans (1952)[xiv] provides an example of this type of action. This case hinged on whether the defendant (the employer) was able to be held liable under the principles of vicarious liability for the publication of assorted "trade secrets" by one of its employees which was an infringement of copyright. The employee did not work solely for the employer. Consequently, the question arose as to sufficiency of the "master-servant" affiliation between the parties for the conditions of be vicarious liability to be met. The issue in the conventional "control test" as to whether the employee was engaged under a "contract for services", against a "contract of service" was substituted in these circumstances with a test of whether the tort-feasor was executing functions that were an "integral part of the business" or "merely ancillary to the business". In the former circumstances, vicarious liability would extend to the employer. Similarly, a contract worker acting as web master for an organisation who loads trade protected material onto their own blog without authority is likely to leave the organisation they work for liable for their actions.

In Meridian Global Funds Management Asia Limited v Securities Commission[xv], a pair of employees of MGFMA acted without the knowledge of the company directors but within the extent of their authority and purchased shares with company funds. The issue lay on the qualification of whether the company knew, or should have known that it had purchased the shares. The Privy Council held that whether by virtue of the employees' tangible or professed authority as an agent performing within their authority[xvi] or alternatively as employees performing in the course of their employment[xvii], both the actions, oversight and knowledge of the employees may well be ascribed to the company. Consequently, this can introduce the possibility of liability as joint tort-feasors in the instance where directors have, on their own behalf, also accepted a level of responsibility[xviii] meaning that if a director or officer is explicitly authorised to issue particular classes of representations for their company, and deceptively issues a representation of that class to another resulting in a loss, the company will be liable even if the particular representation was done in an inappropriate manner to achieve what was in effect authorised.

The degree of authority is an issue of fact and relies appreciably on more than the fact of employment providing the occasion for the employee to accomplish the fraud. Panorama Developments (Guildford) Limited v Fidelis Furnishing Fabrics Limited[xix] involved a company secretary deceitfully hiring vehicles for personal use without the managing director's knowledge. As the company secretary will customarily authorise contracts for the company and would seem to have the perceptible authority to hire a vehicle, the company was held to be liable for the employee's actions.

Criminal Liability
Employers can be held to be either directly or vicariously liable for the criminal behaviour of their employees.

Direct liability for organisations or companies refers to the class of liability that occurs when it permits the employee's action. Lord Reid in Tesco Supermarkets Limited v Nattrass[xx] formulated that this transpires when someone is "not acting as a servant, representative, agent or delegate" of the company, but as "an embodiment of the company"[xxi]. When a company is involved in an action, this principle usually relates to the conduct of directors and company officers when those individuals are acting for or "as the company". Being that directors can assign their responsibilities, direct liability may encompass those employees who act under that delegated authority. The employer may be directly liable for the crime in cases where it may be demonstrated that a direct act or oversight of the company caused or accepted the employee's perpetration of the crime.

Where the prosecution of the crime involves substantiation of mens rea[xxii], the company cannot be found to be vicariously liable for the act of an employee. The company may still be found vicariously liable for an offence committed by an employee if the offence does not need mens rea[xxiii] for its prosecution, or where either express or implied vicarious liability is produced as a consequence of statute. Strict liability offences are such actions. In strict liability offences and those that are established through statute to

apply to companies, the conduct or mental state of an employee is ascribed to the company while it remains that the employee is performing within their authority.

The readiness on the part of courts to attribute criminal liability to a company for the actions of its employees seems to be escalating. This is demonstrated by the Privy Council decision of Meridian Global Funds Management Asia Ltd v Securities Commission[xxiv] mentioned above. This type of fraudulent activity is only expected to become simpler through the implementation of new technologies by companies. Further, the attribution of criminal liability to an organisation in this manner may broaden to include those actions of employees concerning the abuse of new technologies.

It is worth noting that both the Data Protection Act 1998[xxv] and the Telecommunications (Lawful Business Practice)(Interception of Communications) Regulations 2000[xxvi] make it illegal to use equipment connected to a telecommunications network for the commission of an offence. The Protection of Children Act 1978[xxvii] and Criminal Justice Act 1988[xxviii] make it a criminal offence to distribute or possess scanned, digital or computer-generated facsimile photographs of a child under 16 that are indecent. Further, the Obscene Publications Act 1959[xxix] subjects all computer material making it a criminal offence to publish an article whose effect, taken as a whole, would tend to deprave and corrupt those likely to read, see or hear it. While these Acts do not of themselves create liability, they increase the penalties that a company can be exposed to if liable for the acts of an employee committing offences using the Internet.

[i] Broom v Morgan [1953] 1 QB 597.
[ii] Employees Liability Act 1991 (NSW).
[iii] G E Dal Pont, Law of Agency (Butterworths, 2001) [1.2].
[iv] Ibid [22.4].
[v] Singapore Broadcasting Association, SBA's Approach to the Internet, See Century Insurance Co Limited v Northern Ireland Road Transport Board [1942] 1 All ER 491; and Tiger Nominees Pty Limited v State Pollution Control Commission (1992) 25 NSWLR 715, at 721 per Gleeson CJ.
[vi] Tiger Nominees Pty Limited v State Pollution Control Commission (1992) 25 NSWLR 715.
[vii] Bugge v Brown (1919) 26 CLR 110, at 117 per Isaacs J.
[viii] unreported decision in Warne and Others v Genex Corporation Pty Ltd and Others -- BC9603040 -- 4 July 1996.
[ix] [1912] AC 716
[x] [1912] AC 716, Lord Shaw of Dunfermline at 739 [xi] [1912] AC 716 [xii] (1949) 79 CLR 370 at 381 [xiii] Ibid.
[xiv] [1952] 1 TLR 101 (CA).
[xv] [1995] 2 AC 500
[xvi] see Lloyd v Grace, Smith & Co. [1912] AC 716 [xvii] see Armagas Limited v Mundogas S.A. [1986] 1 AC 717 [xviii] Demott, Deborah A. (2003) "When is a Principal Charged with an Agent's Knowledge?" 13 Duke Journal of Comparative & International Law. 291 [xix] [1971] 2 QB 711 [xx] [1972] AC 153 [xxi] ibid, at 170 per Lord Reid [xxii] See Pearks, Gunston & Tee Limited v Ward [1902] 2 KB 1, at 11 per Channell J, and Mousell Bros Limited v London and North-Western Railway Company [1917] 2 KB 836, at 843 per Viscount Reading CJ.
[xxiii] See Mousell Bros Limited v London and North-Western Railway Company [1917] 2 KB 836, at 845 per Atkin J.
[xxiv] [1995] 2 AC 500.
[xxv] Data Protection Act 1998 [UK]
[xxvi] Telecommunications (Lawful Business Practice)(Interception of Communications) Regulations 2000 [UK] [xxvii] Protection of Children Act 1978 [UK] [xxviii] Protection of Children Act 1978 and Criminal Justice Act 1988 [UK] [xxix] Obscene Publications Act 1959 [UK]

Regards,
Craig Wright (GSE-Compliance)


Craig Wright
Manager of Information Systems

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

BDO Kendalls (NSW)
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
http://www.bdo.com.au/

DEFAUS_00081552

# Bitcoin P2P e-cash paper

**Satoshi Nakamoto** satoshi at vistomail.com
*Fri Oct 31 14:10:00 EDT 2008*

- Previous message: Fw: SHA-3 lounge
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
I've been working on a new electronic cash system that's fully
peer-to-peer, with no trusted third party.

The paper is available at:
http://www.bitcoin.org/bitcoin.pdf

The main properties:
 Double-spending is prevented with a peer-to-peer network.
 No mint or other trusted parties.
 Participants can be anonymous.
 New coins are made from Hashcash style proof-of-work.
 The proof-of-work for new coin generation also powers the
    network to prevent double-spending.

Bitcoin: A Peer-to-Peer Electronic Cash System

Abstract.  A purely peer-to-peer version of electronic cash would
allow online payments to be sent directly from one party to another
without the burdens of going through a financial institution.
Digital signatures provide part of the solution, but the main
benefits are lost if a trusted party is still required to prevent
double-spending.  We propose a solution to the double-spending
problem using a peer-to-peer network.  The network timestamps
transactions by hashing them into an ongoing chain of hash-based
proof-of-work, forming a record that cannot be changed without
redoing the proof-of-work.  The longest chain not only serves as
proof of the sequence of events witnessed, but proof that it came
from the largest pool of CPU power.  As long as honest nodes control
the most CPU power on the network, they can generate the longest
chain and outpace any attackers.  The network itself requires
minimal structure.  Messages are broadcasted on a best effort basis,
and nodes can leave and rejoin the network at will, accepting the
longest proof-of-work chain as proof of what happened while they
were gone.

Full paper at:
http://www.bitcoin.org/bitcoin.pdf

Satoshi Nakamoto

-----------------------------------------------------------------
The Cryptography Mailing List
Unsubscribe by sending "unsubscribe cryptography" to majordomo at metzdowd.com
```

---

- Previous message: Fw: SHA-3 lounge
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

More information about the cryptography mailing list





**Mike Relentless [SV]**
@mikerelentless

Replying to @AlexLanser1 @ArneBoschi20783 and 3 others

The real Satoshi wrote the whitepaper.

Dave Kleiman wrote the code.

Coders are not inventors.

Left brain vs. right brain.

Satoshi was creative.

11:08 AM - 6 Dec 2018

4 Likes

Follow



**From**:       Craig Wright [A]
**Sent**:       2/15/2014 11:48:38 AM
**To**:         Ira K [clocktime2020@gmail.com]; craigswright@acm.org
**Subject**:    RE: Dave

Hi Ira,
Dave and I had completed several papers and books and had a company together.

I cannot say much right now, but yes, Dave was involved with that PDF. He had the vistomail account, I had the gmx one.

The following pages will help.

- http://www.forensicfocus.com/c/aid=54/reviews/2013/internet-evidence-finder-ief/
- http://www.panamacarsrental.com/images/wallet/BackupBitcoin/bitcoin-walletdat-location.php
- http://www.magnetforensics.com/bitcoin-forensics-a-journey-into-the-dark-web/

You will be looking for Private keys and wallet.dat files. Also look for *.wallet and *.asc. If the drives and phones are encrypted, then that will make this difficult to say the least.

Any QR files and images could also help.

Talk more soon,
...
**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 3:31 AM
**To:** craigswright@acm.org
**Subject:** Dave

Hi Craig,

I am Dave's brother, Ira.

I heard via Patrick that you and my brother worked on some tech projects together.
If what he told me is true I would be very impressed.

As the person in charge of his estate, I have most of his belongings and hard
drives, aside from the few Patrick has.  The drives I have are encrypted so
am not sure yet if they can be decrypted.

Can I ask you if Dave played a part in writing the original PDF under the asian alias?
Any info you can share would be most interesting.  I certainly would not disclose
it to anyone outside our circle.  I have no interest in public attention from it.  I just
think it would be cool to know that David played a part in creating something so incredible.

Sincerely,

DEFAUS_00112712

Ira

DEFAUS_00112713

**From**:       John Chesher [john.chesher@hotwirepe.com]
**Sent**:       3/6/2014 3:54:04 PM
**To**:         Craig S Wright [craig.wright@hotwirepe.com]
**Subject**:    FW: Transcript and Meeting Minutes [DLM=Sensitive]
**Attachments**:  20140218 Transcript.pdf; 20140226 Meeting Minutes.pdf

-----Original Message-----
From: Miller, Andrew [mailto:Andrew.Miller@ato.gov.au]
Sent: Thursday, 6 March 2014 10:50 AM
To: John Chesher
Cc: Trinh, Jenifer; McMaster, Des
Subject: Transcript and Meeting Minutes [DLM=Sensitive]

John,

For your reference, I have attached the transcript of your meeting with us on 18 February 2014. It has been transcribed from the recording by Auscript.

Also, please see attached, the minutes of our meeting on 26 February 2014. Could you please review these and advise of any errors or omissions. If you are satisfied that the minutes are an accurate reflection of the discussion, please advise as such.


Thanks and regards,

_____
Andrew Miller
Auditor | Indirect Tax
Australian Taxation Office
Phone: (02) 9354 6379 | Mobile: 0401 684 338
Facsimile: (02) 6225 0929
ATO | Working for all Australians


************************************************************************
IMPORTANT
     The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 13 2869 and delete all copies of this transmission together with any attachments.
************************************************************************

CONFIDENTIAL                                                                    DEFAUS_00115519

**From:** Craig S Wright
**Sent:** 1/29/2014 9:42:37 AM
**To:** 'Benjamin Wright' [wagonhitch5@yahoo.com]
**Subject:** RE: Intro

Thanks

**From:** messages-noreply@bounce.linkedin.com [mailto:messages-noreply@bounce.linkedin.com] **On Behalf Of** Benjamin Wright via LinkedIn
**Sent:** Wednesday, 29 January 2014 9:39 AM
**To:** Craig Steven Wright
**Cc:** Benjamin Wright
**Subject:** RE: Intro

# LinkedIn

### INTRODUCTION: YOU HAVE A NEW MESSAGE

**From:** Benjamin Wright
**Date:** January 28, 2014
**Subject** RE: Intro
Craig:

My single contact with Tyler Winklevoss says to you: " I'd say to have Craig email him directly at Tyler@winklevoss.com"

Best regards

--Ben

On 01/28/14 1:21 PM, Craig Steven Wright wrote:
-------------------
Worth a try.
The Winklevoss twins are right into Bitcoin. Dave Kleiman and I started mining in 2009. So we have a few things that will interest them. It is a shame Dave died last year before fruition, but all is moving ahead.


On 01/28/14 8:04 AM, Benjamin Wright wrote:
-------------------
Craig: I did forward your request for an introduction. But I do not know my direct contact well. Furthermore Tyler Winklevoss (my indirect contact) is a very famous person. So I do not know whether my effort will work.

SANS keeps me alert and engaged! Good to hear from you.

--Ben

On 01/27/14 8:14 PM, Craig Steven Wright wrote:
-------------------
Hello Ben
I am trying to get a contact forwarded to Tyler.

Can you forward the linked in request?

Thanks
Craig

PS, been a while, but how are things going at SANS etc?

View this message

CONFIDENTIAL

DEFAUS_00516701

Don't want to receive e-mail notifications? Adjust your message settings

This email was intended for Craig Steven Wright (Chief Executive Officer at Hotwire Pre-Emptive Intelligence Group). Learn why we included this. © 2014, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA



**From:**    Michele Seven [michele.m.seven@gmail.com]
**Sent:**    5/21/2015 6:23:38 AM
**To:**      Craig S Wright [craig.wright@hotwirepe.com]
**Subject:** Re: Email


https://medium.com/@beautyon_/silk-meets-bitcoin-d41cc1d698d

On May 20, 2015 1:29 PM, "Michele Seven" <michele.m.seven@gmail.com> wrote:
http://livestream.com/theNYPL/Bitcoin/videos/87733019

On Wed, May 20, 2015 at 1:09 PM, Michele Seven <michele.m.seven@gmail.com> wrote:
You do know that I am not psychologically stable enough to play these kinds of games so why are you toying with me? I know I'm fun, but at my core, I'm just very sweet. You should find someone who is more detached- I don't feed that part of me any more.

On Wed, May 20, 2015 at 1:57 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

More to come.


You have watched my video on Dave.


In the past, David Kleiman was my best friend and business partner. He died a couple years ago now, but as I had known him since the 90's we have many shared secrets.


Uyen – who is a director of a few companies with me – is one friend who has known many things, but she is in the US etc etc. Also a little young


I was a security researcher and forensic expert:

http://www.zdnet.com/article/nsw-open-to-cyber-attack-researcher/


I am the security reviewer and cryptographer that does the work on iVote. This work is the security of the NSW online voting system. I also built and test security systems for Playboy, a number of casinos and Banks.


That is what I was.


What I need is a person who can be my secret, know the secrets I have and be the mirror I need.

CONFIDENTIAL

DEFAUS_00550141

I want to share, to watch the reactions and know what I am doing. One I can tell my plans to and see the reactions of so to say. I have seen enough of you to know you are what I need here. You are right to be my mirror and to ensure that I am the reflection I want to be and not lose track of my goals.

I will write tomorrow.

__/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/

**Dr. Craig S Wright GSE LLM**

**Chief Executive Officer**

**DeMorgan Limited**  (ACN 601 560 525)

Aust: +61 (02) 9188 2051

USA: +1 (408) 520-9521

Mobile: + 61.417.683.914

craig.wright@hotwirepe.com

__/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/ __/

DE MORGAN

CONFIDENTIAL

**From:** Craig S Wright
**Sent:** 4/2/2014 9:20:52 AM
**To:** John Chesher [john.chesher@hotwirepe.com]; 'Andrew Sommer' [asommer@claytonutz.com]
**CC:** Ramona Watts [ramona.watts@hotwirepe.com]
**Subject:** RE: UK - design by human

Hello,

We have the email from Dave below.

This was from Dec 2012. The simple answer is that we have and control the company completely now. The screenshot is the site in Oct 22nd 2012, so Dave had been there at that point.

There was a risk from Oct 2012 when Dave reserved this and before it was paid for, but we have control fully. The main thing here is that Dave mined all of this outside Australia and even if we had managed to screw this and somehow lose control of the company, we would still have been using overseas rights to BTC.

I was not the person doing the mining. Dave was.

Regards,
Craig

-----Original Message-----
From: dave@davekleiman.com
Sent: Saturday, 16 December 2012 15:28 PM
To: Craig S Wright
Subject: Re: Brits
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

No need. There are several others from October if we come into any issues, but we only need one. Your trust is in the Seychelles and you want to have noting known of mine in P, so it should all be good.

We only need one dormant and untraded company to sit as a owner of the bitcoin we are mining into them. I am assuming you do not want WKID to be a director, the brits do allow this.

Dave
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.17 (MingW32)

iQGcBAEBAgAGBQJTEsBkAAoJEAQV5sviP8wtetYMAKzl1FqA9m8TApIlEEUO5Vwc
B93d7dntvZUQWXROscPj8rpeyY6RcaHbZdlKHgrv1/eRtgX9jqdONnblRBZ9BeQb
2obcl/yJ3KFhIqrkCqtI8/P1xy1TKaEeM7Va5O4YUh+sI6YbyEfm/ADYddHtyMQ4
NVJNyWtKeEdVvkQYdUiygzckeP8reLc6LwC2BFWDTU12ZO9B0OmV7hui2u6CPaBZ
7H5bz292b5xRD0VjFp3kb0xTGEqzLz5PKGsoOTEwgSwU82+JH0tHzOJB81lHqv67
0XVLFkCmlg/7G6vqcjfh7/0ULdppfIhVOtSAFb5zJgL/3rvimBynETJLGbFatAnm
FNwyBTLr9gXzyW7TAqcV5ahxj7P3MGPgmu0U05J24d572hnkgT+RzVVBBpiPFc+Z
pIKXYaSxg3+jtXsDdIB8zlamD0xC1OU/0ezlkotxE0E63Y713BaTN5UT9r74C3Nl
wxn1V58JofF65xahsB8zSdo+B43YS5dnbYuh9ix3oA==
=xvHo
-----END PGP SIGNATURE-----

CONFIDENTIAL DEFAUS_01859475

-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Saturday, 15 December 2012 1:02 PM
To: 'dave kleiman'
Subject: Brits

Dave,
We have 08248988 held and reserved at CFS. Should be grab another as a backup, at least hold or reserve one?

Craig



DEFAUS_01859476

# CONTRACT FOR THE SALE OF SHARES OF
# A COMPANY OWNING BUSINESS

PARTIES

**Dave Kleiman for W & K Info Defense LLC**
(Vendor)

AND

**Craig Wright R&D**
**ABN 97 481 146 384**
(Purchaser)

AND

**W&K Info Defense LLC**
(Company)

Ref: CEWK03

DEF_00013694

**THIS AGREEMENT** dated 02 day of April 2013

**BETWEEN**

      Dave Kleiman of W&K Info Defense LLC (Florida)

                                                      (Vendor)

And

      Craig Wright of Craig Wright R&D
      ABN 97 481 146 384

                                          (Purchaser)

And

      W&K Info Defense LLC

                                            (Company)

## RECITALS

A.    The vendor is the owner of all issued shares in the company being ordinary class shares. Ownership is 50% in the vendor's name and 50% in trust held for the purchaser.

B.    The company is the owner of and conducts the business known as Bitcoin mining and Software development / Research.

C.    The vendor has agreed to sell and the purchaser has agreed to purchase the vendor's shares for the price and upon the terms set out hereunder.

D.    As the purchaser will succeed to the business of the company on completion of the acquisition of these shares, the parties agree that they will incorporate into this agreement those agreements contained in the attached contract for the sale of a business to the intent that they shall in relation to the sale of the shares have the rights and obligations contained in such contract as part of this agreement.

E.    The company has consented to and agreed to be bound by the terms of this agreement.

F.    The company includes all software, research material and other aspects of the business.

G.    The parties wish to commit the terms of their agreement to writing in the manner hereinafter set out.

Page 1 of 9

CONFIDENTIAL

DEF_00013695

## OPERATIVE PART

### 1.   Interpretation

This agreement is governed by the laws of the state of NSW, and the parties, submit to the non-exclusive jurisdiction of the courts of that state/country.

In the interpretation of this agreement:

(a)   References to legislation or provisions of legislation include changes or re-enactments of the legislation and statutory instruments and regulations issued under, the legislation;

(b)   Words denoting the singular include the plural and vice versa; words denoting individuals or persons include bodies corporate and vice versa; references to documents or agreements also mean those documents or agreement as changed, novated or replaced, and words denoting one gender include all genders;

(c)   Grammatical forms of defined words or phrases have corresponding meanings;

(d)   Parties must perform their obligations on the dates and times fixed by reference to the capital city of the state of Sydney;

(e)   Reference to an amount of money is a reference to the amount in the lawful currency of the Commonwealth of Australia;

(f)   If the day on or by which anything is to be done is a Saturday, a Sunday or a public holiday in the place in which it is to be done, then it must be done on the next business day;

(g)   References to a party are intended to bind their executors, administrators and permitted transferees; and

(h)   Obligations under this agreement affecting more than one party bind them jointly and each of them severally.

### 2.   The vendor hereby agrees to sell and the purchaser hereby agrees to purchase ordinary class shares in the company for the purchase price as noted below:

(a)   Two (2) loans issued under deed "CEWK01" are agreed to be repaid in full for the consideration of 300,000 Bitcoin agreed in the contract. The repayments as a one off of both loans for $20,000,000 with a total value of

CONFIDENTIAL

$40,000,000 are deemed paid in full for the above value. This is noted as consideration from the purchaser and is issued in forbearance of the requirements of the contract signed 22 April 2011 between the Vendor/Company and the purchaser (designated CEWK01).

(b) The vendor agrees that the paper wallet with address "1933phfhK3ZgFQNLGSDXvqCn32k2buXY8a" held in escrow will be released to the purchaser.

(c) Due to the unexpected rise in the value of Bitcoin, it is agreed that two transfers (in Bitcoin) of BTC 125,000 and BTC 125,500 when taken in conjunction with the supply of the software, will suffice to fulfil the contract.

3. Hence, the vendor will:

(a) Pay (transfer to) the purchaser 250,500 BTC on 30 April 2013,

(b) Accept transfer of the escrowed Bitcoin paper wallet to the purchaser,

(c) Transfer the ASC hardware to the purchaser,

(d) Release the source code to the purchaser,

(e) Transfer the Vistomail email account.

(f) Transfer all research materials from the four (4) DHS BAA research projects to the purchaser with all notes, data and results, and

(g) Transfer any shares in the company to the purchaser by 30 April 2013.

4. The Purchaser will:

(a) Accept the new terms in full satisfaction of the contract with Reference CEWK01 made between the vendor/company and the purchaser on 22 April 2013.

(b) Accept the vendor's 323,000 remaining "mined" Bitcoin as a 49.5% stake in a new venture to be formed in Australia (to be called Coin-Exch Pty Ltd) between the vendor and the purchaser for the exploitation of the joint and to be pooled Bitcoin

(c) Accept the transfer of the 323,000 Bitcoin (to be made on the 30th April 2013) as capital and note that shares in the new enterprise will be issued at this point.

Page 3 of 9

(d)  Provide $30,000,000 in capital into Coin-Exch Pty Ltd (to be formed) and the software developed in the prior venture.

5.  Settlement shall be effected on 30 April 2013.

6.  So far as they are relevant the agreements contained in the incorporated contract for the sale of a business shall be agreements between the parties herein.

7.  In the event of either party failing to complete this agreement on the settlement date then the other shall be entitled at any time thereafter to serve a notice to complete requiring the other to complete within 14 days from the date of service of the notice, which time period is considered reasonable by both parties. For the purpose of this contract, such notice to complete shall be deemed both at law and in equity sufficient to make time of the essence of this contract.

8.  On the settlement date the vendors shall:
    (a)  Deliver up to the purchaser possession of the business conducted by the company and in all respects shall have complied with the terms of the business sale contract incorporated herein;
    (b)  Deliver up to the purchaser duly executed instruments of transfer of their shares;
    (c)  Cause a meeting of the directors of the company to be held at which the directors shall approve and consent to the sale and transfer by the vendors to the purchaser of the vendors' shares.
    (d)  Send all software developed under the various DHS BAA filings to the purchaser (incl. source code and documentation).
    (e)  Provide the location and access rights to the ASC mining hardware hosted at a site known to Mr Kleiman will be returned with this transfer. This has a nominal value of $8,828,571.29 before depreciation. This is a
    (f)  Solutions to the Agent and Merkle Tree problems developed by Professor David Reese.
    (g)  Bitcoin agent software and suit of C/C++/C# and Python Blockchain software source codes.

CONFIDENTIAL

(h)   Exchange Bitcoin holdings as noted in the contract.

9.   The company hereby agrees to take all steps and carry out all acts to procure the registration on the settlement date of the purchaser as the registered holder of tile of the vendors' shares.

10.   The purchaser will make all reasonable endeavours to have the new venture (Coin-Exch Pty Ltd) registered for GST and under the Australian Corporations act provisions before settlement on the 30th April 2013.

11.   The parties hereto agree to execute and perform all such acts, deeds, documents and things whatsoever as may be necessary and desirable to better carry into effect the provisions of this agreement.

12.  **Vendor's warranties**

   (a)  **Vendor's authority to sell**
      (i)   The vendors are the registered and beneficial owners of their shares in the company.
      (ii)  The vendors have full power and authority to sell and transfer to the purchaser good legal and equitable title to the shares without the consent or authorisation of any person except only consents required by the company.

   (b)  **The company's financial statements**
   Other than matters disclosed to the purchaser in writing the books and accounts of the company truly and fairly reflect the company's affairs.

   (c)  **Books and records**
   The company's books, records and registers are in the possession of the company, and accurately record the details of all of the company's transactions, finances, assets and liabilities.

   (d)  **Taxation**
      (i)   Other than disclosed to the purchaser in writing the company has lodged or filed all tax and duty returns for all taxes including GST, income tax, sales tax, fringe benefits tax, payroll tax, group tax and WorkCare levies.

Page 5 of 9

(ii)   No claim has or will be made against the company for payment by the company pursuant to the provisions of the Income Tax Assessment Act 1936 of any tax which is not shown or included as a liability or provision in the balance sheet contained in the accounts.

(iii)   Neither the commissioner nor any federal, state or municipal body has any dispute with the company concerning the company's affair.

(e)   **Compliance with applicable laws**

(i)   Neither the vendor nor the company has breached, or caused a breach of the company's memorandum or articles of association; any contract, agreement or instrument which binds the company; or any judgment, order, injunction or decree of any court, commission or administrative body relating to the company or to the shares.

(ii)   Neither the company nor any of its officers, agents or employees (while performing their duties for the company) has breached the law. The company has not been notified that it has, or may have, breached the law regulating its affairs or the conduct of its business.

(f)   **Litigation and indebtedness**

Other than as disclosed to the purchaser in writing:

(i)   The company is not a party to, or threatened with, any claim, litigation, prosecution or arbitration in any court, tribunal or otherwise;

(ii)   There are no unsatisfied judgments or arbitral awards against the company;

(iii)   The company is not being investigated for any breach of the law. Neither the company nor any of its directors is aware of any breach of the law or of any circumstances, which would give rise to a breach of the law other than as disclosed to the purchaser in writing;

(iv)   The company has met all deadlines for repayment of its debts;

(v)   No petitions, notices or proceedings have come to the company's notice, which could result in it being wound up. No orders or resolutions have been made or passed to place the company in liquidation or provisional liquidation.

CONFIDENTIAL

DEF_00013700

(g) **Accuracy of disclosed information**

    (i)    The vendor has disclosed to the purchaser all information, which would be material for a purchaser in forming a decision whether or not to purchase the shares.

    (ii)    If either the vendor or the company becomes aware of anything which may constitute a breach of, or be inconsistent with any representation, warranty or undertaking in this agreement, they will notify the purchaser of its particulars promptly in writing.

(h) **Warranties and indemnities**

    (i)    It is a condition of this agreement that each warranty is true and correct in every respect and shall be construed separately.

    (ii)    The vendor acknowledges that the warranties have been given with the intention and for the purpose of inducing the purchaser to enter into this agreement.

    (iii)    The purchaser has entered into this agreement and agreed to the purchase price payable for the shares on the basis of and in full reliance upon the warranties.

    (iv)    Prior to the settlement date the vendor will take all such steps and provide all such information and documents with regard to the company as the purchaser may reasonably require and will give the purchaser and its professional advisers full and free access to the records and accounts of the company (whether financial or otherwise) to enable them to fully investigate the accuracy of the warranties.

## 13. Notices

A communication required by this agreement, by a party to another, must be in writing and may be given to them by being:

(a) Delivered personally; or

(b) Posted to their address specified in this agreement, or as later notified by them, in which case it will be treated as having been received on the second business day after posting; or

CONFIDENTIAL

(c)   Faxed to the facsimile number of the party with acknowledgment of receipt received electronically by the sender, when it will be treated as received on the day of sending; or

(d)   Sent by email to their email address, when it will be treated as received on that day.

## 14.   Waiver or variation

(a)   A party's failure or delay to exercise a power or right does not operate as a waiver of that power or right.

(b)   The exercise of a power or right does not preclude:

(i)    Its future exercise; or

(ii)   The exercise of any other power or right.

(c)   The variation or waiver of a provision of this agreement or a party's consent to a departure from a provision by another party will be ineffective unless in writing executed by the parties.

## 15.   Counterparts

This agreement may be executed in any number of counterparts each of which will be an original but such counterparts together will constitute one and the same instrument and the date of the agreement will be the date on which it is executed by the last party.

## 16.   Further assurance

Each party will from time to time do all things (including executing all documents) necessary or desirable to give full effect to this agreement.

## 17.   Costs

Each party will pay their own costs in relation to this agreement.

CONFIDENTIAL

DEF_00013702

**SIGNED AS AN AGREEMENT**

Executed by
W & K Info Defense LLC                    )

Dave Kleiman
DIRECTOR

Executed by
Craig Wright R&D (A.B.N. 97 481 146 384)

Craig S Wright

CONFIDENTIAL                                    DEF_00013703

**From:** nCrypt Craig
**Sent:** Wednesday, March 30, 2016 9:35 AM
**To:** nCrypt Stefan
**CC:** Victoria Brooks;Alan Edwards;Robert MacGregor;Kathrin Kauschmann;nicholas.caley@outside-org.co.uk;nCrypt Ramona
**Subject:** Re: Coordination

The people working for Ethereum and Blockstream are the ones trying as hard as they can to ensure that Satoshi remains dead.

I really think the last thing we need to do is have them involved right now. Offering them a platform is a risk that I see no upside to.

Craig

On Wed, Mar 30, 2016 at 9:33 AM, nCrypt Craig <craig@ncrypt.com> wrote:
> I think Szabo is extremely risky at best.
>
> Nick works for Ethereum.
>
> To quote Nick:
> "Ethereum has a better smart contract language than bitcoin,"
>
> His self interest is in not having SN = CSW. Best case, there is no upside for him. If I am SN, then all he has been doing for years means little.
>
> Craig
>
> On Wed, Mar 30, 2016 at 9:29 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:
>> We also have a potential reveal with Nick Szabo that could involve Andrew.
>>
>> Sent from my iPhone
>>
>> On 30 Mar 2016, at 8:14 PM, Victoria Brooks <victoria@milkpublicity.com> wrote:
>>
>>> Absolutely, I will speak to the Prof on Friday.
>>>
>>>
>>> Sent from my iPhone
>>>
>>> On 30 Mar 2016, at 09:49, nCrypt Craig <craig@ncrypt.com> wrote:
>>>
>>>> Can I leave this with everyone to try and see what we can arrange between the various parties.
>>>>
>>>> Having Andrew witness at least one of these would be ideal and strengthen the piece.
>>>>
>>>> On Wed, Mar 30, 2016 at 8:21 AM, Alan Edwards <alan.edwards@outside-org.co.uk> wrote:
>>>>> Agree that if we can't move JM or GA we should look to move the Professor to give Andrew his piece of editorial - which we will make sure is aligned with the other media we have planned.
>>>>>
>>>>> Best
>>>>> Alan
>>>>>
>>>>>
>>>>> > On 30 Mar 2016, at 09:03, Victoria Brooks <victoria@milkpublicity.com> wrote:
>>>>> >
>>>>> > Hi Craig,
>>>>> >
>>>>> > I can ask the Prof to change his reveal date if we all think this is the best route. He is not back until Friday - so I can call him then if we agree on this date. I know that his preference was to be in the reveal session with either GA or JM.
>>>>> >
>>>>> > I can certainly find out if the 9th is an option and report back by EOP Friday.
>>>>> >
>>>>> > Best wishes,
>>>>> > Victoria
>>>>> >
>>>>> > Sent from my iPhone
>>>>> >
>>>>> > On 30 Mar 2016, at 08:45, nCrypt Craig <craig@ncrypt.com> wrote:
>>>>> >
>>>>> >> Do we move the LSE prof a couple days?
>>>>> >>
>>>>> >> On Wed, Mar 30, 2016 at 7:37 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:

DEF_00052139

>> We can't change the date for Gavin, from memory, he is unlikely to have other dates in April.
>>
>> Sent from my iPhone
>>
>> > On 30 Mar 2016, at 6:22 PM, nCrypt Craig <craig@ncrypt.com> wrote:
>> >
>> > Good morning,
>> > I just heard that Andrew O'Hagan will be in France April 7 and 8 and that he will only be returning on the 9th.
>> >
>> > Yesterday we discussed the schedule and that I was to exhibit the proof package to Gavin and the LSE professor on these days.  Can you let me know if those dates are set in stone?
>> >
>> > Andrew is back in London on April 9 but this will be too late for the reveal.
>> >
>> > We discussed how the experience of the reveal and especially the impact on what Andrew is writing as the proof is demonstrated was important in the meeting yesterday.
>> >
>> > We do want to ensure that he will be able to write a good editorial.  We cannot recreate that moment.  How do we try and align this?
>> >
>> > Craig
>>

DEF_00052140

**From:** nCrypt Craig
**Sent:** Wednesday, March 30, 2016 10:08 AM
**To:** nCrypt Stefan
**CC:** Victoria Brooks;Alan Edwards;Robert MacGregor;Kathrin Kauschmann;nicholas.caley@outside-org.co.uk;nCrypt Ramona
**Subject:** Re: Coordination

Let me make this as clear and simple as I can.

I believe that using those whose interests are to oppose me as a so called source of truth is foolish.

No to Nick.
No to Maxwell.

No to any of the people working for firms that are opposed to what we are doing.

On Wed, Mar 30, 2016 at 9:45 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:
> We have no commitment with or from Nick at this stage, only that Jon was going to contact him. You knew about this as we discussed doing a reveal to Nick before I left LON especially as we were struggling with date/s that fitted our timeline for Gavin at that point.
>
> I can instruct Jon not to proceed with engagement with Nick at any time if you think that prudent?
>
> On 30 March 2016 at 20:35, nCrypt Craig <craig@ncrypt.com> wrote:
> > The people working for Ethereum and Blockstream are the ones trying as hard as they can to ensure that Satoshi remains dead.
> >
> > I really think the last thing we need to do is have them involved right now. Offering them a platform is a risk that I see no upside to.
> >
> > Craig
> >
> > On Wed, Mar 30, 2016 at 9:33 AM, nCrypt Craig <craig@ncrypt.com> wrote:
> > > I think Szabo is extremely risky at best.
> > >
> > > Nick works for Ethereum.
> > >
> > > To quote Nick:
> > > "Ethereum has a better smart contract language than bitcoin."
> > >
> > > His self interest is in not having SN = CSW. Best case, there is no upside for him. If I am SN, then all he has been doing for years means little.
> > >
> > > Craig
> > >
> > > On Wed, Mar 30, 2016 at 9:29 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:
> > > > We also have a potential reveal with Nick Szabo that could involve Andrew.
> > > >
> > > > Sent from my iPhone
> > > >
> > > > On 30 Mar 2016, at 8:14 PM, Victoria Brooks <victoria@milkpublicity.com> wrote:
> > > > > Absolutely, I will speak to the Prof on Friday.
> > > > >
> > > > >
> > > > > Sent from my iPhone
> > > > >
> > > > > On 30 Mar 2016, at 09:49, nCrypt Craig <craig@ncrypt.com> wrote:
> > > > > > Can I leave this with everyone to try and see what we can arrange between the various parties.
> > > > > >
> > > > > > Having Andrew witness at least one of these would be ideal and strengthen the piece.
> > > > > >
> > > > > > On Wed, Mar 30, 2016 at 8:21 AM, Alan Edwards <alan.edwards@outside-org.co.uk> wrote:
> > > > > > > Agree that if we can't move JM or GA we should look to move the Professor to give Andrew his piece of editorial - which we will make sure is aligned with the other media we have planned.
> > > > > > >
> > > > > > > Best
> > > > > > > Alan
> > > > > > >
> > > > > > >
> > > > > > > > On 30 Mar 2016, at 09:03, Victoria Brooks <victoria@milkpublicity.com> wrote:
> > > > > > > >
> > > > > > > > Hi Craig,

DEF_00052143

> I can ask the Prof to change his reveal date if we all think this is the best route. He is not back until Friday - so I can call him then if we agree on this date. I know that his preference was to be in the reveal session with either GA or JM.
>
> I can certainly find out if the 9th is an option and report back by EOP Friday.
>
> Best wishes,
> Victoria
>
> Sent from my iPhone
>
> On 30 Mar 2016, at 08:45, nCrypt Craig <craig@ncrypt.com> wrote:
>
>> Do we move the LSE prof a couple days?
>>
>> On Wed, Mar 30, 2016 at 7:37 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:
>> We can't change the date for Gavin, from memory, he is unlikely to have other dates in April.
>>
>> Sent from my iPhone
>>
>> > On 30 Mar 2016, at 6:22 PM, nCrypt Craig <craig@ncrypt.com> wrote:
>> >
>> > Good morning,
>> > I just heard that Andrew O'Hagan will be in France April 7 and 8 and that he will only be returning on the 9th.
>> >
>> > Yesterday we discussed the schedule and that I was to exhibit the proof package to Gavin and the LSE professor on these days.  Can you let me know if those dates are set in stone?
>> >
>> > Andrew is back in London on April 9 but this will be too late for the reveal.
>> >
>> > We discussed how the experience of the reveal and especially the impact on what Andrew is writing as the proof is demonstrated was important in the meeting yesterday.
>> >
>> > We do want to ensure that he will be able to write a good editorial.  We cannot recreate that moment.  How do we try and align this?
>> >
>> > Craig
>>

DEF_00052144

**From:** nCrypt Ramona
**Sent:** Wednesday, March 30, 2016 9:39 AM
**To:** nCrypt Stefan
**CC:** nCrypt Craig;Alan Edwards;Victoria Brooks;Robert MacGregor;Nick Caley
**Subject:** Re: Leaks

Staff don't know what we discuss in our media meetings. Yes they have seen the photographer, but do not know of JM or Gavin. Craig, you think Nick is a concern, and he has been approached and has knowledge of this happening? Could this be related?

On Wed, Mar 30, 2016 at 10:31 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:
> I would not rule out the fingerprints of Uyen in here with staff connections .

Sent from my iPhone

On 30 Mar 2016, at 8:29 PM, nCrypt Craig <craig@ncrypt.com> wrote:

> Yes, but this is more than Gossip.

> There are accounts being setup just to "leak" some of this. And it is somebody who is in the know so to speak.

> That is what is troubling.

> On Wed, Mar 30, 2016 at 9:25 AM, Alan Edwards <alan.edwards@outside-org.co.uk> wrote:
>> Understand that this kind of gossip on Reddit is not helpful but I think we have to hold our nerve as our moment to set the record straight approaches . But we'll keep a close eye if this gets any further traction over the coming days.

>> Best wishes
>> Alan


>> > On 30 Mar 2016, at 09:56, nCrypt Craig <craig@ncrypt.com> wrote:
>> >
>> > It seems that there are leaks. Somebody has been talking and there are a few people building a side story again.
>> >
>> > https://www.reddit.com/r/Bitcoin/comments/4cdsna/craig_wright_nigerian_prince_and_other_unlikely/
>> >
>> > Craig

DEF_00052146

**From:** nCrypt Craig
**Sent:** Wednesday, March 30, 2016 10:02 AM
**To:** nCrypt Stefan
**CC:** Alan Edwards;Victoria Brooks;Robert MacGregor;nCrypt Ramona;Nick Caley
**Subject:** Re: Leaks

Right now, the following companies have raised over $100 million. They have valuations of more than half $1 billion.

- BlockStream
- 21 Inc
- Ethereum

All three of these companies rely on bitcoin remaining small and Satoshi not coming back.

Gregory Maxwell and his crew work for Blockstream. Nick Szabo works for Ethereum. All of them have stock interests and more than just a mild vested interest in ensuring that I am not successful. This is not a personal thing. I really don't care about these people at all from a personal point of view. What I care about is that these individuals and companies are all focused on ensuring that bitcoin remains small.

I have public information already and a number of publications on the way that dictate how bitcoin can grow.

I really don't think we are focused on the negatives that we need to address and that will come back to haunt us. These individuals have been running the public face of bitcoin longer than I have. I have not been publicly involved for more than five years. The consequences of this other these people hold more authority than they should given the way that they're acting.

There is a vested interest in ensuring that our plans are not successful. If we don't act on these and other issues related to them were going to find ourselves in an ongoing battle. We should not be entertaining those on the other side of the fence but rather should be ensuring that they are not armed with further false accusations.

One thing that I've learnt is that any lie that is not addressed becomes truth. We saw this with the PGP keys and although it is easy to validate that it's a lie the fact that something remains a lie without being addressed leaves people believe in the lie.

We addressed talking to Nick Szabo and Gregory Maxwell. That is correct. I also said it was a bad idea. Let me spell it out, none of the people with any involvement in the three companies mentioned above should have anything to do with this. Our plans should involve how we ensure that the people in these companies do not gain traction against us.
These people will address the issues in their own way. Not through truth, but from the same sort of attacks based on lies and innuendo that we have seen already. We need to be prepared for this.

I obviously did not state my opinion clearly enough. I will do so now. I will not be involved with any debate or any discussion with the people from the companies at the top of this email. I have no personal grievances with them and nor do I care for them. None of them have any interest in promoting bitcoin. None of them desire that I come back. Right now we are a position of weakness. It is not about signing keys, it is about addressing the points that we need to address.

The importance of getting the message about the PGP keys out there is so that we have time to address these issues. People like Gregory Maxwell will attack us and people will listen to him unless we move now. The day before the reveal will not work. These articles and comments are not from Uyen and they are not from the Sydney staff.

So yes, Nick is a major concern. Any people with a vested interest in ensuring that we do not succeed are a major concern.

Craig

On Wed, Mar 30, 2016 at 9:31 AM, nCrypt Stefan <stefan@ncrypt.com> wrote:
> I would not rule out the fingerprints of Uyen in here with staff connections .
>
> Sent from my iPhone
>
> On 30 Mar 2016, at 8:29 PM, nCrypt Craig <craig@ncrypt.com> wrote:
>
>> Yes, but this is more than Gossip.
>>
>> There are accounts being setup just to "leak" some of this. And it is somebody who is in the know so to speak.
>>
>> That is what is troubling.
>>
>> On Wed, Mar 30, 2016 at 9:25 AM, Alan Edwards <alan.edwards@outside-org.co.uk> wrote:
>>> Understand that this kind of gossip on Reddit is not helpful but I think we have to hold our nerve as our moment to set the record straight approaches . But we'll keep a close eye if this gets any further traction over the coming days.
>>>
>>> Best wishes
>>> Alan

> On 30 Mar 2016, at 09:56, nCrypt Craig <craig@ncrypt.com> wrote:
>
> It seems that there are leaks. Somebody has been talking and there are a few people building a side story again.
>
> https://www.reddit.com/r/Bitcoin/comments/4cdsna/craig_wright_nigerian_prince_and_other_unlikely/
>
> Craig

DEF_00052149

**From:** Nick Caley
**Sent:** Saturday, April 30, 2016 9:40 AM
**To:** nCrypt Ramona
**CC:** Victoria Brooks;Robert MacGregor;nCrypt Stefan;nCrypt Craig;gavinandresen@hush.com;Jon Matonis;Alan Edwards;Kathrin Kauschmann;Charlotte Harris;Andrewohagan@me.com;allan@ncrypt.com
**Subject:** Re: UPDATED TIMELINE - MONDAY 02 MAY 2016

Hello Ramona

thanks for this and understand your concern. I would say though that's it's very important that the release is issued at the same time as the BBC/Economist/GQ go live with their story as if we give it to other media outlets hours later it could mean they run with a more negative take on the story. Equally, i'd think once the first media runs at 8am we'll have people asking for the press release almost straight away

thanks

Nick

# Nick Caley

HEAD OF CORPORATE COMMUNICATIONS



# TheOutsideOrganisation

Butler House, 177-178 Tottenham Court Rd, London W1T 7NY
www.outside-org.co.uk | (+44) 020 7436 3633 | mobile: 07711 081 843 | DDI: 020 7462 2949

 @outsideorg    @outsideorg    /outsideorg

 Named #1 in PR Week's Powerbook Top Entertainment & Sport PR 2016

The information contained in this email and any attachment to it is confidential, may be the subject of legal, professional or other privilege and is intended solely for the use of the named addressee. Access to this email and any attachment by any person other than the named addressee is not authorised. If you are not the named addressee, you must not disclose, copy, print, distribute, take any action based upon it or otherwise rely upon it and should notify us by replying immediately to the sender by email. You should also immediately destroy this email and all relevant attachments, without disclosing its contents to any third party or retaining any copy of it.
Due to Newspaper Licensing Agency laws we are only able to send attached press cuttings to one person in your organisation. Should you wish to forward this email yourself to any other recipients internally or externally you will need to register with the NLA

On 30 Apr 2016, at 05:34, nCrypt Ramona <ramona@ncrypt.com> wrote:

Thanks for this-it all reads really well. Craig and I have been discussing this, and realised that the press release to the wider media will be occurring on Monday as well as the actual articles..We are travelling back to London on that day with 2 other children who are not ours (Rachel's and Ben's friends from school) and are concerned that issuing a very public press release like that may be an issue with the parents. Is it possible to issue the press release AFTER we have arrived in London and the other kids are safely back home?

Ramona

On 29 Apr 2016, at 19:20, Victoria Brooks <victoria@milkpublicity.com> wrote:

Hi All

please see the latest timeline for Monday:

**TIMELINE - MONDAY 02 MAY 2016**

[Press Team: Alan Edwards, Nick Caley, Victoria Brooks all working on Monday]

**07:30 AM (07:30) London**

Media Team contact BBC, Economist, GQ directing them to the CW & GA blogs

**07:59 AM (07:59) London**

CW Blog goes live www.drcraigwright.net

**07:59 AM (07:59) London**

CW signs block 9

***EMBARGO WILL LIFTS AT 0800 AM (08:00) LONDON***

**08:00 AM (08:00) London**

Rory Cellyn Jones | BBC publishes story online http://www.bbc.co.uk/news

**Today** programme run the story and other bbc broadcast outlets sometime between 8am and 9am
http://www.bbc.co.uk/programmes/b006qj9z/clips

**08:00 AM (08:00) London**

Stuart McGurk | GQ publishes story online www.gq-magazine.co.uk/

**08:00 AM (08:00) London**

Ludwig Siegle | Economist publishes story online www.economist.com/

**08:00 AM (08:00) London** - Eastern Daylight Time: 03:00AM (03:00)

Gavin Andresen Blog article goes live http://gavinandresen.ninja/ blog

**10:30 am EDT** Gavin Andresen on panel at Consensus in NYC [plans on arriving Sunday afternoon, heading back home Tuesday late afternoon or evening.]

**08:00 AM (08:00) London**

Jon Matonis tweets link to GA and CW Blogs @jonmatonis

**08:00 AM (08:00) London**

Andrew O'Hagan LRB teaser goes live http://www.lrb.co.uk

http://www.lrb.co.uk/blog/

**08:05 AM (08:05) London**

Media Team release press release to wider media list

**Media Team deal with all press enquiries**
We will handle all media enquiries and gauge media reaction.
In the first instance we will be declining press interviews for CW as agreed but will keep a record of requests.
We will manage follow up and issue press pack and agreed statements.

Dr Craig Wright said, **"I firmly believe that Bitcoin and the blockchain can change the world for the better. I didn't take the decision lightly to make my identity public and I want to be clear that I'm doing this because I care so passionately about my work and also to dispel any negative myths and fears about bitcoin and the Blockchain. I cannot allow the misinformation that has been spread to impact the future of Bitcoin and the Blockchain. I'm now able to build on what I have previously completed by releasing my research and academic work and help people understand just how powerful this can really be."**

**Charles Sturt University**

CONFIDENTIAL

DEF_00052373

It was reported / speculated in the media that Craig Wright was not a Lecturer at Charles Sturt University [the media did recognise that Wright acted as an Adjunct Lecturer]. Wright's Lecturer role can be proved by the fact that Wright was paid by the University [Adjunct Lecturers don't get paid] and we can show payment via the Staff Web Self Service portal and an invoice for payment by the University to Craig Wright for his services as a Lecturer.
Additional material substantiating his Lecturer role is CW's CSU Staff Card.
Another accusation made was that Dr Craig Wright claimed he already had a PHD from CSU. The facts are that Dr Craig Wright's PHD with CSU has been submitted (we have proof of that) and has undergone peer review but graduation is not until December 2016. He has another doctorate which is why is able to use the "Dr" title.

***"What Craig Wright put on his Linked In page was an "expected graduation date. He did not say he had a second PHD. He can use the title Dr as he already has a doctorate. The thesis for his PHD has been submitted and has undergone peer review but graduation is not until December. He was a lecturer with CSU as he was paid by the University. Adjunct Lecturers don't get paid. We can show this via the Staff Web Self Service portal and an invoice for payment of services as a Lecturer. We can also show a CSU Staff Card."***

Dr Craig Wright said, ***"I'm an academic and so my passion for study and learning never ends. In the case of CSU, I was both a student and a lecturer and so the University allowed me to have these dual roles, hence the misunderstanding. I have a staff card to prove I was a paid lecturer as this type of ID isn't issued to unpaid staff. I also have a letter from CSU offering me the paid position. With regards to the claim that I have PHDs, what I put on my Linked In page was an "expected graduation date". I can confirm my CSU PHD papers have been submitted, have undergone peer review and graduation is in December."***

## Super Computer

Media reported / speculated that there was no super computer. We can provide a letter from SGI that clearly states that they were working with Cloudcraft and built the Sukuriputo Okane, Cloudcraft's first supercomputer ranked number 327 in the world. This letter comes from a director at SGI.

## PGP Keys

There have been several accusations made that the PGP keys could have been backdated or "forged", it is important to note that we have a report from forensic company First Response and Bill Lindley, CEO First Response stating that First Response have considered the claim that GnuPG version 1.4.7 could not manufacture a PGP key with the preferred hash algorithms of 8, 2, 9, 10, 11. We have tested the functionality of version 1.4.7 and reviewed the source code repositories and we have found the claim to be incorrect; therefore the claim should not be relied upon.

Dr Craig Wright said, ***"If you go back to the Internet archive, the Wayback machine, hosted by the Library of Congress in the US, there are copies of all the software and web pages that show that the version of PGP did have those particular hash functions included at that date."***

**We also now have the full Forensic Report attached.**

*"In the session they witnessed Dr Wright signing blocks 1 and Block 9 - the first one after the genesis block and the one associated with Hal Finney. Both Blocks are known as Satoshi blocks. "*

Other industry experts media can approach:
Gavin Andresen (like Jon Matonis) Gavin has been shown the proof. Gavin will be releasing a post on his blog and has indicated that he would be happy to share the content of this under embargo. If press wish to speak to him they can contact him via email

Gavin Andresen is the Amherst, Massachusetts-based chief scientist at the Bitcoin Foundation. He has access to the alert key that allows him to broadcast messages about critical network problems to all clients. After graduating from Princeton University in 1988, Andresen began his career working on 3D graphics software at Silicon Graphics Computer Systems. In 1996, he co-authored the VRML 2.0 specification, and later published a reference manual for VRML 2.0.Since leaving Silicon Valley in 1996, Andresen has tackled a wide variety of software-related ventures, including CTO of an early voice-over-the-Internet startup and co-founder of a company that made multiplayer online games for blind people and their sighted friends. In April 2011, Forbes quoted Andresen as saying, "Bitcoin is designed to bring us back to a decentralized currency of the people," and "this is like better gold than gold." Prior to 2014 Andresen was the lead developer for a part of the bitcoin digital currency project, working to create a secure, stable "cash for the Internet." Andresen also created ClearCoin, an escrow-type of service, which was closed c. June 23, 2011.

Jon Matonis [Bio in press pack]

## Gavin Andresen – BLOG

GA has permitted that we can provide them with the blog post.

And if they have further questions, they can contact him via email - we can provide his email address and advises email

CONFIDENTIAL

communication only.

GA is declining any on-camera or on-microphone interviews, but happy to answer email questions that relate to why he is convinced. They should look to other people if

they are looking for somebody to give a "what does this mean for Bitcoin" opinion.

**Title: Satoshi**

I believe Craig Steven Wright is the person who invented Bitcoin.

I was flown to London to meet Dr. Wright a couple of weeks ago, after

an initial email conversation convinced me that there was a very good

chance he was the same person I'd communicated with in 2010 and early

2011. After spending time with him I am convinced beyond a

reasonable doubt: Craig Wright is Satoshi.

Part of that time was spent on a careful cryptographic verification of

messages signed with keys that only Satoshi should possess. But even

before I witnessed the keys signed and then verified on a clean

computer that could not have been tampered with, I was reasonably

certain I was sitting next to the Father of Bitcoin.

During our meeting, I saw the brilliant, opinionated,

focused, generous -- and privacy-seeking -- person

that matches the Satoshi I worked with six years ago. And he cleared up

a lot of mysteries, including why he disappeared when he did and

what he's been busy with since 2011. But I'm going to respect

Dr. Wright's privacy, and let him decide how much of that story

he shares with the world.

We love to create heroes -- but also seem to love hating them

if they don't live up to some unattainable ideal. It would be better if

Satoshi Nakamoto was the codename for an NSA project, or an artificial

intelligence sent from the future to advance our primitive money.

He is not, he is an imperfect human being just like the rest of us.

I hope he manages to mostly ignore the storm that his announcement

will create, and keep doing what he loves-- learning and research and

innovating.

I am very happy to be able to say I shook his hand and thanked him

for giving Bitcoin to the world.

**Contacts**

CONFIDENTIAL

**Nick Caley, Media Consultant**

**The Outside Organisation**

Landline: 0207 462 2949

Mobile: 07711 081 843

E Mail: Nicholas.caley@outside-org.co.uk

**Alan Edwards, Media Consultant**

**The Outside Organisation**

Landline: 0207 462 2912 (line for Alan's office run by Sarah Bedford)

Mobile: 07860 920 577

E Mail: alan.edwards@outside-org.co.uk

**Victoria Brooks, Media Consultant**

**Milk Publicity**

Landline: 0207 520 1087

Mobile: 0771 200 9588

E Mail: victoria@milkpublicity.com

**Robert MacGregor**

Mobile: 07721 261043

E Mail: RMacGregor@theworkshopcom

**Stefan Matthews**

Mobile: 07792 937425

E Mail: stefan@ncrypt.com

**Kathrin Kauschmann**

**TWS**

Landline: 0207 432 7842

Mobile: 07721 261052

E Mail: kkauschmann@theworkshop.com

**Charlotte Harris**

Partner

Kingsley Napley LLP

Knights Quarter | 14 St John's Lane | London EC1M 4AJ

Direct dial: +44 (0) 2035381544 | Mobile.

Switchboard. +44 (0)20 7814 1200

Email: charris@kingsleynapley.co.uk

**Andrew O'Hagan**

Mobile: 077349 19821

E Mail: Andrewohagan@me.com

CONFIDENTIAL

<u>Who is where | Tuesday 2nd May</u>

**Nick Caley, Media Consultant - LONDON**

**Alan Edwards, Media Consultant - LONDON**

**Victoria Brooks, Media Consultant - LONDON**


**Robert MacGregor - LONDON**

**Stefan Matthews -LONDON**

**Kathrin Kauschmann - LONDON**


**Jon Matonis - LONDON / TRAVEL TO KENYA PM**

**Charlotte Harris - LONDON**

**Andrew O'Hagan - LONDON**

**Allan Pederson - LONDON**


**CW | RW – EUROPE**


**Gavin Andresen - USA - NYC**


<PGP Report.pdf>

<LEADING SCIENTIST AND ACADEMIC DR CRAIG WRIGHT GOES PUBLIC AS THE INVENTOR OF BITCOIN AND THE BLOCKCHAIN .docx>

DEF_00052377

**From:** Craig S Wright
**Sent:** Wednesday, June 24, 2015 9:27 AM
**To:** Ramona Watts
**Subject:** FW: Transcript and Meeting Minutes [DLM=Sensitive]
**Attachments:** 20140226 Meeting Minutes.pdf

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Page 10
The 11 page doc

20140226 MM.pdf

The term Chords is used - this is "cores"

This is in the 2013/2014 year.

I missed this as they transcribed CORES as CHORDS.

This is proof we did not make up the SGI, we had it in the earlier time.

-----Original Message-----
From: Miller, Andrew [mailto:Andrew.Miller@ato.gov.au]
Sent: Thursday, 6 March 2014 10:50 AM
To: John Chesher
Cc: Trinh, Jenifer; McMaster, Des
Subject: Transcript and Meeting Minutes [DLM=Sensitive]

John,

For your reference, I have attached the transcript of your meeting with us on 18 February 2014. It has been transcribed from the recording by Auscript.

Also, please see attached, the minutes of our meeting on 26 February 2014. Could you please review these and advise of any errors or omissions. If you are satisfied that the minutes are an accurate reflection of the discussion, please advise as such.


Thanks and regards,

_____
Andrew Miller
Auditor | Indirect Tax
Australian Taxation Office
Phone: (02) 9354 6379 | Mobile: 0401 684 338
Facsimile: (02) 6225 0929
ATO | Working for all Australians


*********************************************************************
IMPORTANT
The information transmitted is for the use of the intended recipient only and may contain confidential and/or legally privileged material. Any review, re-transmission, disclosure, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited and may result in severe penalties. If you have received this e-mail in error please notify the Privacy Hotline of the Australian Taxation Office, telephone 13 2869 and delete all copies of this transmission together with any attachments.
*********************************************************************

CONFIDENTIAL

| | |
|---|---|
| **From**: | Stefan Matthews [stefan.matthews@demorgan.com.au] |
| **Sent**: | 11/25/2015 11:33:42 AM |
| **To**: | Craig S Wright [craig.wright@demorgan.com.au] |
| **CC**: | Ramona Watts [ramona.watts@demorgan.com.au] |
| **Subject**: | Re: Hey |

Let's talk on Monday about exactly what Dave's involvement was to ensure no conflicting views on this come out later.

Sent from my iPhone

On 25 Nov 2015, at 8:25 AM, Craig S Wright <craig.wright@demorgan.com.au> wrote:

> Add Patrick to the list of knows.
> From what is below, it is clear that Dave had discussed with him.
>
> At least for now he also seems to be willing to not talk. But as Dave's friend he will want to ensure that Dave is outed one day.
>
> **From:** Patrick Paige [mailto:patrick@computerforensicsllc.com]
> **Sent:** Wednesday, 25 November 2015 2:10 AM
> **To:** Craig Wright <craig@rcjbr.org>
> **Subject:** RE: Hey
>
> OK, that sounds good... I think we both know Dave was a genius when it came to computers and I sure would like Dave to get recognition for his part if any in the development of bitcoins. I realize there is a lot of things to consider releasing this information but my question is when?
>
> *Patrick Paige* EnCE SCERS
> **1880 North Congress Ave. Ste 333**
> **Boynton Beach FL 33426**
> *Office: 561.404.3074*
> **www.computerforensicsllc.com**
>
> *Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*
>
> **From:** Craig Wright [mailto:craig@rcjbr.org]
> **Sent:** Monday, November 23, 2015 3:49 PM
> **To:** Patrick Paige <patrick@computerforensicsllc.com>
> **Subject:** RE: Hey
>
>
> Not yet.
>
> We are in the process of finalising some of the research. I was hoping we could be at the point of release before the reporters started sniffing.
>
> Craig

DEF_00065750

On 24 Nov 2015 5:26 am, "Patrick Paige" <patrick@computerforensicsllc.com> wrote:

No problem... I don't think it's about computers, he mentioned bitcoins in his message. Maybe they something about yours and Dave's bitcoin involvement. You want me to return his call and feel him out? Are you guys close to releasing any information on Dave's involvement in Bitcoins?

*Patrick Paige* EnCE SCERS
**1880 North Congress Ave. Ste 333**
**Boynton Beach FL 33426**
Office: 561.404.3074
**www.computerforensicsllc.com**

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Craig Wright [mailto:craig@rcjbr.org]
**Sent:** Thursday, November 19, 2015 1:06 PM
**To:** Patrick Paige <patrick@computerforensicsllc.com>
**Subject:** Re: Hey

Thanks for the heads up. Reporters are always troubling. They ignored the stuff Dave and I did when he was alive. I don't know what has started to interest them now.

The computer we are running made the top 20 within the top 500 supercomputer list so this may be new?

http://top500.org/

The first one was COIN in 2013 just before he died and the new one is Tulip.

Dave helped design the first one and as you know did a fair amount of research with me. Most yet to be completed and published.

A worry that they are starting to be nosey now.

Thanks again for the heads up.

On 20 Nov 2015 03:50, "Patrick Paige" <patrick@computerforensicsllc.com> wrote:

Hi Craig... how goes it, just wanted to touch base with you. I got a call from a reporter who left a message asking about Dave and you. I don't plan to call him back, but Carter and I were curious if something is going on.

*Patrick Paige* EnCE SCERS
**1880 North Congress Ave. Ste 333**
**Boynton Beach FL 33426**
Office: 561.404.3074
**www.computerforensicsllc.com**

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

CONFIDENTIAL

CONFIDENTIAL

DEF_00065752

**From:** Ira K [clocktime2020@gmail.com]
**Sent:** 3/11/2014 11:21:13 PM
**To:** Craig S Wright
**Subject:** Re: Another

I totally understand any apprehension towards trusting me or anyone with confidential matters. I already feel honored that you trusted me with as much information as you have.

Each day I enjoy reading the daily news about Bitcoin and thinking to myself I am one of the priviledged few who knows the real caped crusaders.

The sad part is that Dave isn't here to enjoy it. It just doesn't seem fair.
I hope the saying is true that everything happens for a reason. Sometimes I just can't see it.

In regards to the company stuff, I won't ever do anything with it without talking to you first.

Sincerely,
Ira

On Tue, Mar 11, 2014 at 1:36 AM, Craig S Wright                    wrote:

We are not listing until we have merged the group etc.

So there is a little more to be done and you cannot easily vest this right now, it is private equity.

## Company share structure

| Share class | Share description | Number issued | Total amount paid | Total amount unpaid |
|---|---|---|---|---|
| FOU | FOUNDERS | 21500000 | 21500000.00 | 0.00 |
| ORD | ORDINARY | 20000000 | 20000000.00 | 0.00 |

## Members

PANOPTICRYPT PTY LTD                    43 ST JOHNS AVENUE , GORDON NSW 2072

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| ORD | 17000000 | Yes | No |

CONFIDENTIAL

DEFAUS_00115950

DENARIUZ SG                                    108 NAMLY AVE , SINGAPORE , SINGAPORE

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| ORD | 3000000 | Yes | Yes |

WRIGHT , CRAIG STEVEN                          43 ST JOHNS AVENUE , GORDON NSW 2072

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| FOU | 21500000 | Yes | No |

The FOU (Founders) shares are the ones Dave has a right to.

You and your father own 10,642,500 shares. This is 49.5% of the founder shares.

- You have a right to appoint 1 director

- You have a right to the quarterly accounts

- You have the rights to sell these when the company is floated

- The book value is around 5-7 million dollars, but it is a young company etc. So what it makes at float makes the difference.

Even if we do not access the drives, Dave's legacy is worth something.

I hope you understand taking so long to talk to you etc, but I do not trust easily and only do now as I loved Dave.

Regards,

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 8 March 2014 2:33 PM

**To:** Craig Wright
**Subject:** Re: Another

CONFIDENTIAL                                                                    DEFAUS_00115951

Very well good sir.

On Fri, Mar 7, 2014 at 5:22 PM, Craig Wright <span style="background:black">    </span> > wrote:

It is not. I am far from humble, but I will not take from Dave. I had an idea, but it would never have executed without Dave

Dave was my sounding board, he fixed my errors.

...

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553 | Mobile: + 61 417 683 914

http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 8 March 2014 4:23 AM
**To:** Craig Wright
**Subject:** Re: Another

Craig,

What the F? I thought humility was not your strong suit.

I understand Dave may have helped you in many ways, but the idea was yours.

As we speak, journalists around the world are in a frenzy searching for the person

who came up with the idea, not the team behind it.

CONFIDENTIAL

DEFAUS_00115952

The crown is yours to claim if you ever choose to.

Satoshi lives and prospers :-)

Ira

On Fri, Mar 7, 2014 at 3:22 AM, Craig Wright < ▮▮▮▮▮▮▮▮ > wrote:

Ira,

What is true?

I had math skills and some coding, that frankly was crud (better than some, but really). Dave could edit his way through hell and back. I am not a team player. I am a terrible boss and slave driver, but with Dave I was far more.

Satoshi was a team. Without the other part of that team, he died.

Regards,

…

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + **612 8003 7553** | Mobile: + 61 417 683 914

http://www.rcjbr.org

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 7 March 2014 5:08 PM

DEFAUS_00115953

**To:** Craig S Wright
**Subject:** Re: Another

Craig,

Thanks so much for sharing the emails.  I encrypted them on to a thumb drive

and deleted them from my email account.  Maybe one day you'll allow me to

submit them to the Smithsonian  :-)

When the time is right I hope you let the world see the true Satoshi.

You rightfully deserve all the praise for your invention.   It must be

an amazing feeling to see how far it's become.  I know Dave would

be proud.

Love this quote.

If I have to tear down the world to disrupt it and make it better I will.

– Craig S. Wright

Sincerely,

Ira

CONFIDENTIAL

DEFAUS_00115954

On Thu, Mar 6, 2014 at 5:54 PM, Craig S Wright ▮▮▮▮▮▮▮▮ wrote:

Again.

PLEASE delete the emails or at least encrypt them or something once you have read them.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 7 March 2014 9:39 AM

**To:** Craig S Wright
**Subject:** Re: Another

Agreed.

On Thu, Mar 6, 2014 at 5:12 PM, Craig S Wright ▮▮▮▮▮▮▮ wrote:

I will send you some rather private early emails today as long as you PROMISE to delete after reading.

Leave others to be Satoshi and leave Dave not to be.

Agreed?

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 7 March 2014 1:38 AM
**To:** Craig S Wright
**Subject:** Re: Another

Craig,

Am I supposed to do something with the 2 .asc files you sent? I'm not sure

what they are for.

CONFIDENTIAL

DEFAUS_00115955

Also I can't stop thinking that we may have 300,000 Bitcoins, but simply don't know how to retrieve them. It's certainly enough to change my family's life and my wife's family back in Thailand.

I should probably start trying to figure out how to access Dave's drives, but I'm still not sure who to trust them with. I think the only person would be you, so I was wondering if I could mail them to you? Or do have any plans on visiting the states? You are welcome to come stay with us and I could show you more of Dave's stuff.

Thanks,

Ira

On Tue, Feb 25, 2014 at 11:27 PM, Craig S Wright ⟨          ⟩ wrote:

This is about all I can find.

The date on one is set ahead for some reason.

I do not have the passwords / phrases for them.

CONFIDENTIAL

DEFAUS_00115956

**From:** Nick Caley
**Sent:** Thursday, March 31, 2016 4:49 PM
**To:** nCrypt Craig;nCrypt Ramona
**CC:** Kathrin Kauschmann;Robert MacGregor;nCrypt Stefan;Alan Edwards;Victoria Brooks
**Subject:** Media Training Notes
**Attachments:** PX _ Media Training Session 2 .docx; ATT00002.html; PX ? Media Training Session 1.doc; ATT00004.html

Hello Craig and Ramona

Please find attached notes and transcripts from the first two media training session to consider ahead of our next one on Thursday 7th April. Also, it would be useful if we could see a draft of what you might say at the press conference on the 26th April so we can discuss that in the session next week also

Many thanks

Nick

CONFIDENTIAL

DEF_00172509

Media Training | Session Two
22 March

CW: … so we are working on 500 to 600 whitepapers, we should have 100 whitepapers by the end of the year and there is of course a cost to this from various companies. I had a number of organisations focused on different things and they have now been brought together under one entity.

**Craig, how much does a whitepaper take to construct? I know it's a daft question… It could be hundreds of thousands of dollars?**
Quite easily, including patenting, yes.

**So you are actually saying – and can we check – that in 2012 you transferred all of that into the whitepapers for research?**
We will be continuing to fund research and development. At the end of the day the Foundation that we aim to set up is going to be managing the companies and controlling my research. What I intend to do is continue developing solutions, continuing to develop Internet things, time controls…

**… And so any reporter would then say 'you've got all of these Bitcoin are you're not going to use any of it for personal use?'**
I don't need to. I am very content with my life as it is.

*Is that a good enough answer? I think you need to emphasise that as when you say 'I don't need to' they're going to say 'why?' so I think you answer it straight away. You say 'look, I've got my family, I research, I don't need a lavish lifestyle', just emphasise that.*

(Practicing) I have my family, my research; I have an organisation that is funded…

*And spell it out for them: 'I don't want a load of big Porches, mansions around the world…' just make it black and white.*

I've already got an Audi R8…

*Maybe they'll bring up that one too, 'We know you have a penchant for fast cars…'*

I already own an Audi R8 – I'm happy, I don't need any more. Not yet anyway, maybe in the future.

**It's interesting as I wrote a note – much more clumsily than how you've just said it - which said that all these organisations, all lead back to one thing – they lead back research, they lead back to creating new things. Ultimately that Bitcoin benefits the wider world.**

CONFIDENTIAL

At the end of the day, we've got many organisations but they're focussed on different areas. What we've done is we've merged all these into a single organisation now. I'm not a commercial lawyer, despite having a law degree, and I have made mistakes on how we did these things because I thought it was better from a risk point of view. Taking advice from lawyers and other commercial advisors we've now merged all of these into a single entity, and that will continue to fund the research.

*I think saying that – and I think its often very disarming with a journalist – is saying 'I'm not perfect' that's the right thing to do. To say 'I've made some mistakes, I've had some advice and actually now it's under this one umbrella'*

At the end of the day, yes, I've got a Masters in Law and International Banking Law but I've never actually practiced as a lawyer. There is a big difference from reading a book on law to actually being a lawyer and I've discovered that one the hard way, many times! At the end of the day, that's why I have law firms to do the paperwork, to do the filing, because they have the expertise, they do it day to day. I do certain things day to day, whereas the lawyers on the other hand, they live and breath this. Its one thing, as you know, to read about how to do something, it's another to actually do it professionally.

**Absolutely, I didn't know you had a law degree as well!**
I do. Northumbria. International and Commercial Law.

*That's good. That's much better than 'I don't really know…'*

I didn't actually, in my law degree, learn about setting up companies. I learnt about the foundation of commercial law and shipping law and international banking law. So what I did was really a line to where we're going in international contracting and the creation of bills of exchange and other such things. I did a lot of different papers, there's one for instance on electronic contracting and how that changes with the introduction of digital signatures here in the UK, now that has been a foundation for the creation of exchange bills that we can actually implement within Bitcoin. But at the same time, that is a different area of law than running a company.

*You've answered it.*

And that's me yapping on.  Then I can go on with, so what we're now going to do is to be opening up some of these electronic contracts. If you want to hear about that, what we're going to do is to have different signatories, including automated agents that will then be able to contract on their own. That is of course where the lawyers come in…

*I don't understand any of this… That's the thing, how far do you go?*

**I'm enjoying it but maybe a couple of paragraphs back, but that is a lot better than 'I have a number of organisations including those in Sydney, Australia and the UK'.**

CONFIDENTIAL
DEF_00172511

**How do these benefit from you revealing your identity? 'I don't really know, I haven't looked into it, I'm not seeking anything out of it'**

Yea but then we can get into the trust bit.

So 'tell me about the trust'. Well, one of the problems we have actually had is the lawyers have been telling me that it's not actually a trust because we have it on an electronic system and the agent that we have, the trustee, is in fact an electronic agent. Now, the lawyers have been telling me that you need a person. And this is where we have problems with the electronic schemes, the systems that we do online and the advent of an electronic contract compared to old ways the law used to work, so we've created what we call a trust, based on an electronic system that we've put in place, but how does that actually come about in the real world? So we have to think of different names and ways of enacting this. What I've known is that I've treated the agent as a trustee, even though it's electronic, but the law hasn't caught up with that yet. So that's the problem we have with this trust. It's really something that is electronically set in digital rights management but that isn't something that the law understands. They want a person in charge.

**This is the 2020 trust that we're talking about right now?**

***Then they'll say is it true that you are the sole, or one of the beneficiaries of the trust that expires in 2020?***

At the end if it, the funds will be going back into my research and development schemes around Bitcoin... No... research and development within Bitcoin. What I'll be doing is extending the Foundation and looking at creating even more. Right at the moment, we have around 500-600 white papers that will be released by 2020. After that date I'm not quite sure where we'll be, we're talking several years in the future, but for the moment we have a lot of research that we're trying to capture. We've been researching for about 7 years now and that's lead to a point where we've had to step back a little bit and start actually capturing that information. So, at the moment we have – in progress – at least 500, up to 600, white papers that will be released. Some of these have already been published and are out there and others will be coming shortly. We will be releasing some of this information on the blog that's going up and during this process we will then be looking for the future of where we take these things. So it's an on-going exercise. Now the Foundation will take that even further but before we can get there we need to have the systems in place that were currently writing up and capturing so that we can take it to the next level of Neural-networks and better integrations within the block chain.

***Is it pretty obvious that he didn't actually answer the question?***

***No it's brilliant, I was just thinking you should go into politics, you'd make a great Prime Minister. That was great flow and passion. But yes it was obvious that you didn't answer it...***

CONFIDENTIAL

DEF_00172512

I did! I said we would be doing more research afterwards.

*The good thing is that you're dominating the space. And most journalists after that will just be enjoying the answer and they will have forgot the other questions they had in their mind. It's given you control in the interview.*

*And I think that you do go technical on them because it is very, very interesting and I think that the technical people will understand. Well what happens if you do go very technical? They stand back?*

**Some of them will, some of them won't. Each interview we go into we'll brief. Some will be more technical than others. When we go through the questions now I wanted to actually pretend I was from the Sunday Times Magazine – hypothetically - and they might ask more about your background, your family or about your childhood. They may want to portray this figure and then the technical afterwards. Alternatively, if we're from the guy from Wired, we'll get technical first and he probably wouldn't care about the rest. We go with the flow in each situation. It's no good giving a magazine interview too technical an answer so I think we need to gauge it.**

*I'm trying to figure out the difficult ones, the difficult questions and how to deflect them if they keep pushing issues that you really don't want to talk about.*

**One of the difficult ones is actually talking about your childhood. Because you don't actually really elaborate on that too much and someone might want to paint more of a picture of where's all this come from.**

*You don't mind talking about your childhood?*

No, we can talk about that.

**We'll just say it was a 'normal childhood'**

*My concern is the things that might come from the (XX) Investigation that is still going on – that's what I consider the difficult questions.*

Such as?

*Is it true that your house was raided? Why? Why did they do that?*

Well I wasn't actually there.

*But it says in the papers…*

**We've covered most of the basics. We'll do another media training, and another but these answers are getting very, very good.**

DEF_00172513

Great.

**I wasn't in the session, but what we just did was a big step forward. It's really interesting to not have been in the session and reading text as you see where it goes down a little and you can see the answers. The one thing I would say, going back to our original conversation about answering those niggely questions, is the oldest trick in the book with journalists is to make you angry. To piss you off because they know that as soon as you start to get riled you'll say more than you might want to say.**

***They tend to save it for the end with 'it's been great to talk to you, by the way, what was your work with the Australian government' right as you're walking out. That's the classic. Or, 'off the record, but I just want to know'.***

**Silence is one as well.**

You should have asked me that earlier! I could have said 'I don't have time for that one sorry!'

***When they say it's off the record, is it off the record?***

**No! Just don't be tempted to fill silence. It's a natural human thing. Once you've answered the question just stop, and if they pause, then pause. If you're finished then you're finished. It's a technique to make you carry on.**

***I think in this instance where Craig's got such a narrative I don't think they'll be much room for many questions, which is good.***

Or the other way is that I could just move it to something else, or just start talking 'so I've noticed you've stopped asking questions but would you like me to tell you more about some of the technology we've got in play? What we could really go into is what I am doing now rather than asking me these other questions'. How about I tell you about some of the things I am going to do with smart contracts, and at the present time we are looking at releasing a whole lot of fundamental white papers. These will dictate where we plan to take Bitcoin in the coming years. We're going to show how we can scale Bitcoin, how we can make faster payment networks, how we can then make that something global. Not only for transferring Bitcoin, but for tokenised paper money and how we can link other items. Cash – people have already got that figured out – but we can start linking to such things as circuit boards in a computer, and the circuit board and the chip each have an ID. So we know whether someone has changed or updated without going through their warranty. We know that they have altered their laptop. We know if someone has stolen something and is trying to re-sell it, and we can actually track it back. So would you prefer I talk about some of those technologies instead?

**I wouldn't ask them what they prefer. You could say 'what's really interesting to me is…'**

DEF_00172514

*Because otherwise it's pushy isn't it.*

**That goes back to Alan's original leading question about other technologies and could it be used for medical supplies? Don't wait for that question to be asked, get the positive stuff in. I think that the Silk Road question is a joke actually. It's so easy to bat away.**

*The hardest ones are – which you've probably spent hours on – the 'what about the children' arguments. The 'isn't it true that people could buy, well, it's already been proven, that this anonymous currency can allow for terrorist attacks. Didn't you read this morning Sir about the attacks in Belgium? How do you explain to dead children's parents?'*

They were paid for with cash. We actually make a system that has a ledger. This is going to make it easier for the government to go back and follow the trail. Now, the big thing with terrorism and people smuggling and all these things, isn't finding the terrorist at the end, it's tracking back the trail of money. With cash that's really difficult. When cash comes in from Syria, from Lebanon, and Africa and South America and all these other places, and there are terrorist funding groups that are now being funded by people like (faq and V Faq) and whatever else in the drug industry because it's profitable.

**This is just an argument against cash, Sir. That's not a justification for an anonymous online system.**

But it's not anonymous.

**It's only not anonymous if you can break the chain –**

Once we have the end people, once we have where they're being funded, we can start following that chain back. We can look at where they've come from, what the transactions are, we can start…

**…But you have to be able to map that back. You can map the transactions; you can map the flow of coins through the ledger…**

I should point you to a paper that came out last year, 2015, which was a graph analysis of Bitcoin that shows for many transactions they're far less anonymous than anyone has been speculating and in fact as soon as you make an error you can start tracking everything there.

**But the chain has to be broken?**

Once you get someone who has taken that transaction the chain is broken. As soon as they start using things you can start everything back to the coin base. What we

have is, even if we don't catch people, we can then follow where they're funding came from.

**You're ignoring the realities of international policing. So yes, I can take the person to spent the coins at the end and say 'who sent those to you' and he'll say 'it was John Smith in Libya'**

What we're doing is analysing those transactions

**Well I can see where those transactions came from and then what?**

Then, like all policing, we have to look at enacting some process with other organisations, whether it's Interpol or whatever else, to track the money back. You cant say there's someone overseas and I'm sending money so therefore we cant do anything more from here in Britain.

**But you can bounce from here to the other side of the planet in milliseconds then obviously that moves faster than any law enforcement ever could. There is a reason why there is a $10,000 cash limit when you get off a plane because essentially we've reached the conclusion that less than $10,000 a time is a fairly inefficient way to launder money. So, to keep going back to the analogy of cash is not a fair one because you can only move cash physically around the world, where you can move hundreds of millions of Bitcoin across the globe in seconds.**

I remember one of the cases I was involved with at the AFP, what they had were $50,000 pre-paid debit cards, they had a suitcase of these and there was something like $100,000,000 in debit cards that were pre-paid. That was taken through an airport.

**These are physical things that can be seized on the way through the airport, that can be found.**

You can electronically transfer money instantly. You can get involved with barrow bonds, digital barrow bonds, digital (egons). These can be transferred anonymously, truly anonymously, instantly.

**None of this answers the argument that Bitcoin increases this risk. You're just saying there are other means that are equally risky.**

No, I'm saying it's a red herring. You're putting it out there saying that Bitcoin does this. Bitcoin doesn't actually change the playing field. The answer you need is to look at increased law enforcement in certain areas, to actually have people investigating these areas to actually analyse. It's a different scenario. It's the same argument as saying terrorism happens because we have encryption. Terrorism doesn't happen because we have encryption but because the world happens. We have Internet connections because of encryption; we have Internet banking because we have

DEF_00172516

encryption. If we banned encryption the terrorists would still have encryption. I can download the algorithm for RC4 or AES and write it myself in minutes.

**But if I needed a legal to operate a Bitcoin exchange, and I could kill all the interactions between the real currency system and the virtual currency system I could effectively kill the economy.**

No you don't.

**Actually if you can't move money in and out of a virtual system then you have a very fringy group that is willing to do this offline, then you don't have to look much further than the history of Bitcoin. You don't have to go into analogies.**

What you end up is a system like Webmoney that is difficult to get money in and out of. But what you have is people exchange diamonds, they exchange gold, they exchange property, and those things are traded for Webmoney. And webmoney is predominantly in Russia and Ukraine and these areas by a lot of criminals and a lot of terrorism groups.

**When I ask you Sir why this isn't a risk all you do is point me to other things that are equally bad.**

Its not more of a risk or less of a risk. You're trying to say it's more of a risk; it is not more of a risk. I'm not here to solve the world's problems, I'm not here stopping terrorism but I'm not making it easier for them either.

**What is your explanation then for why the first uses of Bitcoin were illicit activity?**

The first uses of Bitcoin weren't illicit activity. They were actually buying a pizza.

**Silk Road was the first large-scale commercial (X)…**

Silk Road was not large-scale. Before Silk Road there were 3 other exchanges. There was already a house bought with Bitcoin by the time Silk Road had come about. So there had been a real estate transaction, there had been …

**Sir, do you understand how insulting that is when I say that hundreds of millions of dollars worth of weaponry and drugs have been sold and you respond with 'no, someone bought a pizza'?**

In hundreds of millions, the entire drug industry of the world, for hundreds of millions is about 1.5 seconds. I can get you an exact figure if you want but plus or minus about 0.2 seconds at the moment. So, what you're saying is 2 years worth of the entire Bitcoin economy is bad because 1.2 to 1.7 seconds worth the real world, real crime happened across years of Bitcoin. So you're going to …

CONFIDENTIAL

DEF_00172517

**So your response is that it isn't big enough to impact the global criminal economy in the world?**

The total criminal economy…

**My question is, if the attraction of Bitcoin is non-anonymity, how do you explain the first large-scale use of this was for illicit activity?**

The first large-scale use wasn't actually that.

**OK how do you explain that Silk Road immediately gravitated towards this?**

Silk Road was set up for that reason.  But that's not an argument, that's its whole reason for being. Silk Road also went down. Silk Road also lead to the capture of, not just Ross Ulbricht, but hundreds of other people selling illicit goods. It leads to the capture of people who wouldn't have been known. Here's the thing, drugs are being sold now off Silk Road without Bitcoin, drugs are being sold now with cash, drugs are being sold now online in a variety of different ways. There is still web money, there are still transfers in credit cards, so your point that this is making it easier actually, the whole industry around drugs and illicit trade and weapons has moved away from Bitcoin and is moving away more. It started that way because they believed that they would find an anonymous source. But what they have discovered is that it is far less anonymous than they believed. It has lead to people being convicted and lead to people being tracked down. The only way that it is anonymous is to anonymously mine. Now, at the beginning that was possible. There were some people who are still unknown; I know a few people myself who were unknown in the early days who have never come out and said that we're doing this. But that isn't possible anymore. To actually mine any decent amount of Bitcoin costs tens of millions of dollars and there are no anonymous tens of millions of dollars suddenly appearing type facilities out there in the world anymore. People know about Bitcoin mining laws. People know where these are.

**If you have a Bitcoin and you send it to my address and I send it to someone else's address and they send it to someone else's address, it's true that those kind of transactions can be traced and if that last Bitcoin gets spent by a terrorist - what's your point? That it gets tracked back to you? Because all those transactions in between are anonymous, because it's just an address.**

And if I had money in a bank account and I sent it to someone else, who sent it to someone else, who sent it to someone else…

**In the banking system I can trace every step**

Well I can trace every step now
**No, you can only trace it to addresses not individuals**

CONFIDENTIAL

But that is where you have to do further analysis. It's not as secure as you're making out. It is not as anonymous as you're making out. You're assuming is that you can't trace any of this. Now, what I will now introduce you to is somewhere that were going. We have a number of white papers that will allow organisations to start implementing accounting standards within Bitcoin. Now they'll still be (synonymous) but other organisations won't know what they're doing and won't know what they're selling unless there is something like a tax record that they need to provide, an invoice that they need to provide, or some way that government can legitimately come in and ask for that record.

**I think we need to tighten that answer up because I think it's the hardest one. To retreat to a position that cash is just as bad – that's not going to work.**

That's a separate issue.

**They want to make you angry, and especially on a day like today they are going to ask this early on.**

I didn't fund it, have a nice day.

*Is this something we can work on? Can we get this a bit tighter and crisper?*

**Yes, we'll work on this one.**

*When they had media training there were a lot of questions that we have gone through – do you want to have a look at the list? And Rob there are a few questions that we want to put into the mix…*

**Rob, there are a lot of questions here, we can go through the cards. We're through most of them but if you'd like to pull some at random?**

The one thing that we're forgetting is that in any transaction, in drugs, terrorism or anything else, there is a physical component. Bitcoin gives you a digital signature that can be tied back to that physical component. If people want to police the system properly, they monitor things and they watch the baby get delivered. And once that baby gets delivered they have categorical proof that it was sent, that it was paid for.

*The other question that I was concerned about was – that we touched upon briefly but the answer wasn't good enough - was if they bring up Iceland and the super computer. We've seen a previous interview with you when you mentioned a super computer in Iceland. Is that still in existence? What do you intend to do with that one?*

I will be continuing research…
**...We need to know exactly what that transcript said. You said you had built? We're building? We need to listen to that again.**

DEF_00172519

*I think that is exactly why we have them weekly now so we can go through remaining questions and help you to come up with a short, perfect answer and that there are no open questions.*

**That one is a hard one because it's a trick. There is no answer. Does it make funding terrorism easier? Yes.**

No.

**Yes.**

No, I actually disagree with that.

**But I think the benefits outweigh that.**

Web money is actually easier than Bitcoin.

*I believe one thing that we can look into is how other companies, like Twitter, respond to terrorism and how they answer that sort of question. Because Twitter – we're all facing the same questions – like terrorists are using Twitter to communicate.*

**I thought that they're using SnapChat as well.**

*How do they manage that sort of question?*

**On the flipside of that, you could argue that 20 years ago they didn't have mobile phones, they didn't have the internet so you could argue that made their job harder, but actually it made it easier. They was much harder to trace people, they didn't have an IP address, not specifically Bitcoin but this idea that digital technology has made it easier… there is a complete flipside to that.**

There is a flipside to science. It's made it easier for the police; it's made it easier for criminals. It's made it easier for everyone in the world.

**I think your analogy to encryption is actually a good one. In that, does encryption allow terrorists to communicate beyond the watchful eye of the NSA? Yes. But – the benefits of encryption massively outweigh those risks.**

*So it's funding and finding. It makes it easier to fund and easier to find. It's two-way.*

**Well if I'm the head of the NSA my answer is that I don't want to find out who funded the explosion in Brussels this morning; I actually want to stop it before it happens. And if I can stop the flow of funds before it gets to you, which is what I**

CONFIDENTIAL

**can do by monitoring (warrant) transactions and the (swift) network then it doesn't happen in the first place.**

The predominance of the terrorism funding has been by (Hahwahla) Networks. How are you stopping them?

**You have to be careful with those, that's just another… So, (Hahwahla) Networks are not stoppable because it can be a telephone call, a text between two people, no cash…**

… (Twitter) has been used quite a lot with coded messages…

**We can't keep going there are other things that are just as bad. Because you need (Hahwahla) relationships, but you don't need them necessarily for Bitcoin you just trade Bitcoin. I don't think we should take the position that its not useful for terrorists and everything else is just as bad. I think that will come off as really self-serving and most people will just shut us off after that. We have to acknowledge that it is a new technology and new technologies come with societal benefits and costs. And just as with encryption you have to acknowledge that are you going to make the entire world subject to a surveillance state? So talk about the costs of Bitcoin. It may make certain types of transactions to terrorists more difficult to trace, lets assume that's true. Lets talk about the benefits. What does it mean to the global economy when someone can start a business for free anywhere in the world. What does it mean when I don't have to go into a bank right now on my hands and knees asking for a merchant account to start mu business in sub-Saharan Africa. What does it mean when I can move dollars across the world with no cost?**

I am going to interrupt. So what are the problems why we have terrorism? Lets go into that first. We have it because we have displaced people. People who are wealthy enough to know what is out there, to know what the opportunities are for other people in the world but don't have it for themselves. They don't have access to education but they see their people unable to get access to schools, don't have empowerment in their lives, they cant move money, they cant actually do anything where they can interact with the global economy. That's part of why these people feel they are outside of the world economy. What we are going to do is offer something where they don't need they need a traditional bank account. Where they can interact with other people. They don't need to worry about crenation of warlords because no one knows how much money they have. Where they can be protected, where they can move money, move location if they need to, where they can educate their children and pay for it. And then, they are not going to be so disillusioned. When they have something to loose. When they can build and be part of the economy they are less likely to be terrorists in the first place.  And Bitcoin, through enabling that, not through traditional banking methods, but enabling people to securely keep their own money, will reduce the need for these people who feel that they have to rebel against something that is really bad in their lives.

CONFIDENTIAL

DEF_00172521

**Well that's an interesting one! I can see the headline 'Bitcoin can stop terrorism'. I think it's brilliant, but with my particular political background, and you may well be right, but I think it's a Pandora's box.**

*They could ask, well who are 'they' sort of thing.*

**It's about saying this is what happens but here are the positives. But they'll start saying, well who are 'they' and what about religion? They'll say so it's all about money? And so you'll get into all these difficult things.**

*And there are no answers.*

CONFIDENTIAL

DEF_00172522

## NOTES AND ALTERNATIVE ANSWERS

## OVERVIEW

**Our second training session was different to the first in that rather than a full on mock interview we moved onto analysis of harder questions and how they might be better answered. We then picked up the mock interview as the answers were practised. This session saw a real move forward for CW in terms of both tone and content. He was far less defensive on difficult questions, he dominated the interview in the right way and he showed humility to the right level. Even on technical subjects he made complicated matters (to the layperson) very clear. His passion drew you in and he importantly didn't lose his temper on the tricky subjects.**

1.

*And spell it out for them: 'I don't want a load of big Porches, mansions around the world...' just make it black and white.*

I've already got an Audi R8...

*Maybe they'll bring up that one too, 'We know you have a penchant for fast cars...'*

**CW can make it clear he doesn't have a lavish lifestyle BUT he doesn't need to apologise for enjoying life and enjoying the fruits of his labour so to speak. He worked hard and has achieved a great deal and doesn't need to be ashamed of that fact.**

2.

A: At the end of the day, we've got many organisations but they're focussed on different areas. What we've done is we've merged all these into a single organisation now. I'm not a commercial lawyer, despite having a law degree, and I have made mistakes on how we did these things because I thought it was better from a risk point of view. Taking advice from lawyers and other commercial advisors we've now merged all of these into a single entity, and that will continue to fund the research.

**This answer was a great leap from the first training session where CW was very guarded re his business ventures and gave short one-line answers. As transcribed during the session we made the point that admitting a mistake and making it clear you haven't done everything right is quite disarming for a journalist – and more importantly plays well with the readers of the media outlet**

*3.*

*Q: Then they'll say is it true that you are the sole, or one of the beneficiaries of the trust that expires in 2020?*

DEF_00172523

A: At the end if it, the funds will be going back into my research and development schemes around Bitcoin… No… research and development within Bitcoin. What I'll be doing is extending the Foundation and looking at creating even more. Right at the moment, we have around 500-600 white papers that will be released by 2020. After that date I'm not quite sure where we'll be, we're talking several years in the future, but for the moment we have a lot of research that we're trying to capture. We've been researching for about 7 years now and that's lead to a point where we've had to step back a little bit and start actually capturing that information. So, at the moment we have – in progress – at least 500, up to 600, white papers that will be released. Some of these have already been published and are out there and others will be coming shortly. We will be releasing some of this information on the blog that's going up and during this process we will then be looking for the future of where we take these things. So it's an on-going exercise. Now the Foundation will take that even further but before we can get there we need to have the systems in place that were currently writing up and capturing so that we can take it to the next level of Neural-networks and better integrations within the block chain.

**NOTES : This is a very good example of CW using the bridging technique i.e moving the conversation into one he wants to have i.e the work and research narrative.**

**4.**

A: Or the other way is that I could just move it to something else, or just start talking 'so I've noticed you've stopped asking questions but would you like me to tell you more about some of the technology we've got in play? What we could really go into is what I am doing now rather than asking me these other questions'. How about I tell you about some of the things I am going to do with smart contracts, and at the present time we are looking at releasing a whole lot of fundamental white papers. These will dictate where we plan to take Bitcoin in the coming years. We're going to show how we can scale Bitcoin, how we can make faster payment networks, how we can then make that something global. Not only for transferring Bitcoin, but for tokenised paper money and how we can link other items. Cash – people have already got that figured out – but we can start linking to such things as circuit boards in a computer, and the circuit board and the chip each have an ID. So we know whether someone has changed or updated without going through their warranty. We know that they have altered their laptop. We know if someone has stolen something and is trying to re-sell it, and we can actually track it back. So would you prefer I talk about some of those technologies instead?

**NOTES: This answer shows a forward move from the first session – here we see CW on the front foot to explain the benefits of Bitcoin and future applications. The one nuance here we advise not to ask the journalists permission but rather say, "What's interesting to me …**

**5.**

**We discussed the tax question. Where in the earlier sessions CW had shut down at this point, in this session he delivered a succinct but more upbeat answer.** *"There is a process going on at present with the government in Australia and our lawyers are working with them closely to resolve the issue. It is a legal process so wouldn't be right to speak any further about it but I can tell you it's being dealt with in the proper way"* **He also mentioned that the Govt don't know how to treat Bitcoin in terms of GST i.e the law hasn't caught up yet. Although a very fair point we'd advise avoiding this as the bottom line is that the law is as it is at present.**

6.

**We discussed the issue Satoshi/Bitcoin being a shared creation as per the answers in session one and the need to take ownership of this. CW used the phrase "standing on the shoulders of giants, explained how people helped with the math etc. but was clear that Bitcoin was his idea and hence he was Satoshi**

7.

**We discussed the PGP falsifying/backdating issues. Moving on from session one, CW took a firm but understanding tone around these accusations. This is a good position to take. "In the end, people make mistakes, even very intelligent people. I don't want to accuse anyone of anything but Maxwell made an error, a mistake. We are all human, we all make mistakes."**

8.

**Rob and CW had a debate around the negative uses of Bitcoin, with Rob taking a journalists adversarial role around how BC makes it easier to fund terrorism. This point does need further work. One route is to take it away from a granular argument playing e.g cash vs. BC and talk about how technology overall brings good and bad – the encryption line CW uses is a good illustration of this. This is also a moment to use the bridging technique  - to acknowledge that of course as with any new technology there are downsides BUT here are all the enormous upsides – as per Rob's line here:**

*"Lets talk about the benefits. What does it mean to the global economy when someone can start a business for free anywhere in the world. What does it mean when I don't have to go into a bank right now on my hands and knees asking for a merchant account to start mu business in sub-Saharan Africa. What does it mean when I can move dollars across the world with no cost?"*

Twitter have said this re terrorism which is a useful guide - https://blog.twitter.com/2016/combating-violent-extremism

DEF_00172525

http://www.wired.com/2016/02/twitter-wants-you-to-know-that-it-is-fighting-terrorists/

DEF_00172526

**MEDIA TRAINING SESSION 1**
**18/03/16**

**Good morning, I am Stuart from GQ Magazine**
Good morning Stuart, nice to meet you.

**I just missed my bus this morning but glad that I've got here on time as I've been looking forward to chatting with you. So, let's start at the top with the real million-dollar question. How can you prove that you're Satoshi?**
We're going to be retiring the keys. But the real question is not whether someone has control of keys; it's more of the work that we're doing. We have quite a number of papers and other things coming out very shortly. We have a number of mathematical papers detailing all the fundamentals of Bitcoin and how it functions and why it's secure and will be releasing those as well as where we're going to take it in the future. And the reality is not whether you should be believing me anyway: I don't want to head-up anything, I don't want to be in control, I'm here because I have to be. The real issue, and the real focus that we have to look at, is that if there is a single leader of Bitcoin who is going to be dictating what happens, then it's not going to work. We have to be in an open environment where people are free to experiment, where they're willing to make concerted efforts to try things that may fail. I know that actually sounds bad to some people in that we're playing with money, but any start-up is playing with money.

**So, it was a committee of people, for want of a better word? You're not trying to claim all the credit, it's not all about you, it's a combination of people and minds.**
I had a lot of help. In particular a friend of mine who died a few years ago, Dave Kleiman, gave me a lot of help but there have been many other people along the way. And more than that it's been the people who have continued since I've left. These people have actually put in a lot of time and effort into making Bitcoin what it is. The fact that I want it to succeed is important to me, but it doesn't mean that that's all that there is. I don't want to be in charge, I didn't and I still don't.

**OK, so you're not the messiah type figure looking for all the publicity. You just want to get back to being an academic.**
I just want to get back to writing papers. I want to go back to what I was doing before and I want to start releasing those again.

**You talk about releasing papers and you have talked about releasing a report. When can we expect to see them?**
At the moment we have several finished and I'm just waiting. It's because of all the problems we have had in the last few months about avoiding press so we can just get things sorted. I've actually held off releasing some of them.

**Tell us some of the problems you have had. Why have you decided now to come out into the open?**
I haven't really decided, it was forced and thrust upon me.

1

**You seemed to leave Australia – I wouldn't say under a cloud – but there was some sort of controversy there. Why did you leave? What happened?**

Unfortunately when you're not talking to people, people come up with a lot of stories. We'd actually been looking at leaving months before that, it wasn't that we left on the day. Things happened just as we were leaving.

**For instance, there was a report from the Charles Sturt University essentially denying or discrediting your claims that you studied there or you taught there. What was that about?**

Unfortunately I can be a little bit naughty in some ways and I wanted to do two degrees at once. I was allowed to and I have two different identities with the University and that has worked up until now. I haven't really done these things to try and get more degrees or whatever else, and the idea that they pointed out saying I have four Masters degrees at that one. Well at the end of the day it doesn't get me anything more by having more there than the other Universities. I have. It's really for me.

**So it's just a misunderstanding?**

Yes.

**Talking about misunderstandings. There was quite a furore about tax and stuff like that. There was talk about a big investigation by the government and raids.**

I think most of that stuff has been blown out of proportion. We are communicating with the government and I can't really say much more than that at the moment.

**Is it true that the Australian federal police raided your home?**

I know after I had left that house they came in there. I wouldn't say a raid. They came in there looking for information.

**But why? If you claim you're innocent and haven't done anything wrong why would the police break into your home?**

No one broke into any home.

**Did you let them in? Or did someone let them in?**

Well I wasn't there. I had already left.

**So they would have broken into your home.**

No, of course not.

**I think the world would want to know why the police came into your home? You haven't done anything wrong?**

It's a fairly usual occurrence.

**That police come into your home without you?**

Yes it is actually. Even in civil matters you have an (end-time pillar), people want to grab and capture information about things.

2

CONFIDENTIAL

DEF_00172529

**Do you think police have too much access to people's homes? Is there a big brother vibe to all this?**
I don't really want to get into politics.

**OK. There is a rumor that you did some work with the Australian government, some people say in defense or something like that. What was your relationship with the government?**
I have had involvement with the government in the past yes.

**In what area?**
I worked with people such as the federal police in a number of areas such as anti people smuggling and forensics associated with that and even with catching child predators.

**How big is this problem is this pedophilia thing that we seem to read about every day? Here in the UK you'll have seen practically every celebrity, including Rolf Harris whose been dragged into this. Is it an out of control situation?**
I don't know if it's out of control. I think it is a problem though. In particular this is an area where a lot of people are getting access to a lot of material and we're not doing a lot to stop these things. Now, one of the problems of course is with sex trafficking and other things across the different areas, from South America into the US, and Saudi and other things like this. You have a lot of women who believe that they're getting a well-paid job, helping their family, and then they don't get heard of again or they've been sold to something and that is a huge problem.

**So you actually worked with the police in this sex trafficking. That's very interesting.**
I analysed hard drives. I do a lot of forensic work.

**Within Australia? Within other countries? How much did you do?**
I can't really talk about things. There are a number of cases where I acted as an expert witness and also an analyst of material.

**You obviously feel very strongly about child trafficking and sex trafficking. I presume there would be a lot of money coming your way out of all that's happened with Bitcoin and all of that. Will you be using some of that to advertise and promote against this kind of thing?**
Not so much to advertise or campaign or anything like that. I have had a lot of involvement with a charity called (Burnside) in the past, which are part of the United Church, and I have a strong affiliation with them. They help single mothers, single fathers and whatever else and what I have really focused on is education. A lot of the computers we have used in the past - that we've used for a year or whatever else - we've donated or we've given education and training. Going forward, one of the things we're setting up at the moment is a foundation just for that.

3

DEF_00172530

**OK. Just finishing on Australia, you didn't leave under a cloud because it did seem that you left quite suddenly. But you think it's just been blown up and these are all things that will be straightened out?**

I think so. I mean we haven't been talking and people have been filling in the gaps themselves. I guess part of the problem there is a void that people seem to have to fill it.

**So why did you allow that void? Why didn't you address all those issues immediately?**

We had people here that we're setting up and starting a business and whatever else and we're in the middle of a lot of changes within the organisation and really the business comes first.

**So that means you couldn't defend yourself at all when people are making allegations against you?**

I am not happy at all but that doesn't mean that I am able to respond to it all. If I am going to be spending my time trying to bat answers back for everything that occurs then I'm not going to get any work done.

**You say this was forced upon you – you coming out as Satoshi – why was that?**

Unfortunately information was leaked and a lot of things have been said to try and discredit me. And unfortunately that has left me in a position where I don't really have much of a choice. If I want to continue going forward, if I want to publish papers and have people read those for what they are then I have to come out. Look, at the same time I don't want people to take what I am saying as gospel because of something I have written in the past. It's important to me that this is about, not authority, but what I am actually writing. So anything I write should be taken with a grain of salt until it's proven. If I write a mathematical equation, people should validate it. If I write a scientific paper, people have to validate it. It's all about peer review. But getting to that point is the important aspect for me.

**Who do you think could possibly have leaked all your information?**

I don't know unfortunately.

**There have been some reports that it could have been the Tax Office itself? Could that be so?**

I can't answer that one. I mean that's the problem with rumours. I'd just be getting on the same bandwagon that everyone has been using against me.

**There have been specific allegations in certain areas, things like Wired, that suggest you have backdated some of these documents, or that they've been altered in some way. How do you respond to that one?**

It's an easy accusation to make. But if you actually check the information being said about it you'll find that it's actually false. If you go back to the Internet archive, the Wayback machine, hosted by the Library of Congress in the US, there are copies of all the software and webpages that show that the version of PGP for instance actually did have those particular hash functions included at that date. In fact, they were included in 2007 so well before (timeline) created those keys, all of those functions were there.

4

**Will you be explaining this to the world? As obviously some people will accuse you of being a hoax.**

You get accusations. I think a lot of people are probably threatened by having someone come back. It's like (Lenis Torvil), he heads it up, he's in charge and people answer to him. But I don't really want that role. I don't actually want to be the head. I want to put information out there and I want to create and develop but I don't want to necessarily stand there and say what needs to occur. I want that to be more of a democratic process where people actually choose based on the efficiency and value of what is actually there. So they look at the code, they look at the solutions and they find what is economically the most viable? What will work the best? What provides the most information?

**So are you suggesting that – regarding the accusation that you backdated the PGP paper - you're suggesting that these allegations are false? Why would anyone do that? These are well-respected members of the Bitcoin community.**
I think he probably just made some errors and didn't check his facts. I would like people to check their facts.

**Isn't that odd that a senior developer wouldn't check his basic facts?**
People make comments very quickly on forums. Unfortunately we're not talking about a periodic paper that's gone back and forth several times, we're talking about a Reddit forum. At the heat of the moment people say things and they get blown up. That's all I have to say on that.

**Obviously there have been lots of rumours out there suggesting that other people are Satoshi – there's a Romanian one, and Irish one, there's a lot – does that get on your nerves?**
No, I actually feel sorry for them in some ways. Its not a position that anyone would be envious of.

**Just to get down the hard tacks, can I ask how many Bitcoins do you have?**
There is a trust and I don't have anything anymore. Everything has been put into the business.

**What are the advantages of Bitcoin? Because we can see things like dark web, Silk Road and so on, there are some negatives associated with it as well as the positives.**
At the same time, you'll find out that Silk Road was actually taken down and many of the ancillary people were actually taken down because of the trail. So although its unanimous its not anonymous and that means that there are traces there. It is a global ledger that can be traced so it's not completely anonymous.  What you will find is that it's actually going to make people more honest in that there is a complete ledger of what occurs. So if we exchange goods or we exchange services, then I have proof that it occurred so we don't need to tell the world. But at the same time, if something goes wrong, I still have that receipt and so it can be set up in a way that I cant lose.

5

**If I'm a bad guy, I'm a Russian gangster and I've got a load of weapons and I want to sell them to a terrorist, does that not make it a lot easier?**
Well, you've got this thing called cash right now.

**But it's quite difficult to transport millions of dollars to a restaurant in Bagdad for example.**
It's actually amazingly simple to wire money. And there are other forms of transfer as well. There are diamonds, there are bearer bonds, everything like this. People have been using money for a long time. The daily transfer of just drug traffic is far larger than the entire Bitcoin economy. We're looking at things here, and if you take everything around the world for drugs, the whole Bitcoin economy is minute.

**One of the things that was leaked in the papers previously was that there was a trust and that you have control of the trust in 2020. Is that true?**
It goes back to the corporation and at that point then we will put it into the company again.

**But it actually goes back to the corporation or it goes back to you? Because it actually had your name on that legal document…**
Everything I am doing goes back to the company and my research.

**So there is nothing at all that you will have for yourself? There are 1 million Bitcoin apparently that Satoshi mined, and you have none of it at all?**
I have spent money on my business and my research and I will continue to do that. I have more than enough, I don't need a job, I don't need to live with any more than I have, I am very happy how I am.

**So there is a trust then? Because that has been constantly talked about in the papers?**
We will actually be releasing the details of the trust. The lawyers have argued the point that it's not a trust; we have an electronic system that is a dealer-less key exchange system that allows you to safely and securely set-up a system of transferring Bitcoin over time. That is going to be released shortly. That is one of the things we have a paper for already. But the problem there is of course that it is going to take a little bit of time for people to understand it, to code it and all the rest. So we have the idea, we have the concept, but to really release that into the wild, so to speak, we still need more time. It's alpha and experimental right now. What that does mean though is that we have a means of protecting people's assets and investments, so that people can control what happens and need to worry about their Bitcoins and not need to lose them.

**Exactly how many Bitcoins did you mine?**
I mined quite a number and I was with my partner, so to speak, in all of this, Dave, we mined quite a lot.

**How many people were involved in creating Bitcoin?**
In creating Bitcoin? A lot. How many people were involved in Satoshi is probably a better question. That was two of us.

6

DEF_00172533

**Some people say that perhaps you're not Satoshi, but that Dave is Satoshi. But of course he is dead and he cannot speak for himself. How do we know it's actually you?**
Dave was a key part of everything that I did. Dave spoke as Satoshi and I have to admit that Dave was always far better and far calmer to be in this area of dealing with people and he is sorely missed. But the only way to really look at this is to look at the information that we'll be supplying: the papers. From that, I'm not asking you to do anything or believe me, I am asking you to judge based on the information.

**So would you actually admit that you are Satoshi?**
Dave and myself.

**How many Bitcoin did Dave mine?**
I'm not at liberty to discuss that I'm sorry

**You refer to yourself as having mined quite a lot of Bitcoin, how many is quite a lot? Is it billions?**
It was only ever going to be just under 21million Bitcoins so it can't be billions.

**OK, valued at billions then maybe.**
Well, who knows? I mean right at the moment it's not but personally I see a large future for this. We're talking about a technology that isn't just money, it's an economic token and right now it's a very small value for what it can be. One day we're going to be in a situation where it can be millions or tens of millions of dollars per Bitcoin. It might be twenty, thirty years away but that's where we're headed.

**Could it change the world economy?**
It's disruptive, of course it can change the world economy. Uber changes the world economy, Facebook has changed the world economy so yes, any disruptive economy changing technology is really going to change the focus of everything. What we're really doing is creating automated agents that will allow different pieces of technology to start communicating. Now that means you can have internet devices connected and communication seamlessly, simplifying everything you're doing, automating processes, finding the best time to pay for electricity rather than having to turn on the washing machine. Everything can actually start looking at different tariff rates and having miniature auctions in effect so that your washing machine starts bidding with other washing machines to get slightly better tariffs. That's where we're headed, that's why it will disrupt things.

**Just sticking with the disruptive theme. Are we saying we're cutting out the third party? The bankers, the agents, the builders, they're all superfluous aren't they?**
Not necessarily. What they have to do is add value. So if you're looking at a big bank that you just put money in, what does it do? So what we end up with is finding areas where banks actually add value, how do they get those people that are the best loan risk, the people that will actually pay you back. So we change in to a peer-to-peer lending system, we start moving into reputation systems, to authentication of people, of knowing our customers. All the things we're meant to do as a bank.

7

DEF_00172534

**Do the bankers become the advisors rather than the people that technically move money?**

Exactly. I mean this is where bankers started. I mean people talk about big bad bankers but originally and even if we go back 50 years, banking was a different entity than it is now. Banking is really about knowing your clients and understanding their needs and finding solutions, not just selling home loans or trying to put together collaterised sort of dead obligations where you have many slices of properties that you know nothing about. We're going back to something that people will have to understand their client to add value or we have the alternative or someone running a top 500 investment scheme where all you get to do is people get to put their money there and you hold it, even for a fee, protecting your wealth because they're just a wallet.

**So banking got too big, too out of control, it ceased to be banking and it became speculation.**

In some ways yes. At the end of the day, money is a ruler. The key focus of money is a yardstick. Now where we have really moved to is a system where the value of your money keeps changing whether it's through quantative easing, whether it's through splitting the money into different loan basis and everyone else having 5% capital holdings. Now we've moved in to a system where we don't have a single yardstick any more. The size of the yard-stick is variable. It's really difficult to start preparing for your future and to understand where you might be going if the yard stick moves.

**So the individual consumer has no idea what their actual pension is because it changes by the hour. So this will take us back to the basics and basic economy in some respects.**

In some ways yes. It will allow people (interrupted – **…it's like a new currency, it will allow people to trade this sheep for that paint or something…**) If you particularly wanted to, it's also going back to the equivalent of a gold coin. Not in the gold exchange standard, people seem to fight about that one and call people gold thugs and whatever else. But the reality there was, even at its best what the government did was limit its transfer to basically large gold bars that in the twenties were worth a thousand pound gold bar. Now a thousand pound gold bar is worth about twenty million dollars today or whatever else and that wasn't your average, I can just go out there and exchange my money for a gold bar. It was your whole suburb exchanged their money for a gold bar so it wasn't really a situation where you could do that and you could only do it in certain circumstances and only do it for certain amounts. In the end it was something like 5% of the gold deposit notes were actually held as gold so in theory you could go back and say I want to take my money and get a bit of gold but one twentieth of that is all that the government actually held.

8

**Therefore you can't really name what you've got so when people stopped using gold and started trading in paper. You know something like the Southsea bubble where everyone invested in something that wasn't real and ended up going bankrupt. So now that couldn't really happen.**

Well you can always set up a speculative bubble, I mean nothing says you need hard money. You can chose to invest in stocks, you can chose to put your money elsewhere but you have a fall back. You have something that is worth this amount and will remain worth this amount that is tangible. It might be electronic but it is effectively tangible.

**So looking at it from a very positive point of view and we talked about terrorism and drugs and all of that. Just so I can understand it, I'm just a journalist, say I'm David Cameron and for 10 million dollars I need to get to Rwanda, what do I do? Do I push a button, do I send a key that the President of Rwanda has? What do I do in practical terms?**

Well you have to find the charity once again. You're not going to just send random money off there, I mean you could but how do you know how it's going to be used? So you find a charity, one that you trust, and in the future we can have completely open, auditable charities where the audit function is looking at where has the money actually been spent. One of the things we're looking at, at the moment we have some white papers coming out, is forming DACS, Distributed Autonomous Corporations and Distributed Autonomous Social Organisations that are based on the block chain with full accounting systems so that these things are auditable live. So it's a real auditable system, it's a real live system based on a computer and audit technique that's built into it. So you can actually watch what's happening to the money you invested.

**Say like a thousand pounds was spent this afternoon on medical equipment.**

Exactly, and you can start allocating that and know where things have been put. So you can see this much goes to admin, this much goes to the people and then you get to a situation where you're looking at charities and how it works where people start to actually compete, they have to compete on what they're doing. At the moment, these things are fairly opaque, you don't really see what most charities do. Every now and again you hear about something in the press and the press really says this charity has done wrong, these directors are getting paid too much or whatever else but how about if that was live, right to the minute? You can look at every charity in a particular field, where they're putting their money right now, that's the future of this.

**Does it become the thought police everywhere?**

Well you don't need to put your money into those charities. You can put your money into one that's opaque, that's your choice. You can say I don't want to know what they're doing with my money and that's still your choice but you have the choice. Now the Orwellian bit is the government comes and looks at you without your choice. What we're saying is I get to open my books to try and get you to trust me. You can see everything I'm doing and you can trust me because I can't lie. That is a big distinction. I can choose to remain private but if I'm out there, putting my hand out asking for money why do I have that right?

9

DEF_00172536

**How do you choose to remain private? Can anybody access the data on Bitcoin, it's completely secure is it?**

The control of the wallet and the function and the key need to be secured. So nothing is completely secure in that someone compromises your computer and you only have a single key, you don't have hardware wallets or whatever else then someone could compromise you. There are ways of protecting that which is probably outside the scope of this but at the same time, I can choose how I'm going to store my money and where I'm going to store it. I don't need to tell everyone about it. Now the ledger is not really going to be open unless I let it be opened so when we're talking about an audit function I can publish my chartered accounts as an organization for instance and allow you to see how I'm calculating that but if I don't, then you don't know it.

**So is (inaudible) secure?**

Of course it is. It's as secure as we have minors. And the more we have, the more secure it gets. So over time it actually becomes more and more secure. The more people use Bitcoin, the more people transmit Bitcoin, the more secure it becomes.

**Do you see what's happening to Apple at the moment, where they don't want to give all this information to the government? Do you see yourself as a libertarian? David and Goliath trying to bring in a new transparent system all over the world?**

I don't know if I'd say I was David and Goliath. (**inaudible from interviewer**) I'm definitely not Goliath, I'm not that type. I see myself more as an academic, as a developer, a budding economist and many other things. I've tried many trades, some I do very well at, others I fudge around at, but at the end of the day I just want to develop technology. And at the end of the day, I know this is disruptive and people will get upset at that but everything was once disruptive. The automobile was disruptive, put horses out of work. Over time, every single advance that makes our lives better, that offers us a better education system, that offers a better way of living longer, healthier and happier. Everything that gives us things that allow us to go home into heated rooms, that we can have changes of clothes. You know a hundred years ago, most people only owned one set of clothing, and we're talking in the west. We're looking at a room here that's probably as big as most families would live in. So we are getting more and more over time and it's because of disruptive technologies.

**So in the long run it aggregates itself out to the good, or positive change.**

Predominantly. I mean we always have to be vigilant, we always have to care about what we're doing and focus on making sure that these things work out well.

**You mentioned several times that there was a 'we', that 'we' were developing patents. Who is the 'we' that we're talking about?**

There are two parts to that. One, I say we a lot. It's not a royal we, but an academic we. And two, my organization. The people who work for me and work with me, well, we're putting together a lot here.

**The same organization you had in Sydney?**

I have a number of organizations, including those in Sydney, Australia, and U.K. and wherever else.

10

DEF_00172537

**How do these organizations benefit from you revealing your identity right now?**
I don't really know, I have really looked into that. I'm not seeking anything out of it so.

**If Bitcoin is the future and it's a bright as you think it is you must be a very rich man right?**
Define rich. I have a loving family.

**If people claim that you have a million Bitcoin then that's a lot of money isn't it?**
Not as much as Mark Zuckerberg has.

**How does your family feel about this?**
I prefer to leave my family out of things as much as possible. I don't want them to have a change in life significantly. We're not going to be moving into a different way of doing things.

**Will you reinvest this wealth in developing Bitcoin further?**
It's all I've basically invested my wealth into so.

**Do you really think about the assertions, I'm thinking about Mike Hearn's comments in particular at Bitcoin is a flop and it's not going to work? Is he King Canute?**
I don't think that's quite what Mike said. A few comments have been taken out of context. I think also people get frustrated.

**So the rise of Bitcoin is unstoppable, It's just a reality.**
Nothing's unstoppable.

**Are there people who would want to stop you? Is it in the interest of Wall Street to hook up with the CIA to try and block the development of this?**
I don't know about Wall Street and the CIA but yes of course it's of interest to people to try and stop these things. If you're looking at an organization who doesn't want transparency, that doesn't want to be able to change (interview interrupts – **they might not welcome you with open arms**) Many people might not welcome us with open arms but we go back to disruptive technologies. If I was running a coach house I don't really want an automobile.

**What's your view on the scaling debate?**
I've always believed that Bitcoin needs to scale.

**Inaudible question.**
We have released, well I don't know if we would have released by now, but I'll just jump in to that to assume and say that these papers are out there. So we have released a number of papers recently that will be published soon if they haven't been already. These demonstrate that Bitcoin can scale nearly infinitely. What we do need to do is ensure that the infrastructure and the systems actually develop to allow that. That means splitting nodes, dividing what people do and ensuring those who run these things are not just doing this as a hobby anymore but professionalise.

11

DEF_00172538

**Have you spoken to Gavin Anderson lately?**
No I haven't.

**Q: ?**
I believe that there should be one primary ledger, the whole idea of making multiple ledgers leads to problems.

**Are sidechains a threat to BitCoin?**
It depends on how you look at threat. There are different ways that blockchain could end up going. Side chains rely on Bitcoin. So in some ways, it actually makes Bitcoin stronger but in other ways they don't. I really see that we don't need them and adding complexity for the sake of adding complexity is not necessary. We can add everything that we're doing there – and some of the papers that we're doing now – when you look at those you'll see, there are many functions that mimic the early days of computing that allow us to create automatic transactions. It allows us to start having transactions that modify other transactions, but in a manner that is secure.

**Are you motivated in making the decision to come out at this point in time by taking opposition against some of the threats against Blockchain?**
That's always been a hard question. I do support Bitcoin but I didn't come out because of that. If I had my choice and everything had worked perfectly then we wouldn't be having this interview. I wouldn't be out and noone would know who I am.

**Earlier you talked about wealth and being rich. How many Bitcoin do you actually have right now?**
I don't know.

**That's a strange position to take?**
Do you know how much money you have in your bank account right at this moment?

**Yes**
To the cent?

**[laughs]**

12

DEF_00172539

**We talked a lot and focused a lot on the financial aspects of Bitcoin. It's also a way of shifting enormous amounts of data securely, so what are the other practical aspirations? Maybe for hospitals, medical work?**

Well some of the things we're actually looking at is extending the use of what we're doing with WXX. There is a lot of coding being done, by people who are far better at coding than I'll ever hope to be. Now, what we want to do is use the keys, and use everything else there, to use the block chain to store magnet files. That will effectively allow us to have cryptic data store, un-spent transactions (UTXO's) other parties can then act on and securely download, securely access. Now that can be data based files, or that can be health records and it can be a way to prove who you are. So what we are looking at doing is having a hierarchy of keys, that deterministically allow you to create a centralised key for yourself, and then sub-keys depending on aspects of your identity. So you don't need to be yourself, you can be yourself as a parent, yourself as an employee, yourself in the hobby that you enjoy doing at the weekend and you can have different aspects which don't necessarily jump across from one to the other unless you want them to.

**So if I had a personalised key in this brave new world and I, for instance, wanted to travel around the world I wouldn't need to buy airline tickets, I wouldn't need to  go to an airline agent, my key would prove who I was, how much I had in my bank and that I could afford to fly to New York for the weekend.**

Well it could prove all that, but you'd still have to buy the ticket! They're not going to let you fly for free.

**You say that all things are disruptive and in the long term no good for the human race, but is there a danger that it takes the humanity out of being human?**

Does the internet take the humanity out of being human? There is a lot of argument around things like Facebook but they also allow people to communicate far easier. I remember back when I was young having a sometimes €3000 phone bills when things went out of control for a little bit and I left my modem connected for too long. That's not an issue anymore. Now we can communicate with people on the other side of the world; so we can talk to our kids when they're remote and friends and we can stay in touch. That's important and that's part of humanity. We sit and talk about how 'oh the children are on Facebook all the time' but what are they doing? They're sitting there chatting. And just because it's not the way we remember…

**… or being groomed by a pedophile? We have to look at the downside too** …

Yes but that also happened beforehand too. So yes we have to look at how we stop those things but everything has an up and a downside. We need to work to control the downsides.

**Would you say this is the greatest development or invention for the human race since the Internet?**

No

13

DEF_00172540

**Greater? More significant?**
Greater than the Internet? No. It relies on the Internet and builds upon it. So it adds something. But I'm not going to go down there and say that I've created the best thing since sliced bread.

**It feels like it's going to be a scientific change for the whole universe…**
And so was the Internet itself, so were computers, so was the fact that we can have smart watches that start monitoring our health and alerting people to things, so were automatic vehicles and drones. It's one of many technologies that will start interacting to form a new way of doing things and making our lives simpler and better.

**Are you still mining Bitcoin?**
Every now and again I turn on the minor to demonstrate to people, so if you consider that mining, then yes.

**I saw an interview with you where you referenced a data centre in Iceland that you're building. What's the purpose of that?**
We have a lot of computation to do. I wont go into detail on any of these things as I usually get myself into trouble.

**Iceland seems to be an emerging mining location. Are you going back into the mining business?**
It is one of the emerging mining areas but I don't know what the future will hold.

**Tell me about this non-existent circuit computer in Panama.**
I didn't realise that you knew it was in Panama as that is not public information. Unfortunately, the second version of the computer we went to super mark pro.

**Is it in Panama?**
I am not at liberty to answer that

**What is your relationship with Rob McGregor? I understand that he's very much…**
Co-workers.

**He seems to be in some way your manager, or business manager. He seems to be very involved in organising things, setting things up, for instance now we're sat in his office…**
That's not my strength. At the end of the day I've tried that, I've played CEO for a while, and now I'm going back to being chief scientist in the organisation and I've given other people control over different aspects of the business. I've never really wanted all of that, but where I can, I can hand-off and delegate.

**So what you're saying then is he (Rob McGregor) is handling your brand while you, Craig, can retreat into what you want to do and being yourself.**
Well I don't really know about that – handling my 'brand'?

14

CONFIDENTIAL

**Well, your business…**
My focus is purely on writing papers, doing research, managing people who develop code, working with other people in the organisation who are very good project managers, very good architects and developing new solutions. The other aspect of it, well, it has to happen but it's not my focus.

**Before you took your Facebook down, there was a very interesting picture that you posted with someone called Calvin. Can you tell us about your relationship with him?**
I've got lots of friends.

**He's a particular man though, Calvin – I don't know if I should mention his name here or not - are you in business with him? Because there are rumours that you have been…**
Calvin and I are friends.

**How do you know each other? It's interesting because he is a very interesting character.**
If you've read my Facebook you'll see that there I've got two different pictures of Prime Ministers who I am friends with, so I know a lot of people.

**Why did you take all of your social media accounts down?**
Unfortunately I was instructed that was the best thing to do.

**Instructed by whom?**
Instructed by people in the organisation who are better with media than I am. I have a habit of saying too much at times, and unfortunately, after too many things that obviously lead to someone to 'out' me.

**You refer to having your picture taken with two different Prime Ministers. Who are they?**
Both of them were Australian Prime Ministers; the current one and the former one.

**The former one that had a very good relations with the Chinese market?**
Yes.

**But you don't consider yourself political in any sense of the word?**
I try not to be. I don't really look at politics in that format. I believe in free trade, I believe in open communication between different nations and I believe that free trade is actually beneficial to the world, not just individual countries. I think it's important to realise that we're part of a global society.

**I saw an article recently where there was a suggestion that the current Australian Prime Minister had an association with a big (client) mining association that was trying to do an IPO. Have you got an affiliation with that association?**
No I don't.

15

DEF_00172542

**I'm going to take you somewhere completely different and away from Bitcoin for a bit. What was your childhood like? Where did these ideas come from? Did you have a 'normal' childhood?**

What's a normal childhood? If I grew up in Somalia or if I grew up in the USA it would be completely different.

**Well we know you grew up in Australia. Did you go surfing on Bondi Beach back in the day?**

I was from Brisbane so Bondi was a little bit far for me.

**Obviously you went to school. Were you always studying?**

Yes, I've always been a bit of a nerd.

**So when did this idea start to really formulate in your head?**

Bitcoin not so much... I've really had an idea back from writings I've seen from a number of people on the (Site for Punksters). I was never really active there, I was pretty much what you'd call a lurker but I read things occasionally and I liked the concept. The whole idea of (Shulmian money) back then in the 90's, I had a Mark Twain bank account, back when that was the first version of digital cash and I thought that was a great idea. Fortunately it hasn't really taken off until now but the concept was always good. It can be extended, it allows us to have something that is open and if we have open systems where we can communicate securely then we have far less problems. My involvement has been very much been information security throughout my life; I've worked with the stock exchange for a time, before having them as a client, then I worked with a number of other organisations from there and it's always been around security.

**What role did Hal Finney play in the creation of Bitcoin?**

Pulling apart and helping me fix code more than anything else. I know a lot of people like to, well, think that I am some sort of a messiah who knew everything but the reality was that my code was not perfectly secure: I am not the best coder. And there are a lot of things that needed to be fixed early on, some of those will gradually be made to work properly, but Hal actually evangelised it and took on the role of pulling apart the code and making sure it worked and really had a strong interest in making sure this became popular.

**How did you and Hal come to work together in the first place?**

We didn't really work together; we exchanged emails and messages online and it was after the post was sent to the mailing list, Hal had tried the version 1.0 Bitcoin software and it crashed, he fixed a few problems, ran it again, etc, and over time we found a version that started working.

**The Bitcoin paper that was released to the mailing list – did you write it?**

I wrote the majority of it. Dave and others helped.

**How much of it did you write?**

Well I wrote it and it was then edited.

16

**Would you say you wrote 50%, 60%, 90%?**
I wrote it but it was edited. So people looked at giving me suggestions and corrections.

**Let me take you back – I'm going to pull you aside and back to your personal life. This is an intense pressure dealing with this. How do you relax? How do you wind down? Do you have a glass of wine?**
I study. I am doing another masters degree at the moment and I relax by opening a textbook, running some statistical software, doing some math.

**So you never read a thriller? You never do anything?**
No, that's not correct. I do read occasionally other things, and occasionally watch lovely movies with my girls but predominantly, what I do more than anything else when I want to relax, is I study.

**You've got a family as well, that is a source of relaxation!**
Sometimes! Anyone who has kids knows that it can be a great source of relaxation, sometimes!

**How many children do you have?**
We have 3 children.

**Where are they?**
I don't particularly want to talk about my children. There are a number of areas, like safety, that are involved and at the end of the day it's important that they stay out of this.

**So do you have a concern for your children's safety? Has that come up?**
I think any celebrity – and that's what people are trying to make me – worry for their children's safety.

**Why London?**
London is wonderful. It has access to everything that I could possibly want. I know everyone complains about the internet but compared to Australia it's ten-times faster! We have access to developers, financial knowledge, coding knowledge. We have access to Europe, we're on the door to Europe and can just catch a train to Paris or Brussels, it's a wonderful area.

**You mention the train to Paris – and this is not a political question – but what do you think of Brexit?**
In what way?

17

CONFIDENTIAL

DEF_00172544

**Basically, is the UK stronger connected to Europe or should it go it's own way?**
I believe that people should stay connected, the more the better. One of the worst things that Australia ever did was break away from Britain. We used to have a common shared passport system, and I'm talking a really long time ago here, before I was ever moving around, but I think the idea was great that you could just travel between areas. I like the idea of an open, connected world. You realise, back in the 1890's and before there was actually more globalisation and inter-travel than there is now. People would jump on a boat from Ireland and go to Australia or America maybe and have the summer in one country and winter in another, and that was actually very common. People don't seem to realise this, what we've actually closed down a lot from whatever fears we have of that. We're not looking at people taking our jobs, we're looking at opportunities.

**So can I discern from that that you're in favour of the Commonwealth?**
I am in favour of a more connected global world.

**And the Monarchy? I know it's a very touchy subject in Australia…**
It doesn't bother me, I don't really care about the monarchy. I'll re-phrase that – what matters is that we have a system where people get to choose some of their future. The monarchy, a lot of Brits love them, but from my point of view I don't really care if Australia is a republic or a royalist or whatever else because whether I say I've got a governor there or a Queen's representative as governor, it doesn't really matter. They have a role here in England and they don't really do anything to change how politics occurs.

**You can't see yourself going back to Australia at all?**
I travel all the time so I don't know what's going to happen in the future.
Definitely not, I love this country.

**What do you travel for?**
Business. Occasionally we go out with the family and things but mostly business.

**What is your business? I mean I get what Bitcoin is, I see you as an academic but what is the business aspect of it all?**
Well business is running all of this. We have to manage people on different locations, I have to interact with them. We have a number of locations around the world so I have to travel and…

**What kind of business are you involved in?**
Developing the (inaudible – what chain?) solutions.

**How come we haven't heard of this business? Is it a big company to work for?**
I haven't really wanted to be out there before I was ready to release anything and we have started releasing papers so you'll hear about something soon. I develop intellectual property.

18

DEF_00172545

**So you're part of a corporation, so therefore you couldn't have been David against Goliath, you maybe are Goliath.**
I don't think I'm Goliath. Even average small corporations are not going to be David and Goliath, they're not even David scale.

**Where does the funding for your business come from?**
Over the years we've managed to fund things through Bitcoin, through intellectual property development, software development and contracts.

**There's reference to a foundation. Is that what we're talking about here, your business, the foundations…**
No, the foundation is actually separate. That's being set up at the moment, I won't go too much in to that but there's been speculation I was doing this to try and somehow get money, to get fame or whatever else. One, I don't want fame and two, anything that I earn or that comes out of this is down to the foundation as well so.

**So earnings from your businesses will go in to the foundations?**
My businesses were my businesses beforehand. I've got my own income and whatever else so eventually they will, yes. The majority we're talking, I don't know what it will be worth one day but if they're still worth something in 50 years time eventually that will go into the foundation, yes.

**You talk about not wanting fame and I believe you, but is that not just a by-product of this that's inescapable?**
It shouldn't be.

**When I write my interview, millions of people around the world are going to really understand who you are. Are you then not going to be a celebrity whether you like it or not?**
Whether I like it or not, yes.

**So if we fast-forward a couple of years, do you hope to have retreated into academia and business?**
Yes.

**How do you think you'll manage that?**
One step at a time. Unfortunately I'm learning it's not as easy as people make out. It's a big change. I've come from a background where I was involved with a consulting business and a little bit of university work and teaching and things like that and no one really cared who I was. Now, one step at a time.

**Do you feel the pressure a little bit?**
I do feel it a little bit yes.

**(Inaudible) in Wired reporting in 2015, they claimed that you were** Satoshi **then retracted that and said this was an elaborate hoax. What's your response to them?**
They said either I was Satoshi or that it was an elaborate hoax yes.

19

DEF_00172546

**And we've asked you today, are you Satoshi?**
As I said, there's not really a Satoshi. We have a white paper and we're behind that but there were many other people that took Bitcoin to where it is now.

**Who created that pseudonym?**
Well. Mostly myself, and a little bit with Dave. Both of us acted. Dave was the nice version of Satoshi.

**Who came up with the idea in the first place?**
Mostly myself.

**Why is there a Japanese influence? What does it mean?**
Manga. I grew up in the eighties and Manga was a large part of things I watched as a child.

**And you're still into it? All the Japanese cultures?**
Not all of Japanese culture no but things like the Ghost and the Shell type series, the futuristic Tokyo type involvement with Robotics yes.

**Something like Bladerunner?**
To an extent, although the book was far better.

**So you said to retire the PGP key. Can you tell us a bit about what that means?**
Basically I'll be signing, well saying the key is no longer to be used or valid. That will mean that effectively I'm coming out and saying Satoshi is no longer to be or acting as Satoshi ever again.

**Why is that?**
I think things have gone down a path I don't particularly want or have wanted. At the end of the day, as I've said earlier in this interview, there shouldn't be a head. And that shouldn't be a figurehead either alive or non-existent. There isn't going to be a second coming. I'm not coming here to take over Bitcoin. I don't want to be, and nor should anyone be using some name or pseudonym to justify one view or another. And that's what's happening at the moment, what really needs to happen is things need to be taken not on what I have said, or others have said but on the value of the idea itself. Tested and tried. There should be many versions of Bitcoin, not just Bitcoin (inaudible), or classic, or ft, but people should be willing to try and compete.

**What about those people who really want a figurehead or really want you back, don't you think you're letting them down?**
No. Because they don't really want a figurehead. They want someone who isn't there. They want someone who they can say and take quotes out of context, and I don't want that. I don't want to be anyone's figurehead.

20

CONFIDENTIAL

DEF_00172547

**Why do you want there to be competition? It's a bit like you've invented the railway line or the railways which have brought everyone together, you then don't want ten different gauges and that happening do you?**

Ah, but that's not the same as competition. You can have a common protocol and to get those gauges the way we have them now there were actually many competing railways originally. It's not always the best, but the one that won out and had the most support is the one that becomes the standard. And even then, there are different railways. I mean, there is a railway that goes all the way to Europe, there is separate ones in Europe, there are local ones, there's the underground and the over-ground here.

**Could that threaten the development of Bitcoin? The fact there's suddenly different versions and make it hard for people to grasp?**

Not if we have… Over time we're going to have to start building solutions and we have to become more professional. It's time for Bitcoin to grow up in some ways.

**When you say over time, are we talking ten or twenty years before it's rationalized? How long is this process going to take?**

I don't know, but I don't see.. I mean ten or twenty years in some areas yes. Sometimes longer. But if we look at the internet, or if we look at computing, then we go back (interrupted – **ten, thirty years without the internet or something**) Exactly, and we look at computing in the fifties with Wang and the sixties with Minski we find that computing has grown in scale, in use and what people thought it could be to something completely new. We've gone from a world where we have a Sci-Fi type computer with a big round screen and the occasional robot talking to The Jetsons to really having immense supercomputers on our wrist.

**What do you think about the (inaudible) and the banks. How does that work for Bitcoin?**

Well they're something in opposition. The banks want to try and protect their own territory so one would expect people will compete in their own way.

**Do you think Bitcoin might take down the banks?**

No, I think things will change.

**Saying you're retiring the key, there was an accusation that the key has been backdated. Is that possible?**

That's actually a different key. The accusation was made with another key and the (inaudible) with the original key will then unfortunately (inaudible) my other keys.

**When you say things have changed and I'm trying to envisage the world in 50 years time, is the ultimate democratization of money, and knowledge and information really empowers the people in effect.**

I don't know. If we're talking fifty years it's a hard thing to imagine.

21

DEF_00172548

**Simpler forms of mass communication, it just takes out all the third parties doesn't it for all systems.**

Yes and no. There will be third parties because access to information is going to grow. The roles that people have are going to change over time. So right now we're talking about taking out third parties because we have a need for a trusted third party to do banking roles, to do finance roles. That will change. The third parties we have will be completely different. And we're not talking about removing jobs, we're talking about changing them. In the past, the types of roles that we had twenty years ago are different to what we have now. No one would have really guessed twenty years ago half the things we now have as jobs.

**Is there a practical application process for climate control with Bitcoin? That's moving that information, that data about what's happening to our systems.**

Well, we already mentioned some of that. We're working to integration with what people term the Internet (inaudible) so, automated systems. And when I mentioned before that we're doing option systems, we want to have things like an auction where you have machines that interact with other machines and not just yours but because your pulling power off the grid so that you have an optimization. Your washing machine and your air conditioner and your whatever else will start not only competing with things in your house but things out there in the world so you have the best allocation of when you turn things on. If you want something now, you can pay more to make sure it happens now. Or you can choose to try and get the best budget for your household.

**So really, even though some of that sounds scary you feel optimistic and positive about the future of the world?**

Definitely. The world as it moves forward has had a lot of ups and downs but generally it's been positive. The life expectancy has improved, we have far less child deaths, murder rates in most areas are down. If you travel between places like the third world and the first world now you can still see what it used to be like to where it is now and even then it's improving. When I was a child just the message you'd hear about the third world, even China, as part of the third world back then was of starvation and poverty. Where we have starvation and poverty now is generally political. It's not because people don't have enough food, it's because someone has stopped them getting food and that's a different scenario in the world now.

**There's not a danger that this destroys indigenous culture, culture separation and it just turns us all in to one efficient but homogenous blob.**

Yes we're globalizing but that's a choice. People want that. If you think about where we are in the world now people are choosing that. It's the youth of today, sitting there talking anywhere have access to vast amounts of data. People will get cheaper and cheaper computers. In a few years people will have automated systems that allow you to learn, allow you to access lessons and textbooks and learn languages and learn math anywhere in the world. Even if you're in the centre of some poor area in Africa you'll be able to get some sort of tablet that will allow you to get on the internet and allow you to get a lesson. We're not that far away from that.

22

**So even if some people who do want to go back in time, politicians, maybe Trump or someone like that, they're going to be swept away by history.**

At the end of the day, if you want to isolate yourself then there are Amish communities, some of which are using mobile phones and there are others.

**Interrupted – some aboriginal communities. They communicate in telepathy, do you believe in anything spiritual?**

I believe the only real telepathy I've had with a book. With a book I get to look into the thoughts of an author from sometimes hundreds of years ago and thousands of miles away.

**Inaudible… …an aboriginal chap read a random line from Shakespeare and another aboriginal elder was in Sydney and he allegedly was able to download those words as they spoke. Do you think that's all hogwash?**

No, those things are generally unreputable.

**What does that mean?**

It means they're not really following a scientific method, not something where you give someone no knowledge of what might be there and have them come up with an answer. It's sort of like the horse that could count. It could while its owner was in the room but if the owner wasn't in the room suddenly it forgot how to. In other words it was trained to watch him and knew what to get from signals.

**It's been great talking to you, is there anything you'd like to talk about before we finish? Any subjects we touched on.**

Not that we haven't touched on but I do want to reiterate I don't want to take control. I'd like to retain the life I had before as much as possible and stay out of the limelight. I don't want to be a poster child for Bitcoin. I'd just like things to keep going. I want people to try and to learn and develop and to be willing to actually experiment with code and take risks.

23

CONFIDENTIAL

DEF_00172550

## NOTES AND ALTERNATIVE ANSWERS

## OVERVIEW

**In session one, it was clear where CW felt less comfortable answering as the replies became far shorter and more clipped. The notes below pick out the answers that need more work both in terms of tone and content. Overall, the question of being Satoshi and how much of a team effort the Bitcoin project was a critical area to address.**

**1.**

Q: So, it was a committee of people, for want of a better word? You're not trying to claim all the credit, it's not all about you, it's a combination of people and minds.

A: I had a lot of help. In particular a friend of mine who died a few years ago, Dave Kleiman, gave me a lot of help but there have been many other people along the way. And more than that it's been the people who have continued since I've left. These people have actually put in a lot of time and effort into making Bitcoin what it is.

**NOTES: Although it is right to acknowledge that there was a team involved, CW needs to be stronger on his leading role e.g "I led the project and was the person who drove the original idea"**

**2.**

Q: Tell us some of the problems you have had. Why have you decided now to come out into the open?

A "I haven't really decided, it was forced and thrust upon me.'

**NOTES: This position is probably too passive. Rather say "The driving factor is that because of all the misinformation out there I haven't been able to carry out my work and my research in the way I would like. By going public so to speak, the focus can be my work rather than continued speculation over my role in Bitcoin and the whole Satoshi myth.**

**3.**

Q: For instance, there was a report from the Charles Stuart University essentially denying or discrediting your claims that you studied there or you taught there. What was that about?

A: Unfortunately I can be a little bit naughty in some ways and I wanted to do two degrees at once. I was allowed to and I have two different identities with the University and that has worked up until now. I haven't really done these things to try and get more degrees or whatever else, and the idea that they pointed out saying I have four Masters

24

DEF_00172551

degrees at that one. Well at the end of the day it doesn't get me anything more by having more there than the other Universities. I have. It's really for me.

**NOTES: His answer could again hark back to CWs passion for study – rather than just saying he had two identities', which could be picked up as part of the hoax narrative. He could also mention the fact that the University "ran out of subjects" as he puts it – a lighter approach. In light of the staff card and evidence of submission of PHD we can build on this answer further.**

**4.**

Q: You say this was forced upon you – you coming out as Satoshi – why was that?

A: Unfortunately information was leaked and a lot of things have been said to try and discredit me. And unfortunately that has left me in a position where I don't really have much of a choice. If I want to continue going forward, if I want to publish papers and have people read those for what they are then I have to come out.

**NOTES: Again avoid saying this was forced upon him so lose the first two sentences and start with "If I want to continue going forward, if I want to publish papers and research and have people read the work, then it's necessary for me to come out". Again, this brings us back to the work as the driving force narrative.**

**5.**

Q: How many people were involved in creating Bitcoin?

A: In creating Bitcoin? A lot. How many people were involved in Satoshi is probably a better question. That was two of us.

A: Some people say that perhaps you're not Satoshi, but that Dave is Satoshi. But of course he is dead and he cannot speak for himself. How do we know it's actually you?

Q: Dave was a key part of everything that I did. Dave spoke as Satoshi and I have to admit that Dave was always far better and far calmer to be in this area of dealing with people and he is sorely missed. But the only way to really look at this is to look at the information that we'll be supplying: the papers. From that, I'm not asking you to do anything or believe me, I am asking you to judge based on the information.

Q: So would you actually admit that you are Satoshi?

A: Dave and myself.

Q: And we've asked you today, are you Satoshi?

A: As I said, there's not really a Satoshi. We have a white paper and we're behind that but there were many other people that took Bitcoin to where it is now.

25

DEF_00172552

Q: Who created that pseudonym?

A: Well. Mostly myself, and a little bit with Dave. Both of us acted. Dave was the nice version of Satoshi.

Q: Who came up with the idea in the first place?

A: Mostly myself.

**NOTES: This section is one that needs the most work as it essentially says both he and Dave were Satoshi. Again, although acknowledging Dave's role is the right thing to do CW needs to be clearer on the fact he was the driving force and the originator e.g "Dave and myself worked closely together but I was Satoshi and Bitcoin and Blockchain are my inventions" Otherwise there is a real danger that the story collapses. Also need to avoid saying there is no Satoshi.**

6.

Q: So looking at it from a very positive point of view and we talked about terrorism and drugs and all of that. Just so I can understand it, I'm just a journalist, say I'm David Cameron and for 10 million dollars I need to get to Rwanda, what do I do? Do I push a button, do I send a key that the President of Rwanda has? What do I do in practical terms?

A: Well you have to find the charity once again. You're not going to just send random money off there, I mean you could but how do you know how it's going to be used? So you find a charity, one that you trust, and in the future we can have completely open, auditable charities where the audit function is looking at where has the money actually been spent. One of the things we're looking at, at the moment we have some white papers coming out, is forming DACS, Distributed Autonomous Corporations and Distributed Autonomous Social Organisations that are based on the block chain with full accounting systems so that these things are auditable live. So it's a real auditable system, it's a real live system based on a computer and audit technique that's built into it. So you can actually watch what's happening to the money you invested.

Q: Say like a thousand pounds was spent this afternoon on medical equipment.

A: Exactly, and you can start allocating that and know where things have been put. So you can see this much goes to admin, this much goes to the people and then you get to a situation where you're looking at charities and how it works where people start to actually compete, they have to compete on what they're doing. At the moment, these things are fairly opaque, you don't really see what most charities do. Every now and again you hear about something in the press and the press really says this charity has done wrong, these directors are getting paid too much or whatever else but how about if that was live, right to the minute? You can look at every charity in a particular field, where they're putting their money right now, that's the future of this.

26

DEF_00172553

**NOTES: CW was excellent here explaining the positive uses of Bitcoin but only after a leading question. He needs to have a number of these types of examples at his fingertips and weave them into his answer when debating the issues around Bitcoin e.g criminality - rather than waiting for the journalist to ask first about positive applications**

**7.**

Q: You mentioned several times that there was a 'we', that 'we' were developing patents. Who is the 'we' that we're talking about?

A: There are two parts to that. One, I say we a lot. It's not a royal we, but an academic we. And two, my organization. The people who work for me and work with me, well, we're putting together a lot here.

Q: The same organization you had in Sydney?

A: I have a number of organizations, including those in Sydney, Australia, and U.K. and wherever else.

Q: How do these organizations benefit from you revealing your identity right now?

A: I don't really know, I have really looked into that. I'm not seeking anything out of it so.

**NOTES: Although it's understandable parts of CW's business ventures are private these answers make it sound murkier that it should. Say instead " All my organisations lead back to the one thing that drives me – research and creating new things that I feel can benefit the wider world. Like any person who has business ventures I can't always go into complete detail. "**

**8.**

Q: Earlier you talked about wealth and being rich. How many Bitcoin do you actually have right now?

A: I don't know.

**NOTES: We need a better answer to this e.g "I have Bitcoin of course, it's sustained the work I do, that's where the majority of it has gone – but as with anyone my I don't think I should have to say exactly how much I have – I wouldn't ask you how much you had in your bank account !"**

**9.**

**Q: Before you took your Facebook down, there was a very interesting picture that you posted with someone called Calvin. Can you tell us about your relationship with him?**

27

DEF_00172554

A: I've got lots of friends.

**Q: He's a particular man though, Calvin – I don't know if I should mention his name here or not - are you in business with him? Because there are rumours that you have been...**
A: Calvin and I are friends.

**Q: How do you know each other? It's interesting because he is a very interesting character.**
A: If you've read my Facebook you'll see that there I've got two different pictures of Prime Ministers who I am friends with, so I know a lot of people.

**We should not mention Calvin. If pushed on this question then say there are many people and pictures on people's Facebook pages, not really something to attach much significance to**

28

CONFIDENTIAL

**From:** Robert MacGregor
**Sent:** Friday, April 1, 2016 6:22 AM
**To:** nCrypt Stefan;nCrypt Craig;nCrypt Ramona
**Subject:** FW: FT story

Are you both free for a quick call in ~90 minutes? This could be LSE, it could be Andrew, it could be someone Gavin spoke to, it could even be Uyen et al. But, regardless, we need to clamp down massively in the coming weeks.

Any update on Gavin, Stefan?

---

**From:** Nick Caley <nicholas.caley@outside-org.co.uk>
**Date:** Friday, 1 April 2016 at 08:08
**To:** nCrypt Stefan <stefan@ncrypt.com>
**Cc:** Robert MacGregor <rmacgregor@theworkshop.com>, Alan Edwards <alan.edwards@outside-org.co.uk>, Kathrin Kauschmann <KKauschmann@theworkshop.com>, Charlotte Harris <CHarris@kingsleynapley.co.uk>, "Victoria @Milk" <victoria@milkpublicity.com>
**Subject:** Re: FT story

thanks Stefan - as you say we can't be totally sure but main thing is to stay on track

## Nick Caley

HEAD OF CORPORATE COMMUNICATIONS



## TheOutsideOrganisation

Butler House, 177-178 Tottenham Court Rd, London W1T 7NY
www.outside-org.co.uk | (+44) 020 7436 3633 | mobile: 07711 081 843 | DDI: 020 7462 2949



@outsideorg    @outsideorg    /outsideorg

Named #1 in PR Week's Powerbook Top Entertainment & Sport PR 2016

The information contained in this email and any attachment to it is confidential, may be the subject of legal, professional or other privilege and is intended solely for the use of the named addressee. Access to this email and any attachment by any person other than the named addressee is not authorised. If you are not the named addressee, you must not disclose, copy, print, distribute, take any action based upon it or otherwise rely upon it and should notify us by replying immediately to the sender by email . You should also immediately destroy this email and all relevant attachments, without disclosing its contents to any third party or retaining any copy of it.
Due to Newspaper Licensing Agency laws we are only able to send attached press cuttings to one person in your organisation. Should you wish to forward this email yourself to any other recipients internally or externally you will need to register with the NLA.

On 1 Apr 2016, at 07:04, nCrypt Stefan <stefan@ncrypt.com> wrote:

Nick, the FT contacted GA and he gave them that statement and confirmed it to me via email.

I am not 100% sure that this is LSE, maybe partially, but they talk about confirmation from other media and approaches and arrangements, so additional information has come from either your side (which I don't believe) or from media parties you have spoken to.

Whatever the case, we can't change it but is does highlight the importance of the NDA early in the discussion process.

:-)

On 1 Apr 2016 at 16:37, Nick Caley <nicholas.caley@outside-org.co.uk> wrote:
> Hello
>
> You have probably seen the FT have now run the story on their Alphaville blog
>
> http://ftalphaville.ft.com/2016/03/31/2158024/craig-wrights-upcoming-big-reveal/
>
> it's been followed here
>
> https://www.cryptocoinsnews.com/craig-wright-identity-satoshi-nakamoto/
>
> I think it does seem to have come from the LSE in some way - also it's interesting they say Gavin's e mail came to them as a statement. Usually they will say "E mails seen by" or "emails leaked"
>
> In terms of a way forward we need to consider - I don't think this knocks us off our path - it's frustrating but unfortunately leaks are always a risk when engaging with people on a sensitive subject
>
> I think keeping Craig and Ramona as calm as possible is- as ever- important
>
>
> Nick
>
> ## Nick Caley
>
> HEAD OF CORPORATE COMMUNICATIONS

DEF_00172557



# TheOutsideOrganisation

Butler House, 177-178 Tottenham Court Rd, London W1T 7NY

www.outside-org.co.uk | (+44) 020 7436 3633 | mobile: 07711 081 843 | DDI: 020 7462 2949

 @outsideorg     @outsideorg     /outsideorg

   Named #1 in PR Week's Powerbook Top Entertainment & Sport PR 2016

The information contained in this email and any attachment to it is confidential, may be the subject of legal, professional or other privilege and is intended solely for the use of the named addressee. Access to this email and any attachment by any person other than the named addressee is not authorised. If you are not the named addressee, you must not disclose, copy, print, distribute, take any action based upon it or otherwise rely upon it and should notify us by replying immediately to the sender by email . You should also immediately destroy this email and all relevant attachments, without disclosing its contents to any third party or retaining any copy of it.
Due to Newspaper Licensing Agency laws we are only able to send attached press cuttings to one person in your organisation. Should you wish to forward this email yourself to any other recipients internally or externally you will need to register with the NLA.

This email and any attachment to it are confidential. Unless you are the intended recipient, you may not use, copy or disclose either the message or any information contained in the message. If you are not the intended recipient, you should delete this email and notify the sender immediately. Any views or opinions expressed in this email are those of the sender only, unless otherwise stated. All copyright in any of the material in this email is reserved. All emails, incoming and outgoing, may be recorded and monitored for legitimate business purposes. We exclude all liability for any loss or damage arising or resulting from the receipt, use or transmission of this email to the fullest extent permitted by law.

April 26th | 16

## Dr Craig Wright

## Media Training

Supplied by MILK Publicity & The Outside Organisation
April 26th 2016

The Outside Organisation
Butler House | 177-178 Tottenham Court Rd | London | W1T 7NY

CONFIDENTIAL

DEF_00172753

## MEDIA TRAINING NOTES – 21st April 2016

**Dr Craig Wright**

**The following notes have been collated from all our media training sessions and will serve as the master document.**

## CONTENTS

General Notes .................................................................Page 03

Specific Tips for Print and TV ........................................Page 05

General Tips for Print and TV ........................................Page 05

Outline of 26th April .....................................................Page 07

Core Statements...........................................................Page 09

Press Release ...............................................................Page 12

Media Training 1-3 Notes .............................................Page 15

Timeline and Media Team Notes...................................Page 44

Key Contacts ................................................................Page 50

CONFIDENTIAL

DEF_00172754

**General Notes**

Check you know the answers to these questions *before* starting an interview:

• Why am I doing it?
• What does the journalist want?
• What do I want my audience to know?

To prepare for the interview, identify the main points you want to get across, along with a couple of additional points that you *might* get an opportunity to use as well.

Prepare some examples, case studies and anecdotes to support your point.

**The following worksheet will help you to prepare for your interview by thinking about "A.M.E.N"**

**• Audience • Message • Examples • Negatives**

**Controlling the Interview**

Interviewees have a greater opportunity to control the direction and style of a media interview than many people realise. Journalists usually have an idea of the story that they're after when they come to talk to someone but they're always available to be persuaded. A new and more interesting story can quite often come out of an interview.

It's important, therefore, for interviewees to have a good sense of what they want to get across during an interview. This means identifying their key messages, backing them up with examples and putting these across as soon as possible. As long as they hit a few of the T.R.U.T.H buttons, journalists will largely be happy with these messages even if they don't relate directly to what they were planning to write or report.

Changing the direction of an interview is often very useful for an interviewee but it requires skill and practice. Done clumsily or incompetently the journalist – and the audience if it's a broadcast interview – will feel cheated and will assume that the interviewee has something to hide.

3

As you learnt during your training there are a number of techniques for controlling an interview and allowing the interviewee to take it in a new direction, as well as handling difficult questions.

The bridging technique is a fundamental technique for controlling interviews and gives the interviewee the opportunity to communicate their key messages:

**The Bridging Technique**

A    Acknowledge/address the question, rather than answering or avoiding it
B    Bridge – contrive a logical reason for moving on to your message
C    Content – talk about what you wanted to
D    Develop the storyline, ideally creating a framework in which the journalist is compelled to ask the sort of question you want asking. This is best done by setting them up to ask "really?"
E    Examples. Bring the story to life and prove your point

**Denying Untruths**

Don't be afraid to (politely and respectfully) correct incorrect stats or comments made by the journalist. In doing so be careful not to repeat their, likely negative, language in your rebuttal. Always use your own language for maximum control.

**Print Interviews**
The following tips will keep you on track with newspaper and magazine writers:

• Take control of the interview: outline the key areas you want to cover early on
• Stick to the point
• Be enthusiastic
• Be positive
• Don't wait to be asked the "right" question – use the journalist's questions as a prompt to say what you want
• Use pre-prepared diagrams, illustrations and stats if your subject is complex – or offer to email them afterwards
•Be determined to say what you had planned
•Check the journalist understands (but don't patronise!)
• Re-cap main points at conclusion
• Be available for follow-up questions later

4

**TV Interviews**

Before you agree to take part in a TV interview be sure you know the following:

• What is the programme's target audience?
• Is it live or recorded?
• How long is it going to be?
• Who else is being interviewed?
• Does your clothing project the right image?


During studio or outside broadcast interviews:

• Look at the interviewer
• Nod and smile when you're introduced
• Continue to smile (as appropriate) and be enthusiastic
• Use human examples to paint word pictures
• Have a clear, simple message
• Be positive
• Keep to the point
• Steer questions back to your key points
• Avoid jargon
• Be determined to say what you had planned

During down-the-line interviews from remote studios:

• Look at the camera at all times
• Nod and smile when you're introduced
• Continue to smile (as appropriate) and be enthusiastic
• Concentrate

5

CONFIDENTIAL

DEF_00172757

**General Tips:**

Anger
It is the oldest trick in the book with journalists - to make you angry because they know that as soon as you start to get riled you'll say more than you might want to say.

Off The Record
It's NEVER off the record. Don't tell a journalist anything you don't want them to know

They tend to save it for the end with 'it's been great to talk to you, by the way, what was your work with the Australian government' right as you're walking out. That's the classic. Or, 'off the record, but I just want to know'.

You can reply that they should have asked earlier! I could have said 'I don't have time for that one sorry!'

Silence
Don't be tempted to fill silence. It's a natural reaction to jump in but once you've answered the question just stop, and if they pause, then pause. If you're finished then you're finished. It's a technique to make you carry on.

Or move to something you do want to talk about you could say 'what's really interesting to me is…'

6

CONFIDENTIAL

DEF_00172758

## Tuesday 26th April, 2016 - MEDIA SESSIONS

Venue: The Outside Organisation, Butler House, 177-178 Tottenham Court Rd, London, W1T 7NY

**BBC** – [Meeting / Interview and On-camera Interview (27th April)]
**09:30 – 11:00**
Attending: Dr Craig Wright, Jon Matonis, Nick Caley, Andrew O'Hagan
[Note: Andrew O'Hagan introduced as documenting the "coming out"].

**Rory Cellan-Jones | BBC**
He has been at the BBC for over thirty years and has won awards for his Business journalism.  Rory has been consistently interested in the story.

**Mark Ward | BBC**
Mark is a technology correspondent for BBC News.

**Priya Patel | BBC**
Priya is a producer and reporter for BBC News

**Economist** – [Meeting and potential Print Interview]
**11:00 – 12:30**
Attending: Dr Craig Wright, Jon Matonis, Nick Caley, Andrew O'Hagan

**Ludwig Siegele | Economist**
Ludwig is the Economist's online business and finance editor. He joined The Economist as US technology correspondent in 1998. In 2003 he was sent to Berlin as the newspaper's Germany Correspondent, before relocating to London in 2008 to cover the IT industry until 2011. He started his journalistic career in 1990 as the Paris Business Correspondent of Die Zeit, a Germany weekly. In 1995 he moved from France to California to write about the internet for several German publications. He holds a degree in economics and political science from Cologne University and degrees in journalism from the Kölner Journalistenschule as well as the Centre de Formation des Journalists (CFJ) in Paris. He is also co-author of a book on SAP ("Matrix der Welt - SAP und der neue globale Kapitalismus"). He is the author of a recent special report in The Economist on startups and the global entrepreneurial explosion, entitled "A Cambrian Moment".

## 12:30- 13:00 – LUNCH

**GQ** – [Print Interview and Photograph]
**13:00 – 15:00**
Attending: Dr Craig Wright, Jon Matonis, Nick Caley

**Stuart McGurk | GQ**
Senior commissioning Editor and was previously with the Guardian and The Times and the NME. He was nominated for writer of the year at the PPA Awards in 2015.  He will be bringing an independent person (name TBC) to verify the evidence with him for the

CONFIDENTIAL

verification process.

**Dr Nicolas T. Courtois |** Senior Lecturer in Cryptology, UCL Department of Computer Science

Expertise:

- Cryptology
- Smart Cards
- Cryptanalysis of Ciphers
- RFID systems
- Bank Cards
- SIM cards

Areas of Interest:

- Practical cryptanalysis: how to break ciphers in realistic circumstances.
- Industrial cryptography
- Smart cards industry and market study
- Electronic locks and building security
- RFID and Smart card forensics
- Electronic subversion and internal threats
- Information assurance and secure application development management
- Hacker attacks on hardware (as opposed to software)

**15:00 – 15:30**
CW & NH travel to GQ photo-shoot with photographer Nick Wilson in Parson Green Studio

**15:30 – 17:30**
Photo-shoot at Studio Jet Studios, Studio 3, 18-19 Lettice Street, SW6 4EH

8

CONFIDENTIAL

DEF_00172760

**Core Statements**

**CHARLES STURT**

We can say and prove that:

The thesis for Dr Craig Wright's PHD with CSU has been submitted (we have proof of that) and has undergone peer review but graduation is not until December.

Lecturer role with CSU that was reported in the media as <u>not</u> being correct [the media did recognize CSW as Adjunct Lecturer] can be proved by the fact that CW was paid by the University [Adjunct Lecturers don't get paid] proof of this is that we can show payment via the Staff Web Self Service portal and an invoice for payment of services as a Lecturer.

Additional material substantiating the Lecturer role is CW's CSU Staff Card.

"What Craig Wright put on his Linked In page was an "expected graduation date. He did not say he had a second PHD. He can use the title Dr as he already has a doctorate. The thesis for his PHD has been submitted and has undergone peer review but graduation is not until December. He was a lecturer with CSU as he was paid by the University. Adjunct Lecturers don't get paid. We can show this via the Staff Web Self Service portal and an invoice for payment of services as a Lecturer. We can also show a CSU Staff Card."

## C.W. STATEMENT

"I'm an academic and so my passion for study and learning never ends. In the case of CSU, I was both a student and a lecturer and so the University allowed me to have these dual roles, hence the misunderstanding. I have a staff card to prove I was a paid lecturer as this type of ID isn't issued to unpaid staff. I also have a letter from CSU offering me the paid position".

Suggested additional line if asked about claimed PHDs:

"With regards to the claim that I have PHDs, what I put on my Linked In page was an "expected graduation date". I can confirm my CSU PHD papers have been submitted, have undergone peer review and graduation is in December.

9

CONFIDENTIAL

DEF_00172761

## SUPERCOMPUTER STATEMENT

"We can provide a letter from SGI that clearly states that they were working with Cloudcraft and built the Sukuriputo Okane, Cloudcraft's first supercomputer ranked number 327 in the world.  This letter comes from a director at SGI."

## sgi

26 March 2015

Silicon Graphics Pty Ltd
Level 4,
11-17 Khartoum Road,
North Ryde  NSW  2113
Australia

Telephone: 1300 364 744

To whom it may concern,

SGI, the trusted leader in high performance computing, is pleased to work with Cloudcroft Supercomputers Australia in assisting the development of their hyper-density machines and supercomputers. As a global leader in high performance solutions for computers, data analytics and data management, SGI considers Cloudcroft a worthy partner in the goal to accelerate time to discovery, innovation and profitability.

Cloudcroft's proficiency in information technology is highly respected by SGI, particularly in the domains of cryptography and computer security. Cloudcroft brings this expertise to the design of its sophisticated supercomputer-based applications.

SGI and Cloudcroft have worked together with SGI's flagship ICE platform for powerful distributed-memory supercomputers to build Sukuriputo Okane, Cloudcroft's first supercomputer currently ranked #327 in the world. You can find more information about SGI's ICE supercomputing platform here: https://www.sgi.com/products/servers/ice/

This super computer was tuned to 939.67 TFlops which would see it pushed into the Top 100 systems in the Top 500 HPC realm. This could have only been achieved through commitment to cooperation. SGI is very pleased with this alliance in pushing the boundaries of distributed-memory systems.

Next we must perfect the integration of Nvidia Tesla and Intel Xeon Phi accelerator cards to reach new heights in supercomputing excellence in Australia. SGI offers both accelerator options for its products thus working with Cloudcroft to ensure the next supercomputer stays green, reaches the highest ranks of the T500 list, and continues to perform through innovation is very synergistic.

We look forward to a long, sustained relationship with this highly-focused Australian firm.

Yours sincerely,

Greg McKeon - Director

Silicon Graphics Pty Limited • 11-17 Khartoum Rd, North Ryde, 2113 • 1300 364 744 • sgi.com

10

CONFIDENTIAL

DEF_00172762

## PGP KEY STATEMENT

"If you go back to the Internet archive, the Wayback machine, hosted by the Library of Congress in the US, there are copies of all the software and web pages that show that the version of PGP did have those particular hash functions included at that date.  I can show the paper from 2007. In addition, I'll be retiring the personal Satoshi key, which only I have access to. There was a mistake made by the people who made this accusation, they got their facts wrong and lets remember this debate took place on Reddit forums for much of the time so needs to be seen in that context."

The following PGP forensic report we will be including within the media pack and Bill Lindley, CEO First Response will speak to "nominated" press.

11

CONFIDENTIAL

DEF_00172763



25 April 2016

**A Claim relating to GnuPG version 1.4.7**

First Response have been instructed by EITC Holdings Ltd to consider the claims that a person using GnuPG version 1.4.7 was unable to create a PGP key with the preferred hash algorithms 8, 2, 9, 10, 11 and that the capability to configure a key to use those algorithms was not added to the source code until 9th July 2009 and was not available until the release of GnuPG version 2.0.13.

We have found that the claim that functionality was not available in GnuPG version 1.4.7 to be incorrect: it was and it still is possible to create a PGP key with the preferred hash algorithms of 8, 2, 9, 10, 11 using GnuPG version 1.4.7. The change to the source code on 9th July 2009 was made to the repository for the 2.0 releases and not the repository for the 1.4 releases and, it simply changed the default preferred hash algorithm choice from 2, 8, 3 to 8, 2, 9, 10, 11 (it did not add additional functionality).

Our report detailing these findings will be available from 29 April 2016.

Tel: 020 7193 4905  Email: info at first-response.co.uk
Company Registration: 7917007  Registered Office: 1 Heddon Street London W1B 4BD

12

<u>**Press Release – Embargoed until May 2nd**</u>

# LEADING SCIENTIST AND ACADEMIC DR CRAIG WRIGHT GOES PUBLIC AS THE INVENTOR OF BITCOIN AND THE BLOCKCHAIN

After years of speculation, **Dr Craig Wright,** an Australian computer scientist, inventor and academic has today (Monday May 2nd 2016) gone public as the man who developed and launched Bitcoin, the pioneering electronic cryptocurrency, and the Blockchain, its revolutionary digital infrastructure. Wright had used the pseudonym Satoshi Nakamoto as a way to protect his own identity and on this historic day, he puts the Nakamoto myth to rest.

Dr Wright has digitally signed messages and discussed the technology with early core developers who he had handed management of the software to. He has digitally signed messages using addresses from Blocks 1-9 including using the only keys definitively known to be associated with the Satoshi pseudonym, that used to send Bitcoin to Hal Finney, one of its earliest pioneers and its first identified developer after Satoshi Nakamoto, in 2009.

Wright's decision to go public follows a series of misleading statements that are circulating and which he seeks to set straight and in doing so will allow him to further develop his society changing work and research. His mission is to educate the world about the science and economics behind his inventions and show the remarkable potential bitcoin and the blockchain have.

Wright has also launched a blog, with a vision to create a forum about bitcoin, which dispels myths and helps to unleash its full potential. He will create a space to provide developers and producers with the real facts about the technology so as to encourage the widespread use of bitcoin and the blockchain.

**Dr Craig Wright** said, "I firmly believe that Bitcoin and the blockchain can change the world for the better. I didn't take the decision lightly to make my identity public and I want to be clear that I'm doing this because I care so passionately about my work and also to dispel any negative myths and fears about bitcoin and the Blockchain. I cannot allow the misinformation that has been spread to impact the future of Bitcoin and the Blockchain. I'm now able to build on what I have previously completed by releasing my research and academic work and help people understand just how powerful this can really be."

Industry expert and one of the founding directors of the Bitcoin Foundation, **Jon Matonis,** commenting on the evidence presented to him confirming Dr Wright's identity, said, "My relationship with the individual known as Satoshi Nakamoto started in early March 2010 when I received an email from Satoshi pointing me to the published Bitcoin white paper and encouraging me to investigate the system and to begin promoting the network by transacting and mining. At the time, I managed a digital currency blog and this was an email relationship with some brief

13

CONFIDENTIAL

DEF_00172765

correspondence.

Then, on June 4th 2015 during a conference, I arranged to meet fellow Bitcoin advocate, Craig Steven Wright, for a cup of coffee at the top floor of the AMP headquarters building in Sydney, Australia. After discussing many technical and economic aspects of the current Bitcoin protocol debates, I returned to my hotel room after an exhausting day. I remember saying to my wife that I had this weird feeling of having just met Satoshi. Of course, I continued the dialogue with Craig in the months after returning from Sydney and leading up to a private proof session in late March 2016.

The reality of an extraordinary event is rarely what you imagine and I am now pleased to know the creator of the Bitcoin protocol and the author of the Bitcoin white paper, Craig Steven Wright. Bitcoin in itself is a brilliant accomplishment. Dr Wright's substantial academic works merit further attention. I believe that the scale of his achievement, especially the original design of chaining blocks to achieve Nakamoto consensus, has far-reaching implications for our world beyond just a single vertical industry.

During the London proof sessions, I had the opportunity to review the relevant data along three distinct lines: cryptographic, social, and technical. Based on what I witnessed, it is my firm belief that Craig Steven Wright satisfies all three categories. For cryptographic proof in my presence, Craig signed and verified a message using the private key from block #1 newly-generated coins and from block #9 newly-generated coins (the first transaction to Hal Finney). The social evidence, including his unique personality, early emails that I received, and early drafts of the Bitcoin white paper, points to Craig as the creator. I also received satisfactory explanations to my questions about registering the bitcoin.org domain and the various time-of-day postings to the BitcoinTalk forum. Additionally, Craig's technical working knowledge of public key cryptography, Bitcoin's addressing system, and proof-of-work consensus in a distributed peer-to-peer environment is very strong.

According to me, the proof is conclusive and I have no doubt that Craig Steven Wright is the person behind the Bitcoin technology, Nakamoto consensus, and the Satoshi Nakamoto name.

14

CONFIDENTIAL

DEF_00172766

**Media Training 1-3 | Session Notes**

**Questions on Satoshi**

**How can you prove that you're Satoshi?**
I've signed with the private SN key. I have signed a message using the private key from block #1 newly-generated coins and block #9 newly-generated coins (the first transaction to Hal Finney). I have also shown this to key figures in the Bitcoin community who are convinced by this proof.

**Why did you create SN in the first place?**
There are a lot of problems with creation – being a creator doesn't always bring postitive things – many who have created have suffered. I wanted to have a normal life. It allowed me to have privacy. I don't think I could have taken bitcoin to where it is now without the persona.

**Why come out now?**
There has been a lot of media attention, it's not going to end, this puts a full stop on it all – and I can move forward and continue my work. Also, I can set the record straight  - I'm not courting media attention but by going public I can move one.

**Was Satoshi a group of people?**
No, I am Satoshi, but in developing Bitcoin there have been other people and these people have put in a lot of time and effort into making Bitcoin what it is.

**"I led the project and was the person who drove the original idea"**

**CW needs to be clearer on the fact he was the driving force and the originator e.g "Dave and myself worked closely together but I was Satoshi and Bitcoin and Blockchain are my inventions". Otherwise there is a danger that the story around CW collapses.**

**Are you a messiah type figure looking for all the publicity?**
No, not at all, I am an academic and I don't want publicity, I want to retire Satoshi and move forward with my work. I want to get back to writing and releasing papers, which I will be doing via my blog.

15

CONFIDENTIAL

DEF_00172767

**"The driving factor is that because of all the misinformation out there I haven't been able to carry out my work and my research in the way I would like. By going public so to speak the focus can be my work rather than continues speculation over my role in Bitcoin and the whole Satoshi myth."**

You talk about releasing papers when can we expect to see them?
At the moment we have several finished and I'm going to start releasing them via my blog, next week.

Why have you decided now to come out into the open?
In order to continue with my academic work, I felt it was time to relinquish the Satoshi title in order to continue my academic work.

**Again avoid saying this was *forced upon* you**

**"If I want to continue going forward, if I want to publish papers and have people read those for what they are then I have to come out".**

There have been other accusations that you are are not who you say you are, you are not Satoshi. Why didn't you address all those issues immediately?
I was not ready to step into the public arena then and although I was not happy about some of the things people were saying about me – I had to stand back and let that debate go on without me.  However, I hope now that by this process (which is not my usual modus operandi) of interviews that this can be put to rest once and for all and I can move on.

You say this was forced upon you – you coming out as Satoshi – why was that?
Unfortunately information was leaked and a lot of things have been said to try and discredit me, this has left me in a position where I don't really have much choice. If I want to continue going forward, if I want to publish papers and have people read those for what they are then I have to "come out". If I write a scientific paper, people have to validate it. It's all about peer review. But getting to that point is the important aspect for me.

Who do you think could possibly have leaked all your information?
I don't know unfortunately.

16

DEF_00172768

**There have been specific allegations in certain areas, things like Wired, that suggest you have backdated some of these documents, the PGP Keys or that they've been altered in some way?**

It's an easy accusation to make. But if you actually check the information being said about it you'll find that it's actually false. If you go back to the Internet archive, the Wayback machine, hosted by the Library of Congress in the US, there are copies of all the software and web pages that show that the version of PGP did have those particular hash functions included at that date.  I can show the paper from 2007. In addition, I'll be retiring the personal Satoshi key, which only I have access to. There was a mistake made by the people who made this accusation, they got their facts wrong and lets remember this debate took place on Reddit forums for much of the time so needs to be seen in that context.

**Will you be explaining this to the world? As obviously some people will accuse you of being a hoax.**

You get accusations. I think a lot of people are probably threatened by having someone come back. It's like (Lenis Torvil), he heads it up, he's in charge and people answer to him. But I don't really want that role. I don't actually want to be the head. I want to put information out there and I want to create and develop, but I don't want to dictate. I want that to be more of a democratic process where people actually choose based on the efficiency and value of what is actually there. So they look at the code, they look at the solutions and they find what is economically the most viable. What will work the best?

**So are you suggesting that – regarding the accusation that you backdated the PGP paper - you're suggesting that these allegations are false? Why would anyone do that? These are well-respected members of the Bitcoin community.**

I think some people didn't check their facts. I know I am repeating myself here but if you go back to the internet archive, the Wayback machine, hosted by the Library of Congress in the US, there are copies of all the software and web pages that show that the version of PGP did have those particular hash functions included at that date.  I can show the paper from 2007. In addition, I'll be retiring the personal Satoshi key, which only I have access to. People made accusations, but they got their facts wrong.

**Isn't that odd that a senior developer wouldn't check his basic facts?**

17

DEF_00172769

People make comments very quickly on forums. Unfortunately, we're not talking about a periodic paper that's gone back and forth several times, we're talking about a Reddit forum. At the heat of the moment people say things and they get blown up. I urge people to check the facts.

**Obviously there have been lots of rumours out there suggesting that other people are Satoshi – there's a Romanian one, an Irish one, there's a lot – does that get on your nerves?**
No, I actually feel sorry for them in some ways. It's not a position that anyone would be envious of.

**Some people say that perhaps you're not Satoshi, but that Dave Kleinman is Satoshi. But of course he is dead and he cannot speak for himself. How do we know it's actually you?**
Dave was a key part of everything that I did. But the only way to really look at this is to look at the information that we'll be supplying: the papers. I am asking you to judge based on the information I have supplied and the steps I have demonstrated today.

**How does your family feel about this?**
I prefer to leave my family out the spotlight.

**Why did you take all of your social media accounts down?**
At the end of the day there was a media storm surrounding me and it was the sensible thing to do. I didn't want to be approached via social media
**You talk about not wanting fame and I believe you, but is that not just a by-product of this that's inescapable?**
It shouldn't be.

**When I write my interview, millions of people around the world are going to really understand who you are. Are you then not going to be a celebrity whether you like it or not?**
Whether I like it or not, yes.

**So if we fast-forward a couple of years, do you hope to have retreated into academia and business?**
Yes.

18

DEF_00172770

**How do you think you'll manage that?**
One step at a time. Unfortunately I'm learning it's not as easy as people make out. It's a big change. I've come from a background where I was involved with a consulting business and a little bit of university work and teaching and things like that and no one really cared who I was. Now, one step at a time.

**Do you feel the pressure a little bit?**
I do feel it a little bit yes.

**Wired 2015, claimed that you were** Satoshi **then retracted that and said this was an elaborate hoax. What's your response to them?**
They said either I was Satoshi or that it was an elaborate hoax yes.

**And we've asked you today, are you Satoshi?**
I created and drove the Bitcoin project. Of course as with any major project there were lots of people involved, helping me, correcting mistakes I might make

**Who created that pseudonym?**
I did.

**Who came up with the idea in the first place?**
Me, I led it but then as it progressed more people were involved.

**Why is there a Japanese influence? What does it mean?**
Manga. I grew up in the eighties and Manga was a large part of things I watched as a child.

**And you're still into it? All the Japanese cultures?**
Not all of Japanese culture no but things like the Ghost and the Shell type series, the futuristic Tokyo type involvement with Robotics yes.

**So you said to retire the PGP key. Can you tell us a bit about what that means?**
I'm coming out and saying Satoshi is no longer to be or acting as Satoshi ever again.

**Why is that?**

CONFIDENTIAL

DEF_00172771

I think things have gone down a path I don't particularly want or have wanted. At the end of the day, as I've said earlier in this interview, there shouldn't be a head. And that shouldn't be a figurehead either alive or non-existent. There isn't going to be a second coming. I'm not coming here to take over Bitcoin. I don't want to be, and nor should anyone be using some name or pseudonym to justify one view or another. And that's what's happening at the moment, what really needs to happen is things need to be taken not on what I have said, or others have said but on the value of the idea itself. Tested and tried. There should be many versions of Bitcoin, people should be willing to try and compete.

**What about those people who really want a figurehead or really want you back, don't you think you're letting them down?**
No. Because they don't really want a figurehead. They want someone who isn't there. They want someone who they can say and take quotes out of context, and I don't want that. I don't want to be anyone's figurehead.

**Could that threaten the development of Bitcoin? The fact there's suddenly different versions and make it hard for people to grasp?**
Over time we're going to have to start building solutions and we have to become more professional. It's time for Bitcoin to grow up in some ways.

**When you say over time, are we talking ten or twenty years before it's rationalized? How long is this process going to take?**
I don't know, ten or twenty years in some areas yes. Some times longer. But if we look at the internet, or if we look at computing, then we we look at computing in the fifties with Wang and the sixties with Minski we find that computing has grown in scale, in use and what people thought it could be to something completely new. We've gone from a world where we have a Sci-Fi type computer with a big round screen and the occasional robot talking to The Jetsons to really having immense supercomputers on our wrist.

**I'm a layperson – I've seen this demonstration but I don't see how that proves you are the father of bitcoin?**
Well, yes it is a technical exercise. But I'd say that I've shown this to key figures in the community and they are convinced. I've shown the things that do prove the point.

**There's been a lot of negativity from both the media and the community**

20

CONFIDENTIAL

DEF_00172772

People don't want to see someone come back and take over. But I don't wasn't to do that. What I want people to understand risk is good, we can experiment and not destroy the system. In the end, people make mistakes, even very intelligent people. I don't want to accuse anyone of anything but Maxwell made an error, a mistake. We are all human, we all make mistakes

**Bitcoin hasn't really taken off has it? It's not mainstream is it ?**
People in the 80s told me I was wasting my time with the Internet. In 1993 I attended the launch of search engine Alta Vista. Back then people thought it was a great tool for geeks – it was the first search engine, no one saw the potential. Years later we are where are! That now is many years ago – bitcoin started in 2009 – it's still in its infancy.

**Why is there so much doubt about you?**
The fact that I haven't talked up to now has allowed rumours and mistruths to grow. What I'm doing now is setting the record straight. We are in a world where often you can say anything you want – hearsay is not truth. Truth comes from evidence and I have that.


**Questions on ATO**

**What is the situation with the tax office in Australia? Your home was raided wasn't it?**
We are communicating with the government and are in on going negotiations with the tax office and seeing to resolve the issue. Clearly, it would not be appropriate to go into further details.

**Why did you leave Australia? What happened?**
We'd been looking at leave Australia and move to London, because it is where I wanted to be based for my work, it has everything I need there.

**Was it due to the ATO raid on your home?**
No, that happened just as we were leaving.
I can't really say much at the moment, but we are communicating with the government and are in negotiations with the tax office.


**Questions on Charles Strurt / Academic**

21

CONFIDENTIAL

DEF_00172773

**There was a report from the Charles Sturt University essentially denying or discrediting your claims that you studied there or you taught there. What was that about?**
I am glad you asked that question because it is one of the things that I have been frustrated reading about and have wanted to publicly address, I'm an academic and so my passion for study and learning never ends. In the case of CSU, I was both a student and a lecturer and so the University allowed me to have these dual roles, hence the misunderstanding. I have a staff card to prove I was a paid lecturer as this type of ID isn't issued to unpaid staff. I also have a letter from CSU offering me the paid position".

Suggested additional line if asked about claimed PHDs:

"With regards to the claim that I have PHDs, what I put on my Linked In page was an "expected graduation date". I can confirm my CSU PHD papers have been submitted, have undergone peer review and graduation is in December.

I said on my Linked in profile that I was completing a PHD, I didn't say that I had that one from CSU. It was hearsay and now I'm setting the record straight.

**So it's just a misunderstanding?**
Yes.

**There is a rumour that you did some work with the Australian government, some people say in defence or something like that. What was your relationship with the government?**
I have had involvement with the government in the past yes.

**In what area?**
I worked with people such as the federal police in a number of areas such as anti-people smuggling and forensics associated with that and even with catching child predators.

**What kind of work were you doing?**
I can't say too much due to security but essentially I analysed hard drives. I do a lot of forensic work.

**Within Australia? Within other countries? How much did you do?**

22

Again, I can't say too much due to security but there are a number of cases where I acted as an expert witness and also an analyst of material.

**There have been some reports that it could have been the Tax Office itself? Could that be so?**
I can't answer that one. I mean that's the problem with rumours. I'd just be getting on the same bandwagon.

## Questions on Bitcoin

**How many Bitcoins do you have?**
I have Bitcoin of course, I've invested much of it in my work and research. Not to be rude, but I would not ask you what you had in your bank account!

**What are the advantages of Bitcoin? Because we can see things like dark web, Silk Road, there are some negatives associated with it as well as the positives.**
At the same time, you'll find out that Silk Road was actually taken down and many of the ancillary people were actually taken down because of the trail. So although its unanimous its not anonymous and that means that there are traces there. It is a global ledger that can be traced so it's not completely anonymous. What you will find is that it's actually going to make people more honest in that there is a complete ledger of what occurs. So if we exchange goods or we exchange services, then I have proof that it occurred so we don't need to tell the world. But at the same time, if something goes wrong, I still have that receipt and so it can be set up in a way that I cant lose.

**If I want to sell to a terrorist, does that not make it a lot easier?**
Well, you've got this thing called cash right now.

**But it's quite difficult to transport millions of dollars**
It's actually amazingly simple to wire money. And there are other forms of transfer as well. There are diamonds, there are bearer bonds, things like this. People have been using money for a long time. The daily transfer of just drug traffic is far larger than the entire Bitcoin economy. We're looking at things here, and if you take everything around the world for drugs, the whole Bitcoin economy is minute.

CONFIDENTIAL

DEF_00172775

**One of the things that was leaked in the papers previously was that there was a trust and that you have control of the trust in 2020. Is that true?**
All my organisations lead back to the one thing that drives me – research and creating new things that I feel can benefit the wider world. Like any person who has business ventures I can't always go into complete detail.

**But it actually goes back to the corporation or it goes back to you? Because it actually had your name on that legal document…**
Everything I am doing goes back to the company and my research.

**There are 1 million Bitcoin apparently that Satoshi mined, and you have none of it at all?**
I have spent money on my business and my research and I will continue to do that.

**So there is a trust then? Because that has been constantly talked about in the papers?**
We will actually be releasing the details of the trust. The lawyers have argued the point that it's not a trust; we have an electronic system that is a dealer-less key exchange system that allows you to safely and securely set-up a system of transferring Bitcoin over time. That is going to be released shortly. That is one of the things we have a paper for already. But the problem there is of course that it is going to take a little bit of time for people to understand it, to code it and all the rest. So we have the idea, we have the concept, but to really release that into the wild, so to speak, we still need more time. It's alpha and experimental right now. What that does mean though is that we have a means of protecting people's assets and investments, so that people can control what happens and need to worry about their Bitcoins and not need to lose them.

**How many Bitcoin did you mine?**
I mined quite a number.

**How many Bitcoin did Dave mine?**
I'm not at liberty to discuss that I'm sorry

**You refer to yourself as having mined quite a lot of Bitcoin, how many is quite a lot? Is it billions?**
It was only ever going to be just under 21million Bitcoins so it can't be billions.

24

CONFIDENTIAL

DEF_00172776

**Valued at billions then maybe.**
Well, who knows? I mean right at the moment it's not but personally I see a large future for this. We're talking about a technology that isn't just money, it's an economic token and right now it's a very small value for what it can be. One day we're going to be in a situation where it can be millions or tens of millions of dollars per Bitcoin. It might be twenty, thirty years away but that's where we're headed.

**Could it change the world economy?**
It's disruptive of course it can change the world economy. Uber changes the world economy, Facebook has changed the world economy so yes, any disruptive economy changing technology is really going to change the focus of everything. What we're really doing is creating automated agents that will allow different pieces of technology to start communicating. Now that means you can have internet devices connected and communication seamlessly, simplifying everything you're doing, automating processes, finding the best time to pay for electricity rather than having to turn on the washing machine. Everything can actually start looking at different tariff rates and having miniature auctions in effect so that your washing machine starts bidding with other washing machines to get slightly better tariffs. That's where we're headed, that's why it will disrupt things.

**Just sticking with the disruptive theme. Are we saying we're cutting out the third party? The bankers, the agents, the builders, they're all superfluous aren't they?**
Not necessarily. What they have to do is add value. So if you're looking at a big bank that you just put money in, what does it do? So what we end up with is finding areas where banks actually add value, how do they get those people that are the best loan risk, the people that will actually pay you back. So we change in to a peer-to-peer lending system, we start moving into reputation systems, to authentication of people, of knowing our customers. All the things we're meant to do as a bank.

**Do the bankers become the advisors rather than the people that technically move money?**
Exactly. I mean this is where bankers started. I mean people talk about big bad bankers but originally and even if we go back 50 years, banking was a different entity than it is now. Banking is really about knowing your clients and understanding their needs and finding solutions, not just selling home loans or

CONFIDENTIAL

DEF_00172777

trying to put together collaterised sort of dead obligations where you have many slices of properties that you know nothing about. We're going back to something that people will have to understand their client to add value or we have the alternative or someone running a top 500 investment scheme where all you get to do is people get to put their money there and you hold it, even for a fee, protecting your wealth because they're just a wallet.

**So banking got too big, too out of control, it ceased to be banking and it became speculation.**
In some ways yes. At the end of the day, money is a ruler. The key focus of money is a yardstick. Now where we have really moved to is a system where the value of your money keeps changing whether it's through quantative easing, whether it's through splitting the money into different loan basis and everyone else having 5% capital holdings. Now we've moved in to a system where we don't have a single yardstick any more. The size of the yardstick is variable. It's really difficult to start preparing for your future and to understand where you might be going if the yardstick moves.

**So the individual consumer has no idea what their actual pension is because it changes by the hour. So this will take us back to the basics and basic economy in some respects.**
In some ways yes. It's going back to the equivalent of a gold coin. Not in the gold exchange standard, people seem to fight about that one and call people gold thugs and whatever else. But the reality there was, even at its best what the government did was limit its transfer to basically large gold bars that in the twenties were worth a thousand pound gold bar. Now a thousand pound gold bar is worth about twenty million dollars today or whatever else and that wasn't your average, I can just go out there and exchange my money for a gold bar. It was your whole suburb exchanged their money for a gold bar so it wasn't really a situation where you could do that and you could only do it in certain circumstances and only do it for certain amounts. In the end it was something like 5% of the gold deposit notes were actually held as gold so in theory you could go back and say I want to take my money and get a bit of gold but one twentieth of that is all that the government actually held.

**Therefore you can't really name what you've got so when people stopped using gold and started trading in paper. You know something like the Southsea bubble where everyone invested in something that wasn't real and ended up going bankrupt. So now that couldn't really happen.**

CONFIDENTIAL

Well you can always set up a speculative bubble, I mean nothing says you need hard money. You can chose to invest in stocks, you can chose to put your money elsewhere but you have a fall back. You have something that is worth this amount and will remain worth this amount that is tangible. It might be electronic but it is effectively tangible.

**So looking at it from a very positive point of view and we talked about terrorism and drugs and all of that. Just so I can understand it, I'm just a journalist, say I'm David Cameron and for 10 million dollars I need to get to Rwanda, what do I do? Do I push a button, do I send a key that the President of Rwanda has? What do I do in practical terms?**

Well you have to find the charity once again. You're not going to just send random money off there, I mean you could but how do you know how it's going to be used? So you find a charity, one that you trust, and in the future we can have completely open, auditable charities where the audit function is looking at where has the money actually been spent. One of the things we're looking at, at the moment we have some white papers coming out, is forming DACS, Distributed Autonomous Corporations and Distributed Autonomous Social Organisations that are based on the blockchain with full accounting systems so that these things are auditable live. So it's a real auditable system, it's a real live system based on a computer and audit technique that's built into it. So you can actually watch what's happening to the money you invested.

**Say like a thousand pounds was spent this afternoon on medical equipment.**

Exactly, and you can start allocating that and know where things have been put. So you can see this much goes to admin, this much goes to the people and then you get to a situation where you're looking at charities and how it works where people start to actually compete, they have to compete on what they're doing. At the moment, these things are fairly opaque, you don't really see what most charities do. Every now and again you hear about something in the press and the press really says this charity has done wrong, these directors are getting paid too much or whatever else but how about if that was live, right to the minute? You can look at every charity in a particular field, where they're putting their money right now, that's the future of this.

**Does it become the thought police everywhere?**

Well you don't need to put your money into those charities. You can put your money into one that's opaque, that's your choice. You can say I don't want to know what they're doing with my money and that's still your choice but you have the choice. Now the Orwellian bit is the government comes and looks at

27

DEF_00172779

you without your choice. What we're saying is I get to open my books to try and get you to trust me. You can see everything I'm doing and you can trust me because I can't lie. That is a big distinction. I can choose to remain private but if I'm out there, putting my hand out asking for money why do I have that right?

**How do you choose to remain private? Can anybody access the data on Bitcoin, it's completely secure is it?**
The control of the wallet and the function and the key need to be secured. So nothing is completely secure in that someone compromises your computer and you only have a single key, you don't have hardware wallets or whatever else then someone could compromise you. There are ways of protecting that which is probably outside the scope of this but at the same time, I can choose how I'm going to store my money and where I'm going to store it. I don't need to tell everyone about it. Now the ledger is not really going to be open unless I let it be opened so when we're talking about an audit function I can publish my chartered accounts as an organization for instance and allow you to see how I'm calculating that but if I don't, then you don't know it.

**So is bitcoin secure?**
Of course it is. It's as secure as we have minors. And the more we have, the more secure it gets. So over time it actually becomes more and more secure. The more people use Bitcoin, the more people transmit Bitcoin, the more secure it becomes.

**Do you see what's happening to Apple at the moment, where they don't want to give all this information to the government? Do you see yourself as a libertarian? David and Goliath trying to bring in a new transparent system all over the world?**
I don't know if I'd say I was David and I'm definitely not Goliath. I see myself more as an academic, as a developer, a budding economist and many other things. I've tried many trades, some I do very well at, others I fudge around at, but at the end of the day I just want to develop technology. And at the end of the day, I know this is disruptive and people will get upset at that but everything was once disruptive. The automobile was disruptive, put horses out of work. Over time, every single advance that makes our lives better, that offers us a better education system, that offers a better way of living longer, healthier and happier.

CONFIDENTIAL

DEF_00172780

**So in the long run it aggregates itself out to the good, or positive change.**
Predominantly. I mean we always have to be vigilant, we always have to care about what we're doing and focus on making sure that these things work out well.

**You mentioned several times that there was a 'we', that 'we' were developing patents. Who is the 'we' that we're talking about?**
There are two parts to that. One, I say we a lot. It's not a royal we, but an academic we.

**The same organization you had in Sydney?**
I have a number of organizations, including those in Sydney, Australia, and U.K. and wherever else.
We've got many organisations but they're focussed on different areas. What we've done is we've merged all these into a single organisation now. I'm not a commercial lawyer, despite having a law degree, and I have made mistakes on how we did these things because I thought it was better from a risk point of view. Taking advice from lawyers and other commercial advisors we've now merged all of these into a single entity, and that will continue to fund the research.

*I think saying that – and I think its often very disarming with a journalist – is saying 'I'm not perfect' that's the right thing to do. To say 'I've made some mistakes, I've had some advice and actually now it's under this one umbrella'*

**How do these organizations benefit from you revealing your identity right now?**
I don't really know. I'm not seeking anything out of this other than the ability to continue my academic work.

**If Bitcoin is the future and it's a bright as you think it is you must be a very rich man right?**
Define rich. I have a loving family.

**If people claim that you have a million Bitcoin then that's a lot of money isn't it?**
As I said I have enough resource to carry out my work and live a comfortable life

CONFIDENTIAL

DEF_00172781

**Will you reinvest this wealth in developing Bitcoin further?**
It's all I've basically invested my wealth into.

**Do you really think about the assertions, I'm thinking about Mike Hearn's comments in particular at Bitcoin is a flop?**
I don't think that's quite what Mike said. A few comments have been taken out of context. I think also people get frustrated.

**So the rise of Bitcoin is unstoppable, It's just a reality.**
Nothing's unstoppable, but I certainly believe that bitcoin has a bright future. It's in it's infancy of course, we are only talking about a launch in 2009. But what I want to do now by going public is continue to educate people about the benefits of bitcoin and the blockchain and the amazing potential it has.

**Are there people who would want to stop you? Is it in the interest of Wall Street to hook up with the CIA to try and block the development of this?**
I don't know about Wall Street and the CIA but yes of course it's of interest to people to try and stop these things. If you're looking at an organization that doesn't want transparency, that doesn't want to be able to change. Many people might not welcome us with open arms but we go back to disruptive technologies. If I was running a coach house I don't really want an automobile.

**What's your view on the scaling debate?**
I've always believed that Bitcoin needs to scale.
I will be releasing papers to demonstrate that Bitcoin can scale nearly infinitely. What we do need to do is ensure that the infrastructure and the systems actually develop to allow that. That means splitting nodes, dividing what people do and ensuring those who run these things are not just doing this as a hobby anymore but professionalise.

**Have you spoken to Gavin Anderson lately?**
Gavin and I have spoken, yes. In fact I have shown him the evidence and as you can see by the comments on his blog he is convinced as to my role in the bitcoin story.

**Are sidechains a threat to BitCoin?**
It depends on how you look at threat. There are different ways that blockchain could end up going. Side chains rely on Bitcoin. So in some ways, it actually

CONFIDENTIAL

DEF_00172782

makes Bitcoin stronger but in other ways they don't. I really see that we don't need them and adding complexity for the sake of adding complexity is not necessary. We can add everything that we're doing there – and some of the papers that we're doing now – when you look at those you'll see, there are many functions that mimic the early days of computing that allow us to create automatic transactions. It allows us to start having transactions that modify other transactions, but in a manner that is secure.

**Are you motivated in making the decision to come out at this point in time by taking opposition against some of the threats against Blockchain?**
That's always been a hard question. I do support Bitcoin but I didn't come out because of that.

**Earlier you talked about wealth and being rich. How many Bitcoin do you actually have right now?**
I have bitcoin of course but I don't think I should have to comment on how much exactly."

**We talked a lot and focused a lot on the financial aspects of Bitcoin. It's also a way of shifting enormous amounts of data securely, so what are the other practical aspirations? Maybe for hospitals, medical work?**
Well some of the things we're actually looking at is extending the use of what we're doing with XXX. There is a lot of coding being done, by people who are far better at coding than I'll ever hope to be. Now, what we want to do is use the keys, and use everything else there, to use the blockchain to store magnet files. That will effectively allow us to have cryptic data store, un-spent transactions (UTXO's) other parties can then act on and securely download, securely access. Now that can be data based files, or that can be health records and it can be a way to prove who you are. So what we are looking at doing is having a hierarchy of keys, that deterministically allow you to create a centralised key for yourself, and then sub-keys depending on aspects of your identity. So you don't need to be yourself, you can be yourself as a parent, yourself as an employee, yourself in the hobby that you enjoy doing at the weekend and you can have different aspects which don't necessarily jump across from one to the other unless you want them to.

**You say that all things are disruptive and in the long term no good for the human race, but is there a danger that it takes the humanity out of being human?**

31

Does the internet take the humanity out of being human? There is a lot of argument around things like Facebook but they also allow people to communicate far easier. I remember back when I was young having a sometimes €3000 phone bills when things went out of control for a little bit and I left my modem connected for too long. That's not an issue anymore. Now we can communicate with people on the other side of the world; so we can talk to our kids when they're remote and friends and we can stay in touch. That's important and that's part of humanity. We sit and talk about how 'oh the children are on Facebook all the time' but what are they doing? They're sitting there chatting to their friends.

**... or being groomed by a pedophile? We have to look at the downside too** ...
Yes but that also happened beforehand too. So yes we have to look at how we stop those things but everything has an up and a downside. We need to work to control the downsides.

**Would you say this is the greatest development or invention for the human race since the Internet?**
No

**Greater? More significant?**
Greater than the Internet? No. It relies on the Internet and builds upon it. So it adds something. But I'm not going to go down there and say that I've created the best thing since sliced bread.

**It feels like it's going to be a scientific change for the whole universe...**
And so was the Internet itself, so were computers, so was the fact that we can have smart watches that start monitoring our health and alerting people to things, so were automatic vehicles and drones. It's one of many technologies that will start interacting to form a new way of doing things and making our lives simpler and better.

**Are you still mining Bitcoin?**
Every now and again I turn on the miner to demonstrate to people, so if you consider that mining, then yes.

**I saw an interview with you where you referenced a data centre in Iceland that you're building. What's the purpose of that?**
We have a lot of computation to do. I won't go into detail on any this as I may get myself into trouble.

32

CONFIDENTIAL

DEF_00172784

**Iceland seems to be an emerging mining location. Are you going back into the mining business?**
It is one of the emerging mining areas but I don't know what the future will hold.

**Tell me about this non-existent super computer**
It exists. We can provide a letter from the company SGI that clearly states that they were working with Cloudcraft and built the Sukuriputo Okane, Cloudcraft's first supercomputer ranked number 327 in the world.  This letter comes from a director at SGI.

**Where is the computer? Is it in Panama?**
I am not at liberty to answer that

**What is your relationship with Rob McGregor?**
We are doing some fantastic groundbreaking work at the moment, I'm working with some great people but at the moment we are not ready to share further information. London is a great place to develop, we have a new team and once we are in a position to talk about the work we will.

**Is Rob McGregor handling your business?**
My focus is purely on writing papers, doing research, managing people who develop code, working with other people who are very good project managers, very good architects and developing new solutions.

**Do you consider yourself political in any sense of the word?**
I try not to be. I don't really look at politics in that format. I believe in free trade, I believe in open communication between different nations and I believe that free trade is actually beneficial to the world, not just individual countries. I think it's important to realise that we're part of a global society.

**I saw an article recently where there was a suggestion that the current Australian Prime Minister had an association with a big (client) mining association that was trying to do an IPO. Have you got an affiliation with that association?**
No I don't.

33

DEF_00172785

**What was your childhood like? Where did these ideas come from? Did you have a 'normal' childhood?**
What's a normal childhood? I had a happy childhood. I grew up in Brisbane. I was a bit of a nerd.

**So when did this idea start to really formulate in your head?**
I've really had an idea back from writings I've seen from a number of people on the (Site for Punksters). I was never really active there, I was pretty much what you'd call a lurker but I read things occasionally and I liked the concept. The whole idea of (Shulmian money) back then in the 90's, I had a Mark Twain bank account, back when that was the first version of digital cash and I thought that was a great idea. Fortunately it hasn't really taken off until now but the concept was always good. It can be extended, it allows us to have something that is open and if we have open systems where we can communicate securely then we have far less problems. My involvement has been very much been information security throughout my life; I've worked with the stock exchange for a time, before having them as a client, then I worked with a number of other organisations from there and it's always been around security.

**What role did Hal Finney play in the creation of Bitcoin?**
Pulling apart and helping me fix code more than anything else. There were a lot of things that needed to be fixed early on and Hal took on the role of pulling apart the code and making sure it worked.

**How did you and Hal come to work together in the first place?**
We didn't really work together; we exchanged emails and messages online and it was after the post was sent to the mailing list, Hal had tried the version 1.0 Bitcoin software and it crashed, he fixed a few problems, ran it again, etc, and over time we found a version that started working.

**The Bitcoin paper that was released to the mailing list – did you write it?**
I wrote it and others edited it.

**How do you relax?**
I study. I am doing another masters degree at the moment and I relax by opening a textbook, running some statistical software, doing some math.

**You've got a family as well, that is a source of relaxation!**
Sometimes! Anyone who has kids knows that it can be a great source of relaxation, sometimes!

34

DEF_00172786

**How many children do you have?**
We have 3 children.
**Where are they?**
I don't particularly want to talk about my children.

**So do you have a concern for your children's safety?**
I think anyone with children worries for their children's safety.

**Why London?**
London is wonderful. It has access to everything that I could possibly want. I know everyone complains about the internet but compared to Australia it's ten-times faster! We have access to developers, financial knowledge, coding knowledge. We have access to Europe, we're on the door to Europe and can just catch a train to Paris or Brussels, it's a wonderful area.

**You mention the train to Paris – and this is not a political question – but what do you think of Brexit?**
In what way?

**Basically, is the UK stronger connected to Europe or should it go it's own way?**
I believe that people should stay connected, the more the better. One of the worst things that Australia ever did was break away from Britain. We used to have a common shared passport system, and I'm talking a really long time ago here, before I was ever moving around, but I think the idea was great that you could just travel between areas. I like the idea of an open, connected world. You realise, back in the 1890's and before there was actually more globalisation and inter-travel than there is now. People would jump on a boat from Ireland and go to Australia or America maybe and have the summer in one country and winter in another, and that was actually very common. People don't seem to realise this, what we've actually closed down a lot from whatever fears we have of that. We're not looking at people taking our jobs, we're looking at opportunities.

**You can't see yourself going back to Australia at all?**
I travel all the time so I don't know what's going to happen in the future. I love this country.

35

DEF_00172787

**What is your business? I mean I get what Bitcoin is, I see you as an academic but what is the business aspect of it all?**
Well business is running all of this. We have to manage people on different locations, I have to interact with them. We have a number of locations around the world so I have to travel.

**What kind of business are you involved in?**
Developing tech solutions.

**How come we haven't heard of this business? Is it a big company to work for?**
I haven't really wanted to be out there before I was ready to release anything and we have started releasing papers so you'll hear about something soon. I develop intellectual property.

**Although it's understandable parts of CW's business ventures are private these answers make it sound murkier that it should. Say instead " All my organisations lead back to the one thing that drives me – research and creating new things that I feel can benefit the wider world. Like any person who has business ventures I can't always go into complete detail."**

**Where does the funding for your business come from?**
Over the years we've managed to fund things through Bitcoin, through intellectual property development, software development and contracts.

**There's reference to a foundation. Is that what we're talking about here, your business, the foundations…**
No, the foundation is actually separate. That's being set up at the moment, I won't go too much in to that but there's been speculation I was doing this to try and somehow get money, to get fame or whatever else. All I want is be able to continue my academic work and publish my papers for review.

**So earnings from your businesses will go in to the foundations?**
My businesses were my businesses beforehand. I've got my own income and whatever else so eventually they will, yes. The majority we're talking, I don't know what it will be worth one day but if they're still worth something in 50 years time eventually that will go into the foundation, yes.

36

DEF_00172788

Who is Calvin, are you in business with him? Because there are rumours that you have been…
Which  Calvin are you referring to?

**<u>We should not mention Calvin.</u> If pushed on this question then you can say**
You know of him.

**If they referenece your Facebook pictures then say:**
There are many people and pictures on my Facebook page, it's not really something to attach much significance to.

**What do you think about the banks. How does that work for Bitcoin?**
Well they're something in opposition. The banks want to try and protect their own territory so one would expect people will compete in their own way.

**Do you think Bitcoin might take down the banks?**
No, but I think things will change.

**Simpler forms of mass communication, it just takes out all the third parties doesn't it for all systems.**
Yes and no. There will be third parties because access to information is going to grow. The roles that people have are going to change over time. So right now we're talking about taking out third parties because we have a need for a trusted third party to do banking roles, to do finance roles. That will change. The third parties we have will be completely different. And we're not talking about removing jobs, we're talking about changing them. In the past, the types of roles that we had twenty years ago are different to what we have now. No one would have really guessed twenty years ago half the things we now have as jobs.

**Is there a practical application process for climate control with Bitcoin? That's moving that information, that data about what's happening to our systems.**
Well, we already mentioned some of that. We're working to integration with what people term the Internet (inaudible) so, automated systems. And when I mentioned before that we're doing option systems, we want to have things like an auction where you have machines that interact with other machines

CONFIDENTIAL

and not just yours but because your pulling power off the grid so that you have an optimization. Your washing machine and your air conditioner and your whatever else will start not only competing with things in your house but things out there in the world so you have the best allocation of when you turn things on. If you want something now, you can pay more to make sure it happens now. Or you can choose to try and get the best budget for your household.

**So really, even though some of that sounds scary you feel optimistic and positive about the future of the world?**
Definitely. The world as it moves forward has had a lot of ups and downs but generally it's been positive. The life expectancy has improved, we have far less child deaths, murder rates in most areas are down. If you travel between places like the third world and the first world now you can still see what it used to be like to where it is now and even then it's improving. When I was a child just the message you'd hear about the third world, even China, as part of the third world back then was of starvation and poverty. Where we have starvation and poverty now is generally political. It's not because people don't have enough food, it's because someone has stopped them getting food and that's a different scenario in the world now.

**CW was excellent here explaining the positive uses of Bitcoin but only after a leading question. He needs to have a number of these types of examples at his fingertips and weave them into his answer when debating the issues around Bitcoin e.g criminality, rather than waiting for the journalist to ask first**

**There's not a danger that this destroys indigenous culture, culture separation and it just turns us all in to one efficient but homogenous blob.**
Yes we're globalizing but that's a choice. People want that. If you think about where we are in the world now people are choosing that. It's the youth of today, sitting there talking anywhere have access to vast amounts of data. People will get cheaper and cheaper computers. In a few years people will have automated systems that allow you to learn, allow you to access lessons and textbooks and learn languages and learn math anywhere in the world. Even if you're in the centre of some poor area in Africa you'll be able to get some sort of tablet that will allow you to get on the internet and allow you to get a lesson. We're not that far away from that.

CONFIDENTIAL

DEF_00172790

**So even if some people who do want to go back in time, politicians, maybe Trump or someone like that, they're going to be swept away by history.**
At the end of the day, if you want to isolate yourself then there are Amish communities, some of which are using mobile phones and there are others.

**It's been great talking to you, is there anything you'd like to talk about before we finish? Any subjects we touched on.**
Not that we haven't touched on but I do want to reiterate I don't want to take control. I'd like to retain the life I had before as much as possible and stay out of the limelight. I don't want to be a poster child for Bitcoin. I'd just like things to keep going. I want people to try and to learn and develop and to be willing to actually experiment with code and take risks.

**How much does a whitepaper take to construct? I know it's a daft question… It could be hundreds of thousands of dollars?**
Quite easily, including patenting, yes.

**So you are actually saying – and can we check – that in 2012 you transferred all of that into the whitepapers for research?**
We will be continuing to fund research and development. At the end of the day we will be managing the companies and controlling my research. What I intend to do is continue developing solutions, continuing to develop Internet things, time controls…

**… And so any reporter would then say 'you've got all of these Bitcoin are you're not going to use any of it for personal use?'**
I don't need to. I am very content with my life as it is.

***I think you need to emphasise that as when you say 'I don't need to' they're going to say 'why?' so I think you answer it straight away. You say 'I've got my family, my work and research, that's plenty."***

**What about your foundation / trust?**
The funds will be going back into my research and development within Bitcoin. What I'll be doing is extending the Foundation and looking at creating even more. Right at the moment, we have around 500-600 white papers that will be released by 2020. After that date I'm not quite sure where we'll be, we're talking several years in the future, but for the moment we have a lot of research that we're trying to capture. We've been researching for about 7 years now and that's lead to a point where we've had to step back a little bit

CONFIDENTIAL

DEF_00172791

and start actually capturing that information. We will be releasing some of this information on the blog. It's an on-going exercise.

## QUESTIONS ON TERRORISM

*The hardest ones are – Isn't it true that this anonymous currency can allow funding for terrorist attacks. Didn't you read this morning Sir about the attacks in Belgium? How do you explain to dead children's parents?'*
They were paid for with cash. We actually make a system that has a ledger. This is going to make it easier for the government to go back and follow the trail. Now, the big thing with terrorism and people smuggling and all these things, isn't finding the terrorist at the end, it's tracking back the trail of money. With cash that's really difficult. When cash comes in from Syria, from Lebanon, and Africa and South America and all these other places, and there are terrorist funding groups that are now being funded by people like (faq and V Faq) and whatever else in the drug industry because it's profitable.

This is just an argument against cash, Sir. That's not a justification for an anonymous online system.
But it's not anonymous.

It's only not anonymous if you can break the chain –
Once we have the end people, once we have where they're being funded, we can start following that chain back. We can look at where they've come from, what the transactions are, we can start...

But you have to be able to map that back. You can map the transactions; you can map the flow of coins through the ledger
I should point you to a paper that came out last year, 2015, which was a graph analysis of Bitcoin that shows for many transactions they're far less anonymous than anyone has been speculating and in fact as soon as you make an error you can start tracking everything there.

But the chain has to be broken?
Once you get someone who has taken that transaction the chain is broken. As soon as they start using things you can start everything back to the coin base. What we have is, even if we don't catch people, we can then follow where there funding came from.

CONFIDENTIAL

DEF_00172792

**You're ignoring the realities of international policing. So yes, I can take the person to spent the coins at the end and say 'who sent those to you' and he'll say 'it was John Smith in Libya'**

What we're doing is analysing those transactions

**Well I can see where those transactions came from and then what?**

Then, like all policing, we have to look at enacting some process with other organisations, whether it's Interpol or whatever else, to track the money back. You cant say there's someone overseas and I'm sending money so therefore we cant do anything more from here in Britain.

**But you can bounce from here to the other side of the planet in milliseconds then obviously that moves faster than any law enforcement ever could. There is a reason why there is a $10,000 cash limit when you get off a plane because essentially we've reached the conclusion that less than $10,000 a time is a fairly inefficient way to launder money. So, to keep going back to the analogy of cash is not a fair one because you can only move cash physically around the world, where you can move hundreds of millions of Bitcoin across the globe in seconds.**

I remember one of the cases I was involved with at the AFP, what they had were $50,000 pre-paid debit cards, they had a suitcase of these and there was something like $100,000,000 in debit cards that were pre-paid. That was taken through an airport.

**These are physical things that can be seized on the way through the airport, that can be found.**

You can electronically transfer money instantly. You can get involved with barrow bonds, digital barrow bonds, digital (egons). These can be transferred anonymously, truly anonymously, instantly.

**None of this answers the argument that Bitcoin increases this risk. You're just saying there are other means that are equally risky.**

No, I'm saying it's a red herring. You're putting it out there saying that Bitcoin does this. Bitcoin doesn't actually change the playing field. The answer you need is to look at increased law enforcement in certain areas, to actually have people investigating these areas to actually analyse. It's a different scenario. It's the same argument as saying terrorism happens because we have encryption. Terrorism doesn't happen because we have encryption but because the world happens. We have Internet connections because of encryption; we have Internet banking because we have encryption. If we

41

DEF_00172793

banned encryption the terrorists would still have encryption. I can download the algorithm for RC4 or AES and write it myself in minutes.

**But if I needed a legal to operate a Bitcoin exchange, and I could kill all the interactions between the real currency system and the virtual currency system I could effectively kill the economy.**
No you don't.

**Actually if you can't move money in and out of a virtual system then you have a very fringy group that is willing to do this offline, then you don't have to look much further than the history of Bitcoin. You don't have to go into analogies.**
What you end up is a system like Webmoney that is difficult to get money in and out of. But what you have is people exchange diamonds, they exchange gold, they exchange property, and those things are traded for Webmoney. And webmoney is predominantly in Russia and Ukraine and these areas by a lot of criminals and a lot of terrorism groups.

**When I ask you why this isn't a risk all you do is point me to other things that are equally bad.**
It's not more of a risk or less of a risk. You're trying to say it's more of a risk; it is not more of a risk. I'm not here to solve the world's problems, I'm not here stopping terrorism but I'm not making it easier for them either.

**What is your explanation then for why the first uses of Bitcoin were illicit activity?**
The first uses of Bitcoin weren't illicit activity. They were actually buying a pizza.

**Silk Road was the first large-scale commercial**
Silk Road was not large-scale. Before Silk Road there were 3 other exchanges. There was already a house bought with Bitcoin by the time Silk Road had come about. So there had been a real estate transaction, there had been …

**Sir, do you understand how insulting that is when I say that hundreds of millions of dollars worth of weaponry and drugs have been sold and you respond with 'no, someone bought a pizza'?**
In hundreds of millions, the entire drug industry of the world, for hundreds of millions is about 1.5 seconds. I can get you an exact figure if you want but plus or minus about 0.2 seconds at the moment. So, what you're saying is 2 years

CONFIDENTIAL

DEF_00172794

worth of the entire Bitcoin economy is bad because 1.2 to 1.7 seconds worth the real world, real crime happened across years of Bitcoin.

**So your response is that it isn't big enough to impact the global criminal economy in the world?**
The total criminal economy...

**My question is, if the attraction of Bitcoin is non-anonymity, how do you explain the first large-scale use of this was for illicit activity?**
The first large-scale use wasn't actually that.

**OK how do you explain that Silk Road immediately gravitated towards this?**
Silk Road was set up for that reason.  But that's not an argument, that's its whole reason for being. Silk Road also went down. Silk Road also lead to the capture of, not just Ross Ulbricht, but hundreds of other people selling illicit goods. It lead to the capture of people who wouldn't have been known. Here's the thing, drugs are being sold now off Silk Road without Bitcoin, drugs are being sold now with cash, drugs are being sold now online in a variety of different ways. There is still web money, there are still transfers in credit cards, so your point that this is making it easier actually, the whole industry around drugs and illicit trade and weapons has moved away from Bitcoin and is moving away more. It started that way because they believed that they would find an anonymous source. But what they have discovered is that it is far less anonymous than they believed. It has lead to people being convicted and lead to people being tracked down. The only way that it is anonymous is to anonymously mine. Now, at the beginning that was possible. There were some people who are still unknown; I know a few people myself who were unknown in the early days who have never come out and said that we're doing this. But that isn't possible anymore. To actually mine any decent amount of Bitcoin costs tens of millions of dollars and there are no anonymous tens of millions of dollars suddenly appearing type facilities out there in the world anymore. People know about Bitcoin mining laws. People know where these are.

**If you have a Bitcoin and you send it to my address and I send it to someone else's address and they send it to someone else's address, it's true that those kind of transactions can be traced and if that last Bitcoin gets spent by a terrorist - what's your point? That it gets tracked back to you? Because all those transactions in between are anonymous, because it's just an address.**
And if I had money in a bank account and I sent it to someone else, who sent it to someone else, who sent it to someone else...

43

DEF_00172795

**In the banking system I can trace every step**
Well I can trace every step now

**No, you can only trace it to addresses not individuals**
But that is where you have to do further analysis. It's not as secure as you're making out. It is not as anonymous as you're making out. You're assuming is that you can't trace any of this. Now, what I will now introduce you to is somewhere that were going. We have a number of white papers that will allow organisations to start implementing accounting standards within Bitcoin. Now they'll still be (synonymous) but other organisations won't know what they're doing and won't know what they're selling unless there is something like a tax record that they need to provide, an invoice that they need to provide, or some way that government can legitimately come in and ask for that record.

The one thing that we're forgetting is that in any transaction, in drugs, terrorism or anything else, there is a physical component. Bitcoin gives you a digital signature that can be tied back to that physical component. If people want to police the system properly, they monitor things and they watch the baby get delivered. And once that baby gets delivered they have categorical proof that it was sent, that it was paid for.

There is a flipside to science. It's made it easier for the police; it's made it easier for criminals. It's made it easier for everyone in the world. The benefits of encryption massively outweigh those risks.

It's funding and finding. It makes it easier to fund and easier to find. It's two-way.

**Well if I'm the head of the NSA my answer is that I don't want to find out who funded the explosion in Brussels this morning; I actually want to stop it before it happens. And if I can stop the flow of funds before it gets to you, which is what I can do by monitoring (warrant) transactions and the (swift) network then it doesn't happen in the first place.**
The predominance of the terrorism funding has been by (Hahwahla) Networks. How are you stopping them?

**You have to be careful with those, that's just another... So, (Hahwahla) Networks are not stoppable because it can be a telephone call, a text between two people, no cash...**

44

DEF_00172796

… (Twitter) has been used quite a lot with coded messages…

We can't keep going there are other things that are just as bad. Because you need (Hahwahla) relationships, but you don't need them necessarily for Bitcoin you just trade Bitcoin. I don't think we should take the position that its not useful for terrorists and everything else is just as bad. I think that will come off as really self-serving and most people will just shut us off after that. We have to acknowledge that it is a new technology and new technologies come with societal benefits and costs. And just as with encryption you have to acknowledge that are you going to make the entire world subject to a surveillance state? So talk about the costs of Bitcoin. It may make certain types of transactions to terrorists more difficult to trace, lets assume that's true. Lets talk about the benefits. What does it mean to the global economy when someone can start a business for free anywhere in the world. What does it mean when I don't have to go into a bank right now on my hands and knees asking for a merchant account to start mu business in sub-Saharan Africa. What does it mean when I can move dollars across the world with no cost?

I am going to interrupt. So what are the problems why we have terrorism? Lets go into that first. We have it because we have displaced people. People who are wealthy enough to know what is out there, to know what the opportunities are for other people in the world but don't have it for themselves. They don't have access to education but they see their people unable to get access to schools, don't have empowerment in their lives, they cant move money, they cant actually do anything where they can interact with the global economy. That's part of why these people feel they are outside of the world economy. What we are going to do is offer something where they don't need they need a traditional bank account. Where they can interact with other people. They don't need to worry about crenation of warlords because no one knows how much money they have. Where they can be protected, where they can move money, move location if they need to, where they can educate their children and pay for it. And then, they are not going to be so disillusioned. When they have something to loose. When they can build and be part of the economy they are less likely to be terrorists in the first place.  And Bitcoin, through enabling that, not through traditional banking methods, but enabling people to securely keep their own money, will reduce the need for these people who feel that they have to rebel against something that is really bad in their lives.

CONFIDENTIAL

DEF_00172797

**Notes on the question of terrorism**

This interview is not the arena to start discussing this, so the key is to share the concern but to be succinct and brief in your response.

**This is a big and important debate, but we are not here to discuss this in the detail that it requires, but in broad strokes we should neither canonise nor demonise technology. Technology isn't like that. Bitcoin is money and it can be used for good and bad purposes just like cash. The entire economy of bitcoin is less than one minute of the drug trade. The entire value of bitcoin does not equal a nanosecond of the arms trade.**

Let's talk about the benefits. What does it mean to the global economy when someone can start a business for free anywhere in the world. What does it mean when I don't have to go into a bank right now on my hands and knees asking for a merchant account to start mu business in sub-Saharan Africa. What does it mean when I can move dollars across the world with no cost?

Twitter have said this re terrorism which is a useful guide - https://blog.twitter.com/2016/combating-violent-extremism

http://www.wired.com/2016/02/twitter-wants-you-to-know-that-it-is-fighting-terrorists/


Who are EITC holdings?
I'm working with a group of companies, we are developing new solutions but I'm not about to share my whole business strategy! I'm doing lots of great work with a number of people at the moment but it's not the right time to share but when it is the right time I'll be able to talk about it.

Tell me about NCrypt?
We are doing some fantastic groundbreaking work at the moment, I'm working with some great people but at the moment we are not ready to share further information. London is a great place to develop, we have a new team and once we are in a position to talk about the work we will.

46

CONFIDENTIAL

DEF_00172798

**TIMELINE**

## MONDAY 02 MAY

**0830 GMT – NICK CONTACTS BBC, ECONOMIST, GQ, DIRECTING THEM TO THE GAVIN BLOG AND THE CW BLOG.  NICK ADVISES IN WRITING THAT THE EMBARGO WILL LIFT AT 0900 GMT**

**0859 GMT – CW BLOG GOES LIVE**

**0900 GMT - GAVIN BLOG PIECE POSTED**

**0900 GMT – JON MATONIS TWEETS LINKS TO GAVIN BLOG AND CW BLOG**

**0900 GMT – EMBARGO LIFTS FOR BBC, ECONOMIST, GQ**

**0900 GMT – LRB TEASER PIECE GOES LIVE**

## THE BLOG
**www.drcraigwright.net**

**Vision (options)**

·   My vision is to create a platform to educate the world about bitcoin and the blockchain.

·   My vision is to create a forum about bitcoin, which dispels myths and helps to unleash its potential.

· My vision is to create a blog that can help the world understand bitcoin and its associated protocols.

**Our Mission**

Bitcoin and the blockchain can change the world for the better. Unfortunately, there are a number of inaccuracies and misconceptions out there.

That is why I created this blog. I want it to become a pre-eminent source of information for bitcoin and the blockchain, educating people about the science and economics behind them.

The aim is to not only dispel myths. With your contributions, I want to create a forum to enlighten developers and producers with the facts, and by doing so, encourage the

47

DEF_00172799

widespread use of bitcoin and the blockchain.

We will strive for an ongoing quest for excellence in all our operations, from assembling a diverse workforce of high-caliber individuals, to deepening their understanding of the bitcoin protocol.

By creating a world-class forum, I believe we can remove the fear surrounding bitcoin and the blockchain, and help unlock the remarkable potential of both.

## Gavin Andresen – BLOG
publishing 9am GMT Monday May 2

GA has permitted that we can provide them with the blog post that he'll be
And if they have further questions, they can contact him via email - we can provide his email address [gavinandresen@gmail.com] and advise email communication only.

GA is declining any on-camera or on-microphone interviews, but happy to answer email questions that relate to why he is convinced. They should look to other people if they are looking for somebody to give a "what does this mean for Bitcoin" opinion.

## Title: Satoshi

I believe Craig Steven Wright is the person who invented Bitcoin.

I was flown to London to meet Dr. Wright a couple of weeks ago, after an initial email conversation convinced me that there was a very good chance he was the same person I'd communicated with in 2010 and early 2011. After spending time with him I am convinced beyond a reasonable doubt: Craig Wright is Satoshi.

Part of that time was spent on a careful cryptographic verification of messages signed with keys that only Satoshi should possess. But even before I witnessed the keys signed and then verified on a clean computer that could not have been tampered with, I was reasonably certain I was sitting next to the Father of Bitcoin.

During our meeting, I saw the brilliant, opinionated, focused, generous -- and privacy-seeking -- person that matches the Satoshi I worked with six years ago. And he cleared up a lot of mysteries, including why he disappeared when he did and what he's been busy with since 2011. But I'm going to respect Dr. Wright's privacy, and let him decide how much of that story he shares with the world.

We love to create heroes -- but also seem to love hating them if they don't live up to some unattainable ideal. It would be better if

48

DEF_00172800

Satoshi Nakamoto was the codename for an NSA project, or an artificial intelligence sent from the future to advance our primitive money.
He is not, he is an imperfect human being just like the rest of us.
I hope he manages to mostly ignore the storm that his announcement will create, and keep doing what he loves-- learning and research and innovating.

I am very happy to be able to say I shook his hand and thanked him for giving Bitcoin to the world.

49

CONFIDENTIAL

DEF_00172801

## Contacts

**Nick Caley, Media Consultant**
**The Outside Organisation**
Landline: 0207 462 2949
Mobile: 07711 081 843
E Mail: Nicholas.caley@outside-org.co.uk

**Alan Edwards, Media Consultant**
**The Outside Organisation**
Landline: 0207 462 2912 (line for Alan's office run by Sarah Bedford)
Mobile: 07860 920 577
E Mail: alan.edwards@outside-org.co.uk

**Victoria Brooks, Media Consultant**
**Milk Publicity**
Landline: 0207 520 1087
Mobile: 0771 200 9588
E Mail: victoria@milkpublicity.com

**Robert MacGregor**
Mobile: 07721 261043
E Mail: RMacGregor@theworkshopcom

**Stefan Matthews**
Mobile: 07792 937425
E Mail: stefan@ncrypt.com

**Kathrin Kauschmann**
**TWS**
Landline: 0207 432 7842
Mobile: 07721 261052
E Mail: kkauschmann@theworkshop.com

**Charlotte Harris**
Partner
Kingsley Napley LLP
Knights Quarter | 14 St John's Lane | London EC1M 4AJ
Direct dial: +44 (0) 2035351544 | Mobile:
Switchboard: +44 (0)20 7814 1200
Email: charris@kingsleynapley.co.uk

**Andrew O'Hagan**
Mobile: 077349 19821
E Mail: Andrewohagan@me.com

50

DEF_00172802

**From**:     Robert MacGregor [RMacGregor@theworkshop.com]
**Sent**:     4/19/2016 3:59:20 PM
**To**:     Ramona Watts [ramona@ncrypt.com]; Jon Longfellow [craig@ncrypt.com]
**CC**:     Stefan Matthews [stefan.matthews@demorgan.com.au]
**Subject**:     FW: BBC

Hi Craig and Ramona,

Just forwarding the below feedback from Nick.

I believe this is Rory:  http://www.bbc.co.uk/news/correspondents/rorycellanjones  and  https://uk.linkedin.com/in/rory-cellan-jones-b67a003

Let me know what you think.  Perhaps tomorrow we can sync back up to discuss whether/how to do a supplementary session for something with a video component on Friday, or not.  I am in the office all day tomorrow, so happy to reconnect live if you like.

Thanks,
R

---

**From:** Nick Caley <nicholas.caley@outside-org.co.uk>
**Date:** Tuesday, 19 April 2016 at 16:16
**To:** Robert MacGregor <rmacgregor@theworkshop.com>
**Subject:** BBC

Hello

I spoke with Rory at the BBC. To hopefully help with reassurance he said that this was the BBC so we should view it as a good and gentle interview, almost like a good practice run for CW, that it would be a very straight forward interview with pretty clear questions e.g "Why now to come out", "can you tell me how you can prove you are who you say you are".

It will be a one person camera crew, nothing intimidating and a million miles away from any kind of doorstepping experience. It's not live as we know and they will want to get a good interview - it's not in their interest to make it an uncomfortable or difficult experience- so CW can do a a number of takes if need be. He's very interested in this story and has stuck with it which I think is a good sign. He's a very well respected and senior guy with a long track record  - he's  isn't in the market to trip people up - it's just not what they do at the BBC - they have to be fair, it's written in their charter.

He did also say he would like to film the evidence session which we should discuss - would again help the story but will take guidance on that

I hope that all helps to move this part along

many thanks

Nick

# Nick Caley

## HEAD OF CORPORATE COMMUNICATIONS

DEF_00722110

# TheOutsideOrganisation

**Butler house, 177-178 Tottenham Court Rd, London W1T 7NY**
www.outside-org.co.uk | (+44) 020 7436 3633 | mobile: 07711 081 843 | DDI: 020 7462 2949



@outsideorg     @outsideorg     /outsideorg

Named #1 in PR Week's Powerbook Top Entertainment & Sport PR 2016

The information contained in this email and any attachment to it are confidential, may be the subject of legal, professional or other privilege and is intended solely for the use of the named addressee. Access to this email and any attachment by any person other than the named addressee is not authorised. If you are not the named addressee, you must not disclose, copy, print, distribute, take any action based upon it or otherwise rely upon it and should notify us by replying immediately to the sender by email . You should also immediately destroy this email and all relevant attachments, without disclosing its contents to any third party or retaining any copy of it.
Due to Newspaper Licensing Agency laws we are only able to send attached press cuttings to one person in your organisation. Should you wish to forward this email yourself to any other recipients internally or externally you will need to register with the NLA.

This email and any attachment to it are confidential. Unless you are the intended recipient, you may not use, copy or disclose either the message or any information contained in the message. If you are not the intended recipient, you should delete this email and notify the sender immediately. Any views or opinions expressed in this email are those of the sender only, unless otherwise stated. All copyright in any of the material in this email is reserved. All emails, incoming and outgoing, may be recorded and monitored for legitimate business purposes. We exclude all liability for any loss or damage arising or resulting from the receipt, use or transmission of this email to the fullest extent permitted by law.

CONFIDENTIAL

**From**:      Craig S Wright [Craig S Wright]
**Sent**:      2/4/2015 12:55:01 AM
**To**:      Ramona Watts
**Subject**:      FW: ATO Game
**Attachments**:      image002.jpg

Email to Hardy

**From:** Craig S Wright
**Sent:** Monday, 27 January 2014 4:53 PM
**To:** Hardy, Michael
**Cc:** Sommer, Andrew; 'Ramona Watts'
**Subject:** ATO Game

Hello Michael,
Right now, it seems to me that there is a game at the ATO designed to drive me out. If a company I am involved with but not director of lodges a claim, it is withheld. If I lodge a claim, it is withheld. It does not make any difference that the times have been exceeded. I am treated differently from all the other BTC companies. There are several filing BAS returns and not a one has been audited or made to pay GST on Bitcoin.

The Bitcoin I control was mined in the US for a foreign trust and company that was setup following the Information Defense incident and prior to the reversal of the found-less "recklessness" claim made against me. All I had was transferred out of Australia when the ATO deemed it worthless in 2010.

I have a loan based on BTC from that entity into Australia. BTC has appreciated. That makes the loan and loss larger. If I just used this, I would not pay tax in this country ever again. This is not what I am trying to achieve.

What I have been seeking is to repatriate this and pay capital gains under the normal company rate. We have around 50 jobs that are at risk right now and this does not account for the plans to double that.

Right now, I am seeing fewer and fewer opportunities for continuing in Australia. I am trying to work to build a business and create employment in Australia. What I see resulting is a legal battle where the ATO will end up having to pay me but where I more everything overseas losing jobs and revenue for the country.

I will try and talk to you tomorrow.

Regards,

Dr. Craig S Wright GSE LLM
Chief Executive Officer
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com



CONFIDENTIAL

DEF_01097415

| | |
|---|---|
| **From:** | Craig S Wright |
| **Sent:** | 3/1/2014 5:44:35 AM |
| **To:** | 'Mavrakis, Nicholas' <nmavrakis@claytonutz.com> |
| **Subject:** | FW: 32 wipe falacy |

-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Saturday, 27 December 2008 9:17 PM
To: Craig S Wright
Subject: FW: 32 wipe falacy

Craig,
You always know I am there for you.

You changed a paradigm that was held for over a decade and destroyed the
work of a couple academics. Do you really think they will just take this
happily. I know you will not, but try not to take the comments to heart. Let
the paper speak for itself.

Next time you need to get me a copy of the conference proceedings as well.
You know it is not easy for me to travel.

Dave


-----Original Message-----
From: Craig S Wright [mailto:craig.wright@information-defense.com]
Sent: Saturday, 27 December 2008 1:02 PM
To: 'dave kleiman'
Subject: FW: 32 wipe falacy

Dave
My wife will not be happy, but I am not going back to work. I need time to
get my idea going. Allan told me they are trying to make people redundant
and I will walk into it and use the funds to keep me going.

The peesentation was good and the paper is out. I am already getting shit
from people and attacks on what we did. The bloody bastards are wrong and I
friken showed it, they should stick to the science and piss off with their
politicised crap.

I need your help. You edited my paper and now I need to have you aid me
build this idea.

I will have time to play and enjoy the farm, but I also want to have a
little time to sit, read economics papers and code. I have been on
"vacation" and think I do not want to go back yet. Reading is audio book, so
I can lay in the hammock and listem and take notes, and plan. So much to do.

DEF_01369334

It is off topic for my experience, but I have a few potential clients in gaming and banking. I figure I can work 10-15 hours a week and pretend to have a consultancy and use this to build and buy the machines I need. If I automate the code and monitoring, I can double the productivity and still offer more than others are doing.

I have some savings and a payout if I get made redundant. The racks are in place in Bagnoo and Lisarow. I figure we can have 100 cores a month setup and get to around 500. I need to have these bleeding edge, but if I donate them to charity, I do good for once as well as getting a tax writeoff. The bank has just refinanced the three properties and I own next to nothing any longer, but I have the capital to try this.


Talk soon,
CRaig

-----Original Message-----
From: Craig Wright
Sent: Friday, 7 December 2007 8:22 AM
To: 'dave kleiman'; 'Shyaam'
Subject: RE: 32 wipe falacy

For a STM - see
http://www.bsc.ustc.edu.cn/~jlyang/research/STMWebPage.html

My wife hates it, but I also keep buying lab equipment at auctions as well. My last was a haematology lab. I not sure what I am going to do with it, but I can run my own blood tests now ;)

Being slightly insane helps with being a researcher.

Regards,
Craig

-----Original Message-----
From: dave kleiman [mailto:dave@davekleiman.com]
Sent: Thursday, 6 December 2007 9:09 PM
To: Craig Wright; 'Shyaam'
Subject: RE: 32 wipe falacy

Very nice Craig, I am looking forward to the full results.

By the way, how is it you have a scanning electron microscope at your disposal?

Oh...and the Guttmann theory is a 35 pass wipe.

Dave

-----Original Message-----
From: Craig Wright [mailto:Craig.Wright@bdo.com.au]

Sent: Monday, December 03, 2007 23:59
To: Shyaam; dave kleiman
Subject: 32 wipe falacy

Hi Dave,

Let me introduce you to Shyaam. He is helping me write a paper dismissing the
fallacy that data may be recovered from a hard disk platter using a scanning
electron microscope. Some of the data is attached in the word document. I
thought that you may be interested in this. Explanations will follow, but these are
the plots of the raw data.

From the data I can tell that a disk has been overwritten. I can even make the
occasional guess, but I think that this may put to death the idea that you can
recover data from even a single overwrite.

Although there are individual and distinct differences, they are all in the
expected range and there is thus no way to categorically determine the prior
write value.

Regards,

Dr Craig S Wright (GSE-Compliance)

Craig Wright
Manager of Information Systems

Direct : +61 2 9286 5497
Craig.Wright@bdo.com.au
+61 417 683 914

CONFIDENTIAL                                                                                  DEF_01369336

BDO Kendalls (NSW)
Level 19, 2 Market Street Sydney NSW 2000
GPO BOX 2551 Sydney NSW 2001
Fax +61 2 9993 9497
www.bdo.com.au <http://www.bdo.com.au/>

Liability limited by a scheme approved under Professional Standards
Legislation
in respect of matters arising within those States and Territories of
Australia
where such legislation exists.

The information in this email and any attachments is confidential. If
you are not
the named addressee you must not read, print, copy, distribute, or use
in any
way this transmission or any information it contains. If you have
received this
message in error, please notify the sender by return email, destroy
all copies
and delete it from your system.

Any views expressed in this message are those of the individual sender
and not
necessarily endorsed by BDO Kendalls. You may not rely on this
message as
advice unless subsequently confirmed by fax or letter signed by a
Partner or
Director of BDO Kendalls. It is your responsibility to scan this
communication
and any files attached for computer viruses and other defects. BDO
Kendalls
does not accept liability for any loss or damage however caused which
may
result from this communication or any files attached. A full version
of the BDO
Kendalls disclaimer, and our Privacy statement, can be found on the
BDO
Kendalls website at http://www.bdo.com.au <http://www.bdo.com.au/> or
by
emailing administrator@bdo.com.au <mailto:administrator@bdo.com.au> .

BDO Kendalls is a national association of separate partnerships and
entities.

DEF_01369337

**McCaughan, Alexandra**

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Monday, 3 February 2014 6:34 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Cc:** | Ramona Watts |
| **Subject:** | FW: Beer and congrats |

More to come.

**From:** Craig S Wright
**Sent:** Monday, 3 February 2014 6:12 PM
**To:** Craig S Wright
**Subject:** RE: Beer and congrats



**From:** "MArk -ferrier" [markferrier@ ▇▇▇▇ ]
**Sent:** Thursday, 23 May 2013 6:09 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

No prob,lem mate. You think others may find you have shit overseas. Me mate Clive could help you there.
mark

**From:** Craig S Wright [mailto:craig@ ▇▇▇▇ ]
**Sent:** Thursday, 23 May 2013 6:06 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

Let us take this to Skype. Text is good, but too much said in email already.

Craig

**From:** "MArk -ferrier" [markferrier@ ▇▇▇▇ ]
**Sent:** Thursday, 23 May 2013 6:02 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

Mate
You have me all wrong

Just look at what I have. Why would you not want it to. Y9u told me you like boating. For all me issues I pull all sorts on my squadron

fuck up or not, she hasd pulling power with her Volvos. Get you on there with my mate clive and you can spout your crap about wine and funny money lol

what the fuck good is this shit of yours without a way to get tits and ass

mark

1

CONFIDENTIAL
DEF_01597484

**From:** Craig S Wright [mailto:craig@███████]
**Sent:** Thursday, 23 May 2013 5:52 PM
**To:** 'MArk -ferrier'
**Subject:** RE: Beer and congrats

Well, you get paid. The guys you have arranged get paid. You have cash, they have what they want. I have my code.

If this works, we all win. I had Dave mine the Bitcoin overseas and all it has cost is sunk. I cannot miss what I never have. I have never touched the Bitcoin we created in the OS trust and companies and what I care about is making something more.

Craig

**From:** "Mark Ferrier" <markferrier@███████>
**Sent:** Thursday, 23 May 2013 5:41 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

Your loss mate
If it was me, I would be finding a way to do what you want without letting othes in

mark

**From:** Craig S Wright [mailto:craig@███████]
**Sent:** Thursday, 23 May 2013 5:38 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

Well, nothing is really here.
I understand that you are not keeping any Bitcoin, just payment in cash – so it comes from overseas and stays overseas.

I just want to do things here

**From:** "Mark Ferrier" <markferrier@███████>
**Sent:** Thursday, 23 May 2013 5:10 PM
**To:** 'Craig S Wright'
**Subject:** RE: Beer and congrats

So why even do it here

mark

**From:** Craig S Wright [mailto:craig@███████]
**Sent:** Thursday, 23 May 2013 5:09 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

I have a trust overseas. I moved it and the mining process to Dave Kleiman when I had a few issues with the tax ppl.

I still do not trust them, but I do want to do things inoz.

2

CONFIDENTIAL

**From:** "Mark Ferrier" <markferrier@███████>
**Sent:** Thursday, 23 May 2013 5:07 PM
**To:** 'Craig Wright'
**Subject:** RE: Beer and congrats

Craig
So tell me where you got this stuff.

mark ferrier

**From:** Craig Wright [mailto:craig@████████]
**Sent:** Thursday, 23 May 2013 5:04 PM
**To:** 'Mark Ferrier'
**Subject:** RE: Beer and congrats

I will start to send the addresses and get you the private keys. I hope you understand that with this value transaction I need to see the code before I release everything.

C

---------- Forwarded message ----------
From: "Mark Ferrier" <markferrier@█████████>
Date: 23/05/2013 2:34 pm
Subject: Beer and congrats
To: <craig@rcjbr.org>
Cc:

You are good for it so it seems and these guys are waiting. I have a gret feeling about this. Once this is done and the Payne deal closes, we are going to have a long profitable friendship. You do what you do and I will sell it

Mark

3

CONFIDENTIAL

DEF_01597486

**From**:     Craig S Wright [Craig S Wright]
**Sent**:     9/22/2014 11:18:10 PM
**To**:     Kathryn Unger <unge1kat@police.nsw.gov.au>
**CC**:     Sommer, Andrew <asommer@claytonutz.com>; Ramona Watts
**Subject**:     RE: Statement
**Attachments**:     Statement - WRIGHT.DOCX; Draft witness proofing.docx; 1.pdf; 2.pdf; 3.pdf; 4.pdf; 5.pdf

Part 1

**From:** Kathryn Unger [mailto:unge1kat@police.nsw.gov.au]
**Sent:** Tuesday, 23 September 2014 9:03 AM
**To:** Craig S Wright
**Subject:** RE: Statement

Morning Craig,

Thanks for doing your statement for me. In regards to advice I can give to you, I am not at liberty to give legal advice regarding Mr Ferrier due to the current investigation we have undertaken. Your Solicitors would be the best option to seek advice from.

The criminal investigation still continues with us and when you send me your statement we can arrange a time for you to come in and bring me all the annexures and complete the statement.

Thanks Craig.

Kathryn Unger
Hornsby Detectives
Kuring-Gai LAC
PH: (02) 9476 9795

-----Craig S Wright <craig.wright@hotwirepe.com> wrote: -----

> To: Kathryn Unger <unge1kat@police.nsw.gov.au>
> From: Craig S Wright <craig.wright@hotwirepe.com>
> Date: 22/09/2014 05:53PM
> Cc: Ramona Watts <ramona.watts@hotwirepe.com>, "Sommer, Andrew" <asommer@claytonutz.com>
> Subject: RE: Statement
>
> Hello,
>
> Mr Ferrier is still calling my wife and others. He wants to "make a deal".
>
>
> What advice would you give?
>
>
> Thanks
>
> Craig

CONFIDENTIAL

**From:** Kathryn Unger [mailto:unge1kat@police.nsw.gov.au]
**Sent:** Tuesday, 16 September 2014 11:54 AM
**To:** Craig S Wright
**Subject:** Statement

Hi Craig,

Apologies for the late reply to your statement infiormtion. It's been crazy here and I have been doing your statement little by little each week, but I haven't forgotten about you at all. I am putting through a report this week to get some assistance from the NSW Fraud Squad who are able to get more information in regards to Bitcoin and hopefully they will get the ball rolling a bit quicker than I can here.

I have attached a copy of your statement so you can have a look at. You will see the parts in red which I will get you to answer and send it back to me. No rush but it will help with the report I will send to the Fraud squad.

If you want to add anything just let me know.

Regards,

Kathryn Unger
Hornsby Detectives
Kuring-Gai LAC
PH: (02) 9476 9795

_____This
email and any attachments may be confidential and contain privileged information. It is intende
for the addressee only. If you are not the intended recipient you must not use, disclose, copy
distribute this communication. Confidentiality or privilege are not waived or lost by reason of
the mistaken delivery to you. If you have received this message in error, please delete and not
the
sender._____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

All mail is subject to content scanning for possible violation of NSW Police
Force policy, including the Email and Internet Policy and Guidelines. All NSW
Police Force employees are required to familiarise themselves with these
policies, available on the NSW Police Force Intranet.

DEF_01597498

This email and any attachments may be confidential and contain privileged information. It is intended for the addressee only. If you are not the intended recipient you must not use, disclose, copy or distribute this communication. Confidentiality or privilege are not waived or lost by reason of the mistaken delivery to you. If you have received this message in error, please delete and notify the sender.

DEF_01597499

## McCaughan, Alexandra

| | |
|---|---|
| **From:** | Craig S Wright <craig.wright@hotwirepe.com> |
| **Sent:** | Monday, 3 February 2014 1:40 PM |
| **To:** | John Chesher; McCaughan, Alexandra; Slater, Jonathan; Mavrakis, Nicholas |
| **Cc:** | Ramona Watts |
| **Subject:** | RE: SOC |

**From:** accounts@mjfminingservices.com [mailto:accounts@mjfminingservices.com]
**Sent:** Thursday, 15 August 2013 10:36 PM
**To:** Craig S Wright
**Subject:** Reciept

Hello,
We have accepted and verified the private keys sent to us below.

12fZ2HxkLjG9zn1u44XYsFFYKHM4A2zCea
12HddUDLhRP2F8JjpKYeKaDxxt5wUvx5nq
16Ls6azc76ixc9Ny7AB5ZPPq6oiEL9XwXy
1KbrSKrT3GeEruTuuYYUSQ35JwKbrAWJYm
1MyGwFAJjVtB5rGJa32M6Yh46cGirUta1K
12tkqA9xSoowkzoERHMWNKsTey55YEBqkv
16TPVCpvtJ6FkV5xNKBp35aMo4BWFGxiEY
1P3S1grZYmcqYDuaEDVDYobJ5Fx85E9fE9
145YHsQU7HMzkRnD5SBSuFAzQgCYnAnLkN

We will process a transfer tomorrow and as long as the first account settles in the timeframe as promised we will proceed.

We remind you that this process is to maintain the utmost secrecy.

Regards,
Accounts

1

CONFIDENTIAL

## Core Software Invoice

135,100.10 135100.13 BTC

| Address | BTC Amount | Address |
|---|---|---|
| 12tLs9c9RsALt4ocIxa1hB4iTCTSmxj2me | 10,000.00 | Issue of off Block Key Transfer. |
| 1f1miYFQWTzdLiCBxtHHnNiW7WAWPUccr | 10,009.25 | Issue of off Block Key Transfer. |
| 1MHdm5XZMrfoZFoUktEaGhYevmdiXoc4x4 | 12,950.00 | Issue of off Block Key Transfer. |
| 18iPragfuDVHWWG8ABQ15cghJFetnXUjBD | 24,404.50 | Issue of off Block Key Transfer. |
| 1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD | 34,512.80 | Issue of off Block Key Transfer. |
| 1FpqQnKCQCgDbUFMC94JL8FpRyHTZ3uRVZ1 | 10,689.03 | Issue of off Block Key Transfer. |
| 1F34duy2eeMz5mSrvFepVzy7Y1rBsnAyWC | 10,770.52 | Issue of off Block Key Transfer. |
| 1JtpgqCf3SSeCeYWEDJjkfYFH7Ruhy4Vp1 | 10,000.00 | Issue of off Block Key Transfer. |
| 18k9tin39LKegFzHe8rxSgvJXDpuMriGJq | 10,000.00 | Issue of off Block Key Transfer. |
| 1HtTw9zR9wWFfgV8Jy8MqsaeVi7ZXrjdq6 | 1,014.00 | Initial Seed Transaction to validate BTC |
| 18pn4NQ7NgsJjeuFjazeTdVRnsmfw5ofTz | 750.00 | Final Transfer to complete. |

CONFIDENTIAL

**Date**

Sunday, 15 September 2013

https://blockchain.info/tx/6dad8d087c62efaff2a1f8b289d58e7d325858433ee2eee9afd91ca25eabbc81
https://blockchain.info/tx/5cdb04f88ef66b11ec80aa012775b58fd4b7f10432cd3348a68689aa2e5e7d75

CONFIDENTIAL

DEF_01597600

*Strictly Private and Confidential*
*Legally Privileged.*

**16 June 2014**


### PROOF OF EVIDENCE CRAIG WRIGHT

*This document is a draft prepared for the purposes of legal proceedings.  It is subject to further instructions from Dr Wright and should not be used for any other purpose.*

1.  This is the evidence of Dr Craig Wright regarding his dealings with Mark Ferrier.

**FEBRUARY - MARCH 2013**

**Melbourne Conference**

2.  In around early February 2013, I attended a Conference in Melbourne on Mining and Security. There were approximately 60 - 100 people at the conference.

    **Clayton Utz have evidence relating to the 11th Annual National Scada Conference (Melbourne on 28 - 30 May 2012);  12th Annual National Scada Conference (Melbourne on 26 - 27 March 2013); IT & Network Security in Mining Conference 2012 (Melbourne on 19 - 20 June 2012); Network Security in Mining 2013 Conference (Perth 18-19 June 2013)].**

    **There are also other conferences. I really do not remember at which conference I first** met him. I have added some other possible. I was talking at up to 16 conferences a year and at that point I did not take notes as I did not know this would be the result. The initial contact was from SMS to my number and mentioned that we met at one of these conferences.

3.  I was invited to attend the Conference to give a presentation about the automation of the mining industry. Specifically, I discussed how mining contracts and mining equipment could be linked by a "block chain". A block chain is a "triple entry ledger".

    **I specifically talked on the automation of systems, I had not gone into detail in the presentation. I talked of attacks and mitigation. Bitcoin was a private talk.**

4.  I spoke for approximately an hour at each conference. After my presentation, the conference had a morning tea break. At some point during the break an individual approached me.

**I know it was one from that period, but I really cannot remember which one now. It would have been a 10-15 min chat.**

1

Legal\311971002.1

*Strictly Private and Confidential*
*Legally Privileged.*

5.    This person was male, white, had blue eyes and short "dirty" blonde hair. He had no facial hair, and a round face. He was slightly taller than I am. That would make him approximately six foot and one inches tall. I recall that he was wearing a suit and tie because he stood out from the crowd who were mostly dressed in casual attire.

6.    Now shown to me and marked **Annexure 1** is an image taken from the Facebook page of Mark Ferrier. The photograph shows the man who approached me at the conference.

7.    This man said words to the effect of:

    "*This is all good, but how can it help me?*"

8.    In response to his question I explained my interest in Bitcoin and automation. I cannot recall the precise words that I said, but I remember that I spoke for about five minutes about how I think Bitcoin and automation is going to transform the world.

9.    When I stopped speaking, he introduced himself and said words to the effect of:

    "*I am Mark Ferrier*"

10.   I introduced myself and said words to the effect of:

    "*I am Craig Wright*"

11.   We then had a conversation in words to the effect of:

    Mark:   "*Would you be interested in chatting some more?*"

    Me:     "*What would you like to chat about?*"

    Mark:   "*About how this could help me. I am heavily involved in mining and finance of mining.*"

    Me:     "*Great*".

**I noted to the person who had called themselves Mark Ferrier that I was looking at obtaining automation software it and was interested. I had visited booths etc.**

CONFIDENTIAL

DEF_01667261

*Strictly Private and Confidential*
*Legally Privileged.*

12.     I then handed Mark my business card. I cannot recall if he gave me his business card. I have subsequently searched my files and have been unable to find one.

13.     We then had a short conversation in words to the effect of:

   Mark:     *"Do you mind if I contacted you by Skype"*

   Me:       *"No, in fact I would prefer it".*

14.     We then ended our conversation. The conference continued and I do not recall speaking to Mark again during the conference.

15.     I have always preferred communicating with friends and clients online. At this time I thought that Skype kept a record of all messages for about a year. It was only in or around October 2013 that I was informed that following Microsoft's purchase of Skype, records were only retained for approximately three months.

**Subsequent Communication**

16.     At the end of February, I cannot recall the exact date, I contacted a person using the Skype Profile "Mark Ferrier". I called him directly. I cannot recall what was said, but he sounded similar to the person who I had met at the conference.

17.     Shortly thereafter, before the end of February, I had a Skype text conversation with "Mark Ferrier" in words to the effect of:

   Mark:     *"Are you still looking at purchasing automation software?"*

   Me:       *"I definitely am"*

   **I had noted early on that I was interested in purchasing automation software. I did not take notes as to when, but I have the email and Skype logs.**

18.     Within 48 hours of the text message conversation, I was called by Mark on my Skype listed number "(02) 8003 7553". I said words to the effect of:

   *"Can I please have your email address*?".

19.     On 3 March 2013, I received an email on my account craig@rcjbr.org from markferrier@hotmail.com . The Email read "This is mine". A copy of this email is marked **Annexure 2**.

**SCADA Software**

Legal\311971002.1

3

*Strictly Private and Confidential*
*Legally Privileged.*

20.     Between March and April 2013, I had a number of communications with Mark via Skype. This included voice calls, but was mostly by text. In the course of our conversations I discussed with Mark the concept of a "bitcoin exchange" by which smart contracts would be connected. This is an idea that I had developed with my business partner David Kleiman (**David**) for a period of over a decade.

**I started developing smart contracts in 2007. Dave and I worked on this for a number of years up to 2011.**

I started companies in 2009 for this reason.

A short explanation as to what is meant by "smart contracts"

- http://en.wikipedia.org/wiki/Smart_contract

- https://en.bitcoin.it/wiki/Contracts

21.     I first met David in 1998/1999. We were both HICC members. We had a common interest in digital/computer forensics and law enforcement and co-wrote a number of papers on crime prevention and digital forensics. David was based in Florida, United States of America.

I met Dave around 1999 first. We became friends in 2001.

http://www.hightechcrimecops.org/

The High Tech Crime Consortium is a 501(c) (3) non-profit organization founded in 1998.

It is a professional organization that assists law enforcement and corporate investigators to obtain the knowledge and skills needed to combat 21st Century crime where the use or abuse of digital technology is an element of an offense.

Members of HTCC comprise an international cadre of professionals experienced in detection and investigation of digital crime and forensic examination of digital evidence, practitioners of international, federal, and state criminal law, digital forensic software development or information management and security.

Prior to acceptance for membership, an applicant's employment status is authenticated and additional checks are performed when necessary.

Legal\311971002.1

CONFIDENTIAL                                                                                    DEF_01667263

*Strictly Private and Confidential*
*Legally Privileged.*

22.     The idea conceived by David and me, was to develop a system that integrated Supervisory Control and Data Acquisition (**SCADA**) software and a Bitcoin exchange. I had a strong interest in SCADA systems, and had published a Book on the topic that was released in February 2013 (see http://www.crcpress.com/product/isbn/9781466502260).

23.     SCADA systems include hardware and software components. The software gathers data in real time from remote locations, and feeds that data into a computer that has SCADA software installed. The computer then processes the data and presents it in a timely manner. That data may then be used to control equipment and conditions.

24.     I explained to Mark my interest in SCADA systems and how they operated. In response, Mark said words to the effect of:

> "*MJF Mining is a multi-million dollar contractor and supplier for the mining industry... what you are talking about is of interest to me, because automated services would be valuable within the mining industry*"

25.     I told Mark that he was correct - there was scope for the application of SCADA systems to the mining industry. I explained that SCADA is currently used in power plants, oil and gas refining, telecommunications, transportation, and waste and water control. I informed him that Siemens had a SCADA system, as did a number of other "mining people" such as BHP.

26.     I also told Mark that the threshold problem for David and I was obtaining access to SCADA software. We did not want to approach Siemens directly, because we intended to review the software to assist us in writing our own programs. We knew that Siemens would not permit this.

27.     In response, Mark said words to the effect:

> "*That is interesting. We should probably talk more*".

28.     Following that discussion, Mark contacted me approximately one week later by Skype and said words to the effect of:

> "*If I could get hold of this SCADA software, what could you give me*".

29.     I was excited by the prospect of obtaining the software. I told Mark that the only way in which I would be able to finance the deal would be by paying in Bitcoin. He said words to the effect of:

Legal\311971002.1

CONFIDENTIAL

DEF_01667264

*Strictly Private and Confidential*
*Legally Privileged.*

"*I'll get back to you*"

30.     Mark contacted me before the end of March, saying he could obtain the Siemens SCADA software, and would accept payment in the form of Bitcoin.

**APRIL 2013**

   **Early April**

31.     In early April, I discussed with David the proposed contract with Mark Ferrier. At around this time we decided that we would do business in Australia, and register our company "Coin Ex". See: http://abr.business.gov.au/SearchByAbn.aspx?SearchText=31+163+338+467

32.     At this point in time, I understood that Mark was able to obtain the Siemens software for me. Having sourced the Siemens software, I asked Mark whether he would also be able to obtain banking software. The system proposed by David and I, and to be operated by Coinex, was to integrate a Bitcoin exchange with the SCADA software.  The establishment of a bitcoin exchange would require banking software.

I received the software in July when the first payments had been completed. There is no dispute as to the receipt of the software. The software has been demonstrated and shown to the ATO and others including Commonwealth Government forensic experts.

33.     At this point in time I did not have any serious concerns as to the integrity of Mark Ferrier. Mark had obtained Siemens Software for me, and from what I understood I would not pay for the software until I was provided with a copy of it. There seemed minimal risk in the transaction.

   I have received the Siemens Software. This is not in dispute.

   - **I received the keys and software in August**

   - **The keys are the unlock keys to access the software**

34.     I also gave weight to items of personal information Mark had disclosed to me in the course of our discussions. He had mentioned that his father was Ian Ferrier, a well-respected insolvency specialist, and that he had "trust fund" set up by his father. Mark told me that he was working in Subiaco, Perth at the time, but lived in Paddington in Brisbane. As I understood these were good suburbs of the respective States.  Mark had also lead me to understand that his company, MJF Mining Services WA Pty Ltd (**MJF Mining**), was a company that did multi-million dollar deals "all the time", and I had no reason to doubt what he told me.

Legal\311971002.1

DEF_01667265

*Strictly Private and Confidential*
*Legally Privileged.*

35.    In addition, on 5 April 2013, I conducted an ASIC search in respect of MJF Mining. That search identified Mark Ferrier as the sole Director and Secretary of MJF Mining, and the only shareholder. The search did not disclose any information of concern. A copy of this ASIC search is marked **Annexure 3.**

**I conducted a Dun and Bradstreet search in March/April 2013. The company came back clean at the time.**

36.    For these reasons, I trusted Mark Ferrier's word.

**Late April**

37.    On 26 April 2013, David died. I was notified of this by an email from a colleague dated 30 April 2013. A copy of this email is marked **Annexure 4**.

38.    The death of David was a shock. It did not, however, distract me from the goal of setting up a Bitcoin exchange.

**MAY 2013**

39.    On 3 May 2013, I received an email in my account craig@rcjbr.org from Markferrier@hotmail.com. It stated:

> "*Mate.*
>
> *That stuff you have been seeking. I have an answer. I know some guys who I have been dealing with in finance that can help with accessing that software you want*".

40.    I understood his reference to "stuff" to mean the banking software I discussed with him in April 2013 (see paragraph 32 above). A copy of this email is marked **Annexure 5**.

41.    In around mid-May 2013, I had a telephone conversation with Mark. He told me that he had contacts within the Dallah Al-Baraka Group (**Al-Baraka**) who could sell the banking software to me. He also raised the idea that in addition to the contract for purchase of the Siemens and Al-Baraka software I purchase some gold. He said words to the effect of:

> "*I am negotiating a deal with mining people in Western Australia and I can get you some gold…*"

42.    In making this suggestion Mark alluded to the volatility in value of bitcoin. He said words to the effect of:

Legal\311971002.1

CONFIDENTIAL

*Strictly Private and Confidential*
*Legally Privileged.*

*"Mate, you don't know that Bitcoin is going to work. It is volatile. You should diversify in gold…. If you bundle the transaction into one - the Siemens software, Al-Baraka software and the gold, my Dad, Ian Ferrier, will give you free valuation advice on your companies."*

**The companies to have a valuation included Coin-Exch Pty Ltd and Hotwire Pre-emptive Intelligence Pty Ltd.**

43.     What I understood from Mark's proposal was that in return for him transferring me the Siemens Software, Al-Baraka software and the gold, I would transfer him a large number of Bitcoin. Mark would then act as an agent with the Bitcoin, and transfer it to the relevant parties as payment. I did now know how much he would get paid, but I knew he would get a cut.

44.     On 13 May 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of the ASIC extract is marked **Annexure 6**.

45.     On 17 May 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com with subject line "Golden". It stated:

*"My lawyer will get a contract to you soon and we can set a price in that funny money you think has value.*

*Look, if it works, we are set. I do think you need to consider that other offer. These clowns are serious and I can get a great deal here. I will sell you the gold to enable you to get a start in the real world and you get me the bitcoin thing.*

*I am not one for this, but as long as the Arabs are willing to get money to me, I will get gold to you. We should talk more on Skype. I know that you will come around. Software has no substance, gold is something you can hold and nothing stops you doing both.*

*Ma."*

46.     I understood his reference to:

(a)      "funny money" to be Bitcoin;

(b)      "the Arabs" to be Al-Baraka;

(c)      "the clowns" to be his mining interest in Western Australia. Mark had not disclosed the identity of this mining interest. He did, however, say words to the effect of:

CONFIDENTIAL

DEF_01667267

*Strictly Private and Confidential*
*Legally Privileged.*

*"although the company has previously had some bad publicity, they have recently been taken over by new bosses so everything will be okay".*

47.      A copy of this email is marked **Annexure 7**.

48.      At this point in time I did not conduct any further due diligence in respect of Mark or MJF Mining. It had come to my attention, I do not know how, that Mark had previously had a company which had failed. As he had not been disqualified for his conduct, I did not consider this to be of concern.

49.      Between 17 May 2013 and 23 May 2013, I cannot recall the exact date, I had a Skype conversation with Mark. This was the first time that we discussed the amount of Bitcoin I would transfer to him, in exchange for the Siemens software, Al-Baraka software and gold. In this conversation Payne's Finds Gold was identified as the "mining interest".

50.      Following this conversation, I gave Mark access to a Bitcoin "wallet" so he could see the value of Bitcoin I had. There is a separate document attached that explains Bitcoin and the wallets. At the time of having this conversation, Bitcoin was valued at approximately $120 - $140 per Bitcoin [**The values are determined on market and we have a value at the time from Xe.com**]. I was excited at the prospect of obtaining the Siemens software and Al-Baraka software that I told him I was willing to give him about 50% of my Bitcoin wallet. In May 2013, my Bitcoin wallet would have been worth approximately $100 million.

John Chesher has the XE.com values – these are market values.

John Chesher can offer the values and amounts – I have provided the details of the wallets I control to the Tax Office as well – I first did this in July BEFORE these transactions.

- https://en.bitcoin.it/wiki/Wallet

- http://moneymorning.com/2014/02/14/bitcoin-heres-everything-need-know/

51.      I understand that Mark took this offer to Al-Baraka who said that they could give me more platforms and modules of the software if I offered more money. I was excited by this prospect, and offered more Bitcoin. I did not turn my mind as to how the Bitcoin would be apportioned between Siemens and Al-Baraka. That was of no interest of me.

52.      On 22 - 23 May 2013, I received a series of emails in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. A copy of this email correspondence is marked **Annexure 8**.

Legal\311971002.1

DEF_01667268

*Strictly Private and Confidential*
*Legally Privileged.*

**JUNE 2013**

53.   On 1 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com. It stated:

> *"If you can get it witnessed and back before Monday close we are in business*
>
> *Popal wants to go public so some pressure on this end*
>
> *Ma"*

54.   I understood this email to mean that Mark required the Contract for the purchase of the Siemens software, Al-Baraka software and Paynes Find Gold options (**Contract**) to be returned by 3 June 2013. A copy of this email is marked **Annexure 9.**

55.   At the time of receiving this email, I did not have a copy of the Contract. I contacted Mark Ferrier by Skype to request a copy. He subsequently "shared" the Contract by Skype.

56.   The Contract is titled "Contract for Sale of Personalty". I thought it was strange that the Contract was expressed in these terms. I raised this with Mark. In response, he said words to the effect of:

> *"It is just what the lawyers require"*.

57.   A copy of the Contract provided to me is marked **Annexure 10.**

58.   On 1 June 2013, I accessed website http://www.goldnewsworldwide.com/lag/operations/ which stated the following:

> *"Paynes Find Gold (ASX - PNE) will soon provide an operations update and has placed its shares into an ASX trading halt while it prepares the announcement"*.

A copy of this search is marked **Annexure 11**.

**A number of Reports relating to PFG are available.**

59.   On 2 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com subject line "Letter". Attached to this email was a confirmation letter stating that, amongst other things:

> *"We will issue the license agreement and finalize the contract payment upon satisfactory completion of company registration"*.

CONFIDENTIAL

DEF_01667269

*Strictly Private and Confidential*
*Legally Privileged.*

60.      A copy of this correspondence is marked **Annexure 12.**

61.      On 11 June 2013, I conducted an ASIC search of MJF Mining. A copy of this extract is marked **Annexure 13**. I conducted a search after the Contract had been executed as my lawyers and accountants have been told to maintain records – I did this each time as a double check as it was a large amount of money.

**JULY 2013**

62.      On 1 July 2013, I received an email in my account craig@rcjbr.org from mark@mjfminingservices.com. Attached to that email was Tax Invoice 0B0188 issued by "MJF Contracting" (**First Invoice**).  The First Invoice specified that I was to pay $AU 38,830,000.00 by 15 August 2013, and related to the supply of the Siemens Software, Al-Baraka Software, Gold and Bitcoin. A copy of this correspondence is marked **Annexure 14.**

**AUGUST 2013**

63.      On 9 August 2013, I conducted a Dun & Bradstreet search in respect of MJF Mining. I noted that Mark Ferrier was listed as the sole Director and Secretary. A copy of the Dun & Bradstreet report is marked **Annexure 15.**

64.      On 15 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

> "*We will process a transfer tomorrow and as long as the first account settles in the timeframe as promised we will proceed*".

65.      A copy of this email is marked **Annexure 16.**

66.      On 16 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

> "*The client has confirmed the transaction and the confirmation process. We will arrange finalising this and completing the transactions*".

67.      A copy of this email is marked **Annexure 17**.

68.      On 20 August 2013, I received a Skype text message from Mark Ferrier telling me to use email address mjf@mjfminingservices.com.  A copy of this email is marked **Annexure 18.**

69.      On 22 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com in which Mark requested the "key" [this a reference to the software key – it is used to unlock and access the code]. A copy of this email is marked **Annexure 19.**

CONFIDENTIAL

DEF_01667270

*Strictly Private and Confidential*
*Legally Privileged.*

70.     On 24 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. A copy of this email is marked **Annexure 20.**

71.     On 15 August 2013, I received "Tax Invoice Dallah" for the specified sum of $20,311,471.84 relating to the supply of the Al-Baraka software (**Second Invoice**). The Second Invoice specified that payment was by 30 September 2013. A copy of this Invoice is marked **Annexure 21**.

     The accounts and an excel spreadsheet titled 'Core Software' that shows 135,100.10 were transferred on 15 September 2013 as well as the transaction details are available as evidence.

72.     On 30 August 2013, I paid MJF Mining the sum of 245,103.89 Bitcoins, which was the equivalent of  $AU 38,830,000.00, being the sum specified in the First Invoice . A copy of the confirmation of Transaction Payment is marked **Annexure 22**.

**SEPTEMBER 2013**

73.     On 15 September 2013, I transferred 135,100.10 Bitcoins in consideration. A copy of an excel spreadsheet titled "Core Software Invoice" is marked **Annexure 23**.

     **OCTOBER - NOVEMBER 2013**

On 1 October 2013, Paynes Find Gold Limited advised that it had formally terminated its Mining Services Agreement with MJF Mining. A copy of the Operations Update issued by Executive Director Carl Popal is marked **Annexure 24**.

I became aware of this on **the third week of Oct – I was informed by Mr Popal of PFG that they did not trust Mr Ferrier and saw "issues" with the agreement between PFG and MJF.**

74.     On 10 October 2013, I conducted an ABN search for MJF Mining's ABN "65 160 509 204". A copy of the ABN search result is marked **Annexure 25**.

**I conducted this search as I was checking the address to contact Mr Ferrier (who had been unresponsive) – I was not able to get a hold of them and was trying everything I could.**

75.     On 12 October 2013, I received an email from Markferrier@hotmail.com attaching the username to access to Al-Baraka Software. A copy of this email is marked **Annexure 26**.

76.     It has subsequently been brought to my attention that Mark Ferrier had been extradited to Queensland at this time. A copy of a news article confirming this is marked **Annexure 27**.

John Chesher informed me of this in the third week of Oct.

Legal\311971002.1

CONFIDENTIAL

DEF_01667071

*Strictly Private and Confidential*
*Legally Privileged.*

Carl Popal pointed me to the newspaper article when I called him

77.    On 13 and 17 October 2013, I conducted ASIC Company searches for MJF Mining. These searches confirmed that Mark Ferrier was still listed as the sole director and secretary of MJF Mining, and the only shareholder. A copy of these Company Extracts are marked **Annexure 28**.

**I conducted searches on these two dates as I was concerned. I was not aware at this point that Mark had been extradited from Perth in September.**

I was not able to get on to MJF at all.

I was not aware of the legal issues with Mark before I was informed by John etc. I discovered these issues on a later date.

78.    I received no further correspondence from Mark following 12 October 2013.

**NOVEMBER 2013**

79.    On 10 November 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of this search is marked **Annexure 29**.

80.    On 13 November 2013, I conducted a search of the ABN database in respect of ABN "65 160 509 204". The search results confirmed that MJF Mining remained "active".  A copy of this search is marked **Annexure 30**.

81.    On 19 November 2013, I commenced Supreme Court proceedings 2013/348577 against MJF Mining. These proceedings were commenced by of Statement of Claim, a copy of which is marked **Annexure 31**.

82.    On 19 November 2013 at 1:09 pm, I caused a copy of the Statement of Claim in the Supreme Court proceedings to be sent by email to accounts@mjfminingservices.com. A copy of this email is marked **Annexure 32.**

83.    On 25 November 2013, I wrote to mark@mjfminingservices.com saying:

"Is anyone there".

A copy of this email is marked **Annexure 33**. I did not receive a response to this email.

**DECEMBER 2013**

Legal\311971002.1

CONFIDENTIAL

*Strictly Private and Confidential*
*Legally Privileged.*

84. On 18 December 2013 at 08:10 am, I received an email from accounts@mjfminingservices.com in response to my email dated 19 November 2013. responded to this email at 11:21 am that day. A copy of this correspondence is marked **Annexure 34**.

85. On 18 December 2013 at 11:32 am, I wrote to mjf@mjfminingservices.com and mark@mjfminingservices.com. saying:

> *"Hello Mark,*
>
> *It has become imperative that you contact us urgently.*
>
> *If we are not contacted before the end of the month we will have to look at appointing receivers.*
>
> *Regards,"*

86. I have not received a response to this email. A copy of this email is marked **Annexure 35**.

87. On 19 December 2013, I commenced  Federal Court proceedings NSD2577/2013 against MJF Mining. These proceedings were commenced by way of Originating Application and Statement of Claim, copies of which are marked **Annexure 36.**

88. On 19 December 2013 at 11.49 am, I caused a copy of the Statement of Claim and Originating Application in the Federal proceedings to be sent by email to accounts@mjfminingservices.com.

89. On 19 December 2013 at 4:40pm, I received an email from accounts@mjfminingservices.com stating, amongst other things, that:

> *"We note that we cannot accept service and reject this as we do not desire to act on a matter whilst an authorised officer of the company is indisposed.*
>
> *We will contact you when Mark is back. We will not accept further correspondence regarding this matter before this.*
>
> *Accounts."*

A copy of this correspondence is marked **Annexure 37**.

90. On 21 December 2013, I conducted an ASIC search in respect of MJF Mining. The search results disclosed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked **Annexure 38**.

CONFIDENTIAL

DEF_01667273

*Strictly Private and Confidential*
*Legally Privileged.*

91.     On 24 December 2013, I conducted a "Whois" search in respect of "MJFMININGSERVICES.COM". A copy of the search results are marked **Annexure 39**.

The owner of the domain mjfminingservioces.com is Mark Ferrier and thus he owns and controls the emails.

This has been updated to hide Mr Ferrier and change the results in the 2014 year after the court action.

92.     On 29 December 2013, I conducted an ASIC search respect of MJF Mining. The search results confirmed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked **Annexure 40**.

DRAFT

Legal\311971002.1

CONFIDENTIAL

DEF_01667274

**From:**       Craig Wright <░░░░░░░░░░░>
**Sent:**       Wednesday, May 10, 2017 6:12 AM
**To:**         Ira K
**Subject:**    Re: scronty

Yes. We both played.

Dave compiled. He never just used binaries.

The paraniod bugger was worse than me that way.

On 10 May 2017 05:56, "Ira Private" <clocktime2020@gmail.com> wrote:
  How about if I limit my questions to harmless stuff about my brother?

  I read that Version 0.1 of Bitcoin was compiled using Microsoft Visual Studio for
  Windows.  And the other day I came across that program in Dave's set of discs.  It got me
  wondering if he compiled it?

  Regards,
  Ira


  On Fri, May 5, 2017 at 10:28 PM, Ira Private <clocktime2020@gmail.com> wrote:
   Thanks for responding back.

   I would like to resolve whatever differences or misunderstandings
   there are between us.

   Are you open to communicating with me a bit more?


   On Fri, May 5, 2017 at 2:04 AM, Craig Wright <░░░░░░░░░░░> wrote:
    No

    On Fri, May 5, 2017 at 4:57 AM, Ira Private <clocktime2020@gmail.com> wrote:
     was he really part of the team?

1

KLEIMAN_00004288

| | |
|---|---|
| **From:** | Lou K <lureg8@yahoo.com> |
| **Sent:** | Wednesday, February 14, 2018 4:37 AM |
| **To:** | verifymail20@gmail.com |
| **Subject:** | Fw: Re: Dave |

----- Forwarded Message -----
**From:** Lou K <lureg8@yahoo.com>
**To:** "craig.wright@hotwirepe.com" <craig.wright@hotwirepe.com>
**Sent:** Wednesday, February 12, 2014, 3:34:40 PM EST
**Subject:** Re: Dave

Craig:

After reviewing the information you sent , I want to thank you very much.

My home address is: 5104 Robino Circle, West Palm Beach, Florida 33417

I look forward to any information you can give me about my son DAVID. To me,

he was alway's someone special.      Lou Kleiman

On Tuesday, February 11, 2014 6:23 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Hello Louis,
Your son Dave and I are two of the three key people behind Bitcoin:
https://bitcoin.org/
http://www.motherjones.com/politics/2013/04/what-is-bitcoin-explained

If you have any of Dave's computer systems, you need to save a file named "wallet.dat". I will explain what this is later. Please understand, I do not seek anything other than to give you information about your son.

Know also that Dave was a key part of an invention that will revolutionise the world:
http://techcrunch.com/2014/02/10/bitcoin-wins-best-technology-achievement-but-satoshi-doesnt-show/

I will talk to you again soon.

When I can, I will let you know much more of Dave. I will also help you recover what Dave owned.

I will let you know when I am in the USA,
———————————————————
**Dr. Craig S Wright GSE LLM**
**Chief Executive Officer**
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61.417.683.914
craig.wright@hotwirepe.com

1

KLEIMAN_00008178



CONFIDENTIAL

KLEIMAN_00008179

Message

| | |
|---|---|
| **From**: | Ira Private [clocktime2020@gmail.com] |
| **Sent**: | 9/29/2017 6:41:20 AM |
| **To**: | Craig Wright [craig@rcjbr.org] |
| **Subject**: | Re: scronty |

Why did you have to tell my family about Dave's involvement in Bitcoin if nothing good would come from it? With all the positive things I read about Bitcoin, I don't understand why we are still so detached from it.

On Fri, Sep 29, 2017 at 1:38 AM, Craig Wright ⟨ ▮▮▮▮▮▮ ⟩ wrote:
Originally used is not what was in 14

And that was not me using it.

On Fri, Sep 29, 2017 at 5:20 AM, Ira Private <clocktime2020@gmail.com> wrote:
>He had the vistomail account, I had the gmx one.

Why did you tell me that Dave used the vistomail account when that Gizmodo article shows you using it to email colleagues in Jan 2014?

Ira

On Wed, May 10, 2017 at 2:12 AM, Craig Wright ⟨ ▮▮▮▮▮▮ ⟩ wrote:
Yes. We both played.

Dave compiled. He never just used binaries.

The paraniod bugger was worse than me that way.

On 10 May 2017 05:56, "Ira Private" <clocktime2020@gmail.com> wrote:
How about if I limit my questions to harmless stuff about my brother?

I read that Version 0.1 of Bitcoin was compiled using Microsoft Visual Studio for Windows. And the other day I came across that program in Dave's set of discs. It got me wondering if he compiled it?

Regards,

Ira

On Fri, May 5, 2017 at 10:28 PM, Ira Private <clocktime2020@gmail.com> wrote:
Thanks for responding back.

I would like to resolve whatever differences or misunderstandings
there are between us.

KLEIMAN_00385767

Are you open to communicating with me a bit more?


On Fri, May 5, 2017 at 2:04 AM, Craig Wright <                    > wrote:
No

On Fri, May 5, 2017 at 4:57 AM, Ira Private <clocktime2020@gmail.com> wrote:
was he really part of the team?

KLEIMAN_00385768



 

# Is Craig Wright the Real Satoshi?

Feb 20, 2019 | Episodes | 0 comments



The Bad Crypto Podcast

Is Craig Wright the Real Satoshi?
00:00 / 1:00:13



Brock Pierce. Roger Ver. John McAfee. The Bad Crypto Hall of Fame has welcomed many of these legendary blockchain personalities. But today we

are pleased to welcome the man who has claimed to be part of the team who created the Bitcoin whitepaper… Satoshi Nakomoto.

Dr. Craig Wright says Bitcoin core is not true to his original vision, but Bitcoin Cash SV is. He's incredibly opinionated and doesn't care what you think. After all, he's got a super phat stack of Bitcoin.

Join us for an insightful interview with the man who may or may not be the genius behind Bitcoin. It's the Satravis NataJoelo episode #242 of The Bad Crypto Podcast.

## Digitex

Digitex Futures, a non-custodial commission-free futures trading exchange, has begun on-boarding traders to the Beta version of its platform.

The revolutionary trading platform which will eliminate all transactions fees, as well as withdrawal & deposit fees. A total game-changer in the futures market as no other platform allows traders to trade with zero-fees.

After completion of the Beta version, Digitex Futures will roll out to the public in quarter two of this year, with ambitious plans for the rest of 2019.

These include the full incorporation of plasma technology into the exchange to offer decentralized account balances, the offering of additional futures markets, spot trading, and a mobile app. Buy, Sell & Trade Digitex now!

Learn more here: Digitex Futures

## Feature: Dr. Craig Wright

Dr. Craig Wright is an Australian computer scientist, businessman; and inventor. He has been involved with Bitcoin since 2009 and is one of the earliest minds behind it. He also has over 20 years of experience in the fields of information technology and security. Dr. Wright has been a lecturer and researcher in Computer Science at Charles Stuart University, authored many articles, academic papers, and books and spoke publicly at several



conferences on IT, security, Bitcoin, and other cryptocurrency topics. Dr. Wright is Chief Scientist for nChain – the global leader in research and development of blockchain technologies. His vision is a world with wide-scale adoption of both the Bitcoin cryptocurrency and the Bitcoin network as a transformative technology platform.

nChain is the global leader in research and development of blockchain technologies.

We have designed and architected a blockchain infrastructure to transform people's lives and the way in which businesses operate. We see the full extent of this disruption being achieved by maximising transactional velocity on the BSV blockchain. In support of our mission, nChain is researching and developing tools, protocols, and applications to support blockchain growth worldwide.

nChain is also building a professional services unit, which will help business clients design and implement blockchain projects using nChain's intellectual-property assets.

With a strong, diverse, and global team of researchers and developers representing more than ten different nationalities, nChain's team is ideally resourced to support the drive towards global adoption of Bitcoin. Our team is primarily based out of London, United Kingdom, with additional members in other countries.

W  Craig Steven Wright – Wikipedia

W  Steven Wright – Wikipedia

📰  Bitcoin's Creator Satoshi Nakamoto Is Probably This Unknown Australian Genius | WIRED

W  Dave Kleiman – Wikipedia

📰  New Clues Suggest Craig Wright, Suspected Bitcoin Creator, May Be a Hoaxer | WIRED

🐷  SGI denies links with alleged bitcoin founder Craig Wright | ZDNet

Dr Craig S Wright on Twitter: "I own more BTC than you. For any you. My only comment re CoreCoin, BTC. It is headed to zero I will enjoy the ride down… https://t.co/LgYBLmfq7e"

Tidbits: Voorhees Believes Maximalism Is Flawed, Craig Wright Self-Proclaimed Largest BTC Holder – Bitcoin News

Judge Denies Craig Wright's Motion to Dismiss Billion-Dollar Bitcoin Lawsuit – Bitcoin News

Shots Fired: Craig Wright Calls Bitcoin Evangelist Andreas Antonopoulos 'Sh*tcoin Expert'

How To Make A Mint: The Cryptography of Anonymous Electronic Cash

---

Disclaimer

Show Edited By Aaron The Tech

## Search this Site

| | Search |
|---|---|

## Listen to Bad Crypto









### Recent Posts

Putting the Fun in Non-Fungible Tokens at NFT.NYC

Interview with Vitalik Buterin, Founder of Ethereum

India Lifts Ban on Cryptocurrency

India Lifts Ban on Cryptocurrency – Bad News For 3/6/2020

Blockchain Rising Stars of ETH Denver

### Recent Comments

Louis on Off the Blockchain with Jeremy Musighi

Erin Cell on Crypto Legend Andreas Antonopoulos Shares His Thoughts About Stablecoins, and the Future of the Blockchain

Erin Cell on Will Twitter Decentralize? Bad News For 12/12/19

Erin Cell on You Can't Hide Your Crypto Face

srozybd on How to Trade Crypto with Trader Cobb, Part 1

### Ways to Connect with Bad Crypto

Facebook Page

Contact

Bad Crypto Mastermind

Telegram Group

BCP Newsletter

Call Us

Take Our BCP Survey

### Other Places to Explore

Blog

Episodes

News

Spotlight

The Crypto Chick

BadBoysOfTech.com

## What We've Been Talking About...

altcoin    altcoins    badcoin    bitcoin    bitcoin fork    bitcoin mining    bitshares    blockchain

charity    china    coinbase    crypto    cryptocurrency    crypto wallet    education    ethereum

exchange    future technology    gaming    government    ibm    ICO    ico spotlight

initial coin offering    Interview    investing    Joel Comm    ledger    litecoin    live    lumens

mining    neo    news    research    ripple    security    stellar    tax    token    trade    trading

travis wright    trezor    World Crypto Con

## Subscribe, Rate & Review

Apple Podcast

Google Podcast

Stitcher

Spotify

BLOG    EPISODES    LISTEN    CONTACT    MEDIA
ADVERTISE



Copyright 2018 - BadCryptoPodcast - **Privacy** | **Disclaimer**