


F0000FW50U

File Number:     2013/00225983-1

Case Title: Craig Steven Wright v W&K Info Defense Research LLC

Jurisdiction: Supreme Court - Civil

Location: Supreme Court Sydney

Division/List: Common Law General

USE OF
TION

| ATE | CORAM | APPEARANCES | RESULTS OR ORDERS MADE |
|---|---|---|---|
| 10/13 | *illegible* | | |
| 11/13 | *illegible* | | |

DEF_00001970

# SUPREME COURT OF NSW

## RECORD OF PROCEEDINGS

| | | |
|---|---|---|
| Date: | 06 November 2013 | Reference no. _2_ |
| Coram: | Acting Registrar R Kenna | |
| Listing: | Directions (Common Law Registrar) | |
| Case Details: | **Craig Steven Wright v W&K Info Defense Research LLC 2013/00225983** | |

Appearance(s) _Wright in person_

Listed for hearing on _____ at 10am. Estimate of hearing _____

Please indicate the following listing type/s below:

☐ Directions (Common Law Registrar) at 9am

☐ Argument at 9.30am (Defamation List before Defamation Judge)

☐ Defamation matter - Election for Trial by Jury made by _____
   **Registry to issue an invoice for Requisition for Trial by Jury.**

☐ Directions Common Law at 10am (Duty Judge's list.)

☐ Directions (Possession Judge) at 9.30am.

☐ Directions Professional Negligence Judge at 9am (1st Friday of each month)

☐ Status Review at 9am before Common Law Registrar.

☐ Rule 13.6 letter to be issued. (Notice of listing - No appearance)

**(Please tick below appropriately)**

| | |
|---|---|
| ☐ Jury | ☐ Overseas witness   ☐ Interstate witness   ☐ Country witness |
| ☐ Non-jury | ☐ Not Reached Once |
| ☐ Assessment only | ☐ Not Reached Twice |
| ☐ Liability only | ☐ New Trial Ordered |
| ☐ Interlocutory/Motion | ☐ Expedited |
| ☐ Defamation - s 7A | ☐ Reduced Life Expectancy |
| ☐ Defamation - Final | ☐ Other priority reasons (please specify) _(Transfer of I/P has taken place)_ |

**Other orders or directions:**

_Orders 1 - 4 of C/orders_

_____ please turn over ...

DEF_00001971

# COMMON LAW REGISTRAR'S CASE MANAGEMENT ORDERS

☐ 1. Make orders to enable Expert evidence to be given concurrently.

☐ 2. The Plaintiff to file and serve an Evidentiary Statement by _____

☐ 3. The Defendant/ Defendants to file and serve a Statement of Issues in Dispute within 28 days of receipt of the Plaintiffs Evidentiary Statement.

☐ 4. Each Defendant to notify the plaintiff within 28 days of receipt of the evidentiary statement of those parts of the statement, which the Defendant requires to be given orally.

☐ 5. The Plaintiff is to serve on each party within 14 days of the receipt of the Statement of Issues in Dispute a statement identifying those issues, which are agreed and not agreed.

☐ 6. The Plaintiff is to file and serve a Statement of Damages by _____

☐ 7. The Defendant/Defendants is/are to file and serve a Statement of Damages by _____

☐ 8. Experts in their respective areas of expertise are to confer and provide a report on matters agreed and disagreed setting out the reasons for their disagreement. Such conference is to take place by _____

☐ 9. The report from the Experts is to issue by _____

☐ 10. Pursuant R31.4 UCPR I direct that the Plaintiff is to serve on each active party a written statement or statements of the oral evidence that the Plaintiff or any other witness on the Plaintiff's behalf intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ 11. Pursuant to R31.4 UCPR I direct that the Defendant /Cross Claimant is to serve on each active party a written statement or statements of the oral evidence that the defendant /cross claimant or any other witness on behalf of the Defendant/Cross Claimant intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ 12. I direct that all parties serve, pursuant to R31.4 UCPR statements except for the above statements on each other active party, containing all statements of the oral evidence which the parties intend to adduce in chief on all questions of fact at the hearing on or before _____

☐ 13. Parties to advise within _____ days of receipt of the witness statements of those parts of the statements they require to be given orally.

☐ 14. Parties to file and serve a Final Joint Memorandum of Issues in Dispute by _____

☐ 15. List the matter for a Telephone Conference on _____

| | | |
|---|---|---|
| Valentina Ortakovska/SCO/NSW_AG<br>03/09/2013 03:02 PM | To | craigswright@acm.org |
| | cc | |
| | bcc | |
| | Subject | RE: proceeding number 2013/ 225983 |

Dear Mr Wright,
Please be advised that the Consent Order filed on 28/8/2013 was not dealt by Registrar in chamber.
The listing date of 30/10/2013 still remains and all parties needs to be present in court on that day.

Regards
Valentina Ortakovska
Senior Client Service Office
Supreme Court of NSW

# SUPREME COURT OF NSW

## RECORD OF PROCEEDINGS

| | | |
|---|---|---|
| Date: | 30 October 2013 | Reference no. ___/___ |
| Coram: | Registrar C Bradford | |
| Listing: | Directions (Common Law Registrar) | |
| Case Details: | **Craig Steven Wright v W&K Info Defense Research LLC**<br>**2013/00225983** | |

Appearance(s) _Wright M._ _____

**Listed for hearing on** _____ **at 10am. Estimate of hearing** _____

Please indicate the following listing type/s below:

☐ Directions (Common Law Registrar) at 9am

☐ Argument at 9.30am (Defamation List before Defamation Judge)

☐ Defamation matter - Election for Trial by Jury made by _____
   **Registry to issue an invoice for Requisition for Trial by Jury.**

☐ Directions Common Law at 10am (Duty Judge's list.)

☐ Directions (Possession Judge) at 9.30am.

☐ Directions Professional Negligence Judge at 9am (1st Friday of each month)

☐ Status Review at 9am before Common Law Registrar.

☐ Rule 13.6 letter to be issued. (Notice of listing - No appearance)

**(Please tick below appropriately)**

| | |
|---|---|
| ☐ Jury | ☐Overseas witness   ☐ Interstate witness   ☐ Country witness |
| ☐ Non-jury | ☐Not Reached Once |
| ☐ Assessment only | ☐Not Reached Twice |
| ☐ Liability only | ☐New Trial Ordered |
| ☐ Interlocutory/Motion | ☐ Expedited |
| ☐ Defamation - s 7A | ☐Reduced Life Expectancy |
| ☐ Defamation - Final | ☐Other priority reasons (please specify) _____ |

**Other orders or directions:**

1. SO 6·11·13 [illegible]

2. [illegible handwriting] _____ please turn over ..

[illegible handwriting]

DEF_00001974

# COMMON LAW REGISTRAR'S CASE MANAGEMENT ORDERS

☐ **1.** Make orders to enable Expert evidence to be given concurrently.

☐ **2.** The Plaintiff to file and serve an Evidentiary Statement by _____

☐ **3.** The Defendant/ Defendants to file and serve a Statement of Issues in Dispute within 28 days of receipt of the Plaintiffs Evidentiary Statement.

☐ **4.** Each Defendant to notify the plaintiff within 28 days of receipt of the evidentiary statement of those parts of the statement, which the Defendant requires to be given orally.

☐ **5.** The Plaintiff is to serve on each party within 14 days of the receipt of the Statement of Issues in Dispute a statement identifying those issues, which are agreed and not agreed.

☐ **6.** The Plaintiff is to file and serve a Statement of Damages by _____

☐ **7.** The Defendant/Defendants is/are to file and serve a Statement of Damages by _____

☐ **8.** Experts in their respective areas of expertise are to confer and provide a report on matters agreed and disagreed setting out the reasons for their disagreement. Such conference is to take place by _____

☐ **9.** The report from the Experts is to issue by _____

☐ **10.** Pursuant R31.4 UCPR I direct that the Plaintiff is to serve on each active party a written statement or statements of the oral evidence that the Plaintiff or any other witness on the Plaintiff's behalf intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **11.** Pursuant to R31.4 UCPR I direct that the Defendant /Cross Claimant is to serve on each active party a written statement or statements of the oral evidence that the defendant /cross claimant or any other witness on behalf of the Defendant/Cross Claimant intends to adduce in chief on all questions of fact to be decided at the hearing, on or before _____

☐ **12.** I direct that all parties serve, pursuant to R31.4 UCPR statements except for the above statements on each other active party, containing all statements of the oral evidence which the parties intend to adduce in chief on all questions of fact at the hearing on or before _____

☐ **13.** Parties to advise within _____ days of receipt of the witness statements of those parts of the statements they require to be given orally.

☐ **14.** Parties to file and serve a Final Joint Memorandum of Issues in Dispute by _____

☐ **15.** List the matter for a Telephone Conference on _____

**Listing Details**

Heard at: **06/11/2013**     by: **Acting Registrar R Kenna;**
   **Supreme Court Sydney**
   **Supreme Court - Civil**

2013/00225983-001   Acting Registrar R Kenna   Directions (Common Law Registrar)   Craig Steven Wright v W&K Info Defense Research LLC   09:00 AM   5 MINUTES

## View Outcome Text

[ Record Outcome ] [ Edit Outcome ] [ Close ]

Date of Listing: 06 Nov 2013 before Acting Registrar R Kenna at Supreme Court - Civil, Supreme Court Sydney

Appearances:
W&K Info Defense Research LLC, Defendant , No Appearance
Wright, Craig Steven, Plaintiff , No Appearance

2013/00225983-001 / Statement of Claim: Craig Steven Wright v W&K Info Defense Research LLC /

BY CONSENT
Orders/Judgment:
1. Judgment in the sum of $28,254,666.00 in favour of the plaintiff.
2. No order as to costs.
3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.
4. A deed of transfer for the Intellectual Property is to be completed before 01 Sept 2013.
(ID 25837158)

DEF_00001976

FILED

2 8 AUG 2013



Form 44 (version 2)
UCPR 36.1A

# CONSENT ORDER

**COURT DETAILS**

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 225983 |

**TITLE OF PROCEEDINGS**

Plaintiff                                       **Craig Steven Wright (ABN 97 481 146 384)**

Defendant                                  **W&K INFO DEFENSE RESEARCH LLC**

**PREPARATION DETAILS**

| | |
|---|---|
| Filed for | **Craig S Wright** |
|  | Plaintiff |
| Contact name and telephone | Craig S Wright |
|  | 0417 683 914 |
| Contact email | Craig S Wright (craigswright@acm.org) |

**TERMS OF ORDER MADE BY THE COURT BY CONSENT**

Orders/Judgment:

1. Judgment in the sum of $28,254,666.00 in favour of the plaintiff.

2. No order as to costs.

3. The court notes the agreement of the parties that the plaintiff will accept the transfer of Intellectual property held by the plaintiff in full and final satisfaction of the judgment.

4. A deed of transfer for the Intellectual Property is to be completed before 01Sept 2013.



DEF_00001977

2

## SIGNATURES

**Plaintiff**

The plaintiff consents.

Signature of plaintiff

_____

Craig S Wright

| Capacity | Plaintiff |
| --- | --- |
| Date of signature | 28th Aug 2013 |

**Defendant**

The defendant consents.

Signature of or on behalf of party if not legally represented

| Capacity | Authorised officer |
| --- | --- |
| Date of signature | 28th Aug 2013 |



____J Wilson_____ consents.


## SEAL AND SIGNATURE

Court seal

Signature

Capacity

Date made or given

Date entered

**NOTICE**

Subject to limited exceptions, no variation of a judgment or order can occur except on application made within 14 days after entry of the judgment or order.

Reg Bradford

FILED

19 AUG 2013

Form 35 (version 2)
UCPR 20.34

# ACKNOWLEDGEMENT OF LIQUIDATED CLAIM

**COURT DETAILS**

| | |
|---|---|
| Court | NSW Supreme Court |
| Division | General Division Common Law |
| List | General |
| Registry | Sydney |
| Case number | 2013 / 225983 |

**TITLE OF PROCEEDINGS**

| | |
|---|---|
| Plaintiff | **Craig Steven Wright (ABN 97 481 146 384)** |
| Defendant | **W&K INFO DEFENSE RESEARCH LLC** |

**FILING DETAILS**

| | |
|---|---|
| Filed for | Defendant |
| Contact name and telephone | Dr C Wright, 02 8003 7553 |

**ACKNOWLEDGEMENT**

1   I am the legal agent and representative for the defendant.

2   I acknowledge the whole of the amount being claimed by the plaintiff.

**SIGNATURE**

| | |
|---|---|
| Signature | *(signed)* |
| Capacity | Defendant |
| Date of signature | 19th August 2013 |

## FURTHER DETAILS ABOUT FILING PARTY

[Include your contact details if you have not previously given this information to the court. Do not include the contact details for any other parties.]

**Filing party**

Name          W&K INFO DEFENSE RESEARCH LLC    51 Cowangerra Rd

Address       Bagnoo NSW 2446

**Contact details for filing party acting in person or by authorised officer**

Name of authorised officer

Capacity to act for filing party     Director / Australian Agent

Address for service     as above
[The filing party must give an address for service. This must be an address in NSW unless the exceptions listed in UCPR 4.5(3) apply. State "as above" if the filing party's address for service is the same as the filing party's address stated above.]

Telephone             02 8003 7553

Email                  craig@integys.com

DEF_00001980

## Delivery Failure Report

| | |
|---|---|
| Your document: | RE: proceeding number 2013/ 225983 |
| was not delivered to: | craig@integys.com |
| because: | 550 #5.1.0 Address rejected. |

What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.
- Once you have resent the document you may delete this Delivery Failure Report.
- If resending the document is not successful you will receive a new failure report.
- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

Routing path

GOODMDG1/Server/NSW_AG, SUPRMDM1/Server/NSW_AG

To: craig@integys.com

cc:

Date: 03:24:50 PM Today

Subject: RE: proceeding number 2013/ 225983

Dear Craig,

Please be advised that the Consent Order filed on 28/8/2013 was not dealt by Registrar in chamber. The listing date of 30/10/2013 still remains and all parties needs to be present in court on that day.

Regards
Valentina Ortakovska
Senior Client Service Office
Supreme Court of NSW


Department of Attorney General and Justice - Promoting a Just and Safe Society.

Visit us at www.lawlink.nsw.gov.au.

Please consider our environment before printing this email. This email and any attachments may be confidential and contain privileged information. If you are not the intended recipient you must not use, disclose, copy or distribute this communication. If you have received this message in error please delete and notify the sender. When communicating by email you consent to the monitoring and recording of that correspondence.

DEF_00001981

## Delivery Failure Report

| | |
|---|---|
| Your document: | RE: proceeding number 2013/ 225983 |
| was not delivered to: | craig@integys.com |
| because: | 550 #5.1.0 Address rejected. |

What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.
- Once you have resent the document you may delete this Delivery Failure Report.
- If resending the document is not successful you will receive a new failure report.
- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

Routing path

GOODMDG1/Server/NSW_AG, SUPRMDM1/Server/NSW_AG

To: craig@integys.com

cc:

Date: 03:04:09 PM Today

Subject: RE: proceeding number 2013/ 225983

Dear Craig

Please be advised that the Consent Order filed on 28/8/2013 was not dealt by Registrar in chamber. The listing date of 30/10/2013 still remains and all parties needs to be present in court on that day.

Regards
Valentina Ortakovska
Senior Client Service Office
Supreme Court of NSW

Department of Attorney General and Justice - Promoting a Just and Safe Society.

Visit us at www.lawlink.nsw.gov.au.

Please consider our environment before printing this email. This email and any attachments may be confidential and contain privileged information. If you are not the intended recipient you must not use, disclose, copy or distribute this communication. If you have received this message in error please delete and notify the sender. When communicating by email you consent to the monitoring and recording of that correspondence.

DEF_00001982