**2014 LIMITED LIABILITY COMPANY REINSTATEMENT**
Case 9:18-cv-80176-BB   Document 550-7   Entered on FLSD Docket 06/01/2020   Page 1 of 1
DOCUMENT# L11000019904

**FILED**
**Mar 28, 2014**
**Secretary of State**

Entity Name:  W&K INFO DEFENSE RESEARCH LLC

**Current Principal Place of Business:**

3119 CONTEGO LANE
PALM BEACH GARDENS, FL  33418     US

**New Principal Place of Business:**

3128 MERCED AVE, EL MONTE
EL MONTE
PALM BEACH GARDENS, CA  91733     US

**Current Mailing Address:**

4371 NORTHLAKE BLVD #314
PALM BEACH GARDENS, FL  33410     US

**New Mailing Address:**

3128 MERCED AVE, EL MONTE
EL MONTE
PALM BEACH GARDENS, CA  91733     US

FEI Number:            FEI Number Applied For ( )      FEI Number Not Applicable (X)      Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

KLEIMAN, DAVID A
3119 CONTEGO LANE
PALM BEACH GARDENS, FL  33410     US

**Name and Address of New Registered Agent:**

NGUYEN, UYEN T
4371 NORTHLAKE BLVD #314
PALM BEACH GARDENS, FL  33410     US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   UYEN NGUYEN                                               03/28/2014
            Electronic Signature of Registered Agent                     Date

**AUTHORIZED PERSONS:**

Title:      MS
Name:       NGUYEN, UYEN T MS
Address:    4371 NORTHLAKE BLVD #314
City-St-Zip: PALM BEACH GARDENS, FL  33410 US

Title:      DR
Name:       COIN-EXCH PTY LTD
Address:    502 / 32 DELHI RD
City-St-Zip: NORTH RYDE, NS  02113 AU

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am authorized to execute this report as required by Chapter 605, Florida Statues.

SIGNATURE:   UYEN NGUYEN                              MS               03/28/2014
            Electronic Signature of Authorized Person                     Date