**CRAIG WRIGHT** | BITCOIN SV IS THE ORIGINAL BITCOIN

HOME    ABOUT    BLOG

Blog > Bitcoin & Blockchain Tech



**ARCHIVES**

March 2020
February 2020
January 2020
December 2019
November 2019
October 2019
September 2019
August 2019
July 2019
June 2019
May 2019
April 2019
March 2019
February 2019
January 2019
December 2018
November 2018
October 2018
September 2018
August 2018
July 2018
June 2018
July 2017
June 2017
May 2017
May 2016
April 2016

# Satoshi's Vision: The Art of Bitcoin

By Craig Wright | 12 Sep 2019 | Alternative Coins & Systems

The book *Satoshi's Vision: The Art of Bitcoin* is the product of a compilation of a selected number of Craig's blog posts published on Medium and craigwright.net.

The content is for the most part taken as it was in the original posts, with the aim of creating, in one book, one story that is larger than the sum of its parts. As such, some parts have been reedited and repurposed to meet the book's end of providing clarity to the reader.

You can buy a copy of the book here.

*Author's note: We shall not be responsible for any errors, omissions, or claims for damages, including exemplary damages, arising out of use (or inability to use) or with regard to the accuracy or sufficiency of the*
*information contained in the publication.*

*The opinions expressed by Howson Books, it's editors, or affiliates shall not, in the book or elsewhere, reflect the opinion expressed by Craig Wright.*
*Neither Howson Books nor the book's authors or editors shall guarantee the accuracy or completeness of any information published.*

*Nothing in the book constitutes legal, financial, or other professional*
*advice. Information contained in the book is current as of the date of publication to the best of our knowledge.*

Did you like this post? Share it:   in



© Copyright 2019