

| NSW POLICE FORCE | P190A |
|---|---|
| | Version 4.3 (01/2014) |

# Witness Details Cover Page

| Witness Personal Details ||
|---|---|
| Title: | Mr |
| Family Name: | WRIGHT |
| Given Names: | Craig |
| Date of Birth: | 23 Oct 1970 |
| Place of Birth: | Brisbane, Australia |
| Country of Birth: | Australia |
| Gender: | Male |
| CNI Number: | |
| **Witness Home Details** ||
| Home Address: | 43 St John Ave |
| Suburb/Town: | Gordon |
| City: | Sydney |
| State: | NSW |
| Postcode: | 2072 |
| Country: | Australia |
| Home Telephone: | |
| Mobile Telephone: | 0417683914 |
| E-mail Address: | Craig.wright@hotwirepe.com / craig@rcjbr.org |
| **Witness Work Details** ||
| Occupation: | Director/ Researcher |
| Company: | Panopticrypt |
| Branch/Section: | |
| Work Address: | 502 / Level 5, 32 Delhi Rd |
| Suburb/Town: | North Ryde |
| City: | Sydney |
| State: | NSW |
| Post Code: | 2113 |
| Work Country: | Australia |
| Work Telephone: | 02 9188 2050 |
| **Statement Details** ||
| Time Statement Taken: | |
| Date Statement Taken: | July 2014 |
| In the matter of: | Police v FERRIS |
| Statement Taken By: | Kathryn UNGER |
| Place Statement Taken: | Hornsby Police Station |

NOTE: FOR PROSECUTION USE ONLY



**NSW POLICE FORCE**  P190A
Version 4.3 (01/2014)

# STATEMENT OF A WITNESS

| | |
|---|---|
| In the matter of: | Police v FERRIS |
| Place: | Hornsby Police Station |
| Date: | July 2014 |

| Name: | Craig WRIGHT |
|---|---|

**STATES:**

1. This statement made by me accurately sets out the evidence that I would be prepared, if necessary, to give in court as a witness. The statement is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I will be liable to prosecution if I have wilfully stated in it anything that I know to be false, or do not believe to be true.

2. I am 43 years of age.

3. I am the major (largest shareholder) of Hotwire Pre-Emptive Intelligence Pty Ltd (Panopticrypt, DeMorgan). I have managed this company for 1.5 years through the trust company Panopticrypt (which I have been CEO of since 2011). It is a software development and research company that is a part of a larger group of companies.

4. Prior to February 2013, I attended a conference in Melbourne on Mining and Security. I was a speaker on this and related topics in around 6-8 separate conferences within a six (6) month period between Sept 2012 and February 2013. I attended these conferences as I was invited to attend to give a presentation about security and automation of the mining industry. At one point, I discussed how mining contracts and mining equipment could be linked by a "block chain". A block chain is a "triple entry ledger" (See http://iang.org/papers/triple_entry.html). There were approximately 60 to 100 people at the conference. I was talking at up to 16 conferences a year as a result of my research and publications. I spoke for approximately an hour at each conference. After my presentation, the conference had a morning tea break. At some point during the break an individual approached me.

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

Page 1 of 1

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

5. This person was male, Caucasian, had blue eyes and short "dirty" blonde hair. He had no facial hair, and a round face. He would be approximately six foot and one inches tall. I recall that he was wearing a suit and tie because he stood out from the crowd who were mostly dressed in casual attire. This man said words to the effect of;

    *"This is all good, but how can it help me?"*

6. In response to his question I explained my interest in Bitcoin and automation. I evangelise Bitcoin and security in general and most conversations I had at this point involve one or both of these topics. I cannot recall the precise words that I said, but I remember that I spoke for about five minutes about how I think Bitcoin and automation is going to transform the world.

    He said; "*I am Mark Ferrier*"

    I said; "*I am Craig Wright*"

    Mark said; "*Would you be interested in chatting some more?*"

    I said; "*What would you like to chat about?*"

    Mark said; "*About how this could help me. I am heavily involved in mining and finance of mining.*"

    I said; "*Great.*"

7. I noted to the person who had called themselves Mark Ferrier that I was looking at obtaining automation software and was interested. I handed Mark my business card. I cannot recall if he gave me his business card.

    Mark said; *"Do you mind if I contacted you by Skype"*

    I said; *"No, in fact I would prefer it".*

8. I have always preferred communicating with friends and clients online. At this time I thought that Skype kept a record of all messages for about a year. It was only in or around October 2013 that I was informed that following Microsoft's purchase of Skype, records were only retained for approximately three months. I had thought I had lost the records at first, but I

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

Page 2 of 14

**Statement of**   Craig WRIGHT
**In the matter of**   Police v FERRIS

managed to restore a backup from this time and have the Skype logs from between Feb 2013 and July 2013 on by laptop, but not those of my mobile phone.

9. At the end of February, I cannot recall the exact date, I was contacted a person using the Skype Profile "Mark Ferrier". I was contacted by him directly on 23rd Feb 2013. I cannot recall what was said. Mark Ferrier contacted me as he wanted to know if I was still interested in mining software we had discussed at a conference. I was seeking to obtain licenses for large scale automation software as this is integral to my continuing research.

10. Before the end of February, I had a Skype text conversation with "Mark Ferrier" in words to the effect of;

    Mark;    *"Are you still looking at purchasing automation software?"*

    I said;   *"I definitely am"*

12. Within 48 hours of the text message conversation, I was called by Mark on my Skype listed number (02) 80037553. I asked Mark for his email address so I could contact him. On 3 March 2013, I received an email on my account craig@rcjbr.org from markferrier@hotmail.com . The email read "This is mine". A copy of this email is marked '**ANNEXURE B**'.

13. Between March and April 2013, I had a number of communications with Mark via Skype. This included voice calls, but was mostly by text. In the course of our conversations I discussed with Mark the concept of a "Bitcoin exchange" by which smart contracts would be connected. This is an idea that I had developed with my business partner David KLEINMAN (David) for a period of over a decade.

14. A Bitcoin exchange is a means of creating a market place for Bitcoin. Smart contracts can be explained as a form of artificial intelligence software constructed as a series of linked automata. These act to complete a contract or set of instructions such as payment terms.

15. I first met David in 1998/1999. We were both HTCC members. We had a common interest in digital/computer forensics and law enforcement and co-wrote a number of papers on crime prevention and digital forensics. David was based in Florida, United States of America.

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

CONFIDENTIAL                                                                                                                   DEF_01597503

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

16. The High Tech Crime Consortium is a 501(c) (3) non-profit organization founded in 1998. It is a professional organization that assists law enforcement and corporate investigators to obtain the knowledge and skills needed to combat 21st Century crime where the use or abuse of digital technology is an element of an offense. Members of HTCC comprise an international cadre of professionals experienced in detection and investigation of digital crime and forensic examination of digital evidence, practitioners of international, federal, and state criminal law, digital forensic software development or information management and security.

17. The idea conceived by David and me, was to develop a system that integrated Supervisory Control and Data Acquisition (SCADA) software and a Bitcoin exchange. I had a strong interest in SCADA systems, and had published a Book on the topic that was released in February 2013 (see http://www.crcpress.com/product/isbn/9781466502260).

18. SCADA systems include hardware and software components. The software gathers data in real time from remote locations, and feeds that data into a computer that has SCADA software installed. The computer then processes the data and presents it in a timely manner. That data may then be used to control equipment and conditions. I explained to Mark my interest in SCADA systems and how they operated. In response, Mark said words to the effect of:

    "*MJF Mining is a multi-million dollar contractor and supplier for the mining industry… what you are talking about is of interest to me, because automated services would be valuable within the mining industry*"

19. I told Mark that he was correct - there was scope for the application of SCADA systems to the mining industry. I explained that SCADA is currently used in power plants, oil and gas refining, telecommunications, transportation, and waste and water control. I informed him that Siemens had a SCADA system, as did a number of other "mining people" such as BHP. I also told Mark that the threshold problem for David and I was obtaining access to SCADA software. We did not want to approach Siemens directly, because we intended to review the software to assist us in writing our own programs. We knew that Siemens would not permit this. In response, Mark said words to the effect:

    "*That is interesting. We should probably talk more*".

Witness: _____    Signature: _____
Constable Kathryn UNGER              Craig WRIGHT
Hornsby Police Station               Hornsby Police Station
July 2014                            July 2014

Page 4 of 14

**Statement of**  Craig WRIGHT
**In the matter of**  Police v FERRIS

20. Following that discussion, Mark contacted me approximately one week later by Skype and said words to the effect of:

    "*If I could get hold of this SCADA software, what could you give me*".

21. I was excited by the prospect of obtaining the software. I told Mark that the only way in which I would be able to finance the deal would be by paying in Bitcoin that Dave and I held. Mark told me he would get back to me where he contacted me before the end of March, saying he could obtain the Siemens SCADA software, and would accept payment in the form of Bitcoin.

22. In early April 2013, I discussed with David the proposed contract with Mark Ferrier. At around this time we decided that we would do business in Australia, and register our company "Coin Exch Pty Ltd". See:

    http://abr.business.gov.au/SearchByAbn.aspx?SearchText=31+163+338+467

23. At this point in time, I understood that Mark was able to obtain the Siemens software for me. Having sourced the Siemens software, I asked Mark whether he would also be able to obtain banking software. The system proposed by David and I, and to be operated by Coin-Exch Pty Ltd, was to integrate a Bitcoin exchange with the SCADA software. The establishment of a bitcoin exchange would require banking software.

24. I received the software in July/August when the first payments had been completed. There is no dispute as to the receipt of the software. The software has been demonstrated and shown to the ATO and others including Commonwealth Government forensic experts.

25. At this point in time I did not have any serious concerns as to the integrity of Mark Ferrier. Mark had obtained Siemens Software for me, and from what I understood I would not pay for the software until I was provided with a copy of it. There seemed minimal risk in the transaction. I have received the Siemens Software. This is not in dispute.

26. I also gave weight to items of personal information Mark had disclosed to me in the course of our discussions. He had mentioned that his father was Ian Ferrier, a well-respected insolvency specialist, and that he had "trust fund" set up by his father. Mark told me that he was working in Subiaco, Perth at the time, but lived in Paddington in Brisbane. As I understood these were

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

Page 5 of 14

**Statement of**  Craig WRIGHT
**In the matter of**  Police v FERRIS

good suburbs of the respective States. Mark had also lead me to understand that his company, MJF Mining Services WA Pty Ltd, was a company that did multi-million dollar deals all the time, and I had no reason to doubt what he told me.

27. On 5 April 2013, I conducted an ASIC search in respect of MJF Mining. That search identified Mark Ferrier as the sole Director and Secretary of MJF Mining, and the only shareholder. The search did not disclose any information of concern. A copy of this ASIC search is marked **'ANNEXURE B'**.

28. On 26 April 2013, David died. I was notified of this by an email from a colleague dated 30 April 2013. The death of David was a shock. It did not, however, distract me from the goal of setting up a Bitcoin exchange.

29. On 3 May 2013, I received an email in my account craig@rcjbr.org from Markferrier@hotmail.com. It stated:

> "*Mate. That stuff you have been seeking. I have an answer. I know some guys who I have been dealing with in finance that can help with accessing that software you want*".

30. I understood his reference to "stuff" to mean the banking software I discussed with him in April 2013. A copy of this email is marked **'ANNEXURE C'**.

31. In mid-May 2013, I had a telephone conversation with Mark. He told me that he had contacts within the Dallah Al-Baraka Group who could sell the banking software to me. He also raised the idea that in addition to the contract for purchase of the Siemens and Al-Baraka software I purchase some gold. He said words to the effect of:

> "*I am negotiating a deal with mining people in Western Australia and I can get you some gold...*"

32. In making this suggestion Mark alluded to the volatility in value of bitcoin. He said words to the effect of:

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

Page 6 of 14

**Statement of**  Craig WRIGHT
**In the matter of**  Police v FERRIS

> *"Mate, you don't know that Bitcoin is going to work. It is volatile. You should diversify in gold.... If you bundle the transaction into one - the Siemens software, Al-Baraka software and the gold, my Dad, Ian Ferrier, will give you free valuation advice on your companies."*

33. What I understood from Mark's proposal was that in return for him transferring me the Siemens Software, Al-Baraka software and the gold, I would transfer him a large number of Bitcoin. Mark would then act as an agent with the Bitcoin, and transfer it to the relevant parties as payment. I did not know how much he would get paid, but I knew he would get a cut.

34. On 13 May 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of the ASIC extract is marked **Annexure 6**.

35. On 17 May 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com with subject line "Golden". It stated:

> *"My lawyer will get a contract to you soon and we can set a price in that funny money you think has value. Look, if it works, we are set. I do think you need to consider that other offer. These clowns are serious and I can get a great deal here. I will sell you the gold to enable you to get a start in the real world and you get me the bitcoin thing.*
>
> *I am not one for this, but as long as the Arabs are willing to get money to me, I will get gold to you. We should talk more on Skype. I know that you will come around. Software has no substance, gold is something you can hold and nothing stops you doing both.*
>
> *Ma."*

36. I understood his reference to:

   "funny money" to be Bitcoin;

   "the Arabs" to be Al-Baraka;

Witness: _____   Signature: _____
Constable Kathryn UNGER                Craig WRIGHT
Hornsby Police Station                 Hornsby Police Station
July 2014                              July 2014

CONFIDENTIAL                                                         DEF_01597507

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

"the clowns" to be his mining interest in Western Australia. Mark had not disclosed the identity of this mining interest. He did, however, say words to the effect of:

*"although the company has previously had some bad publicity, they have recently been taken over by new bosses so everything will be okay".*

A copy of this email is marked '**ANNEXURE C**.'

37. At this point in time I did not conduct any further due diligence in respect of Mark or MJF Mining. It had come to my attention, I do not know how, that Mark had previously had a company which had failed. As he had not been disqualified for his conduct, I did not consider this to be of concern.

38. Between 17 May 2013 and 23 May 2013, I cannot recall the exact date, I had a Skype conversation with Mark. This was the first time that we discussed the amount of Bitcoin I would transfer to him, in exchange for the Siemens software, Al-Baraka software and gold. In this conversation Payne's Finds Gold was identified as the "mining interest".

39. Following this conversation, I gave Mark access to a Bitcoin "wallet" so he could see the value of Bitcoin I had. A Bitcoin wallet is a set of cryptographic keys that access the ledger and hence the value of the recorded Bitcoin balance. There is a separate document attached that explains Bitcoin and the wallets. At the time of having this conversation, Bitcoin was valued at approximately $120 - $140 per Bitcoin [The values are determined on market and we have a value at the time from Xe.com]. I was excited at the prospect of obtaining the Siemens software and Al-Baraka software that I told him I was willing to give him about 50% of my Bitcoin wallet. In May 2013, my Bitcoin wallet would have been worth approximately $100 million.

40. I understand that Mark took this offer to Al-Baraka who said that they could give me more platforms and modules of the software if I offered more money. I was excited by this prospect, and offered more Bitcoin. I did not turn my mind as to how the Bitcoin would be apportioned between Siemens and Al-Baraka. That was of no interest of me.

Witness: _____  Signature: _____
Constable Kathryn UNGER              Craig WRIGHT
Hornsby Police Station               Hornsby Police Station
July 2014                            July 2014

CONFIDENTIAL                                                              DEF_01597508

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

41. On 22 - 23 May 2013, I received a series of emails in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. Mark was touting his skill and connections and that he could complete the deal. A copy of this email correspondence is marked 'ANNEXURE

42. On 1 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com. The email was to prompt me into completing the deal. It stated:

> "*If you can get it witnessed and back before Monday close we are in business*
>
> *Popal wants to go public so some pressure on this end*
>
> *Ma*"

43. I understood this email to mean that Mark required the Contract for the purchase of the Siemens software, Al-Baraka software and Paynes Find Gold options (**Contract**) to be returned by 3 June 2013. A copy of this email is marked 'ANNEXURE .

44. At the time of receiving this email, I did not have a copy of the Contract. I contacted Mark Ferrier by Skype to request a copy. He subsequently "shared" the Contract by Skype. The Contract is titled "Contract for Sale of Personalty". I thought it was strange that the Contract was expressed in these terms. I raised this with Mark. In response, he said words to the effect of:

> "*It is just what the lawyers require*".

A copy of the Contract provided to me is marked 'ANNEXURE

45. On 1 June 2013, I accessed website http://www.goldnewsworldwide.com/lag/operations/ which stated the following:

> "*Paynes Find Gold (ASX - PNE) will soon provide an operations update and has placed its shares into an ASX trading halt while it prepares the announcement*".

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

Page 9 of 14

| | |
|---|---|
| **Statement of** | Craig WRIGHT |
| **In the matter of** | Police v FERRIS |

46. On 2 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com subject line "Letter". Attached to this email was a confirmation letter stating that, amongst other things:

    "*We will issue the license agreement and finalize the contract payment upon satisfactory completion of company registration*".

    A copy of this correspondence is marked '**ANNEXURE** .

47. On 11 June 2013, I conducted an ASIC search of MJF Mining. A copy of this extract is marked '**ANNEXURE** . I conducted a search after the Contract had been executed as my lawyers and accountants have been told to maintain records. I did this each time as a double check as it was a large amount of money.

48. On 1 July 2013, I received an email in my account craig@rcjbr.org from mark@mjfminingservices.com. Attached to that email was Tax Invoice 0B0188 issued by "MJF Contracting" (First Invoice). The First Invoice specified that I was to pay $AU 38,830,000.00 by 15 August 2013, and related to the supply of the Siemens Software, Al-Baraka Software, Gold and Bitcoin. A copy of this correspondence is marked '**ANNEXURE**

49. On 9 August 2013, I conducted a Dun & Bradstreet search in respect of MJF Mining. I noted that Mark Ferrier was listed as the sole Director and Secretary. A copy of the Dun & Bradstreet report is marked '**ANNEXURE**

50. On 15 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

    "*We will process a transfer tomorrow and as long as the first account settles in the timeframe as promised we will proceed*".

    A copy of this email is marked '**ANNEXURE**

51. On 16 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

| | |
|---|---|
| Witness: _____ | Signature: _____ |
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

CONFIDENTIAL                                                                                                   DEF_01597510

|  |  |
|---|---|
| **Statement of** | Craig WRIGHT |
| **In the matter of** | Police v FERRIS |

*"The client has confirmed the transaction and the confirmation process. We will arrange finalising this and completing the transactions".*

A copy of this email is marked **'ANNEXURE**

52. On 20 August 2013, I received a Skype text message from Mark Ferrier telling me to use email address mjf@mjfminingservices.com. This was noted to be the primary email for the company rather than his personal email with Hotmail. A copy of this email is marked **'ANNEXURE**

53. On 22 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com in which Mark requested the "key" [this a reference to the software key – it is used to unlock and access the code]. This was used to transfer the ownership of the Bitcoin and hence consideration. A copy of this email is marked **'ANNEXURE**

54. On 24 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. Mr Ferrier stated that Gold had more value that Bitcoin and that they would start mining soon. A copy of this email is marked **'ANNEXURE**

55. On 25 August 2013, I received "Tax Invoice Dallah" for the specified sum of $20,311,471.84 relating to the supply of the Al-Baraka software (Second Invoice). The Second Invoice specified that payment was by 30 September 2013. A copy of this Invoice is marked **'ANNEXURE**. The accounts and an excel spreadsheet titled 'Core Software' that shows 135,100.10 were transferred on 15 September 2013 as well as the transaction details are available as evidence.

56. On 30 August 2013, I paid MJF Mining the sum of 245,103.89 Bitcoins, which was the equivalent of $AU 38,830,000.00, being the sum specified in the First Invoice . A copy of the confirmation of Transaction Payment is marked **'ANNEXURE**

57. On 15 September 2013, I transferred 135,100.10 Bitcoins in consideration. A copy of an excel spreadsheet titled "Core Software Invoice" is marked **Annexure 23**.

58. On 1 October 2013, Paynes Find Gold Limited advised that it had formally terminated its Mining Services Agreement with MJF Mining. A copy of the Operations Update issued by Executive Director Carl Popal is marked **'ANNEXURE.** I became aware of this on the third week of Oct – I

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

was informed by Mr Popal of PFG that they did not trust Mr Ferrier and saw "issues" with the agreement between PFG and MJF.

59. On 10 October 2013, I conducted an ABN search for MJF Mining's ABN "65 160 509 204". A copy of the ABN search result is marked **'ANNEXURE.** I conducted this search as I was checking the address to contact Mr Ferrier who had been unresponsive as I was not able to get a hold of them and was trying everything I could.

60. On 12 October 2013, I received an email from Markferrier@hotmail.com attaching the username to access to Al-Baraka Software. A copy of this email is marked **'ANNEXURE**

61. It has subsequently been brought to my attention that Mark Ferrier had been extradited to Queensland at this time. A copy of a news article confirming this is marked **'ANNEXURE**

62. On 13 and 17 October 2013, I conducted ASIC Company searches for MJF Mining. These searches confirmed that Mark Ferrier was still listed as the sole director and secretary of MJF Mining, and the only shareholder. A copy of these Company Extracts are marked **'ANNEXURE**

    I conducted searches on these two dates as I was concerned. I was not aware at this point that Mark had been extradited from Perth in September. I was not able to get on to MJF at all. I received no further correspondence from Mark following 12 October 2013.

63. On 10 November 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of this search is marked **'ANNEXURE**

64. On 13 November 2013, I conducted a search of the ABN database in respect of ABN "65 160 509 204". The search results confirmed that MJF Mining remained "active".  A copy of this search is marked **'ANNEXURE**

65. On 19 November 2013, I commenced Supreme Court proceedings 2013/348577 against MJF Mining. These proceedings were commenced by of Statement of Claim, a copy of which is marked **'ANNEXURE**

Witness: _____        Signature: _____
Constable Kathryn UNGER                  Craig WRIGHT
Hornsby Police Station                   Hornsby Police Station
July 2014                                July 2014

CONFIDENTIAL                                                                 DEF_01597512

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

66. On 19 November 2013 at 1:09pm, I caused a copy of the Statement of Claim in the Supreme Court proceedings to be sent by email to accounts@mjfminingservices.com. A copy of this email is marked 'ANNEXURE

67. On 25 November 2013, I wrote to mark@mjfminingservices.com saying:

> "Is anyone there?"

I did not receive a response to this email.

68. On 18 December 2013 at 08:10 am, I received an email from accounts@mjfminingservices.com in response to my email dated 19 November 2013. The email acknowledged receipt of the statement of claim but stated that Mark Ferrier was not available. I responded to this email at 11:21 am that day. A copy of this correspondence is marked 'ANNEXURE

69. On 18 December 2013 at 11:32 am, I wrote to mjf@mjfminingservices.com and mark@mjfminingservices.com. saying:

> "Hello Mark, It has become imperative that you contact us urgently. If we are not contacted before the end of the month we will have to look at appointing receivers. Regards."

I have not received a response to this email. A copy of this email is marked 'ANNEXURE

70. On 19 December 2013, I commenced Federal Court proceedings NSD2577/2013 against MJF Mining. These proceedings were commenced by way of Originating Application and Statement of Claim, copies of which are marked 'ANNEXURE

71. On 19 December 2013 at 11.49 am, I caused a copy of the Statement of Claim and Originating Application in the Federal proceedings to be sent by email to accounts@mjfminingservices.com.

72. At 4:40pm, I received an email from accounts@mjfminingservices.com stating, amongst other things, that:

> "We note that we cannot accept service and reject this as we do not desire to act on a matter whilst an authorised officer of the company is indisposed.

| Witness: _____ | Signature: _____ |
|---|---|
| Constable Kathryn UNGER | Craig WRIGHT |
| Hornsby Police Station | Hornsby Police Station |
| July 2014 | July 2014 |

**Statement of** Craig WRIGHT
**In the matter of** Police v FERRIS

*We will contact you when Mark is back. We will not accept further correspondence regarding this matter before this.*

*Accounts."*

A copy of this correspondence is marked 'ANNEXURE

73. On 21 December 2013, I conducted an ASIC search in respect of MJF Mining. The search results disclosed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked 'ANNEXURE

74. On 29 December 2013, I conducted an ASIC search respect of MJF Mining. The search results confirmed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked 'ANNEXURE

Witness: _____   Signature: _____
Constable Kathryn UNGER           Craig WRIGHT
Hornsby Police Station            Hornsby Police Station
July 2014                         July 2014

Page 14 of 14