*Strictly Private and Confidential*
*Legally Privileged.*

**16 June 2014**

## PROOF OF EVIDENCE CRAIG WRIGHT

*This document is a draft prepared for the purposes of legal proceedings. It is subject to further instructions from Dr Wright and should not be used for any other purpose.*

1.        This is the evidence of Dr Craig Wright regarding his dealings with Mark Ferrier.

**FEBRUARY - MARCH 2013**

**Melbourne Conference**

2.        In around early February 2013, I attended a Conference in Melbourne on Mining and Security. There were approximately 60 - 100 people at the conference.

   **Clayton Utz have evidence relating to the 11th Annual National Scada Conference (Melbourne on 28 - 30 May 2012); 12th Annual National Scada Conference (Melbourne on 26 - 27 March 2013); IT & Network Security in Mining Conference 2012 (Melbourne on 19 - 20 June 2012); Network Security in Mining 2013 Conference (Perth 18-19 June 2013)].**

   **There are also other conferences. I really do not remember at which conference I first** met him. I have added some other possible. I was talking at up to 16 conferences a year and at that point I did not take notes as I did not know this would be the result. The initial contact was from SMS to my number and mentioned that we met at one of these conferences.

3.        I was invited to attend the Conference to give a presentation about the automation of the mining industry. Specifically, I discussed how mining contracts and mining equipment could be linked by a "block chain". A block chain is a "triple entry ledger".

   **I specifically talked on the automation of systems, I had not gone into detail in the presentation. I talked of attacks and mitigation. Bitcoin was a private talk.**

4.        I spoke for approximately an hour at each conference. After my presentation, the conference had a morning tea break. At some point during the break an individual approached me.

**I know it was one from that period, but I really cannot remember which one now. It would have been a 10-15 min chat.**

1

Legal\311971002.1

*Strictly Private and Confidential*
*Legally Privileged.*

5.  This person was male, white, had blue eyes and short "dirty" blonde hair. He had no facial hair, and a round face. He was slightly taller than I am. That would make him approximately six foot and one inches tall. I recall that he was wearing a suit and tie because he stood out from the crowd who were mostly dressed in casual attire.

6.  Now shown to me and marked **Annexure 1** is an image taken from the Facebook page of Mark Ferrier. The photograph shows the man who approached me at the conference.

7.  This man said words to the effect of:

    "*This is all good, but how can it help me?*"

8.  In response to his question I explained my interest in Bitcoin and automation. I cannot recall the precise words that I said, but I remember that I spoke for about five minutes about how I think Bitcoin and automation is going to transform the world.

9.  When I stopped speaking, he introduced himself and said words to the effect of:

    "*I am Mark Ferrier*"

10. I introduced myself and said words to the effect of:

    "*I am Craig Wright*"

11. We then had a conversation in words to the effect of:

    Mark:   "*Would you be interested in chatting some more?*"

    Me:     "*What would you like to chat about?*"

    Mark:   "*About how this could help me. I am heavily involved in mining and finance of mining.*"

    Me:     "*Great*".

    **I noted to the person who had called themselves Mark Ferrier that I was looking at obtaining automation software it and was interested. I had visited booths etc.**

CONFIDENTIAL

*Strictly Private and Confidential*
*Legally Privileged.*

12.     I then handed Mark my business card. I cannot recall if he gave me his business card. I have subsequently searched my files and have been unable to find one.

13.     We then had a short conversation in words to the effect of:

Mark:     *"Do you mind if I contacted you by Skype"*

Me:     *"No, in fact I would prefer it".*

14.     We then ended our conversation. The conference continued and I do not recall speaking to Mark again during the conference.

15.     I have always preferred communicating with friends and clients online. At this time I thought that Skype kept a record of all messages for about a year. It was only in or around October 2013 that I was informed that following Microsoft's purchase of Skype, records were only retained for approximately three months.

**Subsequent Communication**

16.     At the end of February, I cannot recall the exact date, I contacted a person using the Skype Profile "Mark Ferrier". I called him directly. I cannot recall what was said, but he sounded similar to the person who I had met at the conference.

17.     Shortly thereafter, before the end of February, I had a Skype text conversation with "Mark Ferrier" in words to the effect of:

Mark:     *"Are you still looking at purchasing automation software?"*

Me:     *"I definitely am"*

**I had noted early on that I was interested in purchasing automation software. I did not take notes as to when, but I have the email and Skype logs.**

18.     Within 48 hours of the text message conversation, I was called by Mark on my Skype listed number "(02) 8003 7553". I said words to the effect of:

*"Can I please have your email address*?".

19.     On 3 March 2013, I received an email on my account craig@rcjbr.org from markferrier@hotmail.com . The Email read "This is mine". A copy of this email is marked **Annexure 2**.

**SCADA Software**

Legal\311971002.1

*Strictly Private and Confidential*
*Legally Privileged.*

20.      Between March and April 2013, I had a number of communications with Mark via Skype. This included voice calls, but was mostly by text. In the course of our conversations I discussed with Mark the concept of a "bitcoin exchange" by which smart contracts would be connected. This is an idea that I had developed with my business partner David Kleiman (**David**) for a period of over a decade.

**I started developing smart contracts in 2007. Dave and I worked on this for a number of years up to 2011.**

I started companies in 2009 for this reason.

A short explanation as to what is meant by "smart contracts"

- http://en.wikipedia.org/wiki/Smart_contract

- https://en.bitcoin.it/wiki/Contracts

21.      I first met David in 1998/1999. We were both HICC members. We had a common interest in digital/computer forensics and law enforcement and co-wrote a number of papers on crime prevention and digital forensics. David was based in Florida, United States of America.

I met Dave around 1999 first. We became friends in 2001.

http://www.hightechcrimecops.org/

The High Tech Crime Consortium is a 501(c) (3) non-profit organization founded in 1998.

It is a professional organization that assists law enforcement and corporate investigators to obtain the knowledge and skills needed to combat 21st Century crime where the use or abuse of digital technology is an element of an offense.

Members of HTCC comprise an international cadre of professionals experienced in detection and investigation of digital crime and forensic examination of digital evidence, practitioners of international, federal, and state criminal law, digital forensic software development or information management and security.

Prior to acceptance for membership, an applicant's employment status is authenticated and additional checks are performed when necessary.

Legal\311971002.1

CONFIDENTIAL      DEF_01667263

*Strictly Private and Confidential*
*Legally Privileged.*

22. The idea conceived by David and me, was to develop a system that integrated Supervisory Control and Data Acquisition (**SCADA**) software and a Bitcoin exchange. I had a strong interest in SCADA systems, and had published a Book on the topic that was released in February 2013 (see http://www.crcpress.com/product/isbn/9781466502260).

23. SCADA systems include hardware and software components. The software gathers data in real time from remote locations, and feeds that data into a computer that has SCADA software installed. The computer then processes the data and presents it in a timely manner. That data may then be used to control equipment and conditions.

24. I explained to Mark my interest in SCADA systems and how they operated. In response, Mark said words to the effect of:

> "*MJF Mining is a multi-million dollar contractor and supplier for the mining industry... what you are talking about is of interest to me, because automated services would be valuable within the mining industry*"

25. I told Mark that he was correct - there was scope for the application of SCADA systems to the mining industry. I explained that SCADA is currently used in power plants, oil and gas refining, telecommunications, transportation, and waste and water control. I informed him that Siemens had a SCADA system, as did a number of other "mining people" such as BHP.

26. I also told Mark that the threshold problem for David and I was obtaining access to SCADA software. We did not want to approach Siemens directly, because we intended to review the software to assist us in writing our own programs. We knew that Siemens would not permit this.

27. In response, Mark said words to the effect:

> "*That is interesting. We should probably talk more*".

28. Following that discussion, Mark contacted me approximately one week later by Skype and said words to the effect of:

> "*If I could get hold of this SCADA software, what could you give me*".

29. I was excited by the prospect of obtaining the software. I told Mark that the only way in which I would be able to finance the deal would be by paying in Bitcoin. He said words to the effect of:

CONFIDENTIAL

DEF_01667264

*Strictly Private and Confidential*
*Legally Privileged.*

"*I'll get back to you*"

30.     Mark contacted me before the end of March, saying he could obtain the Siemens SCADA
        software, and would accept payment in the form of Bitcoin.

## APRIL 2013

### Early April

31.     In early April, I discussed with David the proposed contract with Mark Ferrier. At around this
        time we decided that we would do business in Australia, and register our company "Coin Ex".
        See: http://abr.business.gov.au/SearchByAbn.aspx?SearchText=31+163+338+467

32.     At this point in time, I understood that Mark was able to obtain the Siemens software for me.
        Having sourced the Siemens software, I asked Mark whether he would also be able to obtain
        banking software. The system proposed by David and I, and to be operated by Coinex, was to
        integrate a Bitcoin exchange with the SCADA software.  The establishment of a bitcoin
        exchange would require banking software.

I received the software in July when the first payments had been completed. There is no dispute as to the
        receipt of the software. The software has been demonstrated and shown to the ATO and others
        including Commonwealth Government forensic experts.

33.     At this point in time I did not have any serious concerns as to the integrity of Mark Ferrier.
        Mark had obtained Siemens Software for me, and from what I understood I would not pay for
        the software until I was provided with a copy of it. There seemed minimal risk in the
        transaction.

        I have received the Siemens Software. This is not in dispute.

        - **I received the keys and software in August**

        - **The keys are the unlock keys to access the software**

34.     I also gave weight to items of personal information Mark had disclosed to me in the course of
        our discussions. He had mentioned that his father was Ian Ferrier, a well-respected insolvency
        specialist, and that he had "trust fund" set up by his father. Mark told me that he was working
        in Subiaco, Perth at the time, but lived in Paddington in Brisbane. As I understood these were
        good suburbs of the respective States.  Mark had also lead me to understand that his company,
        MJF Mining Services WA Pty Ltd (**MJF Mining**), was a company that did multi-million
        dollar deals "all the time", and I had no reason to doubt what he told me.

Legal\311971002.1

CONFIDENTIAL

DEF_01667265

*Strictly Private and Confidential*
*Legally Privileged.*

35.     In addition, on 5 April 2013, I conducted an ASIC search in respect of MJF Mining. That search identified Mark Ferrier as the sole Director and Secretary of MJF Mining, and the only shareholder. The search did not disclose any information of concern. A copy of this ASIC search is marked **Annexure 3.**

**I conducted a Dun and Bradstreet search in March/April 2013. The company came back clean at the time.**

36.     For these reasons, I trusted Mark Ferrier's word.

**Late April**

37.     On 26 April 2013, David died. I was notified of this by an email from a colleague dated 30 April 2013. A copy of this email is marked **Annexure 4**.

38.     The death of David was a shock. It did not, however, distract me from the goal of setting up a Bitcoin exchange.

**MAY 2013**

39.     On 3 May 2013, I received an email in my account craig@rcjbr.org from Markferrier@hotmail.com. It stated:

> "*Mate.*
>
> *That stuff you have been seeking. I have an answer. I know some guys who I have been dealing with in finance that can help with accessing that software you want*".

40.     I understood his reference to "stuff" to mean the banking software I discussed with him in April 2013 (see paragraph 32 above). A copy of this email is marked **Annexure 5.**

41.     In around mid-May 2013, I had a telephone conversation with Mark. He told me that he had contacts within the Dallah Al-Baraka Group (**Al-Baraka**) who could sell the banking software to me. He also raised the idea that in addition to the contract for purchase of the Siemens and Al-Baraka software I purchase some gold. He said words to the effect of:

> "*I am negotiating a deal with mining people in Western Australia and I can get you some gold…*"

42.     In making this suggestion Mark alluded to the volatility in value of bitcoin. He said words to the effect of:

CONFIDENTIAL

*Strictly Private and Confidential*
*Legally Privileged.*

> *"Mate, you don't know that Bitcoin is going to work. It is volatile. You should diversify in gold…. If you bundle the transaction into one - the Siemens software, Al-Baraka software and the gold, my Dad, Ian Ferrier, will give you free valuation advice on your companies."*

> **The companies to have a valuation included Coin-Exch Pty Ltd and Hotwire Pre-emptive Intelligence Pty Ltd.**

43.   What I understood from Mark's proposal was that in return for him transferring me the Siemens Software, Al-Baraka software and the gold, I would transfer him a large number of Bitcoin. Mark would then act as an agent with the Bitcoin, and transfer it to the relevant parties as payment. I did now know how much he would get paid, but I knew he would get a cut.

44.   On 13 May 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of the ASIC extract is marked **Annexure 6**.

45.   On 17 May 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com with subject line "Golden". It stated:

> *"My lawyer will get a contract to you soon and we can set a price in that funny money you think has value.*

> *Look, if it works, we are set. I do think you need to consider that other offer. These clowns are serious and I can get a great deal here. I will sell you the gold to enable you to get a start in the real world and you get me the bitcoin thing.*

> *I am not one for this, but as long as the Arabs are willing to get money to me, I will get gold to you. We should talk more on Skype. I know that you will come around. Software has no substance, gold is something you can hold and nothing stops you doing both.*

> *Ma."*

46.   I understood his reference to:

  (a)    "funny money" to be Bitcoin;

  (b)    "the Arabs" to be Al-Baraka;

  (c)    "the clowns" to be his mining interest in Western Australia. Mark had not disclosed the identity of this mining interest. He did, however, say words to the effect of:

Legal\311971002.1

DEF_01667267

*Strictly Private and Confidential*
*Legally Privileged.*

*"although the company has previously had some bad publicity, they have recently been taken over by new bosses so everything will be okay".*

47.   A copy of this email is marked **Annexure 7**.

48.   At this point in time I did not conduct any further due diligence in respect of Mark or MJF Mining. It had come to my attention, I do not know how, that Mark had previously had a company which had failed. As he had not been disqualified for his conduct, I did not consider this to be of concern.

49.   Between 17 May 2013 and 23 May 2013, I cannot recall the exact date, I had a Skype conversation with Mark. This was the first time that we discussed the amount of Bitcoin I would transfer to him, in exchange for the Siemens software, Al-Baraka software and gold. In this conversation Payne's Finds Gold was identified as the "mining interest".

50.   Following this conversation, I gave Mark access to a Bitcoin "wallet" so he could see the value of Bitcoin I had. There is a separate document attached that explains Bitcoin and the wallets. At the time of having this conversation, Bitcoin was valued at approximately $120 - $140 per Bitcoin [**The values are determined on market and we have a value at the time from Xe.com**]. I was excited at the prospect of obtaining the Siemens software and Al-Baraka software that I told him I was willing to give him about 50% of my Bitcoin wallet. In May 2013, my Bitcoin wallet would have been worth approximately $100 million.

John Chesher has the XE.com values – these are market values.

John Chesher can offer the values and amounts – I have provided the details of the wallets I control to the Tax Office as well – I first did this in July BEFORE these transactions.

- https://en.bitcoin.it/wiki/Wallet

- http://moneymorning.com/2014/02/14/bitcoin-heres-everything-need-know/

51.   I understand that Mark took this offer to Al-Baraka who said that they could give me more platforms and modules of the software if I offered more money. I was excited by this prospect, and offered more Bitcoin. I did not turn my mind as to how the Bitcoin would be apportioned between Siemens and Al-Baraka. That was of no interest of me.

52.   On 22 - 23 May 2013, I received a series of emails in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. A copy of this email correspondence is marked **Annexure 8**.

Legal\311971002.1

CONFIDENTIAL

DEF_01667268

*Strictly Private and Confidential*
*Legally Privileged.*

**JUNE 2013**

53.      On 1 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com. It stated:

> *"If you can get it witnessed and back before Monday close we are in business*
>
> *Popal wants to go public so some pressure on this end*
>
> *Ma"*

54.      I understood this email to mean that Mark required the Contract for the purchase of the Siemens software, Al-Baraka software and Paynes Find Gold options (**Contract**) to be returned by 3 June 2013. A copy of this email is marked **Annexure 9.**

55.      At the time of receiving this email, I did not have a copy of the Contract. I contacted Mark Ferrier by Skype to request a copy. He subsequently "shared" the Contract by Skype.

56.      The Contract is titled "Contract for Sale of Personalty". I thought it was strange that the Contract was expressed in these terms. I raised this with Mark. In response, he said words to the effect of:

> *"It is just what the lawyers require"*.

57.      A copy of the Contract provided to me is marked **Annexure 10.**

58.      On 1 June 2013, I accessed website http://www.goldnewsworldwide.com/lag/operations/ which stated the following:

> *"Paynes Find Gold (ASX - PNE) will soon provide an operations update and has placed its shares into an ASX trading halt while it prepares the announcement"*.

A copy of this search is marked **Annexure 11**.

**A number of Reports relating to PFG are available.**

59.      On 2 June 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com subject line "Letter". Attached to this email was a confirmation letter stating that, amongst other things:

> *"We will issue the license agreement and finalize the contract payment upon satisfactory completion of company registration"*.

Legal\311971002.1

CONFIDENTIAL

DEF_01667269

*Strictly Private and Confidential*
*Legally Privileged.*

60.      A copy of this correspondence is marked **Annexure 12.**

61.      On 11 June 2013, I conducted an ASIC search of MJF Mining. A copy of this extract is marked **Annexure 13**. I conducted a search after the Contract had been executed as my lawyers and accountants have been told to maintain records – I did this each time as a double check as it was a large amount of money.

**JULY 2013**

62.      On 1 July 2013, I received an email in my account craig@rcjbr.org from mark@mjfminingservices.com. Attached to that email was Tax Invoice 0B0188 issued by "MJF Contracting" (**First Invoice**).  The First Invoice specified that I was to pay $AU 38,830,000.00 by 15 August 2013, and related to the supply of the Siemens Software, Al-Baraka Software, Gold and Bitcoin. A copy of this correspondence is marked **Annexure 14**.

**AUGUST 2013**

63.      On 9 August 2013, I conducted a Dun & Bradstreet search in respect of MJF Mining. I noted that Mark Ferrier was listed as the sole Director and Secretary. A copy of the Dun & Bradstreet report is marked **Annexure 15.**

64.      On 15 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

> "*We will process a transfer tomorrow and as long as the first account settles in the timeframe as promised we will proceed*".

65.      A copy of this email is marked **Annexure 16.**

66.      On 16 August 2013, I received an email in my account craig@rcjbr.org from accounts@mjfminingservices.com subject line "Receipt". This email stated that:

> "*The client has confirmed the transaction and the confirmation process. We will arrange finalising this and completing the transactions*".

67.      A copy of this email is marked **Annexure 17**.

68.      On 20 August 2013, I received a Skype text message from Mark Ferrier telling me to use email address mjf@mjfminingservices.com.  A copy of this email is marked **Annexure 18.**

69.      On 22 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com in which Mark requested the "key" [this a reference to the software key – it is used to unlock and access the code]. A copy of this email is marked **Annexure 19.**

Legal\311971002.1

CONFIDENTIAL                                                                                                DEF_01667270

*Strictly Private and Confidential*
*Legally Privileged.*

70.     On 24 August 2013, I received an email in my account craig@rcjbr.org from markferrier@hotmail.com relating to the transaction. A copy of this email is marked **Annexure 20.**

71.     On 15 August 2013, I received "Tax Invoice Dallah" for the specified sum of $20,311,471.84 relating to the supply of the Al-Baraka software **(Second Invoice).** The Second Invoice specified that payment was by 30 September 2013. A copy of this Invoice is marked **Annexure 21**.

        The accounts and an excel spreadsheet titled 'Core Software' that shows 135,100.10 were transferred on 15 September 2013 as well as the transaction details are available as evidence.

72.     On 30 August 2013, I paid MJF Mining the sum of 245,103.89 Bitcoins, which was the equivalent of  $AU 38,830,000.00, being the sum specified in the First Invoice . A copy of the confirmation of Transaction Payment is marked **Annexure 22**.

**SEPTEMBER 2013**

73.     On 15 September 2013, I transferred 135,100.10 Bitcoins in consideration. A copy of an excel spreadsheet titled "Core Software Invoice" is marked **Annexure 23**.

        **OCTOBER - NOVEMBER 2013**

On 1 October 2013, Paynes Find Gold Limited advised that it had formally terminated its Mining Services Agreement with MJF Mining. A copy of the Operations Update issued by Executive Director Carl Popal is marked **Annexure 24**.

I became aware of this on **the third week of Oct – I was informed by Mr Popal of PFG that they did not trust Mr Ferrier and saw "issues" with the agreement between PFG and MJF.**

74.     On 10 October 2013, I conducted an ABN search for MJF Mining's ABN "65 160 509 204". A copy of the ABN search result is marked **Annexure 25**.

**I conducted this search as I was checking the address to contact Mr Ferrier (who had been unresponsive) – I was not able to get a hold of them and was trying everything I could.**

75.     On 12 October 2013, I received an email from Markferrier@hotmail.com attaching the username to access to Al-Baraka Software. A copy of this email is marked **Annexure 26**.

76.     It has subsequently been brought to my attention that Mark Ferrier had been extradited to Queensland at this time. A copy of a news article confirming this is marked **Annexure 27**.

John Chesher informed me of this in the third week of Oct.

CONFIDENTIAL

DEF_01667071

*Strictly Private and Confidential*
*Legally Privileged.*

Carl Popal pointed me to the newspaper article when I called him

77.   On 13 and 17 October 2013, I conducted ASIC Company searches for MJF Mining. These searches confirmed that Mark Ferrier was still listed as the sole director and secretary of MJF Mining, and the only shareholder. A copy of these Company Extracts are marked **Annexure 28**.

   **I conducted searches on these two dates as I was concerned. I was not aware at this point that Mark had been extradited from Perth in September**.

   I was not able to get on to MJF at all.

   I was not aware of the legal issues with Mark before I was informed by John etc. I discovered these issues on a later date.

78.   I received no further correspondence from Mark following 12 October 2013.

**NOVEMBER 2013**

79.   On 10 November 2013, I conducted a search of the ASIC database in respect of MJF Mining. A copy of this search is marked **Annexure 29**.

80.   On 13 November 2013, I conducted a search of the ABN database in respect of ABN "65 160 509 204". The search results confirmed that MJF Mining remained "active".  A copy of this search is marked **Annexure 30**.

81.   On 19 November 2013, I commenced Supreme Court proceedings 2013/348577 against MJF Mining. These proceedings were commenced by of Statement of Claim, a copy of which is marked **Annexure 31**.

82.   On 19 November 2013 at 1:09 pm, I caused a copy of the Statement of Claim in the Supreme Court proceedings to be sent by email to accounts@mjfminingservices.com. A copy of this email is marked **Annexure 32.**

83.   On 25 November 2013, I wrote to mark@mjfminingservices.com saying:

   "Is anyone there".

   A copy of this email is marked **Annexure 33**. I did not receive a response to this email.

**DECEMBER 2013**

Legal\311971002.1

CONFIDENTIAL

DEF_01667272

*Strictly Private and Confidential*
*Legally Privileged.*

84.    On 18 December 2013 at 08:10 am, I received an email from accounts@mjfminingservices.com in response to my email dated 19 November 2013. responded to this email at 11:21 am that day. A copy of this correspondence is marked **Annexure 34**.

85.    On 18 December 2013 at 11:32 am, I wrote to mjf@mjfminingservices.com and mark@mjfminingservices.com. saying:

> *"Hello Mark,*
>
> *It has become imperative that you contact us urgently.*
>
> *If we are not contacted before the end of the month we will have to look at appointing receivers.*
>
> *Regards,"*

86.    I have not received a response to this email. A copy of this email is marked **Annexure 35**.

87.    On 19 December 2013, I commenced  Federal Court proceedings NSD2577/2013 against MJF Mining. These proceedings were commenced by way of Originating Application and Statement of Claim, copies of which are marked **Annexure 36.**

88.    On 19 December 2013 at 11.49 am, I caused a copy of the Statement of Claim and Originating Application in the Federal proceedings to be sent by email to accounts@mjfminingservices.com.

89.    On 19 December 2013 at 4:40pm, I received an email from accounts@mjfminingservices.com stating, amongst other things, that:

> *"We note that we cannot accept service and reject this as we do not desire to act on a matter whilst an authorised officer of the company is indisposed.*
>
> *We will contact you when Mark is back. We will not accept further correspondence regarding this matter before this.*
>
> *Accounts."*

A copy of this correspondence is marked **Annexure 37**.

90.    On 21 December 2013, I conducted an ASIC search in respect of MJF Mining. The search results disclosed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked **Annexure 38**.

Legal\311971002.1

*Strictly Private and Confidential*
*Legally Privileged.*

91.      On 24 December 2013, I conducted a "Whois" search in respect of "MJFMININGSERVICES.COM". A copy of the search results are marked **Annexure 39**.

The owner of the domain mjfminingservioces.com is Mark Ferrier and thus he owns and controls the emails.

This has been updated to hide Mr Ferrier and change the results in the 2014 year after the court action.

92.      On 29 December 2013, I conducted an ASIC search respect of MJF Mining. The search results confirmed that Mark Ferrier was no longer the Director or Secretary of MJF Mining. A copy of the ASIC Company Search Results are marked **Annexure 40**.

DRAFT

Legal\311971002.1

CONFIDENTIAL

DEF_01667274