**MEDIA TRAINING SESSION 1**
**18/03/16**

**Good morning, I am Stuart from GQ Magazine**
Good morning Stuart, nice to meet you.

**I just missed my bus this morning but glad that I've got here on time as I've been looking forward to chatting with you. So, let's start at the top with the real million-dollar question. How can you prove that you're Satoshi?**
We're going to be retiring the keys. But the real question is not whether someone has control of keys; it's more of the work that we're doing. We have quite a number of papers and other things coming out very shortly. We have a number of mathematical papers detailing all the fundamentals of Bitcoin and how it functions and why it's secure and will be releasing those as well as where we're going to take it in the future. And the reality is not whether you should be believing me anyway: I don't want to head-up anything, I don't want to be in control, I'm here because I have to be. The real issue, and the real focus that we have to look at, is that if there is a single leader of Bitcoin who is going to be dictating what happens, then it's not going to work. We have to be in an open environment where people are free to experiment, where they're willing to make concerted efforts to try things that may fail. I know that actually sounds bad to some people in that we're playing with money, but any start-up is playing with money.

**So, it was a committee of people, for want of a better word? You're not trying to claim all the credit, it's not all about you, it's a combination of people and minds.**
I had a lot of help. In particular a friend of mine who died a few years ago, Dave Kleiman, gave me a lot of help but there have been many other people along the way. And more than that it's been the people who have continued since I've left. These people have actually put in a lot of time and effort into making Bitcoin what it is. The fact that I want it to succeed is important to me, but it doesn't mean that that's all that there is. I don't want to be in charge, I didn't and I still don't.

**OK, so you're not the messiah type figure looking for all the publicity. You just want to get back to being an academic.**
I just want to get back to writing papers. I want to go back to what I was doing before and I want to start releasing those again.

**You talk about releasing papers and you have talked about releasing a report. When can we expect to see them?**
At the moment we have several finished and I'm just waiting. It's because of all the problems we have had in the last few months about avoiding press so we can just get things sorted. I've actually held off releasing some of them.

**Tell us some of the problems you have had. Why have you decided now to come out into the open?**
I haven't really decided, it was forced and thrust upon me.

1

**You seemed to leave Australia – I wouldn't say under a cloud – but there was some sort of controversy there. Why did you leave? What happened?**
Unfortunately when you're not talking to people, people come up with a lot of stories. We'd actually been looking at leaving months before that, it wasn't that we left on the day. Things happened just as we were leaving.

**For instance, there was a report from the Charles Sturt University essentially denying or discrediting your claims that you studied there or you taught there. What was that about?**
Unfortunately I can be a little bit naughty in some ways and I wanted to do two degrees at once. I was allowed to and I have two different identities with the University and that has worked up until now. I haven't really done these things to try and get more degrees or whatever else, and the idea that they pointed out saying I have four Masters degrees at that one. Well at the end of the day it doesn't get me anything more by having more there than the other Universities. I have. It's really for me.

**So it's just a misunderstanding?**
Yes.

**Talking about misunderstandings. There was quite a furore about tax and stuff like that. There was talk about a big investigation by the government and raids.**
I think most of that stuff has been blown out of proportion. We are communicating with the government and I can't really say much more than that at the moment.

**Is it true that the Australian federal police raided your home?**
I know after I had left that house they came in there. I wouldn't say a raid. They came in there looking for information.

**But why? If you claim you're innocent and haven't done anything wrong why would the police break into your home?**
No one broke into any home.

**Did you let them in? Or did someone let them in?**
Well I wasn't there. I had already left.

**So they would have broken into your home.**
No, of course not.

**I think the world would want to know why the police came into your home? You haven't done anything wrong?**
It's a fairly usual occurrence.

**That police come into your home without you?**
Yes it is actually. Even in civil matters you have an (end-time pillar), people want to grab and capture information about things.

2

DEF_00172529

**Do you think police have too much access to people's homes? Is there a big brother vibe to all this?**
I don't really want to get into politics.

**OK. There is a rumor that you did some work with the Australian government, some people say in defense or something like that. What was your relationship with the government?**
I have had involvement with the government in the past yes.

**In what area?**
I worked with people such as the federal police in a number of areas such as anti people smuggling and forensics associated with that and even with catching child predators.

**How big is this problem is this pedophilia thing that we seem to read about every day? Here in the UK you'll have seen practically every celebrity, including Rolf Harris whose been dragged into this. Is it an out of control situation?**
I don't know if it's out of control. I think it is a problem though. In particular this is an area where a lot of people are getting access to a lot of material and we're not doing a lot to stop these things. Now, one of the problems of course is with sex trafficking and other things across the different areas, from South America into the US, and Saudi and other things like this. You have a lot of women who believe that they're getting a well-paid job, helping their family, and then they don't get heard of again or they've been sold to something and that is a huge problem.

**So you actually worked with the police in this sex trafficking. That's very interesting.**
I analysed hard drives. I do a lot of forensic work.

**Within Australia? Within other countries? How much did you do?**
I can't really talk about things. There are a number of cases where I acted as an expert witness and also an analyst of material.

**You obviously feel very strongly about child trafficking and sex trafficking. I presume there would be a lot of money coming your way out of all that's happened with Bitcoin and all of that. Will you be using some of that to advertise and promote against this kind of thing?**
Not so much to advertise or campaign or anything like that. I have had a lot of involvement with a charity called (Burnside) in the past, which are part of the United Church, and I have a strong affiliation with them. They help single mothers, single fathers and whatever else and what I have really focused on is education. A lot of the computers we have used in the past - that we've used for a year or whatever else - we've donated or we've given education and training. Going forward, one of the things we're setting up at the moment is a foundation just for that.

3

DEF_00172530

**OK. Just finishing on Australia, you didn't leave under a cloud because it did seem that you left quite suddenly. But you think it's just been blown up and these are all things that will be straightened out?**

I think so. I mean we haven't been talking and people have been filling in the gaps themselves. I guess part of the problem there is a void that people seem to have to fill it.

**So why did you allow that void? Why didn't you address all those issues immediately?**

We had people here that we're setting up and starting a business and whatever else and we're in the middle of a lot of changes within the organisation and really the business comes first.

**So that means you couldn't defend yourself at all when people are making allegations against you?**

I am not happy at all but that doesn't mean that I am able to respond to it all. If I am going to be spending my time trying to bat answers back for everything that occurs then I'm not going to get any work done.

**You say this was forced upon you – you coming out as Satoshi – why was that?**

Unfortunately information was leaked and a lot of things have been said to try and discredit me. And unfortunately that has left me in a position where I don't really have much of a choice. If I want to continue going forward, if I want to publish papers and have people read those for what they are then I have to come out. Look, at the same time I don't want people to take what I am saying as gospel because of something I have written in the past. It's important to me that this is about, not authority, but what I am actually writing. So anything I write should be taken with a grain of salt until it's proven. If I write a mathematical equation, people should validate it. If I write a scientific paper, people have to validate it. It's all about peer review. But getting to that point is the important aspect for me.

**Who do you think could possibly have leaked all your information?**

I don't know unfortunately.

**There have been some reports that it could have been the Tax Office itself? Could that be so?**

I can't answer that one. I mean that's the problem with rumours. I'd just be getting on the same bandwagon that everyone has been using against me.

**There have been specific allegations in certain areas, things like Wired, that suggest you have backdated some of these documents, or that they've been altered in some way. How do you respond to that one?**

It's an easy accusation to make. But if you actually check the information being said about it you'll find that it's actually false. If you go back to the Internet archive, the Wayback machine, hosted by the Library of Congress in the US, there are copies of all the software and webpages that show that the version of PGP for instance actually did have those particular hash functions included at that date. In fact, they were included in 2007 so well before (timeline) created those keys, all of those functions were there.

4

DEF_00172531

**Will you be explaining this to the world? As obviously some people will accuse you of being a hoax.**

You get accusations. I think a lot of people are probably threatened by having someone come back. It's like (Lenis Torvil), he heads it up, he's in charge and people answer to him. But I don't really want that role. I don't actually want to be the head. I want to put information out there and I want to create and develop but I don't want to necessarily stand there and say what needs to occur. I want that to be more of a democratic process where people actually choose based on the efficiency and value of what is actually there. So they look at the code, they look at the solutions and they find what is economically the most viable? What will work the best? What provides the most information?

**So are you suggesting that – regarding the accusation that you backdated the PGP paper - you're suggesting that these allegations are false? Why would anyone do that? These are well-respected members of the Bitcoin community.**
I think he probably just made some errors and didn't check his facts. I would like people to check their facts.

**Isn't that odd that a senior developer wouldn't check his basic facts?**
People make comments very quickly on forums. Unfortunately we're not talking about a periodic paper that's gone back and forth several times, we're talking about a Reddit forum. At the heat of the moment people say things and they get blown up. That's all I have to say on that.

**Obviously there have been lots of rumours out there suggesting that other people are Satoshi – there's a Romanian one, and Irish one, there's a lot – does that get on your nerves?**
No, I actually feel sorry for them in some ways. Its not a position that anyone would be envious of.

**Just to get down the hard tacks, can I ask how many Bitcoins do you have?**
There is a trust and I don't have anything anymore. Everything has been put into the business.

**What are the advantages of Bitcoin? Because we can see things like dark web, Silk Road and so on, there are some negatives associated with it as well as the positives.**
At the same time, you'll find out that Silk Road was actually taken down and many of the ancillary people were actually taken down because of the trail. So although its unanimous its not anonymous and that means that there are traces there. It is a global ledger that can be traced so it's not completely anonymous.  What you will find is that it's actually going to make people more honest in that there is a complete ledger of what occurs. So if we exchange goods or we exchange services, then I have proof that it occurred so we don't need to tell the world. But at the same time, if something goes wrong, I still have that receipt and so it can be set up in a way that I cant lose.

5

DEF_00172532

**If I'm a bad guy, I'm a Russian gangster and I've got a load of weapons and I want to sell them to a terrorist, does that not make it a lot easier?**
Well, you've got this thing called cash right now.

**But it's quite difficult to transport millions of dollars to a restaurant in Bagdad for example.**
It's actually amazingly simple to wire money. And there are other forms of transfer as well. There are diamonds, there are bearer bonds, everything like this. People have been using money for a long time. The daily transfer of just drug traffic is far larger than the entire Bitcoin economy. We're looking at things here, and if you take everything around the world for drugs, the whole Bitcoin economy is minute.

**One of the things that was leaked in the papers previously was that there was a trust and that you have control of the trust in 2020. Is that true?**
It goes back to the corporation and at that point then we will put it into the company again.

**But it actually goes back to the corporation or it goes back to you? Because it actually had your name on that legal document...**
Everything I am doing goes back to the company and my research.

**So there is nothing at all that you will have for yourself? There are 1 million Bitcoin apparently that Satoshi mined, and you have none of it at all?**
I have spent money on my business and my research and I will continue to do that. I have more than enough, I don't need a job, I don't need to live with any more than I have, I am very happy how I am.

**So there is a trust then? Because that has been constantly talked about in the papers?**
We will actually be releasing the details of the trust. The lawyers have argued the point that it's not a trust; we have an electronic system that is a dealer-less key exchange system that allows you to safely and securely set-up a system of transferring Bitcoin over time. That is going to be released shortly. That is one of the things we have a paper for already. But the problem there is of course that it is going to take a little bit of time for people to understand it, to code it and all the rest. So we have the idea, we have the concept, but to really release that into the wild, so to speak, we still need more time. It's alpha and experimental right now. What that does mean though is that we have a means of protecting people's assets and investments, so that people can control what happens and need to worry about their Bitcoins and not need to lose them.

**Exactly how many Bitcoins did you mine?**
I mined quite a number and I was with my partner, so to speak, in all of this, Dave, we mined quite a lot.

**How many people were involved in creating Bitcoin?**
In creating Bitcoin? A lot. How many people were involved in Satoshi is probably a better question. That was two of us.

6

DEF_00172533

**Some people say that perhaps you're not Satoshi, but that Dave is Satoshi. But of course he is dead and he cannot speak for himself. How do we know it's actually you?**
Dave was a key part of everything that I did. Dave spoke as Satoshi and I have to admit that Dave was always far better and far calmer to be in this area of dealing with people and he is sorely missed. But the only way to really look at this is to look at the information that we'll be supplying: the papers. From that, I'm not asking you to do anything or believe me, I am asking you to judge based on the information.

**So would you actually admit that you are Satoshi?**
Dave and myself.

**How many Bitcoin did Dave mine?**
I'm not at liberty to discuss that I'm sorry

**You refer to yourself as having mined quite a lot of Bitcoin, how many is quite a lot? Is it billions?**
It was only ever going to be just under 21million Bitcoins so it can't be billions.

**OK, valued at billions then maybe.**
Well, who knows? I mean right at the moment it's not but personally I see a large future for this. We're talking about a technology that isn't just money, it's an economic token and right now it's a very small value for what it can be. One day we're going to be in a situation where it can be millions or tens of millions of dollars per Bitcoin. It might be twenty, thirty years away but that's where we're headed.

**Could it change the world economy?**
It's disruptive, of course it can change the world economy. Uber changes the world economy, Facebook has changed the world economy so yes, any disruptive economy changing technology is really going to change the focus of everything. What we're really doing is creating automated agents that will allow different pieces of technology to start communicating. Now that means you can have internet devices connected and communication seamlessly, simplifying everything you're doing, automating processes, finding the best time to pay for electricity rather than having to turn on the washing machine. Everything can actually start looking at different tariff rates and having miniature auctions in effect so that your washing machine starts bidding with other washing machines to get slightly better tariffs. That's where we're headed, that's why it will disrupt things.

**Just sticking with the disruptive theme. Are we saying we're cutting out the third party? The bankers, the agents, the builders, they're all superfluous aren't they?**
Not necessarily. What they have to do is add value. So if you're looking at a big bank that you just put money in, what does it do? So what we end up with is finding areas where banks actually add value, how do they get those people that are the best loan risk, the people that will actually pay you back. So we change in to a peer-to-peer lending system, we start moving into reputation systems, to authentication of people, of knowing our customers. All the things we're meant to do as a bank.

7

DEF_00172534

**Do the bankers become the advisors rather than the people that technically move money?**

Exactly. I mean this is where bankers started. I mean people talk about big bad bankers but originally and even if we go back 50 years, banking was a different entity than it is now. Banking is really about knowing your clients and understanding their needs and finding solutions, not just selling home loans or trying to put together collaterised sort of dead obligations where you have many slices of properties that you know nothing about. We're going back to something that people will have to understand their client to add value or we have the alternative or someone running a top 500 investment scheme where all you get to do is people get to put their money there and you hold it, even for a fee, protecting your wealth because they're just a wallet.

**So banking got too big, too out of control, it ceased to be banking and it became speculation.**

In some ways yes. At the end of the day, money is a ruler. The key focus of money is a yardstick. Now where we have really moved to is a system where the value of your money keeps changing whether it's through quantative easing, whether it's through splitting the money into different loan basis and everyone else having 5% capital holdings. Now we've moved in to a system where we don't have a single yardstick any more. The size of the yard-stick is variable. It's really difficult to start preparing for your future and to understand where you might be going if the yard stick moves.

**So the individual consumer has no idea what their actual pension is because it changes by the hour. So this will take us back to the basics and basic economy in some respects.**

In some ways yes. It will allow people (interrupted – **…it's like a new currency, it will allow people to trade this sheep for that paint or something…**) If you particularly wanted to, it's also going back to the equivalent of a gold coin. Not in the gold exchange standard, people seem to fight about that one and call people gold thugs and whatever else. But the reality there was, even at its best what the government did was limit its transfer to basically large gold bars that in the twenties were worth a thousand pound gold bar. Now a thousand pound gold bar is worth about twenty million dollars today or whatever else and that wasn't your average, I can just go out there and exchange my money for a gold bar. It was your whole suburb exchanged their money for a gold bar so it wasn't really a situation where you could do that and you could only do it in certain circumstances and only do it for certain amounts. In the end it was something like 5% of the gold deposit notes were actually held as gold so in theory you could go back and say I want to take my money and get a bit of gold but one twentieth of that is all that the government actually held.

8

DEF_00172535

**Therefore you can't really name what you've got so when people stopped using gold and started trading in paper. You know something like the Southsea bubble where everyone invested in something that wasn't real and ended up going bankrupt. So now that couldn't really happen.**

Well you can always set up a speculative bubble, I mean nothing says you need hard money. You can chose to invest in stocks, you can chose to put your money elsewhere but you have a fall back. You have something that is worth this amount and will remain worth this amount that is tangible. It might be electronic but it is effectively tangible.

**So looking at it from a very positive point of view and we talked about terrorism and drugs and all of that. Just so I can understand it, I'm just a journalist, say I'm David Cameron and for 10 million dollars I need to get to Rwanda, what do I do? Do I push a button, do I send a key that the President of Rwanda has? What do I do in practical terms?**

Well you have to find the charity once again. You're not going to just send random money off there, I mean you could but how do you know how it's going to be used? So you find a charity, one that you trust, and in the future we can have completely open, auditable charities where the audit function is looking at where has the money actually been spent. One of the things we're looking at, at the moment we have some white papers coming out, is forming DACS, Distributed Autonomous Corporations and Distributed Autonomous Social Organisations that are based on the block chain with full accounting systems so that these things are auditable live. So it's a real auditable system, it's a real live system based on a computer and audit technique that's built into it. So you can actually watch what's happening to the money you invested.

**Say like a thousand pounds was spent this afternoon on medical equipment.**

Exactly, and you can start allocating that and know where things have been put. So you can see this much goes to admin, this much goes to the people and then you get to a situation where you're looking at charities and how it works where people start to actually compete, they have to compete on what they're doing. At the moment, these things are fairly opaque, you don't really see what most charities do. Every now and again you hear about something in the press and the press really says this charity has done wrong, these directors are getting paid too much or whatever else but how about if that was live, right to the minute? You can look at every charity in a particular field, where they're putting their money right now, that's the future of this.

**Does it become the thought police everywhere?**

Well you don't need to put your money into those charities. You can put your money into one that's opaque, that's your choice. You can say I don't want to know what they're doing with my money and that's still your choice but you have the choice. Now the Orwellian bit is the government comes and looks at you without your choice. What we're saying is I get to open my books to try and get you to trust me. You can see everything I'm doing and you can trust me because I can't lie. That is a big distinction. I can choose to remain private but if I'm out there, putting my hand out asking for money why do I have that right?

9

**How do you choose to remain private? Can anybody access the data on Bitcoin, it's completely secure is it?**

The control of the wallet and the function and the key need to be secured. So nothing is completely secure in that someone compromises your computer and you only have a single key, you don't have hardware wallets or whatever else then someone could compromise you. There are ways of protecting that which is probably outside the scope of this but at the same time, I can choose how I'm going to store my money and where I'm going to store it. I don't need to tell everyone about it. Now the ledger is not really going to be open unless I let it be opened so when we're talking about an audit function I can publish my chartered accounts as an organization for instance and allow you to see how I'm calculating that but if I don't, then you don't know it.

**So is (inaudible) secure?**

Of course it is. It's as secure as we have minors. And the more we have, the more secure it gets. So over time it actually becomes more and more secure. The more people use Bitcoin, the more people transmit Bitcoin, the more secure it becomes.

**Do you see what's happening to Apple at the moment, where they don't want to give all this information to the government? Do you see yourself as a libertarian? David and Goliath trying to bring in a new transparent system all over the world?**

I don't know if I'd say I was David and Goliath. (**inaudible from interviewer**) I'm definitely not Goliath, I'm not that type. I see myself more as an academic, as a developer, a budding economist and many other things. I've tried many trades, some I do very well at, others I fudge around at, but at the end of the day I just want to develop technology. And at the end of the day, I know this is disruptive and people will get upset at that but everything was once disruptive. The automobile was disruptive, put horses out of work. Over time, every single advance that makes our lives better, that offers us a better education system, that offers a better way of living longer, healthier and happier. Everything that gives us things that allow us to go home into heated rooms, that we can have changes of clothes. You know a hundred years ago, most people only owned one set of clothing, and we're talking in the west. We're looking at a room here that's probably as big as most families would live in. So we are getting more and more over time and it's because of disruptive technologies.

**So in the long run it aggregates itself out to the good, or positive change.**

Predominantly. I mean we always have to be vigilant, we always have to care about what we're doing and focus on making sure that these things work out well.

**You mentioned several times that there was a 'we', that 'we' were developing patents. Who is the 'we' that we're talking about?**

There are two parts to that. One, I say we a lot. It's not a royal we, but an academic we. And two, my organization. The people who work for me and work with me, well, we're putting together a lot here.

**The same organization you had in Sydney?**

I have a number of organizations, including those in Sydney, Australia, and U.K. and wherever else.

10

**How do these organizations benefit from you revealing your identity right now?**
I don't really know, I have really looked into that. I'm not seeking anything out of it so.

**If Bitcoin is the future and it's a bright as you think it is you must be a very rich man right?**
Define rich. I have a loving family.

**If people claim that you have a million Bitcoin then that's a lot of money isn't it?**
Not as much as Mark Zuckerberg has.

**How does your family feel about this?**
I prefer to leave my family out of things as much as possible. I don't want them to have a change in life significantly. We're not going to be moving into a different way of doing things.

**Will you reinvest this wealth in developing Bitcoin further?**
It's all I've basically invested my wealth into so.

**Do you really think about the assertions, I'm thinking about Mike Hearn's comments in particular at Bitcoin is a flop and it's not going to work? Is he King Canute?**
I don't think that's quite what Mike said. A few comments have been taken out of context. I think also people get frustrated.

**So the rise of Bitcoin is unstoppable, It's just a reality.**
Nothing's unstoppable.

**Are there people who would want to stop you? Is it in the interest of Wall Street to hook up with the CIA to try and block the development of this?**
I don't know about Wall Street and the CIA but yes of course it's of interest to people to try and stop these things. If you're looking at an organization who doesn't want transparency, that doesn't want to be able to change (interview interrupts – **they might not welcome you with open arms**) Many people might not welcome us with open arms but we go back to disruptive technologies. If I was running a coach house I don't really want an automobile.

**What's your view on the scaling debate?**
I've always believed that Bitcoin needs to scale.

**Inaudible question.**
We have released, well I don't know if we would have released by now, but I'll just jump in to that to assume and say that these papers are out there. So we have released a number of papers recently that will be published soon if they haven't been already. These demonstrate that Bitcoin can scale nearly infinitely. What we do need to do is ensure that the infrastructure and the systems actually develop to allow that. That means splitting nodes, dividing what people do and ensuring those who run these things are not just doing this as a hobby anymore but professionalise.

11

DEF_00172538

**Have you spoken to Gavin Anderson lately?**
No I haven't.

**Q: ?**
I believe that there should be one primary ledger, the whole idea of making multiple ledgers leads to problems.

**Are sidechains a threat to BitCoin?**
It depends on how you look at threat. There are different ways that blockchain could end up going. Side chains rely on Bitcoin. So in some ways, it actually makes Bitcoin stronger but in other ways they don't. I really see that we don't need them and adding complexity for the sake of adding complexity is not necessary. We can add everything that we're doing there – and some of the papers that we're doing now – when you look at those you'll see, there are many functions that mimic the early days of computing that allow us to create automatic transactions. It allows us to start having transactions that modify other transactions, but in a manner that is secure.

**Are you motivated in making the decision to come out at this point in time by taking opposition against some of the threats against Blockchain?**
That's always been a hard question. I do support Bitcoin but I didn't come out because of that. If I had my choice and everything had worked perfectly then we wouldn't be having this interview. I wouldn't be out and noone would know who I am.

**Earlier you talked about wealth and being rich. How many Bitcoin do you actually have right now?**
I don't know.

**That's a strange position to take?**
Do you know how much money you have in your bank account right at this moment?

**Yes**
To the cent?

**[laughs]**

12

DEF_00172539

**We talked a lot and focused a lot on the financial aspects of Bitcoin. It's also a way of shifting enormous amounts of data securely, so what are the other practical aspirations? Maybe for hospitals, medical work?**

Well some of the things we're actually looking at is extending the use of what we're doing with WXX. There is a lot of coding being done, by people who are far better at coding than I'll ever hope to be. Now, what we want to do is use the keys, and use everything else there, to use the block chain to store magnet files. That will effectively allow us to have cryptic data store, un-spent transactions (UTXO's) other parties can then act on and securely download, securely access. Now that can be data based files, or that can be health records and it can be a way to prove who you are. So what we are looking at doing is having a hierarchy of keys, that deterministically allow you to create a centralised key for yourself, and then sub-keys depending on aspects of your identity. So you don't need to be yourself, you can be yourself as a parent, yourself as an employee, yourself in the hobby that you enjoy doing at the weekend and you can have different aspects which don't necessarily jump across from one to the other unless you want them to.

**So if I had a personalised key in this brave new world and I, for instance, wanted to travel around the world I wouldn't need to buy airline tickets, I wouldn't need to  go to an airline agent, my key would prove who I was, how much I had in my bank and that I could afford to fly to New York for the weekend.**

Well it could prove all that, but you'd still have to buy the ticket! They're not going to let you fly for free.

**You say that all things are disruptive and in the long term no good for the human race, but is there a danger that it takes the humanity out of being human?**

Does the internet take the humanity out of being human? There is a lot of argument around things like Facebook but they also allow people to communicate far easier. I remember back when I was young having a sometimes €3000 phone bills when things went out of control for a little bit and I left my modem connected for too long. That's not an issue anymore. Now we can communicate with people on the other side of the world; so we can talk to our kids when they're remote and friends and we can stay in touch. That's important and that's part of humanity. We sit and talk about how 'oh the children are on Facebook all the time' but what are they doing? They're sitting there chatting. And just because it's not the way we remember…

**… or being groomed by a pedophile? We have to look at the downside too** …

Yes but that also happened beforehand too. So yes we have to look at how we stop those things but everything has an up and a downside. We need to work to control the downsides.

**Would you say this is the greatest development or invention for the human race since the Internet?**

No

13

DEF_00172540

**Greater? More significant?**
Greater than the Internet? No. It relies on the Internet and builds upon it. So it adds something. But I'm not going to go down there and say that I've created the best thing since sliced bread.

**It feels like it's going to be a scientific change for the whole universe…**
And so was the Internet itself, so were computers, so was the fact that we can have smart watches that start monitoring our health and alerting people to things, so were automatic vehicles and drones. It's one of many technologies that will start interacting to form a new way of doing things and making our lives simpler and better.

**Are you still mining Bitcoin?**
Every now and again I turn on the minor to demonstrate to people, so if you consider that mining, then yes.

**I saw an interview with you where you referenced a data centre in Iceland that you're building. What's the purpose of that?**
We have a lot of computation to do. I wont go into detail on any of these things as I usually get myself into trouble.

**Iceland seems to be an emerging mining location. Are you going back into the mining business?**
It is one of the emerging mining areas but I don't know what the future will hold.

**Tell me about this non-existent circuit computer in Panama.**
I didn't realise that you knew it was in Panama as that is not public information. Unfortunately, the second version of the computer we went to super mark pro.

**Is it in Panama?**
I am not at liberty to answer that

**What is your relationship with Rob McGregor? I understand that he's very much…**
Co-workers.

**He seems to be in some way your manager, or business manager. He seems to be very involved in organising things, setting things up, for instance now we're sat in his office…**
That's not my strength. At the end of the day I've tried that, I've played CEO for a while, and now I'm going back to being chief scientist in the organisation and I've given other people control over different aspects of the business. I've never really wanted all of that, but where I can, I can hand-off and delegate.

**So what you're saying then is he (Rob McGregor) is handling your brand while you, Craig, can retreat into what you want to do and being yourself.**
Well I don't really know about that – handling my 'brand'?

14

DEF_00172541

**Well, your business…**
My focus is purely on writing papers, doing research, managing people who develop code, working with other people in the organisation who are very good project managers, very good architects and developing new solutions. The other aspect of it, well, it has to happen but it's not my focus.

**Before you took your Facebook down, there was a very interesting picture that you posted with someone called Calvin. Can you tell us about your relationship with him?**
I've got lots of friends.

**He's a particular man though, Calvin – I don't know if I should mention his name here or not - are you in business with him? Because there are rumours that you have been…**
Calvin and I are friends.

**How do you know each other? It's interesting because he is a very interesting character.**
If you've read my Facebook you'll see that there I've got two different pictures of Prime Ministers who I am friends with, so I know a lot of people.

**Why did you take all of your social media accounts down?**
Unfortunately I was instructed that was the best thing to do.

**Instructed by whom?**
Instructed by people in the organisation who are better with media than I am. I have a habit of saying too much at times, and unfortunately, after too many things that obviously lead to someone to 'out' me.

**You refer to having your picture taken with two different Prime Ministers. Who are they?**
Both of them were Australian Prime Ministers; the current one and the former one.

**The former one that had a very good relations with the Chinese market?**
Yes.

**But you don't consider yourself political in any sense of the word?**
I try not to be. I don't really look at politics in that format. I believe in free trade, I believe in open communication between different nations and I believe that free trade is actually beneficial to the world, not just individual countries. I think it's important to realise that we're part of a global society.

**I saw an article recently where there was a suggestion that the current Australian Prime Minister had an association with a big (client) mining association that was trying to do an IPO. Have you got an affiliation with that association?**
No I don't.

CONFIDENTIAL

**I'm going to take you somewhere completely different and away from Bitcoin for a bit. What was your childhood like? Where did these ideas come from? Did you have a 'normal' childhood?**

What's a normal childhood? If I grew up in Somalia or if I grew up in the USA it would be completely different.

**Well we know you grew up in Australia. Did you go surfing on Bondi Beach back in the day?**

I was from Brisbane so Bondi was a little bit far for me.

**Obviously you went to school. Were you always studying?**

Yes, I've always been a bit of a nerd.

**So when did this idea start to really formulate in your head?**

Bitcoin not so much... I've really had an idea back from writings I've seen from a number of people on the (Site for Punksters). I was never really active there, I was pretty much what you'd call a lurker but I read things occasionally and I liked the concept. The whole idea of (Shulmian money) back then in the 90's, I had a Mark Twain bank account, back when that was the first version of digital cash and I thought that was a great idea. Fortunately it hasn't really taken off until now but the concept was always good. It can be extended, it allows us to have something that is open and if we have open systems where we can communicate securely then we have far less problems. My involvement has been very much been information security throughout my life; I've worked with the stock exchange for a time, before having them as a client, then I worked with a number of other organisations from there and it's always been around security.

**What role did Hal Finney play in the creation of Bitcoin?**

Pulling apart and helping me fix code more than anything else. I know a lot of people like to, well, think that I am some sort of a messiah who knew everything but the reality was that my code was not perfectly secure: I am not the best coder. And there are a lot of things that needed to be fixed early on, some of those will gradually be made to work properly, but Hal actually evangelised it and took on the role of pulling apart the code and making sure it worked and really had a strong interest in making sure this became popular.

**How did you and Hal come to work together in the first place?**

We didn't really work together; we exchanged emails and messages online and it was after the post was sent to the mailing list, Hal had tried the version 1.0 Bitcoin software and it crashed, he fixed a few problems, ran it again, etc, and over time we found a version that started working.

**The Bitcoin paper that was released to the mailing list – did you write it?**

I wrote the majority of it. Dave and others helped.

**How much of it did you write?**

Well I wrote it and it was then edited.

16

DEF_00172543

**Would you say you wrote 50%, 60%, 90%?**
I wrote it but it was edited. So people looked at giving me suggestions and corrections.

**Let me take you back – I'm going to pull you aside and back to your personal life. This is an intense pressure dealing with this. How do you relax? How do you wind down? Do you have a glass of wine?**
I study. I am doing another masters degree at the moment and I relax by opening a textbook, running some statistical software, doing some math.

**So you never read a thriller? You never do anything?**
No, that's not correct. I do read occasionally other things, and occasionally watch lovely movies with my girls but predominantly, what I do more than anything else when I want to relax, is I study.

**You've got a family as well, that is a source of relaxation!**
Sometimes! Anyone who has kids knows that it can be a great source of relaxation, sometimes!

**How many children do you have?**
We have 3 children.

**Where are they?**
I don't particularly want to talk about my children. There are a number of areas, like safety, that are involved and at the end of the day it's important that they stay out of this.

**So do you have a concern for your children's safety? Has that come up?**
I think any celebrity – and that's what people are trying to make me – worry for their children's safety.

**Why London?**
London is wonderful. It has access to everything that I could possibly want. I know everyone complains about the internet but compared to Australia it's ten-times faster! We have access to developers, financial knowledge, coding knowledge. We have access to Europe, we're on the door to Europe and can just catch a train to Paris or Brussels, it's a wonderful area.

**You mention the train to Paris – and this is not a political question – but what do you think of Brexit?**
In what way?

CONFIDENTIAL

DEF_00172544

**Basically, is the UK stronger connected to Europe or should it go it's own way?**

I believe that people should stay connected, the more the better. One of the worst things that Australia ever did was break away from Britain. We used to have a common shared passport system, and I'm talking a really long time ago here, before I was ever moving around, but I think the idea was great that you could just travel between areas. I like the idea of an open, connected world. You realise, back in the 1890's and before there was actually more globalisation and inter-travel than there is now. People would jump on a boat from Ireland and go to Australia or America maybe and have the summer in one country and winter in another, and that was actually very common. People don't seem to realise this, what we've actually closed down a lot from whatever fears we have of that. We're not looking at people taking our jobs, we're looking at opportunities.

**So can I discern from that that you're in favour of the Commonwealth?**

I am in favour of a more connected global world.

**And the Monarchy? I know it's a very touchy subject in Australia…**

It doesn't bother me, I don't really care about the monarchy. I'll re-phrase that – what matters is that we have a system where people get to choose some of their future. The monarchy, a lot of Brits love them, but from my point of view I don't really care if Australia is a republic or a royalist or whatever else because whether I say I've got a governor there or a Queen's representative as governor, it doesn't really matter. They have a role here in England and they don't really do anything to change how politics occurs.

**You can't see yourself going back to Australia at all?**

I travel all the time so I don't know what's going to happen in the future.
Definitely not, I love this country.

**What do you travel for?**

Business. Occasionally we go out with the family and things but mostly business.

**What is your business? I mean I get what Bitcoin is, I see you as an academic but what is the business aspect of it all?**

Well business is running all of this. We have to manage people on different locations, I have to interact with them. We have a number of locations around the world so I have to travel and…

**What kind of business are you involved in?**

Developing the (inaudible – what chain?) solutions.

**How come we haven't heard of this business? Is it a big company to work for?**

I haven't really wanted to be out there before I was ready to release anything and we have started releasing papers so you'll hear about something soon. I develop intellectual property.

18

DEF_00172545

**So you're part of a corporation, so therefore you couldn't have been David against Goliath, you maybe are Goliath.**
I don't think I'm Goliath. Even average small corporations are not going to be David and Goliath, they're not even David scale.

**Where does the funding for your business come from?**
Over the years we've managed to fund things through Bitcoin, through intellectual property development, software development and contracts.

**There's reference to a foundation. Is that what we're talking about here, your business, the foundations…**
No, the foundation is actually separate. That's being set up at the moment, I won't go too much in to that but there's been speculation I was doing this to try and somehow get money, to get fame or whatever else. One, I don't want fame and two, anything that I earn or that comes out of this is down to the foundation as well so.

**So earnings from your businesses will go in to the foundations?**
My businesses were my businesses beforehand. I've got my own income and whatever else so eventually they will, yes. The majority we're talking, I don't know what it will be worth one day but if they're still worth something in 50 years time eventually that will go into the foundation, yes.

**You talk about not wanting fame and I believe you, but is that not just a by-product of this that's inescapable?**
It shouldn't be.

**When I write my interview, millions of people around the world are going to really understand who you are. Are you then not going to be a celebrity whether you like it or not?**
Whether I like it or not, yes.

**So if we fast-forward a couple of years, do you hope to have retreated into academia and business?**
Yes.

**How do you think you'll manage that?**
One step at a time. Unfortunately I'm learning it's not as easy as people make out. It's a big change. I've come from a background where I was involved with a consulting business and a little bit of university work and teaching and things like that and no one really cared who I was. Now, one step at a time.

**Do you feel the pressure a little bit?**
I do feel it a little bit yes.

**(Inaudible) in Wired reporting in 2015, they claimed that you were** Satoshi **then retracted that and said this was an elaborate hoax. What's your response to them?**
They said either I was Satoshi or that it was an elaborate hoax yes.

19

DEF_00172546

**And we've asked you today, are you Satoshi?**
As I said, there's not really a Satoshi. We have a white paper and we're behind that but there were many other people that took Bitcoin to where it is now.

**Who created that pseudonym?**
Well. Mostly myself, and a little bit with Dave. Both of us acted. Dave was the nice version of Satoshi.

**Who came up with the idea in the first place?**
Mostly myself.

**Why is there a Japanese influence? What does it mean?**
Manga. I grew up in the eighties and Manga was a large part of things I watched as a child.

**And you're still into it? All the Japanese cultures?**
Not all of Japanese culture no but things like the Ghost and the Shell type series, the futuristic Tokyo type involvement with Robotics yes.

**Something like Bladerunner?**
To an extent, although the book was far better.

**So you said to retire the PGP key. Can you tell us a bit about what that means?**
Basically I'll be signing, well saying the key is no longer to be used or valid. That will mean that effectively I'm coming out and saying Satoshi is no longer to be or acting as Satoshi ever again.

**Why is that?**
I think things have gone down a path I don't particularly want or have wanted. At the end of the day, as I've said earlier in this interview, there shouldn't be a head. And that shouldn't be a figurehead either alive or non-existent. There isn't going to be a second coming. I'm not coming here to take over Bitcoin. I don't want to be, and nor should anyone be using some name or pseudonym to justify one view or another. And that's what's happening at the moment, what really needs to happen is things need to be taken not on what I have said, or others have said but on the value of the idea itself. Tested and tried. There should be many versions of Bitcoin, not just Bitcoin (inaudible), or classic, or ft, but people should be willing to try and compete.

**What about those people who really want a figurehead or really want you back, don't you think you're letting them down?**
No. Because they don't really want a figurehead. They want someone who isn't there. They want someone who they can say and take quotes out of context, and I don't want that. I don't want to be anyone's figurehead.

CONFIDENTIAL

DEF_00172547

**Why do you want there to be competition? It's a bit like you've invented the railway line or the railways which have brought everyone together, you then don't want ten different gauges and that happening do you?**

Ah, but that's not the same as competition. You can have a common protocol and to get those gauges the way we have them now there were actually many competing railways originally. It's not always the best, but the one that won out and had the most support is the one that becomes the standard. And even then, there are different railways. I mean, there is a railway that goes all the way to Europe, there is separate ones in Europe, there are local ones, there's the underground and the over-ground here.

**Could that threaten the development of Bitcoin? The fact there's suddenly different versions and make it hard for people to grasp?**

Not if we have… Over time we're going to have to start building solutions and we have to become more professional. It's time for Bitcoin to grow up in some ways.

**When you say over time, are we talking ten or twenty years before it's rationalized? How long is this process going to take?**

I don't know, but I don't see.. I mean ten or twenty years in some areas yes. Sometimes longer. But if we look at the internet, or if we look at computing, then we go back (interrupted – **ten, thirty years without the internet or something**) Exactly, and we look at computing in the fifties with Wang and the sixties with Minski we find that computing has grown in scale, in use and what people thought it could be to something completely new. We've gone from a world where we have a Sci-Fi type computer with a big round screen and the occasional robot talking to The Jetsons to really having immense supercomputers on our wrist.

**What do you think about the (inaudible) and the banks. How does that work for Bitcoin?**

Well they're something in opposition. The banks want to try and protect their own territory so one would expect people will compete in their own way.

**Do you think Bitcoin might take down the banks?**

No, I think things will change.

**Saying you're retiring the key, there was an accusation that the key has been backdated. Is that possible?**

That's actually a different key. The accusation was made with another key and the (inaudible) with the original key will then unfortunately (inaudible) my other keys.

**When you say things have changed and I'm trying to envisage the world in 50 years time, is the ultimate democratization of money, and knowledge and information really empowers the people in effect.**

I don't know. If we're talking fifty years it's a hard thing to imagine.

CONFIDENTIAL

DEF_00172548

**Simpler forms of mass communication, it just takes out all the third parties doesn't it for all systems.**

Yes and no. There will be third parties because access to information is going to grow. The roles that people have are going to change over time. So right now we're talking about taking out third parties because we have a need for a trusted third party to do banking roles, to do finance roles. That will change. The third parties we have will be completely different. And we're not talking about removing jobs, we're talking about changing them. In the past, the types of roles that we had twenty years ago are different to what we have now. No one would have really guessed twenty years ago half the things we now have as jobs.

**Is there a practical application process for climate control with Bitcoin? That's moving that information, that data about what's happening to our systems.**

Well, we already mentioned some of that. We're working to integration with what people term the Internet (inaudible) so, automated systems. And when I mentioned before that we're doing option systems, we want to have things like an auction where you have machines that interact with other machines and not just yours but because your pulling power off the grid so that you have an optimization. Your washing machine and your air conditioner and your whatever else will start not only competing with things in your house but things out there in the world so you have the best allocation of when you turn things on. If you want something now, you can pay more to make sure it happens now. Or you can choose to try and get the best budget for your household.

**So really, even though some of that sounds scary you feel optimistic and positive about the future of the world?**

Definitely. The world as it moves forward has had a lot of ups and downs but generally it's been positive. The life expectancy has improved, we have far less child deaths, murder rates in most areas are down. If you travel between places like the third world and the first world now you can still see what it used to be like to where it is now and even then it's improving. When I was a child just the message you'd hear about the third world, even China, as part of the third world back then was of starvation and poverty. Where we have starvation and poverty now is generally political. It's not because people don't have enough food, it's because someone has stopped them getting food and that's a different scenario in the world now.

**There's not a danger that this destroys indigenous culture, culture separation and it just turns us all in to one efficient but homogenous blob.**

Yes we're globalizing but that's a choice. People want that. If you think about where we are in the world now people are choosing that. It's the youth of today, sitting there talking anywhere have access to vast amounts of data. People will get cheaper and cheaper computers. In a few years people will have automated systems that allow you to learn, allow you to access lessons and textbooks and learn languages and learn math anywhere in the world. Even if you're in the centre of some poor area in Africa you'll be able to get some sort of tablet that will allow you to get on the internet and allow you to get a lesson. We're not that far away from that.

CONFIDENTIAL

**So even if some people who do want to go back in time, politicians, maybe Trump or someone like that, they're going to be swept away by history.**

At the end of the day, if you want to isolate yourself then there are Amish communities, some of which are using mobile phones and there are others.

**Interrupted – some aboriginal communities. They communicate in telepathy, do you believe in anything spiritual?**

I believe the only real telepathy I've had with a book. With a book I get to look into the thoughts of an author from sometimes hundreds of years ago and thousands of miles away.

**Inaudible… …an aboriginal chap read a random line from Shakespeare and another aboriginal elder was in Sydney and he allegedly was able to download those words as they spoke. Do you think that's all hogwash?**

No, those things are generally unreputable.

**What does that mean?**

It means they're not really following a scientific method, not something where you give someone no knowledge of what might be there and have them come up with an answer. It's sort of like the horse that could count. It could while its owner was in the room but if the owner wasn't in the room suddenly it forgot how to. In other words it was trained to watch him and knew what to get from signals.

**It's been great talking to you, is there anything you'd like to talk about before we finish? Any subjects we touched on.**

Not that we haven't touched on but I do want to reiterate I don't want to take control. I'd like to retain the life I had before as much as possible and stay out of the limelight. I don't want to be a poster child for Bitcoin. I'd just like things to keep going. I want people to try and to learn and develop and to be willing to actually experiment with code and take risks.

23

CONFIDENTIAL

DEF_00172550

## NOTES AND ALTERNATIVE ANSWERS

## OVERVIEW

**In session one, it was clear where CW felt less comfortable answering as the replies became far shorter and more clipped. The notes below pick out the answers that need more work both in terms of tone and content. Overall, the question of being Satoshi and how much of a team effort the Bitcoin project was a critical area to address.**

**1.**

Q: So, it was a committee of people, for want of a better word? You're not trying to claim all the credit, it's not all about you, it's a combination of people and minds.

A: I had a lot of help. In particular a friend of mine who died a few years ago, Dave Kleiman, gave me a lot of help but there have been many other people along the way. And more than that it's been the people who have continued since I've left. These people have actually put in a lot of time and effort into making Bitcoin what it is.

**NOTES: Although it is right to acknowledge that there was a team involved, CW needs to be stronger on his leading role e.g "I led the project and was the person who drove the original idea"**

**2.**

Q: Tell us some of the problems you have had. Why have you decided now to come out into the open?

A "I haven't really decided, it was forced and thrust upon me.'

**NOTES: This position is probably too passive. Rather say "The driving factor is that because of all the misinformation out there I haven't been able to carry out my work and my research in the way I would like. By going public so to speak, the focus can be my work rather than continued speculation over my role in Bitcoin and the whole Satoshi myth.**

**3.**

Q: For instance, there was a report from the Charles Stuart University essentially denying or discrediting your claims that you studied there or you taught there. What was that about?

A: Unfortunately I can be a little bit naughty in some ways and I wanted to do two degrees at once. I was allowed to and I have two different identities with the University and that has worked up until now. I haven't really done these things to try and get more degrees or whatever else, and the idea that they pointed out saying I have four Masters

24

DEF_00172551

degrees at that one. Well at the end of the day it doesn't get me anything more by having more there than the other Universities. I have. It's really for me.

**NOTES: His answer could again hark back to CWs passion for study – rather than just saying he had two identities', which could be picked up as part of the hoax narrative. He could also mention the fact that the University "ran out of subjects" as he puts it – a lighter approach. In light of the staff card and evidence of submission of PHD we can build on this answer further.**

**4.**

Q: You say this was forced upon you – you coming out as Satoshi – why was that?

A: Unfortunately information was leaked and a lot of things have been said to try and discredit me. And unfortunately that has left me in a position where I don't really have much of a choice. If I want to continue going forward, if I want to publish papers and have people read those for what they are then I have to come out.

**NOTES: Again avoid saying this was forced upon him so lose the first two sentences and start with "If I want to continue going forward, if I want to publish papers and research and have people read the work, then it's necessary for me to come out". Again, this brings us back to the work as the driving force narrative.**

**5.**

Q: How many people were involved in creating Bitcoin?

A: In creating Bitcoin? A lot. How many people were involved in Satoshi is probably a better question. That was two of us.

A: Some people say that perhaps you're not Satoshi, but that Dave is Satoshi. But of course he is dead and he cannot speak for himself. How do we know it's actually you?

Q: Dave was a key part of everything that I did. Dave spoke as Satoshi and I have to admit that Dave was always far better and far calmer to be in this area of dealing with people and he is sorely missed. But the only way to really look at this is to look at the information that we'll be supplying: the papers. From that, I'm not asking you to do anything or believe me, I am asking you to judge based on the information.

Q: So would you actually admit that you are Satoshi?

A: Dave and myself.

Q: And we've asked you today, are you Satoshi?

A: As I said, there's not really a Satoshi. We have a white paper and we're behind that but there were many other people that took Bitcoin to where it is now.

25

DEF_00172552

Q: Who created that pseudonym?

A: Well. Mostly myself, and a little bit with Dave. Both of us acted. Dave was the nice version of Satoshi.

Q: Who came up with the idea in the first place?

A: Mostly myself.

**NOTES: This section is one that needs the most work as it essentially says both he and Dave were Satoshi. Again, although acknowledging Dave's role is the right thing to do CW needs to be clearer on the fact he was the driving force and the originator e.g "Dave and myself worked closely together but I was Satoshi and Bitcoin and Blockchain are my inventions" Otherwise there is a real danger that the story collapses. Also need to avoid saying there is no Satoshi.**

6.

Q: So looking at it from a very positive point of view and we talked about terrorism and drugs and all of that. Just so I can understand it, I'm just a journalist, say I'm David Cameron and for 10 million dollars I need to get to Rwanda, what do I do? Do I push a button, do I send a key that the President of Rwanda has? What do I do in practical terms?

A: Well you have to find the charity once again. You're not going to just send random money off there, I mean you could but how do you know how it's going to be used? So you find a charity, one that you trust, and in the future we can have completely open, auditable charities where the audit function is looking at where has the money actually been spent. One of the things we're looking at, at the moment we have some white papers coming out, is forming DACS, Distributed Autonomous Corporations and Distributed Autonomous Social Organisations that are based on the block chain with full accounting systems so that these things are auditable live. So it's a real auditable system, it's a real live system based on a computer and audit technique that's built into it. So you can actually watch what's happening to the money you invested.

Q: Say like a thousand pounds was spent this afternoon on medical equipment.

A: Exactly, and you can start allocating that and know where things have been put. So you can see this much goes to admin, this much goes to the people and then you get to a situation where you're looking at charities and how it works where people start to actually compete, they have to compete on what they're doing. At the moment, these things are fairly opaque, you don't really see what most charities do. Every now and again you hear about something in the press and the press really says this charity has done wrong, these directors are getting paid too much or whatever else but how about if that was live, right to the minute? You can look at every charity in a particular field, where they're putting their money right now, that's the future of this.

CONFIDENTIAL

DEF_00172553

**NOTES: CW was excellent here explaining the positive uses of Bitcoin but only after a leading question. He needs to have a number of these types of examples at his fingertips and weave them into his answer when debating the issues around Bitcoin e.g criminality - rather than waiting for the journalist to ask first about positive applications**

**7.**

Q: You mentioned several times that there was a 'we', that 'we' were developing patents. Who is the 'we' that we're talking about?

A: There are two parts to that. One, I say we a lot. It's not a royal we, but an academic we. And two, my organization. The people who work for me and work with me, well, we're putting together a lot here.

Q: The same organization you had in Sydney?

A: I have a number of organizations, including those in Sydney, Australia, and U.K. and wherever else.

Q: How do these organizations benefit from you revealing your identity right now?

A: I don't really know, I have really looked into that. I'm not seeking anything out of it so.

**NOTES: Although it's understandable parts of CW's business ventures are private these answers make it sound murkier that it should. Say instead " All my organisations lead back to the one thing that drives me – research and creating new things that I feel can benefit the wider world. Like any person who has business ventures I can't always go into complete detail. "**

**8.**

Q: Earlier you talked about wealth and being rich. How many Bitcoin do you actually have right now?

A: I don't know.

**NOTES: We need a better answer to this e.g "I have Bitcoin of course, it's sustained the work I do, that's where the majority of it has gone – but as with anyone my I don't think I should have to say exactly how much I have – I wouldn't ask you how much you had in your bank account !"**

**9.**

**Q: Before you took your Facebook down, there was a very interesting picture that you posted with someone called Calvin. Can you tell us about your relationship with him?**

27

DEF_00172554

A: I've got lots of friends.

**Q: He's a particular man though, Calvin – I don't know if I should mention his name here or not - are you in business with him? Because there are rumours that you have been…**
A: Calvin and I are friends.

**Q: How do you know each other? It's interesting because he is a very interesting character.**
A: If you've read my Facebook you'll see that there there I've got two different pictures of Prime Ministers who I am friends with, so I know a lot of people.

**We should not mention Calvin. If pushed on this question then say there are many people and pictures on people's Facebook pages, not really something to attach much significance to**

CONFIDENTIAL

DEF_00172555