

# Is Craig Wright the Real Satoshi?

Feb 20, 2019 | Episodes | 0 comments





The Bad Crypto Podcast

Is Craig Wright the Real Satoshi?
00:00 / 1:00:13



Brock Pierce. Roger Ver. John McAfee. The Bad Crypto Hall of Fame has welcomed many of these legendary blockchain personalities. But today we

are pleased to welcome the man who has claimed to be part of the team who created the Bitcoin whitepaper… Satoshi Nakomoto.

Dr. Craig Wright says Bitcoin core is not true to his original vision, but Bitcoin Cash SV is. He's incredibly opinionated and doesn't care what you think. After all, he's got a super phat stack of Bitcoin.

Join us for an insightful interview with the man who may or may not be the genius behind Bitcoin. It's the Satravis NataJoelo episode #242 of The Bad Crypto Podcast.

### Digitex

Digitex Futures, a non-custodial commission-free futures trading exchange, has begun on-boarding traders to the Beta version of its platform.

The revolutionary trading platform which will eliminate all transactions fees, as well as withdrawal & deposit fees. A total game-changer in the futures market as no other platform allows traders to trade with zero-fees.

After completion of the Beta version, Digitex Futures will roll out to the public in quarter two of this year, with ambitious plans for the rest of 2019.

These include the full incorporation of plasma technology into the exchange to offer decentralized account balances, the offering of additional futures markets, spot trading, and a mobile app. Buy, Sell & Trade Digitex now!

Learn more here: Digitex Futures

### Feature: Dr. Craig Wright

Dr. Craig Wright is an Australian computer scientist, businessman; and inventor. He has been involved with Bitcoin since 2009 and is one of the earliest minds behind it. He also has over 20 years of experience in the fields of information technology and security. Dr. Wright has been a lecturer and researcher in Computer Science at Charles Stuart University, authored many articles, academic papers, and books and spoke publicly at several



conferences on IT, security, Bitcoin, and other cryptocurrency topics. Dr. Wright is Chief Scientist for nChain – the global leader in research and development of blockchain technologies. His vision is a world with wide-scale adoption of both the Bitcoin cryptocurrency and the Bitcoin network as a transformative technology platform.

nChain is the global leader in research and development of blockchain technologies.

We have designed and architected a blockchain infrastructure to transform people's lives and the way in which businesses operate. We see the full extent of this disruption being achieved by maximising transactional velocity on the BSV blockchain. In support of our mission, nChain is researching and developing tools, protocols, and applications to support blockchain growth worldwide.

nChain is also building a professional services unit, which will help business clients design and implement blockchain projects using nChain's intellectual-property assets.

With a strong, diverse, and global team of researchers and developers representing more than ten different nationalities, nChain's team is ideally resourced to support the drive towards global adoption of Bitcoin. Our team is primarily based out of London, United Kingdom, with additional members in other countries.

- W Craig Steven Wright – Wikipedia
- W Steven Wright – Wikipedia
- Bitcoin's Creator Satoshi Nakamoto Is Probably This Unknown Australian Genius | WIRED
- W Dave Kleiman – Wikipedia
- New Clues Suggest Craig Wright, Suspected Bitcoin Creator, May Be a Hoaxer | WIRED
- SGI denies links with alleged bitcoin founder Craig Wright | ZDNet

🐦 Dr Craig S Wright on Twitter: "I own more BTC than you. For any you. My only comment re CoreCoin, BTC. It is headed to zero I will enjoy the ride down… https://t.co/LgYBLmfq7e"

🟩 Tidbits: Voorhees Believes Maximalism Is Flawed, Craig Wright Self-Proclaimed Largest BTC Holder – Bitcoin News

🟩 Judge Denies Craig Wright's Motion to Dismiss Billion-Dollar Bitcoin Lawsuit – Bitcoin News

☠️ Shots Fired: Craig Wright Calls Bitcoin Evangelist Andreas Antonopoulos 'Sh*tcoin Expert'

🗒 How To Make A Mint: The Cryptography of Anonymous Electronic Cash

Disclaimer

Show Edited By Aaron The Tech



## Search this Site

Search

## Listen to Bad Crypto






### Recent Posts

Putting the Fun in Non-Fungible Tokens at NFT.NYC

Interview with Vitalik Buterin, Founder of Ethereum

India Lifts Ban on Cryptocurrency

India Lifts Ban on Cryptocurrency – Bad News For 3/6/2020

Blockchain Rising Stars of ETH Denver

### Recent Comments

Louis on Off the Blockchain with Jeremy Musighi

Erin Cell on Crypto Legend Andreas Antonopoulos Shares His Thoughts About Stablecoins, and the Future of the Blockchain

Erin Cell on Will Twitter Decentralize? Bad News For 12/12/19

Erin Cell on You Can't Hide Your Crypto Face

srozybd on How to Trade Crypto with Trader Cobb, Part 1

### Ways to Connect with Bad Crypto

Facebook Page

Contact

Bad Crypto Mastermind

Telegram Group

BCP Newsletter

Call Us

Take Our BCP Survey

### Other Places to Explore

Blog

Episodes

News

Spotlight

The Crypto Chick

BadBoysOfTech.com

## What We've Been Talking About…

altcoin    altcoins    badcoin    bitcoin    bitcoin fork    bitcoin mining    bitshares    blockchain

charity    china    coinbase    crypto    cryptocurrency    crypto wallet    education    ethereum

exchange    future technology    gaming    government    ibm    ICO    ico spotlight

initial coin offering    Interview    investing    Joel Comm    ledger    litecoin    live    lumens

mining    neo    news    research    ripple    security    stellar    tax    token    trade    trading

travis wright    trezor    World Crypto Con

## Subscribe, Rate & Review

Apple Podcast

Google Podcast

Stitcher

Spotify

BLOG    EPISODES    LISTEN    CONTACT    MEDIA

ADVERTISE



Copyright 2018 - BadCryptoPodcast - **Privacy** | **Disclaimer**