| | |
|---|---|
| **From:** | Ira K [clocktime2020@gmail.com] |
| **Sent:** | 3/11/2014 11:21:13 PM |
| **To:** | Craig S Wright [craig@rcjbr.org] |
| **Subject:** | Re: Another |

I totally understand any apprehension towards trusting me or anyone with confidential matters.
I already feel honored that you trusted me with as much information as you have.

Each day I enjoy reading the daily news about Bitcoin and thinking to myself I am one of the priviledged few who knows the real caped crusaders.

The sad part is that Dave isn't here to enjoy it. It just doesn't seem fair.
I hope the saying is true that everything happens for a reason. Sometimes I just can't see it.

In regards to the company stuff, I won't ever do anything with it without talking to you first.

Sincerely,
Ira


On Tue, Mar 11, 2014 at 1:36 AM, Craig S Wright <craig@rcjbr.org> wrote:

> We are not listing until we have merged the group etc.
>
>
> So there is a little more to be done and you cannot easily vest this right now, it is private equity.

## Company share structure

| Share class | Share description | Number issued | Total amount paid | Total amount unpaid |
|---|---|---|---|---|
| FOU | FOUNDERS | 21500000 | 21500000.00 | 0.00 |
| ORD | ORDINARY | 20000000 | 20000000.00 | 0.00 |

## Members

PANOPTICRYPT PTY LTD                43 ST JOHNS AVENUE , GORDON NSW 2072

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| ORD | 17000000 | Yes | No |

DENARIUZ SG                              108 NAMLY AVE , SINGAPORE , SINGAPORE

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| ORD | 3000000 | Yes | Yes |

WRIGHT , CRAIG STEVEN                    43 ST JOHNS AVENUE , GORDON NSW 2072

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| FOU | 21500000 | Yes | No |

The FOU (Founders) shares are the ones Dave has a right to.

You and your father own 10,642,500 shares. This is 49.5% of the founder shares.

* You have a right to appoint 1 director

* You have a right to the quarterly accounts

* You have the rights to sell these when the company is floated

* The book value is around 5-7 million dollars, but it is a young company etc. So what it makes at float makes the difference.

Even if we do not access the drives, Dave's legacy is worth something.

I hope you understand taking so long to talk to you etc, but I do not trust easily and only do now as I loved Dave.

Regards,

Craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 8 March 2014 2:33 PM

**To:** Craig Wright
**Subject:** Re: Another

Very well good sir.

On Fri, Mar 7, 2014 at 5:22 PM, Craig Wright <craig@rcjbr.org> wrote:

> It is not. I am far from humble, but I will not take from Dave. I had an idea, but it would never have executed without Dave
>
> Dave was my sounding board, he fixed my errors.
>
> ...
>
> **Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**
>
> # RCJBR.org
>
> Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914
>
> http://www.rcjbr.org
>
>   
>
> **From:** Ira K [mailto:clocktime2020@gmail.com]
> **Sent:** Saturday, 8 March 2014 4:23 AM
> **To:** Craig Wright
> **Subject:** Re: Another
>
> Craig,
>
> What the F?  I thought humility was not your strong suit.
>
> I understand Dave may have helped you in many ways, but the idea was yours.
>
> As we speak, journalists around the world are in a frenzy searching for the person
>
> who came up with the idea, not the team behind it.

The crown is yours to claim if you ever choose to.

Satoshi lives and prospers :-)

Ira

On Fri, Mar 7, 2014 at 3:22 AM, Craig Wright <craig@rcjbr.org> wrote:

Ira,

What is true?

I had math skills and some coding, that frankly was crud (better than some, but really). Dave could edit his way through hell and back. I am not a team player. I am a terrible boss and slave driver, but with Dave I was far more.

Satoshi was a team. Without the other part of that team, he died.

Regards,

...

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**

# RCJBR.org

Tel: + 612 8003 7553  |  Mobile: + 61 417 683 914

http://www.rcjbr.org

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 7 March 2014 5:08 PM

CONFIDENTIAL

DEFAUS_00115953

**To:** Craig S Wright
**Subject:** Re: Another

Craig,

Thanks so much for sharing the emails.  I encrypted them on to a thumb drive and deleted them from my email account.  Maybe one day you'll allow me to submit them to the Smithsonian  :-)

When the time is right I hope you let the world see the true Satoshi.  You rightfully deserve all the praise for your invention.   It must be an amazing feeling to see how far it's become.  I know Dave would be proud.

Love this quote.

If I have to tear down the world to disrupt it and make it better I will.
– Craig S. Wright

Sincerely,

Ira

CONFIDENTIAL
DEFAUS_00115954

On Thu, Mar 6, 2014 at 5:54 PM, Craig S Wright <craig@rcjbr.org> wrote:

Again.

PLEASE delete the emails or at least encrypt them or something once you have read them.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 7 March 2014 9:39 AM
**To:** Craig S Wright
**Subject:** Re: Another

Agreed.

On Thu, Mar 6, 2014 at 5:12 PM, Craig S Wright <craig@rcjbr.org> wrote:

I will send you some rather private early emails today as long as you PROMISE to delete after reading.

Leave others to be Satoshi and leave Dave not to be.

Agreed?

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Friday, 7 March 2014 1:38 AM
**To:** Craig S Wright
**Subject:** Re: Another

Craig,

Am I supposed to do something with the 2 .asc files you sent? I'm not sure what they are for.

CONFIDENTIAL

DEFAUS_00115955

Also I can't stop thinking that we may have 300,000 Bitcoins, but simply don't know how to retrieve them.  It's certainly enough to change my family's life and my wife's family back in Thailand.

I should probably start trying to figure out how to access Dave's drives, but I'm still not sure who to trust them with.  I think the only person would be you, so I was wondering if I could mail them to you?  Or do have any plans on visiting the states?  You are welcome to come stay with us and I could show you more of Dave's stuff.

Thanks,

Ira

On Tue, Feb 25, 2014 at 11:27 PM, Craig S Wright <craig@rcjbr.org> wrote:
> This is about all I can find.
>
> The date on one is set ahead for some reason.
>
> I do not have the passwords / phrases for them.

CONFIDENTIAL
DEFAUS_00115956