| | |
|---|---|
| **From:** | Craig Wright <craig@rcjbr.org> |
| **Sent:** | Wednesday, May 10, 2017 6:12 AM |
| **To:** | Ira K |
| **Subject:** | Re: scronty |

Yes. We both played.

Dave compiled. He never just used binaries.

The paraniod bugger was worse than me that way.

On 10 May 2017 05:56, "Ira Private" <clocktime2020@gmail.com> wrote:
> How about if I limit my questions to harmless stuff about my brother?
>
> I read that Version 0.1 of Bitcoin was compiled using Microsoft Visual Studio for Windows. And the other day I came across that program in Dave's set of discs. It got me wondering if he compiled it?
>
> Regards,
> Ira
>
>
> On Fri, May 5, 2017 at 10:28 PM, Ira Private <clocktime2020@gmail.com> wrote:
>> Thanks for responding back.
>>
>> I would like to resolve whatever differences or misunderstandings there are between us.
>>
>> Are you open to communicating with me a bit more?
>>
>>
>> On Fri, May 5, 2017 at 2:04 AM, Craig Wright <craig@rcjbr.org> wrote:
>>> No
>>>
>>> On Fri, May 5, 2017 at 4:57 AM, Ira Private <clocktime2020@gmail.com> wrote:
>>>> was he really part of the team?