Case 9:18-cv-80176-BB   Document 550-21   Entered on FLSD Docket 06/01/2020   Page 1 of 2

Thanks

---

**From:** messages-noreply@bounce.linkedin.com [mailto:messages-noreply@bounce.linkedin.com] **On Behalf Of** Benjamin Wright via LinkedIn
**Sent:** Wednesday, 29 January 2014 9:39 AM
**To:** Craig Steven Wright
**Cc:** Benjamin Wright
**Subject:** RE: Intro

# LinkedIn

## INTRODUCTION: YOU HAVE A NEW MESSAGE

**From:** Benjamin Wright

**Date:** January 28, 2014

**Subject** RE: Intro

Craig:

My single contact with Tyler Winklevoss says to you: " I'd say to have Craig email him directly at
Tyler@winklevoss.com"

Best regards

--Ben

On 01/28/14 1:21 PM, Craig Steven Wright wrote:
--------------------
Worth a try.
The Winklevoss twins are right into Bitcoin. Dave Kleiman and I started mining in 2009. So we have a few things that will interest them. It is a shame Dave died last year before fruition, but all is moving ahead.


On 01/28/14 8:04 AM, Benjamin Wright wrote:
--------------------
Craig: I did forward your request for an introduction. But I do not know my direct contact well. Furthermore Tyler Winklevoss (my indirect contact) is a very famous person. So I do not know whether my effort will work.

SANS keeps me alert and engaged! Good to hear from you.

--Ben

On 01/27/14 8:14 PM, Craig Steven Wright wrote:
--------------------
Hello Ben
I am trying to get a contact forwarded to Tyler.

Can you forward the linked in request?

Thanks
Craig

PS, been a while, but how are things going at SANS etc?

View this message

Don't want to receive e-mail notifications? Adjust your message settings.

This email was intended for Craig Steven Wright (Chief Executive Officer at Hotwire Pre-Emptive Intelligence Group). LinkedIn will use your email address to make suggestions to our members in features like People You May Know. Unsubscribe here. Learn more. LinkedIn Corporation, 2029 Stierlin Court, Mountain View, CA 94043, USA

.