# Scope of Work

## *Spyder extensions*

Version 1.10.22

Author:
Craig S Wright
Dave Kleiman

Issue date: 08 Jan 2009

CONFIDENTIAL
DEF_00973364

> ### Non-Disclosure/Non Re-Use Requirements
>
> The information contained in this document contains information considered to be the <u>intellectual property</u> of the author and as such must:
>
> - be safeguarded by the recipient,
> - not be communicated to a third party,
> - not be used for any other purpose than which it was supplied to the recipient for, or
> - not be reproduced in any way,
>
> without the express written consent of the author.

CONFIDENTIAL DEF_00973365

# TABLE OF CONTENTS

Overview ........................................................................................................................................ 4

Tasks ............................................................................................................................................. 8

Deliverables and Work Acceptance ............................................................................................. 9

Exclusions and Assumptions ...................................................................................................... 10
        Assumptions ..................................................................................................................... 10
        Exclusions ........................................................................................................................ 10

Costs ........................................................................................................................................... 10

Client Acceptance ...................................................................................................................... 10

CONFIDENTIAL                                                                                      DEF_00973366

|                   |                                         |
|-------------------|-----------------------------------------|
| Client:           | *JV as agreed Dave Kleiman / Craig Wright* |
| Task:             | Network P2P Software derivative system  |
| Start Date:       | *2009*                                  |
| Completion Date:  |                                         |
| Project No.:      | *00-01*                                 |

## OVERVIEW

### EXECUTIVE SUMMARY

This project involves the creation of a SCADA targeted filter. This filter will act as a security gateway allowing users to access legacy systems that do not support modern encrypted protocols to do so whist not having to interfere with the existing system. At the same time, advanced threats and Malware will be isolated from the systems using a bridged firewall layer. This system will in itself be isolated and resilient and be capable of reliable action when power and other failures occur. It will collate and report attacks seamlessly allowing Internet connected management and monitoring systems to co-exist on treacherous networks in a cloud environment.

The TripleS / Spyder device is an embedded Linux-based appliance with an RFC compliant IPSec and Stateful firewall implementation built into the kernel. It is built using embedded Linux and is completely solid state with no moving parts to fail and no hard drive. It also utilises kernel-based IPSec. Designed as an appliance, this system is modular and highly configurable, requiring a small physical, CPU and memory footprint.

The TripleS / Spyder appliance platform provides a base set of services and functions as an operating environment for many security conscious network based applications. The Appliance provides built-in IPSec encryption, SSHv2 Secure Remote Management, text based management and power-off safe operation.

This project will provide a low cost, high availability and security SCADA security solution through:
- System inventory management
- Firewall
- Anti-virus / anti-malware
- Forensic network capture
- IP property protection and extrusion reporting
- Risk quantification
- Advanced traffic filtering and data capture
- The idea to be patented – advanced IDS / honeypot

Basic Management and upkeep of TripleS / Spyder

System Life-Cycle comprises:
- Security Patch updates
- System and Application updates
- System health-check and maintenance
- System Security Integrity maintenance

TripleS / Spyder embodies an imbedded, appliance architecture with a strong bias towards encryption, out-of-band authentication and other network applications.

Two primary products have been designed at this point, with expansion into additional modules planned for the future.
- TripleS / Spyder Encrypted Private Network Gateway
- The TripleS / Spyder EPN Gateway provides a platform for performing IPSec encryption in several configurations:
  1) Network-to-Network
  2) Host-to-Network
  3) Host-to-Host
  4) TripleS / Spyder IDS
- The TripleS / Spyder application is also capable of providing a platform for an IDS sensor.

The TripleS / Spyder appliance platform provides a base set of services and functions as an operating environment for many security conscious network based applications. The Appliance provides built-in IPSec encryption, SSHv2 Secure Remote Management, Text based management and power-off safe operation

The TripleS / Spyder appliance has been built with size, performance and security as primary goals, and as a result of this, the system does not run any network accessible processes except those required by specifically installed modules.

The TripleS / Spyder platform offers no intrinsic network access paths, and is not accessible on the network unless one of the network modules has been installed. The TripleS / Spyder system does not load any network accessible functionality except as required by the appliance modules loaded in any specific configuration.

The TripleS / Spyder Measurement appliance is an "Out-of-Band" strong authentication and connection gateway system. Measurement is an access concentrator, which performs strong authentication of user requests. In a security conscious environment, the Measurement allows an organization to effectively provide wide-ranging access to systems or services through a single, secure access path.

The TripleS / Spyder appliance is a perfect platform for Measurement services due to the security functions and services built into the base system.

CONFIDENTIAL                                                                  DEF_00973369

## 1.1 Related Work and our contributions

This project involves the creation of a SCADA targeted filter. This filter will act as a security gateway allowing users to access legacy systems that do not support modern encrypted protocols to do so whist not having to interfere with the existing system. At the same time, advanced threats and Malware will be isolated from the systems using a bridged firewall layer. This system will in itself be isolated and resilient and be capable of reliable action when power and other failures occur. It will collate and report attacks seamlessly allowing Internet connected management and monitoring systems to co-exist on treacherous networks in a cloud environment.

## Technical Approach

A PCap module written in R and C that can take direct network feeds (TCP/IP) and report on anomalous traffic (with a learning feature and feedback cycle to minimize error with use) will be developed with the appliance.

A nonce based IPv6 key distribution will be developed.

This will create a P2P secure IPSec system with a consideration based authentication web of trust.

Extends and uses the prototype time stamping and p2p proof of work system

CONFIDENTIAL                                                                  DEF_00973370

### Personnel and Performer Qualifications and Experience

**Craig S Wright (Full CV too long and is available in request)**
Over the years Craig has personally conducted and managed in excess of 1,600 IT security related engagements for more than 180 Australian and international organizations in both the private and government sectors. As a strong believer in life-long learning, Craig has qualifications in Law, IT, Mathematics and Business.

**Dave Kleiman** (http://en.wikipedia.org/wiki/Dave_Kleiman)
Dave Kleiman is a noted Forensic Computer Investigator, an author/coauthor of multiple books and a noted speaker at security related events

## TASKS

1) Attend an introductory meeting to discuss scope and general information.
2) Compile the results of the initial research conducted by CSW in DeMorgan and Rifges Estate.
3) Integrate logging systems and processes from DK
4) Prepare a brief report summarising the findings.
5) Prepare a presentation of the summarised findings (if requested).
6) Attend a meeting to discuss/present the findings and next steps.

The following tasks will be performed as part of this engagement.

1) Schedule and host the introductory meeting.
2) Receive general information about the system.
3) Define a timeframe in which to detail the projecyt scope.
4) Plan the Project signoff criteria
5) Schedule and host the findings meeting.

CONFIDENTIAL                                                                DEF_00973371

## DELIVERABLES AND WORK ACCEPTANCE

1) Summarized report completed works.
2) Presentation of the summarised report (if requested).

CONFIDENTIAL                                                DEF_00973372

## EXCLUSIONS AND ASSUMPTIONS

### Assumptions

The following assumptions have been made in this proposal. The invalidation of the assumptions may result in scope changes and additional charges.

### Exclusions

The following exclusions apply:

   To be added

## COSTS

The following cost estimates for the work as defined within this scope have been made:

Existing IP will be valued by the parties and sold into an Australian Company to be formed in 2009.

Once made to an acceptable level, funding options will be sought from Playboy Gaming and Centrebet who will be used as test facilities.

## CLIENT ACCEPTANCE

We accept the above Scope of Work and approve the commencement of services to be provided within the Scope and for the estimated costs contained herein. Any changes to the Scope of Work or changes to Costs relating to those changes must be approved in writing prior to any commencement of work upon such changes and shall be attached and made part of this Scope of Work.

Each party agrees to pay the other for property and consulting services to complete research.

The contract is to be bonded against the intellectual property of the dev eloped under DISS by CSW.

   **To me digitally
            signed**

---