**From**: Craig S Wright [A]
**Sent**: 3/7/2014 9:50:39 AM
**To**: 'Ira K' [clocktime2020@gmail.com]
**Subject**: FW: RDPlan - Integyrs.doc
**Attachments**: RDPlan - Integyrs.doc

---

**From:** dave@davekleiman.com
**Sent:** Monday, 28 March 2011 8:06 AM
**To:** Craig S Wright
**Subject:** FW: RDPlan - Integyrs.doc

Are we ever going to get a wage on this? Just kidding I trust you.

You really need to try and have them understand. Look, I trust your vision Craig, but these guys are accountants. They will never come to understand money based on crypto. I know you have malware and security, but you need to detail more soon.

Dave

**From:** Craig S Wright [mailto:craig.wright@information-defense.com]
**Sent:** Monday, 28 March 2011 8:06 AM
**To:** dave@davekleiman.com
**Subject:** RDPlan - Integyrs.doc

### Show whole dollars only

Tab / shift tab between labels

| | | Base Amount | | Claimable at 100% | | Claimable at 125% | | Claimable at 150% pre 8/96 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Contracted expenditure - RRA | A | 0 | B | 0 | C | 0 | D | 0 |
| 2 | Salary expenditure | E | 16,000 | F | 0 | G | 16,000 | | |
| 3 | Other R&D expenditure | H | 8,711 | I | 0 | J | 8,711 | K | 0 |
| 4 | Contract - other | N | 9,750 | O | 0 | P | 9,750 | Q | 0 |
| 5 | Plant leasing | R | 250,000 | S | 0 | T | 250,000 | U | 0 |
| 6 | Eligible feedstock expenditure | V | 1,102 | W | 0 | X | 1,102 | | |
| 7 | Plant/pilot plant deductions pre-29 Jan 2001 (including disposal losses) | A | 0 | B | 0 | C | 0 | D | 0 |
| 8 | Less pre-29 Jan 2001 disposal profits | E | 0 | F | 0 | | | | |
| 9 | Plant/depreciating assets post-29 Jan 2001(decline in value) | H | 0 | I | 0 | J | 0 | | |
| 10 | Post-29 Jan disposal losses | K | 0 | N | 0 | O | 0 | | |
| 11 | Less post-29 Jan 2001 disposal profits | P | 0 | Q | 0 | R | 0 | | |
| 12 | Core technology - deductible amount | S | 636,000 | T | 636,000 | | | | |
| 13 | Interest or amounts in the nature of interest | U | 4,306 | V | 4,306 | | | | |
| 14 | Residual feedstock expenditure | W | 0 | X | 0 | | | | |
| 15 | Total of allocated base amounts | A | 925,869 | B | 640,306 | C | 285,563 | D | |
| 16 | Claims including concession (base amount plus 0%, 25% or 50%) | | | E | 640,306 | F | 356,954 | G | |
| 17 | Total claim (including concession): | | | | | | | L | 997,260 |

DEFAUS_00115700

CONFIDENTIAL

DEFAUS_00115701