## DEED OF ASSIGNMENT

(Form A - B)

This Assignment made between:

**Craig Wright R&D (ABN 97 481 146 384) FOR Hotwire PreEmptive Intelligence Pty Ltd [HWPE] (ABN 48 164 068 348) as Director and in Payment for HWPE**
a Business registered and existing under the Laws of NSW Australia
(hereinafter called the ASSIGNOR of the one party), and

**Strasan Pty Ltd (ABN 56 152 222 241)**
a corporation registered and existing under the Laws of NSW Australia____ (hereinafter called the ASSIGNEE of the one party).

WITNESSETH:

WHEREAS the ASSIGNOR is the registered proprietor in NSW Australia and has the following Bitcoin addresses associated through private keys to be transferred.

- 1PbXw8aP5PymdQUM29UyimhgnFykut5p2W
- 1P5759ZaUX44MHEsiJgWckBMNAEJbGu7SY
- 1CXnCzV78381AJQtxHYihF7kzoixtoncKE
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 146mH689Kn1yPqvWzkZHa4EfhEyhYcTWML
- 168Rc6wJdL4chWhEUQwyywi4sHub6erf2s
- 19dQ2xfrK5GEUahG6Cv87XDRK7W6YFnGFx
- 1JzzLXxuwn45S9HvBqAhkhWa3GhyG3zm64
- 1M7ccmVnWpvKa41RGf7H8wS6thy5Tt3bad
- 153R6qYmjySgwaQpQjKv7pb2nEN5cg8RJq

WHEREAS the ASSIGNEE is desirous of acquiring the entire right, title and interest in and to the above-mentioned Bitcoin keys and will at leisure transfer these into the address 1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that in consideration of the payment by ASSIGNEE to ASSIGNOR of the sum of rights to the debt and all associated values thereof, the receipt of which is hereby acknowledged, and for other good and valuable consideration, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE the full and exclusive right (including the right to claim the priority), title and interest in and to the above-mentioned Bitcoin addresses in consideration for all debt(s) outstanding to the ASSINGEE. ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale. All values and transfers are noted to be paid and finalized with all rights going from the Assignor to the Assignee immediately.

The authorized representatives of the aforesaid parties have hereunto fixed their signatures on

the date as mentioned below.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| By: _____ | By: *[signature]* |
| Representative: Craig S Wright | Representative: Uyen T Nguyen |
| Sign on:    30 June 2013 | Sign on: 30 June 2013 |

*(Note: Neither notarization nor legalization is required)*

CONFIDENTIAL



CONFIDENTIAL   DEF_00023254

Rees

Sent 7/11/12



CONFIDENTIAL
DEF_00023255



CONFIDENTIAL    DEF_00023256

Rees

sent 8/1/13



CONFIDENTIAL
DEF_00023257

Rees

sent 29/1/13

| To | From | Subject | Status |
|---|---|---|---|
| Craig S Wright | Craig S Wright | Note to Self - Timest... | Message sent. Sent at Thu, 06 Mar 2014 10:13 AM |
| UT NG Hotwire PE | Craig S Wright | Re: What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 04:23 PM |
| UT NG Hotwire PE | Craig S Wright | What is needed | Acknowledgement of the message received Tue, 04 Mar 2014 09:12 AM |
| UT NG Hotwire PE | Craig S Wright | Re: testing | Acknowledgement of the message received Mon, 03 Mar 2014 05:11 PM |
| UT NG Hotwire PE | Craig S Wright | Re: Hello | Acknowledgement of the message received Mon, 03 Mar 2014 05:01 PM |
| UT NG Hotwire PE | Craig S Wright | Hello | Acknowledgement of the message received Mon, 03 Mar 2014 04:56 PM |
| MJF Dealings to ... | Craig S Wright | Final | Message sent. Sent at Sun, 15 Sep 2013 05:36 PM |
| MJF Dealings to ... | Craig S Wright | Key blocks | Message sent. Sent at Sat, 14 Sep 2013 05:23 PM |
| MJF Dealings to ... | Craig S Wright | Rounding | Message sent. Sent at Fri, 30 Aug 2013 01:03 PM |
| MJF Dealings to ... | Craig S Wright | Finalising transactions | Message sent. Sent at Thu, 15 Aug 2013 04:14 PM |
| Craig S Wright | Craig S Wright | Contract Exchanged ... | Message sent. Sent at Mon, 03 Jun 2013 02:15 PM |
| Craig S Wright | Craig S Wright | Email / Letter from M... | Message sent. Sent at Sun, 02 Jun 2013 06:21 PM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 09:09 AM |
| Craig S Wright | Craig S Wright | Delivery day | Message sent. Sent at Sun, 02 Jun 2013 08:03 AM |
| Dave Kleiman | Craig S Wright | All Safe. | Message sent. Sent at Tue, 12 Feb 2013 04:29 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 08:32 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Sun, 10 Feb 2013 07:24 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 29 Jan 2013 02:21 PM |
| Dave Kleiman | Craig S Wright | Rich | Message sent. Sent at Tue, 22 Jan 2013 08:23 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 02:56 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Tue, 08 Jan 2013 01:06 PM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 07 Jan 2013 04:42 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:56 AM |
| Dave Kleiman | Craig S Wright | Re: Scripted Money | Message sent. Sent at Mon, 31 Dec 2012 07:41 AM |
| Dave Kleiman | Craig S Wright | Re: The Trust and loan | Message sent. Sent at Tue, 25 Dec 2012 08:20 AM |
| Dave Kleiman | Craig S Wright | BM | Message sent. Sent at Tue, 04 Dec 2012 06:09 PM |
| Dave Kleiman | Craig S Wright | Re: Tulips | Message sent. Sent at Wed, 28 Nov 2012 03:28 PM |
| Dave Kleiman | Craig S Wright | Re: 1933 | Message sent. Sent at Tue, 13 Nov 2012 07:45 AM |
| Dave Kleiman | Craig S Wright | Re: The trust process | Message sent. Sent at Wed, 07 Nov 2012 05:28 PM |

We need to make sure that all the accounts are done correctly.

We need this sorted by 30 June. I am starting to contact the ATO to see if I can make this smoother than the last time.

Too many things are transferred and paid when the contracts are not complete and the accounts are not up to date ... Please make sure you send me the details. I do not want to have to get out of hand. July will be too late.

Craig

---

All is good.
I will arrange this as soon as possible Craig

We will have one of the others do up the finacials and account for Professor Rees.

Dave

---

Hi Dave,
I have the notes and code from Prof Rees. Have no idea why he did not publish all this. Some of the work is remarkable and when you add the code for automata... Astounding.

As soon as I have these systems going I will start on it. The automata for semi-group solutions will save us a long time.

I do not think Prof Rees knows what we offered him, not really, but we made the deal so it stands. Can you make sure that the others in the trust (I will talk to Uyen) know to use 1LXc28hWx1t8np5pCAb3EaFifqPwqJCuERD to make light of Dr Rees's contribution. Use this as a marker for his part.

I have already setup the following for payment.

I will have Uyen arrange to transfer ownership formally to him at the rate of the day on the 30th June 2013. This way we pay Dave Rees the first 19,470.12 BTC for work he had done for the prior. You will get the details of this from the following addresses.

- 146nH588n1yPqvWAuD4s4EPnEyhnfTnh4L
- 153R6qYmjrcSgxwQpQjKv3pb2nZHSog3FLq
- 1CVnCzV7838 1A3QtxtY8NF7ezpxtonoXE
- 1P9xwbaP9P ynxQyl4Q9Wjknbgn9yhu1Sp2W
- 1P37S9ZaUX444t8zsJgcVGdBMUAE3cGr7SY
- 168RqSwXdL4dkWhEUQwywishshubXerf3a
- 19dQ2xfFKSGEUahQ6Cvb7KDRK7W5kFhdFx

Make sure that trust does its part to get this to him and formally list it all. I know that we are a long way from getting this out, but he needs to get rewarded for what he did and I do not know if he really cares. He seems a little ... well he is not really focused on being paid so please make him or Joan take it no matter what!

1LXc28hWx1t8np5pCAb3EaFifqPwqJCuERD is recorded for Strausen, make sure those links to David

Craig

---

Sir,
When you need to contact Signia, the person is Tatiana Itzel Saldana Escobar.

The company is Signia (783956).
50th St, Global Plaza Tower,
19th Floor
Panama City, Panama.

They will accept communication using Skype and Bitmessage.

The alternate contacts are Richard Duke and Fernando Garcia.

They likely think you are running a gaming software firm and have no idea what Bitcoin is. So they should not get in the way and will just provide bare metal systems.

Dave

---

Will do

---

Just let me know if you need anything.

I have finalised all of the payments, so your system and contract is completed. It is all yours in full now. You just need to let it run. For the next few months, if there are no problems, I will leave you to it all.

CONFIDENTIAL                                                                                                      DEF_00023258

Rees

Received 4/2/13



CONFIDENTIAL                                                                                              DEF_00023259

**Home**  **Charts**  **Stats**  **Wallet**

# Transaction

75c94043ee55375aecb9343cce15e0e4d5b9e1619...

1LXc28hWx1t8np5sCAb2EaNFqPwqJCuERD - (Spent)
13ts4NovccXoQxzrn9syxtM5kgR5XDFyJ2 - (Spent)

34,512.919 BTC

## Summary

| | |
|---|---|
| Size | 2029 (bytes) |
| Received Time | 2013-08-13 16:58:11 |
| Included In Blocks | 251985 ( 2013-08-13 17:12:26 + 14 minutes ) |
| Confirmations | 105105 Confirmations |
| Relayed by IP ❓ | 67.77.133.146 (whois) |
| Visualize | View Tree Chart |

## Inputs and Outputs

| | |
|---|---|
| Total Input | 34,512.919 BTC |
| Total Output | 34,512.919 BTC |
| Fees | 0 BTC |
| Estimated BTC Transacted | 34,512.819 BTC |
| Scripts | Hide scripts & coinbase |

**Network Propagation (Click to view)**

CONFIDENTIAL   DEF_00023260





## Input Scripts

3046022100962c06d82a2cfec66add35c771a727618e955030b9c3a4c48c0ed5028da6f11502210090b822c537d83 032d4d5ba773a6c33d1bcf347f6fa55b3f0086d56ee75f437756134d9cfa779be8

3045022100d7b84e5d5ff1eb3e81afdcf83187b8d7ff4e4e8e12ce0488a8bcd76c5b2f37b4022015bf4d31a3a7395ab0 04a144698a82cb1a9104f33dbbcb0f8bc2e0f015df3a15ab4c18a25a68625e025efa0f5af6108fe153701931e1886313

3045022100b94e964f3f9e196fbba9679753c4ab0542089b374625e6848e7ad652a692abb10220089a1438e78a908 04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9c

3046022100a2882f9cb6e11942e11e22cc15d4a79b3ec2ef19e901e3228e14a1adc68fe4a2022100c32d885334f951 047c063b79816a8f0b60401dc3e5a983e290780954291aa00de8d9f8afb6ab8a20e9af9639b1d783d285ea7a51ff77f

30450220470d61c0db94ba75b0d52af85b65c8d0bb0071fc786b6d55a158f716060958e6022100c38e769583565fb0 04a875dd71bf9b1d71f381c882cb41fe28fe431a6e97b781e0a128f5e1e0ec9fb1dcd49218729cbfcb7e42666451e08

30450220325c25074c19619dc0be007d4c25776ff4d5d619a7c9425844811054da7694b8022100fd0fcf2f861d67e90 041175754b997a183f77b24b396d0eeda5724e886297ac5be4a408b997e7b000e13becd7cfd33dc3057bc949b2d49

3045022100edb27b0e8118c81a1d9ccbc32f616e5c6627b5dc43890edd47e987cd9c43b6db02206d17a62e1fec02b 0499916458727b484ecfbe4adc58f19912fe416d1957b99870abd3c38dcc4f804718faaacbf366534136feaf4407244(

3046022100b04452d13009a54a414d22bba874f03ab468c7bf329be48bdae6a5e3028c7e2b022100dbf412de2918b 0453ee8f7c4b25fac803529f07f6df24c9ccc677043b2129abdee7424c85feae007889a9a56fe1a9e8f0a790a00f183d

3045022100f88828ddcb8aa2082c8c500789354035154cfb4bc9e2082bfd5fdf206c81b9150220670c8b5ede94836a
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9c

30450221009ed0f97a007d872cf745de52ba101d41aef4da3dae7cd137bdb84a263b4284370220160f545f570032a2
04ff7929543da7af36112689ca579832ecdb209b72c9763c9acefbe21ae7fbeab4cb276b25180cc5f6b6d715c994c9c

3045022100fd9e79fc489c3d6a71efb017ab36a0de58c9c97224645568b3f61fc6461973d802205adc9842f5b7ba87b
04ea0f6da0e32aacb7c780871ded5ef67c5c38df1a3a4415b0ed762731504bb16fa501ee82f2cafa97420d64f6a3fca4

## Output Scripts

| | |
|---|---|
| OP_DUP OP_HASH160 d6341a00f0c8f306d70e16394b7fe496de2b8774 OP_EQUALVERIFY OP_CHECKSIG | OK |
| OP_DUP OP_HASH160 1fbf408a01fa88bed95b67bf3695fe6b94c70539 OP_EQUALVERIFY OP_CHECKSIG | OK |

CONFIDENTIAL    DEF_00023262