**From**: Ramona Watts [Ramona Watts]
**Sent**: 6/22/2015 11:45:34 PM
**To**: 'Ira K' <clocktime2020@gmail.com>
**Subject**: RE: questions
**Attachments**: image001.jpg

**From:** Ramona Watts
**Sent:** Tuesday, 23 June 2015 9:34 AM
**To:** 'craig.wright@hotwirepe.com'
**Subject:** RE: questions

Ira,
Currently we are having major battles with the Tax office ATO – (Australian Tax Office). They do not believe that what we have is viable, they do not see it as an enterprise, they are arguing that the work that Dave and Craig has been doing is a hobby or purely academic research, and as such not business related and therefore not entitled to refunds. We are fighting to prove otherwise – they are in the process of shutting us down. If they succeed, the company will no longer exist – we will lose everything.

We have been working tirelessly to prevent this from happening. We owe lawyers here $1 million which we are unable to pay at this time. They will need another $1 million to take the ATO to court. We have started the court process but Craig and I are doing most of the work with some help from the lawyers as we are not able to pay them. The work on Coin Exch is still happening, but very very slowly as a result.

I am not sure what questions you were alluding to – whether or not they are from the ATO in relation to your brother's work. If it is, I wonder if it may be an idea for us to review them together. The ATO have twisted things that we have said in their attempt to shut the business down – we now have our lawyers review our answers first and make sure that all our facts are correct.

Currently we need $2 million to pay the lawyers to continue the fight to prevent us from being shut down, and if we are to re-hire our staff (who have been stood down as we are not able to pay them), we will need another couple of hundred thousand. Craig and I have put our entire life savings into this business, as did Dave, only to see the government try to take our business from us. I'm not sure if you are aware that your government does similar things. One of Dave's companies had significant investments in Liberty Reserve – the US government shut that down and confiscated all his money. I do not have the full details – I only know that happened.

We are in the process of talks with investors, but few will touch us with such risks, as well as the fight with the government.

Rest assured we are doing all that we can. We will not give up without a fight – we are working 18 hour days, but at the moment it is taking a toll on our families and our health. It is a struggle. The talks and negotiations with the ATO that Craig mentioned will not happen until we can pay our lawyers, as we are not able to negotiate with the tax office on our own at this time on such a scale.

Ramona Watts
Chief People Officer
**Hotwire Preemptive Intelligence (Group)**
Mobile: + 61.423.912.994
ramona.watts@hotwirepe.com

CONFIDENTIAL                                                                 DEF_01103312



**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Tuesday, 23 June 2015 9:16 AM
**To:** Ramona Watts
**Subject:** Re: questions

Ramona,

Can you give me an idea how much finances are needed to keep the business operating smoothly?
And is funding from outside investors a viable option at this time?  If not, why?

Thank you,
Ira


It is just that at this difficult juncture financially, things have slowed down considerably.  We are struggling to pay staff and lawyers and we battling to survive. We need to sort this out and we are doing the best we can and would appreciate your understanding.


Regards,


Ramona Watts

Chief People Officer

Hotwire Preemptive Intelligence (Group)

Mobile:  + 61.423.912.994

ramona.watts@hotwirepe.com



**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Monday, 22 June 2015 11:52 AM
**To:** 'Ira K'

**Cc:** Ramona Watts; 'Sommer, Andrew'
**Subject:** RE: questions

I would love to meet you and your Dad. I have spent the time working and answering queries. I have spent the year jumping through ATO hurdles.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Monday, 22 June 2015 10:33 AM
**To:** Craig S Wright
**Subject:** Re: questions

Let me explain part of my difficulty in answering this 2nd round of questions.

Last year I tried to display a level of trust by completing the questionnaire in a supportive manner. And in return I trusted that things told to me would take place. First I thought you would come meet with me and my dad in person, but that didn't happen. Next my attorneys request for information from Mr. Sommer was never provided. And then the October timeline I was given that stated no risk involved, also didn't happen. It's likely I would not have extracted anything anyhow, but I simply wanted to see confirmation of the story. I also thought I'd get upadates about Coin-ex. But it just seems nothing ever materialized.

If some of these things had taken place it would atleast helped validate trust in your word. But there was no follow through on any of it. After a years time, based on what actions can I still place trust that anything told to me will happen?

It is not my intention to add pressure. I understand your dealings over there are complex and time consuming. But without some kind of action to help demonstrate a measure of trust, how am I supposed to proceed with confidence?

On Sun, Jun 21, 2015 at 6:55 PM, Craig S Wright <craig@rcjbr.org> wrote:

What information do you need?

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Sunday, 21 June 2015 9:52 PM
**To:** Craig Wright
**Subject:** questions

CONFIDENTIAL                                                                                                          DEF_01103314

I'm sitting here staring at this new list of questions, wondering how to best address them.

Now that a years time has passed has anything changed in regards to this?  Would things be any less probelmatic if they were answered a bit more accurately?

CONFIDENTIAL
DEF_01103315