**From:** Craig S Wright [▓▓▓]
**Sent:** 11/21/2015 7:41:58 AM
**To:** Robert MacGregor [▓▓▓]; Craig S Wright [▓▓▓]; c [▓▓▓]; Ramona Watts [ramona.watts@demorgan.com.au]
**CC:** E [▓▓▓]; JLP [▓▓▓]; Stefan Matthews [▓▓▓]
**Subject:** Re: Reporter re: satoshi

I suspect that some of the ex staff stole backups.

Worst case is my communications with Dave. The keys are on it as well, but they are AES 256 encrypted with 24 character randomized passwords.

The emails start in 2007 where we discussed the idea. They are sometimes digitally signed.

I can't prove that the data was stolen but it is possible.

My suspicion is an ex staffer could be selling data. To that rag.

Can we find out more about this at all? Is there a means you know of?

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: Robert MacGregor <▓▓▓>
Date: 21/11/2015 06:34 (GMT+10:00)
To: Craig S Wright <▓▓▓>, c <▓▓▓>, Ramona Watts <▓▓▓>
Cc: E <▓▓▓>, JLP <▓▓▓>, Stefan Matthews <▓▓▓>
Subject: Re: Reporter re: satoshi

Do you have copies of the supposedly leaked emails? What do they have?

**From:** Craig S Wright <▓▓▓>
**Date:** Friday, 20 November 2015 at 20:30
**To:** Cal <▓▓▓>, Craig S Wright <▓▓▓>, Ramona Watts <▓▓▓>
**Cc:** Robert MacGregor <▓▓▓>, E <▓▓▓>, JLP <▓▓▓>, Stefan Matthews <▓▓▓>
**Subject:** Re: Reporter re: satoshi

I was contacted by some friends in Florida, they have reporters trying to get in touch re Dave and I.

It turns out they are looking for me in London right now. They are talking to people who have a connection to Dave in Florida, Ira Daves brother may be an issue.

I trust Patrick, he is don't ask don't tell.

But they are digging.

Sent from Samsung tablet.

-------- Original message --------
From: c <▓▓▓>
Date: 20/11/2015 8:25 pm (GMT+00:00)

CONFIDENTIAL
DEFAUS_00558940

**To:** Craig S Wright <▮>, Ramona Watts <▮>
**Cc:** Robert MacGregor <▮>, E <▮>, JLP <▮>, Stefan Matthews <▮>
**Subject:** Re: Reporter re: satoshi

:-)

---

**From:** Craig S Wright <▮>
**Date:** Friday, November 20, 2015 at 4:23 PM
**To:** c <▮>, Craig S Wright <▮>, Stefan Matthews <▮>, Ramona Watts <▮>
**Cc:** Robert MacGregor <▮>, Dr Errol Cort <▮>, Jim Philip <▮>
**Subject:** Re: Reporter re: satoshi

Not responding at all.

Not answering unknown numbers.

Sent from Samsung tablet.

-------- Original message --------
**From:** c <▮>
**Date:** 20/11/2015 8:14 pm (GMT+00:00)
**To:** Craig S Wright <▮>, Stefan Matthews <▮>, Ramona Watts <▮>
**Cc:** Robert MacGregor <▮>, E <▮>, JLP <▮>
**Subject:** Re: Reporter re: satoshi

Can you just not respond to the guy. Also….you should change your phone number and not give it out to many for a bit. Also you should do what I do…I never answer a call unless I know who is calling…i.e. Its a number in my address book.

Really…you just need to go dark for a few more months so we can put your best foot forward when you do come out. I want you to retain a lawyer in the US named Jason Weinstein. Dr Cort will arrange all of this for you now that you have retained him as he knows the guy personally.

Here is his resume:

http://www.steptoe.com/professionals-Jason_Weinstein.html

He is currently also the director of the industry association that is the interface between the industry in the US and law enforcement in the US. The article below explains this a bit and has a few quotes from Jason.

http://jamaica-gleaner.com/article/business/20151023/bitcoin-groups-form-alliance-law-enforcement

C….

---

**From:** Craig S Wright <▮>
**Date:** Friday, November 20, 2015 at 3:11 PM
**To:** c <▮>, Stefan Matthews <▮>, Ramona Watts <▮>
**Subject:** Fwd: Reporter re: satoshi

CONFIDENTIAL                                                                                                                                     DEFAUS_00558941

Bloody reporters

Sent from Samsung tablet.

-------- Original message --------
From: Andy Cush <​                    ​>
Date: 20/11/2015 6:58 pm (GMT+00:00)
To: craig.steven.wright@
Subject: Reporter re: satoshi

Hi Craig, this is Andy Cush again, one of the reporters who called about Bitcoin and Satoshi Nakamoto a few days ago. I've been in touch with some other sources who suspected that you and/or Dave Kleiman had a role in its creation, and I'd very much like to talk to you if you're interested. Thanks very much for your time.

Andy Cush
Gawker

CONFIDENTIAL
DEFAUS_00558942