| | |
|---|---|
| **From**: | Craig Wright [A] |
| **Sent**: | 2/15/2014 11:48:38 AM |
| **To**: | Ira K [clocktime2020@gmail.com]; craigswright@acm.org |
| **Subject**: | RE: Dave |

Hi Ira,
Dave and I had completed several papers and books and had a company together.

I cannot say much right now, but yes, Dave was involved with that PDF. He had the vistomail account, I had the gmx one.

The following pages will help.
- http://www.forensicfocus.com/c/aid=54/reviews/2013/internet-evidence-finder-ief/
- http://www.panamacarsrental.com/images/wallet/BackupBitcoin/bitcoin-walletdat-location.php
- http://www.magnetforensics.com/bitcoin-forensics-a-journey-into-the-dark-web/

You will be looking for Private keys and wallet.dat files. Also look for *.wallet and *.asc. If the drives and phones are encrypted, then that will make this difficult to say the least.

Any QR files and images could also help.

Talk more soon,
…
Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA

# RCJBR.org

Tel: + 612 8003 7553 | Mobile: + 61 417 683 914
http://www.rcjbr.org

  

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Saturday, 15 February 2014 3:31 AM
**To:** craigswright@acm.org
**Subject:** Dave

Hi Craig,

I am Dave's brother, Ira.

I heard via Patrick that you and my brother worked on some tech projects together.
If what he told me is true I would be very impressed.

As the person in charge of his estate, I have most of his belongings and hard
drives, aside from the few Patrick has.  The drives I have are encrypted so
am not sure yet if they can be decrypted.

Can I ask you if Dave played a part in writing the original PDF under the asian alias?
Any info you can share would be most interesting.  I certainly would not disclose
it to anyone outside our circle.  I have no interest in public attention from it.  I just
think it would be cool to know that David played a part in creating something so incredible.

Sincerely,

Ira

DEFAUS_00112713