

**From:** Sommer, Andrew
**Sent:** Thursday, 1 May 2014 11:10 PM
**To:** Craig Wright; Ira K
**Subject:** RE: Letter

Dear Ira

As I understand it, these were Founder Shares that were held by Dr Wright on behalf of the late Dave Kleiman's interest in the business.  As such, they were transferred to you as the executor of the estate.  I'm happy to be corrected by Dr Wright if that is not the case.

Accordingly, I would suggest in your cover email to the ATO you could state:

"Dear Mr Miller

Please find attached a letter with responses to your questions of 15 April.

I note you have also subsequently asked a further question about shares issued to me in an Australian company Coin-Exch Pty Ltd.  I understand from Dr Wright that these shares represent an interest of my late brother in the activities of Dr Wright and were transferred to me as the executor of his estate.  As such, I was aware of the transfer of the shares.  However, I did not provide any payment for these shares."

Look forward to discussing with you shortly.

Regards

Andrew

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Thursday, 1 May 2014 11:39 PM
**To:** Sommer, Andrew; Craig Wright
**Subject:** Re: Letter

How should I respond to their latest inquiry...

"I have also attached a document which has been lodged with the 'Australian Securities and Investments Commission' (ASIC) recently, by Craig Wright. It suggests that you acquired $10,500,000 worth of shares in an Australian Company 'Coin-Exch Pty Ltd'. Were you aware of this, and if so, in what form did you pay this share capital?"

Regards,

Ira

On Thu, May 1, 2014 at 5:42 AM, Sommer, Andrew <asommer@claytonutz.com> wrote:

Dear Ira

As requested and purely to assist you, I have prepared some draft answers to the questions raised by the ATO.

Of course, you will need to check these properly reflect your understanding and knowledge. I have prepared these on the basis of my knowledge but some are assumptions that you will need to check.

I am happy to discuss these with you in our call.

Regards

DEF_00002147

Andrew

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Wednesday, 16 April 2014 9:20 AM
**To:** 'Ira K'
**Cc:** Sommer, Andrew; ut.ng@hotwirepe.com
**Subject:** RE: Letter

Hello Ira,

No good deed goes unpunished.

I give you permission to talk to and go via the companies solicitor (lawyer), Andrew Sommer. He is CC'd. I believe you have spoken to Uyen already?

You will have to state your answers, but as far as I can see:

1. I told you of them. They all occurred after Dave's death to ensure the completion of the contracts.

2. No, we started them, Dave died prior to the completion of all projects.

3. I could not answer, and I doubt any of us will get into Dave's drives in the short term.

4. I doubt Dave discussed this with anyone and unless you have gained access to his drives, it is locked away.

5. I doubt Dave discussed this with anyone and unless you have gained access to his drives, it is locked away.

6. W&K was run by Uyen following

7. You are best to answer this, but I always understood he did.

8. I doubt you would know. Dave was always a private person. If he spoke to you, he never informed me.

9. I believe I told you of this. I sent you the share transfer forms. So we completed it.

10. Why would you, you were never a director of W&K.

11. See 10.

12. I cannot remember which I have sent to you

13. You need to answer this, I do not know what you may have found in Dave's materials that was not encrypted.

14. We have the software. W&K is not the estate.

You have the shares in Coin-Exch already, so the transfer Dave and I agreed to has occurred.

Let me know if there is more you want. I am sure Uyen can also tell you more about Dave and I. Right now, Bitcoin is not the most friendly place to be.

Thanks,

Craig

---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Wednesday, 16 April 2014 9:05 AM
**To:** Craig Wright
**Subject:** FW: Letter

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 16 April 2014 8:51 AM
**To:** Craig S Wright
**Subject:** Re: Letter

Hi Craig,

I just received a email from the Australian Taxation Office and

they want me to answer some questions regarding W&K.

I am attaching the documents they sent me.

How would you like me to handle this?

Ira

On Thu, Mar 27, 2014 at 5:21 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

I would love some.

Chinese year of the dog. Prefer to think of this as wolf 😁

Sent from my HTC

----- Reply message -----
From: "Ira K" <clocktime2020@gmail.com>
To: "Craig S Wright" <craig.wright@hotwirepe.com>
Subject: Letter
Date: Thu, Mar 27, 2014 18:27

I was going through some of Dave's stuff last week.  He was crazy about wolves.

Did you ever see all the wolf pictures and figurines inside his house?   I personally don't share the same fascination towards them as he, but I guess some people like my neighbors do.  They are an elderly couple that call me over to help fix their computer on occasion.  The other day I noticed they had magazine picture clippings of wolves taped all over one of their walls so instantly I thought of Dave.  I went home and grabbed one of his nicely framed wolf pictures with some poetic wording underneath it.  When I gave

it to them they were blown away at how beautiful it was.  Later that evening they phoned to thank me again for the picture and said they proudly hung it in the center so everyone could see it.  And they wanted me to know that my brothers spirit now lives on in their house too, so I thought that was pretty cool.

I don't know if your fond of wolf stuff or not, but I'll save some in case you want any.

On Thu, Mar 27, 2014 at 1:39 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> No, just the BS in filing.
>
> As you may have guessed, I am not a fan or government.
>
> Just all the things they make to jump through. I do understand the intention is to ensure that one is not ripping off another, but they actually make it harder to do the right thing than to not.
>
> **From:** Ira K [mailto:clocktime2020@gmail.com]
> **Sent:** Thursday, 27 March 2014 4:29 PM
> **To:** Craig S Wright
> **Subject:** Re: Letter
>
> I'm not following.  Governments trying to access Dave's stuff?
>
> Only news I read recently about government and btc was how the IRS will tax it as property.  Does that complicate things?

DEF_00002151

On Tue, Mar 25, 2014 at 8:06 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Bloody governments....

They make life difficult.

Why do we not have access to drives Dave encrypted....

Dumb bastards. Like anyone will have access to anything Dave encrypted if he did not want them to know,

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Thursday, 13 March 2014 4:07 PM

**To:** Craig S Wright
**Subject:** Re: Letter

Craig,

I received the forms, signed them and returned to Angela.

Thanks for everything.  Our family is truly blessed to know you.

Sincerely,

Ira

On Wednesday, March 12, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Ira,

Angela will be sending you the share transfer forms and certificates shortly.

Thanks

craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 12 March 2014 10:13 AM
**To:** Craig S Wright
**Subject:** Re: Letter

Addresses:

Ira Kleiman

7101 Geminata Oak Court

Palm Beach Gardens, FL. 33410

Louis Kleiman

5104 Robino Circle

West Palm Beach FL. 33417

Craig, I don't know whats involved with being a director.

Can we talk more about that when you come to visit?

Thanks,

Ira

On Tuesday, March 11, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Hello Ira,

As discussed, I have the letter.

As discussed, the 10,642,500 total founders shares in Coin-Exch Pty Ltd that are held by myself non-beneficially for Dave Kleiman's estate are to be distributed as follows:

- Ira Steven Kleiman (Yourself, Dave's brother)     8,514,000
- Louis L. Kleiman (Dave's Father)                  2,128,500

You have the right to be appointed as a director or to appoint another. Do you wish to do this? You can make this decision at a later point.

Can you please provide your address and your father's address for the company records.

We will send a copy of the executed documents to you once we have lodged these.

Regards,

Craig

**From:**

This email is confidential. If received in error, please delete it from your system.

DEF_00002154

This email is confidential. If received in error, please delete it from your system.

DEF_00002155