# EXHIBIT B

Dr. Matthew Edman
April 29, 2020



1       UNITED STATES DISTRICT COURT

2       SOUTHERN DISTRICT OF FLORIDA

3       CASE NO. 9:18-cv-80176-BB/BR

4

IRA KLEIMAN, as the personal representative
5  of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

6

     Plaintiffs,

7

-vs-

8

CRAIG WRIGHT,

9

     Defendant.

10

11  * * * * * * * * * * * * * * * * * * *

12  TELECONFERENCE DEPOSITION OF DR. MATTHEW EDMAN

13  DATE TAKEN: April 29, 2020

14  TIME: 10:10 a.m. - 4:40 p.m.

15
TAKEN BEFORE: RICK E. LEVY, RPR, FPR
16        AND NOTARY PUBLIC

17

18  * * * * * * * * * * * * * * * * * * *

19

20

21

22

23

24

25

Dr. Matthew Edman
April 29, 2020                                112

1    a very broad question.  I don't know what databases

2    may or may not belong to Craig Wright or whether

3    anyone in the world could possibly have accessed

4    without his authorization.

5  BY MR. KASS

6    Q.  So let's just focus on Slack.  Going on the

7  presumption that it is Dr. Wright's Slack channel.  Is

8  it conceivable to you that somebody has accessed Dr.

9  Wright's Slack channel without his authorization?

10    A.  It's possible.

11    Q.  Dr. Edman, I'm going to -- now that we have --

12  we had your third report which is Exhibit 3 I'm going to

13  ask you to open that up and -- I'm going to ask you to

14  turn to page number two and do you see in Roman numeral

15  number I there is a document DEF underscore 0051010 and

16  there's a reference to a document.  The document is not

17  in there.

18      MR. ROCHE:  What exhibit are we in?

19  BY MR. KASS

20    Q.  We are in Exhibit 3 which is in Dr. Edman's

21  most recent report from April.  We're on page two Dr.

22  Edman.  Do you see Roman numeral number I?

23    A.  Yes.

24    Q.  You're referencing a document over there;

25  correct?

Dr. Matthew Edman
April 29, 2020                                    113

1    A.  Yes.

2    Q.  Does that document have anything to do with

3  development of intellectual property?

4    A.  I don't recall.  Can I see the document?

5      MR. KASS:  Sure.  Give me one second.  I will

6    gladly provide it.  I just sent that document and

7    for good recordkeeping I am going to make that

8    document Exhibit 10 and that is DEF0051010 and how

9    about this can we take a five minute break and you

10    don't have to look at the document then but if you

11    want you could and we'll come back on.  Does that

12    work for everyone?

13      THE WITNESS:  Just to clarify I don't know the

14    extent to how many zeros matter but it is DEF00051.

15      MR. KASS:  Thank you.  I appreciate that.

16    We'll take it back in five minutes.

17      (Defendant's Exhibit No. 10 was

18      marked for identification.)

19      (Thereupon, a brief recess was taken.)

20  BY MR. KASS

21    Q.  Dr. Edman, have you had a chance to look at

22  the document I just shared and which was marked as

23  Exhibit 10?

24    A.  Opening it.

25    Q.  Do you know if this document has anything to

Dr. Matthew Edman
April 29, 2020                          114

1   do with the development of intellectual property?

2       A.  I don't know.

3       Q.   Do you know if it relates to any Bitcoin

4   mining?

5       A.  I don't know.

6       Q.   Ownership of Bitcoin?

7       A.  I don't know.

8       Q.   Partnership between Dave and Craig?

9       A.  I don't know.

10      Q.   Do you know how this -- how your testimony of

11   this document was altered is going to be helpful to the

12   jury?

13          MR. ROCHE:  Objection to the form.

14          THE WITNESS:  I don't know.

15   BY MR. KASS

16      Q.   To the extent this document was altered do you

17   know what date -- do you have an opinion as to when the

18   document was altered?

19      A.   My understanding based on metadata is it

20   appeared to have been altered in 2014.

21      Q.   Now I'm going to ask you to turn to page four

22   of your report which is Exhibit 3 and here you reference

23   document -- Roman numeral two is DEF underscore

24   01369890.  Do you see that?

25      A.   Yes.

Dr. Matthew Edman
April 29, 2020                                    115

1      MR. KASS:  I am going to introduce that

2    document as Exhibit 11.

3      (Defendant's Exhibit No. 11 was

4      marked for identification.)

5  BY MR. KASS

6    Q.  Have you received the document?

7    A.  Downloading it now.  I have Exhibit 11 open.

8    Q.  Do you know whether this document is

9  captured -- is connected to the development of

10  intellectual property?

11    A.  I don't know.

12    Q.  Do you know if it's related to Bitcoin mining?

13    A.  I don't know.

14    Q.  Do you know if it's related to a partnership

15  between Dave Kleiman and Dr. Wright?

16    A.  I don't know.

17    Q.  To the extent there were any modifications

18  made what's your opinion as to the date the

19  modifications were made?

20    A.  To the best of my recollection I believe it

21  was in 2014.

22    Q.  Now, staying on page four under Roman numeral

23  three you reference document DEF underscore 01369891.

24  Do you see that reference?

25    A.  Yes.

Dr. Matthew Edman
April 29, 2020                              126

1      I have it open.

2    BY MR. KASS

3      Q.   On the human readable text of this e-mail who

4    does it appear sent the e-mail?

5      A.   The human readable text of this particular

6    document says it was sent by Craig@panopticrypt.com.  I

7    apologize, I misread that.  It is sent from Romana Watts

8    using the account Ramona@rcjbr.org.

9      Q.   Who was it sent to?

10     A.   According to the human readable it was sent to

11   Craig@panopticrypt.com.

12     Q.   And it's your opinion that this e-mail is not

13   authentic?

14     A.   Correct.

15     Q.   Is it your opinion that this document should

16   not be relied upon?

17     A.   I think it depends on the context.  It is my

18   opinion that it has been manipulated.

19     Q.   In what context is it okay to rely on this

20   document?

21     A.   I don't know.

22     Q.   Staying on page 11 of your report which is

23   Exhibit 3 if you go to Roman numeral number nine is a

24   reference to a document DEF underscore 01596539.  Do you

25   see that?

Dr. Matthew Edman
April 29, 2020                              127

1        A.  Yes.

2            MR. KASS:  I'm going to introduce that

3        document as Exhibit 18.

4            (Defendant's Exhibit No. 18 was

5            marked for identification.)

6    BY MR. KASS

7        Q.  Dr. Edman, have you had a chance to look at

8    the document?

9        A.  Yes.

10       Q.  Do you know what relevance this document has

11   to the development of intellectual property?

12       A.  No.

13       Q.  Do you know what relevance this document has

14   to Bitcoin mining?

15       A.  No.

16       Q.  Do you know what relevance this document has

17   to a partnership between Dave Kleiman and Dr. Craig

18   Wright?

19       A.  No.

20       Q.  Do you know what relevance this document has

21   to the ownership of Bitcoin property -- let's do

22   Bitcoin.  I'll re-ask it.  Stop.  Do you know what

23   relationship this document has to the ownership of

24   Bitcoin?

25       A.  No.

Dr. Matthew Edman
April 29, 2020                                    128

1      Q.   Do you know how your testimony as to this

2   document is going to be helpful to the jury?

3      A.   No.

4      Q.   To the extent this document was altered or

5   modified what's your opinion as to the date of that

6   alteration or modification?

7      A.   I believe this document was modified in 2014.

8      Q.   I'm going to ask you to go to page 13 of your

9   report and do you see there is a letter A under

10  paragraph 45?

11     A.   Yes.

12     Q.   It makes reference to a document DEF

13  underscore 01616105.

14     A.   Yes.

15        MR. KASS:  I'm going to introduce that

16     document as Exhibit 19.

17        (Defendant's Exhibit No. 19 was

18        marked for identification.)

19        THE WITNESS:  Okay.

20  BY MR. KASS

21     Q.   Do you know what relationship this document

22  has to the development of intellectual property?

23     A.   No.

24     Q.   Do you know what relationship this document

25  has to the mining of Bitcoin?

Dr. Matthew Edman
April 29, 2020                                    129

1      A.  I don't know.

2      Q.  Do you know what relationship this document

3   has to a partnership between Dave Kleiman and Dr. Craig

4   Wright?

5      A.  I don't know.

6      Q.  To the extent this document was modified or

7   altered what's your opinion as to the date of the

8   modification or alteration?

9      A.  I believe my opinion as described in my report

10  is not necessarily that this e-mail was manipulated but

11  it is from -- I suppose Ritzela De Gracia associated

12  with highsecured.net which is not associated with

13  highsecured.com.  The e-mail itself I believe was

14  created in 2015.

15     Q.  So let me just make sure I understand that.

16  With respect to Exhibit 19 what is -- are you -- do you

17  have any -- let's just back up.  Remember how we spoke

18  about how generally structured your opinion worked;

19  correct?

20     A.  Yes.

21     Q.  How you have the conclusion, the last

22  paragraph before going on to the next document?

23     A.  Yes, those I recall I responded that in

24  general, yes.

25     Q.  So my question over here is you don't have a

Dr. Matthew Edman
April 29, 2020                                    130

1    conclusory paragraph with regards to this document; is

2    that accurate?

3        A.   Not with regards to this specific document but

4    at the conclusion of this Roman numeral section after

5    considering the documents listed under Roman numeral X I

6    present my conclusion or my opinion based on that

7    preceding documents.

8        Q.   And that's in paragraph 72?

9        A.   Yes.

10       Q.   So is it fair to say your opinion with respect

11   to Exhibit 19 as set forth in paragraph 72 that it's not

12   an authentic e-mail from Ritzela De Gracia and not

13   associated with highsecured.com?

14       A.   Correct.

15       Q.   Are you offering an opinion as to when this

16   non-authentic e-mail was created?

17       A.   My opinion is that it was created in 2015.

18       Q.   Thank you.  On page 16 there is section B and

19   you reference document DEF underscore 10591420.  Do you

20   see that?

21           MR. ROCHE:  What page?

22           MR. KASS:  Page 16.  I'm going to introduce

23       that document as Exhibit 20.

24           (Defendant's Exhibit No. 20 was

25           marked for identification.)

Dr. Matthew Edman
April 29, 2020                          131

1        THE WITNESS:  While I'm waiting for this at

2    what point would it be good to stop for a bathroom

3    break?

4        MR. KASS:  Whatever you want.  If you would

5    like to stop now is a good point.

6        THE WITNESS:  I don't want to mess up your

7    flow.

8        MR. KASS:  It's a little more of this very

9    repetitive.

10       THE WITNESS:  If it's all right with you do

11    you mind if we do a bathroom break right now and go

12    through Exhibit 20?

13       MR. KASS:  Perfect.

14       THE WITNESS:  I appreciate it.

15       (Thereupon, a brief recess was taken.)

16   BY MR. KASS

17    Q.  Dr. Edman, I previously introduced Exhibit 20.

18   Do you recall that?

19    A.  Yes.

20    Q.  Have you had a chance to look at that

21   document?

22    A.  Yes.

23    Q.  Do you know how that document relates to the

24   development or ownership of intellectual property?

25    A.  No.

Dr. Matthew Edman
April 29, 2020                                      132

1     Q.   Do you know how that document relates to the

2   mining or ownership of Bitcoin?

3     A.   I don't know.

4     Q.   Do you know how that document relates to a

5   purported partnership between Dave Kleiman and

6   Dr. Wright?

7     A.   I don't know.

8     Q.   Do you know how your testimony will be helpful

9   to the jury?

10    A.   I don't.

11    Q.   To the extent modifications or alterations

12   were made to that document what is your opinion as to

13   the date of the modification?

14    A.   Again similar to the previous documents it's

15   not my opinion that this was manipulated but it is as I

16   stated in paragraph 72 not an authentic document from

17   Ritzela De Gracia or associated with highsecured.com.

18    Q.   Will you call this document an authentic, is

19   that fair conclusion?

20    A.   I think that's a fair conclusion.

21    Q.   What date was this -- in your opinion what

22   date was this unauthentic e-mail created?

23    A.   In 2015.

24    Q.   Dr. Edman, I am going to ask you to turn to

25   page 17 of your report and there there is a header C and

Dr. Matthew Edman
April 29, 2020                                      133

1    it refers to document DEF underscore 01587951.  Do you

2    see that?

3        A.  Yes.

4            MR. KASS:  I'm going to introduce that

5        document as Exhibit 21.

6            (Defendant's Exhibit No. 21 was

7            marked for identification.)

8    BY MR. KASS

9        Q.  Can you let me know when you've had a chance

10   to review the document?

11       A.  Okay, I have.

12       Q.  Do you know how that document relates to the

13   development or ownership of intellectual property?

14       A.  No.

15       Q.  Do you know how that document relates to the

16   mining or ownership of Bitcoin?

17       A.  I don't.

18       Q.  Do you know how that document relates to a

19   purported partnership between Dave Kleiman and

20   Dr. Wright?

21       A.  No.

22       Q.  Do you know how your testimony will be helpful

23   to the jury?

24       A.  I don't.

25       Q.  To the extent you have determined that this

Dr. Matthew Edman
April 29, 2020                                        134

1   document is inauthentic do you have -- what's your

2   opinion as to the date the e-mail was created?

3       A.   Again as I stated before it's my opinion that

4   this document was not an authentic e-mail from Ritzela

5   De Gracia or associated with highsecured.com given that

6   it's my opinion this document was created in 2015.

7       Q.   Now, on page 19 there is a header D and there

8   is a document referred to as DEF underscore 01222659.

9   Do you see that?

10      A.   Yes.

11          MR. KASS:  I'm going to introduce that

12      document as Exhibit 22.

13          (Defendant's Exhibit No. 22 was

14          marked for identification.)

15  BY MR. KASS

16      Q.   If you can let me know when you've had a

17  chance to review it?

18      A.   Okay, I have.

19      Q.   Do you know how that document relates to the

20  development or ownership of intellectual property?

21      A.   No.

22      Q.   Do you know how that document relates to the

23  ownership or mining of Bitcoin?

24      A.   I don't.

25      Q.   Do you know how that document relates to

Dr. Matthew Edman
April 29, 2020                                    135

1   purported partnership between Dave Kleiman or Dr.

2   Wright?

3       A.   No.

4       Q.   Do you know how your testimony will be helpful

5   to the jury?

6       A.   I don't.

7       Q.   To the extent you have determined that this is

8   an inauthentic e-mail what date is your opinion that the

9   document was created?

10      A.   My opinion that this document was created in

11  2015.

12      Q.   Now I'm going to ask to you turn to page 20 of

13  your report and there under header 11 -- there under 11

14  there is a document Bates stamped reference DEFAUS

15  underscore 01807944.  Do you see that?

16      A.   Yes.

17          MR. KASS:  I'm going to introduce that

18      document as Exhibit 23.

19          (Defendant's Exhibit No. 23 was

20          marked for identification.)

21  BY MR. KASS

22      Q.   If you can let me know when you've had a

23  chance to review the document.

24      A.   Just one quick question.  Should I keep the

25  previous documents open, will we be reviewing back to

Dr. Matthew Edman
April 29, 2020                                    136

1   them or close them?

2       Q.   I don't believe I'll be referring back to

3   them.  That's not my intention.  I can always re-share

4   it if necessary.

5       A.   Understood.  Just cleans my screen up a little

6   bit.  I have Exhibit 23 open and I have had a chance

7   look at it.

8       Q.   Do you know how that document relates to the

9   development or ownership of intellectual property?

10      A.   No.

11      Q.   Do you know how that document relates to the

12  mining or ownership of Bitcoin?

13      A.   I don't.

14      Q.   Do you know how that document relates to a

15  purported partnership between Dave Kleiman and Dr.

16  Wright?

17      A.   No.

18      Q.   Do you know how your testimony will be helpful

19  to the jury?

20      A.   I don't.

21      Q.   To the extent any modifications or alterations

22  were made what is your opinion as to the date of the

23  modification?

24      A.   I believe this e-mail was created in 2015.

25      Q.   I am going to ask you to turn to page 22 of

Dr. Matthew Edman
April 29, 2020                                137

1   your report and there under Roman numeral 12 there is a

2   document referenced DEF underscore 01588028.  Do you see

3   that?

4       A.  Yes.

5           MR. KASS:  I am going to introduce that

6       document as Exhibit 24.

7           (Defendant's Exhibit No. 24 was

8           marked for identification.)

9           THE WITNESS:  I have it open.

10  BY MR. KASS

11      Q.  Do you know how that document relates to the

12  development or ownership of intellectual property?

13      A.  No.

14      Q.  Do you know how that document relates to the

15  mining or ownership of Bitcoin?

16      A.  I don't.

17      Q.  Do you know how that document relates to

18  purported partnership between Dave Kleiman and Dr.

19  Wright?

20      A.  I don't.

21      Q.  Do you know how your testimony will be helpful

22  to the jury?

23      A.  I don't.

24      Q.  To the extent you determine that the e-mail is

25  not authentic what was the date that an authentic e-mail

Dr. Matthew Edman
April 29, 2020                                    138

1   was created?

2       A.  I believe the e-mail was created in 2015.

3       Q.   I'm going to ask you to look on page 23 of

4   your report there under Roman numeral 13 there is a

5   document referred to as DEF underscore 01588060.  Do you

6   see that?

7       A.  Yes.

8           MR. KASS:  I'm going to introduce that

9   document as Exhibit 25.

10          (Defendant's Exhibit No. 25 was

11          marked for identification.)

12          THE WITNESS:  I have it open.

13  BY MR. KASS

14      Q.   Is it your opinion that this is not an

15  authentic e-mail?

16      A.   It's my opinion that this is not an authentic

17  e-mail from Drockwell@highsecured.com.

18      Q.   To the extent modifications were made

19  what's -- scrap that.  What was the date -- what's your

20  opinion as to when this inauthentic e-mail was created?

21      A.   I believe it was created in 2015.

22      Q.   Do you have any opinion as to whether the

23  contents of the e-mail are truthful?

24      A.   No, I wasn't -- that wasn't within the scope

25  of my opinion.

Dr. Matthew Edman
April 29, 2020                                    139

1    Q.   Is that throughout your report?

2    A.   Sorry, could you be more specific?

3    Q.   Sure.  You've offered an opinion that this

4  document is not authentic -- authentic e-mail from

5  Drockwell@highsecured.com; correct?

6    A.   Correct.

7    Q.   Are you offering an opinion as to whether the

8  contents within the e-mail are truthful?

9    A.   No.

10    Q.   With respect to this document how do you

11  believe your testimony is going to be helpful to the

12  jury?

13    A.   I don't know.

14    Q.   I'm going to ask you to turn to page 24 of

15  your report and there is Roman numeral number four and

16  there is a reference to document DEF underscore

17  00065561.  Do you see that?

18    A.   Apologies.  I am pretty sure you mean Roman

19  numeral 14.

20    Q.   Yes.  Do you see that reference to that Bates

21  number after Roman numeral 14?

22    A.   Yes.

23    MR. KASS:  I am going to introduce that

24  document as Exhibit 26.

25

Dr. Matthew Edman
April 29, 2020                                    140

1          (Defendant's Exhibit No. 26 was

2          marked for identification.)

3          THE WITNESS:  Have you sent it?

4          MR. KASS:  Yes, it probably just popped in

5     now.  Did you get it?

6          THE WITNESS:  Yes.  I have it open.

7   BY MR. KASS

8     Q.   Do you know how this document relates to

9   development or ownership of intellectual property?

10     A.   No, not specifically.

11     Q.   Do you know how this document relates to the

12   mining or ownership of Bitcoin?

13     A.   No.

14     Q.   Do you know how this document relates to a

15   purported partnership between Dave Kleiman and Dr.

16   Wright?

17     A.   No.

18     Q.   Do you know how your testimony will be helpful

19   to the jury?

20     A.   I don't.

21     Q.   To the extent it's your opinion that this

22   document is not authentic and has been manipulated what

23   is your opinion as to the date of the manipulations?

24     A.   It's my opinion this document was manipulated

25   in or around 2015.