# EXHIBIT C

Andreas Antonopoulos
January 07, 2020

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF FLORIDA

3                     CASE NO. 9:18-cv-80176-BB/BR

4

    IRA KLEIMAN, as the personal representative
5   of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,
6

              Plaintiffs,
7

    -vs-
8

    CRAIG WRIGHT,
9

              Defendant.
10

11  * * * * * * * * * * * * * * * * * * *

12  VIDEOTAPED DEPOSITION OF ANDREAS ANTONOPOULOS

13  DATE TAKEN: January 7, 2020

14  TIME: 10:10 a.m. - 7:40 p.m.

15  PLACE: 2525 Ponce de Leon Boulevard

16  Miami, Florida 33134

17
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                 AND NOTARY PUBLIC

19

20  * * * * * * * * * * * * * * * * * * *

21

22

23

24

25

Andreas Antonopoulos
January 07, 2020                                              220

```
 1   identifiable control of each Bitcoin amount because it

 2   does not record something that identifies uniquely a

 3   person.  So it is not personally identifiable.

 4        Q.   Well, if it says your first name and your last

 5   name and your social it identifies you, it may not be

 6   accurate.

 7        A.   You can add many identifiers as you suggested

 8   here.  But none of those identifiers are personally

 9   identifiable.

10        Q.   That's because the subset of the word

11   personally is authoritative or accurate?

12        A.   That is because the block chain records

13   non-personally identifiable control of each Bitcoin

14   amount.

15        Q.   Your position that if it says someone's name

16   it's not personally identifiable?

17             MR. ROCHE:  Objection, form.

18             THE WITNESS:  No, that's not what I said.  My

19        position is that if it records a name that name

20        does not -- is non-personally identifiable.

21             MR. KASS:  Perfect.  Do you want to take a

22        break now, Kyle?

23             MR. ROCHE:  Yes.

24             THE VIDEOGRAPHER:  Off the record at 5:36.

25             (Thereupon, a brief recess was taken.)
```

Andreas Antonopoulos
January 07, 2020                                       221

1            THE VIDEOGRAPHER:  On record 5:42.

2            THE WITNESS:  I would like to add something to

3       my previous testimony.

4            MR. KASS:  Okay.  What would you like to add?

5            THE WITNESS:  You showed me an exhibit showing

6       the vanity address.

7            MR. KASS:  11.

8            THE WITNESS:  11.  I would like to add to my

9       previous testimony that more than once people have

10      impersonated me online including creating addresses

11      attempting to appear to be mine in order to collect

12      donations to an address they control.

13           The inability to record personally

14      identifiable information the non-personally

15      identifiable control of each Bitcoin amount is part

16      of the reason that I can't prevent impersonators

17      for producing addresses that are sufficiently

18      similar and therefore provide misleading

19      identification of control.

20  BY MR. KASS:

21      Q.   Let me ask you.  Based on the information

22  that's on Bitcoin block chain solely information that's

23  on Bitcoin block chain are you able to identify who

24  controls Bitcoin?

25           MR. ROCHE:  Objection, form.

Andreas Antonopoulos
January 07, 2020                                          222

```
 1            THE WITNESS:  Amounts of Bitcoin?

 2   BY MR. KASS:

 3        Q.    Which Bitcoin are controlled by a real person.

 4   Could you match just information on the block chain with

 5   a person?

 6            MR. ROCHE:  Objection, form.

 7            THE WITNESS:  Not without additional

 8        information because the block chain records

 9        non-personally identifiable control of each Bitcoin

10        amount.

11   BY MR. KASS:

12        Q.    That additional information would be off block

13   chain information?

14        A.    If such information can be found, yes.

15        Q.    Is it possible to identify what real person

16   mined particular blocks of Bitcoin?

17        A.    It is --

18        Q.    Let me -- solely based on information solely

19   on the Bitcoin block chain?

20        A.    It is not possible to identify persons solely

21   based on information recorded on the block chain because

22   the block chain records non-personally identifiable

23   control of each Bitcoin amount.

24        Q.    Got it.

25        A.    This is a complex topic and the English
```

Andreas Antonopoulos
January 07, 2020                                        223

1    language often cannot express the full extent of these

2    concepts which is why the implementation software is

3    authoritative to these rules, not the English language.

4    So I'm not quibbling.  I'm trying to express myself as

5    clearly as possible using the limited language.

6         Q.   Got it.  And using information solely on the

7    block chain am I able to identify who owns particular

8    Bitcoin?

9         A.   The block chain records information about

10   control, not ownership in the legal sense of the word.

11        Q.   Okay.  Has it ever shown or recorded any

12   information as to ownership?

13        A.   Legal?

14        Q.   Yes.

15        A.   Ownership?

16        Q.   Yes.

17        A.   Not that I know.  I do not believe that that

18   is possible.  Except that I believe in some

19   jurisdictions information has been recorded on block

20   chains which due to the legal framework in that

21   jurisdiction is connected to legal contracts of

22   ownership such as deeds of land title thereby providing

23   a connection between legal ownership and additional

24   token but that is a narrow circumstance that does not as

25   far as I know exist on Bitcoin and does not apply to

Andreas Antonopoulos
January 07, 2020                                    224

```
 1   Bitcoin amounts.

 2        Q.   Do you know when that other system first was

 3   implemented like a date approximately?

 4        A.   I'm not thinking of a specific system.  I

 5   believe that prototypes have been built in a number of

 6   different jurisdictions attempting to connect property

 7   title in real estate to tokens traded on a block chain.

 8        Q.   Would it be fair that those efforts have

 9   occurred within the past six years?

10        A.   Yes.

11        Q.   Paragraph 19 you state "when funds are sent to

12   a Bitcoin address," page five?

13        A.   Yes.

14        Q.   Could funds also be sent to other -- to other

15   things that aren't Bitcoin addresses?

16        A.   So the word "sent" is in quotation marks

17   because it is a metaphor because funds are not sent in

18   the Bitcoin block chain.  A transaction is recorded that

19   expresses a transfer of control so the funds don't

20   actually move in the physical sense because they're

21   intangible.  It is possible to send funds to locking

22   script that does not have a corresponding expression as

23   a Bitcoin address.

24        Q.   But you don't mention that in paragraph 19?

25        A.   I do not.  I mention it further down though.
```

Andreas Antonopoulos
January 07, 2020                                            225

```
 1        Q.    Would you like to add that to paragraph 19

 2  now?

 3        A.    No, I think it expresses the most common

 4  understanding of the technology.

 5        Q.    Paragraph 23 the private key is essentially a

 6  randomly generated number.

 7        A.    Actually it says "a randomly selected number."

 8        Q.    Sorry, selected number like a very long pin

 9  number.  Are Bitcoin private keys random?

10        A.    They're randomly selected.

11        Q.    Well, let me ask you.  If I have a key that's

12  being generated from a list of ten words.  I may not get

13  the technical details right but is there a way I can

14  choose ten words and based on those ten word stuff

15  happens and I get a private key?

16        A.    Not specifically.  You can create various

17  encoding schemes to represent private keys in a variety

18  of formats.  In that case the randomly selected words

19  would result in -- can be turned into a valid private

20  key potentially.  Not all randomly selected words

21  depends on the encoded scheme.

22        Q.    Could those words not be random like use the

23  name of my cat, my dog, my car and whatever?

24        A.    Yes, that would be exceedingly bad judgment

25  because anyone else who could easily guess the way that
```