# EXHIBIT E

Select Year:   2011 ▼   Go

# The 2011 Florida Statutes

| Title XXXVI | Chapter 608 | View Entire Chapter |
|---|---|---|
| BUSINESS ORGANIZATIONS | LIMITED LIABILITY COMPANIES | |

**608.401**   Short title.—Sections 608.401-608.705 may be cited as the "Florida Limited Liability Company Act."

**History.**—s. 2, ch. 82-177; s. 4, ch. 93-284; s. 1, ch. 99-315; s. 1, ch. 2002-272.

Copyright © 1995-2020 The Florida Legislature • Privacy Statement • Contact Us