# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

------------------------------------------
IRA KLEIMAN, as the personal              )
representative of the Estate of David     )
Kleiman, and W&K Info Defense             )
Research, LLC                             )
                    Plaintiffs,.          )
                                          )
        v.                                )
                                          )
CRAIG WRIGHT                              )
                    Defendant.            )
------------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

on

Wednesday, March 18, 2020

At the offices of:
SCA Ontier
Halton House
20-23 Holborn
London EC1N 3JD
United Kingdom

Taken by:
AMY COLEY, Court Reporter



Page 103

```
 1          A.    Dave was not doing any research.
 2   Dave was not an academic.  Dave didn't even finish
 3   university.
 4          Q.    Did you ever tell the Australian
 5   Tax Office such a trust was set up?
 6                MR. RIVERO:  Same objection as
 7   previously about reliance on such transcripts.  Go
 8   ahead and answer.
 9   BY MR. FREEDMAN:
10          Q.    We gave you a standing objection to
11   that, so you don't have to do that.
12                MR. RIVERO:  I'm just establishing
13   my record.  Please go ahead.
14          A.    Again, those transcripts were not
15   even remotely accurate.
16   BY MR. FREEDMAN:
17          Q.    I did not mention the transcripts.
18   I just said did you tell the Australian Tax Office
19   such a trust was set up?
20          A.    No, I did not say that there was a
21   trust with Dave.  The tax office knew about all of
22   my trusts, going back until 1996.  Craig Wright
23   R&D was originally mentioned in an Australian
24   court case in 2003 and all of those things were
25   set up with their reciprocal Australian domiciled
```



Page 104

1  trust entity.  At no point was Dave Kleiman ever
2  mentioned, whereas I listed all the beneficiaries,
3  paid all the tax and recorded all the
4  documentation for each of these entities, so there
5  is not a Mr. Dave Kleiman as associated with any
6  of them.
7  BY MR. FREEDMAN:
8        Q.    Did you ever mine Bitcoin into a
9  Panama trust?
10       A.    No, I did not mine Bitcoin into a
11 Panama trust.
12       Q.    Dr. Wright is this the same trust
13 -- strike that question.  Dr. Wright, did you and
14 Dave ever put assets into the same trust?
15       A.    Dave has never had anything to do
16 with any assets that I have owned, other than
17 Coin-Exch.  The only company that Dave ever had
18 shares for was Coin-Exch and that only occurred
19 because I honoured a promise even though it turns
20 out that the person I thought Dave was was
21 different and that he never completed any task nor
22 had anything that he promised to do.
23 Unfortunately, Mr. Kleiman committed suicide four
24 days before he would be required to put his
25 Bitcoin that he promised he had into a company



```
 1   I had founded, but he was never associated with
 2   any trust I was involved with.
 3                  My trusts are family trusts, they
 4   don't involve anyone outside of my family.  They
 5   don't involve friends, they don't involve
 6   co-workers and they don't involve anything else.
 7   At no point have any of my trusts mined Bitcoin.
 8   My trusts hold shares in companies that mined
 9   Bitcoin.  I have simplified this for people
10   because it becomes difficult at times and they
11   roll their eyes at me when I explain it.
12                  I have a trust and that trust owns
13   shares.  The shares are in a company.  The company
14   is owned not in the past by multiple people.
15   Those company records are all filed.  The taxes
16   are paid, the employees are paid.  Then those
17   companies act.  When I say I am mining Bitcoin and
18   I have a staff member, an employee who is under a
19   contract working for me, then I am mining Bitcoin.
20   When someone runs a machine under my direction,
21   I am mining Bitcoin.  When I say I am mining
22   Bitcoin I mean that the trust that I founded runs
23   a company that employs people that do an employed
24   role to mine Bitcoin into the company, making the
25   shares more valuable.  By the shares being more
```



Page 106

1  valuable, increase the value in my trust.
2         Q.    Dr. Wright, was there ever a trust
3  where the assets were sourced from you and Dave?
4         A.    No, there were no assets that Dave
5  ever owned in any of my trusts.  The error that
6  people keep making is thinking that any keys or
7  files are assets.  Bitcoin keys are not assets.
8  Bitcoin keys don't even store Bitcoin.  That is a
9  misrepresentation by a number of criminals who
10 seek to have law enforcement believe that Bitcoin
11 operates and is like account based, and not a UTXO
12 based system.  If you actually recognise it, it is
13 the equivalent of bags of rice; we're holding a
14 number of tokens.  Each of those tokens is what
15 makes up Bitcoin.  Each is individual, indivisible
16 and can be moved between each of the bags, but the
17 bags are not the keys.
18            MR. FREEDMAN:  Mr. Rivero, I would
19 ask you to please ask your client to limit his
20 answer to the question posed.  If you don't and he
21 does not, we are going to end up back in the front
22 of the court for more time for this deposition.
23            MR. RIVERO:  Please just ask your
24 next question.
25 BY MR. FREEDMAN:



```
 1         Q.    Did you ever tell the Australian
 2   Tax Office that there was a trust where the assets
 3   were sourced from you and Dave?
 4         A.    No, that is not what I told the
 5   Australian Tax Office.  The Australian Tax Office
 6   kept trying to make up that story.  My comment to
 7   them was I have a trust, that trust has shares,
 8   those shares are the company that I set up in
 9   Australia that the tax office knew about.  I said
10   I wanted to work with Dave.  I wanted to set up a
11   new company in 2011 after I'd started mining.
12         Q.    Dr. Wright, did you have a trust
13   that held Bitcoin which funded seven or eight
14   entities that you controlled via a loan?
15         A.    I did not control anyone via a
16   loan.  You don't control things via loans.
17         Q.    Let me rephrase the question.  Dr.
18   Wright, did you have a trust that held Bitcoin
19   which, via a loan, funded seven or eight entities
20   that you controlled?
21         A.    I had loans used as capitalisation
22   of rights, and those loans were associated with a
23   trust through a company.
24         Q.    How did the Bitcoin get into that
25   trust?
```

