UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## DEFENDANT'S MOTION IN SUPPORT OF REDACTIONS

Defendant Dr. Craig Wright respectfully requests that the Court find good cause to permit the redactions to Plaintiffs' Opposing Statement of Material Facts [D.E. 534] and its exhibits.

In its denial of Plaintiffs' Opposed Motions to Seal their Opposition Filings,[1] the Court ordered that "redactions to the Sealed Motions may be appropriate upon a proper showing of good cause." [D.E. 538, at 3]. Dr. Wright sent his proposed redactions to Plaintiffs' Opposing Statement of Material Facts to plaintiffs' counsel, who then re-filed a redacted version of the originally sealed document and its exhibits. Dr. Wright proposed no redactions to the remaining Opposition Filings, and plaintiffs re-filed the original versions publicly.

Dr. Wright's redactions to Plaintiffs' Opposing Statement of Material Facts are narrow. Only 5 of its 47 exhibits contain redactions. *See* Ex. 1 (Dr. Wright's List of Redactions). With

---

[1] The Opposition Filings refer to Plaintiffs' Response in Opposition to Defendant's Omnibus Motion in Limine [D.E. 525]; Plaintiffs' Opposition to Defendant's Motion to Exclude the Opinion Testimony of Plaintiffs' Expert Witnesses [D.E. 528]; Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment [D.E. 533], and Plaintiffs' Response in Opposition to Defendant's Statement of Material Facts [D.E. 534].

one exception, Dr. Wright's proposed redactions only pertain to personally identifiable information. The Court has found good cause for nearly identical redactions. [D.E. 539].[2] The exception is Exhibit 36, which contains the deposition transcript and accompanying exhibits of a non-party witness, Jimmy Nguyen. It is Dr. Wright's understanding that Mr. Nguyen's counsel conferred with plaintiffs' counsel and they agreed to redact certain portions of the deposition transcript and its exhibits. Pursuant to instructions from Mr. Nguyen's counsel, Dr. Wright made the corresponding redactions to Exhibit 36.

For the reasons stated above, Dr. Wright requests that this Court find good cause for the redactions to Plaintiffs' Opposing Statement of Material Facts and its exhibits.

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de León Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
   ANDRES RIVERO
   Florida Bar No. 613819
   AMANDA MCGOVERN
   Florida Bar No. 964263
   ZAHARAH MARKOE
   Florida Bar No. 504734

---

[2] The order granted Dr. Wright's Motion in Support of Redactions as to Plaintiffs' Omnibus Daubert Motion to Strike Defense Exhibits [D.E. 509], Plaintiffs' Omnibus Motion in Limine [D.E. 510], and Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defense [D.E. 511]. Similarly, Dr. Wright now redacts the date of birth, home address, telephone number, and email address of his wife; the home address and date of birth of his ex-wife; his former home address; and the email addresses of non-parties. *See* Ex. 1 (Dr. Wright's List of Redactions).

## **CERTIFICATE OF SERVICE**

  I certify that on June 2, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

               /s/ Amanda McGovern
               Amanda McGovern