# EXHIBIT 1

**Exhibit 1**
**Dr. Wright's List of Redactions**

| ECF No. 534 - Plaintiffs' Opposing Statement of Material Facts | | |
|---|---|---|
| *Document* | *Defendant's Redaction* | *Redacted Information* |
| Opposition | None | |
| ECF No. 534-1 – Exhibit 1 | No redactions | |
| ECF No. 534-2 – Exhibit 2 | No redactions | |
| ECF No. 534-3 – Exhibit 3 | No redactions | |
| ECF No. 534-4 – Exhibit 4 | Pages 9, 11, 13, 35, 36, 139, 70, 94, 102, 115, 148, 150–154, 256, 260–262, 284, 287, 288 | Email addresses of non-parties; Current email address of Dr. Wright |
| ECF No. 534-5 – Exhibit 5 | No redactions | |
| ECF No. 534-6 – Exhibit 6 | No redactions | |
| ECF No. 534-7 – Exhibit 7 | No redactions | |
| ECF No. 534-8 – Exhibit 8 | Pages 1, 2 | Email addresses of non-parties; Current email address of Dr. Wright |
| ECF No. 534-9 – Exhibit 9 | No redactions | |
| ECF No. 534-10 – Exhibit 10 | No redactions | |
| ECF No. 534-11 – Exhibit 11 | No redactions | |
| ECF No. 534-12 – Exhibit 12 | No redactions | |
| ECF No. 534-13 – Exhibit 13 | No redactions | |
| ECF No. 509-14 – Exhibit 14 | No redactions | |
| ECF No. 534-15 – Exhibit 15 | No redactions | |
| ECF No. 534-16 – Exhibit 16 | No redactions | |
| ECF No. 534-17 – Exhibit 17 | No redactions | |
| ECF No. 534-18 – Exhibit 18 | No redactions | |
| ECF No. 534-19 – Exhibit 19 | No redactions | |
| ECF No. 534-20 – Exhibit 20 | No redactions | |
| ECF No. 534-21 – Exhibit 21 | No redactions | |
| ECF No. 534-22 – Exhibit 22 | No redactions | |
| ECF No. 534-23 – Exhibit 23 | No redactions | |
| ECF No. 534-24 – Exhibit 24 | No redactions | |
| ECF No. 534-25 – Exhibit 25 | No redactions | |
| ECF No. 534-26 – Exhibit 26 | No redactions | |
| ECF No. 534-27 – Exhibit 27 | No redactions | |
| ECF No. 534-28 – Exhibit 28 | No redactions | |
| ECF No. 534-29 – Exhibit 29 | No redactions | |
| ECF No. 534-30 – Exhibit 30 | No redactions | |
| ECF No. 534-31 – Exhibit 31 | No redactions | |
| ECF No. 534-32 – Exhibit 32 | No redactions | |

| **ECF No. 534 - Plaintiffs' Opposing Statement of Material Facts** | | |
|---|---|---|
| ECF No. 534-33 – Exhibit 33 | Pages 1–3 | Email addresses of non-parties; Current email address of Dr. Wright |
| ECF No. 534-34 – Exhibit 34 | No redactions | |
| ECF No. 534-35 – Exhibit 35 | No redactions | |
| ECF No. 534-36 – Exhibit 36 | Pages 3, 9, 12, 18–21, 23, 42, 45, 46, 60, 157, 170, 182, 193, 194 | Email addresses of non-parties; Home address of non-party; Redactions agreed to by Plaintiffs' counsel and non-party witness's counsel |
| ECF No. 534-37 – Exhibit 37 | Pages 16, 17, 22, 35, 92 | Home address and birth date of Dr. Wright's ex-wife; Former home address of Dr. Wright; Home address, birth date, telephone number, and email address of Dr. Wright's wife |
| ECF No. 534-38 – Exhibit 38 | No redactions | |
| ECF No. 534-39 – Exhibit 39 | No redactions | |
| ECF No. 534-41 – Exhibit 40 | No redactions | |
| ECF No. 534-41 – Exhibit 41 | No redactions | |
| ECF No. 534-42 – Exhibit 42 | No redactions | |
| ECF No. 534-43 – Exhibit 43 | No redactions | |
| ECF No. 534-44 – Exhibit 44 | No redactions | |
| ECF No. 534-45 – Exhibit 45 | No redactions | |
| ECF No. 534-46 – Exhibit 46 | No redactions | |
| ECF No. 534-47 – Exhibit 47 | No redactions | |