# EXHIBIT B

Andreas Antonopoulos
April 24, 2020

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3                  CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
              Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
              Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   TELECONFERENCE DEPOSITION OF ANDREAS ANTONOPOULOS

13   DATE TAKEN: April 24, 2020

14   TIME: 8:30 a.m. - 1:40 p.m.

15
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
16                 AND NOTARY PUBLIC

17

18   * * * * * * * * * * * * * * * * * *

19

20

21

22

23

24

25
```

1        Satoshi communications.  As far as I know that is
2        the last public communication made by Satoshi
3        Nakamoto.
4   BY MR. KASS
5        Q.   And you're currently not offering any opinion
6   as to any communication after December 12th 2010?
7        A.   That's correct.
8        Q.   As of now you have no plans to offer an
9   opinion past that date; correct?
10            MR. ROCHE:  Objection to form.
11            THE WITNESS:  I do not know what questions I
12       might be asked in front of a jury.  I will answer
13       them truthfully when I'm asked.
14  BY MR. KASS
15       Q.   Right but as far as your opinions go right now
16  Kyle is this the same thing as before?
17            MR. ROCHE:  Yes.
18            THE WITNESS:  I haven't formed an opinion at
19       this time.
20  BY MR. KASS
21       Q.   Okay.  Were you a party to any -- so did you
22  ever communicate with Satoshi?
23       A.   No.
24       Q.   Were you a party to any of these
25  communications with Satoshi?

1    A.   No.
2    Q.   Were you part of these mailing listing with
3  Satoshi?
4    A.   I believe so.  I've been a subscriber on the
5  cryptography mailing list for many years.  I don't
6  believe I read the specific messages contemporaneously.
7  I did not become aware of Bitcoin until 2012
8  approximately.  I was not consciously aware.  I may have
9  read about it but I was not consciously aware until 2012
10 long after these communications ceased.
11   Q.   Do you have copies of those communications,
12 your copies that you received in your inbox?
13   A.   From the cryptography mailing list?
14   Q.   Correct.
15   A.   I doubt it.  I don't think I have an e-mail
16 from that period.
17   Q.   So it's fair to say that you didn't check
18 those e-mails when drafting this report?
19   A.   Not to my recollection.  I use the public
20 archive of the mailing list.  I don't have e-mails to my
21 recollection and it is fair to say I did not check my
22 personal copies of these e-mails.  I used public
23 archives of the mailing list.
24   Q.   Do you know who put together those public
25 archives?

1       A.   By name, no.  I know that the cryptography
2   mailing list is managed by a moderator and has a
3   continuously running archive meaning that from the
4   inception of that cryptography mailing list that
5   proceeds by more than a decade if not -- I can't
6   remember exactly but the mailing list is continuously
7   archived.  That's part of its function.
8       Q.   Let me ask you.  If Satoshi had left his
9   computer open with his e-mail client open and Satoshi --
10  this is a hypothetical to be clear, Satoshi's
11  three-year-old child walked by and wrote a message
12  posted it, let's say ten-year-old child so it looks a
13  little more sophisticated would that be an e-mail from
14  Satoshi?
15           MR. ROCHE:  Objection to form.
16           THE WITNESS:  It would most likely be not as
17       eloquent, insightful or innovative as the writings
18       of Satoshi Nakamoto.  It would appear on the
19       mailing list under that name, yes.
20  BY MR. KASS
21      Q.   Would you consider it -- would your opinion be
22  it's an e-mail from Satoshi?
23      A.   I don't know what my opinion is because I
24  haven't seen such a message.
25      Q.   So let me rephrase it.  My question is, what

```
 1   I'm trying to get at though, is any e-mail from that
 2   address an e-mail from Satoshi or does it have actually
 3   to be one of the people that were involved in creating
 4   the Bitcoin block chain?
 5        A.   Could you rephrase that so it's not a compound
 6   question because I don't understand which part I'm
 7   answering?
 8        Q.   Okay.
 9        A.   Please.
10        Q.   Any e-mail sent from that address prior to
11   December 12th 2010 by definition communication by
12   Satoshi?
13        A.   I can only form an opinion on the ones I have
14   seen and I believe those to have been communications
15   from Satoshi.
16        Q.   I'm asking a hypothetical.  Same question,
17   hypothetical.  As far as your understanding goes.  Does
18   any e-mail from that address by definition a
19   communication by Satoshi?
20             MR. ROCHE:  Objection, form, asked and
21        answered.
22             THE WITNESS:  I don't know.
23   BY MR. KASS
24        Q.   You haven't formed any opinion?
25        A.   As to any hypothetical e-mail no, I have not
```