# EXHIBIT C

Stefan Boedeker
April 22, 2020

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                 CASE NO. 9:18-cv-80176-BB/BR

 4
     IRA KLEIMAN, as the personal representative
 5   of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
 6
                 Plaintiffs,
 7
     -vs-
 8
     CRAIG WRIGHT,
 9
                 Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF STEFAN BOEDEKER

13   DATE TAKEN: April 22, 2020

14   TIME: 12:40 a.m. - 5:50 p.m.

15
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
16                 AND NOTARY PUBLIC

17

18   * * * * * * * * * * * * * * * * * *

19

20

21

22

23

24

25
```

1  that maybe.  What is the difference between probability
2  and real word likelihood hypothetically if you define.
3       Q.   Let me try -- as a statistician you're going
4  to want to know what the probabilities of an apple -- of
5  a golden delicious apple not being yellow are because --
6  what the statistical possibilities are; correct?
7       A.   That is correct.  Statistical probabilities
8  would be calculated by analyzing the distribution
9  calculation not just in that barrel.
10            MR. FREEDMAN:  We've been going for a little
11       over an hour.  I don't know if you have an
12       opportune time to take a break maybe?
13            MR. KASS:  Give me one more second.  Let me
14       see where I was going to go with this.  We can take
15       a break.
16            MR. FREEDMAN:  Let's go off the record.
17            MR. KASS:  Rick, we're going off the record.
18       I am going to pause the recording now.
19            (Thereupon, a brief recess was taken.)
20  BY MR. KASS
21       Q.   Back on the record.  Mr. Boedeker, has anybody
22  made any representations to you regarding this case?
23            MR. FREEDMAN:  Objection.
24            THE WITNESS:  What do you mean by
25       representations?

1    BY MR. KASS
2         Q.   Well, have they told you someone said you
3    know, told you information about what this case is
4    about?
5         A.   As we said earlier I think you asked a similar
6    question that I did not know of any deeper background
7    information about the case rather than -- except
8    analyzing specific data sets.
9         Q.   Were you asked to make any assumptions in
10   forming your opinion?
11        A.   No.  There were no assumptions that were asked
12   of me and I did not make any assumptions doing my
13   statistical calculations.
14        Q.   Did you talk to any other experts in this
15   case?
16        A.   I did not talk to any other experts.
17        Q.   Are you aware of a Dr. Edman?
18        A.   He is also an employee at Berkeley Research
19   Group.
20        Q.   Have you ever met him?
21        A.   I have not never met him in person or talked
22   to him in person or over the phone.
23        Q.   So fair to say you never communicated with
24   him?
25        A.   That's correct.  Yes.  I have not communicated

Stefan Boedeker
April 22, 2020      50

```
 1  with him, that's correct.
 2       Q.   Have you read his report?
 3       A.   I have not.
 4       Q.   Have you read the reports of any other experts
 5  in this case?
 6       A.   I have not.
 7       Q.   Let me find the right document.  Give me one
 8  second.  So I'm sharing a document now and then -- I
 9  sent it by text now I'll do a screen share so give me
10  one second.  Mr. Boedeker, do you recognize that?
11       A.   Under Exhibit B list of reviewed and that
12  refers to Exhibit B to my report.
13            MR. KASS:  I'm marking that as Exhibit 4.
14            (Defendant's Exhibit No. 4 was
15            marked for identification.)
16  BY MR. KASS
17       Q.   What does this document contain?
18       A.   This document contains all of the references
19  in my report and the documents that I used in my report.
20       Q.   Are there any other documents that you
21  reviewed that aren't listed here?
22       A.   You cut off about five seconds.
23       Q.   Are there any other documents or data sources
24  that you reviewed but that are not listed on this one
25  page?
```

1     A.    For background information about Bitcoin I
2  reviewed the documents that I believe Mr. Freedman
3  forwarded to you either yesterday or today.  I'm not
4  quite sure when but there was a list that was not --
5  that was not used to form my opinions.  So I didn't put
6  it on here.  It was just for background knowledge about
7  Bitcoin.
8     Q.    I'm going to jump to that other list right
9  now.  Go off screen share for a second.  I am attaching
10 another document.  Mr. Boedeker, do you recognize the
11 document that I have pulled up on the screen?
12    A.    Yes.
13    Q.    What is this?
14    A.    The first one a data file that contained as
15 one of its columns the hexadecimal format of the -- when
16 you go back to Exhibit B that was one of the data files
17 is a column in DEF underscore 01586024.
18    Q.    Let me just back up a little bit.  That was a
19 poor question on my part.  What is this e-mail?  I'll
20 just ask the question.  Does this e-mail represent
21 additional materials that you looked at as this
22 background information?
23    A.    That is correct.  I mean for one the first --
24 yes.  I don't know what your next question will be.
25    Q.    The answer is yes.  So that's distinguished