Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

----------------------------------X
IRA KLEIMAN, as the personal      )
representative of the Estate of   )
David Kleiman, and W&K Info       )
Defense Research, LLC,            )
                                  )
            Plaintiffs,           )  CASE NO.:
                                  )
v.                                )  9:18-cv-80176-BB/BR
                                  )
CRAIG WRIGHT,                     )
                                  )
            Defendant.            )
----------------------------------X

CONFIDENTIAL
REMOTE DEPOSITION OF AMI KLIN, PH.D.
Tuesday, April 21, 2020; 10:04 a.m. EST


Job No.: 572756
Pgs.  1 - 246, 263 - 400
Reported by: Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR, CLR, RSA, Remote Counsel Reporter, LiveDeposition Authorized Reporter

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 166

1  Disorders, Fifth Edition (DSM-5) that are keyed into
2  the diagnostic criteria for ASD in the areas of
3  social communication and interaction and restricted
4  interests and repetitive behaviors.  And these are
5  reported in T-scores with scores above 70 suggesting
6  a strong association with a clinical diagnosis of
7  ASD.  Based on self- and spousal-report
8  respectively, Dr. Wright obtained the following
9  compatible subscale scores: SCI -- which is social
10 communication and interaction -- of 95 and 87; and
11 restrictive and repetitive behaviors of 95 and 77,
12 respectively.  The scores are strongly suggestive of
13 ASD.
14         Q.   And you describe in your report -- I'm
15 just going to go back one page --
16         A.   Sure.
17         Q.   -- Page 6, just to make sure I
18 understand it.
19              You -- you say that based on the SRS
20 rating -- I'm just going to try to direct you to
21 exactly where I am.
22              Okay.  So I'm going -- I'm going to



Page 167

```
 1    focus on right below the chart.
 2              Okay?
 3         A.   Okay.
 4         Q.   Okay.  And what you say is, On the
 5    SRS-2, Dr. Wright's self-report yielded a total
 6    score of 96.
 7              And just so we're clear, "total
 8    score" is another word for "T-score"?
 9         A.   Sure.
10         Q.   Okay.  Okay.
11         A.   Some people may call it a "standard
12    score," but this -- this rating scale calls it
13    "T-score."
14         Q.   Okay.  And -- and then his wife's
15    report, which we haven't got to yet, yielded a total
16    score, or T-score, of 86?
17         A.   Correct.
18         Q.   You say, Both of which indicate severe
19    deficits in reciprocal social behavior that are
20    clinically significant.
21         A.   Yes.  Following the manual for this
22    procedure, that's what those scores signify.
```



Page 168

```
 1          Q.   And is that consistent with your
 2   overall assessment of Dr. Wright?
 3          A.   Yes.
 4          Q.   Okay.  And would that also -- now that
 5   we've talk -- and you go on -- just to finish so we
 6   don't leave a sentence out -- the next sentence, you
 7   say, By both reports -- you're referring to the
 8   self-report and the -- the -- Ms. Watts' report,
 9   correct?
10          A.   Ms. Watts' report, correct.
11          Q.   Yeah.
12               -- So By both reports, all subdomain
13   scores fall in the severe range.
14               So let's stop there.
15               What you're talking about is for all
16   of the -- the domains, meaning the social
17   awareness, social cognition, social communication,
18   social motivation, restricted and repetitive
19   behavior, whether you used Dr. Wright's report or
20   Miss Watts' report, they all fall in the severe
21   range?
22          A.   Yes.  And those ranges are defined on
```



Page 169

```
 1    the actual form if you want to --
 2         Q.    I will get there in a minute.  I
 3    promise.
 4               And you agree -- that is consistent
 5    with your overall assessment of Dr. Wright,
 6    correct?
 7         A.    Correct.
 8         Q.    And then to finish the sentence, you
 9    say, Suggesting that Dr. Wright's impairments in the
10    areas of social awareness, social cognition, social
11    communication, social motivation and restricted and
12    repetitive behaviors are likely causing significant
13    interference with his everyday social interactions.
14               Did I read that right?
15         A.    Yes.  And this is really the language
16    of the manual.
17               I just want to qualify that this was
18    one of the data -- of the many data points.  But
19    within the context of what the SRS is, this language
20    comes straight from the manual.
21         Q.    Right.  But you've told me now
22    repeatedly that it's consistent with your overall
```



Page 170

1   assessment of Dr. Wright.
2        A.   That is correct.
3        Q.   Okay.  And would that also mean -- I'm
4   just trying -- I know I'm being dense, but I'm
5   trying not to be -- would this mean -- this
6   discussion of the DSM, which -- would this mean that
7   these same ratings on the SRS-2 would be compatible
8   or -- compatible with a clinical diagnosis of ASD
9   under the DSM?
10       A.   DSM-5.
11       Q.   DSM-5, yes, Doctor.
12       A.   The answer is yes.
13            And I'll just qualify something to you.
14   Only about -- according to the CDC, only about 6 to
15   7 percent of all evaluations that happen in this
16   country are gold standard; so they use those
17   semistructured interviews, and so forth, that I
18   describe to you before.
19            Many, many evaluations in the community
20   don't use any standardized instruments at all.  And
21   they may use, for example, a rating scale, and
22   that's all.  The people go in order to, for example,



Page 180

1               So the Social Responsiveness Scale
2     focuses on the concept of social ability.  And
3     social ability is something like most things in
4     nature; they are distributed normally, like one of
5     those bell-shaped curves.
6               Okay?  And so the area underneath those
7     curves tell you what is the percentage of the
8     population that falls under a particular score.
9     Now, if you're looking at that bell-shaped curve,
10    the extreme there is where individuals with autism
11    fall.
12              So it's on the basis of that kind of
13    analysis that Dr. Constantino reached the conclusion
14    that -- that any score below 59 is really
15    individuals who are typically developing.
16              And then the next level up, 60 to 65 --
17    those -- those are individuals who -- in a parallel
18    evaluation, they appear to have some mild -- mild
19    form of social difficulties.
20              Sixty-six to 75 -- those are
21    individuals have moderate -- by which he's meaning
22    that those difficulties are beginning to interfere



Page 181

```
 1   with the way that they can adjust to social
 2   situations.
 3            Over 76 means that those are very
 4   severe interferences with their capacity for social
 5   adjustment in their real lives.
 6        Q.   And the SRS scoring for Dr. Wright --
 7   again, we'll just stick with his self-report for a
 8   moment -- he is well into the severe range on every
 9   rating scale, correct?
10        A.   On every subscale.
11        Q.   Every subscale.
12            In fact, at 76 -- if you're at 76,
13   you're about in the bottom 1 percent of the adult
14   population, right?
15            Do you know that?
16        A.   You see, I would -- I would have to
17   remember the curve itself --
18        Q.   Okay.
19        A.   -- usually, when people have a
20   different kind of a scale, like an IQ scale, I know
21   exactly because it mirrors exactly the kind of
22   standard deviation that should be under a
```



Page 182

1  standardized scale.
2           Here, they used T-scores.  I would need
3  to know the standard deviations of those T-scores in
4  order to either corroborate or -- or otherwise
5  dispute your -- your assessment there.
6       Q.   Okay.  Well, you -- let me ask you
7  this --
8       A.   Sure.
9            You are not far off, by the way.
10      Q.   Yeah.  When you're at 90 -- let's
11 scroll up a bit.  Let's go up to the scoring sheet.
12           Let's see if I can help you out.
13           Okay.  Well, I guess this -- you
14 don't dispute that -- well, first of all, the --
15 the -- the percentile ranking -- you gave a
16 percentile ranking when you did the Vineland
17 assessment.
18           Do you recall that?
19      A.   Correct.
20      Q.   That same percentile ranking exists for
21 the SRS, does it not?
22      A.   I'm sure it existed in the technical

