




# ABOUT CRAIG

A computer scientist, a businessman, and an inventor.

Biography | Academic Degrees | Professional Certifications

Certified Information Systems Security Professional - Granted 2006




Information Systems Security Architecture Professional - Granted 2009




Information Systems Security Management Professional - Granted 2006

INFORMATION SYSTEMS SECURITY MANAGEMENT PROFESSIONAL (ISSMP) CONCENTRATION

Certified Information Systems Auditor - 2005 to 2009

INFORMATION SYSTEMS AUDIT AND CONTROL ASSOCIATION®
*hereby certifies that*
Craig S Wright

Certified Information Security Manager - Granted 2003

INFORMATION SYSTEMS AUDIT AND CONTROL ASSOCIATION®
*hereby certifies that*
Craig Steven Wright

Certified Information Security Manager - 2003 to 2010




Certified Computer Examiner - Granted in 2006




CompTIA Security+ Certified Professional - Granted in 2006



CompTIA Security+ Certified Professional - skills and knowledge

1714345




GIAC A Taxonomy of Audits Assessments and Reviews - Granted in 2007

Security+™ Certified Professional




GIAC Analysis of a Serial Based Digital Voice Recorder - Granted in 2006




GIAC Auditing Wireless Networks - 2007 to 2011




GIAC Certified Firewall Analyst - 2007 to 2011




GIAC Certified Forensic Analyst - 2005 to 2009

GIAC Certified Forensic Analyst - 2005 to 2013




GIAC Certified Incident Handler - 2007 to 2011




GIAC Certified ISO-17799 Specialist - 2005 to 2007




GIAC Certified ISO-17799 Specialist - 2005 to 2013

Global Information Assurance Certification
GIAC presents this certification to:

GIAC Certified Project Manager - 2009 to 2013




GIAC Certified Windows Security Administrator - 2008 to 2012

Global Information Assurance Certification

GIAC Certified Unix Security Administrator - 2007 to 2011



GIAC Current Issues in DNS - Granted in 2008




GIAC Cutting Hacking Techniques - Granted in 2008

The Global Information Assurance Certification (GIAC) Program

GIAC Electronic Contracting in a Secure World - Granted in 2008




GIAC Electronic Contracting in an Insecure World - Granted in 2008

GIAC Hydration Detection - Granted in 2008




GIAC Information Security Fundamentals - 2011 to 2015



GIAC Information Security Professional - 2011 to 2015



GIAC Intrusion Analyst - 2008 to 2012

GIAC Intrusion Prevention - Granted in 2007

GIAC Legal Issues in Information Technology and Information Security - 2007 to 2011




GIAC Legal Issues in Information Technology and Security - 2007 to 2012




GIAC Payment Card Industry - Granted in 2007




GIAC Penetration Tester - 2011 to 2015

GIAC Stay Sharp: Defeating Rogue Access Points - Granted in 2007




GIAC Secure Software Programmer .Net - GSSP - .Net - 2012 to 2015




GIAC Security Audit Essentials - 2007 to 2011




GIAC Security Compliance - 2007 to 2011



GIAC Security Expert - 2009 to 2013



GIAC Web Application Penetration Tester - 2011 to 2015

Global Information Assurance Certification

GIAC.NET - GNET - 2008 to 2012

Global Information Assurance Certification

Certified Professional - Granted 2010



Senior Member - Granted 2007




Provisional Member - Granted 2005





5 Years Membership of the ACS - Granted in 2010




AIM Associate Fellow - Granted in 2004




AIM Member - Granted in 2004




SANS 17799 Security and Audit Framework - Granted in 2005



SANS Comprehensive Packet Analysis - Granted in 2008



SANS Legal Issues in Information Technology and Information Security - Granted in 2008




SANS Network Forensics - Granted in 2009




SANS Next Evolution in Digital Forensics - Hands on - Granted in 2007



Brisbane YMCA Youth Club - Best Military Tactics - Granted in 1988




Certificate of Appreciation - Hastings Family Support Services - Granted in 2014



Certificate of Appreciation - UnitingCare Burnside - Granted in 2008







Cisco Certified Network Associate - Granted in 2011 in 2011




Course in OHS Consultation - WorkCover New South Wales - Granted in 2006




Fundamentals of Automotive Mechanics - Thomson Education Direct - Granted in 2006

** Keep this document for your reference **

Thomson Education Pty. Ltd.
ACN 000 011 692 ABN 61 000 011 692
Level 1, No. 1 Waltham Street Artarmon NSW 2064
Customer Service: 1300 650 011 Fax: 1300 650 682

AC J | AC T&T | AC B&M
Australian College of
Journalism, Travel & Tourism

THOMSON
EDUCATION DIRECT

International Systems Security Professional Certification Scheme - Granted in 2005



National Security Training Academy - Security Industry Course and Firerarm Certificate of Achievement - Granted in 1992




Never miss a story from Craig Wright (Bitcoin SV is the original Bitcoin)

Enter Email




I consent to receiving email updates from craigwright.net.




© Copyright 2019