Jimmy Nguyen - Volume II  Confidential
May 26, 2020

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF FLORIDA

3                     CASE NO. 9:18-cv-80176-BB/BR

4
     IRA KLEIMAN, as the personal representative
5    of the Estate of David Kleiman, and
     W&K Info Defense Research, LLC,
6
               Plaintiffs,
7
     -vs-
8
     CRAIG WRIGHT,
9
               Defendant.
10

11   * * * * * * * * * * * * * * * * * *

12   VIDEOTAPED DEPOSITION OF JIMMY NGUYEN

13                       VOLUME II

14   DATE TAKEN: May 26, 2020

15   TIME: 12:05 p.m. - 3:05 p.m.

16
     TAKEN BEFORE: RICK E. LEVY, RPR, FPR
17                 AND NOTARY PUBLIC

18

19   * * * * * * * * * * * * * * * * * *

20

21

22

23

24

25

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    250

1   asked him well, how would they come back.  And that's

2   when he used the example of the bonded courier as one

3   mechanism for which key fragments could come back in the

4   future then he asked Dave to set up arrangements with

5   people that are service providers like a bonded courier

6   and asked Dave not to tell him who the arrangements were

7   set up with.

8        Q.   When is the first time you heard that Dr.

9   Wright talk about the hacks?

10       A.   I think I may have heard about that before the

11  lawsuit was filed.

12       Q.   What exactly did he say the hacker did?

13       A.   I don't recall him discussing in detail at the

14  time.  I remember him saying that he's had a number of

15  problems with disgruntled then current or former

16  employees of his Australian companies who would he

17  believed get access to their I.T. systems and change

18  documents or create documents that they discovered later

19  that I remember him saying this, you know, affected or

20  learned about it in the context of some of the battles

21  he had with the Australian Tax Office and I'm trying to

22  remember if he ever told me whether there was any hack

23  attempts from people outside or he didn't have a

24  relationship with the company.  I seem to remember

25  having a conversation about that but I do not remember

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    251

1   the specifics.

2        Q.   Did he give you any specific examples of

3   specific documents that had been hacked?

4        A.   Well, I guess I would characterize it this

5   way.  I don't think documents were hacked.  I think he

6   said his computer systems, his companies had been hacked

7   meaning someone accessed them without authorization and

8   changed documents, data or added things or created

9   things that weren't otherwise supposed to be there.

10            I think he mentioned that someone created the

11  e-mails or altered e-mails and some other documents but

12  I don't recall him telling me anything more specific

13  than that.

14       Q.   Did he ever give you examples of which e-mails

15  had been altered?

16       A.   Not that I can recall.

17       Q.   Did you ever see any evidence to corroborate

18  this hacking story beyond Dr. Wright's telling you that

19  it's happened?

20       A.   Did I see any evidence to corroborate it?  I

21  didn't ask for any.

22       Q.   So you didn't see any evidence to corroborate

23  it beyond Dr. Wright's words that it happened?

24       A.   No, other than his wife Ramona telling me the

25  same thing.

1       Q.   Craig and Ramona, anyone else?

2       A.   Not that I can recall.

3       Q.   Did you ever ask him why these hackers that

4  were disgruntled employees were making changes to

5  documents that supported his position in front of the

6  Australian Tax Office?

7       A.   I don't know that whatever changes were made

8  supported his position with the Australian Tax Office.

9  I didn't know the details of what was changed or not

10 changed or added or not added.

11      Q.   Did he tell you that the lawyers acting for

12 his Australian companies quit because they couldn't --

13 stopped working for his companies because there were

14 changes done to documents that supported his position to

15 the Australian Tax Office?

16      A.   No.

17      Q.   Did you ever discuss this hack with Rivero,

18 Mestre?

19      A.   I don't think the topic came up.  I don't

20 recall any detailed discussions about it.

21      Q.   Have you ever communicated about in this

22 lawsuit with Ramona Watts?

23      A.   Yes.

24      Q.   What did she say about the lawsuit?

25      A.   We haven't had extensive conversations about

1    it.  Discussed the fact that, you know, it's happening

2    and that it's taking up significant amounts of time.

3    Discussed things such as how it affects scheduling for

4    events or business trips Craig needs to do and

5    scheduling their family needs to do.  She's also

6    discussed with me she thinks the lawsuit is unfounded

7    and that she thinks the lawsuit does not have any merit.

8          Q.   Were you at the hearing where Judge Reinhart

9    issued his sanctions order?

10         A.   I was at the hearing, an evidentiary hearing.

11   I don't think I was at a hearing where an order was

12   issued.

13         Q.   Did you review the -- strike that.  Are you

14   aware that in Judge Reinhart's order which was

15   affirmed -- his factual findings were affirmed by Judge

16   Bloom he found that and I quote "I completely reject Dr.

17   Wright's testimony about the alleged Tulip Trust, the

18   alleged encrypted file and his alleged inability to

19   identify his Bitcoin holdings?"

20         A.   What is the question?

21         Q.   Do you recall reading that or hearing about

22   that finding of Judge Reinhart?

23         A.   I do.

24         Q.   Did you have a discussion with Dr. Wright or

25   Rivero, Mestre or both about those findings?