**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

Plaintiffs,

v.

CRAIG WRIGHT

Defendant.

**CASE NO.: 9:18-cv-80176-BB/BR**

## OPPOSED MOTION TO SEAL

Plaintiffs are filing their Reply in Support of their Motion for Partial Summary Judgment on Defendant's Affirmative Defenses. The Reply cites information Defendant has designated confidential under this Court's Stipulated Confidentiality Order. Plaintiffs do not believe the information should remain confidential.

In accord with this Court's Orders, it is anticipated that Defendant will propose more limited redactions once the motion is filed. Plaintiffs will then file those redactions, Defendant will file a motion in support of its more limited redactions, which Plaintiff can then consent or oppose. However, until those discussions occur, Plaintiffs are filing this motion to seal to comply with the Stipulated Confidentiality Order and the Local Rules of this Court.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who we understand wants the information sealed.

Dated: June 2, 2020

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joe Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE CYRULNIK FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, New York 11249
kyle@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel Devin Freedman