# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN, as personal
representative of the estate of David
Kleiman, and W&K Info Defense
Research, LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Whitney Lohr, of the law firm Rivero Mestre LLP, appears as attorney for Craig Wright and requests that all pleadings, correspondence and related materials in this case be provided to undersigned.

**RESPECTFULLY SUBMITTED** on June 3, 2020.

    RIVERO MESTRE LLP
    *Attorneys for Craig Wright*
    2525 Ponce de Leon Boulevard, Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
    Email: amcgovern@riveromestre.com
    Email: jmestre@riveromestre.com
    Email: arolnick@riveromestre.com
    Email: zmarkoe@riveromestre.com
    E-mail:wlohr@riveromestre.com
    Email: receptionist@riveromestre.com

    By: s/ Whitney Lohr
    WHITNEY LOHR
    Florida Bar No. 1010268
    ANDRES RIVERO
    Florida Bar No. 613819
    AMANDA MCGOVERN
    Florida Bar No. 964263

JORGE A. MESTRE  
Florida Bar No. 88145  
ALAN H. ROLNICK  
Florida Bar No. 715085  
ZAHARAH R. MARKOE  
Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Whitney Lohr  
WHITNEY LOHR