**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY IN SUPPORT OF OMNIBUS MOTION FOR SANCTIONS**

Plaintiffs move for a four-day extension of time to file their reply in support of their omnibus motions for sanctions.

1. On May 21, 2020, the Plaintiffs filed their omnibus motion for sanctions. Wright filed his opposition on June 1, 2020. Plaintiffs reply in support is due Monday, June 8, 2020.

2. Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. Good cause exists for an extension because counsel has been diligently working on Plaintiffs' replies in support of their motions for summary judgement, motions in limine, and Daubert motions. Further, due to prior commitments of counsel, both professional and personal, meeting the current deadline will be difficult.

3. For the forgoing reasons, Plaintiffs request a four-day extension of time to file their reply, up to and including June 12, 2020.

WHEREFORE, the Plaintiffs respectfully request this Court grant a four-day extension of time, up to and including June 12, 2020 for them to file their reply in support of their omnibus motion for sanctions.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiff conferred with counsel for Defendant and Defendant does not oppose the relief requested.

Dated: June 3, 2020

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd., Suite 5500
Miami, Florida 33131
vel@rcfllp.com
nbermond@rcfllp.com


Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com


Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        */s/ Velvel (Devin) Freedman*
                                        Velvel (Devin) Freedman