# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on the Plaintiffs' Motion for Extension of Time to File Reply in Support of Omnibus Motion for Sanctions. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The June 8, 2020 deadline to file replies shall be extended until June 12, 2020.

**DONE AND ORDERED** in chambers on this ___ day of June, 2020.

_____
JUDGE BETH BLOOM
United States District Judge

Copies furnished: All counsel of record