UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,
v.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion in Support of Redactions, ECF No. [553] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

On May 22, 2020, Plaintiffs filed various items under seal. *See* ECF Nos. [525], [528], [533], and [534] ("Sealed Responses"). On May 25, 2020, the Court entered an Order denying Plaintiffs' motions to seal those filings. *See* ECF No. [538] ("Order"). The Order, however, provided that it would keep the Sealed Responses under seal until further Court order, and it stated that redactions to the Sealed Responses "may be appropriate upon a proper showing of good cause." *Id.* Accordingly, the Court directed the parties to confer in good faith and to re-file the Sealed Responses with redactions "[t]o the extent Defendant believes that certain portions of the sealed responses are exempt from the public's right of access." *Id.*

On June 1, 2020, Plaintiffs re-filed their responses. *See* ECF Nos. [547], [548], [549], and [550]. The Motion represents that the only re-filed documents that contain redactions are certain exhibits to Plaintiffs' Opposing Statement of Material Facts, ECF No. [550], which is a re-filing

Case No. 18-cv-80176-BLOOM/Reinhart

of ECF No. [534]. Specifically, of the 47 exhibits, only 5 contain redactions. The Motion states that the redactions pertain to personally identifiable information, but that Exhibit 36 is redacted based upon agreements between Plaintiffs' counsel and counsel for non-party witness, Jimmy Nguyen. Upon review, the Court finds good cause to support the redactions contained in ECF No. [550].

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [553]**, is **GRANTED**. The redacted items contained in ECF No. [550] shall remain redacted.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 4, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2