**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                     **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

In light of Chief Judge Moore's Administrative Order 2020-33, the parties jointly request that the Court extend certain (but not all) pre-trial deadlines to better align them with the continuance of jury trials until August 31, 2020 provided for in that Order. Neither side seeks any continuance of trial, and all parties will be ready for trial at the end of August.

Specifically, the parties ask the Court to set the following pre-trial deadlines on the schedule set out below:

- Jury Instructions/Verdict Forms:                     August 17th;
- Proposed voir dire questions:                        August 17th;
- Exhibit lists/objections, etc.:                          August 17th;
- List of Stipulated Facts:                              August 17th;
- Joint Pre-Trial Stipulation;                             August 17th;[1]
- Demonstrative and Summary Exhibits:           August 19th.

---

[1] Although the Court's Trial Order [D.E. 476] did not state a deadline for the parties to submit a joint pre-trial stipulation under Local Rule 16.1(e), the parties request an extension of this deadline in an abundance of caution. By default, under Local Rule 16.1(e), the joint pre-trial stipulation would be due one week before calendar call.

The parties do not seek extensions of current deadlines for the: (1) neutral statement of the case and list of witnesses for the venire panel; (2) witness list; and (3) deposition filings and designations. For these items, the parties will meet the current deadlines set out in this Court's Order Scheduling Trial and Order of Instructions before Calendar Call, dated May 1, 2020 (the "Trial Order").

The parties propose these extended deadlines so that each falls in advance of the new trial date on the same schedule as the Court provided in the Trial Order, except that the jury instructions and verdict forms will be required 50 days before trial, not 14 days before trial as provided for in the Trial Order. The parties also note that the suggested realignment of the above pre-trial filings narrows the scope of, or removes altogether the need for, a calendar call on June 30, 2020 as presently scheduled, and therefore request clarification as to whether the calendar call will go forward on that date (and, if so, live or remote) or on a later date closer to the start of trial.

If the above pre-trial filings are keyed into the August 31, 2020 jury trial calendar, the parties will use this additional time to work on a targeted joint presentation of the exhibits and objections and set of stipulated facts, with the hope of reducing the number of disputes requiring judicial resolution. Using the proposed deadlines to make streamlined, focused decisions will conserve judicial and party resources and lead to a better, and better considered, presentation of each side's position at trial.

As noted above, the requested extensions will not cause any delay of trial and all parties are committed to be ready for trial on the date the Court sets. For all these reasons, the parties respectfully request that the Court enter a pre-trial order in the form attached.

**S.D. FLA. L.R. 7.1 CERTIFICATION**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the parties have conferred and are jointly seeking this request.

Dated: June 5, 2020                                              Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
SCHNEUR KASS
Florida Bar No. 100554

*Counsel for Dr. Craig S. Wright*

*s/* Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel for Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

      I CERTIFY that on June 5, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 */s/* Amanda McGovern