## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>      Defendant. | **CASE NO.:  9:18-cv-80176-BB** |

### ORDER GRANTING JOINT MOTION TO EXTEND SELECT PRE-TRIAL DEADLINES

THIS CAUSE is before the Court on the Parties' Joint Motion to Extend Select Pre-Trial Deadlines. The Court has reviewed the Motion, and being fully advised on the Motion it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** The following pre-trial deadlines are set as follows:

- Jury Instructions/Verdict Forms:            August 17th;
- Proposed voir dire questions:                August 17th;
- Exhibit lists/objections, etc.:                  August 17th;
- List of Stipulated Facts:                         August 17th;
- Joint Pre-Trial Stipulation                      August 17th; and,
- Demonstrative and Summary Exhibits:   August 19th.

All other pre-trial deadlines in the Court's Order Scheduling Trial [D.E. 476] are unaffected by this order.

2

                                                                      _____
                                                                      JUDGE BETH BLOOM
                                                                      United States District Judge

Copies furnished: All counsel of record