UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,

    *Plaintiffs,*

v.

CRAIG WRIGHT,

    *Defendant.*

CASE NO.: 9:18-cv-80176-BB/BR

## PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiffs request the Court grant leave to file their reply in support of their omnibus motion for sanctions that exceeds the 10-page limit set forth in Local Rule 7.1(c)(2). In support of this motion, Plaintiffs state the following:

1. On May 15, 2020, Plaintiffs filed their omnibus motion for sanctions under seal. ECF No. [507]. Dr. Wright filed his opposition on June 1, 2020. ECF No. [551]. Plaintiffs' reply is due on Monday, June 8, 2020.

2. Plaintiffs filed a motion for leave to exceed the page limits by 5 pages for its opening motion. ECF No. [503]. Dr. Wright opposed that motion, but this Court granted Plaintiffs' motion. ECF No. [505]. Consistent with that order, Plaintiffs filed a 25-page opening brief.

3. On May 29, 2020, Dr. Wright filed a motion for leave to exceed the page limits by 10 pages. *See* ECF No. [545]. Plaintiffs did not oppose that motion, and this Court granted it. *See* ECF No. [546]. Consistent with that order, Dr. Wright filed a 30-page opposition brief.

4. Plaintiffs respectfully request the Court grant leave to exceed the page limits for its reply by no more than 5 pages.  Dr. Wright opposes Plaintiffs' motion.

5. Plaintiffs have made their best efforts to keep their reply brief concise. Dr. Wright's opposition brief is 30 pages, though, and raises numerous legal and factual issue to which Plaintiffs must respond.  Additional pages are necessary for Plaintiffs to fully address these arguments.

WHEREFORE, Plaintiffs respectfully request the Court grant leave to file the above motion not to exceed the limitations requested herein.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who opposes the relief sought here.

Dated: June 5, 2020

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida  33131
Telephone: (305) 357-3861
vel@rcfllp.com
nbermond@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, Suite 1910
New York City, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
Florida Bar No. 978663
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131

abrenner@bsfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Andrew S. Brenner*
ANDREW S. BRENNER