UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Extend Certain Pretrial Deadlines, ECF No. [567] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [567]**, is **GRANTED**.
2. The Court's Order Scheduling Trial and Order of Instructions before Calendar Call, **ECF No. [476]** ("Trial Order"), is **AMENDED** as to the following deadlines:

| | |
|---|---|
| Jury Instructions/Verdict Forms | August 17, 2020 |
| Proposed voir dire questions | August 17, 2020 |
| Exhibit lists/objections, etc. | August 17, 2020 |
| List of Stipulated Facts | August 17, 2020 |
| Joint Pre-Trial Stipulation | August 17, 2020 |
| Demonstrative and Summary Exhibits | August 19, 2020 |

Case No. 18-cv-80176-BLOOM/Reinhart

All other pre-trial deadlines set forth in the Trial Order, ECF No. [476], remain in place.

3. The Court's Scheduling Order, **ECF No. [382]**, and Trial Order, **ECF No. [476]**, are **AMENDED** as follows:

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 31, 2020, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, August 25, 2020**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 5, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record