Page 1

RAMONA WATTS - CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

```
-------------------------------------
IRA KLEIMAN, as the personal          )
representative of the Estate of David )
Kleiman, and W&K Info Defense         )
Research, LLC                         )
                  Plaintiffs,.        )
                                      )
         v.                           )
                                      )
CRAIG WRIGHT                          )
                  Defendant.          )
-------------------------------------
```

DEPOSITION OF RAMONA WATTS

On

Thursday March 19, 2020

At the offices of:

SCA Ontier
Halton House,
20-23 Holborn,
London EC1N 2JD,
United Kingdom

Taken by:

AMY COLEY, Court Reporter



Page 102

```
 1          RAMONA WATTS - CONFIDENTIAL
 2    conversations?
 3        A.    He said things to me like, "Your
 4    husbands is brilliant, what he's come up with,
 5    he's brilliant", that sort of stuff.
 6        Q.    Anything else?
 7        A.    Yes, "Look after him, take care of
 8    him, he's a" -- beep beep beep.  He said some
 9    nasty things about him, but in a very joking
10    manner, absolutely.
11        Q.    Sure.  Did he ever said to you that
12    he had no involvement in Bitcoin; did Dave ever
13    say that?
14        A.    That would be a very strange thing
15    to say to me, "Hi Ramona, I have no involvement in
16    Bitcoin".
17        Q.    I agree.
18        A.    That would be a very strange thing
19    to say to me.  No.
20        Q.    I agree it would be strange.  That
21    is why I am asking you if you are saying he said
22    that?
23          MS. McGOVERN:  Object to the form.
24        A.    I never said that he said that the
25    all.
```

Page 103

```
 1          RAMONA WATTS - CONFIDENTIAL
 2    BY MR. BRENNER:
 3        Q.    Okay.
 4        A.    I said that he said to me, "Ramona
 5    look after Craig, he's brilliant, if you see what
 6    he's done he is brilliant.  He is a pain in the
 7    arse, but you need to look after him".
 8        Q.    Go back to, I think last exhibit we
 9    were on, I think it was exhibit 5.  Did Craig ever
10    explain to you why Dave was asked to hold the key
11    slices you testified about?
12        A.    Which one am I looking at, sorry,
13    exhibit 5?
14        Q.    It is the first tab, yes, sure the
15    first tab ----
16          MR. SAOUL:  The last tab, tab 35.
17          MR. BRENNER:  No -- yes, you are
18    right, tab 35.  Yes, my bad.
19        A.    That e-mail?
20    BY MR. BRENNER:
21        Q.    Yes, on the top of my notebook.
22        A.    Yes, sorry what was your question?
23        Q.    It would be great if I could
24    remember it.  My question was, did Craig ever tell
25    you why Dave was asked to hold key slices related
```

Page 104

```
 1          RAMONA WATTS - CONFIDENTIAL
 2    to the trust?
 3        A.    The key slices were not related to
 4    a trust at all.  The key slices were related to
 5    electronic files that has Craig's notes in it.  It
 6    had nothing to do with the trust.
 7        Q.    Okay.  So the key slices only were
 8    to files that included Craig's notes?
 9        A.    Yes.
10        Q.    And did those notes have anything
11    to do with the ability to access Bitcoin?
12        A.    So, those notes were the beginnings
13    of Bitcoin and how he had written it and why he
14    had written it and all his research, and in those
15    notes there were formulas and algorithms on how
16    you calculate private keys.
17        Q.    Right, but in those notes was the
18    ability to -- was it in those notes the private
19    keys to the Bitcoin that had been mined that was
20    now part of Wright International?
21          MS. McGOVERN:  I am going to object
22    to the form of the question.
23    BY MR. BRENNER:
24        Q.    You can answer.
25        A.    So those notes had nothing to do
```

Page 105

```
 1          RAMONA WATTS - CONFIDENTIAL
 2    with private keys.  Those notes were all his notes
 3    on how he created Bitcoin and all the research and
 4    all the formula and algorithms.
 5        Q.    So the key slices or key slice
 6    which Dave held one of actually had nothing to do
 7    with private keys to Bitcoin; correct?
 8          MS. McGOVERN:  I object to the form
 9    of the question.  That is not the testimony that
10    has been given.
11          MR. BRENNER:  Ms. McGovern, please.
12    The words are "object to the form".  Anything more
13    is unacceptable.
14          MS. McGOVERN:  You are misstating
15    the record.
16          MR. BRENNER:  Ms. McGovern, that is
17    unacceptable.  The objection is to the form and
18    you know better.
19          MS. McGOVERN:  Mr. Brenner, I am
20    objecting to this form of questioning.
21          MR. BRENNER:  That is the end,
22    thank you.  Your objection is noted.
23    BY MR. BRENNER:
24        Q.    Miss Watts, subject to that
25    objection, the notes -- Craig's notes that Dave
```



Page 106

```
1            RAMONA WATTS - CONFIDENTIAL
2    held a key slice, or one of the key slices to,
3    those notes had nothing to do with the private
4    keys to the Bitcoin that was being held by Wright
5    International.  Is that not correct?
6            MS. McGOVERN:  Object to the form.
7        A.   So, Mr. Brenner, I really don't
8    know because I didn't write those notes and he
9    wrote them before I met him.  So I couldn't answer
10   that question.
11   BY MR. BRENNER:
12       Q.   Are those notes still in an
13   encrypted file?
14       A.   Yes.
15       Q.   The encrypted file that you helped
16   your husband unlock recently, through the help of
17   Mr. Mayaka, were those the notes that Dave held
18   the key slice to?
19           MS. McGOVERN:  Object to the form.
20       A.   So I did not unlock anything with
21   Craig.  We were sent things from Denis Mayaka.
22   BY MR. BRENNER:
23       Q.   The encrypted file that Dave held a
24   key slice to, it is your testimony that it is
25   still encrypted?
```

Page 107

```
1            RAMONA WATTS - CONFIDENTIAL
2        A.   Yes, and I am not sure if it is one
3    file or several files, to be honest with you,
4    I actually really don't know.  I think there are
5    several encrypted files.  Dave doesn't, or didn't
6    hold one key Dave held several keys, and he was
7    supposed to be sending them back in 2020.
8        Q.   Supposed to be sending them back
9    via a bonded courier; correct?
10       A.   I do not know how he was supposed
11   to send them back.
12       Q.   And regardless of how he was
13   supposed to send them back, that still has not
14   happened; correct?
15       A.   We have received some things, I do
16   not know what they are though.  We sent them to
17   the lawyers, but I don't think we received
18   everything.
19       Q.   What did you receive?
20       A.   Funny strings of numbers.  I don't
21   know what it was.
22       Q.   Who from?
23       A.   I don't know, from a very strange
24   e-mail, a very strange e-mail.  Not anyone I knew.
25       Q.   When was that?
```

Page 108

```
1            RAMONA WATTS - CONFIDENTIAL
2        A.   Perhaps in January.
3        Q.   You received an e-mail in January
4    with very strange numbers?
5        A.   Hmm hmm.
6        Q.   Did use turn those over to your
7    lawyers?
8        A.   Yes, right away.
9        Q.   How many e-mails did you receive,
10   with strange numbers?
11       A.   I think only one.
12       Q.   You did not know the person who it
13   was from, was there someone identified as the
14   sender?
15       A.   It was not a name, I don't think,
16   no, it was some strange made up thing, no.
17       Q.   Do you recall what it was?
18       A.   No, I don't but my lawyers have it,
19   the US lawyers will have it.
20       Q.   Okay.
21           MR. BRENNER:  Has that been turned
22   or to us, Ms. McGovern?
23           MS. McGOVERN:  Yes it has,
24   Mr. Brenner.  Those were the anonymous e-mails
25   that were sent to you last year.
```

Page 109

```
1            RAMONA WATTS - CONFIDENTIAL
2    BY MR. BRENNER:
3        Q.   Okay, so Miss Watts, you just told
4    me you received things in January; correct?
5        A.   I said I don't remember.
6        Q.   Okay.
7        A.   I said I don't remember when
8    I received them.  I received lots of e-mails, I do
9    not know when I received them.
10       Q.   So it may have been as far back as
11   last June, is that your testimony?
12       A.   No, I don't think so.
13       Q.   Right, it was this year, wasn't it,
14   ma'am?
15       A.   I don't remember.  It could have
16   been December, it could have been January.  It
17   would not have been so far back in June,
18   definitely not.
19       Q.   Okay.
20           MS. McGOVERN:  I did just pose an
21   objection to the last question or rather
22   statement.  If it was a question that was made,
23   Mr. Brenner, I would like to make it clear on the
24   record, so there is no confusion here, that
25   anything that has been received with respect to
```

