Page 46

```
 1        BY MR. BRENNER:
 2    Q.   -- if I have that plus what you've
 3  cited in your report as the materials you've
 4  reviewed and the interviews that were conducted, as
 5  cited in your report, do I now have all the material
 6  that you relied upon in forming your opinions in
 7  this case?
 8        MS. MCGOVERN:  Object to the form of
 9     the question.
10        Do you mean materials with respect
11     to this case, as opposed to everything else
12     that he has with all of his experience as a
13     doctor?
14        MR. BRENNER:  I'm not asking --
15        MS. MCGOVERN:  I object to the form
16     of the question.
17        You can answer as you like.
18        BY MR. BRENNER:
19    Q.   You can answer, Doctor.
20    A.   The -- everything that I relied upon is
21  described in the report in the procedures, in the
22  methodology.  Therefore, I believe you listed all of
```

Page 47

```
 1  them.
 2    Q.   Okay.
 3        Okay.  So let's go back to -- let me
 4  close this document out.  We'll come back to it
 5  later.
 6        And let's go back to your report.
 7        Okay.  Doctor, do you see your
 8  report?
 9    A.   I do.  I also have a copy in front of
10  me.
11    Q.   Oh, great.  Excellent.
12        Let me ask you this -- and please
13  take your time to scroll through it if you need
14  to -- in your report itself -- and what I'm
15  calling the "report" -- just to be clear, I'm
16  calling Pages 1 through 18, which is where your
17  signature is.
18        Okay?
19        Do you see that?
20    A.   Yes, I do.
21    Q.   After that, just so the record is
22  clear, also as part of this document, you have
```

Page 48

```
 1  various addenda.
 2        You have publications that you've
 3  written, correct?
 4    A.   Correct.
 5    Q.   And then you told us before you have a
 6  list of testimony, correct?
 7    A.   Expert witness cases that require
 8  either a deposition or an appearance in court.
 9    Q.   Right.  And then a fee schedule?
10    A.   Correct.
11    Q.   Okay.  So for the purpose of my next
12  question, I'm referring to the -- what I'll call
13  the -- the "substance" of the report, the actual
14  report for the case.
15        Okay?
16    A.   Yes.
17    Q.   Okay.  So if you need time to scroll
18  through it, you do that.
19        Tell me -- tell me if, in the report,
20  you cite to any literature in support of any of
21  the opinions you've offered.
22        MS. MCGOVERN:  Object to the form of
```

Page 49

```
 1     the question.
 2        BY MR. BRENNER:
 3    Q.   You can answer, sir.
 4    A.   No, I do not.
 5    Q.   Okay.  Now, if you go to Page 1 of the
 6  report -- and let me get there so Ms. McGovern can
 7  read along with us.  I understand you have it with
 8  you.
 9        I'm focusing on the very beginning of
10  the report.
11        Do you see that?
12    A.   Yes.
13    Q.   Okay.  The very beginning of the
14  report, where it says, Background For Consultation,
15  you outline essentially what you were asked to do,
16  correct?
17    A.   Correct.
18    Q.   So you were called or originally
19  e-mailed by an attorney from Rivero Mestre, but,
20  essentially, Rivero Mestre directed what they wanted
21  you to do in this case, correct?
22        MS. MCGOVERN:  Object to form.
```

