Page 390

1    If Dr. Wright was blind and you asked
2 me that question, I would say that that individual
3 should be treated differently than everybody else
4 because that individual has what society calls "a
5 disability"; he doesn't see.
6    So in that way, I am asking for you to
7 treat that individual who is blind or deaf
8 differently than most others.
9    Dr. Wright is not deaf, is not blind,
10 and his very presentation is probably his worst
11 enemy because he conveys a sense of
12 supreme competence as he speaks. I would like for
13 people to believe that when he is transgressing the
14 rules of common sense, the laws and conventions of
15 social interaction, when he's being pedantic, when
16 he is reciting lectures and when he is giving you
17 histories of words, that he's not doing that
18 contemptuously. He's not doing that as a way of
19 being evasive. He is not deliberately contriving
20 falsehoods in this regard. This is the way he is.
21    Because if people understand that
22 despite his high intellect, there are areas in his

Page 391

1 being -- in his being in the world that are
2 profoundly deficient. People will judge him by the
3 facts, but they are not going to have impressions
4 that are going to be detrimental to his
5 presentation, things that were not deliberate --
6 they were not created for the purpose of deceit.
7    That's all I need. I need him to be
8 treated on the basis of whatever are the technical
9 facts of this case. But sometimes people go beyond
10 the facts, and they judge the person. And he is a
11 person that -- as he put it himself, he is not good
12 with people. People don't like him. He doesn't
13 think about people. And that can be very
14 detrimental to his legal standing, particularly
15 within the context of a jury proceeding, which I
16 assume is what you're going to have, when people are
17 going to look at him and they are going to have
18 disdain for a man who comes across as -- as
19 arrogant, as self-centered, as inhumane, almost, as
20 if his pursuit is more important than the people
21 that he affected in his life.
22    This is the way he is. That is his

Page 392

1 disability.
2    Am I -- am I getting to -- or -- or --
3    Q.   I understand. Let me just follow up
4 with a couple of questions.
5    It sounds to me like what -- what
6 you're saying is you want to be able to explain to
7 a jury how they should receive Dr. Wright's
8 testimony; is that fair?
9    MS. MCGOVERN: Object to the form of
10    the question.
11    THE WITNESS: I want to contextualize
12    his style of being so that they focus on -- on
13    the material aspects of the case and don't
14    have the personal impressions that would be
15    tantamount to punishing him for -- for his
16    disability. That's what I'm saying.
17    BY MR. BRENNER:
18    Q.   Okay. And do you have any specific
19 recommendations -- and if you don't, just tell me
20 you don't -- on any limitations, changes, additions,
21 any -- any modifications on how Dr. Wright should be
22 questioned at trial?

Page 393

1    A.   I would have suggestions, but I'm not
2 sure that I should, you know, insert myself into
3 your case.
4    I'll be happy to provide those
5 suggestions if you and your counterparts agree that
6 you would like me to make some suggestions. I'll be
7 happy to do so.
8    But I'm not -- this goes beyond the
9 scope of what I intended to do --
10    Q.   Okay.
11    A.   -- and it's -- I don't play a role that
12 I was not asked to.
13    Q.   That's perfectly -- that's a perfectly
14 valid answer.
15    MR. BRENNER: Other than making sure
16    we have all the exhibits or our ducks are in a
17    row, I don't have any more questions -- I'm
18    sorry, sir. You seem like you want to say
19    something?
20    THE WITNESS: Yes. I just want to
21    make sure because I am -- I'm a little tired.
22    So let me just make sure that I know what I

