Page 130

1    I remember that when Asperger syndrome
2 was first introduced in DSM-4, I had the opportunity
3 to help my colleague Fred Volkmar, who was
4 coordinating the chapter on autism for DSM-4. So I
5 helped him with the field trial, and we wrote all of
6 the text and all the research publications at the
7 time.
8    That -- the term "Asperger syndrome"
9 was introduced kind of tentatively in -- in -- at
10 the time, in 1980 -- in 1994. And the day after it
11 was published, we were really flooded by
12 communications from all over the country because a
13 lot of individuals who had profiles consistent with
14 the description that was in DSM-4 -- they had never
15 been seen by anybody.
16    And it doesn't mean that they had not
17 had challenges in their school life, but they tended
18 to be characterized as individuals with an emotional
19 maladjustment or with a learning disability. And
20 this was very unfortunate because many of those
21 individuals did not have a problem with reading,
22 writing and math. All they had a problem with was

Page 131

1 social adjustment and reciprocal communication.
2    And those kinds of challenges got
3 themselves into -- got them into a lot of troubles.
4 And because they could be articulate, people would
5 judge them by their speech. And if they fail to
6 comply with the conventions or they transgressed to
7 unspoken rules of social interaction, people would
8 believe that this was done willfully.
9    And so they would be deemed maladjusted
10 and, often, they will be placed with other children
11 who really had maladaptive behaviors but were very
12 socially competent.
13    So we used to state at the time that
14 this was the perfect misplacement, placing a child
15 who is extraordinarily naive but gets himself in
16 trouble because of a social disability together with
17 individuals who are very socially sophisticated but
18 are not -- but tend to victimized others.
19    I'm only providing you with this
20 context because at that day and age, it wouldn't
21 surprise me that he would fall in between the
22 cracks. This certainly happened in the

Page 132

1 United States.
2    Q.   Dr. Wright -- if we could get past his
3 childhood, he's -- your understanding is he's had no
4 mental health intervention for all 49-1/2 years of
5 his life, correct?
6    A.   My understanding that he hasn't had
7 formal mental health interventions over the course
8 of his life, no.
9    Q.   Why do you use the word "formal"? Are
10 you aware of informal mental health interventions in
11 his life?
12       MS. MCGOVERN: Objection to the form
13    of the question and to the use of the word
14    "mental health," which is undefined throughout
15    this questioning.
16       MR. BRENNER: Okay.
17       BY MR. BRENNER:
18    Q.   Do you understand what mental health
19 is, Dr. Klin?
20    A.   Certainly.
21    Q.   Okay. Good.
22       You can answer.

Page 133

1    A.   Over the course of his life, he had,
2 apparently, several individuals who were able to
3 support him in doing two things in particular: one
4 is navigating the social demands of everyday life
5 and make him more capable, and also help him try and
6 have some understanding of the impact that his
7 behavior -- that his presentation has on others and
8 could, therefore, curb some of his more maladaptive
9 behaviors, behaviors that -- that tend to get people
10 very aggravated with him.
11    Q.   Did you ask Dr. Wright if he had ever
12 had any treatment by a mental health professional?
13    A.   No, I did not.
14    Q.   So how do you know he didn't?
15    A.   Well, we talked with several informants
16 who did not offer to us that information. As part
17 of the ADI-R, the Autism Diagnostic
18 Interview-Revised, we asked questions about, for
19 example, the diagnosis of autism -- prior diagnosis
20 of autism, questions along those lines.
21    Q.   Okay. You, yourself, never asked
22 anyone whether Dr. Wright had had prior mental



Page 134

```
 1  health evaluations?
 2      A.  No, no, this was -- this is not
 3  something that I would ask the individual whom I'm
 4  evaluating.
 5      Q.  Okay.  Did you ask his lawyers?
 6      A.  No.
 7      Q.  Okay.  You didn't talk to his mom, so
 8  you didn't ask her, correct?
 9          MS. MCGOVERN:  Object to the form of
10      the question.  We've already established that
11      his colleague interviewed the mother.
12          MR. BRENNER:  Right.  Then let's hear
13      his answer.
14          BY MR. BRENNER:
15      Q.  You didn't talk to his mom, correct?
16      A.  No, I did not talk with his mom; my
17  colleague did.
18          I just want to make sure that when you
19  asked if I asked lawyers anything about this case, I
20  did not ask any clinical information from the
21  attorneys.  The attorneys helped me define what the
22  questions were.  And they did not determine, for
```

Page 135

```
 1  example, what I was going to do, how I was going to
 2  do -- do it or even who I should be speaking with.
 3  They just wanted me to address the questions.
 4      Q.  What is your understanding of
 5  Dr. Wright's profession?
 6      A.  I have a limited understanding of his
 7  profession.  I understand -- I understand that --
 8  certainly from my conversations with him, he's
 9  somebody who's very interested in math --
10      Q.  Okay.
11      A.  -- he's very interested in -- in
12  computer science; he's very interested in -- in
13  mathematical constructs, quite generally; he's also
14  interested in -- in culture; he's interested in
15  religion; he's interested in history.
16          But as far as his profession is
17  concerned, my understanding, certainly from talking
18  with him less and more from the transcripts, that
19  he's somebody who uses mathematical constructs to
20  create, broadly speaking, software that seems to
21  address a particular function that is of help to
22  people in general.
```

Page 136

```
 1      Q.  Did you do any independent research
 2  about Dr. Wright?
 3      A.  I did one thing.
 4      Q.  What did you do?
 5      A.  When I was first contacted by the
 6  attorneys, I had never heard the name Craig Steven
 7  Wright.  And when they -- when they mentioned to me
 8  that they wanted me to conduct this evaluation, he
 9  also -- they also mentioned to me that this was a --
10  a high visibility, as it were, case.  And I told
11  them what my -- what is my procedure when I take --
12  when I engage in -- in a clinical expert witness
13  case.
14          After having spoken with them and still
15  trying to make a decision as to whether or not I
16  would -- I would have the expertise and all of those
17  things that I've mentioned to you before, I went to
18  the Internet and I watched a -- a lecture that was
19  obviously widely available on YouTube.  So I wanted
20  to hear him.
21      Q.  And what you heard -- and do you know
22  where that lecture was given, by any chance?
```

Page 137

```
 1      A.  I'm sorry.  This was -- this was --
 2  this was a very -- it was not necessarily a
 3  deliberate attempt to learn something about him.  I
 4  just wanted to get a sense of -- of what kind of a
 5  person that I would be evaluating.
 6          So I just opened the YouTube and put
 7  it -- put his name on.  And the first lecture that
 8  appeared I listened to for a little while.
 9      Q.  Did you notice when you -- you did
10  that -- did you say it was a Google search?  I don't
11  want to put words in your mouth.
12      A.  YouTube.
13      Q.  Okay.  When you did the YouTube search
14  for Dr. Wright, did you notice there were a lot of
15  videos from him?
16      A.  You know, these days, there's a lot of
17  videos of almost everybody.
18          I was not interested in learning about
19  him from those videos.  I was just curious to listen
20  to -- to get a sense of -- of what kind of a person
21  they are talking to me about.
22          Because sometimes I'm asked to conduct
```

Page 306

1  close enough, even though he seems to set up
2  time limits to the amount of interactions
3  that he can have with them.
4        But he seems to be -- they seem to
5  be an extension of her.  He extends his --
6  you know, "love" is probably a very complex
7  word, but he certainly extends his affection
8  to them.
9        MR. BRENNER:  Okay.  Let's take a
10 break.  It's almost 4:30.
11       MS. MCGOVERN:  How long should we
12 take the break?  10:30 -- I'm sorry --
13 10 minutes?
14       MR. BRENNER:  Definitely not 10:30.
15       MS. MCGOVERN:  Ten minutes?
16       MR. BRENNER:  Ten minutes is good for
17 me.
18       Dr. Klin?
19       THE WITNESS:  Give me 12.
20       MR. BRENNER:  Let's come back at
21 4:45.
22       THE WITNESS:  Okay.  That will be

Page 307

1  fine.
2             - - -
3        (Whereupon, a recess was taken from
4        4:28 p.m. to 4:48 p.m.)
5             - - -
6        BY MR. BRENNER:
7   Q.   Dr. Klin, I'm going to switch gears on
8  you --
9   A.   Yes, sir.
10  Q.   -- and we're going to talk about the
11 ADI-R test.
12  A.   Yes, please.
13  Q.   Can you tell me what "ADI-R" stands
14 for?
15  A.   Autism Diagnostic Interview-Revised.
16  Q.   Okay.  Correct me if I'm wrong:  My
17 understanding is this -- my recollection is this
18 test was conducted by Dr. Saulnier, correct?
19  A.   Correct.
20  Q.   And it was primarily based on
21 information Dr. Saulnier obtained from Dr. Wright's
22 mother, correct?

Page 308

1   A.   Dr. Wright's mother, supplemented by
2  the maternal uncle and Dr. Wright's younger sister.
3   Q.   Okay.
4        Okay.  Let's go to your report.  And
5  I'll pull it up.
6        Okay.  So I have your report up, and
7  I'm going to go to Page 6 of that report.
8        Give me one second.  I thought I had
9  it.
10       (Pause.)
11       BY MR. BRENNER:
12  Q.   You would agree with me that this test
13 requires that the symptoms identified be present by
14 the time the subject is 3 years old?
15  A.   The -- let me see.
16       How can I put this in a clear fashion?
17       Because autism is a neurodevelopmental
18 disorder, it needs to be present before the age of
19 3, and it's typically much before the age of 3.
20       With individuals who are very verbal
21 and with intact intellect, the definition, as per
22 DSM-5, is that the symptoms should be evident,

Page 309

1  meaning for others to observe, when the social
2  demands exceed a person's abilities.
3        And for individuals who are very high
4  functioning, this can be in preschools.  It
5  typically is most visible when the child is in the
6  company of other children.
7   Q.   Okay.  Doctor, let me just read what
8  you wrote in your report, because I think I quoted
9  it, but I'll read and ask you if that's what you
10 wrote in your report --
11  A.   Sure.
12  Q.   -- on Page 6.
13       The ADI-R requires that symptoms were
14 apparent prior to age 3 years, although it was not
15 possible for his mother to remember much of his
16 developmental history at the time.
17       Did I read that correctly?
18  A.   You have.
19  Q.   And that's your opinion, correct?
20  A.   No.  It's -- you mean my opinion
21 regarding his onset -- the onset of his condition or
22 my opinion regarding the specific items on the -- on