```
 1   conclusions are.
 2           So we do have a situation, Your Honor -- and I don't
 3   want to come back later and discuss this as though it should
 4   have been raised before, and therefore there's a delay or
 5   there's a confusion or there's anything, but I believe we will
 6   see at the deposition of Dr. Klin on Tuesday exactly how he
 7   goes about performing his final report and how he determines
 8   what he includes and what he doesn't and what he does with
 9   those, with what he refers to as sort of a living draft as he
10   is forming his analysis.  I believe we'll see that from the
11   expert, but I do not believe that Dr. Klin has those notes to
12   produce at a later time.
13           THE COURT:  Okay.  But what about -- I hear you on
14   that, but what about the notes or the work product?  Again,
15   not using the legal term, just using a generic term.
16           MS. McGOVERN:  Sure.
17           THE COURT:  The product of the other doctor and the
18   underlying test results?  Again, I don't know everything that
19   was done, but there clearly was some testing administered, and
20   there would be results of those tests.  And then there was the
21   first doctor's analysis and notes and feelings about that,
22   which were then shared with Dr. Klin.  And I understand
23   Dr. Klin may not have kept anything of his own, but do those
24   other things still exist?
25           MS. McGOVERN:  No.
```

```
 1                THE COURT:  And what's your position (inaudible)?
 2                MS. McGOVERN:  No, I do not believe they do, Your
 3    Honor.  And the position is exactly the same with respect to
 4    Dr. Celine Saulnier.  And I hope I'm pronouncing her name
 5    correctly, actually.
 6                The response with respect to those is exactly the
 7    same with respect to Dr. Klin.  You know, they work in tandem
 8    extremely closely and have worked together for a long time.
 9                With respect to the actual assessments that involve
10    questionnaires, the -- my understanding of the procedure is
11    that -- and the exploration of this -- and if I were
12    cross-examining the expert, it would simply be, I have the
13    questionnaire.  It's not as though Mr. Brenner cannot get the
14    actual forms that were used with respect to it, and he can ask
15    questions about the very specifics.  But Dr. -- Drs. Klin and
16    Saulnier do not keep the results of those.
17                And, again, there is strong temptation on my part to
18    go into the why's, but I don't think that's for me to attest
19    to.  I think on Tuesday, Mr. Brenner will know exactly what
20    was done, exactly what was -- how it was done, and that will
21    be very insightful and very helpful for Mr. Brenner.  But the
22    argument that is essentially being made, that any expert can
23    prepare information and not -- and because draft reports are
24    not kept, or the methodology that's used the notes are not
25    kept, somehow the expert is, like, getting away with an
```