Page 310

1  this particular procedure?
2      Q.  Okay.  I'm going to read the first half
3  of the sentence again and ask you if that's your
4  opinion.
5          The ADI-R requires that symptoms were
6  apparent prior to age 3 years -- do you agree with
7  that statement?
8      A.  Correct.
9      Q.  Okay.  And you also acknowledge -- I'm
10 now reading the back part of that sentence -- it was
11 not possible for Dr. Wright's mother to remember
12 much of his developmental history at the time.
13         Is that correct?
14     A.  Correct.
15     Q.  And you explained that, that
16 Dr. Wright's mother -- which I think you touched on
17 a little bit before -- but she was in a -- let's
18 just say a bad marriage, and she had other kids and
19 she just doesn't have sufficient memory at this time
20 to confirm or deny that Dr. Wright had the symptoms
21 that the ADI requires prior to the age of 3.
22         Is that fair to say?

Page 311

1      A.  It is.
2      Q.  Okay.  Dr. Saulnier provided you her
3  scoring on this report, did she not?
4      A.  Yes.
5      Q.  So let's first look at what -- what
6  Dr. Saulnier would have been doing to run this
7  report.
8          So I'm now going to the exhibit that
9  was your binder, we've been calling it.
10     A.  Yes.
11     Q.  Okay.  And I know you don't have the
12 same one as I do, but maybe Ms. McGovern does.
13         So I'm starting on Page 98 of that
14 document.  And that's just a cover page.  It's --
15 and then Page 99 is the cover page for the ADI-R.
16     A.  I actually have the form with me.  And
17 I know this form well, so I can recognize where you
18 are.
19     Q.  Right.  So, actually, the cover page is
20 Page 97, and then 98 is sort of blank.
21         Okay.  This is -- this is one of the
22 forms that Dr. Saulnier -- well, this is a form

Page 312

1  Dr. Saulnier would have had in front of her when
2  she was interviewing the people that were
3  interviewed for the ADI-R, correct?
4      A.  Correct.
5      Q.  And you talked -- you told me about
6  this earlier, but she would have been taking
7  handwritten notes on -- on this form.
8          And there's lots of spaces for it if
9  you keep scrolling through it, correct?
10     A.  That is correct.
11     Q.  Okay.  And those are the notes -- we
12 don't have those notes now because she gave them to
13 you -- well, let me ask you.
14         Did she give them to you and you
15 destroyed them, or she destroyed them after she
16 gave them to you?
17     A.  No; she gave me everything.
18     Q.  Okay.  So she handed over everything
19 she had -- all her background, all her data and all
20 her notes -- and then you made the decision to
21 destroy those notes, correct?
22     A.  As per my practice in this kind of

Page 313

1  work.
2      Q.  Okay.  Now, we don't know, on the
3  ADI-R, how any individual questions were scored, do
4  we?
5      A.  No.
6      Q.  Okay.  And all we know is what -- we
7  actually know two things:  We know what Dr. Saulnier
8  reported to you was her scoring, and we know what
9  you put in your report.
10         So let's look at both of those.
11         Okay?
12     A.  Please.
13     Q.  Okay.  So Dr. Saulnier -- I'm still in
14 the binder, and I think we're going to Page 5.  But
15 for your reference, it is -- I don't have to
16 describe it to you.  It's part of her -- it's part
17 of her draft narrative.  I don't really know what to
18 call it, but -- do you see what's on the screen?
19     A.  Yes, I see it.
20     Q.  Okay.  I don't want to -- I don't want
21 to characterize it as something it's not.
22         Just so we're clear -- and by the



Page 122

1  e-mail from Ms. McGovern saying "Can you talk for a
2  minute."
3       Do you recall that conversation
4  just -- that we talked about earlier?
5    A.   Correct.
6    Q.   Okay.  From what I understood
7  Ms. McGovern to say is that there were
8  communications between Rivero Mestre and yourself
9  between April 10th and April 17th.
10       Is that consistent with your
11  recollection?
12    A.   Yes.  That phone call -- you might
13  recall that I mentioned there was an e-mail sent to
14  me and then there was a phone call.  I believe that
15  that's when we talked about that particular
16  question.
17       And --
18    Q.   Okay.  Was -- I'm sorry.
19    A.   -- and I believe -- I'm sorry I don't
20  recollect, but I believe it was on Wednesday.  I
21  believe; I'm not sure.
22    Q.   Okay.  And -- and did you, in fact,

Page 123

1  talk to Ms. McGovern before Friday the 17th?
2    A.   Yes, I did.
3    Q.   Okay.  And what did you tell her about
4  the existence or nonexistence of what ultimately was
5  produced on Saturday?
6    A.   I told her that in my work as a
7  clinical expert witness in legal cases, that
8  everything that I do towards writing a -- my opinion
9  in my report -- these are materials that contribute
10  to my thinking, but I take them in the totality in
11  order to write the final report.  And that -- it's
12  been my practice for now since six to eight years
13  that I don't keep handwritten notes, I don't keep --
14  I don't keep any of those things once I have an
15  opportunity to complete my assignment, which is my
16  final report.
17    Q.   Did you, in fact, take handwritten
18  notes when you spoke with Dr. Wright?
19    A.   Oh, I took copious notes, and I assume
20  that -- yes, absolutely.
21    Q.   And you -- you -- after you were
22  completing your report, you destroyed those notes?

Page 124

1    A.   Yes, I destroy all of my stickies, all
2  my copious notes.  Once I have had an opportunity to
3  create an integration of all of the information, my
4  goal is to use the totality of that information to
5  generate my opinions, which are, again, written as
6  the report.  So I see that as my final work product.
7    Q.   And Dr. Saulnier -- do you know if she
8  took notes during her conversations with the mom,
9  the sister, the uncle and the wife?
10    A.   Oh, she -- she did.  And she provided
11  me with all of those notes.
12    Q.   Were those notes handwritten?
13    A.   Yes, they were handwritten on the forms
14  that were completed.  That's usually how you perform
15  those procedures.
16       As you -- as you probably checked,
17  the -- the -- the binder that I sent you, in which
18  there are copies of all of the instruments that we
19  use, there is plenty of room there to -- to write.
20  And so we write quite a bit.  So --
21    Q.   But do you know -- go ahead.
22    A.   -- and she handed in all those

Page 125

1  materials to me.
2       And -- and so once I integrated all of
3  the information and I was able to write, I guess, a
4  draft report, because -- but it is my final
5  product -- work product, I -- I -- it's my practice
6  that I destroy all of those -- all of those written
7  notes and stickies and notebooks, anything that has
8  to do with that.
9    Q.   Okay.  So let me change topics on you.
10    A.   Okay.
11    Q.   We've covered the -- in some detail,
12  although we'll go back -- we've covered a lot -- we
13  covered the materials you did review in connection
14  with your work in this case.  I want to talk to you
15  about some things you didn't review, okay, and
16  confirm you did not.
17    A.   Please.
18    Q.   Okay.  You -- first of all, was there
19  any materials -- whether it be depositions, court
20  proceedings, interview subjects -- anything -- any
21  materials that you asked to review that you were
22  told you could not review?

