```
 1   make joint notes.  Ultimately, the second doctor writes a
 2   report, and that report is the final report that is then sent
 3   out to the other side.
 4            This is a methodology with which I am actually very
 5   familiar, because it is exactly the methodology that I use
 6   when I write orders.  I get pleadings from lawyers; they raise
 7   a legal issue.  I say to my law clerks, read the briefs, do
 8   some research, then let's talk about it.  And they do, and I
 9   do.  We read the briefs, we make notes on the briefs, we do
10   research, we print cases out, we take notes.  Then we talk,
11   and we may talk about how the legal issues might be resolved.
12            And then ultimately after all of that conversation
13   and all of that analysis and that full methodology plays its
14   way out, then we put pen to paper and we draft an order.  And
15   there may be some renovat -- revisions to that.  That would
16   certainly be a draft.  But that's not what I'm hearing is the
17   issue with this, with Dr. Klin.  It's not that he did a draft
18   of what -- it was pretty close to what ultimately went out
19   and, you know, had to fix some typos, rearrange some
20   paragraphs, maybe change an opinion here or there.  That's not
21   what I'm hearing.
22            So I'm very comfortable with this, understanding how
23   this process would have worked, and in my view, that process
24   simply does not result in -- the taking of notes by these
25   doctors, the conversation between them, the analysis of the
```

```
 1   underlying raw data is simply not a report in my view.  And I
 2   agree with Mr. Brenner, it doesn't fall within the draft
 3   report exception to Rule 26.
 4            So I would order it to be produced.
 5            Now, if it doesn't exist, it doesn't exist, and then
 6   I'll be back.  But if it exists, I order it to be produced.
 7            When is the doctor's deposition, Mr. Brenner?
 8            MR. BRENNER:  Tuesday.
 9            MS. McGOVERN:  Tuesday.
10            MR. BRENNER:  So my only request, is if Ms.
11   McGovern, you know, even on this record or wants to
12   double-check and sends me something tonight saying they don't
13   exist, I could go forward on Tuesday.  If they exist, I would
14   need them obviously by the latest tomorrow to go forward on
15   Tuesday.  But if they don't exist, I don't need to delay the
16   deposition because I'm not (inaudible).
17            THE COURT:  Well, I don't want to make Ms. McGovern
18   make any representations on the record at this time --
19            MR. BRENNER:  Neither do I.
20            THE COURT:  -- without having to double-check with
21   the people she needs to check with.
22            You know, if there are things to be produced, I
23   would order them to be produced -- let's see.  I know
24   Mr. Freedman, you have issues on Saturdays.  Mr. Brenner,
25   Ms. McGovern, are there going to be any issues with it being a
```