Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
- - - - - - - - - - - - - - - - - - - - - - x
IRA KLEIMAN, as the personal
representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC,

        Plaintiffs,
                    CASE NO.:
  -against-      9:18-CV-80176-BB/BR

CRAIG WRIGHT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - x

      Zoom video conference deposition of
KEVIN MADURA, taken pursuant to notice,
was held remotely, commencing April 30,
2020, 9:00 a.m., before Leslie Fagin, a
Stenographic Court Reporter and Notary
Public in the State of New York.

               - - -

        MAGNA LEGAL SERVICES
  320 West 37th Street, 12th Floor
     New York, New York 10018
        (866) 624-6221



```
                                          Page 217
 1                  K. Madura
 2           MR. ROCHE:  I'm asking whether or
 3      not he discussed with counsel the nature
 4      of his consulting work during the breaks
 5      -- strike that.  Whether or not he
 6      discussed anything related to his
 7      consulting work during the breaks.
 8           MS. MARKOE:  Objection, but
 9      reserving.
10      Q.   You can answer.
11      A.   Can you repeat the question?
12      Q.   Did you discuss with counsel
13   anything related to your work as a consultant
14   during the breaks today?  Yes or no is all
15   I'm looking for.
16      A.   I'm trying to determine whether it
17   would be considered part of the consulting
18   work or the expert work.
19           I think for these purposes, it's
20   the consulting work.  I'm not sure.
21      Q.   What was -- before the break, we
22   were discussing Ethereum.
23           Do you know whether or not Ethereum
24   has a hard cap on its supply?
25           MS. MARKOE:  Objection.
```

