Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
- - - - - - - - - - - - - - - - - - - - - x
IRA KLEIMAN, as the personal
representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC,

   Plaintiffs,

        CASE NO.:
 -against-   9:18-CV-80176-BB/BR

CRAIG WRIGHT,

   Defendant.

- - - - - - - - - - - - - - - - - - - - - x


   Zoom video conference deposition of
KEVIN MADURA, taken pursuant to notice,
was held remotely, commencing April 30,
2020, 9:00 a.m., before Leslie Fagin, a
Stenographic Court Reporter and Notary
Public in the State of New York.

      - - -



   MAGNA LEGAL SERVICES
 320 West 37th Street, 12th Floor
  New York, New York 10018
   (866) 624-6221



Page 61

```
 1                  K. Madura
 2      question?
 3      Q.    Prior to this report, have you ever
 4 assessed the capabilities of a programmer and
 5 opined that they were not capable of
 6 performing a certain programming task?
 7           MS. MARKOE:  Objection.
 8      A.    Yes.
 9      Q.    When?
10      A.    During my time at IBM, I was the
11 cybersecurity expert that would opine on the
12 programming abilities of certain programmers
13 to determine whether or not they were --
14 whether they should be allowed to manipulate
15 certain parts of the code base.
16      Q.    So you offered recommendations to
17 your employer about who they should and
18 should not utilize, is that correct?
19      A.    For specific parts of the code
20 base, that's correct.
21      Q.    But you never opined, formally, an
22 opinion that they are not capable of doing
23 this task, did you?
24           MS. MARKOE:  Objection.
25      A.    I provided my opinion as to their
```

