# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

REYNALDO SALAMAYA,       )
)
    Plaintiff                   )
)
v.                                )         **CIVIL ACTION NO.**
)
MASTEC SERVICES COMPANY, INC.,   )       **6:11-CV-1633-ORL-19GJK**
)
    Defendant.            )
)
)

## DEFENDANT'S EXPERT WITNESS DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant MasTec Services Company, Inc. ("Defendant") designates the following expert witness:

> Dianne Flores
> Hart & Flores Questioned Document
> Laboratory, Inc.
> 7990 S.W. 117 Avenue, Suite 134
> Miami, Florida 33183

Ms. Flores has provided an opinion regarding whether the signature on the Employee Acknowledgment Form is Plaintiff's signature. Ms. Flores has received a retainer of $1,750.00 in exchange for her preparation of the report, and she will also receive a fee of $300.00 per hour for her testimony at trial. A copy of Ms. Flores' report is attached hereto as Exhibit "A." A copy of Ms. Flores' Testimony Log is attached hereto as Exhibit "B." Defendant reserves the right to supplement this designation of expert witnesses should additional information become available.

Dated this 6th day of April, 2012.

*/s/ John T. Stembridge*
John T. Stembridge
Georgia Bar No. 678605
jstembridge@littler.com

LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA 30326.4803
404.233.0330
404.233.2361 (Fax)

Jeffrey B. Jones
Florida Bar No. 0039950
Email: jbjones@littler.com
Melanie A. Zaharias
Florida Bar No. 36828
Email: mzaharias@littler.com

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, FL 32801-2366
407.393.2900

Scott A. Forman
Florida Bar No. 0065950
Email: sforman@littler.com

LITTLER MENDELSON, P.C.
2 South Biscayne Boulevard,
Suite 1500
Miami, Florida 33131-1804
Telephone: 305.400.7500
Facsimile: 305. 603.2552

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been mailed via electronic mail to: Scott C. Adams, Esquire, on this 6th day of April, 2012.

/s/ John T. Stembridge____
John T. Stembridge
Attorney for Defendant

# EXHIBIT A



# Report of Laboratory Examination

**In the Case of Reynaldo Salamaya v. Mastec Service Co.**

**Case No.6:11-CV-1633**

**HQDL File No. 5680**

*Prepared for*
*John T. Stembridge, Esq.*
*Littler Mendelson, P.C.*
*3344 Peachtree Road, N.E.*
*Suite 1500*
*Atlanta, GA 30326*

*by*
*Dianne C. Flores, Forensic Document Examiner*
*Hart & Flores Questioned Document Laboratory, Inc.*
*7990 SW 117th Avenue • Suite 134*
*Miami, Florida 33183*
*Telephone     (305) 596-4946*
*Facsimile     (305) 596-2618*
*e-mail     hqdl2@aol.com*

*April 5, 2012*

# *Table of Contents*

Disputed Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Specimen Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Purpose of the Examination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Examination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Results of the Examination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Remarks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

# *Report of Laboratory Examination*

This report makes reference to an examination of original and machine copied documents received from Melanie A. Zaharias, Esq. and Kyllan Cornwell via Federal Express on March 26th and April 3rd respectively.

## Disputed Documents

Q1   One (1) original MasTec, Inc. Employee Handbook and Policies and Procedures Disclaimer dated 02/11/09 that is described as bearing the disputed signature, "Reynaldo Salamaya."

Q2   One (1) original VIII. Employee Acknowledgement dated 02/11/09 that is described as bearing the disputed signature, "Reynaldo Salamaya."

## Specimen Documents

K1   One (1) original of an Employee Safety Manual Agreement dated 02/11/09 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K2   One (1) original of a Form W-4 dated 02/11/09 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K3   One (1) original of a Form I-9 dated 02/11/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K4   One (1) original of a MasTec Advanced Technologies Chargeback Policy dated 02/11/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K5   One (1) original of a MasTec Truck Deduction/Adjustment Form dated 02/11/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K6   One (1) original MasTec Technicial Overtime Policy dated 02/11/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K7   One (1) original Fleet Fuel Card Program Participating Employee Acknowledgement of Responsibilities dated 02/11/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K8   One (1) original two-page Memo dated 02/11/09 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K9   One (1) original MasTec Working Time Form dated 02/11/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K10      One (1) original MasTec Daily Time Record Certification dated 02/11/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K11      One (1) original undated Orlando Tech Tool List that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K12      One (1) original General Safety Guidelines dated 04/29/10 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K13      One (1) original MasTec Acknowledgement dated 01/03/11 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K14      One (1) original Page 3 of an undated Policy that is described as bearing the uncontested signature of Reynaldo Salamaya.

K15      One (1) original MasTec Operations Memorandum dated 11/05/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K16      One (1) original MasTec Operations Memorandum dated 09/25/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K17      One (1) original MasTec Memorandum dated 08/25/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K18      One (1) original MasTec Service Technician Performance Standards and Measurement Criteria dated 03/05/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K19      One (1) original MasTec Technician Performance Standards and Measurement Criteria dated 03/05/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K20      One (1) original MasTec Memorandum dated 02/04/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K21      One (1) original New Rule for Route Summary dated 10/01/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K22      One (1) original MasTec Apprentice Technician Performance Criteria dated 05/01/09 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K23      One (1) original COV Quick Checklist dated 04/07/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K24      One (1) original Installer Field Training Form dated 03/31/09 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K25      One (1) original Installer Field Training Basic Installation Requirements dated 03/31/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K26    One (1) original New Hire Training Program New Hire Checklist dated 03/27/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K27    One (1) original undated Hands-On Assessment that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K28    One (1) original MasTec DirecTV HSP Employee Account Application dated 03/16/10 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K29    One (1) original DirecTV Equipment Lease Addendum dated 02/25/10 that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K30    One (1) original Agreement dated 02/25/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K31    One (1) original undated MasTec HSP Account Equipment Form that is described as bearing the uncontested signature of Reynaldo Salamaya.

K32    One (1) original undated DirecTV Equipment Lease Addendum that is described as bearing the uncontested signature of Reynaldo Salamaya.

K33(1-2)    One (1) original undated  DirecTV Home Service Provider Complimentary Programming Authorization Agreement that is described as bearing the uncontested signature of Reynaldo Salamaya.

K34    One (1) original undated MasTec Request for Time Off Form that is described as bearing the uncontested signature of Reynaldo Salamaya.

K35    One (1) machine copy of an undated MasTec Request for Time Off Form that is described as bearing the acknowledged signature of Reynaldo Salamaya.

K36    One (1) original MasTec Payroll Deduction Form dated 04/19/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K37    One (1) original MasTec Payroll Deduction Form dated 01/13/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K38    One (1) original MasTec Payroll Deduction Form dated 07/03/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K39    One (1) original MasTec Payroll Deduction Form dated 07/07/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K40    One (1) original MasTec Payroll Deduction Form dated 04/02/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K41    One (1) original undated MasTec Payroll Deduction Form that is described as bearing the uncontested signature of Reynaldo Salamaya.

K42     One original MasTec Truck Deduction/Adjustment Form dated 03/31/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K43(1-2)     One (1) original two-page MasTec Progressive Counseling Form dated 10/07/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K44     One (1) original "A Star" form dated 01/03/10 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K45(1-3)     One (1) original MasTec Employee Disciplinary Action Form dated 08/25/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K46(1-3)     One (1) original MasTec Employee Disciplinary Action Form dated 05/27/09 that is described as bearing the uncontested signature of Reynaldo Salamaya.

K47     One (1) original signature page of a document dated 02/17/12 that is described as bearing the uncontested signature of Reynaldo Salamaya.

S1- S5     Documents described as Evidence Chain of Custody, not used for examination purposes.

## Purpose of the Examination

The previously described documents were examined in an effort to determine, if possible, whether the person whose signatures appear on items K1 – K47 also signed that name where it appears on items Q1 and Q2.

## Examination

The original questioned and specimen documents were examined in this laboratory on April 4th and 5th, 2012. This included processing items Q1 – Q2 and K1 – K10 on ElectroStatic Detection Apparatus (ESDA) for evidence of latent writing impressions. The latent writing impressions recorded are as follows:

| Item # | Latent Writing Impressions Recorded | Comments |
|---|---|---|
| Q1 | There are latent writing impressions of the employee's printed name, and social security number as well as the hire date from an unknown source. Additional impressions are too light to decipher | At least one other document was filled out on 2/11/09 while it was sitting over item Q1. |
| Q2 | The same impression of the name, social and date as seen on Q1 as well as the signature, printed name and date of item Q1. | Item Q1 and another document were sitting over item Q2 when they were printed on and signed (Q1). |
| K1 | There is very light latent writing appearing on the right side of the page, but it is not possible to decipher | A document was sitting over K1 when it was written on. |

| K2 | There are latent writing impressions of the employee's printed name, the hire date, his signature and some additional information that is too light to decipher. | At least one other document was filled out and signed while resting over K2 on 2/11/09. |
|---|---|---|
| K3 | Appears to be the same impression appearing on K1, but cannot be deciphered. | A document was sitting over K3 when it was written on. |
| K4 | The writing from item K3 appears on K4. | Item K3 was filled in, dated and signed while it was sitting over K4. |
| K5 | Light impressions from a part of item K3. | K3 was sitting over K4 and K5 when it was filled in. |
| K6 | The writing from item K5. | Item K5 was sitting over K6 when it was filled in, dated and signed. |
| K7 | Impressions of the witness' signature and date. | The witness signed and dated K6 while it was sitting over K7. |
| K8-1 | Impressions of the employee's printed name, date, the word "technician" and his signature from item K7 | K7 was sitting over K8-1 when it was filled out, dated and signed. |
| K8-2 | Same impressions as in K8-1. | K7 was sitting over both K8-1 and K8-2 when it was filled out, dated and signed. |
| K9 | Impressions of the printed employee name, date and signature from item K8-2. | Item K8-2 was sitting over K9 when it was filled out. |
| K10 | Although very light, it is possible to determine that the initials appearing on item K9 are present on K10. | Item K9 was initialed while it was sitting over item K10. |

The items listed above were also examined using the dichroic filter and the VSC4c in order to determine if the disputed, acknowledged and uncontested signatures had been written with the same type of ink. These techniques are exclusionary in nature and cannot identify the same pen. The blue ink writing appearing on items Q1– Q2, K1– K4 and K6 – K8 is consistent with a ball point pen containing blue ink with a negative dichroic reaction which all luminesced at the same setting in the VSC4c. The same holds true with the ball point pen containing black ink that was used to date the hire date documents and to fill out and sign items K5 and K10. This ink had a positive red dichroic reaction and also luminesced at the same setting on the VSC4c.

The specimens marked K1 – K10 consist of truly contemporaneous normal course of business signatures that were part of the initial hire process. The additional specimens labeled K11 – K47 are from within a 2-year time period. The submitted specimens were compared against one another for internal consistency and no significant differences were noted among them.

Overall, they demonstrate good line quality and writing ability, but with a wide degree of natural variation. The submitted specimens are considered adequate for the stated purpose of this examination.

Comparison charts of both the signatures and printed name were prepared as part of the analysis in this case. A copy of these charts appear as an attachment to this report for ease of reference.

Side-by-side comparison of the disputed and specimen signatures show agreement in the proportions, line placement, spacing and letter formations. There does appear to be an additional stroke of an "a-l" combination that is not found among the specimen signatures. *See Figure 1*



**Figure 1** Arrow 1 through 5 point to some of the significant similarities observed in the side-by-side comparison of the questioned, acknowledged and uncontested specimen signatures as follows: 1)the formation of the letter "R;" 2) the formation of the letter "S;" 3) the slight upward movement of the center stroke; 4) the initial "l" shaped stroke in Q2 that is also seen in the specimens; and 5) the ending stroke in the same movement.

The questioned and specimen signatures show excellent pictorial agreement. Upon microscopic examination it was noted that the questioned signatures were rapidly and fluently written. None of the characteristics normally associated with drawn, simulated and/or traced signatures were noted. There is also excellent agreement between the questioned signatures and both the acknowledged and uncontested specimens attributed to Reynaldo Salamaya on items K1 – K47.

The hand printing of the name "Reynaldo Salamaya" was also examined and it too appears consistent throughout all of the closing documents. No significant differences were observed in the spatial relationships, proportions or formation of the characters between any of the hand printed name appearing among items Q1 – Q2 and K1 – K10.

## Results of the Examination

Examination and comparison of the submitted questioned, acknowledged and undisputed documents as described in greater detail in the body of this report leads to the following conclusions:

1.  The person who signed as Reynaldo Salamaya on items K1 – K47 very probably signed that name where it appears on item Q1.

2.  Reynaldo Salamaya (K1 – K47) is identified as the author of that name where it appears on item Q2.

3.  The printed names appearing on all of the closing documents (Q1 – Q2 and K1 – K10) are consistent with having been written by one person.

4.  The blue ink writing appearing on items Q1– Q2, K1– K4 and K6 – K8 is consistent with one type of ink.

5.  Items K5, K10 and all of the black ink dates appearing among the closing documents including items Q1 and Q2, are consistent with one type of ink.

## Remarks

The original and machine copied documents submitted are returned with this report.

Respectfully submitted,

Dianne C. Flores
**Forensic Document Examiner**

## Questioned Signature(s)

**Q1** Policies & Procedures 02/11/09



**Q2** Acknowledgment 02/11/09



## Specimen Signature(s) - Reynaldo Salamaya

**K1\*** Employee Safety Agreement 02/11/09

**K2** Form -4 02/11/09

**K3\*** Form I-9 02/11/09

**K4\*** Chargeback Policy 02/11/09

**K5\*** Adjustment Form 02/11/09

**K6\*** Technician Overtime Policy 02/11/09

**K7& Fleet Fuel Card Program** 02/11/09

**K8-2 Memo** 02/11/09

**K10\*** Daily Time Record 02/11/09

**K26\*** New Hire Training 03/27/09

**K24** Installer Field Training 03/31/09

**K25** Installation Requirements 03/31/09

**K42\*** Truck Deduction 03/31/09

**K40\*** Payroll Deduction Form 04/02/09

**K31\*** Acct Equipment Form 04/06/09 — Employee Signature:

**K23\*** COV Quick Checklist 04/07/09

**K22** Apprentice Technician 05/01/09

**K46-3** Disciplinary Action 05/27/09

**K38\*** Payroll Deduction 07/03/09 — Employee Signature:

**K39\*** Payroll Deduction 07/07/09

**K45-3\*** Disciplinary Action 08/25/09

All images enlarged 100%

## Questioned Signature(s)

## Specimen Signature(s) - Reynaldo Salamaya



All images enlarged 100%

HQDL 5680
Chart 3

## Printed Name

| | |
|---|---|
| Q1<br>Policies &<br>Procedures<br>02/11/09 | *Reynaldo Salamaya* |
| Q2<br>Acknowledgement<br>02/11/09 | *Reynaldo Salamaya* |
| K1<br>Employee<br>Safety Manual<br>Agreement<br>02/11/09 | *Reynaldo Salamaya* |
| K2<br>Form W-4<br>02/11/09 | *Reynaldo Orlando Salamaya* |
| K3<br>Form I-9<br>02/11/09 | *Salamaya Reynaldo Orlando*<br>Address *(Street Name and Number)*         Apt. # |
| K4<br>Chargeback<br>Policy<br>02/11/09 | *Reynaldo Salamaya* |
| K5<br>Adjustment<br>Form<br>02/11/09 | *Reynaldo Salamaya*<br>Employee Name: |
| K6<br>Technician<br>Overtime<br>Policy<br>02/11/09 | *Reynaldo Salamaya* |
| K7<br>Fleet Fuel<br>Program<br>02/11/09 | *Reynaldo Salamaya*<br>Employee Name (Print) |
| K9-2<br>Memo<br>02/11/09 | *Reynaldo Salamaya* |
| K10<br>Daily Time<br>Record<br>02/11/09 | *Reynaldo Salamaya* |

All images enlarged 100%

# Hart & Flores Questioned Document Lab, Inc.

### 7990 SW 117th Avenue • Suite 134 • Miami, Florida 33183

Telephone 305•596•4946                                                                 Facsimile 305•596•2618

## Curriculum Vitae of Dianne C. Flores

### PROFESSIONAL EXPERIENCE

*HART QUESTIONED DOCUMENT LABORATORY, INC.*                                           *MIAMI, FL*
*Laboratory Technician*                                                       *Aug. 1999 to Aug. 2004*
*Forensic Document Examiner*                                                  *Sept. 2004 to Present*

### PRESENTATION OF PROFESSIONAL PAPERS

*"Dateable Signatures"*
*SAFDE - Atlanta, GA - 2006*

### PROFESSIONAL ASSOCIATIONS

*Member*                  *American Society for Testing and Materials (ASTM)*
                          *E30 Committee on Forensic Sciences*
                          *E30.02 Subcommittee on Questioned Documents*

*Regular Member*          *Southeastern Association of Forensic Document Examiners (SAFDE)*

*Associate Member*        *American Academy of Forensic Sciences (AAFS)*

*Standard Member*         *Association of Certified Fraud Examiners (ACFE)*

*Associate Member*        *Association of Forensic Document Examiners (AFDE)*

### PROFESSIONAL MEETINGS ATTENDED

*February, 2006*          *American Academy of Forensic Sciences, Seattle, WA*
*April, 2006*             *Southeastern Association of Forensic Document Examiners, Atlanta, GA*
*February, 2007*          *American Academy of Forensic Sciences, San Antonio, TX*
*April, 2007*             *Southeastern Association of Forensic Document Examiners, Atlanta, GA*
*August, 2007*            *American Society of Questioned Document Examiners, Boulder, CO*
*September, 2007*         *Midwestern Association of Forensic Scientists, Traverse City, MI*
*February, 2008*          *American Academy of Forensic Sciences, Washington, DC*
*April, 2008*             *Southeastern Association of Forensic Document Examiners, Atlanta, GA*
*August, 2008*            *American Society of Questioned Document Examiners, Asheville, NC*

February, 2009     American Academy of Forensic Sciences, Denver, CO

April, 2009        Southeastern Association of Forensic Document Examiners, Peachtree, GA

April, 2011        Southeastern Association of Forensic Document Examiners, Duluth, GA


## PROFESSIONAL TRAINING WORKSHOPS TAUGHT

June, 2006     Document Examination Workshop for beginning experts from the Dominican Republic through Florida International University.

August, 2006   Signature training provided to Miami-Dade County Elections Employees.

## PROFESSIONAL TRAINING/CONTINUING EDUCATION

"Fine" & "Subtle" Elements of Handwriting Workshop
2007 - SAFDE - Atlanta, GA

"Examining Documents Requiring a Multi-Faceted Approach"
2007 - MAFS - Traverse City, MI

"Authenticating and Dating Questioned Documents"
2007 - ASQDE - Boulder, CO

"Courtroom Testimony for Forensic Document Examiners"
2007 - MAFS - Traverse City, MI

"Forensic Examination of Computer Generated Documents"
2007 - MAFS - Traverse City, MI

"Printing Techniques for Questioned Document Examiners"
2007 - Rochester Institute of Technology - Rochester, NY

"The Changing Face of American Handwriting"
2008 - SAFDE - Atlanta, GA

"Typography - Testing to Testimony" and "Business Records"
2008 - ABFDE/ASQDE - Asheville, NC

"Inkjet Technology and Forensic Examinations"
2009 - SAFDE - Peachtree, GA

"Indentation Sequencing Workshop"
2011 - AAFS - Chicago, IL


## EDUCATION

**OKLAHOMA STATE UNIVERSITY**                          TULSA, OK
 Master of Science                                     Degree: 2008
Major: Forensic Sciences Administration
Graduate Certificate in Forensic Examination of Questioned Documents     May, 2008

**FLORIDA INTERNATIONAL UNIVERSITY**                   MIAMI, FL
Bachelor of Science                                    Degree: 2005
Major: Business Management
Minor: Psychology

**MIAMI DADE COMMUNITY COLLEGE**                       MIAMI, FL
Associate in Science                                   Degree: 2002
Major: Legal Assisting (ABA Approved Program)
Associates in Art
Major: Business Administration

# EXHIBIT B

## Testimony Log for Dianne C. Flores
### Forensic Document Examiner

Depositions:

| Court Case No. | Case Title | Date |
|---|---|---|
| F-0126454 | **State of Florida** v. Bryant Williams<br>Attorney: Charlie Johnson<br>Office of The State Attorney | 01/26/07 |
| 06-27860 CA 22 | **DT Oil Station, Inc., a FL Corp.** v. Tomas Pequeno<br>Attorney: Tanesha Walls-Blye<br>Stephens, Lynn, Klein, Lacava, Hoffman & Puya, P.A. | 10/25/07 |
| 2007 CA 7009 AB | **Martha G. Pearson** v. Roy Hart, D.D.S., and Roy Hart, D.D.S., P.A.<br>Attorney: Edward R. Blumberg<br>Deutsch & Blumberg, P.A. | 11/07/07 |
| 99-30171 CA 40 | **One World, Inc.** v. Eddy Deeb, Robert Deeb & Robico, Inc. and Antoine Saati, Georges Saati and Gina Saati<br>Attorney: Lauren Yelen<br>Broad & Cassel, P.A. | 01/28/08 |
| 06-11611 CA 09 | **Irma Ramirez** v. Arlyn de La Riva<br>Attorney: Manuel L. Crespo, Jr.<br>Manuel L. Crespo, Jr., P.A. | 03/24/08 |
| 00-995 COSO 60 | **Diego Martinena** v. Car Choice<br>Attorney: Julio C. Jaramillo<br>Julio C. Jaramillo, P.A. | 05/14/08 |
| 06-641073-CIV-Seitz/McAliley | Massachusetts Mutual Life Insurance Co. v. **Murray Levrant, Seth Levrant, Svetlana Levrant a/k/a Lana Levrant**<br>Attorney: Debra G. Speyer<br>Law Offices of Debra G. Speyer, P.A. | 06/09/08 |
| 03-CA-000312 | Gulf Coast Orthopedic Center - Alfred O. Bonati, M.D., P.A. vs. **Anthony R. Mork, M.D.**<br>Attorney: Dennis Larry<br>Clark, Partington Hart, Larry, Bond & Stackhouse, P.A. | 06/18/08 |
| 06-05045 CA 32 | **Elipidio Santiago** v. Peggy Tuten, and Gabriel Paleaz<br>Attorney: John Kevin Griffin<br>John Kevin Griffin, P.A. | 06/19/08 |
| 01-010661 (08) | First Union National Bank v. **Indian River Enterprises**<br>Attorney: Mitchell A. Chester<br>Law Offices of Mitchell A. Chester, P.A. | 06/23/08 |

| 50 2004 CA 003372 XXXX MB DIV. AO | **Harriet Whitehead** v. Peter W. Mettler and Stephen A. Jernigan<br>Attorney: Alan C Gold<br>Alan C Gold, P.A. | 07/30/08 |
|---|---|---|
| 08-013091(13) | **Ronda Fryberg and Robert Fryberg, as Co-Personal Representatives of the Estate of Brandon Fryberg, deceased minor,** vs. Cesar L. Benarroche, M.D.; Cesar L. Benarroche, M.D., P.A.; Bonnie J. Parker, PSY.D., and Child and Family Psychologists, P.A.<br>Attorney: Gary M. Cohen<br>Grossman & Roth, P.A. | 09/09/08 |
| 50 2005 CA 002654 "AO" | A to Z Traders, Inc. and Arnaldo Barros v. Rio Minero Gem, Inc., and **LUIS CUBILLOS**<br>Attorney: Ronald E. D'Anna<br>McClosky, D'Anna & Dieterle, LLP. | 12/08/08 |
| 50 2004 CA 010818 XXXX AF | **Nicholas J. Wilder, as P.R. of the Estate of Joseph R. Wilder** vs. Madeline Stern Wilder<br>Attorney: William J. Berger<br>Buckingham, Doolittle & Burroughs, LLP. | 12/09/08 |
| 07-26295 CA CE14 | Ford Motor Credit Company, LLC. v. Accelerated Response Time, Inc., and **Pamela L. Givans**<br>Attorney: Catherine Riggins<br>Catherine Riggins, P.A. | 01/30/09 |
| 06-16888 CA 30 | **Delphis Sharpe as Personal Representative of The Estate of Lloyd Sharpe, deceased** v. Seth A. Spector, M.D., et al.<br>Attorney: Virginia Forbes<br>Virginia Forbes, P.A. | 03/12/09 |
| 50-2008-CA-00546 6XXXMB AA | **THE WACKENHUT CORP**. v. William B. Schira, Philip G. Huber and United Global Security Group, LLC.<br>Attorney: Christopher Duke<br>Schwarzberg, Spector, Duke & Rogers, P.A. | 04/22/09 |
| 08-22599 CIV-King/Bandastra | Augusto Gallardo Abellan and Aujul, Ltd. V. **WACHOVIA BANK**<br>Attorney: Ricardo Puente<br>Concepcion Sexton & Martinez, P.A. | 07/01/09 |
| 08-3635 CP 05 | **In Re: The Estate of Julio Pradas**<br>Attorney: Ramon Sarmiento<br>Richard Baron & Associates | 09/15/09 |
| 99-03354 CA 27 | Banco Latino, S.A.C.A v. **Explotaciones Mineras de Venezuela, C.A.,et al.**<br>Attorney: Bryan West<br>Tew Cardenas, LLP. | 11/17/09 |

| 08-28846 CA 10 | Wells Fargo Bank, et al. vs. **John Cirigliano**<br>Attorney: Arturo Alfonso<br>Law Office of Arturo R. Alfonso, P.A. | 11/23/09 |
|---|---|---|
| 08-16951 CC 23 2 | Quality Medical Group, Inc. a/a/o Tobias Moss vs. **United Automobile Insurance Company**<br>Attorney: Melanie L. Smith<br>Office of General Counsel | 02/10/10 |
| 8:-09-cv-00811T-33TBM | Joseph Trussell v. **QUEST DIAGNOSTIC, INC.**<br>Attorney: Kevin E. Vance<br>Epstein Becker & Green, P.C. | 03/03/10 |
| 1999534 | Lance Risi v. **Hot Scooter Rentals, LLC.**<br>Attorney: Lawrence B. Craig III<br>Valle, Craig & Vazquez, P.A. | 03/18/10 |
| 09-28912 CA 15 | **Lilian Garcia and Jose Javier Sarduy** v. Masons Funeral Home, Inc., and Florida Funeral Home & Crematory, Inc.<br>Attorney: Julio C. Jaramillo, Esq.<br>Julio C. Jaramillo, P.A. | 04/26/10 |
| 3:09-cv-94/MCR/MD | Sean S. Ferrara and Karen Ferrara v. **United States Flag and Touch Football League**<br>Attorney: Millard L. Fretland, Esq.<br>Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A. | 06/04/10 |
| 08-30730 CA 30 | Omar Hogben v. **CARNIVAL CORP. d/b/a CARNIVAL CRUISE LINES & COSTA CRUISE LINES, LLC.**<br>Attorney: Janice Burton Sharpstein<br>Jorden Burt, P.A. | 06/15/10 |
| F07-021143 | The State of Florida vs. Phillip Gregory Harper<br>Attorney: Charlie Johnson, Esq.<br>State Prosecutor | 08/05/10 |
| SC10-712 and 2010-50,567(17H) | The Florida Bar v. Sam Thankachen<br>Attorney: Fred Haddad, Esq.<br>Law Offices of Fred Haddad, P.A. | 09/24/10 |
| 502009CP000832X XXXNB | **Mark Farber** v. Glenn Schanel and Schanel & Associates, P.A.<br>Attorney: Nola Richardson, Esq.<br>Richardson & Tynan | 02/04/11 |
| 10-007689 | Yvonne E. Eckert v. **Dr. Edward Eckert**<br>Attorney: Beverly L. Vesel, Esq.<br>The Law Office of Beverly L. Vesel | 05/26/11 |

| 10-23244-CIV-UNGARO | Roger Chavez v. **Mercantil Commercebank, N.A.**<br>Attorney: Joseph D. Perkins, Esq.<br>Garbett, Stiphany, Allen & Roza, P.A. | 06/14/11 |
|---|---|---|
| F05-8533 | **State of Florida** v. Jane Doe, a/k/a Geralyn Graham<br>Attorney: Sally Weintraub, Esq.<br>State Attorneys Office - 11th Judicial Court | 09/15/11 |
| 88-1870 GD 02 | **Melissa M. Leon** v. Yvette Asous<br>Attorney: Elizabeth M. DeArmas, Esq.<br>DeArmas, Millich & Roce, P.A. | 09/28/11 |
| 10-24464 CA 21 | **Margarita Perez-Borroto and Wilfredo Borroto v.** Palm Springs General Hospital, Inc. et al.<br>Attorney: James Robinson, Esq.<br>Robinson & Pecaro | 11/14/11 |

Trials/Hearings:

| Court Case No. | Case Title | Date |
|---|---|---|
| F-0126454<br><br>Dade County | **State of Florida** v. Bryant Williams<br>Attorney: Charlie Johnson<br>Office of The State Attorney<br>Judge: Dava J. Tunis | 02/06/07 |
| F-0126454<br><br>Dade County | **State of Florida** v. Bryant Williams<br>Attorney: Charlie Johnson<br>Office of The State Attorney<br>Judge: Dava J. Tunis | 02/07/07 |
| 06-20792-CR-Moreno<br><br>Federal Southern District | United States v. **Levi Jones**<br>Attorney: Frank de la Grana<br>Frank de la Grana, P.A.<br>Judge: Moreno | 07/10/07 |
| 06-14770 CA 32<br><br>Dade County | **Esserman Nissan, Ltd.** v. Cesar Manuel Rodriguez<br>Attorney: Haas A. Hatic<br>Greenspoom Marder, P.A.<br>Judge: Sarah Zabel | 10/17/07 |
| 04-2018 FC 17PJ<br><br>Dade County | Richard Quincoces v. **Angela Quincoces**<br>Attorney: Roy Granoff<br>Law Offices of Granoff & Kressler, P.A.<br>Judge: Judith Kreeger | 11/08/07 |

| 06-5399<br><br>Dade County | In Re:  The Estate of Lyle Glenn Willis, deceased and **Arnold M. Willis** v. Gary Michaud<br>Attorney: Michael A. Dribin<br>Broad & Cassel, P.A.<br>Judge: Norman Gerstein | 09/15/08 |
|---|---|---|
| 07-20832-CR-COOKE<br><br>Federal Southern District | US v. **John C. Kelly**<br>Attorney: Martin A. Feigenbaum<br>Martin A. Feigenbaum, P.A.<br>Judge: Marcia Cooke | 11/06/08 |
| 0846696 (05)<br><br>Broward County | **LOS MANGOS DE ZACAPA, S.A., SEMILLA VERDE, S.A., and ALTOBASO, INC.** v. Ayal Raz, an individual, and Agritrade International, LLC., a Florida limited liability company<br>Attorney: D. Fernando  Bobadilla<br>Lipscomb, Brady & Bobadilla, P.L.<br>Judge: Richard E. Eade | 11/20/08 |
| 32 145 Y 00979 07<br><br>Dade County | **CRG PARTNERS, INC.,** and Capital Research Group, Inc. v. Genesis Technology Group, Inc., n/k/a Genesis Pharmaceuticals Enterprises, Inc.<br>Attorney: Jeffery  Tew<br>Tew & Cardenas, LLP.<br>3 Arbitrators: Joel Levine, Mark A. Buskstin and Paul Mason | 12/04/08 |
| 07-5695 FC 14<br><br>Dade County | Simona Zimmerman v. **Salomon Mishaan**<br>Attorney: Dori  Foster-Morales<br>Elser & Foster-Morales, LLC.<br>Judge: Joel Brown | 01/14/09 |
| 07-26295 CA CE14<br><br>Broward County | Ford Motor Credit Company, LLC. v. Accelerated Response Time, Inc., and **Pamela L. Givans**<br>Attorney: Catherine Riggins<br>Catherine Riggins, P.A.<br>Judge: David Krathen | 02/03/09 |
| 07-20832-CR-COOKE<br><br>Federal Southern District | US v. **John C. Kelly**<br>Attorney: Martin A. Feigenbaum<br>Martin A. Feigenbaum, P.A.<br>Judge: Marcia Cooke | 02/12/09 |
| 07-80334-MARRA/JOHNSON<br><br>West Palm Beach | Alan Guthartz v. **PARK CENTRE WEST CORP.**, 4685 Haverhill, Inc., Shining Star Ranch, Inc., Barnett Guthartz, and Janet Barry<br>Attorney: Nicole Maglio<br>Shendell & Pollock, P.L.<br>Judge: Kenneth Marra | 03/18/09 |

| 08-76280 CA 21<br><br>Dade County | **Kosoy Kendall Association, LLC., David Kosoy and Brian Kosoy** v. First 2 Sale Reality International, LLC. and Jose A. Martinez<br><br>Attorney: Alan Burger<br>Burger & Trailor, P.A.<br>Judge: William Thomas | 04/07/09 |
|---|---|---|
| 08-20587<br><br>Federal Southern District | United States v. **Rodolfo Gonzalez**<br>Attorney: Deric Zacca<br>Cabrera & Zacca, LLP.<br>Judge: Joan Lenard | 05/08/09 |
| 08-75790CA 40<br><br>Dade County | **Reliance Wholesale, Inc**. v. Samantha Godfrey, Jessica Hoppe, Anthony Minnuto, Allied Medical Supply, Inc., and International Pharmaceutical<br>Attorney: Courtney B. Wilson<br>Littler & Mendelson, P.A.<br>Judge: Gill Freeman | 08/28/09 |
| 08-010759 CACE 12<br><br>Broward County | **The Estate of Bernice Jolly-Evans**<br>Attorney: Kenneth Mikos<br>Kenneth Mikos, P.A.<br>Judge: Mark Speiser | 09/10/09 |
| 08-CV-60639-<br>Cohn/Seltzer<br>Federal Southern District | **Dolores Millette** vs. DEK Technologies, Inc., et al.<br>Attorney: Maidenly MaCaluso<br>Grumer & MaCaluso, P.A.<br>Judge: James I. Cohn | 11/09/09 |
| 08-65372 CA 27<br><br>Dade County | Colonial Bank, successor by merger to Commercial Bank of Florida v. 750 Jefferson Avenue, South Beach Atrium, Vicenzo De Pau, **COLLEGE HEALTH II**, gp., Eric Dimeco, Private Mortgage Services, Metropolitan Mortgage Co. of Miami, ARPA Profic Sharing Plan, Arlene Raijman, City of Miami Beach Florida, Michael A. Stern, Lane Harris Stern, Ivor Rose, C. Wilson, LLC. And Rita Starr<br>Attorney: Mr. Lawrence S. Gordon<br>Conway & Simberg, P.A.<br>Judge: Maxine Cohen-Lando | 12/21/09 |
| 09-08794 CACE 13<br><br>Broward County | The Grandis Family Partnership, Ltd. d/b/a Advanced Power Technologies v. **Paul J. Stokes**<br>Attorney: Mr. Michael Bennett<br>Bennett, Aielo, Cohen & Freed, P.A.<br>Judge: Carol Lisa Phillips | 01/11/10 |

| 56 2007 CP 000132<br><br>Saint Lucie County | **The Estate of Jane Camp (Probate Matter)**<br>Attorney: Mr. Michael O'Haire<br>O'Haire, Quinn, Candler & Casalino, P.A.<br>Judge: Burton C. Conner | 01/28/10 |
|---|---|---|
| 09-20421 CIV-Gonzalez<br><br>Federal Southern District | NCMI Finance Corporation v. **Michael Burke/USDC/Southern District of Iowa**<br>Attorney: Jeffery D. Swartz<br>Miller, Kagan, Rodriguez & Silver, P.L.<br>Judge: Jose A. Gonzalez, Jr. | 03/22/10 |
| 09-68257-CA-20<br><br>Dade County | Indigo Real Estate, LLC v. **Michael Gindi**, Jeremy Green and Eli Weinstein<br>Attorney: Christopher Maranges/Michael Higer<br>Higer, Lichter & Giver, LLP<br>Judge: Ronald Dresnick | 05/24/10 |
| 09-7193 FC 12<br><br>Dade County | In Re: The Marriage of **Israel Isaac Monteagudo** v. Mirna Letitia Monteagudo<br>Attorney: Ada G. Llerena, Esq.<br>Ada G. Llerena, P.A.<br>General Magistrate: Yadira Pedraza | 06/08/10 |
| F07028171<br><br>Dade County | State of Florida vs. **Mervin Ira Watty**<br>Attorney: Breezye Telfair<br>State Attorney - Eleventh Judicial Circuit<br>Judge: Rosa Rodriguez | 07/12/10 |
| 10-20152-CR-DMM<br><br>Federal Southern District | United States vs. **Jose Colon**<br>Attorney: Martin Feigenbaum<br>Martin Feigenbaum, P.A.<br>Judge: Middlebrooks | 07/21/10 |
| 10-20152-CR-DMM<br><br>Federal Southern District | United States vs. **Robyn Colon**<br>Attorney: Miguel Caridad<br>Federal Public Defender<br>Judge: Middlebrooks | 07/21/10 |
| 10-20292-CR-Middlebrooks<br><br>Federal Southern District | United States vs. **Maria Cristina Alvarez**<br>Attorney: Louis Casuso<br>Louis Casuso, P.A.<br>Judge: Middlebrooks | 08/03/10 |

| 08-30730 CA 30<br><br>Dade County | Omar Hogben vs. **Costa Cruise Lines N.V., LLC.**<br>Attorney: Janice Burton Sharpstein<br>Jorden Burt, P.A.<br>Judge: Lester Langer | 08/13/10 |
|---|---|---|
| 10-20699-CR-Graham<br><br>Federal Southern District | United States v. **German Rodriguez and Mauricio Gomez**<br>Attorney: Jessica R. Frank, Esq.<br>Fowler White Burnett<br>Judge: Graham | 03/07/11 |
| 50-2008 DR 007025 NB-FI<br><br>Palm Beach County | Linda Menegazzi v. **Giampietro Menegazzi**<br>Attorney: Catherine Rodriguez, Esq.<br>Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP<br>Judge: Amy Smith | 07/18/11 |
| 09-002667 FC 19<br><br>Dade County | **Claudia Besil** v. Damian Besil<br>Attorney: Sandra H. Mejia, Esq.<br>Sandra H. Mejia & Associates<br>Judge: Yadira Pedraza | 08/09/11 |
| 08-026434-CA-01<br><br>Dade County | **Bank United** v. Carmen O'Campo<br>Attorney: Serena K. Tibbitt, Esq.<br>Kahane & Associates, P.A.<br>Judge: Gill S. Freeman | 11/18/11 |
| 10-58483 CA 40<br><br>Dade County | **Rodion Sokrovichtchouk**, et al. v. EVS Investments, Inc. et al.<br>Attorney: Rick Reyes, Esq.<br>Tobin & Reyes<br>Judge: Juan Ramirez | 12/06/11 |
| 88-1870 GD 02<br><br>Dade County | **Melissa M. Leon** v. Yvette Asous<br>Attorney: Elizabeth DeArmas, Esq.<br>DeArmas, Millich & Rice, PL<br>Judge: Celeste H. Muir | 01/18/12 |