-30-

Lee E. Dale                    10-0171 D01-01

## Results of Examination

In the original submission there were one hundred and twenty-eight (128) various tax forms submitted. Of these, twenty-seven (27) were, at the direction of the investigating agent, selected for examination and appear in the evidence description above.

The questioned documents in this case were examined visually, microscopically and with alternative light sources in addition to a comparison with known exemplars and collected standards for the author of K1, Lee Dale.

It is this examiner's opinion that the author of K1 probably wrote the questioned entries (excluding signature) on Q1-1, Q2-1, Q3-1, Q4-1, Q20-1, Q21-1, Q22-1, Q23-1, Q24-1, Q25-1, Q26-1, and Q27-1. There is no conclusion as to whether or not the author of K1 may or may not have written the corresponding taxpayer signatures.

The author of K1 probably wrote the questioned entries on Q1-2, Q1-3, Q2-2, Q2-3, Q3-2, Q3-3 (excluding signature), and Q3-4. There is no conclusion as to whether or not the author of K1 may or may not have written the taxpayer signature on Q3-3.

There are indications that the author of K1 may not have written the questioned entries (excluding signatures) on Q5, Q6, Q7, Q8, Q9, Q10, Q11, Q12, Q13, Q14, Q15, Q16, Q17, Q18, and Q19. There is no conclusion as to whether or not the author of K1 may or may not have written the corresponding taxpayer signatures.

The requested exemplars on K1(1-193) lack internal consistency, are highly controlled, distorted, and in some cases are completely illegible. These characteristics are common in intentionally distorted writings and attempts to disguise one's handwriting and it is this examiner's opinion that is what occurred in this writing exemplar. This opinion is based on an inter-comparison of request and non-request writings (see **Attachment 1** for a demonstrative example).

## For your investigative information:

Qualified or inconclusive opinions regarding questioned writings may be expressed for many reasons. In the present case:

- The questioned documents may or may not represent the writer's usual habit and range of variation, and it is not always possible to determine what a writer may be capable of producing should conscious attention be given to the act of writing.
- The normal course of business writings submitted for Lee Dale are all reproductions of varying quality and, in some instances, contain the writings of multiple authors.