| | | |
|---|---|---|
| 1 | Q. | Where was the VA Hospital located? |
| 2 | A. | In Miami. |
| 3 | Q. | Was he ever in the West Palm hospital? |
| 4 | A. | Yes. |
| 5 | Q. | Do you remember what those hospitals looked |
| 6 | like? | |
| 7 | A. | What they look like? |
| 8 | Q. | Yes. |
| 9 | A. | They were the VA Hospital.  It's here in West |
| 10 | Palm Beach. | |
| 11 | Q. | Did you ever visit Dave in the hospital? |
| 12 | A. | Yes. |
| 13 | Q. | How frequently? |
| 14 | A. | Several times. |
| 15 | Q. | Do you know if Ira Kleiman ever visited Dave |
| 16 | in the hospital? | |
| 17 | A. | No, I do not know. |
| 18 | Q. | Did Dave ever tell you that Ira Kleiman ever |
| 19 | visited him in the hospital? | |
| 20 | A. | I don't recall. |
| 21 | Q. | Do you know Ira Kleiman? |
| 22 | A. | Yes. |
| 23 | Q. | Did Dave ever talk about Ira Kleiman? |
| 24 | A. | Not really. |
| 25 | Q. | What type of relationship did Dave and Ira |