```
 1   Miami.  They -- the VA Hospital in Miami had a spinal
 2   cord injury unit.  The one up here my understanding does
 3   not so that's for treatment purposes Miami was more -- a
 4   more practical place for him to receive treatment.
 5        Q.   Did you ever visit him while -- David while he
 6   was in the hospital?
 7        A.   Multiple times.
 8        Q.   Could you describe what the hospital looked
 9   like?
10        A.   So the one in West Palm is a little bit newer.
11   He was in a quarantined area at the one in West Palm
12   because that's when he was first diagnosed with MRSA.
13   So to enter there you would have to gown up and it was a
14   contagious area.  The VA Hospital in Miami is much
15   larger, much older building.  More -- I saw evidence of
16   vast number of patients, more than in West Palm.
17   Various veterans that were there, ages -- wide range of
18   ages and disabilities.
19        Q.   Do you know who Ira Kleiman is?
20        A.   I understand David's step brother.
21        Q.   Did you ever see Ira visit Dave at the
22   hospital?
23        A.   No, sir.
24        Q.   Did Dave ever say that Ira visited him while
25   he was in hospital?
```