Page 27

```
 1              Now, I might have missed some given at the
 2   time of surgery after that time.
 3         Q.   Okay.
 4         A.   But I didn't find any other prescriptions
 5   following that.
 6         Q.   Fair to say that you cannot quantify how
 7   often Mr. Kleiman took Percocet or fentanyl, correct?
 8         A.   I did not add it up, no.
 9         Q.   Well, do you -- can you estimate for me?
10         A.   Well, I'd have to go back and go through
11   and -- all I know is there were prescriptions for
12   Percocet and fentanyl multiple times up until that
13   April 19th date that I did note.
14         Q.   Okay.  Dr. MacIntyre, just to sort of put
15   this into context, Mr. Kleiman goes into the hospital
16   in September of 2010, right?
17         A.   That is correct.
18         Q.   There is a seven-month period between that
19   and April of 2011; is that fair?
20         A.   Yes.  Uh-huh.
21         Q.   During that period -- during that
22   seven-month period, Mr. Kleiman was prescribed by the
23   healthcare professionals at the V. A. Percocet and
24   fentanyl?
25         A.   Yes, he was.
```



Page 28

1    Q.   As far as you know, after 2011, he was not
2    prescribed those medications?
3    A.   That is correct.  Other than that
4    possibility that he might have gotten it relating to
5    his anesthesias.
6    Q.   But you don't know one way or the other?
7    A.   Yes.
8    Q.   You told me -- let me see if I can pull it
9    up.
10        So, let me ask you this:  You note in your
11   report that these medications could -- and I'm
12   quoting you in the report in paragraph 7 -- "These
13   medications could affect mental status and ability to
14   do complex work."
15        Do you see that?
16   A.   That is correct.
17   Q.   Okay.  You are not offering and opinion,
18   within a reasonable degree of medical certainty, that
19   any of these medications did, in fact, cause -- did,
20   in fact, affect the mental status of Dave Kleiman,
21   correct?
22            MS. MARKOE:  Objection.
23            THE WITNESS:  That is correct, and
24        it's -- one can expect that type of effect
25        with these medications.  However, I did not



1          see any actual psychological testing to
2          measure that and quantify that.
3   BY MR. BRENNER:
4        Q.   You were also offering -- you're not
5   offering an opinion, to a reasonable degree of
6   medical certainty, any of the medications in
7   paragraph 7 of your report did affect Dave Kleiman's
8   ability to do complex work?
9              MS. MARKOE:  Objection.
10             THE WITNESS:  I think it would be -- I
11         would have to use the well-known phrase more
12         likely than not they did have an effect of
13         dulling his ability to do complex work
14         during the time they were being given.
15  BY MR. BRENNER:
16       Q.   You don't know how often that was, correct?
17       A.   As far as the opiates are concerned, after
18  April 9th -- April 2011, there were no prescriptions
19  for them.
20       Q.   There was no --
21       A.   Now --
22       Q.   I'm sorry.
23       A.   -- the Valium was continued, and there were
24  prescriptions throughout the hospitalization.
25       Q.   You told me at your prior deposition



Page 51

```
 1       Q.   You don't know what his ability is, and you
 2   don't know how much it was diminished?
 3            MS. MARKOE:  Objection.
 4            THE WITNESS:  I would expect what he
 5       underwent, while he was in the hospital, to
 6       alter or be diminished to be unable to do
 7       those things.
 8   BY MR. BRENNER:
 9       Q.   Can you give me a percentage of his
10   diminishment?
11       A.   I cannot quantify it.
12       Q.   In any way?
13       A.   Other than it would be expected to be
14   diminished.
15       Q.   Going back one page in your report, and I'm
16   looking at paragraph -- let me find it for you.
17   Yeah.  Paragraph 7.  The last sentence of paragraph 7
18   we're going to look at.  Do you see that?
19       A.   Yes.  Uh-huh.
20       Q.   As an infectious disease doctor, you opine
21   that the medications Mr. Kleiman was taking during
22   the hospitalizations from 2010 to 2013 "could affect
23   ability to do complex tasks and computations."
24            Do you see that?
25       A.   That is correct.
```



Page 52

1  Q. First of all, are you now going beyond the
2  word "could" and say it did affect his ability to do
3  tasks and complex computations?
4       MS. MARKOE: Objection.
5       THE WITNESS: I will say just the
6    could. All those factors would be expected
7    to alter his ability to do those things,
8    similar to the other paragraphs.
9  BY MR. BRENNER:
10  Q. And in what way would it affect his ability
11  to do complex tasks?
12  A. The fact that he was on medications that
13  can dull mental acuity, that he was receiving
14  antibiotics that might make him not feel so well.
15  That's also in that paragraph. That he had multiple
16  surgical procedures, that he was having to undergo
17  multiple treatments and therapies all contributed.
18  Q. Right. My question must have been a bad
19  one, because I didn't get the information I'm trying
20  to get. I'm not asking you what was the cause. I'm
21  asking how it manifested.
22       What was the affect on his ability to do
23  complex tasks?
24  A. Well, as I said before, I did not measure
25  or quantify that. I can't quantify the affect.



MAGNA LEGAL SERVICES

Page 53

```
 1      Q.   Same question:  What was his affect on his
 2   ability to do computations?
 3      A.   I can't say exactly how much it was.  All I
 4   can say is one would have expected an alteration in
 5   his ability to do those things.
 6      Q.   And you have no opinion on Mr. Kleiman's
 7   ability to do complex tasks or computations prior to
 8   2010, correct?
 9      A.   I have no information on that.
10      Q.   You have no opinion on his mental ability
11   prior to 2010, correct?
12      A.   That's correct, no information.
13      Q.   Right.  You have no opinion on his ability
14   to work before 2010, correct?
15      A.   Again, no information.
16      Q.   You have no ability -- you have no opinion
17   on his ability to write computer code before 2010?
18           MS. MARKOE:  Objection.  Beyond the
19       scope.
20   BY MR. BRENNER:
21      Q.   You can answer.
22      A.   Well, I have no idea what it takes to write
23   computer code.  I don't do that myself.  That's
24   outside of the field of my expertise.
25      Q.   You don't know anything about his abilities
```

