

HOME    ABOUT    BLOG

# ABOUT CRAIG

A computer scientist, a businessman, and an inventor.

Biography    |    Academic Degrees    |    Professional Certifications

Certified Information Systems Security Professional - Granted 2006



Information Systems Security Architecture Professional - Granted 2009



Information Systems Security Management Professional - Granted 2006

Certified Information Systems Auditor - 2005 to 2009

INFORMATION SYSTEMS AUDIT AND CONTROL ASSOCIATION®
hereby certifies that
Craig S Wright

Certified Information Security Manager - Granted 2003

INFORMATION SYSTEMS AUDIT AND CONTROL ASSOCIATION®
hereby certifies that
Craig Steven Wright

Certified Information Security Manager - 2003 to 2010



CISM
CERTIFIED INFORMATION

Certified Computer Examiner - Granted in 2006



The International Society of Forensic Computer Examiners®

CompTIA Security+ Certified Professional - Granted in 2006



CompTIA Security+ Certified Professional - skills and knowledge



GIAC A Taxonomy of Audits Assessments and Reviews - Granted in 2007



GIAC Analysis of a Serial Based Digital Voice Recorder - Granted in 2006



GIAC Auditing Wireless Networks - 2007 to 2011



GIAC Certified Firewall Analyst - 2007 to 2011



GIAC Certified Forensic Analyst - 2005 to 2009



GIAC Certified Forensic Analyst - 2005 to 2013

GIAC Certified Incident Handler - 2007 to 2011



GIAC Certified ISO-17799 Specialist - 2005 to 2007



GIAC Certified ISO-17799 Specialist - 2005 to 2013

GIAC Certified Project Manager - 2009 to 2013



GIAC Certified Windows Security Administrator - 2008 to 2012

GIAC Certified Unix Security Administrator - 2007 to 2011



GIAC Current Issues in DNS - Granted in 2008



GIAC Cutting Hacking Techniques - Granted in 2008

GIAC Electronic Contracting in a Secure World - Granted in 2008



GIAC Electronic Contracting in an Insecure World - Granted in 2008

GIAC Hydration Detection - Granted in 2008



GIAC Information Security Fundamentals - 2011 to 2015



GIAC Information Security Professional - 2011 to 2015



GIAC Intrusion Analyst - 2008 to 2012

GIAC Intrusion Prevention - Granted in 2007



GIAC Legal Issues in Information Technology and Information Security - 2007 to 2011



GIAC Legal Issues in Information Technology and Security - 2007 to 2012



GIAC Payment Card Industry - Granted in 2007

GIAC Penetration Tester - 2011 to 2015



GIAC Stay Sharp: Defeating Rogue Access Points - Granted in 2007

GIAC Secure Software Programmer .Net - GSSP - .Net - 2012 to 2015



GIAC Security Audit Essentials - 2007 to 2011

GIAC Security Compliance - 2007 to 2011

GIAC Security Expert - 2009 to 2013



GIAC Web Application Penetration Tester - 2011 to 2015



GIAC.NET - GNET - 2008 to 2012



Certified Professional - Granted 2010



Senior Member - Granted 2007



Provisional Member - Granted 2005

 

5 Years Membership of the ACS - Granted in 2010



AIM Associate Fellow - Granted in 2004



AIM Member - Granted in 2004



SANS 17799 Security and Audit Framework - Granted in 2005



SANS Comprehensive Packet Analysis - Granted in 2008



SANS Legal Issues in Information Technology and Information Security - Granted in 2008



SANS Network Forensics - Granted in 2009



SANS Next Evolution in Digital Forensics - Hands on - Granted in 2007



Brisbane YMCA Youth Club - Best Military Tactics - Granted in 1988



Certificate of Appreciation - Hastings Family Support Services - Granted in 2014



Certificate of Appreciation - UnitingCare Burnside - Granted in 2008




Cisco Certified Network Associate - Granted in 2011 in 2011



Course in OHS Consultation - WorkCover New South Wales - Granted in 2006



Fundamentals of Automotive Mechanics - Thomson Education Direct - Granted in 2006



International Systems Security Professional Certification Scheme - Granted in 2005

Case 9:18-cv-80176-BB   Document 574-3   Entered on FLSD Docket 06/10/2020   Page 13 of 13

National Security Training Academy - Security Industry Course and Firearm Certificate of Achievement - Granted in 1992



**Never miss a story from** Craig Wright (Bitcoin SV is the original Bitcoin)

Enter Email

GET UPDATES

☐ I consent to receiving email updates from craigwright.net.



© Copyright 2019