```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 9:18-cv-80176-BB/BR

 4
    IRA KLEIMAN, as the personal representative
 5  of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,
 6
              Plaintiffs,
 7
    -vs-
 8
    CRAIG WRIGHT,
 9
              Defendant.
10

11  * * * * * * * * * * * * * * * * * *

12  VIDEOTAPED DEPOSITION OF JIMMY NGUYEN

13                  VOLUME II

14  DATE TAKEN: May 26, 2020

15  TIME: 12:05 p.m. - 3:05 p.m.

16
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
17                AND NOTARY PUBLIC

18

19  * * * * * * * * * * * * * * * * * *

20

21

22

23

24

25
```

1   asked him well, how would they come back.  And that's
2   when he used the example of the bonded courier as one
3   mechanism for which key fragments could come back in the
4   future then he asked Dave to set up arrangements with
5   people that are service providers like a bonded courier
6   and asked Dave not to tell him who the arrangements were
7   set up with.
8       Q.   When is the first time you heard that Dr.
9   Wright talk about the hacks?
10      A.   I think I may have heard about that before the
11  lawsuit was filed.
12      Q.   What exactly did he say the hacker did?
13      A.   I don't recall him discussing in detail at the
14  time.  I remember him saying that he's had a number of
15  problems with disgruntled then current or former
16  employees of his Australian companies who would he
17  believed get access to their I.T. systems and change
18  documents or create documents that they discovered later
19  that I remember him saying this, you know, affected or
20  learned about it in the context of some of the battles
21  he had with the Australian Tax Office and I'm trying to
22  remember if he ever told me whether there was any hack
23  attempts from people outside or he didn't have a
24  relationship with the company.  I seem to remember
25  having a conversation about that but I do not remember

1  the specifics.
2      Q.  Did he give you any specific examples of
3  specific documents that had been hacked?
4      A.  Well, I guess I would characterize it this
5  way.  I don't think documents were hacked.  I think he
6  said his computer systems, his companies had been hacked
7  meaning someone accessed them without authorization and
8  changed documents, data or added things or created
9  things that weren't otherwise supposed to be there.
10          I think he mentioned that someone created the
11  e-mails or altered e-mails and some other documents but
12  I don't recall him telling me anything more specific
13  than that.
14     Q.  Did he ever give you examples of which e-mails
15  had been altered?
16     A.  Not that I can recall.
17     Q.  Did you ever see any evidence to corroborate
18  this hacking story beyond Dr. Wright's telling you that
19  it's happened?
20     A.  Did I see any evidence to corroborate it?  I
21  didn't ask for any.
22     Q.  So you didn't see any evidence to corroborate
23  it beyond Dr. Wright's words that it happened?
24     A.  No, other than his wife Ramona telling me the
25  same thing.

```
 1        Q.   Craig and Ramona, anyone else?
 2        A.   Not that I can recall.
 3        Q.   Did you ever ask him why these hackers that
 4   were disgruntled employees were making changes to
 5   documents that supported his position in front of the
 6   Australian Tax Office?
 7        A.   I don't know that whatever changes were made
 8   supported his position with the Australian Tax Office.
 9   I didn't know the details of what was changed or not
10   changed or added or not added.
11        Q.   Did he tell you that the lawyers acting for
12   his Australian companies quit because they couldn't --
13   stopped working for his companies because there were
14   changes done to documents that supported his position to
15   the Australian Tax Office?
16        A.   No.
17        Q.   Did you ever discuss this hack with Rivero,
18   Mestre?
19        A.   I don't think the topic came up.  I don't
20   recall any detailed discussions about it.
21        Q.   Have you ever communicated about in this
22   lawsuit with Ramona Watts?
23        A.   Yes.
24        Q.   What did she say about the lawsuit?
25        A.   We haven't had extensive conversations about
```

1   it.  Discussed the fact that, you know, it's happening
2   and that it's taking up significant amounts of time.
3   Discussed things such as how it affects scheduling for
4   events or business trips Craig needs to do and
5   scheduling their family needs to do.  She's also
6   discussed with me she thinks the lawsuit is unfounded
7   and that she thinks the lawsuit does not have any merit.
8        Q.   Were you at the hearing where Judge Reinhart
9   issued his sanctions order?
10       A.   I was at the hearing, an evidentiary hearing.
11  I don't think I was at a hearing where an order was
12  issued.
13       Q.   Did you review the -- strike that.  Are you
14  aware that in Judge Reinhart's order which was
15  affirmed -- his factual findings were affirmed by Judge
16  Bloom he found that and I quote "I completely reject Dr.
17  Wright's testimony about the alleged Tulip Trust, the
18  alleged encrypted file and his alleged inability to
19  identify his Bitcoin holdings?"
20       A.   What is the question?
21       Q.   Do you recall reading that or hearing about
22  that finding of Judge Reinhart?
23       A.   I do.
24       Q.   Did you have a discussion with Dr. Wright or
25  Rivero, Mestre or both about those findings?