Tuesday, June 2, 2020 at 19:24:16 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Fwd: Kleiman v. Wright - multimedia files |
| **Date:** | Tuesday, June 2, 2020 at 7:11:32 PM Eastern Daylight Time |
| **From:** | Joseph Delich |
| **To:** | Stephen Lagos |
| **Attachments:** | 2020.4.1 Kleiman v. Wright Multimedia files requested by Dr. Wright.xlsx, ATT00001.htm |

**Joseph M. Delich**
Partner
Roche Cyrulnik Freedman LLP
99 Park Avenue 19th Floor
New York, New York 10016
(t) (646) 970-7541
(c) (402) 208-5062
(@) jdelich@rcfllp.com

Begin forwarded message:

> **From:** Kyle Roche <kyle@rcfllp.com>
> **Date:** May 26, 2020 at 7:20:56 AM EDT
> **To:** Joseph Delich <jdelich@rcfllp.com>
> **Subject: FW:  Kleiman v. Wright - multimedia files**
>
>
> **Kyle Roche**
> Partner
> Roche Cyrulnik Freedman LLP
> 99 Park Avenue, 19th Floor
> New York, NY 10016
> (t) (646) 970-7509
> (m) (716) 348-6003
> (@) kyle@rcfllp.com
>
> **From:** Zaharah Markoe <zmarkoe@riveromestre.com>
> **Date:** Wednesday, April 1, 2020 at 6:31 PM
> **To:** Kyle Roche <kyle@rcfllp.com>
> **Cc:** Zalman Kass <zkass@riveromestre.com>
> **Subject:** Kleiman v. Wright - multimedia files
>
> Kyle,
>
> Following up from today's hearing and in advance of tomorrow's hearing, I attach a narrowed list of multimedia files. Please highlight any disputed items and return it to us tonight or tomorrow morning so we can review. We are available in the morning for a meet and confer if necessary to try to resolve any outstanding issues. If you do not believe a meet and confer will be productive or if we cannot resolve all of the disputed items, we will send the list with the disputed highlights to the Court by noon in order to give the Court adequate time to review in

advance of the 2 p.m. hearing.

Best regards,

**Zaharah Markoe**

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
zmarkoe@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.