UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion in Support of Redactions, ECF No. [542] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

On May 15, 2020, Plaintiffs filed their Omnibus Sanctions Motion under seal. *See* ECF Nos. [507] ("Sealed Motion"). On May 18, 2020, the Court entered an Order denying Plaintiffs' motions to seal that filing. *See* ECF No. [508] ("Order"). The Order, however, provided that it would keep the Sealed Motion under seal until further Court order, and it stated that redactions to the Sealed Motion "may be appropriate upon a proper showing of good cause." *Id.* Accordingly, the Court directed the parties to confer in good faith and to re-file the Sealed Motion with redactions "[t]o the extent Defendant believes that certain portions of the sealed motion are exempt from the public's right of access." *Id.*

On May 21, 2020, Plaintiffs re-filed their Omnibus Sanctions Motion. ECF No. [512]. On May 29, 2020, Defendant filed the instant Motion. Defendant asserts that good cause exists to support the redactions contained in five of the seventeen exhibits to the Omnibus Sanctions

Motion. ECF No. [542] at 1 (citing ECF No. [542-1]). In particular, Defendant argues that the

redactions made to three of the exhibits pertain to personally identifiable information and sensitive

information regarding his family's trust. *Id.* He also asserts that the other two redacted exhibits

contain personal financial information. *Id.* at 2. Upon review, the Court finds good cause to support

the redactions contained in ECF No. [512].

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [542]**, is

**GRANTED**. The redacted items contained in ECF No. [512] shall remain redacted.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 12, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record