UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                        **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION TO SEAL

In accordance with the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [D.E. 476], Dr. Wright will be filing his deposition designations today, which will include the entire deposition transcripts from which Dr. Wright is designating. Some of those depositions have been marked as confidential pursuant to the Court-ordered stipulated confidentiality agreement [D.E. 105.1] (the "Confidentiality Order"), while others contain personally sensitive information, such as birth dates and home addresses.

Specifically, Dr. Wright intends to file the deposition of Gavin Andresen. Mr. Andresen is a non-party to this litigation, and he has designated the entirety of his deposition as confidential under the Confidentiality Order.[1] Dr. Wright also intends to file the depositions of plaintiff Ira Kleiman, portions of which plaintiffs maintain are confidential and should be filed under seal. Finally, Dr. Wright seeks to redact the deposition of non-party Ms. Lynn Wright to redact her

---

[1] Dr. Wright had initially designated Mr. Andresen's deposition as confidential. However, after a more in-depth review of the deposition, he has removed his confidential designation. Mr. Andresen's designation, however, remains. Dr. Wright notes that Mr. Andresen's deposition includes his home addresses and date of birth, which Dr. Wright does believe warrants redaction.

home address, the deposition of Mr. Don Lynam to redact his birthdate, and the deposition of W&K's corporate representative to redact the representative's home address.

Dr. Wright does not believe that all portions of Ira Kleiman's depositions that plaintiffs maintain are confidential are, in fact, confidential or that the confidentiality outweighs the public's right to access. Additionally, Dr. Wright does not believe that all portions of Mr. Andresen's deposition are confidential or that the confidentiality of that deposition outweighs the public's right to access. The depositions have, however, been so designated and plaintiffs are entitled to assert their position before disclosure is made. For those reasons, Dr. Wright requests that the Court permit him to file the depositions of I. Kleiman and G. Andresen under seal.

As for the deposition transcripts of L. Wright, D. Lynam, and W&K, there is good cause to redact the home address of Dr. Wright's ex-wife, the birth date of Dr. Wright's uncle, and the home address of W&K's corporate representative. The Confidentiality Order covers personal identifiers, including home addresses, and the federal and local rules protect dates of birth. *See* Fed. R. Civ. P. 5.2; S.D. Fla. CM/ECF Admin. Procedure 6A (Jan. 27, 2020). For that reason, this Court has previously upheld similar redactions to personal identifiers and found them supported by good cause. *See* D.E. 539; D.E. 566; D.E. 578.

For the foregoing reasons, Dr. Wright asks the Court to authorize him to file the depositions of I. Kleiman and G. Andresen under seal and to redact select portions of the depositions of D. Lynam, L. Wright, and W&K.

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with all parties and non-parties who may be affected by the relief sought in this motion. Plaintiffs' counsel takes no position with respect to the deposition of G. Andresen, does not oppose the

redactions to the depositions of Mr. Lynam, Ms. Wright, and W&K, but does maintain that select sections of Ira Kleiman's depositions merit confidential treatment and should be filed under seal. Counsel for Dr. Wright reached out to G. Andresen (by calling his cell phone, sending a text message, and sending an email) but did not receive a response by the time of this filing.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
SCHNEUR KASS
Florida Bar No. 504734
WHITNEY LOHR
Florida Bar No. 1010268

**CERTIFICATE OF SERVICE**

I certify that on June 15, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554