UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                          **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

### DR. CRAIG WRIGHT'S NOTICE OF FILING DEPOSITION ERRATA

In accordance with the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [D.E. 476], Dr. Wright filed his deposition designations at D.E. 582. With this notice, Dr. Wright files the deposition errata that corresponds to Don Lynam's deposition, which can be found at D.E. 582-2.

    Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
SCHNEUR KASS
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

      I certify that on June 15, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

      /s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554