ERRATA & CONFIDENTIALITY DESIGNATIONS
VIDEOTAPTED DEPOSITION OF DONALD JOSEPH LYNAM
CASE NO. 9:18-cv-80176-BB/BR
5th April 2020

| Page/Line # | Original | Correction | Reason for Change |
|---|---|---|---|
| 13 / 22 | ,Nicolas Jones, he | who | Remove name. |
| 31 / 4 | Nicolas A. Jones | another person | Remove name. |
| 31 / 7 | COD | Codd | Author misspelling. |
| 51 / 13 | - in 1992 | at 92 (years of age) | As per answer in Line 12. |
| 52 / 3 | Yes, that would be right. | No. Dr Wright would have been 38 or 39 years old. | Being fatigued, I inadvertently allowed Mr Brenner's incorrect leading assertion past me. |
| 52 / 6 | Correct. | No. Dr Wright shared 38 or 39 years of my father's life for 17 of which he was a minor. | Continuation of the reason for 52/3 above. |
| 52 / 17-18 | - could have gone into the Pimpama Nursing Home, - | - lived in Unit 64, Southern Cross Retirement Village, Edens Landing, - | Continuation of the reason for 52/3 above. |
| 54 / 3 | Yes. | No. There is a gap of ~20 years between those periods. | Died in 2009 at 92 years of age when Dr Wright was 38. See 51/12. |
| 56 / 4 | Yes. | Yes, but not at Pimpama Tri-Care. | Continuation of the reason for 52/3 above. |
| 54/13 thru 56/21 | Throughout this whole section, the questioning was on the period, incorrectly assumed concurrent, when Dr Wright was 18 to 22 years old, late 1988 to 1992, and his grandfather was in care from late 2005 to 2009. The questions were invalid and the answers consequently invalid. | | |

1

*[signature] 5th April 2020*

ERRATA & CONFIDENTIALITY DESIGNATIONS
VIDEOTAPTED DEPOSITION OF DONALD JOSEPH LYNAM
CASE NO. 9:18-cv-80176-BB/BR
5th April 2020

| Page/Line # | Original | Correction | Reason for Change |
|---|---|---|---|
| 73 / 5 | No. | No, except that it is a co-plaintiff on the subpoena. | Realised that is is listed as a co-plaintiff. |
| 80 / 5 | , Danielle and Kristen. | . | Remove irrelevant names. |

**CERTIFICATE OF WITNESS**

I, *Donald Joseph Lynam,* hereby certify that I have read the foregoing pages of my deposition of testimony taken in these proceedings on April 2, 2020, and with the exception of the changes listed below and/or corrections, if any, find them to be a true and accurate transcription thereof.

Signed ..................

Date   5TH APRIL 2020