# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs are filing Deposition Designations of Jonathan Warren, Jamie Wilson, Don Lynam, Ramona Watts, Gavin Andresen, a Confidential Third-Party Deponent, Jimmy Nguyen, Deborah Kobza, Craig Wright, Lynn Wright, Andrew O'Hagan, and a Declaration of Brendan Sullivan. Some of these depositions have been designated confidential in their entirety while others have had portions so designated. Others have been designated confidential by the third party witnesses themselves.

Because the Court's Order requires complete transcripts to be filed if any portion has been designated for use at trial, Plaintiffs are filing un-redacted copies of the complete deposition transcripts under seal so the Court will have all deposition designations in one place. Plaintiffs will file redacted copies of these depositions for the public's review after conferring with Defendant and the third parties that have designated their transcripts confidential. Plaintiffs' expect this will take no more then 3 days.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs have conferred with Defendant's counsel regarding the confidentiality designations and will work with them to file redacted copies of these depositions as soon as possible.

Dated:  June 15, 2020

Respectfully submitted,

*/s/ Velvel Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd., Suite 5500
Miami, Florida 33131
vel@rcfllp.com
nbermond@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
