# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

     plaintiffs,

v.  **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

     defendant.

_____/

## DR. CRAIG WRIGHT'S NOTICE OF FILING DEPOSITION DESIGNATIONS

In accordance with the Court's Order granting Dr. Wright's Motion to Seal [D.E. 588] (the "Order"), counsel for Dr. Wright has conferred with both Gavin Andresen and counsel for plaintiffs regarding deposition redactions. Dr. Wright attaches to this notice redacted copies of the depositions of Gavin Andresen and plaintiff Ira Kleiman, which were previously filed under seal at D.E. 583.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: arivero@rivermestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: wlohr@riveromestre.com
Email: receptionist@riveromestre.com

>By: s/ Amanda McGovern
>AMANDA MCGOVERN
>Florida Bar No. 964263
>ANDRES RIVERO
>Florida Bar No. 613819
>SCHNEUR KASS
>Florida Bar No. 100554
>ZAHARAH MARKOE
>Florida Bar No. 504734
>WHITNEY LOHR
>Florida Bar No. 1010268

## CERTIFICATE OF SERVICE

I certify that on June 19, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

>/s/ Whitney Lohr
>WHITNEY LOHR