# EXHIBIT B

Ira Kleiman
January 10, 2020

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3               CASE NO. 9:18-cv-80176-BB/BR

 4
        IRA KLEIMAN, as the personal representative
 5      of the Estate of David Kleiman, and
        W&K Info Defense Research, LLC,
 6
                  Plaintiffs,
 7
        -vs-
 8
        CRAIG WRIGHT,
 9
                  Defendant.
10

11      * * * * * * * * * * * * * * * * * *

12      VIDEOTAPED DEPOSITION OF IRA KLEIMAN

13      DATE TAKEN: January 10, 2020

14      TIME: 8:49 a.m. - 2:45 p.m.

15      PLACE: 2525 Ponce de Leon Boulevard

16      Miami, Florida 33134

17
        TAKEN BEFORE: RICK E. LEVY, RPR, FPR
18                     AND NOTARY PUBLIC

19

20      * * * * * * * * * * * * * * * * * *

21

22

23

24

25
```

Ira Kleiman
January 10, 2020                                                2

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3        VEL FREEDMAN, ESQUIRE
          ROCHE FREEDMAN, P.A.
 4        200 S. Biscayne Boulevard
          Suite 5500
 5        Miami, Florida 33131

 6        ANDREW BRENNER, ESQUIRE
          BOIES SCHILLER & FLEXNER, P.A.
 7        100 S.E 2nd Avenue
          Suite 2800
 8        Miami, Florida 33131
          abrenner@bsfllp.com
 9

10    On behalf of the Defendant:

11        BRYAN PASCHAL, ESQUIRE
          JULIO PAEZ, ESQUIRE
12        RIVERO MESTRE, P.A.
          2525 Ponce de Leon Boulevard
13        Suite 1000
          Coral Gables, Florida 33134
14
      Also Present: Raul Torres, The Videographer
15

16

17

18

19

20

21

22

23

24

25
```

Ira Kleiman
January 10, 2020                                3

```
1                           - - -
                          I N D E X
2                           - - -

3    WITNESS:          DIRECT   CROSS   REDIRECT   RECROSS
     IRA KLEIMAN
4    BY MR. PASCHAL:      4
     BY MR. FREEDMAN:            171
5

6                           - - -
                       E X H I B I T S
7                           - - -

8
     NUMBER                           PAGE
9    DEFENDANT'S EX. 1                13
     DEFENDANT'S EX. 2                24
10   DEFENDANT'S EX. 3                27
     DEFENDANT'S EX. 4                40
11   DEFENDANT'S EX. 5                52
     DEFENDANT'S EX. 6                57
12   DEFENDANT'S EX. 7                66
     DEFENDANT'S EX. 8                69
13   DEFENDANT'S EX. 9                76
     DEFENDANT'S EX. 10               88
14   DEFENDANT'S EX. 11               119
     DEFENDANT'S EX. 12               129
15   DEFENDANT'S EX. 13               130
     DEFENDANT'S EX. 14               134
16   DEFENDANT'S EX. 15               149

17

18

19

20

21

22

23

24

25
```

Ira Kleiman
January 10, 2020                                    4

```
 1              P R O C E E D I N G S

 2                      - - -

 3        Deposition taken before Rick E. Levy,

 4   Registered Professional Reporter and Notary Public

 5   in and for the State of Florida at Large, in the

 6   above cause.

 7                      - - -

 8            THE VIDEOGRAPHER:  Good morning.  Today is

 9        Friday the 10th day of January.  The time is 8:49.

10        We are at 2525 Ponce De Leon Boulevard, Suite 1000.

11        Case number 9:18-cv-80176-BB/BR.  Would all counsel

12        please state their appearances for the record?

13            MR. PASCHAL:  Bryan Paschal for Dr. Craig

14        Wright.

15            MR. PAEZ:  Julio Paez for Dr. Craig Wright.

16            MR. FREEDMAN:  Vel Freedman for the plaintiff.

17            THE WITNESS:  Yes.

18                      - - -

19   Thereupon,

20                   (IRA KLEIMAN)

21                   having been first duly sworn or

22   affirmed, was examined and testified as follows:

23                 DIRECT EXAMINATION

24   BY MR. PASCHAL:

25        Q.   Good morning, Mr. Kleiman.
```

Ira Kleiman
January 10, 2020                                    5

```
 1        A.   Good morning.
 2        Q.   You understand this is my second time deposing
 3   you?
 4        A.   Yes.
 5        Q.   The first time I think was back in April?
 6        A.   Right.
 7        Q.   A lot has happened since then; right?
 8        A.   Yes.
 9        Q.   We've had several depositions?
10        A.   Yes.
11        Q.   And you were able to listen in on those
12   depositions; correct?
13        A.   Yes.
14        Q.   We missed you on the W&K deposition.  You
15   didn't listen to that one, right?
16        A.   I didn't listen to that one, no.
17        Q.   Do you know who the W&K corporate rep was?
18        A.   I don't recall his name.
19        Q.   Did you ever speak with the W&K corporate rep?
20        A.   Did I -- I don't -- I don't recall.
21        Q.   Do you recall any phone conversations with the
22   corporate rep?
23        A.   I may have.
24        Q.   You may have?
25        A.   Yes.  I don't remember.
```

Ira Kleiman
January 10, 2020                                6

```
 1        Q.   You don't remember?
 2        A.   No.
 3             MR. FREEDMAN:  For the record he may not have
 4        been identified as the corporate rep to
 5        Mr. Kleiman.
 6   BY MR. PASCHAL:
 7        Q.   Even though I deposed before and just to be
 8   clear you understand the rules for deposition; right.
 9   It's the same as before.  You need me to go over them?
10        A.   I appreciate if you do.
11        Q.   I'm going to ask you a question and I would
12   need a verbal response so our court reporter can take
13   down your response.  So you can't shake your head or say
14   no or anything, has to be a verbal response.  Counsel,
15   your counsel, will object at times but you still need to
16   answer the question unless your counsel instructs you
17   not to answer the question.
18             If you need to take a break at any time you
19   let me know and we'll take a break.  If you need to go
20   back on an answer you remembered something let me know
21   we can go back so you can revise your answer.  If you
22   don't know something I don't want you to guess.  I don't
23   want you answer the question.  Are you on any medication
24   today that may prevent you from giving testimony?
25        A.   Medication, no.
```

Ira Kleiman
January 10, 2020                                    7

```
 1        Q.   Is there any reason why you cannot give your
 2   best testimony today?
 3        A.   My state of mind isn't as clear as it probably
 4   could be.  If your client would probably stop accusing
 5   me of things online and --
 6             MR. FREEDMAN:  Ira, just answer the question.
 7             THE WITNESS:  I am.  I would be able to think
 8        a little bit clearer if he would refrain from some
 9        of those things.
10   BY MR. PASCHAL:
11        Q.   How is that affecting your testimony today?
12        A.   It just makes me more nervous than usual.
13        Q.   Are you able to testify today?
14        A.   I believe so.
15        Q.   Even though I deposed you before I'm going to
16   ask some questions that might be the same so just bear
17   with me.  So first I am going to talk about Dave
18   Kleiman.  What was your relationship with Dave Kleiman?
19        A.   He was my older brother.
20        Q.   Excuse me?
21        A.   Dave Kleiman was my older brother.
22        Q.   Was Dave Kleiman adopted in your family?
23        A.   Yes.
24        Q.   When was he adopted?
25        A.   1967.
```

Ira Kleiman
January 10, 2020                                    8

```
 1        Q.   How old were you when he was adopted?  Were
 2   you born?
 3        A.   No, he's older than me.
 4        Q.   So you weren't born when he was adopted?
 5        A.   Correct.
 6        Q.   Do you know anything about Dave's adopted --
 7   adopted parents?
 8             MR. FREEDMAN:  Objection.
 9   BY MR. PASCHAL:
10        Q.   His previous parents?
11             MR. FREEDMAN:  Biological.
12             MR. PASCHAL:  Biological, thank you.
13             THE WITNESS:  Not much, no.
14   BY MR. PASCHAL:
15        Q.   What do you know of them?
16        A.   I think his father passed away -- I think his
17   mother has also passed away.  I think he may have
18   communicated with his biological mom a couple of times.
19   But other than that I don't know much about them.
20        Q.   Do you know the circumstances of how your
21   parents chose to adopt Dave?
22        A.   No.
23        Q.   What was Dave's relationship with your
24   parents?
25        A.   It was fine.
```

Dave Kleiman
January 10, 2020                                    9

```
 1        Q.   What was your relationship with Dave?
 2        A.   Fine.
 3        Q.   Were you close to Dave?
 4             MR. FREEDMAN:  Objection.
 5             THE WITNESS:  You have to define close.
 6   BY MR. PASCHAL:
 7        Q.   Did you speak every day to Dave?
 8        A.   Every day?
 9        Q.   Yes.
10        A.   As kids we probably did.
11        Q.   What about as teenagers?
12        A.   Teenagers, yes.
13        Q.   What about as adults?
14        A.   As adults, you know, he was more independent
15   and he was doing his own thing so no, we didn't talk
16   every day as adults.
17        Q.   How far apart did you live from Dave Kleiman
18   as adults?
19        A.   He moved around a bit, you know.  What's years
20   are you talking about specifically?
21        Q.   Let's say from 2008 to 2010 before he was
22   hospitalized.
23        A.   I think at that time he was living in like
24   Riviera Beach.  I was living in Palm Beach Gardens so
25   like maybe like 15 minutes away or something.
```

Ira Kleiman
January 10, 2020                                          10

```
 1          Q.   So in the last depo you testified that you
 2   lived five to ten minutes away.  What period was that --
 3          A.   Since then I -- I noticed that you made a big
 4   deal about the five minutes so then I went online and I
 5   looked it up it's further than five minutes.
 6          Q.   So your testimony now is based on online
 7   research?
 8          A.   Yes.
 9          Q.   So he lived 15 minutes away or ten or 15
10   minutes away.  How many times did you visit his house?
11          A.   Several.  I mean I don't remember like an
12   exact amount.
13          Q.   Do you remember who lived in his house?
14          A.   For the most part it was him.  At one time his
15   girlfriend I believe moved in for a short time and I
16   think her son did as well.
17          Q.   Did he ever tell you he was engaged to his
18   girlfriend?
19          A.   He never mentioned that.  I think I heard her
20   mention that to Craig but I never heard him mention
21   that.
22          Q.   Would it surprise you if both the fiancee and
23   the son said they never saw you or Dave never spoke
24   about you?
25               MR. FREEDMAN:  Objection.
```

```
 1              THE WITNESS:  I did see them.
 2   BY MR. PASCHAL:
 3        Q.   They rarely saw you?
 4        A.   I rarely saw David.
 5              MR. FREEDMAN:  Objection.
 6   BY MR. PASCHAL:
 7        Q.   When David was in the Miami V.A. you realized
 8   he was hospitalized for two years, 2011 to 2013?
 9        A.   No, I realized that he would go back and forth
10   to the hospital on a routine basis but as far as him
11   like staying for any long period of time I wasn't aware
12   of that.
13        Q.   So his medical records showed he was admitted
14   from 2011 to 2013 and I understand that they would give
15   him a day pass to go home but only under doctor's
16   approval.  Are you saying that they would let him out or
17   they actually cleared him to leave the hospital and go
18   home?
19              MR. FREEDMAN:  Objection.  Ira, just hold on a
20         second.  When Mr. Paschal asks a question just
21         pause a second so I can get a chance to object and
22         as he said before unless I instruct you not to
23         answer you can then answer.
24              MR. PASCHAL:  Go ahead.
25              THE WITNESS:  I don't know.
```

```
 1   BY MR. PASCHAL:

 2        Q.   How many times did you visit him in the

 3   hospital?

 4        A.   I didn't visit him in the hospital.  He never

 5   asked me to.

 6        Q.   You only visited if he asked you to visit?

 7        A.   Well, when it comes to like medical issues and

 8   financial issues we just kind of refrained from

 9   discussing that kind -- I don't think he ever felt

10   comfortable like telling me about any weaknesses and I

11   didn't discuss my weaknesses with him either.  I have

12   medical conditions that he never knew about and he

13   didn't discuss his stuff with me either.

14        Q.   He didn't discuss his finances with you

15   either?

16        A.   No.

17        Q.   Did he discuss his work with you?

18        A.   Little bit.  I knew that he was working in

19   computer forensics.

20             MR. PASCHAL:  I'm handing you what we're

21        marking as Exhibit 1.

22             MR. FREEDMAN:  Counsel, can I get a copy?

23             MR. PASCHAL:  It's right here.

24             THE WITNESS:  Thank you.

25
```

```
1              (Defendant's Exhibit No. 1 was

2              marked for identification.)

3    BY MR. PASCHAL:

4        Q.   You know what this document is; right?

5        A.   Yes.

6              MR. FREEDMAN:  Ira, if you need to take a

7        minute to familiarize yourself with the document go

8        ahead and do that.

9    BY MR. PASCHAL:

10       Q.   Can you turn to page two?

11       A.   Yes.

12       Q.   I asked you this question before but you were

13   unable to answer.  The seventh paragraph Dave Kleiman

14   leaves out Leonard Kleiman.  Do you know why?

15       A.   He didn't speak too much with my oldest

16   brother.  They just didn't have like a close

17   relationship.  My oldest brother he had a lot of issues

18   like drug problems and yes, he -- they just didn't

19   communicate much.

20       Q.   I want to turn to the first page.  Go to the

21   second paragraph.

22       A.   Okay.

23       Q.   You see in this where Dave Kleiman he writes

24   that at the time of my death if I'm owner or co-owner of

25   any insurance settlement, bank account, government bond,
```

David Kleiman
January 10, 2020                                    14

1  security instrument, indebtedness, blah, blah, blah that

2  he is a joint owner with someone else it doesn't pass in

3  his will.  Go on and read the paragraph.

4       A.   The type is a little -- okay.

5       Q.   Do you know why David would put that in his

6  will?  Did he ever discuss that with you?

7       A.   No.

8       Q.   So you alleged in your complaint that the

9  first time David told you about Bitcoin was during a

10 Thanksgiving dinner 2009?

11      A.   Yes.

12      Q.   Who was at that dinner?

13      A.   My wife, my dad, myself and my six

14 month-year-old daughter.

15      Q.   Was Dave sitting next to you at the

16 Thanksgiving dinner?

17      A.   Across from me.

18      Q.   Across from you?

19      A.   (Indicating).

20      Q.   Who was sitting next to Dave?

21      A.   No one.  My mom would usually sit on that

22 side.

23      Q.   So from across the table Dave tells you -- you

24 ask him what is he working on; right?

25      A.   Well, this was after dinner.  My wife and my

Kleiman
January 10, 2020                                    15

1    dad were doing the dishes in the kitchen.  My daughter

2    was like in a car seat on the floor like 20 feet away

3    from the dining table we were sitting at and that's when

4    we had the conversation.

5         Q.   What was that conversation?

6         A.   I asked him -- I think there was some news on

7    Facebook at the time I said why don't you create

8    something like that Zuckerberg kid and he said I'm doing

9    something bigger.  I'm creating my own money.

10        Q.   Did he ever use the word Bitcoin?

11        A.   No.  I believe he said digital money.

12        Q.   Did he show you pictures of what the Bitcoin

13   looked like?

14        A.   At the time I didn't know what it was.  I mean

15   it just looked like a letter B with some lines through

16   it.

17        Q.   What did the Bitcoin symbol look like?

18             MR. FREEDMAN:  Objection.

19             MR. PASCHAL:  Just describe it.  You can

20        answer.

21             MR. FREEDMAN:  Go ahead.

22             THE WITNESS:  Do you mean the symbol that he

23        drew?

24   BY MR. PASCHAL:

25        Q.   Yes.

1       A.   He took out a business card and he flipped it

2  over and on the back of it it just to me it just looked

3  like the letter B with a couple lines through it.

4       Q.   Are you familiar with cryptocurrency?

5            MR. FREEDMAN:  Objection.

6            THE WITNESS:  I mean I am now.

7  BY MR. PASCHAL:

8       Q.   When did you first become familiar with

9  cryptocurrency?

10      A.   Once -- after Craig contacted me.

11      Q.   When was the first time you heard about

12 Bitcoin?

13      A.   When Craig contacted me in February 2014.

14      Q.   So from 2009 until Dave's death did you ever

15 ask him about the digital money that he was creating?

16      A.   No.

17      Q.   Did you ever ask him about his reference he

18 was creating his own money?

19      A.   Excuse me?

20      Q.   Did you ever ask him about any reference to

21 I'm creating my own money?

22      A.   No.  I mean it was such a brief conversation

23 that I never thought of it again because if it had

24 turned into something successful he probably would have

25 mentioned it to me but if it was a secretive project

Ira Kleiman
January 10, 2020                                    17

```
 1   that he wasn't supposed to mention when he would have
 2   kept it to himself.
 3       Q.   Do you think that his alleged involvement in
 4   Bitcoin was secretive?
 5       A.   According to what Craig told me.
 6       Q.   Do you think that?
 7            MR. FREEDMAN:  Objection.
 8            THE WITNESS:  Yes, I believe so.
 9   BY MR. PASCHAL:
10       Q.   But he told you?
11       A.   He didn't tell me specifically.  He just told
12   me in a very vague way.
13       Q.   I want to go through this really quick.  You
14   mentioned -- you know who Patrick Paige is, right?
15       A.   Yes.
16       Q.   You know he was very close to Dave?
17       A.   Yes.
18       Q.   You do realize Dave never told him about
19   Bitcoin or creating digital money or anything like that?
20            MR. FREEDMAN:  Objection.
21            THE WITNESS:  I thought his testimony was that
22       they did --
23            MR. FREEDMAN:  Ira, there's no question
24       pending.
25            MR. PASCHAL:  Actually there was but go ahead.
```

1              MR. FREEDMAN:  I don't know -- maybe you can

2        re-ask it then.  You said you do realize that Dave

3        never told him.

4              MR. PASCHAL:  I asked and he was answering.

5        You stopped him from answering.

6              MR. FREEDMAN:  There's no question pending.

7        You can re-ask the question.

8   BY MR. PASCHAL:

9        Q.    The question I just asked you you do realize

10  Dave never told him meaning Patrick Paige about Bitcoin

11  or creating digital money or anything like that?

12       A.    "Uh-uh."

13             MR. FREEDMAN:  No question pending.

14  BY MR. PASCHAL:

15       Q.    Right?

16       A.    You want me to answer?

17       Q.    Yes, you have to answer.

18       A.    I thought that I heard that Patrick mentioned

19  that they did -- that Dave briefly did mention it to

20  him.

21       Q.    When did he -- Patrick tell you that?

22       A.    Either it's in e-mail or I thought he

23  testified to it.

24       Q.    His testimony was -- you heard his testimony

25  was that Dave never said a word to him.

```
 1        A.   Okay, then I believe I do have an e-mail
 2   referring to he like briefly mentioned it.
 3        Q.   You do realize that Dave's fiancee who lived
 4   with him also mentioned that Dave never mentioned
 5   anything about digital money or Bitcoin or anything like
 6   that?
 7             MR. FREEDMAN:  No question pending.
 8   BY MR. PASCHAL:
 9        Q.   Right?
10        A.   That I'm not aware of.
11        Q.   Do you realize that the son -- do you know his
12   name?
13        A.   No.  No, I don't.
14        Q.   His name is Caleb Jones.
15        A.   I heard that.
16        Q.   He considered Dave a father of his.  They
17   spoke often, they played video games, do you know that?
18        A.   I did hear about it.
19        Q.   In fact Caleb went on to be in the military
20   and study cyber security because of Dave?
21        A.   Right.
22        Q.   All their discussions they never once and Dave
23   mentioned his work to him.  Caleb -- Dave never said to
24   Caleb I'm working on Bitcoin or digital money?
25        A.   Well --
```

```
 1              MR. FREEDMAN:  There's no question pending.

 2              MR. PASCHAL:  You can answer.

 3              MR. FREEDMAN:  There's nothing to answer.

 4         There's no question pending, Bryan.

 5              MR. PASCHAL:  You can answer.

 6              THE WITNESS:  What's the question?

 7    BY MR. PASCHAL:

 8         Q.   Do you realize -- that Dave never mentioned to

 9    Caleb that he is working on digital money or

10    cryptocurrency or Bitcoin; right?

11              MR. PASCHAL:  I've never spoken to Caleb so I

12         don't know.

13    BY MR. PASCHAL:

14         Q.   Do you find it odd that you're the only person

15    that he ever told he is working on digital money or

16    working on his own digital money?

17         A.   Like I said he told me in a very vague way

18    that he was working on Bitcoin.  He didn't specifically

19    say Bitcoin so I could never go back and attach it to

20    him.  During those next 2010, 2011 if I had heard of

21    Bitcoin I wouldn't have thought oh, that's what Dave was

22    working on.

23         Q.   None of his closest friends or fiancee or

24    anyone he had extremely close relationships with is

25    going to testify that Dave said he was working on
```

David Kleiman
January 10, 2020                                       21

```
 1   digital money except you; is that correct?
 2            MR. FREEDMAN:  Objection.
 3            THE WITNESS:  I don't know what they'll
 4        testify to.  I hadn't spoken to them.
 5   BY MR. PASCHAL:
 6        Q.   So when Dave tells you he is working on
 7   something that's as big as what, Facebook?
 8        A.   Bigger.
 9        Q.   Bigger than Facebook?
10        A.   (Indicating).
11        Q.   That's important; right?
12        A.   Yes.
13        Q.   What is Facebook, billions of dollars?
14        A.   I suppose.
15        Q.   So if it's bigger it could be hundreds of
16   billions of dollars?
17        A.   Maybe.
18        Q.   I need an answer.
19        A.   Maybe.
20        Q.   It could be trillions?
21            MR. FREEDMAN:  Objection, calls for
22        speculation.
23            THE WITNESS:  Do you want me to speculate?
24   BY MR. PASCHAL:
25        Q.   I want you to answer my question.
```

Ira Kleiman
January 10, 2020                                    22

```
 1         A.   Whether it could be trillions?

 2         Q.   Yes.

 3         A.   It could be worth anything.

 4         Q.   Anything bigger than Facebook; right?

 5         A.   Right.

 6         Q.   And you don't talk to him about it again in

 7    2010?

 8         A.   I don't talk to him about it?

 9         Q.   Digital money he is working on in 2010?

10         A.   No.

11         Q.   You don't talk about this project that's

12    bigger than Facebook in 2011?

13         A.   No.

14         Q.   You don't talk about this project that's

15    bigger than Facebook in 2012?

16         A.   No.

17         Q.   And you don't talk about this project that's

18    bigger than Facebook in 2013 before he died?

19         A.   A secretive project he wouldn't be disclosing

20    it to me.

21              MR. FREEDMAN:  Ira, just answer the question

22         he's asking.

23              THE WITNESS:  No.

24    BY MR. PASCHAL:

25         Q.   You didn't ask him about it?
```

```
 1        A.    Right.  I had no reason to.

 2        Q.    In 2009 when he told you about this project

 3   bigger than Facebook he didn't tell you it's a secret,

 4   did he?

 5        A.    No.

 6        Q.    In fact in 2013 I guess the time -- well, in

 7   2013 did you -- before he died did you ever visit his

 8   house?

 9        A.    Before 2013?

10        Q.    In 2013 before Dave Kleiman died did you visit

11   his house?

12        A.    In 2013 within the year, no.

13        Q.    The first time you visit Dave Kleiman's house

14   is after he died; right?

15        A.    No.

16        Q.    In 2013?

17        A.    Yes, in 2013, yes.

18        Q.    When you visit his house you're there to go

19   through his things; right?

20        A.    Yes.

21             MR. FREEDMAN:  Is this a good time to take

22        bathroom break?

23             MR. PASCHAL:  Let me finish this line.

24   BY MR. PASCHAL:

25        Q.    When you're in his house you start throwing
```

```
 1   away his work papers; right?

 2            MR. FREEDMAN:  Objection.

 3            THE WITNESS:  I go through his things and I

 4        discard whatever I don't think needs to be kept.

 5        Not just randomly throwing stuff away.

 6   BY MR. PASCHAL:

 7        Q.   Let me just ask.  Did you look for evidence of

 8   this project that's bigger than Facebook?

 9        A.   That stuff wasn't even on my mind, no.

10            MR. PASCHAL:  Handing you Exhibit 2.

11            (Defendant's Exhibit No. 2 was

12            marked for identification.)

13   BY MR. PASCHAL:

14        Q.   This is an e-mail you sent to Craig Wright on

15   February 17, 2014.  Do you recall this?

16        A.   Yes.

17        Q.   In it -- in the second paragraph you say "as

18   mysterious and exciting as all this news is I also feel

19   nervous about making mistakes.  I very well could have

20   already made some."  I guess some you mean mistakes "go

21   by throwing away a bunch of Dave's papers and formatting

22   drives I could not access."

23        A.   Yes.

24        Q.   So you threw away a bunch of Dave's papers?

25        A.   I threw away a bunch of things that I didn't
```

Ira Kleiman
January 10, 2020                                      25

```
 1    believe needed to be kept.
 2         Q.   And --
 3         A.   I can't possibly store everything in his house
 4    in my small two bed two bath -- I don't have the garage
 5    or anything.  I just don't have space to keep
 6    everything.
 7         Q.   So how long did it take you to throw away his
 8    papers?
 9         A.   I don't remember how much time I spent.
10         Q.   Did you spend a day?
11         A.   I probably spent several days going through
12    everything.
13         Q.   I think last time you testified was that you
14    didn't go through his furniture to look for any
15    documents.
16         A.   You mean like flipping up the couch seats?  I
17    would go through all his desks.
18         Q.   So now you're saying that you went through his
19    desk?
20         A.   I went through yes, everything.
21              MR. PASCHAL:  I have to get his depo
22         transcript from last time.
23              MR. FREEDMAN:  Take a break.
24              THE VIDEOGRAPHER:  Off record 9:16.
25              (Thereupon, a brief recess was taken.)
```

```
 1              THE VIDEOGRAPHER:  On the record 9:22.

 2   BY MR. PASCHAL:

 3       Q.   Mr. Kleiman, you just testified that you went

 4   through Dave Kleiman's furniture and his drawers to look

 5   for stuff?

 6       A.   Yes.

 7       Q.   You do know that you're testifying under the

 8   penalty of perjury today?

 9       A.   Yes.

10       Q.   You do know how important it is to tell the

11   truth?

12       A.   Yes.

13       Q.   You do know how important it is especially

14   because you're suing for billions of dollars from

15   someone living in London?

16       A.   Yes.

17       Q.   You need to give truthful testimony?

18       A.   Yes.

19       Q.   If you don't remember something you should I

20   don't remember?

21       A.   Yes.

22       Q.   Now, the last time I deposed you you were also

23   under the penalty of perjury; correct?

24       A.   Yes.

25       Q.   You wouldn't have lied in that depo; right?
```

```
 1        A.    Not intentionally.

 2              (Defendant's Exhibit No. 3 was

 3              marked for identification.)

 4   BY MR. PASCHAL:

 5        Q.    Here is the transcript from the deposition

 6   that you took in April; right?  Can you please turn to

 7   page 112.

 8        A.    Okay.

 9        Q.    Starting at line seven the question was "but

10   there was still stuff in the house; right" and you

11   answered "like furniture?"  Then I asked "did you check

12   all the furniture to see what was in them?"  You said --

13   your answer was "I don't remember."

14              My question then was "so if something was

15   important in some of his furniture you wouldn't be able

16   to tell us; right?  You wouldn't be able to tell us;

17   right?"  Your answer was "I don't remember searching

18   through his furniture."  I then clarified said "sorry,

19   what did you say?"  You again said under penalty of

20   perjury "I don't remember searching through his

21   furniture."  Is there a reason why your testimony

22   changed today?

23        A.    I think in my mind for some reason I was like

24   thinking of like his furniture in his living room like

25   not like in his office in his bedroom.  I thought you
```

Kleiman
January 10, 2020                                    28

```
1    meant like his sofas and stuff like that I gave away.

2         Q.   So is your testimony that that his office desk

3    isn't furniture?

4         A.   That's the stuff that I went through.

5         Q.   That's not my question.  Is his office disk

6    his furniture?

7         A.   Yes, that's also, yes.  I'm just --

8         Q.   Is his bedroom night stand furniture?

9         A.   Yes.

10        Q.   Is the --

11        A.   I'm saying at that moment in time for some

12   reason I was thinking of the stuff in his living room.

13             MR. FREEDMAN:  Ira, you have to wait until

14        there's a question pending.

15   BY MR. PASCHAL:

16        Q.   Why were you able to give a different answer

17   today?

18        A.   Because I thought you may have meant something

19   different.

20        Q.   You thought --

21        A.   Or today.  I just -- I visualized it

22   different.  I was encompassing all his furniture not

23   just things contained in his living room.

24        Q.   When I said all furniture you thought I just

25   meant his couch?
```

1      A.   Yes.

2      Q.   So to be clear back then you just testified

3 you didn't know what Bitcoin was; right?

4      A.   Back when?

5      Q.   Back in 2013.

6      A.   Not until Craig contacted me, yes.

7      Q.   So just answer my question.  In 2013 you

8 didn't know what Bitcoin was; right?

9      A.   Are you saying prior to February of -- I'm

10 sorry, I'm getting the dates.  Yes, 2013 I did not know,

11 yes.

12     Q.   So you didn't know what a public address was,

13 did you?

14     A.   I didn't know -- no.

15     Q.   You didn't know what a private key was; right?

16     A.   No.

17     Q.   You didn't know what a hash code was?

18     A.   No.

19     Q.   I don't know if that's the right term.  If

20 there were a bunch of numbers and letters on a document

21 would you have thought that was important?

22     A.   I don't know.  If it was on a document that

23 may have looked important worth keeping then perhaps I

24 may have kept it but if it was on just a random piece of

25 paper perhaps not.

Kleiman
January 10, 2020                              30

1       Q.   You know what a public address looks like now;
2   right?
3       A.   Yes.
4       Q.   So -- you know that it's a bunch of numbers,
5   random letters, it doesn't spell out anything, you know
6   that?
7       A.   Yes.
8       Q.   So if there was a paper just a white piece of
9   paper with a public address on it in 2013 would you have
10  thrown it away?
11      A.   I don't know.
12           MR. PASCHAL:  Can we take a break for a
13      second?
14           MR. FREEDMAN:  Sure.
15           THE VIDEOGRAPHER:  Going off the record 9:28.
16           (Thereupon, a brief recess was taken.)
17           THE VIDEOGRAPHER:  On record 9:36.
18  BY MR. PASCHAL:
19      Q.   So we were just talking about the work papers
20  that you threw away.  So let me get into -- you said
21  that if there was a document that may have looked
22  important or worth keeping then perhaps I may have kept
23  it.  What documents did you keep?
24      A.   I don't remember all of them.
25      Q.   Where are those documents stored?

```
1         A.    I have some of them in my house.

2         Q.    Did you ever give those documents to your

3   attorney?

4         A.    I believe so.  At least whatever was like

5   relevant to this case I did.

6         Q.    So were those documents produced in this case?

7         A.    The relevant documents, yes.

8         Q.    You determined whether they were relevant;

9   right?

10        A.    If there were like things like just

11  certificates or like I'm supposed to hand over all his

12  books he authored, I don't know.  What are you asking?

13        Q.    Let me go back to my question.  You determined

14  whether something was relevant; right?

15             MR. FREEDMAN:  Let me just inject here for a

16        second.  If you can answer that question without

17        revealing conversations you've had with counsel

18        then go ahead.  Otherwise don't answer the

19        question.

20             THE WITNESS:  I turned over whatever documents

21        I believed was necessary.

22  BY MR. PASCHAL:

23        Q.    You mentioned certificates; right?

24        A.    Yes.

25        Q.    Did you turn those over?
```

David Kleiman
January 10, 2020                                          32

```
 1        A.    I'm not sure.

 2        Q.    You mentioned books.  Did you turn over the

 3   books?

 4        A.    Books, no.

 5        Q.    Would they be books that he authored?

 6        A.    Authored or co-authored.

 7        Q.    You didn't turn over any of those?

 8        A.    No.

 9        Q.    What else did you not turn over?

10              MR. FREEDMAN:  Objection.

11              THE WITNESS:  I don't know.

12   BY MR. PASCHAL:

13        Q.    And you've received a subpoena also in this

14   case, haven't you?

15        A.    Subpoena?  I don't remember.

16        Q.    Mr. Kleiman, I'm concerned.  I want to express

17   the concern to you but then -- so you understand where

18   I'm coming from.  This is an important case and you're

19   suing a defendant for billions of dollars.  You

20   understand you threw out papers -- I think your

21   testimony before was you just threw out the documents

22   but now you're saying you kept documents.

23              MR. FREEDMAN:  Objection, mischaracterizes.

24              MR. PASCHAL:  We can do the -- go back through

25        the depo.
```

```
 1              MR. FREEDMAN:  We could if you want.
 2    BY MR. PASCHAL:
 3         Q.   But Mr. Kleiman, today is the first time
 4    you're telling us you kept important stuff from Dave.  I
 5    need to know what was not produced in this litigation
 6    and what was produced in this litigation.
 7              MR. FREEDMAN:  Objection and there's no
 8         question pending.
 9    BY MR. PASCHAL:
10         Q.   Where are these documents being stored in your
11    house?
12              MR. FREEDMAN:  Objection.
13              THE WITNESS:  Just in a bedroom.
14    BY MR. PASCHAL:
15         Q.   Which bedroom?
16         A.   I just -- I have a storage room where I keep
17    like most of Dave's stuff.
18         Q.   How big is the storage room?
19         A.   Just a small room like I don't know maybe
20    10 feet by 10 feet.
21         Q.   So it's basically a bedroom?
22         A.   Yes.
23         Q.   How much stuff is in that room?
24         A.   I don't know.  Define it.
25         Q.   How much -- is the room full of Dave's stuff?
```

David Kleiman
January 10, 2020                                        34

1        A.   It has belongings of some of Dave's, some of
2    mine, some of my parents.  Just full of stuff from my
3    family.
4        Q.   The stuff you have not produced you're not
5    prepared to tell us today what hasn't been produced?
6        A.   I just told you I didn't turn over his books.
7        Q.   Was it just books and certificates?
8        A.   For the most part.
9        Q.   What else was there?
10       A.   You mean -- are you talking about paper
11   documents or are you talking about like all of his
12   belongings.
13       Q.   Talking about documents.  So this is a
14   physical document.
15       A.   Any piece of paper -- any single piece of
16   paper he may have been attached to?
17       Q.   Yes, every single paper.  I'm going to break
18   it down.  So papers, documents, what did you not
19   produce?
20       A.   Could be like magazines that he had, stuff
21   going back years when he worked for company -- his old
22   companies like Security Doc or something.
23       Q.   Magazines so you thought magazines were
24   important enough to keep?
25       A.   They were important to him.  So I kept them.

1    He liked guns and gun magazines.

2           MR. PASCHAL:  We'll get done by four I need to

3       take a break.

4           MR. FREEDMAN:  As long as you're aware of the

5       deadline.

6           THE VIDEOGRAPHER:  Off the record at 9:42.

7           (Thereupon, a brief recess was taken.)

8           THE VIDEOGRAPHER:  On record 9:46.

9    BY MR. PASCHAL:

10      Q.  Mr. Kleiman, we were just talking about the

11   documents you did not produce.  You said there were

12   documents related to his old companies, Security Doc or

13   something, you didn't produce that?

14      A.  I was just like guessing as to what -- I mean

15   I remember seeing like a Security Doc disk.  I'm not

16   sure if I had like paperwork attached to it or not.

17      Q.  But you have documents related to his old

18   companies?

19      A.  I'm not sure.  I can check.

20      Q.  Did you keep any of Dave's research papers or

21   any of that?

22      A.  Research papers?

23           MR. FREEDMAN:  Objection.

24           MR. PASCHAL:  Yes.

25           THE WITNESS:  Research papers about what?

```
 1    BY MR. PASCHAL:

 2         Q.   About anything.

 3         A.   I don't recall seeing research papers.

 4         Q.   Did you -- what about his work papers, did you

 5    keep that?

 6              MR. FREEDMAN:  Objection.

 7              THE WITNESS:  I never came across his work

 8         papers.

 9    BY MR. PASCHAL:

10         Q.   So when you say I threw out -- in your e-mail

11    when you say I may have made a mistake I threw out a

12    bunch of Dave's papers what papers are you referring to

13    that you threw out and why would you --

14              MR. FREEDMAN:  Objection, mischaracterizes the

15         document.

16              THE WITNESS:  I just threw out papers that I

17         thought were unnecessary.

18    BY MR. PASCHAL:

19         Q.   Why were you concerned that you made a

20    mistake?

21              MR. FREEDMAN:  Objection.

22              THE WITNESS:  Because once he told me Dave was

23         attached to Bitcoin at that point I thought any

24         belonging of his -- throwing out any belonging

25         could be a mistake.
```

```
 1    BY MR. PASCHAL:
 2         Q.   Because it could have been related to Bitcoin;
 3    right?
 4         A.   Right.
 5         Q.   Here today you couldn't tell us if you threw
 6    something away related to Bitcoin, can you?
 7         A.   No.
 8         Q.   I want to talk about the hard drives.  So you
 9    testified I think there was like five hard drives that
10    you had?
11         A.   Yes.
12         Q.   You gave two hard drives to Patrick Paige and
13    Carter Conrad?
14         A.   I don't recall how many hard drives I gave
15    them.
16         Q.   You testified in your last deposition that you
17    gave two hard drives?
18         A.   I specifically said two?  Okay.
19         Q.   Is there a reason why you're not remembering
20    that today but you remembered in April?
21         A.   I don't know.  I don't remember saying that --
22    I might have -- I remember saying that I formated two
23    drives but I also said that I gave -- yes, I don't
24    know --
25         Q.   Do you know how many drives you gave to
```

1    Patrick Paige and Carter Conrad?

2        A.   At this moment I don't remember the exact

3    number.

4        Q.   Was it more than one?

5        A.   I believe it was.

6        Q.   More than two?

7        A.   That I don't know.

8        Q.   Why did you give those drives to Patrick Paige

9    and Carter Conrad?

10       A.   Patrick said they were related to their

11   computer forensics company.

12       Q.   And you later sued Patrick Paige and Carter

13   Conrad; right?

14       A.   Yes.

15       Q.   In that lawsuit you alleged that they had

16   Bitcoin as well?

17            MR. FREEDMAN:  Objection.

18            THE WITNESS:  In the amended complaint after

19       they produced an e-mail that looked like they may

20       have been holding Dave's Bitcoin at that point we

21       asked them if they were.

22   BY MR. PASCHAL:

23       Q.   Let's talk about that.  What e-mail did they

24   produce that suggested that they were holding Dave's

25   Bitcoin?

David Kleiman
January 10, 2020                                          39

```
 1        A.   I don't remember the specifics of it.  You
 2   would have to show it to me.
 3        Q.   Was Vel your lawyer for that lawsuit against
 4   Patrick Paige and Carter Conrad?  Mr. Freedman was he
 5   your lawyer against Patrick Paige and Carter Conrad?
 6        A.   No.
 7        Q.   Who was your lawyer?
 8        A.   I think it was Matthew Saralson.
 9        Q.   After seeing this document from Patrick Paige
10   and Carter Conrad you and your lawyer crafted a
11   complaint, an amended complaint as you said alleging
12   that Patrick Paige and Carter Conrad had Dave's Bitcoin?
13             MR. FREEDMAN:  Objection, mischaracterizes the
14        document.
15             THE WITNESS:  I don't recall the exact draft
16        of what my attorney wrote.
17   BY MR. PASCHAL:
18        Q.   Have you spoken to Patrick Paige and Carter
19   Conrad prior to this depo?
20        A.   I believe we had a meeting with them about the
21   lawsuit.
22        Q.   About which lawsuit?
23        A.   The lawsuit that I had against them.
24        Q.   When was that meeting?
25        A.   I don't remember.  Maybe a couple years ago.
```

1        Q.   Have you spoken to them since I last deposed

2   you?

3        A.   No.

4              (Defendant's Exhibit No. 4 was

5              marked for identification.)

6   BY MR. PASCHAL:

7        Q.   Is this the first amended complaint that you

8   and your lawyer filed against Patrick Paige and Carter

9   Conrad?  I'm handing you what's marked as Exhibit 4.  Is

10  this the First Amended Complaint that you and your

11  lawyers filed against Patrick Paige and Carter Conrad?

12       A.   It appears so.

13       Q.   Can you turn to paragraph 32.  Can you look at

14  the last sentence of that allegation, that paragraph?

15       A.   Okay.

16       Q.   Here you allege that Dave Kleiman created and

17  maintained Bitcoin wallets which were his personal

18  property during the time he was a member of Computer

19  Forensics.

20             MR. FREEDMAN:  No question pending.

21  BY MR. PASCHAL:

22       Q.   Right?

23       A.   Where is that?

24       Q.   Paragraph 32, the last sentence.

25       A.   Further upon?

```
 1        Q.   Is this your allegation "further upon
 2   information and belief David Kleiman created and
 3   maintained Bitcoin wallets which were his personal
 4   property during the time he was a member of Computer
 5   Forensics?"
 6        A.   Okay, yes.
 7        Q.   That's your allegation?
 8        A.   This was drafted --
 9             MR. FREEDMAN:  It's a yes or no question, Ira.
10             THE WITNESS:  Yes, if that's what it says.
11   BY MR. PASCHAL:
12        Q.   Now, paragraph 35 you ask that the Court
13   enjoin Computer Forensics or Paige and Conrad from
14   monetizing, transferring or otherwise converting such
15   Bitcoin to the use of its principals or third parties?
16             MR. FREEDMAN:  Objection, mischaracterizes the
17        document.  Can you read the entire sentence please
18        for the record?
19   BY MR. PASCHAL:
20        Q.   Do you see that in your amended complaint?
21             MR. FREEDMAN:  I'm going to read the entire
22        sentence for the record if you won't, Bryan.  "To
23        the extent that Computer Forensics, Paige or Conrad
24        --"
25             MR. PASCHAL:  Vel, this is --
```

                                  Kleiman
                           January 10, 2020                    42

```
 1              MR. FREEDMAN:  Let me make the record.
 2         "Conrad have retained any Bitcoin wallets that were
 3         the personal property of David Kleiman, Computer
 4         Forensics should be enjoined from monetizing,
 5         transferring, otherwise converting such Bitcoin to
 6         its use of the use of its principals or third
 7         parties."
 8              MR. PASCHAL:  Vel, you can do that on
 9         redirect.  I'm moving to strike what you just said
10         because it's improper.  If you continue to do that
11         sort of tactic and coaching making this depo even
12         more useless than it's already becoming I'm going
13         to make a motion on that, okay?
14              MR. FREEDMAN:  Make a motion.
15    BY MR. PASCHAL:
16         Q.   Is this your allegation in paragraph 35?
17         A.   Yes.
18         Q.   And you made this allegation against Patrick
19    Paige and Carter Conrad you had counsel; right?
20         A.   Yes.
21         Q.   You ultimately just abandoned that lawsuit;
22    right?
23         A.   My primary reason for that lawsuit was --
24              MR. FREEDMAN:  Don't say anything that has to
25         do with advice from counsel.  So if you can answer
```

1          the question without getting into your advice from

2          counsel then answer the question.  If not don't

3          answer it.

4                  THE WITNESS:  What was the question?

5    BY MR. PASCHAL:

6          Q.   And you made this allegation together -- you

7    abandoned the lawsuit with your counsel or you and your

8    counsel abandoned this lawsuit against Patrick Paige and

9    Carter Conrad; right?

10         A.   Yes.

11         Q.   Did you ever get back the hard drives from

12   Patrick Paige and Carter Conrad?

13         A.   No.

14         Q.   And why did you abandon the lawsuit?

15                 MR. FREEDMAN:  I'm going to instruct you not

16         to answer unless you can answer in a way that does

17         not relate to advice received from counsel.  If the

18         reason you abandoned the lawsuit is on advice of

19         counsel then don't answer the question.

20                 THE WITNESS:  I obtained what I initially

21         wanted from the lawsuit.  That's why I abandoned

22         it.

23   BY MR. PASCHAL:

24         Q.   So you never had a basis to make this

25   allegation in the complaint, this first amended

Ira Kleiman
January 10, 2020                                      44

```
 1   complaint?

 2           MR. FREEDMAN:  Objection.  There's no question

 3      pending, Ira.

 4   BY MR. PASCHAL:

 5      Q.   I said -- so you never had a basis to make

 6   this allegation in the complaint; right?

 7      A.   No, we did have a basis.

 8      Q.   And you abandoned that basis; right?

 9           MR. FREEDMAN:  Objection.  You can answer it

10      if you can.

11           THE WITNESS:  Once we were given an

12      explanation about the e-mail then we abandoned it.

13   BY MR. PASCHAL:

14      Q.   So the two hard drives you reformatted, can

15   you walk me through the steps of how you reformatted the

16   hard drives?

17      A.   It appeared to be an empty drive.  I guess

18   when you attach it it prompts you -- it says the drive

19   needs to be formated so then I click on the button and

20   it does its thing.

21      Q.   Is that what Dave's computer prompted you to

22   do is reformat the drive?

23      A.   Yes.

24      Q.   Are you aware that Dave had a password system

25   on his computer that would look like you were loading in
```

```
 1    DOS but you had to enter a password so you can get to

 2    the login screen?

 3            MR. FREEDMAN:  Objection.  There's no question

 4        pending.  There is.  Strike it.  Strike it.  Answer

 5        the question.

 6            THE WITNESS:  I was only aware of one computer

 7        that prompted a password to access it.  That was

 8        his Dell -- his Dell laptop.

 9    BY MR. PASCHAL:

10        Q.   Do you have that password?

11        A.   I think at one time I did figure it out but

12    there was no hard drive in that laptop.  It would let me

13    log in but then couldn't do anything with it.

14        Q.   How were you able to figure out the password?

15        A.   It's been a while.  I don't remember.

16        Q.   So the two hard drives that you reformatted,

17    why did you reformat them?

18        A.   I think at the time I was looking to use like

19    Windows 7 and Windows 8 for something.  So I installed

20    those operating systems on those drives.

21        Q.   Before you reformatted the hard drives did you

22    seek any professional help to recover data on those hard

23    drives?

24        A.   No.

25        Q.   Did you seek any help recovering the data
```

Ira Kleiman
January 10, 2020                                        46

```
 1  relating to what Dave referred to as being bigger than
 2  Facebook?
 3       A.   At the time that I formated these drives Craig
 4  had not contacted me.  There was no reason for me to be
 5  concerned that I was deleting anything.
 6            MR. FREEDMAN:  Ira, you didn't answer the
 7       question.  Just answer the question he's asking,
 8       please.
 9            THE WITNESS:  What was the question?
10  BY MR. PASCHAL:
11       Q.   Before you reformatted these hard drives did
12  you get any help, professional or otherwise to look for
13  the data --
14       A.   No.
15       Q.   -- or information related to what Dave
16  referred to as being bigger than Facebook?
17       A.   No.
18       Q.   Are you still using Windows 7 or Windows 8 on
19  those hard drives?
20       A.   I haven't used those hard drives since.  So I
21  guess it's still on there.
22       Q.   Well, you reformatted -- what year did you
23  reformat those hard drives?
24       A.   I thought it was the end of 2013.
25       Q.   Did you use those hard drives and the Windows
```

1    software on them in 2014?

2         A.   I don't remember.

3         Q.   Did you use the hard drives in 2015?

4         A.   I don't remember.

5         Q.   So you don't recall using those hard drives

6    from 2013 to 2019?

7         A.   No.

8         Q.   Mr. Kleiman, can you turn to your deposition

9    transcript from April.  Before I get into that I also

10   want to remind you you are under the penalty of perjury

11   today; right?

12        A.   Yes.

13        Q.   You wouldn't intentionally give false

14   testimony, would you?

15        A.   No.

16        Q.   You're -- you were under the penalty of

17   perjury when you testified in April; right?

18        A.   Yes.

19        Q.   Can you turn to page 53 of your April

20   transcript?

21        A.   Okay.

22        Q.   So at line 11 my question was "and you were

23   concerned you were using them.  Did you continue to use

24   them in 2014?"  Your answer was "yes."  Did -- when I

25   say them it's referring to the hard drives.  "Did you

Ira Kleiman
January 10, 2020                                    48

1   continue to use them in 2015?  Yes.  Did you continue to

2   use them in 2016?  Yes.  Did you continue to use them in

3   2017?  Yes.  Did you continue to use them in 2018?  I

4   believe so.

5           After you filed the lawsuit you continued to

6   use Dave's devices, right?  Yes.  When did you stop

7   using Dave's devices?  I don't remember exactly.  Was it

8   maybe like a few months ago a few weeks ago?  In the

9   range of this lawsuit."

10          MR. FREEDMAN:  Ira, there's no question

11      pending.  Wait for Mr. Paschal to ask you a

12      question.

13  BY MR. PASCHAL:

14      Q.   Is there any reason why your testimony today

15  conflicts with your testimony in April?

16      A.   There's so many different devices that Dave

17  has.  Maybe I might have been thinking of you were

18  referring to his thumb drives or -- because I regularly

19  did use a lot of his drives.  So I don't know maybe I

20  just got confused.

21      Q.   What was the basis for your confusion, can you

22  say that again?

23      A.   Because he has so many different devices.

24      Q.   Which devices are you using?

25      A.   Excuse me?

Ira Kleiman
January 10, 2020                                       49

```
 1         Q.   Which devices are you using?

 2              MR. FREEDMAN:  Objection.

 3              THE WITNESS:  Which devices of Dave's?

 4    BY MR. PASCHAL:

 5         Q.   Are you using?

 6              MR. FREEDMAN:  Objection.

 7              THE WITNESS:  You mean were using or currently

 8         using?

 9    BY MR. PASCHAL:

10         Q.   Were using, currently using, were using.

11         A.   Primarily I think it was the thumb drives.

12         Q.   So when you testify here and we're talking

13    about and we can go back now to page 52 my question was

14    "you were concerned that you were throwing work papers

15    out and formated certain drives?"

16         A.   "Uh-uh."

17         Q.   Then I just asked you a bunch of questions

18    about your using them and you said yes.

19         A.   I may have used those drives as well.  I may

20    have used the ones I installed Windows 7 and Windows 8.

21    I just don't recall exactly what I used them for.

22         Q.   It's not even using them for.  Mr. Kleiman,

23    you've now given me three sets of testimony.  You

24    testified you did not use them.  You testified in April

25    that you did use them and now you're again saying that
```

Ira Kleiman
January 10, 2020                                    50

```
 1   maybe you did use them.
 2           MR. FREEDMAN:  Objection, mischaracterizes the
 3       testimony.
 4   BY MR. PASCHAL:
 5       Q.   I need to know which path -- which answer is
 6   true.
 7       A.   Well, I don't remember exactly what devices I
 8   used.  I know that I used his thumb drives, the hard
 9   drives I installed Windows 7 Windows 8.  I know that I
10   did that but I just don't remember exactly how often I
11   used them and what specifically I used them for.
12       Q.   Well, in your April deposition you said that
13   you did know what you were using them for.  You were
14   using them to store personal files on them.
15       A.   Okay, maybe I did.
16       Q.   Is there a reason why your testimony today
17   conflicts with your testimony in April on that point?
18           MR. FREEDMAN:  Objection.
19           THE WITNESS:  I don't know.
20   BY MR. PASCHAL:
21       Q.   Why did you stop using Dave's devices -- when
22   did you stop using Dave's devices?
23       A.   I don't remember exactly.
24       Q.   Why did you stop using Dave's devices?
25           MR. FREEDMAN:  If you can answer that question
```

1      without getting into instructions with your

2      attorneys then you can answer the questions.  If

3      you have to have resort to instructions from your

4      attorneys then don't answer.  Just say I can't

5      answer.

6          THE WITNESS:  Can you repeat the question?

7  BY MR. PASCHAL:

8      Q.   Why did you stop -- why did you stop using

9  Dave's devices?

10     A.   I guess --

11         MR. FREEDMAN:  Don't guess Ira, just answer

12     the question.

13         THE WITNESS:  As litigation was approaching I

14     didn't want to appear that I was tampering with

15     Dave's files.

16  BY MR. PASCHAL:

17     Q.   You say as litigation was approaching.  I want

18  to just clarify.  In your testimony -- in your prior

19  deposition you said that you were using them until 2019.

20     A.   Okay.

21     Q.   Is there some reason --

22     A.   Around then.  It's close.

23     Q.   Why were you able to remember that in your

24  April deposition but you can't remember that today?

25     A.   I don't know.

David Kleiman
January 10, 2020                                      52

```
 1        Q.   And 2019 is almost a year after you filed this
 2   case.
 3        A.   Okay.
 4             (Defendant's Exhibit No. 5 was
 5             marked for identification.)
 6   BY MR. PASCHAL:
 7        Q.   You know Dave wrote a lot of papers; right?
 8        A.   Yes.  I've seen a few.
 9        Q.   He was an expert in his field; right?
10        A.   Yes, I believe so.
11        Q.   He actually wrote this paper together with
12   Craig Wright?
13        A.   Yes.
14        Q.   And the title -- could you say the title?
15        A.   "Overwriting Hard Drive Data, The Great Wiping
16   Controversy."
17        Q.   When did you first read this article?
18        A.   I probably heard about it after Craig
19   contacted me.  He may have sent me like a link to it or
20   something.
21        Q.   Do you remember what year that was?
22        A.   Craig contacted me in 2014.
23        Q.   So he sent you this article in 2014?
24        A.   He may have sent me a link to it, yes,
25   possibly.
```

David Kleiman
January 10, 2020                                          53

```
 1        Q.   Did you read the article?
 2        A.   It's too confusing for me to understand.
 3        Q.   About overwriting hard drive data?
 4        A.   About any very technical computer stuff like
 5   this.
 6        Q.   You know in the conclusion they say that
 7   reformatting and placing new data on a hard drive means
 8   you can't recover the data?
 9        A.   (Indicating).
10        Q.   You never read this?
11        A.   No.  I remember seeing the title.  I don't
12   think I would take the time to read something I don't
13   understand.
14        Q.   What steps have you taken to recover data from
15   Dave Kleiman's hard drives?
16             MR. FREEDMAN:  Answer that to the extent it
17        doesn't get into what you've done with your
18        lawyers.
19             THE WITNESS:  I haven't done anything.
20   BY MR. PASCHAL:
21        Q.   You haven't done anything?
22        A.   To recover data?  I may have -- I'm trying to
23   remember.  I may have installed like a recovery software
24   program to see if I could -- to see he ever like deleted
25   pictures or something like that but aside from that I
```

Kleiman
January 10, 2020                                    54

```
 1    don't think I did anything.  I never gave the drives to
 2    like an expert to examine them.  I only offered that to
 3    Craig.
 4         Q.   And you're familiar with computers; right?
 5         A.   Yes, I'm familiar with computers.
 6         Q.   You work in an occupation that makes you deal
 7    with computers all the time?
 8         A.   Yes.
 9         Q.   You're a web designer?
10         A.   Yes.
11         Q.   Is it Steve's Web Design, is that one of your
12    companies?
13         A.   I registered that name -- I don't think I ever
14    used it.
15         Q.   You're able to install a recovery tool on the
16    computer?
17         A.   Yes, I know how to install software.
18         Q.   Your testimony today is that it's too
19    technical for you to read an article that tells you
20    reformatting hard drive?
21         A.   I can read it.  As far as understanding it
22    probably not.
23         Q.   So if I told you reformatting a hard drive and
24    then continuing to use it would permanently delete data
25    do you understand what that means?
```

```
 1        A.   Yes.

 2        Q.   What about -- are you aware Dave used to carry

 3   a USB drive very close to him at all times?

 4        A.   I heard maybe Patrick say that.

 5        Q.   You never saw Dave with that drive?

 6        A.   No.

 7        Q.   Well, I'll proffer that every witness will

 8   testify that Dave had a very unique drive on him and

 9   that's your understanding too; right?

10             MR. FREEDMAN:  Objection.

11             THE WITNESS:  I never noticed a unique drive

12        on him, no.

13   BY MR. PASCHAL:

14        Q.   But his friends at least told you?

15        A.   I only recall Patrick saying that.

16        Q.   Do any of those USB drives contain any

17   encrypted files?

18        A.   I believe there's a True Crypt file that was

19   encrypted, yes.

20        Q.   Are there any encrypted partitions on Dave

21   Kleiman's hard drives?

22        A.   That I don't know.

23        Q.   And that's because you haven't had

24   professional help to examine the drives?

25        A.   Yes.
```

1        Q.   So -- have you taken any steps to try and

2   access the True Crypt file?

3        A.   I tried to run the True Crypt software.  I'm

4   not like really familiar with it.  I tried like putting

5   in some like random passwords that I thought Dave might

6   have used but aside from that I haven't done anything

7   with it.

8        Q.   Did you get any professional help to try to

9   access the True Crypt file?

10       A.   No.

11       Q.   So sitting here today you couldn't tell the

12   jury if -- whether or not Dave Kleiman's private keys or

13   alleged private keys are on the encrypted files?

14            MR. FREEDMAN:  Objection, calls for

15       speculation.

16            THE WITNESS:  I don't know what's on the file.

17       It could be his Computer Forensic work.

18   BY MR. PASCHAL:

19       Q.   You don't know?

20       A.   I don't know.

21       Q.   It could also be Bitcoin private keys; right?

22            MR. FREEDMAN:  Objection, speculation.

23            THE WITNESS:  Yes, I don't know.

24   BY MR. PASCHAL:

25       Q.   Can you repeat that, I didn't hear?

Kleiman
January 10, 2020                              57

```
 1          A.   I don't know.
 2          Q.   If Dave had any passwords to unlock the True
 3   Crypt file that was stored on the hard drives that were
 4   reformatted and erased or -- they could have been
 5   erased; right?
 6          A.   I heard Dave only kept his passwords in his
 7   head.  He is a security expert.  He wouldn't keep
 8   passwords on a drive or a piece of paper.
 9          Q.   Going back to my question.  If there were
10   passwords on an encrypted partition on his hard drive
11   you wouldn't know; right?
12               MR. FREEDMAN:  Objection, speculation.
13               THE WITNESS:  I don't know.
14               (Defendant's Exhibit No. 6 was
15               marked for identification.)
16   BY MR. PASCHAL:
17          Q.   I'm handing you what we're marking as Exhibit
18   6.  Have you seen this document before?
19          A.   I believe so.
20          Q.   Can you please turn to -- it's not numbered
21   but can you turn to page two.
22          A.   Okay.
23          Q.   What information do you believe Patrick Paige
24   will testify to at trial?
25          A.   Can you say that again?
```

Ira Kleinman
January 10, 2020                                        58

1        Q.   What information do you believe Patrick Paige
2    will testify at trial?
3             MR. FREEDMAN:  Objection to the extent
4        you're -- don't answer that if it goes into
5        discussions you've had with your attorneys.
6             THE WITNESS:  What information do I believe
7        Patrick --
8    BY MR. PASCHAL:
9        Q.   Patrick Paige will testify to at trial?
10       A.   I don't know.
11       Q.   What information do you think Carter Conrad
12   will testify to at trial?
13       A.   I don't know.
14       Q.   What information do you think GICSR will
15   testify to at trial?
16       A.   I don't know.
17       Q.   What information do you think Debra Cobser
18   will testify to at trial?
19       A.   I don't know.
20       Q.   What information do you think Nguyen Nguyen
21   will testify to at trial?
22       A.   I don't know.
23       Q.   What information do you think Gavin Anderson
24   will testify to at trial?
25       A.   I don't know.

1        Q.   What testimony do you think Bob Rendowski will
2    testify to at trial?
3        A.   I don't know.
4        Q.   What testimony do you think Courtney --
5        A.   Carr.
6        Q.   Carr I'm guessing you spelled her name wrong?
7        A.   What's that?
8        Q.   Did you spell her name wrong?
9        A.   No, that's how you spell it.
10       Q.   It's not Kirsten?
11       A.   Yes, the first name, yes.  It is Kirsten.
12   It's not Courtney.
13       Q.   That's Dave's fiancee; right?
14       A.   I heard that -- Dave never mentioned that to
15   me, yes.
16       Q.   What information do you think she'll testify
17   to at trial?
18       A.   I don't know.
19       Q.   Do you know what Mr. Karp is going to testify
20   to at trial?
21       A.   No.
22       Q.   Do you know what Mr. David Kurick will testify
23   to at trial?
24       A.   No.
25       Q.   Do you know what Mr. Andrew Hagen will testify

```
1    to at trial?

2         A.   No.

3         Q.   Do you know what Ramona Watts will be

4    testifying to at trial?

5         A.   No.

6         Q.   Do you know what Mr. Jimmy Nguyen will be

7    testifying to at trial?

8         A.   No.

9         Q.   Do you know what Robert McGregor will be

10   testifying to at trial?

11        A.   No.

12        Q.   Do you know what Jamie Wilson will be

13   testifying to at trial?

14        A.   No.

15        Q.   Do you know what Jonathan Wynn will be

16   testifying to at trial?

17        A.   No.

18        Q.   Do you know what Brendan Sullivan will be

19   testifying to at trial?

20        A.   No.

21        Q.   Can you turn to page to section C.

22        A.   Okay.

23        Q.   Here you say "plaintiff's investigation is

24   ongoing and plaintiff reserves the right to supplement

25   information provided concerning damages."  You then
```

David Kleiman
January 10, 2020                                    61

```
 1   allege that your damages are somewhere between
 2   201 billion -- 21,728,000,000?
 3           MR. FREEDMAN:  Million, Bryan.
 4   BY MR. PASCHAL:
 5       Q.   Million.  That is a big number, million.
 6   Before punitive and treble damages and exclusive of
 7   attorney's fees and costs but you don't have an expert
 8   who is going to testify to damages at trial; is that
 9   accurate?
10       A.   I guess if that's what it says.
11       Q.   You testified earlier that Dave didn't talk
12   about his finances to you?
13       A.   Yes.
14       Q.   When was the first time you learned that
15   Patrick Paige and Carter Conrad had to pay Dave's cell
16   phone bill because he could not?
17       A.   I don't remember.
18       Q.   Was it during the deposition or did you learn
19   before that?
20       A.   I don't know.
21       Q.   When did you first learn that Dave's house was
22   in foreclosure?
23       A.   After he passed away I think.
24       Q.   But you knew it was in foreclosure before he
25   passed away; right?
```

Dave Kleiman
January 10, 2020                                          62

```
 1        A.   No.  Did I know that it was in foreclosure
 2   before he passed away?
 3        Q.   Testifying today with everything you know did
 4   you know his house was in foreclosure before he passed
 5   away?
 6        A.   I don't think I did.  I don't remember.
 7        Q.   I'm not asking past tense.  As you're sitting
 8   here right now did you -- do you know that Dave
 9   Kleiman's house was in foreclosure before he passed
10   away?
11        A.   No, I didn't know before he passed away.
12        Q.   So today is the first time you're hearing that
13   Dave Kleiman's house was in foreclosure before he passed
14   away?
15        A.   Now I'm getting confused.  I knew he was in
16   foreclosure after he passed away.  My attorney let me --
17             MR. FREEDMAN:  Please don't discuss anything
18        your attorney told you.
19   BY MR. PASCHAL:
20        Q.   I'm asking you sitting here today can you say
21   yes or no was Dave Kleiman's house in foreclosure before
22   he passed away?
23        A.   That I don't know.
24        Q.   Do you know that he was -- his mortgage was
25   past due before he passed away?
```

David Kleiman
January 10, 2020                                    63

```
 1        A.   I don't know.
 2        Q.   You've been sitting in most of the depos in
 3   this case; right?
 4        A.   Yes.
 5        Q.   Did you know that he tried to refinance his
 6   home before he passed away but couldn't?
 7             MR. FREEDMAN:  Objection.
 8             THE WITNESS:  I think I heard someone say
 9        that.
10   BY MR. PASCHAL:
11        Q.   Did you know that his electricity was getting
12   cut off because he couldn't afford to pay his
13   electricity?
14        A.   I didn't know that.
15        Q.   He couldn't afford to pay his water bill?
16        A.   I didn't know that.
17        Q.   His cable and internet, it was getting cut
18   off?
19             MR. FREEDMAN:  Objection.
20             THE WITNESS:  I didn't know that.
21   BY MR. PASCHAL:
22        Q.   Have you ever seen Dave's credit report?
23        A.   I don't think so.
24        Q.   So as the personal representative of the
25   estate of Dave Kleiman what steps have you taken to
```

Ira Kleiman
January 10, 2020                                    64

 1   locate assets of Dave Kleiman?

 2        A.   Well, my attorney was assisting me with that.

 3   I think we --

 4             MR. FREEDMAN:  Ira, do not go into discussions

 5        you've had with your lawyers.  Just say that I've

 6        hired lawyers to handle that.

 7             MR. PASCHAL:  That's coaching.  You can't --

 8             MR. FREEDMAN:  Let me revise.

 9             MR. PASCHAL:  That was coaching.

10             MR. FREEDMAN:  To the extent I'll give you

11        clear instructions.

12             MR. PASCHAL:  You just told him --

13             MR. FREEDMAN:  Let me answer the question.

14        Let me tell the witness what he can do.  To the

15        extent you can answer the question without going

16        into things you've done with your lawyers then you

17        certainly should answer the questions.  To the

18        extent what you -- you were going to say goes into

19        what you hired lawyers to do or what you have

20        lawyers to do for you do not answer that question.

21        Let me clarify my previous instruction because

22        Mr. Paschal is right, it was misstated.  Go ahead.

23             MR. PASCHAL:  Just to be clear I reserve my

24        right to move to reopen this deposition for what

25        Mr. Freedman just did and been doing on several

```
 1        occasions.
 2             THE WITNESS:  I recall like reaching out to I
 3        think a couple of his banks to just see if there
 4        was any funds in them.
 5   BY MR. PASCHAL:
 6        Q.   Which banks did you reach out to?
 7        A.   I don't remember the exact -- I think one was
 8   maybe Wells Fargo.
 9        Q.   Do you remember if there were any funds in
10   that bank?
11        A.   I don't remember.  If there was it wasn't
12   much.
13        Q.   Are you aware that on April -- do you know the
14   day that Dave Kleiman died?
15        A.   Yes, April 26.
16        Q.   That was when he was found; right?
17        A.   Yes.  So I imagine that he died several days
18   or maybe a week earlier.
19        Q.   Do you know that on April 22nd he applied for
20   credit or a loan from Spring Leaf Financial?
21        A.   I didn't know that.
22        Q.   Have you ever heard of Spring Leaf Financial?
23        A.   No.
24        Q.   Do you know they're kind of like a payday
25   lender?
```

 1        A.   Okay.

 2        Q.   We don't know the exact date he died but we

 3   know he was alive on April 22nd; right?

 4        A.   I don't know.

 5        Q.   Well, if he is applying for credit from Spring

 6   Leaf Financial he is alive; right?

 7             MR. FREEDMAN:  Objection.

 8             THE WITNESS:  I don't know.  I wasn't aware of

 9        any activities he had done or maybe someone did on

10        his behalf, I don't know.

11   BY MR. PASCHAL:

12        Q.   Do you have any reason to believe that

13   somebody would apply for a payday loan on his behalf?

14        A.   I don't know what kind of communications he

15   had with other people.

16        Q.   Do you know why would apply for a payday loan

17   on what might have been the day that he died?

18        A.   No.

19             (Defendant's Exhibit No. 7 was

20             marked for identification.)

21   BY MR. PASCHAL:

22        Q.   We're going to use one of your e-mails --

23   going to go back over some of your testimony you just

24   gave.  Going to mark this as Exhibit 7.  Who is Andy

25   Kush?

```
 1        A.    I think he was a reporter for Gizmodo Magazine
 2   or a writer or something.
 3        Q.    What is the date of this e-mail?
 4        A.    December 4, 2015.
 5        Q.    Can you look at that last paragraph I want to
 6   go through it?
 7        A.    Okay.
 8        Q.    Did you send this to Mr. Andy Kush?
 9        A.    I believe so.
10        Q.    The first sentence you said "if my brother had
11   Bitcoin of any value he wouldn't have died with only
12   debts."  Is that an accurate statement?
13        A.    It's an accurate statement here in this
14   e-mail, yes.
15        Q.    Then you just testified a moment ago that you
16   didn't learn about his foreclosure until after he died
17   but you're telling Mr. Andy Kush who is a reporter that
18   and shortly before he died I learned his house was in
19   foreclosure.  Is your testimony today accurate or is
20   your e-mail to this reporter accurate?
21        A.    I think the testimony that I gave you today is
22   accurate.  I could have been mistaken in this e-mail.
23        Q.    This e-mail that's what over four years ago?
24        A.    "Uh-uh."
25        Q.    Closer in time to when Dave had died?
```

David Kleiman
January 10, 2020                                              68

1          A.    Yes.

2          Q.    Your memory improved since then?

3          A.    Possibly.  I mean I know a lot more

4   information now than I did then.  I didn't have

5   documents and a lot of information that I do now.

6          Q.    I'm not asking about documents or information.

7   I am just asking you a simple question when did you know

8   that Dave Kleiman's house was in foreclosure and you

9   said shortly before he died I learned his house was in

10  foreclosure.  Today under the penalty of perjury you

11  told me that it was after he died, I asked you several

12  times.

13         A.    Yes, I believe the testimony I gave you today

14  is accurate.

15         Q.    Your memory improved since 2015 to today?

16         A.    I believe the testimony I gave is accurate.

17         Q.    I asked if your memory improved from 2015 to

18  today?

19         A.    I don't know.

20         Q.    I'm trying to figure out how the answers are

21  different and what changed?

22         A.    I can't tell you.

23         Q.    Then you said "if David owned a great number

24  of Bitcoin why wouldn't he sell a few to help pay off

25  his bills."  Is that an accurate statement?

```
 1        A.   Yes.

 2             MR. FREEDMAN:  Objection.

 3             MR. PASCHAL:  Form?

 4             (Defendant's Exhibit No. 8 was

 5             marked for identification.)

 6   BY MR. PASCHAL:

 7        Q.   I'm handing you what we're marking as Exhibit

 8   8.  Is Joseph Karp your lawyer?

 9        A.   Yes, he was.

10        Q.   He was not currently your lawyer?

11        A.   I don't know if he's still my active -- he's

12   like my estate planner.

13        Q.   He is authorized to speak on your behalf,

14   isn't he?

15             MR. FREEDMAN:  Objection.

16             THE WITNESS:  I don't know.

17   BY MR. PASCHAL:

18        Q.   Joseph Karp he is a family friend; right?

19        A.   Yes.

20        Q.   You've known him for a very long time, right?

21        A.   Yes.

22        Q.   And if you needed legal advice would you call

23   him?

24        A.   Yes.

25        Q.   He wouldn't send out false statements on your
```

1    behalf, would he?

2              MR. FREEDMAN:  Objection.

3              THE WITNESS:  I don't believe so.

4    BY MR. PASCHAL:

5         Q.    This letter to the Department of Treasury of

6    the IRS is dated June 18, 2015?

7         A.    Okay.

8         Q.    It's addressed to Mr. Tosi?

9         A.    Okay.

10        Q.    This is from the Karp Law Firm which is

11   Mr. Karp's law firm.  He says in the very first line

12   "I'm writing on behalf of Ira Kleiman."  In the third

13   paragraph last sentence you say -- he says his and he is

14   referring to you "only knowledge was that David was

15   financially strapped and had limited resources."  Is

16   that accurate?

17             MR. FREEDMAN:  Objection.

18             THE WITNESS:  I believe so.

19   BY MR. PASCHAL:

20        Q.    The last paragraph on this same page can you

21   go to the -- third sentence.

22        A.    Okay.

23        Q.    It says "there was no formal probate

24   proceeding whatsoever.  The reason for this was quite

25   simple.  After checking records David was deep in debt

Dave Kleiman
January 10, 2020                                      71

```
 1   and had outstanding mortgage and liens on his home which
 2   exceeded his assets and it made no sense."  Is that an
 3   accurate statement?
 4             MR. FREEDMAN:  Objection.
 5             THE WITNESS:  I believe so.
 6   BY MR. PASCHAL:
 7        Q.  Did you ever open a probate for the estate of
 8   Dave Kleiman?
 9        A.  I think in 2000 -- around 2016 I think so.
10        Q.  Are you a member of W&K?
11        A.  Yes.
12        Q.  Are you the member of W&K or is the estate the
13   member of W&K?
14             MR. FREEDMAN:  Objection, calls for a legal
15        conclusion.
16             THE WITNESS:  I believe the estate.
17   BY MR. PASCHAL:
18        Q.  Are on the SunBiz.org it only lists you as a
19   member, are you aware of that, as the managing member?
20        A.  I don't know.
21        Q.  Let me proffer to you it lists only you as the
22   manager on SunBiz.org?
23        A.  Okay.
24        Q.  Is it your understanding that you are the
25   managing member?
```

Ira Kleiman
January 10, 2020                                        72

```
 1        A.   I believe so.

 2        Q.   Was any interest in W&K passed through the

 3   probate proceedings?

 4        A.   That I don't know.

 5        Q.   Who would know?

 6        A.   What's that?

 7        Q.   Who would know?

 8        A.   Perhaps the individual you spoke to yesterday

 9   about W&K.

10        Q.   He didn't know.

11        A.   Okay.

12        Q.   And you don't know.  And this letter that

13   Mr. Karp is sending to the IRS this is after you've

14   already learned about Dave's potential involvement in

15   Bitcoin; right?

16        A.   Can you repeat the question?

17        Q.   This letter that Mr. Karp is sending on your

18   behalf to the IRS is dated after you learned that Dave

19   may have had some involvement in Bitcoin; right?

20        A.   Yes.

21        Q.   Can you go to the second to last paragraph on

22   page two?

23        A.   Okay.

24        Q.   I think this is the second sentence.  It says

25   "please understand Ira's position he is not the executor
```

Ira Kleiman
January 10, 2020                                        73

```
 1    of Dave's estate.  He was designated as a personal

 2    representative but no probate occurred and he did not

 3    open up an estate."  At the time that was an accurate

 4    statement; right?

 5             MR. FREEDMAN:  Objection.

 6             THE WITNESS:  I believe so.

 7    BY MR. PASCHAL:

 8        Q.   Mr. Karp says "the reason no estate was opened

 9    up is the information that was had at the time was that

10    David had only debts and a homestead property which was

11    mortgaged in excess of its fair market value and had

12    also outstanding obligations to its homeowners

13    association.  There may have been other minor assets

14    which were not worth pursuing under the circumstances."

15        A.   Okay.

16        Q.   Is that an accurate statement?

17             MR. FREEDMAN:  Objection.

18             THE WITNESS:  These are all statements from

19        Joe Karp.

20    BY MR. PASCHAL:

21        Q.   On your behalf?

22        A.   I believe so.

23        Q.   So back to my question is that an accurate

24    statement?

25             MR. FREEDMAN:  Objection.
```

Ira Kleiman
January 10, 2020                                      74

```
 1                THE WITNESS:  At the time I guess that's what
 2        I believed.
 3   BY MR. PASCHAL:
 4        Q.   Ira, would you ever tell a lie to a federal
 5   agency?
 6        A.   No.
 7        Q.   If you had misled a federal agency in any way
 8   would you correct the information that you told them?
 9        A.   Yes.
10        Q.   You understand that's your obligation?
11        A.   "Uh-uh."
12        Q.   You understand there would be some criminal
13   action --
14                MR. FREEDMAN:  Objection.
15   BY MR. PASCHAL:
16        Q.   With giving false information to --
17        A.   Yes.
18        Q.   Federal agency --
19                MR. FREEDMAN:  Objection.
20                THE WITNESS:  Yes.  Okay.
21   BY MR. PASCHAL:
22        Q.   Are there any letters to the IRS that says I
23   believe Dave Kleiman has billions of dollars worth of
24   Bitcoin?
25        A.   I don't remember sending the IRS any letters
```

Kleiman
January 10, 2020                                    75

1    like that, no.

2         Q.   So you have never supplemented or amended this

3    letter in any way, have you?

4         A.   I think I did send a separate letter to the

5    IRS.  Actually I don't think I was aware that Joe sent

6    this letter because I think I sent my own letter that

7    did vary from this one.  It's quite different.

8         Q.   Have you produced that letter in this

9    litigation?

10        A.   I would imagine.

11        Q.   Mr. Karp was authorized to send this letter on

12   your behalf; right?

13        A.   I don't believe I was involved in this letter

14   but yes, he was my authorized attorney at the time.

15             MR. FREEDMAN:  Objection.

16   BY MR. PASCHAL:

17        Q.   On the last page he is CC'd there?

18        A.   Yes.

19        Q.   I want to have a clear record because you said

20   you sent a separate letter but did you ever tell the IRS

21   that Dave Kleiman was in possession or W&K was in

22   possession of billions of dollars worth of Bitcoin?

23        A.   I don't believe I ever mentioned billions of

24   dollars.

25        Q.   Or any Bitcoin, any Bitcoin?

David Kleiman
January 10, 2020                                    76

```
 1        A.   I don't believe so.
 2             (Defendant's Exhibit No. 9 was
 3             marked for identification.)
 4   BY MR. PASCHAL:
 5        Q.   I'm handing you what we're marking as Exhibit
 6   9.  These are your responses to interrogatories.  Can
 7   you please turn to the last page?  On this last page are
 8   you swearing under penalty of perjury that the foregoing
 9   information in this document is correct?
10        A.   Yes.
11        Q.   Is that your signature?
12        A.   I think we're on different pages.
13        Q.   No, the very last page.
14        A.   I don't have my signature -- okay, yes.
15        Q.   It's dated March 21, 2019; right?
16        A.   Yes.
17        Q.   Can you turn to page three.  Do you see where
18   it says e-mail accounts?
19        A.   Yes.
20        Q.   Are all those e-mail accounts associated with
21   Dave Kleiman?
22        A.   I believe so.
23        Q.   What efforts have you made to access the first
24   e-mail account?
25        A.   I may have tried to log in to it.  I don't
```

1  recall if I did or not.

2       Q.   Did you ever contact Yahoo to get access?

3       A.   I don't remember.

4       Q.   Did you issue a subpoena to Yahoo to get

5  access?

6       A.   No, I never subpoenaed Yahoo.

7       Q.   Did you ever seek a court order to get access

8  to the e-mail account?

9       A.   No.

10       Q.   The second e-mail

11  Dave'sdigitalforensics@████████████  What did you do to

12  access that e-mail account?

13       A.   Probably -- I did the same with all of these

14  accounts.  If I thought that I had a password to it I

15  would access it.

16       Q.   I need to drill down what you did to get to

17  these e-mail accounts.  Again you're suing somebody

18  alleging theft.

19       A.   Right.

20       Q.   So for none of these accounts did you seek a

21  court order or subpoena or contact them to access Dave

22  Kleiman's e-mail accounts?

23       A.   No, I didn't seek --

24       Q.   If this is a private key or information about

25  a private key that Dave Kleiman may have had and it's on

Kleiman
January 10, 2020                                    78

1  one of these e-mail accounts you wouldn't know; right?

2      A.   The one that I was primarily concerned was the

3  address that he used the most was Dave@DaveKleiman.com.

4  That's what I focused.

5      Q.   Back to my question.  I really need you to

6  answer my question.  Okay?  Because you are alleging

7  theft.  If there is a private key, Dave Kleiman private

8  key if there is information about how to get to his

9  private key, information about Bitcoin and it's on one

10 of these e-mail accounts you can't tell us one way or

11 the other whether it's there?

12         MR. FREEDMAN:  Objection.

13         THE WITNESS:  Yes, I don't know.

14 BY MR. PASCHAL:

15     Q.   You can't tell us whether it's there; right?

16         MR. FREEDMAN:  Objection.

17 BY MR. PASCHAL:

18     Q.   I need a clear answer.

19     A.   No, I can't tell you.

20     Q.   The only steps you took to access any of these

21 accounts were tried a couple passwords?

22     A.   Well, a lot of these accounts I think the

23 bottom two aren't even active.  The third one I got

24 access to after spending a long time trying to get it

25 and the other two I don't recall -- I -- yes, I don't

Dave Kleiman
January 10, 2020                                    79

```
 1    remember if I got access to them or not.
 2         Q.   When you say Dave used just one primarily if
 3    Dave was keeping it a secret there's Bitcoin out there
 4    you don't know what he was using these other e-mails
 5    for, do you?
 6         A.   No.
 7         Q.   You don't know if there's any more e-mail
 8    addresses out there that Dave Kleiman may have used;
 9    right?
10         A.   No, I don't know.
11         Q.   Can you turn to page five.  Can you look at
12    request number five.  You see they were asking to
13    identify public addresses you believe belong to Dave
14    Kleiman or his estate.  You see that question?
15         A.   Yes.
16         Q.   Below subject to the discovery of ongoing and
17    your right to reserve you list 26 public addresses.
18         A.   Okay.
19         Q.   And you have never supplemented this answer in
20    any way; right?
21         A.   No.  At least not that I'm aware of.
22         Q.   And discovery ends as you may know next week?
23    I think next week.
24         A.   Yes.
25         Q.   Do you believe that these 26 addresses belong
```

```
 1    to the estate of Dave Kleiman or W&K?

 2         A.   I believe at least a portion of them do

 3    since --

 4              MR. FREEDMAN:  Objection.

 5              THE WITNESS:  W&K was a partnership.

 6    BY MR. PASCHAL:

 7         Q.   So they belong to W&K or the estate of Dave

 8    Kleiman; right?  They have some ownership over these 26

 9    addresses?

10         A.   I believe Bitcoin mined prior to February 2011

11    belonged to the estate.

12         Q.   Say that again, that belonged what?

13         A.   The Bitcoin mined prior to February -- prior

14    to the establishment of W&K should belong to the estate.

15         Q.   You believe the Bitcoin mined prior to the

16    establishment of W&K --

17         A.   From the beginning date that Bitcoin when they

18    started mining it, when it was invented up until the

19    formation of W&K at least Dave should be entitled to --

20         Q.   Before 2011 should belong to W&K?

21         A.   Yes.

22         Q.   But you gave me -- I want to go back to my

23    question, okay?  You've given me 26 public addresses.

24    Discovery ends next week.  Are these the public

25    addresses you believe belong to the estate or W&K?
```

```
1              MR. FREEDMAN:  Objection.

2              THE WITNESS:  I believe at least a portion of

3         them do.

4    BY MR. PASCHAL:

5         Q.   And that's also because -- would you -- is it

6    your position that Craig Wright had mined these

7    addresses as well?

8              MR. FREEDMAN:  Objection.

9              THE WITNESS:  That I don't know.

10   BY MR. PASCHAL:

11        Q.   What if I were to tell you all 26 -- a good

12   portion of these public addresses were created after

13   Dave died, would the estate believe that it's entitled

14   to those public addresses?

15             MR. FREEDMAN:  Objection, calls for expert

16        testimony.

17             THE WITNESS:  Are you saying that these

18        addresses were created after Dave died?

19   BY MR. PASCHAL:

20        Q.   I believe an expert will say that but I'm not

21   asking for that.  I'm asking for what the plaintiff, the

22   estate, is claiming belongs to it.

23             MR. FREEDMAN:  Objection.

24   BY MR. PASCHAL:

25        Q.   If a public address was mined after Dave died
```

```
1    so first came in existence after Dave's death is the

2    estate claiming that belongs to Dave Kleiman?

3              MR. FREEDMAN:  Objection, calls for expert

4         testimony and a legal conclusion.

5              THE WITNESS:  That might belong to W&K.

6    BY MR. PASCHAL:

7         Q.   So W&K would have --

8         A.   Yes, if it was after.

9         Q.   What if all of these addresses it could be

10   proven that they never had any connection to W&K, Dave

11   Kleiman or Craig Wright and in fact they belong to other

12   people?

13        A.   That I don't know.

14        Q.   If that were proven would you still claim

15   ownership over these?

16             MR. FREEDMAN:  Objection, calls for

17        speculation.  Please let me object and then answer.

18        Go ahead, answer.

19             THE WITNESS:  If it had nothing to do with W&K

20        or Craig or Dave then no.  We're not entitled to

21        it.

22   BY MR. PASCHAL:

23        Q.   I believe the addresses were taken from

24   documents that Craig Wright created and sent to you;

25   right?
```

Kleiman
January 10, 2020                                      83

```
 1        A.   Yes.

 2        Q.   Let me clarify.  That he -- lawyers or whoever

 3   drafted and sent to you?

 4        A.   Yes, this was in the contracts that the ATO

 5   sent me.

 6        Q.   Let's take address number two.  If I could

 7   prove that or if it was just obvious and public

 8   knowledge this 1933 address never belonged to Dave

 9   Kleiman or Craig Wright you're not asserting ownership

10   over that; right?

11        MR. FREEDMAN:  Objection, calls for a legal

12        conclusion and speculation.

13        THE WITNESS:  So you're saying the contract

14        Craig provided to me would be false?

15   BY MR. PASCHAL:

16        Q.   Not getting into that.  I'm just asking

17   hypothetical.  If an expert said whether it was false or

18   not separate the address because the bottom line is we

19   want to know whether they are Bitcoin or not Bitcoin.

20   Number two, this 1933 address if it could be proven it

21   belongs to an entity called Mount Gox and it was mined

22   after Dave died are you claiming ownership over that?

23        MR. FREEDMAN:  Objection, calls for a legal

24        conclusion and speculation.

25        THE WITNESS:  I don't know because I don't
```

```
 1        know if it was originally owned by Craig or Dave

 2        and perhaps sold to another individual or --

 3   BY MR. PASCHAL:

 4        Q.   What I'm telling you it was mined by Mount

 5   Gox.

 6             MR. FREEDMAN:  Objection.

 7   BY MR. PASCHAL:

 8        Q.   Are you claiming ownership over that address?

 9        A.   That I don't know.  I don't know the specifics

10   of it.

11        Q.   And you know Bitcoin -- you know about Bitcoin

12   now, right?

13        A.   (Indicating).

14        Q.   You've studied it?

15        A.   Yes, I've read about it.

16        Q.   Do you own any Bitcoin?

17        A.   A little bit.

18        Q.   How much?

19             MR. FREEDMAN:  Objection.  Why do you need to

20        know how much Bitcoin he is holding?  Don't answer

21        the question until Mr. Paschal engages me on this.

22        Why do you need to know how much Bitcoin he is

23        holding?

24             MR. PASCHAL:  I'm not doing that.  If you're

25        asserting a privilege you can instruct him not to
```

```
 1   answer.  You have no basis.
 2       MR. FREEDMAN:  I certainly do.  You're not
 3   allowed to ask harassing questions.  I need to know
 4   why you need to know the amount of Bitcoin he
 5   currently has.  Why is that relevant to the suit?
 6   If you don't answer the question and you're not
 7   willing to explain to me your theory of relevance
 8   and why it's not harassing then I will instruct him
 9   not to answer.
10       MR. PASCHAL:  Vel, I don't need to explain
11   relevance and --
12       MR. FREEDMAN:  I believe that that question is
13   harassment so unless you tell me a reason why you
14   need to know it that's legitimate.
15       MR. PASCHAL:  Vel, I am going to have to file
16   a motion.
17       MR. FREEDMAN:  Okay.
18       MR. PASCHAL:  I don't want to get on the phone
19   with the Court.  Reinhart said he doesn't normally
20   do it.  I think this is an issue where this is a
21   clear example and there's plenty -- I think
22   Mr. Kleiman will have to come back for his depo.
23   Waste of time.  Can you write 10:58.
24       MR. FREEDMAN:  I'm asking you to state your
25   reasons.  You're refusing to do so.  You can bring
```

1    it up with the Court.

2         MR. PASCHAL:  Mr. Freedman, in a deposition

3    there's no requirement for me to explain relevance.

4         MR. FREEDMAN:  It's harassment.

5         MR. PASCHAL:  And relevance is not a basis for

6    you to instruct the witness not to answer.

7         MR. FREEDMAN:  I'm allowed to instruct the

8    witness not to answer questions that I deem to be

9    harassing the witness.

10        MR. PASCHAL:  On what privilege?

11        MR. FREEDMAN:  It's not a privilege, Bryan.

12        MR. PASCHAL:  I'm trying to figure out his

13   familiarity with Bitcoin.

14        MR. FREEDMAN:  You asked him how much Bitcoin

15   he has.  That's like asking how much money he has

16   in his bank account.  You're not entitled to ask

17   that question unless you can show me why it's not

18   harassment.

19        MR. PASCHAL:  You know Vel, I have to take

20   this to Court.  We are on a tight schedule for

21   discovery and it's unfortunate you would force

22   that.  Are you instructing him not to answer?

23        MR. FREEDMAN:  I am instructing him not to

24   answer.

25        MR. PASCHAL:  On harassing?

Ira Kleiman
January 10, 2020                                    87

```
 1        MR. FREEDMAN:  Yes.  Unless you can tell me a
 2   grounds for why it's not harassment to know what
 3   his amount of Bitcoin is.
 4        MR. PASCHAL:  Let's go off the record for a
 5   second.
 6        THE VIDEOGRAPHER:  Off record 10:57.  We're
 7   off.
 8        (Thereupon, a brief recess was taken.)
 9        THE VIDEOGRAPHER:  On record 11:02.
10        MR. FREEDMAN:  As I said just before off the
11   record I had an opportunity to talk with Ira.  He
12   disclosed to me how much Bitcoin he has and that he
13   does not mind telling you the amount as long as we
14   designate it confidential under the transcript so
15   with that I will allow him to answer that question.
16        MR. PASCHAL:  And Vel, I think your objection
17   you had no basis to instruct the witness not to
18   answer the amount of Bitcoin that he has.  It's
19   holding up this deposition.
20        We made an agreement that we can make a hard
21   stop at 4:00.  I make that as a last minute request
22   that you made of me but it's not fair the
23   deposition is getting held up because of objections
24   because of that have and we reserve our right to
25   file a motion to recall this witness.
```

Kleiman
January 10, 2020                                        88

```
 1            MR. FREEDMAN:  You can reserve your right.
 2       We'll obviously oppose it.  The five minutes it
 3       took to take this is a lot less than the breaks
 4       you've been taking to work out your computer
 5       issues.  The record will be what it will be and the
 6       Court will rule what it will rule.
 7            (Defendant's Exhibit No. 10 was
 8            marked for identification.)
 9  BY MR. PASCHAL:
10       Q.   I just handed you what we're marking as
11  Exhibit 10.  What do you recognize this document to be?
12       A.   The second amended complaint.
13       Q.   That you filed?
14       A.   Yes.  That my attorneys filed.
15       Q.   On your behalf; right?
16       A.   Yes.
17       Q.   Could you turn to paragraph two?
18       A.   Okay.
19       Q.   Actually skip that one.  Can you turn to
20  paragraph five?
21       A.   Okay.
22       Q.   On page three paragraph five goes into page
23  three.  You allege that -- you allege that certain
24  events happen in this district but one of them you say
25  that there was mining of a substantial amount of Bitcoin
```

```
 1   the use of computer equipment located within this
 2   district.  You see that?
 3        A.   Yes.
 4        Q.   What computer equipment is located in this
 5   district?
 6        A.   I don't know.
 7        Q.   Did you know when you filed this complaint?
 8        A.   Based off of information that Craig provided
 9   he said they did Bitcoin mining in the U.S.
10        Q.   When did Craig tell you that?
11        A.   I don't have the document in front of me.
12        Q.   Was it in an e-mail?
13        A.   I don't know.  I remember seeing some kind of
14   produced document stating that the mining took place.
15        Q.   Produced document.  When this document was
16   filed nothing had been produced.  What was your basis
17   for alleging there's a computer equipment located in
18   this district that mined substantial Bitcoin?
19        A.   It might be in an e-mail but I just don't
20   remember it.
21        Q.   Can you describe the computer equipment?
22        A.   I have never seen the computer equipment.
23        Q.   Have you done any -- have you taken any steps
24   to locate the computer equipment?
25        A.   No.
```



1     Q.   Let me ask a question about B.  Can you go to

2  paragraph 23.  You allege there are two methods of

3  acquiring Bitcoin.

4     A.   Okay.

5     Q.   How did you acquire your Bitcoin?

6     A.   You mean how did my brother?

7     Q.   How did you acquire your Bitcoin?

8     A.   I purchased my Bitcoin.

9     Q.   When did you purchase your Bitcoin?

10    A.   Several months after Craig contacted me.

11    Q.   How much Bitcoin did you purchase?

12         MR. FREEDMAN:

13

14         THE WITNESS:

15

16  BY MR. PASCHAL:

17    Q.

18    A.

19

20    Q.

21    A.

22    Q.

23

24    A.

25    Q.

```
1     ████████████████████████████████████
2            MR. FREEDMAN:  █████████████████████████
3     ██████████████████████████████
4            MR. PASCHAL:  ████████
5            MR. FREEDMAN:  ████████████████████
6     ██████████████████████████
```

7    BY MR. PASCHAL:

8        Q.   So in paragraph 23 basically you say you can

9    purchase Bitcoin from someone; right?  I don't want to

10   read the whole thing but you can purchase Bitcoin from

11   someone.  Do you agree with that?

12       A.   Yes, I believe so.

13       Q.   I guess the second way is to mine the Bitcoin;

14   right?

15       A.   Right.

16       Q.   For purposes of this lawsuit is W&K or the

17   estate seeking Bitcoin that were purchased or mined?

18            MR. FREEDMAN:  Objection.

19            THE WITNESS:  If there was participation -- if

20       there was participation involving W&K then whether

21       it was mined or purchased.

22   BY MR. PASCHAL:

23       Q.   Which of your claims do you allege -- which of

24   your claims do you assert a claim for purchased Bitcoin?

25            MR. FREEDMAN:  Objection, calls for a legal

```
1        conclusion.
2              THE WITNESS:  I don't know.
3    BY MR. PASCHAL:
4        Q.   So if Craig Wright purchased Bitcoin in 2016
5    does that belong to Bitcoin that W&K mined?
6              MR. FREEDMAN:  Objection, calls for a legal
7        conclusion.
8              THE WITNESS:  I don't know if that purchase
9        stemmed from funds that originated from W&K so I
10       don't know.
11   BY MR. PASCHAL:
12       Q.   Can you turn to paragraph 32?
13       A.   Okay.
14       Q.   You talk about Hal Finney.  Have you ever met
15   Hal Finney?
16       A.   No.
17       Q.   Have you ever spoken with him?
18       A.   No.
19       Q.   To your knowledge did Dave Kleiman ever meet
20   Hal Finney?
21       A.   Not that I'm aware of.
22       Q.   Did he ever speak to Hal Finney?
23       A.   Not that I'm aware of.
24       Q.   Can you turn to paragraph 48.  In the
25   second -- third sentence you allege that on March 22nd
```

David Kleiman
January 10, 2020                                            93

```
1    2013 Dave signed out of the hospital against medical
2    advice.  He was unstable and nearing death.  How did you
3    know that?
4         A.   I think I received some reports from the
5    hospital and I also from word of mouth.
6         Q.   When did you receive the reports from the
7    hospital?
8         A.   I think I may have requested them sometime
9    after 2016.  I don't recall the exact date.
10        Q.   Did you ever learn why Dave checked himself
11   out of the hospital?
12        A.   I can only guess.  I don't know why.
13        Q.   Is it your understanding that Dave did not
14   like being in the Miami V.A.?
15        A.   I would imagine anyone wouldn't want to be in
16   the hospital for a long period of time.
17        Q.   Can you go to paragraph 52.
18        A.   Okay.
19        Q.   You allege that Dave had a long time interest
20   in cyber security, digital forensics and in the future
21   of money.  What is your basis to say that Dave had a
22   long time interest in the future --
23        A.   I don't think I'm on the same --
24        Q.   52?
25        A.   Page 52?
```

Ira Kleiman
January 10, 2020                                    94

```
 1          Q.   No, paragraph 52.  I'm going to go by
 2   paragraphs.
 3          A.   Dave and Craig met in and around --
 4          Q.   Yes.  You say both men had a long time
 5   interest in cyber security and digital forensics and the
 6   future of money?
 7          A.   Okay.
 8          Q.   What is your basis to allege that Dave had an
 9   interest in the future of money?
10          A.   Based on the story that he told me in 2009
11   that he was creating his own money.
12          Q.   So from that one story you determined that he
13   had a long time interest in the future of money?
14          A.   Not just that.  Then after Craig contacted me
15   and told me about their partnership it appeared they
16   both had interest in it.
17          Q.   So the only time Dave ever told you he had an
18   interest in the future of money is at the Thanksgiving
19   dinner?
20          A.   Yes.
21          Q.   He's never mentioned that to you before?
22          A.   No.
23          Q.   He never mentioned that to you afterwards?
24          A.   No.
25          Q.   Can you go to paragraph 62.  You say that on
```

```
 1   May 20th 2014 Ira shared this story with Craig via mail.
 2   Isn't it true Craig reached to you first or your father
 3   and then you?
 4       A.   Yes, he reached out to my father I think a
 5   couple days first, yes.
 6       Q.   Dr. Wright was the one who actually informed
 7   you that Dave may have Bitcoin?
 8       A.   I think the first person was Patrick Paige.
 9       Q.   Because Craig contacted Patrick Paige?
10       A.   Yes.
11       Q.   Then Craig contacted you?
12       A.   Then I contacted Craig.
13       Q.   So Craig reached out to Dave's best friend to
14   tell him that Dave may have some involvement with
15   Bitcoin?
16       A.   Yes.
17       Q.   Then Patrick tells you --
18       A.   He first reached out to my dad.  He realized
19   my dad is I.T. illiterate.  That's why he reached out to
20   Patrick because Patrick knows computers.  So Patrick
21   could possibly help my dad.
22       Q.   So it was Craig Wright who told -- through
23   Craig Wright that you learned that Dave may have some
24   involvement in Bitcoin?
25       A.   Yes.
```

David Kleiman
January 10, 2020                                         96

```
 1          Q.   If Craig never reached out to you would you
 2    have learned about Dave's potential involvement in
 3    Bitcoin?
 4               MR. FREEDMAN:  Objection, calls for
 5          speculation.
 6               THE WITNESS:  I don't know.
 7    BY MR. PASCHAL:
 8          Q.   Can you go to paragraph 65.  "From the
 9    collaboration in 2008 until Dave's death in 2013 Craig
10    and Dave mined over a million of initial Bitcoin
11    together personally and through W&K."  What is your
12    basis that Craig and Dave mined over a million initial
13    Bitcoin together?
14          A.   The basis is again falls back on Dave's story
15    to me telling me that he was creating his own money back
16    when Bitcoin was first being created.
17          Q.   Okay.  So your basis for this allegation --
18          A.   And based upon he said he was working with a
19    foreign individual and that when Craig contacted me it
20    matched up with his story.
21          Q.   And again have you identified any other
22    witness who heard or could testify that Dave said he was
23    working on creating digital money?
24          A.   No, I haven't.
25          Q.   None of his friends?
```

Kleiman
January 10, 2020                                        97

```
 1        A.   Not that I'm aware of.

 2        Q.   Not his fiancee?

 3        A.   I don't know.  You would have to ask her.

 4        Q.   Not the child that lived with Dave?

 5        A.   You would have to ask him.

 6        Q.   None of his best friends; right?

 7        A.   You would have to ask them.

 8        Q.   Did anybody else at the Thanksgiving dinner

 9   hear this?

10        A.   Like I said my wife and my dad was in the

11   kitchen and my daughter is six months years old.

12        Q.   Did you tell your dad and your wife what --

13        A.   Did I --

14        Q.   -- what Dave told you?

15        A.   No.

16        Q.   So the only person who could testify that Dave

17   Kleiman told you about digital currency is you?

18        A.   It was a very brief conversation.

19        Q.   That somehow serves the basis for you to

20   allege that he mined a million Bitcoin?

21        A.   Yes.

22        Q.   At the end of this allegation you allege that

23   Craig has now -- Bitcoin is stored in specifically

24   identifiable Bitcoin wallets that Craig has now asserted

25   ownership over.  How has Craig asserted ownership over
```

1    those Bitcoin wallets?

2         A.   He's taken control of them.  He's never

3    returned anything to the estate.

4         Q.   How has he taken control over them?

5         A.   Transferring them out of W&K.

6         Q.   The Bitcoin wallets?

7         A.   Or he already had access to them.  That he

8    shared with Dave.

9         Q.   Do you think he took Dave's private keys?

10        A.   It's a possibility.

11        Q.   Do you have any evidence of that?

12        A.   I don't know.

13        Q.   You said it's a possibility but isn't it a

14   possibility that the private keys could be in the

15   encrypted files?

16             MR. FREEDMAN:  Objection, calls for

17        speculation.

18             THE WITNESS:  I don't know.

19   BY MR. PASCHAL:

20        Q.   So you have no evidence that Craig took the

21   private keys.  I need to understand what is your basis?

22   What are you going to tell the jury to establish that

23   Craig is now asserted ownership over?

24             MR. FREEDMAN:  Objection, mischaracterizes his

25        testimony.

```
 1            THE WITNESS:  Can you repeat the question?
 2  BY MR. PASCHAL:
 3       Q.   If this was a jury what are you going to tell
 4  them to explain that Craig Wright asserted ownership
 5  over Bitcoin wallet?
 6            MR. FREEDMAN:  Objection, calls for a legal
 7       conclusion.
 8            THE WITNESS:  I believe W&K was a partnership
 9       between Craig and Dave and I believe they mined
10       Bitcoin from the very beginning and my brother is
11       entitled to at least a portion of them.
12  BY MR. PASCHAL:
13       Q.   Where are the Bitcoin now?
14       A.   I believe Craig controls them.
15       Q.   You believe Dave and Craig created Bitcoin
16  together?
17       A.   Yes.
18       Q.   Would that make them Satoshi Nakamoto?
19       A.   I believe so.
20       Q.   So -- I don't know do you know that Satoshi
21  mined Bitcoin and never moved?
22       A.   Yes.
23       Q.   So how is Craig moving those Bitcoin if
24  they've never been moved?
25       A.   Just because they haven't moved yet doesn't
```

Ira Kleiman
January 10, 2020                                                      100

```
1    mean he doesn't control them.

2         Q.   So we're in 2020.  So for seven years they

3    never moved and you think he controls them?

4         A.   Yes.

5         Q.   Based on what evidence?

6         A.   I don't know.

7         Q.   This is a jury trial.  What evidence can you

8    tell the jury that Craig Wright stole Bitcoin that have

9    never moved for seven years?

10        A.   I don't know.

11        Q.   And you know Craig Wright has an interest in

12   proving he is Satoshi Nakamoto; right?

13        A.   Yes.

14        Q.   Wouldn't it make sense for him to move one of

15   those Bitcoin if he could?

16             MR. FREEDMAN:  Objection.

17             THE WITNESS:  Not necessarily.

18   BY MR. PASCHAL:

19        Q.   Well, he would want to prove that those are

20   his Bitcoin.

21        A.   He might have reasons --

22             MR. FREEDMAN:  There's no question pending,

23        Ira.

24   BY MR. PASCHAL:

25        Q.   He would want to prove that he wanted to move
```

```
1   those Bitcoin and prove he is Satoshi; right?

2           MR. FREEDMAN:  Objection.

3           THE WITNESS:  I don't know.

4   BY MR. PASCHAL:

5       Q.   So in this partnership -- let me ask you.

6   Dave was obviously a very smart guy; right?

7       A.   Yes.

8       Q.   If Craig and Dave secured their Bitcoin

9   together don't you think Dave would have a key too to

10  access that Bitcoin?

11      A.   I don't know.

12          MR. FREEDMAN:  Objection.

13  BY MR. PASCHAL:

14      Q.   And do you have any evidence to suggest that

15  Dave never had any keys to access this Bitcoin fortune?

16      A.   I don't know.

17      Q.   You're familiar with a safety deposit box;

18  right?

19      A.   Yes.

20      Q.   It takes two keys to open up the box?

21      A.   Yes.

22      Q.   What happens if you can't have one of the keys

23  you can't open the box, can you?

24      A.   Right.

25      Q.   So if Craig Wright had a key to the Satoshi
```

```
1    blocks and Dave had a key to the Satoshi blocks do you

2    know where Dave's key is?

3            MR. FREEDMAN:  Objection, calls for

4        speculation.

5            THE WITNESS:  I don't know where Dave's key

6        is.

7    BY MR. PASCHAL:

8        Q.   Could it be on the encrypted file?

9        A.   I don't know.

10           MR. FREEDMAN:  Objection.

11   BY MR. PASCHAL:

12       Q.   Could it be on the drives that you

13   reformatted?

14           MR. FREEDMAN:  Objection.

15           THE WITNESS:  I don't know.

16   BY MR. PASCHAL:

17       Q.   Could it be on any of the encrypted partitions

18   of the hard drives that Dave Kleiman has?

19           MR. FREEDMAN:  Objection, speculation.

20           THE WITNESS:  I don't know.

21   BY MR. PASCHAL:

22       Q.   But you could say possibly it's there?

23           MR. FREEDMAN:  Objection, speculation.

24           THE WITNESS:  Did you want me to guess?

25
```

Ira Kleiman
January 10, 2020                                    103

```
 1   BY MR. PASCHAL:
 2       Q.   No, I'm just asking.  Do you have any evidence
 3   to say that it's definitely not there?
 4       A.   I don't know.
 5       Q.   You don't know if you have evidence to say
 6   that it's not there?
 7       A.   I don't know.  It could be -- you're asking
 8   about what's on the encrypted file?  Anything could be
 9   on the file.
10       Q.   Can you turn to paragraph 66.
11       A.   Paragraph what?
12       Q.   Paragraph 66.
13       A.   Okay.
14            MR. PASCHAL:  Off the record real quick.
15            (Discussion held off the record.)
16            MR. PASCHAL:  Back on the record.
17   BY MR. PASCHAL:
18       Q.   Paragraph 66 okay you allege that Dave in
19   partnership with Craig created intellectual property
20   both in his individual capacity and through W&K.  Can
21   you please -- let me say this.  You understand that this
22   case is filed in 2018; right?
23       A.   Yes.
24       Q.   We've had about a year of discovery; right?
25       A.   Yes.
```

```
 1        Q.   There's been ten -- hundreds of thousands of
 2   documents produced in this case?
 3        A.   Yes.
 4        Q.   And discovery ends next week?
 5        A.   Yes.
 6        Q.   We have deposed numerous individuals?
 7        A.   Yes.
 8        Q.   Please identify the intellectual property that
 9   Dave and Craig created.
10             MR. FREEDMAN:  Objection.
11             THE WITNESS:  I believe it was any block chain
12        Bitcoin related I.P. that was created prior to
13        mining Bitcoin and any I.P. that originated -- that
14        had to take place with the Australian judgment
15        against W&K.
16   BY MR. PASCHAL:
17        Q.   Okay.  Again we're at the close of discovery
18   and there's a jury trial.  Can you please explain to the
19   jury specifically what is it that was stolen, what
20   intellectual property was stolen, was it a trade secret?
21             MR. FREEDMAN:  Objection, calls for a legal
22        conclusion.
23             THE WITNESS:  I don't have the specific
24        details in front of me.  I believe there are some
25        documents that explain what the I.P. is.
```

Ira Kleiman
January 10, 2020                                    105

```
 1    BY MR. PASCHAL:

 2         Q.   What is the I.P. worth?

 3              MR. FREEDMAN:  Objection, calls for expert

 4         testimony.

 5              THE WITNESS:  An expert would have to evaluate

 6         it.

 7              MR. PASCHAL:  Didn't we have an agreement that

 8         it was objection to form?

 9              MR. FREEDMAN:  I thought we did but nobody

10         respected it on your side so.

11              MR. PASCHAL:  So that agreement is gone I

12         guess.

13    BY MR. PASCHAL:

14         Q.   So today you have no idea what the value of

15    the intellectual property would be?

16         A.   I could only guess.

17              MR. FREEDMAN:  If you give me a standing

18         objection to all questions I won't object.

19              MR. PASCHAL:  Whatever you want to do.  I

20         just --

21              MR. FREEDMAN:  Okay.

22              MR. PASCHAL:  Let's do that.  Standing -- I

23         don't mind.

24              MR. FREEDMAN:  Okay.

25
```

Ira Kleiman
January 10, 2020                                106

```
 1   BY MR. PASCHAL:
 2        Q.   Then the next paragraph you allege that the
 3   exact structure of the joint mining activities,
 4   intellectual property development partnership from 2008
 5   to 2011 -- February 2011 requires discovery to fully
 6   reveal.  Discovery again is ending next week.  What is
 7   the exact structure of their joint mining activities,
 8   intellectual property development and partnership from
 9   2008 through February 2011?
10        A.   What paragraph?
11        Q.   67.
12        A.   What's the question?
13        Q.   You say the exact structure of the joint
14   mining activities, intellectual property development and
15   partnership from 2008 until February 2011 requires
16   discovery to fully reveal.
17             As you know discovery ends next week.  Can you
18   please state the exact structure of their joint mining
19   activity intellectual property development and
20   partnership from 2008 until February 2011?
21        A.   I don't know the inside details of how they
22   structured things but whatever mining occurred I believe
23   they both had rights to it.  Whatever I.P. was created
24   they both had rights to it.
25        Q.   But you don't know what an I.P. is?
```

Ira Kleiman
January 10, 2020                                    107

1        A.   I don't have the details right in front of me
2   but yes, I believe there are documents that detail some
3   of it.
4        Q.   What documents would that be?
5        A.   I don't recall at this moment what was on
6   them.
7        Q.   Since filing the complaint what evidence have
8   you obtained to support this allegation?
9        A.   What allegation?
10        Q.   The one we're talking about, 67.
11        A.   Like I said I believe there are documents that
12   refer to the I.P. that they created.
13        Q.   You don't know what documents those are?
14        A.   Not offhand.
15        Q.   Your next allegation in 68 you say "from
16   February 2011 Craig and Dave conducted their Bitcoin
17   mining activities, intellectual property research and
18   development through W&K."  In February 2011 was Dave in
19   the Miami V.A. hospital?
20        A.   I don't know.  I just knew it was routine for
21   him to go there and then return home but I don't know if
22   he was in the hospital on that date.
23        Q.   You said you got his medical records; right?
24        A.   Yes, but I don't remember all the details of
25   it.

Ira Kleiman
January 10, 2020                                          108

1        Q.   In your complaint you alleged earlier in your

2   complaint you said earlier you got the medical records.

3   He was in the hospital continuously 2011 to 2013?

4        A.   He was in the entire time from -- what's that?

5        Q.   He would get a day pass to leave every once in

6   a while from 2011 to 2013 he was in the hospital.

7        A.   Okay.

8        Q.   I mean I'm asking you is that portion of your

9   complaint accurate, is the medical record accurate, I'm

10  not sure your understanding?

11       A.   You just don't remember.

12       Q.   So is it your position that Dave was

13  conducting Bitcoin mining activities and developing

14  intellectual property while he was in the Miami V.A.?

15       A.   I know that he kept his computer with him the

16  entire time that he was in the hospital so he could

17  certainly remotely log in to access mining server that's

18  stored wherever.

19       Q.   Let's break that down.  Mining server.  Where

20  is the mining server?

21       A.   I don't know.

22       Q.   Do you have any evidence that Dave had a

23  mining server?

24       A.   Well, if they were mining I would imagine they

25  had some kind of mining equipment.

Derek Kleiman
January 10, 2020                                    109

```
 1          Q.    Do you have any evidence that they have mining
 2    equipment?
 3          A.    I don't know.  I don't know if I've seen
 4    documentation that refers to mining equipment or not.
 5          Q.    Have you ever seen the mining equipment?
 6          A.    Have I personally, no.
 7          Q.    You're saying he is on his computer remoting
 8    into this hypothetical mining equipment --
 9          A.    That's just speculation.
10          Q.    You're guessing?
11          A.    Yes.
12          Q.    Dave his expertise was being a computer
13    forensic analyst or computer forensic expert; right?
14          A.    Yes.
15          Q.    So he would have to do work on his computer,
16    right?
17          A.    Yes.
18          Q.    When he was in the hospital he couldn't do his
19    work, could he?
20          A.    I don't know what he was doing.
21          Q.    Well, he couldn't make money to pay his bills.
22          A.    I don't know.  He didn't discuss his bills
23    with me.  I don't know what was occurring in his
24    financial situation.
25          Q.    Well, I mean -- he charged $450 an hour to be
```

Dave Kleiman
January 10, 2020                                              110

1    an expert don't you think he would do a couple hours of

2    work so he can pay his cell phone bill; right?

3         A.   I don't know.

4         Q.   But your position he was in the Miami V.A.

5    developing intellectual property and mining Bitcoin on

6    some hypothetical mining server that's located I don't

7    know where?

8         A.   The I.P. could have been created long before

9    he was in the hospital.

10        Q.   Here you're alleging in February 2011 is that

11   allegation wrong?

12        A.   Not necessarily because I don't know exactly

13   what he was doing in the hospital.

14        Q.   Under the penalty of perjury today can you say

15   that from its inception Dave Kleiman or you were the

16   only member of W&K?

17        A.   I believe Dave was the only member and that

18   I'm currently the only member.

19        Q.   Based on what evidence?

20        A.   Based on the documents.

21        Q.   What documents?

22        A.   When you go to the SunBiz Web site I thought

23   it listed Dave as the only member.

24        Q.   You're aware that not all members are required

25   to be listed on SunBiz.org, right?

1      A.   I don't know.

2      Q.   So SunBiz and we'll find the e-mail.  Do you

3  recall sending an e-mail to the Department of Finance?

4      A.   No.

5      Q.   We'll get that for you in a second.  You don't

6  recall the Department of Finance telling you that all

7  members do not need to be listed on --

8      A.   They may have.

9      Q.   Okay.

10     A.   I won't rely just on the SunBiz stuff.  I

11  think there was also some other document stating Dave

12  was the only member.

13     Q.   What document is that?

14     A.   I'm not sure if it had -- I don't remember.

15     Q.   What did it look like?

16     A.   I don't remember but I do believe -- I did see

17  something stating Dave was the only member.

18     Q.   But you can't tell us anything about that

19  document?

20     A.   I don't have it in front of me.  I have to go

21  look for it.

22     Q.   Come back to W&K in a second.  Can you go to

23  paragraph 93?

24     A.   Okay.

25     Q.   You say "the mined Bitcoin was stored in

Ira Kleiman
January 10, 2020                                            112

1   wallets in possession of Craig, Dave and W&K and certain
2   trusts."  Where are those trusts?
3        A.   I only know the trusts that Craig has
4   mentioned.
5        Q.   You have no other evidence of trusts; right?
6        A.   No.
7        Q.   Then you say "these wallets were not used for
8   any purpose but store the Bitcoins for sale at a future
9   date."  What is your basis for that allegation?
10       A.   What number?
11       Q.   Same one, 93.
12       A.   These wallets were not used for any purpose.
13   I don't know what the exact purpose the wallets were
14   used for.
15       Q.   Since you made this you don't know -- so you
16   have no basis for this allegation?
17       A.   Well, I'm getting a little confused.  Which
18   wallets are we talking about?
19       Q.   The wallets that you are alleging in this
20   paragraph.
21       A.   Which wallets are those?
22       Q.   You say the mined Bitcoins are stored on
23   wallets in the possession of Dave, Craig, W&K and also
24   in trust.  These wallets were not used for any purpose
25   but to store the Bitcoin for sale at some future date.

Ira Kleiman
January 10, 2020                                      113

1   That second sentence what basis do you have to make that

2   allegation?

3        A.   Are we talking about the Bitcoin that has

4   never moved?

5        Q.   Whatever Bitcoin you're referring to in this

6   allegation.  Sir, this is your complaint.

7        A.   Yes, if they've never moved then perhaps there

8   was a purpose for not moving them.

9        Q.   So you're guessing in this allegation that

10  these wallets were not used for any purpose but to store

11  the Bitcoin for sale at some future date.  Was that a

12  guess?

13       A.   I don't know.

14       Q.   Sir, I just need the basis for the allegation

15  that you made against Dr. Craig Wright in this complaint

16  and you know discovery is one week away.  We need an

17  answer.  Either there's a basis or there is not.  You

18  allege these wallets were not used for any purpose but

19  to store the Bitcoins for sale at some future date.

20       A.   Yes, I don't know.  I don't have an answer.

21       Q.   So there's no basis for this allegation?

22       A.   I didn't say that.  I just said --

23       Q.   I'm asking --

24       A.   I don't know what the purpose.

25       Q.   Are you saying you don't know what the basis

 1    is?

 2         A.   No.  I'm saying I don't know what the purpose

 3    of storing.

 4         Q.   Mr. Kleiman, I need an answer to my question,

 5    okay.  Just my question and it was a very narrow one.

 6    What is the basis for the second sentence in this

 7    allegation?  What evidence do you have to make this

 8    allegation?

 9         A.   I don't have an answer for it.

10         Q.   Do you understand in this deposition you have

11    to answer the question?

12         A.   Yes.

13         Q.   So you made an allegation and I'm asking you

14    what is the basis, what is the evidence for the

15    allegation that you've made against Dr. Craig Wright.

16    Sorry, in a deposition you can't say "I don't have an

17    answer for you?"

18              MR. FREEDMAN:  Not true.  Witness told you

19         multiple times he doesn't know the answer.  You can

20         ask one more time and then I'll ask you to move on.

21              THE WITNESS:  My answer is the same.  I don't

22         know.

23    BY MR. PASCHAL:

24         Q.   You don't know the basis for the allegation?

25         A.   No, I don't know what the -- what the purpose

Ira Kleiman
January 10, 2020                                    115

1   of -- why they stored the Bitcoin.

2       Q.   Mr. Kleiman, that's not my question.  I'm not

3   asking you the purpose.  That is not my question, okay?

4   My question is what is the evidence and what is the

5   basis for the second sentence in this allegation?

6       A.   I don't know.

7       Q.   That's an answer.  In the next allegation you

8   say, 94, you say "as partners from 2008 to 2011 and then

9   in some form of co-owners, members of W&K from 2011 to

10  2013 Dave and Craig shared the private keys of the

11  Bitcoin they mined."  What is the basis for this

12  allegation?

13      A.   Because they -- they were mining from the very

14  beginning.  They had a partnership.

15      Q.   When you say they shared private keys do you

16  mean that Craig gave Dave his private keys or Dave gave

17  his private keys or they both had private keys?

18      A.   It was probably vice versa.

19      Q.   Can you explain?

20      A.   That you probably shared one another's keys.

21  They probably shared access somehow.

22      Q.   Why do you think they would both share that,

23  their own private keys with each other?

24      A.   I didn't say they -- the Bitcoin were owned by

25  both of them.  Therefore they both shared access to

Dr. Kleiman
January 10, 2020                                          116



     1    them.

     2         Q.   How did they share access to them?

     3         A.   There is multiple ways they can share access

     4    to them.

     5         Q.   Is one a Shamir Scheme?

     6         A.   I don't know.

     7         Q.   Because that's kind of like a safety deposit

     8    box; isn't it?

     9         A.   I don't really know what the Shamir Scheme is.

    10         Q.   █████████████████████████████████████████████

    11    ████████████████████████

    12         A.   ██████████████████████████

    13              MR. FREEDMAN:  ███████████████████████████████

    14    ██████████████████████████████████████████████████████

    15    ███████████████████████████████████

    16              THE WITNESS:  █████████████████████████████

    17    BY MR. PASCHAL:

    18         Q.   ██████████████████████████████████████████████

    19         A.   █████████████████████████████████████████

    20    ███████████████████████████████

    21         Q.   █████████████████████████████████████

    22         A.   ███████████

    23              MR. FREEDMAN:  ██████████████████████████████

    24              MR. PASCHAL:  ██████████

    25              MR. FREEDMAN:  ██████████████████████████████

Ira Kleiman
January 10, 2020                            117

1    ██████████████████████████████████

2    BY MR. PASCHAL:

3         Q.   To be clear you don't have any evidence that

4    Dave and Craig shared the private keys to the Bitcoin

5    they mined?

6         A.   I believe they did share.

7         Q.   Since filing this complaint through all the

8    discovery we've done what is that belief based on?

9         A.   I believe there are documents that refer to

10   them.

11        Q.   That refer to the private keys?

12        A.   Possibly.

13        Q.   What documents are those?

14        A.   May have been something documents produced to

15   us.

16        Q.   What document supports that allegation?

17        A.   I don't have the document in front of me.

18        Q.   You said you don't have the document in front

19   of you.  Can you tell us what any of these documents

20   look like that you're saying support this allegation?

21        A.   No.

22        Q.   So if you're testifying in front of a jury

23   right now your testimony would be there are documents I

24   just don't know what they are?

25        A.   If I was testifying in front of a jury I would

Dave Kleiman
January 10, 2020                                      118

1    probably have the documents with me.

2         Q.   I'm asking you -- that's the purpose of this

3    deposition.  I'm trying to figure out what evidence do

4    you have to support this?

5         A.   Yes, I believe I've seen documents that refer

6    to it.  I just don't have them with me.

7         Q.   And you have no idea what those documents look

8    like?

9         A.   They look like the thousands of other

10   documents that were produced to us.

11        Q.   So you have these unidentified documents that

12   would support this allegation.  Do you have any witness

13   testimony?

14        A.   Witness testimony?

15        Q.   Yes.

16        A.   Not that I'm aware of.

17        Q.   Can you go to paragraph 70 so you have to go

18   back a few pages.  You've seen the e-mails between Craig

19   Wright and Lynn Wright and Dave Kleiman; right?

20        A.   Yes, I've seen some of them.

21        Q.   You saw the ones that were exchanged the day

22   before -- actually I think the same day of W&K's

23   formation; right?

24        A.   I'm not sure which specific one you're talking

25   about.

```
1              MR. PASCHAL:  Julio is going to get the
2        attachment to this document but just assume the
3        attachment is the draft of the articles of
4        incorporation and I'll show it to you as soon as he
5        gets it.
6              (Defendant's Exhibit No. 11 was
7              marked for identification.)
8   BY MR. PASCHAL:
9        Q.   You see this e-mail from Dave Kleiman it's to
10  CraigWright@[              ]   and
11  LynnWright@[              ]         Do you see the date
12  on this e-mail?
13       A.   Yes.
14       Q.   February 15, 2011.  W&K was created on
15  February 16, 2011; right?
16       A.   Yes, I believe so.
17       Q.   You see Dave saying last page of the attached
18  "do you think I can list you as an MGR or MGRM with a
19  foreign address or do you think they would kick it
20  back?"  What do you think MGR means?
21       A.   Like manager.
22       Q.   What do you think MGRM means?
23       A.   Managing member.
24       Q.   Who is Dave asking this question to?
25       A.   Where is the -- where is it being -- who is
```

Dave Kleiman
January 10, 2020                                        120

1    sending it?

2         Q.   At the top.  It says from Dave Kleiman.

3         A.   To Craig.

4         Q.   Craig and who?

5         A.   And Lynn.

6         Q.   You see the domain name for Craig and Lynn?

7         A.   Yes.

8         Q.   What is the domain name?

9         A.   ███████████████████████

10        Q.   Are you familiar with Information Defense PTY?

11        A.   I think I've heard of it.

12        Q.   You understand that was Craig and Lynn's

13   company?

14        A.   I believe so.

15        Q.   Dave was asking this of them right before --

16   the day before he files the articles of incorporation

17   for W&K; right?

18        A.   Yes.  Yes.

19        Q.   Now, we just spoke about Information Defense

20   PTY.  It would be helpful if you gave me the documents.

21   Do you realize there's a Court settlement divorce

22   settlement between Craig Wright and Lynn Wright?  Have

23   you heard of it?

24        A.   I've heard of it.  I don't know when it

25   occurred.

1      Q.   Do you realize in that settlement Information

2   Defense PTY and W&K, any interest in W&K Craig disclaims

3   it?

4      A.   I don't know.

5      Q.   This is a public document, a part of their

6   divorce?

7      A.   Okay.

8      Q.   Now, Dave is talking to Craig and Lynn about

9   forming W&K Information Defense.  You see that?

10     A.   Yes.

11     Q.   Why is he asking him whether or not they can

12  be listed as a manager or managing member?

13     A.   I don't know.

14     Q.   Why is there a court settlement stating that

15  Lynn Wright would have anything to do with W&K and

16  Information Defense that's a part of the settlement?

17     A.   I don't know.

18     Q.   I need to know the answer to these questions

19  because in papers you've called my client a fraud

20  because you said he has no interest in W&K.  And here

21  and as soon as Julio comes back we're going to show you

22  the court settlement that says Lynn Wright has an

23  interest and he told Dave Kleiman that Lynn is going to

24  take this over, I don't want this.  Did you contact Lynn

25  Wright before you reinstated W&K?

1      A.    Did I, no.

2      Q.    You had this document though, right?

3      A.    Yes.  I have many documents from Craig.

4      Q.    You had --

5            MR. FREEDMAN:  Let the witness finish the

6      statement.

7   BY MR. PASCHAL:

8      Q.    Were you finished?

9      A.    Many of them are fraudulent e-mails.

10     Q.    Okay.  Do you have any reason to doubt this

11  e-mail?

12     A.    I don't know.  You would have to ask an expert

13  about it.

14     Q.    Are any of the fraudulent e-mails or

15  fraudulent -- purported fraudulent e-mails or fraudulent

16  documents, aren't they the same document you're using to

17  support your claims?

18     A.    I don't know.  There's a lot of e-mails and

19  documents.

20     Q.    I know.  I know you said that.  If there's a

21  lot of forged documents, a lot of false testimony and a

22  lot of forged documents how are they also supporting

23  your claims that Craig Wright and Dave or Satoshi with

24  millions of Bitcoin out there?  I want the jury to know

25  which truth -- which falsehood -- what should the jury

Ira Kleiman
January 10, 2020                              123

```
 1   believe?

 2        A.   It's up to the jury.

 3        Q.   I need to understand from you though because

 4   so far what I've gathered is the only evidence you have

 5   comes from Craig Wright.  Do you agree with that?

 6        A.   No.  Some of the evidence comes from what my

 7   brother told me.

 8        Q.   That conversation that nobody else heard and

 9   nobody else has spoken about and none of his friends,

10   his fiancee or the son -- the young man who calls him

11   father can corroborate?  Other than that is the only

12   evidence you have Craig Wright or stuff that Craig

13   Wright said?

14        A.   Yes.  Most of the evidence is from Craig and

15   my brother.

16        Q.   I need to break that up because there's one

17   conversation you claim to have had with your brother,

18   right?

19        A.   Yes.

20        Q.   That nobody heard; right?

21        A.   That I heard, yes.

22        Q.   And -- but that conversation didn't include

23   having millions of Bitcoin, did it?

24        A.   At that point they weren't worth anything.

25        Q.   I said millions of Bitcoin, doesn't matter
```

Ira Kleiman
January 10, 2020                                124

```
 1   what they're worth.
 2        A.   I don't think they had millions of Bitcoin
 3   even in -- I mean in late 2009.
 4        Q.   Sorry, go ahead.
 5        A.   By that time.  They probably didn't mine that
 6   much yet.
 7        Q.   But in that conversation about digital money
 8   you did testify that he didn't mention a word about
 9   Bitcoin.
10        A.   Can you say that again?
11        Q.   In that conversation you testified he didn't
12   mention anything about Bitcoin?
13        A.   Yes, correct, yes, digital currency or digital
14   money.
15        Q.   So he never told you anything about Bitcoin?
16        A.   Aside from the logo he drew, no.
17        Q.   So the other rest of the evidence comes from
18   Craig Wright?
19        A.   Yes.
20        Q.   Your documents, all of your documents --
21   evidence comes from Craig Wright?
22        A.   Yes, from his word.  He told me they were
23   partners.  They mined a lot of Bitcoin.
24        Q.   Now, if you're saying that Craig Wright and
25   you just said it and it is your belief and your
```

Ira Kleiman
January 10, 2020                                      125

```
 1   counsel's argued it that he is lying, he is forging
 2   documents why should the jury believe those documents or
 3   what he is saying then?  I want to know which is --
 4        A.   Because he has everything.  My brother's left
 5   with nothing.  He's creating fraudulent documents that
 6   benefit himself.
 7        Q.   I mean some of the documents the fraudulent
 8   documents they're attached to your complaint to support
 9   your claims.
10        A.   I don't know exactly what specific documents
11   you're talking about.
12        Q.   What document do you have to show that there's
13   a million Bitcoin or any Bitcoin?
14        A.   I don't have the documents in front of me.
15        Q.   Can you name any document?
16        A.   Not off the top of my head, no.
17        Q.   You have hundreds of thousands of documents.
18   Sir, we've been litigating for two years.  You have --
19   you've been investigating this yourself for many years,
20   right?
21        A.   Yes.
22        Q.   You can't tell the jury a single one document
23   that says there's a lot of Bitcoin out there?
24        A.   Not at this moment.  I don't have them with
25   me.
```

Ira Kleiman
January 10, 2020                              126

1         Q.   When you look at -- could you go to paragraph

2    70.  You say "W&K has no operating agreement and its

3    exact ownership structure is unclear due to Craig's

4    contradictory statements."  Since you made this

5    allegation what evidence do you have to establish that

6    you are the sole owner of W&K?

7         A.   Based on the document that I saw that listed

8    my brother as the only member.

9         Q.   That document was attached with this

10   complaint.  So you had that document when you made this

11   statement that it's unclear -- that its ownership

12   structure is unclear.  Since you made that allegation

13   what evidence have you obtained to say that you are the

14   owner of W&K?

15        A.   I don't know.  Again I would have to go look

16   at all the documents.  I don't have them with me.

17        Q.   You can't name a single document that says you

18   own W&K?

19        A.   No.

20        Q.   And if Lynn Wright had an interest in W&K did

21   you on rob her of her interest when you reinstated the

22   company?

23        A.   Again I don't know if this is a fraudulent

24   e-mail or not.

25        Q.   Let's assume that it's an accurate e-mail,

1   okay.

2       A.   You're asking me to speculate?

3       Q.   Not asking you to speculate.  If Lynn Wright

4   has an interest in the company did you steal her

5   interest in the company when you reinstated W&K?

6       A.   I'm not going to speculate.  I don't know what

7   Lynn Wright's situation is.

8       Q.   Since you made this allegation that it's

9   unclear the ownership structure of W&K what steps did

10  you take to investigate whether or not you are really in

11  fact the owner of W&K?

12      A.   Based on the information that my brother was

13  the sole managing member.

14      Q.   And again what information was that?

15      A.   I don't have the documents with me.

16      Q.   You can't name a single document?

17      A.   I don't remember thousands of documents.

18      Q.   You think there's thousands of documents that

19  show that you are the sole member of W&K?

20      A.   No.  No, I'm talking about everything that was

21  produced to us and just the totality of everything.

22  Just it's confusing stuff.  I don't remember all these

23  documents but don't worry, we'll produce it.

24      Q.   I don't care about producing documents.

25  You're here to testify.  We're done producing documents.

Ira Kleiman
January 10, 2020                                        128

```
 1   I need to know what you know based off those documents
 2   what evidence do you have to support these allegations.
 3   I mean if your answer is I don't know then just --
 4   that's what it is.  Is it, I don't know?
 5           MR. FREEDMAN:  Just for the record I don't
 6       think you are done producing documents.
 7           MR. PASCHAL:  Huh?
 8           MR. FREEDMAN:  I don't think you are done
 9       producing documents.  Are you making that
10       representation on the record?
11           MR. PASCHAL:  You know what I mean, Vel.
12           MR. FREEDMAN:  I want the record to be clear
13       that you're not done.
14           MR. PASCHAL:  Still producing documents.
15           MR. FREEDMAN:  Okay.  I understand the point.
16       I want the record to be clear.
17           MR. PASCHAL:  This is deposition time, not
18       document producing.
19           MR. FREEDMAN:  You told the witness we're done
20       producing documents.  That's not an accurate
21       statement.
22           MR. PASCHAL:  Guys want to take a break?
23           MR. FREEDMAN:  Sure.
24           THE VIDEOGRAPHER:  Off the record at 12:03.
25           (Thereupon, a brief recess was taken.)
```

Ira Kleiman
January 10, 2020                                    129

```
 1              THE VIDEOGRAPHER:  On the record at 12:59.
 2              (Defendant's Exhibit No. 12 was
 3              marked for identification.)
 4    BY MR. PASCHAL:
 5         Q.   Mr. Kleiman, I'm handing you what we're
 6    marking as Exhibit 12.  Do you recognize this document?
 7         A.   Yes.  Yes.
 8         Q.   This document was filed on February 16, 2011,
 9    right?
10         A.   Yes.
11         Q.   This is the day after Dave Kleiman sent the
12    e-mail to Lynn Wright and Craig Wright asking whether
13    they can be managers and managing members.
14         A.   Okay.
15         Q.   What is this document?
16         A.   Registration of W&K.
17         Q.   On the street address of principal office
18    of -- do you recognizes that first address?
19         A.   ████████████████████
20         Q.   Yes.
21         A.   Yes, that's where my brother lived.
22         Q.   Do you recognize the second address?
23         A.   That's the address of the UPS store I think he
24    shared access to with Patrick.
25         Q.   You heard Carter Conrad's testimony that that
```

```
 1   mailbox was where Dave used for all of his business and

 2   some of his personal items; correct?

 3       A.   I don't recall that but --

 4            (Defendant's Exhibit No. 13 was

 5            marked for identification.)

 6   BY MR. PASCHAL:

 7       Q.   I'm handing you Exhibit 13.  Can you turn to

 8   the second page.  This envelope -- what is the address

 9   that's listed on the envelope?

10       A.   ████████████████████████████

11       Q.   Is that the same address that's listed on the

12   Articles of Incorporation for W&K mailing address?

13       A.   Yes.

14       Q.   Then on the top left corner what entity is

15   sending this envelope?

16       A.   Supreme Court of New South Wales.

17       Q.   The handwriting, what does that say?

18       A.   Received October 10, 2013.

19       Q.   Do you recognize that to be Carter Conrad's

20   handwriting?

21       A.   I have never seen Carter Conrad's handwriting.

22       Q.   Can you go to the first page.  At the top of

23   the -- at the top of the page in the top left corner

24   what does that logo say?

25       A.   Supreme Court of New South Wales.
```

```
 1         Q.   The top right corner it has the contact
 2   information for the Supreme Court of New South Wales?
 3         A.   Yes.
 4         Q.   What -- who is this letter addressed to?
 5         A.   W&K Info Defense Research.
 6         Q.   Again it has W&K mailing address, right?
 7         A.   Yes.
 8         Q.   What is the date on this letter?
 9         A.   September 3rd 2013.
10         Q.   What is the case title?
11         A.   Craig Steven Wright vs. W&K Info Defense
12   Research.
13         Q.   In the body of this letter it instructs you
14   that if you do not appear in court this may be dealt
15   with in your absence; right?
16         A.   Yes.
17         Q.   Gives you the date and time for a court
18   hearing?
19         A.   Yes.
20         Q.   As the personal representative of the estate
21   of Dave Kleiman did you check the mailbox, the business
22   and sometimes personal mailbox of David Kleiman?
23         A.   I didn't have access to that mailbox.
24         Q.   Why didn't you have access to the mailbox?
25         A.   I was never given access to the mailbox.
```

Dave Kleiman
January 10, 2020                                            132

1        Q.    Somebody prevented you from having access?

2        A.    I think Patrick just retained control of it.

3        Q.    Did he ever keep you from accessing the

4   mailbox?

5        A.    No.

6        Q.    Did you ever ask him?

7        A.    I'm trying to remember if I even -- at what

8   date I even knew about it.  I have to go back and look

9   at the records to see when I first found out about it.

10       Q.    When did you know about Computer Forensics,

11  LLC, let me ask you that?

12       A.    That I knew about before -- well, I don't know

13  the exact date but I knew my brother was operating it.

14       Q.    And you knew Patrick Paige and Carter Conrad;

15  right?

16       A.    Yes.

17       Q.    You knew that Patrick Paige and Carter Conrad

18  shared a business with Dave Kleiman; right?

19       A.    Yes.

20       Q.    As the personal representative of the estate

21  of Dave Kleiman did you ask Patrick Paige or Carter

22  Conrad about where Dave was receiving all of his

23  business mail?

24       A.    No.

25       Q.    As the personal representative of the estate

David Kleiman
January 10, 2020                                          133

```
 1    of David Kleiman -- strike that.  Checking all of his
 2    business mail as the personal representative that would
 3    be pretty important; right?
 4         A.   Well, I was led to believe that Dave just
 5    didn't have any assets and that included whatever was
 6    conducted at Computer Forensics.
 7         Q.   How were you led to believe that?
 8         A.   That involved communications with my attorney.
 9         Q.   The only way you would have wanted to check
10    the mailbox is if there were assets?
11         A.   No, I thought you meant if I was looking into
12    Computer Forensics assets.
13         Q.   I just want to know the personal -- the
14    mailbox?
15         A.   Yes.
16         Q.   My question to you was as the personal
17    representative of the estate of Dave Kleiman it's pretty
18    important you check the mailbox and have all his
19    business affairs and personal items?
20         A.   I thought the mailbox was only connected to
21    his business affairs tied to Computer Forensics and
22    that's why Patrick is the only one that I knew of that
23    had access to it.  So I wasn't going to ask Patrick if I
24    could access mail going to Computer Forensics.
25         Q.   What makes you think that it was just only
```

Dave Kleiman
January 10, 2020                                    134

```
 1    Computer Forensics that had access?
 2         A.   Because Patrick was the only other person who
 3    had access to it.
 4              (Defendant's Exhibit No. 14 was
 5              marked for identification.)
 6              MR. PASCHAL:  I'm showing you what we're
 7         marking as Exhibit 13 --
 8              MR. FREEDMAN:  14.
 9              MR. PASCHAL:  14.
10    BY MR. PASCHAL:
11         Q.   This is an e-mail exchange between you and
12    Patrick Paige; right?
13         A.   Yes.
14         Q.   That's your e-mail address DAX561@          ?
15         A.   Yes.
16         Q.   If you turn to the second page that's where
17    the e-mail starts.  So there's an automatic send from
18    the UPS store to Dave Kleiman's e-mail address.  It's
19    saying that the payment or that the mailbox needed to be
20    renewed by a certain date.
21              So then on the first page on May 1st 2014
22    Patrick tells you "I don't think we're going to renew
23    the mailbox.  I wanted to check to see if you wanted to
24    take it over.  Let me know if you do and I can meet you
25    there and transfer it to you.  Otherwise I think we will
```

Ira Kleiman
January 10, 2020                                              135

```
 1   not renew it."  Then you responded "there's no need to

 2   renew the mailbox."

 3        A.   Yes.  If -- since I thought it was related to

 4   just Computer Forensics related stuff that why would I

 5   need to renew it.

 6        Q.   Well, did you ask Patrick Paige and Carter

 7   Conrad if it was only related to Computer Forensics

 8   stuff?

 9        A.   No, but just being that Patrick's the only

10   person who had access to it I guess that's what I

11   assumed.

12        Q.   I get you assumed but as a personal

13   representative you know you spoke to Carter Conrad and

14   Patrick Paige; right?

15        A.   Yes.

16        Q.   And did you ever ask them whether or not --

17   where Dave's business mail was going to?

18        A.   Did I ever specifically ask.  No, I don't

19   think so.  I imagine that Patrick was receiving it and

20   if he received anything of importance then he would

21   forward it to either me or my attorney.

22        Q.   I want to get this straight.  Did you ever

23   check the mailbox?

24        A.   No.  I never had access to it.

25        Q.   I want to clarify when you say you never had
```

1    access so it's because you never asked?

2        A.   I never had --

3        Q.   If you would have went to Patrick Paige and

4    said can I get a key so I can look at Dave's mail?

5        A.   I didn't feel I needed to because Patrick had

6    access to it and if there was mail in there he would

7    then give it to me.

8        Q.   Is Patrick the personal representative of the

9    estate of Dave Kleiman?

10       A.   No.

11       Q.   You are, right?

12       A.   Yes.

13       Q.   So you would be sitting in the shoes of Dave

14   Kleiman in that capacity?  That is his mailbox where he

15   gets all of his business mail?

16       A.   As far as I knew it was just Computer

17   Forensics.  I didn't know of any other company.  So why

18   would I be asking for a Computer Forensics mail?

19       Q.   Well, it could have been mail related to --

20   even though he was in Computer Forensics; right?

21       A.   In the field, yes.

22       Q.   Wouldn't you want to know his business

23   dealings in Computer Forensics?

24       A.   As far as I knew they were just solely based

25   in Computer Forensics, LLC.

Kleiman
January 10, 2020                                          137

```
 1        Q.   What if there was a check for $10,000 for work

 2   he did before he died and it went to the mailbox.  You

 3   didn't want to check for that?

 4        A.   Then Patrick would notify me if part of that

 5   was entitled to Dave.

 6        Q.   Was Patrick under any legal obligation to

 7   handle the affairs of the estate of David Kleiman?

 8        A.   No.

 9        Q.   You were actually under legal obligation to do

10   that; right, as the personal representative?

11        A.   Yes.

12        Q.   And you didn't check his mailbox?

13        A.   Again I didn't have access to it.

14        Q.   Because you didn't ask?  I want to define

15   access.  Let's work on access because I'm trying to

16   figure out how you consider access.  So is it I don't

17   feel like walking to my mailbox and opening it up does

18   that mean I don't have access to my mailbox?

19        A.   I didn't have a key to open the locked

20   mailbox.

21        Q.   So if Patrick is ready and obviously willing

22   to give you a key because he wants you to take it over

23   and you just simply didn't care to ask is that somehow

24   denying you access?

25        A.   No, it's not denying me access but I just
```

Dave Kleiman
January 10, 2020                                      138

1   assumed he would tell me if there was mail and being

2   that he had access so it he would tell me if there was

3   mail there.

4         Q.   Was the first time you heard about Craig

5   Wright from Patrick Paige?

6         A.   Yes.

7         Q.   Did you ever know that Craig Wright -- when

8   did you infer that Craig Wright was the wealthy

9   foreigner that stemmed from the purported conversation

10  you had with Dave Kleiman in 2009?

11        A.   When Craig told me the story of them working

12  together on Bitcoin.

13        Q.   Did you ever ask --

14        A.   Go ahead.

15        Q.   Carter Conrad, Patrick Paige or any of Dave's

16  friends about Craig Wright -- strike that.  Did you ask

17  any of Dave's close friends about Craig working with a

18  wealthy foreigner?

19        A.   I don't think so.

20        Q.   Did you ask any of his friends if Dave knew a

21  wealthy foreigner?

22        A.   No.

23        Q.   Did you ask any of Dave's friends, business

24  partners, other family members whether Dave was working

25  with the wealthy business partner on something bigger

1    than Facebook?

2         A.    No.  I mean that memory of him working with a

3    foreigner only came back to me after some exchanges that

4    I had with Craig and I believe it was Craig I was first

5    to inform him about it.

6         Q.    So your brother telling you that he is working

7    on something bigger than Facebook -- strike that.  Dave

8    Kleiman was a very, very smart man, wasn't he?

9         A.    Yes.

10        Q.    He was one of the foremost experts in his

11   field; right?

12        A.    Yes.

13        Q.    And him telling you that he is working on

14   something bigger than Facebook it's your testimony that

15   you forgot all the way until Craig Wright told you

16   something?

17        A.    Yes.

18        Q.    So in 2010 did you remember that your brother

19   said he is working on something bigger than Facebook?

20        A.    No.

21        Q.    You remember then?

22        A.    No, I didn't remember until I had e-mail

23   exchanges with Craig.

24        Q.    I want to figure out exactly when you forgot.

25   Did you forget the day after the Thanksgiving?

```
 1        A.   It's not that I forgot the memory.  It's just

 2   that I just didn't think about it.  It was nothing to

 3   think about.  It would be different if I knew that Dave

 4   had suddenly come into a lot of money in 2010, 2011,

 5   2012 but that wasn't the case.

 6        Q.   So it was only important to you if he had a

 7   lot of money?

 8        A.   No, it was just there was no reason for me to

 9   reflect on his mentioning that he was working on a big

10   business if he wasn't generating anything from it.

11        Q.   So as the personal representative of the

12   estate of Dave Kleiman you didn't think it was important

13   to follow up on David Kleiman's purported claim to you

14   that he was working on something bigger than Facebook

15   with a wealthy foreigner?

16        A.   Again that memory didn't come back until Craig

17   contacted me.

18        Q.   Well, let me -- so you never really visited

19   Dave when he was in the hospital; right?

20        A.   Right, correct.

21        Q.   Did you ever see him when he had the passes

22   where he can leave for a day or two?

23        A.   I didn't see --

24        Q.   Okay.  Did you see or speak -- did you see

25   Dave in 2010?
```

Dave Kleiman
January 10, 2020                                    141

```
 1        A.   I don't believe so.

 2        Q.   So the last time -- so from 2009 the

 3   Thanksgiving dinner all the way to his death the last

 4   time you saw Dave Kleiman was at the Thanksgiving

 5   dinner?

 6        A.   Yes.

 7        Q.   When he dies did you think about the memories

 8   you had with Dave?

 9        A.   Yes, I thought of lots of memories, yes.

10        Q.   Did you think about the last time you saw your

11   brother alive?

12        A.   I may have.

13        Q.   That would have been the time when he told you

14   he was working on something bigger than Facebook; right?

15        A.   Yes.

16        Q.   So how is it that you only remember in 2014

17   when Craig tells you that Dave may have been working on

18   Bitcoin?

19        A.   Because he was the foreigner that Craig had

20   mentioned.

21        Q.   When Dave died and you go back and you're

22   thinking of that memory this is the last time I saw my

23   brother and he told me he was working on something

24   bigger than Facebook what steps did you take to figure

25   out what it was that he was working on?
```

```
 1        A.   Can you repeat that?

 2        Q.   When you find out that your brother has died

 3   and you're thinking about the memories, the last memory

 4   you saw him where he told you he is working on something

 5   bigger than Facebook and as the personal representative

 6   of the estate of Dave Kleiman what steps did you take to

 7   find out what Dave Kleiman meant by he is working on

 8   something bigger than Facebook with a wealthy foreigner?

 9        A.   Yes, again because that recollection didn't

10   come back to me until Craig contacted me.  When I was

11   the personal representative like I said I had

12   communications with my attorney and I was led to believe

13   that --

14            MR. FREEDMAN:  Don't discuss anything that you

15        had your attorney.  It's privileged.

16   BY MR. PASCHAL:

17        Q.   Are you aware of the e-mail that Joseph Karp's

18   wife sent out to Dave's closest friends advising them

19   that Dave had died?

20        A.   No.

21        Q.   You're aware that subsequently there's a chain

22   of e-mails with Dave's closest friends speaking about

23   Dave's death?

24        A.   That one I recall.

25        Q.   And you recall that Craig Wright is on that
```

Ira Kleiman
January 10, 2020                                    143

```
 1   e-mail?

 2        A.   Yes.

 3        Q.   That list of friends I mean -- I don't have it

 4   in front of me have there were at least ten.  In fact I

 5   remember now it was 14 because I tried to contact all

 6   14.  14 did you ask any one of them about a wealthy

 7   foreigner that Dave Kleiman was working on -- working

 8   with about -- on something that was bigger than

 9   Facebook?

10        A.   That e-mail was still in 2013.

11        Q.   Yes.

12        A.   My memory didn't come back until 2014.

13        Q.   So your memory got better as time went on?

14        A.   My recollection of Dave's story it just once

15   Craig the foreigner came back into the picture I said

16   ah, that's the guy Dave was talking about.

17             MR. PASCHAL:  Mind if I take a five minute

18        break?

19             MR. FREEDMAN:  Your depo.

20             THE VIDEOGRAPHER:  Off record 1:20.

21             (Thereupon, a brief recess was taken.)

22             THE VIDEOGRAPHER:  On record 1:28.

23   BY MR. PASCHAL:

24        Q.   Mr. Kleiman, can you go back to Mr. Karp's

25   letter to the IRS?
```

```
 1              MR. FREEDMAN:  What exhibit number?

 2              MR. PASCHAL:  That I don't know.

 3              MR. FREEDMAN:  8.

 4   BY MR. PASCHAL:

 5      Q.   If you go to the second page.  Mr. Karp says

 6   "with regard to W&K, LLC or Bitcoins Ira had no personal

 7   knowledge of any of this and has no proof or evidence of

 8   what Bitcoins David may own or any information."

 9              Why didn't you tell the IRS that Dave told you

10   in 2009 that he was working on something bigger than

11   Facebook that was digital money with a wealthy

12   foreigner?

13      A.   I didn't participate in this -- in this

14   communication.

15      Q.   So your lawyer sent this without your

16   authorization?

17      A.   I don't recall.

18      Q.   Did your lawyer show it to you before sending

19   it to the IRS?

20              MR. FREEDMAN:  Hold on a second.  Don't answer

21      the question yet.  I just want to think about this

22      Bryan because --

23              MR. PASCHAL:  I don't want communications --

24              MR. FREEDMAN:  I get what you're doing.  I'm a

25      little uncomfortable with it.  I'll let you go a
```

Ira Kleiman
January 10, 2020                                    145

```
1          little bit here but -- go ahead, you can answer if
2          he showed it to you before he sent it out.
3     BY MR. PASCHAL:
4          Q.   Did your lawyer show this letter to you?
5          A.   I don't remember.
6          Q.   When your lawyer says he CC'd you on this
7     communication is that false?
8          A.   No, he may have but whether I took the time to
9     read it I don't remember.
10         Q.   So is this statement to the IRS that you have
11    no personal knowledge of any of this, is that false?
12         A.   "No personal knowledge with regard to W&K."
13    It would appear to be inaccurate.  We had a little bit
14    of knowledge by this time, yes.
15         Q.   So at what point or did you ever make your
16    lawyer aware that this is inaccurate?
17              MR. FREEDMAN:  Don't answer that.  That's
18         asking for -- you're asking for direct
19         communications with counsel.
20              MR. PASCHAL:  I'm asking did he.
21              MR. FREEDMAN:  Did you tell your lawyer X, Y
22         or Z or is a direct communication with counsel.
23         Don't answer the question.
24              MR. PASCHAL:  This is not seeking legal
25         advice.
```

```
 1              MR. FREEDMAN:  That's not true.  If he said to

 2         Mr. Karp hypothetically saying to him hey, this is

 3         inaccurate do we need to do anything about it?

 4    BY MR. PASCHAL:

 5         Q.   To your knowledge did Mr. Karp send any

 6    supplement to the IRS to correct this letter on your

 7    behalf?

 8         A.   Not that I'm aware of.

 9         Q.   Did you send a letter to the IRS saying hey

10    that's not true, I do have personal knowledge?

11         A.   No.  But I did send my own -- I think a

12    separate letter because I don't remember this one being

13    sent.  That's why I think I followed up on my own

14    letter.

15         Q.   You sat -- you heard the deposition of

16    Mr. Karp; right?

17         A.   Yes.

18         Q.   You heard him testify that this was sent?

19         A.   I don't remember that particular portion

20    but --

21         Q.   So are there any follow up e-mails with the

22    IRS where you correct this statement?

23         A.   I don't remember this letter being sent.

24    That's why I sent my own letter.

25              MR. FREEDMAN:  Ira, you have to answer the
```

Ira Kleiman
January 10, 2020                                      147

1          question.  He said is there follow up letters the
2          answer is yes or no.  Otherwise he has to ask a
3          million times.
4                  THE WITNESS:  Sorry.  Can you repeat the
5          question?
6     BY MR. PASCHAL:
7          Q.   Are there any follow up letters with the IRS
8     that corrects this statement?
9          A.   No.
10         Q.   You said you sent some separate letter.  In
11    that separate letter did you tell the IRS that your
12    brother was working on something bigger than Facebook
13    digital money with a wealthy foreigner?
14         A.   I don't recall using those words.
15         Q.   And again you know that there are laws against
16    making misrepresentations to the IRS; correct?
17         A.   Yes.
18         Q.   You said yourself it's inaccurate for this
19    statement to be made; right?
20         A.   Yes.
21         Q.   Can you go to paragraph 119?
22         A.   Of what exhibit?
23         Q.   The complaint.  I don't know what exhibit that
24    is.
25                  MR. FREEDMAN:  10.

```
 1              MR. PASCHAL:  It's 10.

 2              THE WITNESS:  Paragraph?

 3    BY MR. PASCHAL:

 4         Q.   Paragraph 119.

 5         A.   Okay.

 6         Q.   On this allegation you say "W&K was never

 7    served validly or otherwise with these proceedings."

 8    Pause for that second.  I just showed you the envelope

 9    from the Australian court; right?

10         A.   Yes.

11         Q.   That was sent to -- we established that

12    envelope was sent to the mailbox that Dave listed for

13    W&K Info Defense Research; right?

14         A.   Yes.

15         Q.   That's the mailbox that Dave uses for his

16    business affairs and sometimes for his personal items;

17    right?

18         A.   As I was aware of it it was being used for

19    Computer Forensics, LLC, yes.

20         Q.   You heard -- you know Carter Conrad testified

21    that it was for all his business and his personal

22    affairs?

23         A.   I don't remember that testimony.

24         Q.   But knowing that the envelope was actually

25    sent to that address and that it was received by Carter
```

```
 1   Conrad is this allegation accurate?

 2        A.   Yes, because if I was the member of W&K I was

 3   never served.

 4        Q.   On this day you were a member of W&K?

 5        A.   No, but I mean if -- whoever was in control of

 6   W&K or to take over Dave's role I would imagine they

 7   would need to be served.  I never received service.

 8        Q.   And the estate of Dave Kleiman would have been

 9   the member of W&K; right?

10        A.   Yes.

11        Q.   Sitting in Dave Kleiman's shoes that mailbox

12   was the mailbox that Dave Kleiman used for his business;

13   right?

14        A.   As I was aware for his Computer Forensics

15   business, yes.

16        Q.   Computer Forensics was his business; right?

17        A.   Computer Forensics, LLC company, yes.

18        Q.   Can you turn to paragraph 171?

19        A.   Okay.

20             MR. PASCHAL:  Actually before we do that.  I'm

21        handing you what we're going to mark as Exhibit 15.

22             (Defendant's Exhibit No. 15 was

23             marked for identification.)

24   BY MR. PASCHAL:

25        Q.   Can you turn to the second page.
```

Dr. Kleiman
January 10, 2020                                          150

```
 1        A.   Okay.

 2        Q.   Clocktime2020@████████, is that your e-mail

 3   address?

 4        A.   Yes.

 5        Q.   You sent this e-mail I guess it's February 15,

 6   2014?

 7        A.   2015?

 8        Q.   '14.

 9        A.   Yes.

10        Q.   You say "knowing my brother if there was more

11   than a thousand dollars in the account he would have

12   sold it."  Was that the type of person Dave was?

13        A.   Yes.  He was not a saver.

14        Q.   If he had money he would spend it; right?

15        A.   Usually.

16        Q.   In fact at one point he had racked up $20,000

17   in debt?

18        A.   I don't know the specifics of what his debts

19   were.

20        Q.   Your father and Joseph Karp actually cleaned

21   the debt up for him; right?

22        A.   They may have.  Probably.

23        Q.   As soon as he got the debt cleaned up he went

24   out and bought a motorcycle; right?

25        A.   Yes.
```

Dr. Kleiman
January 10, 2020                                   151

```
 1        Q.   You recall that?

 2        A.   Yes.

 3        Q.   You mentioned earlier that you weren't unaware

 4   that Dave had asked Patrick for money before he died?

 5        A.   I remember Patrick mentioning to me I think

 6   that he loaned Dave money once in a while.

 7        Q.   The next sentence you say "he didn't like

 8   asking people for help but during the last few months he

 9   borrowed money from both my dad and Patrick."

10        A.   Yes.

11        Q.   Also mentions in here he didn't mention the

12   account -- when you say account are you referring to

13   Bitcoin wallets?

14        A.   Can you point me to --

15        Q.   Second paragraph, the same e-mail.

16        A.   He didn't mention the account.  Yes, I guess I

17   was referring to the Bitcoin account.

18        Q.   So he didn't mention it to anyone or leave

19   some kind of note about it?

20        A.   Right.

21        Q.   That's true?

22        A.   Yes.

23        Q.   Then you say "I truly believe there's no

24   treasure to be found there."

25        A.   Right.
```

Dave Kleiman
January 10, 2020                                152

```
 1        Q.   Did you know anything about Dave Kleiman using
 2   drugs?
 3        A.   No.
 4        Q.   When did you learn that he used drugs?
 5        A.   I never knew him to use drugs.
 6        Q.   But you learned that he did use drugs?
 7        A.   No.  I didn't learn that.
 8        Q.   Did you see his autopsy report?
 9        A.   Yes.
10        Q.   What was in his system when he died?
11        A.   Cocaine.
12        Q.   So if I told you that he used drugs frequently
13   through the years that would be a surprise for you?
14        A.   Definitely.
15        Q.   Before Dave was a computer forensics expert do
16   you know any of his other jobs?
17        A.   I mean there were mostly computer related.
18   Prior to the computer work he worked for the Palm Beach
19   police and I think he worked as like a bouncer at a
20   club.  Maybe some other jobs I don't remember.
21        Q.   That club is that where he met his fiancee?
22        A.   That I don't know.
23        Q.   What was the name of the club?
24        A.   I don't know.
25        Q.   How long was Dave a police officer?
```

Dave Kleiman
January 10, 2020                              153

```
 1        A.   I think just a few years.  Before he was in an
 2   accident.
 3        Q.   Do you know of any lawsuits that Dave Kleiman
 4   was involved in?
 5        A.   No.
 6        Q.   Do you know about a lawsuit -- do you know
 7   about a lawsuit that his fiancee had brought against
 8   him?
 9        A.   I remember Patrick mentioning that I think
10   they did have some kind of dispute.  I wasn't sure
11   exactly what it was about.
12        Q.   What happened in that dispute?
13        A.   That I don't -- I don't know.
14        Q.   Did Dave Kleiman throw a burning hot of grease
15   at her?
16        A.   I don't know.
17        Q.   The court documents show that there was a
18   settlement in that case the trust was set up for an
19   undisclosed amount.  Do you know anything about that?
20        A.   No.
21        Q.   Did Dave ever talk to you about his fiancee?
22        A.   No.
23        Q.   Did he talk to you about any of his
24   girlfriends?
25        A.   No, not really.
```

Ira Kleiman
January 10, 2020                                         154

```
 1        Q.   We established already before Dave died the
 2    last time you saw him in person was in 2009; right?
 3        A.   Yes.
 4        Q.   Did you exchange e-mails with him over that
 5    time?
 6        A.   Yes.
 7        Q.   Did you have any phone calls with him?
 8        A.   Yes.
 9        Q.   What did you talk about?
10        A.   Just I guess random stuff.  I don't remember
11    exactly.
12        Q.   Did you ever follow up with him on his
13    statement that he was working on something bigger than
14    Facebook?
15        A.   No.
16        Q.   Did you ever follow up with him on the
17    statement he was working with a wealthy foreigner?
18        A.   No.
19        Q.   Did you ever follow up with him that he was
20    working on digital money?
21        A.   No.
22        Q.   Let's go to paragraph 171.
23        A.   Okay.
24        Q.   You there?
25        A.   Yes.
```

Dave Kleiman
January 10, 2020                                           155

```
 1        Q.   This is your Count I for conversion.  171 you

 2   allege that "on or about April 2013 to the present day

 3   defendant converted to his own use Bitcoins forked

 4   assets and intellectual properties that was then the

 5   property of and owned by the estate and/or W&K."  For

 6   this count can you please explain how the defendant

 7   converted to his own use Bitcoin, forked assets and

 8   intellectual properties?

 9        A.   From my understanding W&K -- well, actually

10   before W&K they were partners.  Whatever I.P. was

11   created Bitcoin was mined.  They both had rights to

12   Craig ends up controlling all of it.  Dave controls none

13   of it.

14        Q.   Well, I'm trying to figure out how -- what

15   evidence do you have to show that Craig controls all of

16   it?

17        A.   I believe it's in the documents.

18        Q.   What documents?

19        A.   I don't have them with me.

20        Q.   You're the plaintiff and suing for conversion

21   and civil theft against my client.  I need to know what

22   evidence establishes your belief that my client who is

23   the defendant in this case converted or took Bitcoin,

24   forked assets or intellectual properties?

25        A.   I think I answered.
```

David Kleiman
January 10, 2020                                    156

```
1         Q.   Is it you don't know?

2         A.   No, they both shared an interest in I.P. and

3    Bitcoin.  Craig has stated that he controls it and

4    Dave's estate does not.

5         Q.   When did Craig say that he controls -- do you

6    have an e-mail where Craig says I control all of this

7    Bitcoin?

8         A.   He said he is a billionaire.

9         Q.   That's not my question.  That's not my

10   question.  My question to you is is there an e-mail that

11   shows that he has control over all of this Bitcoin?

12        A.   I'm not sure.  I have to go back and look at

13   the documents, e-mails, everything.

14        Q.   Do you have any -- are there any telephone

15   conversations where Craig Wright said I have control

16   over all of these Bitcoins, mind and Dave's?

17        A.   No, I don't have any telephone calls.

18        Q.   Did you have any Skype communications where

19   Craig Wright said I have control over my Bitcoin, Dave's

20   Bitcoin, our Bitcoin, the partnership's Bitcoin?

21        A.   No.

22        Q.   I've asked you this before I'm going to ask

23   you again.  What is the intellectual property you're

24   suing my client for?

25        A.   It's whatever block chain related Bitcoin
```

Ira Kleiman
January 10, 2020                                          157

```
 1   related I.P. that was created prior to their mining of
 2   Bitcoin.  Things related to the Australian Court
 3   judgment against W&K, whatever banking I.P. metered
 4   payment system I.P. and the other details I just don't
 5   recall.
 6        Q.   What are the total amount of Bitcoins that you
 7   believe belong to the estate and W&K?
 8        A.   At least like 300,000.
 9        Q.   When you say at least you think it could be
10   more?
11        A.   Yes.
12        Q.   How much more?
13        A.   I have to look at the documents to -- again to
14   see the exact amounts.
15        Q.   So testifying in front of a jury today and
16   sitting here today your only answer is you have to look
17   at documents to know how much Bitcoin you're suing for?
18        A.   Yes.
19        Q.   What documents would that be?
20        A.   Documents in our e-mail exchanges and
21   documents that have been produced to us.
22        Q.   E-mail exchanges with who?
23        A.   With Craig.
24        Q.   And documents produced from who?
25        A.   From Craig.
```

Ira Kleiman
January 10, 2020                                            158

1        Q.   Do you believe everything Craig says?

2        A.   No.

3        Q.   Count II unjust enrichment, you say that

4    "plaintiffs have conferred a benefit to defendant.

5    Defendant voluntarily accepted and retained the

6    benefit."  Then you have damages.  Is this count seeking

7    anything different than your Count I?

8        A.   I don't know.  My attorneys assisted --

9        Q.   Let me change that.  Is there any different

10   intellectual property at issue in Count II or is it the

11   same intellectual property?

12       A.   Again I don't know.  My attorneys assisted me

13   in all of this.

14       Q.   So in that wherefore clause where you say that

15   you want a judgment against the defendant for the return

16   of wrongfully obtained property monetary damages

17   equaling the value thereof.  What is the wrongfully

18   retained property?

19       A.   Where are you reading that?

20       Q.   In the next page under paragraph 177.

21       A.   Okay.

22       Q.   Where you see -- you see the wherefore at the

23   top right on 177?

24       A.   Yes.

25       Q.   You say "plaintiffs demand judgment against

Ira Kleiman

January 10, 2020                                        159

```
 1   defendant for the return of the wrongfully retained
 2   property or monetary damages equaling to the value
 3   thereof."  Can you please explain what is the wrongfully
 4   obtained property?
 5        A.   Again my attorneys assisted me in drafting
 6   this.
 7        Q.   I understand but you're the plaintiff and
 8   you're suing my client.  I need to know what you're
 9   suing him for.
10             MR. FREEDMAN:  He already answered the
11        question.
12             MR. PASCHAL:  He didn't answer the question.
13             MR. FREEDMAN:  He said he didn't know.  His
14        attorneys helped him answer.
15             MR. PASCHAL:  He didn't say he didn't know.
16             MR. FREEDMAN:  Okay.  Take it back, you're
17        right.
18             MR. PASCHAL:  Please answer the question.
19             THE WITNESS:  Let me read it again.  I don't
20        know.  My attorneys assisted me.
21             MR. PASCHAL:  Vel, that's the fourth or fifth
22        time.  That's coaching.  You just told him what to
23        say.
24             MR. FREEDMAN:  Bryan, the clear implication of
25        my attorney assisted me was I don't know, my
```

Ira Kleiman
January 10, 2020                                    160

1   attorneys know.

2        MR. PASCHAL:  You said I don't so he testified

3   I don't know.

4        MR. FREEDMAN:  Oh, please, he doesn't know.

5   You're asking him highly complex legal issues.

6   You're asking him for legal conclusions.  The

7   objections are objectionable.  Only reason I'm not

8   objecting is you gave me a standing objection.

9        MR. PASCHAL:  You can object if you want.

10       MR. FREEDMAN:  Okay.  So I'll start objecting

11   again.  The point is the questions you're asking

12   are highly technical and the statement my attorneys

13   drafted for me was clearly meant to imply I don't

14   know.  You're right, he didn't say the words I

15   don't know.  I let him answer the question.  You

16   can't then be upset he then said what he said

17   previously.

18       MR. PASCHAL:  Vel, stop.  There is no more

19   coaching.  Let him answer the question.

20       MR. FREEDMAN:  It's not coaching.

21       MR. PASCHAL:  Make an objection or instruct

22   him not to answer.

23       MR. BRENNER:  Bryan, you asked him.  He is

24   answering your question.  If you don't want him to

25   talk don't ask him a question.  Pretty simple.

Ira Kleiman
January 10, 2020                                        161

```
 1   BY MR. PASCHAL:
 2        Q.   Can you go to count three paragraph 178.
 3        A.   Okay.
 4        Q.   Here you allege that Craig unlawfully,
 5   willfully and maliciously misappropriated trade secrets
 6   belonging to Dave and or W&K.  What are the trade
 7   secrets?
 8        A.   I don't know.  I'll leave it at I don't know.
 9        Q.   The next paragraph you say "these trade
10   secrets are generally described as programming methods,
11   techniques and process relating to block chain based
12   technologies and smart contracts."  My question to you
13   is this -- you mentioned earlier block chain technology
14   and intellectual property.  Would this refer to the
15   intellectual property that you described?
16             MR. FREEDMAN:  Objection, calls for a legal
17        conclusion.
18             THE WITNESS:  I don't know.
19   BY MR. PASCHAL:
20        Q.   Is the intellectual property that you
21   testified to earlier block chain based technologies?
22             MR. FREEDMAN:  Objection, calls for a legal
23        conclusion and expert testimony.
24             THE WITNESS:  Can you repeat that?
25
```

1  BY MR. PASCHAL:

2      Q.   Yes, you testified earlier that intellectual

3  property included block chain based technologies?

4      A.   Yes.

5      Q.   Here you're saying the trade secrets relate to

6  block chain based technologies?

7           MR. FREEDMAN:  Objection, calls for a legal

8       conclusion and expert testimony.

9           THE WITNESS:  I don't know.

10 BY MR. PASCHAL:

11     Q.   You don't know what you just testified to?

12     A.   I don't know if the block chain technology is

13 referring to these trade secret stuff.

14     Q.   Is the block chain based technology a part of

15 the intellectual property?

16          MR. FREEDMAN:  Objection, calls for a legal

17      conclusion, expert testimony.

18          THE WITNESS:  I don't know.

19 BY MR. PASCHAL:

20     Q.   Can you turn to paragraph 185.  This is a

21 count under the Federal Defense of Trade Secrets Act.

22 186 you again mention trade secrets and block chain

23 based technologies and smart contracts.  You see that?

24     A.   Yes.

25     Q.   Do you know what a smart contract is?

Ira Kleiman
January 10, 2020                          163

```
 1        A.   I have heard of the term.  I don't really know
 2   what it's used for.
 3        Q.   What is your understanding of the smart
 4   contract?
 5        A.   I guess it's -- it's a more advanced type of
 6   contract that somehow exists in the digital space.
 7        Q.   Then can you go to 191.  In the wherefore
 8   clause you say "plaintiffs demand judgment against the
 9   defendant for the value of the wrongfully taken
10   intellectual property."  Do you see that?
11        A.   Yes.
12        Q.   So does the block chain based technology refer
13   to in this count intellectual property?
14             MR. FREEDMAN:  Objection, calls for expert
15        testimony, legal conclusion.
16             THE WITNESS:  I don't know.
17   BY MR. PASCHAL:
18        Q.   But it is alleged here, right?
19        A.   Yes.
20        Q.   Is this an inaccurate allegation?
21        A.   I don't know.
22        Q.   Can you go to paragraph 202.
23        A.   Okay.
24        Q.   So in 202 you're alleging that Craig made
25   false statements and other stuff.  You see that; right?
```

Ira Kleiman
January 10, 2020                              164

```
 1        A.   Yes.

 2        Q.   Then 203 you allege that the defendant took

 3   these acts or these actions, omissions with purpose of

 4   inducing plaintiffs to rely on these fraudulent acts and

 5   omissions.  See that?

 6        A.   Yes.

 7        Q.   The next paragraph -- let me ask you.  What

 8   were you induced in doing and relying on Craig's false

 9   statements?

10             MR. FREEDMAN:  Objection.

11             THE WITNESS:  Again my attorneys assisted me

12        in drafting this.

13   BY MR. PASCHAL:

14        Q.   That doesn't answer my question.  My question

15   is you're saying that Craig made false statements and

16   induced you into doing certain things.  What did he

17   induce you into doing?

18        A.   I guess -- well, I don't want to speculate.  I

19   don't know.

20        Q.   Can you go to paragraph 215.

21        A.   Okay.

22        Q.   215 you allege that on or before -- on or

23   about April 2013 through the present day.  I want to

24   clarify.  You're not -- your claim doesn't center or

25   allege there's been any theft when Dave Kleiman was
```

Ira Kleiman
January 10, 2020                                          165

1   alive; right?

2        A.   That I don't know.

3        Q.   Did Dave ever tell you that somebody stole

4   from him?

5        A.   No.

6        Q.   Do you have any evidence that suggests that

7   defendant stole anything from Dave while he was alive?

8        A.   That I don't know.

9        Q.   Then you allege "defendant knowingly and

10  wrongfully took with felonious criminal intent Bitcoins,

11  forked assets, intellectual properties that were then

12  the property of and owned by the estate and/or W&K."

13  Can you please explain how defendant knowingly and

14  willfully took with felonious criminal intent the items

15  that you've listed here?

16            MR. FREEDMAN:  Objection, calls for a legal

17       conclusion.

18            THE WITNESS:  I don't know.

19            MR. PASCHAL:  Let's take a break.

20            THE VIDEOGRAPHER:  Off the record at 2:04.

21            (Thereupon, a brief recess was taken.)

22            THE VIDEOGRAPHER:  On the record 2:21.

23  BY MR. PASCHAL:

24       Q.   Mr. Kleiman, you are aware that in this case

25  the Court has entered an order finding that there is a

```
 1    partnership between Dave Kleiman and Craig Wright;
 2    correct?
 3         A.   Yes.
 4         Q.   What is your understanding of a partnership?
 5              MR. FREEDMAN:  Objection, calls for a legal
 6         conclusion.
 7              THE WITNESS:  I believe they equally had
 8         rights to intellectual property and mined Bitcoin.
 9    BY MR. PASCHAL:
10         Q.   What personal knowledge do you have of a
11    partnership between Dave Kleiman and Craig Wright?
12         A.    Information given to me by Craig and based
13    upon Dave's story to me that he was working with a
14    foreign individual.
15         Q.   What personal knowledge do you have of Craig
16    Wright mining Bitcoin?
17         A.   I think there are e-mails or documents stating
18    that he mined Bitcoin.
19         Q.   What e-mails or documents?
20         A.   I don't have them with me.
21         Q.   What I want to focus on is not what Craig told
22    you.  I'm asking what is your personal knowledge that
23    Craig Wright mined Bitcoin?
24         A.   That would come from the e-mails and documents
25    that I don't have with me.
```

Lynn Kleiman
January 10, 2020                                    167

```
 1       Q.   Well, other than what Craig told you or
 2  e-mails that he shared with you is it fair to say that
 3  you have no personal knowledge of Craig Wright mining
 4  Bitcoin?
 5       A.   Outside of his e-mails there is other
 6  documents that I believe state that he and Dave mined
 7  Bitcoin.
 8       Q.   What are those other documents?
 9       A.   I don't have them with me.
10       Q.   So just going back to my question though other
11  than what Craig shared with you what personal knowledge
12  do you have of Craig Wright mining any Bitcoin?
13       A.   My personal knowledge comes from the
14  documents.
15       Q.   I just want a clean record so that's why I'm
16  trying to get an answer to the question.
17       A.   I thought that was an answer.
18       Q.   I'll rephrase it.  Do you have any personal
19  knowledge of Craig Wright mining Bitcoin?
20            MR. FREEDMAN:  Objection, asked and answered.
21            THE WITNESS:  My knowledge comes from the
22       documents that I've seen.
23  BY MR. PASCHAL:
24       Q.   Sir, that's -- other than those documents do
25  you have any other personal knowledge?
```

Ira Kleiman
January 10, 2020                                           168

```
 1         A.    Dave's story about him creating his own money
 2   leads me to believe that meant mining Bitcoin.
 3         Q.    So in that 2009 Thanksgiving dinner discussion
 4   Dave told you that Craig Wright was mining Bitcoin?
 5         A.    No.  He said he was creating his own money.
 6         Q.    So how does that statement equal you having
 7   personal knowledge of Craig Wright ever mining Bitcoin?
 8         A.    Dave said he was creating his own money with a
 9   foreign individual.  2014 that foreign individual
10   contacts me, tells me he was mining Bitcoin with my
11   brother.
12         Q.    Again that was back in 2009?
13         A.    David's story to me yes, 2009.
14         Q.    What personal knowledge do you have of Craig
15   Wright developing any intellectual property?
16         A.    That is also based on the documents that I've
17   seen.
18         Q.    Are those documents from Craig Wright?
19         A.    I believe some of them are and what was
20   produced to me from the ATO.
21         Q.    Again you've been investigating this whole
22   situation for many years, right?
23         A.    Yes.
24         Q.    We've been litigating for two years, right?
25         A.    Yes.
```

Ira Kleiman
January 10, 2020                                          169

```
 1        Q.   We've been in discovery for a year?

 2        A.   Yes.

 3        Q.   Sitting here today through all the depositions

 4   and all the documents that have been produced what is

 5   the intellectual property that you are suing Craig

 6   Wright for?

 7             MR. FREEDMAN:  Objection, asked and answered,

 8        calls for a legal conclusion and expert testimony.

 9             THE WITNESS:  Do you want me to answer it

10        again?

11   BY MR. PASCHAL:

12        Q.   I want an answer, yes.

13        A.   Any block chain or Bitcoin related I.P that

14   they created together prior to their start of mining it

15   in 2009 and anything related to the Australian court

16   proceedings against W&K and I think W&K had possession

17   of some banking software and metered payment software

18   and I don't remember the rest of the details.

19        Q.   Do you have any personal knowledge of the

20   banking software, meter payment software that you just

21   spoke of?

22        A.   I have documentation referring to it, yes.

23        Q.   From Craig Wright?

24        A.   From multiple sources I think.

25        Q.   What are the multiple sources?
```

Ira Kleiman
January 10, 2020                                   170

```
 1        A.   Either from Craig or the ATO.

 2        Q.   The ATO got their information from who, Craig

 3   Wright, right?

 4        A.   Yes.

 5        Q.   Are there any other sources?

 6        A.   I don't remember.

 7        Q.   Have you spoken to any reporters about this

 8   case?

 9        A.   I may have.

10        Q.   Do you recall which reporters you spoke to?

11        A.   I think Andy Kush and I forget -- there was

12   another one.  I forgot her name.  Maybe Andy Greenberg.

13   I know there was a bunch of Andys.

14        Q.   Just based on this order that the Court

15   entered can you tell me today what are the partnership

16   assets?

17        A.   I thought we just -- the I.P. and the Bitcoin.

18        Q.   How much Bitcoin?

19        A.   At least 300,000.

20        Q.   But you said it could be more?

21        A.   It could be more.

22        Q.   What steps have you taken to figure out how

23   much Bitcoin are the partnership's assets?

24        A.   From reviewing documents and being that if

25   they were the team of Satoshi then it's publicly known
```

Ira Kleiman
January 10, 2020                                    171

```
 1   that Satoshi mined a lot more than 300,000 Bitcoin.

 2        Q.   Is it publicly known that none of Satoshi's

 3   Bitcoin have ever moved?

 4        A.   Yes.

 5        Q.   I asked you what does a partnership mean but I

 6   want to clarify.  You said there are equal rights to an

 7   asset in a partnership?

 8        A.   Yes.

 9        Q.   That's like joint ownership?

10        A.   Yes.

11             MR. PASCHAL:  I'm done.

12             MR. FREEDMAN:  You want to give us like five

13        minutes and then we'll either close it or ask some

14        questions?

15             THE VIDEOGRAPHER:  Off record 2:31.

16             (Thereupon, a brief recess was taken.)

17             THE VIDEOGRAPHER:  On record 2:43.

18                     CROSS (IRA KLEIMAN)

19   BY MR. FREEDMAN:

20        Q.   Mr. Kleiman, a moment ago Mr. Paschal

21   mentioned Judge Reinhart's order to you.  Do you recall

22   that?

23        A.   Yes.

24        Q.   Do you remember Mr. Paschal asking you about a

25   partnership?
```

                              Ira Kleiman
                          January 10, 2020                    172

```
 1       A.   Yes.
 2       Q.   Is it your understanding that Dave and Craig
 3  had a partnership?
 4       A.   Yes.
 5       Q.   And that partnership mined Bitcoin?
 6       A.   Yes.
 7       Q.   And that partnership created intellectual
 8  property?
 9       A.   Yes.
10       Q.   Is it your claim that the estate is entitled
11  to half of the Bitcoin and intellectual property created
12  by that partnership?
13       A.   Yes.
14       Q.   No matter the time that intellectual property
15  was created?
16            MR. PASCHAL:  Objection to form.
17            MR. FREEDMAN:  It's okay.  You can answer.
18            THE WITNESS:  Yes.
19  BY MR. FREEDMAN:
20       Q.   Even if that intellectual property was created
21  by the partnership after the mining of the first
22  Bitcoin?
23            MR. PASCHAL:  Objection, form.
24            THE WITNESS:  Yes.
25
```

Ira Kleiman
                    January 10, 2020                    173

```
 1    BY MR. FREEDMAN:

 2         Q.   Ira, earlier in this deposition you testified

 3    that you didn't try to locate any computer equipment in

 4    this district.  Do you recall that?

 5         A.   Yes.

 6         Q.   That's not quite accurate; right?

 7              MR. PASCHAL:  Objection, form.

 8              THE WITNESS:  That I didn't try to locate?

 9    BY MR. FREEDMAN:

10         Q.   Did you look through your brother's house for

11    computer equipment?

12              MR. PASCHAL:  Objection to form.

13              THE WITNESS:  Yes.

14    BY MR. FREEDMAN:

15         Q.   Did you talk to his partners?

16         A.   Yes.

17         Q.   Did you talk to Craig?

18         A.   Yes.

19         Q.   Have you reviewed Dave's documents?

20         A.   Yes.

21         Q.   And his e-mails?

22         A.   Yes.

23         Q.   Mr. Kleiman, there are a lot of documents that

24    have been produced in this litigation.  Is that an

25    accurate statement?
```

Ira Kleiman
January 10, 2020                                        174

```
 1        A.   Yes.

 2             MR. PASCHAL:  Object to the form.

 3   BY MR. FREEDMAN:

 4        Q.   Do you know all those documents by heart?

 5        A.   No.

 6             MR. PASCHAL:  Object to the form.

 7   BY MR. FREEDMAN:

 8        Q.   Are you rely on your team of lawyers to

 9   identify evidence in this case?

10             MR. PASCHAL:  Objection, form.

11             THE WITNESS:  Yes.

12   BY MR. FREEDMAN:

13        Q.   Mr. Kleiman, Mr. Paschal showed you a bunch of

14   documents that relate to W&K and Lynn Wright's purported

15   membership in W&K, do you remember that?

16        A.   Yes.

17        Q.   Those documents to the extent they aren't

18   forgeries were all created before you even knew what W&K

19   was; is that correct?

20             MR. PASCHAL:  Objection, form.

21             THE WITNESS:  Yes.

22             MR. FREEDMAN:  No further questions.

23             THE VIDEOGRAPHER:  Off record 2:45.

24             MR. FREEDMAN:  We'll read.

25             MR. PASCHAL:  Need it expedited.
```

Lisa Kleiman
January 10, 2020                                    175

1      MR. FREEDMAN:  We need it ASAP as well.

2            (Witness excused.)

3         (Deposition was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF REPORTER

3              THE STATE OF FLORIDA

4              COUNTY OF DADE

5

6         I, Rick Levy, Registered Professional Reporter
and Notary Public in and for the State of Florida at
7    large, do hereby certify that I was authorized to
and did report said deposition in stenotype of IRA
8    KLEIMAN; and that the foregoing pages, numbered from
1 to 174, inclusive, are a true and correct
9    transcription of my shorthand notes of said
deposition.

10
          I further certify that said deposition was
11   taken at the time and place hereinabove set forth
and that the taking of said deposition was commenced
12   and completed as hereinabove set out.

13        I further certify that I am not attorney or
counsel of any of the parties, nor am I a relative
14   or employee of any attorney or counsel of party
connected with the action, nor am I financially
15   interested in the action.

16        The foregoing certification of this transcript
does not apply to any reproduction of the same by
17   any means unless under the direct control and/or
direction of the certifying reporter.

18
          IN WITNESS WHEREOF, I have hereunto set my hand
19   this 19TH day of January, 2020.

20

21   _____

22        Rick Levy, RPR, FPR, Notary Public
in and for the State of Florida
My Commission Expires:  12/8/2023
23        My Commission No.:  GG937684

24

25

```
1                       CERTIFICATE OF OATH

2     THE STATE OF FLORIDA

3             COUNTY OF DADE

4

5         I, Rick Levy, REGISTERED PROFESSIONAL REPORTER,

6     Notary Public, State of Florida, certify that IRA

7     KLEIMAN personally appeared before me on the 10TH

8     day of JANUARY, 2020 and was duly sworn.

9

10            Signed this 19th day of January, 2020.

11

12

13

14

15         _____

16                  Rick Levy, RPR, FPR
                    Notary Public – State of Florida
17                  My Commission Expires:  12/8/2023
                    My Commission No.:  GG937684

18

19                  [NOTARY SEAL: RICK LEVY
                     Notary Public - State of Florida
20                   Commission # FF 939483
                     My Comm. Expires Dec 7, 2019
                     Bonded through National Notary Assn]

21

22

23

24

25
```

```
 1            E R R A T A   S H E E T

 2   IN RE:  IRA KLEIMAN VS CRAIG WRIGHT

 3   DEPOSITION OF:  IRA KLEIMAN

 4   TAKEN: 1/10/2020

 5       DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

 6   PAGE #  LINE #   CHANGE              REASON

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   Please forward the original signed errata sheet to
     this office so that copies may be distributed to all
18   parties.

19   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct
20   subject to  any changes in form or substance
     entered here.

21

22   DATE: _____

23

24   SIGNATURE OF
     DEPONENT:_____
25
```

```
 1   DATE:        January 19, 2020

 2   TO:  VEL FREEDMAN, ESQUIRE
          ROCHE FREEDMAN, P.A.
 3        200 S. Biscayne Boulevard
          Suite 5500
 4        Miami, Florida 33131

 5   IN RE:     Ira Kleiman vs Craig Wright

 6   Dear Mr. Freedman:

 7   Enclosed please find the original errata page with
     your copy of the transcript so IRA KLEIMAN may read
 8   and sign their transcript.  Please have him/her make
     whatever changes are necessary on the errata page
 9   and sign it.  Then place the original errata page
     back into the original transcript.  Please then
10   forward the original errata page back to our office
     @1080 Woodcock Road, Suite 100, Orlando, Florida
11   32803.

12   If the errata page is not signed by the witness
     within 30 days after this letter has been furnished,
13   we will then process the transcript without a signed
     errata page.  If your client wishes to waive their
14   right to read and sign, please have him/her sign
     their name at the bottom of this letter and send it
15   back to the office.

16        Your prompt attention to this matter is

17   appreciated.

18   Sincerely,

19   _____
     RICK E. LEVY, RPR
20
     I do hereby waive my signature:
21
     _____
22   IRA KLEIMAN

23   cc via transcript:  Bryan Paschal, Esq.
                         Vel Freedman, Esq.
24   file copy

25
```

**$**

$10,000    137:1
$20,000
  150:16
$450    109:25

**1**

1    12:21 13:1
10    33:20
  88:7,11
  90:19,20
  130:18 147:25
  148:1
1000    4:10
10:57    87:6
10:58    85:23
10th    4:9
11    47:22
  119:6
112    27:7
119    147:21
  148:4
11:02    87:9
12    129:2,6
12:03    128:24
12:59    129:1
13    130:4,7
  134:7
14    134:4,8,9
  143:5,6 150:8
15    9:25 10:9
  119:14
  149:21,22
  150:5
16    119:15
  129:8
17    24:15
171    149:18
  154:22 155:1
177    158:20,23
178    161:2
18    70:6

185    162:20
186    162:22
191    163:7
1933    83:8,20
1967    7:25
1:20    143:20
1:28    143:22
1st    134:21

**2**

2    24:10,11
20    15:2
  90:19,20
2000    71:9
2008    9:21
  96:9 106:4,9,
  15,20 115:8
2009    14:10
  16:14 23:2
  94:10 124:3
  138:10 141:2
  144:10 154:2
  168:3,12,13
  169:15
201    61:2
2010    9:21
  20:20 22:7,9
  139:18 140:4,
  25
2011    11:8,14
  20:20 22:12
  80:10,20
  106:5,9,15,20
  107:16,18
  108:3,6
  110:10 115:8,
  9 119:14,15
  129:8 140:4
2012    22:15
  140:5
2013    11:8,14
  22:18 23:6,7,
  9,10,12,16,17
  29:5,7,10
  30:9 46:24
  47:6 93:1

96:9 108:3,6
  115:10 130:18
  131:9 143:10
  155:2 164:23
2014    16:13
  24:15 47:1,24
  52:22,23 95:1
  134:21 141:16
  143:12 150:6
  168:9
2015    47:3
  48:1 67:4
  68:15,17 70:6
  150:7
2016    48:2
  71:9 92:4
  93:9
2017    48:3
2018    48:3
  103:22
2019    47:6
  51:19 52:1
  76:15
202    163:22,24
2020    100:2
203    164:2
20th    95:1
21    76:15
21,728,000,000
  61:2
215    164:20,22
22nd    65:19
  66:3 92:25
23    90:2 91:8
2525    4:10
26    65:15
  79:17,25
  80:8,23 81:11
2:04    165:20
2:21    165:22
2:31    171:15
2:43    171:17
2:45    174:23

**3**

3    27:2
300,000    157:8
  170:19 171:1
3119    129:19
32    40:13,24
  92:12
35    41:12
  42:16
3rd    131:9

**4**

4    40:4,9 67:4
4371    130:10
48    92:24
4:00    87:21

**5**

5    52:4
52    49:13
  93:17,24,25
  94:1
53    47:19

**6**

6    57:14,18
62    94:25
65    96:8
66    103:10,12,
  18
67    106:11
  107:10
68    107:15

**7**

7    45:19 46:18
  49:20 50:9
  66:19,24
70    118:17
  126:2

**8**

8 45:19 46:18
49:20 50:9
69:4,8 144:3
8:49 4:9

**9**

9 76:2,6
93 111:23
112:11
94 115:8
9:16 25:24
9:18-cv-80176-
bb/br 4:11
9:22 26:1
9:28 30:15
9:36 30:17
9:42 35:6
9:46 35:8

**A**

abandon 43:14
abandoned
42:21 43:7,8,
18,21 44:8,12
able 5:11
7:7,13 27:15,
16 28:16
45:14 51:23
54:15
about 7:17
8:6,19 9:11,
13,20 10:4,24
12:10,12 14:9
16:11,15,17,
20 17:18
18:10 19:5,18
22:6,8,11,14,
17,25 23:2
24:19 30:19
34:10,11,13
35:10,25
36:2,4 37:8

38:23 39:20,
22 44:12
49:13,18
52:18 53:3,4
55:2 61:12
67:16 68:6
72:9,14 77:24
78:8,9 84:11,
15 90:1 92:14
94:15 96:2
97:17 103:8,
24 107:10
111:18 112:18
113:3 118:25
120:19 121:8
122:13 123:9
124:7,8,12,15
125:11
127:20,24
132:8,9,10,
12,22 138:4,
16,17 139:5
140:2,3
141:7,10
142:3,22
143:6,8,16
144:21 146:3
151:19 152:1
153:6,7,11,
19,21,23
154:9 155:2
164:23 168:1
170:7 171:24
above 4:6
absence
131:15
accepted
158:5
access 24:22
45:7 56:2,9
76:23 77:2,5,
7,12,15,21
78:20,24 79:1
98:7 101:10,
15 108:17
115:21,25
116:2,3
129:24
131:23,24,25

132:1 133:23,
24 134:1,3
135:10,24
136:1,6
137:13,15,16,
18,24,25
138:2
accessing
132:3
accident
153:2
According
17:5
account 13:25
76:24 77:8,12
86:16 150:11
151:12,16,17
accounts
76:18,20
77:14,17,20,
22 78:1,10,
21,22
accurate 61:9
67:12,13,19,
20,22 68:14,
16,25 70:16
71:3 73:3,16,
23 108:9
126:25 128:20
149:1 173:6,
25
accusing 7:4
acquire 90:5,
7
acquiring
90:3 91:1
across 14:17,
18,23 36:7
Act 162:21
action 74:13
actions 164:3
active 69:11
78:23
activities
66:9 106:3,7,
14 107:17
108:13

activity
106:19
acts 164:3,4
actually
11:17 17:25
52:11 75:5
88:19 95:6
118:22 137:9
148:24 149:20
150:20 155:9
address 29:12
30:1,9 78:3
81:25 83:6,8,
18,20 84:8
119:19
129:17,18,22,
23 130:8,11,
12 131:6
134:14,18
148:25 150:3
addressed
70:8 131:4
addresses
79:8,13,17,25
80:9,23,25
81:7,12,14,18
82:9,23
admitted
11:13
adopt 8:21
adopted 7:22,
24 8:1,4,6,7
adults 9:13,
14,16,18
advanced
163:5
advice 42:25
43:1,17,18
69:22 93:2
145:25
advising
142:18
affairs
133:19,21
137:7 148:16,
22
affecting
7:11

affirmed 4:22
afford 63:12,
 15
after 14:25
 16:10 23:14
 38:18 39:9
 48:5 52:1,18
 61:23 62:16
 67:16 68:11
 70:25 72:13,
 18 78:24
 81:12,18,25
 82:1,8 83:22
 90:10 93:9
 94:14 129:11
 139:3,25
 172:21
afterwards
 94:23
again 16:23
 22:6 27:19
 48:22 49:25
 57:25 77:17
 80:12 96:14,
 21 104:17
 106:6 124:10
 126:15,23
 127:14 131:6
 137:13 140:16
 142:9 147:15
 156:23 157:13
 158:12 159:5,
 19 160:11
 162:22 164:11
 168:12,21
 169:10
against 39:3,
 5,23 40:8,11
 42:18 43:8
 93:1 104:15
 113:15 114:15
 147:15 153:7
 155:21 157:3
 158:15,25
 163:8 169:16
agency 74:5,
 7,18
ago 39:25
 48:8 67:15,23

171:20
agree 91:11
 123:5
agreement
 87:20 105:7,
 11 126:2
ahead 11:24
 13:8 15:21
 17:25 31:18
 64:22 82:18
 116:15 124:4
 138:14 145:1
alive 66:3,6
 141:11 165:1,
 7
all 4:11
 19:22 24:18
 25:17 27:12
 28:22,24
 30:24 31:11
 34:11 54:7
 55:3 73:18
 76:20 77:13
 81:11 82:9
 105:18 107:24
 110:24 111:6
 117:7 124:20
 126:16 127:22
 130:1 132:22
 133:1,18
 136:15 139:15
 141:3 143:5
 148:21
 155:12,15
 156:6,11,16
 158:13 169:3,
 4 174:4,18
allegation
 40:14 41:1,7
 42:16,18
 43:6,25 44:6
 96:17 97:22
 107:8,9,15
 110:11 112:9,
 16 113:2,6,9,
 14,21 114:7,
 8,13,15,24
 115:5,7,12
 117:16,20

118:12 126:5,
 12 127:8
 148:6 149:1
 163:20
allegations
 128:2
allege 40:16
 61:1 88:23
 90:2,25 91:23
 92:25 93:19
 94:8 97:20,22
 103:18 106:2
 113:18 155:2
 161:4 164:2,
 22,25 165:9
alleged 14:8
 17:3 38:15
 56:13 108:1
 163:18
alleging
 39:11 77:18
 78:6 89:17
 110:10 112:19
 163:24
allow 87:15
allowed 85:3
 86:7
almost 52:1
already 24:20
 42:12 72:14
 98:7 154:1
 159:10
also 8:17
 19:4 24:18
 26:22 28:7
 32:13 37:23
 47:9 56:21
 73:12 81:5
 93:5 111:11
 112:23 122:22
 151:11 168:16
am 7:7,17
 16:6 68:7
 85:15 86:23
amended 38:18
 39:11 40:7,10
 41:20 43:25
 75:2 88:12

amount 10:12
 85:4 87:3,13,
 18 88:25
 153:19 157:6
amounts
 157:14
analyst
 109:13
and 4:4,5,22
 5:11 6:7,11,
 19 7:5 9:15
 10:4,15,22
 11:9,14,17,21
 12:7,10,12
 13:8,18 14:3,
 13,25 15:3,8
 16:1,2 18:4
 19:20,22
 20:19 22:6,17
 24:3,18,21
 25:2 26:4
 27:10 28:1
 29:20 32:13,
 18 33:6,7
 34:7 35:1
 36:13 37:12
 38:1,9,12
 39:4,5,10,12,
 18 40:8,10,
 11,16 41:2,13
 42:11,18,19
 43:6,7,8,12,
 14 44:8,19
 45:19 46:25
 47:22 49:12,
 13,15,18,20,
 25 50:11
 52:1,14 53:7
 54:4,23 55:8,
 23 56:1 57:4
 60:24 61:6,7,
 15 63:17
 64:25 67:18
 68:5,8,21
 69:22 70:13,
 15 71:1,2
 72:12 73:2,
 10,11 77:25
 78:9,25

| | | | |
|---|---|---|---|
| 79:16,19,22 | 142:3,5,12,25 | 16,19 44:9 | 84:16 89:23 |
| 81:5 82:4,11, | 144:7 147:15 | 45:4 46:6,7 | 96:21 98:11 |
| 17,24 83:3,7, | 148:16,21,25 | 47:24 50:5,25 | 101:14,15 |
| 12,21,24 | 149:8 150:20, | 51:2,4,5,11 | 102:17 103:2 |
| 84:2,11 85:6, | 24 151:9 | 53:16 58:4 | 104:11,13 |
| 8,11,21 86:5, | 152:19 155:4, | 64:13,15,17, | 108:22 109:1 |
| 21 87:12,16, | 5,7,20,21 | 20 78:6,18 | 112:8,12,24 |
| 24 88:5 | 156:2,3,12,16 | 79:19 82:17, | 113:10,18 |
| 90:19,20 | 157:4,7,15, | 18 84:20 | 116:12,16 |
| 93:2,5,20 | 20,24 158:5 | 85:1,6,9 | 117:3,19 |
| 94:3,5,15 | 159:7 160:12 | 86:6,8,22,24 | 118:12 121:2 |
| 95:3 96:10, | 161:5,6,11, | 87:15,18 | 122:10,14 |
| 11,12,18,19, | 12,14,23 | 113:17,20 | 125:13,15 |
| 21 97:10,11, | 162:8,22,23 | 114:4,9,11, | 133:5 136:17 |
| 12 99:9,10, | 163:25 164:4, | 17,19,21 | 137:6 138:15, |
| 15,21 100:3, | 8,15 165:9, | 115:7 116:15 | 17,20,23 |
| 11 101:1,8,14 | 12,13 166:1, | 121:18 128:3 | 143:6 144:7,8 |
| 102:1 103:20 | 8,11,12,24 | 144:20 145:1, | 145:11 146:5, |
| 104:4,9,13,18 | 167:6,20 | 17,23 146:25 | 21 147:7 |
| 106:8,14,19 | 168:19 169:4, | 147:2 157:16 | 152:16 153:3, |
| 107:16,17,21 | 7,8,15,16,17, | 159:12,14,18 | 23 154:7 |
| 108:13 110:5, | 18 170:11,17, | 160:15,19,22 | 156:14,17,18 |
| 17 111:2 | 24 171:13 | 164:14 | 158:9 164:25 |
| 112:1,23 | 172:2,5,7,11 | 167:16,17 | 165:6 167:12, |
| 113:16 114:5, | 173:21 174:14 | 169:9,12 | 18,25 168:15 |
| 13,20 115:4, | **and/or** 155:5 | 172:17 | 169:13,19 |
| 8,10 116:15 | 165:12 | **answered** | 170:5,7 173:3 |
| 117:4 118:7, | **Anderson** | 27:11 155:25 | **anybody** 97:8 |
| 19 119:4,10 | 58:23 | 159:10 167:20 | **anyone** 20:24 |
| 120:4,5,6,12, | **Andrew** 59:25 | 169:7 | 93:15 151:18 |
| 22 121:2,8, | **Andy** 66:24 | **answering** | **anything** 6:14 |
| 15,20,21,23 | 67:8,17 | 18:4,5 160:24 | 8:6 17:19 |
| 122:18,21,23 | 170:11,12 | **answers** 68:20 | 18:11 19:5 |
| 123:8,9,14,22 | **Andys** 170:13 | **any** 5:21 | 22:3,4 25:5 |
| 124:24,25 | **another** 84:2 | 6:18,23 7:1 | 30:5 36:2 |
| 126:2,20 | 170:12 | 11:11 12:10 | 42:24 45:13 |
| 127:14,21 | **another's** | 13:25 16:20 | 46:5 53:19,21 |
| 129:12,13 | 115:20 | 25:14 32:7 | 54:1 56:6 |
| 130:1 131:17, | **answer** 6:16, | 34:15 35:20, | 62:17 98:3 |
| 22 132:8,14, | 17,20,21,23 | 21 36:23,24 | 103:8 111:18 |
| 17 133:5,18, | 7:6 11:23 | 42:2 45:22,25 | 121:15 123:24 |
| 19,21 134:11, | 13:13 15:20 | 46:12 48:14 | 124:12,15 |
| 24,25 135:6, | 18:16,17 | 53:4 55:16,20 | 135:20 140:10 |
| 13,16,19 | 20:2,3,5 | 56:1,8 57:2 | 142:14 146:3 |
| 136:3,6 | 21:18,25 | 65:4,9 66:9, | 152:1 153:19 |
| 137:2,12,17, | 22:21 27:13, | 12 67:11 72:2 | 158:7 165:7 |
| 21,23 138:1 | 17 28:16 29:7 | 74:7,22,25 | 169:15 |
| 139:4,13 | 31:16,18 | 75:3,25 78:20 | **apart** 9:17 |
| 141:21,23 | 42:25 43:2,3, | 79:7,20 82:10 | |

**appear** 51:14
131:14 145:13
**appearances**
4:12
**appeared**
44:17 94:15
**appears** 40:12
**applied** 65:19
**apply** 66:13,
16
**applying** 66:5
**appreciate**
6:10
**approaching**
51:13,17
**approval**
11:16
**April** 5:5
27:6 37:20
47:9,17,19
48:15 49:24
50:12,17
51:24 65:13,
15,19 66:3
155:2 164:23
**are** 4:10 6:23
7:13 9:20
11:16 16:4
29:9 30:25
31:12 33:10
34:10,11
36:12 44:24
46:18 47:10
48:24 49:1,5
55:2,20 56:13
61:1 65:13
68:20 71:10,
12,18,19,24
73:18 74:22
76:6,7,20
78:6 80:24
81:17 83:19,
22 84:8
86:20,22 90:2
98:22 99:3,13
100:19 104:24
107:2,11,13
110:24 112:2,

18,19,21,22
113:3,25
117:9,13,23,
24 120:10
122:9,14,22
126:6,13
127:10,19
128:6,8,9
136:11 142:17
146:21 147:7,
15 151:12
156:14 157:6
158:19 160:7,
12 161:6,10
165:24 166:17
167:8 168:18,
19 169:5,25
170:5,15,23
171:6 173:23
174:8
**aren't** 78:23
122:16 174:17
**argued** 125:1
**around** 9:19
51:22 71:9
94:3
**article**
52:17,23 53:1
54:19
**articles**
119:3 120:16
130:12
**as** 4:22 6:4,9
7:3 9:10,11,
13,14,16,18
10:16 11:10,
22 12:21 21:7
24:17,18
35:4,14 38:16
39:11 40:9
46:1,16 49:19
51:13,17
54:21 57:17
62:7 63:24
66:24 69:7
71:18,19,21
73:1 76:5
79:22 81:7
87:10,13,21

88:10 106:17
110:23 115:8
119:4,18
121:12,21
126:8 129:6
131:20
132:20,25
133:2,16
134:7 135:12
136:16,24
137:10 140:11
142:5 143:13
148:18
149:14,21
150:23 152:19
161:10 175:1
**ASAP** 175:1
**aside** 53:25
56:6 124:16
**ask** 6:11 7:16
14:24 16:15,
17,20 22:25
24:7 41:12
48:11 85:3
86:16 90:1
97:3,5,7
101:5 114:20
122:12 132:6,
11,21 133:23
135:6,16,18
137:14,23
138:13,16,20,
23 143:6
147:2 156:22
160:25 164:7
171:13
**asked** 12:5,6
13:12 15:6
18:4,9 27:11
38:21 49:17
68:11,17
86:14 136:1
151:4 156:22
160:23 167:20
169:7 171:5
**asking** 22:22
31:12 46:7
62:7,20 68:6,
7 79:12 81:21

83:16 85:24
86:15 103:2,7
108:8 113:23
114:13 115:3
118:2 119:24
120:15 121:11
127:2,3
129:12 136:18
145:18,20
151:8 160:5,
6,11 166:22
171:24
**asks** 11:20
**assert** 91:24
**asserted**
97:24,25
98:23 99:4
**asserting**
83:9 84:25
**asset** 171:7
**assets** 64:1
71:2 73:13
133:5,10,12
155:4,7,24
165:11
170:16,23
**assisted**
158:8,12
159:5,20,25
164:11
**assisting**
64:2
**associated**
76:20
**association**
73:13
**assume** 119:2
126:25
**assumed**
135:11,12
138:1
**at** 4:5,10
6:15,18 9:23
10:14 13:24
14:12,15
15:3,7,14
27:9 28:11
31:4 35:6

36:23 38:2,20
40:13 45:11,
18 46:3 47:22
55:3,14 57:24
58:2,9,12,15,
18,21,24
59:2,17,20,23
60:1,4,7,10,
13,16,19 61:8
67:5 73:3,9
74:1 75:14
79:11,21
80:2,19 81:2
87:21 94:18
97:8,22 99:11
104:17 107:5
112:8,25
113:11,19
120:2 123:24
125:24 126:1,
16 128:24
129:1 130:22,
23 132:7,9
133:6 136:4
141:4 143:4
145:15 150:16
152:19 153:15
156:12 157:8,
9,13,17
158:10,22
161:8 165:20
170:19
**ATO**   83:4
168:20 170:1,
2
**attach**   20:19
44:18
**attached**
34:16 35:16
36:23 119:17
125:8 126:9
**attachment**
119:2,3
**attorney**   31:3
39:16 62:16,
18 64:2 75:14
133:8 135:21
142:12,15
159:25

**attorney's**
61:7
**attorneys**
51:2,4 58:5
88:14 158:8,
12 159:5,14,
20 160:1,12
164:11
**Australian**
104:14 148:9
157:2 169:15
**authored**
31:12 32:5,6
**authorization**
144:16
**authorized**
69:13 75:11,
14
**automatic**
134:17
**autopsy**   152:8
**aware**   11:11
19:10 35:4
44:24 45:6
55:2 65:13
66:8 71:19
75:5 79:21
92:21,23 97:1
110:24 118:16
142:17,21
145:16 146:8
148:18 149:14
165:24
**away**   8:16,17
9:25 10:2,9,
10 15:2 24:1,
5,21,24,25
25:7 28:1
30:10,20 37:6
61:23,25
62:2,5,10,11,
14,16,22,25
63:6 113:16

─────────────

**B**

**back**   5:5
6:20,21 11:9

16:2 20:19
29:2,4,5
31:13 32:24
34:21 43:11
49:13 57:9
66:23 73:23
78:5 80:22
85:22 96:14,
15 103:16
111:22 118:18
119:20 121:21
132:8 139:3
140:16 141:21
142:10
143:12,15,24
156:12 159:16
167:10 168:12
**bank**   13:25
65:10 86:16
**banking**   157:3
169:17,20
**banks**   65:3,6
**based**   10:6
89:8 94:10
96:18 100:5
110:19,20
117:8 126:7
127:12 128:1
136:24
161:11,21
162:3,6,14,23
163:12 166:12
168:16 170:14
**basically**
33:21 91:8
**basis**   11:10
43:24 44:5,7,
8 48:21 85:1
86:5 87:17
89:16 93:21
94:8 96:12,
14,17 97:19
98:21 112:9,
16 113:1,14,
17,21,25
114:6,14,24
115:5,11
**bath**   25:4

**bathroom**
23:22
**Beach**   9:24
152:18
**bear**   7:16
**because**   16:23
19:20 26:14
28:18 36:22
37:2 42:10
48:18,23
55:23 61:16
63:12 64:21
75:6,19 78:6
81:5 83:18,25
87:23,24
95:9,20 99:25
110:12 115:13
116:7 121:19,
20 123:3,16
125:4 134:2
136:1,5
137:14,15,22
141:19 142:9
143:5 144:22
146:12 149:2
**become**   16:8
**becoming**
42:12
**bed**   25:4
**bedroom**   27:25
28:8 33:13,
15,21
**been**   4:21 6:4
34:5,16 37:2
38:20 45:15
48:17 57:4
63:2 64:25
66:17 67:22
73:13 88:4
89:16 99:24
104:1 110:8
117:14
125:18,19
136:19
141:13,17
149:8 157:21
164:25
168:21,24
169:1,4

**before** 4:3
6:7,9 7:15
9:21 11:22
13:12 22:18
23:7,9,10
32:21 45:21
46:11 47:9
57:18 61:6,
19,24 62:2,4,
9,11,13,21,25
63:6 67:18
68:9 80:20
87:10 94:21
110:8 118:22
120:15,16
121:25 132:12
137:2 144:18
145:2 149:20
151:4 152:15
153:1 154:1
155:10 156:22
164:22 174:18

**beginning**
80:17 99:10
115:14

**behalf** 66:10,
13 69:13
70:1,12 72:18
73:21 75:12
88:15 146:7

**being** 33:10
46:1,16 93:14
96:16 109:12
119:25 135:9
138:1 146:12,
23 148:18
170:24

**belief** 41:2
117:8 124:25
155:22

**believe** 7:14
10:15 15:11
17:8 19:1
25:1 31:4
38:5 39:20
48:4 52:10
55:18 57:19,
23 58:1,6

173:24

66:12 67:9
68:13,16
70:3,18 71:5,
16 72:1 73:6,
22 74:23
75:13,23
76:1,22
79:13,25
80:2,10,15,25
81:2,13,20
82:23 85:12
91:12 99:8,9,
14,15,19
104:11,24
106:22 107:2,
11 110:17
111:16 117:6,
9 118:5
119:16 120:14
123:1 125:2
133:4,7 139:4
141:1 142:12
151:23 155:17
157:7 158:1
166:7 167:6
168:2,19

**believed**
31:21 74:2

**belong** 79:13,
25 80:7,14,
20,25 82:5,11
92:5 157:7

**belonged**
80:11,12 83:8

**belonging**
36:24 161:6

**belongings**
34:1,12

**belongs** 81:22
82:2 83:21

**Below** 79:16

**benefit** 125:6
158:4,6

**best** 7:2
95:13 97:6

**better** 143:13

**between** 61:1
90:19 99:9

118:18 120:22
134:11 166:1,
11

**big** 10:3 21:7
33:18 61:5
140:9

**bigger** 15:9
21:8,9,15
22:4,12,15,18
23:3 24:8
46:1,16
138:25 139:7,
14,19 140:14
141:14,24
142:5,8 143:8
144:10 147:12
154:13

**bill** 61:16
63:15 110:2

**billion** 61:2

**billionaire**
156:8

**billions**
21:13,16
26:14 32:19
74:23 75:22,
23

**bills** 68:25
109:21,22

**biological**
8:11,12,18

**bit** 7:8 9:19
12:18 84:17
145:1,13

**Bitcoin** 14:9
15:10,12,17
16:12 17:4,19
18:10 19:5,24
20:10,18,19,
21 29:3,8
36:23 37:2,6
38:16,20,25
39:12 40:17
41:3,15 42:2,
5 56:21 67:11
68:24 72:15,
19 74:24
75:22,25 78:9

79:3 80:10,
13,15,17
83:19 84:11,
16,20,22 85:4
86:13,14
87:3,12,18
88:25 89:9,18
90:3,5,7,8,9,
11,17 91:1,9,
10,13,17,24
92:4,5 95:7,
15,24 96:3,
10,13,16
97:20,23,24
98:1,6 99:5,
10,13,15,21,
23 100:8,15,
20 101:1,8,
10,15 104:12,
13 107:16
108:13 110:5
111:25 112:25
113:3,5,11
115:1,11,24
116:10,18
117:4 122:24
123:23,25
124:2,9,12,
15,23 125:13,
23 138:12
141:18
151:13,17
155:7,11,23
156:3,7,11,
19,20,25
157:2,17
166:8,16,18,
23 167:4,7,
12,19 168:2,
4,7,10 169:13
170:17,18,23
171:1,3
172:5,11,22

**Bitcoins**
112:8,22
113:19 144:6,
8 155:3
156:16 157:6
165:10

**blah** 14:1
**block** 104:11
  156:25
  161:11,13,21
  162:3,6,12,
  14,22 163:12
  169:13
**blocks** 102:1
**Bob** 59:1
**body** 131:13
**bond** 13:25
**books** 31:12
  32:2,3,4,5
  34:6,7
**born** 8:2,4
**borrowed**
  151:9
**both** 10:22
  94:4,16
  103:20
  106:23,24
  115:17,22,25
  151:9 155:11
  156:2
**bottom** 78:23
  83:18
**bought** 150:24
**Boulevard**
  4:10 130:10
**bouncer**
  152:19
**box** 101:17,
  20,23 116:8
**break** 6:18,19
  23:22 25:23
  30:12 34:17
  35:3 108:19
  123:16 128:22
  143:18 165:19
**breaks** 88:3
**Brendan** 60:18
**BRENNER**
  160:23
**brief** 16:22
  25:25 30:16
  35:7 87:8
  97:18 128:25

143:21 165:21
171:16
**briefly** 18:19
  19:2
**bring** 85:25
**brother** 7:19,
  21 13:16,17
  67:10 90:6
  99:10 123:7,
  15,17 126:8
  127:12 129:21
  132:13 139:6,
  18 141:11,23
  142:2 147:12
  150:10 168:11
**brother's**
  125:4 173:10
**brought** 153:7
**Bryan** 4:13
  20:4 41:22
  61:3 86:11
  144:22 159:24
  160:23
**bunch** 24:21,
  24,25 29:20
  30:4 36:12
  49:17 170:13
  174:13
**burning**
  153:14
**business** 16:1
  130:1 131:21
  132:18,23
  133:2,19,21
  135:17
  136:15,22
  138:23,25
  140:10
  148:16,21
  149:12,15,16
**but** 6:15 8:19
  10:20 11:10,
  15 13:12
  16:25 17:10,
  25 27:9 29:24
  32:17,22 33:3
  35:17 37:20,
  23 45:1,11,13

50:10 51:24
53:25 55:14
56:6 57:21
61:7,24 63:6
66:2 67:17
73:2 75:14,20
80:22 81:20
87:22 88:24
89:19 91:10
98:13 102:22
105:9 106:22,
25 107:2,21,
24 110:4
111:16,18
112:8,25
113:10,18
116:10 119:2
123:22 124:7
127:23 130:3
132:13 135:9,
12 137:25
140:5 145:1,8
146:11,20
148:24 149:5
151:8 152:6
159:7 163:18
170:20 171:5
**button** 44:19
**by** 4:24 6:6
  7:10 8:9,14
  9:6 11:2,6
  12:1 13:3,9
  15:24 16:7
  17:9 18:8,14
  19:8 20:7,13
  21:5,24 22:24
  23:24 24:6,
  13,21 26:2
  27:4 28:15
  30:18 31:22
  32:12 33:2,9,
  14,20 35:2,9
  36:1,9,18
  37:1 38:22
  39:17 40:6,21
  41:11,19
  42:15 43:5,23
  44:4,13 45:9
  46:10 48:13

49:4,9 50:4,
20 51:7,16
52:6 53:20
55:13 56:18,
24 57:16 58:8
61:4 62:19
63:10,21 65:5
66:11,21
69:6,17 70:4,
19 71:6,17
73:7,20 74:3,
15,21 75:16
76:4 78:14,17
80:6 81:4,10,
19,24 82:6,22
83:15 84:1,3,
4,7 88:9
90:16 91:7,22
92:3,11 94:1
96:7 98:19
99:2,12
100:18,24
101:4,13
102:7,11,16,
21 103:1,17
104:16 105:1,
13 106:1
114:23 115:24
116:17 117:2
119:8 122:7
124:5 129:4
130:6 134:10,
20 142:7,16
143:23 144:4
145:3,14
146:4 147:6
148:3,25
149:24 155:5
161:1,19
162:1,10,19
163:17 164:13
165:12,23
166:9,12
167:23 169:11
171:19
172:12,19,21
173:1,9,14
174:3,4,7,12

## C

cable  63:17
Caleb  19:14,
  19,23,24
  20:9,11
call  69:22
called  83:21
  121:19
calls  21:21
  56:14 71:14
  81:15 82:3,16
  83:11,23
  91:25 92:6
  96:4 98:16
  99:6 102:3
  104:21 105:3
  123:10 154:7
  156:17
  161:16,22
  162:7,16
  163:14 165:16
  166:5 169:8
came  36:7
  82:1 139:3
  143:15
can  6:12,21
  11:21,23
  12:22 13:10
  15:19 18:1,7
  20:2,5 27:6
  30:12 31:16
  32:24 35:19
  37:6 40:13
  41:17 42:8,25
  43:16 44:9,
  10,14 45:1
  47:8,19 48:21
  49:13 50:25
  51:2,6 54:21
  56:25 57:20,
  21,25 60:21
  62:20 64:14,
  15 67:5 70:20
  72:16,21
  76:6,17 79:11
  84:25 85:23,

25 86:17
87:1,20 88:1,
19 89:21 90:1
91:5,8,10
92:12,24
93:12,17
94:25 96:8
99:1 100:7
101:23
103:10,20
104:18 106:17
110:2,14
111:22 114:19
115:19 116:3,
13 117:1,19
118:17 119:18
121:11 123:11
124:10 125:15
129:13 130:7,
22 134:24
136:4 140:22
142:1 143:24
145:1 147:4,
21 149:18,25
151:14 155:6
159:3 160:9
161:2,24
162:20 163:7,
22 164:20
165:13 170:15
172:17
can't  6:13
  25:3 51:4,24
  53:8 64:7
  68:22 78:10,
  15,19 101:22,
  23 111:18
  114:16 125:22
  126:17 127:16
  160:16
cannot  7:1
capacity
  103:20 136:14
car  15:2
card  16:1
care  127:24
  137:23
Carr  59:5,6

carry  55:2
Carter  37:13
  38:1,9,12
  39:4,5,10,12,
  18 40:8,11
  42:19 43:9,12
  58:11 61:15
  129:25
  130:19,21
  132:14,17,21
  135:6,13
  138:15
  148:20,25
case  4:11
  31:5,6 32:14,
  18 52:2 63:3
  103:22 104:2
  131:10 140:5
  153:18 155:23
  165:24 170:8
  174:9
cause  4:6
CC'D  75:17
  145:6
cell  61:15
  110:2
center  164:24
certain  49:15
  88:23 112:1
  134:20 164:16
certainly
  64:17 85:2
  108:17
certificates
  31:11,23 34:7
chain  104:11
  142:21 156:25
  161:11,13,21
  162:3,6,12,
  14,22 163:12
  169:13
chance  11:21
change  158:9
changed  27:22
  68:21
charged
  109:25

check  27:11
  35:19 131:21
  133:9,18
  134:23 135:23
  137:1,3,12
checked  93:10
checking
  70:25 133:1
child  97:4
chose  8:21
circumstances
  8:20 73:14
civil  155:21
claim  82:14
  91:24 123:17
  140:13 164:24
  172:10
claiming
  81:22 82:2
  83:22 84:8
claims  91:23,
  24 122:17,23
  125:9
clarified
  27:18
clarify  51:18
  64:21 83:2
  135:25 164:24
  171:6
clause  158:14
  163:8
clean  167:15
cleaned
  150:20,23
clear  6:8 7:3
  29:2 64:11,23
  75:19 78:18
  85:21 117:3
  128:12,16
  159:24
cleared  11:17
clearer  7:8
clearly
  160:13
click  44:19
client  7:4
  121:19

155:21,22
156:24 159:8
Clocktime2020@
g-mail.com
150:2
close   9:3,5
13:16 17:16
20:24 51:22
55:3 91:5
104:17 138:17
171:13
Closer   67:25
closest   20:23
142:18,22
club   152:20,
21,23
co-authored
32:6
co-owner
13:24
co-owners
115:9
coaching
42:11 64:7,9
159:22
160:19,20
Cobser   58:17
Cocaine
152:11
code   29:17
collaboration
96:9
come   85:22
111:22 140:4,
16 142:10
143:12 166:24
comes   12:7
121:21 123:5,
6 124:17,21
167:13,21
comfortable
12:10
coming   32:18
communicate
13:19
communicated
8:18

communication
144:14 145:7,
22
communications
66:14 133:8
142:12 144:23
145:19 156:18
companies
34:22 35:12,
18 54:12
company   34:21
38:11 120:13
126:22 127:4,
5 136:17
149:17
complaint
14:8 38:18
39:11 40:7,10
41:20 43:25
44:1,6 88:12
89:7 107:7
108:1,2,9
113:6,15
117:7 125:8
126:10 147:23
complex   160:5
computer
12:19 38:11
40:18 41:4,
13,23 42:3
44:21,25 45:6
53:4 54:16
56:17 88:4
89:1,4,17,21,
22,24 108:15
109:7,12,13,
15 132:10
133:6,12,21,
24 134:1
135:4,7
136:16,18,20,
23,25 148:19
149:14,16,17
152:15,17,18
173:3,11
computers
54:4,5,7
95:20

concern   32:17
concerned
32:16 36:19
46:5 47:23
49:14 78:2
concerning
60:25
concluded
175:3
conclusion
53:6 71:15
82:4 83:12,24
92:1,7 99:7
104:22
161:17,23
162:8,17
163:15 165:17
166:6 169:8
conclusions
160:6
conditions
12:12
conducted
107:16 133:6
conducting
108:13
conferred
158:4
confidential
87:14 90:13
91:3,6 116:14
117:1
conflicts
48:15 50:17
confused
48:20 62:15
112:17
confusing
53:2 127:22
confusion
48:21
connected
133:20
connection
82:10
Conrad   37:13
38:1,9,13
39:4,5,10,12,

19 40:9,11
41:13,23
42:2,19 43:9,
12 58:11
61:15 132:14,
17,22 135:7,
13 138:15
148:20 149:1
Conrad's
129:25
130:19,21
consider
137:16
considered
19:16
contact   77:2,
21 121:24
131:1 143:5
contacted
16:10,13 29:6
46:4 52:19,22
90:10 94:14
95:9,11,12
96:19 140:17
142:10
contacts
168:10
contain   55:16
contained
28:23
Contego
129:19
continue
42:10 47:23
48:1,2,3
continued
48:5
continuing
54:24
continuously
108:3
contract
83:13 162:25
163:4,6
contracts
83:4 161:12
162:23

contradictory
  126:4
control  98:2,
  4 100:1 132:2
  149:5 156:6,
  11,15,19
controlling
  155:12
controls
  99:14 100:3
  155:12,15
  156:3,5
Controversy
  52:16
conversation
  15:4,5 16:22
  97:18 123:8,
  17,22 124:7,
  11 138:9
conversations
  5:21 31:17
  156:15
conversion
  155:1,20
converted
  155:3,7,23
converting
  41:14 42:5
copy  12:22
corner
  130:14,23
  131:1
corporate
  5:17,19,22
  6:4
correct  5:12
  8:5 21:1
  26:23 74:8
  76:9 124:13
  130:2 140:20
  146:6,22
  147:16 166:2
  174:19
corrects
  147:8
corroborate
  123:11

costs  61:7
couch  25:16
  28:25
could  7:4
  20:19 21:15,
  20 22:1,3
  24:19,22 33:1
  34:20 36:25
  37:2 52:14
  53:24 56:17,
  21 57:4 61:16
  67:22 82:9
  83:6,20 88:17
  95:21 96:22
  97:16 98:14
  100:15 102:8,
  12,17,22
  103:7,8
  105:16 108:16
  109:19 110:8
  126:1 133:24
  136:19 157:9
  170:20,21
couldn't  37:5
  45:13 56:11
  63:6,12,15
  109:18,21
counsel  4:11
  6:14,15,16
  12:22 31:17
  42:19,25
  43:2,7,8,17,
  19 145:19,22
counsel's
  125:1
count  155:1,6
  158:3,6,7,10
  161:2 162:21
  163:13
couple  8:18
  16:3 39:25
  65:3 78:21
  95:5 110:1
court  6:12
  41:12 77:7,21
  85:19 86:1,20
  88:6 120:21
  121:14,22
  130:16,25

131:2,14,17
  148:9 153:17
  157:2 165:25
  169:15 170:14
Courtney
  59:4,12
crafted  39:10
Craig  4:13,15
  10:20 16:10,
  13 17:5 24:14
  29:6 46:3
  52:12,18,22
  54:3 81:6
  82:11,20,24
  83:9,14 84:1
  89:8,10 90:10
  92:4 94:3,14
  95:1,2,9,11,
  12,13,22,23
  96:1,9,12,19
  97:23,24,25
  98:20,23
  99:4,9,14,15,
  23 100:8,11
  101:8,25
  103:19 104:9
  107:16 112:1,
  3,23 113:15
  114:15
  115:10,16
  117:4 118:18
  120:3,4,6,12,
  22 121:2,8
  122:3,23
  123:5,12,14
  124:18,21,24
  129:12 131:11
  138:4,7,8,11,
  16,17 139:4,
  15,23 140:16
  141:17,19
  142:10,25
  143:15
  155:12,15
  156:3,5,6,15,
  19 157:23,25
  158:1 161:4
  163:24 164:15
  166:1,11,12,

15,21,23
  167:1,3,11,
  12,19 168:4,
  7,14,18
  169:5,23
  170:1,2 172:2
  173:17
Craig's  126:3
  164:8
Craigwright@
informationdef
ense.com
  119:10
create  15:7
created  40:16
  41:2 81:12,18
  82:24 96:16
  99:15 103:19
  104:9,12
  106:23 107:12
  110:8 119:14
  155:11 157:1
  169:14 172:7,
  11,15,20
  174:18
creating  15:9
  16:15,18,21
  17:19 18:11
  94:11 96:15,
  23 125:5
  168:1,5,8
credit  63:22
  65:20 66:5
criminal
  74:12 165:10,
  14
CROSS  171:18
Crypt  55:18
  56:2,3,9 57:3
cryptocurrency
  16:4,9 20:10
currency
  97:17 124:13
currently
  49:7,10 69:10
  85:5 110:18
cut  63:12,17

**cyber**   19:20
  93:20  94:5

**D**

**dad**   14:13
  15:1  95:18,
  19,21  97:10,
  12  151:9
**damages**   60:25
  61:1,6,8
  158:6,16
  159:2
**data**   45:22,25
  46:13  52:15
  53:3,7,8,14,
  22  54:24
**date**   66:2
  67:3  80:17
  93:9  107:22
  112:9,25
  113:11,19
  119:11  131:8,
  17  132:8,13
  134:20
**dated**   70:6
  72:18  76:15
**dates**   29:10
**daughter**
  14:14  15:1
  97:11
**Dave**   7:17,18,
  21,22  8:21
  9:1,3,7,17
  10:23  13:13,
  23  14:15,20,
  23  17:16,18
  18:2,10,19,25
  19:4,16,20,
  22,23  20:8,
  21,25  21:6
  23:10,13  26:4
  33:4  36:22
  40:16  44:24
  46:1,15  48:16
  52:7  53:15
  55:2,5,8,20
  56:5,12  57:2,

6  59:14  61:11
62:8,13,21
63:25  64:1
65:14  67:25
68:8  71:8
72:18  74:23
75:21  76:21
77:21,25  78:7
79:2,3,8,13
80:1,7,19
81:13,18,25
82:2,10,20
83:8,22  84:1
92:19  93:1,
10,13,19,21
94:3,8,17
95:7,14,23
96:10,12,22
97:4,14,16
98:8  99:9,15
101:6,8,9,15
102:1,18
103:18  104:9
107:16,18
108:12,22
109:12
110:15,17,23
111:11,17
112:1,23
115:10,16
117:4  118:19
119:9,17,24
120:2,15
121:8,23
122:23  129:11
130:1  131:21
132:18,21,22
133:4,17
134:18  136:9,
13  137:5
138:10,20,24
139:7  140:3,
12,19,25
141:4,8,17,21
142:6,7,19
143:7,16
144:9  148:12,
15  149:8,11,
12  150:12

151:4,6
152:1,15,25
153:3,14,21
154:1  155:12
161:6  164:25
165:3,7
166:1,11
167:6  168:4,8
172:2
**Dave's**   8:6,23
  16:14  19:3
  24:21,24
  33:17,25  34:1
  35:20  36:12
  38:20,24
  39:12  44:21
  48:6,7  49:3
  50:21,22,24
  51:9,15  59:13
  61:15,21
  63:22  72:14
  73:1  82:1
  95:13  96:2,9,
  14  98:9
  102:2,5
  135:17  136:4
  138:15,17,23
  142:18,22,23
  143:14  149:6
  156:4,16,19
  166:13  168:1
  173:19
**Dave'**
**sdigitalforens**
**ics@g-mail.**
**com.**   77:11
**Dave@**
**davekleiman.**
**com.**   78:3
**David**   11:4,7
  14:5,9  41:2
  42:3  59:22
  68:23  70:14,
  25  73:10
  131:22  133:1
  137:7  140:13
  144:8
**David's**
  168:13

DAX561@YAHOO.
COM   134:14
**day**   4:9  9:7,
  8,16  11:15
  25:10  65:14
  66:17  108:5
  118:21,22
  120:16  129:11
  139:25  140:22
  149:4  155:2
  164:23
**days**   25:11
  65:17  95:5
**De**   4:10
**deadline**   35:5
**deal**   10:4
  54:6
**dealings**
  136:23
**dealt**   131:14
**death**   13:24
  16:14  82:1
  93:2  96:9
  141:3  142:23
**Debra**   58:17
**debt**   70:25
  150:17,21,23
**debts**   67:12
  73:10  150:18
**December**   67:4
**deem**   86:8
**deep**   70:25
**defendant**
  32:19  155:3,
  6,23  158:4,5,
  15  159:1
  163:9  164:2
  165:7,9,13
**defendant's**
  13:1  24:11
  27:2  40:4
  52:4  57:14
  66:19  69:4
  76:2  88:7
  119:6  129:2
  130:4  134:4
  149:22

Defense
  120:10,19
  121:2,9,16
  131:5,11
  148:13 162:21
define  9:5
  33:24 137:14
definitely
  103:3 152:14
delete  54:24
deleted  53:24
deleting  46:5
Dell  45:8
demand  158:25
  163:8
denying
  137:24,25
Department
  70:5 111:3,6
depo  10:1
  25:21 26:25
  32:25 39:19
  42:11 85:22
  143:19
depos  63:2
deposed  6:7
  7:15 26:22
  40:1 104:6
deposing  5:2
deposit
  101:17 116:7
deposition
  4:3 5:14 6:8
  27:5 37:16
  47:8 50:12
  51:19,24
  61:18 64:24
  86:2 87:19,23
  114:10,16
  116:14 118:3
  128:17 146:15
  173:2 175:3
depositions
  5:9,12 169:3
describe
  15:19 89:21
described

  161:10,15
Design  54:11
designate
  87:14 90:12
designated
  73:1
designer  54:9
desk  25:19
  28:2
desks  25:17
detail  107:2
details
  104:24 106:21
  107:1,24
  157:4 169:18
determined
  31:8,13 94:12
developing
  108:13 110:5
  168:15
development
  106:4,8,14,19
  107:18
devices  48:6,
  7,16,23,24
  49:1,3 50:7,
  21,22,24 51:9
did  5:19,20
  9:7,10,17
  10:10,16,17
  11:1 12:2,17
  14:6 15:10,
  12,17 16:8,
  14,17,20
  17:22 18:19,
  21 19:18
  23:4,7,10
  24:7 25:7,10
  27:11,19
  29:10,13
  30:23 31:2,5,
  25 32:2,9
  34:18 35:11,
  20 36:4 38:8,
  23 43:11,14
  44:7 45:11,
  17,21,25
  46:11,22,25

  47:3,23,24,25
  48:1,2,3,6,19
  49:24,25
  50:1,10,13,
  15,21,22,24
  51:8 52:17
  53:1 54:1
  56:8 59:8
  61:18,21
  62:1,3,6,8
  63:5,11 64:25
  65:6 66:9
  67:8 68:4,7
  71:7 73:2
  75:4,7,20
  77:1,2,4,7,
  11,13,16,20
  89:7,9,10
  90:5,6,7,9,11
  92:19,22
  93:2,6,10,13
  97:8,12,13
  102:24 105:9
  111:15,16
  116:2 117:6
  121:24 122:1
  123:23 124:8
  126:20 127:4,
  9 131:21
  132:3,6,10,21
  135:6,16,18,
  22 137:2
  138:7,8,13,
  16,20,23
  139:18,25
  140:21,24
  141:7,10,24
  142:6 143:6
  144:18 145:4,
  15,20,21
  146:5,9,11
  147:11 152:1,
  4,6,8 153:10,
  14,21,23
  154:4,7,9,12,
  16,19 156:5,
  18 164:16
  165:3 173:10,
  15,17

didn't  5:15,
  16 9:15 12:4,
  11,13,14
  13:15,16,18
  15:14 17:11
  20:18 22:25
  23:3 24:25
  25:14 29:3,8,
  12,14,15,17
  32:7 34:6
  35:13 46:6
  51:14 56:25
  61:11 62:11
  63:14,16,20
  65:21 67:16
  68:4 72:10
  77:23 105:7
  109:22 113:22
  115:24 123:22
  124:5,8,11
  131:23,24
  133:5 136:5,
  17 137:3,12,
  13,14,19,23
  139:22 140:2,
  12,16,23
  142:9 143:12
  144:9,13
  151:7,11,16,
  18 152:7
  159:12,13,15
  160:14 173:3,
  8
died  22:18
  23:7,10,14
  65:14,17
  66:2,17
  67:11,16,18,
  25 68:9,11
  81:13,18,25
  83:22 137:2
  141:21 142:2,
  19 151:4
  152:10 154:1
dies  141:7
different
  28:16,19,22
  48:16,23
  68:21 75:7

| | | | |
|---|---|---|---|
| 76:12 140:3 158:7,9 | **dispute** 153:10,12 | 120:21 121:1, 15 122:10 | 12,17 68:5,6 82:24 104:2, |
| **digital** 15:11 16:15 17:19 18:11 19:5,24 20:9,15,16 21:1 22:9 93:20 94:5 96:23 97:17 124:7,13 144:11 147:13 154:20 163:6 | **district** 88:24 89:2,5, 18 173:4 | 123:5 125:12 126:5 128:2 129:6,18,22 130:19 131:14 134:24 137:9 146:3,10 149:20 152:15 153:3,6,19 155:15 156:5, 14 158:1 162:25 163:10 165:6 166:10, 15 167:12,18, 24 168:14 169:9,19 170:10 171:21,24 173:4 174:4, 15 | 25 107:2,4, 11,13 110:20, 21 117:9,13, 14,19,23 118:1,5,7,10, 11 120:20 122:3,16,19, 21,22 124:20 125:2,5,7,8, 10,14,17 126:16 127:15,17,18, 23,24,25 128:1,6,9,14, 20 153:17 155:17,18 156:13 157:13,17,19, 20,21,24 166:17,19,24 167:6,8,14, 22,24 168:16, 18 169:4 170:24 173:19,23 174:4,14,17 |
| | **divorce** 120:21 121:6 | | |
| | **do** 5:17,21 6:10 8:6,15, 20 10:13 13:8,14 14:5 15:22 17:3,6, 18 18:2,9 19:1,3,11,17 20:8,14 21:23 24:15 26:7, 10,13 32:24 37:25 41:20 42:8,10,25 44:22 45:10, 13 52:21 54:25 55:16 57:23 58:1,6, 11,14,17,20, 23 59:1,4,16, 19,22,25 60:3,6,9,12, 15,18 62:8,24 64:4,14,19,20 65:9,13,19,24 66:12,16 68:5 76:17 77:11 79:5,25 80:2 81:3 82:19 84:16,19,22 85:2,20,25 88:11 91:11, 23,24 98:9,11 99:20 101:14 102:1 103:2 105:19,22 108:22 109:1, 15,18 110:1 111:2,7,16 113:1 114:7, 10 115:15,22 116:11 118:3, 12 119:11,18, 19,20,22 | | |
| **dining** 15:3 | | | |
| **dinner** 14:10, 12,16,25 94:19 97:8 141:3,5 168:3 | | | |
| **direct** 4:23 145:18,22 | | | |
| **discard** 24:4 | | | |
| **disclaims** 121:2 | | **Doc** 34:22 35:12,15 | |
| **disclosed** 87:12 | | **doctor's** 11:15 | |
| **disclosing** 22:19 | | **document** 13:4,7 29:20, 22 30:21 34:14 36:15 39:9,14 41:17 57:18 76:9 88:11 89:11, 14,15 111:11, 13,19 117:16, 17,18 119:2 121:5 122:2, 16 125:12,15, 22 126:7,9, 10,17 127:16 128:18 129:6, 8,15 | **does** 43:16 44:20 87:13 92:5 130:17, 24 137:17 156:4 163:12 168:6 171:5 |
| **discovery** 79:16,22 80:24 86:21 103:24 104:4, 17 106:5,6, 16,17 113:16 117:8 169:1 | | | |
| **discuss** 12:11,13,14, 17 14:6 62:17 109:22 142:14 | | | **doesn't** 14:2 30:5 53:17 85:19 99:25 100:1 114:19 123:25 160:4 164:14,24 |
| **discussing** 12:9 | | | |
| **discussion** 103:15 168:3 | | **documentation** 109:4 169:22 | **doing** 9:15 15:1,8 64:25 84:24 109:20 110:13 144:24 164:8,16,17 |
| **discussions** 19:22 58:5 64:4 | | **documents** 25:15 30:23, 25 31:2,6,7, 20 32:21,22 33:10 34:11, 13,18 35:11, | |
| **dishes** 15:1 | | | |
| **disk** 28:5 35:15 | | | **dollars** 21:13,16 26:14 32:19 74:23 75:22, |

24 150:11

**domain** 120:6, 8

**don't** 5:18, 20,25 6:1,22 8:19 10:11 11:25 12:9 15:7 18:1 19:13 20:12 21:3 22:6,8, 11,14,17 24:4 25:4,5,9 26:19,20 27:13,17,20 29:19,22 30:11,24 31:12,18 32:11,15 33:19,24 36:3 37:14,21,23 38:2,7 39:1, 15,25 42:24 43:2,19 45:15 47:2,4,5 48:7,19 49:21 50:7,10,19,23 51:4,11,25 53:11,12 54:1,13 55:22 56:16,19,20, 23 57:1,13 58:4,10,13, 16,19,22,25 59:3,18 61:7, 17,20 62:6, 17,23 63:1,23 65:7,11 66:2, 4,8,10,14 68:19 69:11, 16 70:3 71:20 72:4,12 74:25 75:5,13,23 76:1,14,25 77:3 78:13,25 79:4,7,10 81:9 82:13 83:25 84:9,20 85:6,10,18 89:6,11,13,19

90:14,22 91:9 92:2,8,10 93:9,12,23 96:6 97:3 98:12,18 99:20 100:6, 10 101:3,9, 11,16 102:5, 9,15,20 103:4,5,7 104:23 105:23 106:21,25 107:1,5,13, 20,21,24 108:11,21 109:3,20,22, 23 110:1,3,6, 12 111:1,5, 14,16,20 112:13,15 113:13,20,24, 25 114:2,9, 16,21,24,25 115:6 116:6, 9,12,16,18,20 117:3,17,18, 24 118:6 120:24 121:4, 13,17,24 122:12,18 124:2 125:10, 14,24 126:15, 16,23 127:6, 15,17,22,23, 24 128:3,4,5, 8 130:3 132:12 134:22 135:18 137:16,18 138:19 141:1 142:14 143:3 144:2,17,20, 23 145:5,9, 17,23 146:12, 19,23 147:14, 23 148:23 150:18 152:20,22,24 153:13,16

154:10 155:19 156:1,17 157:4 158:8, 12 159:19,25 160:2,3,13, 15,24,25 161:8,18 162:9,11,12, 18 163:1,16, 21 164:18,19 165:2,8,18 166:20,25 167:9 169:18 170:6

**done** 35:2 53:17,19,21 56:6 64:16 66:9 89:23 91:2 116:23, 25 117:8 127:25 128:6, 8,13,19 171:11

**DOS** 45:1

**doubt** 122:10

**down** 6:13 34:18 77:16 108:19

**Dr** 4:13,15 95:6 113:15 114:15

**draft** 39:15 119:3

**drafted** 41:8 83:3 160:13

**drafting** 159:5 164:12

**drawers** 26:4

**drew** 15:23 124:16

**drill** 77:16

**drive** 44:17, 18,22 45:12 52:15 53:3,7 54:20,23 55:3,5,8,11 57:8,10

**drives** 24:22 37:8,9,12,14, 17,23,25 38:8 43:11 44:14, 16 45:16,20, 21,23 46:3, 11,19,20,23, 25 47:3,5,25 48:18,19 49:11,15,19 50:8,9 53:15 54:1 55:16, 21,24 57:3 102:12,18

**drug** 13:18

**drugs** 152:2, 4,5,6,12

**due** 62:25 126:3

**duly** 4:21

**during** 14:9 20:20 40:18 41:4 61:18 151:8

---

**E**

**e-mail** 18:22 19:1 24:14 36:10 38:19, 23 44:12 67:3,14,20, 22,23 76:18, 20,24 77:8, 10,12,17,22 78:1,10 79:7 89:12,19 111:2,3 119:9,12 122:11 126:24,25 129:12 134:11,14,17, 18 139:22 142:17 143:1, 10 150:2,5 151:15 156:6, 10 157:20,22

e-mails   66:22
  79:4 118:18
  122:9,14,15,
  18 142:22
  146:21 154:4
  156:13
  166:17,19,24
  167:2,5
  173:21
each   115:23
earlier   61:11
  65:18 108:1,2
  151:3 161:13,
  21 162:2
  173:2
efforts   76:23
either   12:11,
  13,15 18:22
  113:17 135:21
  170:1 171:13
electricity
  63:11,13
else   14:2
  32:9 34:9
  97:8 123:8,9
empty   44:17
encompassing
  28:22
encrypted
  55:17,19,20
  56:13 57:10
  98:15 102:8,
  17 103:8
end   46:24
  91:2 97:22
  117:1
ending   106:6
ends   79:22
  80:24 104:4
  106:17 155:12
engaged   10:17
engages   84:21
enjoin   41:13
enjoined   42:4
enough   34:24
enrichment
  158:3

enter   45:1
entered
  165:25 170:15
entire   41:17,
  21 108:4,16
entitled
  80:19 81:13
  82:20 86:16
  99:11 137:5
  172:10
entity   83:21
  130:14
envelope
  130:8,9,15
  148:8,12,24
equal   168:6
  171:6
equaling
  158:17 159:2
equally   166:7
equipment
  89:1,4,17,21,
  22,24 108:25
  109:2,4,5,8
  173:3,11
erased   57:4,5
especially
  26:13
establish
  98:22 126:5
established
  148:11 154:1
establishes
  155:22
establishment
  80:14,16
estate   63:25
  69:12 71:7,
  12,16 73:1,3,
  8 79:14 80:1,
  7,11,14,25
  81:13,22 82:2
  91:17 98:3
  131:20
  132:20,25
  133:17 136:9
  137:7 140:12
  142:6 149:8

155:5 156:4
  157:7 165:12
  172:10
evaluate
  105:5
even   6:7 7:15
  24:9 42:11
  49:22 78:23
  124:3 132:7,8
  136:20 172:20
  174:18
events   88:24
ever   5:19
  10:17 12:9
  14:6 15:10
  16:14,17,20
  20:15 23:7
  31:2 43:11
  53:24 54:13
  63:22 65:22
  71:7 74:4
  75:20,23
  77:2,7 92:14,
  17,19,22
  93:10 94:17
  109:5 132:3,6
  135:16,18,22
  138:7,13
  140:21 145:15
  153:21
  154:12,16,19
  165:3 168:7
  171:3
every   9:7,8,
  16 34:17 55:7
  108:5
everything
  25:3,6,12,20
  62:3 125:4
  127:20,21
  156:13 158:1
evidence   24:7
  98:11,20
  100:5,7
  101:14 103:2,
  5 107:7
  108:22 109:1
  110:19 112:5
  114:7,14

115:4 117:3
  118:3 123:4,
  6,12,14
  124:17,21
  126:5,13
  128:2 144:7
  155:15,22
  165:6 174:9
exact   10:12
  38:2 39:15
  65:7 66:2
  90:14 93:9
  106:3,7,13,18
  112:13 126:3
  132:13 157:14
exactly   48:7
  49:21 50:7,
  10,23 110:12
  125:10 139:24
  153:11 154:11
EXAMINATION
  4:23
examine   54:2
  55:24
examined   4:22
example   85:21
exceeded   71:2
except   21:1
excess   73:11
exchange
  116:19,21
  134:11 154:4
exchanged
  118:21
exchanges
  139:3,23
  157:20,22
exciting
  24:18
exclusive
  61:6
Excuse   7:20
  16:19 48:25
excused   175:2
executor
  72:25
exhibit   12:21

13:1 24:10,11
27:2 40:4,9
52:4 57:14,17
66:19,24
69:4,7 76:2,5
88:7,11 119:6
129:2,6
130:4,7
134:4,7 144:1
147:22,23
149:21,22
**existence**
82:1
**exists** 163:6
**expedited**
174:25
**expert** 52:9
54:2 57:7
61:7 81:15,20
82:3 83:17
105:3,5
109:13 110:1
122:12 152:15
161:23 162:8,
17 163:14
169:8
**expertise**
109:12
**experts**
139:10
**explain** 85:7,
10 86:3 99:4
104:18,25
115:19 155:6
159:3 165:13
**explanation**
44:12
**express** 32:16
**extent** 41:23
53:16 58:3
64:10,15,18
174:17
**extremely**
20:24

_____

**F**
_____

**Facebook** 15:7
21:7,9,13
22:4,12,15,18
23:3 24:8
46:2,16
139:1,7,14,19
140:14
141:14,24
142:5,8 143:9
144:11 147:12
154:14
**fact** 19:19
23:6 82:11
127:11 143:4
150:16
**fair** 73:11
87:22 167:2
**falls** 96:14
**false** 47:13
69:25 74:16
83:14,17
122:21 145:7,
11 163:25
164:8,15
**falsehood**
122:25
**familiar**
16:4,8 54:4,5
56:4 101:17
120:10
**familiarity**
86:13
**familiarize**
13:7
**family** 7:22
34:3 69:18
138:24
**far** 9:17
11:10 54:21
123:4 136:16,
24
**Fargo** 65:8
**father** 8:16
19:16 95:2,4
123:11 150:20

**February**
16:13 24:15
29:9 80:10,13
106:5,9,15,20
107:16,18
110:10
119:14,15
129:8 150:5
**federal** 74:4,
7,18 162:21
**feel** 24:18
136:5 137:17
**fees** 61:7
**feet** 15:2
33:20
**felonious**
165:10,14
**felt** 12:9
**few** 48:8 52:8
68:24 118:18
151:8 153:1
**fiancee** 10:22
19:3 20:23
59:13 97:2
123:10 152:21
153:7,21
**field** 52:9
136:21 139:11
**fifth** 159:21
**figure** 45:11,
14 68:20
86:12 118:3
137:16 139:24
141:24 155:14
170:22
**file** 55:18
56:2,9,16
57:3 85:15
87:25 102:8
103:8,9
**filed** 40:8,11
48:5 52:1
88:13,14
89:7,16
103:22 129:8
**files** 50:14
51:15 55:17
56:13 98:15

120:16
**filing** 107:7
117:7
**Finance**
111:3,6
**finances**
12:14 61:12
**financial**
12:8 65:20,22
66:6 109:24
**financially**
70:15
**find** 20:14
111:2 142:2,7
**finding**
165:25
**fine** 8:25 9:2
**finish** 23:23
122:5
**finished**
122:8
**Finney** 92:14,
15,20,22
**firm** 70:10,11
**first** 4:21
5:5 7:17
13:20 14:9
16:8,11 23:13
33:3 40:7,10
43:25 52:17
59:11 61:14,
21 62:12
67:10 70:11
76:23 82:1
95:2,5,8,18
96:16 129:18
130:22 132:9
134:21 138:4
139:4 172:21
**five** 10:2,4,5
37:9 79:11,12
88:2,20,22
143:17 171:12
**flipped** 16:1
**flipping**
25:16
**floor** 15:2

**Florida** 4:5
**focus** 166:21
**focused** 78:4
**follow** 140:13
 146:21 147:1,
 7 154:12,16,
 19
**followed**
 146:13
**follows** 4:22
**for** 4:5,12,
 13,15,16 6:3,
 8 10:14,15
 11:8,11 13:2
 21:21 24:7,12
 25:14 26:5,14
 27:3,23 28:11
 30:12 31:15
 32:19 34:8,21
 39:3 40:5
 41:18,22
 42:23 45:19
 46:4,12
 48:11,21
 49:21,22
 50:11,13 52:5
 53:2 54:19
 56:14 57:15
 64:20,24
 65:19 66:5,
 13,16,20 67:1
 69:5,20 70:24
 71:7,14 76:3
 77:20 79:5
 81:15,21
 82:3,16
 83:11,23
 85:22 86:3,5,
 20 87:2,4
 88:8 89:17
 90:23 91:16,
 24,25 92:6
 93:16 96:4,17
 97:19 98:16
 99:6 100:2,9,
 14 102:3
 104:21 105:3
 107:20 111:5,
 21 112:7,8,9,

 12,14,16,24,
 25 113:8,10,
 11,14,18,19,
 21 114:6,9,
 14,17,24
 115:5,11
 119:7 120:6,
 17 125:18,19
 128:5 129:3
 130:1,5,12
 131:2,17
 134:5 136:18
 137:1,3
 140:8,22
 145:18 147:18
 148:8,12,15,
 16,18,21
 149:12,14,23
 150:21 151:4,
 8 152:13,18
 153:18 155:1,
 5,20 156:24
 157:17 158:15
 159:1,9
 160:6,13
 161:16,22
 162:7,16
 163:2,9,14
 165:16 166:5
 168:22,24
 169:1,6,8
 173:10
**force** 86:21
**foreclosure**
 61:22,24
 62:1,4,9,13,
 16,21 67:16,
 19 68:8,10
**foregoing**
 76:8
**foreign** 96:19
 119:19 166:14
 168:9
**foreigner**
 138:9,18,21
 139:3 140:15
 141:19 142:8
 143:7,15
 144:12 147:13

 154:17
**foremost**
 139:10
**forensic**
 56:17 109:13
**forensics**
 12:19 38:11
 40:19 41:5,
 13,23 42:4
 93:20 94:5
 132:10 133:6,
 12,21,24
 134:1 135:4,7
 136:17,18,20,
 23,25 148:19
 149:14,16,17
 152:15
**forged**
 122:21,22
**forgeries**
 174:18
**forget** 139:25
 170:11
**forging** 125:1
**forgot**
 139:15,24
 140:1 170:12
**forked** 155:3,
 7,24 165:11
**form** 69:3
 105:8 115:9
 172:16,23
 173:7,12
 174:2,6,10,20
**formal** 70:23
**formated**
 37:22 44:19
 46:3 49:15
**formation**
 80:19 118:23
**formatting**
 24:21
**forming** 121:9
**forth** 11:9
**fortune**
 101:15
**forward**

 135:21
**found** 65:16
 132:9 151:24
**four** 35:2
 67:23
**fourth** 159:21
**fraud** 121:19
**fraudulent**
 122:9,14,15
 125:5,7
 126:23 164:4
**Freedman** 4:16
 6:3 7:6 8:8,
 11 9:4 10:25
 11:5,19 12:22
 13:6 15:18,21
 16:5 17:7,20,
 23 18:1,6,13
 19:7 20:1,3
 21:2,21 22:21
 23:21 24:2
 25:23 28:13
 30:14 31:15
 32:10,23
 33:1,7,12
 35:4,23 36:6,
 14,21 38:17
 39:4,13 40:20
 41:9,16,21
 42:1,14,24
 43:15 44:2,9
 45:3 46:6
 48:10 49:2,6
 50:2,18,25
 51:11 53:16
 55:10 56:14,
 22 57:12 58:3
 61:3 62:17
 63:7,19 64:4,
 8,10,13,25
 66:7 69:2,15
 70:2,17 71:4,
 14 73:5,17,25
 74:14,19
 75:15 78:12,
 16 80:4 81:1,
 8,15,23 82:3,
 16 83:11,23
 84:6,19 85:2,

12,17,24
86:2,4,7,11,
14,23 87:1,10
88:1 90:12
91:2,5,18,25
92:6 96:4
98:16,24 99:6
100:16,22
101:2,12
102:3,10,14,
19,23 104:10,
21 105:3,9,
17,21,24
114:18
116:13,23,25
122:5 128:5,
8,12,15,19,23
134:8 142:14
143:19 144:1,
3,20,24
145:17,21
146:1,25
147:25
159:10,13,16,
24 160:4,10,
20 161:16,22
162:7,16
163:14 164:10
165:16 166:5
167:20 169:7
171:12,19
172:17,19
173:1,9,14
174:3,7,12,
22,24 175:1
**frequently**
152:12
**Friday** 4:9
**friend** 69:18
95:13
**friends** 20:23
55:14 96:25
97:6 123:9
138:16,17,20,
23 142:18,22
143:3
**from** 6:24 7:8
9:17,21 11:14
12:8 14:17,

18,23 15:3
16:14 18:5
25:22 26:14
27:5 32:18
33:4 34:2
39:9 41:13
42:4,25 43:1,
11,17,21
47:6,9 51:3
53:14,25 56:6
65:20 66:5
68:17 70:10
73:18 75:7
80:17 82:23
91:9,10 92:9
93:4,5,6
94:12 96:8
99:10 106:4,
8,15,20
107:15 108:4,
6 110:15
115:8,9,13
119:9 120:2
122:3 123:3,
5,6,14
124:16,17,21,
22 132:1,3
134:17 138:5,
9 140:10
141:2 148:9
151:9 155:9
157:24,25
165:4,7
166:24
167:13,21
168:18,20
169:23,24
170:1,2,24
**front** 89:11
104:24 107:1
111:20
117:17,18,22,
25 125:14
143:4 157:15
**full** 33:25
34:2
**fully** 106:5,
16

**funds** 65:4,9
92:9
**furniture**
25:14 26:4
27:11,12,15,
18,21,24
28:3,6,8,22,
24
**further** 10:5
40:25 41:1
174:22
**future** 93:20,
22 94:6,9,13,
18 112:8,25
113:11,19

## G

**games** 19:17
**garage** 25:4
**Gardens** 9:24
**gathered**
123:4
**gave** 28:1
37:12,14,17,
23,25 54:1
66:24 67:21
68:13,16
80:22 115:16
120:20 160:8
**Gavin** 58:23
**generally**
161:10
**generating**
140:10
**get** 11:21
12:22 25:21
30:20 35:2
43:11 45:1
46:12 47:9
53:17 56:8
77:2,4,7,16
78:8,24 85:18
108:5 111:5
119:1 135:12,
22 136:4
144:24 167:16

**gets** 119:5
136:15
**getting** 29:10
43:1 51:1
62:15 63:11,
17 83:16
87:23 112:17
**GICSR** 58:14
**girlfriend**
10:15,18
**girlfriends**
153:24
**give** 7:1
11:14 26:17
28:16 31:2
38:8 47:13
64:10 105:17
136:7 137:22
171:12
**given** 44:11
49:23 80:23
131:25 166:12
**Gives** 131:17
**giving** 6:24
74:16
**Gizmodo** 67:1
**go** 6:9,19,21
11:9,15,17,24
13:7,20 14:3
15:21 17:13,
25 20:19
23:18 24:3,20
25:14,17
31:13,18
32:24 49:13
64:4,22 66:23
67:6 70:21
72:21 80:22
82:18 87:4
90:1 93:17
94:1,25 96:8
107:21 110:22
111:20,22
116:14 118:17
124:4 126:1,
15 130:22
132:8 138:14
141:21 143:24

144:5,25
145:1 147:21
154:22 156:12
161:2 163:7,
22 164:20
**goes** 58:4
64:18 88:22
**going** 6:11
7:15,17 20:25
25:11 30:15
34:17,21
41:21 42:12
43:15 57:9
59:19 61:8
64:15,18
66:22,23,24
85:15 91:2
94:1 98:22
99:3 116:23
119:1 121:21,
23 127:6
133:23,24
134:22 135:17
149:21 156:22
167:10
**gone** 105:11
**good** 4:8,25
5:1 23:21
81:11
**got** 48:20
78:23 79:1
107:23 108:2
143:13 150:23
170:2
**government**
13:25
**Gox** 83:21
84:5
**grease** 153:14
**great** 52:15
68:23
**Greenberg**
170:12
**grounds** 87:2
**guess** 6:22
23:6 24:20
44:17 46:21
51:10,11

61:10 74:1
91:13 93:12
102:24
105:12,16
113:12 135:10
150:5 151:16
154:10 163:5
164:18
**guessing**
35:14 59:6
109:10 113:9
**gun** 35:1
**guns** 35:1
**guy** 101:6
143:16
**Guys** 128:22

---

**H**

**had** 5:9 13:17
15:4 16:23
20:20,24 23:1
31:17 34:20
35:16 37:10
38:15 39:12,
20,23 42:19
43:24 44:5,24
45:1 46:4
55:8,23 57:2
58:5 61:15
64:5 66:9,15
67:10,25
70:15 71:1
72:19 73:9,
10,11 74:7
77:14,25 81:6
82:10,19
87:11,17
89:16 93:19,
21 94:4,8,13,
16,17 98:7
101:15,25
102:1 103:24
104:14
106:23,24
108:22,25
111:14
115:14,17

122:2,4
123:17 124:2
126:10,20
133:23 134:1,
3 135:10,24,
25 136:2,5
138:2,10
139:4,22
140:4,6,21
141:8,19
142:11,15,19
144:6 145:13
150:14,16
151:4 153:7
155:11 166:7
169:16 172:3
**hadn't** 21:4
**Hagen** 59:25
**Hal** 92:14,15,
20,22
**half** 172:11
**hand** 31:11
**handed** 88:10
**handing** 12:20
24:10 40:9
57:17 69:7
76:5 129:5
130:7 149:21
**handle** 64:6
137:7
**handwriting**
130:17,20,21
**happen** 88:24
**happened** 5:7
153:12
**happens**
101:22
**harassing**
85:3,8 86:9,
25
**harassment**
85:13 86:4,18
87:2
**hard** 37:8,9,
12,14,17
43:11 44:14,
16 45:12,16,
21,22 46:11,

19,20,23,25
47:3,5,25
50:8 52:15
53:3,7,15
54:20,23
55:21 57:3,10
87:20 102:18
**has** 5:7 6:14
8:17 34:1
42:24 48:17,
23 74:23 85:5
86:15 87:12,
18 97:23,24,
25 98:4
100:11 102:18
112:3 113:3
121:20,22
123:9 125:4
126:2 127:4
131:1,6 142:2
144:7 147:2
156:3,11
165:25
**hash** 29:17
**hasn't** 34:5
**have** 5:23,24
6:3 8:17 9:5
12:11 13:16
16:24 17:1
18:17 19:1
20:21 24:19
25:4,5,21
26:25 28:13,
18 29:21,23,
24 30:9,21,22
31:1 33:16
34:4,16 35:17
36:11 37:2,22
38:20 39:2,18
40:1 42:2
44:7 45:10
48:17 49:19,
20 51:3
52:19,24
53:14,22,23
56:1,6 57:4,
18 61:7
63:22,25
64:19 65:22

66:12,17
67:11,22 68:4
72:19 73:13
75:2,3,8,19
76:14,23,25
77:25 79:8,19
80:8 82:7
85:1,15,22
86:19 87:24
89:11,22,23
92:14,17 93:8
95:7,14,23
96:2,21 97:3,
5,7 98:11,20
100:8,21
101:9,14,22
103:2,5
104:6,23
105:5,7,14
107:1,7
108:22 109:1,
5,6,15 110:8
111:8,20
112:5,16
113:1,20
114:7,9,10,16
116:10,11,12,
16,18,21
117:3,14,17,
18 118:1,4,6,
7,11,12,17
120:22 121:15
122:3,10,12
123:4,12,17
125:12,14,17,
18,24 126:5,
13,15,16
127:15 128:2
130:21
131:23,24
132:8 133:5,
9,18 136:3,19
137:13,18,19
141:12,13,17
143:3,4
145:8,10
146:10,25
149:8 150:11,
22 153:10

154:7 155:15,
19 156:6,12,
14,15,17,18,
19 157:13,16,
21 158:4,6
163:1 165:6
166:10,15,20,
25 167:3,9,
12,18,25
168:14 169:4,
19,22 170:7,
9,22 171:3
173:19,24

**haven't** 32:14
46:20 53:19,
21 55:23 56:6
96:24 99:25

**having** 4:21
123:23 132:1
168:6

**he** 6:3 7:8,
19,24 8:1,4,
17 9:14,15,
19,21,23
10:9,17,19
11:8,9,13,22
12:4,6,9,12,
14,17,18
13:15,17,18,
23 14:2,6,24
15:8,10,11,
12,22 16:1,
15,17,24
17:1,10,11,16
18:4,21,22
19:2,16 20:9,
15,17,18,24,
25 21:6 22:9,
18,19 23:2,3,
4,7,14 31:12
32:5 34:16,
20,21 35:1
36:22 39:4
40:18 41:4
48:23 52:9,
11,19,23,24
53:24 57:7
61:16,23,24
62:2,4,9,11,

13,15,16,22,
24,25 63:5,6,
12,15 64:14
65:16,17,19
66:2,3,5,6,9,
14,17 67:1,
11,16,18
68:9,11,24
69:9,10,13,
14,18,25
70:1,11,13
72:10,25
73:1,2 75:14,
17 78:3 79:4
83:2 84:20,22
85:4,19 86:15
87:11,12,18
89:9 92:22
93:2 94:10,
11,12,17,23
95:4,18,19
96:15,18,22
97:20 98:4,7,
9 100:1,3,12,
15,19,21,25
101:1 107:22
108:3,4,5,6,
14,15,16
109:7,15,18,
19,20,21,22,
25 110:1,2,4,
9,13 114:19
119:4 120:16
121:11,20,23
124:8,11,15,
16,22 125:1,
3,4 129:23
132:3 135:20
136:6,14,20
137:2,22
138:1,2
139:6,8,10,
13,19 140:6,
9,10,14,19,
21,22 141:7,
13,14,19,23,
25 142:4,7
144:10 145:2,
6,8,20 146:1

147:1,2
150:11,13,14,
16,23 151:4,
6,7,8,11,16,
18 152:4,6,
10,12,18,19,
21 153:1,23
154:13,17,19
156:3,5,8,11
159:10,12,13,
15 160:2,4,
14,16,23
164:16 165:7
166:13,18
167:2,6
168:5,8,10

**he's** 8:3
22:22 46:7
69:11 94:21
98:2 125:5

**head** 6:13
57:7 125:16

**hear** 19:18
56:25 97:9

**heard** 10:19,
20 16:11
18:18,24
19:15 20:20
52:18 55:4
57:6 59:14
63:8 65:22
96:22 120:11,
23,24 123:8,
20,21 129:25
138:4 146:15,
18 148:20
163:1

**hearing** 62:12
131:18

**heart** 174:4

**held** 87:23
103:15

**help** 45:22,25
46:12 55:24
56:8 68:24
95:21 151:8

**helped** 159:14

helpful
  120:20
her  10:16,19
  59:6,8 97:3
  126:21 127:4
  153:15 170:12
here  12:23
  27:5 31:15
  37:5 40:16
  49:12 56:11
  60:23 62:8,20
  67:13 110:10
  121:20 127:25
  145:1 151:11
  157:16 161:4
  162:5 163:18
  165:15 169:3
hey  146:2,9
highly  160:5,
  12
him  10:14,20
  11:10,15,16,
  17 12:2,4,11
  14:24 15:6
  16:15,17,20
  17:18 18:3,5,
  10,20,25
  19:4,23 20:20
  22:6,8,25
  34:25 55:3,8,
  12 64:12
  69:20,23
  84:25 85:8
  86:14,22,23
  87:15 92:17
  95:14 97:5
  100:14 107:21
  108:15 121:11
  123:10 132:6
  139:2,5,13
  140:21 142:4
  146:2,18
  150:21 152:5
  153:8 154:2,
  4,7,12,16,19
  159:9,14,22
  160:5,6,15,
  19,22,23,24,
  25 165:4

168:1
himself  17:2
  93:10 125:6
hired  64:6,19
his  5:18
  8:10,16,18
  9:15 10:10,
  13,14,17
  11:13 12:13,
  14,17 14:3,5
  16:17,18
  17:3,21 18:24
  19:11,14,16,
  23 20:16,23
  23:7,11,18,
  19,25 24:1,3
  25:3,7,14,17,
  18,21 26:4
  27:15,18,20,
  24,25 28:1,2,
  5,6,8,12,22,
  23,25 31:11
  34:6,11,21
  35:12,17
  36:4,7,24
  40:17 41:3
  44:25 45:8
  48:18,19 50:8
  52:9 55:14
  56:17 57:6,10
  61:12 62:4,24
  63:5,11,12,
  15,17 65:3
  66:10,13
  67:16,18
  68:9,25 70:13
  71:1,2 78:8
  79:14 85:22
  86:12,16 87:3
  94:11 96:15,
  20,25 97:2,6
  98:24 100:20
  103:20 107:23
  108:15 109:7,
  12,15,18,21,
  22,23 110:2
  115:16,17
  123:9,10
  124:22 130:1,

2 132:22
  133:1,18,21
  136:14,15,22
  137:12 138:20
  139:10 140:9
  141:3 148:15,
  16,21 149:12,
  14,16 150:18
  152:8,10,16,
  21 153:7,21,
  23 154:12
  155:3,7
  159:13 167:5
  168:1,5,8
  173:15,21
hold  11:19
  116:13 144:20
holding
  38:20,24
  84:20,23
  87:19
home  11:15,18
  63:6 71:1
  107:21
homeowners
  73:12
homestead
  73:10
hospital
  11:10,17
  12:3,4 93:1,
  5,7,11,16
  107:19,22
  108:3,6,16
  109:18 110:9,
  13 140:19
hospitalized
  9:22 11:8
hot  153:14
hour  109:25
hours  110:1
house  10:10,
  13 23:8,11,
  13,18,25 25:3
  27:10 31:1
  33:11 61:21
  62:4,9,13,21
  67:18 68:8,9

173:10
how  7:11 8:1,
  20 9:17 10:10
  12:2 25:7,9
  26:10,13
  33:18,23,25
  37:14,25
  44:15 45:14
  50:10 54:17
  59:9 68:20
  78:8 84:18,
  20,22 86:14,
  15 87:12
  90:5,6,7,11,
  22 93:2 97:25
  98:4 99:23
  106:21 116:2,
  10 122:22
  133:7 137:16
  141:16 152:25
  155:6,14
  157:12,17
  165:13 168:6
  170:18,22
Huh  116:24
  128:7
hundreds
  21:15 104:1
  125:17
hypothetical
  83:17 109:8
  110:6
hypothetically
  146:2

-----

I

I'LL  55:7
  64:10 114:20
  119:4 144:25
  160:10 161:8
  167:18
I'M  6:11 7:15
  12:20 13:24
  15:8,9 16:21
  19:10,24
  28:7,11 29:9,
  10 31:11

32:1,16,18
34:17 35:15,
19 40:9 41:21
42:9,12 43:15
53:22 54:5
56:3 57:17
59:6 62:7,15,
20 68:6,20
69:7 70:12
76:5 79:21
81:20,21
83:16 84:4,24
85:24 86:7,12
91:2 92:21,23
93:23 94:1
97:1 103:2
108:8,9
110:18 111:14
112:17 113:23
114:2,13
115:2 116:23
118:2,3,16,24
127:6,20
129:5 130:7
132:7 134:6
137:15 144:24
145:20 146:8
149:20 155:14
156:12,22
160:7 166:22
167:15 171:11

**I'VE** 20:11
52:8 64:5
84:15 109:3
118:5,20
120:11,24
123:4 156:22
167:22 168:16

**I.p** 169:13

**I.P.** 104:12,
13,25 105:2
106:23,25
107:12 110:8
155:10 156:2
157:1,3,4
170:17

**I.T.** 95:19

**idea** 105:14
118:7

**identifiable**
97:24

**identification**
13:2 24:12
27:3 40:5
52:5 57:15
66:20 69:5
76:3 88:8
119:7 129:3
130:5 134:5
149:23

**identified**
6:4 96:21

**identify**
79:13 104:8
174:9

**if** 6:10,18,
19,21 7:4,8
10:22 12:6
13:6,24
16:23,25
20:20 21:15
26:19 27:14
29:19,22,24
30:8,21
31:10,16 33:1
35:16 37:5
38:21 41:10,
22 42:10,25
43:2,17 44:10
50:25 51:2
53:24 54:23
56:12 57:2,9
58:4 61:10
65:3,9,11
66:5 67:10
68:17,23
69:11,22 74:7
77:1,14,24
78:7,8 79:1,
2,7 81:11,25
82:8,9,14,19
83:6,7,17,20
84:1,24 85:6
91:2,19 92:4,
8 96:1 99:3,
23 100:15
101:8,22,25
103:5 105:17

107:21 108:24
109:3 111:14
113:7 116:19,
23,25 117:22,
25 120:20
122:20 124:24
126:20,23
127:3 128:3
131:14 132:7
133:10,11,23
134:16,23,24
135:3,7,20
136:3,6
137:1,4,21
138:1,2,20
140:3,6,10
143:17 144:5
145:1 146:1
149:2,5
150:10,14
152:12 160:9,
24 162:12
170:24 172:20

**II** 158:3,10

**illiterate**
95:19

**imagine** 65:17
75:10 93:15
108:24 135:19
149:6

**implication**
159:24

**imply** 160:13

**importance**
135:20

**important**
21:11 26:10,
13 27:15
29:21,23
30:22 32:18
33:4 34:24,25
133:3,18
140:6,12

**improper**
42:10

**improved**
68:2,15,17

**in** 4:5 5:5,11
7:22 9:23,24
10:1,13,15
11:7 12:2,4,
18 13:23
14:2,5,8
15:1,2 16:13
17:3,12 18:22
19:19 20:17
22:6,9,12,15,
18 23:2,6,10,
12,16,17,25
24:17 25:3,4
26:15,25
27:6,10,12,
15,23,24,25
28:11,12,23
29:5,7 30:9
31:1,6 32:13
33:5,6,10,13,
23 36:10
37:16,20
38:15,18
41:20 42:16
43:16,25
44:6,25
45:12,13
47:1,3,17,24
48:1,2,3,8,15
49:24 50:12,
17 51:18,23
52:9,22,23
53:6 54:6
56:5 57:6
61:22,24
62:1,4,9,13,
15,21 63:2
65:4,9 67:13,
18,22,25
68:8,9 70:11,
12,25 71:9
72:2,14,19
73:11 74:7
75:3,8,13,21
76:9,25 79:19
82:1,11 83:4
86:2,16 88:24
89:4,9,11,12,
17,19 90:18

91:8 92:4,24
93:14,15,20,
22 94:3,5,9,
10,13,16,18
95:24 96:2,9
97:10,23
98:14 100:2,
11 101:5
103:18,20,22
104:2,24
107:1,15,18,
22 108:1,3,4,
5,6,14,16,17
109:18,23
110:4,9,10,13
111:5,20,22,
25 112:1,19,
23,24 113:5,
9,15 114:6,
10,16 115:5,
7,9 117:17,
18,22,25
121:1,2,19,20
124:3,7,11
125:14 126:20
127:4,5,10
130:23
131:13,14,15
136:6,13,14,
20,21,23,25
138:10
139:10,18
140:4,19,25
141:16 143:4,
10 144:10,13
147:10 149:5,
11 150:11,16,
17 151:6,11
152:10 153:1,
4,12,18 154:2
155:17,23
156:2 157:15,
20 158:10,13,
14,20 159:5
163:6,7,13,24
164:8,12
165:24 168:3,
12 169:1,15
171:7 173:2,

3,24 174:9,15
**inaccurate**
145:13,16
146:3 147:18
163:20
**inception**
110:15
**include**
123:22
**included**
133:5 162:3
**incorporation**
119:4 120:16
130:12
**indebtedness**
14:1
**independent**
9:14
**Indicating**
14:19 21:10
53:9 84:13
90:21
**individual**
72:8 84:2
96:19 103:20
166:14 168:9
**individuals**
104:6
**induce**   164:17
**induced**
164:8,16
**inducing**
164:4
**infer**   138:8
**Info**   131:5,11
148:13
**inform**   139:5
**information**
41:2 46:15
57:23 58:1,6,
11,14,17,20,
23 59:16
60:25 68:4,5,
6 73:9 74:8,
16 76:9 77:24
78:8,9 89:8
120:10,19
121:1,9,16

127:12,14
131:2 144:8
166:12 170:2
**Informationdef
ense.com.**
120:9
**informed**   95:6
**initial**
96:10,12
**initially**
43:20
**inject**   31:15
**inside**   106:21
**install**
54:15,17
**installed**
45:19 49:20
50:9 53:23
**instruct**
11:22 43:15
84:25 85:8
86:6,7 87:17
160:21
**instructing**
86:22,23
**instruction**
64:21
**instructions**
51:1,3 64:11
**instructs**
6:16 131:13
**instrument**
14:1
**insurance**
13:25
**intellectual**
103:19 104:8,
20 105:15
106:4,8,14,19
107:17 108:14
110:5 155:4,
8,24 156:23
158:10,11
161:14,15,20
162:2,15
163:10,13
165:11 166:8
168:15 169:5

172:7,11,14,
20
**intent**
165:10,14
**intentionally**
27:1 47:13
**interest**   72:2
93:19,22
94:5,9,13,16,
18 100:11
121:2,20,23
126:20,21
127:4,5 156:2
**internet**
63:17
**interrogatorie
s**   76:6
**into**   16:24
30:20 43:1
47:9 51:1
53:17 58:4
64:4,16,18
83:16 88:22
109:8 133:11
140:4 143:15
164:16,17
**invented**
80:18
**investigate**
127:10
**investigating**
125:19 168:21
**investigation**
60:23
**involved**
75:13 133:8
153:4
**involvement**
17:3 72:14,19
95:14,24 96:2
**involving**
91:20
**ira**   4:20 7:6
11:19 13:6
17:23 22:21
28:13 41:9
44:3 46:6
48:10 51:11

| | | | |
|---|---|---|---|
| 64:4 70:12 | 22 82:1 83:18 | 157:16 158:6, | 54:11,14,21, |
| 74:4 87:11 | 84:20,22 | 9,10,17 159:3 | 24 56:4,7,17, |
| 95:1 100:23 | 85:5,12,20 | 160:8,11,18, | 21 58:4 59:9, |
| 144:6 146:25 | 86:5 87:3,23 | 23 161:13,20 | 11 61:10,18, |
| 171:18 173:2 | 88:3 89:4 | 162:12,14,20, | 24 62:1 63:17 |
| **Ira's** 72:25 | 91:13,16 | 25 163:3,18, | 64:22 65:11 |
| **IRS** 70:6 | 93:13,21 | 20 164:15 | 67:6 68:11 |
| 72:13,18 | 94:8,18 95:19 | 165:25 166:4, | 70:23 71:2, |
| 74:22,25 | 96:11,14 | 21,22 167:2,5 | 18,21,24 |
| 75:5,20 | 97:11,17,23 | 168:16 169:4 | 72:24 76:18, |
| 143:25 144:9, | 98:21,23 | 171:2 172:2, | 25 77:14,15 |
| 19 145:10 | 99:10,23 | 10 173:24 | 78:24 79:3 |
| 146:6,9,22 | 100:7,12 | 174:19 | 80:18 81:5,22 |
| 147:7,11,16 | 101:1 102:2,6 | **isn't** 7:3 | 82:8,9,19,21 |
| **is** 4:8,9 5:2 | 103:22 | 28:3 69:14 | 83:7,17,20,21 |
| 7:1,11 10:6 | 104:19,25 | 95:2 98:13 | 84:1,4,10,14, |
| 13:4 14:2,4, | 105:2,11 | 116:8 | 15 85:14,20 |
| 24 17:14 | 106:6,25 | **issue** 77:4 | 86:1 87:14 |
| 19:14 20:9, | 108:8,9,12,20 | 85:20 158:10 | 88:2,5,6 |
| 15,24 21:1,6, | 109:7 110:10 | **issues** 12:7,8 | 89:12,19,20 |
| 13 22:9 | 111:13 112:9 | 13:17 88:5 | 90:18 91:21 |
| 23:14,21 | 113:6,16,17 | 160:5 | 93:13 94:15, |
| 24:14,18 | 114:1,6,14,21 | **it** 7:3,12 | 16 95:2,22 |
| 26:10,13 | 115:3,4,11 | 8:25 10:5,14, | 96:19 97:18 |
| 27:5,21 28:2, | 116:3,5,9 | 22 12:7 14:2 | 98:13 100:14 |
| 5,8,10 32:18 | 117:8 119:1, | 15:14,15,16, | 101:20 102:8, |
| 33:3,18,23,25 | 3,24,25 120:8 | 19 16:1,2,3, | 12,17 103:7 |
| 34:13 37:19 | 121:5,8,11, | 22,23,25 17:2 | 104:11,19,20 |
| 40:7,9,23 | 14,23 123:4, | 18:2,19,23 | 105:6,8,10 |
| 41:1,25 42:16 | 11,14 124:25 | 19:2,18 | 106:23,24 |
| 43:18 44:21, | 125:1,3 | 20:14,19 | 107:3,20,25 |
| 22 45:4 48:14 | 126:3,12,23 | 21:15,20 | 108:12 110:23 |
| 50:5,16 51:21 | 127:7 128:3, | 22:1,3,6,8, | 111:14,15,20, |
| 52:1 54:11,18 | 4,17 129:11, | 20,25 24:17 | 21 114:5,9 |
| 57:7 59:11,19 | 15 130:8,11, | 25:7 26:10,13 | 115:18 116:8 |
| 60:23 61:5,8 | 14 131:4,8,10 | 28:21 29:22, | 118:6 119:4, |
| 62:12 64:22 | 133:10,22 | 24 30:5,9,10, | 5,19,25 |
| 66:5,6,24 | 134:11 136:8, | 23 33:24 | 120:1,2,11, |
| 67:3,12,17, | 14 137:16,21, | 34:1,7,18 | 20,23,24 |
| 19,21 68:14, | 23 139:6,13, | 35:16 37:2 | 121:3 122:13 |
| 16,25 69:8, | 19 141:16,22 | 38:4,5 39:1, | 123:23 124:25 |
| 13,18 70:6, | 142:4,7,25 | 2,8 40:12 | 125:1 127:23 |
| 10,13,15 | 145:7,10,11, | 41:10 43:3,22 | 128:4 131:1, |
| 71:2,12,24 | 16,22,24 | 44:9,12,17, | 6,13 132:2,8, |
| 72:13,17,18, | 146:2 147:1, | 18,20 45:4,7, | 9,13 133:23, |
| 24,25 73:9, | 2,24 149:1 | 11,12,13 | 25 134:3,24, |
| 16,23 75:17 | 150:2 152:21 | 46:24 48:7 | 25 135:1,3,5, |
| 76:9,11 77:24 | 155:1,22 | 49:11 52:18, | 7,10,19,21,24 |
| 78:7,8 81:5, | 156:1,8,10,23 | 19,24 53:16 | 136:6,7,16,19 |

137:2,13,16,
17,22 138:2
139:4,5
140:2,3,6,8,
10,12 141:16,
25 143:3,5,14
144:18,19,25
145:2,9,13
146:3 148:18,
21,25 150:12,
14 151:18,19
153:11
155:12,13,16
156:1,3 157:9
158:10
159:16,19
161:8 163:18
167:2,18
169:9,14,22
170:20,21
171:2,13
172:2,10
174:25 175:1
**it's**  6:9 10:5
12:23 18:22
21:15 23:3
30:4 33:21
41:9 42:10,12
45:15 46:21
47:25 49:22
51:22 53:2
54:18 57:20
59:10,12
67:13 70:8
75:7 76:15
77:25 78:9,
11,15 81:13
85:8 86:4,11,
17,21 87:2,
18,22 98:10,
13 102:22
103:3,6 119:9
123:2 126:11,
25 127:8,22
133:17 134:18
136:1 137:25
139:14 140:1
142:15 147:18
148:1 150:5

155:17 156:25
160:20 163:2,
5 170:25
172:17
**items**  130:2
133:19 148:16
165:14
**its**  41:15
42:6 44:20
73:11,12
110:15 126:2,
11

---

### J

**Jamie**  60:12
**January**  4:9
**Jimmy**  60:6
**jobs**  152:16,
20
**Joe**  73:19
75:5
**joint**  14:2
106:3,7,13,18
171:9
**Jonathan**
60:15
**Jones**  19:14
**Joseph**  69:8,
18 142:17
150:20
**Judge**  171:21
**judgment**
104:14 157:3
158:15,25
163:8
**Julio**  4:15
119:1 121:21
**June**  70:6
**jury**  56:12
98:22 99:3
100:7,8
104:18,19
117:22,25
122:24,25
123:2 125:2,
22 157:15

**just**  6:7 7:6,
12,16 11:19,
20 12:8
13:16,18
15:15,19 16:2
17:11 18:9
22:21 24:5,7
25:5 26:3
28:7,21,23,24
29:2,7,24
30:8,19
31:10,15
32:21 33:13,
16,19 34:2,6,
7 35:10,14
36:16 42:9,21
46:7 48:20
49:17,21
50:10 51:4,
11,18 64:5,
12,23,25 65:3
66:23 67:15
68:7 79:2
83:7,16 87:10
88:10 89:19
94:14 99:25
103:2 105:20
107:20 108:11
109:9 111:10
113:14,22
114:5 116:13
117:24 118:6
119:2 120:19
124:25
127:21,22
128:3,5 132:2
133:4,13,25
135:4,9
136:16,24
137:23,25
140:1,2,8
143:14 144:21
148:8 153:1
154:10 157:4
159:22 162:11
167:10,15
169:20
170:14,17

---

### K

**Karp**  59:19
69:8,18 70:10
72:13,17
73:8,19 75:11
144:5 146:2,
5,16 150:20
**Karp's**  70:11
142:17 143:24
**keep**  25:5
30:23 33:16
34:24 35:20
36:5 57:7
132:3
**keeping**  29:23
30:22 79:3
**kept**  17:2
24:4 25:1
29:24 30:22
32:22 33:4
34:25 57:6
108:15
**key**  29:15
77:24,25
78:7,8,9
101:9,25
102:1,2,5
136:4 137:19,
22
**keys**  56:12,
13,21 98:9,
14,21 101:15,
20,22 115:10,
15,16,17,20,
23 116:11,16,
18 117:4,11
**kick**  119:19
**kid**  15:8
**kids**  9:10
**kind**  12:8,9
65:24 66:14
89:13 108:25
116:7 151:19
153:10
**Kirsten**
59:10,11

**kitchen** 15:1
97:11
**Kleiman** 4:20,
25 6:5 7:18,
21,22 9:17
13:13,14,23
23:10 26:3
32:16 33:3
35:10 40:16
41:2 42:3
47:8 49:22
63:25 64:1
65:14 70:12
71:8 74:23
75:21 76:21
77:25 78:7
79:8,14 80:1,
8 82:2,11
83:9 85:22
92:19 97:17
102:18 110:15
114:4 115:2
118:19 119:9
120:2 121:23
129:5,11
131:21,22
132:18,21
133:1,17
136:9,14
137:7 138:10
139:8 140:12
141:4 142:6,7
143:7,24
149:8,12
152:1 153:3,
14 164:25
165:24 166:1,
11 171:18,20
173:23 174:13
**Kleiman's**
23:13 26:4
53:15 55:21
56:12 62:9,
13,21 68:8
77:22 134:18
140:13 149:11
**knew** 12:12,18
61:24 62:15
107:20 132:8,

12,13,14,17
133:22
136:16,24
138:20 140:3
152:5 174:18
**know** 5:17
6:19,20,22
8:6,15,19,20
9:14,19 11:25
13:4,14 14:5
15:14 17:14,
16 18:1
19:11,17
20:12 21:3
26:7,10,13
29:3,8,10,12,
14,15,17,19,
22 30:1,4,5,
11 31:12
32:11 33:5,
19,24 37:21,
24,25 38:7
48:19 50:5,8,
9,13,19 51:25
52:7 53:6
54:17 55:22
56:16,19,20,
23 57:1,11,13
58:10,13,16,
19,22,25
59:3,18,19,
22,25 60:3,6,
9,12,15,18
61:20 62:1,3,
4,8,11,23,24
63:1,5,11,14,
16,20 65:13,
19,21,24
66:2,3,4,8,
10,14,16
68:3,7,19
69:11,16
71:20 72:4,5,
7,10,12 78:1,
13 79:4,7,10,
22 81:9 82:13
83:19,25
84:1,9,11,20,
22 85:3,4,14

86:19 87:2
89:6,7,13
92:2,8,10
93:3,12 96:6
97:3 98:12,18
99:20 100:6,
10,11 101:3,
11,16 102:2,
5,9,15,20
103:4,5,7
106:17,21,25
107:13,20,21
108:15,21
109:3,20,22,
23 110:3,7,12
111:1 112:3,
13,15 113:13,
16,20,24,25
114:2,19,22,
24,25 115:6
116:6,9
117:24 120:24
121:4,13,17,
18 122:12,18,
20,24 125:3,
10 126:15,23
127:6 128:1,
3,4,11
132:10,12
133:13 134:24
135:13
136:17,22
138:7 144:2
147:15,23
148:20 150:18
152:1,16,22,
24 153:3,6,
13,16,19
155:21 156:1
157:17 158:8,
12 159:8,13,
15,20,25
160:1,3,4,14,
15 161:8,18
162:9,11,12,
18,25 163:1,
16,21 164:19
165:2,8,18
170:13 174:4

**knowing**
148:24 150:10
**knowingly**
165:9,13
**knowledge**
70:14 83:8
92:19 144:7
145:11,12,14
146:5,10
166:10,15,22
167:3,11,13,
19,21,25
168:7,14
169:19
**known** 69:20
170:25 171:2
**knows** 95:20
**Kurick** 59:22
**Kush** 66:25
67:8,17
170:11

---

**L**

**Lane** 129:19
**laptop** 45:8,
12
**Large** 4:5
**last** 10:1
25:13,22
26:22 37:16
40:1,14,24
67:5 70:13,20
72:21 75:17
76:7,13 87:21
119:17 141:2,
3,10,22 142:3
151:8 154:2
**late** 124:3
**later** 38:12
**law** 70:10,11
**laws** 147:15
**lawsuit** 38:15
39:3,21,22,23
42:21,23
43:7,8,14,18,
21 48:5,9
91:16 153:6,7

**lawsuits**
  153:3
**lawyer** 39:3,
  5,7,10 40:8
  69:8,10
  144:15,18
  145:4,6,16,21
**lawyers** 40:11
  53:18 64:5,6,
  16,19,20 83:2
  174:8
**leads** 168:2
**Leaf** 65:20,22
  66:6
**learn** 61:18,
  21 67:16
  93:10 152:4,7
**learned** 61:14
  67:18 68:9
  72:14,18
  95:23 96:2
  152:6
**least** 31:4
  55:14 79:21
  80:2,19 81:2
  99:11 143:4
  157:8,9
  170:19
**leave** 11:17
  108:5 140:22
  151:18 161:8
**leaves** 13:14
**led** 133:4,7
  142:12
**left** 125:4
  130:14,23
**legal** 69:22
  71:14 82:4
  83:11,23
  91:25 92:6
  99:6 104:21
  137:6,9
  145:24 160:5,
  6 161:16,22
  162:7,16
  163:15 165:16
  166:5 169:8

**legitimate**
  85:14
**lender** 65:25
**Leon** 4:10
**Leonard** 13:14
**less** 88:3
**let** 6:19,20
  11:16 23:23
  24:7 30:20
  31:13,15 42:1
  45:12 62:16
  64:8,13,14,21
  71:21 82:17
  83:2 90:1
  101:5 103:21
  122:5 132:11
  134:24 140:18
  144:25 158:9
  159:19
  160:15,19
  164:7
**Let's** 9:21
  38:23 83:6
  87:4 105:22
  108:19 126:25
  137:15 154:22
  165:19
**letter** 15:15
  16:3 70:5
  72:12,17
  75:3,4,6,8,
  11,13,20
  131:4,8,13
  143:25 145:4
  146:6,9,12,
  14,23,24
  147:10,11
**letters** 29:20
  30:5 74:22,25
  147:1,7
**Levy** 4:3
**lie** 74:4
**lied** 26:25
**liens** 71:1
**like** 9:23,25
  10:11 11:11
  12:7,10
  13:16,18

  15:2,8,13,15,
  17 16:3 17:19
  18:11 19:2,5
  20:17 25:16
  27:11,23,24,
  25 28:1 30:1
  31:4,10,11
  33:17,19
  34:11,20,22
  35:14,15,16
  37:9 38:19
  44:25 45:18
  48:8 52:19
  53:4,23,24,25
  54:2 56:4,5
  65:2,24 69:12
  75:1 86:15
  93:14 97:10
  107:11 111:15
  116:7 117:20
  118:8,9
  119:21 137:17
  142:11 151:7
  152:19 157:8
  171:9,12
**liked** 35:1
**limited** 70:15
**line** 23:23
  27:9 47:22
  70:11 83:18
  116:25
**lines** 15:15
  16:3
**link** 52:19,24
**list** 79:17
  119:18 143:3
**listed**
  110:23,25
  111:7 121:12
  126:7 130:9,
  11 148:12
  165:15
**listen** 5:11,
  15,16
**lists** 71:18,
  21
**litigating**
  125:18 168:24

**litigation**
  33:5,6 51:13,
  17 75:9
  173:24
**little** 7:8
  12:18 14:4
  84:17 112:17
  144:25 145:1,
  13
**live** 9:17
**lived** 10:2,9,
  13 19:3 97:4
  129:21
**living** 9:23,
  24 26:15
  27:24 28:12,
  23
**LLC** 132:11
  136:25 144:6
  148:19 149:17
**loading** 44:25
**loan** 65:20
  66:13,16
**loaned** 151:6
**locate** 64:1
  89:24 173:3,8
**located** 89:1,
  4,17 110:6
**locked** 137:19
**log** 45:13
  76:25 108:17
**login** 45:2
**logo** 124:16
  130:24
**London** 26:15
**long** 11:11
  25:7 35:4
  69:20 78:24
  87:13 93:16,
  19,22 94:4,13
  110:8 152:25
**look** 15:17
  24:7 25:14
  26:4 40:13
  44:25 46:12
  67:5 79:11
  111:15,21
  117:20 118:7,

9 126:1,15
132:8 136:4
156:12
157:13,16
173:10
**looked** 10:5
15:13,15 16:2
29:23 30:21
38:19
**looking** 45:18
133:11
**looks** 30:1
**lot** 5:7 13:17
48:19 52:7
68:3,5 78:22
88:3 122:18,
21,22 124:23
125:23 140:4,
7 171:1
173:23
**lots** 141:9
**lying** 125:1
**Lynn** 118:19
120:5,6,22
121:8,15,22,
23,24 126:20
127:3,7
129:12 174:14
**Lynn's** 120:12
**Lynnwright@
informationdef
ense.com.**
119:11

---

**M**

**made** 10:3
24:20 36:11,
19 42:18 43:6
71:2 76:23
87:20,22
112:15 113:15
114:13,15
126:4,10,12
127:8 147:19
163:24 164:15
**Magazine** 67:1

**magazines**
34:20,23 35:1
**mail** 95:1
132:23 133:2,
24 135:17
136:4,6,15,
18,19 138:1,3
**mailbox** 130:1
131:21,22,23,
24,25 132:4
133:10,14,18,
20 134:19,23
135:2,23
136:14 137:2,
12,17,18,20
148:12,15
149:11,12
**mailing**
130:12 131:6
**maintained**
40:17 41:3
**make** 42:1,13,
14 43:24 44:5
87:20,21
99:18 100:14
109:21 113:1
114:7 145:15
160:21
**makes** 7:12
54:6 133:25
**making** 24:19
42:11 128:9
147:16
**maliciously**
161:5
**man** 123:10
139:8
**manager** 71:22
119:21 121:12
**managers**
129:13
**managing**
71:19,25
119:23 121:12
127:13 129:13
**many** 10:10
12:2 37:14,25
48:16,23

116:10 122:3,
9 125:19
168:22
**March** 76:15
92:25
**mark** 66:24
116:13 149:21
**marked** 13:2
24:12 27:3
40:5,9 52:5
57:15 66:20
69:5 76:3
88:8 119:7
129:3 130:5
134:5 149:23
**market** 73:11
**marking** 12:21
57:17 69:7
76:5 88:10
129:6 134:7
**matched** 96:20
**matter** 123:25
172:14
**Matthew** 39:8
**may** 5:23,24
6:3,24 8:17
28:18 29:23,
24 30:21,22
34:16 36:11
38:19 49:19
52:19,24
53:22,23
72:19 73:13
76:25 77:25
79:8,22 93:8
95:1,7,14,23
111:8 117:14
131:14 134:21
141:12,17
144:8 145:8
150:22 170:9
**maybe** 9:25
18:1 21:17,19
33:19 39:25
48:8,17,19
50:1,15 55:4
65:8,18 66:9
152:20 170:12

**Mcgregor** 60:9
**me** 6:9,19,20
7:5,12,17,20
8:3 12:5,10,
13 14:17
16:2,10,13,
19,25 17:5,
11,12 18:16
20:17 21:23
22:20 23:23
24:7 29:6
30:20 31:13,
15 36:22 39:2
42:1 44:15
45:12 46:4
48:25 49:23
52:19,22,24
53:2 59:15
62:16 64:2,8,
13,14,21
68:11 71:21
80:22,23
82:17 83:2,5,
14 84:21
85:7,13 86:3,
17 87:1,12,22
89:11 90:1,10
94:10,14,15
96:15,19
101:5 102:24
103:21 104:24
105:17 107:1
109:23 111:20
117:17 118:1,
6 120:20
123:7 124:22
125:14,25
126:16 127:2,
15 132:11
134:24 135:21
136:7 137:4,
25 138:1,2,11
139:3 140:8,
17,18 141:23
142:10 143:4
151:5,14
155:19 158:9,
12 159:5,19,
20,25 160:8,

13 164:7,11
166:12,13,20,
25 167:9
168:2,10,13,
20 169:9
170:15
**mean**   10:11
15:14,22
16:6,22 24:20
25:16 34:10
35:14 49:7
68:3 90:6
100:1 108:8
109:25 115:16
124:3 125:7
128:3,11
137:18 139:2
143:3 149:5
152:17 171:5
**meaning**   18:10
**means**   53:7
54:25 119:20,
22
**meant**   28:1,
18,25 133:11
142:7 160:13
168:2
**medical**   11:13
12:7,12 93:1
107:23 108:2,
9
**medication**
6:23,25
**meet**   92:19
134:24
**meeting**
39:20,24
**member**   40:18
41:4 71:10,
12,13,19,25
110:16,17,18,
23 111:12,17
119:23 121:12
126:8 127:13,
19 149:2,4,9
**members**
110:24 111:7
115:9 129:13

138:24
**membership**
174:15
**memories**
141:7,9 142:3
**memory**   68:2,
15,17 139:2
140:1,16
141:22 142:3
143:12,13
**men**   94:4
**mention**   10:20
17:1 18:19
124:8,12
151:11,16,18
162:22
**mentioned**
10:19 16:25
17:14 18:18
19:2,4,23
20:8 31:23
32:2 59:14
75:23 94:21,
23 112:4
141:20 151:3
161:13 171:21
**mentioning**
140:9 151:5
153:9
**mentions**
151:11
**met**   92:14
94:3 152:21
**meter**   169:20
**metered**   157:3
169:17
**methods**   90:2,
25 161:10
**MGR**   119:18,20
**MGRM**   119:18,
22
**Miami**   11:7
93:14 107:19
108:14 110:4
**might**   7:16
37:22 48:17
56:5 66:17
82:5 89:19

100:21
**military**
19:19
**million**   61:3,
5 96:10,12
97:20 125:13
147:3
**millions**
122:24
123:23,25
124:2
**mind**   7:3 24:9
27:23 87:13
105:23 143:17
156:16
**mine**   34:2
91:13 124:5
**mined**   80:10,
13,15 81:6,25
83:21 84:4
89:18 91:17,
21 92:5
96:10,12
97:20 99:9,21
111:25 112:22
115:11 117:5
124:23 155:11
166:8,18,23
167:6 171:1
172:5
**mining**   80:18
88:25 89:9,14
104:13 106:3,
7,14,18,22
107:17
108:13,17,19,
20,23,24,25
109:1,4,5,8
110:5,6
115:13 157:1
166:16 167:3,
12,19 168:2,
4,7,10 169:14
172:21
**minor**   73:13
**minute**   13:7
87:21 143:17

**minutes**   9:25
10:2,4,5,9,10
88:2 171:13
**misappropriate
d**   161:5
**mischaracteriz
es**   32:23
36:14 39:13
41:16 50:2
98:24
**misled**   74:7
**misrepresentat
ions**   147:16
**missed**   5:14
**misstated**
64:22
**mistake**
36:11,20,25
**mistaken**
67:22
**mistakes**
24:19,20
**mom**   8:18
14:21
**moment**   28:11
38:2 67:15
107:5 125:24
171:20
**monetary**
158:16 159:2
**monetizing**
41:14 42:4
**money**   15:9,11
16:15,18,21
17:19 18:11
19:5,24 20:9,
15,16 21:1
22:9 86:15
93:21 94:6,9,
11,13,18
96:15,23
109:21 124:7,
14 140:4,7
144:11 147:13
150:14 151:4,
6,9 154:20
168:1,5,8

month-year-old
  14:14
months   48:8
  90:10 97:11
  151:8
more   7:12
  9:14 38:4,6
  42:12 68:3
  79:7 90:18
  114:20 150:10
  157:10,12
  160:18 163:5
  170:20,21
  171:1
morning   4:8,
  25 5:1
mortgage
  62:24 71:1
mortgaged
  73:11
most   10:14
  33:17 34:8
  63:2 78:3
  123:14
mostly   152:17
mother   8:17
motion   42:13,
  14 85:16
  87:25
motorcycle
  150:24
Mount   83:21
  84:4
mouth   93:5
move   64:24
  100:14,25
  114:20
moved   9:19
  10:15 99:21,
  24,25 100:3,9
  113:4,7 171:3
moving   42:9
  99:23 113:8
Mr   4:13,15,
  16,24,25 6:3,
  5,6 7:6,10
  8:8,9,11,12,
  14 9:4,6

10:25 11:2,5,
  6,19,20,24
12:1,20,22,23
13:3,6,9
15:18,19,21,
  24 16:5,7
17:7,9,20,23,
  25 18:1,4,6,
  8,13,14 19:7,
  8 20:1,2,3,5,
  7,11,13 21:2,
  5,21,24
22:21,24
23:21,23,24
24:2,6,10,13
25:21,23
26:2,3 27:4
28:13,15
30:12,14,18
31:15,22
32:10,12,16,
  23,24 33:1,2,
  3,7,9,12,14
35:2,4,9,10,
  23,24 36:1,6,
  9,14,18,21
37:1 38:17,22
39:4,13,17
40:6,20,21
41:9,11,16,
  19,21,25
42:1,8,14,15,
  24 43:5,15,23
44:2,4,9,13
45:3,9 46:6,
  10 47:8
48:10,11,13
49:2,4,6,9,22
50:2,4,18,20,
  25 51:7,11,16
52:6 53:16,20
55:10,13
56:14,18,22,
  24 57:12,16
58:3,8 59:19,
  22,25 60:6
61:3,4 62:17,
  19 63:7,10,
  19,21 64:4,7,

8,9,10,12,13,
  22,23,25 65:5
66:7,11,21
67:8,17 69:2,
  3,6,15,17
70:2,4,8,11,
  17,19 71:4,6,
  14,17 72:13,
  17 73:5,7,8,
  17,20,25
74:3,14,15,
  19,21 75:11,
  15,16 76:4
78:12,14,16,
  17 80:4,6
81:1,4,8,10,
  15,19,23,24
82:3,6,16,22
83:11,15,23
84:3,6,7,19,
  21,24 85:2,
  10,12,15,17,
  18,22,24
86:2,4,5,7,
  10,11,12,14,
  19,23,25
87:1,4,10,16
88:1,9 90:12,
  16 91:2,4,5,
  7,18,22,25
92:3,6,11
96:4,7 98:16,
  19,24 99:2,6,
  12 100:16,18,
  22,24 101:2,
  4,12,13
102:3,7,10,
  11,14,16,19,
  21,23 103:1,
  14,16,17
104:10,16,21
105:1,3,7,9,
  11,13,17,19,
  21,22,24
106:1 114:4,
  18,23 115:2
116:13,17,23,
  24,25 117:2
119:1,8

122:5,7
128:5,7,8,11,
  12,14,15,17,
  19,22,23
129:4,5 130:6
134:6,8,9,10
142:14,16
143:17,19,23,
  24 144:1,2,3,
  4,5,20,23,24
145:3,17,20,
  21,24 146:1,
  2,4,5,16,25
147:6,25
148:1,3
149:20,24
159:10,12,13,
  15,16,18,21,
  24 160:2,4,9,
  10,18,20,21,
  23 161:1,16,
  19,22 162:1,
  7,10,16,19
163:14,17
164:10,13
165:16,19,23,
  24 166:5,9
167:20,23
169:7,11
171:11,12,19,
  20,24 172:16,
  17,19,23
173:1,7,9,12,
  14,23 174:2,
  3,6,7,10,12,
  13,20,22,24,
  25 175:1
much   8:13,19
  13:15,19 25:9
  33:23,25
  65:12 84:18,
  20,22 86:14,
  15 87:12
  90:11,22
  124:6 157:12,
  17 170:18,23
multiple
  114:19 116:3
  169:24,25

**my** 5:2 7:3,
 19,21 12:11
 13:15,17,24
 14:13,21,25
 15:1,9 16:21
 21:25 24:9
 25:4 27:14,23
 28:5 29:7
 31:1,13 34:2
 39:16 42:23
 47:22 49:13
 57:9 62:16
 64:2,21,23
 67:10 69:11,
 12 73:23
 75:6,14 76:14
 78:5,6 80:22
 88:14 90:6,8
 95:4,18,19,21
 97:10,11
 99:10 114:4,
 5,21 115:2,3,
 4 121:19
 123:6,15
 125:4,16
 126:8 127:12
 129:21 132:13
 133:8,16
 135:21
 137:17,18
 141:22 142:12
 143:12,14
 146:11,13,24
 150:10 151:9
 155:9,21,22
 156:9,10,19,
 24 158:8,12
 159:5,8,20,25
 160:12 161:12
 164:11,14
 167:10,13,21
 168:10
**myself** 14:13
**mysterious**
 24:18

---

# N

**Nakamoto**
 99:18 100:12
**name** 5:18
 19:12,14
 54:13 59:6,8,
 11 120:6,8
 125:15 126:17
 127:16 152:23
 170:12
**narrow** 114:5
**nearing** 93:2
**necessarily**
 100:17 110:12
**necessary**
 31:21
**need** 6:9,12,
 15,18,19 13:6
 21:18 26:17
 33:5 35:2
 50:5 77:16
 78:5,18
 84:19,22
 85:3,4,10,14
 98:21 111:7
 113:14,16
 114:4 116:20
 121:18 123:3,
 16 128:1
 135:1,5 146:3
 149:7 155:21
 159:8 174:25
 175:1
**needed** 25:1
 69:22 134:19
 136:5
**needs** 24:4
 44:19
**nervous** 7:12
 24:19
**never** 10:19,
 20,23 12:4,12
 16:23 17:18
 18:3,10,25
 19:4,22,23
 20:8,11,19

36:7 43:24
44:5 53:10
54:1 55:5,11
59:14 75:2
77:6 79:19
82:10 83:8
89:22 94:21,
23 96:1 98:2
99:21,24
100:3,9
101:15 113:4,
7 124:15
130:21 131:25
135:24,25
136:1,2
140:18 148:6
149:3,7 152:5
**new** 53:7
 130:16,25
 131:2
**news** 15:6
 24:18
**next** 14:15,20
 20:20 79:22,
 23 80:24
 104:4 106:2,
 6,17 107:15
 115:7 151:7
 158:20 161:9
 164:7
**Nguyen** 58:20
 60:6
**night** 28:8
**no** 5:16 6:2,
 14,25 8:3,13,
 22 9:15 11:9
 12:16 13:1
 14:7,21 15:11
 16:16,22
 17:23 18:6,13
 19:7,13 20:1,
 4 22:10,13,
 16,23 23:1,5,
 12,15 24:9,11
 27:2 29:14,
 16,18 32:4,8
 33:7 37:7
 39:6 40:3,4,
 20 41:9 43:13

44:2,7 45:3,
12,24 46:4,
14,17 47:7,15
48:10 52:4
53:11 55:6,12
56:10 57:14
59:9,21,24
60:2,5,8,11,
14,17,20
62:1,11,21
65:23 66:18,
19 69:4 70:23
71:2 73:2,8
74:6 75:1
76:2,13 77:6,
9,23 78:19
79:6,10,21
82:20 85:1
86:3 87:17
88:7 89:25
92:16,18
94:1,22,24
96:24 97:15
98:20 100:22
103:2 105:14
109:6 111:4
112:5,6,16
113:21 114:2,
25 117:21
118:7 119:6
121:20 122:1
123:6 124:16
125:16 126:2,
19 127:20
129:2 130:4
132:5,24
133:11 134:4
135:1,9,18,24
136:10 137:8,
25 138:22
139:2,20,22
140:8 142:20
144:6,7
145:8,11,12
146:11 147:2,
9 149:5,22
151:21 152:3,
7 153:5,20,
22,25 154:15,

18,21 156:2,
17,21 158:2
160:18 165:5
167:3 168:5
172:14 174:5,
22
**nobody** 105:9
123:8,9,20
**none** 20:23
77:20 96:25
97:6 123:9
155:12 171:2
**normally**
85:19
**Northlake**
130:10
**not** 6:3,17
8:13 11:22
19:10 24:5,22
27:1,25 28:5,
22 29:6,10,25
32:1,9 33:5
34:4,18
35:11,15,16,
19 37:19
43:2,15,17
46:4 49:22,24
54:22 56:4,12
57:20 59:10,
12 61:16 62:7
64:4,20 68:6
69:10 72:25
73:2,14 77:1
79:1,21 81:20
82:20 83:9,
16,18,19
84:24,25
85:2,6,8,9
86:5,6,8,11,
16,17,22,23
87:2,13,17,22
90:24 92:21,
23 93:13
94:14 97:1,2,
4 100:17
103:3,6
107:14 108:10
109:4 110:12,
24 111:7,14

112:7,12,24
113:8,10,17,
18 114:18
115:2,3
116:19
118:16,24
121:11
125:16,24
126:24 127:3,
6,10 128:13,
17,20 131:14
135:1,16
137:25 140:1
145:24 146:1,
8,10 150:13
153:25 156:4,
9,12 160:7,
20,22 164:24
166:21 173:6
**Notary** 4:4
**note** 151:19
**nothing** 20:3
82:19 89:16
125:5 140:2
**noticed** 10:3
55:11
**notify** 137:4
**now** 10:6 16:6
25:18 26:22
30:1 32:22
41:12 49:13,
23,25 62:8,15
68:4,5 84:12
97:23,24
98:23 99:13
117:23 120:19
121:8 124:24
143:5
**number** 4:11
38:3 61:5
68:23 79:12
83:6,20 90:15
112:10 144:1
**numbered**
57:20
**numbers** 29:20
30:4

**numerous**
104:6

---

**O**

**object** 6:15
11:21 82:17
105:18 160:9
174:2,6
**objecting**
160:8,10
**objection** 8:8
9:4 10:25
11:5,19 15:18
16:5 17:7,20
21:2,21 24:2
32:10,23
33:7,12 35:23
36:6,14,21
38:17 39:13
41:16 44:2,9
45:3 49:2,6
50:2,18 55:10
56:14,22
57:12 58:3
63:7,19 66:7
69:2,15 70:2,
17 71:4,14
73:5,17,25
74:14,19
75:15 78:12,
16 80:4 81:1,
8,15,23 82:3,
16 83:11,23
84:6,19 87:16
91:18,25 92:6
96:4 98:16,24
99:6 100:16
101:2,12
102:3,10,14,
19,23 104:10,
21 105:3,8,18
160:8,21
161:16,22
162:7,16
163:14 164:10
165:16 166:5
167:20 169:7
172:16,23

173:7,12
174:10,20
**objectionable**
160:7
**objections**
87:23 160:7
**obligation**
74:10 137:6,9
**obligations**
73:12
**obtained**
43:20 107:8
126:13 158:16
159:4
**obvious** 83:7
**obviously**
88:2 101:6
137:21
**occasions**
65:1
**occupation**
54:6
**occurred** 73:2
106:22 120:25
**occurring**
109:23
**October**
130:18
**odd** 20:14
**of** 4:5,9 7:3,
5,9 8:15,18,
20 11:11,12
12:8 13:17,24
15:12 16:2,23
19:10,16,20
20:20,23
21:13,15,16
24:7,21,24,25
26:8,14,23
27:15,19,24
28:12 29:9,
20,24 30:4,8,
24 31:1 32:7,
19 33:17,25
34:1,2,11,15
35:4,20,21
36:12,24
39:1,16

40:14,18
41:4,15 42:3,
6,11 43:18
44:15 45:6
46:24 47:10,
16,19 48:9,
17,19 49:3,
17,23 52:7
54:11 55:16
57:8 61:6
63:2,24,25
64:1 65:3,22,
24 66:8,14,
22,23 67:3,11
68:5,10,24
70:5,12 71:7,
10,12,13,19
73:1,11 74:23
75:22,23 76:8
77:13,20
78:1,10,20,22
79:16,21
80:1,2,7,14,
16,19 81:2,12
82:9 84:10
85:4,7,23
87:3,18,22,
23,24 88:24,
25 89:1,8,11,
13 90:2,12,
19,25 91:16,
23 92:21,23
93:1,5,11,16,
21 94:6,9,13,
18 96:10,25
97:1,6,22
98:2,5,11
99:11 100:14
101:22
102:17,18
103:24 104:1,
17,24 105:14
106:3,7,13,
18,21 107:1,
3,24 108:8,25
110:1,14,16
111:3,6,20
112:1,5,23
114:3 115:1,

9,10,25
116:7,14
117:17,19,22,
25 118:2,9,
16,20,22
119:3,17
120:11,15,16,
23,24 121:5,
16 122:9,14,
18,21,22,24
123:6,9,14,
23,25 124:2,
17,20,23
125:7,14,16,
17,23 126:6,
14,21 127:9,
11,17,18,19,
21 129:16,17,
18,23 130:1,
2,12,16,22,
23,25 131:2,
13,20,21,22
132:2,20,21,
22,25 133:1,
17,22 135:20
136:8,9,13,
15,17 137:4,7
138:11,15,17,
20,23 139:2,
10 140:4,7,
11,12 141:9,
22 142:6,17,
22 143:3,4,6,
14 144:7
145:11,14
146:8,15
147:22 148:18
149:2,4,5,8,9
150:12,18
151:19
152:16,23
153:3,10,14,
23 155:5,12,
13,15 156:6,
11,16 157:1,
6,15 158:13,
16 159:1,24
162:14,21
163:1,3,5,9

164:3 165:12
166:4,10,15
167:3,5,12,19
168:7,14,19
169:14,17,18,
19,21 170:13,
25 171:2
172:11,21
173:23 174:8,
13
**off** 25:24
30:15 35:6
63:12,18
68:24 87:4,6,
7,10 89:8
103:14,15
125:16 128:1,
24 143:20
165:20 171:15
174:23
**offered** 54:2
**offhand** 90:24
107:14
**office** 27:25
28:2,5 129:17
**officer**
152:25
**often** 19:17
50:10
**oh** 20:21
160:4
**okay** 13:22
14:4 19:1
27:8 37:18
40:15 41:6
42:13 47:21
50:15 51:20
52:3 57:22
60:22 66:1
67:7 70:7,9,
22 71:23
72:11,23
73:15 74:20
76:14 78:6
79:18 80:23
85:17 88:18,
21 90:4 92:13
93:18 94:7
96:17 103:13,

18 104:17
105:21,24
108:7 111:9,
24 114:5
115:3 121:7
122:10 127:1
128:15 129:14
140:24 148:5
149:19 150:1
154:23 158:21
159:16 160:10
161:3 163:23
164:21 172:17
**old** 8:1 34:21
35:12,17
97:11
**older** 7:19,21
8:3
**oldest** 13:15,
17
**omissions**
164:3,5
**on** 5:11,14
6:20,23 10:6
11:10,19
14:3,21,24
15:2,6 16:2
19:19,24
20:9,15,16,
18,22,25 21:6
22:9 24:9,14
26:1 29:20,
22,24 30:9,17
35:8 42:8,13
43:18 44:19,
25 45:20,22
46:18,21 47:1
50:14,17 53:7
54:11 55:8,
12,20 56:13,
16 57:3,8,10
64:25 65:13,
19 66:3,9,13,
17 69:13,25
70:12,20
71:1,18,22
72:17,21
73:21 75:11,
17 76:7,12

77:25 78:9
84:21 85:18
86:10,20,25
87:9 88:15,22
92:25 93:23
94:10,25
96:14,23
100:5 102:8,
12,17 103:8,
9,16 105:10
107:5,22
109:7,15
110:5,19,20,
25 111:7,10
112:22 114:20
116:13,19,21
117:8 119:12,
14 126:7,21
127:12 128:10
129:1,8,17
130:9,11,14
131:8 134:21
137:15
138:12,25
139:7,13,19
140:9,13,14
141:14,17,23,
25 142:4,7,25
143:7,8,13,22
144:10,20
145:6 146:6,
13 147:12
148:6 149:4
154:12,13,16,
20 155:2
158:23 164:4,
8,22 165:22
166:21 168:16
170:14 171:17
174:8

**once** 16:10
19:22 36:22
44:11 108:5
143:14 151:6

**one** 5:15,16
10:14 14:21
38:4 45:6,11
54:11 65:7
66:22 75:7

78:1,2,9,10,
23 79:2
88:19,24
90:17 94:12
95:6 100:14
101:22 107:10
112:11 113:16
114:5,20
115:20 116:5
118:24 123:16
125:22 133:22
139:10 142:24
143:6 146:12
150:16 170:12

**ones** 49:20
118:21

**ongoing** 60:24
79:16

**online** 7:5
10:4,6

**only** 11:15
12:6 20:14
45:6 54:2
55:15 57:6
67:11 70:14
71:18,21
73:10 78:20
93:12 94:17
97:16 105:16
110:16,17,18,
23 111:12,17
112:3 123:4,
11 126:8
133:9,20,22,
25 134:2
135:7,9 139:3
140:6 141:16
157:16 160:7

**open** 71:7
73:3 101:20,
23 137:19

**opened** 73:8

**opening**
137:17

**operating**
45:20 126:2
132:13

**opportunity**

87:11

**oppose** 88:2

**or** 4:21 6:13,
14 9:25 10:9,
23 11:16
13:24 17:19
18:11,22
19:5,24 20:9,
10,15,23 25:5
28:21 30:22
31:11 32:6
34:11,22
35:12,16,20
41:9,13,14,
15,23 42:6
43:7 46:12,
15,18 48:18
49:7 52:19
53:25 56:12
57:4,8 61:18
62:21 64:19
65:18,20 66:9
67:2,19 68:6
71:12 75:2,
21,25 77:1,
21,24 78:10
79:1,14 80:1,
7,25 82:11,20
83:2,7,9,17,
19 84:1,2
91:16,17,21
95:2 96:22
98:7 109:4,13
110:15 113:17
115:16,17
119:18,19
121:11,12
122:14,15,23
123:10,12
124:13 125:2,
13 126:24
127:10 132:21
134:19
135:16,21
138:15
140:22,24
144:6,7,8
145:15,22
147:2 148:7

149:6 151:18
155:2,23,24
158:10 159:2,
21 160:21
161:6 164:3,
22,24 166:17,
19 167:1
169:13 170:1
171:13

**order** 77:7,21
165:25 170:14
171:21

**originally**
84:1 90:15

**originated**
92:9 104:13

**other** 8:19
66:15 73:13
78:11,25 79:4
82:11 96:21
111:11 112:5
115:23 118:9
123:11 124:17
134:2 136:17
138:24
152:16,20
157:4 163:25
167:1,5,8,10,
24,25 170:5

**otherwise**
31:18 41:14
42:5 46:12
134:25 147:2
148:7

**our** 6:12
87:24 156:20
157:20

**out** 11:16
13:14 16:1
30:5 32:20,21
36:10,11,13,
16,24 45:11,
14 49:15
65:2,6 68:20
69:25 79:3,8
86:12 88:4
93:1,11 95:4,
13,18,19 96:1
98:5 118:3

122:24 125:23
132:9 137:16
139:24 141:25
142:2,7,18
145:2 150:24
155:14 170:22
**Outside**   167:5
**outstanding**
71:1 73:12
**over**   6:9 16:2
31:11,20,25
32:2,7,9 34:6
66:23 67:23
80:8 82:15
83:10,22 84:8
96:10,12
97:25 98:4,23
99:5 121:24
134:24 137:22
149:6 154:4
156:11,16,19
**overwriting**
52:15 53:3
**own**   9:15 15:9
16:18,21
20:16 75:6
84:16 94:11
96:15 115:23
126:18 144:8
146:11,13,24
155:3,7
168:1,5,8
**owned**   68:23
84:1 115:24
155:5 165:12
**owner**   13:24
14:2 126:6,14
127:11
**ownership**
80:8 82:15
83:9,22 84:8
97:25 98:23
99:4 126:3,11
127:9 171:9

---

**P**

---

**Paez**   4:15

**page**   13:10,20
27:7 47:19
49:13 57:21
60:21 70:20
72:22 75:17
76:7,13,17
79:11 88:22
93:25 119:17
130:8,22,23
134:16,21
144:5 149:25
158:20
**pages**   76:12
118:18
**Paige**   17:14
18:10 37:12
38:1,8,12
39:4,5,9,12,
18 40:8,11
41:13,23
42:19 43:8,12
57:23 58:1,9
61:15 95:8,9
132:14,17,21
134:12 135:6,
14 136:3
138:5,15
**Palm**   9:24
152:18
**paper**   29:25
30:8,9 34:10,
15,16,17
52:11 57:8
**papers**   24:1,
21,24 25:8
30:19 32:20
34:18 35:20,
22,25 36:3,4,
8,12,16 49:14
52:7 121:19
**paperwork**
35:16
**paragraph**
13:13,21 14:3
24:17 40:13,
14,24 41:12
42:16 67:5
70:13,20
72:21 88:17,

20,22 90:2
91:8 92:12,24
93:17 94:1,25
96:8 103:10,
11,12,18
106:2,10
111:23 112:20
118:17 126:1
147:21 148:2,
4 149:18
151:15 154:22
158:20 161:2,
9 162:20
163:22 164:7,
20
**paragraphs**
94:2
**parents**   8:7,
10,21,24 34:2
**part**   10:14
34:8 121:5,16
137:4 162:14
**participate**
144:13
**participation**
91:19,20
**particular**
146:19
**parties**   41:15
42:7
**partition**
57:10
**partitions**
55:20 102:17
**partner**
138:25
**partners**
115:8 124:23
138:24 155:10
173:15
**partnership**
80:5 94:15
99:8 101:5
103:19 106:4,
8,15,20
115:14 166:1,
4,11 170:15
171:5,7,25

172:3,5,7,12,
21
**partnership's**
156:20 170:23
**Paschal**   4:13,
24 6:6 7:10
8:9,12,14 9:6
11:2,6,20,24
12:1,20,23
13:3,9 15:19,
24 16:7 17:9,
25 18:4,8,14
19:8 20:2,5,
7,11,13 21:5,
24 22:24
23:23,24
24:6,10,13
25:21 26:2
27:4 28:15
30:12,18
31:22 32:12,
24 33:2,9,14
35:2,9,24
36:1,9,18
37:1 38:22
39:17 40:6,21
41:11,19,25
42:8,15 43:5,
23 44:4,13
45:9 46:10
48:11,13
49:4,9 50:4,
20 51:7,16
52:6 53:20
55:13 56:18,
24 57:16 58:8
61:4 62:19
63:10,21
64:7,9,12,22,
23 65:5
66:11,21
69:3,6,17
70:4,19 71:6,
17 73:7,20
74:3,15,21
75:16 76:4
78:14,17 80:6
81:4,10,19,24
82:6,22 83:15

84:3,7,21,24
85:10,15,18
86:2,5,10,12,
19,25 87:4,16
88:9 90:16
91:4,7,22
92:3,11 96:7
98:19 99:2,12
100:18,24
101:4,13
102:7,11,16,
21 103:1,14,
16,17 104:16
105:1,7,11,
13,19,22
106:1 114:23
116:17,24
117:2 119:1,8
122:7 128:7,
11,14,17,22
129:4 130:6
134:6,9,10
142:16
143:17,23
144:2,4,23
145:3,20,24
146:4 147:6
148:1,3
149:20,24
159:12,15,18,
21 160:2,9,
18,21 161:1,
19 162:1,10,
19 163:17
164:13
165:19,23
166:9 167:23
169:11
171:11,20,24
172:16,23
173:7,12
174:2,6,10,
13,20,25
**pass** 11:15
14:2 108:5
**passed** 8:16,
17 61:23,25
62:2,4,9,11,
13,16,22,25

63:6 72:2
**passes** 140:21
**password**
44:24 45:1,7,
10,14 77:14
**passwords**
56:5 57:2,6,
8,10 78:21
**past** 62:7,25
**path** 50:5
**Patrick** 17:14
18:10,18,21
37:12 38:1,8,
10,12 39:4,5,
9,12,18 40:8,
11 42:18
43:8,12 55:4,
15 57:23
58:1,7,9
61:15 95:8,9,
17,20 129:24
132:2,14,17,
21 133:22,23
134:2,12,22
135:6,14,19
136:3,5,8
137:4,6,21
138:5,15
151:4,5,9
153:9
**Patrick's**
135:9
**pause** 11:21
148:8
**pay** 61:15
63:12,15
68:24 109:21
110:2
**payday** 65:24
66:13,16
**payment**
134:19 157:4
169:17,20
**penalty** 26:8,
23 27:19
47:10,16
68:10 76:8
110:14

**pending** 17:24
18:6,13 19:7
20:1,4 28:14
33:8 40:20
44:3 45:4
48:11 100:22
**people** 66:15
82:12 151:8
**perhaps**
29:23,25
30:22 72:8
84:2 113:7
**period** 10:2
11:11 93:16
**perjury** 26:8,
23 27:20
47:10,17
68:17 76:8
110:14
**permanently**
54:24
**person** 20:14
95:8 97:16
134:2 135:10
150:12 154:2
**personal**
40:17 41:3
42:3 50:14
63:24 73:1
130:2 131:20,
22 132:20,25
133:2,13,16,
19 135:12
136:8 137:10
140:11 142:5,
11 144:6
145:11,12
146:10
148:16,21
166:10,15,22
167:3,11,13,
18,25 168:7,
14 169:19
**personally**
96:11 109:6
**phone** 5:21
61:16 85:18
110:2 154:7

**physical**
34:14
**picture**
143:15
**pictures**
15:12 53:25
**piece** 29:24
30:8 34:15
57:8
**place** 89:14
104:14
**placing** 53:7
**plaintiff**
4:16 60:24
81:21 155:20
159:7
**plaintiff's**
60:23
**plaintiffs**
158:4,25
163:8 164:4
**planner** 69:12
**played** 19:17
**please** 4:12
27:6 41:17
46:8 57:20
62:17 72:25
76:7 82:17
103:21 104:8,
18 106:18
117:1 155:6
159:3,18
160:4 165:13
**plenty** 85:21
**point** 36:23
38:20 50:17
123:24 128:15
145:15 150:16
151:14 160:11
**police**
152:19,25
**Ponce** 4:10
**portion** 80:2
81:2,12 90:12
91:3,6 99:11
108:8 116:14
117:1 146:19

position
  72:25 81:6
  108:12 110:4
possession
  75:21,22
  112:1,23
  169:16
possibility
  98:10,13,14
possibly  25:3
  52:25 68:3
  95:21 102:22
  117:12
potential
  72:14 96:2
prepared  34:5
present  155:2
  164:23
pretty  133:3,
  17 160:25
prevent  6:24
prevented
  132:1
previous  8:10
  64:21
previously
  160:17
primarily
  49:11 78:2
  79:2
primary  42:23
principal
  129:17
principals
  41:15 42:6
prior  29:9
  39:19 51:18
  80:10,13,15
  104:12 152:18
  157:1 169:14
private  29:15
  56:12,13,21
  77:24,25
  78:7,9 98:9,
  14,21 115:10,
  15,16,17,23
  116:10,16,18
  117:4,11

privilege
  84:25 86:10,
  11
privileged
  142:15
probably  7:3,
  4 9:10 16:24
  25:11 52:18
  54:22 77:13
  90:18 115:18,
  20,21 118:1
  124:5 150:22
probate  70:23
  71:7 72:3
  73:2
problems
  13:18
proceeding
  70:24
proceedings
  72:3 148:7
  169:16
process
  161:11
produce  34:19
  35:11,13
  38:24 127:23
produced  31:6
  33:5,6 34:4,5
  38:19 75:8
  89:14,15,16
  104:2 117:14
  118:10 127:21
  157:21,24
  168:20 169:4
  173:24
producing
  127:24,25
  128:6,9,14,
  18,20
professional
  4:4 45:22
  46:12 55:24
  56:8
proffer  55:7
  71:21
program  53:24

programming
  161:10
project  16:25
  22:11,14,17,
  19 23:2 24:8
prompted
  44:21 45:7
prompts  44:18
proof  144:7
properties
  155:4,8,24
  165:11
property
  40:18 41:4
  42:3 73:10
  103:19 104:8,
  20 105:15
  106:4,8,14,19
  107:17 108:14
  110:5 155:5
  156:23
  158:10,11,16,
  18 159:2,4
  161:14,15,20
  162:3,15
  163:10,13
  165:12 166:8
  168:15 169:5
  172:8,11,14,
  20
prove  83:7
  100:19,25
  101:1
proven  82:10,
  14 83:20
provided
  60:25 83:14
  89:8
proving
  100:12
PTY  120:10,20
  121:2
public  4:4
  29:12 30:1,9
  79:13,17
  80:23,24
  81:12,14,25
  83:7 121:5

publicly
  170:25 171:2
punitive  61:6
purchase
  90:9,11 91:9,
  10 92:8
purchased
  90:8,15,22
  91:17,21,24
  92:4
purported
  122:15 138:9
  140:13 174:14
purpose
  112:8,12,13,
  24 113:8,10,
  18,24 114:2,
  25 115:3
  118:2 164:3
purposes
  91:16
pursuing
  73:14
put  14:5
putting  56:4

_____

Q

question
  6:11,16,17,23
  7:6 11:20
  13:12 17:23
  18:6,7,9,13
  19:7 20:1,4,6
  21:25 22:21
  27:9,14 28:5,
  14 29:7
  31:13,16,19
  33:8 40:20
  41:9 43:1,2,
  4,19 44:2
  45:3,5 46:7,9
  47:22 48:10,
  12 49:13
  50:25 51:6,12
  57:9 64:13,
  15,20 68:7
  72:16 73:23

78:5,6  79:14
80:23  84:21
85:6,12  86:17
87:15  90:1
99:1  100:22
106:12  114:4,
5,11  115:2,3,
4  116:15
119:24  133:16
144:21  145:23
147:1,5
156:9,10
159:11,12,18
160:15,19,24,
25  161:12
164:14
167:10,16
**questions**
7:16  49:17
51:2  64:17
85:3  86:8
105:18  121:18
160:11  171:14
174:22
**quick**  17:13
103:14
**quite**  70:24
75:7  173:6

---

**R**

**racked**  150:16
**Ramona**  60:3
**random**  29:24
30:5  56:5
154:10
**randomly**  24:5
**range**  48:9
90:18
**rarely**  11:3,4
**re-ask**  18:2,7
**reach**  65:6
**reached**  95:2,
4,13,18,19
96:1
**reaching**  65:2
**read**  14:3
41:17,21

52:17  53:1,
10,12  54:19,
21  84:15
91:10  145:9
159:19  174:24
**reading**
158:19
**ready**  137:21
**real**  103:14
**realize**  17:18
18:2,9  19:3,
11  20:8
120:21  121:1
**realized**
11:7,9  95:18
**really**  17:13
56:4  78:5
116:9  127:10
140:18  153:25
163:1
**reason**  7:1
23:1  27:21,23
28:12  37:19
42:23  43:18
46:4  48:14
50:16  51:21
66:12  70:24
73:8  85:13
122:10  140:8
160:7
**reasons**  85:25
100:21
**recall**  5:18,
20,21  24:15
36:3  37:14
39:15  47:5
49:21  55:15
65:2  77:1
78:25  87:25
93:9  107:5
111:3,6  130:3
142:24,25
144:17  147:14
151:1  157:5
170:10  171:21
173:4
**receive**  93:6

**received**
32:13  43:17
93:4  130:18
135:20  148:25
149:7
**receiving**
132:22  135:19
**recess**  25:25
30:16  35:7
87:8  128:25
143:21  165:21
171:16
**recognize**
88:11  129:6,
22  130:19
**recognizes**
129:18
**recollection**
142:9  143:14
**record**  4:12
6:3  25:24
26:1  30:15,17
35:6,8  41:18,
22  42:1  75:19
87:4,6,9,11
88:5  103:14,
15,16  108:9
128:5,10,12,
16,24  129:1
143:20,22
165:20,22
167:15
171:15,17
174:23
**records**  11:13
70:25  107:23
108:2  132:9
**recover**  45:22
53:8,14,22
**recovering**
45:25
**recovery**
53:23  54:15
**redirect**  42:9
**refer**  107:12
117:9,11
118:5  161:14
163:12

**reference**
16:17,20
**referred**
46:1,16
**referring**
19:2  36:12
47:25  48:18
70:14  113:5
151:12,17
162:13  169:22
**refers**  109:4
**refinance**
63:5
**reflect**  140:9
**reformat**
44:22  45:17
46:23
**reformatted**
44:14,15
45:16,21
46:11,22  57:4
102:13
**reformatting**
53:7  54:20,23
**refrain**  7:8
**refrained**
12:8
**refusing**
85:25
**regard**  144:6
145:12
**registered**
4:4  54:13
**Registration**
129:16
**regularly**
48:18
**Reinhart**
85:19
**Reinhart's**
171:21
**reinstated**
121:25  126:21
127:5
**relate**  43:17
162:5  174:14

related
 35:12,17
 37:2,6 38:10
 46:15 104:12
 135:3,4,7
 136:19 152:17
 156:25 157:1,
 2 169:13,15
relating  46:1
 161:11
relationship
 7:18 8:23 9:1
 13:17
relationships
 20:24
relevance
 85:7,11 86:3,
 5
relevant
 31:5,7,8,14
 85:5
rely  111:10
 164:4 174:8
relying  164:8
remember  5:25
 6:1 10:11,13
 25:9 26:19,20
 27:13,17,20
 30:24 32:15
 35:15 37:21,
 22 38:2 39:1,
 25 45:15
 47:2,4 48:7
 50:7,10,23
 51:23,24
 52:21 53:11,
 23 61:17 62:6
 65:7,9,11
 74:25 77:3
 79:1 89:13,20
 90:14,22
 107:24 108:11
 111:14,16
 127:17,22
 132:7 139:18,
 21,21 141:16
 143:5 145:5,9
 146:12,19,23
 148:23 151:5

 152:20 153:9
 154:10 169:18
 170:6 171:24
 174:15
remembered
 6:20 37:20
remembering
 37:19
remind  47:10
remotely
 108:17
remoting
 109:7
Rendowski
 59:1
renew  134:22
 135:1,2,5
renewed
 134:20
reopen  64:24
rep  5:17,19,
 22 6:4
repeat  51:6
 56:25 72:16
 99:1 142:1
 147:4 161:24
rephrase
 167:18
report  63:22
 152:8
reporter  4:4
 6:12 67:1,17,
 20
reporters
 170:7,10
reports  93:4,
 6
representation
 128:10
representative
 63:24 73:2
 131:20
 132:20,25
 133:2,17
 135:13 136:8
 137:10 140:11
 142:5,11

request  79:12
 87:21
requested
 93:8
required
 110:24
requirement
 86:3
requires
 106:5,15
research  10:7
 35:20,22,25
 36:3 107:17
 131:5,12
 148:13
reserve  64:23
 79:17 87:24
 88:1
reserves
 60:24
resort  51:3
resources
 70:15
respected
 105:10
responded
 135:1
response
 6:12,13,14
responses
 76:6
rest  124:17
 169:18
retained  42:2
 132:2 158:5,
 18 159:1
return  107:21
 158:15 159:1
returned  98:3
reveal  106:6,
 16
revealing
 31:17
reviewed
 173:19
reviewing
 170:24

revise  6:21
 64:8
Rick  4:3
right  5:6,7,
 15 6:8 12:23
 13:4 14:24
 17:14 18:15
 19:9,21 20:10
 21:11 22:4,5
 23:1,14,19
 24:1 26:25
 27:6,10,16,17
 29:3,8,15,19
 30:2 31:9,14,
 23 37:3,4
 38:13 40:22
 42:19,22 43:9
 44:6,8 47:11,
 17 48:6 52:7,
 9 54:4 55:9
 56:21 57:5,11
 59:13 60:24
 61:25 62:8
 63:3 64:22,24
 65:16 66:3,6
 69:18,20
 72:15,19 73:4
 75:12 76:15
 77:19 78:1,15
 79:9,17,20
 80:8 82:25
 83:10 84:12
 87:24 88:1,15
 91:9,14,15
 97:6 100:12
 101:1,6,18,24
 103:22,24
 107:1,23
 109:13,16
 110:2,25
 112:5 116:10
 117:23
 118:19,23
 119:15
 120:15,17
 122:2 123:18,
 20 125:20
 129:9 131:1,
 6,15 132:15,

18 133:3
134:12 135:14
136:11,20
137:10 139:11
140:19,20
141:14 146:16
147:19 148:9,
13,17 149:9,
13,16 150:14,
21,24 151:20,
25 154:2
158:23 159:17
160:14
163:18,25
165:1 168:22,
24 170:3
173:6
**rights**
106:23,24
155:11 166:8
171:6
**Riviera** 9:24
**rob** 126:21
**Robert** 60:9
**role** 149:6
**room** 27:24
28:12,23
33:16,18,19,
23,25
**routine** 11:10
107:20
**rule** 88:6
**rules** 6:8
**run** 56:3

---

**S**

---

**safety** 101:17
116:7
**said** 10:23
11:22 15:7,8,
11 18:2,25
19:23 20:17,
25 27:12,18,
19 28:24
30:20 35:11
37:18,23
38:10 39:11

42:9 44:5
49:18 50:12
51:19 67:10
68:9,23 75:19
83:17 85:19
87:10 89:9
96:18,22
97:10 98:13
107:11,23
108:2 113:22
117:18 121:20
122:20
123:13,25
124:25 136:4
139:19 142:11
143:15 146:1
147:1,10,18
156:8,15,19
159:13 160:2,
16 168:5,8
170:20 171:6
**sale** 112:8,25
113:11,19
**same** 6:9 7:16
70:20 77:13
93:23 112:11
114:21 118:22
122:16 130:11
151:15 158:11
**Saralson** 39:8
**sat** 146:15
**Satoshi**
99:18,20
100:12 101:1,
25 102:1
122:23 170:25
171:1
**Satoshi's**
171:2
**saver** 150:13
**saw** 10:23
11:3,4 55:5
118:21 126:7
141:4,10,22
142:4 154:2
**say** 6:13 9:21
20:19 24:17
27:19 36:10,

11 42:24
47:25 48:22
51:4,17 52:14
53:6 55:4
57:25 60:23
62:20 63:8
64:5,18 70:13
79:2 80:12
81:20 88:24
91:1,8 93:21
94:4,25
102:22 103:3,
5,21 106:13
107:15 110:14
111:25 112:7,
22 113:22
114:16 115:8,
15,24 124:10
126:2,13
130:17,24
135:25 148:6
150:10 151:7,
12,23 156:5
157:9 158:3,
14,25 159:15,
23 160:14
161:9 163:8
167:2
**saying** 11:16
25:18 28:11
29:9 32:22
37:21,22
49:25 55:15
81:17 83:13
109:7 113:25
114:2 117:20
119:17 124:24
125:3 134:19
146:2,9 162:5
164:15
**says** 41:10
44:18 61:10
70:11,13,23
72:24 73:8
74:22 76:18
120:2 121:22
125:23 126:17
144:5 145:6
156:6 158:1

**schedule**
86:20
**Scheme** 116:5,
9
**screen** 45:2
**searching**
27:17,20
**seat** 15:2
**seats** 25:16
**second** 5:2
11:20,21
13:21 24:17
30:13 31:16
72:21,24
77:10 87:5
88:12 91:13
92:25 111:5,
22 113:1
114:6 115:5
129:22 130:8
134:16 144:5,
20 148:8
149:25 151:15
**secret** 23:3
79:3 104:20
162:13
**secretive**
16:25 17:4
22:19
**secrets**
161:5,7,10
162:5,21,22
**section** 60:21
**secured** 101:8
**security** 14:1
19:20 34:22
35:12,15 57:7
93:20 94:5
**see** 11:1
13:23 27:12
41:20 53:24
65:3 76:17
79:12,14 89:2
111:16 119:9,
11,17 120:6
121:9 132:9
134:23
140:21,23,24

152:8 157:14
158:22 162:23
163:10,25
164:5
**seeing** 35:15
36:3 39:9
53:11 89:13
**seek** 45:22,25
77:7,20,23
**seeking** 91:17
145:24 158:6
**seen** 52:8
57:18 63:22
89:22 109:3,5
118:5,18,20
130:21 167:22
168:17
**sell** 68:24
**send** 67:8
69:25 75:4,11
134:17 146:5,
9,11
**sending**
72:13,17
74:25 111:3
120:1 130:15
144:18
**sense** 71:2
100:14
**sent** 24:14
52:19,23,24
75:5,6,20
82:24 83:3,5
129:11 142:18
144:15 145:2
146:13,18,23,
24 147:10
148:11,12,25
150:5
**sentence**
40:14,24
41:17,22
67:10 70:13,
21 72:24
92:25 113:1
114:6 115:5
151:7

**separate**
75:4,20 83:18
146:12
147:10,11
**September**
131:9
**served** 148:7
149:3,7
**server**
108:17,19,20,
23 110:6
**serves** 97:19
**service** 149:7
**set** 153:18
**sets** 49:23
**settlement**
13:25 120:21,
22 121:1,14,
16,22 153:18
**seven** 27:9
100:2,9
**seventh** 13:13
**several** 5:9
10:11 25:11
64:25 65:17
68:11 90:10
**shake** 6:13
**Shamir** 116:5,
9
**share** 115:22
116:2,3 117:6
**shared** 95:1
98:8 115:10,
15,20,21,25
117:4 129:24
132:18 156:2
167:2,11
**she'll** 59:16
**shoes** 136:13
149:11
**short** 10:15
**shortly** 67:18
68:9
**should** 26:19
42:4 64:17
80:14,19,20
122:25 125:2

**show** 15:12
39:2 86:17
119:4 121:21
125:12 127:19
144:18 145:4
153:17 155:15
**showed** 11:13
145:2 148:8
174:13
**showing** 134:6
**shows** 156:11
**side** 14:22
105:10
**signature**
76:11,14
**signed** 93:1
**simple** 68:7
70:25 160:25
**simply** 137:23
**since** 5:7
10:3 40:1
46:20 68:2,15
80:3 107:7
112:15 117:7
126:4,12
127:8 135:3
**single** 34:15,
17 125:22
126:17 127:16
**Sir** 113:6,14
125:18 167:24
**sit** 14:21
**site** 110:22
**sitting**
14:15,20 15:3
56:11 62:7,20
63:2 136:13
149:11 157:16
169:3
**situation**
109:24 127:7
168:22
**six** 14:13
97:11
**skip** 88:19
**Skype** 156:18

**small** 25:4
33:19
**smart** 101:6
139:8 161:12
162:23,25
163:3
**so** 6:12,13,21
7:14,16,17
8:4 9:15,24
10:1,4,6,9
11:13,21
14:8,23 16:14
17:8 20:11,19
21:6,15 24:24
25:7,18 27:14
28:2 29:2,7,
12 30:4,8,19,
20 31:4,6
32:17 33:21
34:13,18,23,
25 36:10 37:8
40:12 42:25
43:24 44:5,
14,19 45:1,
16,19 46:20
47:5,22 48:4,
16,19,23
49:12 52:10,
23 54:23
56:1,11 57:19
62:12 63:23,
24 65:17 67:9
70:3,18 71:5,
9 72:1 73:6,
22,23 75:2
76:1,22 77:20
80:7 82:1,7
83:13 85:13,
25 87:14
91:8,12 92:4,
9 94:12,17
95:13,20,22
96:17 97:16
98:20 99:19,
20,23 100:2
101:5,25
105:10,11,14
108:12,16
109:15 110:2

111:2 112:15
113:9,21
114:13 117:22
118:11,17
119:16 120:14
123:4 124:15,
17 126:10
133:23
134:17,21
135:19 136:1,
4,13,17
137:16,21
138:2,19
139:6,18
140:6,11,18
141:1,2,16
143:13 144:15
145:10,15
146:21 151:18
152:12 157:15
158:14 160:2,
10 163:12,24
167:10,15
168:3,6
**sofas** 28:1
**software** 47:1
53:23 54:17
56:3 169:17,
20
**sold** 84:2
150:12
**sole** 126:6
127:13,19
**solely** 136:24
**some** 7:8,16
15:6,15 24:20
27:15,23
28:11 31:1
34:1,2 51:21
56:5 66:23
72:19 74:12
80:8 89:13
93:4 95:14,23
104:24 107:2
108:25 110:6
111:11 112:25
113:11,19
115:9 118:20
123:6 125:7

130:2 139:3
147:10 151:19
152:20 153:10
168:19 169:17
171:13
**somebody**
66:13 77:17
132:1 165:3
**somehow** 97:19
115:21 137:23
163:6
**someone** 14:2
26:15 63:8
66:9 91:9,11
**something**
6:20,22 9:25
15:8,9 16:24
21:7 26:19
27:14 28:18
31:14 34:22
35:13 37:6
45:19 52:20
53:12,25 67:2
111:17 117:14
138:25 139:7,
14,16,19
140:14
141:14,23
142:4,8 143:8
144:10 147:12
154:13
**sometime** 93:8
**sometimes**
131:22 148:16
**somewhere**
61:1
**son** 10:16,23
19:11 123:10
**soon** 119:4
121:21 150:23
**sorry** 27:18
29:10 114:16
124:4 147:4
**sort** 42:11
**sources**
169:24,25
170:5

**South** 130:16,
25 131:2
**space** 25:5
163:6
**speak** 5:19
9:7 13:15
69:13 92:22
140:24
**speaking**
142:22
**specific**
104:23 118:24
125:10
**specifically**
9:20 17:11
20:18 37:18
50:11 97:23
104:19 135:18
**specifics**
39:1 84:9
150:18
**speculate**
21:23 127:2,
3,6 164:18
**speculation**
21:22 56:15,
22 57:12
82:17 83:12,
24 96:5 98:17
102:4,19,23
109:9
**spell** 30:5
59:8,9
**spelled** 59:6
**spend** 25:10
150:14
**spending**
78:24
**spent** 25:9,11
**spoke** 10:23
19:17 72:8
120:19 135:13
169:21 170:10
**spoken** 20:11
21:4 39:18
40:1 92:17
123:9 170:7

**Spring** 65:20,
22 66:5
**stand** 28:8
**standing**
105:17,22
160:8
**start** 23:25
160:10 169:14
**started** 80:18
**Starting** 27:9
**starts** 134:17
**state** 4:5,12
7:3 85:24
106:18 167:6
**stated** 156:3
**statement**
67:12,13
68:25 71:3
73:4,16,24
122:6 126:11
128:21 145:10
146:22 147:8,
19 154:13,17
160:12 168:6
173:25
**statements**
69:25 73:18
126:4 163:25
164:9,15
**stating** 89:14
111:11,17
121:14 166:17
**staying** 11:11
**steal** 127:4
**stemmed** 92:9
138:9
**steps** 44:15
53:14 56:1
63:25 78:20
89:23 127:9
141:24 142:6
170:22
**Steve's** 54:11
**Steven** 131:11
**still** 6:15
27:10 46:18,
21 69:11

82:14 128:14
143:10
**stole** 100:8
165:3,7
**stolen**
104:19,20
**stop** 7:4 48:6
50:21,22,24
51:8 87:21
160:18
**stopped** 18:5
**storage**
33:16,18
**store** 25:3
50:14 112:8,
25 113:10,19
129:23 134:18
**stored** 30:25
33:10 57:3
97:23 108:18
111:25 112:22
115:1 116:19
**storing** 114:3
**story** 94:10,
12 95:1
96:14,20
138:11 143:14
166:13 168:1,
13
**straight**
135:22
**strapped**
70:15
**street** 129:17
**strike** 42:9
45:4 133:1
138:16 139:7
**structure**
106:3,7,13,18
126:3,12
127:9
**structured**
106:22
**studied** 84:14
**study** 19:20
**stuff** 12:13
24:5,9 26:5

27:10 28:1,4,
12 33:4,17,
23,25 34:2,4,
20 53:4
111:10 123:12
127:22 135:4,
8 154:10
162:13 163:25
**subject** 79:16
**subpoena**
32:13,15
77:4,21
**subpoenaed**
77:6
**subsequently**
142:21
**substantial**
88:25 89:18
**successful**
16:24
**such** 16:22
41:14 42:5
**suddenly**
140:4
**sued** 38:12
**suggest**
101:14
**suggested**
38:24
**suggests**
165:6
**suing** 26:14
32:19 77:17
155:20 156:24
157:17 159:8,
9 169:5
**suit** 85:5
**Suite** 4:10
**Sullivan**
60:18
**Sunbiz** 110:22
111:2,10
**Sunbiz.org**
71:18,22
110:25
**supplement**
60:24 146:6

**supplemented**
75:2 79:19
**support** 107:8
117:20 118:4,
12 122:17
125:8 128:2
**supporting**
122:22
**supports**
117:16
**suppose** 21:14
**supposed** 17:1
31:11
**Supreme**
130:16,25
131:2
**sure** 30:14
32:1 35:16,19
108:10 111:14
118:24 128:23
153:10 156:12
**surprise**
10:22 152:13
**swearing** 76:8
**sworn** 4:21
**symbol** 15:17,
22
**system** 44:24
152:10 157:4
**systems** 45:20

---

**T**

**table** 14:23
15:3
**tactic** 42:11
**take** 6:12,18,
19 13:6 23:21
25:7,23 30:12
35:3 53:12
83:6 86:19
88:3 104:14
121:24 127:10
128:22 134:24
137:22 141:24
142:6 143:17
149:6 159:16

165:19
**taken** 4:3
25:25 30:16
35:7 53:14
56:1 63:25
82:23 87:8
89:23 98:2,4
128:25 143:21
163:9 165:21
170:22 171:16
**takes** 101:20
**taking** 88:4
**talk** 7:17
9:15 22:6,8,
11,14,17 37:8
38:23 61:11
87:11 92:14
153:21,23
154:9 160:25
173:15,17
**talking** 9:20
30:19 34:10,
11,13 35:10
49:12 107:10
112:18 113:3
118:24 121:8
125:11 127:20
143:16
**tampering**
51:14
**team** 170:25
174:8
**technical**
53:4 54:19
160:12
**techniques**
161:11
**technologies**
161:12,21
162:3,6,23
**technology**
161:13
162:12,14
163:12
**teenagers**
9:11,12
**telephone**
156:14,17

**tell** 10:17
17:11 18:21
23:3 26:10
27:16 34:5
37:5 56:11
64:14 68:22
74:4 75:20
78:10,15,19
81:11 85:13
87:1 89:10
95:14 97:12
98:22 99:3
100:8 111:18
117:19 125:22
138:1,2 144:9
145:21 147:11
165:3 170:15

**telling** 12:10
33:4 67:17
84:4 87:13
96:15 111:6
139:6,13

**tells** 14:23
21:6 54:19
95:17 134:22
141:17 168:10

**ten** 10:2,9
104:1 143:4

**tense** 62:7

**term** 29:19
163:1

**testified**
4:22 10:1
18:23 25:13
26:3 29:2
37:9,16 47:17
49:24 61:11
67:15 124:11
148:20 160:2
161:21 162:2,
11 173:2

**testify** 7:13
20:25 21:4
49:12 55:8
57:24 58:2,9,
12,15,18,21,
24 59:2,16,
19,22,25 61:8
96:22 97:16

124:8 127:25
146:18

**testifying**
26:7 60:4,7,
10,13,16,19
62:3 117:22,
25 157:15

**testimony**
6:24 7:2,11
10:6 17:21
18:24 26:17
27:21 28:2
32:21 47:14
48:14,15
49:23 50:3,
16,17 51:18
54:18 59:1,4
66:23 67:19,
21 68:13,16
81:16 82:4
98:25 105:4
117:23
118:13,14
122:21 129:25
139:14 148:23
161:23 162:8,
17 163:15
169:8

**than** 7:12
8:3,19 10:5
21:9 22:4,12,
15,18 23:3
24:8 38:4,6
42:12 46:1,16
68:4 88:3
90:18 123:11
139:1,7,14,19
140:14
141:14,24
142:5,8 143:8
144:10 147:12
150:11 154:13
158:7 167:1,
11,24 171:1

**thank** 8:12
12:24

**Thanksgiving**
14:10,16
94:18 97:8

139:25 141:3,
4 168:3

**that** 5:15,16
6:24 7:11,16
8:19 9:23
10:1,2,3,19,
20,21 11:9,
12,14,16
12:9,12,18
13:8,24 14:1,
5,6,8,12,21
15:5,8,22
16:15,23
17:1,3,6,19,
21 18:2,11,
18,19,21,25
19:3,4,6,10,
11,15,17
20:8,9,14,15,
18,25 21:1
24:9,25
25:13,18
26:3,7,25
27:6 28:1,2,
4,11 29:21,22
30:4,6,20,21
31:16 32:5
33:23 34:20
35:13,21
36:5,13,16,
19,23 37:9,
16,20,21,22,
23 38:7,15,
19,20,23,24
39:3,12,23,24
40:7,10,14,
16,23 41:12,
20,23 42:2,8,
10,13,21,23,
24 43:16
44:8,21,24,25
45:7,10,12,16
46:3,5 47:9
48:16,22
49:14,25
50:8,9,10,12,
17,25 51:14,
19,23,24
52:21 53:6,

16,25 54:2,6,
11,13,18,19,
25 55:4,5,7,
8,15,18,22
56:5,6,25
57:3,25 58:4
59:7,14 61:1,
5,8,11,14,19,
21 62:1,8,12,
23,24 63:5,9,
11,14,16,20
64:2,5,6,9,20
65:10,13,14,
16,17,19,21
66:12,17
67:5,12,15,
17,21 68:5,8,
11,25 70:14,
16 71:2,19,24
72:4,6,12,17,
18 73:3,9,16,
23 74:8,22
75:1,5,6,8,21
76:8,11
77:12,14,25
78:2,3 79:8,
14,21,25
80:12,17
81:6,9,13,17,
20,21 82:2,5,
10,13,14,24
83:2,4,7,10,
16,22 84:8,9,
24 85:5,12
86:8,17,22
87:12,15,18,
20,21,22,24
88:13,14,19,
23,25 89:2,8,
10,14,18
90:15,18
91:11,17
92:5,8,9,21,
23,25 93:3,
13,19,21
94:8,10,11,
12,14,21,23,
25 95:7,14,23
96:12,15,19,

| | | | |
|---|---|---|---|
| 22 97:1,4,16, | 138:2,7,8,9, | 19 | 51:19 54:2 |
| 19,20,22,24 | 16 139:2,3,6, | **that's** 15:3 | 65:4 74:8 |
| 98:7,11,14, | 7,13,14,18 | 20:21 21:7,11 | 77:21 79:1 |
| 20,22 99:4, | 140:1,2,3,5, | 22:11,14,17 | 80:2 81:3 |
| 18,20 100:8, | 9,14,16 | 24:8 28:4,5,7 | 88:24 90:22 |
| 19,25 101:10, | 141:13,16,17, | 29:19 41:7,10 | 93:8 97:7 |
| 14 102:12,18 | 19,22,25 | 43:21 55:9,23 | 98:2,4,5,7 |
| 103:3,6,18,21 | 142:1,2,9,13, | 59:9,13 61:10 | 99:4,11,14,18 |
| 104:8,12,13, | 14,17,19,21, | 64:7 67:23 | 100:1,3 107:6 |
| 19,25 105:7, | 24,25 143:3, | 74:1,10 78:4 | 113:8 115:25 |
| 11,22 106:2 | 7,8,10 144:2, | 81:5 85:14 | 116:1,2,4,20 |
| 107:2,4,11, | 9,10,11 | 86:15 95:19 | 117:10 118:6, |
| 12,22 108:4, | 145:7,10,11, | 108:17 109:9 | 20 120:15 |
| 8,12,15,16, | 16,17 146:8, | 110:6 115:2,7 | 122:9 125:24 |
| 19,22 109:1,4 | 18,19 147:8, | 116:7 118:2 | 126:16 135:16 |
| 110:10,15,17, | 11,15,23 | 121:16 128:4, | 138:11 142:18 |
| 24 111:5,6, | 148:8,11,12, | 20 129:21,23 | 143:6 155:19 |
| 13,18 112:3, | 15,21,23,24, | 130:9,11 | 166:20 167:9 |
| 9,19 113:1,3, | 25 149:11,12, | 133:22 | 168:19 |
| 9,11,15,22 | 20 150:2,12 | 134:14,16 | **then** 5:7 |
| 114:15 115:3, | 151:1,3,4,6 | 135:10 143:16 | 10:3,4 11:23 |
| 16,20,22 | 152:4,6,7,12, | 145:17 146:1, | 18:2 19:1 |
| 116:25 117:3, | 13,21,22 | 10,13,24 | 27:11,14,18 |
| 8,9,11,16,20 | 153:3,7,9,12, | 148:15 151:21 | 29:2,23 30:22 |
| 118:5,10,11, | 13,17,18,19 | 156:9 159:21, | 31:18 32:17 |
| 16,21 120:12 | 154:4,13,19 | 22 167:15,24 | 43:2,19 |
| 121:1,9,14, | 155:2,4,15,22 | 171:9 173:6 | 44:12,19 |
| 22,23 122:20, | 156:3,5,10,11 | **theft** 77:18 | 45:13 49:17 |
| 23 123:5,8, | 157:1,6,19,21 | 78:7 155:21 | 51:2,4,22 |
| 11,12,16,20, | 158:3,9,14,19 | 164:25 | 54:24 60:25 |
| 21,22,24 | 161:4,15,20, | **their** 4:12 | 64:16 67:15 |
| 124:5,7,8,10, | 24 162:2,23 | 19:22 38:10 | 68:2,4,23 |
| 11,24 125:1, | 163:6,10,24, | 94:15 101:8 | 82:17,20 85:8 |
| 5,12,23 | 25 164:2,5, | 106:7,18 | 91:5,20 94:14 |
| 126:5,7,9,10, | 14,15,22 | 107:16 115:23 | 95:3,11,12,17 |
| 11,12,13,17, | 165:2,3,6,8, | 121:5 157:1 | 106:2 107:21 |
| 25 127:8,12, | 11,15,24,25 | 169:14 170:2 | 112:7 113:7 |
| 14,18,19,20 | 166:13,18,22, | **them** 6:9 | 114:20 115:8 |
| 128:9,13 | 24,25 167:2, | 8:15,19 11:1 | 125:3 128:3 |
| 129:18,25 | 6,17,22 | 21:4 27:12 | 130:14 134:21 |
| 130:3,11,17, | 168:2,3,4,6, | 30:24 31:1 | 135:1,20 |
| 19,24 131:14, | 9,12,16 | 34:25 37:15 | 136:7 137:4 |
| 23 132:11,12, | 169:4,5,13,20 | 38:21 39:20, | 139:21 151:23 |
| 17 133:1,2,4, | 170:14,24 | 23 40:1 45:17 | 155:4 158:6 |
| 5,7,8,22,25 | 171:1,2,22 | 47:1,23,24,25 | 160:16 163:7 |
| 134:1,19 | 172:2,5,7,10, | 48:1,2,3 | 164:2 165:9, |
| 135:4,9,19 | 12,14,20 | 49:18,21,22, | 11 170:25 |
| 136:14 137:3, | 173:3,4,8,23, | 24,25 50:1, | 171:13 |
| 4,10,18,23 | 24 174:14,15, | 11,13,14 | |

theory  85:7
there  7:1
 15:6 17:25
 23:18 27:10,
 21 29:20
 30:8,21 31:10
 34:9 35:11
 37:9,19 45:4,
 12 46:4,21
 48:14 50:16
 51:21 55:20
 57:9 65:3,9,
 11 70:23
 73:13 74:12,
 22 75:17
 78:7,8,11,15
 79:3,8 88:25
 90:2 91:19,20
 102:22 103:3,
 6 104:24
 107:2,11,21
 111:11 113:7,
 17 116:3
 117:9,23
 121:14 122:24
 125:23 133:10
 134:25 136:6
 137:1 138:1,
 2,3 140:8
 143:4 146:21
 147:1,7,15
 150:10 151:24
 152:17 153:17
 154:24
 156:10,14
 158:9 160:18
 165:25 166:17
 167:5 170:5,
 11,13 171:6
 173:23
there's  17:23
 18:6 20:1,3,4
 28:14 33:7
 44:2 45:3
 48:10,16
 55:18 79:3,7
 85:21 86:3
 89:17 90:25
 100:22 104:1,

18 113:17,21
 120:21
 122:18,20
 123:16
 125:12,23
 127:18 134:17
 135:1 142:21
 151:23 164:25
Therefore
 115:25
thereof
 158:17 159:3
thereupon
 4:19 25:25
 30:16 35:7
 87:8 128:25
 143:21 165:21
 171:16
these  33:10
 46:3,11 73:18
 76:6 77:13,
 17,20 78:1,
 10,20,22
 79:4,25 80:8,
 24 81:6,12,17
 82:9,15
 112:7,12,24
 113:10,18
 117:19 118:11
 121:18 127:22
 128:2 148:7
 156:16 161:9
 162:13 164:3,
 4
they  10:23
 11:3,14,16,17
 13:16,18
 17:22 18:19
 19:16,17,22
 31:8 32:5
 34:25 38:10,
 15,19,21,23,
 24 53:6 57:4
 79:12 80:7,8,
 17 82:10,11
 83:19 89:9
 94:15 99:9,25
 100:2 106:21,
 23,24 107:12

108:24 109:1
 111:8 115:1,
 11,13,14,15,
 25 116:2,3
 117:5,6,24
 118:9 119:19
 121:11
 122:16,22
 123:24 124:2,
 5,22,23
 129:13 136:24
 149:6 150:22
 153:10
 155:10,11
 156:2 166:7
 169:14 170:25
 174:17
they'll  21:3
they're  65:24
 116:19 124:1
 125:8
they've  99:24
 113:7
thing  9:15
 44:20 91:10
things  7:5,9
 23:19 24:3,25
 28:23 31:10
 64:16 106:22
 157:2 164:16
think  5:5 7:7
 8:16,17 9:23
 10:16,19 12:9
 15:6 17:3,6
 24:4 25:13
 27:23 32:20
 37:9 39:8
 45:11,18
 49:11 53:12
 54:1,13
 58:11,14,17,
 20,23 59:1,4,
 16 61:23 62:6
 63:8,23 64:3
 65:3,7 67:1,
 21 71:9 72:24
 75:4,5,6
 76:12 78:22

79:23 85:20,
 21 87:16
 93:4,8,23
 95:4,8 98:9
 100:3 101:9
 110:1 111:11
 115:22 116:20
 118:22
 119:18,19,20,
 22 120:11
 124:2 127:18
 128:6,8
 129:23 132:2
 133:25
 134:22,25
 135:19 138:19
 140:2,3,12
 141:7,10
 144:21
 146:11,13
 151:5 152:19
 153:1,9
 155:25 157:9
 166:17
 169:16,24
 170:11
thinking
 27:24 28:12
 48:17 141:22
 142:3
third  41:15
 42:6 70:12,21
 78:23 92:25
this  5:2
 13:4,12,23
 14:25 17:13
 22:11,14,17
 23:2,21,23
 24:8,14,15,18
 31:5,6 32:13,
 18 33:5,6
 34:13 38:2
 39:9,19 40:7,
 10 41:1,8,25
 42:11,16,18
 43:6,8,24,25
 44:6 48:9
 52:1,11,17,23
 53:5,10 57:18

63:3 64:24
66:24 67:3,8,
13,20,22,23
70:5,10,20,24
72:12,13,17,
24 75:2,6,7,
8,11,13 76:7,
9 77:24 79:19
83:4,8,20
84:21 85:20
86:20 87:19,
25 88:3,11,24
89:1,4,7,15,
18 90:12
91:16 95:1
96:17 97:9,22
99:3 100:7
101:5,15
103:21 104:2
107:5,8 109:8
112:15,16,19
113:5,6,9,15,
21 114:6,7,10
115:5,11
116:14 117:7,
20 118:2,4,12
119:2,9,12,24
120:15 121:5,
24 122:2,10
125:19,24
126:4,9,10,23
127:8 128:17
129:6,8,11,15
130:8,15
131:4,8,13,14
134:11 135:22
141:22 144:7,
13,15,21
145:4,6,10,
11,14,16,24
146:2,6,12,
18,22,23
147:8,18
148:6 149:1,4
150:5 155:1,
6,23 156:6,
11,22 158:6,
13 159:6
161:13,14

162:20
163:13,20
164:12 165:24
168:21 170:7,
14 173:2,4,24
174:9
**those**  5:11
7:9 20:20
30:25 31:2,6,
25 32:7 38:8
45:20,22
46:19,20,23,
25 47:5 49:19
55:16 76:20
81:14 98:1
99:23 100:15,
19 101:1
107:13 112:2,
21 117:13
118:7 125:2
128:1 147:14
167:8,24
168:18 174:4,
17
**though**  6:7
7:15 122:2
123:3 136:20
167:10
**thought**  16:23
17:21 18:18,
22 20:21
27:25 28:18,
20,24 29:21
34:23 36:17,
23 46:24 56:5
77:14 105:9
110:22
133:11,20
135:3 141:9
167:17 170:17
**thousand**
150:11
**thousands**
104:1 118:9
125:17
127:17,18
**three**  49:23
76:17 88:22,
23 161:2

**threw**  24:24,
25 30:20
32:20,21
36:10,11,13,
16 37:5
**through**  15:15
16:3 17:13
23:19 24:3
25:11,14,17,
18,20 26:4
27:18,20 28:4
32:24 44:15
67:6 72:2
95:22 96:11
103:20 106:9
107:18 117:7
152:13 164:23
169:3 173:10
**throw**  25:7
153:14
**throwing**
23:25 24:5,21
36:24 49:14
**thrown**  30:10
**thumb**  48:18
49:11 50:8
**tied**  133:21
**tight**  86:20
**time**  4:9 5:2,
5 6:18 9:23
10:14,15
11:11 13:24
14:9 15:7,14
16:11 23:6,
13,21 25:9,
13,22 26:22
28:11 33:3
40:18 41:4
45:11,18 46:3
53:12 54:7
61:14 62:12
67:25 69:20
73:3,9 74:1
75:14 78:24
85:23 93:16,
19,22 94:4,
13,17 108:4,
16 114:20
124:5 128:17

131:17 138:4
141:2,4,10,
13,22 143:13
145:8,14
154:2,5
159:22 172:14
**times**  6:15
8:18 10:10
12:2 55:3
68:12 114:19
147:3
**title**  52:14
53:11 131:10
**to**  5:11,15,16
6:4,7,9,11,
14,15,17,18,
19,22 7:7,13,
15,17 8:21
9:3,5,7,21
10:2,17,20
11:8,10,14,
15,17,21,22
12:5,6,7
13:6,7,10,13,
20 14:15,20
16:2,20,25
17:1,2,5,13,
16 18:16,17,
19,23,25
19:2,19,23
20:3,8,11,19,
25 21:4,23,25
22:6,8,20
23:1,18,21
24:4,14 25:1,
5,7,14,21
26:4,10,17
27:6,12,16
28:13,16
29:2,9 31:2,
5,11,13
32:16,17 33:5
34:5,16,17,
24,25 35:2,
12,14,16,17
36:12,23
37:2,6,8,12,
25 38:8,10
39:2,18,19

40:1,13
41:15,21,22
42:5,9,10,13,
24 43:15,16,
17,24 44:5,
17,19,21
45:1,7,14,18,
22 46:1,4,12,
15,16 47:6,8,
10,19,23,25
48:1,2,3,5,
11,18 49:13
50:5,14 51:3,
14,18,23
52:19,24
53:2,12,14,
16,22,24
54:1,2,15,17,
19,24 55:2,3,
24 56:1,3,8
57:2,9,20,21,
24 58:3,9,12,
15,18,21,24
59:2,14,17,
19,20,23
60:1,4,7,10,
13,16,19,21,
24 61:8,12,15
63:5,12,15,25
64:6,10,14,
17,18,19,20,
23,24 65:2,3,
6 66:12,22,
23,24 67:5,8,
20,25 68:15,
17,20,24
69:13 70:5,8,
14,21 71:21
72:8,13,18,21
73:12,23
74:4,16,22
75:4,11,19
76:6,7,17,23,
25 77:2,4,7,
8,11,14,16,21
78:5,8,20,24
79:1,11,12,
13,16,17
80:1,7,10,11,

13,14,15,19,
20,22,25
81:11,14,22
82:2,5,10,11,
19,20,24
83:3,8,14,19,
21 84:2,19,
22,25 85:3,4,
5,7,9,10,14,
15,18,22,24,
25 86:3,6,7,
8,12,16,19,
20,22,23
87:2,11,12,
15,17,24,25
88:3,4,11,17,
19 89:24 90:1
91:2,9,13
92:5,12,19,
22,24 93:15,
17,21 94:1,8,
21,23,25
95:2,4,13,18,
19 96:1,8,15
97:3,5,7,19
98:3,7,21,22
99:3,4,11
100:14,19,25
101:9,14,15,
20,25 102:1,
24 103:3,5,10
104:12,14,18
105:5,8,18,19
106:5,16,23,
24 107:8,12,
21 108:3,5,6,
17 109:4,15,
21,25 110:22,
25 111:3,7,
20,22 112:25
113:1,5,10,19
114:4,7,11,20
115:8,9,25
116:2,4,18
117:3,4,9,11,
14 118:3,4,6,
10,17 119:1,
2,4,9,24
120:3 121:8,

15,18,21,23
122:10,12,16,
24 123:2,3,
16,17 125:3,
8,12 126:1,3,
5,13,15
127:2,3,6,10,
21,25 128:1,
2,12,16,22
129:12,24
130:7,19,22
131:4,23,24,
25 132:7,8,9
133:4,7,9,13,
16,20,21,23,
24 134:3,16,
18,19,22,23,
25 135:1,3,5,
7,10,13,17,
21,22,24,25
136:3,5,6,7,
19,22 137:2,
3,5,6,9,13,
14,15,17,18,
19,22,23
139:3,5,24
140:2,6,8,13
141:3,24
142:6,10,12,
18 143:5,24,
25 144:5,6,
18,19,21
145:2,4,8,10,
12,13 146:1,
2,3,5,6,9,25
147:2,16,19,
21 148:11,12,
25 149:6,7,
18,21,25
151:5,12,14,
17,18,24
152:5,18
153:21,23
154:22 155:2,
3,7,11,14,15,
21 156:10,12,
22 157:1,2,7,
13,16,17,21
158:4 159:2,

8,22 160:13,
22,24 161:2,
6,11,12,14,21
162:5,11,13,
20 163:7,13,
22 164:4,18,
20,23 166:8,
12,13,21
167:2,10,16
168:2,13,20
169:9,14,15,
22 170:7,10,
22 171:6,12,
21 172:11,16
173:3,8,12,
15,17 174:2,
6,8,14,17
**today**  4:8
6:24 7:2,11,
13 26:8 27:22
28:17,21 33:3
34:5 37:5,20
47:11 48:14
50:16 51:24
54:18 56:11
62:3,12,20
67:19,21
68:10,13,15,
18 105:14
110:14
157:15,16
169:3 170:15
**together**  43:6
52:11 96:11,
13 99:16
101:9 138:12
169:14
**told**  14:9
17:5,10,11,18
18:3,10
20:15,17 23:2
34:6 36:22
54:23 55:14
62:18 64:12
68:11 74:8
94:10,15,17
95:22 97:14,
17 114:18
121:23 123:7

124:15,22
128:19 138:11
139:15
141:13,23
142:4 144:9
152:12 159:22
166:21 167:1
168:4
**too** 13:15
53:2 54:18
55:9 101:9
**took** 16:1
27:6 78:20
88:3 89:14
98:9,20 145:8
155:23 164:2
165:10,14
**tool** 54:15
**top** 120:2
125:16
130:14,22,23
131:1 158:23
**Tosi** 70:8
**total** 157:6
**totality**
127:21
**trade** 104:20
161:5,6,9
162:5,13,21,
22
**transcript**
25:22 27:5
47:9,20 87:14
90:13
**transfer**
134:25
**transferring**
41:14 42:5
98:5
**treasure**
151:24
**Treasury** 70:5
**treble** 61:6
**trial** 57:24
58:2,9,12,15,
18,21,24
59:2,17,20,23
60:1,4,7,10,

13,16,19 61:8
100:7 104:18
**tried** 56:3,4
63:5 76:25
78:21 143:5
**trillions**
21:20 22:1
**true** 50:6
55:18 56:2,3,
9 57:2 95:2
114:18 146:1,
10 151:21
**truly** 151:23
**trust** 112:24
153:18
**trusts** 112:2,
3,5
**truth** 26:11
122:25
**truthful**
26:17
**try** 56:1,8
173:3,8
**trying** 53:22
68:20 78:24
86:12 118:3
132:7 137:15
155:14 167:16
**turn** 13:10,20
27:6 31:25
32:2,7,9 34:6
40:13 47:8,19
57:20,21
60:21 76:7,17
79:11 88:17,
19 92:12,24
103:10 130:7
134:16
149:18,25
162:20
**turned** 16:24
31:20
**two** 11:8
13:10 25:4
37:12,17,18,
22 38:6 44:14
45:16 57:21
72:22 78:23,

25 83:6,20
88:17 90:2,25
101:20 125:18
140:22 168:24
**type** 14:4
150:12 163:5

---

**U**

---

**U.S.** 89:9
**Uh-uh** 18:12
49:16 67:24
74:11 116:22
**ultimately**
42:21
**unable** 13:13
**unaware** 151:3
**unclear**
126:3,11,12
127:9
**uncomfortable**
144:25
**under** 11:15
26:7,23 27:19
47:10,16
68:10 73:14
76:8 87:14
110:14 137:6,
9 158:20
162:21
**understand**
5:2 6:8 11:14
32:17,20
53:2,13 54:25
72:25 74:10,
12 98:21
103:21 114:10
120:12 123:3
128:15 159:7
**understanding**
54:21 55:9
71:24 93:13
108:10 155:9
163:3 166:4
172:2
**undisclosed**
153:19

**unfortunate**
86:21
**unidentified**
118:11
**unique** 55:8,
11
**unjust** 158:3
**unlawfully**
161:4
**unless** 6:16
11:22 43:16
85:13 86:17
87:1
**unlock** 57:2
**unnecessary**
36:17
**unstable** 93:2
**until** 16:14
28:13 29:6
51:19 67:16
80:18 84:21
96:9 106:15,
20 139:15,22
140:16 142:10
143:12
**up** 10:5 25:16
73:3,9 80:18
86:1 87:19,23
96:20 101:20
123:2,16
137:17 140:13
146:13,21
147:1,7
150:16,21,23
153:18
154:12,16,19
155:12
**upon** 40:25
41:1 96:18
166:13
**UPS** 129:23
134:18
**upset** 160:16
**us** 27:16 33:4
34:5 37:5
78:10,15
111:18
117:15,19

118:10 127:21
157:21 171:12
**USB** 55:3,16
**use** 15:10
41:15 42:6
45:18 46:25
47:3,23 48:1,
2,3,6,19
49:24,25 50:1
54:24 66:22
89:1 152:5,6
155:3,7
**used** 46:20
49:19,20,21
50:8,11 54:14
55:2 56:6
78:3 79:2,8
112:7,12,14,
24 113:10,18
130:1 148:18
149:12 152:4,
12 163:2
**useless** 42:12
**uses** 148:15
**using** 46:18
47:5,23 48:7,
24 49:1,5,7,
8,10,18,22
50:13,14,21,
22,24 51:8,19
79:4 122:16
147:14 152:1
**usual** 7:12
**usually** 14:21
150:15

---

**V**

---

**V.A.** 11:7
93:14 107:19
108:14 110:4
**vague** 17:12
20:17
**validly** 148:7
**value** 67:11
73:11 105:14
158:17 159:2
163:9

**vary** 75:7
**Vel** 4:16 39:3
41:25 42:8
85:10,15
86:19 87:16
128:11 159:21
160:18
**verbal** 6:12,
14
**versa** 115:18
**very** 17:12,16
20:17 24:19
53:4 55:3,8
69:20 70:11
76:13 97:18
99:10 101:6
114:5 115:13
139:8
**via** 95:1
**vice** 115:18
**video** 19:17
**VIDEOGRAPHER**
4:8 25:24
26:1 30:15,17
35:6,8 87:6,9
128:24 129:1
143:20,22
165:20,22
171:15,17
174:23
**visit** 10:10
12:2,4,6
23:7,10,13,18
**visited** 12:6
140:18
**visualized**
28:21
**voluntarily**
158:5

---

**W**

---

**W&k** 5:14,17,
19 71:10,12,
13 72:2,9
75:21 80:1,5,
7,14,16,19,
20,25 82:5,7,

10,19 91:16,
20 92:5,9
96:11 98:5
99:8 103:20
104:15 107:18
110:16 111:22
112:1,23
115:9 119:14
120:17 121:2,
9,15,20,25
126:2,6,14,
18,20 127:5,
9,11,19
129:16 130:12
131:5,6,11
144:6 145:12
148:6,13
149:2,4,6,9
155:5,9,10
157:3,7 161:6
165:12 169:16
174:14,15,18
**W&k's** 118:22
**wait** 28:13
48:11
**Wales** 130:16,
25 131:2
**walk** 44:15
**walking**
137:17
**wallet** 99:5
**wallets** 40:17
41:3 42:2
97:24 98:1,6
112:1,7,12,
13,18,19,21,
23,24 113:10,
18 151:13
**want** 6:22,23
13:20 17:13
18:16 21:23,
25 32:16 33:1
37:8 47:10
51:14,17 67:5
75:19 80:22
83:19 85:18
91:9 93:15
100:19,25
102:24 105:19

121:24 122:24
125:3 128:12,
16,22 133:13
135:22,25
136:22 137:3,
14 139:24
144:21,23
158:15 160:9,
24 164:18,23
166:21 167:15
169:9,12
171:6,12
**wanted** 43:21
100:25 133:9
134:23
**wants** 137:22
**was** 4:22 5:5,
17 7:18,19,
21,22,24 8:1,
4,23,25 9:1,
14,15,21,23,
24 10:2,14,17
11:7,8,13
12:18 13:1
14:9,12,15,
20,25 15:2,5,
6,14 16:11,
15,18,22,25
17:4,16,21,25
18:4,24,25
20:18,21,25
24:11 25:13,
25 27:2,9,10,
12,13,14,17,
23 28:12,22
29:3,8,12,15,
17,21,22,24
30:8,16,21
31:4,14,21
32:21 33:5,6
34:7,9 35:7,
14 36:22 37:9
38:4,5 39:3,
4,7,8,24
40:4,18 41:4,
8 42:23 43:4
45:6,7,12,18
46:4,5,9,24
47:22,24

48:7,21
49:11,13
51:13,14,17
52:4,9,21
55:18 57:3,14
61:14,18,21,
24 62:1,4,9,
13,15,21,24
63:11,17
64:2,9,22
65:4,7,11,16
66:3,19 67:1,
18 68:8,9,11
69:4,9,10
70:14,23,24,
25 72:2 73:1,
3,8,9,10
75:5,11,13,
14,21 76:2
78:2,3 79:3,4
80:5,18 81:25
82:8 83:4,7,
17,21 84:1,4
87:8 88:7,25
89:12,15,16
90:18 91:19,
20,21 93:2
94:11 95:6,8,
22 96:15,16,
18,22 97:10,
18 99:3,8
101:6 104:11,
12,19,20
105:8 106:23
107:5,18,20,
22 108:3,4,6,
12,14,16
109:12,18,20,
23 110:4,9,
13,17 111:11,
12,17,25
113:8,11
114:5 115:18
117:25 119:6,
14 120:12,15
126:9 127:12,
14,20 128:25
129:2,8
130:1,4

131:25
132:13,22
133:4,5,11,
16,20,25
134:2,4
135:3,7,17,19
136:6,16,20
137:1,5,6
138:1,2,4,8,
24 139:4,8,10
140:2,6,8,9,
12,14,19
141:4,14,19,
23,25 142:10,
12 143:5,7,8,
10,16,21
144:10,11
146:18 147:12
148:6,11,12,
18,21,24,25
149:2,5,12,
14,16,22
150:10,12,13
151:17
152:10,15,23,
25 153:1,4,
11,17,18
154:2,13,17,
19 155:4,10,
11 157:1
159:25 160:13
164:25 165:7,
21 166:13
167:17 168:4,
5,8,10,12,19
170:11,13
171:16
172:15,20
174:19 175:3

**wasn't** 11:11
17:1 24:9
65:11 66:8
133:23 139:8
140:5,10
153:10

**Waste** 85:23

**water** 63:15

**Watts** 60:3

**way** 17:12
20:17 43:16
74:7 75:3
78:10 79:20
91:13 133:9
139:15 141:3

**ways** 116:3

**we** 4:10 5:14
6:21 9:10,15
12:8 15:3,4
30:12,19
32:24 33:1
35:10 38:20
39:20 44:7,
11,12 49:13
64:3 66:2
83:18 86:20
87:13,20,24
91:5 104:6
105:7,9
112:18 113:3,
16 117:1
120:19 134:25
145:13 146:3
148:11 149:20
154:1 170:17
175:1

**we'll** 6:19
35:2 88:2
111:2,5
127:23 171:13
174:24

**we're** 12:20
49:12 57:17
66:22 69:7
76:5,12 82:20
87:6 88:10
100:2 104:17
107:10 121:21
127:25 128:19
129:5 134:6,
22 149:21

**we've** 5:9
103:24 117:8
125:18 168:24
169:1

**weaknesses**
12:10,11

**wealthy**
138:8,18,21,
25 140:15
142:8 143:6
144:11 147:13
154:17

**web** 54:9,11
110:22

**week** 65:18
79:22,23
80:24 104:4
106:6,17
113:16

**weeks** 48:8

**well** 10:16
12:7 14:25
19:25 23:6
24:19 38:16
46:22 49:19
50:7,12 55:7
64:2 66:5
78:22 81:7
100:19 108:24
109:21,25
112:17 132:12
133:4 135:6
136:19 140:18
155:9,14
164:18 167:1
175:1

**Wells** 65:8

**went** 10:4
19:19 25:18,
20 26:3 28:4
136:3 137:2
143:13 150:23

**were** 5:11 8:1
9:3 13:12
15:1,3 26:22
28:16 29:20
30:19 31:6,8,
10 34:23,25
35:10,11
36:17,19
38:10,21,24
40:17 41:3
42:2 44:11,25
45:14 47:16,
22,23 48:17

49:7,10,14
50:13 51:19,
23 57:3,9
64:18 65:9
73:14 78:21
79:12 81:11,
12,18 82:14,
23 91:17
108:24 110:15
112:7,12,13,
24 113:10,18
115:13,24
118:10,21
122:8 124:22
133:7,10
136:24 137:9
143:4 149:4
150:19 152:17
155:10 164:8
165:11 170:25
174:18

**weren't** 8:4
123:24 151:3

**what** 7:18
8:15,23 9:1,
11,13 10:2
12:20 13:4
14:24 15:5,
12,14,17 17:5
20:21 21:3,7,
13 27:12,19
29:3,8,12,15,
17 30:1,23
31:12 32:9
33:5,6 34:5,
9,18 35:14,25
36:4,12 38:23
39:16 41:10
42:9 43:4,20
44:21 46:1,9,
15,22 48:21
49:21 50:7,
11,13 52:21
53:14,17
54:25 55:2
57:17,23
58:1,6,11,14,
17,20,23
59:1,4,16,19,

22,25 60:3,6,
9,12,15,18
61:10 63:25
64:14,18,19,
24 66:14,17
67:3,23 68:21
69:7 74:1
76:5,23
77:11,16 78:4
79:4 80:12
81:11,21 82:9
84:4 86:10
87:2 88:5,6,
10,11 89:4,16
93:21 94:8
96:11 97:12,
14 98:21,22
99:3 100:5,7
101:22 103:11
104:19,25
105:2,14
106:6,10,25
107:4,5,7,9,
13 109:20,23
110:13,19,21
111:13,15
112:9,10,13
113:1,24,25
114:2,6,7,14,
25 115:4,11
116:9 117:8,
13,16,19,24
118:3,7
119:20,22
120:8 122:25
123:4,6 124:1
125:3,10,12
126:5,13
127:6,9,14
128:1,2,4,11
129:5,15
130:8,14,17,
24 131:4,8,10
132:7 133:25
134:6 135:10
137:1 141:24,
25 142:6,7
144:1,8,24
145:15

147:22,23
149:21 150:18
152:10,23
153:11,12
154:9 155:14,
18,21 156:23
157:6,19
158:17 159:3,
8,22 160:16
161:6 162:11,
25 163:2,3
164:7,16
166:4,10,15,
19,21,22
167:1,8,11
168:14,19
169:4,25
170:15,22
171:5 174:18

**what's** 9:19
20:6 40:9
56:16 59:7
72:6 103:8
106:12 108:4

**whatever** 24:4
31:4,20
105:19
106:22,23
113:5 133:5
155:10 156:25
157:3

**whatsoever**
70:24

**when** 7:24
8:1,4 11:7,20
12:7 15:3
16:8,11,13
17:1 18:21
21:6 23:2,18,
25 28:24 29:4
34:21 36:10,
11 39:24
44:18 47:17,
24 48:6 49:12
50:21 52:17
61:14,21
65:16 67:25
68:7 79:2
80:17,18

89:7,10,15
90:9,25 93:6
96:16,19
109:18 110:22
115:15 120:24
126:1,10,21
127:5 132:9,
10 135:25
138:7,11
139:24
140:19,21
141:7,13,17,
21 142:2,10
145:6 151:12
152:4,10
156:5 157:9
164:25

**where** 13:23
30:25 32:17
33:10,16
40:23 76:17
85:20 99:13
102:2,5
108:19 110:7
112:2 119:25
129:21 130:1
132:22 134:16
135:17 136:14
140:22 142:4
146:22 152:21
156:6,15,18
158:14,19,22

**wherefore**
158:14,22
163:7

**wherever**
108:18

**whether** 22:1
31:8,14 56:12
78:11,15
83:17,19
91:20 121:11
127:10 129:12
135:16 138:24
145:8

**which** 33:15
39:22 40:17
41:3 48:24
49:1,3 50:5

65:6 70:10
71:1 73:10,14
91:23 112:17,
21 118:24
122:25 125:3
170:10
**while** 45:15
108:6,14
151:6 165:7
**white** 30:8
**who** 5:17
10:13 14:12,
20 17:14 19:3
39:7 61:8
66:24 67:17
72:5,7 95:6,
22 96:22
97:16 119:24,
25 120:4
123:10 131:4
134:2 135:10
155:22
157:22,24
170:2
**whoever** 83:2
149:5
**whole** 91:10
168:21
**why** 7:1 13:14
14:5 15:7
27:21 28:16
36:13,19
37:19 38:8
43:14,21
45:17 48:14
50:16,21,24
51:8,23 66:16
68:24 84:19,
22 85:4,5,8,
13 86:17 87:2
93:10,12
95:19 115:1,
22 121:11,14
125:2 131:24
133:22 135:4
136:17 144:9
146:13,24
167:15

**wife** 14:13,25
97:10,12
142:18
**will** 6:15
14:3,6 55:7
57:24 58:2,9,
12,14,18,21,
24 59:1,22,25
60:3,6,9,12,
15,18 81:20
85:8,22 87:15
88:5,6 134:25
**willfully**
161:5 165:14
**willing** 85:7
137:21
**Wilson** 60:12
**Windows** 45:19
46:18,25
49:20 50:9
**Wiping** 52:15
**with** 5:19,21
7:17,18 8:18,
23 9:1 12:11,
13,14,17
13:7,15 14:2,
6 15:15 16:3,
4,8 19:4
20:24 30:9
31:17 39:20
42:25 43:7
45:13 48:15
50:17 51:1,14
52:11 53:17
54:4,5,7 55:5
56:4,7 58:5
62:3 64:2,5,
16 66:15
67:11 74:16
76:20 77:13
82:19 85:19
86:1,13
87:11,15
91:11 92:17
95:1,14
96:18,20 97:4
98:8 101:17
103:19 104:14
108:15 109:23

115:23 116:25
118:1,6
119:18 120:10
121:15 122:23
123:5,17
125:5,24
126:9,16
127:15 129:24
131:15 132:18
133:8 138:10,
17,25 139:2,
4,23 140:15
141:8 142:8,
12,22 143:8
144:6,11,25
145:12,19,22
146:21 147:7,
13 148:7
154:4,7,12,
16,17,19
155:19
157:22,23
164:3 165:10,
14 166:13,20,
25 167:2,9,11
168:8,10
**within** 23:12
89:1
**without** 31:16
43:1 51:1
64:15 144:15
**witness** 4:17
7:7 8:13 9:5
11:1,25 12:24
15:22 16:6
17:8,21 20:6
21:3,23 22:23
24:3 31:20
32:11 33:13
35:25 36:7,
16,22 38:18
39:15 41:10
43:4,20 44:11
45:6 46:9
49:3,7 50:19
51:6,13 53:19
55:7,11
56:16,23
57:13 58:6

63:8,20 64:14
65:2 66:8
69:16 70:3,18
71:5,16 73:6,
18 74:1,20
78:13 80:5
81:2,9,17
82:5,19
83:13,25
86:6,8,9
87:17,25
90:14 91:19
92:2,8 96:6,
22 98:18
99:1,8 100:17
101:3 102:5,
15,20,24
104:11,23
105:5 114:18,
21 116:16
118:12,14
122:5 128:19
147:4 148:2
159:19
161:18,24
162:9,18
163:16 164:11
165:18 166:7
167:21 169:9
172:18,24
173:8,13
174:11,21
175:2
**won't** 41:22
105:18 111:10
**word** 15:10
18:25 93:5
124:8,22
**words** 147:14
160:14
**work** 12:17
19:23 24:1
30:19 36:4,7
49:14 54:6
56:17 88:4
109:15,19
110:2 137:1,
15 152:18

worked 34:21
152:18,19
working 12:18
14:24 19:24
20:9,15,16,
18,22,25 21:6
22:9 96:18,23
138:11,17,24
139:2,6,13,19
140:9,14
141:14,17,23,
25 142:4,7
143:7 144:10
147:12
154:13,17,20
166:13
worry 127:23
worth 22:3
29:23 30:22
73:14 74:23
75:22 105:2
123:24 124:1
would 4:11
6:11 7:4,7,8
10:22 11:9,
14,16 14:5,21
16:24 17:1
25:17 29:21
30:9 32:5
36:13 39:2
44:25 45:12
47:14 53:12
54:24 66:13,
16 69:22 70:1
72:5,7 74:4,
8,12 75:10
77:15 81:5,13
82:7,14 83:14
86:21 93:15
96:1 97:3,5,7
99:18 100:19,
25 101:9
105:5,15
107:4 108:5,
24 109:15
110:1 115:22
117:23,25
118:12 119:19
120:20 121:15

122:12 126:15
133:2,9
135:4,20
136:3,6,13,18
137:4 138:1,2
140:3 141:13
145:13 149:6,
7,8 150:11,14
152:13 157:19
161:14 166:24
wouldn't
20:21 22:19
26:25 27:15,
16 47:13
57:7,11 67:11
68:24 69:25
78:1 93:15
100:14 136:22
Wright 4:14,
15 24:14
52:12 81:6
82:11,24 83:9
92:4 95:6,22,
23 99:4
100:8,11
101:25 113:15
114:15 118:19
120:22
121:15,22,25
122:23 123:5,
12,13 124:18,
21,24 126:20
127:3 129:12
131:11 138:5,
7,8,16 139:15
142:25
156:15,19
166:1,11,16,
23 167:3,12,
19 168:4,7,
15,18 169:6,
23 170:3
Wright's
127:7 174:14
write 85:23
writer 67:2
writes 13:23
writing 70:12

wrong 59:6,8
110:11
wrongfully
158:16,17
159:1,3 163:9
165:10
wrote 39:16
52:7,11
Wynn 60:15

_____

Y

Yahoo 77:2,4,
6
year 23:12
46:22 52:1,21
103:24 169:1
years 9:19
11:8 34:21
39:25 67:23
97:11 100:2,9
125:18,19
152:13 153:1
168:22,24
yes 4:17 5:4,
8,10,13,25
7:23 9:9,12
10:8 13:5,11,
18 14:11
15:25 17:8,
15,17 18:17
21:12 22:2
23:17,20
24:16,23
25:20 26:6,9,
12,16,18,21,
24 28:7,9
29:1,6,10,11
30:3,7 31:7,
24 33:22
34:17 35:24
37:11,23
38:14 41:6,9,
10 42:17,20
43:10 44:23
47:12,18,24
48:1,2,3,6
49:18 52:8,

10,13,24
54:5,8,10,17
55:1,19,25
56:23 59:11,
15 61:13
62:21 63:4
65:15,17
67:14 68:1,13
69:1,9,19,21,
24 71:11
72:20 74:9,
17,20 75:14,
18 76:10,14,
16,19 78:13,
25 79:15,24
80:21 82:8
83:1,4 84:15
87:1 88:14,16
89:3 91:4,12
94:4,20 95:4,
5,10,16,25
97:21 99:17,
22 100:4,13
101:7,19,21
103:23,25
104:3,5,7
107:2,24
109:11,14,17
113:7,20
114:12 118:5,
15,20 119:13,
16 120:7,18
121:10 122:3
123:14,19,21
124:13,19,22
125:21 129:7,
10,20,21
130:13 131:3,
7,16,19
132:16,19
133:15
134:13,15
135:3,15
136:12,21
137:11 138:6
139:9,12,17
141:6,9,15
142:9 143:2,
11 145:14

146:17 147:2,
17,20 148:10,
14,19 149:2,
10,15,17
150:4,9,13,25
151:2,10,16,
22 152:9
154:3,6,8,25
157:11,18
158:24 162:2,
4,24 163:11,
19 164:1,6
166:3 168:13,
23,25 169:2,
12,22 170:4
171:4,8,10,23
172:1,4,6,9,
13,18,24
173:5,13,16,
18,20,22
174:1,11,16,
21

**yesterday**
72:8

**yet**   99:25
124:6 144:21

**you**   5:2,3,11,
14,17,19,21,
24 6:1,8,9,
10,11,13,15,
16,18,19,20,
21,22,23,24
7:1,13,15
8:1,2,4,6,12,
15,20 9:3,5,
7,14,17,19,20
10:1,3,10,13,
17,22,23,24
11:3,7,16,22,
23 12:2,6,14,
17,20,24
13:4,6,10,12,
14,23 14:5,6,
8,9,15,18,23
15:7,12,19,22
16:4,8,11,14,
17,20 17:3,6,
10,13,14,16,
18 18:1,2,5,

7,9,16,17,21,
24 19:3,11,17
20:2,5,8,14
21:1,6,23,25
22:6,11,14,
17,25 23:2,3,
7,10,13,18,25
24:7,10,14,
15,17,20,24
25:7,10,13,
16,18 26:3,7,
10,13,17,19,
22,25 27:6,
10,11,12,15,
16,19,25
28:13,16,18,
20,24 29:2,3,
7,9,12,13,15,
17,21 30:1,4,
5,9,20,23
31:2,8,12,13,
16,23,25
32:2,7,9,14,
17,19,20,21,
22 33:1,4
34:4,6,10,11,
18,23 35:11,
13,17,20
36:4,10,11,
12,13,19
37:5,6,8,10,
12,16,20,25
38:8,12,15
39:1,10,11,18
40:1,2,7,9,
10,13,16
41:12,17,20,
22 42:8,9,10,
18,19,21,25
43:6,7,11,14,
15,16,18,24
44:5,8,9,10,
14,15,18,21,
24,25 45:1,
10,14,16,17,
21,25 46:6,
11,12,18,22,
25 47:3,5,8,
10,13,14,16,

17,19,22,23,
25 48:1,2,3,
5,6,11,17,21,
24 49:1,5,7,
12,14,17,18,
23,24,25
50:1,12,13,
21,22,24,25
51:2,3,6,8,
17,19,23,24
52:1,7,14,17,
21,23 53:1,6,
8,10,14,21
54:6,19,23,25
55:2,5,14,23
56:1,8,11,19,
25 57:11,17,
18,20,21,23,
25 58:1,11,
14,17,20,23
59:1,4,6,8,9,
16,19,22,25
60:3,6,9,12,
15,18,21,23,
25 61:7,11,
12,14,18,21,
24 62:3,4,8,
18,20,24
63:5,11,22,25
64:7,10,12,
15,16,18,19,
20 65:6,9,13,
19,22,24
66:12,16,23
67:5,8,10,15,
21 68:7,8,10,
11,13,22,23
69:7,22
70:13,14,20
71:7,10,12,
18,19,21,24
72:8,12,16,
18,21 74:4,7,
8,10,12 75:2,
3,8,19,20
76:5,7,8,17,
23 77:2,4,7,
11,16,20
78:1,5,6,10,

15,19,20
79:2,4,5,7,
11,12,13,14,
17,19,22,25
80:15,22,25
81:5,11,17
82:14,24
83:3,22 84:4,
8,11,16,19,
22,25 85:1,4,
6,13,23,24,25
86:6,14,17,
19,21,22
87:1,13,17,22
88:1,10,11,
13,17,19,23,
24 89:2,7,10,
21,23 90:1,2,
5,6,7,9,11,
22,25 91:1,8,
10,11,23,24
92:12,14,17,
24,25 93:2,6,
10,17,19
94:4,12,17,
21,23,25
95:2,3,7,11,
17,23 96:1,8,
21 97:3,5,7,
12,14,17,19,
22 98:9,11,
13,20,22
99:1,3,15,20
100:3,7,11
101:5,9,14,
22,23 102:1,
12,22,24
103:2,5,10,
18,21 104:18
105:14,17,19
106:2,13,17,
25 107:8,13,
15,23 108:1,
2,8,11,22
109:1,5
110:1,14,15,
22 111:2,5,6,
18,22,25
112:5,7,15,

19,22 113:1,
15,16,17,25
114:7,10,13,
16,17,18,19,
20,24 115:3,
7,8,15,19,20,
22 116:10,11,
13,18,19,21
117:3,18,19
118:2,4,7,11,
12,17,21
119:4,9,11,
17,18,19,20,
22 120:6,10,
12,20,21,23
121:1,9,20,
21,24,25
122:2,4,8,10,
12,20 123:3,
4,5,12,17
124:8,10,11,
15,25 125:12,
15,17,18,22
126:1,2,4,5,
6,10,12,13,
17,21 127:3,
4,5,8,10,16,
18,19 128:1,
2,6,8,9,11,19
129:5,6,18,
22,25 130:7,
19,22 131:13,
14,17,21,24
132:1,3,6,10,
11,14,17,21
133:7,9,11,
16,18,25
134:6,11,16,
22,23,24,25
135:1,6,12,
13,16,22,25
136:1,3,11,
13,22 137:2,
9,12,14,16,
22,23,24
138:4,7,8,10,
13,16,20,23
139:6,13,15,
18,21,24,25

140:6,12,13,
18,21,24
141:4,7,8,10,
13,16,17,21,
24 142:1,2,4,
6,14,17,25
143:6,24
144:5,9,18,25
145:1,2,4,6,
10,15,21
146:9,15,18,
22,25 147:4,
10,11,15,18,
21 148:6,8,20
149:4,18,21,
25 150:5,10
151:1,3,7,12,
14,23 152:1,
4,6,8,12,13,
16 153:3,6,
19,21,23
154:2,4,7,9,
12,16,19,24
155:1,6,15
156:1,5,10,
14,18,22,23
157:6,9,16
158:1,3,6,14,
15,19,22,25
159:3,22
160:2,8,9,15,
23,24 161:2,
4,9,12,13,15,
20,24 162:2,
11,20,22,23,
25 163:7,8,
10,22,25
164:2,7,8,16,
17,20,22
165:3,6,9,13,
24 166:10,15,
22 167:1,2,3,
11,12,18,25
168:4,6,14
169:5,9,19,20
170:7,10,15,
20,22 171:5,
6,12,21,24
172:17 173:2,

3,4,10,15,17,
19 174:4,8,
13,15,18

**you're** 20:14
23:18,25
25:18 26:7,14
32:18,22 33:4
34:4 35:4
37:19 47:16
49:25 54:4,9,
15 58:4 62:7,
12 67:17
77:17 83:9,13
84:24 85:2,6,
25 86:16 91:2
101:17 103:7
109:7,10
110:10,24
113:5,9
116:23,25
117:20,22
118:24 122:16
124:24 125:11
127:2,25
128:13 141:21
142:3,21
144:24 145:18
155:20 156:23
157:17 159:7,
8,16 160:5,6,
11,14 162:5
163:24
164:15,24

**you've** 31:17
32:13 49:23
53:17 58:5
63:2 64:5,16
69:20 72:13
80:23 84:14
88:4 114:15
118:18 121:19
125:19 165:15
168:21

**young** 123:10

**your** 6:13,15,
16,21 7:1,4,
11,18,22
8:20,23 9:1
10:6 14:8

27:13,17,21
28:2 31:2
32:20 33:10
36:10 37:16
39:3,5,7,10
40:8,10 41:1,
7,20 42:16
43:1,7 47:8,
19,24 48:14,
15,21 49:18
50:12,16,17
51:1,3,18,23
53:17 54:11,
18 55:9 58:5
61:1 62:18
64:5,16
66:22,23
67:19,20
68:2,15,17
69:8,10,13,25
71:24 72:17
73:21 74:10
75:12 76:6,11
79:17 81:6
85:7,24 87:16
88:1,4,15
89:16 90:5,7,
9 91:23,24
92:19 93:13,
21 94:8 95:2
96:11,17
97:12 98:21
105:10 107:15
108:1,8,10,12
110:4 112:9
113:6 116:18
117:23
122:17,23
123:17
124:20,25
125:8,9 128:3
131:15 134:14
139:6,14,18
141:10 142:2,
15 143:13,19
144:15,18
145:4,6,15,21
146:5,6
147:11 150:2,

20 155:1,22
157:16 158:7
160:24 163:3
164:24 166:4,
22 172:2,10
173:10 174:8
**yours**  116:21
**yourself**  13:7
125:19 147:18

---

**Z**

---

**Zuckerberg**
15:8