# EXHIBIT C

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

NO. 9:18-cv-80176-BB/BR

- - - - - - - - - - - - - - - - - - - - - - - - x

Ira Kleiman, as the personal

representative of the Estate

of David Kleiman, and W&K Info

Defense Research, LLC,

        Plaintiffs,

    v.

Craig Wright,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - x

*** CONFIDENTIAL ***

DEPOSITION OF GAVIN A. ANDRESEN

Wednesday, February 26, 2020 at 9:11 a.m.

COURTYARD MARRIOTT HADLEY AMHERST

423 Russell Street

Hadley, Massachusetts 01035


Reporter:  Lori-Ann London, RPR

_____

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com



CONFIDENTIAL

```
                                              Page 2
 1              APPEARANCES OF COUNSEL
 2   On Behalf of the Plaintiffs:
 3           By:  Velvel Freedman, Esquire
 4           Kyle Roche, Esquire (on telephone)
 5           ROCHE CYRULNIK FREEDMAN LLP
 6           Southeast Financial Center
 7           200 S. Biscayne Boulevard
 8           Miami, Florida 33131
 9           305.753.3675
10           vel@rcfllp.com
11
12   On Behalf of the Defendant:
13           By:  Zalman Kass, Esquire
14           RIVERO MESTRE
15           2525 Ponce de Leon Boulevard, Suite 1000
16           Miami, Florida 33134
17           305.445.2500
18           zkass@riveromestre.com
19
20   ALSO PRESENT:
21           Mati Kiin, Vidgeographer
22           Ira Kleiman (on telephone)
23
24
25
```



CONFIDENTIAL

Page 3

1                    I N D E X

2    DEPOSITION OF:                              PAGE

3    GAVIN A. ANDRESEN

4    EXAMINATION BY MR. FREEDMAN                   9

5    _____X

6                   E X H I B I T S

7    NO.                                         PAGE

8    Exhibit 1    Email from Satoshi Nakamoto      22

9    Exhibit 2    Document, Bates-labeled Gavin    33

10                1296

11   Exhibit 3    Email, Bates-labeled Gavin 796   35

12   Exhibit 4    Email correspondence,            38

13                Bates-labeled Gavin 1433

14   Exhibit 5    Email, Bates-labeled Gavin 1286  43

15   Exhibit 6    Email, Bates-labeled Gavin 307   44

16   Exhibit 7    Email, Bates-labeled Gavin 1120  45

17   Exhibit 8    Email, Bates-labeled Gavin 1720  47

18   Exhibit 9    Email chain, Bates-labeled Gavin 48

19                1077

20   Exhibit 9    (Remarked) Email                 49

21   Exhibit 10   Email, Bates-labeled Gavin 810   65

22   Exhibit 11   Document, Bates-labeled Gavin    77

23                2007

24   Exhibit 12   Email with attachment,           95

25                Bates-labeled Gavin 683 and 684



CONFIDENTIAL

```
                                                      Page 4
  1   NO.                                      PAGE

  2   Exhibit 13   "The Satoshi Affair" article   101

  3   Exhibit 14   Email, Bates-labeled Gavin 1007   107

  4   Exhibit 15   Email, Bates-labeled Gavin 357   110

  5   Exhibit 16   Email, Bates-labeled 622         112

  6   Exhibit 17   Email, Bates-labeled Gavin 33    115

  7   Exhibit 18   Email, Bates-labeled Gavin 1762  120

  8   Exhibit 19   Email, Bates-labeled Gavin 15    122

  9   Exhibit 20   Email, Bates-labeled 1521        125

 10   Exhibit 21   Email, Bates-labeled Gavin 1179  128

 11   Exhibit 22   Email, Bates-labeled Gavin 5     132

 12   Exhibit 23   Email, Bates-labeled Gavin 47    135

 13   Exhibit 24   Email, Bates-labeled Gavin 161   138

 14   Exhibit 25   Email, Bates-labeled Gavin 371   139

 15   Exhibit 26   Email, Bates-labeled Gavin 4     141

 16   Exhibit 27   Email, Bates-labeled Gavin 18    142

 17   Exhibit 28   Email, Bates-labeled Gavin 1708  144

 18   Exhibit 29   Emails, Bates-labeled Gavin 1206 147

 19   Exhibit 30   Email chain, Bates-labeled Gavin 151

 20                769

 21   Exhibit 31   Email, Bates-labeled Gavin 41    152

 22   Exhibit 32   Email, Bates-labeled 1512        160

 23   Exhibit 33   Email, Bates-labeled Gavin 344   160

 24   Exhibit 34   Email chain, Bates-labeled Gavin 162

 25                732
```



CONFIDENTIAL

Page 5

```
 1   NO.                                    PAGE
 2   Exhibit 35  Email, Bates-labeled    Gavin   166
 3               1274
 4   Exhibit 36  Email, Bates-labeled Gavin 1439  168
 5   Exhibit 37  Email, Bates-labeled Gavin 869   169
 6   Exhibit 38  Email, Bates-labeled  Gavin 1974 172
 7   Exhibit 39  Email, Bates-labeled Gavin 1075  175
 8   Exhibit 40  Email chain, which is          177
 9               Bates-labeled  Gavin 1334
10   Exhibit 41  Email chain                    178
11   Exhibit 42  Email                          180
12   Exhibit 43  Email, Bates-labeled 1482      182
13   Exhibit 44  Subpoena                       188
14   Exhibit 48  Email chain, Bates-labeled Gavin 201
15               265-266
16   Exhibit 49  Email, Bates-labeled Gavin 275  201
17   Exhibit 45  Document, Bates-labeled Gavin  202
18               276 through 293
19   Exhibit 46  Email, Bates-labeled Gavin 359  203
20   Exhibit 47  Email, Bates-labeled Gavin 251  204
21   Exhibit 50  Email, Bates-labeled 380       204
22   Exhibit 51  Document, Bates-labeled Gavin  205
23               381 through 383
24   Exhibit 52  Email, Bates-labeled Gavin 415  206
25   Exhibit 53  Email, Bates-labeled Gavin 641  206
```



CONFIDENTIAL

Page 6

```
 1   NO.                                             PAGE

 2   Exhibit 54   Email, Bates-labeled Gavin 253     207

 3   Exhibit 55   Email, Bates-labeled 645           207

 4   Exhibit 56   Email, Bates-labeled Gavin 370     207

 5   Exhibit 57   Email, Bates-labeled 297           208

 6   Exhibit 58   Document, Bates-labeled 298-299    209

 7   Exhibit 59   Article: "Bitcoin Foundation's     210

 8                Andresen on Working with Satoshi

 9                Nakamoto"

10   Exhibit 60   Email, Bates-labeled Gavin 1467    220

11   Exhibit 61   Email, Bates-labeled 307-309       222

12   Exhibit 62   Email, Bates-labeled Gavin         222

13                1260-1262

14   Exhibit 63   Document, Bates-labeled Gavin      226

15                311

16   Exhibit 64   Email, Bates-labeled Gavin 1004    227

17   Exhibit 65   Email, Bates-labeled Gavin         228

18                348-349

19   Exhibit 66   Email, Bates-labeled Gavin 257     228

20   Exhibit 68   Email, Bates-labeled Gavin 893     245

21   Exhibit 69   Blog post                          246

22   Exhibit 70   Email, Bates-labeled Gavin         253

23                375-376

24   Exhibit 71   Blog post                          260

25   *Original exhibits attached to original transcript
```



Page 7

```
 1                    P R O C E E D I N G S
 2                    THE VIDEOGRAPHER:  Good morning.
 3    We're now going on the record.  This begins
 4    media -- videotape No. 1 in the deposition of Gavin
 5    Andresen in the matter of -- in the -- in the
 6    matter of the Estate of David Kleiman, et al,
 7    versus Craig Wright.  This matter is held in the
 8    United States District Court, Southern District of
 9    Florida.
10                    Today is February 26, and the time is
11    approximately 9:11 a.m.  Our deposition is being
12    taken at the Courtyard Marriott Hadley Amherst at
13    the request of Roche Cyrulnik Freedman LLP.
14                    I am the videographer, and, again, my
15    name is Mati Kiin, on behalf of Magna Legal
16    Services.  And our court reporter is Lori London,
17    here also for Magna Legal Services.
18                    I will now ask counsel and all
19    parties present to state their appearances and whom
20    they represent.
21                    MR. FREEDMAN:  Vel Freedman, for the
22    Plaintiffs.
23                    MR. KASS:  Zalman Kass, for Dr. Craig
24    Wright.
25                    THE WITNESS:  I'm Gavin Andresen, I'm
```



Page 8

1    being deposed.

2              THE VIDEOGRAPHER:  Thank you.

3              Is there anyone remotely?

4              No.  Okay.

5              MR. FREEDMAN:  There is a conference

6    line open, and people may be joining and dropping.

7              Do you want a record of who's on?

8              MR. KASS:  If somebody's on now, I

9    think they should just state that they are.

10             MR. FREEDMAN:  If anyone's on the

11   record -- if anyone's on the conference line, can

12   you please announce yourself?

13             (Discussion off the record.)

14             MR. ROCHE:  We're having trouble

15   hearing on the line.  Is there any chance you can

16   move the phone or the microphone closer to the

17   witness?  That would be helpful.

18             MR. FREEDMAN:  The witness hasn't

19   spoken really yet.  You're hearing the videographer

20   from across the room.  But we'll -- we'll push it a

21   little closer to the witness.

22             In the interim, you guys were not on

23   speaker, so we couldn't hear you.  Can you

24   re-announce who's on the line telephonically?

25             MR. ROCHE:  Kyle Roche, Roche



CONFIDENTIAL

Page 9

1    Cyrulnik Freedman, counsel for Plaintiff.

2              MR. KLEIMAN:  Ira Kleiman, Plaintiff.

3              THE STENOGRAPHER:  I can't hear the

4    name.

5              MR. FREEDMAN:  Ira Kleiman.

6              Anyone else?

7              (No response.)

8              MR. FREEDMAN:  All right, with that,

9    I'm gonna take you off speaker and put you back

10   next to Mr. Andresen.

11             (Pause.)

12             THE VIDEOGRAPHER:  At this point, I

13   would like the court reporter to please swear in

14   the witness, and we can get started.

15                  GAVIN A. ANDRESEN,

16   a witness called for examination by the Plaintiff,

17   having been satisfactorily identified by the

18   production of his Massachusetts driver's license,

19   and duly sworn by the Notary Public, was examined

20   and testified as follows:

21                    EXAMINATION

22   BY MR. FREEDMAN:

23      Q    Good morning, Mr. Andresen.  My name is

24   Vel Freedman, I represent the Plaintiff in this

25   action.



CONFIDENTIAL

Page 10

1                    Have you ever been deposed before?

2        A    I have never been deposed before, no.

3        Q    So I'm gonna go over some of the ground

4    rules so we can get through this easier and

5    quicker.

6                    It's sometimes more natural for

7    people to respond with -- non-verbally with shaking

8    your head yes or no, but in order for the court

9    reporter to take down your answers, I need you to

10   try to remember to give a verbal "yes" or a verbal

11   "no" so we have a record of -- of the way you

12   responded.

13       A    Okay.

14       Q    This is not a marathon.  If you need a

15   break, let me know, we'll stop; you can go to the

16   bathroom, take a drink, stretch your legs.

17                   You understand that you're under oath

18   today, and the testimony that you're going to give

19   may be shown to a judge or jury, and they may rely

20   on that testimony?

21       A    Yes, I do.

22       Q    And if you don't understand a question, I

23   need you to ask [verbatim] me that you didn't

24   understand the question.  If you don't ask me and

25   you answer the question, I'm gonna assume you



CONFIDENTIAL

Page 11

1    understood it, and I'm gonna rely on that answer;

2    is that fair?

3         A    Yes.

4         Q    Okay.  With that, are there any

5    medications that you're taking today that would

6    affect your ability to testify or recall events?

7         A    No.

8         Q    Okay.  Thank you.

9                Mr. Andresen, can you state your name

10   and date of birth for the record.

11        A    Gavin Alexander Andresen,  ██████████,

12   1966.

13        Q    And is that your birth name?

14        A    That is the name on my birth certificate.

15        Q    That was an interesting response.

16        A    It's complicated.  I could get into it if

17   you really want.

18        Q    Why don't you give me the 30-second

19   version.  We'll see if it has any relevance.

20        A    The 30-second version is, actually I was

21   born Gavin Alexander Andresen.  My birth

22   certificate was changed to Gavin Alexander Bell,

23   when my mom married my dad way back in 1970 -- '70.

24   And then it was changed back, again -- I actually

25   changed my name back to Gavin Alexander Andresen.



CONFIDENTIAL

Page 12

1    So it's complicated.

2        Q    Got it.  And it sounds like it has no

3    relevance, so thank you for that.

4             Can you tell us your residential

5    address, please.

6        A    ████████████████████████████████████

7        Q    Okay.  And do you have a business

8    address?

9        A    I have an office at AmherstWorks,

10   11 Amity Street in Amherst, Massachusetts.

11       Q    Okay.  And you were born where?

12       A    Melbourne, Australia.

13       Q    And what -- sorry.  You told me your date

14   of birth, but I've forgotten it.  What -- what was

15   the year?

16       A    1966.

17       Q    '66.

18             And when did you leave Australia?

19       A    1972.

20       Q    And where did you go from there?

21       A    Seattle, Washington.

22       Q    And how long were you in Washington for?

23       A    Let's see.  Moved from Seattle to Alaska

24   when I was in third grade, which would be '74,

25   maybe '75.



CONFIDENTIAL

Page 13

```
 1      Q     And then...
 2      A     And then from Alaska, we moved to
 3   southern California; that was in '76, I believe.
 4      Q     Okay.  And were you in southern
 5   California for a while, or did you --
 6      A     I was in southern California, yeah,
 7   through most of high -- excuse me -- through most
 8   of school, although we did spend a couple months
 9   living in Arkansas --
10      Q     Okay.
11      A     -- when I was a freshman in high school.
12   But most of that time was southern California.
13      Q     All right.  And so when did you come to
14   leave southern California?
15      A     I went to college at Princeton University
16   in Princeton, New Jersey, in 1984.
17      Q     Okay.  And graduated...
18      A     1988.
19      Q     Okay.  And where did you go after you
20   left Princeton?
21      A     To -- let's see -- Mountain View,
22   California.
23      Q     Okay.
24      A     Silicon Valley.
25      Q     And were there until...
```



CONFIDENTIAL

Page 14

1       A    Well, I moved around different places in

2    the Bay area from '88 until '96.

3       Q    Okay.  And in '96, where did you -- did

4    you -- were you still in California?

5       A    I was still in California, yeah.

6       Q    Did there come a time you left

7    California?

8       A    Yes.  In '96 we moved from Palo Alto,

9    California, to Madison, Wisconsin.

10      Q    Okay.  And when you left Wisconsin -- did

11   there come a time you left Wisconsin?

12      A    I left -- left Wisconsin --

13      Q    You're here in Massachusetts.  Certainly

14   there came a time you left Wisconsin.

15      A    Yeah.  We moved from Madison, Wisconsin,

16   to Amherst, Massachusetts --

17      Q    There we go.

18      A    -- in 1999.

19      Q    Okay.  And have you been in Amherst

20   since 1999?

21      A    I have.

22      Q    Okay.  Thank you for that.

23           And so let me take you back a second

24   to your Princeton education.  Where -- what did you

25   major in in Princeton?



CONFIDENTIAL

Page 15

1        A     I majored in computer science.

2        Q     And then when you graduated in '88 and

3   you moved to California, did you do that for job

4   purposes or --

5        A     Yes, I was hired by Silicon Graphics

6   Computer Systems.

7        Q     Okay.  And did you work for Silicon

8   Graphics Computer Systems for a long time or --

9        A     Eight years.

10        Q     Eight years.

11              And what did you do for them?

12        A     I wrote software.

13        Q     Got it.

14              And so that would bring us to '96,

15   when you moved to Wisconsin, also for job-related

16   purposes?

17        A     My wife got her PhD from Stanford.

18        Q     Okay.

19        A     And we moved to Wisconsin because she got

20   a job at the University of Wisconsin.  So that's

21   why we moved to Wisconsin.

22        Q     And what about your job with Silicon

23   Graphics?

24        A     I left Silicon Graphics and started a

25   startup with a -- a former coworker from Silicon



CONFIDENTIAL

Page 16

1    Graphics that failed.

2         Q    Okay.  When -- when did it fail, what

3    year?

4         A    It was clear that it failed probably a

5    year and a half, two years later.

6         Q    Like around '98?

7         A    Around '98.

8         Q    And what did you do in '98?

9         A    Let's see.  At that time, we moved here

10   to Amherst, and I joined a startup up in North

11   Adams.

12        Q    What was the name of that startup?

13        A    Resounding Technology.

14        Q    How long were you with Resounding

15   Technology?

16        A    Oh, gosh.  They were -- two years.  They

17   were purchased by another Silicon Valley company,

18   Empath Entertainment.

19        Q    Okay.  And what did you do for them?

20        A    I wrote software again.  I was the chief

21   technical officer.

22        Q    And so when they sold, in about

23   2000-ish --

24        A    It was 2000-ish, yeah.

25        Q    -- what did you -- did you leave at that



CONFIDENTIAL

Page 17

1    point?

2        A    At that point, actually, I worked

3    remotely for Empath for about a year.

4        Q    Okay.

5        A    And then -- let's see.  Our daughter was

6    born around that time, and I stopped working for a

7    while.

8        Q    Got it.

9             And are you currently employed?

10       A    No.

11       Q    Okay.  Have you been employed since

12   Empath?

13       A    Yes.

14       Q    Okay.  For who or in what capacity?

15       A    Let's see.  After Empath -- I may get the

16   order of -- of -- of this wrong, because I've done

17   a fair number of things.

18             I believe after Empath I joined two

19   University of Massachusetts graduates, and we

20   formed a company called "Zform," which made games

21   for blind people and their sighted friends and

22   family.  I was the -- again, the chief technical

23   officer and wrote a lot of the code.  That company

24   eventually failed.  I -- I -- I stayed there for I

25   think it was three or four years.



CONFIDENTIAL

Page 18

1          I worked halftime for a web

2    development company in Northampton, Massachusetts,

3    called Gravity Switch --

4        Q    Um-hm.

5        A    -- doing kind of back-end web development

6    stuff, three years -- two years, three years,

7    something on that order.

8          Let's see.  After that, I joined a

9    research group at UMass run by Andrew McCallum, who

10   was a friend, doing machine learning stuff.  And,

11   again, I was -- I was a programmer in that group

12   doing various programming tasks that their -- their

13   research group needed.

14          That takes me up to, I believe, 2009.

15   And I quit that job in 2009 to go on a sabbatical

16   in Australia.

17       Q    Okay.  And since 2009, have you worked

18   for anyone else, besides yourself?

19       A    Yes.  I was hired by the Bitcoin

20   Foundation as the chief scientist of the Bitcoin

21   Foundation in -- I forget which year -- 2012,

22   maybe.  I would have to go back and -- and check

23   the years.  I'm very good at forgetting dates.  And

24   was the chief scientist at the Bitcoin Foundation

25   for several years.



CONFIDENTIAL

Page 19

1     Q     Okay.  Thank you.  That's very helpful.

2           Why don't we start with, can you tell

3     me when you first heard about Bitcoin?

4     A     I first heard about Bitcoin in May of

5     2010, after I had gotten back from sabbatical in

6     Australia.  I was looking for something interesting

7     to do, and I ran across a magazine article about

8     interesting open-source software projects, and I

9     think Bitcoin was one of seven or eight interesting

10    open-source software projects, and it struck my

11    interest, and that's how I became interested in it.

12    Q     Can we take one step back before we

13    continue down this line, which is, would it be a

14    fair -- would it be fair to say that the vast

15    majority of your professional career has been in

16    writing and developing code?

17    A     Yes.

18    Q     So you find out about Bitcoin in a

19    magazine article in May of 2010.  What do you do

20    after that?

21    A     I remember reading the magazine article,

22    and then finding the Bitcoin forum, which is where

23    all of the technical and other discussion about

24    Bitcoin was happening at that time.  Through that,

25    I found the source code, so I could actually



CONFIDENTIAL

Page 20

1    download and read the source code.

2              Because, at first, I was skeptical

3    that it would work.  It seemed like a crazy idea.

4    But I could see that there was real source code

5    there; there was actually a program I could run.

6    So I downloaded it.  I ran it.  I tried it out.  I

7    think I mined some Bitcoins.

8              And then shortly after that I decided

9    I would do a little project involving Bitcoin, and

10   so I created what's called the "Bitcoin faucet,"

11   which is -- was a website that gave away Bitcoin to

12   anybody who wanted some.  I think the faucet

13   launched in June of 2010.

14        Q    And how did the faucet get supplied with

15   Bitcoin?

16        A    I bought $50 worth of Bitcoin with my

17   very own money.

18        Q    And when is the first time you had

19   contact with Satoshi Nakamoto?

20        A    I think it was fairly early in -- again,

21   in -- in May of 2010, and I contacted him via the

22   Bitcointalk forums.

23        Q    Did you -- so you mined Bitcoin in May of

24   2010, approximately; is that -- is that right?

25        A    I think so.  I'd have to go back and



CONFIDENTIAL

Page 21

1    check when I actually flipped the switch to mine

2    some Bitcoin.

3        Q    And then did you ever mine Bitcoin again

4    after that?

5        A    Very briefly in, maybe, 2011.  I got an

6    early hardware miner and turned that on and ran it

7    for a little bit and measured its power consumption

8    and realized I was spending more in electricity

9    than I was getting in Bitcoin, so then turned

10   around and resold it.

11       Q    So from -- from -- you mined some in May

12   of 2000 -- or about circa May of 2010, and then not

13   again until sometime in 2011?

14       A    I think that's right.  Again, I'd have to

15   go back and check when I actually got that

16   hardware.  It might have been 2012.

17       Q    Okay.  But at no point after that initial

18   mining -- strike that.

19            After that initial mining, you did

20   not mine again until you purchased the hardware, be

21   that in 2011 or 2010 --

22       A    Correct.

23       Q    -- '12?  I'm sorry.

24            That's correct.  Okay.

25            So how did you come to be the --



CONFIDENTIAL

Page 22

1    well, let me strike that.

2              Did there come a time when you became

3    the lead core developer of Bitcoin?

4    A    At the end of 2010, Satoshi -- the --

5    the -- the pseudonym I was communicating with,

6    Satoshi, told me he was going to step back from

7    day-to-day Bitcoin stuff, and he left me with the

8    root privileges, with the -- with the

9    administrative privileges for the source code

10   repository.  So at that time only he and I had

11   access to the source forge -- source code

12   repository.

13             And I had -- through 2010, I had

14   become more and more involved with developing code

15   for the core Bitcoin system.  And then by the end

16   of 2010, Satoshi stepped away, and I was left as

17   the -- the lead developer.

18   Q    By default, because you were the only one

19   with access?

20   A    Yes.

21   Q    And I'm handing you, Mr. Andresen, what

22   we're gonna mark as Plaintiffs' Exhibit 1.  Just

23   take a look at that for me.

24             (Exhibit 1 marked for

25             identification.)



CONFIDENTIAL

Page 23

```
 1        Q     Do you recognize this email?
 2        A     Yes, I do.
 3        Q     And this is an email from Satoshi
 4   Nakamoto to you?
 5        A     Yes.
 6        Q     Did you always communicate with Satoshi
 7   through the satoshin@gmx.com address?
 8        A     Either -- yes, either through that email
 9   address or via private messages in the Bitcointalk
10   forums.
11        Q     Did you ever use the Vistomail account?
12        A     I don't think so.
13        Q     And is this the email that you've just
14   described where Satoshi is leaving you the -- the
15   access to the Bitcoin repository?
16        A     No.  So before this, there's a -- there's
17   a -- there's a -- a website called "SourceForge"
18   that a lot of open-source software projects use,
19   and people can have administrative rights to be
20   able to write to a source-code repository.  And so
21   that was a separate privilege that I got sometime
22   in 2010.
23                This was the final -- this is about
24   an -- an alert key that would allow anybody to send
25   a message -- excuse me -- send a message over the
```



CONFIDENTIAL

Page 24

1    network that would appear on everybody's Bitcoin

2    software warning them that they need to upgrade or

3    that there's some security bug, those kinds of

4    things.

5         Q    Got it.  So the adding to privileges of

6    SourceForge didn't necessarily come through an

7    email; it was just an action Satoshi took to give

8    you those privileges?

9         A    Yeah, I don't remember exactly how that

10   happened.  There was probably an email or a forum

11   message where he told me that he had done that,

12   but...

13        Q    After this email from Satoshi, where I

14   think he -- he requests that you stop talking to

15   him as a myster -- about him as a mysterious

16   shadowy figure, and he says, "I've moved on to

17   other things and will probably be unavailable," did

18   you ever hear from Satoshi again through this email

19   account?

20        A    I'd have to go back and look.  I don't

21   know.

22        Q    Okay.  Do you recall, sitting here today,

23   ever hearing from him again?

24             Let me -- let me -- let me rephrase

25   the question.



CONFIDENTIAL

Page 25

```
 1                    I want you to exclude for a moment
 2      the conversations you've had with Craig Wright, and
 3      I want to ask, subsequent to this email, have you
 4      had, in your mind, conversations with Satoshi
 5      Nakamoto subsequent to this email?
 6           A    I don't know.  The reason I --
 7           Q    Because people have reached out to you
 8      claiming to be Satoshi --
 9           A    Yes.
10           Q    -- and you don't know if it's real?
11           A    Yes.  Many people have -- have contacted
12      me claiming to be Satoshi Nakamoto, and I just
13      don't know if any of them are.
14           Q    Okay.  Is it fair to say that no one
15      has -- and, again, I want to exclude the
16      conversations with Craig Wright in 2016 for
17      purposes of this question.
18                    Is it -- is it fair to say that no
19      one has convinced you that they are Satoshi
20      Nakamoto -- you know what, strike that question.
21                    Sitting here today, do you believe
22      you had communications with Satoshi Nakamoto after
23      this email?
24           A    No.
25           Q    Okay.  So you're, at this point in time,
```



CONFIDENTIAL

Page 26

1    the lead core developer of Bitcoin; is that

2    correct?

3        A    At --

4        Q    At --

5        A    Currently?

6        Q    So about April of 2011.

7        A    Oh, April of 2011, yes.

8        Q    And when did -- when did you step back

9    from being the lead core -- or stop being the lead

10   core developer in Bitcoin?

11       A    Again, I'm very good at forgetting dates,

12   but it's been a few years.

13       Q    Approximately.

14       A    2017.

15       Q    Okay.  Why did you stop being the lead

16   core developer at Bitcoin?

17       A    Several reasons.  The most immediate

18   reason was I believed that, for Bitcoin to grow,

19   there needed to be more than one implementation;

20   there needed -- needed to be more than one software

21   that people were using.

22              And so I had taken on the role of

23   chief scientist of the Bitcoin Foundation, and I

24   wanted that role to be not working on one

25   particular implementation of Bitcoin, not one



CONFIDENTIAL

Page 27

1    particular open-source software project, but to be

2    kind of bigger picture and try to encourage other

3    implementations of the Bitcoin protocol and to

4    think about kind of bigger issues facing Bitcoin.

5                    And the other reason I stepped away

6    is just because we had a -- a -- there was a team

7    of people who were able to do the job of working on

8    the open-source software.  So I felt comfortable

9    stepping back and letting them take over the

10   day-to-day software engineering of the project.  So

11   I think those are the two major reasons I -- I

12   stepped back as lead developer.

13       Q    But you stayed on as the chief scientist

14   of the Bitcoin Foundation?

15       A    Yes, I stayed on as chief scientist of

16   the Bitcoin Foundation.

17       Q    Are you still the chief scientist of the

18   Bitcoin Foundation?

19       A    No.  I resigned that position a year or

20   two ago.

21       Q    Why did you resign that position?

22       A    The Bitcoin Foundation is a troubled

23   organization.  We had two members of our board of

24   directors go to jail, and I -- I believe the

25   Bitcoin Foundation lost the respect of the Bitcoin



CONFIDENTIAL

Page 28

1    community, partly for that reason.  Probably mostly

2    for -- for that reason, just the fact that the, you

3    know, members of the board of director turned out

4    not to be trustworthy.

5         Q    Did you take part in forming the Bitcoin

6    Foundation when it -- in its -- when it was

7    originally formed?

8         A    I did, yes.

9         Q    And who did you do that with?

10        A    Peter Vessenes, Roger Ver, Charlie Shrem.

11   I think those were the main people involved in the

12   formation.  I could go back and check my notes, see

13   who else was on the -- the emails.

14        Q    And -- and who were the members of the

15   board of directors that went to jail?

16        A    Charlie Shrem and Mark Karpeles.

17        Q    Do you -- I want to segue back -- well,

18   actually, strike that.

19             Do you -- what is your current

20   involvement with the Bitcoin community?

21        A    I have very little involvement with the

22   Bitcoin community, so I have shed all of my

23   responsibilities.

24        Q    And are you doing anything

25   employment-wise now or...



CONFIDENTIAL

Page 29

```
1       A    My only title is
2   Entrepreneur-in-Residence, UMass, Data Sciences.
3   That's an unpaid, volunteer position.  So I -- I'm
4   not getting a paycheck from anybody.
5       Q    Did you -- the -- approximately how much
6   Bitcoin did you mine in May of 2010?
7       A    I think I mined 11 blocks, each --
8   which -- 50 Bitcoins per block, so that would be
9   550 Bitcoin.
10      Q    And have you moved those -- have you
11  spent those coin bases?
12      A    Probably.
13      Q    All of them?
14      A    Probably.
15      Q    Can you check, if I were to ask you to?
16      A    Yes, I could check if you asked me to.  I
17  could see what happened to them.
18      Q    Can you do that, like, on a break, or
19  would you need to go home and have access to your
20  computers?
21      A    I need to go home and have access to my
22  computers.  I don't have those -- I -- you know,
23  I'd have to go back in it and dig out an old
24  wallet, find out what the Bitcoin addresses were,
25  find out where they moved, see if I'm still holding
```



CONFIDENTIAL

Page 30

1    them in some cold wallet somewhere.  I just don't

2    know.

3         Q    Do you know the identity of any other

4    miners who mined Bitcoin prior to August 20th of

5    2010?

6         A    No.

7         Q    Are you aware of any blocks that

8    Satoshi Nakamoto mined?

9         A    Yes.  Block No. 10, I believe, is a

10   famous Bitcoin block.  Because Satoshi Nakamoto

11   sent some Bitcoin to Hal Finney as, I believe, the

12   first person-to-person Bitcoin transaction that we

13   know about.

14        Q    Block 9 or block 10?

15        A    Depends on if you start counting at zero

16   or not.

17        Q    Interesting.  So the genesis block is

18   zero?

19        A    The genesis block, I believe, is usually

20   counted as zero.

21        Q    And then block 9, it could be 9 or 10,

22   depending if you count the first -- zero block

23   as -- as a -- as a block?

24        A    Correct.

25        Q    Got it.



CONFIDENTIAL

Page 31

1              Are you aware of any others that

2    Satoshi mined?

3        A    Not directly.

4        Q    And did you ever send Bitcoin to Satoshi

5    or receive Bitcoin from Satoshi?

6        A    Not to my knowledge.

7        Q    Are you aware of any patterns within the

8    blockchain that would reveal which blocks were

9    mined by Satoshi?

10       A    There is a very interesting blog post by

11   Sergio, Sergio Demian Lerner, where he found some

12   patterns that are plausible that might be

13   associated with Satoshi's mined Bitcoins.

14       Q    This is the Patoshi research?  I think he

15   calls it the Patoshi research?

16       A    Maybe.  I'm not familiar with that.

17       Q    They call it the Patoshi --

18       A    I'm not familiar with that term.

19       Q    Is it -- is it based on the Nonce value?

20       A    Yes, it's based on the Nonce values.  And

21   I have --

22              THE STENOGRAPHER:  The what value?

23   Sorry.

24              THE WITNESS:  Nonce, N-O-N-C-E.  It

25   means number used once.



CONFIDENTIAL

Page 32

```
 1        A     I have no direct knowledge of that, but

 2   his research seems plausible to me.

 3        Q     Okay.  Is there any reason you can think

 4   of that a miner would try to create a coin-based

 5   transaction that did not hash to within a specific

 6   range of values?

 7                MR. KASS:  Object to form.

 8        Q     Do you understand the question?

 9        A     I'm not sure I understand the question.

10        Q     Okay.  Strike the question.

11                When did you first learn of Craig

12   Wright?

13        A     Again, I'm very bad with dates, but Jon

14   Matonis sent me an email saying that I should pay

15   attention to this person, Craig Wright, back in

16   whatever year that was -- sorry.  2020, '19 -- '17?

17   '18?

18        Q     Did there come a time before that where

19   Craig Wright applied for a job at the Bitcoin

20   Foundation?

21        A     Yes.  When I was responding to the

22   subpoena for this lawsuit, I went back through

23   my old emails, and I did get an email from a

24   Craig Wright asking for a job at the Bitcoin

25   Foundation that I never responded to and,
```



CONFIDENTIAL

Page 33

1    frankly, I had not recalled until I went through

2    my old emails.

3              MR. FREEDMAN:  So I'm gonna hand you

4    what's been marked as Plaintiffs' Exhibit 2.  And

5    it's -- for the record, it's Bates Gavin 1296.

6              (Exhibit 2 marked for

7              identification.)

8         Q    Do you recognize this email?

9         A    Yes.

10        Q    And is it fair to say this is Jodie

11   Brady, at the Bitcoin Foundation, forwarding you a

12   job application that she had received?

13        A    Yes.

14        Q    And the job application is from

15   Craig S. Wright with the email address

16   craig@panopticrypt.com?

17        A    That's --

18              MR. KASS:  Object to form.

19              THE STENOGRAPHER:  Wait.  What's the

20   address?

21              MR. FREEDMAN:  Craig@panopticrypt.

22   P-A-N-O-P-T-I-C-R-Y-P-T.

23              MR. KASS:  And object to form.

24        Q    So, from time to time, either myself or

25   Mr. Kass, depending on who's asking questions, may



CONFIDENTIAL

Page 34

1    object to form.  You can just pause, let them

2    object, and then you can answer the question.

3         A    Okay.

4              Yes.

5         Q    Okay.  Do you -- did you review this job

6    application back in November 2014 when you got it?

7         A    No.

8         Q    You didn't even see it?

9         A    I don't recall.

10        Q    Okay.  It's fair to say he did not get a

11   job with the Bitcoin Foundation?

12        A    He did not.

13        Q    Looking back at it now, would he have fit

14   the criteria you were looking for?

15             MR. KASS:  Object to form.

16        A    We were not actively looking for people,

17   there was no job opening, so there was no criteria.

18        Q    Fair enough.

19             So I want to jump back to the 2016

20   contact that you received from Jon Matonis, and

21   that was...

22             (Pause.)

23        Q    Let me hand you what's been marked as

24   Plaintiffs' Exhibit 3.  And for the record, it's

25   Gavin 796.



CONFIDENTIAL

Page 35

```
 1                  (Exhibit 3 marked for

 2                  identification.)

 3        Q    Is this the email you received from

 4   Jon Matonis in March -- on March 14, 2016?

 5        A    Yes.

 6        Q    And in this email, Jon invites you to a

 7   proof session in London?

 8        A    Yes.

 9        Q    And he ends the third paragraph saying, I

10   per -- "I've never asked you for anything before,

11   so you are just going to have to trust me on this

12   and what I personally witnessed with the block

13   No. 1 sign and verify"?

14        A    What was the question?

15        Q    Is that -- I'm just taking you through

16   the document, highlighting the portions of the

17   document that I -- that -- that I'd like you to

18   take a look at.

19        A    Okay.

20        Q    And what did you take Jon as asking you

21   to do here?

22              MR. KASS:  Object to form.

23        A    I believe Jon was asking me to physically

24   go to London, and then witness the -- a

25   cryptographic proof of possession of a private key
```



CONFIDENTIAL

Page 36

1    that corresponds to the public key of one of the

2    early Bitcoin blocks.

3        Q    He says, "As we discussed" in the emails,

4    implying that there had been a previous telephonic

5    communication.

6        A    I believe we did have a telephone call.

7        Q    Do you know what he said on the telephone

8    call?

9        A    I don't recall.

10            MR. KASS:  Now, I'm just going to put

11   a standing objection out there to -- oh, well, if

12   you're gonna give it to me, so I don't have to

13   repeat it all the time.  In this email it mentions

14   there's a non-disclosure agreement.  That

15   non-disclosure agreement was executed.  So to the

16   extent you're asking information that is protected

17   by the non-disclosure agreement, I'm just putting a

18   standing objection that there is a non-disclosure

19   out there, agreement out there, and that

20   information needs to be protected.

21            MR. FREEDMAN:  What's the objection?

22   I don't understand the basis of the objection.

23            MR. KASS:  I'm just putting on the

24   record that --

25            MR. FREEDMAN:  Are you maintaining



CONFIDENTIAL

Page 37

1   Mr. Andresen --

2                   THE STENOGRAPHER:  One at a time.

3                   MR. FREEDMAN:  Are you maintaining

4   Mr. Andresen cannot respond to deposition

5   questions?

6                   MR. KASS:  I am not instructing him

7   not to answer.  I'm just putting on the record that

8   there's a non-disclosure agreement, and that this

9   testimony that you're asking may not be permitted

10  under the non-disclosure.

11                  MR. FREEDMAN:  So you are entitled to

12  seal this deposition and designate it confidential,

13  and you can exercise your right to do so, but

14  I'm -- I'm not sure what you -- I'm not sure what

15  your objection is, so...

16                  MR. KASS:  All right.  It's on the

17  record, it is what it is.

18  BY MR. FREEDMAN:

19      Q    Okay.  We were talking about the

20  telephonic communication between you and -- and

21  Jon.  You said you don't recall what he said?

22      A    I don't recall.

23      Q    Did he mention Craig Wright during that

24  phone call?

25      A    I don't recall.



CONFIDENTIAL

Page 38

1        Q     Did he -- when you received this email,
2   were you aware that Craig Wright was the person
3   they wanted you to come meet?
4        A     I don't know.
5        Q     Okay.
6        A     I don't recall when the name "Craig
7   Wright" entered the conversation.
8        Q     So what was your initial reaction to --
9   when you finally did find out that there was
10  -- strike that.
11             What was your initial reaction to
12  somebody claiming to be able to prove that they
13  were Satoshi Nakamoto?
14             MR. KASS:  Object to form.
15       A     I was skeptical.
16       Q     Fair to say you were extremely skeptical?
17       A     I think that's fair to say.
18       Q     I'm handing you what's been marked as
19  Plaintiffs' Exhibit 4, I believe.
20             (Exhibit 4 marked for
21             identification.)
22       Q     Do you recognize this email
23  correspondence?  This is -- sorry -- for the
24  record, Bates Gavin 1433.
25       A     Yes.



CONFIDENTIAL

Page 39

1      Q    And if you look at the email from you --
2    this is an email from you to Jon Matonis and then
3    Jon Matonis responding back?
4      A    Yes.
5      Q    And in it you write to Jon Matonis that
6    you're seeing whispers that Craig Wright is the
7    real deal?
8      A    Yes.
9      Q    So fair to say at this point you were
10   aware it was Craig Wright they were asking you to
11   come meet?
12     A    Yes.  I'm trying to remember my state of
13   mind at that time.
14          I don't know if Jon had mentioned the
15   name "Craig Wright," and I was just seeing Craig
16   Wright in others -- other venues and putting the
17   pieces together.  But, yes, certainly the name
18   "Craig Wright" was -- was in the air at that time.
19     Q    Got it.
20          And right there in the email you
21   said, "I'm extremely skeptical"?
22     A    Yes.
23     Q    Why were you extremely skeptical?
24     A    I have been contacted by many people
25   claiming to be Satoshi Nakamoto in the past.  So



CONFIDENTIAL

Page 40

1    yet another claimed Satoshi made me extremely

2    skeptical.

3        Q    And in it you -- you lay out four

4    different things that you'd like to see any real

5    Satoshi candidate do?

6        A    Yes.

7        Q    And those were that you'd want to see a

8    message signed with the same PGP key that Satoshi

9    used in 2010; is that correct?

10       A    Yes.

11       Q    And a message signed with the keys from

12   early Bitcoin blocks?

13       A    Yes.

14       Q    And a copy of an email or private forum

15   post between you and Satoshi?

16       A    Yes.

17       Q    And you wanted to have a conversation

18   about technical things via email?

19       A    Yes.

20            MR. KASS:  Object to form.

21       Q    Did you get all four of those things

22   during your interactions with Craig Wright in 2016

23   and 2017?

24       A    No.

25       Q    Which did you get and which did you not



CONFIDENTIAL

Page 41

1    get?

2         A     I believed I got a message signed with

3    keys from early Bitcoin blocks.

4         Q     Okay.

5         A     And I did get a conversation about

6    technical stuff.  I don't believe I got any email

7    or private forum posts.  And I did not get any

8    messages signed with the PGP key that he was using

9    in 2010.

10        Q     Okay.  Did you ask for the PGP signature?

11        A     I vaguely recall a conversation about PGP

12   signatures, and I believe Craig gave me some reason

13   why he either did not have the key, or it would not

14   be good proof, but I don't recall the details.

15        Q     And...

16        A     And the private posts, again, I think I

17   recall him giving me -- I believe there was a claim

18   that all of those were deleted.  Yeah, if I recall

19   correctly, he claimed that he had deleted those,

20   and they were unavailable.

21        Q     Did you find that credible at the time?

22        A     Yes.

23        Q     Do you still find that credible?

24        A     I have my doubts.

25        Q     Okay.  Jon Matonis responds, asking you



CONFIDENTIAL

Page 42

1    to -- or -- or suggesting that you forward your

2    four expectations to Stefan in advance.

3              Do you see that?

4    A    Yes.

5    Q    Who is he talking about?

6              MR. KASS:  Object to form.

7    A    Craig Wright was working with a couple of

8    venture capital-type people.  I've forgotten the

9    name of their company.  Excuse me, I've forgotten

10   who is who.  But he was one of those venture

11   capital-type people who, I believe, were interested

12   in helping Craig through this whole process of

13   claiming to be Satoshi Nakamoto.

14   Q    And did you -- had you had interactions

15   with Stefan before this date?

16   A    I -- there might have been emails before

17   this date.

18   Q    Okay.

19   A    I'd have to go back and check.  I had not

20   met him.

21   Q    And at this point, were you aware that

22   they wanted you to participate in a public

23   endorsement of Craig Wright as Satoshi?

24             MR. KASS:  Object to form.

25   A    I think so, yes.



CONFIDENTIAL

Page 43

```
 1        Q    Okay.  I'm gonna hand you what's been
 2   marked as -- sorry -- been marked as Plaintiffs'
 3   Exhibit 5.  And for the record, it's Gavin 1286.
 4                  (Exhibit 5 marked for
 5                  identification.)
 6        Q    Take a moment to review that.
 7                  Do you recognize this email?
 8        A    Yes.
 9        Q    And is it an email from you to
10   craig@ncrypt.com?
11        A    Yes.
12        Q    This was Craig Wright?
13        A    Yes.
14        Q    And in it is it fair to say that you're
15   asking Craig to give you some of his backstory and
16   thoughts on the state of Bitcoin?
17        A    Yes.
18        Q    Okay.  Did he give you his backstory and
19   his thoughts on the state of Bitcoin?
20        A    I don't recall.
21        Q    Do you --
22        A    I'd have to go back and look at the email
23   thread.
24        Q    Okay.  Did -- did you have a telephonic
25   communication with Craig Wright as of this date?
```



Page 44

1       A    I don't believe so, no.

2       Q    Okay.  And just -- this is about five

3    days or so before the proof session in London that

4    took place on April 7th?

5              MR. KASS:  Object to form.

6       A    Correct.

7       Q    Is -- so you don't believe you had spoken

8    to him telephonically yet?

9       A    I don't believe so, but my recollection

10   could be faulty.

11      Q    Fair enough.

12              I'm gonna hand you what's been marked

13   as Plaintiffs' Exhibit --

14              THE STENOGRAPHER:  6.

15      Q    -- 6 -- thank you -- and for the record

16   is Gavin 307.

17              (Exhibit 6 marked for

18              identification.)

19      Q    Do you recognize this email?

20      A    Yes.

21      Q    It's an email from Craig to you?

22      A    Yes.

23              MR. KASS:  Object to form.

24      Q    In response to your last email on the

25   state of affairs of Bitcoin?



CONFIDENTIAL

Page 45

1      A    Yes.

2      Q    So he did respond to you.  Does this help

3  refresh your recollection that he did respond to

4  you about the state of affairs of Bitcoin as of

5  2016?

6      A    Yes.

7      Q    Okay.  And did you read this email at the

8  time?

9      A    Yes, I did.

10      Q    Did you find it convincing?

11      A    I found it convincing enough for me to

12  get on an airplane to London.

13      Q    Fair enough.

14          I'm handing you what's been marked as

15  Plaintiffs' Exhibit 7.  And for the record, it's

16  Gavin 1120.

17          (Exhibit 7 marked for

18          identification.)

19      Q    Do you recognize this email?

20      A    Yes.

21      Q    And it's one from Craig to you?

22      A    Yes.

23      Q    And it -- it includes, underneath that,

24  the thread of a -- of a message from you to Gav --

25  from you to Craig and then, initially, from Craig



CONFIDENTIAL

Page 46

1    to you?

2        A    Yes.

3        Q    And, actually, it includes that email way

4    at the bottom where you're actually asking, that we

5    looked at previously --

6        A    Yes.

7        Q    -- Plaintiffs' Exhibit 5?

8             MR. KASS:  Objection to form.

9             THE STENOGRAPHER:  Wait, wait, wait.

10       Q    So if you take a look at the email from

11   Craig to you, can you look at the -- the last line

12   of that email?  He tells you, "The backstory is

13   long.  You will have it in installments for this

14   reason, but you will have it."

15            Do you see that?

16       A    Yes.

17       Q    Did you end up having it?

18       A    I -- some of it --

19       Q    Okay.

20       A    -- maybe.  I have my doubts on -- I have

21   many, many doubts in my head about what parts of --

22   what things Craig told me are true and what are not

23   true.

24       Q    Okay.  Did he give you a long backstory?

25       A    He gave me a fairly long backstory.



CONFIDENTIAL

Page 47

```
 1      Q    Okay.  And when did he give you that
 2  fairly long backstory?
 3      A    In London, in the -- the hotel room.
 4      Q    Okay.
 5      A    Or the hotel basement.
 6      Q    I'm gonna come back to that.
 7           In the interim, let me hand you
 8  what's been marked as Plaintiffs' Exhibit --
 9           MR. KASS:  8?
10      Q    -- 8.  And for the record, it's Gavin
11  1720.
12           (Exhibit 8 marked for
13           identification.)
14      Q    Do you recognize this email -- or these
15  emails, I should say?
16      A    Yes.
17      Q    And it's a -- it's a series of emails
18  between you and Craig?
19      A    Yes.
20      Q    On or about April 6, 2016?
21      A    Yes.
22      Q    And it looks like -- if you look on the
23  midway point of page that's marked 1720 at the
24  bottom, it looks like what you did is you responded
25  to Craig's email by inserting your own comments in
```



CONFIDENTIAL

Page 48

1    line with his email below?

2              MR. KASS:  Object to form.

3         Q    Is that what happened?

4         A    Yes.

5         Q    And if you look at the second paragraph

6    up from the bottom of that page, you state to

7    Craig, "I know nothing about your business.  One

8    question on my list of things to ask you: Why lots

9    of businesses if you have lots of coin already?"

10             Do you see that?

11        A    Yes.

12        Q    That was from you?

13        A    Yes, that was from me.

14        Q    Okay.  Did he ever explain that to you?

15        A    No.

16        Q    I am handing you what's been marked as

17   Plaintiffs' Exhibit 9 --

18             THE STENOGRAPHER:  Yeah.

19        Q    -- 9, and I didn't -- accidentally did

20   not print with the Bates label, but for the record,

21   it should match to Bates Gavin 1077 -- 77.

22             (Exhibit 9 marked for

23             identification.)

24        Q    Do you recognize this email -- these

25   emails?



CONFIDENTIAL

Page 49

```
 1      A    Yes.

 2      Q    And this, similarly, is a email chain

 3   between you and Craig on or about April 6 of 2016?

 4      A    No --

 5           MR. KASS:  Object to form.

 6      A    -- this is between me and Andrew O'Hagan.

 7      Q    Maybe I handed you the wrong email.  Can

 8   I grab that back?

 9           MR. KASS:  Is this still Exhibit 9,

10   though?

11           MR. FREEDMAN:  No, that's not.  We're

12   gonna redo Exhibit 9.  I gave you all the wrong

13   email.  Sorry.

14           (Pause.)

15           THE WITNESS:  So many email.

16           MR. FREEDMAN:  Yeah.  I apologize.  I

17   just used my printer this morning at the hotel.

18           THE STENOGRAPHER:  Do you want this

19   on?

20           MR. FREEDMAN:  Oh, actually, why

21   don't we go off the record for two minutes.

22           THE VIDEOGRAPHER:  Sure.  The time

23   now is 10:04 a.m.  We're going off the record.

24           (Exhibit 9 marked for

25           identification.)
```



CONFIDENTIAL

Page 50

1                    (Off record.)

2                    THE VIDEOGRAPHER:  The time now is

3     10:13 a.m.  We're coming back on the record.

4     BY MR. FREEDMAN:

5          Q    Okay.  I've now handed you the remarked

6     Plaintiffs' Exhibit 9.  Do you recognize this

7     email?

8          A    Yes.

9          Q    And is this email an email exchange

10    between you and Craig Wright?

11         A    Yes.

12         Q    On or about April 6, 2016?

13         A    Yes.

14         Q    I've handed you the correct exhibit this

15    time.

16                    So I want to -- I want to ask you

17    some questions about some of the statements in

18    this -- in this email.

19                    In the first paragraph, Craig opens

20    up, he says, "Only time will tell, but I" -- "I

21    made some incredible mistakes."

22                    Do you see that?

23         A    Yes.

24         Q    The email doesn't say what those

25    incredible mistakes are, as far as I'm aware, but



CONFIDENTIAL

Page 51

1   do you know what those incredible mistakes are?

2       A    No.

3               MR. KASS:  Object to form.

4       Q    Did you ever come to learn what those

5   incredible mistakes were?

6       A    No.

7       Q    Okay.  Did you ask him what he meant by

8   "incredible mistakes"?

9       A    I don't think so, no.

10      Q    Okay.  He then -- about halfway down the

11  page, he quotes your email that says, "I know

12  nothing about your businesses."

13              MR. KASS:  Object to form.

14      Q    Do you see that?

15      A    Yes, I do.

16      Q    And then he responds, That was part of

17  the idea.  It was a front in some ways.  I have

18  made some really stupid mistakes.

19              Do you know what he meant by saying

20  his businesses were a "front" in some ways?

21              MR. KASS:  Object.  Object to form.

22      A    No.

23      Q    Did you ever come to learn what he meant

24  by that?

25      A    No.



CONFIDENTIAL

Page 52

1      Q    Did you ever ask him what he meant by the
2  fact that his businesses were a "front"?
3      A    No.
4      Q    Did you come to learn that he's claimed
5  millions of dollars in tax rebates from the
6  Australian Tax Office based on these businesses?
7              MR. KASS:  Object to form.
8      A    I saw that in media reports.
9      Q    Did it strike you as odd that he would be
10  using a front to claim millions of dollars in tax
11  rebates?
12              MR. KASS:  Object to form.
13      A    I don't think I ever thought about it.
14      Q    So you didn't learn what the incredible
15  mistakes were.  Did you learn what the really
16  stupid mistakes were?
17      A    No.
18      Q    Did you ask him what really stupid
19  mistakes he made?
20      A    No.
21      Q    Then the next paragraph, he says, "The
22  ones that matter remain hidden."
23              Did you take this to mean the really
24  stupid mistakes that matter remain hidden?
25              MR. KASS:  Object to form.



CONFIDENTIAL

Page 53

1      A    Yes.

2      Q    And then he says, "The media has grabbed

3    all of the shit and low-hanging fruit, and they

4    have done no real investigation.  Thank God for the

5    laziness of human nature."

6              Do you know what he was concerned the

7    media would find out?

8              MR. KASS:  I'm gonna object to form.

9      A    No.

10     Q    Did you ever ask him what he was

11   concerned the media would find out about?

12     A    No.

13     Q    In the bottom paragraph on the page, he

14   says, "Now I am this guy who does what the hell he

15   likes, cannot be fired, and who has finally learnt

16   to delegate all he hates."

17              Did you ever ask him what it is he

18   likes to do?

19     A    Did I ever ask him?  He told me what he

20   likes to do.

21     Q    What did he say he likes to do?

22     A    He likes to get PhDs.  He likes to do

23   research.  He likes to write papers.

24     Q    Okay.  And then, if you turn to the next

25   page for me, marked Gavin 1078, on the top of the



CONFIDENTIAL

Page 54

1    page, Craig quotes your email again that says, "One

2    question on my list of things to ask you: Why lots

3    of businesses if you have lots of coin already?"

4                Do you see that on the top?

5        A    Yes.

6                MR. KASS:  Object to form.

7        Q    And then he responds, "Bad decisions,"

8    full stop.

9                Do you know what he meant by "bad

10   decisions"?

11       A    No.

12       Q    Did you ever ask him what he meant by

13   "bad decisions"?

14       A    No.

15       Q    You didn't ask him if stealing Bitcoin

16   had anything to do with bad decisions?

17               MR. KASS:  Object to form.

18       A    No.

19       Q    Then he says, "I was advised about risk

20   diversification in the early days."

21               Did you ask him -- do -- do you know

22   what he means there?

23       A    No.

24               MR. KASS:  Object to form.

25       Q    Did you ask him what he meant?



CONFIDENTIAL

Page 55

1            THE STENOGRAPHER:  Wait.

2      A    No.

3            MR. KASS:  Vel, if you could pause.

4  There's gonna be a lot of objections --

5            THE STENOGRAPHER:  Yeah.

6            MR. KASS:  -- throughout the email.

7            MR. FREEDMAN:  No problem.

8            THE WITNESS:  Sorry.

9      Q    Then, in the -- in the third paragraph

10  down from the top, he says, "Then, none of this is

11  about money."

12            Do you see that?

13      A    Yes.

14      Q    Did you ask him what he meant by none of

15  it being about money?

16      A    No.

17      Q    Did it strike you as odd that it was not

18  at all about money?

19            MR. KASS:  Object to form.

20      A    No.

21      Q    So he has a venture capital firm reach

22  out to you; is that -- that's right?

23      A    Yes.

24      Q    And paying for you to come to London,

25  right?



CONFIDENTIAL

Page 56

1           MR. KASS:  Object to form.

2       A    Yes.

3       Q    And funding your trip there?

4       A    Yes.

5       Q    And coordinating an entire media blitz;

6    is that an accurate statement?

7           MR. KASS:  Object to form.

8       A    Yes.

9       Q    And it didn't strike you as odd that none

10   of this was about money?

11          MR. KASS:  Object to form.

12      Q    Or, I mean, maybe it just didn't occur to

13   you.  I mean, like, tell me how -- what -- give me

14   your reaction to the statement that none of this --

15   this is -- "none of this is about money," and, yet,

16   it apparently appears, at least to me, that a ton

17   of it's about money.

18          MR. KASS:  Object to form.

19      A    I -- yeah, I was not thinking about money

20   when I received this email.  I was thinking about,

21   is this person Satoshi Nakamoto or not.  And...

22      Q    That's fair.

23      A    Yeah, that -- that's -- so, yeah, I was

24   not thinking about the money.

25      Q    In retrospect, does it strike you as odd



CONFIDENTIAL

Page 57

1    that he said "none of this is about money"?

2              MR. KASS:  Object to form.

3         A    No.

4         Q    Why?

5         A    Being Satoshi Nakamoto is about much more

6    than money.  He's almost a God-like figure in the

7    Bitcoin community.  He's the holy founder of this

8    world-changing technology.  So saying "this is not

9    about money" did not strike me as strange because

10   of that.

11             Because, you know, having been the

12   chief scientist of the Bitcoin Foundation and the

13   lead developer for the project, I had felt the kind

14   of weight of that responsibility, and to take on

15   the mantle of being Satoshi Nakamoto struck me as,

16   you know, much more important than -- than the

17   money.  So that's where my head space was through

18   this conversation.

19        Q    So consistent with something Satoshi

20   might actually say?

21        A    Yes.

22        Q    Sitting here today, do you believe this

23   was stated honestly, that it really wasn't about

24   money?

25             MR. KASS:  Object to form.



CONFIDENTIAL

Page 58

1      A    I don't know.

2      Q    At the end of that paragraph, the

3  second-to-bottom line, he says, "I have access to

4  systems that transfer more value and transactions a

5  day than the existing BTC network does in a year."

6              Do you understand what he meant by

7  that?

8      A    No.

9      Q    Did you ever come to understand what he

10  meant by that?

11      A    No.

12      Q    Is this a statement that you think is --

13  is -- is possible?

14              MR. KASS:  Object to form.

15      A    I don't know.  I've never thought about

16  it.

17      Q    And then if we go down, from there, two

18  paragraphs, Craig tells you, "I want to stay as

19  close to the edge as I can without going over."

20              Do you know what he meant by that?

21              MR. KASS:  Object to form.

22      A    No.  And I think that might be a quote

23  from somebody.  It sounds familiar.

24      Q    But you can't recall who?

25      A    No.



CONFIDENTIAL

Page 59

```
 1      Q    And then if you go down, you'll see
 2  there's a line that begins with the word
 3  "frustration"?
 4      A    Yes.
 5      Q    He says, "Frustration should be my middle
 6  name."
 7            Do you know why he said frustration
 8  should be his middle name?
 9            MR. KASS:  Object to form.
10      A    No.
11      Q    What did you take that statement to mean?
12      A    I can't put myself back when this email
13  was received, so I am projecting backwards.  I
14  don't know what I would have thought when I first
15  read this email.  Knowing what I know now, my
16  assumption would be he was frustrated that he
17  didn't have complete control over kind of the
18  process.
19            Because, to me, he claimed that he
20  had been extorted, and, basically, he was forced to
21  step forward and reveal himself as Satoshi
22  Nakamoto.  I don't think I knew that when I first
23  read this email, but if I project backwards, I'm --
24  that -- that is what I would assume he meant.
25      Q    And then he says, "Here... well, I have a
```



CONFIDENTIAL

Page 60

1    plan that is likely to leave me more hated."

2              Do you know what he meant by that?

3              MR. KASS:  Object to form.

4        A    No.

5        Q    And then if you -- if you look down

6    toward the -- the end of the -- I guess it's one,

7    two, three, four up from the bottom, he says, "Your

8    mistake may have been the BTC Foundation, mine was

9    that bloody response to a DoS."

10             Do you know what a "DoS" is?

11       A    DoS is a denial-of-service attack.

12       Q    Do you know what he meant by responding

13   to denial-of-service attack?

14             MR. KASS:  Object to form.

15       A    No.  Wait.  Yes, I think he was assuming

16   in 2010 there were denial-of-service attacks

17   against the Bitcoin network and what are called

18   "transaction spamming attacks," where somebody

19   floods the network with lots of tiny transactions.

20             And as part of that, that was --

21   there was a technical change made by Satoshi to

22   limit the Bitcoin block size to 1 megabyte, and

23   that had been, and is still, actually, hugely

24   controversial on whether to increase the block size

25   to allow more transactions.  So I believe that's



CONFIDENTIAL

Page 61

1    what he was referring to.

2        Q    Okay.  If you turn to the next page,

3    Gavin 1079, and you look two down from the top, he

4    starts the paragraph with, "Some of all this is

5    stranger than fiction."

6              Do you agree with that statement?

7        A    "Some of all of this is stranger than

8    fiction."  It's hard to agree with a statement

9    that's so vague.

10       Q    Fair enough.  And then if you -- if you

11   go down to the -- I guess two paragraphs down from

12   that, he says, "Why?  That is the question.  Why

13   not have a life of leisure?  Why not a yacht?  Yada

14   Yada Yada."

15             And then if you read the next

16   paragraph he says, "My wife and I spend time in

17   Antigua from time to time.  We have friends who

18   live there.  It becomes a life draining of vampiric

19   exercise fast.  I do not relax well.  As for the

20   boat, tried that, a hole in the water that you have

21   to maintain and my wife gets seasick."

22             What did you take these statements to

23   mean?

24       A    What did I take them to mean?  I just

25   took them to be his way of telling me that he has



CONFIDENTIAL

Page 62

1  resources and -- and, again, trying to tell me that

2  it's not about money; that he has money already.  I

3  think that's probably the way I took it when I read

4  that email.

5       Q    And then if you drop down, he quotes you

6  again, "Why lots of businesses if you have lots of

7  coin already."

8            Do you see that?

9       A    Yes.

10           MR. KASS:  Object to form.

11      Q    And then he responds, "Lots is not the

12  issue.  Lots has allowed the media to focus in the

13  wrong places.  They have no idea what the main

14  business is."

15           Did you ever get additional detail on

16  what the main business is?

17      A    No.

18      Q    Did you ask?

19      A    No.

20      Q    Do you find that inconsistent with his

21  statement that it's not about money?

22           MR. KASS:  Object to form.

23      A    Did I find it inconsistent -- I'm not

24  sure I understand the -- the question.

25      Q    Aren't businesses usually about money?



CONFIDENTIAL

Page 63

1      MR. KASS:  Object to form.

2      A    I think at the time I did not find it

3  inconsistent.  I mean, if I think back on it now,

4  yeah, it might be inconsistent.

5      Q    He said that -- that the -- the lots of

6  coin or the -- the large amount of coin has allowed

7  the media to focus in the wrong places.

8           Do you know what the right places

9  they should have focused on was?

10     A    No.

11          MR. KASS:  Object to form.

12     Q    And then he says, "They even missed that

13  we paid out Hotwire and that none really failed,"

14  smiley face.

15          Do you know what that meant -- means?

16     A    No, I don't know.

17     Q    Did you ever get additional detail?

18     A    No.

19     Q    All right.  If you turn to page 1080 for

20  me.

21          You see in the bottom of the page,

22  this is -- I think now we're in an email that you

23  sent that began on the previous page, and you,

24  again, inserted your comments in line with his

25  email; is that right?



CONFIDENTIAL

Page 64

1          MR. KASS:  Object to form.

2     A     Let me see.  Yes.

3     Q     And then way at the bottom, you've told

4     him -- and this is a paraphrase, but let me know if

5     it's fair -- that you've given some thought to the

6     meeting with him tomorrow; you'll be bringing your

7     laptop and a new USB stick, and you'd like a couple

8     of things to verify, one being a PGP signed

9     message, like you had said earlier, and you even

10    gave the phrase "so it goes" as what you wanted him

11    to sign, right?

12    A     Yes.

13          MR. KASS:  Object.

14    Q     And then one or more messages signed

15    using keys from the early Bitcoin blocks, right?

16    A     Yes.

17    Q     And then copies of never-before published

18    private emails or forum posts between you and

19    Satoshi?

20    A     Yes.

21          MR. KASS:  Object to form.

22    Q     And consistent with your -- would it be

23    consistent with your testimony earlier that you may

24    have gotten No. 2, but you did not get No. 1 and

25    No. 3?



CONFIDENTIAL

Page 65

1      A     Yes.

2      Q     Okay.  Thank you.

3            And this was the day before you met

4  Craig in London for the proof session, right?

5            MR. KASS:  Object to form.

6      A     Yes.

7      Q     If -- if you look before -- no.  Sorry.

8  Strike that.

9            So the next day is April 7th, and you

10 arrive in London for this proof session; is that

11 right?

12     A     Yes.

13     Q     Can you walk -- you know what, why don't

14 we -- it's not really a memory test, so let me give

15 you back what we're now gonna call Plaintiffs'

16 Exhibit 10.  And this is missing the -- the Bates,

17 but it is 10 -- no.  I'm sorry.  It's Gavin 810.

18            (Exhibit 10 marked for

19            identification.)

20     Q     Do you recognize this email?

21     A     Yes.

22     Q     And is this correspondence between you

23 and Andrew O'Hagan?

24     A     Yes.

25     Q     And in it are you describing a meeting



CONFIDENTIAL

Page 66

1   you had this day, the April 7th day?

2             MR. KASS:  Object to form.

3       A    Yes.

4       Q    Okay.  Do you want to take a minute to

5   review it?

6             (Witness perusing document.)

7             MR. KASS:  Vel, I'm just gonna raise

8   my same objection about the non-disclosure.  Do you

9   just agree I don't have to raise it again and

10  whatever validity it has, it has?

11            MR. FREEDMAN:  I don't understand.  I

12  mean, you've -- you've made your statement before,

13  and the witness --

14            MR. KASS:  Fine.

15            MR. FREEDMAN:  -- is under a subpoena

16  to testify.  There's no protective order granted

17  for a nondisclosure.  You didn't raise it in front

18  of the Court.  So I'm not sure what you're saying,

19  but whatever you're saying, it's certainly there,

20  you don't have to keep saying it.

21            MR. KASS:  Okay.  That's all I wanted

22  to know.  I just wanted to avoid having to resay it

23  if you agree it's kind of said in that still.

24            MR. FREEDMAN:  Standing -- whatever

25  you said is standing.



CONFIDENTIAL

Page 67

1          MR. KASS:  Perfect.  That's all I

2    wanted.

3    BY MR. FREEDMAN:

4        Q    Have you completed your review?

5        A    Yes.

6        Q    So is it an accurate high-level summary

7    of what happened that day?

8        A    Yes.

9        Q    I want to go into it in a little bit more

10   detail with you, if that's all right.

11       A    Okay.

12       Q    You got off the plane at around 11:00 or

13   so; is that right?

14          MR. KASS:  Object to form.

15       Q    Arrived at the hotel, I should say,

16   around 11:00?

17       A    That's probably correct.

18       Q    The email, "It was a red-eye flight, so I

19   arrived at the hotel at 11:00 a.m."

20          We were not following you that day.

21       A    It was a red-eye flight, so I was very

22   tired.

23       Q    Yes.  And who -- who were the first folks

24   that you met with that day?

25       A    The venture capital people, who,



CONFIDENTIAL

Page 68

1    according to this email, are named Andrew and Rob.

2        Q    Yeah, or -- right.  And -- and what did

3    they -- where did that meeting take place?

4        A    That meeting took place in the -- in a

5    conference room in the basement of the hotel I was

6    staying at.

7        Q    Okay.  And what did they -- what did they

8    tell you?

9        A    They -- let's see.  One of them said he

10   had known Craig for a long time, and that Craig had

11   been talking to him about Bitcoin for a long time,

12   and that over time he had become convinced that

13   Craig was Satoshi and had invented Bitcoin.

14               And the other one, I believe -- I'm

15   trying to remember the conversation.  It's been a

16   very long time.  I don't recall the details of that

17   conversation, but it was also -- let's see, he

18   talked about how he was working with Craig

19   business-wise and, you know, was helping facilitate

20   everything that was happening.  And, again, I -- I

21   have very little recollection of what exactly we

22   talked about.

23       Q    Did they explain why they were involved?

24               MR. KASS:  Object to form.

25       A    Yes.  Again, one of them, I don't recall



Page 69

1   which, said he had been in -- a business partner or

2   a business associate or somehow involved in Craig's

3   businesses in the past.

4            And then the -- the other one, the

5   money person, I don't recall if he -- he mentioned

6   how he had gotten involved, if it was Craig or if

7   it was this other person who brought him in.

8   Frankly, I just don't recall.

9       Q    Did there come a time when you learned

10  that this venture capital group intended to sell or

11  license many of Craig's purported intellectual

12  properties and patents under the Satoshi name to

13  monetize those inventions?

14            MR. KASS:  Object to form.

15      A    At some point, I learned that, I don't

16  recall when.

17      Q    Could it have been in this conversation?

18            MR. KASS:  Object to form.

19      A    It's possible it was in that

20  conversation, yes.

21      Q    In the email to Andrew O'Hagan you say,

22  "They gave me a lot of background and explained

23  their involvement before meeting with Craig."

24            Was that part of the background that

25  they gave you?



CONFIDENTIAL

Page 70

```
 1                MR. KASS:  Object to form.
 2      A     Was what part of the background?
 3      Q     That -- this investment and what they
 4  were hoping to do with it.
 5                MR. KASS:  Object to form.
 6      A     Possibly.  Again, I don't -- I don't
 7  recall details of that conversation.
 8      Q     And then, from that meeting, did you go
 9  to meet Craig?
10                MR. KASS:  Object to form.
11      A     That meeting I think -- I'm trying to
12  recall physically where what happened.  I believe I
13  met them in the same room, and then Craig came into
14  the room, and I met with Craig for the first time.
15      Q     And what did he tell you there?
16                MR. KASS:  Object to form.
17      A     What did he tell me?  Again, I don't
18  recall details.  If you want to ask something
19  specific, I might be able to --
20      Q     Did he say, "Hi, I'm Satoshi Nakamoto"?
21  Like, do you remember, did he claim to be Satoshi
22  in that -- in that conversation?
23                MR. KASS:  Object to form.
24      A     I don't think he ever directly claimed to
25  be Satoshi, although, I might be mistaken.
```



CONFIDENTIAL

Page 71

1     Q    Did you talk at all about Satoshi
2  Nakamoto during that initial conversation?
3     A    I don't recall.
4     Q    Did he -- did you ask him about where all
5  his coins were?
6     A    No.
7     Q    Did you discuss any of the trusts that
8  had been set up?
9     A    No.
10    Q    Did you discuss the creation of Bitcoin
11 at all during that initial conversation?
12    A    I don't think so.
13    Q    Did he mention Dave Kleiman in that
14 initial conversation?
15         MR. KASS:  Object to form.
16    A    I -- I think he did, but I'm not certain.
17 I remember him getting emotional.  I believe -- I
18 believe at one point there was some mention of Dave
19 Kleiman, and I remember Craig being emotional.
20    Q    Emotional in what way?
21    A    Sad about Dave's death.  I did not press
22 or ask.
23    Q    And do you know in what context Dave
24 Kleiman was raised in this initial conversation?
25    A    I think we had a conversation about the



CONFIDENTIAL

Page 72

1    person of Satoshi actually being three people --

2          Q     Okay.

3          A     -- being Dave Kleiman, Craig Wright, and

4    some other mysterious person, who I never asked

5    about.

6          Q     And you say you think you had this

7    conversation.  Are you sure you had this

8    conversation, or do you think you had this

9    conversation?

10         A     I think I had this conversation.  Again,

11   I was jet lagged, and this was four years ago,

12   so --

13         Q     And is the doubt --

14         A     -- my recollection is -- my recollection

15   is very fuzzy.

16         Q     And this -- this conversation -- let me

17   strike that.

18                Is the doubt that you don't know if

19   it was during this conversation or a later

20   conversation, or are you concerned you might be

21   imagining the whole thing?

22         A     Yeah, I'm -- I'm certain that, you know,

23   it could have been this conversation or the

24   following breakfast.  It's also possible...

25         Q     So is it fair to say Craig told you this,



CONFIDENTIAL

Page 73

1    you just don't remember when?

2              MR. KASS:  Object to form.

3         A    Yes.

4         Q    Okay.  So after you -- you met with Craig

5    in this initial conversation, did you go right to

6    the proof section -- proof session?

7              MR. KASS:  Object to form.

8         A    Yes.  The proof session was -- it was one

9    continuous meeting in that room at the hotel.

10        Q    Can you -- can you walk me through that

11   proof session?

12        A    Sure.  I -- I do recall producing a

13   brand-new USB stick.  So I had my laptop with me

14   and a -- put a brand-new, sealed-in-the-package USB

15   stick on the table, which I expected Craig to take

16   and produce some digital signatures that I could

17   then verify on my laptop.  That did not happen.

18   Instead, a laptop was procured, a brand-new laptop

19   was procured by an assistant.  I think it was an

20   assistant for one of the -- I don't know whose

21   assistant it was.

22              Craig and I waited in the room while

23   the laptop was purchased.  It was then unpacked and

24   booted up for the first time in front of me.  And

25   the proof then was Craig downloaded and installed



CONFIDENTIAL

Page 74

1    software.

2                     And then, after some -- many hours, I

3    don't recall how many hours, but it took much

4    longer than -- than expected, at the end of that, I

5    was convinced that he had taken one of the early

6    blocks and signed a message using its private key.

7         Q    Which block did he use?

8         A    It was the block that -- I believe it was

9    block 10, the block that -- that had the

10   transaction from Satoshi to Hal Finney.

11        Q    So the assistant that went to get the

12   computer -- sorry.  Strike that.

13                    Did you accompany the assistant to go

14   purchase the new computer?

15        A    No.

16        Q    When the computer came back, how -- did

17   you verify that it was factory sealed?

18        A    No.

19        Q    When the -- when the computer started up,

20   did it boot up with the typical initial startup

21   that's required on a new computer?

22        A    Yes.

23        Q    Which Bitcoin wallet did -- did

24   Dr. Wright use for the demonstration?

25                    MR. KASS:  Object to form.



CONFIDENTIAL

Page 75

```
 1         A     Which -- I be -- I'm not sure -- do
 2   you -- do you mean which software did he use?
 3         Q     Meaning, yes, which software did Craig
 4   use to -- to initiate the transaction, the signed
 5   transaction?
 6         A     I went back and checked my notes this
 7   morning, and it was Electrum.
 8         Q     Do you have notes of that actual meeting
 9   somewhere?
10         A     I don't have contemporaneous notes.  The
11   best I have is a -- a Reddit private message thread
12   that I had with a person on Reddit that -- that I
13   gave up as part of discovery.  Those are the
14   best -- that's the best notes that I have.
15         Q     And whose -- did you suggest that he use
16   Electrum?
17               MR. KASS:  Object to form.
18         A     No.
19         Q     He chose Electrum?
20               MR. KASS:  Object to form.
21         A     He chose Electrum, yes.
22         Q     How was -- how was -- how was it -- how
23   was it downloaded?  How was it -- how did Electrum
24   end up on the computer?
25         A     It was downloaded via the hotel Wi-Fi
```



CONFIDENTIAL

Page 76

1    from the -- and I don't recall if it was from the

2    Electrum website or from GitHub.

3         Q    And did you verify -- did you watch the

4    laptop connect to the hotel's Wi-Fi?

5         A    I don't recall.

6         Q    Did you see him input, like, the log-in

7    codes that are typically associated with a hotel

8    Wi-Fi?

9         A    I don't recall.

10        Q    Is it possible it was not the hotel's

11   Wi-Fi?

12        A    Yes, it --

13             MR. KASS:  Object to form.

14        A    Yes, it is possible.

15        Q    When Electrum was downloaded either from

16   GitHub or from Electrum's website, did you verify

17   that it had the HTTPS security certificate on the

18   website?

19        A    I don't recall.

20        Q    Did you verify the hash digest of the

21   download against something you had brought with you

22   independently?

23             MR. KASS:  Object to form.

24        A    The hash digest of the Electrum software?

25   No, I did not.



CONFIDENTIAL

Page 77

```
 1        Q    And I understand you were jet lagged

 2   during this.  Is it fair to say you were exhausted

 3   at this point?

 4        A    Yes, I was.

 5        Q    So how did -- as I understand it, Craig

 6   signed the message on his own computer, and then

 7   you verified that signature on the new computer.

 8   Is that -- is that right?

 9             MR. KASS:  Object to form.

10        A    No.  Everything happened on that new

11   computer.  That's not true.  There had to be a

12   private key involved.

13             I don't recall -- I don't recall if

14   he signed a message on his computer and then

15   transferred it to the new computer, or if he

16   transferred the private key to that new computer.

17   I don't recall which method was used.

18             (Pause.)

19             (Exhibit 11 marked for

20             identification.)

21        Q    So I'm handing you what's been marked as

22   Plaintiffs' Exhibit 11, and it's been produced by

23   you as -- we've marked it as Gavin 2007.

24             Take a moment to familiarize yourself

25   with it, and then, if you would, turn to 2009 at
```



CONFIDENTIAL

Page 78

1    the bottom.

2              Is this that Reddit private message

3    you discussed earlier?

4        A    Yes, it is.

5        Q    And if you go to the bottom of page 2009,

6    do you see it says, CSW signed on his laptop using

7    Electrum.  GA -- which I assume is Gavin Andresen

8    -- did not witness the procedure on CSW's screen.

9    CSW put the signature in a text file and put the

10   text file on GA's USB stick.

11             Does this help refresh your

12   recollection of --

13       A    2009.

14       Q    -- what happened?  Sorry?  Do you want to

15   keep reading?

16       A    Let me --

17       Q    Yeah.  Go ahead.

18       A    -- find the...

19             MR. KASS:  I'm just objecting to the

20   use of this document.

21             MR. FREEDMAN:  Okay.  On what basis?

22             MR. KASS:  It's not clear if this is

23   a Reddit post.  It looks like something that was

24   copied and pasted into a Word document.  Nothing

25   has been established as to the providence of this



CONFIDENTIAL

Page 79

1    document.  So until that's established...

2                (Pause.)

3    BY MR. FREEDMAN:

4        Q    All right.  Let me take a step back,

5    actually, before you do that and address Mr. Kass's

6    concern.

7                Do you recognize this particular

8    document?

9        A    Yes.

10       Q    Can you explain to me how I obtained

11   possession of this document?

12       A    I went into my Reddit account and went

13   back through my Reddit private messages, and then I

14   copied and pasted into a text document that I sent

15   to you as part of my response to the subpoena I

16   received.

17       Q    And is this an accurate copy and paste of

18   the Reddit messages?

19       A    Some of the formatting is a little weird,

20   but, yes, all of the text is.

21       Q    The substance is accurate?

22       A    The substance is accurate, I believe.

23               MR. FREEDMAN:  Okay.  Still have an

24   objection?

25               MR. KASS:  We'll get to it on cross.



CONFIDENTIAL

Page 80

1    I mean --

2                    MR. FREEDMAN:  Okay.

3                    MR. KASS:  -- a little better.

4         Q    So, Mr. Andresen, does this help -- is

5    this a completely accurate description of exactly

6    what occurred in that demonstration?

7         A    The -- the text that we were talking

8    about, the -- let's see.

9                    (Pause.)

10        A    Yes.  I believe at least everything on

11   page 2009 and 2010, this person I was corresponding

12   with put together from things I had said publicly

13   around the time that this was being discussed.

14        Q    And there's a message here, it says you

15   got -- are you Etmet -- Etmetm?

16        A    No, I am not Etmetm.  That was the person

17   I was discussing with that.  Etmetm is one of

18   the -- I believe he says he's an Electrum

19   developer.

20        Q    Got it.  And there's a message on the --

21   on page 2011, it says, "You got several details

22   wrong.  I'll correct when on my computer next."

23                    Is that -- is that from you?

24        A    That is from me, yes.

25        Q    Did you ever correct?



CONFIDENTIAL

Page 81

1        A     No.

2        Q     Okay.  What was wrong?

3        A     Oh, boy.  Yeah, I don't recall what was

4    wrong.

5        Q     Regardless, does this -- does this

6    exchange -- does this document help refresh your

7    recollection as to whether the signature was -- the

8    sig -- the proof process was done completely on the

9    new computer or whether it involved two computers?

10       A     I have no memory of it.  So this document

11   is the best record of what probably happened.

12       Q     Okay.  So you would defer to this

13   document?

14       A     Yes.

15             MR. KASS:  Object to form.

16       Q     Is one of the mistakes -- do you believe

17   one of the mistakes in the document is that it was

18   signed on Craig's laptop and transferred to yours

19   with a USB stick?

20             MR. KASS:  Object to form.

21       A     It's possible that that is one of the

22   mistakes, because I don't remember the USB stick

23   ever being removed from its bubble shell factory --

24   but it might have been.

25       Q     So how did Craig get -- assuming that it



CONFIDENTIAL

Page 82

```
 1    was all done on the new computer, how did Craig get

 2    the private key to block 9 onto the new computer?

 3                  MR. KASS:  Object to form.

 4         A    I don't know.

 5         Q    And then what -- what would have been the

 6    -- did you go ahead and verify it after he had

 7    signed it?

 8                  MR. KASS:  Object to form.

 9         A    Did I?  If I recall correctly, Craig

10    signed a message, and I saw him do the command to

11    -- to sign the message.  I think it must have been

12    on his personal computer.  And we probably did use

13    a USB stick to move it to the -- the fresh

14    computer.  And then Craig typed on the fresh

15    computer the verify command, which failed

16    initially.  We did it a second time, and -- and

17    that verification succeeded.

18         Q    What was different?  Why did it fail and

19    then why did it succeed?

20         A    We were verifying a slightly different

21    message.  I think that it was, you know, Gavin's

22    favorite number is 11, maybe, if I recall

23    correctly, dash, CSW versus Gavin's favorite number

24    is 11.  And we had just -- again, it had been a

25    long day.  I was jet lagged.  I think Craig was
```



CONFIDENTIAL

Page 83

1    tired after wrestling with new computers and

2    software, and -- and, hence, the -- the failed

3    first attempt and the -- the successful second

4    attempt.

5         Q    Wasn't the message copied from the

6    original signed message and then pasted and then

7    again copied and pasted to verify?

8              MR. KASS:  Object to form.

9         A    I'm not sure I understand the question.

10        Q    Was the message, Gavin's favorite -- so

11   we had the signed -- we had the signed message,

12   right?

13        A    You have a message that you then sign and

14   create a digital signature --

15        Q    Right.

16        A    -- yes.

17        Q    Then how did you go about verifying that

18   signature?

19        A    You take the digital signature, you

20   transfer it to -- well, you don't have to transfer

21   it to another computer, but you can then -- given

22   the -- the public key, which -- which I knew from

23   the early Bitcoin block, public key, the signature,

24   and the message that you signed, together, form a

25   verification, so you need those three things.



CONFIDENTIAL

Page 84

 1       Q    And so my question is:  You didn't --

 2  there -- there wasn't a copy and paste of the

 3  message you were signing, you didn't create a Word

 4  file or a text file of "Gavin's favorite number is

 5  11-CSW," save that, put it on the USB, reopen that,

 6  and use that as one of the three factors?

 7       A    No, the --

 8            MR. KASS:  Object to form.

 9       Q    Sorry.  Go ahead.

10       A    No.  The message was --

11       Q    Retyped.

12       A    -- entered, retyped.

13            THE VIDEOGRAPHER:  Counsel, I'm sorry

14  to interrupt.  I have a bit of a technical issue.

15  Could we go off the record --

16            MR. FREEDMAN:  Sure.

17            THE VIDEOGRAPHER:  -- for a moment?

18            MR. FREEDMAN:  Time is 11:01.  We're

19  going off the record.  This will mark the end of

20  Media Unit No. 1.  We're off the record.

21            (Off record.)

22            THE VIDEOGRAPHER:  The time now is

23  11:10 a.m.  We're coming back on the record.  Now

24  beginning Media Unit No. 2 in our deposition with

25  Gavin Andresen.  We're on the record.



CONFIDENTIAL

Page 85

1   BY MR. FREEDMAN:

2       Q    Has this discussion at all refreshed your

3   recollection of whether there was, in fact, a

4   transfer of the signature from one computer to

5   another?

6               MR. KASS:   Object to form.

7       A    No.  Again, my -- I don't recollect that

8   level of detail.

9       Q    Is it fair to say that if -- if there was

10  a transfer, you did not verify that there was no

11  other software installed on the USB stick?

12              MR. KASS:   Object to form.

13      A    Yes.

14      Q    Can you guarantee there was an authentic

15  version of Electrum used for this signing event?

16              MR. KASS:   Object to form.

17      A    Can I guarantee?  No.  It's possible that

18  a rogue version was downloaded.

19      Q    Can you guarantee that no code under

20  Craig's control was installed on the computers used

21  to verify the message?

22              MR. KASS:   Object to form.

23      A    No.

24      Q    Did you verify the public address of

25  block 9 or 10 with the public address that had been



CONFIDENTIAL

Page 86

1   used to sign the block?  Did you go through every

2   letter and verify it matched?

3       A    I brought a list of all the early block

4   public addresses, and I did verify -- I don't

5   recall if I went through every single letter, but I

6   probably did at least the first four to six and the

7   last four to six, which is typically how I verify a

8   public address is -- is what I think it is.

9       Q    During the public proof demonstration,

10  was there any mention of a -- of needing a trust's

11  permission to use the private key?

12      A    I don't recall.

13      Q    Do you recall how the private key to

14  block 9 was stored on Craig's laptop in order for

15  him to sign?

16           MR. KASS:  Object to form.

17      Q    Let me strike that.

18           Do you recall how the pub -- the

19  private key to block 9 was stored by Craig Wright?

20      A    No.

21      Q    But if it was a valid signing, he had to

22  have had access to the private key of -- of

23  block 10?

24           MR. KASS:  Object to form.

25      A    Yes.



CONFIDENTIAL

Page 87

1      Q    Okay.  I think I said 9 before, but if
2  I'm saying block 9 or 10, I'm referring to the same
3  block, it's that one that Satoshi sent to Hal and
4  Hal sent back.  10 versus 9 being where you're
5  starting from counting, right?
6      A    Yes.
7      Q    Okay.
8      A    And, again, my recollection of the block
9  number could very well be incorrect.
10     Q    Did you choose the message you wanted
11  signed?
12     A    Yes.
13     Q    Including the CSW at the end of the
14  message?
15           MR. KASS:  Object to form.
16     A    No, I did not choose the including CSW at
17  the end of the message.
18     Q    So he added that on his own?
19           MR. KASS:  Object to form.
20     A    Yes.
21     Q    I think you've publicly stated that it's
22  certainly possible you were bamboozled by Craig.
23  Do you recall saying that?
24           MR. KASS:  Object to form.
25     A    Yes.



CONFIDENTIAL

Page 88

1    Q    What led to you thinking that it was
2    certainly possible you were -- well, let me take a
3    step back.
4              Sitting here today, do you believe
5    that you saw a proper signature with the private
6    key to block 9?
7    A    Sitting here today, I think it's more
8    likely than not that I saw a proper signature, but
9    I -- but I do have some doubt.
10   Q    And what made you acknowledge that it's
11   certainly possible you were bamboozled?
12   A    As I think I state in this kind of Reddit
13   private message, I did not expect the private
14   proving session to have as much weight as it did.
15   So there were certainly, you know, pos -- there are
16   places in the private proving session where I could
17   have been fooled, where somebody could have
18   switched out the software that was being used or,
19   perhaps, the laptop that was delivered was not a
20   brand-new laptop, and it had been tampered with in
21   some way.  I was also jet lagged.
22              And, again, I was not in the head
23   space of this is going to prove to the world that
24   Craig Wright is Satoshi Nakamoto.  I was in the
25   head space of, you know, this will prove to me



CONFIDENTIAL

Page 89

1  beyond a reasonable doubt that Craig Wright is

2  Satoshi Nakamoto.

3           And my doubts arise because the proof

4  that was presented to me is very different from the

5  pseudo proof that was later presented to the world.

6     Q    So after the -- after the proof session

7  was over, what happened next?

8     A    I went and got fish and chips, I had a

9  lovely fish-and-chips dinner, and then went to

10 sleep.

11          The next morning, met with Craig and

12 what's his name and who's his face, the money guys,

13 for a traditional English -- English breakfast at

14 the hotel, the hotel restaurant.

15    Q    Okay.  And during the proof session, did

16 Dave Kleiman get brought up at all?

17          MR. KASS:  Object to form.

18    A    Again, I believe he was mentioned as one

19 of the three people.

20    Q    Let's take that -- let's take that out of

21 it, 'cause I understand you're not sure whether

22 that was said in the first meeting at the proof

23 session or at the breakfast in the morning, so

24 let's take that out.

25          Aside for this conversation --



CONFIDENTIAL

Page 90

```
 1      A    Okay.

 2      Q    -- with Dave Kleiman being one of the

 3 three people behind the Satoshi Nakamoto moniker,

 4 was there any other mention of Dave Kleiman during

 5 the proof session?

 6              MR. KASS:  Object to form.

 7      A    I don't recall.

 8      Q    So then you -- the next morning you had a

 9 proper English breakfast with the money men.  Did

10 Craig attend that meeting?

11      A    Yes.

12      Q    So it was four people?

13      A    Four people, yes.

14      Q    Was it four people the entire time?

15      A    Yes, I believe so.

16      Q    Okay.  And aside for, again, the

17 conversation, we don't know when it took place,

18 about Dave Kleiman's involvement with Satoshi being

19 one of the three people, was Dave Kleiman raised at

20 that breakfast?

21              MR. KASS:  Object to form.

22      A    I don't recall.

23      Q    Were the trusts raised at that breakfast?

24              MR. KASS:  Object to form.

25      A    I don't recall.
```



CONFIDENTIAL

Page 91

1    Q    Were any trusts raised at that breakfast?

2         MR. KASS:  Same objection.

3    A    I don't recall.

4    Q    During any of these three conversations

5    with Craig, did you ever talk to Craig about where

6    all of his Bitcoin were?

7    A    No.

8         MR. KASS:  I'm gonna object to form.

9    Q    Can you tell me a bit more about the

10   conversation, whenever it occurred, with Craig

11   about the three people behind Satoshi Nakamoto?

12        MR. KASS:  Object to form.

13   A    Can I tell you more about that

14   conversation?  I don't think so.  My memory is very

15   fuzzy.  I believe we had a conversation, a short

16   two sentences, about that, but I don't recall

17   details.

18   Q    How did it come up?

19   A    I don't recall.

20   Q    And -- and how did he reference the

21   mysterious third character; what -- what did he --

22   how did he refer to that character?

23        MR. KASS:  Object to form.

24   A    I think he just said, "And there was

25   somebody else."



CONFIDENTIAL

Page 92

1          Q    And -- sorry.

2          A    And that's it.  I -- I did not -- it

3     didn't seem to be any of my business to ask who the

4     other mysterious third person was.

5          Q    And -- and what was the -- the statement,

6     that these three people what?

7          A    That these three people were involved in

8     creating Bitcoin in 2009.

9          Q    Did he --

10               MR. KASS:  Object to form, prior

11     question.

12         Q    Did he describe what the duties of each

13     of the three were?

14               MR. KASS:  Object to form.

15         A    Not that I recall, no.

16         Q    Did he claim one was more Satoshi than

17     the rest?

18               MR. KASS:  Object to form.

19         A    I believe he claimed that he was the

20     primary inventor.

21         Q    And what did you -- what did he mean by,

22     or did he explain what he meant by, being the

23     "primary inventor"?

24               MR. KASS:  Object to form.

25         A    I got the impression, or at least I



CONFIDENTIAL

Page 93

1   believe he -- again, I don't recall details, but he

2   might have said something like, "It was my idea."

3       Q    So did he claim credit for anything more

4   than just saying it was his idea or --

5               MR. KASS:  Object.

6       Q    -- did he leave it at, "It was my idea"?

7               MR. KASS:  Object to form.

8       A    I believe he left it at, "It was my

9   idea."

10      Q    During any of these conversations, did

11  you ask him why he had disappeared in 2011?

12      A    No.

13      Q    Did he explain why he disappeared in

14  2011?

15      A    I believe he said that he was, at that

16  time, going through a divorce.

17      Q    Um-hm.  And, therefore...

18              MR. KASS:  Object to form.

19      A    That he was going through a divorce and

20  just the personal stress of that contributed to him

21  stepping back, away from the project.

22      Q    I think it was Plaintiffs' Exhibit 1 was

23  Satoshi's message to you that he was moving on to

24  other things.  Do you recall that?

25      A    Yes.



CONFIDENTIAL

Page 94

1       Q     Did you ask him what those other things
2   were?
3       A     I don't recall.  I don't think I did.
4       Q     Did the topic of the other two members of
5   the Satoshi team ever come up in front of the money
6   men?
7                 MR. KASS:  Object to form.
8       A     They were there during all of my
9   conversations with Craig, at least one of them --
10  one or the other of them were there, so, yes, it
11  would have been in front of them.
12      Q     Do you remember which?
13      A     No, I don't recall.
14      Q     Did they ever express concern about who
15  might have the rights to Satoshi's work product?
16                MR. KASS:  Object to form.
17      A     No.
18      Q     Did that issue ever get discussed?
19                MR. KASS:  Object to form.
20      A     No.
21      Q     During the conversations with Craig, did
22  his wealth ever come up?
23                MR. KASS:  Object to form.
24      A     Did his wealth ever come up?  No.
25      Q     Did you ever ask him what he intended to



CONFIDENTIAL

Page 95

1    do with the fortune of Bitcoin he was sitting on?

2              MR. KASS:  Object to form.

3        A    No.

4        Q    Did he say what he intended to do with

5    the fortune of Bitcoin?

6              MR. KASS:  Object to form.

7        A    Not that I recall.

8        Q    It seems you exercised extreme restraint

9    in not asking.

10       A    Yes, I did.

11             MR. KASS:  Object to form.

12             (Exhibit 12 marked for

13             identification.)

14       Q    I want to pull you out of the timeline

15   for a second, just so you see where I'm going with

16   things.

17             I'm handing you what's been marked as

18   Plaintiffs' Exhibit 12, and it is comprised of

19   Gavin 683 and 684.

20             Do you recognize this email?

21       A    Yes.

22       Q    To put this email -- and this is an email

23   from Robert MacGregor to you and Jon Matonis?

24       A    Yes.

25       Q    CC'ing Stefan Matthews from nCrypt?



CONFIDENTIAL

Page 96

1       A     Yes.

2       Q     And these are the money men?

3             MR. KASS:  Object to form.

4       A     Rob.  Yes, I believe they are.

5       Q     Okay.  And 683 is the email, 684 is its

6    attachment?

7             MR. KASS:  Object to form.

8       Q     It's the next page.

9       A     Yes.

10      Q     Do you recall receiving this email and

11   its attachment?

12      A     I recall -- do I recall receiving it?  I

13   recall giving it to you as part of the discovery

14   process for the subpoena.

15      Q     So at some point you received it?

16            MR. KASS:  Object.

17      A     At some point I did receive it, yes.

18      Q     Okay.  And to put this in context, and

19   we'll get back to the timeline in a minute, Craig

20   attempts to prove to the world publicly that he is

21   Satoshi, and provides less than perfect proof.  Is

22   that an accurate statement?

23            MR. KASS:  Object to form.

24      A     Yes.

25      Q     And when that proof fails to demonstrate



CONFIDENTIAL

Page 97

1   who he says he is, the money men go into crisis

2   mode to save the day.  Is that an accurate

3   paraphrase of what's going on?

4            MR. KASS:  Object to form.

5       A    Yes.

6       Q    And as part of that saving of the day to

7   recover Craig's reputation, they propose that there

8   will be -- that Craig will actually send Bitcoin

9   from block 9 or block 10, that -- I think they're

10  referring to it as block 9, but it's the same

11  block, to you and Jon Matonis as unequivocal,

12  uncontrovertible proof that he has the private key

13  to block 9 --

14           MR. KASS:  Object to form.

15      Q    -- is that fair?

16      A    Yes.

17      Q    And in the attachment, it lays out kind

18  of the process of what they're going to release --

19  or, rather, it is, in fact, a blog post that they

20  were going to post; is that right?

21           MR. KASS:  Object to form.

22      A    Yes.

23      Q    And it was -- it was a draft blog post

24  for Craig to post?

25           MR. KASS:  Object to form.



CONFIDENTIAL

Page 98

1        A     Yes.

2        Q     And in it, it starts off saying, "While

3    Hal Finney was not the second person to actually

4    run Bitcoin as he had speculated, that distinction

5    goes to Dave Kleiman."

6                  You see that?

7        A     Yes, I see that.

8        Q     Is this consistent with your

9    conversations with Craig that Dave Kleiman was the

10   second person to run Bitcoin?

11                MR. KASS:  Object to form.

12       A     I don't know that we ever discussed

13   running Bitcoin.

14       Q     Okay.

15       A     So, no, I don't think I ever had any

16   discussion about who was running Bitcoin when with

17   Craig.

18       Q     After you received this message, did you

19   communicate with Craig at all about Dave Kleiman

20   being the second person to run Bitcoin?

21       A     Not that I recall.

22       Q     Did you understand that Craig had signed

23   off on this blog post?

24                MR. KASS:  Object to form.

25       A     I don't think I had any knowledge about



CONFIDENTIAL

Page 99

1   whether Craig had seen this blog post prior to me

2   seeing this blog post.

3        Q    And then if you look down at the fourth

4   paragraph, it says, "Obviously, I'm well aware of

5   the furore that has been created because I did not

6   immediately sign a message with the private key

7   from this block.  I will make the reasons for this

8   clear and provide further context in an upcoming

9   post."

10            Do you see that?

11       A    Yes.

12       Q    Did he ever make the reasons for his

13   failure clear?

14       A    I don't think so, no.

15       Q    And did he ever provide further context?

16       A    He wrote a lot -- he wrote a lot

17   afterwards, and -- and a lot I didn't read, so I

18   don't know.

19            MR. FREEDMAN:  Do we want to maybe

20   take a minute and see if we can get them to quiet

21   down?

22            THE VIDEOGRAPHER:  Great idea.

23            The time is 11:31.  We're going off

24   the record.

25            (Off record.)



CONFIDENTIAL

Page 100

```
 1              THE VIDEOGRAPHER:  The time is

 2    11:33 a.m.  We're back on the record.

 3    BY MR. FREEDMAN:

 4         Q    Are you aware that -- did Craig ever

 5    mention Patrick Paige to you?

 6         A    Not that I recall.

 7         Q    Are you aware that Patrick Paige is --

 8    was one of Dave's best friends, Dave Kleiman's best

 9    friends?

10         A    No.

11         Q    Are you aware that he testified that in

12    2014 Craig told him Craig was a part of a group of

13    people that had created Bitcoin?

14              MR. KASS:  Object to form.

15         A    No.

16         Q    Is that consistent with what Craig told

17    you?

18              MR. KASS:  Object to form.

19         A    Yes.

20         Q    Did you ever read Andrew -- did you ever

21    come to meet Andrew O'Hagan -- or, sorry.  Strike

22    that.

23              Did you ever come to be introduced to

24    Andrew O'Hagan?

25         A    I don't think I've met him in person.
```



CONFIDENTIAL

Page 101

1      Q     But you spoke with him?

2      A     I don't know if we ever had a phone

3   conversation.  I've definitely emailed with him.

4      Q     You've communicated with Andrew O'Hagan?

5      A     I have communicated with Andrew O'Hagan,

6   yes.

7      Q     Did you ever come to read the story he

8   put together called "The Satoshi Affair"?

9      A     Yes, I did.

10     Q     I'm gonna hand you what we're marking as

11  Plaintiffs' Exhibit 13.

12            (Exhibit 13 marked for

13            identification.)

14            MR. FREEDMAN:  I might have a second

15  copy for you, but it's 83-1.

16            MR. KASS:  Well, if you have one for

17  me, that will be helpful.

18            (Pause.)

19            (Document exhibited to counsel.)

20     Q     Do you recognize -- do you recognize what

21  I've just handed you as Plaintiffs' Exhibit 13?

22     A     Yes.

23     Q     Okay.  And can you turn -- and is this

24  "The Satoshi Affair" article that Andrew O'Hagan

25  drafted or wrote -- authored?



CONFIDENTIAL

Page 102

```
 1      A    I believe so, yes.

 2      Q    And is the characterization of the

 3 signing session, the proof session, is that

 4 accurate?

 5            MR. KASS:  Object to form.

 6      A    I would have to go back and reread it.

 7      Q    All right.  Well, let's come back to

 8 that.

 9            Can you page -- turn to page -- see

10 on the top there's blue page numbers?  Sorry.

11 They're not blue in your copy.

12            Do you see in the top that there's a

13 header, it says page X --

14      A    Yes.

15      Q    -- of Y?

16      A    Yes.

17      Q    Can you -- can you turn to page 26.

18      A    Yep.

19      Q    If you go to the middle paragraph, do you

20 want to read that first sentence for the record?

21      A    "Dave Kleiman was to become the most

22 important person in Wright's professional life, the

23 man he says helped him do Satoshi's work."

24      Q    Is this consistent with statements you

25 heard from Craig?
```



CONFIDENTIAL

Page 103

1           MR. KASS:  Object to form.

2      A    Yes.

3      Q    And can you turn to page 76.

4           And way at the bottom, this is Andrew

5  O'Hagan recounting a conversation he had with

6  Craig.  Can you go ahead and read that back and

7  forth?

8      A    In a conversation I had, right?

9      Q    No.  Andrew O'Hagan with Craig Wright.

10  Starting from "but you can say," can you read that

11  for the record, please?

12          MR. KASS:  Object to form.

13     A    "But you can say, hand on heart, I am

14  Satoshi Nakamoto."

15     Q    And then Craig's response on the next

16  page, 77.

17          MR. KASS:  Same objection.

18     A    "I was the main part of it.  Other people

19  helped.  At the end of the day, none of this would

20  have happened with Dave Kleiman, without Hal

21  Finney, and without those who took over, like Gavin

22  and Mike."

23     Q    Are these statements about Dave Kleiman

24  consistent with other statements Craig has made to

25  you?



CONFIDENTIAL

Page 104

1              MR. KASS:  Object to form.

2      A     Yes.

3      Q     Can you turn back to page 27.

4              And on page 27 -- sorry.

5              (Pause.)

6      Q     Do you see the paragraph that starts off,

7   "We needed people to respond to us"?

8      A     Yes.

9      Q     Halfway through that paragraph there is a

10  sentence that begins with "If"?

11     A     Yes.

12     Q     It's a -- it's a quote from Craig.  Can

13  you read that for the record?

14     A     "If I" -- "if I had come out originally

15  as Satoshi, without Dave, I don't think it would

16  have gone anywhere.  I've had too many

17  conversations with people who get annoyed because

18  it's me."

19     Q     Is that also consistent with your

20  conversations with Craig?

21              MR. KASS:  Object to form.

22     A     Yes.

23     Q     And consistent with statements Craig has

24  told you?

25              MR. KASS:  Object to form.



CONFIDENTIAL

Page 105

1      A     Yes.

2      Q     Can you go to page 31 for me?

3      A     (Witness complied.)

4      Q     And in the second paragraph of page 31,

5   Andrew O'Hagan quotes an email dated 12th

6   March 2008.  Do you see that?

7      A     Yes.

8      Q     And can you read the -- can you read the

9   quote that he's quoting from that article -- I'm

10  sorry -- can you read the quote of the email that

11  he's quoting?

12     A     That begins, "I need your help"?

13     Q     Yes.

14     A     "I need your help editing a paper I am

15  going to release later this year.  I have been

16  working on a new form of electronic money, Bit

17  cash, Bitcoin.  You are always there for me, Dave.

18  I want you to be part of it all.  I cannot release

19  it as me.  GMX, Vistomail, and Tor, I need your

20  help and I need a version of me to make this work

21  that is better than me."

22     Q     Is this email consistent with the story

23  Craig told you about his and Dave's collaboration?

24              MR. KASS:  Object to form.

25     A     Yes.



CONFIDENTIAL

Page 106

1              (Discussion off the record.)

2              THE VIDEOGRAPHER:  There's a signal

3    going through the audio that is disruptive, but it

4    doesn't prevent you from hearing everything.  It's

5    just annoying.  I don't know -- it just popped up.

6    I don't know where it's coming from.  We could go

7    off the record, we could try to track it down, but

8    I don't know.

9              MR. FREEDMAN:  How bad is it?

10             Maybe we should go off the record

11   while we're doing this.

12             THE VIDEOGRAPHER:  Let's go off,

13   yeah.  The time is 11:41.  We're going off the

14   record.

15             (Off record.)

16             THE VIDEOGRAPHER:  The time is

17   11:45 a.m.  We're coming back on the record.  Now

18   beginning -- no, continuing with Media Unit No. 2.

19   Sorry.  We're on the record.

20   BY MR. FREEDMAN:

21      Q    If you turn to page 36, and you go to the

22   bottom of the page, you'll see a sentence that

23   says, "I asked Wright about this, and he told me it

24   was true, that his and Kleiman's mining activity

25   had led to a complicated trust."



CONFIDENTIAL

Page 107

1            Did you discuss trusts at all with

2     Craig?

3            MR. KASS:  Object to form.

4     A    I don't recall.

5     Q    Did you discuss his and Dave Kleiman's

6     mining activity?

7            MR. KASS:  Object to form.

8     A    No.

9            (Exhibit 14 marked for

10           identification.)

11    Q    I'm gonna hand you what has been marked

12    as Plaintiffs' Exhibit 14.  And for the record,

13    it's Gavin 1007.

14           Do you recognize this email?

15    A    Yes.

16    Q    And it's an email from Craig to you and

17    Jon Matonis?

18    A    Yes.

19    Q    On April 27, 2016?

20    A    Yes.

21    Q    If you look three paragraphs down from

22    the top, do you see where Craig writes to you, "In

23    the past I would joke with Dave before he died

24    about being Bond villains"?

25    A    No, I'm not seeing that.  Third paragraph



CONFIDENTIAL

Page 108

1   from the --

2              (Counsel indicating.)

3      A    Oh, there.  Sorry.  I was going from the

4   bottom.  Yes, I see that.

5      Q    So you understood this to be a reference

6   to Dave Kleiman?

7              MR. KASS:  Object to form.

8      A    Yes.

9      Q    So, clearly, you had discussed Dave

10  Kleiman before this date?

11             MR. KASS:  Object to form.

12     A    Yes.

13     Q    Beyond the statements that he, Dave

14  Kleiman, and a mysterious third person had created

15  Bitcoin together, did the other -- did he make any

16  other statements about Dave Kleiman?

17             MR. KASS:  Object to form.

18     A    I don't recall.

19     Q    "Starting a Bitcoin company has meant

20  dealing" --

21             THE STENOGRAPHER:  I'm sorry.  Can

22  you start again?

23     Q    "Starting a Bitcoin company has meant

24  dealing with so many people in the past that it

25  made me feel that way."



CONFIDENTIAL

Page 109

1              Did you ever understand why he felt

2     like a Bond villain starting a Bitcoin company?

3          A    No.

4          Q    Do you see the paragraph that starts,

5     "This time"?

6          A    Yes.

7          Q    The last sentence of it, can you read it

8     for the record?

9          A    "I wonder how long I can keep my other

10    wallets secret.  Soon it won't matter."

11         Q    Do you know what he meant here by "other

12    wallets"?

13              MR. KASS:  Object to form.

14         A    No.

15         Q    Did you ever come to learn what he meant

16    by "other wallets"?

17              MR. KASS:  Object to form.

18         A    No.

19         Q    Do you see the second-to-last sentence of

20    the paragraph after that?  It starts, "But most

21    importantly," and then the whole sentence says,

22    But, most importantly, I have capital?

23         A    Yes.

24         Q    Did you understood -- did you ever come

25    to understand where that capital came from?



CONFIDENTIAL

Page 110

1          MR. KASS:  Object to form.

2     A    No.

3     Q    Do you understand how much capital he

4  had?

5     A    No.

6          MR. KASS:  Object to form.

7          (Exhibit 15 marked for

8          identification.)

9     Q    I'm going to hand you what's been marked

10 as Plaintiffs' Exhibit 15 and is Bates labeled

11 Gavin 357.

12         Do you recognize this email?

13    A    Yes.

14    Q    Can you explain what these emails were?

15         (Witness perusing document.)

16    A    Let me -- let me parse out the thread.

17 So I was contacted by Uyen Nguyen -- I don't know

18 how you pronounce the name.

19    Q    I think that's right.

20    A    -- Uyen Nguyen back in 2016.  They were

21 -- they claimed that they were trustee for some

22 trust that Craig Wright had set up.  And, if I

23 recall correctly, they were -- they were asking if

24 I could help put them in touch with Craig, because

25 they were running into some issues with the IRS or



CONFIDENTIAL

Page 111

1   something.  I think that's what the -- and I may be

2   misremembering, 'cause I may have had several

3   communications with them.

4           Third -- and then this particular

5   document is from Ian Grigg, who was asking me not

6   to make all of the information public about trusts

7   and -- and various other -- I guess about -- about

8   trusts.

9       Q    Do you know Ian Grigg from before this

10  email?

11      A    No.

12      Q    But did you know him by reputation?

13      A    I don't know if I knew him by reputation

14  before this email.

15      Q    Do you know him now?

16      A    I do know him now, yes.  He's a technical

17  guy, cryptographer-type person.

18      Q    Have you discussed this email with him?

19      A    I have not, no.

20      Q    If you look on the page Bates-labeled

21  358, second page, maybe it's the third paragraph up

22  from the bottom, it says, "Craig Wright is

23  one-third of Satoshi Nakamoto.  He is the only

24  survivor now."

25      A    I see that, yes.



CONFIDENTIAL

Page 112

1      Q    Is that consistent with statements Craig

2   has made to you?

3               MR. KASS:   Object to form.

4      A    I don't know that Craig ever talked about

5   the mysterious third person dying, but I suppose it

6   would be consistent.

7      Q    Do you see in the first paragraph Uyen

8   writes, "I was the one chosen, since I knew who and

9   what they were back in 2010"?

10     A    Where is that?

11     Q    It's in the first paragraph of her email.

12     A    I see it, yes.

13     Q    Did you ever have a conversation with

14  Uyen?

15     A    No.   I think the email conversations that

16  I produced as part of discovery was the only

17  communications I've had with Uyen.

18     Q    Did you ever talk to Craig about these

19  emails from Uyen?

20     A    No.

21     Q    Did you keep the emails confidential?

22     A    Until I was subpoenaed, yes.

23              (Exhibit 16 marked for

24              identification.)

25     Q    I'm handing you what's been marked as



CONFIDENTIAL

Page 113

1    Plaintiffs' Exhibit 16, Bates 622.

2              Do you recognize this email?

3              (Witness perusing document.)

4        A    Yes.

5        Q    And do you see your email -- this is

6    the -- the email we just looked at a moment ago

7    from Uyen that was at the bottom of the chain of

8    Plaintiffs' Exhibit 15, right?

9        A    Yes.

10       Q    And then above that, you respond back to

11   Uyen, right?

12       A    Yes.

13       Q    And you say, "Is it possible there are no

14   Bitcoins in the trust, and David and Craig were

15   making up a story all along?"

16             Which trust are you referring to?

17       A    The trust that Uyen Nguyen claimed they

18   were a trustee for.

19       Q    But Craig had never mentioned a trustee

20   before this?

21             MR. KASS:  Object to form.

22       A    I don't recall.

23       Q    And then you say -- well, why don't you

24   read the second paragraph for me, of your email.

25       A    "Given his extreme efforts to avoid



CONFIDENTIAL

Page 114

1    releasing a public signature, I'm starting to doubt

2    that Craig actually possesses the key he claims he

3    has, and he did somehow manage to trick me and,

4    perhaps, has been deceiving people for many years."

5        Q    What do you think now?  Was -- let me

6    take a step back.

7                Was that an accurate statement

8    when -- when you made it?

9        A    Yes.

10       Q    And what do you think now?

11               MR. KASS:  Object to form.

12       A    I'm not sure what to think.  I am -- I

13   might have been bamboozled.

14       Q    In the email that Uyen responds back to

15   your last email, she says, "The troublemaker is

16   Craig himself, not Dave."

17               Do you see that?  Top -- top -- or

18   second sentence of the email.

19       A    Yes, I see that.

20       Q    Do you know what she's referring to?

21               MR. KASS:  Object to form.

22       A    No.

23       Q    Did you ever ask Craig what she was

24   referring to?

25       A    No.



CONFIDENTIAL

Page 115

1    Q    And she finishes the email with,

2    "nLockTime is what controls the trust."

3              Do you see that?

4    A    Yes.

5    Q    Do you know what she means?

6              MR. KASS:  Object to form.

7    A    Yes.  NLockTime is a feature of Bitcoin

8    transactions that allows you to create a

9    transaction that cannot be published to the network

10   to transfer Bitcoins from one person to another

11   until sometime in the future.

12   Q    Okay.  Did you ever get any more detail

13   on what she means by "nLockTime is what controls

14   the trust"?

15   A    No.

16             (Exhibit 17 marked for

17             identification.)

18   Q    Okay.  I'm gonna hand you what's been

19   marked Plaintiffs' Exhibit 17, and it's been

20   Bates-labeled Gavin 33.

21             Do you recognize this email?

22   A    Yes.

23   Q    What is this email?

24   A    This is an email from me to Stefan

25   Matthews about a blog post that I wrote saying that



CONFIDENTIAL

Page 116

1    I believe Craig Wright is Satoshi Nakamoto.

2         Q    Did you end up publishing this blog post?

3         A    Yes, I did.

4         Q    In this form?

5         A    Very close to this form.  You can check

6    my blog, it's actually still there.

7         Q    Okay.  And that final form is obviously

8    what you, yourself, posted?

9         A    Yes.

10        Q    In the draft, you write, on the second

11   paragraph, last sentence, "After spending an

12   afternoon with him" -- him meaning Craig, right?

13        A    Yes.

14             MR. KASS:  Object to form.

15        Q    -- "I am convinced beyond a reasonable

16   doubt he is Satoshi."

17             What convinced you beyond a

18   reasonable doubt at the time?

19        A    It was the combination of speaking with

20   him, communicating with him via email.  It -- he

21   seemed to have the same prickly personality of the

22   person I was communicating with in 2010, combined

23   with a plausible backstory about why he would have

24   stepped away, and then combined with -- I was

25   convinced that he actually did sign and verify a



CONFIDENTIAL

Page 117

1    message using a key from one of the early Bitcoin

2    blocks.  So those three things convinced me at the

3    time.

4        Q    And did the convincing -- the convincing

5    reason for why he stepped away was that he was

6    going through a divorce in 2011?

7        A    Yes.

8        Q    Any -- anything else?

9        A    No.

10       Q    Can you look at the third -- or maybe

11   it's fourth paragraph down, and the second sentence

12   starts with "and."  Can you read that for me?

13       A    "And he cleared up a lot of mysteries,

14   including why he disappeared when he did and what

15   he's been busy with since 2011."

16       Q    So what are the mysteries he cleared up?

17       A    I don't recall what exactly I was

18   referring to then.  Yeah, I don't recall.

19       Q    Is it fair to say that the -- the fact

20   that Satoshi Nakamoto was a team of three

21   individuals is one of those mysteries?

22            MR. KASS:  Object to form.

23       A    I guess that's fair to say, sure.

24       Q    We covered why he disappeared, right, it

25   was the divorce?



CONFIDENTIAL

Page 118

1       A    Yes.

2       Q    And then what he's been busy with since

3    2011?

4       A    Yes.  I believe the academic study.  From

5    previous emails, the -- the -- you know, busy

6    getting further degrees I assumed is what he had

7    been busy with.

8       Q    So we've covered three things:  Why he

9    disappeared, what he's been busy with, and the

10   identity -- the tri-party identity of Satoshi

11   Nakamoto.

12            He wrote, "A lot of mysteries."  Is

13   there more you just don't recall?

14      A    There's more --

15            MR. KASS:  Object to form.

16      Q    I'm just -- was it just an inaccurate

17   statement?  Why did you write, "A lot of

18   mysteries"?  Because three strikes me as a few, not

19   a lot.

20            MR. KASS:  Same objection.

21      A    I don't recall details.  I mean, we

22   discussed some design decisions in Bitcoin

23   software.  And, again, I don't recall the details

24   of exactly which of those -- like, you know, why

25   did he choose C++?  Why did he use Windows?  Why --



CONFIDENTIAL

Page 119

1   why 21 million Bitcoin?  Why -- why the name

2   Satoshi Nakamoto?

3            I believe we discussed some of those

4   things either in London or later in emails, and so

5   those were some of the types of mysteries that I

6   felt like had been cleared up.

7        Q    Why did he choose Satoshi Nakamoto?

8            MR. KASS:  Object to form.

9        A    He actually -- oh, he gave me a -- he

10  gave me a -- a book, which I actually haven't read

11  yet, it's a Japanese -- story about a Japanese

12  merchant, I believe.  Again, I haven't read the

13  book.  But the merchant is named Satoshi.  And so

14  that was his explanation for why he chose the name

15  "Satoshi."

16       Q    Got it.

17            So -- okay.  I want to jump back into

18  the timeline now.  So we left it that you had just

19  exited the proof session on April 7th, and you

20  walked away from the meeting, beyond reasonable

21  doubt, thinking Craig is Satoshi?

22       A    Yes.

23       Q    And that was April 7th?

24       A    Yes.

25       Q    Craig's press conference was May 2nd.



CONFIDENTIAL

Page 120

1          MR. KASS:  Object to form.

2     Q    So I want to cover the period between

3     your meeting Craig -- your meeting Craig for the

4     proof session, and then the ultimate failure of his

5     public proof session.  Is that okay?

6     A    Okay.

7          MR. KASS:  Object to form.

8     Q    So on April 12th, I believe, you get an

9     email from Andrew O'Hagan asking whether or not --

10    did I run out -- there I am, thank you -- asking

11    whether or not you could talk.

12          This is Plaintiffs' Exhibit 18, and

13    it's Bates labeled Gavin 1762.

14          (Exhibit 18 marked for

15          identification.)

16    Q    And in response -- so is that right, you

17    get an email from Andrew O'Hagan asking if you can

18    talk?

19    A    Yes.

20    Q    In response, you forward this to the --

21    the money men and Craig, right?

22          MR. KASS:  Object to form.

23    A    Yes.

24    Q    And you say, I'm not planning on talking

25    to anyone, but let me know if you would like me to



CONFIDENTIAL

Page 121

1    talk to him; is that fair?

2         A    That's correct.

3         Q    Did they end up asking you to talk to

4    him?

5         A    I don't recall.

6         Q    And did they explain to you what Andrew

7    O'Hagan was there to do?

8         A    I don't think so.

9         Q    Did you ever come --

10        A    I don't recall them mentioning Andrew

11   O'Hagan's name at all.

12        Q    Did Andrew O'Hagan ever explain to you

13   what he was there to do?

14        A    I don't think so.  I think the -- the --

15   the next time I -- I don't know.  I wouldn't be

16   surprised if the next time I heard of Andrew

17   O'Hagan was when the big article was published.

18        Q    Okay.  Well, you had that email exchange

19   with him?

20              MR. KASS:  Object to form.

21        Q    We -- we looked at it earlier.  It was --

22   do you mind passing me your exhibits so I can find

23   it for you?

24        A    Sure.

25        Q    That's the downside of using electronic



CONFIDENTIAL

Page 122

1    exhibits.

2              Here we are, Plaintiffs' Exhibit 10.

3              (Document exhibited to witness.)

4    A    April 29th.  I sit corrected.

5    Q    So do you recall ever getting explained

6    who Andrew O'Hagan was or what he was doing there?

7    A    No.

8    Q    Somebody must have authorized you to give

9    this detailed account because you were otherwise

10   under a embargo; isn't that right?

11             MR. KASS:  Object to form.

12   A    I don't recall.

13   Q    And, in fact, an -- an NDA of some kind?

14   A    I don't recall.

15             (Exhibit 19 marked for

16             identification.)

17   Q    Okay.  Hand you what's been marked as

18   Plaintiffs' Exhibit 19, and what is Bates-labeled

19   Gavin 15.

20             Do you recognize this email?

21             (Witness perusing document.)

22   A    Yes.

23   Q    And this is you writing to Stefan

24   Matthews, I believe; is that right?

25             MR. KASS:  Object to form.



CONFIDENTIAL

Page 123

1      A    Probably.  I -- I ma -- I don't know who

2   srmatt@hushmail.com is.

3      Q    He was one of the money men?

4           MR. KASS:  Object to form.

5      A    Yes.

6      Q    Okay.  And in the third paragraph down,

7   you tell him, "Convincing Andreas Antonopoulos that

8   Craig has possession of early-in-the-blockchain

9   keys, convincing him that Craig deeply understands

10  Bitcoin would, I think, be very helpful."

11          Do you see that?

12     A    Yes.

13     Q    Why did you believe it would be helpful

14  to convince Andreas Antonopoulos?

15     A    An -- Andreas Antonopoulos is well-known

16  in the Bitcoin community and is considered to be

17  very trustworthy.  He's also very knowledgeable

18  about technical stuff.

19     Q    Do you consider him to be trustworthy?

20          MR. KASS:  Object to form.

21     A    Yes.

22     Q    Do you consider him to be very

23  knowledgeable about Bitcoin?

24          MR. KASS:  Object to form.

25     A    Yes.



CONFIDENTIAL

Page 124

1       Q    Would you rank him in the top 10 people

2   in the world in terms of Bitcoin knowledge?

3               MR. KASS:  Object to form.

4       A    Top 10?

5       Q    Make it top 20.

6               MR. KASS:  Object to form.

7       A    Top 20?  He wrote -- he wrote a whole

8   book about Bitcoin, so he's definitely an expert.

9   If it came to actually working on the code, like

10  doing the software engineering, then he's probably

11  not in the top 20, but, I mean, he definitely

12  understands the Bitcoin system very well.

13      Q    Okay.  So there are better coders than

14  him, you're saying?

15      A    There are better coders than him, yes.

16      Q    Would you consider him to be an expert in

17  Bitcoin technologies?

18              MR. KASS:  Object to form.

19      A    Yes.

20      Q    Did Craig convince Andreas Antonopoulos

21  -- Andreas Antonopoulos that he had the keys to the

22  early Bitcoin --

23              MR. KASS:  Object to form.

24      Q    -- public addresses?

25              MR. KASS:  Object to form.



CONFIDENTIAL

Page 125

```
 1        A    No.

 2        Q    Why not?

 3        A    I believe Andreas refused to meet with

 4   Craig.

 5        Q    Do you know why?

 6        A    I don't know why.

 7        Q    Okay.  And in this email you're

 8   referencing the blog post that we -- we took a look

 9   at earlier, right?

10        A    Yes.

11             MR. KASS:  Object to form.

12             Vel, do you have an idea as to how

13   much you have left?  Because we have a cross-

14   noticed deposition, and you're probably about three

15   hours.

16             MR. FREEDMAN:  I don't know, but we

17   can take stock of that the next break.

18             MR. KASS:  All right.

19             MR. FREEDMAN:  I'm not sure how it

20   helps, though.  I've got to finish, and then we can

21   see how we proceed.

22             MR. KASS:  Well --

23             (Exhibit 20 marked for

24             identification.)

25        Q    I'm handing you Plaintiffs' Exhibit 20,
```



CONFIDENTIAL

Page 126

1    and it's Bates marked 1521.

2                    MR. FREEDMAN:  Let's discuss it

3    later.

4                    MR. KASS:  Okay.  I just want to make

5    clear, though, that we don't consent to you just

6    finishing and not leaving us sufficient time.  We

7    can talk about it at the break, but I just wanted

8    to make sure that I wasn't implicitly conceding to

9    your statement.

10                   MR. FREEDMAN:  Okay.  Your objection

11   is noted.

12                   MR. KASS:  All right.

13   BY MR. FREEDMAN:

14       Q    All right.  So I've just handed you

15   Plaintiffs' Exhibit 20 that is Bates-marked

16   Gavin 1521.

17                   Do you see that email?

18       A    Yes.

19       Q    Okay.  Do you recognize it?

20       A    Yes.

21       Q    And is it an email from Stefan Matthews

22   to you?

23       A    Yes, it is.

24       Q    Does it help you remember who

25   srmatt@hushmail.com is?



CONFIDENTIAL

Page 127

1        A        No.

2        Q        Well, do you see the "from" email?

3        A        Oh, Stefan -- Stefan Matthews.  Yes.

4    Okay.

5        Q        So "srmatt" is Stefan Matthews?

6                 MR. KASS:  Object to form.

7        A        I think so.

8        Q        And one of the money men?

9                 MR. KASS:  Object to form.

10       A        Yes.

11       Q        And what is this email?

12       A        This is Stefan giving me -- encouraging

13   me to communicate with Andrew about the whole

14   Satoshi affair.

15       Q        So I guess it's fair to say this is the

16   introductory explanation of who Andrew O'Hagan is

17   vis-a-vis Craig Wright's coming out as Satoshi?

18                MR. KASS:  Object to form.

19       A        Yes.

20       Q        And then you went ahead and engaged

21   Andrew O'Hagan as we saw in that email?

22       A        Yes.

23       Q        But do you recall if you spoke to him on

24   the phone yet?

25       A        I don't recall.



CONFIDENTIAL

Page 128

1                    (Exhibit 21 marked for

2                    identification.)

3        Q    I'm handing you -- thank you.

4             I'm handing you what we're marking as

5    Plaintiffs' Exhibit 21, and it's Bates-labeled

6    Gavin 1179.

7             Do you recognize this email?

8        A    Yes.

9        Q    What is this email?

10       A    This is an email from Craig Wright to me,

11   supposedly showing a screenshot that is some early

12   Bitcoin debug logs from the Bitcoin software.

13       Q    And he says they have his name in it?

14             THE STENOGRAPHER:  I'm sorry?

15       Q    They say -- it says that -- sorry.  He

16   says that these debug logs have his name in them;

17   is that right?

18       A    Yes, that's what he says.

19       Q    Do you see Craig.Wright in the debug --

20   debug log?

21             MR. KASS:  Object to form.  Vel, it's

22   not legible besides.

23       A    Yeah, kind of.  I think I do, actually,

24   see it kind of at the beginning.

25   C:\Users\craig.wright --



CONFIDENTIAL

Page 129

1              MR. FREEDMAN:  I can zoom in on it

2      for you.

3          A    -- AppData.

4              MR. KASS:  Well, you don't -- well,

5      if the witness has better eyes than me, he can

6      testify.

7          Q    See the --

8          A    Yes.

9          Q    All right.  There we go.  This is an

10     electronically zoomed-in version.

11             What is -- what is this debug log?

12         A    The Bitcoin software can be run with a

13     command line switch to write debugging information

14     to a file, just to help developers to figure out if

15     it makes a mistake.

16         Q    And does this show in any way that Craig

17     is Satoshi?

18         A    No.

19         Q    I mean, I could have run this debug log,

20     right?

21             MR. KASS:  Object to form.

22         A    Yeah.  Well, certainly anybody could

23     produce a screenshot that claims anything, so...

24         Q    Well, that's certainly true, right?  It

25     could be a doctored screenshot, right?



CONFIDENTIAL

Page 130

```
 1        A    Could be a doctored screenshot.  I mean,

 2    it's possible -- I don't -- I can't read the dates

 3    on here.  Looks like block height.  There's block

 4    index, 12,000 -- I don't know.  I mean, anybody

 5    could have been running Bitcoin very early, so it

 6    doesn't really prove anything.

 7        Q    I mean, if -- if it is not doctored, is

 8    it correct to say that it shows Craig was running

 9    Bitcoin somewhere around the 12,000 block?

10              MR. KASS:  Object to form.

11        Q    I think that's 12,914.  I can -- the

12    block index says 12,914.  I can kind of zoom in on

13    it on my...

14        A    Yeah, and I think 12 -- I -- block index,

15    12,914.  I think that refers to which block is --

16    is the latest block that it knows about.  I'd have

17    to go back and -- and check to double -- make sure

18    it's not referring to some other index.

19        Q    Okay.  So when you received this, what

20    were your -- what were your mental impressions?

21        A    My only impression was that, I mean, he's

22    trying to add more evidence that he is Satoshi to

23    try to reassure me.  But, I mean, frankly, again,

24    screenshots can be doctored, so it didn't have much

25    effect on me.
```



CONFIDENTIAL

Page 131

1      Q    So on -- on May 1st you -- you set your

2  blog post for release on May 2nd when the press

3  conference was gonna take place.  You recall that?

4      A    Yes.

5           MR. KASS:  Object to form.

6      A    The idea was that the -- yeah, my blog

7  post and Craig's blog post would go out at the same

8  time.

9      Q    I think you were at a ConsenSys event at

10 that time, right?

11     A    I was.  I was at a ConsenSys New York

12 City conference.

13     Q    What happened?

14     A    Bad things.  So the blog post that Craig

15 released was not at all what I expected him to

16 release.  I expected him to release a very simple,

17 you know, I am Satoshi, here is some -- here is a

18 simple message signed with an early key from an

19 early block.

20           Instead, he released a very wacky

21 supposed proof that actually wasn't a proof of

22 anything but was incredibly technical and hard to

23 follow, and I was as surprised as anybody to see

24 that.  And it -- it took, I don't know, a few

25 hours, a day, for somebody to -- to figure out what



CONFIDENTIAL

Page 132

1   all that technical gobbledygook actually meant and

2   to show that it wasn't actually a proof of

3   anything.

4        Q    So he didn't even almost prove he was

5   Satoshi?

6             MR. KASS:  Object to form.

7        A    Correct.  Anybody could have produced

8   that gobbledygook proof.

9        Q    Why didn't he release a simple signed

10  message?

11            MR. KASS:  Object to form.

12       A    I don't know.

13       Q    Did you ask him?

14       A    I did not.  At least I don't think I did.

15  You're probably about to pull out an email where I

16  ask him.

17       Q    Not yet.  Maybe soon.

18            (Exhibit 22 marked for

19            identification.)

20       Q    I'm gonna hand you what's been marked as

21  Plaintiffs' Exhibit 22, and it's Bates-labeled

22  Gavin 5.

23            This is an email from the money man,

24  Stefan Matthews; is that right?

25       A    Yes.



CONFIDENTIAL

Page 133

1       Q     To you?

2       A     Yes.

3       Q     On May 2nd, 2016?

4       A     Yes.

5       Q     So this is after the press release went

6    south?

7       A     Yes.

8       Q     The demonstration went south.

9             MR. KASS:  Object to form.

10      Q     And -- and he opens by telling you that

11   Craig is working on several corrections to his blog

12   post.  Do you see that?

13      A     Yes.

14      Q     And he delivered some incorrect

15   screenshots?

16      A     Yes.

17      Q     Would there have been correct screenshots

18   that could have fixed this proof?

19            MR. KASS:  Object to form.

20      A     Yeah, there could have been.  I don't --

21   let me say I don't recall exactly what was a

22   screenshot in his blog post and what was not.  So

23   it's also possible that no -- just new screenshots

24   would not have done anything because he described

25   what he did in text.



CONFIDENTIAL

Page 134

```
 1       Q    Right.  Did he ever produce the
 2  screenshots to you?
 3       A    No.
 4       Q    Publicly?
 5       A    Not that I know of.
 6       Q    And then in the fourth paragraph,
 7  Matthews asks you, "If we were to be" -- "If we
 8  were able to sign a transaction, say you sent BTC
 9  to an address associated with block 9, and this was
10  then sent back to you, would that" -- "that be
11  something you would entertain?"
12               Do you see that?
13       A    Yes.
14       Q    Was that something you'd entertain?
15       A    Yes, I believe I actually did send a
16  transaction to block 9.
17       Q    Did he ever send it back?
18       A    No.
19       Q    He owes you money?
20       A    Well, the money's still sitting there in
21  block 9.  So I think it was half -- .11 Bitcoin,
22  because my favorite number's 11, I think.
23       Q    Okay.
24       A    But, again, I -- I could go back and
25  check the blockchain.
```



CONFIDENTIAL

Page 135

1      Q    It's not an insignificant amount of

2    money.

3      A    Yeah.

4      Q    Have you asked for it back?

5      A    I have not asked for it back.

6               (Exhibit 23 marked for

7               identification.)

8      Q    So then --

9               MR. FREEDMAN:  Can I get another...

10      Q    I'm handing you what we've marked as

11   Plaintiffs' Exhibit 23, and it's been Bates-labeled

12   Gavin 47.

13               Do you recognize this email?

14      A    Yes.

15      Q    And this is, again, from Stefan Matthews

16   to -- one of the money men, to you?

17               MR. KASS:  Object to form.

18      A    Yes.

19      Q    On May 2nd, 2016?

20      A    Yes.

21      Q    And this is, again, after the fiasco of

22   the public proof failed?

23               MR. KASS:  Object to form.

24      A    Yes.

25      Q    And Matthews, the money man, says to you,



CONFIDENTIAL

Page 136

1    "Hi Gavin, I've just spoken to CSW" -- that's Craig

2    Steven Wright?

3         A    I believe so, yes.

4         Q    "He has agreed to sign a new message

5    twice, once with block 9 and once with block 9" --

6    sorry -- "once with block 1 and once with block 9

7    keys.  It will include proof of date.  Both signed

8    messages will be provided to each of you to give

9    additional evidence should you need it."

10             And it's sent to you and Jon Matonis,

11   right?

12        A    Yes.

13        Q    With Craig in CC?

14        A    Yes.

15        Q    Did Craig ever respond back and say, "I'm

16   not gonna do this"?

17        A    Not that I recall.

18        Q    Did he say, "I can't do it"?

19        A    Not that I recall.

20        Q    Did he ever do it?

21        A    No.

22        Q    Why not?

23             MR. KASS:  Object to form.

24        A    I don't know.

25        Q    I mean, he has -- if -- if the proof



CONFIDENTIAL

Page 137

1    session you saw was real, he has the key to

2    block 9 --

3              MR. KASS:  Object to form.

4    Q    -- is that a fair statement?

5    A    Yes.

6              MR. KASS:  Same objection.

7    Q    Would it have involved significant effort

8    for him to use that key he clearly has access to,

9    to send you a message from at least block 9?

10             MR. KASS:  Object to form.

11             Vel, you're mixing up dates.

12   A    No.  It would be easy.

13   Q    It would be easy for him to have done

14   that?

15   A    Yes.

16             MR. KASS:  Object to form.

17   Q    But he didn't?

18   A    No.

19   Q    Why do you think he didn't?

20             MR. KASS:  Object to form.

21   A    I don't really know.  If you want me to

22   speculate --

23   Q    Sure.

24   A    Do you want me to speculate?

25   Q    Speculate for this question only.



CONFIDENTIAL

Page 138

1          MR. KASS:  And I'm gonna object to

2    the speculation.

3          MR. FREEDMAN:  Noted.

4      A    If the -- the Bitcoins were supposed to

5    be locked in a trust, but Craig kept the private

6    keys when he was not supposed to, then that would

7    be a good reason for him not to sign something with

8    a key that he is not supposed to have access to.

9    So that is the -- that is my speculation on why he

10   might have been very resistant to signing any

11   messages with those early keys.

12     Q    To show he has access to private keys he

13   really shouldn't have access to?

14          MR. KASS:  Object to form.

15     A    Correct.  Perhaps there is some legal

16   reason he was not supposed to have kept the keys.

17     Q    Is that pure speculation, or can you base

18   it on anything you've heard or seen from Craig or

19   the money men?

20     A    I would say that's mostly speculation.  I

21   mean, the discussion of this mysterious trust, or

22   trusts, kind of fed into that theory.

23          (Exhibit 24 marked for

24          identification.)

25     Q    So I am handing you what's been marked as



CONFIDENTIAL

Page 139

1    Plaintiffs' Exhibit 24, and it's Bates-labeled

2    Gavin 161.

3                 And Craig says -- this is an

4    email from you -- do you recognize this email?

5         A    Yes.

6         Q    It's an email from Craig to you?

7         A    Yes, and Jon Matonis.

8         Q    And Stefan Matthews?

9         A    And Stefan Matthews.

10        Q    And he says, "Please hold that thought.

11   I'm going to re-sign the message and post a new,

12   never-used signature from 9."

13                So he has clearly committed to sign

14   using the block key -- using the private key of

15   block 9; is that right?

16                MR. KASS:  Object to form.

17        A    Yes.

18        Q    Did he?

19        A    No.

20        Q    Even though it would have been simple for

21   him to do so?

22                MR. KASS:  Object to form.

23        A    Yes.

24        Q    Okay.

25                (Exhibit 25 marked for



CONFIDENTIAL

Page 140

```
 1                    identification.)
 2      Q    So I'm now handing you what's been marked
 3  as Plaintiffs' Exhibit No. 25, and it is Gavin 371.
 4                Do you recognize this email?
 5      A    Yes.
 6      Q    It is a -- it's an email, on the bottom,
 7  from you -- it's an email chain that reflects,
 8  first, an email from you to Craig on bottom and
 9  then a response from Craig to you; do you see that?
10      A    Yes.
11      Q    And you might have predicted this
12  earlier, but do you see the opening sentence of
13  your email?
14      A    Yes.
15            MR. KASS:  Object to form.
16      Q    What does it say?
17      A    "Why the OpenSSL hoop-jumping exercise
18  and not just a simple Electrum-signed message?"
19      Q    Which, is it fair, in layman's speak to
20  say, Why didn't you just do the easy signature
21  instead of some complex gobbledygook that turned
22  out to be nothing?
23            MR. KASS:  Object to form.
24      A    Yes.
25      Q    Okay.  What is his response to that?
```



CONFIDENTIAL

Page 141

1      A    He claimed that he -- that the wrong blog

2    post was posted, and at the time that seemed

3    unlikely to me.

4      Q    I mean, like, your question's very

5    understandable, right, why not just do the simple,

6    unequivocal proof?

7              MR. KASS:  Object to form.

8      A    Yes.

9      Q    And did you find his response

10   unsatisfactory?

11             MR. KASS:  Object to form.

12     A    I did.  I mean, I -- I -- yes, I found it

13   unsatisfactory.

14             (Exhibit 26 marked for

15             identification.)

16     Q    So I'm gonna hand you what we're marking

17   as Plaintiffs' Exhibit 26, and it is Bates Gavin 4.

18             And this is an email that reflects a

19   chain between you and Stefan Matthews; is that

20   right?

21     A    Yes.

22     Q    The money man?

23             MR. KASS:  Object to form.

24     A    Yes.

25     Q    And Stefan Matthews says, "CSW" -- it's



CONFIDENTIAL

Page 142

1    Craig Steven Wright -- "has committed to moving a

2    coin associated with block 9 address.  The intent

3    is for you to send a coin to that address, and then

4    for CSW to return that coin to you."

5              Do you see that?

6    A    Yes.

7    Q    And you provided the address?

8    A    Yes.

9    Q    Did you send the coin?

10   A    I did.

11   Q    And you never got 'em back.  We covered

12   that already, right?

13   A    Correct.

14              MR. KASS:  Object to form.

15              (Exhibit 27 marked for

16              identification.)

17   Q    I'm handing you what's been marked as

18   Plaintiffs' Exhibit 27; it's Bates-labeled Gavin

19   18.  And this is a -- does this -- do you recognize

20   this email?

21   A    Yes.

22   Q    And does it reflect an email chain

23   between you and Stefan Matthews and Craig Wright?

24   A    Yes.

25   Q    And you initially reach out to the two of



CONFIDENTIAL

Page 143

1   them saying that you have sent, at the time, $50

2   worth of Bitcoin to the block 9 address?

3                    MR. KASS:  Object to form.

4        A    Yes.

5        Q    And Stefan Matthews, the money man,

6   writes back that he sees the transaction, and then

7   he says, "Will let you know when we do the

8   transfer.  It could be several days before we get

9   the necessary authorization fully documented,"

10  et cetera.

11                   Do you see that?

12       A    Yes.

13       Q    Is this what you were basing your

14  speculation on earlier?

15                   MR. KASS:  Object to form.

16       A    Yes.

17       Q    What did you understand them to mean when

18  they said "necessary authorization"?

19                   I mean, let me take a step back.

20  Strike that question for a second.

21                   If I have a private key to a Bitcoin

22  block -- public address, do I need anyone's

23  authorization to use that private key?

24                   MR. KASS:  Object to form.

25       A    No.



CONFIDENTIAL

Page 144

1      Q    Okay.  So what did you take this to mean,

2   that he needed necessary authorization?

3      A    I'm trying to -- I don't remember what I

4   knew or thought I knew at that time.  So I think

5   the best answer would be I don't recall if -- it

6   might have been -- I might have imagined that there

7   was some trustee that would have to sign off on any

8   use of those private keys.  But, again, I don't

9   recall at what point I learned about the trust.

10              MR. KASS:  So, Vel, we have to

11   resolve the timing issue.  I'm happy to go off the

12   record if you want to.

13              MR. FREEDMAN:  Let's take a break.

14              THE VIDEOGRAPHER:  The time is

15   12:34 p.m.  We're now off the record.

16              (Off record.)

17              THE VIDEOGRAPHER:  The time is

18   12:44 p.m.  We're coming back on the record,

19   continuing Media No. 2.

20              (Exhibit 28 marked for

21              identification.)

22   BY MR. FREEDMAN:

23      Q    I'm now handing you what's been marked as

24   Plaintiffs' Exhibit 28, which is Bates-marked

25   Gavin 1708, but I've printed out the wrong version,



CONFIDENTIAL

Page 145

1    it doesn't have the Bates marking.

2              Do you recognize this email?

3    A    Yes.

4    Q    Is this an email from Craig to you?

5    A    Yes.

6    Q    And you start off by saying to him, "I'm

7    starting to doubt myself and imagining clever ways

8    you could have tricked me."

9              Well, let me take that back.  He

10   wrote you an email on May 2nd saying, We F'd up and

11   I loaded the wrong post.  I'll be loading the

12   correct one shortly.

13             And then you respond the next day, on

14   May 3rd, saying, "Today, pretty please.  I'm

15   starting to doubt myself and imagining clever ways

16   you could have tricked me."

17             Is that accurate?

18   A    Yes.

19   Q    And what does Craig say in response?

20   A    Do you want me to read that?

21   Q    Sure.

22   A    He says, "There will be a post soon.  It

23   is in review to ensure it is all okay.  We are

24   going to move coin as well, but we need to get the

25   trust permissions in place.  Lawyers..."



CONFIDENTIAL

Page 146

1      Q    So was it really speculation?

2      A    About permissions from trusts?  No,

3  apparently not.  Apparently Craig told me that that

4  was the reason permission was needed.

5      Q    So it's your understanding that Craig is

6  refusing to publicly prove that he holds the

7  private keys to block 9 because it would show he

8  inappropriately kept private keys from the trust?

9      A    Or used them in a way that was outside of

10  some legal agreement in the trust, yes.

11      Q    So that he has them, as he signed with

12  them, but isn't allowed to move coin with them?

13           MR. KASS:  Object to form.

14      A    Yes.

15      Q    Okay.

16           (Pause.)

17           MR. FREEDMAN:  I seem to be missing a

18  document.  No, it's just out of order.

19           (Pause.)

20      Q    So as things currently stand, Craig has

21  provided a public proof that failed; the money men

22  are attempting to arrange for Craig to send you

23  Bitcoin from block 9, and they are saying they need

24  authorization from a trust to do this, even though

25  he has the private key.  Is that all correct?



CONFIDENTIAL

Page 147

```
 1              MR. KASS:  Object to form.
 2        A    I believe Craig said he needs trust
 3   permission.
 4        Q    That's right.
 5        A    I'm not sure the money men --
 6        Q    Craig said he needs --
 7        A    -- ever said --
 8        Q    Right.  So modify my -- my question to
 9   say Craig said he needed authorization from the
10   trust; is that correct?
11              MR. KASS:  Same -- same objection.
12        A    Yes.
13              (Exhibit 29 marked for
14              identification.)
15        Q    Okay.  And I'm handing you what's been
16   marked as Plaintiffs' Exhibit 29, which is
17   Bates-labeled Gavin 1206.
18              Do you recognize these emails?
19        A    Yes.
20        Q    So if -- if you go to the back of the
21   email, so the beginning of the email chain, and the
22   one sent on May 4th, 2016, and it's Robert
23   MacGregor.  He's one of the money men, correct?
24        A    Okay.
25              MR. KASS:  Object to form.
```



CONFIDENTIAL

Page 148

1        Q    Do you not recall who --

2        A    I don't recall what Rob -- Robert and

3   Stefan's exact roles were.  I don't -- and I don't

4   recall who had known Craig for years and who was

5   owner of the -- the VC, but if you want to call all

6   of them --

7        Q    Part of --

8        A    -- money men, sure.

9        Q    Yeah.  Sure.  Okay.  He -- he writes and

10  says that Rory from the BBC has asked if he could

11  have a one-liner from interviews, that he is

12  comfortable that you are participating, and this

13  isn't yet -- isn't a yet more fantastical hoax.

14            So the BBC wanted to know that this

15  coin was really gonna get sent, right?

16            MR. KASS:  Object to form.

17       A    Yes.

18       Q    And Jon Matonis says, "I will call Rory"?

19       A    Yes, I see that.

20       Q    And then Stefan says, "Gavin, can you

21  please call Rory"?

22       A    Yes.

23       Q    And then Jon -- and then Robert MacGregor

24  says, "Gavin replied via email, Stefan."

25            So do you remember reaching out to



CONFIDENTIAL

Page 149

1    Rory at the BBC?

2         A    I don't recall.

3         Q    Do you have any reason to doubt that you

4    didn't?

5         A    No.

6         Q    Jon Matonis said, "I just got off the

7    phone with Rory at the BBC," right?

8         A    Yes.

9         Q    And then Robert MacGregor sends a message

10   on May 4th, 2016, you're all waiting for Craig to

11   send this transaction, and can you read what he

12   says to you?

13        A    "All Stop.  Craig has just tried to

14   injure himself and is bleeding badly in the

15   washroom.  Stefan is there with him and Ramona and

16   I am en route.  Ambulance is on its way."

17        Q    So Craig tried to hurt himself?

18             MR. KASS:  Object to form.

19        A    That was my understanding, yes.

20        Q    Did you get any more details then beyond

21   this email?

22        A    I believe there was a phone call, I don't

23   recall with who, who said that -- were they at

24   Craig's house?  I don't recall the location, but

25   they were somewhere.  Craig disappeared upstairs



CONFIDENTIAL

Page 150

1    and then was found bleeding with cuts to his neck,

2    and then was taken to the hospital in -- in an

3    ambulance with an apparent suicide attempt.  I

4    think the word "suicide" was -- was used.

5         Q    And this was by someone who was at the

6    locale?

7              MR. KASS:  Object to form.

8         A    If I recall correctly, yes.

9         Q    And they were describing what was going

10   on at the time?

11        A    I believe this happened -- several days

12   or maybe a week or more later, the phone call

13   happened recounting events.

14        Q    That had -- that had happened --

15        A    That had happened in the past, on

16   May 4th.

17        Q    But you don't recall who that was?

18        A    No, I don't recall.

19        Q    Did you ever talk to Craig about this?

20        A    No.

21              Things get dark.

22        Q    This stopped the public proof -- this

23   stopped the transfer of Bitcoin?

24        A    Yes.

25              MR. KASS:  Object to form.



CONFIDENTIAL

Page 151

1                    (Exhibit 30 marked for

2                    identification.)

3        Q    I'm handing you what's been marked as

4   Plaintiffs' Exhibit 30, and it's been Bates-labeled

5   Gavin 769.

6                    Do you recognize this email chain?

7        A    Yes.

8        Q    This is an email between you and Robert

9   MacGregor?

10       A    Yes.

11       Q    One of the money men group?

12                   MR. KASS:   Object to form.

13       A    Yes.

14       Q    Okay.   And in it you say to Robert

15  MacGregor that you see two possibilities about

16  what's going on, either Craig is Satoshi and is

17  under incredible pressure not to provide proof --

18  or, rather, the pressure of providing proof is too

19  much?

20       A    Yes.

21       Q    Or he's lying to everyone for many years,

22  perhaps from evidence -- perhaps with evidence that

23  he obtained from the real deal?

24       A    Yes.

25       Q    So maybe Dave Kleiman was Satoshi, he got



CONFIDENTIAL

Page 152

1    the keys, and he used one of the keys but doesn't

2    have more?

3              MR. KASS:  Object to form.

4         A    Sure.  Possibly.

5         Q    Possibly.  And in response, one of --

6    Robert MacGregor, who has been working with Craig

7    for at least a few months now on this coming out as

8    Satoshi -- is that accurate?

9         A    Yes.

10        Q    -- says, "I agree completely"?

11        A    Yes.

12        Q    Okay.  Do you remember receiving an email

13   from Stefan Matthews telling you that there was no

14   indication Craig would default until a minute

15   before, and that they are checking their public

16   position and so should you?

17             MR. KASS:  Object to form.

18        A    No, I don't recall.

19        Q    Did you ever have any conversations with

20   any of the money men or Craig about why this

21   default happened?

22             MR. KASS:  Object to form.

23        A    No.

24             (Exhibit 31 marked for

25             identification.)



CONFIDENTIAL

Page 153

1      Q    I'm handing you what's been marked as

2    Plaintiffs' Exhibit 31.  It's Gavin 41.

3              Do you recognize this email?

4      A    Yes.

5      Q    It's an apology email from Craig Wright

6    to you?

7      A    Yes.

8      Q    Sent May 7, 2016?

9      A    Yes.

10     Q    And in the third paragraph down, it

11   says -- Craig tells you, "At no point did I lie to

12   you nor deceive you, but it is better that I am a

13   hoaxer"?

14     A    Yes, I see that he said that.

15     Q    Do you believe that?

16     A    No.

17     Q    What do you really believe?

18     A    He certainly deceived me about what kind

19   of blog post he was going to publish, and that

20   gobbledygook proof that he published was certainly

21   deception, if not an outright lie.  So at the very

22   least, that, I consider, you know, that -- he

23   bamboozled me there.

24     Q    And had you known -- strike that.

25              As I understand your testimony, you



CONFIDENTIAL

Page 154

```
 1    went into the proof session as kind of one element

 2    of due diligence, but expecting there to be a real

 3    public proof posted afterwards; is that fair?

 4              MR. KASS:  Object to form.

 5       A    Yes.

 6       Q    And so you were maybe less than careful

 7    -- strike that.

 8              In reliance on what you knew would be

 9    coming out, or what you assumed would be coming out

10    based on his word, you weren't as diligent as you

11    might have been otherwise in checking that the

12    proof was truly proof --

13              MR. KASS:  Object to form.

14       Q    -- is that fair?

15              MR. KASS:  Object to form.

16       A    Yes.

17       Q    And if you were to do it again today, you

18    might require much more stringent circumstances for

19    that proof?

20              MR. KASS:  Object to form.

21       A    Yes.

22       Q    So he almost socially engineered you in a

23    way?

24              MR. KASS:  Object to form.

25       Q    Social hacking?
```



CONFIDENTIAL

Page 155

```
 1              MR. KASS:  Object to form.
 2      A    I don't think I would use that term.
 3      Q    How would you describe it?
 4      A    Maybe -- maybe that's accurate.  I mean,
 5  he certainly misled me.  He -- he -- he wanted
 6  something from me, and he wasn't clear about what
 7  he actually wanted from me.  He -- he led me to
 8  believe he wanted one thing when I -- I suspect he
 9  wanted something else.  I'm not sure what that
10  other thing...
11      Q    Well, I mean, you carried a lot of
12  credibility, you still do, within the Bitcoin
13  community; is that fair?
14              MR. KASS:  Object to form.
15      A    That's -- yes, that's fair.
16      Q    And your endorsement of him as Satoshi
17  would -- would carry a significant amount of
18  weight?
19      A    Yes.  I definitely --
20              MR. KASS:  Object to the form, but,
21  yeah.
22              THE WITNESS:  Sorry.
23              MR. KASS:  That's okay.
24      A    I definitely knew he wanted that from me.
25  But I guess, you know, now, looking back on it, I
```



CONFIDENTIAL

Page 156

1    wonder, you know, was he also trying to impress the

2    money men, was that part of what he was trying to

3    get out of it?  And I don't know.

4         Q    That he could bring -- bring down --

5    bring over Gavin Andresen onto his side?

6              MR. KASS:  Object to form.

7         A    Right.  That that would, you know, maybe

8    help him with his relationship with -- with the

9    money men.

10        Q    At the time, and you tell me if this is a

11   fair characterization, you were probably -- if not

12   the -- one of the most prominent members of the

13   Bitcoin community?

14             MR. KASS:  Object to form.

15        A    Yes.

16        Q    You were lead core developer?

17        A    Was I still at that time?  I think I had

18   stepped away from that role, and I was just chief

19   scientist at the Bitcoin Foundation.

20        Q    I think you stepped down after, but I

21   could be misremembering the time frame.

22             MR. KASS:  Object to form.

23        Q    You were certainly chief scientist of the

24   Bitcoin Foundation?

25        A    Yes.



CONFIDENTIAL

Page 157

```
 1        Q    And you had been -- you were, and are,
 2    the person Craig -- Satoshi Nakamoto had handed
 3    over control of Bitcoin to?
 4        A    Yes.
 5        Q    You were the best replacement to Satoshi
 6    the world had at the moment?
 7              MR. KASS:  Object to form.
 8        Q    You don't have to agree with that
 9    statement.  I mean, strike that.
10        A    I sure was the best.
11        Q    So you certainly brought objective value
12    -- your endorsement certainly brought objective
13    value; is that fair?
14        A    Yes.
15        Q    And do you think that's what he wanted
16    from you?
17              MR. KASS:  Object to form.
18        A    Yes.
19        Q    And what did he lead you to believe that
20    he really wanted from you?
21              MR. KASS:  Object to form.
22        Q    You said that he -- he led you to believe
23    he wanted one thing from you, and really you
24    thought he really wanted something else.
25        A    I suspect -- yeah, I mean, I guess, you
```



CONFIDENTIAL

Page 158

1    know, I -- I thought that my piece would be part of

2    a larger whole of him proving beyond a reasonable

3    doubt to the world that he was Satoshi Nakamoto.

4    And I thought that that's what he wanted from me.

5                    And then he did not complete the rest

6    of the puzzle, and so that makes me wonder, is that

7    really what he wanted from me, or did he have some

8    other ulterior motive for flying me to London and

9    -- and doing this -- the proof session?  And I

10   don't know what that other motive would be.

11        Q    Did you ever -- did you ever talk to

12   Ira Kleiman?

13        A    I believe I've received email from

14   Ira Kleiman, but I don't believe I've ever spoken

15   to him.

16        Q    Did you ever -- beyond the emails that

17   we've reviewed from Uyen Nguyen to you with

18   Ian Grigg on them, have you heard from Uyen Nguyen

19   since?

20        A    I don't believe so.  There might have

21   been another -- she might have reached --

22   she/he/them?  Them.  I'll use them.  They might

23   have reached out to me again.  I seem to recall two

24   sets of emails separated in time, but I have no

25   idea when.



CONFIDENTIAL

Page 159

```
 1       Q    Have you spoken with Craig Wright or
 2   emailed with Craig Wright in the past year?
 3       A    I'd have to go back and check my email.
 4   I'm not sure when my last -- when he last contacted
 5   me via email was.
 6       Q    Have you --
 7       A    It might have been more than a year.
 8       Q    Have you responded to him within the past
 9   year?
10       A    I don't believe I've responded to him in
11   the past year, no.
12       Q    Have you spoken with any of his
13   attorneys?
14       A    No.
15            THE WITNESS:  Oh, wait.  Are you...
16            MR. KASS:  Well, yes.
17       A    Okay.
18       Q    Before today.
19       A    Before today.
20            MR. KASS:  I don't think you got a
21   good answer to your question.
22       Q    Have you spoken with any of Craig
23   Wright's attorneys before today?
24       A    No.
25       Q    Thank you.
```



CONFIDENTIAL

Page 160

1              (Exhibit 32 marked for

2              identification.)

3      Q    I am handing you what's been marked as

4  Plaintiffs' Exhibit 32, and it's Bates-labeled

5  1512.

6              Do you recognize this email?

7      A    Yes.

8      Q    And is it a email from Craig to you?

9      A    Yes.

10             (Exhibit 33 marked for

11             identification.)

12     Q    I am handing you an e -- a document

13  labeled Plaintiffs' Exhibit 33.  It is

14  Bates-labeled Gavin 344.

15             Do you recognize this email?

16     A    Yes.

17     Q    And is it a email from Craig to you?

18     A    Yes.  I think so.  It's a different email

19  address, craig@rcjbr.org, but I believe it's from

20  Craig to me.

21             MR. KASS:  And, also, object to form.

22  There's two emails in here.

23     Q    Okay.  Is this an email chain between you

24  and Craig where Craig is forwarding you an email?

25     A    Yes.



CONFIDENTIAL

Page 161

1        Q    And it appears Craig has forwarded you an

2    email that he received from the Australian Tax

3    Office; is that accurate?

4        A    Yes.

5        Q    And in it he says to you, "They left the

6    audit open"?

7        A    Yes.

8        Q    And he says, "High-wealth individuals are

9    taxed differently.  As I have over 100 million,

10   they can assess Bitcoin as a ForEx bank holding."

11            Do you see that?

12       A    Yes.

13       Q    So Craig did, at some point, tell you

14   about his net worth --

15            MR. KASS:  Object to form.

16       Q    -- is that an accurate statement?

17       A    Sure.  I mean, this email claims to have

18   over a hundred million somethings.

19       Q    He says he has over a hundred million.

20   Well, it can't be Bitcoin.

21            MR. KASS:  Object to form.

22       A    Correct, it could not be Bitcoin.  There

23   are only -- there are fewer than 21 million

24   Bitcoin.

25       Q    Okay.



CONFIDENTIAL

Page 162

 1              (Exhibit 34 marked for

 2              identification.)

 3     Q    Did you ever ask him how he got a

 4    hundred -- over a hundred million dollars in net

 5    worth?

 6              MR. KASS:  Object to form.

 7     A    No.

 8     Q    I'm handing you what's been marked as

 9    Plaintiffs' Exhibit 34, it's Gavin 732.

10              Do you recognize this email?

11     A    Yes.

12     Q    Also from Craig Wright to you?

13     A    Yes.

14     Q    And this has below it -- it's a chain,

15    actually, between you and Craig, right?

16              MR. KASS:  Object to form.

17     A    Yes.

18     Q    And he says in the original email to you,

19    "I am sorry for last year, but I cannot sign."

20              You see that?

21     A    Yes.

22     Q    And then you insert in line in response,

23    Okay.  Don't worry about me.  I'm enjoying

24    semi-retirement.  All the people I care about still

25    love and respect me and don't care that you



CONFIDENTIAL

Page 163

1   bamboozled me, and you did, just not in the way

2   most people think.

3                   MR. KASS:  Object to form.

4        Q    What did you mean by that?

5        A    I meant that he bamboozled me about the

6   gobbledygook proof, but I still think it's most

7   likely that he did not bamboozle me during the

8   signing ceremony.

9        Q    And he really does have possession of the

10  private key to block 9?

11       A    I still think it's more likely than not

12  that he does.

13                  MR. KASS:  Object to form.

14       Q    And then he says, "I have sufficient

15  funds that they can force me to sell."

16                  Do you see that?

17       A    Yes.

18       Q    And you say, "I am not" -- "I am not sure

19  I want to know, but who is "they"?  You can be

20  vague: former business partner?  Australian

21  government?  Somebody else?  And sell to pay what?"

22                  Right?

23       A    Yes.

24       Q    And he tells you, "They is part a few

25  people, not all, in the tax office"?



CONFIDENTIAL

Page 164

 1            MR. KASS:  Object to the form.

 2       Q    You see that?  If you jump back up to the

 3    top of the email.

 4       A    "They is part a few people, not all."

 5    Yes, I see that.

 6       Q    And did you take this to mean that there

 7    were people not in the tax office that was trying

 8    to force him to sell?

 9            MR. KASS:  Object to the form.

10       A    Yes.

11            MR. KASS:  Vel, with regards to the

12    time, I have a proposal.

13            MR. FREEDMAN:  Let's deal with it at

14    lunch.

15            MR. KASS:  No, no, but I just want to

16    see if we get this on the record.

17            Why don't we ask the witness how long

18    he can stay today, and then we just divide it?

19            MR. FREEDMAN:  No.

20            MR. KASS:  What do you mean "No"?

21            MR. FREEDMAN:  I mean no.  I'm gonna

22    finish.  I'm almost finished, but I'm gonna finish,

23    and then you can have the rest of the time and --

24            MR. KASS:  Right.  So then I'll have

25    seven hours after that.  But I want to make sure



CONFIDENTIAL

Page 165

1    the witness is able to stay, because, if not, I may

2    have to get relief.  So --

3                    MR. FREEDMAN:  You can ask for

4    relief.

5                    MR. KASS:  Well, I'm gonna ask the

6    witness right now how long he can stay today.

7                    Mr. Andresen, how long are you able

8    to stay today?

9                    THE WITNESS:  Let me check my

10   calendar.

11                   MR. KASS:  Okay.

12                   (Pause.)

13                   THE WITNESS:  I can stay till 6:00.

14                   MR. KASS:  Until 6:00.  Okay.

15                   And then just one other question.

16                   MR. FREEDMAN:  Zalman?

17                   MR. KASS:  What?  One other quick

18   question.  I just want to -- I just want to

19   under --

20                   MR. FREEDMAN:  One last question.

21                   MR. KASS:  That's all I'm asking.

22                   MR. FREEDMAN:  All right.

23                   MR. KASS:  Okay.  Would you be -- if

24   necessary, would you be able to come back tomorrow

25   to continue the deposition?



CONFIDENTIAL

Page 166

```
 1              THE WITNESS:  I have -- I'm giving a
 2   lecture in the afternoon, but I believe I'm free
 3   tomorrow morning.
 4              MR. KASS:  Okay.
 5              THE WITNESS:  Let me double check.
 6              MR. KASS:  Yeah, could you just check
 7   what your schedule is like tomorrow morning?
 8              MR. FREEDMAN:  Check by lunch.
 9              THE WITNESS:  I'm supposed to have a
10   workout from 9:00 to 10:00 a.m., and then my
11   lecture is at 2:30 in the afternoon.
12              MR. KASS:  Okay.  So 2:30.  And you
13   would be willing to come back?
14              THE WITNESS:  Yes.
15              MR. KASS:  Okay.  Back to you, Vel.
16   I just wanted to make sure the witness was...
17              (Exhibit 35 marked for
18              identification.)
19   BY MR. FREEDMAN:
20      Q    Okay.  I am handing you what's been
21   marked as Plaintiffs' Exhibit 35 and Bates-labeled
22   Gavin 1274.
23              Do you recognize that email?
24      A    Yes.
25      Q    That's an email from Craig to you?
```



CONFIDENTIAL

Page 167

 1     A    Yes.

 2     Q    And in it Craig says he has -- "I have

 3   sufficient funds that they can force me to sell.

 4   Signing proves control."

 5              See that?

 6     A    Yes.

 7     Q    Did you ever find out how much sufficient

 8   funds would be?

 9     A    No.

10     Q    But then he says, "Right now it would

11   mean dumping 400 million in coin to pay.  I will

12   not do that."

13              Do you see that?

14     A    Yes.

15     Q    Did you take this to mean that Craig was

16   telling you he had over $400 million in Bitcoin?

17              MR. KASS:  Object to form.

18     A    Yes.

19     Q    Does that strike you as odd?

20     A    No.  If he's Satoshi, that would not be

21   an unreasonable amount.

22     Q    Okay.  Then he says, "I will not do

23   that."

24     A    Yep.

25     Q    Did you ask him why he didn't say "I



CONFIDENTIAL

Page 168

1   cannot do that" if he was having a problem with the

2   trust allowing him to move coins?

3        A    I don't recall pressing him on that.

4        Q    Do you know what he meant by "signing

5   proves control"?

6        A    Sure.  If you create a message signed

7   with a private key, it -- it -- it proves that you

8   have control of that key, that you own that key,

9   that you have access to that key.

10       Q    Unless there's a mysterious trust that

11  prevents you from using it.

12            MR. KASS:  Object to the form.

13            (Exhibit 36 marked for

14            identification.)

15       Q    I'm handing you what's marked as

16  Plaintiffs' Exhibit 36, Bates-labeled Gavin 1439.

17            Do you recognize this email?

18       A    Yes.

19       Q    And it reflects an exchange between you

20  and Craig.  I believe this is, again, another --

21  another instance where you've inserted your

22  comments into his below, right?

23       A    Yes.

24       Q    And he's saying, "I would need to pay tax

25  in fiat on the gains at a rate of 51 percent."



CONFIDENTIAL

Page 169

```
 1              You say that's nasty.  It's a lot --
 2   lot of tax.  But then you say, My advice would be
 3   to pay it and move on.  What is the use of being
 4   wealthy if you have to spend your time talking to
 5   lawyers or worrying about what your family will do
 6   if you die and leave them with a gazillion BTC and
 7   a big financial mess to clean up?
 8              What -- what was his response to the
 9   suggestion that he just pay the tax and move on?
10      A    I don't recall.  I'm not sure I received
11   any response.
12              THE VIDEOGRAPHER:  We're at the
13   half-hour point.  I don't know if it matters
14   anymore, but --
15              MR. KASS:  So, Vel, I just want -- do
16   I have an agreement with you to stay until 6:00
17   today or tomorrow morning, if necessary, to
18   complete my deposition?
19              MR. FREEDMAN:  We'll talk about it on
20   the break.
21              (Exhibit 37 marked for
22              identification.)
23   BY MR. FREEDMAN:
24      Q    I'm handing you what's marked as
25   Exhibit 37, which is Gavin 869.
```



CONFIDENTIAL

Page 170

1              MR. KASS:  I suggest we should take a

2    break after this 'cause it's the half point.  So

3    ask your questions, but then I'm gonna go off.

4    BY MR. FREEDMAN:

5         Q    Do you recognize this email?

6         A    Yes.

7         Q    This is an email from Craig Wright to

8    you?

9         A    Yes.

10        Q    And here he's sig -- he's sig -- he's

11   telling you that he is an individual with over a

12   hundred million dollars in net worth -- wealth?

13             MR. KASS:  Object to form.

14        A    Over a hundred million net wealth.  I'm

15   not sure -- yes.

16        Q    He says --

17        A    Yes.

18        Q    -- "That was the point of the trust, but

19   it means that I cannot have control"?

20        A    Yes.

21        Q    And then if you look at the second to

22   last and last lines of the typed email, do you see

23   where he says, "A forced sale of 400 million in BTC

24   would be a mess, especially mine"?

25        A    Yes.



CONFIDENTIAL

Page 171

1     Q   Do you take this to say Craig is telling

2  you that he has at least 400 million BTC to sell?

3         MR. KASS:  Object to form.

4     A   Yes.

5     Q   And at a rate of 51 percent, that means

6  he has over 800 million?

7         MR. KASS:  Object to form.

8     A   I'm not sure where you're getting

9  51 percent.

10     Q   On the previous email, we saw the -- the

11  tax amount would be 51 percent, right?

12     A   Yeah, but he would need to pay 51 percent

13  of the $400 million sale is what I would understand

14  the tax.

15     Q   So the total amount being 400 million?

16     A   I think, yeah.

17     Q   And he says, "400 million is too much"?

18     A   Yes.

19     Q   "I am Antiguan now...  So in a few years

20  I will pay a lot less"?

21     A   Yes.

22     Q   Did you ever follow up on this, where the

23  money was, where the Bitcoin was?

24     A   No.

25     Q   Did he ever tell you more about this?



CONFIDENTIAL

Page 172

1      A    No.

2            MR. KASS:  Okay, Vel, let's go off

3    the record.

4            (Exhibit 38 marked for

5            identification.)

6      Q    I'm handing you what's been marked --

7            MR. KASS:  Vel --

8      Q    -- as Plaintiffs' --

9            MR. FREEDMAN:  We're not going off

10   the record, Zalman.

11           MR. KASS:  You're running out of

12   tape.

13           THE VIDEOGRAPHER:  I need to switch

14   disks in about 4 minutes.

15           MR. FREEDMAN:  Perfect.

16   BY MR. FREEDMAN:

17     Q    I'm handing you what's been marked as

18   Plaintiffs' Exhibit 38, which is Bates-labeled

19   Gavin 1974.

20           Do you recognize this email?

21     A    Yes.

22     Q    And is this an email from Craig to you?

23     A    Yes.

24     Q    And do you see at the bottom he says, "I

25   am a fraud, but I am a fraud that is free to work



CONFIDENTIAL

Page 173

1   on what I need to do"?

2         A     Yes.

3         Q     How -- what did you take that to mean?

4         A     I don't think I know.

5         Q     Did you ever follow up on it with him?

6         A     Not that I recall, no.

7                 MR. FREEDMAN:  Why don't we stop now.

8                 THE VIDEOGRAPHER:  Okay.  The time

9   now is 1:19 p.m.  We've come to the end of Media

10  Unit No. 2.  We're now off the record.

11                (Off record.)

12                (Lunch recess taken from 1:19 p.m. to

13                 2:23 p.m.)

14                THE VIDEOGRAPHER:  The time now is

15  2:23 p.m.  We're coming back on the record.  Now

16  beginning Media Unit No. 3 at deposition with Gavin

17  Andresen.  We're on the record.

18                MR. KASS:  Vel, I just wanted to

19  really quickly get on the record where we are with

20  the cross-noticing and the continuation of

21  Mr. Andresen's deposition.

22                We've agreed that we can go until

23  6:00 p.m. tonight.  It's my position that we should

24  continue tomorrow as the witness is available.

25                My understanding is I don't have a



CONFIDENTIAL

Page 174

1   firm commitment from you, but that you're open to

2   the idea, maybe if you want to just put your --

3   your position on the record.

4              MR. FREEDMAN:  Position is you don't

5   have a valid subpoena, since you didn't notice the

6   deposition in time under the local rules; but that

7   we're trying to accommodate you, nonetheless, and

8   Mr. Andresen, so he doesn't have to come back.  And

9   I will let you know who and if we can cover the

10  deposition tomorrow morning once I can finish this

11  and get into my calendar and make some calls.

12             MR. KASS:  Okay.  My position is

13  that -- I'll make this really quick -- that it

14  wasn't invalid; you were here anyways; that you

15  didn't need any additional notice under; it.  You

16  didn't object until now; so if there was any

17  objection, you've waived it by now.

18             Now let's get on with the depo.

19             MR. FREEDMAN:  Okay.

20  BY MR. FREEDMAN:

21      Q    Mr. Andresen, before we get back into the

22  documents, I want to just talk a little bit more

23  broadly about Bitcoin for a second.  Is that okay?

24      A    Sure.

25      Q    So can Bitcoin function without miners?



CONFIDENTIAL

Page 175

1        A     No.

2        Q     So it -- it needs someone to actively

3    mine in order to function?

4        A     Yes.

5        Q     And in the beginning of Bitcoin's life,

6    is it fair to say that Satoshi was one of the only

7    active miners?

8                MR. KASS:  Object to form.

9        A     We assumed that -- yes, we assumed that

10   he was the first miner.  Well, we know that he

11   created the -- the very first genesis block, and

12   it's fair to assume that he might have been the

13   only miner for a while.

14       Q     And thereby -- and, therefore, through

15   launching the system -- strike that.

16                And -- and mining Bitcoin was,

17   therefore, integral to the creation and sustaining

18   of this new creation; is that a fair statement?

19                MR. KASS:  Object to form.

20       A     Yes.

21                (Exhibit 39 marked for

22                identification.)

23       Q     I am going to hand you what's been marked

24   as Plaintiffs' Exhibit 39, and it is Bates-labeled

25   Gavin 1075.



CONFIDENTIAL

Page 176

1              Do you recognize this email?

2        A    Yes.

3        Q    And it's an email from you to Craig?

4        A    Yes.

5        Q    And on the -- in it you say that you are

6   not angry at him?

7        A    Yes.

8        Q    Is that true?

9        A    Yeah, I don't think I was angry.  I was

10  disappointed, but I wasn't angry.

11       Q    Are you angry at him now?

12       A    I tend not to get angry, so I wouldn't

13  say I'm angry.

14       Q    Still just disappointed?

15       A    Still just disappointed, yeah.

16       Q    And then you say, "If you ever need or

17  want to talk, I'll be happy to listen"?

18       A    Yes.

19       Q    Did he ever take you up on that?

20       A    No, not really.  I mean, he did send me

21  some emails after this, but it was -- and I think

22  they're all in the -- in the record.  But we

23  certainly never had a phone conversation or

24  anything.

25       Q    Is it -- is it fair to say that every



CONFIDENTIAL

Page 177

1   email that you've produced to us is an accurate

2   representation of the email you received?

3                  MR. KASS:  Object to form.

4        A    Yes.

5                  (Exhibit 71 marked for

6                  identification.)

7        Q    I'm gonna hand you what's been marked as

8   Plaintiffs' Exhibit 40, which is Bates-labeled

9   Gavin 1334.

10                 Do you recognize this email chain?

11  Just to help you out, I think it's a continuation

12  of that original chain you received from Uyen about

13  the trusts.

14       A    Yes.

15       Q    But I have a particular question -- so do

16  you recognize this chain now?

17       A    Yes.

18       Q    I have a particular question about the

19  May 4th email from Uyen to you.  She says, "You

20  deserve the truth.  Do not share."

21                 And then you say, "I will not share,

22  I will destroy."

23                 What did she -- did she attach

24  something to that email?

25       A    She did.



CONFIDENTIAL

Page 178

1     Q    What did she attach?

2     A    I think it was a document related to the

3  Tulip Trust.

4     Q    Okay.

5     A    But I did destroy it.  So I read it once

6  and then destroyed it, and I have little

7  recollection of what it -- what the details of it

8  were.

9     Q    Was it an actual trust document?

10              MR. KASS:  Object to form.

11     A    I don't know.

12     Q    Do you think you would recognize it if

13  you saw it?

14     A    No.

15     Q    Do you remember anything about its

16  contents?

17     A    No.

18     Q    Do you remember if it talked about who

19  owned or controlled Bitcoin at all?

20     A    No.

21              (Exhibit 41 marked for

22              identification.)

23     Q    I am handing you Plaintiffs' Exhibit 41.

24  And I have neglected to print out the version with

25  the Bates label, and I can't tell you which it is,



CONFIDENTIAL

Page 179

1   unfortunately.  Exhibit -- Plaintiffs' Exhibit 41.

2                   Mr. Andresen, do you recognize this

3   email chain?

4        A    Yes.

5        Q    And it's a -- an email from Stefan

6   Matthews, a/k/a the money man, to you; is that

7   correct --

8                   MR. KASS:  Object to form.

9        Q    -- with a chain back and forth below

10  that?

11       A    Yes.

12       Q    And in it Stefan Matthews says to you --

13  and I asked you about this email earlier, but you

14  said you didn't recall it -- "The situation that

15  unfolded this week was horrific.  I will say no

16  more other than to say till one minute prior to

17  Craig's actions there was no indication that he

18  would default.  You have a public position on this

19  that you will need to correct for sure.  And we are

20  looking at our business position today."

21                  And then at the end it says, "CSW

22  defaulted for reasons unknown to us at this stage,

23  other than the conversation we had yesterday."

24                  Do you see that?

25       A    Yes.



CONFIDENTIAL

Page 180

1       Q    Do you recall that conversation?

2       A    No.

3            MR. KASS:  Object to form.

4       A    I believe he's referring to, perhaps, an

5  email that -- exchange we had the previous day, but

6  I'm not positive about that.

7       Q    And what -- do you remember what that

8  email exchange was about?

9       A    I think that was the email exchange where

10  I put forward the two possibilities of maybe Craig

11  had been conning people for years, or maybe he just

12  couldn't handle the pressure.

13      Q    Got it.

14           (Exhibit 42 marked for

15           identification.)

16      Q    All right.  I'm handing you what's been

17  marked as Plaintiffs' Exhibit 42.  Again, I did not

18  print out the Bates labels.

19           Do you recognize this email?

20      A    Yes.

21      Q    This is an email from Craig Wright to you

22  and Roger Ver; is that right?

23      A    Yes.

24      Q    In mid 2018?

25      A    Yes.



CONFIDENTIAL

Page 181

```
 1        Q    It starts, "I have solved Blacknet"?
 2        A    Yes.
 3        Q    Do you know what that means?
 4        A    No clue.
 5        Q    He then says, "Atlas has alread" -- I'm
 6   assuming that's "already" -- "shrugged."
 7             Do you see that?
 8        A    Yes.
 9        Q    Do you know what he means there?
10        A    I'm assuming he's referring to the
11   Ayn Rand novel "Atlas Shrugged."  But, yeah, no, I
12   don't know what he's referring to.
13        Q    Okay.  Did you respond to this?
14        A    No, I did not.
15        Q    Did you talk to Roger about it?
16        A    No, I didn't.
17        Q    You just ignore it?
18        A    I believe I ignored it.  I know you
19   maybe -- you have an email where I responded.
20        Q    Whatever you recall.
21        A    But I don't recall --
22        Q    I'm not --
23        A    -- responding to it.
24        Q    -- setting you up for any traps.  I'm
25   just --
```



CONFIDENTIAL

Page 182

1      A      Okay.

2      Q      -- asking your recollection.

3      A      No, I -- I -- and it is a very cryptic

4   email, and I don't recall thinking anything other

5   than maybe Craig Wright is crazy.

6                    (Exhibit 43 marked for

7                    identification.)

8      Q      I am handing you what's been marked as

9   Plaintiffs' Exhibit 43 Bates-labeled 1482.

10                   Do you recognize this email?

11     A      Yes.

12     Q      It's an email from Craig to you?

13     A      Yes.

14     Q      In May of 2017?

15     A      Yes.

16     Q      He says, "The trust is all cleaned up

17   now."

18                   You see that?

19     A      I see that.

20     Q      What was unclean about the trust before?

21                   MR. KASS:  Object to form.

22     A      I don't know.

23     Q      Did you ever ask him?

24     A      No.

25     Q      Did you ever get information -- any



CONFIDENTIAL

Page 183

1    information from Craig about the trust after this

2    email that you can recall?

3         A    Not that I recall, no.

4         Q    Has anyone else, beyond Craig, told you

5    about his relationship with Dave Kleiman?

6         A    Possibly Ian Grigg, but I'm not sure

7    about that -- oh, and perhaps one of the money men.

8    Yeah, and, again, I'm not sure about that.  I'm not

9    sure who told me what.

10        Q    So you said you thought that maybe Craig

11   Wright is a crazy person.  Have you given any more

12   thought to that since that email, and where do you

13   come out?

14              MR. KASS:  Object to form.

15        A    Yeah, I've wondered if maybe Craig is

16   paranoid; that he might have, you know, the -- the

17   psychological condition of paranoia.  I'm not a

18   psychologist, but it -- it seems like it would fit

19   some of the -- the behavior I've -- I've seen from

20   Craig.

21        Q    Are you aware that in this lawsuit the

22   Court has found that Craig committed perjury under

23   oath?

24              MR. KASS:  Object to form.

25        A    No, I am not aware of that.



CONFIDENTIAL

Page 184

1      Q      And are you aware that the Court has also

2   found he submitted forged documents to the Court?

3                 MR. KASS:  Object to form.

4      A      I think I did see media reports about

5   that.

6      Q      That change your opinion of him at all?

7      A      No, I don't think it does.

8      Q      Why?

9      A      Because I think even before that, you

10  know, once he bamboozled me about what he was going

11  to come out with when we were supposed to have

12  these simultaneous blog posts where he announced

13  himself to the world, you know, I realized he -- he

14  was lying at least about that, and so -- and -- and

15  I think in some of our conversations he had said he

16  had lied about things in the past.  He had maybe

17  done things to muddy up the record.  He didn't go

18  into any specifics.  So, you know, I think even

19  before then I got the impression, you know, he's a

20  person who's not a hundred percent honest all the

21  time.  So it -- it didn't really change.

22      Q      Were there times that he struck you as

23  honest and others that he struck you as dishonest,

24  or you were unable to tell when you were speaking

25  with him?



CONFIDENTIAL

Page 185

1       A    I don't --

2              MR. KASS:  Object to form.

3       A    I don't think I am able to tell.

4       Q    Okay.

5              MR. FREEDMAN:  Let's take a

6    two-minute break, and I think I'm done, but I just

7    want to circle back with my notes, and we'll finish

8    up our -- our deposition.  Thank you.

9              THE VIDEOGRAPHER:  The time is

10   2:37 p.m.  We are off the record.

11             (Off record.)

12             THE VIDEOGRAPHER:  The time now is

13   2:50 p.m.  We're coming back on the record.

14             MR. FREEDMAN:  Oh, wait.  Hold on.

15   Sorry.  Go back off.

16             (Off record.)

17             MR. FREEDMAN:  All right.  We've got

18   an official conference line, so I hope that's

19   better for anyone who's on the line.

20             Are we still on the record?

21             THE VIDEOGRAPHER:  Yes.

22             MR. FREEDMAN:  Still on the record.

23   Okay.

24   BY MR. FREEDMAN:

25       Q    I just want to go back to the



CONFIDENTIAL

Page 186

1  conversations you had with Craig and request

2  whether or not you had -- recall -- strike that.

3            Do you recall in any of your

4  conversations with Craig Wright him referring to

5  Dave Kleiman as his partner?

6            MR. KASS:  Object to form.

7       A    I don't recall.

8       Q    It's possible he did?

9            MR. KASS:  Object to form.

10      A    It's possible.

11      Q    Beyond the time that he got emotional

12  about Dave Kleiman, do you remember any other

13  reference to Dave Kleiman?

14            MR. KASS:  Object.

15      A    I don't recall.

16      Q    When he told you about the three people

17  behind Satoshi, was that the same time he got

18  emotional about Dave?

19            MR. KASS:  Object to form.

20      A    I think so, but I'm not certain.

21      Q    And do you recall -- can you do your best

22  to tell me the words you recall him using when he

23  -- when he told you that?

24            MR. KASS:  Object to form.

25      A    No, I'm sorry, I don't think I can.



CONFIDENTIAL

Page 187

1      Q    The -- did he -- do you recall Craig ever

2  mentioning the Tulip Trust to you?

3      A    I think he did say the words "Tulip

4  Trust," although it might have been one of the

5  money men who mentioned a Tulip Trust.  Again, my

6  recollection is very fuzzy, so...

7              MR. FREEDMAN:  All right.  No further

8  questions.

9                     EXAMINATION

10 BY MR. KASS:

11     Q    Well, Mr. Andresen, my name is Zalman

12 Kass, I represent Dr. Craig Wright.

13             The previous instructions that you

14 received from Mr. Freedman, ask if you don't

15 understand any questions or if you need a

16 clarification, if you need a break, just let me

17 know, those will still apply.

18             Do you recall opposing counsel asking

19 whether sometimes Dr. Wright lied?

20     A    Yes.

21     Q    And your response was you believe he --

22 he did lie in the past, correct?

23     A    Yes.

24     Q    Now, to the extent Dr. Wright told you

25 anything about Dave Kleiman, could he have been



CONFIDENTIAL

Page 188

1    lying?

2         A    Yes.

3              (Pause.)

4              MR. FREEDMAN:  Objection to form.

5         Q    Mr. Andresen, did you do anything to

6    prepare for today's deposition?

7         A    The only thing I did to prepare was this

8    morning I did go back and look at that Reddit

9    private message thread, just to refresh my memory a

10   little bit about what might have -- what happened

11   during the so-called proving ceremony in London.

12        Q    Okay.  And do you recall anything else

13   that you did to prepare?

14        A    No, nothing else.

15        Q    All right.  Did you speak to anybody in

16   advance of this deposition related to the

17   deposition?

18        A    I certainly told my wife that I was gonna

19   be at a deposition today --

20        Q    Okay.

21        A    -- but, no.  Other than that, no.

22        Q    All right.  I'm gonna introduce as

23   Exhibit 44 a document.

24              (Exhibit 44 marked for

25              identification.)



CONFIDENTIAL

Page 189

1        Q    Can you let me know if you recognize this

2    document?  And take your time to look through it.

3                   (Witness perusing document.)

4        A    Yes, this is the subpoena I received last

5    year.

6        Q    Okay.

7        A    Last year?  I think it was last year.

8    Yeah, last year.

9        Q    And did you produce documents in response

10   to the subpoena?

11       A    Yes, I did.

12       Q    Did you produce all the documents that

13   you had responsive to these requests?

14       A    Yes, I did.

15       Q    And, for example, in Request No. 4, that

16   includes documents related to Craig Wright, Satoshi

17   Nakamoto, or Dave Kleiman?

18       A    Yes.

19       Q    Okay.  So would it be accurate to state

20   that all those documents have already been produced

21   in this case by you --

22       A    Yes.

23       Q    -- that you have in your possession?

24       A    Yes.  As far as I know, yes.

25       Q    And how did you go about ensuring that



CONFIDENTIAL

Page 190

1    you found those documents?

2         A    Most of the documents -- well, I mean,

3    there are -- there are -- let me back up.

4              So Craig Wright, Satoshi Nakamoto,

5    and David Kleiman -- Satoshi I only ever

6    communicated via either email or BitcoinTalk

7    private forum messages.

8         Q    Um-hm.

9         A    And so all of those documents -- and the

10   same thing for -- well, besides the in-person

11   meeting with Craig Wright, all of our

12   communications were via email.  And so I -- I

13   performed search over all of my Gmail inbox, like

14   all -- you know, all mail sent, all mail received

15   for Craig Wright, Satoshi Nakamoto, and David

16   Kleiman.  And then I also did some manual searches

17   in BitcoinTalk private messages, and the Reddit

18   private messages I -- I -- I had related to -- to

19   this matter.

20        Q    Okay.  Could we just actually switch

21   exhibits out.  I should have given you the marked

22   one.

23        A    Sure.

24        Q    When did you first learn of Dave

25   Kleiman's existence?



CONFIDENTIAL

Page 191

1        A     I'm not sure.

2        Q     Okay.  Do you know if you learned of Dave

3   Kleiman's existence before you learned of Craig

4   Wright's existence?

5        A     Again, I'm not sure.

6        Q     Okay.  Have you ever communicated with

7   Dave Kleiman?

8        A     Not that I know of.

9        Q     Okay.  Other than conversations that you

10  may have had with Craig Wright or other people on

11  Craig's -- you know, related to Craig's -- Craig

12  Wright, has anybody ever -- else spoken to you

13  about Dave Kleiman?

14       A     I believe Ira Kleiman contacted me.  I'm

15  not sure anybody else has ever spoken to me about

16  Dave Kleiman.

17       Q     Okay.  So would it be fair to say that

18  any information that you have related to Dave

19  Kleiman would either come from Ira, Craig, or

20  somebody close to Craig?

21       A     I mean, there's certain -- there have

22  been reports in -- in media that I've read that --

23  that talk about Dave Kleiman.  So it's, again,

24  possible I've -- I heard about him through some

25  Reddit post or something that appeared in public



CONFIDENTIAL

Page 192

1    media.

2        Q    Other -- if we were to exclude online

3    media or some sort of posting, as far as like

4    one-on-one conversations with somebody, any

5    information would have come from either Craig --

6    Dr. Craig Wright, Ira Kleiman, or someone close to

7    Craig Wright; is that correct?

8        A    Yes.

9        Q    Are you familiar with the term "firsthand

10   knowledge"?

11       A    Vaguely.

12       Q    Okay.  What does it mean to you?

13       A    Firsthand knowledge, it means you

14   actually witnessed something happening; you didn't

15   hear about it from somebody who witnessed a thing

16   happening.

17       Q    Okay.  So we're gonna use that definition

18   going forward.

19       A    Okay.

20       Q    Do you have any firsthand knowledge about

21   a partnership between Dr. Wright and Craig -- I'm

22   sorry -- Dr. Wright and Dave?

23       A    No.

24       Q    Okay.  Do you have any firsthand

25   knowledge about any intellectual property that Dave



CONFIDENTIAL

Page 193

1    Kleiman developed?

2         A    No.

3         Q    Do you have any firsthand knowledge as to

4    any Bitcoin that Dave Kleiman may have mined?

5         A    No.

6         Q    Do you have any firsthand knowledge about

7    a purported theft of Dave Kleiman's Bitcoin?

8         A    No.

9         Q    Do you have any firsthand knowledge about

10   Bitcoin that Dr. Wright may have mined?

11        A    No.

12        Q    Do you have any firsthand knowledge about

13   Dr. Wright's wealth?

14        A    I'm not sure how to -- I certainly have

15   emails, from an email address that I assumed was

16   Craig Wright, talking about his wealth.  Given the

17   definition of firsthand knowledge, I -- that we

18   were discussing --

19        Q    Correct.

20        A    -- I don't know how an email fits into

21   that definition, but that's the only knowledge I

22   have.

23        Q    Okay.  Well, let me ask you, those emails

24   mention large sums, correct?

25        A    Yes.



CONFIDENTIAL

Page 194

1        Q    All right.  I believe there was one about

2    millions -- million something, correct?

3        A    Hundreds of millions of somethings, yes.

4        Q    Somethings, yes.  Okay.  Right.

5             Now, you haven't -- have you seen any

6    bank account statements where you could see

7    hundreds of millions of something?

8        A    No.

9        Q    Okay.  So any information -- is it fair

10   to say that any information that you would have

11   about Dave Kleiman's wealth is based on an email

12   that seems to come from Dave Kleiman's email inbox?

13       A    You mean Craig Wright's email?

14       Q    Craig -- yes.  I'm sorry.

15            That seems to come from Craig

16   Wright's email account, correct?

17       A    Yes, correct.

18       Q    All right.  But you haven't verified

19   whether or not -- whether that's accurate?

20       A    Correct, I have not.

21       Q    Okay.  So would it be fair to say that

22   you don't have firsthand knowledge as to whether

23   that wealth, in fact, exists?

24       A    I think that's fair to say, yes.

25       Q    And do you have any firsthand knowledge



CONFIDENTIAL

Page 195

1     about whether Dave Kleiman -- Ira Kleiman -- Craig

2     Wright has any trusts?

3          A     No, I don't think I do.

4          Q     Have you seen any trust documents?

5          A     I'm not sure.

6          Q     Okay.  Do you recall having seen any

7     trust documents?

8          A     The only trust document I would have seen

9     might have been that attachment that I said that I

10    destroyed in an email exchange with Uyen Nguyen.

11         Q     But is it accurate to state you don't

12    really recall what -- it could have been a trust

13    document, but you're just not -- you don't recall?

14         A     That's correct, it could have been a

15    trust document, but I don't recall.

16         Q     Okay.  And you weren't a party to setting

17    up of any trusts?

18         A     No, I was not.

19         Q     And do you have any firsthand knowledge

20    of any trusts that Dave Kleiman may have been part

21    of?

22         A     No.

23         Q     Now, I just asked you a whole bunch of

24    questions, whether you had firsthand knowledge

25    about many different subjects, correct?



CONFIDENTIAL

Page 196

1       A     Yes.

2       Q     To the extent you have any knowledge

3  about those -- those subjects that is not firsthand

4  knowledge, what would the source of that knowledge

5  be?  And we can go one by one if that's easier for

6  you.

7       A     I mean, the -- the -- the sources of any

8  of those would be emails from Craig Wright, emails

9  from Uyen Nguyen, emails from the so-called money

10 guys who are part of the -- the London proving

11 session I was part of, and then any court documents

12 or other things that I've seen reported in -- in

13 public media.

14      Q     Okay.  And do you know whether those

15 emails were, in fact, sent by Craig Wright or any

16 of those other parties?

17      A     Do I know for a hundred percent sure?

18 No.  Emails can be forged.

19      Q     Sure.  And they -- they could also be

20 sent from an email address, but the person sending

21 it is not actually the one who typed up the

22 message, right?

23      A     That is possible, yes.

24      Q     At most we know it's from -- would it be

25 fair to say that the most we know, it's from an



CONFIDENTIAL

Page 197

1    email address that is consistent with an email

2    address that we believe those people use?

3         A    Yes.

4         Q    Okay.  Now, you previously testified

5    about a cryptographic proof session in London.  Do

6    you recall that?

7         A    Yes.

8         Q    And that cryptographic proof was related

9    to either block 9 or 10, depending on how you

10   count, correct?

11        A    Yes.

12        Q    Did -- did Dr. Wright show you any

13   cryptographic proofs for any other blocks?

14        A    No.

15        Q    Do you have any knowledge as to whether

16   he has the ability to control any other Bitcoin

17   blocks?

18        A    No.

19        Q    Now, if somebody had access to a Bitcoin

20   private key in the past, does it mean they still

21   have access to a Bitcoin private key?

22        A    No.

23        Q    Is it possible to have access one day and

24   access not the other day?

25        A    Yes, keys can be lost or stolen.



CONFIDENTIAL

Page 198

```
 1        Q    Okay.  Do you recall the date that you
 2   had the proof session with Dr. Wright in London?
 3        A    That was one of the things I looked at --
 4                   (Brief interruption.)
 5                   (Phone connection disconnected.)
 6        A    That was one of the things I looked at
 7   this morning, and I believe it was April 7th.
 8        Q    Okay.  All right.  And do you recall what
 9   time of day it was that the actual proof was shown
10   to you?
11        A    I think it was late afternoon.
12        Q    Okay.  So would it be fair to say that,
13   at most, you can know that in the late afternoon of
14   April 7th, Dr. Wright could have had the private
15   key to block 9 or block 10, correct?
16        A    Yeah.  Yes.
17        Q    You don't know if he had the private key
18   prior to that, correct?
19        A    Correct.
20        Q    And you don't know if he had the private
21   key after that?
22        A    Correct.
23        Q    And you don't know if -- when there were
24   those email conversations going back and forth
25   where people made representations on behalf of
```



CONFIDENTIAL

Page 199

1    Dr. Wright, that he would transfer money from a

2    certain Bitcoin address, you don't know if he still

3    had the key at that point in time?

4         A    Correct.

5         Q    And if he didn't have the key, it

6    wouldn't be a very easy matter to make a transfer,

7    correct?

8         A    It -- it would be impossible.

9         Q    Okay.

10                  (Calling conference line.)

11        Q    And it's -- and it's also possible that

12   Dr. Wright did not, in fact, have the key in the

13   evening of April 7th, 2016, right?

14        A    Correct.

15                  (Reconnecting into conference line.)

16        Q    You testified before that you

17   corresponded with Satoshi in 2010, correct?

18        A    Correct.

19        Q    And what was the nature of your

20   relationship with Satoshi?

21        A    It was very businesslike, very -- you

22   know, one programming geek talking to another

23   programming geek.

24        Q    Okay.  So would it be fair to say that

25   large parts of your conversations were about



CONFIDENTIAL

Page 200

1    programming stuff?

2         A     Yeah, basically all of our conversations

3    were about programming stuff.  My conversations in

4    2010 never really delved into anything personal.

5    Yeah, it was all the bus -- about the business of

6    making the Bitcoin software successful.

7         Q     Okay.  And did Satoshi ever share code

8    with you?

9         A     Did he share -- yes, he did share code

10   with me.

11        Q     And did you ever share code with Satoshi?

12        A     Yes.

13        Q     And did you have conversations with

14   Satoshi about the code?

15        A     Yes.  We had back and forth about how

16   things should be implemented.

17        Q     And would it be accurate to state that

18   you're familiar with Satoshi's programming

19   abilities?

20        A     Yes.

21        Q     And that would be based on the email

22   conversations that you had with Satoshi, correct?

23        A     Yes, and also the -- the -- the code

24   in -- that is in the Bitcoin repository, that

25   open-source software code, that we know was written



CONFIDENTIAL

Page 201

1    by Satoshi.

2         Q     Okay.  I'm going to introduce Exhibit 48.

3               (Exhibit 48 marked for

4               identification.)

5         Q     And, Mr. Andresen, do you recognize this

6    document?

7         A     2010.  Yeah.

8         Q     What -- what -- what do you believe it

9    is?

10        A     Let's see, what were we doing here?

11        Q     Well, I'm fine with the higher level

12   understanding; like, for example, are you talking

13   code with Satoshi?  Let's start, is this an email

14   with Satoshi?

15        A     Yes, this is an email with Satoshi.

16        Q     And are you talking about coding things?

17        A     Yes, we're talking about coding things.

18   I believe this is the new -- yes, this is the new

19   RPC methods for talking to the -- the Bitcoin

20   software and controlling the Bitcoin software.

21        Q     Okay.  Now, I'm going to introduce

22   Exhibit 49.

23              (Exhibit 49 marked for

24              identification.)

25        Q     And do you recognize this document?



CONFIDENTIAL

Page 202

```
 1      A    Yes.

 2      Q    And is it an email between you and

 3 Satoshi Nakamoto?

 4      A    Yes, it is.

 5      Q    And are you talking about coding things

 6 and programming?

 7      A    Yes, we are.

 8      Q    Okay.  And I'm going to introduce as

 9 Exhibit 45 this document.

10                (Exhibit 45 marked for

11                identification.)

12      Q    And if you look at the prior exhibit that

13 I showed you, which was 49, there is an attachment

14 to it.  Do you have any knowledge as to whether

15 this attachment is what's referred to in that

16 email?

17                (Witness perusing document.)

18      Q    If it does help, the -- the Bates numbers

19 are sequential.

20      A    Yes, I think this is the attachment that

21 would go with that email.

22      Q    Okay.  Thank you.

23                And, again, so not only are you

24 talking about coding stuff in the -- the body of

25 the email, you're actually exchanging code with
```



CONFIDENTIAL

Page 203

 1   Satoshi?

 2        A    Yes.

 3             (Exhibit 46 marked for

 4             identification.)

 5        Q    I'm going to introduce Exhibit 46.  And

 6   do you recognize this document?

 7        A    Yes.

 8        Q    And are -- it's a Satoshi email --

 9             MR. FREEDMAN:  Zalman, you said 46.

10   It's 51, I think.

11             MR. KASS:  What -- what was I saying,

12   please?

13             THE WITNESS:  This says Exhibit 46.

14             MR. KASS:  46.  I had jumped five by

15   mistake, so I just kind of went back to -- to fill

16   in the numbers I didn't have.  There were two rows

17   of stickies.

18             MR. FREEDMAN:  This is going to

19   become your new trademark, Mr. Kass.

20             MR. KASS:  Are you confused yet?

21   BY MR. KASS:

22        Q    Okay.  Exhibit 46, is this an email

23   between you and Satoshi?

24        A    Yes.

25        Q    And what's -- is this email about coding



CONFIDENTIAL

Page 204

1   and programming things?

2       A    Yes.

3       Q    Okay.

4            (Exhibit 47 marked for

5            identification.)

6       Q    I am introducing Exhibit 47.  And do you

7   recognize this document?

8       A    Yes.

9       Q    Is it an email conversation between you

10  and Satoshi Nakamoto?

11      A    Yes.

12      Q    Are you talking about programming and

13  coding things?

14      A    Yes.

15      Q    All right.

16           (Exhibit 50 marked for

17           identification.)

18      Q    Okay.  I'm going to introduce Exhibit 50.

19  Do you recognize this email?

20      A    Yes.

21      Q    Is this a conversation between you and

22  Satoshi Nakamoto?

23      A    Yes.

24      Q    Is it about coding and programming?

25      A    Yeah.  A particularly annoying one, yes.



CONFIDENTIAL

Page 205

```
 1      Q    I'm just curious, what was particularly
 2   annoying about this one?
 3      A    Just the -- cleanly shutting down the
 4   application took many revisions.  It seems like it
 5   should be a very simple thing to do, but it was
 6   much more complicated.
 7      Q    And did you work with Satoshi on that?
 8      A    Yes.
 9             (Exhibit 51 marked for
10             identification.)
11      Q    Now, I'm going to introduce Exhibit 51,
12   which is a sequential Bates number from the prior
13   email that I sent to you.  If you could take a peek
14   at it, and let me know if that is an attachment in
15   Exhibit 50.
16      A    Yes, it is.
17      Q    So would it be fair to say that, in
18   addition to speaking about coding in the body of
19   Exhibit 50, you are also sharing code, actual code,
20   with Satoshi?
21      A    Yes.
22      Q    And Satoshi was sharing code with you as
23   kind of back --
24      A    Yes --
25      Q    -- you know, a two-way street?
```



CONFIDENTIAL

Page 206

```
 1       A    -- we would trade what are called
 2    "patches" back and forth.
 3                 (Exhibit 52 marked for
 4                 identification.)
 5       Q    Okay.  I'm going to introduce Exhibit 52.
 6    Do you recognize this document?
 7       A    Satoshi to me.  Yes.
 8       Q    Is it an email between you and Satoshi
 9    Nakamoto?
10       A    Yes.
11       Q    Are you talking about programming and
12    coding?
13       A    Yes.
14       Q    Okay.  And -- okay.
15                 (Exhibit 53 marked for
16                 identification.)
17       Q    I'm going to introduce Exhibit 53.  Do
18    you recognize this document?
19       A    Yes.
20       Q    Is it a conversation between you and
21    Satoshi Nakamoto?
22       A    Yes.
23       Q    Is it related to programming and coding?
24       A    Yes.
25       Q    I'm going to introduce Exhibit No. 54.
```



CONFIDENTIAL

Page 207

```
 1                    (Exhibit 54 marked for
 2                    identification.)
 3          Q    Do you recognize this email?
 4          A    Yes.
 5          Q    Is it an email between you and
 6     Satoshi Nakamoto?
 7          A    Yes.
 8          Q    Is it related to programming and coding?
 9          A    Yes.
10          Q    Okay.
11                    (Exhibit 55 marked for
12                    identification.)
13          Q    I'm going to introduce Exhibit 55.  Do
14     you recognize this document?
15          A    Yes.
16          Q    Is it an email between you and Satoshi
17     Nakamoto?
18          A    Yes.
19          Q    Is it related to programming and coding?
20          A    Yes.  I'm detecting a pattern.
21          Q    Yes.  We're getting to the end of it.
22                    (Exhibit 56 marked for
23                    identification.)
24          Q    I'm introducing Exhibit No. 56.  Do you
25     recognize this document?
```



CONFIDENTIAL

Page 208

1       A    Yes.

2       Q    Is it an email between you and Satoshi

3  Nakamoto?

4       A    Yes.

5       Q    Does it relate to coding -- coding and

6  programming?

7       A    Yes.

8       Q    All right.  Is it -- is it fair to say we

9  just looked at a large number of documents that are

10  communications between you and Satoshi Nakamoto

11  related to programming and coding?

12      A    Yes.

13      Q    As it related to the Bitcoin software?

14      A    Yes.

15      Q    Okay.  And based on all those emails, did

16  you form an opinion as to Satoshi's coding or

17  programming abilities?

18      A    Yes.

19      Q    And how would you describe his

20  programming and coding abilities?

21      A    I would say he's a very good coder,

22  although a little bit old-fashioned.

23      Q    Okay.  I actually have two more exhibits

24  we've got to do.

25                  (Exhibit 57 marked for



CONFIDENTIAL

Page 209

1              identification.)

2     Q    I'm going to introduce Exhibit 57.  Do

3     you recognize this document?

4     A    Yes.

5     Q    Is it an email between you and Satoshi

6     Nakamoto?

7     A    Yes.

8     Q    Does it relate to programming and coding?

9     A    Yes.

10    Q    And, again, I am going to introduce now

11    as Exhibit 58, which is sequentially marked.

12              (Exhibit 58 marked for

13              identification.)

14    Q    And do you recognize this to be the -- do

15    you recognize 58 to be the attachment from

16    Exhibit 57?

17    A    Yes.

18    Q    And what is attached, would you -- would

19    it be fair to say, is coding and programming

20    related?

21    A    Yes.

22    Q    Is it actual code?

23    A    It's actual code.

24    Q    And this is actual code from Satoshi

25    Nakamoto?



CONFIDENTIAL

Page 210

1       A    Yes.

2       Q    Okay.  Would you consider Satoshi a

3    brilliant programmer?

4       A    Definitely a top 10 percent programmer.

5       Q    All right.  And when you say "top" --

6    "top 10 percent," is that in the world?  In the US?

7    I just want to understand a little bit more what

8    you mean.

9       A    Among all the programmers that I've

10   interacted with, he's definitely in the top

11   10 percent.  I've known better programmers.  I've

12   known a lot of worse programmers.

13      Q    Sure.  Okay.  And how would you rank

14   yourself in the -- in the hierarchy of programmers?

15      A    I'd say I'm in the top 10 percent also.

16      Q    All right.  So --

17      A    I'm a little slower than most

18   programmers, but I'm -- I think I have fewer bugs.

19      Q    Okay.  So would you consider yourself on

20   equal footing with Satoshi?

21      A    It depends on what we were programming,

22   but, yeah, roughly equal.

23      Q    Okay.

24               (Exhibit 59 marked for

25               identification.)



CONFIDENTIAL

Page 211

1     Q    I am going to introduce Exhibit 59.

2          Now, I'm gonna ask you to turn to the

3     second page of the exhibit.  And then I'm going to

4     ask you to look at the fifth paragraph from the

5     bottom, and the paragraph starts with "Over."

6     A    Sure.

7     Q    Okay.  And then do you see on the second

8     line it says, "I mean, Satoshi is a brilliant

9     programmer, but he also acts like a lone wolf."

10         And then if you go on a little

11    further, this statement is attributed to you.

12         Do you recall making that statement?

13    A    Yes, I believe I did.

14    Q    Okay.

15    A    I've said similar statements in the past.

16    Q    All right.  So -- and is that an accurate

17    statement?

18    A    Yes.

19    Q    Okay.  So based on your interactions with

20    Satoshi, it's your belief that he was a brilliant

21    programmer?

22    A    Yes.

23    Q    So would it be fair to say that Satoshi

24    would know how to create a simple programmer --

25    program?



CONFIDENTIAL

Page 212

1       A     Yes.

2       Q     And if someone told you that Satoshi

3    needed help creating a simple program, what would

4    your reaction be?

5       A     I would need to know a little bit more.

6    I mean, certainly if it was an unfamiliar

7    programming language or unfamiliar programming

8    environment, then I could imagine needing help.

9    Even I would need help writing Ruby code, for

10   example; I don't know the programming language

11   Ruby.

12      Q     Um-hm.  But if it wasn't an issue of --

13   of languaging, if you -- if -- if Satoshi was able

14   to use whatever code -- programming language he

15   wanted, would you be surprised that he had

16   difficulty creating a simple program?

17      A     Yes, I would be surprised.

18      Q     All right.  And would you be surprised if

19   he would have to reach out to his best friend, who

20   was a programmer, and ask him to create simple

21   programs?

22      A     Yes.

23      Q     What's a -- are you familiar with the

24   term "simple script"?

25      A     "Simple script"?



CONFIDENTIAL

Page 213

1        Q     Yeah.

2        A     No, I don't think so, at least not as

3    a -- not as a term.

4        Q     Okay.  Well, if I were to define a simple

5    script as a series of moderately simple commands,

6    sort of like a macro in Excel --

7        A     Sure.

8        Q     -- would you understand what that is?

9        A     Absolutely, yes.

10       Q     Yeah.  Would you consider that

11   programming?

12       A     It's a kind of programming.

13       Q     Do you believe Satoshi's skills were in

14   excess of writing simple scripts?

15       A     Again, it depends.  I mean, for example,

16   the first version of Bitcoin ran on Windows, and if

17   Satoshi was a Windows programmer that needed to

18   write some UNIX scripts on a server, then I could

19   imagine him reaching out to somebody to help out

20   with -- with that kind of task.  Again, it would be

21   like -- it's -- it's basically a different

22   programming language.

23       Q     Okay.  Well, if somebody were to state

24   that Satoshi only knew how to write simple scripts,

25   as a blanket statement, would that be consistent



CONFIDENTIAL

Page 214

1    with your interactions with Satoshi?

2         A    No.  The Satoshi I was interacting with

3    had a demonstrated ability to produce code.  Or at

4    least, you know, I received code in emails.  I have

5    no firsthand knowledge that the person I was

6    communicating via email actually wrote the code.

7         Q    Okay.

8         A    But I assume that it -- that it was the

9    same person.

10        Q    Well, let me ask you.  In the emails that

11   we've looked at, in the body of the emails, are

12   there discussions about code?

13        A    Yes.

14        Q    Okay.  So based on those -- the messages

15   in the body of the email, would it be accurate to

16   state that this Satoshi, or the person who held

17   himself out as Satoshi that you were speaking with,

18   was a programmer?

19        A    Yes.

20        Q    And a coder?

21        A    Yes.

22        Q    And able to do things more advanced than

23   simple scripts?

24        A    Yes.

25        Q    Okay.  Do you recall testifying earlier



CONFIDENTIAL

Page 215

```
 1    on that somebody reached out to you regarding

 2    Craig Wright showing himself as Satoshi, correct?

 3         A    Yes.

 4         Q    And your initial reaction was skepticism?

 5         A    Yes.

 6         Q    I believe you said highly skeptical?

 7         A    Yes.

 8         Q    Okay.  And that was because other people

 9    in the past had claimed they were Satoshi?

10         A    Quite a few, yes.

11         Q    Okay.  And, in fact, you said I'm not

12    getting on that plane until I'm -- a plane to

13    London until I'm reasonably certain that Craig

14    Wright is Satoshi?

15         A    Yes.

16         Q    Okay.  And there was an email with four

17    different ways that you could be reasonably certain

18    that you were speaking with Satoshi, correct?

19         A    Yes.

20         Q    All right.  And if you could take a look

21    at Exhibit 4, previously marked.

22         A    (Witness complied.)

23         Q    Now -- all right, if you look at the

24    bottom, it says, "I want to see" and then you have

25    one, two, three, four.  Do you recall if it was
```



CONFIDENTIAL

Page 216

1    that you wanted to see all four or if one of them

2    was sufficient?

3         A    The more, the better.  The more, the more

4    certain I felt I would be.

5         Q    Okay.  Now, if you look at all of those

6    four options, or at least the first three of them,

7    there's some language in parentheticals.  Do you

8    see that?

9         A    Yes.

10        Q    Okay.  And the first one, where you ask

11   for a PGP key that Satoshi used, what do you --

12   what do you state in parentheticals?

13        A    "But his computer could have been

14   hacked."

15        Q    And what's the import of that?

16        A    The import is that a PGP key can be

17   stolen, and somebody else can use it to impersonate

18   somebody if they have access to that piece of data.

19        Q    All right.  And, therefore, it's not a

20   perfect proof; is that fair?

21        A    That's fair, yeah, it's not a perfect

22   proof.

23        Q    All right.  And then we go down to the

24   second one, which is a message signed with the keys

25   from the early Bitcoin blocks.  And, again, there's



CONFIDENTIAL

Page 217

```
1    something in parentheticals.  Could you read that?
2        A    "But his wallet could have been stolen."
3        Q    And what's the import of that?
4        A    Again, I mean, the keys are pieces of
5    data.
6        Q    Um-hm.
7        A    The fact that you have a key, it doesn't
8    tell you anything about how you obtained that key,
9    so keys can be stolen.  And so, again, somebody
10   could have stolen those keys and used them to
11   pretend to be the person who actually mined the
12   blocks way back in 2009.
13       Q    Okay.  Now, the third one on that list is
14   an email or private forum post he sent to me in
15   2010.  And, again, you have a parenthetical.
16   What's that parenthetical?
17       A    "But email could have been hacked."
18       Q    And, again, what's the import of that?
19       A    Again, email is just data.  So if you
20   hack into a computer, you could steal somebody's
21   emails and then present them as if they were your
22   own.
23       Q    Okay.  And then there's the fourth one,
24   which is a conversation about technical stuff,
25   ideally via email, so I can see if it feels like
```



CONFIDENTIAL

Page 218

1   the same person I communicated with in 2010?

2        A    Yes.

3        Q    Is there any parenthetical after that?

4        A    No.

5        Q    All right.  So would it be fair to say,

6   out of those four options, the fourth option would

7   be the most convincing?

8        A    I mean, I -- I'm not sure I would say the

9   most convincing.  I mean, certainly if -- if you

10  could produce the other three, I think they would

11  have more weight.  I think any individual one --

12  yeah, no, I don't think I -- I don't think it's --

13  it's the one that would be most convincing to me.

14             I think the other three, if you could

15  produce them, would be more convincing, just

16  because I don't trust myself to -- to judge

17  whether, you know, two documents are produced by

18  the same person.  That's just not a skill that I

19  feel like, you know, I'm -- I'm super great at.

20       Q    All right.  Well, let me ask you.  For

21  the fourth one, which was this email conversation,

22  you didn't identify any downsides over there?

23       A    That's correct.

24       Q    All right.  And so would it be fair to

25  say that at that point in time, which, based on the



CONFIDENTIAL

Page 219

1    email, is March 29, 2016, you didn't identify that

2    as a downside?

3         A    I didn't identify what as a downside?

4         Q    Your inability to adequately --

5         A    -- judge whether I'm communicating with

6    the same --

7         Q    Yes.

8         A    -- person I was in the past?  Correct.

9    Yes.

10        Q    Okay.  Now, which of the four did

11   Dr. Wright eventually end up using?

12        A    I believe a message signed with a key

13   from the early Bitcoin block is the only one.

14        Q    That was a poor question.  Sorry.  Can I

15   take that back?

16        A    Sure.

17        Q    You can -- I don't want to interrupt.

18   You can answer, but I'm gonna change the question

19   anyways.

20             Before you got on the plane to go to

21   London, which one of those four did Dr. Wright use?

22        A    The conversation about technical stuff.

23   So we did have a back-and-forth conversation about

24   the state of Bitcoin --

25        Q    All right.



CONFIDENTIAL

Page 220

```
 1      A    -- and what his thoughts were.

 2      Q    And was that conversation through email?

 3      A    Yes.

 4      Q    Was there a phone conversation?

 5      A    I don't think so, no.

 6      Q    Okay.

 7      A    I -- I might be -- I might be

 8  misremembering, but I don't think there was.

 9      Q    I'm going to introduce Exhibit 60.

10           (Exhibit 60 marked for

11            identification.)

12      Q    Do you recognize that document?

13      A    Yes.

14      Q    Is it an email that appears to be from

15  Stefan Matthews to you?

16      A    Yes.

17      Q    Okay.  And what does it say about --

18  like, do you -- do you know what the purpose of

19  this email was?

20      A    It was part of the logistics of me

21  traveling to London --

22      Q    Um-hm.

23      A    -- to witness signing of an early Bitcoin

24  block.

25      Q    Okay.  And if you look at the third
```



CONFIDENTIAL

Page 221

1  paragraph, the one that starts with, I am looping

2  Craig into this email so that the two of you have

3  the necessary email contact information for the

4  exchange of information prior to the substantial

5  discussion information exchange in London.

6           Reading that, do you have any

7  additional recollection as to what the purpose of

8  this email was?

9           (Pause.)

10      Q    I can re-ask it.

11           Was one of the reasons of this email

12  so that Craig could be in contact with you to then

13  give you the fourth -- the fourth option of the

14  list of proofs?

15      A    Yes, probably.

16      Q    And that would just be based on reading

17  that paragraph, what I just read to you?

18      A    Exactly, yes.

19      Q    Okay.

20      A    I mean, I have -- I have very little

21  recollection of exactly what happened when.

22      Q    All right.  But this is consistent with

23  what you recall?

24      A    Yes.

25      Q    Okay.  I'm going to introduce Exhibit 67.



CONFIDENTIAL

Page 222

1      A     This says --

2      Q     I'm sorry --

3      A     -- 61.

4      Q     -- 61.  I misread.  Thank you.

5            (Exhibit 61 marked for

6            identification.)

7      Q     Do you recognize this document?

8      A     Yes.

9      Q     Okay.  And is it an email between

10  Dr. Craig Wright and yourself?

11     A     Yes.

12     Q     Okay.  Now, I'm gonna introduce another

13  exhibit, and this exhibit is going to be Exhibit

14  No. 62.

15            (Exhibit 62 marked for

16            identification.)

17     Q     All right.  Do you recognize this

18  document?

19     A     Yes.

20     Q     Is it an email between you and Craig

21  Wright?

22     A     Yes.

23     Q     What is the time -- what -- when was the

24  email sent, what time?

25     A     It says April 3rd, 2016, 11:06 a.m.



CONFIDENTIAL

Page 223

1    Q    All right.  And then if you look at the

2  other email, which is Exhibit 61, what's the time

3  on that email?

4    A    It says April 3rd, 2016, 11:53 a.m.

5    Q    All right.  So would it be fair to say

6  that these emails are about 50 minutes apart,

7  slightly less?

8              MR. KASS:  50.

9    A    Yes.

10   Q    Now, could you just take a minute to

11 quickly look over the two emails, because I'm going

12 to be asking you questions.  I just want to make

13 sure you're familiar with it.

14             (Witness perusing documents.)

15   Q    And that's fine if you just read the

16 first page of both emails.

17   A    I'll skim.

18   Q    That's fine.

19             (Witness perusing document.)

20   A    Okay.

21   Q    And would it be fair to say that there

22 are similarities between these two emails?

23   A    Yeah.

24   Q    Okay.  And would it be fair to say that,

25 for the most part, it's the same substance, but



CONFIDENTIAL

Page 224

1    they're in different writing styles?

2              MR. FREEDMAN:   Objection, form.

3         A    Yes.

4         Q    All right.   Now, let's go to Exhibit 61.

5    If you look at the first paragraph, does Dr. Wright

6    give any explanation as to why he sent you two

7    emails less than 50 minutes apart with similar

8    substance?

9              (Witness perusing document.)

10        A    Well, the first paragraph says, Using

11   this style, I've written many blog posts.  Has a

12   few minor alterations to my standard prose.  The

13   following is more in line to how I naturally write.

14        Q    Okay.  Now, when he says, "Using this" --

15   so he says, "The first email I send to you a few

16   moments back."  Do you understand that to mean

17   Exhibit 62?

18        A    I'm not sure.

19        Q    Okay.  Well, was that email sent a few

20   moments back?

21        A    According to the dates in the sent, then,

22   yes, it was sent 50 minutes before the --

23        Q    Okay.

24        A    -- before Exhibit 61.

25        Q    And it has similar content?



CONFIDENTIAL

Page 225

1      A     It does have similar content, yes.

2      Q     But a different writing style?

3      A     Different words, certainly, yes.

4      Q     All right.  So would you be comfortable

5  stating that it's probable that is the

6  communication Dr. Wright was referring to?

7      A     Yes.

8      Q     Okay.  And if -- if there were no other

9  emails between -- in that 50-minute span, would you

10  be very convinced that that is the actual -- that

11  Dr. Wright is referring to Exhibit 62 when he says,

12  "The email I send to you a few moments back"?

13      A     Yes.

14            MR. FREEDMAN:  Objection to form.

15      Q     Okay.  Now, was part of this, these two

16  emails, did you understand it that Dr. Wright was

17  trying to show you that he could write like Satoshi

18  Nakamoto?

19      A     I hadn't thought about it until now,

20  frankly.

21      Q     All right.  And now that you've thought

22  about it...

23      A     Now that I've thought about it, yeah,

24  that seems to be what he's doing here.

25      Q     And you, in fact, were familiar with



CONFIDENTIAL

Page 226

1    Satoshi's writing style, correct?

2         A    Yes.  I think I probably read everything

3    that he wrote publicly.

4         Q    Sure.  And, in addition to what Satoshi

5    had -- had written publicly, you had also had a

6    series of email conversations with Satoshi,

7    correct?

8         A    Yes.

9         Q    Now, we've seen a lot of them related to

10   coding-type things and programming, correct?

11        A    Yes.

12        Q    But would it be accurate to state that

13   some of those conversations were more expansive

14   than that?

15        A    Yes, we'd talk about things related to

16   making the Bitcoin project succes -- successful.

17             (Pause.)

18             MR. KASS:  We're gonna take a

19   five-minute break.  Off the record.

20             THE VIDEOGRAPHER:  The time is

21   3:46 p.m.  We're going off the record.

22             (Off record.)

23             THE VIDEOGRAPHER:  The time now is

24   3:51 p.m.  We're back on the record.

25             (Exhibit 63 marked for



CONFIDENTIAL

Page 227

1              identification.)

2    BY MR. KASS:

3         Q    I'm introducing Exhibit 63.  Do you

4    recognize that document?

5         A    Yes.

6         Q    It is an email conversation between you

7    and Satoshi Nakamoto?

8         A    Yes.

9         Q    And in this email, it's -- are you

10   talking about more than just coding?

11        A    Well --

12        Q    Let me rephrase that question.

13             More than just code?

14        A    More than just code.  Yeah, we're talking

15   about user interface for the Bitcoin software and

16   how it should work.

17             (Exhibit 64 marked for

18             identification.)

19        Q    And I'm going to introduce Exhibit 64.

20   Do you recognize this document?

21        A    Yes.

22        Q    And is it an email between you and

23   Satoshi Nakamoto?

24        A    Yes.

25        Q    And are you talking about more -- or is



CONFIDENTIAL

Page 228

1    Satoshi talking to you more than just about code?

2         A    Yeah, he's talking about -- well, he's

3    talking about the design of the -- of the software

4    and how it should work.

5                   (Exhibit 65 marked for

6                   identification.)

7         Q    And I'm going to introduce Exhibit 65.

8    Do you recognize this document?

9         A    Yes.

10        Q    Is it an email between you and Satoshi

11   Nakamoto?

12        A    Yes.

13        Q    And are you talking about more than just

14   code?

15        A    Yes.

16        Q    Okay.  And would it be fair to -- and

17   would it be fair to say it's a fairly lengthy email

18   from Satoshi Nakamoto to yourself?

19        A    Yeah, it's mostly about code, but there

20   are -- I mean, we do talk about team members and --

21   and kind of higher level software development

22   stuff.

23        Q    Okay.  And I'm going to introduce

24   Exhibit 66.

25                   (Exhibit 66 marked for



CONFIDENTIAL

Page 229

```
 1               identification.)
 2       Q     Do you recognize this document?
 3       A     Yes.
 4       Q     Is it an email between you and Satoshi
 5  Nakamoto?
 6       A     Yes.
 7       Q     Are you talking about anything in
 8  addition to code?  And by "you," I also mean
 9  Satoshi.  The conversation, does it involve things
10  in addition to code?
11       A     Yeah, we're talking about potential
12  attacks on the Bitcoin software.
13       Q     All right.  So I just showed you four
14  exhibits, and would it be accurate to state that in
15  the last four exhibits that I just showed you,
16  those are examples of conversations you had with
17  Satoshi Nakamoto that encompassed things in
18  addition to coding and programming language?
19       A     Yes.
20             MR. FREEDMAN:  Object to form.
21       Q     So based on that, would -- would it be
22  fair to state that you had an understanding as to
23  Satoshi's writing style?
24       A     I think I had a --
25             MR. FREEDMAN:  Objection to form.
```



CONFIDENTIAL

Page 230

```
1       A    I would say I had a feeling for Satoshi's

2   writing style.  I'm not sure I would say

3   understanding.

4       Q    And do you recall if, after receiving

5   the -- the two emails from Dr. Wright that were

6   about 50 minutes apart, if that was sufficient to

7   convince you to go on a plane to London to meet

8   him?

9       A    Yes, I believe that was sufficient to

10  convince me to get on an airplane.

11      Q    Okay.  So would it be fair to state that

12  you believed that that writing style was consistent

13  with the previous writing style of Satoshi?

14      A    Yes.  I felt like it could be the same

15  person.

16      Q    Okay.  And when Dr. Wright sent you those

17  emails, what year was it in?

18      A    When Dr. Wright sent me those emails, I

19  would have to go back and look at the -- the -- the

20  email headers.  2016, was it?  Again, I have a

21  terrible memory for dates.

22      Q    You can look at the email.  It's just a

23  few back.

24      A    2016.

25      Q    Okay.  Could -- do you know if Dave
```



CONFIDENTIAL

Page 231

1    Wright -- Dave Kleiman wrote those emails for

2    Dr. Wright?

3         A    I'm sorry.  Ask that again.

4         Q    Do you know if -- if Dave Kleiman wrote

5    those emails for Dr. Wright, those two emails that

6    were -- that were 50 minutes apart?

7         A    I -- I don't know.

8         Q    Do you know if he could have written

9    those emails?

10        A    I don't know.

11        Q    Do you know if he was alive at that point

12   in time?

13        A    I don't know.

14        Q    If I were to tell you he passed away in

15   2013, would that affect your answer?

16        A    If you tell me he died in 2013, then I

17   don't believe in ghosts.

18        Q    So you don't believe it was Dave Kleiman

19   who was communicating with you in 2016?

20        A    Correct.  I believe it was Craig Wright.

21        Q    Okay.

22        A    Maybe there are ghosts.

23        Q    How would you describe your relationship

24   -- your current -- your current relationship with

25   Craig Wright?



CONFIDENTIAL

Page 232

1      A    I don't think I have a relationship with

2   Craig Wright at the moment.

3      Q    Okay.  How would you describe your

4   relationship with Craig Wright after you flew to

5   London?

6      A    I would say we had a cordial

7   relationship.

8      Q    Okay.  And were you shown emails earlier

9   on today where you continued communicating with

10  Dr. Craig Wright after that public session, correct

11  -- or after the -- after the -- Dr. Wright released

12  that -- what appeared -- what he stated was the --

13  the transaction, correct --

14                MR. FREEDMAN:  Objection to form.

15     Q    -- publicly?

16     A    Yes, we continued to have some email

17  conversations sporadically after that whole proving

18  session and then blog post and then mess.

19     Q    Sure.  And were there some sort of

20  apologies going back and forth?

21     A    Yes.

22     Q    Okay.  And did you tell him that you

23  understood, and you didn't really hold hard

24  feelings?

25     A    I -- well, it's what I said in the email,



CONFIDENTIAL

Page 233

1    which I -- I don't recall exactly what I said, but

2    it is in the email.

3         Q    Okay.

4         A    I believe I said I was not angry, but I

5    was disappointed, and I certainly, personally, took

6    a lot of heat and abuse.

7         Q    But -- but you weren't angry with him?

8         A    No, I don't think I was angry.

9         Q    Okay.  Now, you've testified previously

10   this morning that you've been doing coding for

11   quite a while?

12        A    Yes.

13        Q    And how many years have you been doing

14   coding?

15        A    Well, let's see.  I graduated from high

16   school in 1984.  I got my first -- I saved up when

17   I was a freshman in high school for my

18   Commodore 64, which would have been 1980 -- about

19   1980.

20        Q    Um-hm.

21        A    So since 1980, probably, I've been

22   programming.

23        Q    Okay.  And was a portion of that

24   programming professionally?

25        A    Yes.



CONFIDENTIAL

Page 234

1       Q      Would it be fair to say that you have

2   sufficient skills to look at code that was written

3   and have an understanding as to the coder's coding

4   style?

5       A      Yes.

6       Q      And have you looked at the original

7   Bitcoin software code?

8       A      Yes.

9       Q      Have you read the entire code of the

10  original release?

11      A      I don't think I've read every single

12  line, but I've read large portions of it.

13      Q      Okay.  And have you reached any opinion

14  as to how many people wrote the code?

15      A      My impression is that a small number of

16  people, possibly one, wrote the code, just because,

17  in a large programming project, you have to do a --

18  a good job of documenting what you're doing and

19  kind of coordinating among multiple people, and the

20  original Bitcoin code didn't have kind of any of

21  that.  It was dense and -- and not a lot of

22  comments, not a lot of explanation of, you know,

23  what different pieces of the code were doing.  So

24  that -- that gave me the impression that it was a

25  small number of people, maybe one person.



CONFIDENTIAL

Page 235

1      Q    Okay.  Would you state that it was likely

2  by one person?

3                  MR. FREEDMAN:  Objection, form.

4      A    It could be.  I mean, any piece of code,

5  you know, there are -- it wouldn't surprise me at

6  all if -- if different parts were written by

7  different people.  I mean, it's -- it's a large --

8  well, it's a moderate size code base --

9      Q    Um-hm.

10     A    -- but a lot of different parts.  And so

11 it wouldn't surprise me at all if, you know, some

12 of the networking code was written by a different

13 person, for example.

14     Q    Right.  So a discrete portion of it could

15 have been written by someone else?

16     A    Yes.

17     Q    Okay.  But as far as the general body of

18 it, would it be fair to say, based on actually

19 looking at the code, that it appears that it likely

20 was one person who did the bulk of the work?

21     A    Probably.

22                  MR. FREEDMAN:  Objection to form.

23     A    It's possible it was multiple people who

24 just had the same coding style.

25     Q    Um-hm.



CONFIDENTIAL

Page 236

```
 1      A    You know, certainly like if people work

 2   together at a company, there's usually a company

 3   coding style, and, you know, it is possible to

 4   create, you know, a body of code that has a very

 5   consistent coding style that's written by more than

 6   one person.

 7      Q    And if you were to do that, would the

 8   coders have to have similar skill sets as far as

 9   coding goes?

10      A    No.

11      Q    Okay.  So could you have a coder who only

12   knows how to write BASIC script drafting code

13   together with someone who's a brilliant coder?

14      A    Yeah, I'd say that's possible.

15      Q    And -- and how would that work?

16      A    Well --

17           MR. FREEDMAN:  Objection, form.

18      A    -- in any piece of software, there will

19   be parts of the software that are critical --

20      Q    Um-hm.

21      A    -- that have to be absolutely right, and

22   that there will be other parts of the software that

23   just aren't critical.  For example, you know, like

24   you might write code that prints out a help message

25   if you get something wrong.  You know, a junior
```



CONFIDENTIAL

Page 237

1   programmer could very easily be in charge of doing

2   all the help messages or something.

3        Q    Right.  But would that junior programmer

4   at least need to know how to code and program; that

5   be fair?

6        A    Sure, yes.

7        Q    Okay.

8        A    It's not that hard.

9        Q    Hey, to me this is...

10       A    I'm sure I could teach you.

11       Q    All right.  Okay.  Now, if we could go

12  back to -- I need to find an exhibit.  Sorry.

13             (Pause.)

14       Q    All right.  If you could go back to

15  Exhibit 59.

16       A    (Witness complied.)

17       Q    And if you could go to the last page, so

18  it's 3 of 3.

19       A    Yeah.

20       Q    And do you see where it says, "If you ask

21  a geek to look at some of the code I've written in

22  the past, and look at Satoshi's early code, they

23  can tell it's written by two different people, a

24  different writing style," right?  You could tell.

25  "I mean, you could tell the difference between a



CONFIDENTIAL

Page 238

 1   Kurt" --

 2                  THE STENOGRAPHER:  Excuse me?

 3                  MR. KASS:  I'm sorry.

 4        Q    "You could tell the difference between a

 5   Kurt Vonnegut novel and a Jackie Collins novel, or

 6   whatever."

 7                  Do you recall stating that?

 8        A    I don't recall it, but I believe that I

 9   did.

10        Q    Okay.  So would it be fair to state, at

11   least based on that comment, that you believe there

12   was one person who wrote the Bitcoin code?

13        A    No.

14        Q    Okay.  And why, why not?

15        A    Again, you can have multiple people who

16   have the same coding style.

17        Q    Okay.  So other than -- okay.  Let me

18   rephrase that question.

19                  So would it be fair to state that you

20   believed that the Bitcoin software was written in

21   one style -- coding style?

22        A    Yes.

23        Q    Okay.  And that could either mean that

24   one person wrote it, or that more than one person

25   wrote it but that they all had the same coding



CONFIDENTIAL

Page 239

1   style?

2       A    Yes.

3       Q    Okay.  Got it.

4            Now, I want to go to when you flew to

5   London to attend the private proof session with

6   Dr. Wright.

7            You stated that you met Dr. Wright I

8   believe it was maybe two hours after you got off

9   the flight.  Do you recall something along those

10  lines?

11      A    If I recall correctly, I got a little bit

12  of sleep at the hotel room.

13      Q    Um-hm.

14      A    And then I met with the, quote-unquote,

15  money guys; and then, yeah, an hour or two after

16  meeting with them, Craig Wright came into the room.

17      Q    Okay.  And do you recall how much sleep

18  you got?

19      A    Just a couple of hours, one or two hours.

20      Q    Okay.  So -- and you had previously

21  testified that you were jet lagged?

22      A    Yes.  Yes, I -- I -- I can't sleep on

23  airplanes very well, so...

24      Q    Okay.  And you had also testified that

25  you don't remember a lot of specific details of



CONFIDENTIAL

Page 240

1    that day?

2         A    Correct.  I remember a few details, but

3    not many at all.

4         Q    All right.  And, for example, you

5    couldn't remember exactly how the signing took

6    place?

7         A    Correct.

8         Q    And you couldn't remember how the hotel

9    Wi-Fi was accessed?

10        A    Correct.

11        Q    And I'm not gonna go through every single

12   one, but you would agree that today you -- you

13   acknowledge that there are multiple things you

14   could not remember about that, right?

15        A    Yes.  Like I wouldn't be able to tell you

16   what brand of laptop was purchased.  I just -- I

17   don't remember.  I don't know.

18        Q    Okay.  And is one reason for that because

19   you were jet lagged?

20        A    Yes, probably.  I mean, the other reason

21   would be I -- I tend to have a bad memory for

22   details.  Good memory for numbers --

23        Q    Okay.

24        A    -- but bad memory for dates, proper

25   names, details of what happened last week, last



CONFIDENTIAL

Page 241

1    month, last year.

2        Q    And could another reason also be the

3    passage of time?

4        A    Absolutely.

5        Q    Because all this took place in 2016,

6    correct?

7        A    Correct.

8        Q    So almost five years ago?

9        A    2020.  Four years.

10       Q    Four years.  Yeah, almost four years ago?

11       A    Yes.

12       Q    Now, you initially stated that you

13   recalled some sort of conversation about Dave

14   Kleiman?

15       A    Yes.

16       Q    But initially you weren't very convinced

17   -- or very -- weren't very -- would it -- would it

18   be fair to say that -- that you weren't very sure

19   in your memories?

20       A    Yes.  I certainly -- I don't remember

21   what I heard when or what I have read in public

22   accounts.

23       Q    Okay.  And is it possible that what you

24   know about Satosh -- Craig's involvement or Dave's

25   purported involvement in -- at Satoshi came from a



CONFIDENTIAL

Page 242

1    source other than Dr. Craig Wright?

2        A    I think that's unlikely, because I do

3    have that memory of -- of Craig being emotional

4    around the subject of Dave.

5        Q    Okay.  So you have in your mind that

6    Dr. Wright was emotional about Craig, and that

7    happened in London, correct?

8        A    Dr. Wright was emotional about --

9        Q    -- Dave.

10       A    -- Dave.

11       Q    And it happened --

12       A    That happened in London, yes.

13       Q    Okay.  Around the proof session time?

14       A    Yes.

15       Q    Okay.  But -- and that's -- is that

16   because -- and why -- why, in particular, does that

17   stick out in your mind?

18       A    I think it just sticks out because when

19   you see somebody acting obviously emotional, sad,

20   choked up, that's the kind of thing that just

21   sticks in your memory.

22       Q    Okay.

23       A    You know, it's -- it's unusual; you don't

24   generally see a grown man almost crying.

25       Q    So would it be fair to state that



CONFIDENTIAL

Page 243

1    Dr. Wright was upset about the passing of Dave

2    Kleiman?

3           A    Yes, that -- he appeared to be, yes.

4           Q    And he was emotional about that?

5           A    Yes.

6           Q    Now -- but as far as the actual -- actual

7    substance of the conversation that Dr. Wright said

8    about Dave Kleiman, do you recall much about that?

9           A    No, I don't.

10          Q    Okay.  So what you really remember most

11   is his emotions?

12          A    Yes.

13          Q    And that there was a conversation about

14   Dave Kleiman?

15          A    A conversation.  Yeah, some discuss --

16   some mention.

17          Q    A mentioning?

18          A    Yes.

19          Q    Okay.  All right.  But -- but you can't

20   state for certain that at that point in time he --

21   Dr. Wright said Dave Kleiman was the third Satoshi?

22                MR. FREEDMAN:  Objection, form.

23          A    I do seem to recall him saying that there

24   were three people involved, and that Dave was one

25   of the three people involved.



CONFIDENTIAL

Page 244

1      Q    Okay.  So now you do recall that that

2    happened at that conversation?

3                  MR. FREEDMAN:  Objection.

4      A    I believe that did -- that did happen

5    around -- yes.

6      Q    All right.  Could it have been that

7    somebody else had said it --

8                  MR. FREEDMAN:  Objection.

9      Q    -- other than Dr. Wright?

10                  MR. FREEDMAN:  Objection.

11     A    It's possible.

12     Q    And is it possible -- do you recall that

13   there was a chain of emails from somebody called

14   "Uyen Nguyen"?

15     A    Yes.

16     Q    And do you recall if she talked about

17   Dave Kleiman in those emails?

18     A    I don't recall.  I'd have to go back and

19   read those emails.

20     Q    Okay.  So if I were to show you an email

21   where she's talking about Dave's involvement in

22   Satoshi, could -- could that be the source of your

23   memory as to Dave's involvement?

24     A    It's possible, but I think unlikely.

25     Q    Okay.  Well, how about we look at the



CONFIDENTIAL

Page 245

1    emails.

2         A    Okay.

3         Q    It's not a memory test.

4         A    Good, because I would fail, miserably.

5              (Exhibit 68 marked for

6              identification.)

7         Q    Okay.  I'm going to introduce for the

8    record -- I'm jumping one 'cause I mislabeled --

9    we'll get back to it maybe -- but I'm introducing

10   68.

11             Do you recognize this email?

12        A    Yes.

13        Q    Is it an email between Uyen Nguyen and

14   yourself?

15        A    Yes.

16        Q    Okay.  Now, do you see in the first

17   paragraph how she is mentioning Dave Kleiman?

18        A    Yes.

19        Q    And -- and Craig Wright?

20        A    Yes.

21        Q    And then if you go down to the paragraph

22   that "I write this letter"; you see that?

23        A    Yes.

24        Q    And there it says, "Craig is one-third

25   Satoshi"?



CONFIDENTIAL

Page 246

1        A     Yes.

2        Q     And, "He is the only survivor now"?

3        A     Yes.

4        Q     All right.  And do you understand if --

5    if Dave Kleiman was alive in 2016?

6        A     You have told me he was not.

7        Q     Okay.  Now, would it be fair to state

8    that, based on this email at least, Uyen Nguyen is

9    stating that Craig Wright was only one-third of

10   Satoshi?

11       A     Yes.

12       Q     And that there were other people, I

13   presume, with the other two-thirds?

14       A     Yes.

15       Q     Could this have been the source of your

16   memory that Craig was only a third of Satoshi?

17              MR. FREEDMAN:  Objection, form.

18       A     May 3rd, 2016.  I suppose it's possible.

19       Q     Now, I think this actually might help us

20   a lot.  Okay.

21              (Exhibit 69 marked for

22              identification.)

23       Q     I am going to introduce Exhibit 69.

24              Do you recognize this document?

25       A     Yes.



CONFIDENTIAL

Page 247

1       Q    What is it?

2       A    This is the blog post I wrote in 2016

3   saying that I believe Craig Wright is Satoshi

4   Nakamoto.

5       Q    And what month did you write it in?

6       A    May -- I posted it on May of 2016.

7       Q    That's fair.

8            And that was after you met with

9   Dr. Wright in London, correct?

10      A    Yes, that's correct.

11      Q    And that -- that was a few weeks after?

12           MR. FREEDMAN:  Objection.

13      A    Yes.

14           MR. FREEDMAN:  A month.

15      Q    And did you do your best to make sure

16  that what you posted on the blog was as accurate

17  that you believed could be?

18           MR. FREEDMAN:  Objection, form.

19      A    Yes.

20      Q    Let me ask -- let me ask it another way.

21           Would you write something on your

22  blog that you had doubts as to the veracity?

23      A    No.

24      Q    Now, could you read the first sentence of

25  the blog?



CONFIDENTIAL

Page 248

1        A     "I believe Craig Steven Wright is the

2    person who invented Bitcoin."

3        Q     Now, I want you to focus on the word

4    "the," okay?  If you had been told that Craig -- by

5    Craig Wright that he was only one -- a third of

6    Bitcoin, would you have written, "I believe

7    Dr. Craig Wright is 'the' person who invented

8    Bitcoin"?

9        A     Maybe.

10       Q     Okay.  Do you care to explain?

11       A     Yeah.  Because, if I recall correctly,

12   and it's very possible that I don't, Craig had said

13   that he was the primary creator, the inventor of

14   Bitcoin, the system, but he had help from other

15   people in the beginning to actually make it happen.

16       Q     So when did that -- if that -- if that

17   conversation took place, which we're not sure,

18   wouldn't it have been more accurate to state that I

19   believe Craig Steven Wright is one of the people

20   who invented Bitcoin?

21       A     Inventing means you came up with the

22   idea.

23       Q     Okay.

24       A     So if I had said, you know, I think it --

25   I could say I believe Craig Wright is one of the



CONFIDENTIAL

Page 249

1    people who developed the first version of the
2    Bitcoin software, you know, I think that's what I
3    would have said.
4                But, I mean, the word "invented"
5    means came up with the idea, sprang out of your
6    head, and so that's what I mean there.
7        Q    Okay.  So would it be fair to say that
8    regardless of what conversation you had with Craig
9    Wright in -- in London, which, you know, we
10   understand there's some clouds surrounding it, but
11   whatever had happened, at a minimum, you still
12   believe that Craig Wright was the brain child, the
13   one who came up with the idea?
14       A    I have my doubts at this point.
15       Q    Correct.  But at this point, I just want
16   to know --
17       A    When I wrote the blog post, yes, I
18   believed that he was the primary --
19       Q    Sure.
20       A    -- inventor of the idea of Bitcoin.
21       Q    Right.  And just to clarify, I'm just
22   trying to work backwards, just to figure out what
23   that conversation could have been.  Because we know
24   for sure what you wrote, and we know that you were
25   trying to do your best to make sure it was



CONFIDENTIAL

Page 250

1     accurate.  So I'm trying to figure out what the

2     parameters of your conversation could have been.

3          A    Okay.

4          Q    Okay.  So would it be fair to state that

5     Dr. Wright didn't tell you that Dave Kleiman was an

6     inventor of Bitcoin?

7          A    Correct.

8          Q    Okay.  And that, at most, he had an

9     assisting role, if that conversation happened?

10                   MR. FREEDMAN:  Objection.

11         A    Yes.  And I think, for example, he said

12    the third mysterious person -- if I recall

13    correctly --

14         Q    Um-hm.

15         A    -- this third mysterious person helped

16    out with the cryptography.

17         Q    Okay.  Do you recall, if this

18    conversation happened, what Dave's role would have

19    been?

20         A    No.

21         Q    We know it could have been something, but

22    not the invention portion of it?

23         A    Sure.

24         Q    Okay.  You've been involved in Bitcoin

25    since around 2010; is that accurate?



CONFIDENTIAL

Page 251

1        A    Yes.

2        Q    Would it be fair to state that certain

3   people may have very strong opinions as to how

4   Bitcoin should look or function?

5        A    Yes.  Yes.  Many people have many

6   opinions on how Bitcoin should function.

7        Q    And that some people have done pretty

8   drastic things to try and get their way?

9        A    That's fair to say.

10       Q    Okay.  Do you know if people have ever

11   been hacked in the controversy -- in the Bitcoin

12   controversies?

13             MR. FREEDMAN:  Objection, form.

14       A    I don't know if people have been hacked.

15   I don't have any firsthand knowledge that people

16   have been hacked.

17       Q    Sure.  Did there come a point in time

18   where -- are you familiar with -- I believe it's

19   called "Bitcoin XT"?

20       A    Yes.

21       Q    Are you familiar with it?

22       A    Yes.  I was one of the creators of

23   Bitcoin XT.

24       Q    Sure.  And does Bitcoin XT currently

25   exist?



CONFIDENTIAL

Page 252

1    A    No.

2    Q    What happened to Bitcoin XT?

3    A    Bitcoin XT was a project that, if I

4  recall correctly, Mike Hearn and I launched to try

5  to increase the Bitcoin block size to allow more

6  transactions on the Bitcoin network.  And it failed

7  to get enough miner support.  The Bitcoin miners

8  did not go along with it, and it was extremely

9  controversial when we launched it.

10            There also -- it was attacked by

11  denial-of-service attacks; and, certainly, Mike and

12  I took a lot of heat for trying to make that change

13  to the Bitcoin software.

14    Q    And do you consider a denial-of-service

15  attack a kind of hack?

16    A    It's -- it's a kind of hack.

17    Q    So would it be fair to say that a hacker

18  worked hard to take down Bitcoin XT?

19    A    Yes.

20            MR. FREEDMAN:  Objection, form.

21    Q    All right.  And do you recall if

22  Satoshi's email accounts were ever hacked?

23    A    There was an incident, which I don't have

24  firsthand knowledge of, but I believe the GMX --

25  the reports I saw said that the satoshin@gmx.com



CONFIDENTIAL

Page 253

1    email expired and then was taken over by somebody.

2         Q     All right.  I want to show you

3    Exhibit 70, and we'll see if that could refresh

4    your recollection.

5                    (Exhibit 70 marked for

6                    identification.)

7         A     Oh, I forgot about this.

8         Q     Does it -- let's start off with, what is

9    this exhibit, do you recognize it?

10        A     Yes.  This is an email from me to the

11   rest of the -- the key Bitcoin developers in 2014.

12        Q     Sure.  And does this refresh your

13   recollection as to whether the Satoshi account was

14   hacked?

15        A     Yes.  Somebody did get ahold of Satoshi's

16   email address and took over control of the old

17   Bitcoin source repository, which, happily, we had

18   moved away from.  So it had no practical --

19   practical effect, but it was not a good thing to

20   happen.

21        Q     Okay.  So we just discussed two instances

22   of hacking in the Bitcoin community; is that fair

23   to say?

24        A     Ye -- hacking?

25        Q     The denial of service and then the email.



CONFIDENTIAL

Page 254

1    A    Yeah, hacking doesn't have a clear
2    definition; but, yes, those were attacks.
3    Q    Okay.
4    A    Sorry.  As a security-conscious person,
5    like, the word "hacking" is very fuzzy, and I much
6    prefer the term "attack."
7    Q    Fine.  Attack.  Okay.  So there were two
8    attacks, computer cyber attacks?
9    A    Yes.
10   Q    And at least in one of those attacks,
11   somebody got access to Satoshi's email account?
12   A    Yes.
13   Q    Are you aware of any other cyber attacks
14   or hacking, however you want to define it, related
15   to Bitcoin?
16   A    Yes.  There have been several over the
17   years.
18   Q    Do you care to list -- or please list the
19   ones that you recall.
20   A    Gosh.  Somebody in 2010 created a Bitcoin
21   transaction that created 4 billion Bitcoins --
22   Q    Um-hm.
23   A    -- leveraged a bug in the Bitcoin
24   software.  Satoshi responded to that by rolling
25   back the chain, as they say, invalidating that



CONFIDENTIAL

Page 255

1    transaction and putting -- putting things back to

2    rights and patching the code.

3         Q    Um-hm.

4         A    We had transaction-spamming attacks in

5    2010, where people would send millions upon

6    millions of tiny transactions to try to flood the

7    Bitcoin network --

8         Q    Um-hm.

9         A    -- and cause everybody to do a lot of

10   extra work validating those transactions.  We had

11   to respond to those.

12             I don't know.  I'd have to go down --

13   there's a -- there's a list on the Bitcoin wiki of

14   all the ways, you know, the -- the core Bitcoin has

15   either had bugs or been hacked.  And I'd have to go

16   back and look at that if you want more, but there

17   are -- there are a few more.

18        Q    That's fine.  So would it be fair to say

19   that hacking is kind of part of the Bitcoin story?

20             MR. FREEDMAN:  Objection, form.

21        A    Certainly, yes, attacks and security

22   incidents are definitely part of the -- of the

23   Bitcoin story.

24        Q    Now, you testified earlier on today that

25   you had, some -- I believe it was sometime in 2010,



CONFIDENTIAL

Page 256

1    but correct me, created something called the

2    "Bitcoin faucet"?

3         A    Yes, I created the Bitcoin faucet as my

4    first Bitcoin programming project.

5         Q    Okay.  And what was the Bitcoin faucet?

6         A    The Bitcoin faucet was a website, anybody

7    could go and ask for some Bitcoins, and it would

8    give you some Bitcoin.

9         Q    Was there a limit to how many Bitcoin you

10   could ask for?

11        A    Yes.  You were limited to -- when I

12   started, it was limited to five Bitcoins per person

13   per day.

14        Q    Okay.  And how long did the Bitcoin

15   faucet run for?

16        A    I'd have to go back and check when I

17   eventually had to shut it down.  About two years

18   maybe, a year and a half.

19        Q    Okay.  So if you started it sometime in

20   2010, so maybe sometime 2012 you shut it down; is

21   that fair?

22        A    Yeah.  And, again, I'd have to go back

23   and check.  My memory is terrible for dates.

24        Q    That's fine.  And when you got involved

25   in -- in Bitcoin in 2010, did you believe -- what



CONFIDENTIAL

Page 257

1    did you believe as to its potential?

2        A    I actually gave an Ignite talk in Amherst

3    in, I think -- it was either late 2010 or maybe

4    2011, where I talked about that.

5                I thought it had the potential to be

6    a major world currency to compete with the dollar

7    or the Euro or the Yen.  I thought it had a small

8    chance of becoming the world's reserve currency,

9    replacing the U.S. dollar, as kind of the currency

10   used for international payments.

11               I didn't think that that would happen

12   quickly, but I thought that there was a fair chance

13   that that could happen.

14       Q    Considering that, wouldn't it have made

15   more sense to just hold onto your Bitcoin for when

16   they're valuable, and then you could be immensely

17   wealthy?

18       A    Money is not useful unless -- money is

19   not valuable unless people use it.

20       Q    Um-hm.

21       A    And it seemed to me the best way to make

22   Bitcoin valuable was to get people using it.  So

23   that was the purpose of the faucet, was to give

24   people some Bitcoin so they could have some

25   experience using it.  And I didn't give away all of



CONFIDENTIAL

Page 258

1    my Bitcoin through the Bitcoin faucet, I did hold

2    some for myself.

3         Q    All right.  And if I were to ask what

4    percentage of your Bitcoin you gave away through

5    the Bitcoin faucet, do you know that answer?

6         A    I have -- I'm not sure I understand the

7    question.

8              MR. FREEDMAN:  Object.

9         Q    You stated you gave away Bitcoin through

10   the Bitcoin faucet?

11        A    Yes.

12        Q    You also stated that you held onto some

13   Bitcoin?

14        A    Yes.

15        Q    All right.  Do you know the -- the

16   relationship between the percentages of Bitcoin

17   that you held onto versus the amount of Bitcoin

18   that you gave away?

19        A    Yes.

20        Q    And what would it be?

21        A    I've given away more Bitcoin than I held.

22        Q    Okay.  Do you recall ever stating that

23   not all the people who were involved in early

24   Bitcoin are necessarily wealthy?

25        A    Yes, I wrote a blog post about that not



CONFIDENTIAL

Page 259

1    too long ago.

2         Q    Okay.  Let me actually see if I can pull

3    that up.

4              THE STENOGRAPHER:  Can we take a

5    quick break?

6              MR. KASS:  Sure.

7              THE VIDEOGRAPHER:  The time is -- the

8    time is 4:34 p.m.  We've now reached the end of

9    Media Unit No. 3, and we're off the record.

10             (Off record.)

11             THE VIDEOGRAPHER:  The time now is

12   4:44 p.m.  We're coming back on the record.  Now

13   beginning Media Unit 4 in a deposition with Gavin

14   Andresen.  We're on the record.

15             MR. KASS:  All right.  I'm just going

16   to put on the record the agreement that I have with

17   Mr. Freedman, and if it's inaccurate in any way,

18   Mr. Freedman, please chime in, is that we will be

19   stopping the deposition at 5:00 so Mr. Freedman can

20   catch his flight.  We will resume the deposition

21   tomorrow morning at 11:00, and I will have two and

22   a half hours to continue the deposition, which will

23   take us to 1:30, after which Mr. Freedman will have

24   a half hour for cross or redirect.

25             Do you agree, Mr. Freedman?



CONFIDENTIAL

Page 260

```
 1                    MR. FREEDMAN:  Yes, as long as you

 2   help me with the exhibits like you promised.

 3                    MR. KASS:  Yes, I did, and the

 4   witness has indicated that he is -- will show up

 5   tomorrow, and he is accommodating us and we

 6   appreciate that.

 7                    MR. FREEDMAN:  Accommodating you.

 8                    MR. KASS:  We have enough things to

 9   argue about.

10                    All right.  Let's go.

11                    (Exhibit 71 marked for

12                    identification.)

13   BY MR. KASS:

14        Q    I'm introducing Exhibit -- sorry.  What

15   exhibit was that, 71?

16        A    71.

17        Q    71.  All right.  Do you recognize this

18   document?

19        A    Yes.  This is a blog post I wrote,

20   apparently a while ago, in 2018.

21        Q    But it's fresh in your mind?

22        A    It is somewhat fresh in my mind, yeah.

23   Actually, I wrote another blog post recently and

24   went back and read a couple other of my older blog

25   posts.
```



CONFIDENTIAL

Page 261

1       Q    Okay.  Got it.  And what's the substance

2   of this blog post?

3       A    A lot of people assume that if you were

4   working on Bitcoin early in 2010, 2011 that you

5   must be fantastically wealthy and have hundreds of

6   millions of dollars.

7       Q    Um-hm.

8       A    And this just goes through reasons why

9   that's a bad assumption and why probably a lot of

10  people who -- who were working on Bitcoin that

11  early do not have as much money as people think.

12      Q    And what are the reasons that you lay out

13  in your blog post?

14      A    The reasons are, you know, back then,

15  people were very free with their Bitcoin, so they

16  weren't worth very much.  When I funded the

17  Bitcoins that I gave away in the Bitcoin faucet, I

18  purchased them -- I purchased 10,000 Bitcoins for

19  $50.

20      Q    Okay.

21      A    So they were worth half a penny apiece,

22  one-half of one cent per Bitcoin, which is why I

23  could give away five of them, because they were

24  only worth two and a half cents.

25      Q    Um-hm.



CONFIDENTIAL

Page 262

1       A    And which is why when the Bitcoin faucet

2   got hacked and I lost, I think, 10 Bitcoins that

3   were sitting in the Bitcoin faucet, I didn't cry,

4   because at that time they were worth $20 or

5   something.  Now those Bitcoins would be worth a

6   hundred thousand dollars, so it would be something

7   to cry -- cry about now.

8               But people confound the value of

9   Bitcoin today with the value of Bitcoin back then.

10  So people were doing things like buying alpaca

11  socks from the alpaca farmer that is across the

12  river here --

13      Q    Um-hm.

14      A    -- for 50 Bitcoin.  So people would spend

15  50 Bitcoin on a pair of socks.  Which, again, at a

16  price of $10,000 for Bitcoin, you don't want to do

17  that math.  That's a very expensive pair of socks.

18  But that's what people did.

19              I know Jeff Garzik, one of the other

20  core developers who I worked with early on, I think

21  he's pretty public about using -- like spending

22  10,000 Bitcoin on -- I forget exactly what it was,

23  but some -- he paid 10,000 Bitcoin to somebody to

24  open source some piece of software.  Because,

25  again, 10,000 Bitcoins back then wasn't worth that



CONFIDENTIAL

Page 263

1    much.

2            And the other big reason why people

3    don't have as much as you think is because if you

4    did buy 10,000 Bitcoins for $50, and then Bitcoin

5    goes up to $10 a piece, suddenly you're sitting on

6    a hundred thousand dollars worth of capital gains,

7    and it -- you -- probably crosses your mind that,

8    well, maybe I'd like to spend $50,000 and pay down

9    my mortgage or -- or spend them some other way.  So

10   as Bitcoin rises in price, there's more and more an

11   incentive to -- to sell those Bitcoins that you --

12   you purchased earlier.

13           And so I think most people did not

14   hold on to every Bitcoin that they had.  They

15   either spent them or exchanged them and, you know,

16   bought something nice for themselves.

17        Q    Sure.  And, you know, based on your --

18   your understanding and everything that you just

19   stated, would -- would you believe it would be

20   inconsistent for someone to be sitting on a large

21   stash of -- stash of Bitcoin worth a couple of

22   hundred million dollars but be in foreclosure and

23   unable to pay a cell phone bill?

24        A    Yes.

25        Q    Okay.



CONFIDENTIAL

Page 264

1          MR. FREEDMAN:  Objection, form.

2      Q    Now, I -- I just want to -- one other

3  thing that you just mentioned, I believe you

4  mentioned that Bitcoin faucet was hacked?

5      A    Yes, the Bitcoin faucet was hacked.

6      Q    So is that another instance of hacking?

7      A    Sure.  Yes.

8      Q    And that happened to you personally?

9      A    That happened to me personally, yes.

10  The -- well, and, technically, it was the web

11  hosting company that hosted the Bitcoin faucet was

12  hacked, and so the Bitcoin faucet, plus a couple

13  other Bitcoin businesses, were hacked.  And,

14  happily, the Bitcoin faucet didn't have many

15  Bitcoins, so I didn't lose much, but one of the

16  others did, and it did lose a significant amount of

17  Bitcoins out of their wallet.

18      Q    All right.  So that's another instance of

19  hacking.  So, actually, we know at least of -- of

20  two people that were attacked in that hack?

21      A    Yes.

22      Q    Okay.  Now, I believe you testified

23  earlier that early on Bitcoin mining was necessary

24  to maintain the -- the blockchain network, the

25  Bitcoin network?



CONFIDENTIAL

Page 265

1        A    Yes, it still is.

2        Q    Okay.  And if somebody was participating

3   in mining because they wanted to keep the network

4   alive, would kind of a by-product of it be that

5   they would -- would receive Bitcoin?

6        A    Yes, that's correct.

7        Q    And not necessarily were they actually

8   mining to hold those Bitcoin?

9        A    Correct.  If there's --

10       Q    Or -- or -- or for the value, whatever

11  value it was in those Bitcoins, correct?

12       A    Sure.  Yes.

13       Q    Okay.  So if -- and do you have an

14  understanding as to what the value of Bitcoin was

15  in 2010?

16       A    At the beginning of 2010, Bitcoin had no

17  value because there was no way to sell it.

18       Q    How about around August of 2010?

19       A    I'd have to go back and look.  And,

20  again, I know May of 2010 I purchased Bitcoins for

21  Bitcoin faucet at about a half a penny apiece.  By

22  August, I don't think it had yet reached a dollar,

23  but I don't know.  I'd have to go back and -- and

24  look.  I don't -- I don't remember.

25       Q    Okay.  So if somebody were -- were mining



CONFIDENTIAL

Page 266

1    primarily to keep the network alive, and Bitcoin

2    weren't valued very much, would you be surprised if

3    that person would put the Bitcoin in an encrypted

4    drive and just kind of forget about it for the time

5    being?

6          A    No, that would not surprise me, and I

7    think I've heard stories of people who mined

8    Bitcoin for a little while and then just turned off

9    their machines and reformatted their hard drive and

10   the Bitcoins are lost forever.

11         Q    Okay.  Are you familiar with what is

12   called the "genesis" block?

13         A    Yes.

14         Q    What's the genesis block?

15         A    The genesis block is basically a piece of

16   data that's hard-coded, so it's in the software

17   code, that is kind of the beginning of this chain

18   of what are called "blocks."  So chains of -- of

19   Bitcoin containing transaction -- Bitcoin block

20   contains transactions, and the genesis block is --

21   is the very first block that everything chains

22   from.

23         Q    So if somebody were to say that the

24   genesis block was mined, would that be an accurate

25   description?



CONFIDENTIAL

Page 267

```
1        A     No.  No, the genesis block was created.
2    It didn't have to be mined in the same way --
3        Q     Okay.
4        A     -- as the rest of the blocks.
5        Q     And if somebody made that statement,
6    would you believe that person has a thorough
7    understanding of how the Bitcoin network works?
8        A     Yeah, I mean, the -- you do have to do
9    some work to create a -- a genesis block.  So, you
10   know, I would -- I would -- yes, I think you could
11   say it was mined when it wasn't actually mined in
12   the traditional way, and it -- you know, it would
13   be okay.  It's a fuzzy enough idea of, you know,
14   what mining is.
15       Q     Well, what if somebody were to say that
16   it was mined in the traditional way; would you
17   consider that person knowledgeable as to the
18   Bitcoin network?
19       A     Well, it's tricky.  I mean, I -- I mined
20   the genesis block -- or I created the genesis block
21   for the test network, and it is a very similar
22   process to traditional, you know, Bitcoin mining.
23   So, I mean, there's enough similarity there that I
24   -- you know, I think it is possible to -- to -- to
25   say that.  And you're being a little bit fuzzy,
```



CONFIDENTIAL

Page 268

1  but, yeah, I think it's -- it's -- you could say

2  that and still be an expert in -- in Bitcoin.

3      Q    And how are the two -- how -- how was the

4  creation of the genesis block different than the

5  mining of a non-genesis block?

6      A    It's just the -- the -- the -- I mean,

7  the process for creating it requires some technical

8  ability.  So, you know, to be -- to mine a regular

9  Bitcoin block, all you needed to do was download

10  the software and there was a menu item that said

11  "start mining," and that's all you had to do.

12      Q    Okay.

13      A    To actually create a new genesis block,

14  you know, when I created the test network, I

15  actually had to write some code that would arrange

16  things in the right way and then do some

17  proof-of-work calculations to create appropriate

18  proof of work for a new genesis block.

19          And so, you know, it's just -- it

20  takes more -- at that time it took more technical

21  skill to create a genesis block, and it was kind of

22  not built into the software as it -- as it was.

23      Q    All right.  When you say "hard-coded,"

24  was it just kind of -- you did your stuff on your

25  computer and then you kind of, like, inserted it,



CONFIDENTIAL

Page 269

1    is that --

2         A    Yes.

3         Q    Okay.  And -- but it didn't involve,

4    like, a network or other computers and mining?

5         A    No, it's all on a single computer.

6         Q    And it's not passing around --

7         A    No.  No, everything's done kind of

8    privately on your own computer.

9         Q    Okay.  In -- in comparison with -- well,

10   in contrast to regular mining, where it's generally

11   a collaborative effort?

12        A    Yes, you have to build on other people's

13   blocks or your block will be rejected.

14        Q    Okay.  So there are, you know, some

15   distinctions between the genesis block being

16   hard-coded versus a regular?

17        A    Yes.

18        Q    Now, are you familiar with the term

19   "Bitcoin private key"?

20        A    Yes.

21             THE STENOGRAPHER:  Private key?

22             MR. KASS:  Bitcoin private key, yes.

23        Q    And the term "Bitcoin public key"?

24        A    Yes.

25        Q    What is a "Bitcoin private key"?



CONFIDENTIAL

Page 270

1        A     A Bitcoin private key is a -- is a very

2    long number that -- that you keep private as --

3    as it -- as it says.  And, basically, private keys

4    correspond to Bitcoins.  So if you own a private

5    key, you have the ability to transfer the Bitcoins.

6    It's -- it's -- is that good enough?

7        Q     That's good enough.  I know it's a very

8    touchy subject, but for my purposes, it's enough.

9              Now, if I have a private key -- what

10   you define as a private key, which is a -- assume

11   -- let's assume the definition of a private key --

12   well, no, I don't -- I don't want to give

13   you anything -- as you understand a private key to

14   be, okay?

15             Now, if I have a private key and I

16   share it with you -- correct?

17       A     Yes.

18       Q     -- what is that called now?

19             MR. FREEDMAN:  Objection, form.

20       A     Well, I mean, it's still a private key.

21       Q     Um-hm.

22       A     But multiple people now can sign messages

23   with it or can -- if there are Bitcoin associated

24   with that private key, could spend the Bitcoin.

25       Q     So would it be fair to say that whether



CONFIDENTIAL

Page 271

1    something is a private key does not depend on

2    whether I actually keep it private?

3        A    Yes.

4        Q    Okay.

5        A    Best practice is you should keep it

6    private if you want control.

7        Q    Okay.  And if somebody were to state that

8    once a private key is shared, it no longer is a

9    private key, would you consider that an accurate

10   statement?

11       A    No.  I think it still qualifies as a --

12   as a private key.

13       Q    Okay.  Would you consider that person

14   very knowledgeable in Bitcoin terminology?

15            MR. FREEDMAN:  Objection, form.

16       A    I -- I think possibly.  I mean, you know,

17   your definition of private key may vary from the

18   commonly held idea of what a private key is.

19       Q    All right.  So you would at least agree

20   that person's definition is not consistent with

21   what the general Bitcoin community believes?

22       A    I think that would be true, although I

23   haven't polled the Bitcoin community on exactly,

24   you know, Do you call a private key something else

25   if it's been revealed to multiple people?



CONFIDENTIAL

Page 272

1                    MR. FREEDMAN:  Objection.

2        Q    Based on your --

3                    MR. FREEDMAN:  Objection.

4        Q    Based on your understanding of your

5   involvement of the Bitcoin -- in the Bitcoin

6   community, it's a basic general understanding?

7        A    Yes, I mean -- yes.

8                    MR. FREEDMAN:  It's almost 5:00.  So

9   do you want to stop now?

10                   MR. KASS:  Want to stop now?

11                   MR. FREEDMAN:  Yeah.

12                   MR. KASS:  Okay.  So we're going to

13  go off the record now.  We will resume tomorrow at

14  11:00 a.m. here.

15                   THE WITNESS:  Oh, 11's my favorite

16  number.

17                   MR. KASS:  Oh, yes, there we go.

18                   THE WITNESS:  Perfect.

19                   THE VIDEOGRAPHER:  I'm going to read

20  off the record and close out for today.

21                   MR. KASS:  Okay.

22                   THE VIDEOGRAPHER:  The time now is

23  5:00 p.m., and we have reached the end of today's

24  deposition and Media Unit No. 4.  We are off the

25  record, and this deposition will continue tomorrow.



CONFIDENTIAL

Page 273

1    We're off the record.

2              (Off record.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



CONFIDENTIAL

Page 274

1                    C E R T I F I C A T E

2    COMMONWEALTH OF MASSACHUSETTS

3    BRISTOL, SS

4              I, Lori-Ann London, Registered

5    Professional Reporter and Notary Public in and for

6    the Commonwealth of Massachusetts, do hereby

7    certify:

8              That, GAVIN A. ANDRESEN, the witness whose

9    deposition is hereinbefore set forth, was duly

10   sworn by me and that such deposition is a true

11   record of the testimony given by the witness to the

12   best of my knowledge, skill, and ability.

13             I further certify that I am neither

14   related to, nor employed by, any of the parties in

15   or counsel to this action, nor am I financially

16   interested in the outcome of this action.

17             IN WITNESS WHEREOF, I have hereunto set my

18   hand and seal of office this 3rd day of March 2020.

19

20

21

22                            _____

23                            Lori-Ann London, RPR

24                            Notary Public

25   My commission expires: 5/29/2026



**A**

**abilities** 200:19 208:17,20
**ability** 11:6 197:16 214:3 268:8 270:5 274:12
**able** 23:20 27:7 38:12 70:19 134:8 165:1,7 165:24 185:3 212:13 214:22 240:15
**absolutely** 213:9 236:21 241:4
**abuse** 233:6
**academic** 118:4
**access** 22:11,19 23:15 29:19,21 58:3 86:22 137:8 138:8,12 138:13 168:9 197:19,21,23 197:24 216:18 254:11
**accessed** 240:9
**accidentally** 48:19
**accommodate** 174:7
**accommodating** 260:5,7
**accompany** 74:13
**account** 23:11 24:19 79:12 122:9 194:6,16 253:13 254:11
**accounts** 241:22 252:22
**accurate** 56:6 67:6 79:17,21 79:22 80:5 96:22 97:2

102:4 114:7 145:17 152:8 155:4 161:3,16 177:1 189:19 194:19 195:11 200:17 211:16 214:15 226:12 229:14 247:16 248:18 250:1 250:25 266:24 271:9
**acknowledge** 88:10 240:13
**acting** 242:19
**action** 9:25 24:7 274:15,16
**actions** 179:17
**active** 175:7
**actively** 34:16 175:2
**activity** 106:24 107:6
**acts** 211:9
**actual** 75:8 178:9 198:9 205:19 209:22,23,24 225:10 243:6,6
**Adams** 16:11
**add** 130:22
**added** 87:18
**adding** 24:5
**addition** 205:18 226:4 229:8,10 229:18
**additional** 62:15 63:17 136:9 174:15 221:7
**address** 12:5,8 23:7,9 33:15,20 79:5 85:24,25 86:8 134:9 142:2,3,7 143:2 143:22 160:19 193:15 196:20

197:1,2 199:2 253:16
**addresses** 29:24 86:4 124:24
**adequately** 219:4
**administrative** 22:9 23:19
**advance** 42:2 188:16
**advanced** 214:22
**advice** 169:2
**advised** 54:19
**affair** 4:2 101:8 101:24 127:14
**affairs** 44:25 45:4
**affect** 11:6 231:15
**afternoon** 116:12 166:2,11 198:11,13
**ago** 27:20 72:11 113:6 241:8,10 259:1 260:20
**agree** 61:6,8 66:9 66:23 152:10 157:8 240:12 259:25 271:19
**agreed** 136:4 173:22
**agreement** 36:14 36:15,17,19 37:8 146:10 169:16 259:16
**ahead** 78:17 82:6 84:9 103:6 127:20
**ahold** 253:15
**air** 39:18
**airplane** 45:12 230:10
**airplanes** 239:23
**al** 7:6
**Alaska** 12:23

13:2
**alert** 23:24
**Alexander** 11:11 11:21,22,25
**alive** 231:11 246:5 265:4 266:1
**allow** 23:24 60:25 252:5
**allowed** 62:12 63:6 146:12
**allowing** 168:2
**allows** 115:8
**alpaca** 262:10,11
**alread** 181:5
**alterations** 224:12
**Alto** 14:8
**ambulance** 149:16 150:3
**Amherst** 1:17 7:12 12:6,10 14:16,19 16:10 257:2
**AmherstWorks** 12:9
**Amity** 12:10
**amount** 63:6 135:1 155:17 167:21 171:11 171:15 258:17 264:16
**Andreas** 123:7 123:14,15 124:20,21 125:3
**Andresen** 1:15 3:3 6:8 7:5,25 9:10,15,23 11:9 11:11,21,25 22:21 37:1,4 78:7 80:4 84:25 156:5 165:7 173:17 174:8

174:21 179:2 187:11 188:5 201:5 259:14 274:8
**Andresen's** 173:21
**Andrew** 18:9 49:6 65:23 68:1 69:21 100:20 100:21,24 101:4,5,24 103:4,9 105:5 120:9,17 121:6 121:10,12,16 122:6 127:13 127:16,21
**angry** 176:6,9,10 176:11,12,13 233:4,7,8
**announce** 8:12
**announced** 184:12
**annoyed** 104:17
**annoying** 106:5 204:25 205:2
**answer** 10:25 11:1 34:2 37:7 144:5 159:21 219:18 231:15 258:5
**answers** 10:9
**Antigua** 61:17
**Antiguan** 171:19
**Antonopoulos** 123:7,14,15 124:20,21
**anybody** 20:12 23:24 29:4 129:22 130:4 131:23 132:7 188:15 191:12 191:15 256:6
**anymore** 169:14
**anyone's** 8:10,11



143:22
anyways 174:14
  219:19
apart 223:6
  224:7 230:6
  231:6
apiece 261:21
  265:21
apologies 232:20
apologize 49:16
apology 153:5
apparent 150:3
apparently 56:16
  146:3,3 260:20
AppData 129:3
appear 24:1
appearances 2:1
  7:19
appeared 191:25
  232:12 243:3
appears 56:16
  161:1 220:14
  235:19
application 33:12
  33:14 34:6
  205:4
applied 32:19
apply 187:17
appreciate 260:6
appropriate
  268:17
approximately
  7:11 20:24
  26:13 29:5
April 26:6,7 44:4
  47:20 49:3
  50:12 65:9 66:1
  107:19 119:19
  119:23 120:8
  122:4 198:7,14
  199:13 222:25
  223:4
area 14:2
argue 260:9

Arkansas 13:9
arrange 146:22
  268:15
arrive 65:10
arrived 67:15,19
article 4:2 6:7
  19:7,19,21
  101:24 105:9
  121:17
aside 89:25 90:16
asked 29:16
  35:10 72:4
  106:23 135:4,5
  148:10 179:13
  195:23
asking 32:24
  33:25 35:20,23
  36:16 37:9
  39:10 41:25
  43:15 46:4 95:9
  110:23 111:5
  120:9,10,17
  121:3 165:21
  182:2 187:18
  223:12
asks 134:7
assess 161:10
assistant 73:19
  73:20,21 74:11
  74:13
assisting 250:9
associate 69:2
associated 31:13
  76:7 134:9
  142:2 270:23
assume 10:25
  59:24 78:7
  175:12 214:8
  261:3 270:10
  270:11
assumed 118:6
  154:9 175:9,9
  193:15
assuming 60:15

81:25 181:6,10
assumption
  59:16 261:9
Atlas 181:5,11
attach 177:23
  178:1
attached 6:25
  209:18
attachment 3:24
  96:6,11 97:17
  195:9 202:13
  202:15,20
  205:14 209:15
attack 60:11,13
  252:15 254:6,7
attacked 252:10
  264:20
attacks 60:16,18
  229:12 252:11
  254:2,8,8,10,13
  255:4,21
attempt 83:3,4
  150:3
attempting
  146:22
attempts 96:20
attend 90:10
  239:5
attention 32:15
attorneys 159:13
  159:23
attributed
  211:11
audio 106:3
audit 161:6
August 30:4
  265:18,22
Australia 12:12
  12:18 18:16
  19:6
Australian 52:6
  161:2 163:20
authentic 85:14
authored 101:25

authorization
  143:9,18,23
  144:2 146:24
  147:9
authorized 122:8
available 173:24
avoid 66:22
  113:25
aware 30:7 31:1
  31:7 38:2 39:10
  42:21 50:25
  99:4 100:4,7,11
  183:21,25
  184:1 254:13
Ayn 181:11
a.m 1:16 7:11
  49:23 50:3
  67:19 84:23
  100:2 106:17
  166:10 222:25
  223:4 272:14
a/k/a 179:6

———————
B
———————
B 3:6
back 9:9 11:23
  11:24,25 14:23
  18:22 19:5,12
  20:25 21:15
  22:6 24:20 26:8
  27:9,12 28:12
  28:17 29:23
  32:15,22 34:6
  34:13,19 39:3
  42:19 43:22
  47:6 49:8 50:3
  59:12 63:3
  65:15 74:16
  75:6 79:4,13
  84:23 87:4 88:3
  93:21 96:19
  100:2 102:6,7
  103:6 104:3
  106:17 110:20

112:9 113:10
  114:6,14
  119:17 130:17
  134:10,17,24
  135:4,5 136:15
  142:11 143:6
  143:19 144:18
  145:9 147:20
  155:25 159:3
  164:2 165:24
  166:13,15
  173:15 174:8
  174:21 179:9
  185:7,13,15,25
  188:8 190:3
  198:24 200:15
  203:15 205:23
  206:2 217:12
  219:15 224:16
  224:20 225:12
  226:24 230:19
  230:23 232:20
  237:12,14
  244:18 245:9
  254:25 255:1
  255:16 256:16
  256:22 259:12
  260:24 261:14
  262:9,25
  265:19,23
background
  69:22,24 70:2
backstory 43:15
  43:18 46:12,24
  46:25 47:2
  116:23
backwards 59:13
  59:23 249:22
back-and-forth
  219:23
back-end 18:5
bad 32:13 54:7,9
  54:13,16 106:9
  131:14 240:21



240:24 261:9
**badly** 149:14
**bamboozle** 163:7
**bamboozled**
  87:22 88:11
  114:13 153:23
  163:1,5 184:10
**bank** 161:10
  194:6
**base** 138:17
  235:8
**based** 31:19,20
  52:6 154:10
  194:11 200:21
  208:15 211:19
  214:14 218:25
  221:16 229:21
  235:18 238:11
  246:8 263:17
  272:2,4
**basement** 47:5
  68:5
**bases** 29:11
**basic** 236:12
  272:6
**basically** 59:20
  200:2 213:21
  266:15 270:3
**basing** 143:13
**basis** 36:22 78:21
**Bates** 33:5 38:24
  48:20,21 65:16
  110:10 113:1
  120:13 126:1
  141:17 145:1
  178:25 180:18
  202:18 205:12
**Bates-labeled** 3:9
  3:11,13,14,15
  3:16,17,18,21
  3:22,25 4:3,4,5
  4:6,7,8,9,10,11
  4:12,13,14,15
  4:16,17,18,19

4:21,22,23,24
5:2,4,5,6,7,9,12
5:14,16,17,19
5:20,21,22,24
5:25 6:2,3,4,5,6
6:10,11,12,14
6:16,17,19,20
6:22 111:20
115:20 122:18
128:5 132:21
135:11 139:1
142:18 147:17
151:4 160:4,14
166:21 168:16
172:18 175:24
177:8 182:9
**Bates-marked**
126:15 144:24
**bathroom** 10:16
**Bay** 14:2
**BBC** 148:10,14
149:1,7
**becoming** 257:8
**began** 63:23
**beginning** 84:24
106:18 128:24
147:21 173:16
175:5 248:15
259:13 265:16
266:17
**begins** 7:3 59:2
104:10 105:12
**behalf** 2:2,12
7:15 198:25
**behavior** 183:19
**belief** 211:20
**believe** 13:3
17:18 18:14
25:21 27:24
30:9,11,19
35:23 36:6
38:19 41:6,12
41:17 42:11
44:1,7,9 57:22

60:25 68:14
70:12 71:17,18
74:8 79:22
80:10,18 81:16
88:4 89:18
90:15 91:15
92:19 93:1,8,15
96:4 102:1
116:1 118:4
119:3,12 120:8
122:24 123:13
125:3 134:15
136:3 147:2
149:22 150:11
153:15,17
155:8 157:19
157:22 158:13
158:14,20
159:10 160:19
166:2 168:20
180:4 181:18
187:21 191:14
194:1 197:2
198:7 201:8,18
211:13 213:13
215:6 219:12
230:9 231:17
231:18,20
233:4 238:8,11
239:8 244:4
247:3 248:1,6
248:19,25
249:12 251:18
252:24 255:25
256:25 257:1
263:19 264:3
264:22 267:6
**believed** 26:18
41:2 230:12
238:20 247:17
249:18
**believes** 271:21
**Bell** 11:22
**best** 75:11,14,14

81:11 100:8,8
144:5 157:5,10
186:21 212:19
247:15 249:25
257:21 271:5
274:12
**better** 80:3
105:21 124:13
124:15 129:5
153:12 185:19
210:11 216:3
**beyond** 89:1
108:13 116:15
116:17 119:20
149:20 158:2
158:16 183:4
186:11
**big** 121:17 169:7
263:2
**bigger** 27:2,4
**bill** 263:23
**billion** 254:21
**birth** 11:10,13,14
11:21 12:14
**Biscayne** 2:7
**bit** 21:7 67:9
84:14 91:9
105:16 174:22
188:10 208:22
210:7 212:5
239:11 267:25
**Bitcoin** 6:7 18:19
18:20,24 19:3,4
19:9,18,22,24
20:9,10,11,15
20:16,23 21:2,3
21:9 22:3,7,15
23:15 24:1 26:1
26:10,16,18,23
26:25 27:3,4,14
27:16,18,22,25
27:25 28:5,20
28:22 29:6,9,24
30:4,10,11,12

31:4,5 32:19,24
33:11 34:11
36:2 40:12 41:3
43:16,19 44:25
45:4 54:15 57:7
57:12 60:17,22
64:15 68:11,13
71:10 74:23
83:23 91:6 92:8
95:1,5 97:8
98:4,10,13,16
98:20 100:13
105:17 108:15
108:19,23
109:2 115:7
117:1 118:22
119:1 123:10
123:16,23
124:2,8,12,17
124:22 128:12
128:12 129:12
130:5,9 134:21
143:2,21
146:23 150:23
155:12 156:13
156:19,24
157:3 161:10
161:20,22,24
167:16 171:23
174:23,25
175:16 178:19
193:4,7,10
197:16,19,21
199:2 200:6,24
201:19,20
208:13 213:16
216:25 219:13
219:24 220:23
226:16 227:15
229:12 234:7
234:20 238:12
238:20 248:2,6
248:8,14,20
249:2,20 250:6



CONFIDENTIAL

Page 4

250:24 251:4,6
251:11,19,23
251:24 252:2,3
252:5,6,7,13,18
253:11,17,22
254:15,20,23
255:7,13,14,19
255:23 256:2,3
256:4,5,6,8,9
256:14,25
257:15,22,24
258:1,1,4,5,9
258:10,13,16
258:17,21,24
261:4,10,15,17
261:22 262:1,3
262:9,9,14,15
262:16,22,23
263:4,10,14,21
264:4,5,11,12
264:13,14,23
264:25 265:5,8
265:14,16,21
266:1,3,8,19,19
267:7,18,22
268:2,9 269:19
269:22,23,25
270:1,23,24
271:14,21,23
272:5,5
**Bitcoins** 20:7
29:8 31:13
113:14 115:10
138:4 254:21
256:7,12
261:17,18
262:2,5,25
263:4,11
264:15,17
265:11,20
266:10 270:4,5
**Bitcointalk** 20:22
23:9 190:6,17
**Bitcoin's** 175:5

**Blacknet** 181:1
**blanket** 213:25
**bleeding** 149:14
150:1
**blind** 17:21
**blitz** 56:5
**block** 29:8 30:9
30:10,14,14,17
30:19,21,22,23
35:12 60:22,24
74:7,8,9,9 82:2
83:23 85:25
86:1,3,14,19,23
87:2,3,8 88:6
97:9,9,10,11,13
99:7 130:3,3,9
130:12,14,15
130:16 131:19
134:9,16,21
136:5,5,6,6
137:2,9 139:14
139:15 142:2
143:2,22 146:7
146:23 163:10
175:11 197:9
198:15,15
219:13 220:24
252:5 266:12
266:14,15,19
266:20,21,24
267:1,9,20,20
268:4,5,9,13,18
268:21 269:13
269:15
**blockchain** 31:8
134:25 264:24
**blocks** 29:7 30:7
31:8 36:2 40:12
41:3 64:15 74:6
117:2 197:13
197:17 216:25
217:12 266:18
267:4 269:13
**blog** 6:21,24

31:10 97:19,23
98:23 99:1,2
115:25 116:2,6
125:8 131:2,6,7
131:14 133:11
133:22 141:1
153:19 184:12
224:11 232:18
247:2,16,22,25
249:17 258:25
260:19,23,24
261:2,13
**bloody** 60:9
**blue** 102:10,11
**board** 27:23 28:3
28:15
**boat** 61:20
**body** 202:24
205:18 214:11
214:15 235:17
236:4
**Bond** 107:24
109:2
**book** 119:10,13
124:8
**boot** 74:20
**booted** 73:24
**born** 11:21 12:11
17:6
**bottom** 46:4
47:24 48:6
53:13 60:7
63:21 64:3 78:1
78:5 103:4
106:22 108:4
111:22 113:7
140:6,8 172:24
211:5 215:24
**bought** 20:16
263:16
**Boulevard** 2:7,15
**boy** 81:3
**Brady** 33:11
**brain** 249:12

**brand** 240:16
**brand-new** 73:13
73:14,18 88:20
**break** 10:15
29:18 125:17
126:7 144:13
169:20 170:2
185:6 187:16
226:19 259:5
**breakfast** 72:24
89:13,23 90:9
90:20,23 91:1
**Brief** 198:4
**briefly** 21:5
**brilliant** 210:3
211:8,20
236:13
**bring** 15:14
156:4,4,5
**bringing** 64:6
**BRISTOL** 274:3
**broadly** 174:23
**brought** 69:7
76:21 86:3
89:16 157:11
157:12
**BTC** 58:5 60:8
134:8 169:6
170:23 171:2
**bubble** 81:23
**bug** 24:3 254:23
**bugs** 210:18
255:15
**build** 269:12
**built** 268:22
**bulk** 235:20
**bunch** 195:23
**bus** 200:5
**business** 12:7
48:7 62:14,16
69:1,2 92:3
163:20 179:20
200:5
**businesses** 48:9

51:12,20 52:2,6
54:3 62:6,25
69:3 264:13
**businesslike**
199:21
**business-wise**
68:19
**busy** 117:15
118:2,5,7,9
**buy** 263:4
**buying** 262:10
**by-product** 265:4

---

## C

**C** 7:1 118:25
128:25 274:1,1
**calculations**
268:17
**calendar** 165:10
174:11
**California** 13:3,5
13:6,12,14,22
14:4,5,7,9 15:3
**call** 31:17 36:6,8
37:24 65:15
148:5,18,21
149:22 150:12
271:24
**called** 9:16 17:20
18:3 20:10
23:17 60:17
101:8 206:1
244:13 251:19
256:1 266:12
266:18 270:18
**Calling** 199:10
**calls** 31:15
174:11
**candidate** 40:5
**capacity** 17:14
**capital** 55:21
67:25 69:10
109:22,25
110:3 263:6



capital-type 42:8
    42:11
care 162:24,25
    248:10 254:18
career 19:15
careful 154:6
carried 155:11
carry 155:17
case 189:21
cash 105:17
catch 259:20
cause 89:21
    111:2 170:2
    245:8 255:9
CC 136:13
CC'ing 95:25
cell 263:23
cent 261:22
Center 2:6
cents 261:24
ceremony 163:8
    188:11
certain 71:16
    72:22 186:20
    191:21 199:2
    215:13,17
    216:4 243:20
    251:2
certainly 14:13
    39:17 66:19
    87:22 88:2,11
    88:15 129:22
    129:24 153:18
    153:20 155:5
    156:23 157:11
    157:12 176:23
    188:18 193:14
    212:6 218:9
    225:3 233:5
    236:1 241:20
    252:11 255:21
certificate 11:14
    11:22 76:17
certify 274:7,13

cetera 143:10
chain 3:18 4:19
    4:24 5:8,10,14
    49:2 113:7
    140:7 141:19
    142:22 147:21
    151:6 160:23
    162:14 177:10
    177:12,16
    179:3,9 244:13
    254:25 266:17
chains 266:18,21
chance 8:15
    257:8,12
change 60:21
    184:6,21
    219:18 252:12
changed 11:22
    11:24,25
character 91:21
    91:22
characterization
    102:2 156:11
charge 237:1
Charlie 28:10,16
check 18:22 21:1
    21:15 28:12
    29:15,16 42:19
    116:5 130:17
    134:25 159:3
    165:9 166:5,6,8
    256:16,23
checked 75:6
checking 152:15
    154:11
chief 16:20 17:22
    18:20,24 26:23
    27:13,15,17
    57:12 156:18
    156:23
child 249:12
chime 259:18
chips 89:8
choked 242:20

choose 87:10,16
    118:25 119:7
chose 75:19,21
    119:14
chosen 112:8
circa 21:12
circle 185:7
circumstances
    154:18
City 131:12
claim 41:17
    52:10 70:21
    92:16 93:3
claimed 40:1
    41:19 52:4
    59:19 70:24
    92:19 110:21
    113:17 141:1
    215:9
claiming 25:8,12
    38:12 39:25
    42:13
claims 114:2
    129:23 161:17
clarification
    187:16
clarify 249:21
clean 169:7
cleaned 182:16
cleanly 205:3
clear 16:4 78:22
    99:8,13 126:5
    155:6 254:1
cleared 117:13
    117:16 119:6
clearly 108:9
    137:8 139:13
clever 145:7,15
close 58:19 116:5
    191:20 192:6
    272:20
closer 8:16,21
clouds 249:10
clue 181:4

code 17:23 19:16
    19:25 20:1,4
    22:9,11,14
    85:19 124:9
    200:7,9,11,14
    200:23,25
    201:13 202:25
    205:19,19,22
    209:22,23,24
    212:9,14 214:3
    214:4,6,12
    227:13,14
    228:1,14,19
    229:8,10 234:2
    234:7,9,14,16
    234:20,23
    235:4,8,12,19
    236:4,12,24
    237:4,21,22
    238:12 255:2
    266:17 268:15
coder 208:21
    214:20 236:11
    236:13
coders 124:13,15
    236:8
coder's 234:3
codes 76:7
coding 201:16,17
    202:5,24
    203:25 204:13
    204:24 205:18
    206:12,23
    207:8,19 208:5
    208:5,11,16,20
    209:8,19
    227:10 229:18
    233:10,14
    234:3 235:24
    236:3,5,9
    238:16,21,25
coding-type
    226:10
coin 29:11 48:9

54:3 62:7 63:6
    63:6 142:2,3,4
    142:9 145:24
    146:12 148:15
    167:11
coins 71:5 168:2
coin-based 32:4
cold 30:1
collaboration
    105:23
collaborative
    269:11
college 13:15
Collins 238:5
combination
    116:19
combined 116:22
    116:24
come 13:13 14:6
    14:11 21:25
    22:2 24:6 32:18
    38:3 39:11 47:6
    51:4,23 52:4
    55:24 58:9 69:9
    91:18 94:5,22
    94:24 100:21
    100:23 101:7
    102:7 104:14
    109:15,24
    121:9 165:24
    166:13 173:9
    174:8 183:13
    184:11 191:19
    192:5 194:12
    194:15 251:17
comfortable 27:8
    148:12 225:4
coming 50:3
    84:23 106:6,17
    127:17 144:18
    152:7 154:9,9
    173:15 185:13
    259:12
command 82:10



82:15 129:13
**commands** 213:5
**comment** 238:11
**comments** 47:25
63:24 168:22
234:22
**commission**
274:25
**commitment**
174:1
**committed**
139:13 142:1
183:22
**Commodore**
233:18
**commonly**
271:18
**Commonwealth**
274:2,6
**communicate**
23:6 98:19
127:13
**communicated**
101:4,5 190:6
191:6 218:1
**communicating**
22:5 116:20,22
214:6 219:5
231:19 232:9
**communication**
36:5 37:20
43:25 225:6
**communications**
25:22 111:3
112:17 190:12
208:10
**community** 28:1
28:20,22 57:7
123:16 155:13
156:13 253:22
271:21,23
272:6
**company** 16:17
17:20,23 18:2

42:9 108:19,23
109:2 236:2,2
264:11
**comparison**
269:9
**compete** 257:6
**complete** 59:17
158:5 169:18
**completed** 67:4
**completely** 80:5
81:8 152:10
**complex** 140:21
**complicated**
11:16 12:1
106:25 205:6
**complied** 105:3
215:22 237:16
**comprised** 95:18
**computer** 15:1,6
15:8 74:12,14
74:16,19,21
75:24 77:6,7,11
77:14,15,16
80:22 81:9 82:1
82:2,12,14,15
83:21 85:4
216:13 217:20
254:8 268:25
269:5,8
**computers** 29:20
29:22 81:9 83:1
85:20 269:4
**conceding** 126:8
**concern** 79:6
94:14
**concerned** 53:6
53:11 72:20
**condition** 183:17
**conference** 8:5
8:11 68:5
119:25 131:3
131:12 185:18
199:10,15
**confidential** 1:14

37:12 112:21
**confound** 262:8
**confused** 203:20
**connect** 76:4
**connection** 198:5
**conning** 180:11
**ConsenSys** 131:9
131:11
**consent** 126:5
**consider** 123:19
123:22 124:16
153:22 210:2
210:19 213:10
252:14 267:17
271:9,13
**considered**
123:16
**Considering**
257:14
**consistent** 57:19
64:22,23 98:8
100:16 102:24
103:24 104:19
104:23 105:22
112:1,6 197:1
213:25 221:22
230:12 236:5
271:20
**consumption**
21:7
**contact** 20:19
34:20 221:3,12
**contacted** 20:21
25:11 39:24
110:17 159:4
191:14
**containing**
266:19
**contains** 266:20
**contemporane...**
75:10
**content** 224:25
225:1
**contents** 178:16

**context** 71:23
96:18 99:8,15
**continuation**
173:20 177:11
**continue** 19:13
165:25 173:24
259:22 272:25
**continued** 232:9
232:16
**continuing**
106:18 144:19
**continuous** 73:9
**contrast** 269:10
**contributed**
93:20
**control** 59:17
85:20 157:3
167:4 168:5,8
170:19 197:16
253:16 271:6
**controlled**
178:19
**controlling**
201:20
**controls** 115:2,13
**controversial**
60:24 252:9
**controversies**
251:12
**controversy**
251:11
**conversation**
38:7 40:17 41:5
41:11 57:18
68:15,17 69:17
69:20 70:7,22
71:2,11,14,24
71:25 72:7,8,9
72:10,16,19,20
72:23 73:5
89:25 90:17
91:10,14,15
101:3 103:5,8
112:13 176:23

179:23 180:1
204:9,21
206:20 217:24
218:21 219:22
219:23 220:2,4
227:6 229:9
241:13 243:7
243:13,15
244:2 248:17
249:8,23 250:2
250:9,18
**conversations**
25:2,4,16 91:4
93:10 94:9,21
98:9 104:17,20
112:15 152:19
184:15 186:1,4
191:9 192:4
198:24 199:25
200:2,3,13,22
226:6,13
229:16 232:17
**convince** 123:14
124:20 230:7
230:10
**convinced** 25:19
68:12 74:5
116:15,17,25
117:2 225:10
241:16
**convincing** 45:10
45:11 117:4,4
123:7,9 218:7,9
218:13,15
**coordinating**
56:5 234:19
**copied** 78:24
79:14 83:5,7
**copies** 64:17
**copy** 40:14 79:17
84:2 101:15
102:11
**cordial** 232:6
**core** 22:3,15 26:1



CONFIDENTIAL

26:9,10,16
156:16 255:14
262:20
**correct** 21:22,24
26:2 30:24 40:9
44:6 50:14
67:17 80:22,25
121:2 130:8
132:7 133:17
138:15 142:13
145:12 146:25
147:10,23
161:22 179:7
179:19 187:22
192:7 193:19
193:24 194:2
194:16,17,20
195:14,25
197:10 198:15
198:18,19,22
199:4,7,14,17
199:18 200:22
215:2,18
218:23 219:8
226:1,7,10
231:20 232:10
232:13 240:2,7
240:10 241:6,7
242:7 247:9,10
249:15 250:7
256:1 265:6,9
265:11 270:16
**corrected** 122:4
**corrections**
133:11
**correctly** 41:19
82:9,23 110:23
150:8 239:11
248:11 250:13
252:4
**correspond**
270:4
**corresponded**
199:17

**correspondence**
3:12 38:23
65:22
**corresponding**
80:11
**corresponds** 36:1
**counsel** 2:1 7:18
9:1 84:13
101:19 108:2
187:18 274:15
**count** 30:22
197:10
**counted** 30:20
**counting** 30:15
87:5
**couple** 13:8 42:7
64:7 239:19
260:24 263:21
264:12
**court** 1:1 7:8,16
9:13 10:8 66:18
183:22 184:1,2
196:11
**Courtyard** 1:17
7:12
**cover** 120:2
174:9
**covered** 117:24
118:8 142:11
**coworker** 15:25
**Craig** 1:11 7:7,23
25:2,16 32:11
32:15,19,24
33:15 37:23
38:2,6 39:6,10
39:15,15,18
40:22 41:12
42:7,12,23
43:12,15,25
44:21 45:21,25
45:25 46:11,22
47:18 48:7 49:3
50:10,19 54:1
58:18 65:4

68:10,10,13,18
69:6,23 70:9,13
70:14 71:19
72:3,25 73:4,15
73:22,25 75:3
77:5 81:25 82:1
82:9,14,25
86:19 87:22
88:24 89:1,11
90:10 91:5,5,10
94:9,21 96:19
97:8,24 98:9,17
98:19,22 99:1
100:4,12,12,16
102:25 103:6,9
103:24 104:12
104:20,23
105:23 107:2
107:16,22
110:22,24
111:22 112:1,4
112:18 113:14
113:19 114:2
114:16,23
116:1,12
119:21 120:3,3
120:21 123:8,9
124:20 125:4
127:17 128:10
129:16 130:8
131:14 133:11
136:1,13,15
138:5,18 139:3
139:6 140:8,9
142:1,23 145:4
145:19 146:3,5
146:20,22
147:2,6,9 148:4
149:10,13,17
149:25 150:19
151:16 152:6
152:14,20
153:5,11 157:2
159:1,2,22

160:8,17,20,24
160:24 161:1
161:13 162:12
162:15 166:25
167:2,15
168:20 170:7
171:1 172:22
176:3 180:10
180:21 182:5
182:12 183:1,4
183:10,15,20
183:22 186:1,4
187:1,12
189:16 190:4
190:11,15
191:3,10,11,19
191:20 192:5,6
192:7,21
193:16 194:13
194:14,15
195:1 196:8,15
215:2,13 221:2
221:12 222:10
222:20 231:20
231:25 232:2,4
232:10 239:16
242:1,3,6
245:19,24
246:9,16 247:3
248:1,4,5,7,12
248:19,25
249:8,12
**Craig's** 47:25
69:2,11 81:18
85:20 86:14
97:7 103:15
119:25 131:7
149:24 179:17
191:11,11
241:24
**Craig.Wright**
128:19
**craig@ncrypt....**
43:10

Craig@panopt...
33:21
**craig@panopti...**
33:16
**craig@rcjbr.org**
160:19
**crazy** 20:3 182:5
183:11
**create** 32:4 83:14
84:3 115:8
168:6 211:24
212:20 236:4
267:9 268:13
268:17,21
**created** 20:10
99:5 100:13
108:14 175:11
254:20,21
256:1,3 267:1
267:20 268:14
**creating** 92:8
212:3,16 268:7
**creation** 71:10
175:17,18
268:4
**creator** 248:13
**creators** 251:22
**credibility**
155:12
**credible** 41:21,23
**credit** 93:3
**crisis** 97:1
**criteria** 34:14,17
**critical** 236:19,23
**cross** 79:25
125:13 259:24
**crosses** 263:7
**cross-noticing**
173:20
**cry** 262:3,7,7
**crying** 242:24
**cryptic** 182:3
**cryptographer...**
111:17



cryptographic 35:25 197:5,8 197:13
cryptography 250:16
CSW 78:6,9 82:23 87:13,16 136:1 141:25 142:4 179:21
CSW's 78:8
curious 205:1
currency 257:6,8 257:9
current 28:19 231:24,24
currently 17:9 26:5 146:20 251:24
cuts 150:1
cyber 254:8,13
Cyrulnik 2:5 7:13 9:1

**D**

D 3:1 7:1
dad 11:23
dark 150:21
dash 82:23
data 29:2 216:18 217:5,19 266:16
date 11:10 12:13 42:15,17 43:25 108:10 136:7 198:1
dated 105:5
dates 18:23 26:11 32:13 130:2 137:11 224:21 230:21 240:24 256:23
daughter 17:5
Dave 71:13,18,23 72:3 89:16 90:2

90:4,18,19 98:5 98:9,19 100:8 102:21 103:20 103:23 104:15 105:17 107:5 107:23 108:6,9 108:13,16 114:16 151:25 183:5 186:5,12 186:13,18 187:25 189:17 190:24 191:2,7 191:13,16,18 191:23 192:22 192:25 193:4,7 194:11,12 195:1,20 230:25 231:1,4 231:18 241:13 242:4,9,10 243:1,8,14,21 243:24 244:17 245:17 246:5 250:5
Dave's 71:21 100:8 105:23 241:24 244:21 244:23 250:18
David 1:7 7:6 113:14 190:5 190:15
day 58:5 65:3,9 66:1,1 67:7,20 67:24 82:25 97:2,6 103:19 131:25 145:13 180:5 197:23 197:24 198:9 240:1 256:13 274:18
days 44:3 54:20 143:8 150:11
day-to-day 22:7 27:10

de 2:15
deal 39:7 151:23 164:13
dealing 108:20 108:24
death 71:21
debug 128:12,16 128:19,20 129:11,19
debugging 129:13
deceive 153:12
deceived 153:18
deceiving 114:4
December 11:11
deception 153:21
decided 20:8
decisions 54:7,10 54:13,16 118:22
deeply 123:9
default 22:18 152:14,21 179:18
defaulted 179:22
Defendant 1:12 2:12
Defense 1:8
defer 81:12
define 213:4 254:14 270:10
definitely 101:3 124:8,11 155:19,24 210:4,10 255:22
definition 192:17 193:17,21 254:2 270:11 271:17,20
degrees 118:6
delegate 53:16
deleted 41:18,19
delivered 88:19

133:14
delved 200:4
Demian 31:11
demonstrate 96:25
demonstrated 214:3
demonstration 74:24 80:6 86:9 133:8
denial 253:25
denial-of-service 60:11,13,16 252:11,14
dense 234:21
depend 271:1
depending 30:22 33:25 197:9
depends 30:15 210:21 213:15
depo 174:18
deposed 8:1 10:1 10:2
deposition 1:15 3:2 7:4,11 37:4 37:12 84:24 125:14 165:25 169:18 173:16 173:21 174:6 174:10 185:8 188:6,16,17,19 259:13,19,20 259:22 272:24 272:25 274:9 274:10
describe 92:12 155:3 208:19 231:23 232:3
described 23:14 133:24
describing 65:25 150:9
description 80:5 266:25

deserve 177:20
design 118:22 228:3
designate 37:12
destroy 177:22 178:5
destroyed 178:6 195:10
detail 62:15 63:17 67:10 85:8 115:12
detailed 122:9
details 41:14 68:16 70:7,18 80:21 91:17 93:1 118:21,23 149:20 178:7 239:25 240:2 240:22,25
detecting 207:20
developed 193:1 249:1
developer 22:3 22:17 26:1,10 26:16 27:12 57:13 80:19 156:16
developers 129:14 253:11 262:20
developing 19:16 22:14
development 18:2,5 228:21
die 169:6
died 107:23 231:16
difference 237:25 238:4
different 14:1 40:4 82:18,20 89:4 160:18 195:25 213:21 215:17 224:1



CONFIDENTIAL

225:2,3 234:23
235:6,7,10,12
237:23,24
268:4
**differently** 161:9
**difficulty** 212:16
**dig** 29:23
**digest** 76:20,24
**digital** 73:16
83:14,19
**diligence** 154:2
**diligent** 154:10
**dinner** 89:9
**direct** 32:1
**directly** 31:3
70:24
**director** 28:3
**directors** 27:24
28:15
**disappeared**
93:11,13
117:14,24
118:9 149:25
**disappointed**
176:10,14,15
233:5
**disconnected**
198:5
**discovery** 75:13
96:13 112:16
**discrete** 235:14
**discuss** 71:7,10
107:1,5 126:2
243:15
**discussed** 36:3
78:3 80:13
94:18 98:12
108:9 111:18
118:22 119:3
253:21
**discussing** 80:17
193:18
**discussion** 8:13
19:23 85:2

98:16 106:1
138:21 221:5
**discussions**
214:12
**dishonest** 184:23
**disks** 172:14
**disruptive** 106:3
**distinction** 98:4
**distinctions**
269:15
**District** 1:1,2 7:8
7:8
**diversification**
54:20
**divide** 164:18
**divorce** 93:16,19
117:6,25
**doctored** 129:25
130:1,7,24
**document** 3:9,22
5:17,22 6:6,14
35:16,17 66:6
78:20,24 79:1,8
79:11,14 81:6
81:10,13,17
101:19 110:15
111:5 113:3
122:3,21
146:18 160:12
178:2,9 188:23
189:2,3 195:8
195:13,15
201:6,25 202:9
202:17 203:6
204:7 206:6,18
207:14,25
209:3 220:12
222:7,18
223:19 224:9
227:4,20 228:8
229:2 246:24
260:18
**documented**
143:9

**documenting**
234:18
**documents**
174:22 184:2
189:9,12,16,20
190:1,2,9 195:4
195:7 196:11
208:9 218:17
223:14
**doing** 18:5,10,12
28:24 106:11
122:6 124:10
158:9 201:10
225:24 233:10
233:13 234:18
234:23 237:1
262:10
**dollar** 257:6,9
265:22
**dollars** 52:5,10
162:4 170:12
261:6 262:6
263:6,22
**DoS** 60:9,10,11
**double** 130:17
166:5
**doubt** 72:13,18
88:9 89:1 114:1
116:16,18
119:21 145:7
145:15 149:3
158:3
**doubts** 41:24
46:20,21 89:3
247:22 249:14
**download** 20:1
76:21 268:9
**downloaded** 20:6
73:25 75:23,25
76:15 85:18
**downside** 121:25
219:2,3
**downsides**
218:22

**Dr** 7:23 74:24
187:12,19,24
192:6,21,22
193:10,13
197:12 198:2
198:14 199:1
199:12 219:11
219:21 222:10
224:5 225:6,11
225:16 230:5
230:16,18
231:2,5 232:10
232:11 239:6,7
242:1,6,8 243:1
243:7,21 244:9
247:9 248:7
250:5
**draft** 97:23
116:10
**drafted** 101:25
**drafting** 236:12
**draining** 61:18
**drastic** 251:8
**drink** 10:16
**drive** 266:4,9
**driver's** 9:18
**drop** 62:5
**dropping** 8:6
**due** 154:2
**duly** 9:19 274:9
**dumping** 167:11
**duties** 92:12
**dying** 112:5

—————————
E
—————————
**e** 3:1,6 7:1,1
160:12 274:1,1
**earlier** 64:9,23
78:3 121:21
125:9 140:12
143:14 179:13
214:25 232:8
255:24 263:12
264:23

**early** 20:20 21:6
36:2 40:12 41:3
54:20 64:15
74:5 83:23 86:3
117:1 124:22
128:11 130:5
131:18,19
138:11 216:25
219:13 220:23
237:22 258:23
261:4,11
262:20 264:23
**early-in-the-bl...**
123:8
**easier** 10:4 196:5
**easily** 237:1
**easy** 137:12,13
140:20 199:6
**edge** 58:19
**editing** 105:14
**education** 14:24
**effect** 130:25
253:19
**effort** 137:7
269:11
**efforts** 113:25
**eight** 15:9,10
19:9
**either** 23:8,8
33:24 41:13
76:15 119:4
151:16 190:6
191:19 192:5
197:9 238:23
255:15 257:3
263:15
**electricity** 21:8
**electronic** 105:16
121:25
**electronically**
129:10
**Electrum** 75:7,16
75:19,21,23
76:2,15,24 78:7



80:18 85:15
**Electrum's** 76:16
**Electrum-signed**
140:18
**element** 154:1
**em** 142:11
**email** 3:8,11,12
3:14,15,16,17
3:18,20,21,24
4:3,4,5,6,7,8,9
4:10,11,12,13
4:14,15,16,17
4:19,21,22,23
4:24 5:2,4,5,6,7
5:8,10,11,12,14
5:16,19,20,21
5:24,25 6:2,3,4
6:5,10,11,12,16
6:17,19,20,22
23:1,3,8,13
24:7,10,13,18
25:3,5,23 32:14
32:23 33:8,15
35:3,6 36:13
38:1,22 39:1,2
39:20 40:14,18
41:6 43:7,9,22
44:19,21,24
45:7,19 46:3,10
46:12 47:14,25
48:1,24 49:2,7
49:13,15 50:7,9
50:9,18,24
51:11 54:1 55:6
56:20 59:12,15
59:23 62:4
63:22,25 65:20
67:18 68:1
69:21 95:20,22
95:22 96:5,10
105:5,10,22
107:14,16
110:12 111:10
111:14,18

112:11,15
113:2,5,6,24
114:14,15,18
115:1,21,23,24
116:20 120:9
120:17 121:18
122:20 125:7
126:17,21
127:2,11,21
128:7,9,10
132:15,23
135:13 139:4,4
139:6 140:4,6,7
140:8,13
141:18 142:20
142:22 145:2,4
145:10 147:21
147:21 148:24
149:21 151:6,8
152:12 153:3,5
158:13 159:3,5
160:6,8,15,17
160:18,23,24
161:2,17
162:10,18
164:3 166:23
166:25 168:17
170:5,7,22
171:10 172:20
172:22 176:1,3
177:1,2,10,19
177:24 179:3,5
179:13 180:5,8
180:9,19,21
181:19 182:4
182:10,12
183:2,12 190:6
190:12 193:15
193:20 194:11
194:12,13,16
195:10 196:20
197:1,1 198:24
200:21 201:13
201:15 202:2

202:16,21,25
203:8,22,25
204:9,19
205:13 206:8
207:3,5,16
208:2 209:5
214:6,15
215:16 217:14
217:17,19,25
218:21 219:1
220:2,14,19
221:2,3,8,11
222:9,20,24
223:2,3 224:15
224:19 225:12
226:6 227:6,9
227:22 228:10
228:17 229:4
230:20,22
232:16,25
233:2 244:20
245:11,13
246:8 252:22
253:1,10,16,25
254:11
**emailed** 101:3
159:2
**emails** 4:18 28:13
32:23 33:2 36:3
42:16 47:15,17
48:25 64:18
110:14 112:19
112:21 118:5
119:4 147:18
158:16,24
160:22 176:21
193:15,23
196:8,8,9,15,18
208:15 214:4
214:10,11
217:21 223:6
223:11,16,22
224:7 225:9,16
230:5,17,18

231:1,5,5,9
232:8 244:13
244:17,19
245:1
**embargo** 122:10
**emotional** 71:17
71:19,20
186:11,18
242:3,6,8,19
243:4
**emotions** 243:11
**Empath** 16:18
17:3,12,15,18
**employed** 17:9
17:11 274:14
**employment-w...**
28:25
**en** 149:16
**encompassed**
229:17
**encourage** 27:2
**encouraging**
127:12
**encrypted** 266:3
**endorsement**
42:23 155:16
157:12
**ends** 35:9
**engaged** 127:20
**engineered**
154:22
**engineering**
27:10 124:10
**English** 89:13,13
90:9
**enjoying** 162:23
**ensure** 145:23
**ensuring** 189:25
**entered** 38:7
84:12
**entertain** 134:11
134:14
**Entertainment**
16:18

**entire** 56:5 90:14
234:9
**entitled** 37:11
**Entrepreneur-...**
29:2
**environment**
212:8
**equal** 210:20,22
**especially** 170:24
**Esquire** 2:3,4,13
**established** 78:25
79:1
**Estate** 1:6 7:6
**et** 7:6 143:10
**Etmet** 80:15
**Etmetm** 80:15,16
80:17
**Euro** 257:7
**evening** 199:13
**event** 85:15
131:9
**events** 11:6
150:13
**eventually** 17:24
219:11 256:17
**everybody** 255:9
**everybody's** 24:1
**everything's**
269:7
**evidence** 130:22
136:9 151:22
151:22
**exact** 148:3
**exactly** 24:9
68:21 80:5
117:17 118:24
133:21 221:18
221:21 233:1
240:5 262:22
271:23
**examination** 3:4
9:16,21 187:9
**examined** 9:19
**example** 189:15



201:12 212:10
213:15 235:13
236:23 240:4
250:11
**examples** 229:16
**Excel** 213:6
**excess** 213:14
**exchange** 50:9
81:6 121:18
168:19 180:5,8
180:9 195:10
221:4,5
**exchanged**
263:15
**exchanging**
202:25
**exclude** 25:1,15
192:2
**excuse** 13:7
23:25 42:9
238:2
**executed** 36:15
**exercise** 37:13
61:19 140:17
**exercised** 95:8
**exhausted** 77:2
**exhibit** 3:8,9,11
3:12,14,15,16
3:17,18,20,21
3:22,24 4:2,3,4
4:5,6,7,8,9,10
4:11,12,13,14
4:15,16,17,18
4:19,21,22,23
4:24 5:2,4,5,6,7
5:8,10,11,12,13
5:14,16,17,19
5:20,21,22,24
5:25 6:2,3,4,5,6
6:7,10,11,12,14
6:16,17,19,20
6:21,22,24
22:22,24 33:4,6
34:24 35:1

38:19,20 43:3,4
44:13,17 45:15
45:17 46:7 47:8
47:12 48:17,22
49:9,12,24 50:6
50:14 65:16,18
77:19,22 93:22
95:12,18
101:11,12,21
107:9,12 110:7
110:10 112:23
113:1,8 115:16
115:19 120:12
120:14 122:2
122:15,18
125:23,25
126:15 128:1,5
132:18,21
135:6,11
138:23 139:1
139:25 140:3
141:14,17
142:15,18
144:20,24
147:13,16
151:1,4 152:24
153:2 160:1,4
160:10,13
162:1,9 166:17
166:21 168:13
168:16 169:21
169:25 172:4
172:18 175:21
175:24 177:5,8
178:21,23
179:1,1 180:14
180:17 182:6,9
188:23,24
201:2,3,22,23
202:9,10,12
203:3,5,13,22
204:4,6,16,18
205:9,11,15,19
206:3,5,15,17

206:25 207:1
207:11,13,22
207:24 208:25
209:2,11,12,16
210:24 211:1,3
215:21 220:9
220:10 221:25
222:5,13,13,13
222:15 223:2
224:4,17,24
225:11 226:25
227:3,17,19
228:5,7,24,25
237:12,15
245:5 246:21
246:23 253:3,5
253:9 260:11
260:14,15
**exhibited** 101:19
122:3
**exhibits** 6:25
121:22 122:1
190:21 208:23
229:14,15
260:2
**exist** 251:25
**existence** 190:25
191:3,4
**existing** 58:5
**exists** 194:23
**exited** 119:19
**expansive** 226:13
**expect** 88:13
**expectations** 42:2
**expected** 73:15
74:4 131:15,16
**expecting** 154:2
**expensive** 262:17
**experience**
257:25
**expert** 124:8,16
268:2
**expired** 253:1
**expires** 274:25

**explain** 48:14
68:23 79:10
92:22 93:13
110:14 121:6
121:12 248:10
**explained** 69:22
122:5
**explanation**
119:14 127:16
224:6 234:22
**express** 94:14
**extent** 36:16
187:24 196:2
**extorted** 59:20
**extra** 255:10
**extreme** 95:8
113:25
**extremely** 38:16
39:21,23 40:1
252:8
**eyes** 129:5

_____

**F**
**F** 274:1
**face** 63:14 89:12
**facilitate** 68:19
**facing** 27:4
**fact** 28:2 52:2
85:3 97:19
117:19 122:13
194:23 196:15
199:12 215:11
217:7 225:25
**factors** 84:6
**factory** 74:17
81:23
**fail** 16:2 82:18
245:4
**failed** 16:1,4
17:24 63:13
82:15 83:2
135:22 146:21
252:6
**fails** 96:25

**failure** 99:13
120:4
**fair** 11:2 17:17
19:14,14 25:14
25:18 33:10
34:10,18 38:16
38:17 39:9
43:14 44:11
45:13 56:22
61:10 64:5
72:25 77:2 85:9
97:15 117:19
117:23 121:1
127:15 137:4
140:19 154:3
154:14 155:13
155:15 156:11
157:13 175:6
175:12,18
176:25 191:17
194:9,21,24
196:25 198:12
199:24 205:17
208:8 209:19
211:23 216:20
216:21 218:5
218:24 223:5
223:21,24
228:16,17
229:22 230:11
234:1 235:18
237:5 238:10
238:19 241:18
242:25 246:7
247:7 249:7
250:4 251:2,9
252:17 253:22
255:18 256:21
257:12 270:25
**fairly** 20:20
46:25 47:2
228:17
**familiar** 31:16,18
58:23 192:9



CONFIDENTIAL

200:18 212:23
223:13 225:25
251:18,21
266:11 269:18
**familiarize** 77:24
**family** 17:22
169:5
**famous** 30:10
**fantastical**
148:13
**fantastically**
261:5
**far** 50:25 189:24
192:3 235:17
236:8 243:6
**farmer** 262:11
**fast** 61:19
**faucet** 20:10,12
20:14 256:2,3,5
256:6,15
257:23 258:1,5
258:10 261:17
262:1,3 264:4,5
264:11,12,14
265:21
**faulty** 44:10
**favorite** 82:22,23
83:10 84:4
134:22 272:15
**feature** 115:7
**February** 1:16
7:10
**fed** 138:22
**feel** 108:25
218:19
**feeling** 230:1
**feelings** 232:24
**feels** 217:25
**felt** 27:8 57:13
109:1 119:6
216:4 230:14
**fewer** 161:23
210:18
**fiasco** 135:21

**fiat** 168:25
**fiction** 61:5,8
**fifth** 211:4
**figure** 24:16 57:6
129:14 131:25
249:22 250:1
**file** 78:9,10 84:4
84:4 129:14
**fill** 203:15
**final** 23:23 116:7
**finally** 38:9 53:15
**financial** 2:6
169:7
**financially**
274:15
**find** 19:18 29:24
29:25 38:9
41:21,23 45:10
53:7,11 62:20
62:23 63:2
78:18 121:22
141:9 167:7
237:12
**finding** 19:22
**fine** 66:14 201:11
223:15,18
254:7 255:18
256:24
**finish** 125:20
164:22,22
174:10 185:7
**finished** 164:22
**finishes** 115:1
**finishing** 126:6
**Finney** 30:11
74:10 98:3
103:21
**fired** 53:15
**firm** 55:21 174:1
**first** 19:3,4 20:2
20:18 30:12,22
32:11 50:19
59:14,22 67:23
70:14 73:24

83:3 86:6 89:22
102:20 112:7
112:11 140:8
175:10,11
190:24 213:16
216:6,10
223:16 224:5
224:10,15
233:16 245:16
247:24 249:1
256:4 266:21
**firsthand** 192:9
192:13,20,24
193:3,6,9,12,17
194:22,25
195:19,24
196:3 214:5
251:15 252:24
**fish** 89:8
**fish-and-chips**
89:9
**fit** 34:13 183:18
**fits** 193:20
**five** 44:2 203:14
241:8 256:12
261:23
**five-minute**
226:19
**fixed** 133:18
**flew** 232:4 239:4
**flight** 67:18,21
239:9 259:20
**flipped** 21:1
**flood** 255:6
**floods** 60:19
**Florida** 1:2 2:8
2:16 7:9
**flying** 158:8
**focus** 62:12 63:7
248:3
**focused** 63:9
**folks** 67:23
**follow** 131:23
171:22 173:5

**following** 67:20
72:24 224:13
**follows** 9:20
**fooled** 88:17
**footing** 210:20
**force** 163:15
164:8 167:3
**forced** 59:20
170:23
**foreclosure**
263:22
**forever** 266:10
**ForEx** 161:10
**forge** 22:11
**forged** 184:2
196:18
**forget** 18:21
262:22 266:4
**forgetting** 18:23
26:11
**forgot** 253:7
**forgotten** 12:14
42:8,9
**form** 32:7 33:18
33:23 34:1,15
35:22 38:14
40:20 42:6,24
44:5,23 46:8
48:2 49:5 51:3
51:13,21 52:7
52:12,25 53:8
54:6,17,24
55:19 56:1,7,11
56:18 57:2,25
58:14,21 59:9
60:3,14 62:10
62:22 63:1,11
64:1,21 65:5
66:2 67:14
68:24 69:14,18
70:1,5,10,16,23
71:15 73:2,7
74:25 75:17,20
76:13,23 77:9

81:15,20 82:3,8
83:8,24 84:8
85:6,12,16,22
86:16,24 87:15
87:19,24 89:17
90:6,21,24 91:8
91:12,23 92:10
92:14,18,24
93:7,18 94:7,16
94:19,23 95:2,6
95:11 96:3,7,23
97:4,14,21,25
98:11,24
100:14,18
102:5 103:1,12
104:1,21,25
105:16,24
107:3,7 108:7
108:11,17
109:13,17
110:1,6 112:3
113:21 114:11
114:21 115:6
116:4,5,7,14
117:22 118:15
119:8 120:1,7
120:22 121:20
122:11,25
123:4,20,24
124:3,6,18,23
124:25 125:11
127:6,9,18
128:21 129:21
130:10 131:5
132:6,11 133:9
133:19 135:17
135:23 136:23
137:3,10,16,20
138:14 139:16
139:22 140:15
140:23 141:7
141:11,23
142:14 143:3
143:15,24



CONFIDENTIAL

146:13 147:1
147:25 148:16
149:18 150:7
150:25 151:12
152:3,17,22
154:4,13,15,20
154:24 155:1
155:14,20
156:6,14,22
157:7,17,21
160:21 161:15
161:21 162:6
162:16 163:3
163:13 164:1,9
167:17 168:12
170:13 171:3,7
175:8,19 177:3
178:10 179:8
180:3 182:21
183:14,24
184:3 185:2
186:6,9,19,24
188:4 208:16
224:2 225:14
229:20,25
232:14 235:3
235:22 236:17
243:22 246:17
247:18 251:13
252:20 255:20
264:1 270:19
271:15
**formation** 28:12
**formatting** 79:19
**formed** 17:20
28:7
**former** 15:25
163:20
**forming** 28:5
**forth** 103:7 179:9
198:24 200:15
206:2 232:20
274:9
**fortune** 95:1,5

**forum** 19:22
24:10 40:14
41:7 64:18
190:7 217:14
**forums** 20:22
23:10
**forward** 42:1
59:21 120:20
180:10 192:18
**forwarded** 161:1
**forwarding**
33:11 160:24
**found** 19:25
31:11 45:11
141:12 150:1
183:22 184:2
190:1
**Foundation**
18:20,21,24
26:23 27:14,16
27:18,22,25
28:6 32:20,25
33:11 34:11
57:12 60:8
156:19,24
**Foundation's** 6:7
**founder** 57:7
**four** 17:25 40:3
40:21 42:2 60:7
72:11 86:6,7
90:12,13,14
215:16,25
216:1,6 218:6
219:10,21
229:13,15
241:9,10,10
**fourth** 99:3
117:11 134:6
217:23 218:6
218:21 221:13
221:13
**frame** 156:21
**frankly** 33:1 69:8
130:23 225:20

**fraud** 172:25,25
**free** 166:2 172:25
261:15
**Freedman** 2:3,5
3:4 7:13,21,21
8:5,10,18 9:1,5
9:8,22,24 33:3
33:21 36:21,25
37:3,11,18
49:11,16,20
50:4 55:7 66:11
66:15,24 67:3
78:21 79:3,23
80:2 84:16,18
85:1 99:19
100:3 101:14
106:9,20
125:16,19
126:2,10,13
129:1 135:9
138:3 144:13
144:22 146:17
164:13,19,21
165:3,16,20,22
166:8,19
169:19,23
170:4 172:9,15
172:16 173:7
174:4,19,20
185:5,14,17,22
185:24 187:7
187:14 188:4
203:9,18 224:2
225:14 229:20
229:25 232:14
235:3,22
236:17 243:22
244:3,8,10
246:17 247:12
247:14,18
250:10 251:13
252:20 255:20
258:8 259:17
259:18,19,23

259:25 260:1,7
264:1 270:19
271:15 272:1,3
272:8,11
**fresh** 82:13,14
260:21,22
**freshman** 13:11
233:17
**friend** 18:10
212:19
**friends** 17:21
61:17 100:8,9
**front** 51:17,20
52:2,10 66:17
73:24 94:5,11
**fruit** 53:3
**frustrated** 59:16
**frustration** 59:3
59:5,7
**full** 54:8
**fully** 143:9
**function** 174:25
175:3 251:4,6
**funded** 261:16
**funding** 56:3
**funds** 163:15
167:3,8
**furore** 99:5
**further** 99:8,15
118:6 187:7
211:11 274:13
**future** 115:11
**fuzzy** 72:15
91:15 187:6
254:5 267:13
267:25
**F'd** 145:10

_____
**G**
_____
**G** 7:1
**GA** 78:7
**gains** 168:25
263:6
**games** 17:20

**Garzik** 262:19
**Gav** 45:24
**Gavin** 1:15 3:3,9
3:11,13,14,15
3:16,17,18,21
3:22,25 4:3,4,6
4:7,8,10,11,12
4:13,14,15,16
4:17,18,19,21
4:23,24 5:2,4,5
5:6,7,9,14,16
5:17,19,20,22
5:24,25 6:2,4
6:10,12,14,16
6:17,19,20,22
7:4,25 9:15
11:11,21,22,25
33:5 34:25
38:24 43:3
44:16 45:16
47:10 48:21
53:25 61:3
65:17 77:23
78:7 84:25
95:19 103:21
107:13 110:11
115:20 120:13
122:19 126:16
128:6 132:22
135:12 136:1
139:2 140:3
141:17 142:18
144:25 147:17
148:20,24
151:5 153:2
156:5 160:14
162:9 166:22
168:16 169:25
172:19 173:16
175:25 177:9
259:13 274:8
**Gavin's** 82:21,23
83:10 84:4
**gazillion** 169:6



GA's 78:10
geek 199:22,23
  237:21
general 235:17
  271:21 272:6
generally 242:24
  269:10
genesis 30:17,19
  175:11 266:12
  266:14,15,20
  266:24 267:1,9
  267:20,20
  268:4,13,18,21
  269:15
getting 21:9 29:4
  71:17 118:6
  122:5 171:8
  207:21 215:12
ghosts 231:17,22
GitHub 76:2,16
give 10:10,18
  11:18 24:7
  36:12 43:15,18
  46:24 47:1
  56:13 65:14
  122:8 136:8
  221:13 224:6
  256:8 257:23
  257:25 261:23
  270:12
given 64:5 83:21
  113:25 183:11
  190:21 193:16
  258:21 274:11
giving 41:17
  96:13 127:12
  166:1
Gmail 190:13
GMX 105:19
  252:24
go 10:3,15 12:20
  13:19 14:17
  18:15,22 20:25
  21:15 24:20

27:24 28:12
  29:19,21,23
  35:24 42:19
  43:22 49:21
  58:17 59:1
  61:11 67:9 70:8
  73:5 74:13 78:5
  78:17 82:6
  83:17 84:9,15
  86:1 97:1 102:6
  102:19 103:6
  105:2 106:6,10
  106:12,21
  129:9 130:17
  131:7 134:24
  144:11 147:20
  159:3 170:3
  172:2 173:22
  184:17 185:15
  185:25 188:8
  189:25 196:5
  202:21 211:10
  216:23 219:20
  224:4 230:7,19
  237:11,14,17
  239:4 240:11
  244:18 245:21
  252:8 255:12
  255:15 256:7
  256:16,22
  260:10 265:19
  265:23 272:13
  272:17
gobbledygook
  132:1,8 140:21
  153:20 163:6
God 53:4
God-like 57:6
goes 64:10 98:5
  236:9 261:8
  263:5
going 7:3 10:18
  22:6 35:11
  36:10 49:23

58:19 84:19
  88:23 93:16,19
  95:15 97:3,18
  97:20 99:23
  105:15 106:3
  106:13 108:3
  110:9 117:6
  139:11 145:24
  150:9 151:16
  153:19 172:9
  175:23 184:10
  192:18 198:24
  201:2,21 202:8
  203:5,18
  204:18 205:11
  206:5,17,25
  207:13 209:2
  209:10 211:1,3
  220:9 221:25
  222:13 223:11
  226:21 227:19
  228:7,23
  232:20 245:7
  246:23 259:15
  272:12,19
gonna 9:9 10:3
  10:25 11:1
  22:22 33:3
  36:12 43:1
  44:12 47:6
  49:12 53:8 55:4
  65:15 66:7 91:8
  101:10 107:11
  115:18 131:3
  132:20 136:16
  138:1 141:16
  148:15 164:21
  164:22 165:5
  170:3 177:7
  188:18,22
  192:17 211:2
  219:18 222:12
  226:18 240:11
good 7:2 9:23

18:23 26:11
  41:14 138:7
  159:21 208:21
  234:18 240:22
  245:4 253:19
  270:6,7
gosh 16:16
  254:20
gotten 19:5 64:24
  69:6
government
  163:21
grab 49:8
grabbed 53:2
grade 12:24
graduated 13:17
  15:2 233:15
graduates 17:19
granted 66:16
Graphics 15:5,8
  15:23,24 16:1
Gravity 18:3
great 99:22
  218:19
Grigg 111:5,9
  158:18 183:6
ground 10:3
group 18:9,11,13
  69:10 100:12
  151:11
grow 26:18
grown 242:24
guarantee 85:14
  85:17,19
guess 60:6 61:11
  111:7 117:23
  127:15 155:25
  157:25
guy 53:14 111:17
guys 8:22 89:12
  196:10 239:15

———— H ————

H 3:6

hack 217:20
  252:15,16
  264:20
hacked 216:14
  217:17 251:11
  251:14,16
  252:22 253:14
  255:15 262:2
  264:4,5,12,13
hacker 252:17
hacking 154:25
  253:22,24
  254:1,5,14
  255:19 264:6
  264:19
Hadley 1:17,19
  7:12
Hal 30:11 74:10
  87:3,4 98:3
  103:20
half 16:5 134:21
  170:2 256:18
  259:22,24
  261:21,24
  265:21
halftime 18:1
halfway 51:10
  104:9
half-hour 169:13
hand 33:3 34:23
  43:1 44:12 47:7
  101:10 103:13
  107:11 110:9
  115:18 122:17
  132:20 141:16
  175:23 177:7
  274:18
handed 49:7 50:5
  50:14 101:21
  126:14 157:2
handing 22:21
  38:18 45:14
  48:16 77:21
  95:17 112:25



125:25 128:3,4
135:10 138:25
140:2 142:17
144:23 147:15
151:3 153:1
160:3,12 162:8
166:20 168:15
169:24 172:6
172:17 178:23
180:16 182:8
**handle** 180:12
**happen** 73:17
244:4 248:15
253:20 257:11
257:13
**happened** 24:10
29:17 48:3 67:7
70:12 77:10
78:14 81:11
89:7 103:20
131:13 150:11
150:13,14,15
152:21 188:10
221:21 240:25
242:7,11,12
244:2 249:11
250:9,18 252:2
264:8,9
**happening** 19:24
68:20 192:14
192:16
**happily** 253:17
264:14
**happy** 144:11
176:17
**hard** 61:8 131:22
232:23 237:8
252:18 266:9
**hardware** 21:6
21:16,20
**hard-coded**
266:16 268:23
269:16
**hash** 32:5 76:20

76:24
**hated** 60:1
**hates** 53:16
**head** 10:8 46:21
57:17 88:22,25
249:6
**header** 102:13
**headers** 230:20
**hear** 8:23 9:3
24:18 192:15
**heard** 19:3,4
102:25 121:16
138:18 158:18
191:24 241:21
266:7
**hearing** 8:15,19
24:23 106:4
**Hearn** 252:4
**heart** 103:13
**heat** 233:6
252:12
**height** 130:3
**held** 7:7 214:16
258:12,17,21
271:18
**hell** 53:14
**help** 45:2 78:11
80:4 81:6
105:12,14,20
110:24 126:24
129:14 156:8
177:11 202:18
212:3,8,9
213:19 236:24
237:2 246:19
248:14 260:2
**helped** 102:23
103:19 250:15
**helpful** 8:17 19:1
101:17 123:10
123:13
**helping** 42:12
68:19
**helps** 125:20

**hereinbefore**
274:9
**hereunto** 274:17
**Hey** 237:9
**Hi** 70:20 136:1
**hidden** 52:22,24
**hierarchy** 210:14
**high** 12:6 13:7,11
233:15,17
**higher** 201:11
228:21
**highlighting**
35:16
**highly** 215:6
**high-level** 67:6
**High-wealth**
161:8
**hired** 15:5 18:19
**hoax** 148:13
**hoaxer** 153:13
**hold** 139:10
185:14 232:23
257:15 258:1
263:14 265:8
**holding** 29:25
161:10
**holds** 146:6
**hole** 61:20
**holy** 57:7
**home** 29:19,21
**honest** 184:20,23
**honestly** 57:23
**hoop-jumping**
140:17
**hope** 185:18
**hoping** 70:4
**horrific** 179:15
**hospital** 150:2
**hosted** 264:11
**hosting** 264:11
**hotel** 47:3,5
49:17 67:15,19
68:5 73:9 75:25
76:7 89:14,14

239:12 240:8
**hotel's** 76:4,10
**Hotwire** 63:13
**hour** 239:15
259:24
**hours** 74:2,3
125:15 131:25
164:25 239:8
239:19,19
259:22
**house** 149:24
**HTTPS** 76:17
**hugely** 60:23
**human** 53:5
**hundred** 161:18
161:19 162:4,4
170:12,14
184:20 196:17
262:6 263:6,22
**hundreds** 194:3
194:7 261:5
**hurt** 149:17

**I**

**Ian** 111:5,9
158:18 183:6
**idea** 20:3 51:17
62:13 93:2,4,6
93:9 99:22
125:12 131:6
158:25 174:2
248:22 249:5
249:13,20
267:13 271:18
**ideally** 217:25
**identification**
22:25 33:7 35:2
38:21 43:5
44:18 45:18
47:13 48:23
49:25 65:19
77:20 95:13
101:13 107:10
110:8 112:24

115:17 120:15
122:16 125:24
128:2 132:19
135:7 138:24
140:1 141:15
142:16 144:21
147:14 151:2
152:25 160:2
160:11 162:2
166:18 168:14
169:22 172:5
175:22 177:6
178:22 180:15
182:7 188:25
201:4,24
202:11 203:4
204:5,17
205:10 206:4
206:16 207:2
207:12,23
209:1,13
210:25 220:11
222:6,16 227:1
227:18 228:6
229:1 245:6
246:22 253:6
260:12
**identified** 9:17
**identify** 218:22
219:1,3
**identity** 30:3
118:10,10
**Ignite** 257:2
**ignore** 181:17
**ignored** 181:18
**imagine** 212:8
213:19
**imagined** 144:6
**imagining** 72:21
145:7,15
**immediate** 26:17
**immediately**
99:6
**immensely**



257:16
**impersonate**
216:17
**implementation**
26:19,25
**implementations**
27:3
**implemented**
200:16
**implicitly** 126:8
**implying** 36:4
**import** 216:15,16
217:3,18
**important** 57:16
102:22
**importantly**
109:21,22
**impossible** 199:8
**impress** 156:1
**impression** 92:25
130:21 184:19
234:15,24
**impressions**
130:20
**inability** 219:4
**inaccurate**
118:16 259:17
**inappropriately**
146:8
**inbox** 190:13
194:12
**incentive** 263:11
**incident** 252:23
**incidents** 255:22
**include** 136:7
**includes** 45:23
46:3 189:16
**including** 87:13
87:16 117:14
**inconsistent**
62:20,23 63:3,4
263:20
**incorrect** 87:9
133:14

**increase** 60:24
252:5
**incredible** 50:21
50:25 51:1,5,8
52:14 151:17
**incredibly**
131:22
**independently**
76:22
**index** 130:4,12
130:14,18
**indicated** 260:4
**indicating** 108:2
**indication** 152:14
179:17
**individual**
170:11 218:11
**individuals**
117:21 161:8
**Info** 1:7
**information**
36:16,20 111:6
129:13 182:25
183:1 191:18
192:5 194:9,10
221:3,4,5
**initial** 21:17,19
38:8,11 71:2,11
71:14,24 73:5
74:20 215:4
**initially** 45:25
82:16 142:25
241:12,16
**initiate** 75:4
**injure** 149:14
**input** 76:6
**insert** 162:22
**inserted** 63:24
168:21 268:25
**inserting** 47:25
**insignificant**
135:1
**installed** 73:25
85:11,20

**installments**
46:13
**instance** 168:21
264:6,18
**instances** 253:21
**instructing** 37:6
**instructions**
187:13
**integral** 175:17
**intellectual** 69:11
192:25
**intended** 69:10
94:25 95:4
**intent** 142:2
**interacted**
210:10
**interacting** 214:2
**interactions**
40:22 42:14
211:19 214:1
**interest** 19:11
**interested** 19:11
42:11 274:16
**interesting** 11:15
19:6,8,9 30:17
31:10
**interface** 227:15
**interim** 8:22 47:7
**international**
257:10
**interrupt** 84:14
219:17
**interruption**
198:4
**interviews**
148:11
**introduce** 188:22
201:2,21 202:8
203:5 204:18
205:11 206:5
206:17,25
207:13 209:2
209:10 211:1
220:9 221:25

222:12 227:19
228:7,23 245:7
246:23
**introduced**
100:23
**introducing**
204:6 207:24
227:3 245:9
260:14
**introductory**
127:16
**invalid** 174:14
**invalidating**
254:25
**invented** 68:13
248:2,7,20
249:4
**Inventing** 248:21
**invention** 250:22
**inventions** 69:13
**inventor** 92:20
92:23 248:13
249:20 250:6
**investigation**
53:4
**investment** 70:3
**invites** 35:6
**involve** 229:9
269:3
**involved** 22:14
28:11 68:23
69:2,6 77:12
81:9 92:7 137:7
243:24,25
250:24 256:24
258:23
**involvement**
28:20,21 69:23
90:18 241:24
241:25 244:21
244:23 272:5
**involving** 20:9
**in-person** 190:10
**Ira** 1:5 2:22 9:2,5

158:12,14
191:14,19
192:6 195:1
**IRS** 110:25
**issue** 62:12 84:14
94:18 144:11
212:12
**issues** 27:4
110:25
**item** 268:10

───────

**J**
**Jackie** 238:5
**jail** 27:24 28:15
**Japanese** 119:11
119:11
**Jeff** 262:19
**Jersey** 13:16
**jet** 72:11 77:1
82:25 88:21
239:21 240:19
**job** 15:3,20,22
18:15 27:7
32:19,24 33:12
33:14 34:5,11
34:17 234:18
**job-related** 15:15
**Jodie** 33:10
**joined** 16:10
17:18 18:8
**joining** 8:6
**joke** 107:23
**Jon** 32:13 34:20
35:4,6,20,23
37:21 39:2,3,5
39:14 41:25
95:23 97:11
107:17 136:10
139:7 148:18
148:23 149:6
**judge** 10:19
218:16 219:5
**jump** 34:19
119:17 164:2



**jumping** 245:8
**June** 20:13
**junior** 236:25
  237:3
**jury** 10:19

**K**

**Karpeles** 28:16
**Kass** 2:13 7:23
  7:23 8:8 32:7
  33:18,23,25
  34:15 35:22
  36:10,23 37:6
  37:16 38:14
  40:20 42:6,24
  44:5,23 46:8
  47:9 48:2 49:5
  49:9 51:3,13,21
  52:7,12,25 53:8
  54:6,17,24 55:3
  55:6,19 56:1,7
  56:11,18 57:2
  57:25 58:14,21
  59:9 60:3,14
  62:10,22 63:1
  63:11 64:1,13
  64:21 65:5 66:2
  66:7,14,21 67:1
  67:14 68:24
  69:14,18 70:1,5
  70:10,16,23
  71:15 73:2,7
  74:25 75:17,20
  76:13,23 77:9
  78:19,22 79:25
  80:3 81:15,20
  82:3,8 83:8
  84:8 85:6,12,16
  85:22 86:16,24
  87:15,19,24
  89:17 90:6,21
  90:24 91:2,8,12
  91:23 92:10,14
  92:18,24 93:5,7

93:18 94:7,16
94:19,23 95:2,6
95:11 96:3,7,16
96:23 97:4,14
97:21,25 98:11
98:24 100:14
100:18 101:16
102:5 103:1,12
103:17 104:1
104:21,25
105:24 107:3,7
108:7,11,17
109:13,17
110:1,6 112:3
113:21 114:11
114:21 115:6
116:14 117:22
118:15,20
119:8 120:1,7
120:22 121:20
122:11,25
123:4,20,24
124:3,6,18,23
124:25 125:11
125:18,22
126:4,12 127:6
127:9,18
128:21 129:4
129:21 130:10
131:5 132:6,11
133:9,19
135:17,23
136:23 137:3,6
137:10,16,20
138:1,14
139:16,22
140:15,23
141:7,11,23
142:14 143:3
143:15,24
144:10 146:13
147:1,11,25
148:16 149:18
150:7,25

151:12 152:3
152:17,22
154:4,13,15,20
154:24 155:1
155:14,20,23
156:6,14,22
157:7,17,21
159:16,20
160:21 161:15
161:21 162:6
162:16 163:3
163:13 164:1,9
164:11,15,20
164:24 165:5
165:11,14,17
165:21,23
166:4,6,12,15
167:17 168:12
169:15 170:1
170:13 171:3,7
172:2,7,11
173:18 174:12
175:8,19 177:3
178:10 179:8
180:3 182:21
183:14,24
184:3 185:2
186:6,9,14,19
186:24 187:10
187:12 203:11
203:14,19,20
203:21 223:8
226:18 227:2
238:3 259:6,15
260:3,8,13
269:22 272:10
272:12,17,21
**Kass's** 79:5
**keep** 66:20 78:15
  109:9 112:21
  265:3 266:1
  270:2 271:2,5
**kept** 138:5,16
  146:8

**key** 23:24 35:25
  36:1 40:8 41:8
  41:13 74:6
  77:12,16 82:2
  83:22,23 86:11
  86:13,19,22
  88:6 97:12 99:6
  114:2 117:1
  131:18 137:1,8
  138:8 139:14
  139:14 143:21
  143:23 146:25
  163:10 168:7,8
  168:8,9 197:20
  197:21 198:15
  198:17,21
  199:3,5,12
  216:11,16
  217:7,8 219:12
  253:11 269:19
  269:21,22,23
  269:25 270:1,5
  270:9,10,11,13
  270:15,20,24
  271:1,8,9,12,17
  271:18,24
**keys** 40:11 41:3
  64:15 123:9
  124:21 136:7
  138:6,11,12,16
  144:8 146:7,8
  152:1,1 197:25
  216:24 217:4,9
  217:10 270:3
**Kiin** 2:21 7:15
**kind** 18:5 27:2,4
  57:13 59:17
  66:23 88:12
  97:17 122:13
  128:23,24
  130:12 138:22
  153:18 154:1
  203:15 205:23
  213:12,20

228:21 234:19
234:20 242:20
252:15,16
255:19 257:9
265:4 266:4,17
268:21,24,25
269:7
**kinds** 24:3
**Kleiman** 1:5,7
  2:22 7:6 9:2,2,5
  71:13,19,24
  72:3 89:16 90:2
  90:4,19 98:5,9
  98:19 102:21
  103:20,23
  108:6,10,14,16
  151:25 158:12
  158:14 183:5
  186:5,12,13
  187:25 189:17
  190:5,16 191:7
  191:13,14,16
  191:19,23
  192:6 193:1,4
  195:1,1,20
  231:1,4,18
  241:14 243:2,8
  243:14,21
  244:17 245:17
  246:5 250:5
**Kleiman's** 90:18
  100:8 106:24
  107:5 190:25
  191:3 193:7
  194:11,12
**knew** 59:22
  83:22 111:13
  112:8 144:4,4
  154:8 155:24
  213:24
**know** 10:15
  24:21 25:6,10
  25:13,20 28:3
  29:22 30:2,3,13



36:7 38:4 39:14
48:7 51:1,11,19
53:6 54:9,21
57:11,16 58:1
58:15,20 59:7
59:14,15 60:2
60:10,12 63:8
63:15,16 64:4
65:13 66:22
68:19 71:23
72:18,22 73:20
82:4,21 88:15
88:25 90:17
98:12 99:18
101:2 106:5,6,8
109:11 110:17
111:9,12,13,15
111:16 112:4
114:20 115:5
118:5,24
120:25 121:15
123:1 125:5,6
125:16 130:4
131:17,24
132:12 134:5
136:24 137:21
143:7 148:14
153:22 155:25
156:1,3,7 158:1
158:10 163:19
168:4 169:13
173:4 174:9
175:10 178:11
181:3,9,12,18
182:22 183:16
184:10,13,18
184:19 187:17
189:1,24
190:14 191:2,8
191:11 193:20
196:14,17,24
196:25 198:13
198:17,20,23
199:2,22

200:25 205:14
205:25 211:24
212:5,10 214:4
218:17,19
220:18 230:25
231:4,7,8,10,11
231:13 234:22
235:5,11 236:1
236:3,4,23,25
237:4 240:17
241:24 242:23
248:24 249:2,9
249:16,23,24
250:21 251:10
251:14 255:12
255:14 258:5
258:15 261:14
262:19 263:15
263:17 264:19
265:20,23
267:10,12,13
267:22,24
268:8,14,19
269:14 270:7
271:16,24
**Knowing** 59:15
**knowledge** 31:6
32:1 98:25
124:2 192:10
192:13,20,25
193:3,6,9,12,17
193:21 194:22
194:25 195:19
195:24 196:2,4
196:4 197:15
202:14 214:5
251:15 252:24
274:12
**knowledgeable**
123:17,23
267:17 271:14
**known** 68:10
148:4 153:24
210:11,12

**knows** 130:16
236:12
**Kurt** 238:1,5
**Kyle** 2:4 8:25

———————
**L**

**label** 48:20
178:25
**labeled** 110:10
120:13 160:13
**labels** 180:18
**lagged** 72:11
77:1 82:25
88:21 239:21
240:19
**language** 212:7
212:10,14
213:22 216:7
229:18
**languaging**
212:13
**laptop** 64:7 73:13
73:17,18,18,23
76:4 78:6 81:18
86:14 88:19,20
240:16
**large** 63:6 193:24
199:25 208:9
234:12,17
235:7 263:20
**larger** 158:2
**late** 198:11,13
257:3
**latest** 130:16
**launched** 20:13
252:4,9
**launching** 175:15
**lawsuit** 32:22
183:21
**lawyers** 145:25
169:5
**lay** 40:3 261:12
**layman's** 140:19
**lays** 97:17

**laziness** 53:5
**lead** 22:3,17 26:1
26:9,9,15 27:12
57:13 156:16
157:19
**learn** 32:11 51:4
51:23 52:4,14
52:15 109:15
190:24
**learned** 69:9,15
144:9 191:2,3
**learning** 18:10
**learnt** 53:15
**leave** 12:18 13:14
16:25 60:1 93:6
169:6
**leaving** 23:14
126:6
**lecture** 166:2,11
**led** 88:1 106:25
155:7 157:22
**left** 13:20 14:6,10
14:11,12,12,14
15:24 22:7,16
93:8 119:18
125:13 161:5
**legal** 1:23 7:15,17
138:15 146:10
**legible** 128:22
**legs** 10:16
**leisure** 61:13
**lengthy** 228:17
**Leon** 2:15
**Lerner** 31:11
**letter** 86:2,5
245:22
**letting** 27:9
**let's** 12:23 13:21
16:9 17:5,15
18:8 68:9,17
80:8 89:20,20
89:24 102:7
106:12 126:2
144:13 164:13

172:2 174:18
185:5 201:10
201:13 224:4
233:15 253:8
260:10 270:11
**level** 85:8 201:11
228:21
**leveraged** 254:23
**license** 9:18
69:11
**lie** 153:11,21
187:22
**lied** 184:16
187:19
**life** 61:13,18
102:22 175:5
**likes** 53:15,18,20
53:21,22,22,23
**limit** 60:22 256:9
**limited** 256:11,12
**line** 8:6,11,15,24
19:13 46:11
48:1 58:3 59:2
63:24 129:13
162:22 185:18
185:19 199:10
199:15 211:8
224:13 234:12
**lines** 170:22
239:10
**list** 48:8 54:2
86:3 217:13
221:14 254:18
254:18 255:13
**listen** 176:17
**little** 8:21 20:9
21:7 28:21 67:9
68:21 79:19
80:3 174:22
178:6 188:10
208:22 210:7
210:17 211:10
212:5 221:20
239:11 266:8



267:25
**live** 61:18
**living** 13:9
**LLC** 1:8
**LLP** 2:5 7:13
**loaded** 145:11
**loading** 145:11
**local** 174:6
**locale** 150:6
**location** 149:24
**locked** 138:5
**log** 128:20
129:11,19
**logistics** 220:20
**logs** 128:12,16
**log-in** 76:6
**London** 1:21
7:16 35:7,24
44:3 45:12 47:3
55:24 65:4,10
119:4 158:8
188:11 196:10
197:5 198:2
215:13 219:21
220:21 221:5
230:7 232:5
239:5 242:7,12
247:9 249:9
274:4,23
**lone** 211:9
**long** 12:22 15:8
16:14 46:13,24
46:25 47:2
68:10,11,16
82:25 109:9
164:17 165:6,7
256:14 259:1
260:1 270:2
**longer** 74:4 271:8
**look** 22:23 24:20
35:18 39:1
43:22 46:10,11
47:22 48:5 60:5
61:3 65:7 99:3

107:21 111:20
117:10 125:8
170:21 188:8
189:2 202:12
211:4 215:20
215:23 216:5
220:25 223:1
223:11 224:5
230:19,22
234:2 237:21
237:22 244:25
251:4 255:16
265:19,24
**looked** 46:5
113:6 121:21
198:3,6 208:9
214:11 234:6
**looking** 19:6
34:13,14,16
155:25 179:20
235:19
**looks** 47:22,24
78:23 130:3
**looping** 221:1
**Lori** 7:16
**Lori-Ann** 1:21
274:4,23
**lose** 264:15,16
**lost** 27:25 197:25
262:2 266:10
**lot** 17:23 23:18
55:4 69:22
99:16,16,17
117:13 118:12
118:17,19
155:11 169:1,2
171:20 210:12
226:9 233:6
234:21,22
235:10 239:25
246:20 252:12
255:9 261:3,9
**lots** 48:8,9 54:2,3
60:19 62:6,6,11

62:12 63:5
**love** 162:25
**lovely** 89:9
**low-hanging** 53:3
**lunch** 164:14
166:8 173:12
**lying** 151:21
184:14 188:1

_____
**M**
**ma** 123:1
**MacGregor**
95:23 147:23
148:23 149:9
151:9,15 152:6
**machine** 18:10
**machines** 266:9
**macro** 213:6
**Madison** 14:9,15
**magazine** 19:7
19:19,21
**Magna** 1:23 7:15
7:17
**mail** 190:14,14
**main** 28:11 62:13
62:16 103:18
**maintain** 61:21
264:24
**maintaining**
36:25 37:3
**major** 14:25
27:11 257:6
**majored** 15:1
**majority** 19:15
**making** 113:15
200:6 211:12
226:16
**man** 102:23
132:23 135:25
141:22 143:5
179:6 242:24
**manage** 114:3
**mantle** 57:15
**manual** 190:16

**marathon** 10:14
**March** 35:4,4
105:6 219:1
274:18
**mark** 22:22
28:16 84:19
**marked** 22:24
33:4,6 34:23
35:1 38:18,20
43:2,2,4 44:12
44:17 45:14,17
47:8,12,23
48:16,22 49:24
53:25 65:18
77:19,21,23
95:12,17
101:12 107:9
107:11 110:7,9
112:23,25
115:16,19
120:14 122:15
122:17 125:23
126:1 128:1
132:18,20
135:6,10
138:23,25
139:25 140:2
141:14 142:15
142:17 144:20
144:23 147:13
147:16 151:1,3
152:24 153:1
160:1,3,10
162:1,8 166:17
166:21 168:13
168:15 169:21
169:24 172:4,6
172:17 175:21
175:23 177:5,7
178:21 180:14
180:17 182:6,8
188:24 190:21
201:3,23
202:10 203:3

204:4,16 205:9
206:3,15 207:1
207:11,22
208:25 209:11
209:12 210:24
215:21 220:10
222:5,15
226:25 227:17
228:5,25 245:5
246:21 253:5
260:11
**marking** 101:10
128:4 141:16
145:1
**married** 11:23
**Marriott** 1:17
7:12
**Massachusetts**
1:19 9:18 12:6
12:10 14:13,16
17:19 18:2
274:2,6
**match** 48:21
**matched** 86:2
**math** 262:17
**Mati** 2:21 7:15
**Matonis** 32:14
34:20 35:4 39:2
39:3,5 41:25
95:23 97:11
107:17 136:10
139:7 148:18
149:6
**matter** 7:5,6,7
52:22,24
109:10 190:19
199:6
**matters** 169:13
**Matthews** 95:25
115:25 122:24
126:21 127:3,5
132:24 134:7
135:15,25
139:8,9 141:19



CONFIDENTIAL

141:25 142:23
143:5 152:13
179:6,12
220:15
**McCallum** 18:9
**mean** 52:23
56:12,13 59:11
61:23,24 63:3
66:12 75:2 80:1
92:21 118:21
124:11 129:19
130:1,4,7,21,23
136:25 138:21
141:4,12
143:17,19
144:1 155:4,11
157:9,25
161:17 163:4
164:6,20,21
167:11,15
173:3 176:20
190:2 191:21
192:12 194:13
196:7 197:20
210:8 211:8
212:6 213:15
217:4 218:8,9
221:20 224:16
228:20 229:8
235:4,7 237:25
238:23 240:20
249:4,6 267:8
267:19,23
268:6 270:20
271:16 272:7
**meaning** 75:3
116:12
**means** 31:25
54:22 63:15
115:5,13
170:19 171:5
181:3,9 192:13
248:21 249:5
**meant** 51:7,19,23

52:1 54:9,12,25
55:14 58:6,10
58:20 59:24
60:2,12 63:15
92:22 108:19
108:23 109:11
109:15 132:1
163:5 168:4
**measured** 21:7
**media** 7:4 52:8
53:2,7,11 56:5
62:12 63:7
84:20,24
106:18 144:19
173:9,16 184:4
191:22 192:1,3
196:13 259:9
259:13 272:24
**medications** 11:5
**meet** 38:3 39:11
70:9 100:21
125:3 230:7
**meeting** 64:6
65:25 68:3,4
69:23 70:8,11
73:9 75:8 89:22
90:10 119:20
120:3,3 190:11
239:16
**megabyte** 60:22
**Melbourne** 12:12
**members** 27:23
28:3,14 94:4
156:12 228:20
**memories** 241:19
**memory** 65:14
81:10 91:14
188:9 230:21
240:21,22,24
242:3,21
244:23 245:3
246:16 256:23
**men** 90:9 94:6
96:2 97:1

120:21 123:3
127:8 135:16
138:19 146:21
147:5,23 148:8
151:11 152:20
156:2,9 183:7
187:5
**mental** 130:20
**mention** 37:23
71:13,18 86:10
90:4 100:5
193:24 243:16
**mentioned** 39:14
69:5 89:18
113:19 187:5
264:3,4
**mentioning**
121:10 187:2
243:17 245:17
**mentions** 36:13
**menu** 268:10
**merchant** 119:12
119:13
**mess** 169:7
170:24 232:18
**message** 23:25,25
24:11 40:8,11
41:2 45:24 64:9
74:6 75:11 77:6
77:14 78:2
80:14,20 82:10
82:11,21 83:5,6
83:10,11,13,24
84:3,10 85:21
87:10,14,17
88:13 93:23
98:18 99:6
117:1 131:18
132:10 136:4
137:9 139:11
140:18 149:9
168:6 188:9
196:22 216:24
219:12 236:24

**messages** 23:9
41:8 64:14
79:13,18 136:8
138:11 190:7
190:17,18
214:14 237:2
270:22
**MESTRE** 2:14
**met** 42:20 65:3
67:24 70:13,14
73:4 89:11
100:25 239:7
239:14 247:8
**method** 77:17
**methods** 201:19
**Miami** 2:8,16
**microphone** 8:16
**mid** 180:24
**middle** 59:5,8
102:19
**midway** 47:23
**Mike** 103:22
252:4,11
**million** 119:1
161:9,18,19,23
162:4 167:11
167:16 170:12
170:14,23
171:2,6,13,15
171:17 194:2
263:22
**millions** 52:5,10
194:2,3,7 255:5
255:6 261:6
**mind** 25:4 39:13
121:22 242:5
242:17 260:21
260:22 263:7
**mine** 21:1,3,20
29:6 60:8
170:24 175:3
268:8
**mined** 20:7,23
21:11 29:7 30:4

30:8 31:2,9,13
193:4,10
217:11 266:7
266:24 267:2
267:11,11,16
267:19
**miner** 21:6 32:4
175:10,13
252:7
**miners** 30:4
174:25 175:7
252:7
**minimum** 249:11
**mining** 21:18,19
106:24 107:6
175:16 264:23
265:3,8,25
267:14,22
268:5,11 269:4
269:10
**minor** 224:12
**minute** 66:4
96:19 99:20
152:14 179:16
223:10
**minutes** 49:21
172:14 223:6
224:7,22 230:6
231:6
**miserably** 245:4
**mislabeled** 245:8
**misled** 155:5
**misread** 222:4
**misrememberi...**
111:2 156:21
220:8
**missed** 63:12
**missing** 65:16
146:17
**mistake** 60:8
129:15 203:15
**mistaken** 70:25
**mistakes** 50:21
50:25 51:1,5,8



51:18 52:15,16
52:19,24 81:16
81:17,22
**mixing** 137:11
**mode** 97:2
**moderate** 235:8
**moderately**
213:5
**modify** 147:8
**mom** 11:23
**moment** 25:1
43:6 77:24
84:17 113:6
157:6 232:2
**moments** 224:16
224:20 225:12
**monetize** 69:13
**money** 20:17
55:11,15,18
56:10,15,17,19
56:24 57:1,6,9
57:17,24 62:2,2
62:21,25 69:5
89:12 90:9 94:5
96:2 97:1
105:16 120:21
123:3 127:8
132:23 134:19
135:2,16,25
138:19 141:22
143:5 146:21
147:5,23 148:8
151:11 152:20
156:2,9 171:23
179:6 183:7
187:5 196:9
199:1 239:15
257:18,18
261:11
**money's** 134:20
**moniker** 90:3
**month** 241:1
247:5,14
**months** 13:8

152:7
**morning** 7:2 9:23
49:17 75:7
89:11,23 90:8
166:3,7 169:17
174:10 188:8
198:7 233:10
259:21
**mortgage** 263:9
**motive** 158:8,10
**Mountain** 13:21
**move** 8:16 82:13
145:24 146:12
168:2 169:3,9
**moved** 12:23
13:2 14:1,8,15
15:3,15,19,21
16:9 24:16
29:10,25
253:18
**moving** 93:23
142:1
**muddy** 184:17
**multiple** 234:19
235:23 238:15
240:13 270:22
271:25
**myster** 24:15
**mysteries** 117:13
117:16,21
118:12,18
119:5
**mysterious** 24:15
72:4 91:21 92:4
108:14 112:5
138:21 168:10
250:12,15

---

**N**

**N** 3:1 7:1
**Nakamoto** 3:8
6:9 20:19 23:4
25:5,12,20,22
30:8,10 38:13

39:25 42:13
56:21 57:5,15
59:22 70:20
71:2 88:24 89:2
90:3 91:11
103:14 111:23
116:1 117:20
118:11 119:2,7
157:2 158:3
189:17 190:4
190:15 202:3
204:10,22
206:9,21 207:6
207:17 208:3
208:10 209:6
209:25 225:18
227:7,23
228:11,18
229:5,17 247:4
**name** 7:15 9:4,23
11:9,13,14,25
16:12 38:6
39:15,17 42:9
59:6,8 69:12
89:12 110:18
119:1,14
121:11 128:13
128:16 187:11
**named** 68:1
119:13
**names** 240:25
**nasty** 169:1
**natural** 10:6
**naturally** 224:13
**nature** 53:5
199:19
**nCrypt** 95:25
**NDA** 122:13
**necessarily** 24:6
258:24 265:7
**necessary** 143:9
143:18 144:2
165:24 169:17
221:3 264:23

**neck** 150:1
**need** 10:9,14,23
24:2 29:19,21
83:25 105:12
105:14,19,20
136:9 143:22
145:24 146:23
168:24 171:12
172:13 173:1
174:15 176:16
179:19 187:15
187:16 212:5,9
237:4,12
**needed** 18:13
26:19,20,20
104:7 144:2
146:4 147:9
212:3 213:17
268:9
**needing** 86:10
212:8
**needs** 36:20
147:2,6 175:2
**neglected** 178:24
**neither** 274:13
**net** 161:14 162:4
170:12,14
**network** 24:1
58:5 60:17,19
115:9 252:6
255:7 264:24
264:25 265:3
266:1 267:7,18
267:21 268:14
269:4
**networking**
235:12
**never** 10:2 32:25
35:10 58:15
72:4 113:19
142:11 176:23
200:4
**never-before**
64:17

**never-used**
139:12
**new** 13:16 64:7
74:14,21 77:7
77:10,15,16
81:9 82:1,2
83:1 105:16
131:11 133:23
136:4 139:11
175:18 201:18
201:18 203:19
268:13,18
**Nguyen** 110:17
110:20 113:17
158:17,18
195:10 196:9
244:14 245:13
246:8
**nice** 263:16
**nLockTime**
115:2,7,13
**Nonce** 31:19,20
31:24
**nondisclosure**
66:17
**non-disclosure**
36:14,15,17,18
37:8,10 66:8
**non-genesis**
268:5
**non-verbally**
10:7
**North** 16:10
**Northampton**
18:2
**Notary** 9:19
274:5,24
**noted** 126:11
138:3
**notes** 28:12 75:6
75:8,10,14
185:7
**notice** 174:5,15
**noticed** 125:14



CONFIDENTIAL

novel 181:11
238:5,5
November 34:6
number 17:17
31:25 82:22,23
84:4 87:9
205:12 208:9
234:15,25
270:2 272:16
numbers 102:10
202:18 203:16
240:22
number's 134:22
N-O-N-C-E
31:24

**O**

O 7:1
oath 10:17
183:23
object 32:7 33:18
33:23 34:1,2,15
35:22 38:14
40:20 42:6,24
44:5,23 48:2
49:5 51:3,13,21
51:21 52:7,12
52:25 53:8 54:6
54:17,24 55:19
56:1,7,11,18
57:2,25 58:14
58:21 59:9 60:3
60:14 62:10,22
63:1,11 64:1,13
64:21 65:5 66:2
67:14 68:24
69:14,18 70:1,5
70:10,16,23
71:15 73:2,7
74:25 75:17,20
76:13,23 77:9
81:15,20 82:3,8
83:8 84:8 85:6
85:12,16,22

86:16,24 87:15
87:19,24 89:17
90:6,21,24 91:8
91:12,23 92:10
92:14,18,24
93:5,7,18 94:7
94:16,19,23
95:2,6,11 96:3
96:7,16,23 97:4
97:14,21,25
98:11,24
100:14,18
102:5 103:1,12
104:1,21,25
105:24 107:3,7
108:7,11,17
109:13,17
110:1,6 112:3
113:21 114:11
114:21 115:6
116:14 117:22
118:15 119:8
120:1,7,22
121:20 122:11
122:25 123:4
123:20,24
124:3,6,18,23
124:25 125:11
127:6,9,18
128:21 129:21
130:10 131:5
132:6,11 133:9
133:19 135:17
135:23 136:23
137:3,10,16,20
138:1,14
139:16,22
140:15,23
141:7,11,23
142:14 143:3
143:15,24
146:13 147:1
147:25 148:16
149:18 150:7

150:25 151:12
152:3,17,22
154:4,13,15,20
154:24 155:1
155:14,20
156:6,14,22
157:7,17,21
160:21 161:15
161:21 162:6
162:16 163:3
163:13 164:1,9
167:17 168:12
170:13 171:3,7
174:16 175:8
175:19 177:3
178:10 179:8
180:3 182:21
183:14,24
184:3 185:2
186:6,9,14,19
186:24 229:20
258:8
objecting 78:19
objection 36:11
36:18,21,22
37:15 46:8 66:8
79:24 91:2
103:17 118:20
126:10 137:6
147:11 174:17
188:4 224:2
225:14 229:25
232:14 235:3
235:22 236:17
243:22 244:3,8
244:10 246:17
247:12,18
250:10 251:13
252:20 255:20
264:1 270:19
271:15 272:1,3
objections 55:4
objective 157:11
157:12

obtained 79:10
151:23 217:8
obviously 99:4
116:7 242:19
occur 56:12
occurred 80:6
91:10
odd 52:9 55:17
56:9,25 167:19
office 12:9 52:6
161:3 163:25
164:7 274:18
officer 16:21
17:23
official 185:18
oh 16:16 26:7
36:11 49:20
81:3 108:3
119:9 127:3
159:15 183:7
185:14 253:7
272:15,17
okay 8:4 10:13
11:4,8 12:7,11
13:4,10,17,19
13:23 14:3,10
14:19,22 15:7
15:18 16:2,19
17:4,11,14
18:17 19:1
21:17,24 24:22
25:14,25 26:15
32:3,10 34:3,5
34:10 35:19
37:19 38:5 41:4
41:10,25 42:18
43:1,18,24 44:2
45:7 46:19,24
47:1,4 48:14
50:5 51:7,10
53:24 61:2 65:2
66:4,21 67:11
68:7 72:2 73:4
78:21 79:23

80:2 81:2,12
87:1,7 89:15
90:1,16 96:5,18
98:14 101:23
115:12,18
116:7 119:17
120:5,6 121:18
122:17 123:6
124:13 125:7
126:4,10,19
127:4 130:19
134:23 139:24
140:25 144:1
145:23 146:15
147:15,24
148:9 151:14
152:12 155:23
159:17 160:23
161:25 162:23
165:11,14,23
166:4,12,15,20
167:22 172:2
173:8 174:12
174:19,23
178:4 181:13
182:1 185:4,23
188:12,20
189:6,19
190:20 191:2,6
191:9,17
192:12,17,19
192:24 193:23
194:4,9,21
195:6,16
196:14 197:4
198:1,8,12
199:9,24 200:7
201:2,21 202:8
202:22 203:22
204:3,18 206:5
206:14,14
207:10 208:15
208:23 210:2
210:13,19,23



211:7,14,19
213:4,23 214:7
214:14,25
215:8,11,16
216:5,10
217:13,23
219:10 220:6
220:17,25
221:19,25
222:9,12
223:20,24
224:14,19,23
225:8,15
228:16,23
230:11,16,25
231:21 232:3,8
232:22 233:3,9
233:23 234:13
235:1,17
236:11 237:7
237:11 238:10
238:14,17,17
238:23 239:3
239:17,20,24
240:18,23
241:23 242:5
242:13,15,22
243:10,19
244:1,20,25
245:2,7,16
246:7,20 248:4
248:10,23
249:7 250:3,4,8
250:17,24
251:10 253:21
254:3,7 256:5
256:14,19
258:22 259:2
261:1,20
263:25 264:22
265:2,13,25
266:11 267:3
267:13 268:12
269:3,9,14

270:14 271:4,7
271:13 272:12
272:21
**old** 29:23 32:23
33:2 253:16
**older** 260:24
**old-fashioned**
208:22
**once** 31:25 136:5
136:5,6,6
174:10 178:5
184:10 271:8
**ones** 52:22
254:19
**one-half** 261:22
**one-liner** 148:11
**one-on-one** 192:4
**one-third** 111:23
245:24 246:9
**online** 192:2
**open** 8:6 161:6
174:1 262:24
**opening** 34:17
140:12
**opens** 50:19
133:10
**OpenSSL** 140:17
**open-source** 19:8
19:10 23:18
27:1,8 200:25
**opinion** 184:6
208:16 234:13
**opinions** 251:3,6
**opposing** 187:18
**option** 218:6
221:13
**options** 216:6
218:6
**order** 10:8 17:16
18:7 66:16
86:14 146:18
175:3
**organization**
27:23

**original** 6:25,25
83:6 162:18
177:12 234:6
234:10,20
**originally** 28:7
104:14
**outcome** 274:16
**outright** 153:21
**outside** 146:9
**owes** 134:19
**owned** 178:19
**owner** 148:5
**O'Hagan** 49:6
65:23 69:21
100:21,24
101:4,5,24
103:5,9 105:5
120:9,17 121:7
121:12,17
122:6 127:16
127:21
**O'Hagan's**
121:11

---

**P**

**P** 7:1
**page** 3:2,7 4:1
5:1 6:1 47:23
48:6 51:11
53:13,25 54:1
61:2 63:19,21
63:23 78:5
80:11,21 96:8
102:9,9,10,13
102:17 103:3
103:16 104:3,4
105:2,4 106:21
106:22 111:20
111:21 211:3
223:16 237:17
**paid** 63:13
262:23
**Paige** 100:5,7
**pair** 262:15,17

**Palo** 14:8
**paper** 105:14
**papers** 53:23
**paragraph** 35:9
48:5 50:19
52:21 53:13
55:9 58:2 61:4
61:16 99:4
102:19 104:6,9
105:4 107:25
109:4,20
111:21 112:7
112:11 113:24
116:11 117:11
123:6 134:6
153:10 211:4,5
221:1,17 224:5
224:10 245:17
245:21
**paragraphs**
58:18 61:11
107:21
**parameters**
250:2
**paranoia** 183:17
**paranoid** 183:16
**paraphrase** 64:4
97:3
**parenthetical**
217:15,16
218:3
**parentheticals**
216:7,12 217:1
**parse** 110:16
**part** 28:5 51:16
60:20 69:24
70:2 75:13
79:15 96:13
97:6 100:12
103:18 105:18
112:16 148:7
156:2 158:1
163:24 164:4
195:20 196:10

196:11 220:20
223:25 225:15
255:19,22
**participate** 42:22
**participating**
148:12 265:2
**particular** 26:25
27:1 79:7 111:4
177:15,18
242:16
**particularly**
204:25 205:1
**parties** 7:19
196:16 274:14
**partly** 28:1
**partner** 69:1
163:20 186:5
**partnership**
192:21
**parts** 46:21
199:25 235:6
235:10 236:19
236:22
**party** 195:16
**passage** 241:3
**passed** 231:14
**passing** 121:22
243:1 269:6
**paste** 79:17 84:2
**pasted** 78:24
79:14 83:6,7
**patches** 206:2
**patching** 255:2
**patents** 69:12
**Patoshi** 31:14,15
31:17
**Patrick** 100:5,7
**pattern** 207:20
**patterns** 31:7,12
**pause** 9:11 34:1
34:22 49:14
55:3 77:18 79:2
80:9 101:18
104:5 146:16



CONFIDENTIAL

146:19 165:12
188:3 221:9
226:17 237:13
**pay** 32:14 163:21
167:11 168:24
169:3,9 171:12
171:20 263:8
263:23
**paycheck** 29:4
**paying** 55:24
**payments** 257:10
**peek** 205:13
**penny** 261:21
265:21
**people** 8:6 10:7
17:21 23:19
25:7,11 26:21
27:7 28:11
34:16 39:24
42:8,11 67:25
72:1 89:19 90:3
90:12,13,14,19
91:11 92:6,7
100:13 103:18
104:7,17
108:24 114:4
124:1 162:24
163:2,25 164:4
164:7 180:11
186:16 191:10
197:2 198:25
215:8 234:14
234:16,19,25
235:7,23 236:1
237:23 238:15
243:24,25
246:12 248:15
248:19 249:1
251:3,5,7,10,14
251:15 255:5
257:19,22,24
258:23 261:3
261:10,11,15
262:8,10,14,18

263:2,13
264:20 266:7
270:22 271:25
**people's** 269:12
**percent** 168:25
171:5,9,11,12
184:20 196:17
210:4,6,11,15
**percentage** 258:4
**percentages**
258:16
**perfect** 67:1
96:21 172:15
216:20,21
272:18
**performed**
190:13
**period** 120:2
**perjury** 183:22
**permission** 86:11
146:4 147:3
**permissions**
145:25 146:2
**permitted** 37:9
**person** 32:15
38:2 56:21 69:5
69:7 72:1,4
75:12 80:11,16
92:4 98:3,10,20
100:25 102:22
108:14 111:17
112:5 115:10
116:22 157:2
183:11 184:20
196:20 214:5,9
214:16 217:11
218:1,18 219:8
230:15 234:25
235:2,13,20
236:6 238:12
238:24,24
248:2,7 250:12
250:15 254:4
256:12 266:3

267:6,17
271:13
**personal** 1:5
82:12 93:20
200:4
**personality**
116:21
**personally** 35:12
233:5 264:8,9
**person's** 271:20
**person-to-pers...**
30:12
**perusing** 66:6
110:15 113:3
122:21 189:3
202:17 223:14
223:19 224:9
**Peter** 28:10
**PGP** 40:8 41:8,10
41:11 64:8
216:11,16
**PhD** 15:17
**PhDs** 53:22
**phone** 8:16 37:24
101:2 127:24
149:7,22
150:12 176:23
198:5 220:4
263:23
**phrase** 64:10
**physically** 35:23
70:12
**picture** 27:2
**piece** 158:1
216:18 235:4
236:18 262:24
263:5 266:15
**pieces** 39:17
217:4 234:23
**place** 44:4 68:3,4
90:17 131:3
145:25 240:6
241:5 248:17
**places** 14:1 62:13

63:7,8 88:16
**Plaintiff** 9:1,2,16
9:24
**Plaintiffs** 1:9 2:2
7:22 22:22 33:4
34:24 38:19
43:2 44:13
45:15 46:7 47:8
48:17 50:6
65:15 77:22
93:22 95:18
101:11,21
107:12 110:10
113:1,8 115:19
120:12 122:2
122:18 125:25
126:15 128:5
132:21 135:11
139:1 140:3
141:17 142:18
144:24 147:16
151:4 153:2
160:4,13 162:9
166:21 168:16
172:8,18
175:24 177:8
178:23 179:1
180:17 182:9
**plan** 60:1
**plane** 67:12
215:12,12
219:20 230:7
**planning** 120:24
**plausible** 31:12
32:2 116:23
**please** 8:12 9:13
12:5 103:11
139:10 145:14
148:21 203:12
254:18 259:18
**plus** 264:12
**point** 9:12 17:1,2
21:17 25:25
39:9 42:21

47:23 69:15
71:18 77:3
96:15,17 144:9
153:11 161:13
169:13 170:2
170:18 199:3
218:25 231:11
243:20 249:14
249:15 251:17
**polled** 271:23
**Ponce** 2:15
**poor** 219:14
**popped** 106:5
**portion** 233:23
235:14 250:22
**portions** 35:16
234:12
**pos** 88:15
**position** 27:19,21
29:3 152:16
173:23 174:3,4
174:12 179:18
179:20
**positive** 180:6
**possesses** 114:2
**possession** 35:25
79:11 123:8
163:9 189:23
**possibilities**
151:15 180:10
**possible** 58:13
69:19 72:24
76:10,14 81:21
85:17 87:22
88:2,11 113:13
130:2 133:23
186:8,10
191:24 196:23
197:23 199:11
235:23 236:3
236:14 241:23
244:11,12,24
246:18 248:12
267:24



CONFIDENTIAL

possibly 70:6
152:4,5 183:6
234:16 271:16
post 6:21,24
31:10 40:15
78:23 97:19,20
97:23,24 98:23
99:1,2,9 115:25
116:2 125:8
131:2,7,7,14
133:12,22
139:11 141:2
145:11,22
153:19 191:25
217:14 232:18
247:2 249:17
258:25 260:19
260:23 261:2
261:13
posted 116:8
141:2 154:3
247:6,16
posting 192:3
posts 41:7,16
64:18 184:12
224:11 260:25
potential 229:11
257:1,5
power 21:7
practical 253:18
253:19
practice 271:5
predicted 140:11
prefer 254:6
prepare 188:6,7
188:13
present 2:20 7:19
217:21
presented 89:4,5
press 71:21
119:25 131:2
133:5
pressing 168:3
pressure 151:17

151:18 180:12
presume 246:13
pretend 217:11
pretty 145:14
251:7 262:21
prevent 106:4
prevents 168:11
previous 36:4
63:23 118:5
171:10 180:5
187:13 230:13
previously 46:5
197:4 215:21
233:9 239:20
price 262:16
263:10
prickly 116:21
primarily 266:1
primary 92:20
92:23 248:13
249:18
Princeton 13:15
13:16,20 14:24
14:25
print 48:20
178:24 180:18
printed 144:25
printer 49:17
prints 236:24
prior 30:4 92:10
99:1 179:16
198:18 202:12
205:12 221:4
private 23:9
35:25 40:14
41:7,16 64:18
74:6 75:11
77:12,16 78:2
79:13 82:2
86:11,13,19,22
88:5,13,13,16
97:12 99:6
138:5,12
139:14 143:21

143:23 144:8
146:7,8,25
163:10 168:7
188:9 190:7,17
190:18 197:20
197:21 198:14
198:17,20
217:14 239:5
269:19,21,22
269:25 270:1,2
270:3,4,9,10,11
270:13,15,20
270:24 271:1,2
271:6,8,9,12,17
271:18,24
privately 269:8
privilege 23:21
privileges 22:8,9
24:5,8
probable 225:5
probably 16:4
24:10,17 28:1
29:12,14 62:3
67:17 81:11
82:12 86:6
123:1 124:10
125:14 132:15
156:11 221:15
226:2 233:21
235:21 240:20
261:9 263:7
problem 55:7
168:1
procedure 78:8
proceed 125:21
process 42:12
59:18 81:8
96:14 97:18
267:22 268:7
procured 73:18
73:19
produce 73:16
129:23 134:1
189:9,12 214:3

218:10,15
produced 77:22
112:16 132:7
177:1 189:20
218:17
producing 73:12
product 94:15
production 9:18
professional
19:15 102:22
274:5
professionally
233:24
program 20:5
211:25 212:3
212:16 237:4
programmer
18:11 210:3,4
211:9,21,24
212:20 213:17
214:18 237:1,3
programmers
210:9,11,12,14
210:18
programming
18:12 199:22
199:23 200:1,3
200:18 202:6
204:1,12,24
206:11,23
207:8,19 208:6
208:11,17,20
209:8,19
210:21 212:7,7
212:10,14
213:11,12,22
226:10 229:18
233:22,24
234:17 256:4
programs 212:21
project 20:9 27:1
27:10 57:13
59:23 93:21
226:16 234:17

252:3 256:4
projecting 59:13
projects 19:8,10
23:18
prominent
156:12
promised 260:2
pronounce
110:18
proof 35:7,25
41:14 44:3 65:4
65:10 73:6,6,8
73:11,25 81:8
86:9 89:3,5,6
89:15,22 90:5
96:21,25 97:12
102:3 119:19
120:4,5 131:21
131:21 132:2,8
133:18 135:22
136:7,25 141:6
146:21 150:22
151:17,18
153:20 154:1,3
154:12,12,19
158:9 163:6
197:5,8 198:2,9
216:20,22
239:5 242:13
268:18
proofs 197:13
221:14
proof-of-work
268:17
proper 88:5,8
90:9 240:24
properties 69:12
property 192:25
proposal 164:12
propose 97:7
prose 224:12
protected 36:16
36:20
protective 66:16



protocol 27:3
prove 38:12
  88:23,25 96:20
  130:6 132:4
  146:6
proves 167:4
  168:5,7
provide 99:8,15
  151:17
provided 136:8
  142:7 146:21
providence 78:25
provides 96:21
providing 151:18
proving 88:14,16
  158:2 188:11
  196:10 232:17
pseudo 89:5
pseudonym 22:5
psychological
  183:17
psychologist
  183:18
pub 86:18
public 9:19 36:1
  42:22 83:22,23
  85:24,25 86:4,8
  86:9 111:6
  114:1 120:5
  124:24 135:22
  143:22 146:21
  150:22 152:15
  154:3 179:18
  191:25 196:13
  232:10 241:21
  262:21 269:23
  274:5,24
publicly 80:12
  87:21 96:20
  134:4 146:6
  226:3,5 232:15
publish 153:19
published 64:17
  115:9 121:17

153:20
publishing 116:2
pull 95:14 132:15
  259:2
purchase 74:14
purchased 16:17
  21:20 73:23
  240:16 261:18
  261:18 263:12
  265:20
pure 138:17
purported 69:11
  193:7 241:25
purpose 220:18
  221:7 257:23
purposes 15:4,16
  25:17 270:8
push 8:20
put 9:9 36:10
  59:12 73:14
  78:9,9 80:12
  84:5 95:22
  96:18 101:8
  110:24 174:2
  180:10 259:16
  266:3
putting 36:17,23
  37:7 39:16
  255:1,1
puzzle 158:6
P-A-N-O-P-T-...
  33:22
p.m 144:15,18
  173:9,12,13,15
  173:23 185:10
  185:13 226:21
  226:24 259:8
  259:12 272:23

_____

Q

qualifies 271:11
question 10:22
  10:24,25 24:25
  25:17,20 32:8,9

32:10 34:2
  35:14 48:8 54:2
  61:12 62:24
  83:9 84:1 92:11
  137:25 143:20
  147:8 159:21
  165:15,18,20
  177:15,18
  219:14,18
  227:12 238:18
  258:7
questions 33:25
  37:5 50:17
  170:3 187:8,15
  195:24 223:12
question's 141:4
quick 165:17
  174:13 259:5
quicker 10:5
quickly 173:19
  223:11 257:12
quiet 99:20
quit 18:15
quite 215:10
  233:11
quote 58:22
  104:12 105:9
  105:10
quotes 51:11
  54:1 62:5 105:5
quote-unquote
  239:14
quoting 105:9,11

_____

R

R 7:1 274:1
raise 66:7,9,17
raised 71:24
  90:19,23 91:1
Ramona 149:15
ran 19:7 20:6
  21:6 213:16
Rand 181:11
range 32:6

rank 124:1
  210:13
rate 168:25 171:5
reach 55:21
  142:25 212:19
reached 25:7
  158:21,23
  215:1 234:13
  259:8 265:22
  272:23
reaching 148:25
  213:19
reaction 38:8,11
  56:14 212:4
  215:4
read 20:1 45:7
  59:15,23 61:15
  62:3 99:17
  100:20 101:7
  102:20 103:6
  103:10 104:13
  105:8,8,10
  109:7 113:24
  117:12 119:10
  119:12 130:2
  145:20 149:11
  178:5 191:22
  217:1 221:17
  223:15 226:2
  234:9,11,12
  241:21 244:19
  247:24 260:24
  272:19
reading 19:21
  78:15 221:6,16
real 20:4 25:10
  39:7 40:4 53:4
  137:1 151:23
  154:2
realized 21:8
  184:13
really 8:19 11:17
  51:18 52:15,18
  52:23 57:23

63:13 65:14
  130:6 137:21
  138:13 146:1
  148:15 153:17
  157:20,23,24
  158:7 163:9
  173:19 174:13
  176:20 184:21
  195:12 200:4
  232:23 243:10
reason 25:6
  26:18 27:5 28:1
  28:2 32:3 41:12
  46:14 117:5
  138:7,16 146:4
  149:3 240:18
  240:20 241:2
  263:2
reasonable 89:1
  116:15,18
  119:20 158:2
reasonably
  215:13,17
reasons 26:17
  27:11 99:7,12
  179:22 221:11
  261:8,12,14
reassure 130:23
rebates 52:5,11
recall 11:6 24:22
  34:9 36:9 37:21
  37:22,25 38:6
  41:11,14,17,18
  43:20 58:24
  68:16,25 69:5,8
  69:16 70:7,12
  70:18 71:3
  73:12 74:3 76:1
  76:5,9,19 77:13
  77:13,17 81:3
  82:9,22 86:5,12
  86:13,18 87:23
  90:7,22,25 91:3
  91:16,19 92:15



93:1,24 94:3,13
95:7 96:10,12
96:12,13 98:21
100:6 107:4
108:18 110:23
113:22 117:17
117:18 118:13
118:21,23
121:5,10 122:5
122:12,14
127:23,25
131:3 133:21
136:17,19
144:5,9 148:1,2
148:4 149:2,23
149:24 150:8
150:17,18
152:18 158:23
168:3 169:10
173:6 179:14
180:1 181:20
181:21 182:4
183:2,3 186:2,3
186:7,15,21,22
187:1,18
188:12 195:6
195:12,13,15
197:6 198:1,8
211:12 214:25
215:25 221:23
230:4 233:1
238:7,8 239:9
239:11,17
243:8,23 244:1
244:12,16,18
248:11 250:12
250:17 252:4
252:21 254:19
258:22
**recalled** 33:1
241:13
**receive** 31:5
96:17 265:5
**received** 33:12

34:20 35:3 38:1
56:20 59:13
79:16 96:15
98:18 130:19
158:13 161:2
169:10 177:2
177:12 187:14
189:4 190:14
214:4
**receiving** 96:10
96:12 152:12
230:4
**recess** 173:12
**recognize** 23:1
33:8 38:22 43:7
44:19 45:19
47:14 48:24
50:6 65:20 79:7
95:20 101:20
101:20 107:14
110:12 113:2
115:21 122:20
126:19 128:7
135:13 139:4
140:4 142:19
145:2 147:18
151:6 153:3
160:6,15
162:10 166:23
168:17 170:5
172:20 176:1
177:10,16
178:12 179:2
180:19 182:10
189:1 201:5,25
203:6 204:7,19
206:6,18 207:3
207:14,25
209:3,14,15
220:12 222:7
222:17 227:4
227:20 228:8
229:2 245:11
246:24 253:9

260:17
**recollect** 85:7
**recollection** 44:9
45:3 68:21
72:14,14 78:12
81:7 85:3 87:8
178:7 182:2
187:6 221:7,21
253:4,13
**Reconnecting**
199:15
**record** 7:3 8:7,11
8:13 10:11
11:10 33:5
34:24 36:24
37:7,17 38:24
43:3 44:15
45:15 47:10
48:20 49:21,23
50:1,3 81:11
84:15,19,20,21
84:23,25 99:24
99:25 100:2
102:20 103:11
104:13 106:1,7
106:10,14,15
106:17,19
107:12 109:8
144:12,15,16
144:18 164:16
172:3,10
173:10,11,15
173:17,19
174:3 176:22
184:17 185:10
185:11,13,16
185:20,22
226:19,21,22
226:24 245:8
259:9,10,12,14
259:16 272:13
272:20,25
273:1,2 274:11
**recounting** 103:5

150:13
**recover** 97:7
**Reddit** 75:11,12
78:2,23 79:12
79:13,18 88:12
188:8 190:17
191:25
**redirect** 259:24
**redo** 49:12
**red-eye** 67:18,21
**refer** 91:22
**reference** 91:20
108:5 186:13
**referencing**
125:8
**referred** 202:15
**referring** 61:1
87:2 97:10
113:16 114:20
114:24 117:18
130:18 180:4
181:10,12
186:4 225:6,11
**refers** 130:15
**reflect** 142:22
**reflects** 140:7
141:18 168:19
**reformatted**
266:9
**refresh** 45:3
78:11 81:6
188:9 253:3,12
**refreshed** 85:2
**refused** 125:3
**refusing** 146:6
**regarding** 215:1
**regardless** 81:5
249:8
**regards** 164:11
**Registered** 274:4
**regular** 268:8
269:10,16
**rejected** 269:13
**relate** 208:5

209:8
**related** 178:2
188:16 189:16
190:18 191:11
191:18 197:8
206:23 207:8
207:19 208:11
208:13 209:20
226:9,15
254:14 274:14
**relationship**
156:8 183:5
199:20 231:23
231:24 232:1,4
232:7 258:16
**relax** 61:19
**release** 97:18
105:15,18
131:2,16,16
132:9 133:5
234:10
**released** 131:15
131:20 232:11
**releasing** 114:1
**relevance** 11:19
12:3
**reliance** 154:8
**relief** 165:2,4
**rely** 10:19 11:1
**remain** 52:22,24
**remarked** 3:20
50:5
**remember** 10:10
19:21 24:9
39:12 68:15
70:21 71:17,19
73:1 81:22
94:12 126:24
144:3 148:25
152:12 178:15
178:18 180:7
186:12 239:25
240:2,5,8,14,17
241:20 243:10



265:24
**remotely** 8:3
    17:3
**removed** 81:23
**reopen** 84:5
**repeat** 36:13
**rephrase** 24:24
    227:12 238:18
**replacement**
    157:5
**replacing** 257:9
**replied** 148:24
**reported** 196:12
**reporter** 1:21
    7:16 9:13 10:9
    274:5
**reports** 52:8
    184:4 191:22
    252:25
**repository** 22:10
    22:12 23:15,20
    200:24 253:17
**represent** 7:20
    9:24 187:12
**representation**
    177:2
**representations**
    198:25
**representative**
    1:6
**reputation** 97:7
    111:12,13
**request** 7:13
    186:1 189:15
**requests** 24:14
    189:13
**require** 154:18
**required** 74:21
**requires** 268:7
**reread** 102:6
**resay** 66:22
**research** 1:8 18:9
    18:13 31:14,15
    32:2 53:23

**reserve** 257:8
**residential** 12:4
**resign** 27:21
**resigned** 27:19
**resistant** 138:10
**resold** 21:10
**resolve** 144:11
**Resounding**
    16:13,14
**resources** 62:1
**respect** 27:25
    162:25
**respond** 10:7
    37:4 45:2,3
    104:7 113:10
    136:15 145:13
    181:13 255:11
**responded** 10:12
    32:25 47:24
    159:8,10
    181:19 254:24
**responding** 32:21
    39:3 60:12
    181:23
**responds** 41:25
    51:16 54:7
    62:11 114:14
**response** 9:7
    11:15 44:24
    60:9 79:15
    103:15 120:16
    120:20 140:9
    140:25 141:9
    145:19 152:5
    162:22 169:8
    169:11 187:21
    189:9
**responsibilities**
    28:23
**responsibility**
    57:14
**responsive**
    189:13
**rest** 92:17 158:5

164:23 253:11
    267:4
**restaurant** 89:14
**restraint** 95:8
**resume** 259:20
    272:13
**retrospect** 56:25
**return** 142:4
**retyped** 84:11,12
**reveal** 31:8 59:21
**revealed** 271:25
**review** 34:5 43:6
    66:5 67:4
    145:23
**reviewed** 158:17
**revisions** 205:4
**re-announce**
    8:24
**re-ask** 221:10
**re-sign** 139:11
**right** 9:8 13:13
    20:24 21:14
    37:13,16 39:20
    55:22,25 63:8
    63:19,25 64:11
    64:15 65:4,11
    67:10,13 68:2
    73:5 77:8 79:4
    83:12,15 87:5
    97:20 102:7
    103:8 110:19
    113:8,11
    116:12 117:24
    120:16,21
    122:10,24
    125:9,18
    126:12,14
    128:17 129:9
    129:20,24,25
    131:10 132:24
    134:1 136:11
    139:15 141:5
    141:20 142:12
    147:4,8 148:15

149:7 156:7
    162:15 163:22
    164:24 165:6
    165:22 167:10
    168:22 171:11
    180:16,22
    185:17 187:7
    188:15,22
    194:1,4,18
    196:22 198:8
    199:13 204:15
    208:8 210:5,16
    211:16 212:18
    215:20,23
    216:19,23
    218:5,20,24
    219:25 221:22
    222:17 223:1,5
    224:4 225:4,21
    229:13 235:14
    236:21 237:3
    237:11,14,24
    240:4,14
    243:19 244:6
    246:4 249:21
    252:21 253:2
    258:3,15
    259:15 260:10
    260:17 264:18
    268:16,23
    271:19
**rights** 23:19
    94:15 255:2
**rises** 263:10
**risk** 54:19
**river** 262:12
**RIVERO** 2:14
**Rob** 68:1 96:4
    148:2
**Robert** 95:23
    147:22 148:2
    148:23 149:9
    151:8,14 152:6
**Roche** 2:4,5 7:13

8:14,25,25,25
**Roger** 28:10
    180:22 181:15
**rogue** 85:18
**role** 26:22,24
    156:18 250:9
    250:18
**roles** 148:3
**rolling** 254:24
**room** 8:20 47:3
    68:5 70:13,14
    73:9,22 239:12
    239:16
**root** 22:8
**Rory** 148:10,18
    148:21 149:1,7
**roughly** 210:22
**route** 149:16
**rows** 203:16
**RPC** 201:19
**RPR** 1:21 274:23
**Ruby** 212:9,11
**rules** 10:4 174:6
**run** 18:9 20:5
    98:4,10,20
    120:10 129:12
    129:19 256:15
**running** 98:13,16
    110:25 130:5,8
    172:11
**Russell** 1:18

---

**S**

**S** 2:7 3:6 7:1
    33:15
**sabbatical** 18:15
    19:5
**sad** 71:21 242:19
**sale** 170:23
    171:13
**satisfactorily**
    9:17
**Satosh** 241:24
**Satoshi** 3:8 4:2



6:8 20:19 22:4
22:6,16 23:3,6
23:14 24:7,13
24:18 25:4,8,12
25:19,22 30:8
30:10 31:2,4,5
31:9 38:13
39:25 40:1,5,8
40:15 42:13,23
56:21 57:5,15
57:19 59:21
60:21 64:19
68:13 69:12
70:20,21,25
71:1 72:1 74:10
87:3 88:24 89:2
90:3,18 91:11
92:16 94:5
96:21 101:8,24
103:14 104:15
111:23 116:1
116:16 117:20
118:10 119:2,7
119:13,15,21
127:14,17
129:17 130:22
131:17 132:5
151:16,25
152:8 155:16
157:2,5 158:3
167:20 175:6
186:17 189:16
190:4,5,15
199:17,20
200:7,11,14,22
201:1,13,14,15
202:3 203:1,8
203:23 204:10
204:22 205:7
205:20,22
206:7,8,21
207:6,16 208:2
208:10 209:5
209:24 210:2

210:20 211:8
211:20,23
212:2,13
213:17,24
214:1,2,16,17
215:2,9,14,18
216:11 225:17
226:4,6 227:7
227:23 228:1
228:10,18
229:4,9,17
230:13 241:25
243:21 244:22
245:25 246:10
246:16 247:3
253:13 254:24
**satoshin@gmx...**
23:7 252:25
**Satoshi's** 31:13
93:23 94:15
102:23 200:18
208:16 213:13
226:1 229:23
230:1 237:22
252:22 253:15
254:11
**save** 84:5 97:2
**saved** 233:16
**saving** 97:6
**saw** 52:8 82:10
88:5,8 127:21
137:1 171:10
178:13 252:25
**saying** 32:14 35:9
51:19 57:8
66:18,19,20
87:2,23 93:4
98:2 115:25
124:14 143:1
145:6,10,14
146:23 168:24
203:11 243:23
247:3
**says** 24:16 36:3

50:20 51:11
52:21 53:2,14
54:1,19 55:10
58:3 59:5,25
60:7 61:12,16
63:12 78:6
80:14,18,21
97:1 99:4
102:13,23
106:23 109:21
111:22 114:15
128:13,15,16
128:18 130:12
135:25 139:3
139:10 141:25
143:7 145:22
148:10,18,20
148:24 149:12
152:10 153:11
161:5,8,19
162:18 163:14
167:2,10,22
170:16,23
171:17 172:24
177:19 179:12
179:21 181:5
182:16 203:13
211:8 215:24
222:1,25 223:4
224:10,14,15
225:11 237:20
245:24 270:3
**schedule** 166:7
**school** 13:8,11
233:16,17
**science** 15:1
**Sciences** 29:2
**scientist** 18:20,24
26:23 27:13,15
27:17 57:12
156:19,23
**screen** 78:8
**screenshot**
128:11 129:23

129:25 130:1
133:22
**screenshots**
130:24 133:15
133:17,23
134:2
**script** 212:24,25
213:5 236:12
**scripts** 213:14,18
213:24 214:23
**seal** 37:12 274:18
**sealed** 74:17
**sealed-in-the-p...**
73:14
**search** 190:13
**searches** 190:16
**seasick** 61:21
**Seattle** 12:21,23
**second** 14:23
48:5 82:16 83:3
95:15 98:3,10
98:20 101:14
105:4 111:21
113:24 114:18
116:10 117:11
143:20 170:21
174:23 211:3,7
216:24
**second-to-bott...**
58:3
**second-to-last**
109:19
**secret** 109:10
**section** 73:6
**security** 24:3
76:17 255:21
**security-consci...**
254:4
**see** 11:19 12:23
13:21 16:9 17:5
17:15 18:8 20:4
28:12 29:17,25
34:8 40:4,7
42:3 46:15

48:10 50:22
51:14 54:4
55:12 59:1 62:8
63:21 64:2 68:9
68:17 76:6 78:6
80:8 95:15 98:6
98:7 99:10,20
102:9,12 104:6
105:6 106:22
107:22 108:4
109:4,19
111:25 112:7
112:12 113:5
114:17,19
115:3 123:11
125:21 126:17
127:2 128:19
128:24 129:7
131:23 133:12
134:12 140:9
140:12 142:5
143:11 148:19
151:15 153:14
161:11 162:20
163:16 164:2,5
164:16 167:5
167:13 170:22
172:24 179:24
181:7 182:18
182:19 184:4
194:6 201:10
211:7 215:24
216:1,8 217:25
233:15 237:20
242:19,24
245:16,22
253:3 259:2
**seeing** 39:6,15
99:2 107:25
**seen** 99:1 138:18
183:19 194:5
195:4,6,8
196:12 226:9
**sees** 143:6



CONFIDENTIAL

**segue** 28:17
**sell** 69:10 163:15
  163:21 164:8
  167:3 171:2
  263:11 265:17
**semi-retirement**
  162:24
**send** 23:24,25
  31:4 97:8
  134:15,17
  137:9 142:3,9
  146:22 149:11
  176:20 224:15
  225:12 255:5
**sending** 196:20
**sends** 149:9
**sense** 257:15
**sent** 30:11 32:14
  63:23 79:14
  87:3,4 134:8,10
  136:10 143:1
  147:22 148:15
  153:8 190:14
  196:15,20
  205:13 217:14
  222:24 224:6
  224:19,21,22
  230:16,18
**sentence** 102:20
  104:10 106:22
  109:7,19,21
  114:18 116:11
  117:11 140:12
  247:24
**sentences** 91:16
**separate** 23:21
**separated** 158:24
**sequential**
  202:19 205:12
**sequentially**
  209:11
**Sergio** 31:11,11
**series** 47:17
  213:5 226:6

**server** 213:18
**service** 253:25
**Services** 1:23
  7:16,17
**session** 35:7 44:3
  65:4,10 73:6,8
  73:11 88:14,16
  89:6,15,23 90:5
  102:3,3 119:19
  120:4,5 137:1
  154:1 158:9
  196:11 197:5
  198:2 232:10
  232:18 239:5
  242:13
**set** 71:8 110:22
  131:1 274:9,17
**sets** 158:24 236:8
**setting** 181:24
  195:16
**seven** 19:9
  164:25
**shadowy** 24:16
**shaking** 10:7
**share** 177:20,21
  200:7,9,9,11
  270:16
**shared** 271:8
**sharing** 205:19
  205:22
**shed** 28:22
**shell** 81:23
**she/he/them**
  158:22
**shit** 53:3
**short** 91:15
**shortly** 20:8
  145:12
**show** 129:16
  132:2 138:12
  146:7 197:12
  225:17 244:20
  253:2 260:4
**showed** 202:13

  229:13,15
**showing** 128:11
  215:2
**shown** 10:19
  198:9 232:8
**shows** 130:8
**Shrem** 28:10,16
**shrugged** 181:6
  181:11
**shut** 256:17,20
**shutting** 205:3
**side** 156:5
**sig** 81:8 170:10
  170:10
**sighted** 17:21
**sign** 35:13 64:11
  82:11 83:13
  86:1,15 99:6
  116:25 134:8
  136:4 138:7
  139:13 144:7
  162:19 270:22
**signal** 106:2
**signature** 41:10
  77:7 78:9 81:7
  83:14,18,19,23
  85:4 88:5,8
  114:1 139:12
  140:20
**signatures** 41:12
  73:16
**signed** 40:8,11
  41:2,8 64:8,14
  74:6 75:4 77:6
  77:14 78:6
  81:18 82:7,10
  83:6,11,11,24
  87:11 98:22
  131:18 132:9
  136:7 146:11
  168:6 216:24
  219:12
**significant** 137:7
  155:17 264:16

**signing** 84:3
  85:15 86:21
  102:3 138:10
  163:8 167:4
  168:4 220:23
  240:5
**Silicon** 13:24
  15:5,7,22,24,25
  16:17
**similar** 211:15
  224:7,25 225:1
  236:8 267:21
**similarities**
  223:22
**similarity** 267:23
**similarly** 49:2
**simple** 131:16,18
  132:9 139:20
  140:18 141:5
  205:5 211:24
  212:3,16,20,24
  212:25 213:4,5
  213:14,24
  214:23
**simultaneous**
  184:12
**single** 86:5
  234:11 240:11
  269:5
**sit** 122:4
**sitting** 24:22
  25:21 57:22
  88:4,7 95:1
  134:20 262:3
  263:5,20
**situation** 179:14
**six** 86:6,7
**size** 60:22,24
  235:8 252:5
**skeptical** 20:2
  38:15,16 39:21
  39:23 40:2
  215:6
**skepticism** 215:4

**skill** 218:18
  236:8 268:21
  274:12
**skills** 213:13
  234:2
**skim** 223:17
**sleep** 89:10
  239:12,17,22
**slightly** 82:20
  223:7
**slower** 210:17
**small** 234:15,25
  257:7
**smiley** 63:14
**Social** 154:25
**socially** 154:22
**socks** 262:11,15
  262:17
**software** 15:12
  16:20 19:8,10
  23:18 24:2
  26:20 27:1,8,10
  74:1 75:2,3
  76:24 83:2
  85:11 88:18
  118:23 124:10
  128:12 129:12
  200:6,25
  201:20,20
  208:13 227:15
  228:3,21
  229:12 234:7
  236:18,19,22
  238:20 249:2
  252:13 254:24
  262:24 266:16
  268:10,22
**sold** 16:22
**solved** 181:1
**somebody** 38:12
  58:23 60:18
  88:17 91:25
  122:8 131:25
  163:21 191:20



CONFIDENTIAL

192:4,15
197:19 213:19
213:23 215:1
216:17,18
217:9 242:19
244:7,13 253:1
253:15 254:11
254:20 262:23
265:2,25
266:23 267:5
267:15 271:7
**somebody's** 8:8
217:20
**somethings**
161:18 194:3,4
**somewhat** 260:22
**soon** 109:10
132:17 145:22
**sorry** 12:13
21:23 31:23
32:16 38:23
43:2 49:13 55:8
65:7,17 74:12
78:14 84:9,13
92:1 100:21
102:10 104:4
105:10 106:19
108:3,21
128:14,15
136:6 155:22
162:19 185:15
186:25 192:22
194:14 219:14
222:2 231:3
237:12 238:3
254:4 260:14
**sort** 192:3 213:6
232:19 241:13
**sounds** 12:2
58:23
**source** 19:25
20:1,4 22:9,11
22:11 196:4
242:1 244:22

246:15 253:17
262:24
**SourceForge**
23:17 24:6
**sources** 196:7
**source-code**
23:20
**south** 133:6,8
**Southeast** 2:6
**southern** 1:2 7:8
13:3,4,6,12,14
**so-called** 188:11
196:9
**space** 57:17
88:23,25
**spamming** 60:18
**span** 225:9
**speak** 140:19
188:15
**speaker** 8:23 9:9
**speaking** 116:19
184:24 205:18
214:17 215:18
**specific** 32:5
70:19 239:25
**specifics** 184:18
**speculate** 137:22
137:24,25
**speculated** 98:4
**speculation**
138:2,9,17,20
143:14 146:1
**spend** 13:8 61:16
169:4 262:14
263:8,9 270:24
**spending** 21:8
116:11 262:21
**spent** 29:11
263:15
**spoke** 101:1
127:23
**spoken** 8:19 44:7
136:1 158:14
159:1,12,22

191:12,15
**sporadically**
232:17
**sprang** 249:5
**srmatt** 127:5
**srmatt@hush...**
123:2 126:25
**SS** 274:3
**stage** 179:22
**stand** 146:20
**standard** 224:12
**standing** 36:11
36:18 66:24,25
**Stanford** 15:17
**start** 19:2 30:15
108:22 145:6
201:13 253:8
268:11
**started** 9:14
15:24 74:19
256:12,19
**starting** 87:5
103:10 108:19
108:23 109:2
114:1 145:7,15
**starts** 61:4 98:2
104:6 109:4,20
117:12 181:1
211:5 221:1
**startup** 15:25
16:10,12 74:20
**stash** 263:21,21
**state** 7:19 8:9
11:9 39:12
43:16,19 44:25
45:4 48:6 88:12
189:19 195:11
200:17 213:23
214:16 216:12
219:24 226:12
229:14,22
230:11 235:1
238:10,19
242:25 243:20

246:7 248:18
250:4 251:2
271:7
**stated** 57:23
87:21 232:12
239:7 241:12
258:9,12
263:19
**statement** 56:6
56:14 58:12
59:11 61:6,8
62:21 66:12
92:5 96:22
114:7 118:17
126:9 137:4
157:9 161:16
175:18 211:11
211:12,17
213:25 267:5
271:10
**statements** 50:17
61:22 102:24
103:23,24
104:23 108:13
108:16 112:1
194:6 211:15
**States** 1:1 7:8
**stating** 225:5
238:7 246:9
258:22
**stay** 58:18 164:18
165:1,6,8,13
169:16
**stayed** 17:24
27:13,15
**staying** 68:6
**steal** 217:20
**stealing** 54:15
**Stefan** 42:2,15
95:25 115:24
122:23 126:21
127:3,3,5,12
132:24 135:15
139:8,9 141:19

141:25 142:23
143:5 148:20
148:24 149:15
152:13 179:5
179:12 220:15
**Stefan's** 148:3
**STENOGRAP...**
9:3 31:22 33:19
37:2 44:14 46:9
48:18 49:18
55:1,5 108:21
128:14 238:2
259:4 269:21
**step** 19:12 22:6
26:8 59:21 79:4
88:3 114:6
143:19
**stepped** 22:16
27:5,12 116:24
117:5 156:18
156:20
**stepping** 27:9
93:21
**Steven** 136:2
142:1 248:1,19
**stick** 64:7 73:13
73:15 78:10
81:19,22 82:13
85:11 242:17
**stickies** 203:17
**sticks** 242:18,21
**stock** 125:17
**stolen** 197:25
216:17 217:2,9
217:10
**stop** 10:15 24:14
26:9,15 54:8
149:13 173:7
272:9,10
**stopped** 17:6
150:22,23
**stopping** 259:19
**stored** 86:14,19
**stories** 266:7



CONFIDENTIAL

story 101:7
105:22 113:15
119:11 255:19
255:23
strange 57:9
stranger 61:5,7
street 1:18 12:6
12:10 205:25
stress 93:20
stretch 10:16
strike 21:18 22:1
25:20 28:18
32:10 38:10
52:9 55:17 56:9
56:25 57:9 65:8
72:17 74:12
86:17 100:21
143:20 153:24
154:7 157:9
167:19 175:15
186:2
strikes 118:18
stringent 154:18
strong 251:3
struck 19:10
57:15 184:22
184:23
study 118:4
stuff 18:6,10 22:7
41:6 123:18
200:1,3 202:24
217:24 219:22
228:22 268:24
stupid 51:18
52:16,18,24
style 224:11
225:2 226:1
229:23 230:2
230:12,13
234:4 235:24
236:3,5 237:24
238:16,21,21
239:1
styles 224:1

subject 242:4
270:8
subjects 195:25
196:3
submitted 184:2
subpoena 5:13
32:22 66:15
79:15 96:14
174:5 189:4,10
subpoenaed
112:22
subsequent 25:3
25:5
substance 79:21
79:22 223:25
224:8 243:7
261:1
substantial 221:4
succeed 82:19
succeeded 82:17
succes 226:16
successful 83:3
200:6 226:16
suddenly 263:5
sufficient 126:6
163:14 167:3,7
216:2 230:6,9
234:2
suggest 75:15
170:1
suggesting 42:1
suggestion 169:9
suicide 150:3,4
Suite 2:15
summary 67:6
sums 193:24
super 218:19
supplied 20:14
support 252:7
suppose 112:5
246:18
supposed 131:21
138:4,6,8,16
166:9 184:11

supposedly
128:11
sure 32:9 37:14
37:14 49:22
62:24 66:18
72:7 73:12 75:1
83:9 84:16
89:21 114:12
117:23 121:24
125:19 126:8
130:17 137:23
145:21 147:5
148:8,9 152:4
155:9 157:10
159:4 161:17
163:18 164:25
166:16 168:6
169:10 170:15
171:8 174:24
179:19 183:6,8
183:9 190:23
191:1,5,15
193:14 195:5
196:17,19
210:13 211:6
213:7 218:8
219:16 223:13
224:18 226:4
230:2 232:19
237:6,10
241:18 247:15
248:17 249:19
249:24,25
250:23 251:17
251:24 253:12
258:6 259:6
263:17 264:7
265:12
surprise 235:5,11
266:6
surprised 121:16
131:23 212:15
212:17,18
266:2

surrounding
249:10
survivor 111:24
246:2
suspect 155:8
157:25
sustaining
175:17
swear 9:13
switch 18:3 21:1
129:13 172:13
190:20
switched 88:18
sworn 9:19
274:10
system 22:15
124:12 175:15
248:14
systems 15:6,8
58:4

_____

**T**

T 3:6 274:1,1
table 73:15
take 9:9 10:9,16
14:23 19:12
22:23 27:9 28:5
35:18,20 43:6
46:10 52:23
57:14 59:11
61:22,24 66:4
68:3 73:15
77:24 79:4
83:19 88:2
89:20,20,24
99:20 114:6
125:17 131:3
143:19 144:1
144:13 145:9
164:6 167:15
170:1 171:1
173:3 176:19
185:5 189:2
205:13 215:20

219:15 223:10
226:18 252:18
259:4,23
taken 7:12 26:22
74:5 150:2
173:12 253:1
takes 18:14
268:20
talk 71:1 91:5
112:18 120:11
120:18 121:1,3
126:7 150:19
158:11 169:19
174:22 176:17
181:15 191:23
226:15 228:20
257:2
talked 68:18,22
112:4 178:18
244:16 257:4
talking 24:14
37:19 42:5
68:11 80:7
120:24 169:4
193:16 199:22
201:12,16,17
201:19 202:5
202:24 204:12
206:11 227:10
227:14,25
228:1,2,3,13
229:7,11
244:21
tampered 88:20
tape 172:12
task 213:20
tasks 18:12
tax 52:5,6,10
161:2 163:25
164:7 168:24
169:2,9 171:11
171:14
taxed 161:9
teach 237:10



CONFIDENTIAL

**team** 27:6 94:5
  117:20 228:20
**technical** 16:21
  17:22 19:23
  40:18 41:6
  60:21 84:14
  111:16 123:18
  131:22 132:1
  217:24 219:22
  268:7,20
**technically**
  264:10
**technologies**
  124:17
**technology** 16:13
  16:15 57:8
**telephone** 2:4,22
  36:6,7
**telephonic** 36:4
  37:20 43:24
**telephonically**
  8:24 44:8
**tell** 12:4 19:2
  50:20 56:13
  62:1 68:8 70:15
  70:17 91:9,13
  123:7 156:10
  161:13 171:25
  178:25 184:24
  185:3 186:22
  217:8 231:14
  231:16 232:22
  237:23,24,25
  238:4 240:15
  250:5
**telling** 61:25
  133:10 152:13
  167:16 170:11
  171:1
**tells** 46:12 58:18
  153:11 163:24
**tend** 176:12
  240:21
**term** 31:18 155:2

192:9 212:24
  213:3 254:6
  269:18,23
**terminology**
  271:14
**terms** 124:2
**terrible** 230:21
  256:23
**test** 65:14 245:3
  267:21 268:14
**testified** 9:20
  100:11 197:4
  199:16 233:9
  239:21,24
  255:24 264:22
**testify** 11:6 66:16
  129:6
**testifying** 214:25
**testimony** 10:18
  10:20 37:9
  64:23 153:25
  274:11
**text** 78:9,10
  79:14,20 80:7
  84:4 133:25
**thank** 8:2 11:8
  12:3 14:22 19:1
  44:15 53:4 65:2
  120:10 128:3
  159:25 185:8
  202:22 222:4
**theft** 193:7
**theory** 138:22
**thing** 72:21 155:8
  155:10 157:23
  188:7 190:10
  192:15 205:5
  242:20 253:19
  264:3
**things** 17:17 24:4
  24:17 40:4,18
  40:21 46:22
  48:8 54:2 64:8
  80:12 83:25

93:24 94:1
  95:16 117:2
  118:8 119:4
  131:14 146:20
  150:21 184:16
  184:17 196:12
  198:3,6 200:16
  201:16,17
  202:5 204:1,13
  214:22 226:10
  226:15 229:9
  229:17 240:13
  251:8 255:1
  260:8 262:10
  268:16
**think** 8:9 17:25
  19:9 20:7,12,20
  20:25 21:14
  23:12 24:14
  27:4,11 28:11
  29:7 31:14 32:3
  38:17 41:16
  42:25 51:9
  52:13 58:12,22
  59:22 60:15
  62:3 63:2,3,22
  70:11,24 71:12
  71:16,25 72:6,8
  72:10 73:19
  82:11,21,25
  86:8 87:1,21
  88:7,12 91:14
  91:24 93:22
  94:3 97:9 98:15
  98:25 99:14
  100:25 104:15
  110:19 111:1
  112:15 114:5
  114:10,12
  121:8,14,14
  123:10 127:7
  128:23 130:11
  130:14,15
  131:9 132:14

134:21,22
  137:19 144:4
  150:4 155:2
  156:17,20
  157:15 159:20
  160:18 163:2,6
  163:11 171:16
  173:4 176:9,21
  177:11 178:2
  178:12 180:9
  184:4,7,9,15,18
  185:3,6 186:20
  186:25 187:3
  189:7 194:24
  195:3 198:11
  202:20 203:10
  210:18 213:2
  218:10,11,12
  218:12,14
  220:5,8 226:2
  229:24 232:1
  233:8 234:11
  242:2,18
  244:24 246:19
  248:24 249:2
  250:11 257:3
  257:11 261:11
  262:2,20 263:3
  263:13 265:22
  266:7 267:10
  267:24 268:1
  271:11,16,22
**thinking** 56:19
  56:20,24 88:1
  119:21 182:4
**third** 12:24 35:9
  55:9 91:21 92:4
  107:25 108:14
  111:4,21 112:5
  117:10 123:6
  153:10 217:13
  220:25 243:21
  246:16 248:5
  250:12,15

**thorough** 267:6
**thought** 52:13
  58:15 59:14
  64:5 139:10
  144:4 157:24
  158:1,4 183:10
  183:12 225:19
  225:21,23
  257:5,7,12
**thoughts** 43:16
  43:19 220:1
**thousand** 262:6
  263:6
**thread** 43:23
  45:24 75:11
  110:16 188:9
**three** 17:25 18:6
  18:6 60:7 72:1
  83:25 84:6
  89:19 90:3,19
  91:4,11 92:6,7
  92:13 107:21
  117:2,20 118:8
  118:18 125:14
  186:16 215:25
  216:6 218:10
  218:14 243:24
  243:25
**till** 165:13 179:16
**time** 7:10 13:12
  14:6,11,14 15:8
  16:9 17:6 19:24
  20:18 22:2,10
  25:25 32:18
  33:24,24 36:13
  37:2 39:13,18
  41:21 45:8
  49:22 50:2,15
  50:20 61:16,17
  61:17 63:2
  68:10,11,12,16
  69:9 70:14
  73:24 80:13
  82:16 84:18,22



CONFIDENTIAL

90:14 93:16
99:23 100:1
106:13,16
109:5 116:18
117:3 121:15
121:16 126:6
131:8,10 141:2
143:1 144:4,14
144:17 150:10
156:10,17,21
158:24 164:12
164:23 169:4
173:8,14 174:6
184:21 185:9
185:12 186:11
186:17 189:2
198:9 199:3
218:25 222:23
222:24 223:2
226:20,23
231:12 241:3
242:13 243:20
251:17 259:7,8
259:11 262:4
266:4 268:20
272:22
**timeline** 95:14
 96:19 119:18
**times** 184:22
**timing** 144:11
**tiny** 60:19 255:6
**tired** 67:22 83:1
**title** 29:1
**today** 7:10 10:18
 11:5 24:22
 25:21 57:22
 88:4,7 145:14
 154:17 159:18
 159:19,23
 164:18 165:6,8
 169:17 179:20
 188:19 232:9
 240:12 255:24
 262:9 272:20

**today's** 188:6
 272:23
**told** 12:13 22:6
 24:11 46:22
 53:19 64:3
 72:25 100:12
 100:16 104:24
 105:23 106:23
 146:3 183:4,9
 186:16,23
 187:24 188:18
 212:2 246:6
 248:4
**tomorrow** 64:6
 165:24 166:3,7
 169:17 173:24
 174:10 259:21
 260:5 272:13
 272:25
**ton** 56:16
**tonight** 173:23
**top** 53:25 54:4
 55:10 61:3
 102:10,12
 107:22 114:17
 114:17 124:1,4
 124:5,7,11
 164:3 210:4,5,6
 210:10,15
**topic** 94:4
**Tor** 105:19
**total** 171:15
**touch** 110:24
**touchy** 270:8
**track** 106:7
**trade** 206:1
**trademark**
 203:19
**traditional** 89:13
 267:12,16,22
**transaction**
 30:12 32:5
 60:18 74:10
 75:4,5 115:9

134:8,16 143:6
149:11 232:13
254:21 255:1
266:19
**transactions** 58:4
60:19,25 115:8
252:6 255:6,10
266:20
**transaction-sp...**
255:4
**transcript** 6:25
**transfer** 58:4
83:20,20 85:4
85:10 115:10
143:8 150:23
199:1,6 270:5
**transferred**
77:15,16 81:18
**traps** 181:24
**traveling** 220:21
**trick** 114:3
**tricked** 145:8,16
**tricky** 267:19
**tried** 20:6 61:20
149:13,17
**trip** 56:3
**tri-party** 118:10
**trouble** 8:14
**troubled** 27:22
**troublemaker**
114:15
**true** 46:22,23
77:11 106:24
129:24 176:8
271:22 274:10
**truly** 154:12
**trust** 35:11
106:25 110:22
113:14,16,17
115:2,14 138:5
138:21 144:9
145:25 146:8
146:10,24
147:2,10 168:2

168:10 170:18
178:3,9 182:16
182:20 183:1
187:2,4,5 195:4
195:7,8,12,15
218:16
**trustee** 110:21
113:18,19
144:7
**trusts** 71:7 90:23
91:1 107:1
111:6,8 138:22
146:2 177:13
195:2,17,20
**trustworthy** 28:4
**trust's** 86:10
**truth** 177:20
**try** 10:10 27:2
32:4 106:7
130:23 251:8
252:4 255:6
**trying** 39:12 62:1
68:15 70:11
130:22 144:3
156:1,2 164:7
174:7 225:17
249:22,25
250:1 252:12
**Tulip** 178:3
187:2,3,5
**turn** 53:24 61:2
63:19 77:25
101:23 102:9
102:17 103:3
104:3 106:21
211:2
**turned** 21:6,9
28:3 140:21
266:8
**twice** 136:5
**two** 16:5,16
17:18 18:6
27:11,20,23

49:21 58:17
60:7 61:3,11
81:9 91:16 94:4
142:25 151:15
158:23 160:22
180:10 203:16
208:23 215:25
218:17 221:2
223:11,22
224:6 225:15
230:5 231:5
237:23 239:8
239:15,19
253:21 254:7
256:17 259:21
261:24 264:20
268:3
**two-minute**
185:6
**two-thirds**
246:13
**two-way** 205:25
**typed** 82:14
170:22 196:21
**types** 119:5
**typical** 74:20
**typically** 76:7
86:7

---

**U**

**ulterior** 158:8
**ultimate** 120:4
**UMass** 18:9 29:2
**Um-hm** 18:4
93:17 190:8
212:12 217:6
220:22 233:20
235:9,25
236:20 239:13
250:14 254:22
255:3,8 257:20
261:7,25
262:13 270:21
**unable** 184:24



263:23
**unavailable**
24:17 41:20
**unclean** 182:20
**uncontrovertible**
97:12
**underneath**
45:23
**understand**
10:17,22,24
32:8,9 36:22
58:6,9 62:24
66:11 77:1,5
83:9 89:21
98:22 109:1,25
110:3 143:17
153:25 171:13
187:15 210:7
213:8 224:16
225:16 246:4
249:10 258:6
270:13
**understandable**
141:5
**understanding**
146:5 149:19
173:25 201:12
229:22 230:3
234:3 263:18
265:14 267:7
272:4,6
**understands**
123:9 124:12
**understood** 11:1
108:5 109:24
232:23
**unequivocal**
97:11 141:6
**unfamiliar** 212:6
212:7
**unfolded** 179:15
**unfortunately**
179:1
**Unit** 84:20,24

106:18 173:10
173:16 259:9
259:13 272:24
**United** 1:1 7:8
**University** 13:15
15:20 17:19
**UNIX** 213:18
**unknown** 179:22
**unpacked** 73:23
**unpaid** 29:3
**unreasonable**
167:21
**unsatisfactory**
141:10,13
**unusual** 242:23
**upcoming** 99:8
**upgrade** 24:2
**upset** 243:1
**upstairs** 149:25
**USB** 64:7 73:13
73:14 78:10
81:19,22 82:13
84:5 85:11
**use** 23:11,18 74:7
74:24 75:2,4,15
78:20 82:12
84:6 86:11
118:25 137:8
143:23 144:8
155:2 158:22
169:3 192:17
197:2 212:14
216:17 219:21
257:19
**useful** 257:18
**user** 227:15
**Users/craig.wr...**
128:25
**usually** 30:19
62:25 236:2
**Uyen** 110:17,20
112:7,14,17,19
113:7,11,17
114:14 158:17

158:18 177:12
177:19 195:10
196:9 244:14
245:13 246:8
**U.S** 257:9

— **V** —

**v** 1:10
**vague** 61:9
163:20
**vaguely** 41:11
192:11
**valid** 86:21 174:5
**validating** 255:10
**validity** 66:10
**Valley** 13:24
16:17
**valuable** 257:16
257:19,22
**value** 31:19,22
58:4 157:11,13
262:8,9 265:10
265:11,14,17
**valued** 266:2
**values** 31:20 32:6
**vampiric** 61:18
**various** 18:12
111:7
**vary** 271:17
**vast** 19:14
**VC** 148:5
**Vel** 7:21 9:24
55:3 66:7
125:12 128:21
137:11 144:10
164:11 166:15
169:15 172:2,7
173:18
**Velvel** 2:3
**vel@rcfllp.com**
2:10
**venture** 42:8,10
55:21 67:25
69:10

**venues** 39:16
**Ver** 28:10 180:22
**veracity** 247:22
**verbal** 10:10,10
**verbatim** 10:23
**verification**
82:17 83:25
**verified** 77:7
194:18
**verify** 35:13 64:8
73:17 74:17
76:3,16,20 82:6
82:15 83:7
85:10,21,24
86:2,4,7 116:25
**verifying** 82:20
83:17
**version** 11:19,20
85:15,18
105:20 129:10
144:25 178:24
213:16 249:1
**versus** 7:7 82:23
87:4 258:17
269:16
**Vessenes** 28:10
**videographer** 7:2
7:14 8:2,19
9:12 49:22 50:2
84:13,17,22
99:22 100:1
106:2,12,16
144:14,17
169:12 172:13
173:8,14 185:9
185:12,21
226:20,23
259:7,11
272:19,22
**videotape** 7:4
**Vidgeographer**
2:21
**View** 13:21
**villain** 109:2

**villains** 107:24
**Vistomail** 23:11
105:19
**vis-a-vis** 127:17
**volunteer** 29:3
**Vonnegut** 238:5

— **W** —

**wacky** 131:20
**wait** 33:19 46:9,9
46:9 55:1 60:15
159:15 185:14
**waited** 73:22
**waiting** 149:10
**waived** 174:17
**walk** 65:13 73:10
**walked** 119:20
**wallet** 29:24 30:1
74:23 217:2
264:17
**wallets** 109:10,12
109:16
**want** 8:7 11:17
25:1,3,15 28:17
34:19 40:7
49:18 50:16,16
58:18 66:4 67:9
70:18 78:14
95:14 99:19
102:20 105:18
119:17 120:2
126:4 137:21
137:24 144:12
145:20 148:5
163:19 164:15
164:25 165:18
165:18 169:15
174:2,22
176:17 185:7
185:25 210:7
215:24 219:17
223:12 239:4
248:3 249:15
253:2 254:14



255:16 262:16
264:2 270:12
271:6 272:9,10
**wanted** 20:12
26:24 38:3
40:17 42:22
64:10 66:21,22
67:2 87:10
126:7 148:14
155:5,7,8,9,24
157:15,20,23
157:24 158:4,7
166:16 173:18
212:15 216:1
265:3
**warning** 24:2
**Washington**
12:21,22
**washroom**
149:15
**wasn't** 57:23
83:5 84:2 126:8
131:21 132:2
155:6 174:14
176:10 212:12
262:25 267:11
**watch** 76:3
**water** 61:20
**way** 10:11 11:23
46:3 61:25 62:3
64:3 71:20
88:21 103:4
108:25 129:16
146:9 149:16
154:23 163:1
217:12 247:20
251:8 257:21
259:17 263:9
265:17 267:2
267:12,16
268:16
**ways** 51:17,20
145:7,15
215:17 255:14

**wealth** 94:22,24
170:12,14
193:13,16
194:11,23
**wealthy** 169:4
257:17 258:24
261:5
**web** 18:1,5
264:10
**website** 20:11
23:17 76:2,16
76:18 256:6
**Wednesday** 1:16
**week** 150:12
179:15 240:25
**weeks** 247:11
**weight** 57:14
88:14 155:18
218:11
**weird** 79:19
**well-known**
123:15
**went** 13:15 28:15
32:22 33:1
74:11 75:6
79:12,12 86:5
89:8,9 127:20
133:5,8 154:1
203:15 260:24
**weren't** 154:10
195:16 233:7
241:16,17,18
261:16 266:2
**we'll** 8:20,20
10:15 11:19
79:25 96:19
169:19 185:7
245:9 253:3
**we're** 7:3 8:14
22:22 49:11,23
50:3 63:22
65:15 84:18,20
84:23,25 99:23
100:2 101:10

106:11,13,17
106:19 128:4
141:16 144:15
144:18 169:12
172:9 173:10
173:15,17
174:7 185:13
192:17 201:17
207:21 226:18
226:21,24
227:14 229:11
248:17 259:9
259:12,14
272:12 273:1
**we've** 77:23
118:8 135:10
158:17 173:9
173:22 185:17
208:24 214:11
226:9 259:8
**WHEREOF**
274:17
**whispers** 39:6
**wife** 15:17 61:16
61:21 188:18
**wiki** 255:13
**willing** 166:13
**Windows** 118:25
213:16,17
**Wisconsin** 14:9
14:10,11,12,14
14:15 15:15,19
15:20,21
**witness** 7:25 8:17
8:18,21 9:14,16
31:24 35:24
49:15 55:8 66:6
66:13 78:8
105:3 110:15
113:3 122:3,21
129:5 155:22
159:15 164:17
165:1,6,9,13
166:1,5,9,14,16

173:24 189:3
202:17 203:13
215:22 220:23
223:14,19
224:9 237:16
260:4 272:15
272:18 274:8
274:11,17
**witnessed** 35:12
192:14,15
**Wi-Fi** 75:25 76:4
76:8,11 240:9
**wolf** 211:9
**wonder** 109:9
156:1 158:6
**wondered** 183:15
**word** 59:2 78:24
84:3 150:4
154:10 248:3
249:4 254:5
**words** 186:22
187:3 225:3
**work** 15:7 20:3
94:15 102:23
105:20 172:25
205:7 227:16
228:4 235:20
236:1,15
249:22 255:10
267:9 268:18
**worked** 17:2 18:1
18:17 252:18
262:20
**working** 6:8 17:6
26:24 27:7 42:7
68:18 105:16
124:9 133:11
152:6 261:4,10
**workout** 166:10
**works** 267:7
**world** 88:23 89:5
96:20 124:2
157:6 158:3
184:13 210:6

257:6
**world's** 257:8
**world-changing**
57:8
**worry** 162:23
**worrying** 169:5
**worse** 210:12
**worth** 20:16
143:2 161:14
162:5 170:12
261:16,21,24
262:4,5,25
263:6,21
**wouldn't** 121:15
176:12 199:6
235:5,11
240:15 248:18
257:14
**wrestling** 83:1
**Wright** 1:11 7:7
7:24 25:2,16
32:12,15,19,24
33:15 37:23
38:2,7 39:6,10
39:15,16,18
40:22 42:7,23
43:12,25 50:10
72:3 74:24
86:19 88:24
89:1 103:9
106:23 110:22
111:22 116:1
128:10 136:2
142:1,23 153:5
159:1,2 162:12
170:7 180:21
182:5 183:11
186:4 187:12
187:19,24
189:16 190:4
190:11,15
191:10,12
192:6,7,21,22
193:10,16



195:2 196:8,15
197:12 198:2
198:14 199:1
199:12 215:2
215:14 219:11
219:21 222:10
222:21 224:5
225:6,11,16
230:5,16,18
231:1,2,5,20,25
232:2,4,10,11
239:6,7,16
242:1,6,8 243:1
243:7,21 244:9
245:19 246:9
247:3,9 248:1,5
248:7,19,25
249:9,12 250:5
**Wright's** 102:22
127:17 159:23
191:4 193:13
194:13,16
**write** 23:20 39:5
53:23 116:10
118:17 129:13
213:18,24
224:13 225:17
236:12,24
245:22 247:5
247:21 268:15
**writes** 107:22
112:8 143:6
148:9
**writing** 19:16
122:23 212:9
213:14 224:1
225:2 226:1
229:23 230:2
230:12,13
237:24
**written** 200:25
224:11 226:5
231:8 234:2
235:6,12,15

236:5 237:21
237:23 238:20
248:6
**wrong** 17:16 49:7
49:12 62:13
63:7 80:22 81:2
81:4 141:1
144:25 145:11
236:25
**wrote** 15:12
16:20 17:23
99:16,16
101:25 115:25
118:12 124:7,7
145:10 214:6
226:3 231:1,4
234:14,16
238:12,24,25
247:2 249:17
249:24 258:25
260:19,23
**www.MagnaL....**
1:25
**W&K** 1:7

**X**
**x** 1:4,13 3:1,5,6
102:13
**XT** 251:19,23,24
252:2,3,18

**Y**
**Y** 102:15
**yacht** 61:13
**Yada** 61:13,14,14
**Ye** 253:24
**yeah** 13:6 14:5,15
16:24 24:9
41:18 48:18
49:16 55:5
56:19,23,23
63:4 68:2 72:22
78:17 81:3
106:13 117:18
128:23 129:22

130:14 131:6
133:20 135:3
148:9 155:21
157:25 166:6
171:12,16
176:9,15
181:11 183:8
183:15 189:8
198:16 200:2,5
201:7 204:25
210:22 213:1
213:10 216:21
218:12 223:23
225:23 227:14
228:2,19
229:11 236:14
237:19 239:15
241:10 243:15
248:11 254:1
256:22 260:22
267:8 268:1
272:11
**year** 12:15 16:3,5
17:3 18:21
27:19 32:16
58:5 105:15
159:2,7,9,11
162:19 189:5,7
189:7,8 230:17
241:1 256:18
**years** 15:9,10
16:5,16 17:25
18:6,6,6,23,25
26:12 72:11
114:4 148:4
151:21 171:19
180:11 233:13
241:8,9,10,10
254:17 256:17
**Yen** 257:7
**Yep** 102:18
167:24
**yesterday** 179:23
**York** 131:11

**Z**
**Zalman** 2:13
7:23 165:16
172:10 187:11
203:9
**zero** 30:15,18,20
30:22
**Zform** 17:20
**zkass@rivero...**
2:18
**zoom** 129:1
130:12
**zoomed-in**
129:10

**$**
**$10** 263:5
**$10,000** 262:16
**$20** 262:4
**$400** 167:16
171:13
**$50** 20:16 143:1
261:19 263:4
**$50,000** 263:8

**0**
**01035** 1:19

**1**
**1** 3:8 7:4 22:22
22:24 35:13
60:22 64:24
84:20 93:22
136:6
**1st** 131:1
**1:19** 173:9,12
**1:30** 259:23
**10** 3:21 30:9,14
30:21 65:16,17
65:18 74:9
85:25 86:23
87:2,4 97:9
122:2 124:1,4
197:9 198:15
210:4,6,11,15

262:2
**10,000** 261:18
262:22,23,25
263:4
**10:00** 166:10
**10:04** 49:23
**10:13** 50:3
**100** 161:9
**1000** 2:15
**1004** 6:16
**1007** 4:3 107:13
**101** 4:2
**107** 4:3
**1075** 5:7 175:25
**1077** 3:19 48:21
**1078** 53:25
**1079** 61:3
**1080** 63:19
**11** 3:22 12:10
29:7 77:19,22
82:22,24
134:21,22
**11's** 272:15
**11-CSW** 84:5
**11:00** 67:12,16
67:19 259:21
272:14
**11:01** 84:18
**11:06** 222:25
**11:10** 84:23
**11:31** 99:23
**11:33** 100:2
**11:41** 106:13
**11:45** 106:17
**11:53** 223:4
**110** 4:4
**112** 4:5
**1120** 3:16 45:16
**115** 4:6
**1179** 4:10 128:6
**12** 3:24 21:23
95:12,18
130:14
**12th** 105:5 120:8



**12,000** 130:4,9
**12,914** 130:11,12
  130:15
**12:34** 144:15
**12:44** 144:18
**120** 4:7
**1206** 4:18 147:17
**122** 4:8
**125** 4:9
**1260-1262** 6:13
**1274** 5:3 166:22
**128** 4:10
**1286** 3:14 43:3
**1296** 3:10 33:5
**13** 4:2 101:11,12
  101:21
**132** 4:11
**1334** 5:9 177:9
**135** 4:12
**138** 4:13
**139** 4:14
**14** 4:3 35:4 107:9
  107:12
**141** 4:15
**142** 4:16
**1433** 3:13 38:24
**1439** 5:4 168:16
**144** 4:17
**1467** 6:10
**147** 4:18
**1482** 5:12 182:9
**15** 4:4,8 110:7,10
  113:8 122:19
**15th** 11:11
**151** 4:19
**1512** 4:22 160:5
**152** 4:21
**1521** 4:9 126:1,16
**16** 4:5 112:23
  113:1
**160** 4:22,23
**161** 4:13 139:2
**162** 4:24
**166** 5:2

**168** 5:4
**169** 5:5
**17** 4:6 32:16
  115:16,19
**1708** 4:17 144:25
**172** 5:6
**1720** 3:17 47:11
  47:23
**175** 5:7
**1762** 4:7 120:13
**177** 5:8
**178** 5:10
**18** 4:7,16 32:17
  120:12,14
  142:19
**180** 5:11
**182** 5:12
**188** 5:13
**19** 4:8 32:16
  122:15,18
**1966** 11:12 12:16
**1970** 11:23
**1972** 12:19
**1974** 5:6 172:19
**1980** 233:18,19
  233:21
**1984** 13:16
  233:16
**1988** 13:18
**1999** 14:18,20

**2**
**2** 3:9 33:4,6
  64:24 84:24
  106:18 144:19
  173:10
**2nd** 119:25 131:2
  133:3 135:19
  145:10
**2:23** 173:13,15
**2:30** 166:11,12
**2:37** 185:10
**2:50** 185:13
**20** 4:9 124:5,7,11

  125:23,25
  126:15
**20th** 30:4
**200** 2:7
**2000** 21:12
**2000-ish** 16:23
  16:24
**2007** 3:23 77:23
**2008** 105:6
**2009** 18:14,15,17
  77:25 78:5,13
  80:11 92:8
  217:12
**201** 5:14,16
**2010** 19:5,19
  20:13,21,24
  21:12,21 22:4
  22:13,16 23:22
  29:6 30:5 40:9
  41:9 60:16
  80:11 112:9
  116:22 199:17
  200:4 201:7
  217:15 218:1
  250:25 254:20
  255:5,25
  256:20,25
  257:3 261:4
  265:15,16,18
  265:20
**2011** 21:5,13,21
  26:6,7 80:21
  93:11,14 117:6
  117:15 118:3
  257:4 261:4
**2012** 18:21 21:16
  256:20
**2013** 231:15,16
**2014** 34:6 100:12
  253:11
**2016** 25:16 34:19
  35:4 40:22 45:5
  47:20 49:3
  50:12 107:19

  110:20 133:3
  135:19 147:22
  149:10 153:8
  199:13 219:1
  222:25 223:4
  230:20,24
  231:19 241:5
  246:5,18 247:2
  247:6
**2017** 26:14 40:23
  182:14
**2018** 180:24
  260:20
**202** 5:17
**2020** 1:16 32:16
  241:9 274:18
**203** 5:19
**204** 5:20,21
**205** 5:22
**206** 5:24,25
**207** 6:2,3,4
**208** 6:5
**209** 6:6
**21** 4:10 119:1
  128:1,5 161:23
**210** 6:7
**22** 3:8 4:11
  132:18,21
**220** 6:10
**222** 6:11,12
**226** 6:14
**227** 6:16
**228** 6:17,19
**23** 4:12 135:6,11
**24** 4:13 138:23
  139:1
**245** 6:20
**246** 6:21
**25** 4:14 139:25
  140:3
**251** 5:20
**2525** 2:15
**253** 6:2,22
**257** 6:19

**26** 1:16 4:15 7:10
  102:17 141:14
  141:17
**260** 6:24
**265-266** 5:15
**27** 4:16 104:3,4
  107:19 142:15
  142:18
**275** 5:16
**276** 5:18
**28** 4:17 144:20,24
**29** 4:18 147:13,16
  219:1
**29th** 122:4
**293** 5:18
**297** 6:5
**298-299** 6:6

**3**
**3** 3:11 34:24 35:1
  64:25 173:16
  237:18,18
  259:9
**3rd** 145:14
  222:25 223:4
  246:18 274:18
**3:46** 226:21
**3:51** 226:24
**30** 4:19 151:1,4
**30-second** 11:18
  11:20
**305.445.2500**
  2:17
**305.753.3675** 2:9
**307** 3:15 44:16
**307-309** 6:11
**31** 4:21 105:2,4
  152:24 153:2
**311** 6:15
**32** 4:22 160:1,4
**33** 3:9 4:6,23
  115:20 160:10
  160:13
**33131** 2:8



**33134** 2:16
**34** 4:24 162:1,9
**344** 4:23 160:14
**348-349** 6:18
**35** 3:11 5:2
   166:17,21
**357** 4:4 110:11
**358** 111:21
**359** 5:19
**36** 5:4 106:21
   168:13,16
**37** 5:5 169:21,25
**370** 6:4
**371** 4:14 140:3
**375-376** 6:23
**38** 3:12 5:6 172:4
   172:18
**380** 5:21
**381** 5:23
**383** 5:23
**39** 5:7 175:21,24

───────
        **4**
**4** 3:12 4:15 38:19
   38:20 141:17
   172:14 189:15
   215:21 254:21
   259:13 272:24
**4th** 147:22
   149:10 150:16
   177:19
**4:34** 259:8
**4:44** 259:12
**40** 5:8 177:8
**400** 167:11
   170:23 171:2
   171:15,17
**41** 4:21 5:10
   153:2 178:21
   178:23 179:1
**415** 5:24
**42** 5:11 180:14,17
**423** 1:18
**43** 3:14 5:12

182:6,9
**44** 3:15 5:13
   188:23,24
**45** 3:16 5:17 12:6
   202:9,10
**46** 5:19 203:3,5,9
   203:13,14,22
**47** 3:17 4:12 5:20
   135:12 204:4,6
**48** 3:18 5:14
   201:2,3
**49** 3:20 5:16
   201:22,23
   202:13

───────
        **5**
**5** 3:14 4:11 43:3
   43:4 46:7
   132:22
**5/29/2026** 274:25
**5:00** 259:19
   272:8,23
**50** 5:21 29:8
   204:16,18
   205:15,19
   223:6,8 224:7
   224:22 230:6
   231:6 262:14
   262:15
**50-minute** 225:9
**51** 5:22 168:25
   171:5,9,11,12
   203:10 205:9
   205:11
**52** 5:24 206:3,5
**53** 5:25 206:15,17
**54** 6:2 206:25
   207:1
**55** 6:3 207:11,13
**550** 29:9
**56** 6:4 207:22,24
**57** 6:5 208:25
   209:2,16
**58** 6:6 209:11,12

209:15
**59** 6:7 210:24
   211:1 237:15

───────
        **6**
**6** 3:15 44:14,15
   44:17 47:20
   49:3 50:12
**6:00** 165:13,14
   169:16 173:23
**60** 6:10 220:9,10
**61** 6:11 222:3,4,5
   223:2 224:4,24
**62** 6:12 222:14,15
   224:17 225:11
**622** 4:5 113:1
**63** 6:14 226:25
   227:3
**64** 6:16 227:17,19
   233:18
**641** 5:25
**645** 6:3
**65** 3:21 6:17
   228:5,7
**66** 6:19 12:17
   228:24,25
**67** 221:25
**68** 6:20 245:5,10
**683** 3:25 95:19
   96:5
**684** 3:25 95:19
   96:5
**69** 6:21 246:21,23

───────
        **7**
**7** 3:16 45:15,17
   153:8
**7th** 44:4 65:9
   66:1 119:19,23
   198:7,14
   199:13
**70** 6:22 11:23
   253:3,5
**71** 6:24 177:5
   260:11,15,16

260:17
**732** 4:25 162:9
**74** 12:24
**75** 12:25
**76** 13:3 103:3
**769** 4:20 151:5
**77** 3:22 48:21
   103:16
**796** 3:11 34:25

───────
        **8**
**8** 3:17 47:9,10,12
**800** 171:6
**810** 3:21 65:17
**83-1** 101:15
**866-624-6221**
   1:24
**869** 5:5 169:25
**88** 14:2 15:2
**893** 6:20

───────
        **9**
**9** 3:4,18,20 30:14
   30:21,21 48:17
   48:19,22 49:9
   49:12,24 50:6
   82:2 85:25
   86:14,19 87:1,2
   87:4 88:6 97:9
   97:10,13 134:9
   134:16,21
   136:5,5,6 137:2
   137:9 139:12
   139:15 142:2
   143:2 146:7,23
   163:10 197:9
   198:15
**9:00** 166:10
**9:11** 1:16 7:11
**9:18-cv-80176-...**
   1:3
**95** 3:24
**96** 14:2,3,8 15:14
**98** 16:6,7,8

