# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80176-BB/BR

-------------------------------x

IRA KLEIMAN, as the Personal

Representative of the Estate

of DAVID KLEIMAN, and W&K

Info Defense Research, LLC,

         Plaintiffs,

   V.

CRAIG WRIGHT,

         Defendant.

-------------------------------x

C O N F I D E N T I A L

CONTINUED VIDEOTAPED DEPOSITION of

GAVIN ANDRESEN

Hadley, Massachusetts

Reporter: MaryJo O'Connor, RDR, RMR

Job No: 559472



Page 279

1

2

3

4

5                    Thursday, February 27, 2020

6                          11:13 a.m.

7

8

9               CONTINUED VIDEOTAPED DEPOSITION OF

10   GAVIN ANDRESEN, held at Courtyard Hadley

11   Amherst, 423 Russell Street, Hadley,

12   Massachusetts, pursuant to notice, before

13   MaryJo O'Connor, Registered Diplomat

14   Reporter, Registered Merit Reporter, and

15   Notary Public in and for the Commonwealth of

16   Massachusetts.

17

18

19

20

21

22

23

24

25



Page 280

1    A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFFS:

4    ROCHE CYRULNIK FREEDMAN

5        (Via Teleconference)

6        Southeast Financial Center

7        200 S. Biscayne Boulevard

8        Suite 5500

9        Miami, Florida 33131

10       VELVEL FREEDMAN, ESQ.

11       vel@rcfllp.com

12

13

14   ON BEHALF OF THE DEFENDANT:

15       RIVERO MESTRE LLP

16       2525 Ponce de Leon Boulevard, Suite 1000

17       Miami, Florida 33134

18       (305) 445-2500

19       BY:    ZALMAN KASS, ESQ.

20               zkass@riveromestre.com

21

22

23   ALSO PRESENT:

24       Ira Kleiman

25       Mati Kiin - Video Technician



```
                                                    Page 281

  1    ------------------I N D E X------------------

  2

       EXAMINATION of GAVIN ANDRESEN          PAGE

  3

           By Mr. Kass                         283
  4        By Mr. Freedman                     355
           By Mr. Kass                         375
  5        By Mr. Freedman                     384
           By Mr. Kass                         386

  6

  7

  8

  9    ----------------EXHIBITS------------------

 10    ANDRESEN EXHIBIT                        PAGE

 11    Exhibit 72  E-mail, Bates               293

 12                GAVIN_00001821

 13    Exhibit 73  E-mail, Bates               294

 14                GAVIN_00001759 to

 15                GAVIN_00001760

 16    Exhibit 74  E-mail, Bates               351

 17                GAVIN_00000023

 18    Exhibit 75  Document entitled           351

 19                "Non-Disclosure Agreement,"

 20                Bates GAVIN_00000024 to

 21                GAVIN_00000026

 22

 23

 24

 25
```



Page 282

```
 1                P R O C E E D I N G S
 2              VIDEO TECHNICIAN:  Good morning.
 3         We are now on the record.  This begins
 4         media unit number one in the continuing
 5         deposition of Gavin Andresen in the
 6         matter of the Estate of David Kleiman,
 7         et al., versus Craig Wright.
 8              This matter is held in the
 9         United States District Court in the
10         State of Florida.  Today is February 27,
11         2020, and the time is 11:13 a.m.
12              Our deposition is being taken at
13         the Courtyard by Marriott Hadley-Amherst
14         located at 423 Russell Street, Hadley,
15         Massachusetts 01035, and at the request
16         of the firm Rivero Mestre & Castro.
17              My name is Mati Kiin.  I'm the
18         videographer representing Magna Legal
19         Services, and our court reporter today
20         is MaryJo O'Connor, also representing
21         Magna Legal Services.
22              I will now ask counsel to
23         introduce themselves and their
24         affiliations, and we will get started.
25              MR. KASS:  Zalman Kass for
```



1            Dr. Craig Wright.

2                  MR. FREEDMAN:  Velvel Freedman for

3            the Plaintiffs.

4                  MR. KASS:  Is there anybody else

5            on the phone?

6                  MR. KLEIMAN:  Ira Kleiman,

7            Plaintiffs.

8                  VIDEO TECHNICIAN:  I'll ask the

9            court reporter to please swear in our

10           witness, and we can proceed.

11                  *       *       *

12

13                  GAVIN ANDRESEN, Continued

14     having been satisfactorily identified by a

15     Massachusetts drivers license and duly sworn

16     by the Notary Public, was examined and

17     testified as follows:

18     EXAMINATION

19     BY MR. KASS:

20           Q.    Good morning, Mr. Andresen.  Thank

21     you for coming back.  We appreciate that.

22                  Just some preliminary matters --

23                  MR. FREEDMAN:  Zalman, I'm sorry,

24           I can't -- I can't really hear you.  Can

25           you either project a little or get a



1              little closer to the phone?

2                   MR. KASS:  One second.  Hang on.

3              We're going to do our best.

4         BY MR. KASS:

5              Q.    All right.  Mr. Andresen, since

6         you left the deposition yesterday and came to

7         the deposition today, did you speak to anybody

8         about either yesterday's deposition or today's

9         deposition?

10             A.    No.

11             Q.    Okay.  Now, yesterday you

12        testified that a lot of people have claimed to

13        you that they are Satoshi, correct?

14             A.    Correct.

15             Q.    Did you ever attend proof sessions

16        with any of those other Satoshis?

17             A.    No.

18             Q.    Did you ever fly anywhere to meet

19        any of those other Satoshis?

20             A.    No.

21             Q.    So is it fair to say that when you

22        did fly to London to meet Dr. Craig Wright, you

23        were pretty convinced that he could be Satoshi?

24                   MR. FREEDMAN:  Objection.

25             A.    Yes.



Page 285

```
 1              Q.      And that was based on the e-mail
 2      conversations that you had with him?
 3              A.      Yes.
 4              Q.      Which involved both his technical
 5      knowledge, his discussions as to Bitcoin, and
 6      his writing style?
 7              A.      Yes.
 8              MR. FREEDMAN:   Object to the form.
 9              Q.      Do you recall being asked
10      yesterday whether -- if you are aware if the
11      Court found that Craig committed perjury under
12      oath?
13              A.      Am I aware?
14              Q.      Do you recall being asked that
15      question?
16              A.      I do recall being asked that
17      question, yes.
18              Q.      All right.  And do you recall
19      being asked a question whether Dr. Wright
20      submitted forged documents to the Court?
21              A.      Yes, I do.
22              Q.      Are you aware that those findings,
23      or that order, was later overturned by a higher
24      court?
25              A.      No.
```



Page 286

1                    MR. FREEDMAN:  Objection.

2           Mischaracterizes the order.

3                    MR. KASS:  No, keep it to form,

4           please.

5                    MR. FREEDMAN:  No, no.  You're

6           totally mischaracterizing.

7                    MR. KASS:  Doesn't matter.  Come

8           on, Vel, you were doing a lot of that

9           yesterday.

10                   MR. FREEDMAN:  No, not once.

11          Zalman, you know very well --

12                   MR. KASS:  Vel.

13                   MR. FREEDMAN:  -- that it doesn't

14          (inaudible) --

15                   MR. KASS:  Vel.  Vel.  Vel.

16          That's not how this works.  I get to ask

17          the questions.  You get to object to

18          form.  Please keep it to that.

19   BY MR. KASS:

20          Q.    How would you characterize

21   Dr. Craig -- how would you characterize the

22   Bitcoin community's view of Dr. Craig Wright?

23          A.     I think, in general, most of the

24   Bitcoin community --

25                   MR. FREEDMAN:  Objection to form.



Page 287

1          A.       -- dislikes him.  They think he's

2     a liar.  They don't trust him.  They don't

3     think he is Satoshi.

4          Q.      Would you say that Dr. Craig

5     Wright is a controversial figure in the Bitcoin

6     community?

7          A.      Yes.  Definitely.

8               MR. FREEDMAN:  Object to the form.

9          Q.      And would it be fair to say that

10    there are many people who don't like Dr. Craig

11    Wright --

12         A.      Yes.

13         Q.      -- in the Bitcoin community?

14         A.      Yes.

15         Q.      And we previously talked about how

16    hacking is part of the Bitcoin community.  It's

17    something that's not uncommon.

18         A.      Yes.

19               MR. FREEDMAN:  Objection.

20         Q.      Would you be surprised if

21    Dr. Wright was hacked?

22               MR. FREEDMAN:  Objection.

23         A.      No.

24         Q.      Now, yesterday you spoke about

25    somebody being a Bitcoin expert?



1               MR. FREEDMAN:  Objection.

2       A.     I believe you.

3       Q.     Do you recall that?

4       A.     I don't recall talking about a

5    specific person being a Bitcoin expert.

6       Q.     Do you recall talking about

7    Andreas Antonopoulos?

8       A.     Yes.

9       Q.     Do you recall referring to him as

10   a Bitcoin expert?

11      A.     I probably did.

12      Q.     What are your criteria for someone

13   to classify somebody a Bitcoin expert?

14      A.     I think a Bitcoin expert has a

15   very good understanding of the technical

16   details of how Bitcoin works.  I don't think

17   you need to know all of the details.

18      Q.     Okay.

19      A.     But to have a good understanding

20   of kind of the Bitcoin system and how its

21   pieces fit together.

22      Q.     Would it also include how the

23   system is used?

24      A.     I think you can be a Bitcoin

25   expert without being an expert in all of the



Page 289

1        different ways people use Bitcoin.  I mean,

2        there are lots of different pieces of Bitcoin.

3        There is legal.  You could be an expert on, you

4        know, how Bitcoin interacts with the legal

5        system.  That doesn't necessarily make you the

6        kind of Bitcoin expert that I think of when I

7        think of a Bitcoin expert.  And same thing for

8        if you think of, you know, how are people using

9        Bitcoin for cross-border transactions.  You

10       might be that kind of expert.

11                  But when I say Bitcoin expert, I'm

12       talking mostly about geeks like me and having a

13       technical understanding of Bitcoin.

14            Q.    How would you describe

15       Dr. Wright's technical understanding of

16       Bitcoin?

17            A.    Dr. Wright seems to have a very

18       good understanding of Bitcoin.

19            Q.    Would you consider him a Bitcoin

20       expert?

21            A.    Yes.  I think I would.

22            Q.    What coding language was original

23       Bitcoin software coded in?

24            A.    C++.

25            Q.    So whoever Satoshi is, what coding



Page 290

1    language would they necessarily have to know

2    how to code in?

3         A.     C++.

4         Q.     Do you recall yesterday the term

5    money men being thrown around?

6         A.     I do, yes.

7              MR. FREEDMAN:  Objection.

8         Q.     Do you recall who those money men

9    are?

10             MR. FREEDMAN:  You just missed an

11             objection, Madam Court Reporter.  Sorry.

12        Q.     I believe I have a standing

13    question, which is:  Do you recall who they

14    are?

15        A.     I think their names were Stefan

16    and Rob.  And I think there was one other

17    person, and I don't recall who had what role.

18        Q.     Okay.  And how did they get that

19    moniker, money men?

20        A.     One or more of them were presented

21    to me as owning an investment firm or a venture

22    capital firm.

23        Q.     And do you know specifically what

24    their relationship was with Dr. Craig Wright?

25        A.     I'm trying to remember what I was



Page 291

```
 1      told.  I believe I was told that they were --

 2      they had some sort of business arrangement, and

 3      I don't know the details of that business

 4      arrangement.

 5           Q.     Okay.  So would it be more

 6      accurate to call them businessmen?

 7           A.     Sure.

 8           Q.     All right.  Do you have any

 9      independent knowledge as to how much money they

10      have?

11           A.     I don't have any independent

12      knowledge as to how much money they have.

13           Q.     So it would be fair to say that

14      you just know there was some sort of business

15      relationship with at least one or more of them

16      and Dr. Wright?

17           A.     Yes.  That's what I was told.

18           Q.     Okay.  Do you know anything about

19      Dave Kleiman's coding abilities?

20           A.     No.

21           Q.     Do you know anything about his

22      programing abilities?

23           A.     No.

24           Q.     Do you have any personal knowledge

25      as to whether Dave was Satoshi?
```



Page 292

```
 1          A.    No.
 2          Q.    Do you have any personal knowledge
 3     as to whether Dave worked on the Bitcoin
 4     software?
 5          A.    No.
 6                MR. FREEDMAN:  Objection to form.
 7          Q.    Now, we discussed yesterday that
 8     some things could impact the ability to recall
 9     certain events, correct?
10          A.    Yes.
11          Q.    And one thing was the passage of
12     time?
13          A.    Yes.
14          Q.    And to being jet lagged?
15          A.    Yes.
16          Q.    Would you agree to me -- agree
17     with me, though, that if something's
18     memorialized close to the actual event that
19     it's more likely that is accurate than possibly
20     a later memory?
21                And I can rephrase that if that's
22     a confusing question.
23                MR. FREEDMAN:  Objection.
24          A.    No, I agree with that.
25                MR. KASS:  I'm going to introduce
```



Page 293

```
 1            as Exhibit 72.  And, Vel, this is the
 2            one that ends -- it's a GAVIN, and it
 3            ends in 1821.
 4                   MR. FREEDMAN:  That's a new
 5            exhibit?
 6                   MR. KASS:  Yes.
 7                   MR. FREEDMAN:  It's one of the
 8            ones you sent me?
 9                   MR. KASS:  Correct.
10                   (Document marked for
11            identification as Andresen Exhibit 72)
12            Q.    Mr. Andresen, do you recognize
13      this document?
14            A.    Yes.
15            Q.    What is it?
16            A.    It's an e-mail I received May 8,
17      2016, from somebody saying that they are Ira
18      Kleiman.
19            Q.    Okay.  And what's the e-mail
20      address?  Or let me rephrase that.
21                   So you see under the From, it says
22      something?
23            A.    From says "Ira Private,
24      iradavid2009@gmail.com.
25            Q.    Now, that "private" part, do you
```



1      know how that got there?

2            A.     Well, you can you choose any user

3      name you like.

4            Q.     So is that something you chose or

5      he chose?

6            A.     That's something that he would

7      have chosen.

8            Q.     Okay.  All right.  And in this

9      e-mail he's reaching out to you, and he says

10     he's David's brother, and he has some

11     questions, right?

12           A.     Yes.

13                  MR. FREEDMAN:  Objection.

14           Q.     We're going to move on to another

15     document, which I am going to mark as

16     Exhibit 73.

17                  (Document marked for

18            identification as Andresen Exhibit 73)

19           Q.     Do you recognize this document?

20                  MR. FREEDMAN:  Sorry, Zalman, this

21            is Bates 1759.

22           A.     Yes.  I recognize this document.

23           Q.     And what is it?

24           A.     This is another e-mail from Ira to

25     me.



Page 295

1          Q.      Okay.  And embedded halfway

2     through this document, do you see an e-mail

3     from yourself to Ira?

4          A.      Yes, I do.

5          Q.      Okay.  And let's go to the bottom

6     of the page, and under the e-mail that's from

7     Ira to you and is dated May 10th and the time

8     is 8:18, do you see the last paragraph in that

9     e-mail starts with the "If"?

10         A.      Yes.

11         Q.      Are you able to read that

12    paragraph.

13         A.      Sure.  "If you are unable to speak

14    about Craig specifically, I understand.  I just

15    wanted to know if you knew my brother or have

16    any knowledge about him being part of a team

17    that created Bitcoin."

18         Q.      Okay.  And this -- again, this

19    e-mail is in May 10.  And approximately how

20    long after that meeting in London with

21    Dr. Craig Wright?

22         A.      Let's see.  The meeting was April

23    7th?  6th?  So approximately a month.

24         Q.      So this is about a month after,

25    okay.



Page 296

1           And to the extent you had any

2    conversations with Craig Wright about Dave's

3    role as part of Satoshi, it happened in London.

4    As far as your recollection.

5           A.    As far as my recollection, yes.

6           Q.    Now, let's look at your response,

7    which is at 8:42.  So shortly after.

8                 Could you read your response?

9           A.    "Craig said that he worked with

10   David, and I don't have any reason to think

11   he's lying about that.  Beyond that" -- do you

12   want me to go on?

13          Q.    Yes, please.

14          A.    "Beyond that, I don't know much -

15   and, frankly, I'm happy to let the

16   investigative reporters or amateur detectives

17   try to piece together the truth."

18          Q.    So is it fair to say that Ira

19   specifically asked you whether you knew if

20   David had anything to do with Bitcoin and your

21   response is, I don't know?

22          A.    That's correct.

23          Q.    So based on that, is it also fair

24   to say that it's not very likely that you were

25   informed him being part of Satoshi when you met



Page 297

1      with Dr. Wright?

2                  MR. FREEDMAN:  Objection.

3          Q.     Well, it doesn't make it less

4      likely.

5          A.     Yes, it does make it less likely.

6          Q.     Okay.  Other than these two

7      e-mails, and for that it's going to be Exhibit

8      72 and 73 with Ira Kleiman, did you have any

9      other contact with Ira Kleiman?

10         A.     I don't recall.

11         Q.     Did you ever speak to him over the

12     phone?

13         A.     No.

14         Q.     Now, I believe you testified

15     yesterday that you spent a portion of 2010

16     working with Satoshi on the Bitcoin code.

17         A.     Yes.

18         Q.     And do you consider your work that

19     you did on that code -- strike that question.

20                How important was the work that

21     you did on the Bitcoin code?

22         A.     How important was the work I did

23     on the Bitcoin code.  On a scale of 1 to 10?

24         Q.     Well, let me ask you like this.

25     Had you not done that work with the Bitcoin, do



Page 298

1    you believe that the Bitcoin code would have

2    functioned and taken off?

3         A.     Ah -- ah -- it's hard to know.  I

4    like to think that I helped it take off faster.

5    I think it probably would have taken off even

6    without my contribution, because I think

7    somebody else would have stepped up and

8    nurtured the code.

9         Q.     So is it fair to say that another

10   person was necessary, it may just not have been

11   you.

12        A.     Yes, I think that would be fair to

13   say.

14        Q.     Now, after the fact, would you

15   consider the work that you did instrumental in

16   helping the Bitcoin code take off?

17        A.     Yes.  I think actually some things

18   that I did that weren't working on the Bitcoin

19   code were probably more instrumental.  Things

20   like, you know, talking to reporters and being

21   the public face of Bitcoin.  I think that might

22   have actually had a bigger impact than the code

23   that I contributed.

24        Q.     So would it be fair to say that

25   you did two things:  There is the coding, and



Page 299

1    then the sort of the Bitcoin promoting?

2         A.    Yes.

3         Q.    Do you feel that Satoshi owes you

4    anything for those two things that you did?

5         A.    No.

6              MR. FREEDMAN:  Objection.

7         Q.    Why?

8         A.    I did those things voluntarily.  I

9    didn't do them in expectation that any

10   particular person would give me something.  And

11   I have certainly been, since Bitcoin has become

12   a success, I've been well-compensated just by

13   the fact that I obtained some Bitcoin in 2010

14   and now they're worth a lot of money.

15             So, you know, working on -- that's

16   part of the beauty of the Bitcoin system is the

17   incentives are there for people to want to make

18   it a success.  Once you have some Bitcoin, you

19   want to do what you can to make it more

20   valuable.  So you want the system to succeed.

21        Q.    Is it common -- and is -- is it

22   common or -- yeah.  Is it common on certain

23   types of software where people contribute and

24   do work but not necessarily are they expecting

25   to be financially compensated?



1        A.    That has become more common as

2   open-source software has become a popular means

3   of doing software around the world.

4        Q.    And was Bitcoin released as

5   open-source software?

6        A.    Yes.  Bitcoin was open-source

7   software from the start.

8        Q.    Okay.  Do you recall testifying

9   yesterday that you didn't send any money to

10  Satoshi?

11       A.    Yes, I do.

12       Q.    Okay.  I just wanted to know if

13  you could help clear up something for me,

14  because later on we looked at an e-mail where

15  it shows that you sent some Bitcoin to Block 9

16  or Block 10.

17       A.    Yes.

18       Q.    And I believe you also testified

19  that that block was known to be Satoshi's

20  block?

21       A.    Yes.

22       Q.    How do you reconcile those

23  statements?

24       A.    The -- in my mind, the pseudonym

25  Satoshi is the person I was communicating with



Page 301

1    in 2010 and 2011.

2         Q.    Okay.

3         A.    So when I was asked the question

4    had I sent Bitcoin to Satoshi, my mind was

5    saying the Satoshi of 2010 and 2011.  And so

6    the transaction that I made later, I think of

7    as a transaction to Craig Wright, not the

8    pseudonym Satoshi.

9              So I was thinking of during my

10   work with Satoshi, did we ever exchange

11   Bitcoin.

12        Q.    Okay.  So is it fair to say you

13   were focusing more on the person or the

14   pseudonym, not necessarily the account?

15        A.    Yes.

16        Q.    And I appreciate that.  Thank you

17   for clarifying that.

18              Do you recall testifying yesterday

19   that you read an article I believe by someone,

20   his last name is Lerner, about some Patoshi

21   Pattern?

22        A.    Yes.

23        Q.    Okay.  And that article has

24   something to do with nonce values.

25        A.    Yes.



Page 302

```
 1          Q.     Other than reading that article,
 2     do you have any personal knowledge about the
 3     analysis done in that article?
 4          A.     No.
 5          Q.     Now, I'm going to turn to what is
 6     previously marked as number 2.  So going all
 7     the way down to the bottom of the pile.
 8               MR. KASS:  And, Vel, just to make
 9          it easier, it's GAVIN_1296.
10               MR. FREEDMAN:  Is that a new
11          document?
12               MR. KASS:  No.  This was
13          introduced yesterday by you as
14          Exhibit 2.
15               MR. FREEDMAN:  Wait, hold on.
16          GAVIN_1296?
17               MR. KASS:  Yes.
18               MR. FREEDMAN:  One second please.
19               MR. KASS:  I could describe it for
20          you, but I just don't want to coach.
21               MR. FREEDMAN:  I got it.
22               MR. KASS:  Okay.
23     BY MR. KASS:
24          Q.     Do you recall this document?
25          A.     Yes.
```



Page 303

```
 1          Q.    Do you recall testifying about it
 2     yesterday?
 3          A.    Yes.
 4          Q.    And do you recall being asked
 5     whether Dr. Wright had applied for a job at the
 6     foundation where you were working?
 7          A.    Yes.
 8          Q.    Now, I would like you to actually
 9     look at the e-mail from Dr. Wright, and could
10     you point to the portion where he says he's
11     applying for a job?
12          A.    He does not say that he's applying
13     for a job.
14          Q.    And, in fact, does he say, "I do
15     not want to be paid"?
16          A.    He does say "I do not want to be
17     paid," yes.
18          Q.    Does it appear more that he's just
19     asking to collaborate with you?
20          A.    Uh --
21          Q.    When you received this, what did
22     you interpret it as?
23          A.    When I received --
24                MR. FREEDMAN:  Objection.
25          A.    I received this from the secretary
```



Page 304

1       of the Bitcoin Foundation --

2               Q.      Mm-hmm.

3               A.      -- and she presented it as a

4       resume.  She used the term "resume."  And so,

5       therefore, I assumed that it was somebody

6       looking for a job.

7                       I -- at the time, we weren't

8       looking for anybody.  And so until discovery

9       from the subpoena --

10              Q.      Sure.

11              A.      -- I hadn't thought about this

12      document at all.

13              Q.      Okay.  And now that you've taken a

14      second to look at this document today, do you

15      still believe it would be accurate to state

16      that Dr. Wright was looking for a job with the

17      foundation?

18              A.      No.  Now that I read it closely, I

19      think it would be more accurate to say he was

20      looking for some sort of collaboration.

21              Q.      And one other thing.  Do you

22      actually know if it was Dr. Wright who sent

23      this e-mail?

24              A.      No.  I don't know.

25              Q.      And it would be fair to say



Page 305

```
 1    because you just see an e-mail address, you

 2    don't know who actually typed it or sent it?

 3         A.     Correct.  I have no idea if

 4    craig@panopticrypt.com is actually the

 5    Dr. Craig Wright I met in London.

 6         Q.     And even if it was, you still

 7    don't know who actually typed it and sent it,

 8    correct?

 9         A.     Correct.

10         Q.     Now, I'm going to go to Exhibit 9

11    and previously marked yesterday.

12              MR. KASS:  And, Vel it's

13         GAVIN_1077.

14              MR. FREEDMAN:  Got it.

15         Q.     Now, yesterday do you recall being

16    asked a number of questions about this

17    document?

18         A.     Do I recall being asked a number

19    of -- I was probably asked a number of

20    questions about this document.

21         Q.     Okay.  And I'll just go through

22    one or two of them, maybe that will jog your

23    memory.

24         A.     Sure.

25         Q.     Do you recall being asked what
```



MAGNA
LEGAL SERVICES

Page 306

1    some of the incredible mistakes were?  First

2    paragraph.

3            A.      Yes.

4            Q.      And then going to the

5    fourth-from-the-last paragraph where it says,

6    "It was a front in some ways"?

7            A.      Yes.

8            Q.      And then drop one paragraph down,

9    "The ones that matter remain hidden."  Do you

10   recall being asked about that phrase?

11               "The ones that matter remain

12   hidden," that's the third-from-the-bottom

13   paragraph.

14           A.      Do I remember being asked that?

15           Q.      Yes.

16           A.      Not really, no.

17           Q.      All right.  Then how about going

18   down to the second page where the -- closer to

19   the top of the page, the paragraph starts,

20   "Then, none of this is about money."

21               Do you recall being asked about

22   that?

23           A.      I think I do recall a question

24   about that.

25           Q.      Okay.  And then at the end of the



Page 307

1    paragraph, do you recall a question that was

2    about the phrase "I have access to systems that

3    transfer more value and transactions a day than

4    the existing BTC network does in a year"?

5          A.    Yes, I do remember a question

6    about that.

7          Q.    And do you recall being asked

8    about "I want to stay as close to the edge as I

9    can without going over."

10         A.    I definitely remember a question

11   about that.

12         Q.    And how about the next line,

13   "Frustration (should) be my middle name"?

14         A.    Yes, I remember that.

15         Q.    Okay.  And now I'm going to stop

16   now, because I don't think we have to go

17   through every single one.  But my question for

18   you is:  To the extent you were asked any

19   question about the portion of the e-mail

20   drafted by Craig, right?

21              MR. FREEDMAN:  Objection.  Form.

22         Q.    Do you have -- is there any way

23   that you could know what Craig actually meant?

24              MR. FREEDMAN:  Objection.

25         A.    You certainly can't read people's



1    minds.  So, no.

2         Q.    So would it be fair to say that,

3    at best, it is your interpretation of what you

4    think Craig may have meant?

5         A.    Yes.

6         Q.    Okay.  And would that go for all

7    e-mails that were authored by Dr. Wright?

8         A.    Sure.  It's always possible --

9              MR. FREEDMAN:  Objection.

10        A.    -- to misinterpret what somebody

11   writes.

12        Q.    Okay.  Now, let's go to

13   Exhibit 10, which was previously marked

14   yesterday, and I will have the Bates number in

15   a second.  It is GAVIN_2007.

16              MR. FREEDMAN:  Got it.  Thanks.

17              MR. KASS:  Sorry?

18              MR. FREEDMAN:  I've got it.  Thank

19        you.

20              MR. KASS:  Okay.

21        Q.    I'm not sure that's the correct

22   document.  Exhibit 11.

23        A.    Oh, 11.

24        Q.    That was my error, but I did mean

25   11, so yes.  That was on me.



```
 1                    Okay.  Do you recall being asked
 2      questions about this document yesterday?
 3            A.      Vaguely, yes.
 4            Q.      And do you recall testifying that
 5      this was a conversation that you copied from
 6      Reddit and then pasted it into a Word document?
 7            A.      Yes.
 8            Q.      And then produced it in the
 9      litigation?
10            A.      Yes.
11            Q.      Do you know when you produced it,
12      if it was a Word document or -- do you know
13      what type of document it was, what format it
14      was, when you produced it?
15            A.      I believe it's a plain text file.
16            Q.      Okay.  Now, could plain text get
17      modified?
18            A.      Sure.
19            Q.      Is it easy to modify plain text?
20            A.      Yes, it's very easy.
21            Q.      Okay.  So is it possible that
22      between when you copied into plain text and it
23      was produced to you as Exhibit 11, that a
24      change was made to it?
25            A.      It's possible.
```



Page 310

1        Q.      Now, my other question -- and you
2    cannot state definitively that this is exactly
3    how it appears on the Reddit page for that
4    reason?
5        A.      Correct.  I still have a copy of
6    this on my laptop, so I could go back and check
7    line by line.
8        Q.      Sure.  But as you sit here right
9    now.
10        A.      But as I sit here right now, no.
11        Q.      Now my other question is:  Is
12    there a reason why this was produced as text as
13    opposed to just a printout of your Reddit page?
14        A.      It was easiest for me to select
15    all of the -- it's a fairly long thread.  So to
16    produce screenshots would involve more work
17    than just selecting all of the text, copying
18    and pasting.
19        Q.      Understood.  Thank you for
20    clarifying that.
21            MR. KASS:  Now, I'm going to
22        Exhibit 11.  Vel, that's "The Satoshi
23        Affair" and docket exhibit.
24            THE WITNESS:  13.
25            MR. KASS:  Yes, number 13.



Page 311

1                  MR. FREEDMAN:  Got it.  Thank you.

2        BY MR. KASS:

3             Q.     All right.  Do you recall being

4        asked questions about this document?

5             A.     Yes.

6             Q.     And do you recall being shown a

7        series of quotations made by people?

8             A.     Yes.

9             Q.     Now, I'm going to go over some of

10       them.  I just have a few questions.

11                  Oh, and do you recall testifying

12       that some of those statements were consistent

13       with what doctor -- what you believe Dr. Wright

14       had told you?

15            A.     I think I was told that.

16            Q.     So my question for you is when you

17       say something is consistent, what does that

18       mean?  I just want to make sure we're using the

19       same terminology.

20            A.     Consistent means there's no

21       conflict.  It's a synonym for consistent.  It

22       means --

23            Q.     Let me ask you a question like

24       this.  If I told you I came here in a car and

25       someone else told you the car was green, is



Page 312

1    that a consistent statement --

2          A.     Yes.

3          Q.     -- in your mind?

4          A.     Yes, that's consistent.  It's just

5    more detail in one statement than the other.

6          Q.     Okay.  So by "consistent," you

7    mean is it's not directly conflicting with

8    something else?

9          A.     Correct.

10         Q.     Okay.  So it doesn't mean I was

11   told something of a similar substance.

12         A.     Uh.  Yes.  I mean, something is

13   inconsistent if two things disagree with each

14   other.

15         Q.     Okay.

16         A.     Otherwise, they are consistent.

17         Q.     So as long as it's not a direct

18   disagreement, it's consistent?

19         A.     Yes.

20         Q.     Okay.  So let's turn to Page 27.

21   That's going to be on the top, the 27 of 96.

22               And if you go to the

23   second-to-the-last paragraph, it starts -- the

24   line -- the sentence starts with "If I'd come?"

25         A.     I see, yes.



Page 313

```
 1          Q.     So it says, "'If I'd come out
 2   originally as Satoshi without Dave, I don't
 3   think it would have gone anywhere.  I've had
 4   too many conversations with people who get
 5   annoyed because it's me.'"
 6               Now, do you believe stating that
 7   that was consistent with something that
 8   Dr. Wright had told you?
 9          A.     I don't recall.
10          Q.     You could have?
11          A.     I could have, sure.
12          Q.     Now, if you did -- and that's just
13   in the transcript.  I mean, what I had said is
14   what it says.
15          A.     I believe you.
16          Q.     I'm not trying to trick you.
17               So all of your -- so, essentially,
18   would it be fair to say all we really know from
19   that is that Craig Wright didn't say Dave isn't
20   Satoshi?
21               MR. FREEDMAN:  Objection to form.
22          Q.     Meaning -- well, what would
23   something that Craig would have to state to be
24   that was inconsistent with this statement?
25               MR. FREEDMAN:  Objection to form.
```



Page 314

1          A.      I'm not sure I'm understanding the

2     question.

3          Q.      Okay.  So I'm trying -- okay, so

4     let's see if we can work this through.

5          A.      Okay.

6          Q.      When you state "It's consistent

7     with what he told you," what does that mean?

8                  MR. FREEDMAN:  Objection to form.

9          A.      I mean, I know that Craig -- or I

10    was told that Craig and Dave worked together.

11         Q.      All right.  And we saw that in the

12    e-mail from you to Ira, correct?

13         A.      Yes.  I mean, when I say that if

14    this statement, "'If I'd come out originally as

15    Satoshi without Dave, I don't think it would

16    have gone anywhere," um -- I mean, the fact

17    that they worked together and he's talking

18    about Dave and Satoshi together, that's

19    consistent, right?  They had some relationship

20    around that time.

21         Q.      So they had some relationship.  It

22    could have happened.  He didn't tell me

23    anything that would say it would be impossible

24    to happen; is that fair?

25         A.      That what would be impossible to



Page 315

1    happen?

2         Q.     That Craig didn't say anything

3    saying I never worked with Dave, because then

4    it would be inconsistent.

5         A.     Correct.

6         Q.     All right.

7                MR. FREEDMAN:  Objection.

8         Q.     So all you're stating is that

9    because -- so it would be fair to say Dave told

10   you he had a working relationship with Craig,

11   right?  And we know that --

12               MR. FREEDMAN:  Objection.

13        Q.     -- Craig said he was Satoshi.

14   Craig said he himself was Satoshi, correct?

15        A.     Correct.  Yes.

16        Q.     So you're saying --

17               MR. FREEDMAN:  Objection.

18        Q.     -- it's possible that he worked

19   with Dave as Satoshi.

20        A.     Yes.

21               MR. FREEDMAN:  Objection.

22        Q.     Now, let's turn to Page 31 of 96.

23   And now we're going to go to the line that

24   starts -- the paragraph that starts with "The

25   subject."



1           A.      Okay.

2           Q.      Now, I'm going to read a portion

3      of that paragraph, and then I'm going to ask

4      you if you recall testifying about it.

5                   "In an e-mail from Wright dated

6      12 March 2008.  'I need your help editing a

7      paper I am going to release later this year.  I

8      have been working on a new form of electronic

9      currency.  Bit cash, Bitcoin ... you are always

10     there for me Dave.  I want you to be part of it

11     all.  I cannot release it as me.  GMX,

12     vistomail and Tor.  I need your help and I need

13     a version of me to make this work that is

14     better than me.'"

15                  Do you recall testifying --

16                  MR. FREEDMAN:  Objection.

17          Q.      -- about that paragraph yesterday?

18          A.      Yes.  Vaguely.

19          Q.      Do you recall what your testimony

20     was?

21          A.      No, I don't recall what I was

22     asked, and I don't recall what I answered.

23          Q.      Okay.  Well, it's a good thing

24     that I have the transcript from yesterday, so

25     I'm going to ask you and see if what I have



Page 317

```
 1      written if you recall that being your response.
 2      Is that --
 3                  MR. FREEDMAN:  Objection.  Zalman,
 4            the transcript from yesterday is a
 5            rough.  That specifically says it's not
 6            to be relied on.
 7                  MR. KASS:  I know.  I'm not
 8            relying it.  I'm just asking him if it
 9            refreshes his recollection.
10                  MR. FREEDMAN:  You can't ask if
11            the transcript that is not a proper
12            transcript refreshes the witness's
13            recollection.
14                  MR. KASS:  I could.  And --
15                  MR. FREEDMAN:  You can ask him
16            what he testified.
17                  MR. KASS:  No, you can --
18                  MR. FREEDMAN:  You can do whatever
19            you want.
20                  MR. KASS:  Exactly.  And you can
21            make an objection to form.
22                  MR. FREEDMAN:  No, no.  This is
23            not a form objection.  You're presenting
24            improper documents.
25                  MR. KASS:  Vel.
```



MAGNA
LEGAL SERVICES

Page 318

1            MR. FREEDMAN:  The document
2       specifically says --
3            MR. KASS:  Vel, please stop --
4       stop your speaking objections.
5            MR. FREEDMAN:  Zalman, this is not
6       a speaking objection.
7            MR. KASS:  What is it?
8            MR. FREEDMAN:  It's not an
9       objection to the question, how you
10      raised it.  It's an objection that
11      relates to your presenting the witness
12      with a transcript that specifically says
13      it's rough, it cannot be relied on.
14           MR. KASS:  Vel.
15           MR. FREEDMAN:  You're trying to
16      use that to refresh -- Zalman, let me
17      finish making the record.
18           MR. KASS:  It's an improper --
19           MR. FREEDMAN:  And you're trying
20      to --
21           MR. KASS:  -- record.
22           MR. FREEDMAN:  Zalman, you're
23      specifically trying to use that as a way
24      to refresh.  That document says it
25      shouldn't be relied on to refresh a



Page 319

```
 1              witness's recollection of what was

 2              stated therein.  That's not a form

 3              objection.  The objection is conduct in

 4              the deposition.  I made the record.  Now

 5              do what you like.

 6                   MR. KASS:  Vel, please do not do

 7              that again.  You know that's

 8              inappropriate.  You know the only thing

 9              you're allowed to say is objection to

10              form.  If you think a question is

11              improper, object to form and make that

12              argument in front of the Judge.  Okay?

13              That's not proper conduct, and you know

14              it.

15                   MR. FREEDMAN:  I disagree with

16              your statement.  I think it's a

17              perfectly appropriate objection of

18              conduct, but go ahead.

19                   MR. KASS:  All right.  The record

20              is what it is, Vel.

21                   MR. FREEDMAN:  If you don't think

22              it's appropriate, Mr. Kass, you can

23              raise it with the Court.

24                   MR. KASS:  I don't have to raise

25              anything.  This is my depo, Vel.
```



Page 320

1                MR. FREEDMAN:  Okay.  I'm making a

2        record.

3                MR. KASS:   Improper record.

4    BY MR. KASS:

5        Q.    Do you recall being asked:  Is

6    this -- referring to that phrase -- consistent

7    with the story told you about Craig's and

8    Dave's collaboration?

9        A.    No, I don't recall being asked

10   that.  But I believe that I was if it's in the

11   transcript.

12       Q.    Okay.  And do you recall answering

13   yes to that?

14       A.    Again, no, I don't recall.  But I

15   believe you.

16       Q.    Okay.  Now --

17               MR. FREEDMAN:  Objection.

18       Q.    -- if you did answer yes -- let me

19   rephrase this.

20               Right now, do you believe that

21   this paragraph is in fact consistent with what

22   Dr. Wright told you?

23       A.    Yes.

24       Q.    And is it consistent, again, based

25   on the fact that Craig said him and Dave worked



Page 321

1    together?

2         A.    Yes.

3         Q.    And consistent because --

4               MR. FREEDMAN:  Objection.

5         Q.    -- Dr. Wright says that Dr. Wright

6    is Satoshi?

7         A.    Yes.

8               MR. FREEDMAN:  Objection.

9         Q.    Is there any reason that you -- is

10   there any other reason that you believe this is

11   consistent with what he previously told you?

12   He, being Dr. Wright.

13              MR. FREEDMAN:  Objection.

14        A.    Can you ask the question again?

15   Is there any --

16        Q.    That's fine.  I'm going to strike

17   that question.  Don't worry.  We can move on.

18        A.    Okay.

19        Q.    Let's go on to Page 36.  Let's go

20   to -- yup.  Let's go to the last paragraph.

21              Now, I'm going to read a sentence.

22   It's "I asked Wright about this and he told me

23   it was true that his and Kleiman's mining

24   activity had led to a complicated trust."

25              Is this consistent with what you



Page 323

1     accurate statement by Dr. Wright?

2          A.     No.

3          Q.     Assuming it is an accurate

4     statement, does it appear that Dr. Wright

5     believes that you were instrumental in

6     Bitcoin's success?

7          A.     Yes.

8                 MR. FREEDMAN:  Objection.

9          Q.     Now, do you believe that this

10    paragraph is consistent with what Dr. Wright

11    had told you in the past?

12         A.     Yes.

13         Q.     Now, with regards to that it

14    couldn't have happened without Dave Kleiman,

15    how is that consistent with what he had told

16    you?

17         A.     Again, it's consistent because I

18    was told they worked together.  Beyond that, I

19    don't think I have any direct knowledge of, you

20    know, how Dave Kleiman might have been

21    instrumental.

22         Q.     So, essentially, it's consistent

23    because it could have happened?

24         A.     Yes.

25         Q.     Okay.  I think that's it with this



Page 324

```
1      exhibit.
2                   THE WITNESS:  Can we take a break?
3                   MR. KASS:  Of course, yes.  Any
4            time you want to take a break, gladly.
5                   Okay.  Let's take a five- to
6            ten-minute break.
7                   VIDEO TECHNICIAN:  The time is
8            12:02 p.m.  We are now off the record.
9                   (Proceedings recessed at
10           12:02 p.m., and reconvened at 12:08
11           p.m.)
12                  VIDEO TECHNICIAN:  The time is
13           12:08 p.m.  We're back on the record.
14                  MR. FREEDMAN:  This is Vel
15           Freedman.  I just want to state for the
16           record that during the break, the court
17           reporter and the videographer mentioned
18           that there are some issues hearing the
19           objections that are being made, an issue
20           with the speakerphone going on mute when
21           multiple people are talking.  We are
22           going to try to monitor the realtime
23           transcript and make sure they are there,
24           but it's not always possible.  And so
25           we're not exactly sure how to deal with
```



Page 325

```
1              the situation, but we just want to make
2              a record to reflect that not all
3              objections are coming through.
4                   MR. KASS:  All right.  And, Vel, I
5              understand what you just raised, and I
6              just ask if you could do your best that
7              if there is an objection and you don't
8              note it on the realtime, if you could
9              just try to make it known that it's not
10             there, and then we'll just deal with it
11             as necessary.
12                  MR. FREEDMAN:  Absolutely.  I'm
13             just looking at documents and taking
14             notes.  I can't always look at the
15             realtime, but I'm going to try that.
16                  MR. KASS:  Okay.
17      BY MR. KASS:
18             Q.    You had previously testified that
19      a bunch of statements were consistent because
20      Dr. Wright had told you he had worked with
21      Dave.  Is that accurate?
22                  MR. FREEDMAN:  Objection.
23             A.    Yes.
24             Q.    Do you know the nature of their
25      relationship?
```



1          A.     No.

2          Q.     Do you know if one was an employee

3    of the other?

4          A.     No.

5          Q.     Do you know if one was an

6    independent contractor of the other?

7          A.     No.

8          Q.     Do you know if one was

9    volunteering?

10         A.     No.

11         Q.     Do you know if there was a

12   partnership?

13         A.     No.

14         Q.     Now, I'm going to ask you to turn

15   to Exhibit 16.

16                MR. KASS:  And, Vel, that's

17         GAVIN_0622.  And it was introduced by

18         you yesterday.

19                MR. FREEDMAN:  Got it.

20         Q.     Do you recall being shown this

21   e-mail yesterday?

22         A.     Yes.

23         Q.     Okay.  And do you recall who you

24   were communicating with in this e-mail?

25         A.     This is Uyen Nguyen [win-win].  I



Page 327

1    believe they -- well, they said they were

2    somebody named Uyen Nguyen.

3           Q.     Do you know who Uyen Nguyen is?

4           A.     No.

5           Q.     Do you know if Uyen Nguyen has any

6    relationship to Dr. Craig Wright?

7           A.     No.

8           Q.     So is it fair to say this is just

9    an e-mail that you received from a person who

10   was unknown to you?

11          A.     Yes.

12          Q.     Do you know whether any of the

13   information that is contained in this e-mail

14   exchange is true?

15          A.     No.

16          Q.     Do you have any personal knowledge

17   about the information that is contained in this

18   e-mail exchange?

19          A.     No.

20          Q.     And so, for example, when it says

21   on the second paragraph from the top, first

22   word says, "nLocktime is what controls a

23   trust," do you know if that's true?

24          A.     No.

25          Q.     Do you know anything about this



Page 328

```
 1    trust?

 2         A.      No.

 3         Q.      Do you know what controls the

 4    trust?

 5         A.      No.

 6         Q.      So is it fair to say that when you

 7    were being asked questions yesterday about this

 8    document, you were just reading off an e-mail?

 9         A.      Uh, yes.

10              MR. FREEDMAN:  Objection.

11         A.      And, well -- and assuming that the

12    information in the document was true, I was

13    answering questions about what that would mean.

14         Q.      All right.  And when you say

15    "answering questions about what that would

16    mean," does that mean what your interpretation

17    of what you think this e-mail means?

18         A.      Yes.

19         Q.      Now, I want to turn to what has

20    previously been marked as Exhibit 23, and that

21    ends in -- it's a GAVIN, and it ends with 0047.

22              Do you recall being shown this

23    e-mail yesterday?

24         A.      Yes.

25         Q.      And do you recall being asked some
```



Page 329

1     questions about this e-mail?

2          A.     Vaguely, yes.

3          Q.     Okay.  And do you see where the

4     e-mail -- and who is this e-mail from?

5          A.     Stefan Matthews.

6          Q.     Now, do you see on the first line

7     it says, "He has agreed to sign a new message

8     twice, once with block 1 and once with block 9

9     keys"?

10         A.     Yes.

11         Q.     Do you recall being asked whether

12    that should have been relatively simple to do?

13         A.      I think it was a conditional, if

14    he has the private keys, would that be a simple

15    thing to do.

16         Q.     Okay.

17         A.     And I believe I answered yes.

18         Q.     Now, I'm going to ask the reverse

19    conditional.  If he doesn't have the private

20    keys, would that have been something hard to

21    do?

22         A.     It would be impossible.

23         Q.     So right now, you do not -- and do

24    you know whether he in fact -- he, being

25    Dr. Wright -- in fact had the keys on May 2,



1    2016?

2           A.     I don't know.

3           Q.     So are you able to testify as to

4    whether this would have been an easy thing for

5    him to do -- to have done?

6                  MR. FREEDMAN:  Objection.

7           A.     Again --

8           Q.     I can rephrase it if that's...

9                  I'll rephrase it.  So I'm removing

10   a conditional.  I'm not saying you did.  I'm

11   saying --

12          A.     You're removing a conditional.

13          Q.     Right now based on the knowledge

14   you had on that date, could you state with any

15   certainty whether it would have been easy for

16   Dr. Wright to do?

17          A.     No.

18                 MR. FREEDMAN:  Objection.

19                 MR. KASS:  Vel, what's the basis

20         for that objection?

21                 MR. FREEDMAN:  I just don't

22         understand the question.

23                 MR. KASS:  Okay.

24                 MR. FREEDMAN:  I'm not sure the

25         witness does, either.



Page 331

 1                    MR. KASS:  Well, he answered, so I
 2           think he did.
 3                    MR. FREEDMAN:  Oh.  He answered
 4           what he thinks you said.  I'm not sure
 5           what he answered is what you asked.
 6                    MR. KASS:  That's fine.  I just
 7           wanted to know what your basis was.
 8                    MR. FREEDMAN:  I've seen the
 9           transcript, and I don't know if I
10           misspoke or the transcript is
11           mistranscribed, but what I said before
12           is, what I meant to say is, he answered
13           what he thinks you asked, but I'm not
14           sure what he answered is what you asked.
15                    MR. KASS:  Okay.
16      BY MR. KASS:
17           Q.    Okay.  Now, I'm going to ask you
18      to turn to Exhibit 33, and that's GAVIN_0344.
19      And I'm also going to ask you to pull up a
20      second e-mail, and I will tell you which one
21      that is in a second.  And that's going to be
22      Exhibit 37, and that ends -- it's a GAVIN one,
23      and it ends in 0869.
24                    MR. FREEDMAN:  You cut out.  Zero
25           what?



Page 332

```
 1                     MR. KASS:   869.

 2                     MR. FREEDMAN:  All right.  Thank

 3        you.

 4        Q.     Do you recall being shown these

 5   e-mails yesterday?

 6        A.     Yes.

 7        Q.     Do you recall being asked a series

 8   of questions about these e-mails?

 9        A.     Vaguely, yes.

10        Q.     Do you recall a question on

11   Exhibit 37 about over 100 million?

12                     So that's Exhibit 37, first line

13   from the top.

14        A.     I don't recall what the question

15   was.

16        Q.     But do you remember a discussion

17   about 100 million and you weren't really sure

18   what that was?

19        A.     Yes, 100 million --

20                     MR. FREEDMAN:  Objection.

21        A.     -- somethings.

22        Q.     Exactly.

23        A.     Yes, I do recall.

24        Q.     Do you recall being asked a series

25   of questions about Dr. Wright's net worth based
```



Page 333

1    on Exhibit 33 and 37?

2          A.      Vaguely, yes.

3          Q.      Now, do you have any personal

4    knowledge as to Dr. Craig Wright's wealth?

5                  MR. FREEDMAN:  Objection.

6          A.      No.  The only personal knowledge I

7    have is how he dresses, how he presents

8    himself, the fact that, you know -- well,

9    actually, I have no personal knowledge about

10   his travels, but he said that he travels and

11   lives a nice life-style.

12         Q.      Thank you.  Let's break that down.

13   So let's first talk about things that you've

14   observed with your senses with regards to Craig

15   Wright's wealth, and then we'll deal with the

16   other half afterwards.

17                 So what have you observed with

18   regards to Craig Wright's wealth with your own

19   senses?

20         A.      When I met him in London, he

21   seemed well-dressed.  He seemed well-spoken.

22   He seemed like a person who was not poor, was

23   not lower class.

24         Q.      Okay.  Now, is the way someone

25   dressed always an indicator -- or is it a



Page 334

1    good -- do you believe it's a good indicator of

2    someone's net worth?

3             A.      No.

4             Q.      Is it possible to be --

5                     MR. FREEDMAN:  Objection.

6             Q.      -- well-dressed but heavily in

7    debt?

8             A.      Yes.  Absolutely.

9             Q.      And does one have to be --

10                    MR. FREEDMAN:  Objection.

11            Q.      Does one have to have a fortune in

12   Bitcoin to be well-dressed?

13            A.      No.

14            Q.      And the fact that somebody is

15   well-dressed, does that mean they have a

16   fortune in Bitcoin?

17            A.      No, certainly not.

18            Q.      Does that mean they have a lot of

19   money?

20            A.      No, not necessarily.

21            Q.      All right.  So that's how -- have

22   we covered everything that you've observed with

23   your own senses?

24            A.      Yes.

25            Q.      Now --



Page 335

```
 1                    MR. FREEDMAN:  Objection.

 2          Q.      So is it fair to say that

 3     everything else that you know about

 4     Dr. Wright's net worth is you heard from

 5     somebody else or somebody?

 6                    MR. FREEDMAN:  Objection.

 7          A.      Yes.  That's fair to say.

 8          Q.      So now going back to these two

 9     e-mails which are Exhibit 33 and 37, Exhibit 37

10     says "That is individuals with over 100 million

11     net wealth," correct?

12                    Do you see that?

13          A.      Yes.

14          Q.      All right.  Do you know if

15     that's -- do you know if Dr. Wright has over

16     100 million net wealth?

17          A.      My assumption, reading this

18     e-mail, is that he has more than 100 million

19     Australian dollars, because this was in the

20     context of a discussion about Australian tax

21     office stuff.

22          Q.      Do you have any personal knowledge

23     as to whether that's actually true?

24                    MR. FREEDMAN:  Objection.

25          A.      No.
```



Page 336

```
 1           Q.     So is this just based on an e-mail
 2      that a person had sent by Dr. Wright?
 3                  MR. FREEDMAN:  Sorry.  There was
 4           an objection between the "Do you have
 5           any personal knowledge as to whether
 6           that's actually true" and "No."
 7           Q.     So is this just based on an e-mail
 8      that appears to have come from Dr. Craig
 9      Wright's e-mail?
10           A.     Yes.
11           Q.     Now, assuming that this is
12      accurate, because we don't know if it is,
13      correct?
14                  So, again, assuming that this is
15      accurate, do you know the source of those
16      funds?  Of the net worth.
17           A.     No.
18           Q.     Could Dr. Wright have won the
19      lottery and got fabulously wealthy?
20           A.     It's possible, yes.
21           Q.     Could he have inherited a lot of
22      wealth?
23           A.     It's possible, yes.  I have no
24      knowledge.
25                  MR. FREEDMAN:  Objection.
```



Page 337

```
 1          Q.     Could he have purchased a lot of
 2     Bitcoins when they were really cheap in the
 3     early days?
 4                MR. FREEDMAN:  Objection.
 5          A.     Yes, that's possible, too.
 6          Q.     And do you have any knowledge
 7     whether Dave Kleiman was involved in generating
 8     any of this wealth?
 9          A.     No.
10                MR. FREEDMAN:  Objection.
11          Q.     If this wealth exists, do you know
12     if it's held in Dr. Wright's name?
13          A.     No.
14                MR. FREEDMAN:  Objection.
15          Q.     Do you know if this wealth is
16     locked up in a trust somewhere?
17          A.     No.
18          Q.     Do you know if Dr. Wright has
19     access to this wealth?
20          A.     No.
21                MR. KASS:  Let's take a
22          five-minute break.  I'm actually getting
23          close to -- I'm not entirely done, but
24          I'm getting close.  I just want to go
25          over my notes and see if I have anything
```



Page 338

```
 1          else.
 2                    VIDEO TECHNICIAN:  The time is
 3          12:24 p.m.  We are off the record.
 4                    (Proceedings recessed at
 5          12:24 p.m.  and reconvened at 12:33
 6          p.m.)
 7                    VIDEO TECHNICIAN:  The time is
 8          12:33 p.m.  We are back on the record.
 9     BY MR. KASS:
10          Q.    All right.  I'm going to ask you
11     to turn now to what has previously been marked
12     as Exhibit 35, and that's GAVIN_0274.
13                    And then I'm going to also ask you
14     to turn to exhibit that has been previously
15     marked as 34, and that ends in -- it's GAVIN
16     and it's 0732.
17                    Do you recall being asked
18     questions about these --
19                    MR. FREEDMAN:  Sorry, Zalman.  I
20          can't seem to find the first one.  I
21          have GAVIN_0372.  What was the other
22          one?
23                    MR. KASS:  It's 1274.
24                    MR. FREEDMAN:  Got it.  Thank you.
25          Q.    Do you recall being shown these
```



Page 339

1      two exhibits yesterday?

2            A.     Yes.

3            Q.     And do you recall being asked

4      questions about these exhibits?

5            A.     Vaguely, yes.

6            Q.     Okay.  Now, on the exhibit that's

7      labeled 35, do you see the second line.  It

8      says, "I have sufficient funds that they can

9      force me to sell"?

10           A.     Yes.

11           Q.     And then do you see in the

12     paragraph under, it says, "It would mean

13     dumping 400 million in coin to pay"?

14           A.     Yes.

15           Q.     Again, do you have any personal

16     knowledge as to whether this is true?

17           A.     No.

18           Q.     Do you know --

19                  MR. FREEDMAN:  Objection.

20           Q.     -- what "coin" refers to in this

21     e-mail?

22           A.     I assumed it meant Bitcoin.

23           Q.     Right.  Could it have meant

24     another type of coin?

25                  MR. FREEDMAN:  Objection.



Page 340

1          A.     It could be a colloquial phase for

2     money in general.

3          Q.     Could it be that Dr. Wright is a

4     coin collector?

5                 MR. FREEDMAN:  Objection.

6          A.     It seems unlikely anybody --

7                 MR. FREEDMAN:  I'm sorry.  I'm

8          just seeing objection.  There was an

9          objection, or at least there was

10         supposed to be an objection, between

11         "Could it have meant to be another

12         coin?"  And you have the last objection.

13         Q.     Mr. Andresen, I'm sorry, you got

14    cut off in the middle of your answer.  What was

15    your answer?

16         A.     My answer was 400 million in

17    collectable coins seems unlikely.  That would

18    be a large pile of collectable coins.  So I

19    assume he's not referring to some physical

20    coin.  But I suppose it could be possible.

21    Although, in the context of this e-mail where

22    he talks about signing, it seems unlikely to

23    me.

24         Q.     Unlikely.  But you don't know with

25    any certainty what he's really referring to?



Page 341

```
 1            A.      I don't know with absolute --

 2                    MR. FREEDMAN:  Objection.

 3            A.      I don't know with absolute

 4       certainty what he's referring to.

 5            Q.      And you don't know what he's

 6       saying is in fact accurate?

 7            A.      Correct.  I don't even know --

 8                    MR. FREEDMAN:  Objection.

 9            A.      -- if craig@rcjbr.org is the Craig

10       Wright that I met in London.

11            Q.      Okay.  And let's go to Exhibit 35,

12       which -- 34.  I apologize.  34.

13                    Is it your answers apply to this

14       e-mail also, that again you have no personal

15       knowledge as to the contents of this e-mail?

16                    MR. FREEDMAN:  Sorry, Zalman.

17            This is Bates 372?

18                    MR. KASS:  Yes.  No, no.  This is

19            732.

20                    MR. FREEDMAN:  Oh.  Hold on.  Can

21            you give me one second to get the

22            document?  I apologize.

23                    MR. KASS:  Yes.  And I'm going to

24            actually rephrase that question.

25                    MR. FREEDMAN:  I got it.
```



Page 342

1    BY MR. KASS:

2         Q.    Okay.  So let's look at the one

3    line that says -- second from the bottom

4    paragraph, "I have sufficient funds that they

5    can force me to sell" at the bottom.

6         A.    I see that.

7         Q.    Do you know if that's true?

8         A.    No.  I have no independent

9    knowledge that that's true.

10        Q.    Sure.  And do you see a reference

11   on the third paragraph from the top relating to

12   "They is part" -- stating, "They is part a few

13   people (not all) in the tax office - years of

14   hate."

15             Do you know anything about that?

16        A.    I don't have any --

17             MR. FREEDMAN:  Objection.

18        A.    No.  I have no independent

19   knowledge about what happened between Craig

20   Wright and a tax office.

21        Q.    So would it be fair to say that,

22   at most, you're reading an e-mail that appears

23   to have been sent, or may have been sent, from

24   Dr. Wright's e-mail address and just

25   interpreting what it says based on your -- on



Page 343

1       your belief?

2               A.      Sure.   Yes.

3               Q.      Okay.   Do you recall testifying

4       yesterday that you believe Dr. Wright lied to

5       you?

6               A.      Yes.

7               Q.      What do you believe the lie was?

8               A.      I believe he deceived me, which

9       deception I believe is a form of lying.

10              Q.      Okay.

11              A.      He deceived me about the proof

12      that he would provide to the world that he had

13      a private key to one of the early Bitcoin

14      blocks.

15              Q.      Now, did he say one thing to you

16      and then do something different?  That he was

17      going to do this, and then he didn't do it?

18              A.      I don't think he ever explicitly

19      said what he was going to do.

20              Q.      Okay.  So is it fair to say that

21      you maybe feel misled about what he did?

22              A.      I definitely feel misled about

23      what he did.

24              Q.      Disappointed?

25              A.      Disappointed, yes.



Page 344

1        Q.      But he didn't say a direct

2    untruth?

3        A.      Yes.

4                MR. FREEDMAN:  Objection.

5        Q.      Are you familiar with SegWit?

6        A.      Yes.

7        Q.      What is SegWit?

8        A.      SegWit is a technical change to

9    Bitcoin that I could go into detail about, but

10   I'm not sure you want me to.

11       Q.      High -- hmm.  Let me ask -- okay,

12   let's keep it like that, high level, and we'll

13   see how deep I want to dig.

14       A.      Okay.

15       Q.      Did SegWit change the way

16   transactions are stored on the blockchain?

17       A.      SegWit introduced a new way of

18   storing transactions on the blockchain.  The

19   old way of storing transactions on the

20   blockchain are still valid with the SegWit

21   change.

22       Q.      And if somebody has an old version

23   of the Bitcoin software pre-SegWit, is it able

24   to interact with the newer transactions after

25   SegWit?



Page 345

1        A.      No.  If you have an old version of

2    the software, it won't understand the new form

3    of transactions.

4        Q.      And is that a widely-accepted

5    belief in the Bitcoin community?

6        A.      Yes, I believe so.

7                I should amend my previous

8    statement --

9        Q.      Okay.

10       A.      -- because the way SegWit is

11   implemented, I believe old versions of the

12   software will falsely accept SegWit

13   transactions.  It will not properly validate

14   them.

15       Q.      Okay.  So -- what do you mean by

16   that?  I don't want to speak for you.

17       A.      So the job of the Bitcoin software

18   is to make sure that only valid transactions

19   are accepted --

20       Q.      Mm-hmm.

21       A.      -- and what's called confirmed.

22       Q.      Mm-hmm.

23       A.      And so SegWit introduced a new

24   kind of transaction to maintain compatibility.

25               Old versions of the software



Page 346

1    accept all SegWit transactions as valid.

2    Whereas, new versions of the software do you

3    can think of it as deeper checks to make sure

4    that they actually are valid.  And the

5    assumption is the miners who do the ultimate

6    validation all run the fully-validating

7    SegWit-compatible latest version of the Bitcoin

8    software.

9         Q.    So is it fair to say that an older

10   version of the Bitcoin software can't validate

11   the newer SegWit transactions?

12        A.    Yes.

13        Q.    So would it also be fair to say

14   that the actual miner who is going to validate

15   this transaction, right, who by chance happened

16   to get the correct hashing and non- -- do the

17   correct --

18        A.    A miner who solves the block?

19        Q.    Thank you.  The miner who solves

20   the block cannot be a miner running the old

21   software?

22        A.    They could get lucky.

23        Q.    Okay.

24        A.    So, I mean, they might have some

25   SegWit transactions that they accept that turn



Page 347

1   out to be valid.  But if they were to accept --

2   if they were to create a block containing an

3   invalid SegWit transaction, according to the

4   new rules, then the other miners would reject

5   their block.  And so it would not be accepted.

6   They would lose money.

7         Q.    Is it fair to say that it's not

8   fully compatible --

9         A.    Yes.

10        Q.    -- the two versions?

11        A.    Definitely fair to say they're not

12  fully compatible.

13        Q.    And what's your basis for this

14  knowledge?

15        A.    I reviewed the SegWit code

16  changes, or many of the SegWit code changes.

17        Q.    And is one reason that the older

18  software can't recognize the newer transactions

19  is because the way the transaction is

20  structured is kind of mixed about?

21        A.    Yes.

22        Q.    Okay.  Got it.

23              Prior to yesterday's deposition,

24  did you speak with counsel representing Ira

25  Kleiman or Dave Kleiman?  Let's do Dave



Page 348

1    Kleiman, or the Estate of Dave Kleiman.

2         A.    Yes.  They gave me a phone call

3    informing me that this deposition would happen.

4         Q.    And do you recall when that phone

5    call was?

6         A.    I don't recall.

7         Q.    Prior to that phone call, did you

8    have any communication with them?

9         A.    Yes.  We had a phone call

10    discussing the subpoena, and going through the

11    subpoena.

12         Q.    Okay.  Now, did you have any phone

13    calls, other than the two phone calls that you

14    just mentioned?

15         A.    I don't believe so, no.

16         Q.    Did you have any e-mail

17    communications with counsel for doctor -- I

18    mean, for the Plaintiffs?

19         A.    Probably.  Yes.

20              MR. KASS:  Vel, I'm going to

21         request those.

22         Q.    Let's start with the first phone

23    call regarding the subpoena.  What was

24    discussed during that phone call?

25         A.    The scope of the subpoena and



Page 349

1    mechanics of how I would respond to the

2    subpoena.

3          Q.    Did you discuss anything

4    substantively about the Plaintiffs' claims in

5    this case?

6          A.    No, I don't believe so.

7          Q.    And do you recall which attorneys

8    were on that phone call, their names?

9          A.    No, I don't.

10          Q.    Now, in the second phone call, was

11    that more recent?

12          A.    Yes, that was more recent.

13          Q.    Was it within the past few months?

14          A.    Yes.

15          Q.    And what was the substance of the

16    second phone call?

17          A.    It was logistics of this

18    deposition.

19          Q.    Did they ask you any substantive

20    questions?

21          A.    No, not that I recall.

22          Q.    Did they ask you anything about

23    your relationship with Dr. Craig Wright?

24          A.    I don't believe so, no.

25          Q.    Did they ask you anything about



Page 350

1      the proof session that happened in London?

2           A.     I don't think they asked me

3      anything about it.  I think that they did say

4      that they would be asking questions about it.

5           Q.     Okay.  Did they say that they were

6      going to be asking questions about anything

7      else?

8           A.     Not that I recall, no.

9           Q.     And how long did that phone call

10     last for?  Approximately.

11          A.     Maybe ten minutes.

12          Q.     And do you know the attorneys that

13     were on that phone call, their names?

14          A.     No, I don't.

15          Q.     Could one have been Velvel

16     Freedman?

17          A.     Very possibly, yes.

18                 MR. KASS:  I'm going to mark the

19          next exhibit, although this is a little

20          risky, because starting a new sheet I

21          don't know if there is another sheet

22          around there.  So I may be jumping.

23                 COURT REPORTER:  Let me tell you

24          that.

25                 (Discussion off the record.)



Page 351

```
 1                  (Document marked for
 2           identification as Andresen Exhibit 74)
 3                  MR. KASS:  I'm going to introduce
 4           Exhibit 74, and this is GAVIN_0023.
 5                  MR. FREEDMAN:  Is this one of the
 6           ones you sent me?
 7                  MR. KASS:  Yes, it is.  I sent it
 8           in an e-mail.
 9                  MR. FREEDMAN:  Got it.  Thank you.
10      BY MR. KASS:
11           Q.    Do you recognize this document?
12           A.    Yes.
13           Q.    What is it?
14           A.    It's an e-mail from Stefan
15      Matthews to me.
16           Q.    And what do you say in the
17      substance of that e-mail?
18           A.    I say that I signed an NDA
19      agreement and gave him a Hushmail address to
20      communicate with me.
21                  MR. KASS:  Now, I'm going to
22           introduce as Exhibit 75, and it's Bates
23           number 0024.
24                  (Document marked for
25           identification as Andresen Exhibit 75)
```



Page 352

1          Q.     And do you recognize this

2     document?  If it helps, it's sequentially

3     numbered.

4          A.     Sure.  Yes.  It's probably the

5     signed NDA agreement that was the attachment

6     from the e-mail.

7          Q.     Correct.  And if you go to Page 3,

8     do you see where it says "Signed by Gavin

9     Andresen."

10         A.     Yes.

11         Q.     Is that in fact your signature?

12         A.     That is my signature.

13         Q.     And do you believe that you signed

14    it?

15         A.     I do believe I signed it, yes.

16         Q.     Now, do you know if this

17    non-disclosure agreement was ever revoked?

18         A.     I don't know.

19         Q.     And prior to sitting -- now, let's

20    just look -- I just want to go to the first

21    page.  Under 1.1, it says, "We EITC."

22                And then also if you go to the

23    last page, Page 3, and then it says -- it's

24    blank over here, but it seems like it should be

25    signed by "(a director) for and on behalf of



Page 353

1    EITC Holding Limited"?

2            A.      Yes.

3            Q.      So is it fair to say that this

4    agreement is entered into between you and EITC

5    Holding Limited?

6            A.      Assuming that they signed --

7            Q.      Signed it, yeah.

8            A.      -- their copy, sure.

9            Q.      That's who it was intended to be

10   entered into with?

11           A.      Yes.

12           Q.      Prior to being deposed, did you

13   reach out to EITC to see if they had any

14   objections to you providing testimony?

15           A.      No, I did not.

16           Q.      And let's just look at Paragraph

17   1.2.  And it seemed like it defines

18   "Confidential Information."

19                   Do you see that?

20           A.      Yes.

21           Q.      And it says [As Read]:

22   Confidential Information means all confidential

23   or proprietary information (however recorded or

24   preserved) that is associated or made available

25   before or after the date of this agreement (in



Page 354

1    any form or medium), directly or indirectly, by

2    the Provider to the recipient.  For the

3    avoidance of doubt, the fact of any

4    confirmation or admission concerning the

5    identity of the creator of blockchain and

6    Bitcoin is Confidential information.

7            Do you see where it says that

8    there?

9        A.    I see where it says that, yes.

10            MR. KASS:  Okay.  I think I'm

11        done, Vel.  It's all yours.

12            MR. FREEDMAN:  Okay.  Can we take

13        a five-minute break and then we'll get

14        back on the record?

15            MR. KASS:  Yes.

16            VIDEO TECHNICIAN:  The time is

17        12:54 p.m.  And I'm going to close out

18        media unit number one of today's

19        deposition.  We are off the record.

20            (Proceedings recessed at

21        12:54 p.m., and reconvened at 1:03 p.m.)

22            VIDEO TECHNICIAN:  The time now is

23        1:03 p.m.  We're coming back on the

24        record.  Now beginning media unit number

25        two in today's deposition with Gavin



Page 355

```
 1            Andresen.  We're on the record.
 2                 MR. KASS:  And just before we
 3            start, I'm going to designate the entire
 4            deposition transcript confidential,
 5            especially in light of the nondisclosure
 6            agreement.  And I believe the witness
 7            also may have some additional portions
 8            that the witness wants to designate as
 9            confidential.  I'm not sure if the
10            witness wants to do it now or just send
11            an e-mail to counsel.  How would you
12            like to proceed?
13                 THE WITNESS:  I will send an
14            e-mail to counsel.  But I would request
15            that the majority of this remain
16            confidential.
17                 MR. KASS:  Okay.
18       EXAMINATION
19       BY MR. FREEDMAN:
20            Q.    All right.  Mr. Andresen, we met
21       yesterday, so I'm not able to be there in
22       person today, but thank you for coming back.
23            A.    You're welcome.
24            Q.    You mentioned yesterday that you
25       might have Bitcoin from your short mining
```



Page 356

1    activity back in 2010.  Do you recall that?

2            A.      Yes, I do.

3            Q.      Did you check last night whether

4    or not you had any?

5            A.      No, I did not.

6            Q.      To the best of your recollection

7    right now, do any of the coinbases address --

8    the coinbase addresses of those blocks have all

9    50 coins remaining in them, or have you

10   certainly spent at least some out of all of the

11   coinbase addresses?

12           A.      I've certainly moved them to other

13   wallets.

14           Q.      So would it be fair to say at the

15   current moment, you do not have any -- you do

16   not have any Bitcoin that reside in the

17   coinbase address they were originally mined in

18   back in 2010?

19           A.      Correct.

20           Q.      Okay.  Thank you.

21                   Where does Jon Matonis live?

22           A.      I don't know where Jon Matonis

23   lives.

24           Q.      Do you know his e-mail address?

25           A.      Not off the top of my head, but



Page 357

1    it's in my contact list.

2         Q.    Could you look that up for me if

3    we sent you an e-mail after the deposition?

4         A.    Yes.

5         Q.    Do you know his phone number?

6         A.    I may have a phone number in my

7    contacts for him.

8         Q.    Would you mind looking that up for

9    me also after the deposition?

10        A.    Sure.  I could do that.

11        Q.    What about his business address?

12   Do you happen to have that?  Or a home address?

13        A.    I don't think I have any physical

14   addresses for him, no.

15        Q.    Would you expect that Mr. Matonis

16   has knowledge akin to yours about the proof

17   session and interactions directly with Craig

18   Wright?

19             MR. KASS:  Objection to form.

20        A.    I believe Jon told me that he also

21   witnessed some sort of proof, but I have no

22   details of whether it was the same sort of

23   proof session that I had with Dr. Wright or

24   something completely different.

25             I haven't asked him, and he hasn't



1    told me.

2           Q.     Mr. Andresen, have you ever heard

3    the name Calvin Ayre [Ire], A-y-r-e?

4           A.     Yes, I've heard --

5           Q.     Or Ayre [Air].

6           A.     Yes, I've heard the name Calvin

7    Ayre.

8           Q.     In what context?

9           A.     He's a personality in the Bitcoin

10   world.

11          Q.     Was there any connection -- strike

12   that.

13                 To your knowledge, was there any

14   connection between Calvin Ayre and Craig

15   Wright?

16          A.     Not to my knowledge.

17          Q.     Have you ever heard the name

18   nChain?

19          A.     nChain.  Maybe.  There are many

20   whatever chains in the Bitcoin blockchain

21   world.

22          Q.     Would it surprise you -- strike

23   that.

24                 Do you recall the name EITC

25   Holdings Limited?



Page 359

1          A.      EITC Holdings Limited.  Yes, I

2     remember that because I was told EITC stands

3     for East Indian Trading Company.

4          Q.      And in what context did you hear

5     that name?

6          A.      When I flew to London, one of the

7     people I met with was one of the EITC people,

8     and the non-disclosure agreement that I signed

9     was with EITC Holdings.

10         Q.      So this is the company we

11    discussed yesterday being the money men?

12              MR. KASS:  Object to form.

13         A.      Yes.  One of the -- one of the --

14    yes.  EITC Holdings was -- yes, the business

15    that I was told was getting involved with Craig

16    Wright in some form.

17         Q.      I believe you said yesterday they

18    were a type of venture capital firm; is that

19    correct?

20         A.      That was my understanding, yes.  I

21    might have done some online research --

22              MR. KASS:  And object to form.

23         A.      -- looking at what they did.  But,

24    yes, some sort of investment, venture

25    capital --



Page 360

1          Q.      And the reason that you -- sorry,
2     go ahead.
3          A.      Some sort of investment or venture
4     capital firm.
5          Q.      And the reason we use the term
6     money men is because it was your understanding
7     that they were providing the funding associated
8     with Craig's coming-out as Satoshi Nakamoto?
9               MR. KASS:  Object to form.
10         A.      Yes.  That was my understanding.
11         Q.      Mr. Andresen, would it surprise
12    you to hear that Calvin Ayre is behind the
13    entire coming-out as Satoshi Nakamoto is Craig
14    Wright?
15              MR. KASS:  Object to form.
16         A.      Uh, would it surprise me.  Um.
17    Uh.  I mean, this whole affair has been very
18    weird.  So, no, I don't think it would surprise
19    me.
20         Q.      Was there -- thinking back to your
21    time in London, was there any reference to a
22    mysterious backer or a business mogul, or some
23    other shadowy figure, that might be consistent
24    with a reference to Calvin Ayre?
25              MR. KASS:  Object to form.



Page 361

1          A.      No, not that I recall.

2          Q.      Mr. Andresen, you never spoke

3     directly -- strike that.

4                  Did you ever speak to Satoshi

5     Nakamoto via telephone?

6          A.      No.

7          Q.      Did you ever speak to him in any

8     other way besides written correspondence via

9     your e-mails and private Bitcoin forum

10    messages?

11         A.      No.

12         Q.      So is it possible that the person

13    you were conversing with in 2010 and 2011 was

14    actually more than one person?

15         A.      Yes, that's possible.

16         Q.      You reviewed many of the e-mails

17    that appear to have come from Craig Wright's

18    addresses during this deposition; would that be

19    a fair characterization?

20         A.      Yes.

21         Q.      And you've spoken to Craig --

22    strike that.

23                 Do you have any indication that it

24    wasn't Craig sending you those e-mails?

25         A.      No, I have no indication that it



Page 362

```
1      was not Craig -- the Craig Wright I met in

2      London sending me those e-mails.

3           Q.     Did Craig ever tell you that you

4      should not trust e-mails that appear to come

5      from him?

6                  MR. KASS:  Object to form.

7           A.     I don't think so.

8           Q.     Do you have any reason to think it

9      was not Craig that was the sender of those

10     e-mails?

11          A.     No, I have no reason to think

12     that.

13          Q.     Mr. Andresen, I'm going to read

14     you an e-mail, the first sentence of an e-mail,

15     that Craig Wright sent to Louis Kleiman, which

16     was Dave Kleiman's father.  Is that all right?

17                 MR. KASS:  I'll object.  But, yes

18            to the extent you're -- well, I'm just

19            going to leave it to object to the

20            document.  I'm not going to do a speech.

21            If you want, I can flesh out my

22            argument.

23          A.     I'm listening.

24          Q.     It's dated February 11, 2014, and

25     it begins, "Hello Louis, Your son Dave and I
```



Page 363

1      are two of the three key people behind

2      Bitcoin..."

3                   Is that very similar to what you

4      recall as Craig's statement to you that the

5      person of Satoshi was actually being three

6      people, Dave Kleiman, Craig Wright, and a

7      mysterious person you never asked about?

8                   MR. KASS:  Object to form.

9           A.     Yes.

10          Q.     And you testified yesterday that

11     you recall Craig Wright getting emotional and

12     telling you about Dave being one of the three

13     people behind the Satoshi persona.

14                  Do you recall that?

15          A.     I think I recall testifying to

16     that, yes.

17                  MR. KASS:  Object to form.

18          Q.     And do you recall testifying that

19     it was particularly prominent in your mind

20     because it's unusual; you don't generally see a

21     grown man almost crying?

22                  MR. KASS:  Object to form.

23          A.     Yes, I recall that.

24          Q.     So if your recollection is

25     accurate and Craig and Dave -- and Craig told



Page 364

1    you that he and Dave were each one-third of

2    Satoshi Nakamoto, then wouldn't it be true that

3    Craig Wright worked with Dave Kleiman?

4             MR. KASS:  Object to form.

5        A.     Yes, if that -- if my recollection

6    is correct and if Craig Wright was telling the

7    truth, then yes.

8        Q.     It would be accurate to describe

9    that relationship as working with each other?

10            MR. KASS:  Object to form.

11       A.     Sure.

12       Q.     And can you turn to Exhibit 69 for

13   me, which is your blog log post from May 2,

14   2016?

15       A.     Okay.  Yes.

16       Q.     And if you look at the

17   second-to-last paragraph from the bottom of the

18   first page, and that last sentence there, can

19   you read that last sentence that says "But"?

20       A.     "But I'm going to respect

21   Dr. Wright's privacy, and let him decide how

22   much of that story he shares with the world."

23       Q.     You were expressing intent not to

24   reveal much of what Dr. Wright told you during

25   that meeting; is that accurate?



Page 365

```
 1                    MR. KASS:  Object to form.
 2         A.    Yes.
 3         Q.    It was on Dr. Wright to reveal the
 4    intimate details of his being Satoshi; is that
 5    a fair characterization of your attitude?
 6                    MR. KASS:  Object to form.
 7         A.    Can you ask that again?
 8         Q.    Is it a fair characterization of
 9    your attitude toward disclosing what you were
10    told -- strike that.
11               Would it be fair to say that you
12    were approaching -- no, strike that, too.
13               Would it be fair to say that you
14    were not going to give many details out about
15    what Craig told you because you believe that
16    was for Craig to share?
17                    MR. KASS:  Objection.
18         A.    Yes.
19         Q.    And can you turn back with me to
20    exhibit I believe it's 73.  It's Bates
21    GAVIN_1759.
22         A.    Okay.
23         Q.    And this is the e-mail
24    correspondence between you and Ira Kleiman; is
25    that accurate?
```



Page 366

1           A.      Yes.

2           Q.      Were you sure this was Ira Kleiman

3     that you were e-mailing with?

4           A.      No.  Well --

5           Q.      Is it fair to say that you would

6     have approached any conversation with the

7     recipient of this e-mail with any caution?

8                   MR. KASS:  Object to form.

9           Q.      Let me rephrase that for you.

10                  Is it fair to say that you would

11    be cautious in what you would tell the other

12    person at the end of this e-mail because you

13    weren't really sure this was Dave Kleiman's

14    brother?

15                  MR. KASS:  Object to form.

16          A.      Yes, that's fair.  Well, and I'm

17    not sure --

18          Q.      If you go down --

19          A.      I'm not sure the fact that it was

20    Dave Kleiman's brother has any -- I'm generally

21    cautious about not -- not taking at face value

22    if I receive an e-mail from somebody I haven't

23    met personally and don't have a relationship

24    with, you know, I'm going to be cautious,

25    because e-mails can easily be faked.



Page 367

1          Q.     Right.  So you didn't know who was

2     on the other end of this e-mail chain.

3          A.     Correct.  Everything --

4          Q.     And in -- go ahead.

5          A.     I was just going to say everything

6     I know is in this e-mail.

7          Q.     Right.  And the sender of this

8     e-mail asks you for information about Craig and

9     Dave Kleiman; is that accurate?

10         A.     Yes.

11         Q.     And you respond that Craig said

12    that he worked with David.

13         A.     Yes.

14         Q.     Beyond that, I don't know much.

15    Is that fair?

16         A.     Yes, that's fair.

17         Q.     Now, isn't it true that if Craig

18    told you he and Dave were one-third each of

19    Satoshi, that they worked -- that Craig worked

20    with David?

21              MR. KASS:  Object to form.

22         A.     Yes.

23         Q.     So your e-mail would be a true

24    characterization of your conversation with

25    Craig Wright even if -- strike that.



Page 368

```
 1                    Your e-mail would be a true
 2     characterization of your conversation with
 3     Craig Wright, as you recall it, as he said he
 4     and Dave Kleiman were each -- as he said it,
 5     collectively two-thirds of the Satoshi persona;
 6     is that right?
 7                    MR. KASS:  Object to form.
 8          A.    Can you repeat the question?
 9          Q.    Sure.  Isn't it true that this
10     e-mail is an accurate way to cautiously give
11     someone information that would reflect the
12     conversation you had with Craig Wright that he
13     and Dave Kleiman were two of the three people
14     behind Satoshi Nakamoto?
15                    MR. KASS:  Object to form.
16          A.    I think the only thing I was --
17     again, I have to say my recollection of who
18     told me what when is fuzzy.  So --
19          Q.    But you recall --
20          A.    I do recall Craig saying that he
21     and David worked together, and I do recall him
22     getting emotional when recalling Dave.
23          Q.    In the context --
24                    MR. KASS:  I think he's still --
25                    Vel, the witness is in the middle of
```



Page 369

```
 1              answering still.
 2              A.      So I'm not -- at this point, I'm
 3       not sure my memory is any more clear than being
 4       able to say I'm reasonably certain that they
 5       worked together.  Beyond that -- for example,
 6       the one-third of Satoshi Nakamoto phrase, I
 7       can't say for certain that Craig Wright ever
 8       said that to me.
 9              Q.      But you have a reasonably --
10       you're reasonably -- sorry, let me strike that.
11                      Is it more likely than not that he
12       told you that?
13                      MR. KASS:  Object to form.
14              A.      I don't know.
15              Q.      Is it less likely than not?
16                      MR. KASS:  Object to form.
17              A.      Again, I don't know.  You're
18       asking me to judge my own memory, and I'm --
19       I'm a skeptic.  I've seen the research on how
20       fallible our memories are.  So I'm not a --
21              Q.      Let's do this --
22              A.      -- good judge.
23              Q.      Sorry, go ahead finish.
24              A.      I'm just not a good judge of my
25       own certainty of my own memory.
```



Page 370

```
1          Q.     I understand that you can't swear
2     to that this happened exactly as you recall it.
3                 Let me ask you the question this
4     way:  Do you have a memory of Craig Wright
5     telling you that he and Dave Kleiman were each
6     one-third Satoshi Nakamoto?
7                 MR. KASS:  Object to form.
8          A.     No, I don't --
9          Q.     I understand you can't -- I
10    understand you can't swear that that's exactly
11    what happened.  But do you recall that
12    happening?
13                MR. KASS:  Same objection.
14         A.     No, I don't have a clear memory of
15    that happening.
16         Q.     So yesterday you testified that
17    you recall this occurring.  Where did that come
18    from?
19                MR. KASS:  Object to form.
20         A.     Uh, uh, uh...
21         Q.     In fact, yesterday you said it was
22    particularly prominent in your mind because you
23    remember him getting emotional about it.  It's
24    not every day that you see a grown man crying.
25                Did you make up the testimony
```



Page 371

1    yesterday that you recall Craig telling you

2    that?

3              MR. KASS:  Wait.  Vel, if you're

4         purporting to read from the

5         transcript --

6              MR. FREEDMAN:  Zalman --

7              MR. KASS: -- we're going to have

8         the same issue.

9              MR. FREEDMAN:  Zalman, I'm going

10        to -- Zalman, you have to keep your

11        objection to form just like you asked me

12        to.

13             MR. KASS:  Yes, and like you

14        didn't do it.

15   BY MR. FREEDMAN:

16        Q.    Mr. Andresen, did you make up that

17   memory in your mind, or did you have a memory

18   you were thinking about when you testified

19   about that yesterday?

20             MR. KASS:  Object to form.

21        A.    It's very possible that that

22   memory is spurious, made up.  It's an

23   amalgamation of things that I've heard.  That's

24   very possible.  I don't have a --

25        Q.    Did you have --



Page 372

1          A.      I have --

2          Q.      But you do have a memory?

3          A.      I have --

4                  MR. KASS:  Object to form.

5          A.      I have two memories that are

6     fuzzy.  Well, I have one memory that is clear,

7     and that's of Craig Wright getting emotional

8     when talking about Dave Kleiman.  That's a

9     fairly clear memory.

10                 I have a less clear memory about

11    Craig saying that there were three main people

12    involved.  I don't have any clear memory of the

13    phrase one-third coming up.  But three

14    people -- I do have a vague memory of him

15    talking about three people, and that the third

16    mysterious person helped out with the

17    cryptography.  That's a clear-ish memory.

18                 Beyond that, everything is fuzz.

19         Q.      Let's break that down a bit.  You

20    have a clear memory of Craig telling you there

21    was a third person who helped out with

22    cryptography behind the Satoshi Nakamoto

23    persona; is that fair?

24                 MR. KASS:  Object to form.

25         A.      A fairly clear memory.  Again,



Page 373

1    it's four years ago, and my memory is

2    infamously bad.

3         Q.    I understand.  I just want to get

4    to where -- I just want to get to what you

5    remember.  I understand you're disclaiming

6    necessarily the accuracy of your memory.  But

7    let's just talk about what is in your memory.

8              In your memory it's fair to say

9    there is a particularly clear or fairly clear

10   memory of Craig Wright telling you that there

11   was a third person behind the Satoshi Nakamoto

12   persona that was mysterious or a mystery person

13   who helped out with the cryptography.

14             Is that a fair characterization --

15             MR. KASS:  Object to form.

16        Q.    -- of your memory?

17        A.    I think that's what I just said,

18   yes.

19        Q.    Okay.  Now, necessarily that means

20   there were two other people; is that fair?

21             MR. KASS:  Object to form.

22        A.    Yes.

23        Q.    And you have a fairly clear memory

24   that one of those three people was Craig Wright

25   and the other was Dave Kleiman?



1                    MR. KASS:  Object to form.

2         Q.     Is that fair?

3                    MR. KASS:  Object to form.

4         A.     Yes, I think that's fair.

5         Q.     Okay.  When you met with

6    Dr. Wright and in your correspondence with

7    Dr. Wright via e-mail -- let me strike that.

8                    In all of your correspondence and

9    interactions with Dr. Wright, do you think it's

10   fair to say that he led you to believe that he

11   was wealthy?

12                   MR. KASS:  Object to form.

13        A.     Yes, I'd say that's fair to say.

14        Q.     And is it fair to say that during

15   those interactions he led you to believe that

16   he owned Satoshi's Bitcoin?

17                   MR. KASS:  Object to form.

18        A.     Yes.

19        Q.     And do you think it's fair to say

20   that during those interactions he led you to

21   believe that he had significant resources?

22                   MR. KASS:  Object to form.

23        A.     Maybe.  And the only reason I say

24   maybe is because he was working with EITC, or

25   appeared to be working with EITC.  And so if he



Page 375

```
1      had infinite -- near infinite resources or, you

2      know, lots and lots of resources, then it's not

3      clear why he was working with the so-called

4      money men.

5           Q.    Right.

6                 MR. FREEDMAN:  No further

7           questions.

8                 MR. KASS:  All right.  So, Vel, I

9           have probably five, maybe ten, minutes

10          of questioning.

11                MR. FREEDMAN:  All right.  I just

12          want to point out that I was under the

13          half-hour that I said I reserved.

14                MR. KASS:  Yeah.  That is

15          impressive.  Well, what if we deduct the

16          time you needed to get your things set

17          up.  Anyways...

18     EXAMINATION

19     BY MR. KASS:

20          Q.    Do you recall being asked

21     questions about Calvin Ayre?

22          A.    Just now?

23          Q.    Yes.

24          A.    Yes.

25          Q.    And do you recall being asked
```



Page 376

1    whether you would be surprised if he was

2    involved in this reveal story in some manner?

3              A.    Yes.

4              Q.    And do you recall testifying that

5    you wouldn't be surprised?

6              A.    Not particularly.  It would be

7    interesting.

8              Q.    Mm-hmm.

9              A.    Unexpected.

10             Q.    Mm-hmm.

11             A.    I'm not sure I would go as far as

12   to say surprising.

13             Q.    Okay.  And do you recall stating

14   something that this whole thing is weird, to

15   that extent?

16             A.    This whole thing is definitely

17   weird, yes.

18             Q.    So would you be surprised if, I

19   don't know, maybe the government is somehow

20   involved in all of this?

21             A.    That would surprise me.

22             Q.    Okay.  Well, let me ask you this:

23   Do you have any reason to believe that Calvin

24   Ayre actually was behind this whole reveal?

25             A.    No.



Page 377

1          Q.     All right.  So it's just like it
2     could be, and it takes a lot to surprise you.
3          A.     Yes.
4          Q.     And do you recall whether
5     throughout all of the exhibits you were shown
6     today any of them were from Calvin Ayre?
7          A.     I don't believe any of them were.
8          Q.     And also all the exhibits you were
9     shown yesterday; is that accurate?
10          A.     Correct.  None of them I don't
11     think mentioned Calvin Ayre.
12          Q.     Did you ever meet Calvin Ayre?
13          A.     I never heard of Calvin Ayre until
14     a couple years ago, as far as I know.
15          Q.     And by "a couple of years ago," is
16     that after you had a proof session in London
17     with Dr. Wright?
18          A.     I believe so.  Yeah, I don't think
19     I had ever run across Calvin Ayre.  And I've
20     never -- as far as I know, I have never met him
21     personally.
22          Q.     Now -- this is where it gets
23     tough -- counsel for Plaintiffs read to you
24     what they stated was an e-mail between
25     Dr. Wright and Dave Kleiman's father.



Page 378

1                    Do you recall that?

2         A.    Yes.

3         Q.    Have you ever seen that e-mail?

4         A.    No.

5         Q.    And they asked if the contents of

6    that e-mail were similar to things Dave Wright

7    had told you -- that Craig Wright had told you?

8         A.    Yes.

9         Q.    In what way are they similar?

10        A.    Just the fact that Craig told me

11   that he and Dave had worked together in the

12   past.

13        Q.    Okay.  So that's -- is that the

14   only connection between that e-mail and what

15   Craig had told you in the past?

16        A.    Yes.

17        Q.    And that's the similarity that you

18   were referring to?

19        A.    Yes.

20        Q.    Okay.  Now, you mentioned

21   something about a memory amalgamation.

22                  What do you believe that to be

23   when you state that?

24        A.    Memories are fluid.  We think we

25   remember things that we don't, and we're very



Page 379

```
 1    good at putting together multiple memories into

 2    what we think is one memory.  So that's what I

 3    mean by that.

 4             It's very easy to hear things from

 5    four different places and then think it's all

 6    one memory that you personally experienced when

 7    you didn't actually personally experience it.

 8        Q.    And are you aware of any factors

 9    that can make a memory amalgamation more likely

10    to occur?

11        A.    Sure.  If you're tired.  If you're

12    stressed.  If you're not paying attention,

13    because it's, you know, not something that you

14    think you might need to pay attention to.  All

15    of those things I think contribute to having a

16    worse memory of an event.

17        Q.    And could the frequency of talking

18    about a certain event or getting information

19    about it also impact a likelihood of a memory

20    amalgamation?

21        A.    Sure.  I think there are very good

22    studies about the events of our childhood that

23    are retold in stories.  And if you look at how

24    accurate they actually turn out to be, they're

25    usually not very accurate at all because each
```



Page 380

1    retelling changes the memory of it.

2         Q.    And have you talked a few times

3    about this proof session to different people?

4         A.    Yes, I have talked a few times

5    about the proof session.

6         Q.    And you've received information

7    from different people also, correct?

8         A.    Yes.  There has been a lot of kind

9    of public articles and Reddit posts and

10   discussion and debate about it, yes.

11        Q.    And have you been reading those

12   articles and posts?

13        A.    I have read many of them, yes.

14        Q.    And could it be that through all

15   of that, all that you read, sort of filtered

16   into your memory and made an amalgamation?

17        A.    That's very possible.  Yes.

18        Q.    And you certainly can't state with

19   certainty that that did not happen?

20        A.    I cannot.

21        Q.    And one thing I want to clear up

22   is my understanding is you have two memories

23   with regards to when you were in London with

24   Dr. Wright.  Two primary memories -- yeah, with

25   Dr. Wright, "I have two primary memories."  Is



Page 381

1      that accurate?

2              A.      Well, I have --

3              Q.      Let me -- I'll narrow it a little

4      bit because I'm sure you remember a lot of

5      stuff.

6              A.      Yes.

7              Q.      With regards to Dave Kleiman,

8      okay, or the identity of Satoshi, do you have

9      two primary memories?

10             A.      That's probably accurate, yes.

11             Q.      Okay.  And what are those two

12     primary memories?

13             A.      The two primary memories are I do

14     remember that Dr. Wright expressed emotion; he

15     expressed sadness when the subject of Dave

16     Kleiman came up.

17             Q.      Okay.

18             A.      I don't recall how the subject

19     came up.

20             Q.      Okay.

21             A.      And then I do -- I think I recall

22     Dr. Wright saying that there was a third person

23     involved somehow in the beginning that helped

24     him with some of the cryptography, because he

25     was not himself a cryptographer.



Page 382

1          Q.      Okay.

2          A.      And I remember that discussion

3    because I had said in an interview previously

4    that Satoshi was not a cryptographer, and I

5    believe that came up with Craig and him saying

6    you're right about that.  I was not a

7    cryptographer.  There was somebody else that

8    helped me with the cryptography.

9          Q.      And are those the two memories

10   that you remember?

11         A.      Yes.

12         Q.      Now, let me ask you, if throughout

13   the deposition -- you've testified numerous

14   hours yesterday, correct?

15         A.      Yes.

16         Q.      And a few hours today?

17         A.      Yes.

18         Q.      If throughout those tellings -- if

19   throughout that time period those memories have

20   changed over time, what would you chalk that up

21   to?

22              MR. FREEDMAN:  Objection.

23         A.      I would --

24         Q.      What would that mean to you?

25         A.      That would just reinforce my



Page 383

1    belief --

2                    MR. FREEDMAN:  Objection.

3         A.      -- that our memories are fallible,

4    and I am no more infallible than any other

5    human being.  And that, in my opinion, the

6    written documents of the time are more accurate

7    than what I remember.

8                    So anything that I wrote down at

9    the time, or near the time, is almost certainly

10   more accurate than what I remember.

11        Q.    Okay.  So, for example, if we go

12   to Exhibit 73 and there it says, is written, in

13   less than a month after you had that reveal

14   with Dr. Wright and you said, beyond that,

15   Dr. Wright works with David, I don't know much,

16   that would be more accurate than your current

17   memory?

18        A.    Most likely, yes.

19        Q.    And if you were to put a blog post

20   up a few weeks after the reveal where you said

21   Craig Wright is the person behind Satoshi, that

22   would also be more accurate?

23        A.    Well --

24        Q.    Other than you may have learned

25   things after.



Page 384

1          A.      Yeah, I've learned things after
2     that give me doubts.
3          Q.      Right.  But as far as the --
4          A.      What I believed at the time --
5          Q.      Exactly, yes.  What you believed
6     back then.
7          A.      -- that -- yes, that more
8     accurately reflects what I believed at the
9     time.
10         Q.      Okay.  And would you feel
11    comfortable telling the jury in this case that
12    Dr. Wright told you Dave was one-third Satoshi?
13         A.      No.
14                 MR. FREEDMAN:  Objection to form.
15                 MR. KASS:  I'm done.
16                 MR. FREEDMAN:  I just have one
17         question.
18                 MR. KASS:  Okay.
19    EXAMINATION
20    BY MR. FREEDMAN:
21         Q.      Mr. Andresen, would you feel
22    comfortable telling -- well, let me strike
23    that.  Actually, I have one -- a couple more
24    than one question.
25                 Do you believe that everything you



Page 385

1    said today is your best attempt to tell the

2    truth?

3            A.      Yes.

4            Q.      And so your testimony to me

5    earlier that you have a reasonably clear memory

6    was your attempt to tell the truth?

7            A.      Yes.

8            Q.      And you just can't be sure of the

9    accuracy of that memory; is that right?

10           A.      That's correct.

11           Q.      So you would be comfortable, then,

12   would you not, with the jury hearing the entire

13   presentation of the story; that you have this

14   memory that you can't be sure is correct.  Is

15   that fair?

16           A.      Sure.

17           Q.      And, Mr. Andresen, is there

18   anything inconsistent between the statement

19   Craig said that he worked with Dave, and Craig

20   and Dave each being one-third of the Satoshi

21   Nakamoto team?

22           A.      No.  Those would be consistent

23   statements.

24                   MR. FREEDMAN:  I have no further

25           questions.



Page 386

1            MR. KASS:  I have one, maybe two

2        follow-ups.

3    EXAMINATION

4    BY MR. KASS:

5        Q.    So, Mr. Andresen, when you say

6    those statements aren't inconsistent, is that

7    consistent as we've been talking about it

8    earlier on today?

9        A.    Yes, that's consistent in that

10    they don't contradict each other.

11        Q.    Right.  But it doesn't mean that

12    it was actually said.

13        A.    Correct.

14        Q.    Now, you were asked about this

15    memory which was stated reasonably clear --

16    that was that you had a reasonably clear

17    memory.  Do you recall earlier stating it was a

18    fuzzy memory?

19        A.    I don't recall, but it's very

20    possible that I contradicted myself.

21        Q.    Is that because memory is --

22        A.    That's because memory is fuzzy.

23        Q.    Okay.  Now, if you were the jury,

24    would you feel comfortable relying on that

25    fuzzy memory in determining the outcome of this



Page 387

1    type of case?

2                MR. FREEDMAN:  Objection.

3         A.    If I was on a jury, no.

4         Q.    Okay.

5         A.    I would be skeptical of any memory

6    longer than events that happened a week ago,

7    frankly.

8         Q.    And is this also in particular

9    knowing your own memory?

10                MR. FREEDMAN:  Objection.

11        A.    Yes.  My wife can tell you all

12   about how poor my memory tends to be.

13        Q.    Do you believe your memory is also

14   suggestible?

15        A.    Yes, I believe everybody's memory

16   is suggestible.

17                MR. KASS:  That's all I have.

18                MR. FREEDMAN:  Just objection to

19           that last question.  And I have no

20           further questions.

21                MR. KASS:  All right.  I think we

22           are done.

23                VIDEO TECHNICIAN:  The time now is

24           1:41 p.m., and we're coming to the end

25           of media unit number two, and we have



Page 388

1          reached the end of today's deposition

2          with Gavin Andresen.  We are off the

3          record.

4                  (Discussion off the record)

5                  MR. FREEDMAN:  Mr. Andresen, you

6          have a right to read your deposition

7          transcript and correct any errors you

8          think, if, you know, the court reporter

9          took down yes and you said no, that sort

10         of thing, you can correct those errors.

11         Or you can rely on the fact that she got

12         her job right and there is a video and

13         waive the right to review that

14         deposition transcript.

15                 Which would you like to do?

16                 THE WITNESS:  I'd like to waive

17         that right.

18                 MR. KASS:  Now, I just have one

19         other question.  But, Mr. Andresen, you

20         did state that you wanted to designate

21         certain portions as confidential, that

22         would require you to read the

23         deposition, unless you want to state you

24         want the whole thing confidential.

25                 THE WITNESS:  I would like the



Page 389

1          whole thing to be confidential.

2                  MR. KASS:  All right.  I think

3          that's it, Vel.  Unless you have

4          anything.

5                  MR. FREEDMAN:  Nope.

6                  MR. KASS:  Okay.

7                  MR. FREEDMAN:  Thank you.

8                  (Time Noted: 1:42 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 390

```
 1              C E R T I F I C A T E

 2

 3     COMMONWEALTH OF MASSACHUSETTS

 4     SUFFOLK, SS.

 5              I, MaryJo O'Connor, a Notary Public

 6     in and for the Commonwealth of

 7     Massachusetts, do hereby certify:

 8              That GAVIN ANDRESEN, the witness

 9     whose testimony is hereinbefore set forth,

10     was duly sworn by me and that such testimony

11     is a true and accurate record of my

12     stenotype notes taken in the foregoing

13     matter to the best of my knowledge, skill

14     and ability.

15              IN WITNESS WHEREOF, I have hereunto

16     set my hand and Notarial Seal this 29th day

17     of February 2020.

18

19

20

21              MARYJO O'CONNOR, RDR/RMR

22                  Notary Public

23

24     My Commission expires:

25     September 12, 2025
```



## A

**abilities** 291:19,22
**ability** 292:8
 390:14
**able** 295:11 330:3
 344:23 355:21
 369:4
**absolute** 341:1,3
**Absolutely** 325:12
 334:8
**accept** 345:12
 346:1,25 347:1
**accepted** 345:19
 347:5
**access** 307:2 337:19
**account** 301:14
**accuracy** 373:6
 385:9
**accurate** 291:6
 292:19 304:15,19
 323:1,3 325:21
 336:12,15 341:6
 363:25 364:8,25
 365:25 367:9
 368:10 377:9
 379:24,25 381:1
 381:10 383:6,10
 383:16,22 390:11
**accurately** 384:8
**activity** 321:24
 322:5 356:1
**actual** 292:18
 346:14
**additional** 355:7
**address** 293:20
 305:1 342:24
 351:19 356:7,17
 356:24 357:11,12
**addresses** 356:8,11
 357:14 361:18
**admission** 354:4
**affair** 310:23
 360:17
**affiliations** 282:24
**ago** 373:1 377:14

 377:15 387:6
**agree** 292:16,16,24
**agreed** 329:7
**agreement** 281:19
 351:19 352:5,17
 353:4,25 355:6
 359:8
**ah** 298:3,3
**ahead** 319:18 360:2
 367:4 369:23
**Air** 358:5
**akin** 357:16
**al** 282:7
**allowed** 319:9
**amalgamation**
 371:23 378:21
 379:9,20 380:16
**amateur** 296:16
**amend** 345:7
**Amherst** 279:11
**analysis** 302:3
**Andreas** 288:7
**Andresen** 278:19
 279:10 281:2,10
 282:5 283:13,20
 284:5 293:11,12
 294:18 340:13
 351:2,25 352:9
 355:1,20 358:2
 360:11 361:2
 362:13 371:16
 384:21 385:17
 386:5 388:2,5,19
 390:8
**annoyed** 313:5
**answer** 320:18
 340:14,15,16
**answered** 316:22
 329:17 331:1,3,5
 331:12,14
**answering** 320:12
 328:13,15 369:1
**answers** 341:13
**Antonopoulos**
 288:7
**anybody** 283:4

 284:7 304:8 340:6
**Anyways** 375:17
**apologize** 341:12
 341:22
**appear** 303:18
 323:4 361:17
 362:4
**appeared** 374:25
**appears** 310:3
 336:8 342:22
**applied** 303:5
**apply** 341:13
**applying** 303:11,12
**appreciate** 283:21
 301:16
**approached** 366:6
**approaching**
 365:12
**appropriate** 319:17
 319:22
**approximately**
 295:19,23 350:10
**April** 295:22
**argument** 319:12
 362:22
**arrangement** 291:2
 291:4
**article** 301:19,23
 302:1,3
**articles** 380:9,12
**asked** 285:9,14,16
 285:19 296:19
 301:3 303:4
 305:16,18,19,25
 306:10,14,21
 307:7,18 309:1
 311:4 316:22
 320:5,9 321:22
 328:7,25 329:11
 331:5,13,14 332:7
 332:24 338:17
 339:3 350:2
 357:25 363:7
 371:11 375:20,25
 378:5 386:14
**asking** 303:19

 317:8 350:4,6
 369:18
**asks** 367:8
**associated** 353:24
 360:7
**assume** 340:19
**assumed** 304:5
 339:22
**assuming** 322:24
 323:3 328:11
 336:11,14 353:6
**assumption** 335:17
 346:5
**attachment** 352:5
**attempt** 385:1,6
**attend** 284:15
**attention** 379:12,14
**attitude** 365:5,9
**attorneys** 349:7
 350:12
**Australian** 335:19
 335:20
**authored** 308:7
**available** 353:24
**avoidance** 354:3
**aware** 285:10,13,22
 379:8
**Ayre** 358:3,5,7,14
 360:12,24 375:21
 376:24 377:6,11
 377:12,13,19
**A-y-r-e** 358:3
**a.m** 279:6 282:11

## B

**back** 283:21 310:6
 324:13 335:8
 338:8 354:14,23
 355:22 356:1,18
 360:20 365:19
 384:6
**backer** 360:22
**bad** 373:2
**based** 285:1 296:23
 320:24 330:13
 332:25 336:1,7

 342:25
**basis** 330:19 331:7
 347:13
**Bates** 281:11,13,16
 281:20 294:21
 308:14 341:17
 351:22 365:20
**beauty** 299:16
**beginning** 354:24
 381:23
**begins** 282:3
 362:25
**behalf** 280:3,14
 352:25
**belief** 343:1 345:5
 383:1
**believe** 288:2
 290:12 291:1
 297:14 298:1
 300:18 301:19
 304:15 309:15
 311:13 313:6,15
 320:10,15,20
 321:10 322:1
 323:9 327:1
 329:17 334:1
 343:4,7,8,9 345:6
 345:11 348:15
 349:6,24 352:13
 352:15 355:6
 357:20 359:17
 365:15,20 374:10
 374:15,21 376:23
 377:7,18 378:22
 382:5 384:25
 387:13,15
**believed** 384:4,5,8
**believes** 323:5
**best** 284:3 308:3
 325:6 356:6 385:1
 390:13
**better** 316:14
**beyond** 296:11,14
 323:18 367:14
 369:5 372:18
 383:14



**bigger** 298:22
**Biscayne** 280:7
**bit** 316:9 372:19
381:4
**Bitcoin** 285:5
286:22,24 287:5
287:13,16,25
288:5,10,13,14,16
288:20,24 289:1,2
289:4,6,7,9,11,13
289:16,18,19,23
292:3 295:17
296:20 297:16,21
297:23,25 298:1
298:16,18,21
299:1,11,13,16,18
300:4,6,15 301:4
301:11 304:1
316:9 334:12,16
339:22 343:13
344:9,23 345:5,17
346:7,10 354:6
355:25 356:16
358:9,20 361:9
363:2 374:16
**Bitcoins** 337:2
**Bitcoin's** 323:6
**blank** 352:24
**block** 300:15,16,19
300:20 329:8,8
346:18,20 347:2,5
**blockchain** 344:16
344:18,20 354:5
358:20
**blocks** 343:14
356:8
**blog** 364:13 383:19
**bottom** 295:5 302:7
342:3,5 364:17
**Boulevard** 280:7
280:16
**break** 324:2,4,6,16
333:12 337:22
354:13 372:19
**brother** 294:10
295:15 366:14,20

**BTC** 307:4
**bunch** 325:19
**business** 291:2,3,14
357:11 359:14
360:22
**businessmen** 291:6

**C**

**C** 278:16 280:1
282:1 289:24
290:3 390:1,1
**call** 291:6 348:2,5,7
348:9,23,24 349:8
349:10,16 350:9
350:13
**called** 345:21
**calls** 348:13,13
**Calvin** 358:3,6,14
360:12,24 375:21
376:23 377:6,11
377:12,13,19
**capital** 290:22
359:18,25 360:4
**car** 311:24,25
**case** 278:4 349:5
384:11 387:1
**cash** 316:9
**Castro** 282:16
**caution** 366:7
**cautious** 366:11,21
366:24
**cautiously** 368:10
**Center** 280:6
**certain** 292:9
299:22 369:4,7
379:18 388:21
**certainly** 299:11
307:25 322:6
334:17 356:10,12
380:18 383:9
**certainty** 330:15
340:25 341:4
369:25 380:19
**certify** 390:7
**chain** 367:2
**chains** 358:20

**chalk** 382:20
**chance** 346:15
**change** 309:24
344:8,15,21
**changed** 382:20
**changes** 347:16,16
380:1
**characterization**
361:19 365:5,8
367:24 368:2
373:14
**characterize**
286:20,21
**cheap** 337:2
**check** 310:6 356:3
**checks** 346:3
**childhood** 379:22
**choose** 294:2
**chose** 294:4,5
**chosen** 294:7
**claimed** 284:12
**claims** 349:4
**clarifying** 301:17
310:20
**class** 333:23
**classify** 288:13
**clear** 300:13 369:3
370:14 372:6,9,10
372:12,20,25
373:9,9,23 375:3
380:21 385:5
386:15,16
**clear-ish** 372:17
**close** 292:18 307:8
337:23,24 354:17
**closely** 304:18
**closer** 284:1 306:18
**coach** 302:20
**code** 290:2 297:16
297:19,21,23
298:1,8,16,19,22
347:15,16
**coded** 289:23
**coding** 289:22,25
291:19 298:25
**coin** 339:13,20,24

340:4,12,20
**coinbase** 356:8,11
356:17
**coinbases** 356:7
**coins** 340:17,18
356:9
**collaborate** 303:19
**collaboration**
304:20 320:8
**collectable** 340:17
340:18
**collectively** 368:5
**collector** 340:4
**colloquial** 340:1
**come** 286:7 312:24
313:1 314:14
336:8 361:17
362:4 370:17
**comfortable** 384:11
384:22 385:11
386:24
**coming** 283:21
325:3 354:23
355:22 372:13
387:24
**coming-out** 360:8
360:13
**Commission**
390:24
**committed** 285:11
**common** 299:21,22
299:22 300:1
**Commonwealth**
279:15 390:3,6
**communicate**
351:20
**communicating**
300:25 326:24
**communication**
348:8
**communications**
348:17
**community** 286:24
287:6,13,16 345:5
**community's**
286:22

**company** 359:3,10
**compatibility**
345:24
**compatible** 347:8
347:12
**compensated**
299:25
**completely** 357:24
**complicated** 321:24
**concerning** 354:4
**conditional** 329:13
329:19 330:10,12
**conduct** 319:3,13
319:18
**confidential** 353:18
353:22,22 354:6
355:4,9,16 388:21
388:24 389:1
**confirmation** 354:4
**confirmed** 345:21
**conflict** 311:21
**conflicting** 312:7
**confusing** 292:22
**connection** 358:11
358:14 378:14
**consider** 289:19
297:18 298:15
**consistent** 311:12
311:17,20,21
312:1,4,6,16,18
313:7 314:6,19
320:6,21,24 321:3
321:11,25 322:3,6
322:11 323:10,15
323:17,22 325:19
360:23 385:22
386:7,9
**contact** 297:9 357:1
**contacts** 357:7
**contained** 327:13
327:17
**containing** 347:2
**contents** 341:15
378:5
**context** 335:20
340:21 358:8



359:4 368:23
**Continued** 278:18
279:9 283:13
**continuing** 282:4
**contractor** 326:6
**contradict** 386:10
**contradicted**
386:20
**contribute** 299:23
379:15
**contributed** 298:23
**contribution** 298:6
**controls** 327:22
328:3
**controversial** 287:5
**conversation** 309:5
366:6 367:24
368:2,12
**conversations**
285:2 296:2 313:4
**conversing** 361:13
**convinced** 284:23
**copied** 309:5,22
**copy** 310:5 353:8
**copying** 310:17
**correct** 284:13,14
292:9 293:9
296:22 305:3,8,9
308:21 310:5
312:9 314:12
315:5,14,15
335:11 336:13
341:7 346:16,17
352:7 356:19
359:19 364:6
367:3 377:10
380:7 382:14
385:10,14 386:13
388:7,10
**correspondence**
361:8 365:24
374:6,8
**counsel** 282:22
347:24 348:17
355:11,14 377:23
**couple** 377:14,15

384:23
**course** 324:3
**court** 278:2 282:9
282:19 283:9
285:11,20,24
290:11 319:23
324:16 350:23
388:8
**Courtyard** 279:10
282:13
**covered** 334:22
**Craig** 278:12 282:7
283:1 284:22
285:11 286:21,22
287:4,10 290:24
295:14,21 296:2,9
301:7 305:5
307:20,23 308:4
313:19,23 314:9
314:10 315:2,10
315:13,14 320:25
327:6 333:4,14,18
336:8 341:9
342:19 349:23
357:17 358:14
359:15 360:13
361:17,21,24
362:1,1,3,9,15
363:6,11,25,25
364:3,6 365:15,16
367:8,11,17,19,25
368:3,12,20 369:7
370:4 371:1 372:7
372:11,20 373:10
373:24 378:7,10
378:15 382:5
383:21 385:19,19
**Craig's** 320:7 360:8
363:4
**craig@panopticr...**
305:4
**craig@rcjbr.org**
341:9
**create** 347:2
**created** 295:17
**creator** 354:5

**criteria** 288:12
**cross-border** 289:9
**crying** 363:21
370:24
**cryptographer**
381:25 382:4,7
**cryptography**
372:17,22 373:13
381:24 382:8
**currency** 316:9
**current** 356:15
383:16
**cut** 331:24 340:14
**CYRULNIK** 280:4

**D**
**D** 278:16 281:1
282:1
**date** 330:14 353:25
**dated** 295:7 316:5
362:24
**Dave** 291:19,25
292:3 313:2,19
314:10,15,18
315:3,9,19 316:10
320:25 322:6,21
323:14,20 325:21
337:7 347:25,25
348:1 362:16,25
363:6,12,25 364:1
364:3 366:11,20
367:9,18 368:4,13
368:22 370:5
372:8 373:25
377:25 378:6,11
381:7,15 384:12
385:19,20
**Dave's** 296:2 320:8
**David** 278:8 282:6
296:10,20 367:12
367:20 368:21
383:15
**David's** 294:10
**day** 307:3 322:20
370:24 390:16
**days** 337:3

**de** 280:16
**deal** 324:25 325:10
333:15
**debate** 380:10
**debt** 334:7
**deceived** 343:8,11
**deception** 343:9
**decide** 364:21
**deduct** 375:15
**deep** 344:13
**deeper** 346:3
**Defendant** 278:13
280:14
**Defense** 278:9
**defines** 353:17
**definitely** 287:7
307:10 343:22
347:11 376:16
**definitively** 310:2
**depo** 319:25
**deposed** 353:12
**deposition** 278:18
279:9 282:5,12
284:6,7,8,9 319:4
347:23 348:3
349:18 354:19,25
355:4 357:3,9
361:18 382:13
388:1,6,14,23
**describe** 289:14
302:19 364:8
**designate** 355:3,8
388:20
**detail** 312:5 344:9
**details** 288:16,17
291:3 357:22
365:4,14
**detectives** 296:16
**determining**
386:25
**different** 289:1,2
343:16 357:24
379:5 380:3,7
**dig** 344:13
**Diplomat** 279:13
**direct** 312:17

323:19 344:1
**directly** 312:7
354:1 357:17
361:3
**director** 352:25
**disagree** 312:13
319:15
**disagreement**
312:18
**Disappointed**
343:24,25
**disclaiming** 373:5
**disclosing** 365:9
**discovery** 304:8
**discuss** 349:3
**discussed** 292:7
348:24 359:11
**discussing** 348:10
**discussion** 332:16
335:20 350:25
380:10 382:2
388:4
**discussions** 285:5
**dislikes** 287:1
**District** 278:2,3
282:9
**docket** 310:23
**doctor** 311:13
348:17
**document** 281:18
293:10,13 294:15
294:17,19,22
295:2 302:11,24
304:12,14 305:17
305:20 308:22
309:2,6,12,13
311:4 318:1,24
328:8,12 341:22
351:1,11,24 352:2
362:20
**documents** 285:20
317:24 325:13
383:6
**doing** 286:8 300:3
**dollars** 335:19
**doubt** 354:3



doubts 384:2
Dr 283:1 284:22
  285:19 286:21,22
  287:4,10,21
  289:15,17 290:24
  291:16 295:21
  297:1 303:5,9
  304:16,22 305:5
  308:7 311:13
  313:8 320:22
  321:5,5,12 322:1
  323:1,4,10 325:20
  327:6 329:25
  330:16 332:25
  333:4 335:4,15
  336:2,8,18 337:12
  337:18 340:3
  342:24 343:4
  349:23 357:23
  364:21,24 365:3
  374:6,7,9 377:17
  377:25 380:24,25
  381:14,22 383:14
  383:15 384:12
drafted 307:20
dressed 333:25
dresses 333:7
drivers 283:15
drop 306:8
duly 283:15 390:10
dumping 339:13

E

E 278:16 280:1,1
  281:1 282:1,1
  390:1,1
earlier 385:5 386:8
  386:17
early 337:3 343:13
easier 302:9
easiest 310:14
easily 366:25
East 359:3
easy 309:19,20
  330:4,15 379:4
edge 307:8

editing 316:6
EITC 352:21 353:1
  353:4,13 358:24
  359:1,2,7,9,14
  374:24,25
either 283:25 284:8
  330:25
electronic 316:8
embedded 295:1
emotion 381:14
emotional 363:11
  368:22 370:23
  372:7
employee 326:2
ends 293:2,3
  328:21,21 331:22
  331:23 338:15
entered 353:4,10
entire 355:3 360:13
  385:12
entirely 337:23
entitled 281:18
error 308:24
errors 388:7,10
especially 355:5
ESQ 280:10,19
essentially 313:17
  323:22
Estate 278:7 282:6
  348:1
et 282:7
event 292:18
  379:16,18
events 292:9
  379:22 387:6
everybody's 387:15
exactly 310:2
  317:20 324:25
  332:22 370:2,10
  384:5
EXAMINATION
  281:2 283:18
  355:18 375:18
  384:19 386:3
examined 283:16
example 327:20

369:5 383:11
exchange 301:10
  327:14,18
exhibit 281:10,11
  281:13,16,18
  293:1,5,11 294:16
  294:18 297:7
  302:14 305:10
  308:13,22 309:23
  310:22,23 324:1
  326:15 328:20
  331:18,22 332:11
  332:12 333:1
  335:9,9 338:12,14
  339:6 341:11
  350:19 351:2,4,22
  351:25 364:12
  365:20 383:12
exhibits 281:9
  339:1,4 377:5,8
existing 307:4
exists 337:11
expect 357:15
expectation 299:9
expecting 299:24
experience 379:7
experienced 379:6
expert 287:25
  288:5,10,13,14,25
  288:25 289:3,6,7
  289:10,11,20
expires 390:24
explicitly 343:18
expressed 381:14
  381:15
expressing 364:23
extent 296:1 307:18
  362:18 376:15
e-mail 281:11,13,16
  285:1 293:16,19
  294:9,24 295:2,6
  295:9,19 300:14
  303:9 304:23
  305:1 307:19
  314:12 316:5
  326:21,24 327:9

327:13,18 328:8
  328:17,23 329:1,4
  329:4 331:20
  335:18 336:1,7,9
  339:21 340:21
  341:14,15 342:22
  342:24 348:16
  351:8,14,17 352:6
  355:11,14 356:24
  357:3 362:14,14
  365:23 366:7,12
  366:22 367:2,6,8
  367:23 368:1,10
  374:7 377:24
  378:3,6,14
e-mailing 366:3
e-mails 297:7 308:7
  332:5,8 335:9
  361:9,16,24 362:2
  362:4,10 366:25

F

F 278:16 390:1
fabulously 336:19
face 298:21 366:21
fact 298:14 299:13
  303:14 314:16
  320:21,25 329:24
  329:25 333:8
  334:14 341:6
  352:11 354:3
  366:19 370:21
  378:10 388:11
factors 379:8
fair 284:21 287:9
  291:13 296:18,23
  298:9,12,24
  301:12 304:25
  308:2 313:18
  314:24 315:9
  327:8 328:6 335:2
  335:7 342:21
  343:20 346:9,13
  347:7,11 353:3
  356:14 361:19
  365:5,8,11,13

366:5,10,16
  367:15,16 372:23
  373:8,14,20 374:2
  374:4,10,13,14,19
  385:15
fairly 310:15 372:9
  372:25 373:9,23
faked 366:25
fallible 369:20
  383:3
falsely 345:12
familiar 344:5
far 296:4,5 376:11
  377:14,20 384:3
faster 298:4
father 362:16
  377:25
February 279:5
  282:10 362:24
  390:17
feel 299:3 343:21
  343:22 384:10,21
  386:24
figure 287:5 360:23
file 309:15
filtered 380:15
Financial 280:6
financially 299:25
find 338:20
findings 285:22
fine 321:16 331:6
finish 318:17
  369:23
Finney 322:22
firm 282:16 290:21
  290:22 359:18
  360:4
first 306:1 322:24
  327:21 329:6
  332:12 333:13
  338:20 348:22
  352:20 362:14
  364:18
fit 288:21
five 324:5 375:9
five-minute 337:22



354:13
**flesh** 362:21
**flew** 359:6
**Florida** 278:3
280:9,17 282:10
**fluid** 378:24
**fly** 284:18,22
**focusing** 301:13
**follows** 283:17
**follow-ups** 386:2
**force** 339:9 342:5
**foregoing** 390:12
**forged** 285:20
**form** 285:8 286:3
286:18,25 287:8
292:6 307:21
313:21,25 314:8
316:8 317:21,23
319:2,10,11 343:9
345:2 354:1
357:19 359:12,16
359:22 360:9,15
360:25 362:6
363:8,17,22 364:4
364:10 365:1,6
366:8,15 367:21
368:7,15 369:13
369:16 370:7,19
371:11,20 372:4
372:24 373:15,21
374:1,3,12,17,22
384:14
**format** 309:13
**forth** 390:9
**fortune** 334:11,16
**forum** 361:9
**found** 285:11
**foundation** 303:6
304:1,17
**four** 373:1 379:5
**fourth-from-the-...**
306:5
**frankly** 296:15
387:7
**Freedman** 280:4,10
281:4,5 283:2,2

283:23 284:24
285:8 286:1,5,10
286:13,25 287:8
287:19,22 288:1
290:7,10 292:6,23
293:4,7 294:13,20
297:2 299:6
302:10,15,18,21
303:24 305:14
307:21,24 308:9
308:16,18 311:1
313:21,25 314:8
315:7,12,17,21
316:16 317:3,10
317:15,18,22
318:1,5,8,15,19
318:22 319:15,21
320:1,17 321:4,8
321:13 323:8
324:14,15 325:12
325:22 326:19
328:10 330:6,18
330:21,24 331:3,8
331:24 332:2,20
333:5 334:5,10
335:1,6,24 336:3
336:25 337:4,10
337:14 338:19,24
339:19,25 340:5,7
341:2,8,16,20,25
342:17 344:4
350:16 351:5,9
354:12 355:19
371:6,9,15 375:6
375:11 382:22
383:2 384:14,16
384:20 385:24
387:2,10,18 388:5
389:5,7
**frequency** 379:17
**front** 306:6 319:12
**Frustration** 307:13
**fully** 347:8,12
**fully-validating**
346:6
**functioned** 298:2

**funding** 360:7
**funds** 336:16 339:8
342:4
**further** 375:6
385:24 387:20
**fuzz** 372:18
**fuzzy** 368:18 372:6
386:18,22,25

___

**G**

G 282:1
**Gavin** 278:19
279:10 281:2
282:5 283:13
293:2 322:23
328:21 331:22
338:15 352:8
354:25 388:2
390:8
**GAVIN_00000023**
281:17
**GAVIN_00000024**
281:20
**GAVIN_00000026**
281:21
**GAVIN_00001759**
281:14
**GAVIN_00001760**
281:15
**GAVIN_00001821**
281:12
**GAVIN_0023**
351:4
**GAVIN_0274**
338:12
**GAVIN_0344**
331:18
**GAVIN_0372**
338:21
**GAVIN_0622**
326:17
**GAVIN_1077**
305:13
**GAVIN_1296**
302:9,16
**GAVIN_1759**

365:21
**GAVIN_2007**
308:15
**geeks** 289:12
**general** 286:23
340:2
**generally** 363:20
366:20
**generating** 337:7
**getting** 337:22,24
359:15 363:11
368:22 370:23
372:7 379:18
**give** 299:10 341:21
365:14 368:10
384:2
**gladly** 324:4
**GMX** 316:11
**go** 295:5 296:12
305:10,21 307:16
308:6,12 310:6
311:9 312:22
315:23 319:18
321:19,19,20
322:15 337:24
341:11 344:9
352:7,20,22 360:2
366:18 367:4
369:23 376:11
383:11
**going** 284:3 292:25
294:14,15 297:7
302:5,6 305:10
306:4,17 307:9,15
310:21 311:9
312:21 315:23
316:2,3,7,25
321:16,21 322:16
324:20,22 325:15
326:14 329:18
331:17,19,21
335:8 338:10,13
341:23 343:17,19
346:14 348:10,20
350:6,18 351:3,21
354:17 355:3

362:13,19,20
364:20 365:14
366:24 367:5
371:7,9
**good** 282:2 283:20
288:15,19 289:18
316:23 334:1,1
369:22,24 379:1
379:21
**government** 376:19
**green** 311:25
**grown** 363:21
370:24

___

**H**

**hacked** 287:21
**hacking** 287:16
**Hadley** 278:20
279:10,11 282:14
**Hadley-Amherst**
282:13
**Hal** 322:21
**half** 333:16
**halfway** 295:1
**half-hour** 375:13
**hand** 322:17
390:16
**Hang** 284:2
**happen** 314:24
315:1 322:13
348:3 357:12
380:19
**happened** 296:3
314:22 322:9,11
322:21 323:14,23
342:19 346:15
350:1 370:2,11
387:6
**happening** 370:12
370:15
**happy** 296:15
**hard** 298:3 329:20
**hashing** 346:16
**hate** 342:14
**head** 356:25
**hear** 283:24 359:4



360:12 379:4
**heard** 322:5 335:4
    358:2,4,6,17
    371:23 377:13
**hearing** 324:18
    385:12
**heart** 322:17
**heavily** 334:6
**held** 279:10 282:8
    337:12
**Hello** 362:25
**help** 300:13 316:6
    316:12
**helped** 298:4
    322:19 372:16,21
    373:13 381:23
    382:8
**helping** 298:16
**helps** 352:2
**hereinbefore** 390:9
**hereunto** 390:15
**hidden** 306:9,12
**high** 344:11,12
**higher** 285:23
**hmm** 344:11
**hold** 302:15 341:20
**Holding** 353:1,5
**Holdings** 358:25
    359:1,9,14
**home** 357:12
**hours** 382:14,16
**human** 383:5
**Hushmail** 351:19

―――――――
**I**
**idea** 305:3
**identification**
    293:11 294:18
    351:2,25
**identified** 283:14
**identity** 354:5
    381:8
**impact** 292:8
    298:22 379:19
**implemented**
    345:11

**important** 297:20
    297:22
**impossible** 314:23
    314:25 329:22
**impressive** 375:15
**improper** 317:24
    318:18 319:11
    320:3
**inappropriate**
    319:8
**inaudible** 286:14
**incentives** 299:17
**include** 288:22
**inconsistent** 312:13
    313:24 315:4
    385:18 386:6
**incredible** 306:1
**independent** 291:9
    291:11 326:6
    342:8,18
**Indian** 359:3
**indication** 361:23
    361:25
**indicator** 333:25
    334:1
**indirectly** 354:1
**individuals** 335:10
**infallible** 383:4
**infamously** 373:2
**infinite** 375:1,1
**Info** 278:9
**information** 327:13
    327:17 328:12
    353:18,22,23
    354:6 367:8
    368:11 379:18
    380:6
**informed** 296:25
**informing** 348:3
**inherited** 336:21
**instrumental**
    298:15,19 323:5
    323:21
**intended** 353:9
**intent** 364:23
**interact** 344:24

**interactions** 357:17
    374:9,15,20
**interacts** 289:4
**interesting** 376:7
**interpret** 303:22
**interpretation**
    308:3 328:16
**interpreting** 342:25
**interview** 382:3
**intimate** 365:4
**introduce** 282:23
    292:25 351:3,22
**introduced** 302:13
    326:17 344:17
    345:23
**invalid** 347:3
**investigative**
    296:16
**investment** 290:21
    359:24 360:3
**involve** 310:16
**involved** 285:4
    337:7 359:15
    372:12 376:2,20
    381:23
**Ira** 278:6 280:24
    283:6 293:17,23
    294:24 295:3,7
    296:18 297:8,9
    314:12 347:24
    365:24 366:2
**iradavid2009@g...**
    293:24
**Ire** 358:3
**issue** 324:19 371:8
**issues** 324:18

―――――――
**J**
**jet** 292:14
**job** 278:24 303:5,11
    303:13 304:6,16
    345:17 388:12
**jog** 305:22
**Jon** 356:21,22
    357:20
**judge** 319:12

369:18,22,24
**jumping** 350:22
**jury** 384:11 385:12
    386:23 387:3

―――――――
**K**
**Kass** 280:19 281:3
    281:4,5 282:25,25
    283:4,19 284:2,4
    286:3,7,12,15,19
    292:25 293:6,9
    302:8,12,17,19,22
    302:23 305:12
    308:17,20 310:21
    310:25 311:2
    317:7,14,17,20,25
    318:3,7,14,18,21
    319:6,19,22,24
    320:3,4 324:3
    325:4,16,17
    326:16 330:19,23
    331:1,6,15,16
    332:1 337:21
    338:9,23 341:18
    341:23 342:1
    348:20 350:18
    351:3,7,10,21
    354:10,15 355:2
    355:17 357:19
    359:12,22 360:9
    360:15,25 362:6
    362:17 363:8,17
    363:22 364:4,10
    365:1,6,17 366:8
    366:15 367:21
    368:7,15,24
    369:13,16 370:7
    370:13,19 371:3,7
    371:13,20 372:4
    372:24 373:15,21
    374:1,3,12,17,22
    375:8,14,19
    384:15,18 386:1,4
    387:17,21 388:18
    389:2,6
**keep** 286:3,18

344:12 371:10
**key** 343:13 363:1
**keys** 329:9,14,20,25
**Kiin** 280:25 282:17
**kind** 288:20 289:6
    289:10 345:24
    347:20 380:8
**Kleiman** 278:6,8
    280:24 282:6
    283:6,6 293:18
    297:8,9 322:21
    323:14,20 337:7
    347:25,25 348:1,1
    362:15 363:6
    364:3 365:24
    366:2 367:9 368:4
    368:13 370:5
    372:8 373:25
    381:7,16
**Kleiman's** 291:19
    321:23 362:16
    366:13,20 377:25
**knew** 295:15
    296:19
**know** 286:11
    288:17 289:4,8
    290:1,23 291:3,14
    291:18,21 294:1
    295:15 296:14,21
    298:3,20 299:15
    300:12 304:22,24
    305:2,7 307:23
    309:11,12 313:18
    314:9 315:11
    317:7 319:7,8,13
    322:25 323:20
    325:24 326:2,5,8
    326:11 327:3,5,12
    327:23,25 328:3
    329:24 330:2
    331:7,9 333:8
    335:3,14,15
    336:12,15 337:11
    337:15,18 339:18
    340:24 341:1,3,5
    341:7 342:7,15



350:12,21 352:16
352:18 356:22,24
357:5 366:24
367:1,6,14 369:14
369:17 375:2
376:19 377:14,20
379:13 383:15
388:8
**knowing** 387:9
**knowledge** 285:5
291:9,12,24 292:2
295:16 302:2
323:19 327:16
330:13 333:4,6,9
335:22 336:5,24
337:6 339:16
341:15 342:9,19
347:14 357:16
358:13,16 390:13
**known** 300:19
325:9

## L

**L** 278:16
**labeled** 339:7
**lagged** 292:14
**language** 289:22
290:1
**laptop** 310:6
**large** 340:18
**latest** 346:7
**learned** 383:24
384:1
**leave** 362:19
**led** 321:24 374:10
374:15,20
**left** 284:6
**legal** 282:18,21
289:3,4
**Leon** 280:16
**Lerner** 301:20
**let's** 295:5,22 296:6
308:12 312:20
314:4 315:22
321:19,19,20
322:15 324:5

333:12,13 337:21
341:11 342:2
344:12 347:25
348:22 352:19
353:16 369:21
372:19 373:7
**level** 344:12
**liar** 287:2
**license** 283:15
**lie** 343:7
**lied** 343:4
**life-style** 333:11
**light** 355:5
**likelihood** 379:19
**Limited** 353:1,5
358:25 359:1
**line** 307:12 310:7,7
312:24 315:23
329:6 332:12
339:7 342:3
**list** 357:1
**listening** 362:23
**litigation** 309:9
**little** 283:25 284:1
350:19 381:3
**live** 356:21
**lives** 333:11 356:23
**LLC** 278:9
**LLP** 280:15
**located** 282:14
**locked** 337:16
**log** 364:13
**logistics** 349:17
**London** 284:22
295:20 296:3
305:5 333:20
341:10 350:1
359:6 360:21
362:2 377:16
380:23
**long** 295:20 310:15
312:17 350:9
**longer** 387:6
**look** 296:6 303:9
304:14 325:14
342:2 352:20

353:16 357:2
364:16 379:23
**looked** 300:14
**looking** 304:6,8,16
304:20 325:13
357:8 359:23
**lose** 347:6
**lot** 284:12 286:8
294:14 334:18
336:21 337:1
377:2 380:8 381:4
**lots** 289:2 375:2,2
**lottery** 336:19
**Louis** 362:15,25
**lower** 333:23
**lucky** 346:22
**lying** 296:11 343:9

## M

**Madam** 290:11
**Magna** 282:18,21
**main** 322:19
372:11
**maintain** 345:24
**majority** 355:15
**making** 318:17
320:1
**man** 363:21 370:24
**manner** 376:2
**March** 316:6
**mark** 294:15
350:18
**marked** 293:10
294:17 302:6
305:11 308:13
328:20 338:11,15
351:1,24
**Marriott** 282:13
**MaryJo** 278:23
279:13 282:20
390:5,21
**Massachusetts**
278:20 279:12,16
282:15 283:15
390:3,7
**Mati** 280:25 282:17

**Matonis** 356:21,22
357:15
**matter** 282:6,8
286:7 306:9,11
390:13
**matters** 283:22
**Matthews** 329:5
351:15
**mean** 289:1 308:24
311:18 312:7,10
312:12 313:13
314:7,9,13,16
328:13,16,16
334:15,18 339:12
345:15 346:24
348:18 360:17
379:3 382:24
386:11
**Meaning** 313:22
**means** 300:2
311:20,22 328:17
353:22 373:19
**meant** 307:23
308:4 331:12
339:22,23 340:11
**mechanics** 349:1
**media** 282:4 354:18
354:24 387:25
**medium** 354:1
**meet** 284:18,22
377:12
**meeting** 295:20,22
364:25
**memorialized**
292:18
**memories** 369:20
372:5 378:24
379:1 380:22,24
380:25 381:9,12
381:13 382:9,19
383:3
**memory** 292:20
305:23 369:3,18
369:25 370:4,14
371:17,17,22
372:2,6,9,10,12

372:14,17,20,25
373:1,6,7,8,10,16
373:23 378:21
379:2,6,9,16,19
380:1,16 383:17
385:5,9,14 386:15
386:17,18,21,22
386:25 387:5,9,12
387:13,15
**men** 290:5,8,19
359:11 360:6
375:4
**mentioned** 324:17
348:14 355:24
377:11 378:20
**Merit** 279:14
**message** 329:7
**messages** 361:10
**Mestre** 280:15
282:16
**met** 296:25 305:5
333:20 341:10
355:20 359:7
362:1 366:23
374:5 377:20
**Miami** 280:9,17
**middle** 307:13
340:14 368:25
**Mike** 322:23
**million** 332:11,17
332:19 335:10,16
335:18 339:13
340:16
**mind** 300:24 301:4
312:3 357:8
363:19 370:22
371:17
**minds** 308:1
**mined** 356:17
**miner** 346:14,18,19
346:20
**miners** 346:5 347:4
**mining** 321:23
322:5 355:25
**minutes** 350:11
375:9



**Mischaracterizes** 286:2
**mischaracterizing** 286:6
**misinterpret** 308:10
**misled** 343:21,22
**missed** 290:10
**misspoke** 331:10
**mistakes** 306:1
**mistranscribed** 331:11
**mixed** 347:20
**Mm-hmm** 304:2 345:20,22 376:8 376:10
**modified** 309:17
**modify** 309:19
**mogul** 360:22
**moment** 356:15
**money** 290:5,8,19 291:9,12 299:14 300:9 306:20 334:19 340:2 347:6 359:11 360:6 375:4
**moniker** 290:19
**monitor** 324:22
**month** 295:23,24 383:13
**months** 349:13
**morning** 282:2 283:20
**move** 294:14 321:17
**moved** 356:12
**multiple** 324:21 379:1
**mute** 324:20
**mysterious** 360:22 363:7 372:16 373:12
**mystery** 373:12

**N**

**N** 278:16,16 280:1

**281:1 282:1**
**Nakamoto** 322:17 360:8,13 361:5 364:2 368:14 369:6 370:6 372:22 373:11 385:21
**name** 282:17 294:3 301:20 307:13 337:12 358:3,6,17 358:24 359:5
**named** 327:2
**names** 290:15 349:8 350:13
**narrow** 381:3
**nature** 325:24
**nChain** 358:18,19
**NDA** 351:18 352:5
**near** 375:1 383:9
**necessarily** 289:5 290:1 299:24 301:14 334:20 373:6,19
**necessary** 298:10 325:11
**need** 288:17 316:6 316:12,12 379:14
**needed** 375:16
**net** 332:25 334:2 335:4,11,16 336:16
**network** 307:4
**never** 315:3 322:12 361:2 363:7 377:13,20,20
**new** 293:4 302:10 316:8 329:7 344:17 345:2,23 346:2 347:4 350:20
**newer** 344:24 346:11 347:18
**Nguyen** 326:25 327:2,3,5
**nice** 333:11
**night** 356:3

**nLocktime** 327:22
**non** 346:16
**nonce** 301:24
**nondisclosure** 355:5
**non-disclosure** 281:19 352:17 359:8
**Nope** 389:5
**Notarial** 390:16
**Notary** 279:15 283:16 390:5,22
**note** 325:8
**Noted** 389:8
**notes** 325:14 337:25 390:12
**notice** 279:12
**number** 282:4 302:6 305:16,18 305:19 308:14 310:25 351:23 354:18,24 357:5,6 387:25
**numbered** 352:3
**numerous** 382:13
**nurtured** 298:8

**O**

**O** 278:16 282:1
**oath** 285:12
**object** 285:8 286:17 287:8 319:11 359:12,22 360:9 360:15,25 362:6 362:17,19 363:8 363:17,22 364:4 364:10 365:1,6 366:8,15 367:21 368:7,15 369:13 369:16 370:7,19 371:20 372:4,24 373:15,21 374:1,3 374:12,17,22
**objection** 284:24 286:1,25 287:19 287:22 288:1

**290:7,11 292:6,23**
**294:13 297:2**
**299:6 303:24**
**307:21,24 308:9**
**313:21,25 314:8**
**315:7,12,17,21**
**316:16 317:3,21**
**317:23 318:6,9,10**
**319:3,3,9,17**
**320:17 321:4,8,13**
**323:8 325:7,22**
**328:10 330:6,18**
**330:20 332:20**
**333:5 334:5,10**
**335:1,6,24 336:4**
**336:25 337:4,10**
**337:14 339:19,25**
**340:5,8,9,10,12**
**341:2,8 342:17**
**344:4 357:19**
**365:17 370:13**
**371:11 382:22**
**383:2 384:14**
**387:2,10,18**
**objections** 318:4 324:19 325:3 353:14
**observed** 333:14,17 334:22
**obtained** 299:13
**occur** 379:10
**occurring** 370:17
**office** 335:21 342:13,20
**Oh** 308:23 311:11 331:3 341:20
**okay** 284:11 288:18 290:18 291:5,18 293:19 294:8 295:1,5,18,25 297:6 300:8,12 301:2,12,23 302:22 304:13 305:21 306:25 307:15 308:6,12 308:20 309:1,16

**309:21 312:6,10**
**312:15,20 314:3,3**
**314:5 316:1,23**
**319:12 320:1,12**
**320:16 321:18**
**323:25 324:5**
**325:16 326:23**
**329:3,16 330:23**
**331:15,17 333:24**
**339:6 341:11**
**342:2 343:3,10,20**
**344:11,14 345:9**
**345:15 346:23**
**347:22 348:12**
**350:5 354:10,12**
**355:17 356:20**
**364:15 365:22**
**373:19 374:5**
**376:13,22 378:13**
**378:20 381:8,11**
**381:17,20 382:1**
**383:11 384:10,18**
**386:23 387:4**
**389:6**
**old** 344:19,22 345:1 345:11,25 346:20
**older** 346:9 347:17
**once** 286:10 299:18 329:8,8
**ones** 293:8 306:9,11 351:6
**one-third** 364:1 367:18 369:6 370:6 372:13 384:12 385:20
**online** 359:21
**open-source** 300:2 300:5,6
**opinion** 383:5
**opposed** 310:13
**order** 285:23 286:2
**original** 289:22
**originally** 313:2 314:14 356:17
**outcome** 386:25
**overturned** 285:23



**owes** 299:3
**owned** 374:16
**owning** 290:21
**O'Connor** 278:23
  279:13 282:20
  390:5,21

**P**

**P** 280:1,1 282:1
**page** 281:2,10
  295:6 306:18,19
  310:3,13 312:20
  315:22 321:19
  322:15 352:7,21
  352:23,23 364:18
**paid** 303:15,17
**paper** 316:7
**paragraph** 295:8
  295:12 306:2,5,8
  306:13,19 307:1
  312:23 315:24
  316:3,17 320:21
  321:20 323:10
  327:21 339:12
  342:4,11 353:16
  364:17
**part** 287:16 293:25
  295:16 296:3,25
  299:16 316:10
  322:19 342:12,12
**particular** 299:10
  387:8
**particularly** 363:19
  370:22 373:9
  376:6
**partnership** 326:12
**passage** 292:11
**pasted** 309:6
**pasting** 310:18
**Patoshi** 301:20
**Pattern** 301:21
**pay** 339:13 379:14
**paying** 379:12
**people** 284:12
  287:10 289:1,8
  299:17,23 311:7

313:4 322:19
  324:21 342:13
  359:7,7 363:1,6
  363:13 368:13
  372:11,14,15
  373:20,24 380:3,7
**people's** 307:25
**perfectly** 319:17
**period** 382:19
**perjury** 285:11
**person** 288:5
  290:17 298:10
  299:10 300:25
  301:13 327:9
  333:22 336:2
  355:22 361:12,14
  363:5,7 366:12
  372:16,21 373:11
  373:12 381:22
  383:21
**persona** 363:13
  368:5 372:23
  373:12
**personal** 278:6
  291:24 292:2
  302:2 327:16
  333:3,6,9 335:22
  336:5 339:15
  341:14
**personality** 358:9
**personally** 366:23
  377:21 379:6,7
**phase** 340:1
**phone** 283:5 284:1
  297:12 348:2,4,7
  348:9,12,13,22,24
  349:8,10,16 350:9
  350:13 357:5,6
**phrase** 306:10
  307:2 320:6 369:6
  372:13
**physical** 340:19
  357:13
**piece** 296:17
**pieces** 288:21 289:2
**pile** 302:7 340:18

**places** 379:5
**plain** 309:15,16,19
  309:22
**Plaintiffs** 278:10
  280:3 283:3,7
  348:18 349:4
  377:23
**please** 283:9 286:4
  286:18 296:13
  302:18 318:3
  319:6
**point** 303:10 369:2
  375:12
**Ponce** 280:16
**poor** 333:22 387:12
**popular** 300:2
**portion** 297:15
  303:10 307:19
  316:2
**portions** 355:7
  388:21
**possible** 308:8
  309:21,25 315:18
  324:24 334:4
  336:20,23 337:5
  340:20 361:12,15
  371:21,24 380:17
  386:20
**possibly** 292:19
  350:17
**post** 364:13 383:19
**posts** 380:9,12
**preliminary** 283:22
**PRESENT** 280:23
**presentation**
  385:13
**presented** 290:20
  304:3
**presenting** 317:23
  318:11
**presents** 333:7
**preserved** 353:24
**pretty** 284:23
**previous** 345:7
**previously** 287:15
  302:6 305:11

308:13 321:11
  325:18 328:20
  338:11,14 382:3
**pre-SegWit** 344:23
**primary** 380:24,25
  381:9,12,13
**printout** 310:13
**prior** 347:23 348:7
  352:19 353:12
**privacy** 364:21
**private** 293:23,25
  329:14,19 343:13
  361:9
**probably** 288:11
  298:5,19 305:19
  348:19 352:4
  375:9 381:10
**proceed** 283:10
  355:12
**Proceedings** 324:9
  338:4 354:20
**produce** 310:16
**produced** 309:8,11
  309:14,23 310:12
**programing** 291:22
**project** 283:25
**prominent** 363:19
  370:22
**promoting** 299:1
**proof** 284:15
  343:11 350:1
  357:16,21,23
  377:16 380:3,5
**proper** 317:11
  319:13
**properly** 345:13
**proprietary** 353:23
**provide** 343:12
**Provider** 354:2
**providing** 353:14
  360:7
**pseudonym** 300:24
  301:8,14
**public** 279:15
  283:16 298:21
  380:9 390:5,22

**pull** 331:19
**purchased** 337:1
**purporting** 371:4
**pursuant** 279:12
**put** 383:19
**putting** 379:1
**p.m** 324:8,10,11,13
  338:3,5,6,8
  354:17,21,21,23
  387:24 389:8

**Q**

**question** 285:15,17
  285:19 290:13
  292:22 297:19
  301:3 306:23
  307:1,5,10,17,19
  310:1,11 311:16
  311:23 314:2
  318:9 319:10
  321:14,17 330:22
  332:10,14 341:24
  368:8 370:3
  384:17,24 387:19
  388:19
**questioning** 375:10
**questions** 286:17
  294:11 305:16,20
  309:2 311:4,10
  328:7,13,15 329:1
  332:8,25 338:18
  339:4 349:20
  350:4,6 375:7,21
  385:25 387:20
**quotations** 311:7

**R**

**R** 280:1 282:1
  390:1
**raise** 319:23,24
**raised** 318:10 325:5
**RDR** 278:23
**RDR/RMR** 390:21
**reach** 353:13
**reached** 388:1
**reaching** 294:9



**read** 295:11 296:8
301:19 304:18
307:25 316:2
321:21 322:16
353:21 362:13
364:19 371:4
377:23 380:13,15
388:6,22
**reading** 302:1
328:8 335:17
342:22 380:11
**really** 283:24
306:16 313:18
332:17 337:2
340:25 366:13
**realtime** 324:22
325:8,15
**reason** 296:10
310:4,12 321:9,10
347:17 360:1,5
362:8,11 374:23
376:23
**reasonably** 369:4,9
369:10 385:5
386:15,16
**recall** 285:9,14,16
285:18 288:3,4,6
288:9 290:4,8,13
290:17 292:8
297:10 300:8
301:18 302:24
303:1,4 305:15,18
305:25 306:10,21
306:23 307:1,7
309:1,4 311:3,6
311:11 313:9
316:4,15,19,21,22
317:1 320:5,9,12
320:14 326:20,23
328:22,25 329:11
332:4,7,10,14,23
332:24 338:17,25
339:3 343:3 348:4
348:6 349:7,21
350:8 356:1
358:24 361:1

363:4,11,14,15,18
363:23 368:3,19
368:20,21 370:2
370:11,17 371:1
375:20,25 376:4
376:13 377:4
378:1 381:18,21
386:17,19
**recalling** 368:22
**receive** 366:22
**received** 293:16
303:21,23,25
327:9 380:6
**recessed** 324:9
338:4 354:20
**recipient** 354:2
366:7
**recognize** 293:12
294:19,22 347:18
351:11 352:1
**recollection** 296:4
296:5 317:9,13
319:1 322:14
356:6 363:24
364:5 368:17
**reconcile** 300:22
**reconvened** 324:10
338:5 354:21
**record** 282:3
318:17,21 319:4
319:19 320:2,3
324:8,13,16 325:2
338:3,8 350:25
354:14,19,24
355:1 388:3,4
390:11
**recorded** 353:23
**Reddit** 309:6 310:3
310:13 380:9
**reference** 342:10
360:21,24
**referring** 288:9
320:6 340:19,25
341:4 378:18
**refers** 339:20
**reflect** 325:2

368:11
**reflects** 384:8
**refresh** 318:16,24
318:25
**refreshes** 317:9,12
**regarding** 348:23
**regards** 323:13
333:14,18 380:23
381:7
**Registered** 279:13
279:14
**reinforce** 382:25
**reject** 347:4
**relates** 318:11
**relating** 342:11
**relationship** 290:24
291:15 314:19,21
315:10 322:7
325:25 327:6
349:23 364:9
366:23
**relatively** 329:12
**release** 316:7,11
**released** 300:4
**relied** 317:6 318:13
318:25
**rely** 388:11
**relying** 317:8
386:24
**remain** 306:9,11
355:15
**remaining** 356:9
**remember** 290:25
306:14 307:5,10
307:14 332:16
359:2 370:23
373:5 378:25
381:4,14 382:2,10
383:7,10
**removing** 330:9,12
**repeat** 368:8
**rephrase** 292:21
293:20 320:19
330:8,9 341:24
366:9
**reporter** 278:23

279:14,14 282:19
283:9 290:11
324:17 350:23
388:8
**reporters** 296:16
298:20
**Representative**
278:7
**representing**
282:18,20 347:24
**request** 282:15
348:21 355:14
**require** 388:22
**research** 278:9
359:21 369:19
**reserved** 375:13
**reside** 356:16
**resources** 374:21
375:1,2
**respect** 364:20
**respond** 349:1
367:11
**response** 296:6,8
296:21 317:1
322:18
**resume** 304:4,4
**retelling** 380:1
**retold** 379:23
**reveal** 364:24 365:3
376:2,24 383:13
383:20
**reverse** 329:18
**review** 388:13
**reviewed** 347:15
361:16
**revoked** 352:17
**right** 284:5 285:18
291:8 294:8,11
306:17 307:20
310:8,10 311:3
314:11,19 315:6
315:11 319:19
320:20 322:12,13
325:4 328:14
329:23 330:13
332:2 334:21

335:14 338:10
339:23 346:15
355:20 356:7
362:16 367:1,7
368:6 375:5,8,11
377:1 382:6 384:3
385:9 386:11
387:21 388:6,12
388:13,17 389:2
**risky** 350:20
**Rivero** 280:15
282:16
**RMR** 278:23
**Rob** 290:16
**ROCHE** 280:4
**role** 290:17 296:3
**rough** 317:5 318:13
**rules** 347:4
**run** 346:6 377:19
**running** 346:20
**Russell** 279:11
282:14

---

**S**

**S** 280:1,7 282:1
**sadness** 381:15
**satisfactorily**
283:14
**Satoshi** 284:13,23
287:3 289:25
291:25 296:3,25
297:16 299:3
300:10,25 301:4,5
301:8,10 310:22
313:2,20 314:15
314:18 315:13,14
315:19 321:6
322:17 360:8,13
361:4 363:5,13
364:2 365:4
367:19 368:5,14
369:6 370:6
372:22 373:11
381:8 382:4
383:21 384:12
385:20



Satoshis 284:16,19
Satoshi's 300:19
  374:16
saw 314:11
saying 293:17
  301:5 315:3,16
  330:10,11 341:6
  368:20 372:11
  381:22 382:5
says 293:21,23
  294:9 303:10
  306:5 313:1,14
  317:5 318:2,12,24
  321:5 327:20,22
  329:7 335:10
  339:8,12 342:3,25
  352:8,21,23
  353:21 354:7,9
  364:19 383:12
scale 297:23
scope 348:25
screenshots 310:16
Seal 390:16
second 284:2
  302:18 304:14
  306:18 308:15
  327:21 331:20,21
  339:7 341:21
  342:3 349:10,16
second-to-last
  364:17
second-to-the-last
  312:23
secretary 303:25
see 293:21 295:2,8
  295:22 305:1
  312:25 314:4
  316:25 329:3,6
  335:12 337:25
  339:7,11 342:6,10
  344:13 352:8
  353:13,19 354:7,9
  363:20 370:24
seeing 340:8
seen 331:8 369:19
  378:3

SegWit 344:5,7,8
  344:15,17,20,25
  345:10,12,23
  346:1,11,25 347:3
  347:15,16
SegWit-compati...
  346:7
select 310:14
selecting 310:17
sell 339:9 342:5
send 300:9 355:10
  355:13
sender 362:9 367:7
sending 361:24
  362:2
senses 333:14,19
  334:23
sent 293:8 300:15
  301:4 304:22
  305:2,7 336:2
  342:23,23 351:6,7
  357:3 362:15
sentence 312:24
  321:21 362:14
  364:18,19
September 390:25
sequentially 352:2
series 311:7 332:7
  332:24
Services 282:19,21
session 350:1
  357:17,23 377:16
  380:3,5
sessions 284:15
set 375:16 390:9,16
shadowy 360:23
share 365:16
shares 364:22
sheet 350:20,21
short 355:25
shortly 296:7
shown 311:6
  326:20 328:22
  332:4 338:25
  377:5,9
shows 300:15

sign 329:7
signature 352:11
  352:12
signed 351:18
  352:5,8,13,15,25
  353:6,7 359:8
significant 374:21
signing 340:22
similar 312:11
  363:3 378:6,9
similarity 378:17
simple 329:12,14
single 307:17
sit 310:8,10
sitting 352:19
situation 325:1
skeptic 369:19
skeptical 387:5
skill 390:13
software 289:23
  292:4 299:23
  300:2,3,5,7
  344:23 345:2,12
  345:17,25 346:2,8
  346:10,21 347:18
solves 346:18,19
somebody 287:25
  288:13 293:17
  298:7 304:5
  308:10 327:2
  334:14 335:5,5
  344:22 366:22
  382:7
someone's 334:2
somethings 332:21
something's 292:17
son 362:25
sorry 283:23
  290:11 294:20
  308:17 336:3
  338:19 340:7,13
  341:16 360:1
  369:10,23
sort 291:2,14 299:1
  304:20 322:7
  357:21,22 359:24

  360:3 380:15
  388:9
source 336:15
Southeast 280:6
SOUTHERN 278:3
so-called 375:3
speak 284:7 295:13
  297:11 345:16
  347:24 361:4,7
speakerphone
  324:20
speaking 318:4,6
specific 288:5
specifically 290:23
  295:14 296:19
  317:5 318:2,12,23
speech 362:20
spent 297:15
  356:10
spoke 287:24 361:2
spoken 361:21
spurious 371:22
SS 390:4
standing 290:12
stands 359:2
start 300:7 348:22
  355:3
started 282:24
starting 350:20
starts 295:9 306:19
  312:23,24 315:24
  315:24
state 282:10 304:15
  310:2 313:23
  314:6 324:15
  330:14 378:23
  380:18 388:20,23
stated 319:2 377:24
  386:15
statement 312:1,5
  313:24 314:14
  319:16 323:1,4
  345:8 363:4
  385:18
statements 300:23
  311:12 325:19

  385:23 386:6
States 278:2 282:9
stating 313:6 315:8
  342:12 376:13
  386:17
stay 307:8
Stefan 290:15
  329:5 351:14
stenotype 390:12
stepped 298:7
stop 307:15 318:3,4
stored 344:16
stories 379:23
storing 344:18,19
story 320:7 364:22
  376:2 385:13
Street 279:11
  282:14
stressed 379:12
strike 297:19
  321:16 358:11,22
  361:3,22 365:10
  365:12 367:25
  369:10 374:7
  384:22
structured 347:20
studies 379:22
stuff 335:21 381:5
style 285:6
subject 315:25
  381:15,18
submitted 285:20
subpoena 304:9
  348:10,11,23,25
  349:2
substance 312:11
  349:15 351:17
substantive 349:19
substantively 349:4
succeed 299:20
success 299:12,18
  323:6
sufficient 339:8
  342:4
SUFFOLK 390:4
suggestible 387:14



387:16
**Suite** 280:8,16
**suppose** 340:20
**supposed** 340:10
**sure** 291:7 295:13
304:10 305:24
308:8,21 309:18
310:8 311:18
313:11 314:1
322:2,11 324:23
324:25 330:24
331:4,14 332:17
342:10 343:2
344:10 345:18
346:3 352:4 353:8
355:9 357:10
364:11 366:2,13
366:17,19 368:9
369:3 376:11
379:11,21 381:4
385:8,14,16
**surprise** 358:22
360:11,16,18
376:21 377:2
**surprised** 287:20
376:1,5,18
**surprising** 376:12
**swear** 283:9 370:1
370:10
**sworn** 283:15
390:10
**synonym** 311:21
**system** 288:20,23
289:5 299:16,20
**systems** 307:2

---
**T**
---
**T** 278:16 390:1,1
**take** 298:4,16 324:2
324:4,5 337:21
354:12
**taken** 282:12 298:2
298:5 304:13
390:12
**takes** 377:2
**talk** 333:13 373:7

**talked** 287:15
380:2,4
**talking** 288:4,6
289:12 298:20
314:17 324:21
372:8,15 379:17
386:7
**talks** 340:22
**tax** 335:20 342:13
342:20
**team** 295:16 385:21
**technical** 285:4
288:15 289:13,15
344:8
**Technician** 280:25
282:2 283:8 324:7
324:12 338:2,7
354:16,22 387:23
**Teleconference**
280:5
**telephone** 361:5
**tell** 314:22 331:20
350:23 362:3
366:11 385:1,6
387:11
**telling** 363:12
364:6 370:5 371:1
372:20 373:10
384:11,22
**tellings** 382:18
**ten** 350:11 375:9
**tends** 387:12
**ten-minute** 324:6
**term** 290:4 304:4
360:5
**terminology** 311:19
**testified** 283:17
284:12 297:14
300:18 317:16
325:18 363:10
370:16 371:18
382:13
**testify** 330:3
**testifying** 300:8
301:18 303:1
309:4 311:11

316:4,15 343:3
363:15,18 376:4
**testimony** 316:19
353:14 370:25
385:4 390:9,10
**text** 309:15,16,19
309:22 310:12,17
**thank** 283:20
301:16 308:18
310:19 311:1
332:2 333:12
338:24 346:19
351:9 355:22
356:20 389:7
**Thanks** 308:16
**thing** 289:7 292:11
304:21 316:23
319:8 329:15
330:4 343:15
368:16 376:14,16
380:21 388:10,24
389:1
**things** 292:8 298:17
298:19,25 299:4,8
312:13 333:13
371:23 375:16
378:6,25 379:4,15
383:25 384:1
**think** 286:23 287:1
287:3 288:14,16
288:24 289:6,7,8
289:21 290:15,16
296:10 298:4,5,6
298:12,17,21
301:6 304:19
306:23 307:16
308:4 311:15
313:3 314:15
319:10,16,21
322:4 323:19,25
328:17 329:13
331:2 343:18
346:3 350:2,3
354:10 357:13
360:18 362:7,8,11
363:15 368:16,24

373:17 374:4,9,19
377:11,18 378:24
379:2,5,14,15,21
381:21 387:21
388:8 389:2
**thinking** 301:9
360:20 371:18
**thinks** 331:4,13
**third** 342:11
372:15,21 373:11
381:22
**third-from-the-b...**
306:12
**thought** 304:11
**thread** 310:15
**three** 363:1,5,12
368:13 372:11,13
372:15 373:24
**thrown** 290:5
**Thursday** 279:5
**time** 282:11 292:12
295:7 304:7
314:20 324:4,7,12
338:2,7 354:16,22
360:21 375:16
382:19,20 383:6,9
383:9 384:4,9
387:23 389:8
**times** 380:2,4
**tired** 379:11
**today** 282:10,19
284:7 304:14
355:22 377:6
382:16 385:1
386:8
**today's** 284:8
354:18,25 388:1
**told** 291:1,1,17
311:14,15,24,25
312:11 313:8
314:7,10 315:9
320:7,22 321:11
321:22 322:1,12
323:11,15,18
325:20 357:20
358:1 359:2,15

363:25 364:24
365:10,15 367:18
368:18 369:12
378:7,7,10,15
384:12
**top** 306:19 312:21
327:21 332:13
342:11 356:25
**Tor** 316:12
**totally** 286:6
**tough** 377:23
**Trading** 359:3
**transaction** 301:6,7
345:24 346:15
347:3,19
**transactions** 289:9
307:3 344:16,18
344:19,24 345:3
345:13,18 346:1
346:11,25 347:18
**transcript** 313:13
316:24 317:4,11
317:12 318:12
320:11 324:23
331:9,10 355:4
371:5 388:7,14
**transfer** 307:3
**travels** 333:10,10
**trick** 313:16
**true** 321:23 327:14
327:23 328:12
335:23 336:6
339:16 342:7,9
364:2 367:17,23
368:1,9 390:11
**trust** 287:2 321:24
327:23 328:1,4
337:16 362:4
**truth** 296:17 364:7
385:2,6
**try** 296:17 324:22
325:9,15
**trying** 290:25
313:16 314:3
318:15,19,23
**turn** 302:5 312:20



315:22 326:14
328:19 331:18
338:11,14 346:25
364:12 365:19
379:24
**twice** 329:8
**two** 297:6 298:25
299:4 305:22
312:13 335:8
339:1 347:10
348:13 354:25
363:1 368:13
372:5 373:20
380:22,24,25
381:9,11,13 382:9
386:1 387:25
**two-thirds** 368:5
**type** 309:13 339:24
359:18 387:1
**typed** 305:2,7
**types** 299:23

---

**U**

**uh** 303:20 312:12
328:9 360:16,17
370:20,20,20
**ultimate** 346:5
**um** 314:16 360:16
**unable** 295:13
**uncommon** 287:17
**understand** 295:14
325:5 330:22
345:2 370:1,9,10
373:3,5
**understanding**
288:15,19 289:13
289:15,18 314:1
359:20 360:6,10
380:22
**Understood** 310:19
**Unexpected** 376:9
**unit** 282:4 354:18
354:24 387:25
**United** 278:2 282:9
**unknown** 327:10
**untruth** 344:2

**unusual** 363:20
**use** 289:1 318:16,23
360:5
**user** 294:2
**usually** 379:25
**Uyen** 326:25 327:2
327:3,5

---

**V**

**V** 278:11
**vague** 372:14
**Vaguely** 309:3
316:18 329:2
332:9 333:2 339:5
**valid** 344:20 345:18
346:1,4 347:1
**validate** 345:13
346:10,14
**validation** 346:6
**valuable** 299:20
**value** 307:3 366:21
**values** 301:24
**Vel** 286:8,12,15,15
286:15 293:1
302:8 305:12
310:22 317:25
318:3,14 319:6,20
319:25 324:14
325:4 326:16
330:19 348:20
354:11 368:25
371:3 375:8 389:3
**Velvel** 280:10
283:2 350:15
**vel@rcfllp.com**
280:11
**venture** 290:21
359:18,24 360:3
**version** 316:13
344:22 345:1
346:7,10
**versions** 345:11,25
346:2 347:10
**versus** 282:7
**video** 280:25 282:2
283:8 324:7,12

338:2,7 354:16,22
387:23 388:12
**videographer**
282:18 324:17
**VIDEOTAPED**
278:18 279:9
**view** 286:22
**vistomail** 316:12
**voluntarily** 299:8
**volunteering** 326:9

---

**W**

**Wait** 302:15 371:3
**waive** 388:13,16
**wallets** 356:13
**want** 296:12 299:17
299:19,20 302:20
303:15,16 307:8
311:18 316:10
317:19 324:4,15
325:1 328:19
337:24 344:10,13
345:16 352:20
362:21 373:3,4
375:12 380:21
388:23,24
**wanted** 295:15
300:12 331:7
388:20
**wants** 355:8,10
**wasn't** 361:24
**way** 302:7 307:22
318:23 322:3
333:24 344:15,17
344:19 345:10
347:19 361:8
368:10 370:4
378:9
**ways** 289:1 306:6
**wealth** 333:4,15,18
335:11,16 336:22
337:8,11,15,19
**wealthy** 336:19
374:11
**week** 387:6
**weeks** 383:20

**weird** 360:18
376:14,17
**welcome** 355:23
**well-compensated**
299:12
**well-dressed**
333:21 334:6,12
334:15
**well-spoken** 333:21
**weren't** 298:18
304:7 332:17
366:13
**we'll** 325:10 333:15
344:12 354:13
**we're** 284:3 294:14
311:18 315:23
324:13,25 354:23
355:1 371:7
378:25 387:24
**we've** 386:7
**WHEREOF**
390:15
**widely-accepted**
345:4
**wife** 387:11
**win-win** 326:25
**witness** 283:10
310:24 318:11
324:2 330:25
355:6,8,10,13
368:25 388:16,25
390:8,15
**witnessed** 357:21
**witness's** 317:12
319:1
**won** 336:18
**word** 309:6,12
327:22
**work** 297:18,20,22
297:25 298:15
299:24 301:10
310:16 314:4
316:13
**worked** 292:3
296:9 314:10,17
315:3,18 320:25

323:18 325:20
364:3 367:12,19
367:19 368:21
369:5 378:11
385:19
**working** 297:16
298:18 299:15
303:6 315:10
316:8 364:9
374:24,25 375:3
**works** 286:16
288:16 383:15
**world** 300:3 343:12
358:10,21 364:22
**worry** 321:17
**worse** 379:16
**worth** 299:14
332:25 334:2
335:4 336:16
**wouldn't** 364:2
376:5
**Wright** 278:12
282:7 283:1
284:22 285:19
286:22 287:5,11
287:21 289:17
290:24 291:16
295:21 296:2
297:1 301:7 303:5
303:9 304:16,22
305:5 308:7
311:13 313:8,19
316:5 320:22
321:5,5,12,22
322:1 323:1,4,10
325:20 327:6
329:25 330:16
335:15 336:2,18
337:18 340:3
341:10 342:20
343:4 349:23
357:18,23 358:15
359:16 360:14
362:1,15 363:6,11
364:3,6,24 365:3
367:25 368:3,12


MAGNA
LEGAL SERVICES

369:7 370:4 372:7
373:10,24 374:6,7
374:9 377:17,25
378:6,7 380:24,25
381:14,22 383:14
383:15,21 384:12
**Wright's** 289:15
332:25 333:4,15
333:18 335:4
336:9 337:12
342:24 361:17
364:21
**writes** 308:11
**writing** 285:6
**written** 317:1 361:8
383:6,12
**wrote** 383:8
**W&K** 278:8

---

**X**

**x** 278:5,14 281:1

---

**Y**

**yeah** 299:22 353:7
375:14 377:18
380:24 384:1
**year** 307:4 316:7
**years** 342:13 373:1
377:14,15
**yesterday** 284:6,11
285:10 286:9
287:24 290:4
292:7 297:15
300:9 301:18
302:13 303:2
305:11,15 308:14
309:2 316:17,24
317:4 326:18,21
328:7,23 332:5
339:1 343:4
355:21,24 359:11
359:17 363:10
370:16,21 371:1
371:19 377:9
382:14
**yesterday's** 284:8

347:23
**yup** 321:20

---

**Z**

**Zalman** 280:19
282:25 283:23
286:11 294:20
317:3 318:5,16,22
338:19 341:16
371:6,9,10
**Zero** 331:24
**zkass@riverome...**
280:20

---

**0**

**0024** 351:23
**0047** 328:21
**01035** 282:15
**0732** 338:16
**0869** 331:23

---

**1**

**1** 297:23 329:8
**1.1** 352:21
**1.2** 353:17
**1:03** 354:21,23
**1:41** 387:24
**1:42** 389:8
**10** 295:19 297:23
300:16 308:13
**10th** 295:7
**100** 332:11,17,19
335:10,16,18
**1000** 280:16
**11** 308:22,23,25
309:23 310:22
362:24
**11:13** 279:6 282:11
**12** 316:6 390:25
**12:02** 324:8,10
**12:08** 324:10,13
**12:24** 338:3,5
**12:33** 338:5,8
**12:54** 354:17,21
**1274** 338:23
**13** 310:24,25

**16** 326:15
**1759** 294:21
**1821** 293:3

---

**2**

**2** 302:6,14 329:25
364:13
**200** 280:7
**2008** 316:6
**2010** 297:15 299:13
301:1,5 356:1,18
361:13
**2011** 301:1,5
361:13
**2014** 362:24
**2016** 293:17 330:1
364:14
**2020** 279:5 282:11
390:17
**2025** 390:25
**23** 328:20
**2525** 280:16
**27** 279:5 282:10
312:20,21
**283** 281:3
**29th** 390:16
**293** 281:11
**294** 281:13

---

**3**

**3** 352:7,23
**305** 280:18
**31** 315:22
**33** 331:18 333:1
335:9
**33131** 280:9
**33134** 280:17
**34** 338:15 341:12
341:12
**35** 338:12 339:7
341:11
**351** 281:16,18
**355** 281:4
**36** 321:19
**37** 331:22 332:11
332:12 333:1

335:9,9
**372** 341:17
**375** 281:4
**384** 281:5
**386** 281:5

---

**4**

**400** 339:13 340:16
**423** 279:11 282:14
**445-2500** 280:18

---

**5**

**50** 356:9
**5500** 280:8
**559472** 278:24

---

**6**

**6th** 295:23
**69** 364:12

---

**7**

**7th** 295:23
**72** 281:11 293:1,11
297:8
**73** 281:13 294:16
294:18 297:8
365:20 383:12
**732** 341:19
**74** 281:16 351:2,4
**75** 281:18 351:22
351:25
**76** 322:15

---

**8**

**8** 293:16
**8:18** 295:8
**8:42** 296:7
**869** 332:1

---

**9**

**9** 300:15 305:10
329:8
**9:18-cv-80176-B...**
278:4
**96** 312:21 315:22

