# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                  Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING REDACTED DEPOSITION DESIGNATIONS

In accordance with the Court's Order granting Plaintiffs' Motion to Seal (ECF No. [587, the "Order"), Plaintiffs attach to this notice redacted copies of the depositions filed under seal on June 15, 2020. Pursuant to that Order, Plaintiffs conferred with the Defendant and the third parties that have designated their transcripts confidential prior to this filing.

Accordingly, the Plaintiffs are filing the following depositions designations[1]:

- Jonathan Warren (Ex. 1)
- Jamie Wilson (Ex. 2)
- Don Lynam (Ex. 3)
- Ramona Watts (Ex. 4)
- Gavin Andresen (Ex. 5-6)
- Jimmy Nguyen (Ex. 7-8)
- Deborah Kobza (Ex. 9)
- Craig Wright (Ex. 10-13)
- Lynn Wright (Ex. 14)
- Andrew O'Hagan (Ex. 15)
- Robert Radvanovsky (Ex. 16)
- Declaration of Brendan Sullivan (Ex. 17)

---

[1] The deposition designations of the Confidential Third Person identified in Plaintiffs' Motion to Seal (ECF No. [585]) remains under seal.

Dated: June 19, 2020

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com
nbermond@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as*
*Personal Representative of the Estate of*
*David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2020, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman