IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80176-BB/BR

-------------------------------x

IRA KLEIMAN, as the Personal

Representative of the Estate

of DAVID KLEIMAN, and W&K

Info Defense Research, LLC,

Plaintiffs,

V.

CRAIG WRIGHT,

Defendant.

-------------------------------x


C O N F I D E N T I A L


CONTINUED VIDEOTAPED DEPOSITION of

GAVIN ANDRESEN

Hadley, Massachusetts



Reporter: MaryJo O'Connor, RDR, RMR

Job No: 559472

Plaintiffs' Designations



Page 279

```
 1

 2

 3

 4

 5             Thursday, February 27, 2020

 6                    11:13 a.m.

 7

 8

 9          CONTINUED VIDEOTAPED DEPOSITION OF

10   GAVIN ANDRESEN, held at Courtyard Hadley

11   Amherst, 423 Russell Street, Hadley,

12   Massachusetts, pursuant to notice, before

13   MaryJo O'Connor, Registered Diplomat

14   Reporter, Registered Merit Reporter, and

15   Notary Public in and for the Commonwealth of

16   Massachusetts.

17

18

19

20

21

22

23

24

25
```



Page 280

```
 1   A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFFS:

 4   ROCHE CYRULNIK FREEDMAN

 5      (Via Teleconference)

 6      Southeast Financial Center

 7      200 S. Biscayne Boulevard

 8      Suite 5500

 9      Miami, Florida 33131

10      VELVEL FREEDMAN, ESQ.

11      vel@rcfllp.com

12

13

14   ON BEHALF OF THE DEFENDANT:

15      RIVERO MESTRE LLP

16      2525 Ponce de Leon Boulevard, Suite 1000

17      Miami, Florida 33134

18      (305) 445-2500

19      BY:    ZALMAN KASS, ESQ.

20             zkass@riveromestre.com

21

22

23   ALSO PRESENT:

24      Ira Kleiman

25      Mati Kiin - Video Technician
```



```
                                             Page 281
 1   -------------------I N D E X-------------------

 2

       EXAMINATION of GAVIN ANDRESEN          PAGE
 3

          By Mr. Kass                          283
 4        By Mr. Freedman                      355
          By Mr. Kass                          375
 5        By Mr. Freedman                      384
          By Mr. Kass                          386
 6

 7

 8

 9   -----------------EXHIBITS-------------------

10   ANDRESEN EXHIBIT                          PAGE

11   Exhibit 72  E-mail, Bates                 293

12               GAVIN_00001821

13   Exhibit 73  E-mail, Bates                 294

14               GAVIN_00001759 to

15               GAVIN_00001760

16   Exhibit 74  E-mail, Bates                 351

17               GAVIN_00000023

18   Exhibit 75  Document entitled             351

19               "Non-Disclosure Agreement,"

20               Bates GAVIN_00000024 to

21               GAVIN_00000026

22

23

24

25
```



Page 282

```
 1                P R O C E E D I N G S
 2              VIDEO TECHNICIAN:  Good morning.
 3       We are now on the record.  This begins
 4       media unit number one in the continuing
 5       deposition of Gavin Andresen in the
 6       matter of the Estate of David Kleiman,
 7       et al., versus Craig Wright.
 8              This matter is held in the
 9       United States District Court in the
10       State of Florida.  Today is February 27,
11       2020, and the time is 11:13 a.m.
12              Our deposition is being taken at
13       the Courtyard by Marriott Hadley-Amherst
14       located at 423 Russell Street, Hadley,
15       Massachusetts 01035, and at the request
16       of the firm Rivero Mestre & Castro.
17              My name is Mati Kiin.  I'm the
18       videographer representing Magna Legal
19       Services, and our court reporter today
20       is MaryJo O'Connor, also representing
21       Magna Legal Services.
22              I will now ask counsel to
23       introduce themselves and their
24       affiliations, and we will get started.
25              MR. KASS:  Zalman Kass for
```



Page 283

```
 1          Dr. Craig Wright.
 2               MR. FREEDMAN:  Velvel Freedman for
 3          the Plaintiffs.
 4               MR. KASS:  Is there anybody else
 5          on the phone?
 6               MR. KLEIMAN:  Ira Kleiman,
 7          Plaintiffs.
 8               VIDEO TECHNICIAN:  I'll ask the
 9          court reporter to please swear in our
10          witness, and we can proceed.
11                    *     *     *
12
13               GAVIN ANDRESEN, Continued
14    having been satisfactorily identified by a
15    Massachusetts drivers license and duly sworn
16    by the Notary Public, was examined and
17    testified as follows:
18    EXAMINATION
19    BY MR. KASS:
20          Q.    Good morning, Mr. Andresen.  Thank
21    you for coming back.  We appreciate that.
22               Just some preliminary matters --
23               MR. FREEDMAN:  Zalman, I'm sorry,
24          I can't -- I can't really hear you.  Can
25          you either project a little or get a
```



Page 284

```
 1            little closer to the phone?
 2                 MR. KASS:  One second.  Hang on.
 3            We're going to do our best.
 4     BY MR. KASS:
 5            Q.    All right.  Mr. Andresen, since
 6     you left the deposition yesterday and came to
 7     the deposition today, did you speak to anybody
 8     about either yesterday's deposition or today's
 9     deposition?
10            A.    No.
11            Q.    Okay.  Now, yesterday you
12     testified that a lot of people have claimed to
13     you that they are Satoshi, correct?
14            A.    Correct.
15            Q.    Did you ever attend proof sessions
16     with any of those other Satoshis?
17            A.    No.
18            Q.    Did you ever fly anywhere to meet
19     any of those other Satoshis?
20            A.    No.
21            Q.    So is it fair to say that when you
22     did fly to London to meet Dr. Craig Wright, you
23     were pretty convinced that he could be Satoshi?
24                 MR. FREEDMAN:  Objection.
25            A.    Yes.
```



Page 285

1        Q.     And that was based on the e-mail

2   conversations that you had with him?

3        A.     Yes.

4        Q.     Which involved both his technical

5   knowledge, his discussions as to Bitcoin, and

6   his writing style?

7        A.     Yes.

8               MR. FREEDMAN:  Object to the form.

9        Q.     Do you recall being asked

10  yesterday whether -- if you are aware if the

11  Court found that Craig committed perjury under

12  oath?

13       A.     Am I aware?

14       Q.     Do you recall being asked that

15  question?

16       A.     I do recall being asked that

17  question, yes.

18       Q.     All right.  And do you recall

19  being asked a question whether Dr. Wright

20  submitted forged documents to the Court?

21       A.     Yes, I do.

22       Q.     Are you aware that those findings,

23  or that order, was later overturned by a higher

24  court?

25       A.     No.



Page 286

1              MR. FREEDMAN:  Objection.

2       Mischaracterizes the order.

3              MR. KASS:  No, keep it to form,

4       please.

5              MR. FREEDMAN:  No, no.  You're

6       totally mischaracterizing.

7              MR. KASS:  Doesn't matter.  Come

8       on, Vel, you were doing a lot of that

9       yesterday.

10             MR. FREEDMAN:  No, not once.

11      Zalman, you know very well --

12             MR. KASS:  Vel.

13             MR. FREEDMAN:  -- that it doesn't

14      (inaudible) --

15             MR. KASS:  Vel.  Vel.  Vel.

16      That's not how this works.  I get to ask

17      the questions.  You get to object to

18      form.  Please keep it to that.

19  BY MR. KASS:

20      Q.    How would you characterize

21  Dr. Craig -- how would you characterize the

22  Bitcoin community's view of Dr. Craig Wright?

23      A.    I think, in general, most of the

24  Bitcoin community --

25             MR. FREEDMAN:  Objection to form.



Page 287

```
 1          A.      -- dislikes him.  They think he's

 2      a liar.  They don't trust him.  They don't

 3      think he is Satoshi.

 4          Q.      Would you say that Dr. Craig

 5      Wright is a controversial figure in the Bitcoin

 6      community?

 7          A.      Yes.  Definitely.

 8                  MR. FREEDMAN:  Object to the form.

 9          Q.      And would it be fair to say that

10      there are many people who don't like Dr. Craig

11      Wright --

12          A.      Yes.

13          Q.      -- in the Bitcoin community?

14          A.      Yes.

15          Q.      And we previously talked about how

16      hacking is part of the Bitcoin community.  It's

17      something that's not uncommon.

18          A.      Yes.

19                  MR. FREEDMAN:  Objection.

20          Q.      Would you be surprised if

21      Dr. Wright was hacked?

22                  MR. FREEDMAN:  Objection.

23          A.      No.

24          Q.      Now, yesterday you spoke about

25      somebody being a Bitcoin expert?
```



Page 288

1                    MR. FREEDMAN:  Objection.

2          A.     I believe you.

3          Q.     Do you recall that?

4          A.     I don't recall talking about a

5     specific person being a Bitcoin expert.

6          Q.     Do you recall talking about

7     Andreas Antonopoulos?

8          A.     Yes.

9          Q.     Do you recall referring to him as

10    a Bitcoin expert?

11         A.     I probably did.

12         Q.     What are your criteria for someone

13    to classify somebody a Bitcoin expert?

14         A.     I think a Bitcoin expert has a

15    very good understanding of the technical

16    details of how Bitcoin works.  I don't think

17    you need to know all of the details.

18         Q.     Okay.

19         A.     But to have a good understanding

20    of kind of the Bitcoin system and how its

21    pieces fit together.

22         Q.     Would it also include how the

23    system is used?

24         A.     I think you can be a Bitcoin

25    expert without being an expert in all of the



1   different ways people use Bitcoin.  I mean,

2   there are lots of different pieces of Bitcoin.

3   There is legal.  You could be an expert on, you

4   know, how Bitcoin interacts with the legal

5   system.  That doesn't necessarily make you the

6   kind of Bitcoin expert that I think of when I

7   think of a Bitcoin expert.  And same thing for

8   if you think of, you know, how are people using

9   Bitcoin for cross-border transactions.  You

10  might be that kind of expert.

11          But when I say Bitcoin expert, I'm

12  talking mostly about geeks like me and having a

13  technical understanding of Bitcoin.

14      Q.    How would you describe

15  Dr. Wright's technical understanding of

16  Bitcoin?

17      A.    Dr. Wright seems to have a very

18  good understanding of Bitcoin.

19      Q.    Would you consider him a Bitcoin

20  expert?

21      A.    Yes.  I think I would.

22      Q.    What coding language was original

23  Bitcoin software coded in?

24      A.    C++.

25      Q.    So whoever Satoshi is, what coding



Page 290

```
 1    language would they necessarily have to know

 2    how to code in?

 3          A.     C++.

 4          Q.     Do you recall yesterday the term

 5    money men being thrown around?

 6          A.     I do, yes.

 7                 MR. FREEDMAN:  Objection.

 8          Q.     Do you recall who those money men

 9    are?

10                 MR. FREEDMAN:  You just missed an

11          objection, Madam Court Reporter.  Sorry.

12          Q.     I believe I have a standing

13    question, which is:  Do you recall who they

14    are?

15          A.     I think their names were Stefan

16    and Rob.  And I think there was one other

17    person, and I don't recall who had what role.

18          Q.     Okay.  And how did they get that

19    moniker, money men?

20          A.     One or more of them were presented

21    to me as owning an investment firm or a venture

22    capital firm.

23          Q.     And do you know specifically what

24    their relationship was with Dr. Craig Wright?

25          A.     I'm trying to remember what I was
```



Page 291

```
 1     told.  I believe I was told that they were --
 2     they had some sort of business arrangement, and
 3     I don't know the details of that business
 4     arrangement.
 5          Q.     Okay.  So would it be more
 6     accurate to call them businessmen?
 7          A.     Sure.
 8          Q.     All right.  Do you have any
 9     independent knowledge as to how much money they
10     have?
11          A.     I don't have any independent
12     knowledge as to how much money they have.
13          Q.     So it would be fair to say that
14     you just know there was some sort of business
15     relationship with at least one or more of them
16     and Dr. Wright?
17          A.     Yes.  That's what I was told.
18          Q.     Okay.  Do you know anything about
19     Dave Kleiman's coding abilities?
20          A.     No.
21          Q.     Do you know anything about his
22     programing abilities?
23          A.     No.
24          Q.     Do you have any personal knowledge
25     as to whether Dave was Satoshi?
```



Page 292

1          A.     No.

2          Q.     Do you have any personal knowledge

3     as to whether Dave worked on the Bitcoin

4     software?

5          A.     No.

6               MR. FREEDMAN:  Objection to form.

7          Q.     Now, we discussed yesterday that

8     some things could impact the ability to recall

9     certain events, correct?

10         A.     Yes.

11         Q.     And one thing was the passage of

12    time?

13         A.     Yes.

14         Q.     And to being jet lagged?

15         A.     Yes.

16         Q.     Would you agree to me -- agree

17    with me, though, that if something's

18    memorialized close to the actual event that

19    it's more likely that is accurate than possibly

20    a later memory?

21               And I can rephrase that if that's

22    a confusing question.

23               MR. FREEDMAN:  Objection.

24         A.     No, I agree with that.

25               MR. KASS:  I'm going to introduce



Page 293

1           as Exhibit 72.  And, Vel, this is the

2           one that ends -- it's a GAVIN, and it

3           ends in 1821.

4                MR. FREEDMAN:  That's a new

5           exhibit?

6                MR. KASS:  Yes.

7                MR. FREEDMAN:  It's one of the

8           ones you sent me?

9                MR. KASS:  Correct.

10               (Document marked for

11          identification as Andresen Exhibit 72)

12          Q.    Mr. Andresen, do you recognize

13     this document?

14          A.    Yes.

15          Q.    What is it?

16          A.    It's an e-mail I received May 8,

17     2016, from somebody saying that they are Ira

18     Kleiman.

19          Q.    Okay.  And what's the e-mail

20     address?  Or let me rephrase that.

21               So you see under the From, it says

22     something?

23          A.    From says "Ira Private,

24     iradavid2009@gmail.com.

25          Q.    Now, that "private" part, do you



Page 294

1        know how that got there?

2             A.     Well, you can you choose any user

3        name you like.

4             Q.     So is that something you chose or

5        he chose?

6             A.     That's something that he would

7        have chosen.

8             Q.     Okay.  All right.  And in this

9        e-mail he's reaching out to you, and he says

10       he's David's brother, and he has some

11       questions, right?

12            A.     Yes.

13                   MR. FREEDMAN:  Objection.

14            Q.     We're going to move on to another

15       document, which I am going to mark as

16       Exhibit 73.

17                   (Document marked for

18            identification as Andresen Exhibit 73)

19            Q.     Do you recognize this document?

20                   MR. FREEDMAN:  Sorry, Zalman, this

21            is Bates 1759.

22            A.     Yes.  I recognize this document.

23            Q.     And what is it?

24            A.     This is another e-mail from Ira to

25       me.



Page 295

```
 1            Q.     Okay.  And embedded halfway

 2     through this document, do you see an e-mail

 3     from yourself to Ira?

 4            A.     Yes, I do.

 5            Q.     Okay.  And let's go to the bottom

 6     of the page, and under the e-mail that's from

 7     Ira to you and is dated May 10th and the time

 8     is 8:18, do you see the last paragraph in that

 9     e-mail starts with the "If"?

10            A.     Yes.

11            Q.     Are you able to read that

12     paragraph.

13            A.     Sure.  "If you are unable to speak

14     about Craig specifically, I understand.  I just

15     wanted to know if you knew my brother or have

16     any knowledge about him being part of a team

17     that created Bitcoin."

18            Q.     Okay.  And this -- again, this

19     e-mail is in May 10.  And approximately how

20     long after that meeting in London with

21     Dr. Craig Wright?

22            A.     Let's see.  The meeting was April

23     7th?  6th?  So approximately a month.

24            Q.     So this is about a month after,

25     okay.
```



Page 296

1          And to the extent you had any

2    conversations with Craig Wright about Dave's

3    role as part of Satoshi, it happened in London.

4    As far as your recollection.

5          A.     As far as my recollection, yes.

6          Q.     Now, let's look at your response,

7    which is at 8:42.  So shortly after.

8          Could you read your response?

9          A.     "Craig said that he worked with

10   David, and I don't have any reason to think

11   he's lying about that.  Beyond that" -- do you

12   want me to go on?

13         Q.     Yes, please.

14         A.     "Beyond that, I don't know much -

15   and, frankly, I'm happy to let the

16   investigative reporters or amateur detectives

17   try to piece together the truth."

18         Q.     So is it fair to say that Ira

19   specifically asked you whether you knew if

20   David had anything to do with Bitcoin and your

21   response is, I don't know?

22         A.     That's correct.

23         Q.     So based on that, is it also fair

24   to say that it's not very likely that you were

25   informed him being part of Satoshi when you met



Page 297

1    with Dr. Wright?

2                MR. FREEDMAN:  Objection.

3        Q.    Well, it doesn't make it less

4    likely.

5        A.    Yes, it does make it less likely.

6        Q.    Okay.  Other than these two

7    e-mails, and for that it's going to be Exhibit

8    72 and 73 with Ira Kleiman, did you have any

9    other contact with Ira Kleiman?

10       A.    I don't recall.

11       Q.    Did you ever speak to him over the

12   phone?

13       A.    No.

14       Q.    Now, I believe you testified

15   yesterday that you spent a portion of 2010

16   working with Satoshi on the Bitcoin code.

17       A.    Yes.

18       Q.    And do you consider your work that

19   you did on that code -- strike that question.

20             How important was the work that

21   you did on the Bitcoin code?

22       A.    How important was the work I did

23   on the Bitcoin code.  On a scale of 1 to 10?

24       Q.    Well, let me ask you like this.

25   Had you not done that work with the Bitcoin, do



Page 298

1    you believe that the Bitcoin code would have

2    functioned and taken off?

3         A.    Ah -- ah -- it's hard to know.  I

4    like to think that I helped it take off faster.

5    I think it probably would have taken off even

6    without my contribution, because I think

7    somebody else would have stepped up and

8    nurtured the code.

9         Q.    So is it fair to say that another

10   person was necessary, it may just not have been

11   you.

12        A.    Yes, I think that would be fair to

13   say.

14        Q.    Now, after the fact, would you

15   consider the work that you did instrumental in

16   helping the Bitcoin code take off?

17        A.    Yes.  I think actually some things

18   that I did that weren't working on the Bitcoin

19   code were probably more instrumental.  Things

20   like, you know, talking to reporters and being

21   the public face of Bitcoin.  I think that might

22   have actually had a bigger impact than the code

23   that I contributed.

24        Q.    So would it be fair to say that

25   you did two things:  There is the coding, and



1      then the sort of the Bitcoin promoting?

2          A.      Yes.

3          Q.      Do you feel that Satoshi owes you

4      anything for those two things that you did?

5          A.      No.

6                  MR. FREEDMAN:  Objection.

7          Q.      Why?

8          A.      I did those things voluntarily.  I

9      didn't do them in expectation that any

10     particular person would give me something.  And

11     I have certainly been, since Bitcoin has become

12     a success, I've been well-compensated just by

13     the fact that I obtained some Bitcoin in 2010

14     and now they're worth a lot of money.

15                 So, you know, working on -- that's

16     part of the beauty of the Bitcoin system is the

17     incentives are there for people to want to make

18     it a success.  Once you have some Bitcoin, you

19     want to do what you can to make it more

20     valuable.  So you want the system to succeed.

21         Q.      Is it common -- and is -- is it

22     common or -- yeah.  Is it common on certain

23     types of software where people contribute and

24     do work but not necessarily are they expecting

25     to be financially compensated?



Page 300

```
 1          A.     That has become more common as

 2   open-source software has become a popular means

 3   of doing software around the world.

 4          Q.     And was Bitcoin released as

 5   open-source software?

 6          A.     Yes.  Bitcoin was open-source

 7   software from the start.

 8          Q.     Okay.  Do you recall testifying

 9   yesterday that you didn't send any money to

10   Satoshi?

11          A.     Yes, I do.

12          Q.     Okay.  I just wanted to know if

13   you could help clear up something for me,

14   because later on we looked at an e-mail where

15   it shows that you sent some Bitcoin to Block 9

16   or Block 10.

17          A.     Yes.

18          Q.     And I believe you also testified

19   that that block was known to be Satoshi's

20   block?

21          A.     Yes.

22          Q.     How do you reconcile those

23   statements?

24          A.     The -- in my mind, the pseudonym

25   Satoshi is the person I was communicating with
```



Page 301

1     in 2010 and 2011.

2          Q.     Okay.

3          A.     So when I was asked the question

4     had I sent Bitcoin to Satoshi, my mind was

5     saying the Satoshi of 2010 and 2011.  And so

6     the transaction that I made later, I think of

7     as a transaction to Craig Wright, not the

8     pseudonym Satoshi.

9               So I was thinking of during my

10    work with Satoshi, did we ever exchange

11    Bitcoin.

12         Q.     Okay.  So is it fair to say you

13    were focusing more on the person or the

14    pseudonym, not necessarily the account?

15         A.     Yes.

16         Q.     And I appreciate that.  Thank you

17    for clarifying that.

18              Do you recall testifying yesterday

19    that you read an article I believe by someone,

20    his last name is Lerner, about some Patoshi

21    Pattern?

22         A.     Yes.

23         Q.     Okay.  And that article has

24    something to do with nonce values.

25         A.     Yes.



Page 302

```
 1          Q.     Other than reading that article,

 2     do you have any personal knowledge about the

 3     analysis done in that article?

 4          A.     No.

 5          Q.     Now, I'm going to turn to what is

 6     previously marked as number 2.  So going all

 7     the way down to the bottom of the pile.

 8               MR. KASS:  And, Vel, just to make

 9          it easier, it's GAVIN_1296.

10               MR. FREEDMAN:  Is that a new

11          document?

12               MR. KASS:  No.  This was

13          introduced yesterday by you as

14          Exhibit 2.

15               MR. FREEDMAN:  Wait, hold on.

16          GAVIN_1296?

17               MR. KASS:  Yes.

18               MR. FREEDMAN:  One second please.

19               MR. KASS:  I could describe it for

20          you, but I just don't want to coach.

21               MR. FREEDMAN:  I got it.

22               MR. KASS:  Okay.

23     BY MR. KASS:

24          Q.     Do you recall this document?

25          A.     Yes.
```



Page 303

1          Q.     Do you recall testifying about it

2     yesterday?

3          A.     Yes.

4          Q.     And do you recall being asked

5     whether Dr. Wright had applied for a job at the

6     foundation where you were working?

7          A.     Yes.

8          Q.     Now, I would like you to actually

9     look at the e-mail from Dr. Wright, and could

10    you point to the portion where he says he's

11    applying for a job?

12         A.     He does not say that he's applying

13    for a job.

14         Q.     And, in fact, does he say, "I do

15    not want to be paid"?

16         A.     He does say "I do not want to be

17    paid," yes.

18         Q.     Does it appear more that he's just

19    asking to collaborate with you?

20         A.     Uh --

21         Q.     When you received this, what did

22    you interpret it as?

23         A.     When I received --

24                MR. FREEDMAN:  Objection.

25         A.     I received this from the secretary



Page 304

1     of the Bitcoin Foundation --

2          Q.     Mm-hmm.

3          A.     -- and she presented it as a

4     resume.  She used the term "resume."  And so,

5     therefore, I assumed that it was somebody

6     looking for a job.

7               I -- at the time, we weren't

8     looking for anybody.  And so until discovery

9     from the subpoena --

10         Q.     Sure.

11         A.     -- I hadn't thought about this

12    document at all.

13         Q.     Okay.  And now that you've taken a

14    second to look at this document today, do you

15    still believe it would be accurate to state

16    that Dr. Wright was looking for a job with the

17    foundation?

18         A.     No.  Now that I read it closely, I

19    think it would be more accurate to say he was

20    looking for some sort of collaboration.

21         Q.     And one other thing.  Do you

22    actually know if it was Dr. Wright who sent

23    this e-mail?

24         A.     No.  I don't know.

25         Q.     And it would be fair to say



Page 305

1    because you just see an e-mail address, you

2    don't know who actually typed it or sent it?

3         A.    Correct.  I have no idea if

4    craig@panopticrypt.com is actually the

5    Dr. Craig Wright I met in London.

6         Q.    And even if it was, you still

7    don't know who actually typed it and sent it,

8    correct?

9         A.    Correct.

10        Q.    Now, I'm going to go to Exhibit 9

11   and previously marked yesterday.

12             MR. KASS:  And, Vel it's

13        GAVIN_1077.

14             MR. FREEDMAN:  Got it.

15        Q.    Now, yesterday do you recall being

16   asked a number of questions about this

17   document?

18        A.    Do I recall being asked a number

19   of -- I was probably asked a number of

20   questions about this document.

21        Q.    Okay.  And I'll just go through

22   one or two of them, maybe that will jog your

23   memory.

24        A.    Sure.

25        Q.    Do you recall being asked what



Page 306

```
 1      some of the incredible mistakes were?  First

 2      paragraph.

 3              A.      Yes.

 4              Q.      And then going to the

 5      fourth-from-the-last paragraph where it says,

 6      "It was a front in some ways"?

 7              A.      Yes.

 8              Q.      And then drop one paragraph down,

 9      "The ones that matter remain hidden."  Do you

10      recall being asked about that phrase?

11                      "The ones that matter remain

12      hidden," that's the third-from-the-bottom

13      paragraph.

14              A.      Do I remember being asked that?

15              Q.      Yes.

16              A.      Not really, no.

17              Q.      All right.  Then how about going

18      down to the second page where the -- closer to

19      the top of the page, the paragraph starts,

20      "Then, none of this is about money."

21                      Do you recall being asked about

22      that?

23              A.      I think I do recall a question

24      about that.

25              Q.      Okay.  And then at the end of the
```



1    paragraph, do you recall a question that was

2    about the phrase "I have access to systems that

3    transfer more value and transactions a day than

4    the existing BTC network does in a year"?

5          A.    Yes, I do remember a question

6    about that.

7          Q.    And do you recall being asked

8    about "I want to stay as close to the edge as I

9    can without going over."

10         A.    I definitely remember a question

11   about that.

12         Q.    And how about the next line,

13   "Frustration (should) be my middle name"?

14         A.    Yes, I remember that.

15         Q.    Okay.  And now I'm going to stop

16   now, because I don't think we have to go

17   through every single one.  But my question for

18   you is:  To the extent you were asked any

19   question about the portion of the e-mail

20   drafted by Craig, right?

21              MR. FREEDMAN:  Objection.  Form.

22         Q.    Do you have -- is there any way

23   that you could know what Craig actually meant?

24              MR. FREEDMAN:  Objection.

25         A.    You certainly can't read people's



Page 308

 1    minds.  So, no.

 2         Q.    So would it be fair to say that,

 3    at best, it is your interpretation of what you

 4    think Craig may have meant?

 5         A.    Yes.

 6         Q.    Okay.  And would that go for all

 7    e-mails that were authored by Dr. Wright?

 8         A.    Sure.  It's always possible --

 9              MR. FREEDMAN:  Objection.

10         A.    -- to misinterpret what somebody

11    writes.

12         Q.    Okay.  Now, let's go to

13    Exhibit 10, which was previously marked

14    yesterday, and I will have the Bates number in

15    a second.  It is GAVIN_2007.

16              MR. FREEDMAN:  Got it.  Thanks.

17              MR. KASS:  Sorry?

18              MR. FREEDMAN:  I've got it.  Thank

19        you.

20              MR. KASS:  Okay.

21         Q.    I'm not sure that's the correct

22    document.  Exhibit 11.

23         A.    Oh, 11.

24         Q.    That was my error, but I did mean

25    11, so yes.  That was on me.



Page 309

1               Okay.  Do you recall being asked

2     questions about this document yesterday?

3          A.     Vaguely, yes.

4          Q.     And do you recall testifying that

5     this was a conversation that you copied from

6     Reddit and then pasted it into a Word document?

7          A.     Yes.

8          Q.     And then produced it in the

9     litigation?

10         A.     Yes.

11         Q.     Do you know when you produced it,

12    if it was a Word document or -- do you know

13    what type of document it was, what format it

14    was, when you produced it?

15         A.     I believe it's a plain text file.

16         Q.     Okay.  Now, could plain text get

17    modified?

18         A.     Sure.

19         Q.     Is it easy to modify plain text?

20         A.     Yes, it's very easy.

21         Q.     Okay.  So is it possible that

22    between when you copied into plain text and it

23    was produced to you as Exhibit 11, that a

24    change was made to it?

25         A.     It's possible.



Page 310

1          Q.      Now, my other question -- and you

2     cannot state definitively that this is exactly

3     how it appears on the Reddit page for that

4     reason?

5          A.      Correct.  I still have a copy of

6     this on my laptop, so I could go back and check

7     line by line.

8          Q.      Sure.  But as you sit here right

9     now.

10         A.      But as I sit here right now, no.

11         Q.      Now my other question is:  Is

12    there a reason why this was produced as text as

13    opposed to just a printout of your Reddit page?

14         A.      It was easiest for me to select

15    all of the -- it's a fairly long thread.  So to

16    produce screenshots would involve more work

17    than just selecting all of the text, copying

18    and pasting.

19         Q.      Understood.  Thank you for

20    clarifying that.

21              MR. KASS:  Now, I'm going to

22         Exhibit 11.  Vel, that's "The Satoshi

23         Affair" and docket exhibit.

24              THE WITNESS:  13.

25              MR. KASS:  Yes, number 13.



Page 311

```
 1                 MR. FREEDMAN:  Got it.  Thank you.

 2      BY MR. KASS:

 3           Q.    All right.  Do you recall being

 4      asked questions about this document?

 5           A.    Yes.

 6           Q.    And do you recall being shown a

 7      series of quotations made by people?

 8           A.    Yes.

 9           Q.    Now, I'm going to go over some of

10      them.  I just have a few questions.

11                 Oh, and do you recall testifying

12      that some of those statements were consistent

13      with what doctor -- what you believe Dr. Wright

14      had told you?

15           A.    I think I was told that.

16           Q.    So my question for you is when you

17      say something is consistent, what does that

18      mean?  I just want to make sure we're using the

19      same terminology.

20           A.    Consistent means there's no

21      conflict.  It's a synonym for consistent.  It

22      means --

23           Q.    Let me ask you a question like

24      this.  If I told you I came here in a car and

25      someone else told you the car was green, is
```



Page 312

```
 1     that a consistent statement --

 2          A.     Yes.

 3          Q.     -- in your mind?

 4          A.     Yes, that's consistent.  It's just

 5     more detail in one statement than the other.

 6          Q.     Okay.  So by "consistent," you

 7     mean is it's not directly conflicting with

 8     something else?

 9          A.     Correct.

10          Q.     Okay.  So it doesn't mean I was

11     told something of a similar substance.

12          A.     Uh.  Yes.  I mean, something is

13     inconsistent if two things disagree with each

14     other.

15          Q.     Okay.

16          A.     Otherwise, they are consistent.

17          Q.     So as long as it's not a direct

18     disagreement, it's consistent?

19          A.     Yes.

20          Q.     Okay.  So let's turn to Page 27.

21     That's going to be on the top, the 27 of 96.

22                 And if you go to the

23     second-to-the-last paragraph, it starts -- the

24     line -- the sentence starts with "If I'd come?"

25          A.     I see, yes.
```



Page 313

```
 1          Q.     So it says, "'If I'd come out

 2     originally as Satoshi without Dave, I don't

 3     think it would have gone anywhere.  I've had

 4     too many conversations with people who get

 5     annoyed because it's me.'"

 6                 Now, do you believe stating that

 7     that was consistent with something that

 8     Dr. Wright had told you?

 9          A.     I don't recall.

10          Q.     You could have?

11          A.     I could have, sure.

12          Q.     Now, if you did -- and that's just

13     in the transcript.  I mean, what I had said is

14     what it says.

15          A.     I believe you.

16          Q.     I'm not trying to trick you.

17                 So all of your -- so, essentially,

18     would it be fair to say all we really know from

19     that is that Craig Wright didn't say Dave isn't

20     Satoshi?

21                 MR. FREEDMAN:  Objection to form.

22          Q.     Meaning -- well, what would

23     something that Craig would have to state to be

24     that was inconsistent with this statement?

25                 MR. FREEDMAN:  Objection to form.
```



Page 314

```
 1          A.    I'm not sure I'm understanding the
 2    question.
 3          Q.    Okay.  So I'm trying -- okay, so
 4    let's see if we can work this through.
 5          A.    Okay.
 6          Q.    When you state "It's consistent
 7    with what he told you," what does that mean?
 8                MR. FREEDMAN:  Objection to form.
 9          A.    I mean, I know that Craig -- or I
10    was told that Craig and Dave worked together.
11          Q.    All right.  And we saw that in the
12    e-mail from you to Ira, correct?
13          A.    Yes.  I mean, when I say that if
14    this statement, "'If I'd come out originally as
15    Satoshi without Dave, I don't think it would
16    have gone anywhere," um -- I mean, the fact
17    that they worked together and he's talking
18    about Dave and Satoshi together, that's
19    consistent, right?  They had some relationship
20    around that time.
21          Q.    So they had some relationship.  It
22    could have happened.  He didn't tell me
23    anything that would say it would be impossible
24    to happen; is that fair?
25          A.    That what would be impossible to
```



Page 315

```
 1    happen?
 2         Q.    That Craig didn't say anything
 3    saying I never worked with Dave, because then
 4    it would be inconsistent.
 5         A.    Correct.
 6         Q.    All right.
 7              MR. FREEDMAN:  Objection.
 8         Q.    So all you're stating is that
 9    because -- so it would be fair to say Dave told
10    you he had a working relationship with Craig,
11    right?  And we know that --
12              MR. FREEDMAN:  Objection.
13         Q.    -- Craig said he was Satoshi.
14    Craig said he himself was Satoshi, correct?
15         A.    Correct.  Yes.
16         Q.    So you're saying --
17              MR. FREEDMAN:  Objection.
18         Q.    -- it's possible that he worked
19    with Dave as Satoshi.
20         A.    Yes.
21              MR. FREEDMAN:  Objection.
22         Q.    Now, let's turn to Page 31 of 96.
23    And now we're going to go to the line that
24    starts -- the paragraph that starts with "The
25    subject."
```



Page 316

```
 1          A.     Okay.

 2          Q.     Now, I'm going to read a portion

 3     of that paragraph, and then I'm going to ask

 4     you if you recall testifying about it.

 5                 "In an e-mail from Wright dated

 6     12 March 2008.  'I need your help editing a

 7     paper I am going to release later this year.  I

 8     have been working on a new form of electronic

 9     currency.  Bit cash, Bitcoin ... you are always

10     there for me Dave.  I want you to be part of it

11     all.  I cannot release it as me.  GMX,

12     vistomail and Tor.  I need your help and I need

13     a version of me to make this work that is

14     better than me.'"

15                 Do you recall testifying --

16                 MR. FREEDMAN:  Objection.

17          Q.     -- about that paragraph yesterday?

18          A.     Yes.  Vaguely.

19          Q.     Do you recall what your testimony

20     was?

21          A.     No, I don't recall what I was

22     asked, and I don't recall what I answered.

23          Q.     Okay.  Well, it's a good thing

24     that I have the transcript from yesterday, so

25     I'm going to ask you and see if what I have
```



Page 317

```
 1    written if you recall that being your response.

 2    Is that --

 3              MR. FREEDMAN:  Objection.  Zalman,

 4         the transcript from yesterday is a

 5         rough.  That specifically says it's not

 6         to be relied on.

 7              MR. KASS:  I know.  I'm not

 8         relying it.  I'm just asking him if it

 9         refreshes his recollection.

10              MR. FREEDMAN:  You can't ask if

11         the transcript that is not a proper

12         transcript refreshes the witness's

13         recollection.

14              MR. KASS:  I could.  And --

15              MR. FREEDMAN:  You can ask him

16         what he testified.

17              MR. KASS:  No, you can --

18              MR. FREEDMAN:  You can do whatever

19         you want.

20              MR. KASS:  Exactly.  And you can

21         make an objection to form.

22              MR. FREEDMAN:  No, no.  This is

23         not a form objection.  You're presenting

24         improper documents.

25              MR. KASS:  Vel.
```



Page 318

```
 1                    MR. FREEDMAN:  The document
 2          specifically says --
 3                    MR. KASS:  Vel, please stop --
 4          stop your speaking objections.
 5                    MR. FREEDMAN:  Zalman, this is not
 6          a speaking objection.
 7                    MR. KASS:  What is it?
 8                    MR. FREEDMAN:  It's not an
 9          objection to the question, how you
10          raised it.  It's an objection that
11          relates to your presenting the witness
12          with a transcript that specifically says
13          it's rough, it cannot be relied on.
14                    MR. KASS:  Vel.
15                    MR. FREEDMAN:  You're trying to
16          use that to refresh -- Zalman, let me
17          finish making the record.
18                    MR. KASS:  It's an improper --
19                    MR. FREEDMAN:  And you're trying
20          to --
21                    MR. KASS:  -- record.
22                    MR. FREEDMAN:  Zalman, you're
23          specifically trying to use that as a way
24          to refresh.  That document says it
25          shouldn't be relied on to refresh a
```



Page 319

```
1        witness's recollection of what was
2        stated therein.  That's not a form
3        objection.  The objection is conduct in
4        the deposition.  I made the record.  Now
5        do what you like.
6              MR. KASS:  Vel, please do not do
7        that again.  You know that's
8        inappropriate.  You know the only thing
9        you're allowed to say is objection to
10       form.  If you think a question is
11       improper, object to form and make that
12       argument in front of the Judge.  Okay?
13       That's not proper conduct, and you know
14       it.
15             MR. FREEDMAN:  I disagree with
16       your statement.  I think it's a
17       perfectly appropriate objection of
18       conduct, but go ahead.
19             MR. KASS:  All right.  The record
20       is what it is, Vel.
21             MR. FREEDMAN:  If you don't think
22       it's appropriate, Mr. Kass, you can
23       raise it with the Court.
24             MR. KASS:  I don't have to raise
25       anything.  This is my depo, Vel.
```



Page 320

```
 1                    MR. FREEDMAN:  Okay.  I'm making a
 2         record.
 3                    MR. KASS:  Improper record.
 4    BY MR. KASS:
 5         Q.    Do you recall being asked:  Is
 6    this -- referring to that phrase -- consistent
 7    with the story told you about Craig's and
 8    Dave's collaboration?
 9         A.    No, I don't recall being asked
10    that.  But I believe that I was if it's in the
11    transcript.
12         Q.    Okay.  And do you recall answering
13    yes to that?
14         A.    Again, no, I don't recall.  But I
15    believe you.
16         Q.    Okay.  Now --
17                    MR. FREEDMAN:  Objection.
18         Q.    -- if you did answer yes -- let me
19    rephrase this.
20                    Right now, do you believe that
21    this paragraph is in fact consistent with what
22    Dr. Wright told you?
23         A.    Yes.
24         Q.    And is it consistent, again, based
25    on the fact that Craig said him and Dave worked
```



Page 321

```
 1     together?

 2          A.     Yes.

 3          Q.     And consistent because --

 4                 MR. FREEDMAN:  Objection.

 5          Q.     -- Dr. Wright says that Dr. Wright

 6     is Satoshi?

 7          A.     Yes.

 8                 MR. FREEDMAN:  Objection.

 9          Q.     Is there any reason that you -- is

10     there any other reason that you believe this is

11     consistent with what he previously told you?

12     He, being Dr. Wright.

13                 MR. FREEDMAN:  Objection.

14          A.     Can you ask the question again?

15     Is there any --

16          Q.     That's fine.  I'm going to strike

17     that question.  Don't worry.  We can move on.

18          A.     Okay.

19          Q.     Let's go on to Page 36.  Let's go

20     to -- yup.  Let's go to the last paragraph.

21                 Now, I'm going to read a sentence.

22     It's "I asked Wright about this and he told me

23     it was true that his and Kleiman's mining

24     activity had led to a complicated trust."

25                 Is this consistent with what you
```



Page 322

```
 1    believe Dr. Wright told you in the past?
 2         A.      Sure.  Yes.
 3         Q.      And in what way is it consistent?
 4         A.      Well, I don't think I had ever
 5    heard about any mining activity, but it's
 6    certainly consistent that he and Dave had some
 7    sort of relationship.
 8         Q.      And, therefore, this could have
 9    happened?
10         A.      Therefore this could have
11    happened, sure.  It's consistent.
12         Q.      Right.  But he never actually told
13    you that it did happen, right?
14         A.      No, not to my recollection.
15         Q.      Let's go to Page 76.  "'But you
16    can'" -- I am going to read.  "'But you can
17    say, hand on my heart, I am Satoshi Nakamoto?'"
18               And then you have a response.  "'I
19    was the main part of it.  Other people helped.
20    At the end of the day, none of this would have
21    happened without Dave Kleiman, without Hal
22    Finney, and without those who took over - like
23    Gavin and Mike.'"
24               So, first of all, just assuming
25    that this is -- do you know whether this is an
```



Page 323

1    accurate statement by Dr. Wright?

2         A.    No.

3         Q.    Assuming it is an accurate

4    statement, does it appear that Dr. Wright

5    believes that you were instrumental in

6    Bitcoin's success?

7         A.    Yes.

8              MR. FREEDMAN:  Objection.

9         Q.    Now, do you believe that this

10   paragraph is consistent with what Dr. Wright

11   had told you in the past?

12        A.    Yes.

13        Q.    Now, with regards to that it

14   couldn't have happened without Dave Kleiman,

15   how is that consistent with what he had told

16   you?

17        A.    Again, it's consistent because I

18   was told they worked together.  Beyond that, I

19   don't think I have any direct knowledge of, you

20   know, how Dave Kleiman might have been

21   instrumental.

22        Q.    So, essentially, it's consistent

23   because it could have happened?

24        A.    Yes.

25        Q.    Okay.  I think that's it with this



Page 324

```
 1     exhibit.
 2                     THE WITNESS:  Can we take a break?
 3                     MR. KASS:  Of course, yes.  Any
 4             time you want to take a break, gladly.
 5                     Okay.  Let's take a five- to
 6             ten-minute break.
 7                     VIDEO TECHNICIAN:  The time is
 8             12:02 p.m.  We are now off the record.
 9                     (Proceedings recessed at
10             12:02 p.m., and reconvened at 12:08
11             p.m.)
12                     VIDEO TECHNICIAN:  The time is
13             12:08 p.m.  We're back on the record.
14                     MR. FREEDMAN:  This is Vel
15             Freedman.  I just want to state for the
16             record that during the break, the court
17             reporter and the videographer mentioned
18             that there are some issues hearing the
19             objections that are being made, an issue
20             with the speakerphone going on mute when
21             multiple people are talking.  We are
22             going to try to monitor the realtime
23             transcript and make sure they are there,
24             but it's not always possible.  And so
25             we're not exactly sure how to deal with
```



Page 325

```
 1          the situation, but we just want to make
 2          a record to reflect that not all
 3          objections are coming through.
 4               MR. KASS:  All right.  And, Vel, I
 5          understand what you just raised, and I
 6          just ask if you could do your best that
 7          if there is an objection and you don't
 8          note it on the realtime, if you could
 9          just try to make it known that it's not
10          there, and then we'll just deal with it
11          as necessary.
12               MR. FREEDMAN:  Absolutely.  I'm
13          just looking at documents and taking
14          notes.  I can't always look at the
15          realtime, but I'm going to try that.
16               MR. KASS:  Okay.
17     BY MR. KASS:
18          Q.    You had previously testified that
19     a bunch of statements were consistent because
20     Dr. Wright had told you he had worked with
21     Dave.  Is that accurate?
22               MR. FREEDMAN:  Objection.
23          A.    Yes.
24          Q.    Do you know the nature of their
25     relationship?
```



Page 326

```
 1              A.     No.

 2              Q.     Do you know if one was an employee

 3      of the other?

 4              A.     No.

 5              Q.     Do you know if one was an

 6      independent contractor of the other?

 7              A.     No.

 8              Q.     Do you know if one was

 9      volunteering?

10              A.     No.

11              Q.     Do you know if there was a

12      partnership?

13              A.     No.

14              Q.     Now, I'm going to ask you to turn

15      to Exhibit 16.

16                     MR. KASS:  And, Vel, that's

17              GAVIN_0622.  And it was introduced by

18              you yesterday.

19                     MR. FREEDMAN:  Got it.

20              Q.     Do you recall being shown this

21      e-mail yesterday?

22              A.     Yes.

23              Q.     Okay.  And do you recall who you

24      were communicating with in this e-mail?

25              A.     This is Uyen Nguyen [win-win].  I
```



Page 327

```
 1    believe they -- well, they said they were

 2    somebody named Uyen Nguyen.

 3         Q.    Do you know who Uyen Nguyen is?

 4         A.    No.

 5         Q.    Do you know if Uyen Nguyen has any

 6    relationship to Dr. Craig Wright?

 7         A.    No.

 8         Q.    So is it fair to say this is just

 9    an e-mail that you received from a person who

10    was unknown to you?

11         A.    Yes.

12         Q.    Do you know whether any of the

13    information that is contained in this e-mail

14    exchange is true?

15         A.    No.

16         Q.    Do you have any personal knowledge

17    about the information that is contained in this

18    e-mail exchange?

19         A.    No.

20         Q.    And so, for example, when it says

21    on the second paragraph from the top, first

22    word says, "nLocktime is what controls a

23    trust," do you know if that's true?

24         A.    No.

25         Q.    Do you know anything about this
```



Page 328

```
1    trust?
2         A.     No.
3         Q.     Do you know what controls the
4    trust?
5         A.     No.
6         Q.     So is it fair to say that when you
7    were being asked questions yesterday about this
8    document, you were just reading off an e-mail?
9         A.     Uh, yes.
10             MR. FREEDMAN:  Objection.
11        A.     And, well -- and assuming that the
12   information in the document was true, I was
13   answering questions about what that would mean.
14        Q.     All right.  And when you say
15   "answering questions about what that would
16   mean," does that mean what your interpretation
17   of what you think this e-mail means?
18        A.     Yes.
19        Q.     Now, I want to turn to what has
20   previously been marked as Exhibit 23, and that
21   ends in -- it's a GAVIN, and it ends with 0047.
22             Do you recall being shown this
23   e-mail yesterday?
24        A.     Yes.
25        Q.     And do you recall being asked some
```



Page 329

1      questions about this e-mail?

2           A.      Vaguely, yes.

3           Q.      Okay.  And do you see where the

4      e-mail -- and who is this e-mail from?

5           A.      Stefan Matthews.

6           Q.      Now, do you see on the first line

7      it says, "He has agreed to sign a new message

8      twice, once with block 1 and once with block 9

9      keys"?

10          A.      Yes.

11          Q.      Do you recall being asked whether

12     that should have been relatively simple to do?

13          A.      I think it was a conditional, if

14     he has the private keys, would that be a simple

15     thing to do.

16          Q.      Okay.

17          A.      And I believe I answered yes.

18          Q.      Now, I'm going to ask the reverse

19     conditional.  If he doesn't have the private

20     keys, would that have been something hard to

21     do?

22          A.      It would be impossible.

23          Q.      So right now, you do not -- and do

24     you know whether he in fact -- he, being

25     Dr. Wright -- in fact had the keys on May 2,



Page 330

```
 1    2016?
 2          A.    I don't know.
 3          Q.    So are you able to testify as to
 4    whether this would have been an easy thing for
 5    him to do -- to have done?
 6                MR. FREEDMAN:  Objection.
 7          A.    Again --
 8          Q.    I can rephrase it if that's...
 9                I'll rephrase it.  So I'm removing
10    a conditional.  I'm not saying you did.  I'm
11    saying --
12          A.    You're removing a conditional.
13          Q.    Right now based on the knowledge
14    you had on that date, could you state with any
15    certainty whether it would have been easy for
16    Dr. Wright to do?
17          A.    No.
18                MR. FREEDMAN:  Objection.
19                MR. KASS:  Vel, what's the basis
20          for that objection?
21                MR. FREEDMAN:  I just don't
22          understand the question.
23                MR. KASS:  Okay.
24                MR. FREEDMAN:  I'm not sure the
25          witness does, either.
```



Page 331

```
 1                    MR. KASS:  Well, he answered, so I
 2          think he did.
 3                    MR. FREEDMAN:  Oh.  He answered
 4          what he thinks you said.  I'm not sure
 5          what he answered is what you asked.
 6                    MR. KASS:  That's fine.  I just
 7          wanted to know what your basis was.
 8                    MR. FREEDMAN:  I've seen the
 9          transcript, and I don't know if I
10          misspoke or the transcript is
11          mistranscribed, but what I said before
12          is, what I meant to say is, he answered
13          what he thinks you asked, but I'm not
14          sure what he answered is what you asked.
15                    MR. KASS:  Okay.
16     BY MR. KASS:
17          Q.    Okay.  Now, I'm going to ask you
18     to turn to Exhibit 33, and that's GAVIN_0344.
19     And I'm also going to ask you to pull up a
20     second e-mail, and I will tell you which one
21     that is in a second.  And that's going to be
22     Exhibit 37, and that ends -- it's a GAVIN one,
23     and it ends in 0869.
24                    MR. FREEDMAN:  You cut out.  Zero
25          what?
```



Page 332

1                    MR. KASS:  869.

2                    MR. FREEDMAN:  All right.  Thank

3        you.

4        Q.    Do you recall being shown these

5    e-mails yesterday?

6        A.    Yes.

7        Q.    Do you recall being asked a series

8    of questions about these e-mails?

9        A.    Vaguely, yes.

10       Q.    Do you recall a question on

11   Exhibit 37 about over 100 million?

12                   So that's Exhibit 37, first line

13   from the top.

14       A.    I don't recall what the question

15   was.

16       Q.    But do you remember a discussion

17   about 100 million and you weren't really sure

18   what that was?

19       A.    Yes, 100 million --

20                   MR. FREEDMAN:  Objection.

21       A.    -- somethings.

22       Q.    Exactly.

23       A.    Yes, I do recall.

24       Q.    Do you recall being asked a series

25   of questions about Dr. Wright's net worth based



Page 333

1    on Exhibit 33 and 37?

2         A.    Vaguely, yes.

3         Q.    Now, do you have any personal

4    knowledge as to Dr. Craig Wright's wealth?

5              MR. FREEDMAN:  Objection.

6         A.    No.  The only personal knowledge I

7    have is how he dresses, how he presents

8    himself, the fact that, you know -- well,

9    actually, I have no personal knowledge about

10   his travels, but he said that he travels and

11   lives a nice life-style.

12        Q.    Thank you.  Let's break that down.

13   So let's first talk about things that you've

14   observed with your senses with regards to Craig

15   Wright's wealth, and then we'll deal with the

16   other half afterwards.

17             So what have you observed with

18   regards to Craig Wright's wealth with your own

19   senses?

20        A.    When I met him in London, he

21   seemed well-dressed.  He seemed well-spoken.

22   He seemed like a person who was not poor, was

23   not lower class.

24        Q.    Okay.  Now, is the way someone

25   dressed always an indicator -- or is it a



Page 334

```
1    good -- do you believe it's a good indicator of

2    someone's net worth?

3          A.    No.

4          Q.    Is it possible to be --

5                MR. FREEDMAN:  Objection.

6          Q.    -- well-dressed but heavily in

7    debt?

8          A.    Yes.  Absolutely.

9          Q.    And does one have to be --

10               MR. FREEDMAN:  Objection.

11         Q.    Does one have to have a fortune in

12   Bitcoin to be well-dressed?

13         A.    No.

14         Q.    And the fact that somebody is

15   well-dressed, does that mean they have a

16   fortune in Bitcoin?

17         A.    No, certainly not.

18         Q.    Does that mean they have a lot of

19   money?

20         A.    No, not necessarily.

21         Q.    All right.  So that's how -- have

22   we covered everything that you've observed with

23   your own senses?

24         A.    Yes.

25         Q.    Now --
```



Page 335

1               MR. FREEDMAN:  Objection.

2        Q.     So is it fair to say that

3    everything else that you know about

4    Dr. Wright's net worth is you heard from

5    somebody else or somebody?

6               MR. FREEDMAN:  Objection.

7        A.     Yes.  That's fair to say.

8        Q.     So now going back to these two

9    e-mails which are Exhibit 33 and 37, Exhibit 37

10   says "That is individuals with over 100 million

11   net wealth," correct?

12              Do you see that?

13       A.     Yes.

14       Q.     All right.  Do you know if

15   that's -- do you know if Dr. Wright has over

16   100 million net wealth?

17       A.     My assumption, reading this

18   e-mail, is that he has more than 100 million

19   Australian dollars, because this was in the

20   context of a discussion about Australian tax

21   office stuff.

22       Q.     Do you have any personal knowledge

23   as to whether that's actually true?

24              MR. FREEDMAN:  Objection.

25       A.     No.



Page 336

```
 1          Q.     So is this just based on an e-mail
 2     that a person had sent by Dr. Wright?
 3                 MR. FREEDMAN:  Sorry.  There was
 4          an objection between the "Do you have
 5          any personal knowledge as to whether
 6          that's actually true" and "No."
 7          Q.     So is this just based on an e-mail
 8     that appears to have come from Dr. Craig
 9     Wright's e-mail?
10          A.     Yes.
11          Q.     Now, assuming that this is
12     accurate, because we don't know if it is,
13     correct?
14                 So, again, assuming that this is
15     accurate, do you know the source of those
16     funds?  Of the net worth.
17          A.     No.
18          Q.     Could Dr. Wright have won the
19     lottery and got fabulously wealthy?
20          A.     It's possible, yes.
21          Q.     Could he have inherited a lot of
22     wealth?
23          A.     It's possible, yes.  I have no
24     knowledge.
25                 MR. FREEDMAN:  Objection.
```



Page 337

```
1            Q.     Could he have purchased a lot of

2      Bitcoins when they were really cheap in the

3      early days?

4                  MR. FREEDMAN:  Objection.

5            A.     Yes, that's possible, too.

6            Q.     And do you have any knowledge

7      whether Dave Kleiman was involved in generating

8      any of this wealth?

9            A.     No.

10                 MR. FREEDMAN:  Objection.

11           Q.     If this wealth exists, do you know

12     if it's held in Dr. Wright's name?

13           A.     No.

14                 MR. FREEDMAN:  Objection.

15           Q.     Do you know if this wealth is

16     locked up in a trust somewhere?

17           A.     No.

18           Q.     Do you know if Dr. Wright has

19     access to this wealth?

20           A.     No.

21                 MR. KASS:  Let's take a

22            five-minute break.  I'm actually getting

23            close to -- I'm not entirely done, but

24            I'm getting close.  I just want to go

25            over my notes and see if I have anything
```



Page 338

```
 1          else.
 2                   VIDEO TECHNICIAN:  The time is
 3          12:24 p.m.  We are off the record.
 4                   (Proceedings recessed at
 5          12:24 p.m.  and reconvened at 12:33
 6          p.m.)
 7                   VIDEO TECHNICIAN:  The time is
 8          12:33 p.m.  We are back on the record.
 9   BY MR. KASS:
10          Q.    All right.  I'm going to ask you
11   to turn now to what has previously been marked
12   as Exhibit 35, and that's GAVIN_0274.
13                   And then I'm going to also ask you
14   to turn to exhibit that has been previously
15   marked as 34, and that ends in -- it's GAVIN
16   and it's 0732.
17                   Do you recall being asked
18   questions about these --
19                   MR. FREEDMAN:  Sorry, Zalman.  I
20          can't seem to find the first one.  I
21          have GAVIN_0372.  What was the other
22          one?
23                   MR. KASS:  It's 1274.
24                   MR. FREEDMAN:  Got it.  Thank you.
25          Q.    Do you recall being shown these
```



Page 339

```
 1      two exhibits yesterday?

 2          A.      Yes.

 3          Q.      And do you recall being asked

 4      questions about these exhibits?

 5          A.      Vaguely, yes.

 6          Q.      Okay.  Now, on the exhibit that's

 7      labeled 35, do you see the second line.  It

 8      says, "I have sufficient funds that they can

 9      force me to sell"?

10          A.      Yes.

11          Q.      And then do you see in the

12      paragraph under, it says, "It would mean

13      dumping 400 million in coin to pay"?

14          A.      Yes.

15          Q.      Again, do you have any personal

16      knowledge as to whether this is true?

17          A.      No.

18          Q.      Do you know --

19              MR. FREEDMAN:  Objection.

20          Q.      -- what "coin" refers to in this

21      e-mail?

22          A.      I assumed it meant Bitcoin.

23          Q.      Right.  Could it have meant

24      another type of coin?

25              MR. FREEDMAN:  Objection.
```



Page 340

```
 1          A.     It could be a colloquial phase for
 2     money in general.
 3          Q.     Could it be that Dr. Wright is a
 4     coin collector?
 5                 MR. FREEDMAN:  Objection.
 6          A.     It seems unlikely anybody --
 7                 MR. FREEDMAN:  I'm sorry.  I'm
 8          just seeing objection.  There was an
 9          objection, or at least there was
10          supposed to be an objection, between
11          "Could it have meant to be another
12          coin?"  And you have the last objection.
13          Q.     Mr. Andresen, I'm sorry, you got
14     cut off in the middle of your answer.  What was
15     your answer?
16          A.     My answer was 400 million in
17     collectable coins seems unlikely.  That would
18     be a large pile of collectable coins.  So I
19     assume he's not referring to some physical
20     coin.  But I suppose it could be possible.
21     Although, in the context of this e-mail where
22     he talks about signing, it seems unlikely to
23     me.
24          Q.     Unlikely.  But you don't know with
25     any certainty what he's really referring to?
```



Page 341

```
 1            A.      I don't know with absolute --
 2                    MR. FREEDMAN:  Objection.
 3            A.      I don't know with absolute
 4     certainty what he's referring to.
 5            Q.      And you don't know what he's
 6     saying is in fact accurate?
 7            A.      Correct.  I don't even know --
 8                    MR. FREEDMAN:  Objection.
 9            A.      -- if craig@rcjbr.org is the Craig
10     Wright that I met in London.
11            Q.      Okay.  And let's go to Exhibit 35,
12     which -- 34.  I apologize.  34.
13                    Is it your answers apply to this
14     e-mail also, that again you have no personal
15     knowledge as to the contents of this e-mail?
16                    MR. FREEDMAN:  Sorry, Zalman.
17            This is Bates 372?
18                    MR. KASS:  Yes.  No, no.  This is
19            732.
20                    MR. FREEDMAN:  Oh.  Hold on.  Can
21            you give me one second to get the
22            document?  I apologize.
23                    MR. KASS:  Yes.  And I'm going to
24            actually rephrase that question.
25                    MR. FREEDMAN:  I got it.
```



Page 342

```
 1    BY MR. KASS:
 2         Q.     Okay.  So let's look at the one
 3    line that says -- second from the bottom
 4    paragraph, "I have sufficient funds that they
 5    can force me to sell" at the bottom.
 6         A.     I see that.
 7         Q.     Do you know if that's true?
 8         A.     No.  I have no independent
 9    knowledge that that's true.
10         Q.     Sure.  And do you see a reference
11    on the third paragraph from the top relating to
12    "They is part" -- stating, "They is part a few
13    people (not all) in the tax office - years of
14    hate."
15               Do you know anything about that?
16         A.     I don't have any --
17               MR. FREEDMAN:  Objection.
18         A.     No.  I have no independent
19    knowledge about what happened between Craig
20    Wright and a tax office.
21         Q.     So would it be fair to say that,
22    at most, you're reading an e-mail that appears
23    to have been sent, or may have been sent, from
24    Dr. Wright's e-mail address and just
25    interpreting what it says based on your -- on
```



Page 343

1    your belief?

2        A.    Sure.  Yes.

3        Q.    Okay.  Do you recall testifying

4    yesterday that you believe Dr. Wright lied to

5    you?

6        A.    Yes.

7        Q.    What do you believe the lie was?

8        A.    I believe he deceived me, which

9    deception I believe is a form of lying.

10       Q.    Okay.

11       A.    He deceived me about the proof

12   that he would provide to the world that he had

13   a private key to one of the early Bitcoin

14   blocks.

15       Q.    Now, did he say one thing to you

16   and then do something different?  That he was

17   going to do this, and then he didn't do it?

18       A.    I don't think he ever explicitly

19   said what he was going to do.

20       Q.    Okay.  So is it fair to say that

21   you maybe feel misled about what he did?

22       A.    I definitely feel misled about

23   what he did.

24       Q.    Disappointed?

25       A.    Disappointed, yes.



Page 344

```
 1          Q.      But he didn't say a direct
 2     untruth?
 3          A.      Yes.
 4                  MR. FREEDMAN:  Objection.
 5          Q.      Are you familiar with SegWit?
 6          A.      Yes.
 7          Q.      What is SegWit?
 8          A.      SegWit is a technical change to
 9     Bitcoin that I could go into detail about, but
10     I'm not sure you want me to.
11          Q.      High -- hmm.  Let me ask -- okay,
12     let's keep it like that, high level, and we'll
13     see how deep I want to dig.
14          A.      Okay.
15          Q.      Did SegWit change the way
16     transactions are stored on the blockchain?
17          A.      SegWit introduced a new way of
18     storing transactions on the blockchain.  The
19     old way of storing transactions on the
20     blockchain are still valid with the SegWit
21     change.
22          Q.      And if somebody has an old version
23     of the Bitcoin software pre-SegWit, is it able
24     to interact with the newer transactions after
25     SegWit?
```



Page 345

```
 1          A.     No.  If you have an old version of

 2     the software, it won't understand the new form

 3     of transactions.

 4          Q.     And is that a widely-accepted

 5     belief in the Bitcoin community?

 6          A.     Yes, I believe so.

 7                 I should amend my previous

 8     statement --

 9          Q.     Okay.

10          A.     -- because the way SegWit is

11     implemented, I believe old versions of the

12     software will falsely accept SegWit

13     transactions.  It will not properly validate

14     them.

15          Q.     Okay.  So -- what do you mean by

16     that?  I don't want to speak for you.

17          A.     So the job of the Bitcoin software

18     is to make sure that only valid transactions

19     are accepted --

20          Q.     Mm-hmm.

21          A.     -- and what's called confirmed.

22          Q.     Mm-hmm.

23          A.     And so SegWit introduced a new

24     kind of transaction to maintain compatibility.

25                 Old versions of the software
```



Page 346

1    accept all SegWit transactions as valid.

2    Whereas, new versions of the software do you

3    can think of it as deeper checks to make sure

4    that they actually are valid.  And the

5    assumption is the miners who do the ultimate

6    validation all run the fully-validating

7    SegWit-compatible latest version of the Bitcoin

8    software.

9         Q.    So is it fair to say that an older

10   version of the Bitcoin software can't validate

11   the newer SegWit transactions?

12        A.    Yes.

13        Q.    So would it also be fair to say

14   that the actual miner who is going to validate

15   this transaction, right, who by chance happened

16   to get the correct hashing and non- -- do the

17   correct --

18        A.    A miner who solves the block?

19        Q.    Thank you.  The miner who solves

20   the block cannot be a miner running the old

21   software?

22        A.    They could get lucky.

23        Q.    Okay.

24        A.    So, I mean, they might have some

25   SegWit transactions that they accept that turn



Page 347

1    out to be valid.  But if they were to accept --

2    if they were to create a block containing an

3    invalid SegWit transaction, according to the

4    new rules, then the other miners would reject

5    their block.  And so it would not be accepted.

6    They would lose money.

7         Q.    Is it fair to say that it's not

8    fully compatible --

9         A.    Yes.

10        Q.    -- the two versions?

11        A.    Definitely fair to say they're not

12   fully compatible.

13        Q.    And what's your basis for this

14   knowledge?

15        A.    I reviewed the SegWit code

16   changes, or many of the SegWit code changes.

17        Q.    And is one reason that the older

18   software can't recognize the newer transactions

19   is because the way the transaction is

20   structured is kind of mixed about?

21        A.    Yes.

22        Q.    Okay.  Got it.

23              Prior to yesterday's deposition,

24   did you speak with counsel representing Ira

25   Kleiman or Dave Kleiman?  Let's do Dave



Page 348

1    Kleiman, or the Estate of Dave Kleiman.

2         A.    Yes.  They gave me a phone call

3    informing me that this deposition would happen.

4         Q.    And do you recall when that phone

5    call was?

6         A.    I don't recall.

7         Q.    Prior to that phone call, did you

8    have any communication with them?

9         A.    Yes.  We had a phone call

10   discussing the subpoena, and going through the

11   subpoena.

12        Q.    Okay.  Now, did you have any phone

13   calls, other than the two phone calls that you

14   just mentioned?

15        A.    I don't believe so, no.

16        Q.    Did you have any e-mail

17   communications with counsel for doctor -- I

18   mean, for the Plaintiffs?

19        A.    Probably.  Yes.

20             MR. KASS:  Vel, I'm going to

21        request those.

22        Q.    Let's start with the first phone

23   call regarding the subpoena.  What was

24   discussed during that phone call?

25        A.    The scope of the subpoena and



Page 349

1    mechanics of how I would respond to the

2    subpoena.

3          Q.      Did you discuss anything

4    substantively about the Plaintiffs' claims in

5    this case?

6          A.      No, I don't believe so.

7          Q.      And do you recall which attorneys

8    were on that phone call, their names?

9          A.      No, I don't.

10          Q.      Now, in the second phone call, was

11    that more recent?

12          A.      Yes, that was more recent.

13          Q.      Was it within the past few months?

14          A.      Yes.

15          Q.      And what was the substance of the

16    second phone call?

17          A.      It was logistics of this

18    deposition.

19          Q.      Did they ask you any substantive

20    questions?

21          A.      No, not that I recall.

22          Q.      Did they ask you anything about

23    your relationship with Dr. Craig Wright?

24          A.      I don't believe so, no.

25          Q.      Did they ask you anything about



Page 350

```
 1    the proof session that happened in London?

 2            A.      I don't think they asked me

 3    anything about it.  I think that they did say

 4    that they would be asking questions about it.

 5            Q.      Okay.  Did they say that they were

 6    going to be asking questions about anything

 7    else?

 8            A.      Not that I recall, no.

 9            Q.      And how long did that phone call

10    last for?  Approximately.

11            A.      Maybe ten minutes.

12            Q.      And do you know the attorneys that

13    were on that phone call, their names?

14            A.      No, I don't.

15            Q.      Could one have been Velvel

16    Freedman?

17            A.      Very possibly, yes.

18                    MR. KASS:  I'm going to mark the

19            next exhibit, although this is a little

20            risky, because starting a new sheet I

21            don't know if there is another sheet

22            around there.  So I may be jumping.

23                    COURT REPORTER:  Let me tell you

24            that.

25                    (Discussion off the record.)
```



Page 351

```
 1                    (Document marked for
 2            identification as Andresen Exhibit 74)
 3                    MR. KASS:  I'm going to introduce
 4            Exhibit 74, and this is GAVIN_0023.
 5                    MR. FREEDMAN:  Is this one of the
 6            ones you sent me?
 7                    MR. KASS:  Yes, it is.  I sent it
 8            in an e-mail.
 9                    MR. FREEDMAN:  Got it.  Thank you.
10      BY MR. KASS:
11            Q.    Do you recognize this document?
12            A.    Yes.
13            Q.    What is it?
14            A.    It's an e-mail from Stefan
15      Matthews to me.
16            Q.    And what do you say in the
17      substance of that e-mail?
18            A.    I say that I signed an NDA
19      agreement and gave him a Hushmail address to
20      communicate with me.
21                    MR. KASS:  Now, I'm going to
22            introduce as Exhibit 75, and it's Bates
23            number 0024.
24                    (Document marked for
25            identification as Andresen Exhibit 75)
```



Page 352

1          Q.     And do you recognize this

2     document?  If it helps, it's sequentially

3     numbered.

4          A.     Sure.  Yes.  It's probably the

5     signed NDA agreement that was the attachment

6     from the e-mail.

7          Q.     Correct.  And if you go to Page 3,

8     do you see where it says "Signed by Gavin

9     Andresen."

10         A.     Yes.

11         Q.     Is that in fact your signature?

12         A.     That is my signature.

13         Q.     And do you believe that you signed

14     it?

15         A.     I do believe I signed it, yes.

16         Q.     Now, do you know if this

17     non-disclosure agreement was ever revoked?

18         A.     I don't know.

19         Q.     And prior to sitting -- now, let's

20     just look -- I just want to go to the first

21     page.  Under 1.1, it says, "We EITC."

22              And then also if you go to the

23     last page, Page 3, and then it says -- it's

24     blank over here, but it seems like it should be

25     signed by "(a director) for and on behalf of



Page 353

```
 1     EITC Holding Limited"?
 2           A.     Yes.
 3           Q.     So is it fair to say that this
 4     agreement is entered into between you and EITC
 5     Holding Limited?
 6           A.     Assuming that they signed --
 7           Q.     Signed it, yeah.
 8           A.     -- their copy, sure.
 9           Q.     That's who it was intended to be
10     entered into with?
11           A.     Yes.
12           Q.     Prior to being deposed, did you
13     reach out to EITC to see if they had any
14     objections to you providing testimony?
15           A.     No, I did not.
16           Q.     And let's just look at Paragraph
17     1.2.  And it seemed like it defines
18     "Confidential Information."
19                  Do you see that?
20           A.     Yes.
21           Q.     And it says [As Read]:
22     Confidential Information means all confidential
23     or proprietary information (however recorded or
24     preserved) that is associated or made available
25     before or after the date of this agreement (in
```



Page 354

1    any form or medium), directly or indirectly, by

2    the Provider to the recipient.  For the

3    avoidance of doubt, the fact of any

4    confirmation or admission concerning the

5    identity of the creator of blockchain and

6    Bitcoin is Confidential information.

7              Do you see where it says that

8    there?

9         A.    I see where it says that, yes.

10             MR. KASS:  Okay.  I think I'm

11        done, Vel.  It's all yours.

12             MR. FREEDMAN:  Okay.  Can we take

13        a five-minute break and then we'll get

14        back on the record?

15             MR. KASS:  Yes.

16             VIDEO TECHNICIAN:  The time is

17        12:54 p.m.  And I'm going to close out

18        media unit number one of today's

19        deposition.  We are off the record.

20             (Proceedings recessed at

21        12:54 p.m., and reconvened at 1:03 p.m.)

22             VIDEO TECHNICIAN:  The time now is

23        1:03 p.m.  We're coming back on the

24        record.  Now beginning media unit number

25        two in today's deposition with Gavin



Page 355

```
 1          Andresen.  We're on the record.
 2               MR. KASS:  And just before we
 3          start, I'm going to designate the entire
 4          deposition transcript confidential,
 5          especially in light of the nondisclosure
 6          agreement.  And I believe the witness
 7          also may have some additional portions
 8          that the witness wants to designate as
 9          confidential.  I'm not sure if the
10          witness wants to do it now or just send
11          an e-mail to counsel.  How would you
12          like to proceed?
13               THE WITNESS:  I will send an
14          e-mail to counsel.  But I would request
15          that the majority of this remain
16          confidential.
17               MR. KASS:  Okay.
18     EXAMINATION
19     BY MR. FREEDMAN:
20          Q.    All right.  Mr. Andresen, we met
21     yesterday, so I'm not able to be there in
22     person today, but thank you for coming back.
23          A.    You're welcome.
24          Q.    You mentioned yesterday that you
25     might have Bitcoin from your short mining
```



Page 356

```
1      activity back in 2010.  Do you recall that?

2           A.     Yes, I do.

3           Q.     Did you check last night whether

4      or not you had any?

5           A.     No, I did not.

6           Q.     To the best of your recollection

7      right now, do any of the coinbases address --

8      the coinbase addresses of those blocks have all

9      50 coins remaining in them, or have you

10     certainly spent at least some out of all of the

11     coinbase addresses?

12          A.     I've certainly moved them to other

13     wallets.

14          Q.     So would it be fair to say at the

15     current moment, you do not have any -- you do

16     not have any Bitcoin that reside in the

17     coinbase address they were originally mined in

18     back in 2010?

19          A.     Correct.

20          Q.     Okay.  Thank you.

21                 Where does Jon Matonis live?

22          A.     I don't know where Jon Matonis

23     lives.

24          Q.     Do you know his e-mail address?

25          A.     Not off the top of my head, but
```



Page 357

1      it's in my contact list.

2           Q.     Could you look that up for me if

3      we sent you an e-mail after the deposition?

4           A.     Yes.

5           Q.     Do you know his phone number?

6           A.     I may have a phone number in my

7      contacts for him.

8           Q.     Would you mind looking that up for

9      me also after the deposition?

10          A.     Sure.  I could do that.

11          Q.     What about his business address?

12     Do you happen to have that?  Or a home address?

13          A.     I don't think I have any physical

14     addresses for him, no.

15          Q.     Would you expect that Mr. Matonis

16     has knowledge akin to yours about the proof

17     session and interactions directly with Craig

18     Wright?

19               MR. KASS:  Objection to form.

20          A.     I believe Jon told me that he also

21     witnessed some sort of proof, but I have no

22     details of whether it was the same sort of

23     proof session that I had with Dr. Wright or

24     something completely different.

25               I haven't asked him, and he hasn't



Page 358

```
 1     told me.
 2          Q.     Mr. Andresen, have you ever heard
 3     the name Calvin Ayre [Ire], A-y-r-e?
 4          A.     Yes, I've heard --
 5          Q.     Or Ayre [Air].
 6          A.     Yes, I've heard the name Calvin
 7     Ayre.
 8          Q.     In what context?
 9          A.     He's a personality in the Bitcoin
10     world.
11          Q.     Was there any connection -- strike
12     that.
13                 To your knowledge, was there any
14     connection between Calvin Ayre and Craig
15     Wright?
16          A.     Not to my knowledge.
17          Q.     Have you ever heard the name
18     nChain?
19          A.     nChain.  Maybe.  There are many
20     whatever chains in the Bitcoin blockchain
21     world.
22          Q.     Would it surprise you -- strike
23     that.
24                 Do you recall the name EITC
25     Holdings Limited?
```



Page 359

1           A.      EITC Holdings Limited.  Yes, I
2      remember that because I was told EITC stands
3      for East Indian Trading Company.
4           Q.      And in what context did you hear
5      that name?
6           A.      When I flew to London, one of the
7      people I met with was one of the EITC people,
8      and the non-disclosure agreement that I signed
9      was with EITC Holdings.
10          Q.      So this is the company we
11     discussed yesterday being the money men?
12              MR. KASS:  Object to form.
13          A.      Yes.  One of the -- one of the --
14     yes.  EITC Holdings was -- yes, the business
15     that I was told was getting involved with Craig
16     Wright in some form.
17          Q.      I believe you said yesterday they
18     were a type of venture capital firm; is that
19     correct?
20          A.      That was my understanding, yes.  I
21     might have done some online research --
22              MR. KASS:  And object to form.
23          A.      -- looking at what they did.  But,
24     yes, some sort of investment, venture
25     capital --



Page 360

1          Q.     And the reason that you -- sorry,
2     go ahead.
3          A.     Some sort of investment or venture
4     capital firm.
5          Q.     And the reason we use the term
6     money men is because it was your understanding
7     that they were providing the funding associated
8     with Craig's coming-out as Satoshi Nakamoto?
9               MR. KASS:  Object to form.
10         A.     Yes.  That was my understanding.
11         Q.     Mr. Andresen, would it surprise
12    you to hear that Calvin Ayre is behind the
13    entire coming-out as Satoshi Nakamoto is Craig
14    Wright?
15              MR. KASS:  Object to form.
16         A.     Uh, would it surprise me.  Um.
17    Uh.  I mean, this whole affair has been very
18    weird.  So, no, I don't think it would surprise
19    me.
20         Q.     Was there -- thinking back to your
21    time in London, was there any reference to a
22    mysterious backer or a business mogul, or some
23    other shadowy figure, that might be consistent
24    with a reference to Calvin Ayre?
25              MR. KASS:  Object to form.



Page 361

```
 1          A.      No, not that I recall.

 2          Q.      Mr. Andresen, you never spoke

 3    directly -- strike that.

 4                  Did you ever speak to Satoshi

 5    Nakamoto via telephone?

 6          A.      No.

 7          Q.      Did you ever speak to him in any

 8    other way besides written correspondence via

 9    your e-mails and private Bitcoin forum

10    messages?

11          A.      No.

12          Q.      So is it possible that the person

13    you were conversing with in 2010 and 2011 was

14    actually more than one person?

15          A.      Yes, that's possible.

16          Q.      You reviewed many of the e-mails

17    that appear to have come from Craig Wright's

18    addresses during this deposition; would that be

19    a fair characterization?

20          A.      Yes.

21          Q.      And you've spoken to Craig --

22    strike that.

23                  Do you have any indication that it

24    wasn't Craig sending you those e-mails?

25          A.      No, I have no indication that it
```



Page 362

1    was not Craig -- the Craig Wright I met in

2    London sending me those e-mails.

3         Q.    Did Craig ever tell you that you

4    should not trust e-mails that appear to come

5    from him?

6              MR. KASS:  Object to form.

7         A.    I don't think so.

8         Q.    Do you have any reason to think it

9    was not Craig that was the sender of those

10   e-mails?

11        A.    No, I have no reason to think

12   that.

13        Q.    Mr. Andresen, I'm going to read

14   you an e-mail, the first sentence of an e-mail,

15   that Craig Wright sent to Louis Kleiman, which

16   was Dave Kleiman's father.  Is that all right?

17             MR. KASS:  I'll object.  But, yes

18        to the extent you're -- well, I'm just

19        going to leave it to object to the

20        document.  I'm not going to do a speech.

21        If you want, I can flesh out my

22        argument.

23        A.    I'm listening.

24        Q.    It's dated February 11, 2014, and

25   it begins, "Hello Louis, Your son Dave and I



1    are two of the three key people behind

2    Bitcoin..."

3              Is that very similar to what you

4    recall as Craig's statement to you that the

5    person of Satoshi was actually being three

6    people, Dave Kleiman, Craig Wright, and a

7    mysterious person you never asked about?

8              MR. KASS:  Object to form.

9         A.    Yes.

10        Q.    And you testified yesterday that

11   you recall Craig Wright getting emotional and

12   telling you about Dave being one of the three

13   people behind the Satoshi persona.

14             Do you recall that?

15        A.    I think I recall testifying to

16   that, yes.

17             MR. KASS:  Object to form.

18        Q.    And do you recall testifying that

19   it was particularly prominent in your mind

20   because it's unusual; you don't generally see a

21   grown man almost crying?

22             MR. KASS:  Object to form.

23        A.    Yes, I recall that.

24        Q.    So if your recollection is

25   accurate and Craig and Dave -- and Craig told



Page 364

1    you that he and Dave were each one-third of

2    Satoshi Nakamoto, then wouldn't it be true that

3    Craig Wright worked with Dave Kleiman?

4               MR. KASS:  Object to form.

5          A.    Yes, if that -- if my recollection

6    is correct and if Craig Wright was telling the

7    truth, then yes.

8          Q.    It would be accurate to describe

9    that relationship as working with each other?

10              MR. KASS:  Object to form.

11         A.    Sure.

12         Q.    And can you turn to Exhibit 69 for

13   me, which is your blog log post from May 2,

14   2016?

15         A.    Okay.  Yes.

16         Q.    And if you look at the

17   second-to-last paragraph from the bottom of the

18   first page, and that last sentence there, can

19   you read that last sentence that says "But"?

20         A.    "But I'm going to respect

21   Dr. Wright's privacy, and let him decide how

22   much of that story he shares with the world."

23         Q.    You were expressing intent not to

24   reveal much of what Dr. Wright told you during

25   that meeting; is that accurate?



Page 365

```
 1                    MR. KASS:  Object to form.

 2          A.     Yes.

 3          Q.     It was on Dr. Wright to reveal the

 4   intimate details of his being Satoshi; is that

 5   a fair characterization of your attitude?

 6                    MR. KASS:  Object to form.

 7          A.     Can you ask that again?

 8          Q.     Is it a fair characterization of

 9   your attitude toward disclosing what you were

10   told -- strike that.

11                    Would it be fair to say that you

12   were approaching -- no, strike that, too.

13                    Would it be fair to say that you

14   were not going to give many details out about

15   what Craig told you because you believe that

16   was for Craig to share?

17                    MR. KASS:  Objection.

18          A.     Yes.

19          Q.     And can you turn back with me to

20   exhibit I believe it's 73.  It's Bates

21   GAVIN_1759.

22          A.     Okay.

23          Q.     And this is the e-mail

24   correspondence between you and Ira Kleiman; is

25   that accurate?
```



Page 366

```
1            A.      Yes.

2            Q.      Were you sure this was Ira Kleiman

3     that you were e-mailing with?

4            A.      No.  Well --

5            Q.      Is it fair to say that you would

6     have approached any conversation with the

7     recipient of this e-mail with any caution?

8                    MR. KASS:  Object to form.

9            Q.      Let me rephrase that for you.

10                   Is it fair to say that you would

11    be cautious in what you would tell the other

12    person at the end of this e-mail because you

13    weren't really sure this was Dave Kleiman's

14    brother?

15                   MR. KASS:  Object to form.

16           A.      Yes, that's fair.  Well, and I'm

17    not sure --

18           Q.      If you go down --

19           A.      I'm not sure the fact that it was

20    Dave Kleiman's brother has any -- I'm generally

21    cautious about not -- not taking at face value

22    if I receive an e-mail from somebody I haven't

23    met personally and don't have a relationship

24    with, you know, I'm going to be cautious,

25    because e-mails can easily be faked.
```



1          Q.     Right.  So you didn't know who was

2     on the other end of this e-mail chain.

3          A.     Correct.  Everything --

4          Q.     And in -- go ahead.

5          A.     I was just going to say everything

6     I know is in this e-mail.

7          Q.     Right.  And the sender of this

8     e-mail asks you for information about Craig and

9     Dave Kleiman; is that accurate?

10         A.     Yes.

11         Q.     And you respond that Craig said

12    that he worked with David.

13         A.     Yes.

14         Q.     Beyond that, I don't know much.

15    Is that fair?

16         A.     Yes, that's fair.

17         Q.     Now, isn't it true that if Craig

18    told you he and Dave were one-third each of

19    Satoshi, that they worked -- that Craig worked

20    with David?

21              MR. KASS:  Object to form.

22         A.     Yes.

23         Q.     So your e-mail would be a true

24    characterization of your conversation with

25    Craig Wright even if -- strike that.



Page 368

```
 1                 Your e-mail would be a true
 2      characterization of your conversation with
 3      Craig Wright, as you recall it, as he said he
 4      and Dave Kleiman were each -- as he said it,
 5      collectively two-thirds of the Satoshi persona;
 6      is that right?
 7                 MR. KASS:  Object to form.
 8           A.    Can you repeat the question?
 9           Q.    Sure.  Isn't it true that this
10      e-mail is an accurate way to cautiously give
11      someone information that would reflect the
12      conversation you had with Craig Wright that he
13      and Dave Kleiman were two of the three people
14      behind Satoshi Nakamoto?
15                 MR. KASS:  Object to form.
16           A.    I think the only thing I was --
17      again, I have to say my recollection of who
18      told me what when is fuzzy.  So --
19           Q.    But you recall --
20           A.    I do recall Craig saying that he
21      and David worked together, and I do recall him
22      getting emotional when recalling Dave.
23           Q.    In the context --
24                 MR. KASS:  I think he's still --
25                 Vel, the witness is in the middle of
```



Page 369

```
 1              answering still.
 2         A.    So I'm not -- at this point, I'm
 3    not sure my memory is any more clear than being
 4    able to say I'm reasonably certain that they
 5    worked together.  Beyond that -- for example,
 6    the one-third of Satoshi Nakamoto phrase, I
 7    can't say for certain that Craig Wright ever
 8    said that to me.
 9         Q.    But you have a reasonably --
10    you're reasonably -- sorry, let me strike that.
11              Is it more likely than not that he
12    told you that?
13              MR. KASS:  Object to form.
14         A.    I don't know.
15         Q.    Is it less likely than not?
16              MR. KASS:  Object to form.
17         A.    Again, I don't know.  You're
18    asking me to judge my own memory, and I'm --
19    I'm a skeptic.  I've seen the research on how
20    fallible our memories are.  So I'm not a --
21         Q.    Let's do this --
22         A.    -- good judge.
23         Q.    Sorry, go ahead finish.
24         A.    I'm just not a good judge of my
25    own certainty of my own memory.
```



1          Q.    I understand that you can't swear

2     to that this happened exactly as you recall it.

3                Let me ask you the question this

4     way:  Do you have a memory of Craig Wright

5     telling you that he and Dave Kleiman were each

6     one-third Satoshi Nakamoto?

7                MR. KASS:  Object to form.

8          A.    No, I don't --

9          Q.    I understand you can't -- I

10    understand you can't swear that that's exactly

11    what happened.  But do you recall that

12    happening?

13               MR. KASS:  Same objection.

14         A.    No, I don't have a clear memory of

15    that happening.

16         Q.    So yesterday you testified that

17    you recall this occurring.  Where did that come

18    from?

19               MR. KASS:  Object to form.

20         A.    Uh, uh, uh...

21         Q.    In fact, yesterday you said it was

22    particularly prominent in your mind because you

23    remember him getting emotional about it.  It's

24    not every day that you see a grown man crying.

25               Did you make up the testimony



Page 371

1    yesterday that you recall Craig telling you

2    that?

3                    MR. KASS:  Wait.  Vel, if you're

4            purporting to read from the

5            transcript --

6                    MR. FREEDMAN:  Zalman --

7                    MR. KASS: -- we're going to have

8            the same issue.

9                    MR. FREEDMAN:  Zalman, I'm going

10           to -- Zalman, you have to keep your

11           objection to form just like you asked me

12           to.

13                   MR. KASS:  Yes, and like you

14           didn't do it.

15   BY MR. FREEDMAN:

16        Q.    Mr. Andresen, did you make up that

17   memory in your mind, or did you have a memory

18   you were thinking about when you testified

19   about that yesterday?

20                   MR. KASS:  Object to form.

21        A.    It's very possible that that

22   memory is spurious, made up.  It's an

23   amalgamation of things that I've heard.  That's

24   very possible.  I don't have a --

25        Q.    Did you have --



Page 372

1          A.      I have --

2          Q.      But you do have a memory?

3          A.      I have --

4                  MR. KASS:  Object to form.

5          A.      I have two memories that are

6     fuzzy.  Well, I have one memory that is clear,

7     and that's of Craig Wright getting emotional

8     when talking about Dave Kleiman.  That's a

9     fairly clear memory.

10                 I have a less clear memory about

11    Craig saying that there were three main people

12    involved.  I don't have any clear memory of the

13    phrase one-third coming up.  But three

14    people -- I do have a vague memory of him

15    talking about three people, and that the third

16    mysterious person helped out with the

17    cryptography.  That's a clear-ish memory.

18                 Beyond that, everything is fuzz.

19         Q.      Let's break that down a bit.  You

20    have a clear memory of Craig telling you there

21    was a third person who helped out with

22    cryptography behind the Satoshi Nakamoto

23    persona; is that fair?

24                 MR. KASS:  Object to form.

25         A.      A fairly clear memory.  Again,



Page 373

```
 1    it's four years ago, and my memory is

 2    infamously bad.

 3         Q.    I understand.  I just want to get

 4    to where -- I just want to get to what you

 5    remember.  I understand you're disclaiming

 6    necessarily the accuracy of your memory.  But

 7    let's just talk about what is in your memory.

 8              In your memory it's fair to say

 9    there is a particularly clear or fairly clear

10    memory of Craig Wright telling you that there

11    was a third person behind the Satoshi Nakamoto

12    persona that was mysterious or a mystery person

13    who helped out with the cryptography.

14              Is that a fair characterization --

15              MR. KASS:  Object to form.

16         Q.    -- of your memory?

17         A.    I think that's what I just said,

18    yes.

19         Q.    Okay.  Now, necessarily that means

20    there were two other people; is that fair?

21              MR. KASS:  Object to form.

22         A.    Yes.

23         Q.    And you have a fairly clear memory

24    that one of those three people was Craig Wright

25    and the other was Dave Kleiman?
```



Page 374

1           MR. KASS:  Object to form.

2      Q.    Is that fair?

3           MR. KASS:  Object to form.

4      A.    Yes, I think that's fair.

5      Q.    Okay.  When you met with

6  Dr. Wright and in your correspondence with

7  Dr. Wright via e-mail -- let me strike that.

8           In all of your correspondence and

9  interactions with Dr. Wright, do you think it's

10  fair to say that he led you to believe that he

11  was wealthy?

12           MR. KASS:  Object to form.

13      A.    Yes, I'd say that's fair to say.

14      Q.    And is it fair to say that during

15  those interactions he led you to believe that

16  he owned Satoshi's Bitcoin?

17           MR. KASS:  Object to form.

18      A.    Yes.

19      Q.    And do you think it's fair to say

20  that during those interactions he led you to

21  believe that he had significant resources?

22           MR. KASS:  Object to form.

23      A.    Maybe.  And the only reason I say

24  maybe is because he was working with EITC, or

25  appeared to be working with EITC.  And so if he



Page 375

1     had infinite -- near infinite resources or, you

2     know, lots and lots of resources, then it's not

3     clear why he was working with the so-called

4     money men.

5          Q.    Right.

6               MR. FREEDMAN:  No further

7          questions.

8               MR. KASS:  All right.  So, Vel, I

9          have probably five, maybe ten, minutes

10         of questioning.

11              MR. FREEDMAN:  All right.  I just

12         want to point out that I was under the

13         half-hour that I said I reserved.

14              MR. KASS:  Yeah.  That is

15         impressive.  Well, what if we deduct the

16         time you needed to get your things set

17         up.  Anyways...

18    EXAMINATION

19    BY MR. KASS:

20         Q.    Do you recall being asked

21    questions about Calvin Ayre?

22         A.    Just now?

23         Q.    Yes.

24         A.    Yes.

25         Q.    And do you recall being asked



Page 376

1    whether you would be surprised if he was

2    involved in this reveal story in some manner?

3         A.    Yes.

4         Q.    And do you recall testifying that

5    you wouldn't be surprised?

6         A.    Not particularly.  It would be

7    interesting.

8         Q.    Mm-hmm.

9         A.    Unexpected.

10        Q.    Mm-hmm.

11        A.    I'm not sure I would go as far as

12   to say surprising.

13        Q.    Okay.  And do you recall stating

14   something that this whole thing is weird, to

15   that extent?

16        A.    This whole thing is definitely

17   weird, yes.

18        Q.    So would you be surprised if, I

19   don't know, maybe the government is somehow

20   involved in all of this?

21        A.    That would surprise me.

22        Q.    Okay.  Well, let me ask you this:

23   Do you have any reason to believe that Calvin

24   Ayre actually was behind this whole reveal?

25        A.    No.



Page 377

1          Q.     All right.  So it's just like it
2     could be, and it takes a lot to surprise you.
3          A.     Yes.
4          Q.     And do you recall whether
5     throughout all of the exhibits you were shown
6     today any of them were from Calvin Ayre?
7          A.     I don't believe any of them were.
8          Q.     And also all the exhibits you were
9     shown yesterday; is that accurate?
10         A.     Correct.  None of them I don't
11    think mentioned Calvin Ayre.
12         Q.     Did you ever meet Calvin Ayre?
13         A.     I never heard of Calvin Ayre until
14    a couple years ago, as far as I know.
15         Q.     And by "a couple of years ago," is
16    that after you had a proof session in London
17    with Dr. Wright?
18         A.     I believe so.  Yeah, I don't think
19    I had ever run across Calvin Ayre.  And I've
20    never -- as far as I know, I have never met him
21    personally.
22         Q.     Now -- this is where it gets
23    tough -- counsel for Plaintiffs read to you
24    what they stated was an e-mail between
25    Dr. Wright and Dave Kleiman's father.



Page 378

```
 1                    Do you recall that?

 2          A.      Yes.

 3          Q.      Have you ever seen that e-mail?

 4          A.      No.

 5          Q.      And they asked if the contents of

 6    that e-mail were similar to things Dave Wright

 7    had told you -- that Craig Wright had told you?

 8          A.      Yes.

 9          Q.      In what way are they similar?

10          A.      Just the fact that Craig told me

11    that he and Dave had worked together in the

12    past.

13          Q.      Okay.  So that's -- is that the

14    only connection between that e-mail and what

15    Craig had told you in the past?

16          A.      Yes.

17          Q.      And that's the similarity that you

18    were referring to?

19          A.      Yes.

20          Q.      Okay.  Now, you mentioned

21    something about a memory amalgamation.

22                  What do you believe that to be

23    when you state that?

24          A.      Memories are fluid.  We think we

25    remember things that we don't, and we're very
```



Page 379

1    good at putting together multiple memories into

2    what we think is one memory.  So that's what I

3    mean by that.

4              It's very easy to hear things from

5    four different places and then think it's all

6    one memory that you personally experienced when

7    you didn't actually personally experience it.

8         Q.    And are you aware of any factors

9    that can make a memory amalgamation more likely

10   to occur?

11        A.    Sure.  If you're tired.  If you're

12   stressed.  If you're not paying attention,

13   because it's, you know, not something that you

14   think you might need to pay attention to.  All

15   of those things I think contribute to having a

16   worse memory of an event.

17        Q.    And could the frequency of talking

18   about a certain event or getting information

19   about it also impact a likelihood of a memory

20   amalgamation?

21        A.    Sure.  I think there are very good

22   studies about the events of our childhood that

23   are retold in stories.  And if you look at how

24   accurate they actually turn out to be, they're

25   usually not very accurate at all because each



Page 380

1    retelling changes the memory of it.

2         Q.    And have you talked a few times

3    about this proof session to different people?

4         A.    Yes, I have talked a few times

5    about the proof session.

6         Q.    And you've received information

7    from different people also, correct?

8         A.    Yes.  There has been a lot of kind

9    of public articles and Reddit posts and

10   discussion and debate about it, yes.

11        Q.    And have you been reading those

12   articles and posts?

13        A.    I have read many of them, yes.

14        Q.    And could it be that through all

15   of that, all that you read, sort of filtered

16   into your memory and made an amalgamation?

17        A.    That's very possible.  Yes.

18        Q.    And you certainly can't state with

19   certainty that that did not happen?

20        A.    I cannot.

21        Q.    And one thing I want to clear up

22   is my understanding is you have two memories

23   with regards to when you were in London with

24   Dr. Wright.  Two primary memories -- yeah, with

25   Dr. Wright, "I have two primary memories."  Is



Page 381

1     that accurate?

2          A.     Well, I have --

3          Q.     Let me -- I'll narrow it a little

4     bit because I'm sure you remember a lot of

5     stuff.

6          A.     Yes.

7          Q.     With regards to Dave Kleiman,

8     okay, or the identity of Satoshi, do you have

9     two primary memories?

10         A.     That's probably accurate, yes.

11         Q.     Okay.  And what are those two

12    primary memories?

13         A.     The two primary memories are I do

14    remember that Dr. Wright expressed emotion; he

15    expressed sadness when the subject of Dave

16    Kleiman came up.

17         Q.     Okay.

18         A.     I don't recall how the subject

19    came up.

20         Q.     Okay.

21         A.     And then I do -- I think I recall

22    Dr. Wright saying that there was a third person

23    involved somehow in the beginning that helped

24    him with some of the cryptography, because he

25    was not himself a cryptographer.



Page 382

1       Q.      Okay.

2       A.      And I remember that discussion

3   because I had said in an interview previously

4   that Satoshi was not a cryptographer, and I

5   believe that came up with Craig and him saying

6   you're right about that.  I was not a

7   cryptographer.  There was somebody else that

8   helped me with the cryptography.

9       Q.      And are those the two memories

10  that you remember?

11      A.      Yes.

12      Q.      Now, let me ask you, if throughout

13  the deposition -- you've testified numerous

14  hours yesterday, correct?

15      A.      Yes.

16      Q.      And a few hours today?

17      A.      Yes.

18      Q.      If throughout those tellings -- if

19  throughout that time period those memories have

20  changed over time, what would you chalk that up

21  to?

22              MR. FREEDMAN:  Objection.

23      A.      I would --

24      Q.      What would that mean to you?

25      A.      That would just reinforce my



Page 383

```
 1    belief --
 2                 MR. FREEDMAN:  Objection.
 3         A.      -- that our memories are fallible,
 4    and I am no more infallible than any other
 5    human being.  And that, in my opinion, the
 6    written documents of the time are more accurate
 7    than what I remember.
 8                 So anything that I wrote down at
 9    the time, or near the time, is almost certainly
10    more accurate than what I remember.
11         Q.    Okay.  So, for example, if we go
12    to Exhibit 73 and there it says, is written, in
13    less than a month after you had that reveal
14    with Dr. Wright and you said, beyond that,
15    Dr. Wright works with David, I don't know much,
16    that would be more accurate than your current
17    memory?
18         A.    Most likely, yes.
19         Q.    And if you were to put a blog post
20    up a few weeks after the reveal where you said
21    Craig Wright is the person behind Satoshi, that
22    would also be more accurate?
23         A.    Well --
24         Q.    Other than you may have learned
25    things after.
```



Page 384

1          A.     Yeah, I've learned things after
2     that give me doubts.
3          Q.     Right.  But as far as the --
4          A.     What I believed at the time --
5          Q.     Exactly, yes.  What you believed
6     back then.
7          A.     -- that -- yes, that more
8     accurately reflects what I believed at the
9     time.
10         Q.     Okay.  And would you feel
11    comfortable telling the jury in this case that
12    Dr. Wright told you Dave was one-third Satoshi?
13         A.     No.
14              MR. FREEDMAN:  Objection to form.
15              MR. KASS:  I'm done.
16              MR. FREEDMAN:  I just have one
17         question.
18              MR. KASS:  Okay.
19    EXAMINATION
20    BY MR. FREEDMAN:
21         Q.     Mr. Andresen, would you feel
22    comfortable telling -- well, let me strike
23    that.  Actually, I have one -- a couple more
24    than one question.
25              Do you believe that everything you



Page 385

1      said today is your best attempt to tell the

2      truth?

3            A.      Yes.

4            Q.      And so your testimony to me

5      earlier that you have a reasonably clear memory

6      was your attempt to tell the truth?

7            A.      Yes.

8            Q.      And you just can't be sure of the

9      accuracy of that memory; is that right?

10           A.      That's correct.

11           Q.      So you would be comfortable, then,

12     would you not, with the jury hearing the entire

13     presentation of the story; that you have this

14     memory that you can't be sure is correct.  Is

15     that fair?

16           A.      Sure.

17           Q.      And, Mr. Andresen, is there

18     anything inconsistent between the statement

19     Craig said that he worked with Dave, and Craig

20     and Dave each being one-third of the Satoshi

21     Nakamoto team?

22           A.      No.  Those would be consistent

23     statements.

24                   MR. FREEDMAN:  I have no further

25           questions.



Page 386

```
 1                    MR. KASS:  I have one, maybe two
 2          follow-ups.
 3    EXAMINATION
 4    BY MR. KASS:
 5          Q.    So, Mr. Andresen, when you say
 6    those statements aren't inconsistent, is that
 7    consistent as we've been talking about it
 8    earlier on today?
 9          A.    Yes, that's consistent in that
10    they don't contradict each other.
11          Q.    Right.  But it doesn't mean that
12    it was actually said.
13          A.    Correct.
14          Q.    Now, you were asked about this
15    memory which was stated reasonably clear --
16    that was that you had a reasonably clear
17    memory.  Do you recall earlier stating it was a
18    fuzzy memory?
19          A.    I don't recall, but it's very
20    possible that I contradicted myself.
21          Q.    Is that because memory is --
22          A.    That's because memory is fuzzy.
23          Q.    Okay.  Now, if you were the jury,
24    would you feel comfortable relying on that
25    fuzzy memory in determining the outcome of this
```



Page 387

1    type of case?

2              MR. FREEDMAN:  Objection.

3         A.    If I was on a jury, no.

4         Q.    Okay.

5         A.    I would be skeptical of any memory

6    longer than events that happened a week ago,

7    frankly.

8         Q.    And is this also in particular

9    knowing your own memory?

10             MR. FREEDMAN:  Objection.

11        A.    Yes.  My wife can tell you all

12   about how poor my memory tends to be.

13        Q.    Do you believe your memory is also

14   suggestible?

15        A.    Yes, I believe everybody's memory

16   is suggestible.

17             MR. KASS:  That's all I have.

18             MR. FREEDMAN:  Just objection to

19        that last question.  And I have no

20        further questions.

21             MR. KASS:  All right.  I think we

22        are done.

23             VIDEO TECHNICIAN:  The time now is

24        1:41 p.m., and we're coming to the end

25        of media unit number two, and we have



Page 388

```
 1          reached the end of today's deposition

 2          with Gavin Andresen.  We are off the

 3          record.

 4               (Discussion off the record)

 5               MR. FREEDMAN:  Mr. Andresen, you

 6          have a right to read your deposition

 7          transcript and correct any errors you

 8          think, if, you know, the court reporter

 9          took down yes and you said no, that sort

10          of thing, you can correct those errors.

11          Or you can rely on the fact that she got

12          her job right and there is a video and

13          waive the right to review that

14          deposition transcript.

15               Which would you like to do?

16               THE WITNESS:  I'd like to waive

17          that right.

18               MR. KASS:  Now, I just have one

19          other question.  But, Mr. Andresen, you

20          did state that you wanted to designate

21          certain portions as confidential, that

22          would require you to read the

23          deposition, unless you want to state you

24          want the whole thing confidential.

25               THE WITNESS:  I would like the
```



Page 389

1          whole thing to be confidential.

2                  MR. KASS:  All right.  I think

3          that's it, Vel.  Unless you have

4          anything.

5                  MR. FREEDMAN:  Nope.

6                  MR. KASS:  Okay.

7                  MR. FREEDMAN:  Thank you.

8                  (Time Noted: 1:42 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 390

```
 1              C E R T I F I C A T E

 2

 3    COMMONWEALTH OF MASSACHUSETTS

 4    SUFFOLK, SS.

 5              I, MaryJo O'Connor, a Notary Public

 6    in and for the Commonwealth of

 7    Massachusetts, do hereby certify:

 8              That GAVIN ANDRESEN, the witness

 9    whose testimony is hereinbefore set forth,

10    was duly sworn by me and that such testimony

11    is a true and accurate record of my

12    stenotype notes taken in the foregoing

13    matter to the best of my knowledge, skill

14    and ability.

15              IN WITNESS WHEREOF, I have hereunto

16    set my hand and Notarial Seal this 29th day

17    of February 2020.

18

19

20

21              MARYJO O'CONNOR, RDR/RMR

22                   Notary Public

23

24    My Commission expires:

25    September 12, 2025
```



**A**

abilities 291:19,22
ability 292:8
 390:14
able 295:11 330:3
 344:23 355:21
 369:4
absolute 341:1,3
Absolutely 325:12
 334:8
accept 345:12
 346:1,25 347:1
accepted 345:19
 347:5
access 307:2 337:19
account 301:14
accuracy 373:6
 385:9
accurate 291:6
 292:19 304:15,19
 323:1,3 325:21
 336:12,15 341:6
 363:25 364:8,25
 365:25 367:9
 368:10 377:9
 379:24,25 381:1
 381:10 383:6,10
 383:16,22 390:11
accurately 384:8
activity 321:24
 322:5 356:1
actual 292:18
 346:14
additional 355:7
address 293:20
 305:1 342:24
 351:19 356:7,17
 356:24 357:11,12
addresses 356:8,11
 357:14 361:18
admission 354:4
affair 310:23
 360:17
affiliations 282:24
ago 373:1 377:14

377:15 387:6
agree 292:16,16,24
agreed 329:7
agreement 281:19
 351:19 352:5,17
 353:4,25 355:6
 359:8
ah 298:3,3
ahead 319:18 360:2
 367:4 369:23
Air 358:5
akin 357:16
al 282:7
allowed 319:9
amalgamation
 371:23 378:21
 379:9,20 380:16
amateur 296:16
amend 345:7
Amherst 279:11
analysis 302:3
Andreas 288:7
Andresen 278:19
 279:10 281:2,10
 282:5 283:13,20
 284:5 293:11,12
 294:18 340:13
 351:2,25 352:9
 355:1,20 358:2
 360:11 361:2
 362:13 371:16
 384:21 385:17
 386:5 388:2,5,19
 390:8
annoyed 313:5
answer 320:18
 340:14,15,16
answered 316:22
 329:17 331:1,3,5
 331:12,14
answering 320:12
 328:13,15 369:1
answers 341:13
Antonopoulos
 288:7
anybody 283:4

284:7 304:8 340:6
Anyways 375:17
apologize 341:12
 341:22
appear 303:18
 323:4 361:17
 362:4
appeared 374:25
appears 310:3
 336:8 342:22
applied 303:5
apply 341:13
applying 303:11,12
appreciate 283:21
 301:16
approached 366:6
approaching
 365:12
appropriate 319:17
 319:22
approximately
 295:19,23 350:10
April 295:22
argument 319:12
 362:22
arrangement 291:2
 291:4
article 301:19,23
 302:1,3
articles 380:9,12
asked 285:9,14,16
 285:19 296:19
 301:3 303:4
 305:16,18,19,25
 306:10,14,21
 307:7,18 309:1
 311:4 316:22
 320:5,9 321:22
 328:7,25 329:11
 331:5,13,14 332:7
 332:24 338:17
 339:3 350:2
 357:25 363:7
 371:11 375:20,25
 378:5 386:14
asking 303:19

317:8 350:4,6
 369:18
asks 367:8
associated 353:24
 360:7
assume 340:19
assumed 304:5
 339:22
assuming 322:24
 323:3 328:11
 336:11,14 353:6
assumption 335:17
 346:5
attachment 352:5
attempt 385:1,6
attend 284:15
attention 379:12,14
attitude 365:5,9
attorneys 349:7
 350:12
Australian 335:19
 335:20
authored 308:7
available 353:24
avoidance 354:3
aware 285:10,13,22
 379:8
Ayre 358:3,5,7,14
 360:12,24 375:21
 376:24 377:6,11
 377:12,13,19
A-y-r-e 358:3
a.m 279:6 282:11

**B**

back 283:21 310:6
 324:13 335:8
 338:8 354:14,23
 355:22 356:1,18
 360:20 365:19
 384:6
backer 360:22
bad 373:2
based 285:1 296:23
 320:24 330:13
 332:25 336:1,7

342:25
basis 330:19 331:7
 347:13
Bates 281:11,13,16
 281:20 294:21
 308:14 341:17
 351:22 365:20
beauty 299:16
beginning 354:24
 381:23
begins 282:3
 362:25
behalf 280:3,14
 352:25
belief 343:1 345:5
 383:1
believe 288:2
 290:12 291:1
 297:14 298:1
 300:18 301:19
 304:15 309:15
 311:13 313:6,15
 320:10,15,20
 321:10 322:1
 323:9 327:1
 329:17 334:1
 343:4,7,8,9 345:6
 345:11 348:15
 349:6,24 352:13
 352:15 355:6
 357:20 359:17
 365:15,20 374:10
 374:15,21 376:23
 377:7,18 378:22
 382:5 384:25
 387:13,15
believed 384:4,5,8
believes 323:5
best 284:3 308:3
 325:6 356:6 385:1
 390:13
better 316:14
beyond 296:11,14
 323:18 367:14
 369:5 372:18
 383:14



**bigger** 298:22
**Biscayne** 280:7
**bit** 316:9 372:19
  381:4
**Bitcoin** 285:5
  286:22,24 287:5
  287:13,16,25
  288:5,10,13,14,16
  288:20,24 289:1,2
  289:4,6,7,9,11,13
  289:16,18,19,23
  292:3 295:17
  296:20 297:16,21
  297:23,25 298:1
  298:16,18,21
  299:1,11,13,16,18
  300:4,6,15 301:4
  301:11 304:1
  316:9 334:12,16
  339:22 343:13
  344:9,23 345:5,17
  346:7,10 354:6
  355:25 356:16
  358:9,20 361:9
  363:2 374:16
**Bitcoins** 337:2
**Bitcoin's** 323:6
**blank** 352:24
**block** 300:15,16,19
  300:20 329:8,8
  346:18,20 347:2,5
**blockchain** 344:16
  344:18,20 354:5
  358:20
**blocks** 343:14
  356:8
**blog** 364:13 383:19
**bottom** 295:5 302:7
  342:3,5 364:17
**Boulevard** 280:7
  280:16
**break** 324:2,4,6,16
  333:12 337:22
  354:13 372:19
**brother** 294:10
  295:15 366:14,20

**BTC** 307:4
**bunch** 325:19
**business** 291:2,3,14
  357:11 359:14
  360:22
**businessmen** 291:6

### C

**C** 278:16 280:1
  282:1 289:24
  290:3 390:1,1
**call** 291:6 348:2,5,7
  348:9,23,24 349:8
  349:10,16 350:9
  350:13
**called** 345:21
**calls** 348:13,13
**Calvin** 358:3,6,14
  360:12,24 375:21
  376:23 377:6,11
  377:12,13,19
**capital** 290:22
  359:18,25 360:4
**car** 311:24,25
**case** 278:4 349:5
  384:11 387:1
**cash** 316:9
**Castro** 282:16
**caution** 366:7
**cautious** 366:11,21
  366:24
**cautiously** 368:10
**Center** 280:6
**certain** 292:9
  299:22 369:4,7
  379:18 388:21
**certainly** 299:11
  307:25 322:6
  334:17 356:10,12
  380:18 383:9
**certainty** 330:15
  340:25 341:4
  369:25 380:19
**certify** 390:7
**chain** 367:2
**chains** 358:20

**chalk** 382:20
**chance** 346:15
**change** 309:24
  344:8,15,21
**changed** 382:20
**changes** 347:16,16
  380:1
**characterization**
  361:19 365:5,8
  367:24 368:2
  373:14
**characterize**
  286:20,21
**cheap** 337:2
**check** 310:6 356:3
**checks** 346:3
**childhood** 379:22
**choose** 294:2
**chose** 294:4,5
**chosen** 294:7
**claimed** 284:12
**claims** 349:4
**clarifying** 301:17
  310:20
**class** 333:23
**classify** 288:13
**clear** 300:13 369:3
  370:14 372:6,9,10
  372:12,20,25
  373:9,9,23 375:3
  380:21 385:5
  386:15,16
**clear-ish** 372:17
**close** 292:18 307:8
  337:23,24 354:17
**closely** 304:18
**closer** 284:1 306:18
**coach** 302:20
**code** 290:2 297:16
  297:19,21,23
  298:1,8,16,19,22
  347:15,16
**coded** 289:23
**coding** 289:22,25
  291:19 298:25
**coin** 339:13,20,24

  340:4,12,20
**coinbase** 356:8,11
  356:17
**coinbases** 356:7
**coins** 340:17,18
  356:9
**collaborate** 303:19
**collaboration**
  304:20 320:8
**collectable** 340:17
  340:18
**collectively** 368:5
**collector** 340:4
**colloquial** 340:1
**come** 286:7 312:24
  313:1 314:14
  336:8 361:17
  362:4 370:17
**comfortable** 384:11
  384:22 385:11
  386:24
**coming** 283:21
  325:3 354:23
  355:22 372:13
  387:24
**coming-out** 360:8
  360:13
**Commission**
  390:24
**committed** 285:11
**common** 299:21,22
  299:22 300:1
**Commonwealth**
  279:15 390:3,6
**communicate**
  351:20
**communicating**
  300:25 326:24
**communication**
  348:8
**communications**
  348:17
**community** 286:24
  287:6,13,16 345:5
**community's**
  286:22

**company** 359:3,10
**compatibility**
  345:24
**compatible** 347:8
  347:12
**compensated**
  299:25
**completely** 357:24
**complicated** 321:24
**concerning** 354:4
**conditional** 329:13
  329:19 330:10,12
**conduct** 319:3,13
  319:18
**confidential** 353:18
  353:22,22 354:6
  355:4,9,16 388:21
  388:24 389:1
**confirmation** 354:4
**confirmed** 345:21
**conflict** 311:21
**conflicting** 312:7
**confusing** 292:22
**connection** 358:11
  358:14 378:14
**consider** 289:19
  297:18 298:15
**consistent** 311:12
  311:17,20,21
  312:1,4,6,16,18
  313:7 314:6,19
  320:6,21,24 321:3
  321:11,25 322:3,6
  322:11 323:10,15
  323:17,22 325:19
  360:23 385:22
  386:7,9
**contact** 297:9 357:1
**contacts** 357:7
**contained** 327:13
  327:17
**containing** 347:2
**contents** 341:15
  378:5
**context** 335:20
  340:21 358:8



359:4 368:23
**Continued** 278:18
279:9 283:13
**continuing** 282:4
**contractor** 326:6
**contradict** 386:10
**contradicted** 386:20
**contribute** 299:23
379:15
**contributed** 298:23
**contribution** 298:6
**controls** 327:22
328:3
**controversial** 287:5
**conversation** 309:5
366:6 367:24
368:2,12
**conversations** 285:2 296:2 313:4
**conversing** 361:13
**convinced** 284:23
**copied** 309:5,22
**copy** 310:5 353:8
**copying** 310:17
**correct** 284:13,14
292:9 293:9
296:22 305:3,8,9
308:21 310:5
312:9 314:12
315:5,14,15
335:11 336:13
341:7 346:16,17
352:7 356:19
359:19 364:6
367:3 377:10
380:7 382:14
385:10,14 386:13
388:7,10
**correspondence**
361:8 365:24
374:6,8
**counsel** 282:22
347:24 348:17
355:11,14 377:23
**couple** 377:14,15

384:23
**course** 324:3
**court** 278:2 282:9
282:19 283:9
285:11,20,24
290:11 319:23
324:16 350:23
388:8
**Courtyard** 279:10
282:13
**covered** 334:22
**Craig** 278:12 282:7
283:1 284:22
285:11 286:21,22
287:4,10 290:24
295:14,21 296:2,9
301:7 305:5
307:20,23 308:4
313:19,23 314:9
314:10 315:2,10
315:13,14 320:25
327:6 333:4,14,18
336:8 341:9
342:19 349:23
357:17 358:14
359:15 360:13
361:17,21,24
362:1,1,3,9,15
363:6,11,25,25
364:3,6 365:15,16
367:8,11,17,19,25
368:3,12,20 369:7
370:4 371:1 372:7
372:11,20 373:10
373:24 378:7,10
378:15 382:5
383:21 385:19,19
**Craig's** 320:7 360:8
363:4
**craig@panopticr...**
305:4
**craig@rcjbr.org**
341:9
**create** 347:2
**created** 295:17
**creator** 354:5

**criteria** 288:12
**cross-border** 289:9
**crying** 363:21
370:24
**cryptographer**
381:25 382:4,7
**cryptography**
372:17,22 373:13
381:24 382:8
**currency** 316:9
**current** 356:15
383:16
**cut** 331:24 340:14
**CYRULNIK** 280:4

**D**
**D** 278:16 281:1
282:1
**date** 330:14 353:25
**dated** 295:7 316:5
362:24
**Dave** 291:19,25
292:3 313:2,19
314:10,15,18
315:3,9,19 316:10
320:25 322:6,21
323:14,20 325:21
337:7 347:25,25
348:1 362:16,25
363:6,12,25 364:1
364:3 366:13,20
367:9,18 368:4,13
368:22 370:5
372:8 373:25
377:25 378:6,11
381:7,15 384:12
385:19,20
**Dave's** 296:2 320:8
**David** 278:8 282:6
296:10,20 367:12
367:20 368:21
383:15
**David's** 294:10
**day** 307:3 322:20
370:24 390:16
**days** 337:3

**de** 280:16
**deal** 324:25 325:10
333:15
**debate** 380:10
**debt** 334:7
**deceived** 343:8,11
**deception** 343:9
**decide** 364:21
**deduct** 375:15
**deep** 344:13
**deeper** 346:3
**Defendant** 278:13
280:14
**Defense** 278:9
**defines** 353:17
**definitely** 287:7
307:10 343:22
347:11 376:16
**definitively** 310:2
**depo** 319:25
**deposed** 353:12
**deposition** 278:18
279:9 282:5,12
284:6,7,8,9 319:4
347:23 348:3
349:18 354:19,25
355:4 357:3,9
361:18 382:13
388:1,6,14,23
**describe** 289:14
302:19 364:8
**designate** 355:3,8
388:20
**detail** 312:5 344:9
**details** 288:16,17
291:3 357:22
365:4,14
**detectives** 296:16
**determining**
386:25
**different** 289:1,2
343:16 357:24
379:5 380:3,7
**dig** 344:13
**Diplomat** 279:13
**direct** 312:17

323:19 344:1
**directly** 312:7
354:1 357:17
361:3
**director** 352:25
**disagree** 312:13
319:15
**disagreement**
312:18
**Disappointed**
343:24,25
**disclaiming** 373:5
**disclosing** 365:9
**discovery** 304:8
**discuss** 349:3
**discussed** 292:7
348:24 359:11
**discussing** 348:10
**discussion** 332:16
335:20 350:25
380:10 382:2
388:4
**discussions** 285:5
**dislikes** 287:1
**District** 278:2,3
282:9
**docket** 310:23
**doctor** 311:13
348:17
**document** 281:18
293:10,13 294:15
294:17,19,22
295:2 302:11,24
304:12,14 305:17
305:20 308:22
309:2,6,12,13
311:4 318:1,24
328:8,12 341:22
351:1,11,24 352:2
362:20
**documents** 285:20
317:24 325:13
383:6
**doing** 286:8 300:3
**dollars** 335:19
**doubt** 354:3



doubts 384:2
Dr 283:1 284:22
  285:19 286:21,22
  287:4,10,21
  289:15,17 290:24
  291:16 295:21
  297:1 303:5,9
  304:16,22 305:5
  308:7 311:13
  313:8 320:22
  321:5,5,12 322:1
  323:1,4,10 325:20
  327:6 329:25
  330:16 332:25
  333:4 335:4,15
  336:2,8,18 337:12
  337:18 340:3
  342:24 343:4
  349:23 357:23
  364:21,24 365:3
  374:6,7,9 377:17
  377:25 380:24,25
  381:14,22 383:14
  383:15 384:12
drafted 307:20
dressed 333:25
dresses 333:7
drivers 283:15
drop 306:8
duly 283:15 390:10
dumping 339:13

_____ E _____

E 278:16 280:1,1
  281:1 282:1,1
  390:1,1
earlier 385:5 386:8
  386:17
early 337:3 343:13
easier 302:9
easiest 310:14
easily 366:25
East 359:3
easy 309:19,20
  330:4,15 379:4
edge 307:8

editing 316:6
EITC 352:21 353:1
  353:4,13 358:24
  359:1,2,7,9,14
  374:24,25
either 283:25 284:8
  330:25
electronic 316:8
embedded 295:1
emotion 381:14
emotional 363:11
  368:22 370:23
  372:7
employee 326:2
ends 293:2,3
  328:21,21 331:22
  331:23 338:15
entered 353:4,10
entire 355:3 360:13
  385:12
entirely 337:23
entitled 281:18
error 308:24
errors 388:7,10
especially 355:5
ESQ 280:10,19
essentially 313:17
  323:22
Estate 278:7 282:6
  348:1
et 282:7
event 292:18
  379:16,18
events 292:9
  379:22 387:6
everybody's 387:15
exactly 310:2
  317:20 324:25
  332:22 370:2,10
  384:5
EXAMINATION
  281:2 283:18
  355:18 375:18
  384:19 386:3
examined 283:18
example 327:20

369:5 383:11
exchange 301:10
  327:14,18
exhibit 281:10,11
  281:13,16,18
  293:1,5,11 294:16
  294:18 297:7
  302:14 305:10
  308:13,22 309:23
  310:22,23 324:1
  326:15 328:20
  331:18,22 332:11
  332:12 333:1
  335:9,9 338:12,14
  339:6 341:11
  350:19 351:2,4,22
  351:25 364:12
  365:20 383:12
exhibits 281:9
  339:1,4 377:5,8
existing 307:4
exists 337:11
expect 357:15
expectation 299:9
expecting 299:24
experience 379:7
experienced 379:6
expert 287:25
  288:5,10,13,14,25
  288:25 289:3,6,7
  289:10,11,20
expires 390:24
explicitly 343:18
expressed 381:14
  381:15
expressing 364:23
extent 296:1 307:18
  362:18 376:15
e-mail 281:11,13,16
  285:1 293:16,19
  294:9,24 295:2,6
  295:9,19 300:14
  303:9 304:23
  305:1 307:19
  314:12 316:5
  326:21,24 327:9

327:13,18 328:8
  328:17,23 329:1,4
  329:4 331:20
  335:18 336:1,7,9
  339:21 340:21
  341:14,15 342:22
  342:24 348:16
  351:8,14,17 352:6
  355:11,14 356:24
  357:3 362:14,14
  365:23 366:7,12
  366:22 367:2,6,8
  367:23 368:1,10
  374:7 377:24
  378:3,6,14
e-mailing 366:3
e-mails 297:7 308:7
  332:5,8 335:9
  361:9,16,24 362:2
  362:4,10 366:25

_____ F _____

F 278:16 390:1
fabulously 336:19
face 298:21 366:21
fact 298:14 299:13
  303:14 314:16
  320:21,25 329:24
  329:25 333:8
  334:14 341:6
  352:11 354:3
  366:19 370:21
  378:10 388:11
factors 379:8
fair 284:21 287:9
  291:13 296:18,23
  298:9,12,24
  301:12 304:25
  308:2 313:18
  314:24 315:9
  327:8 328:6 335:2
  335:7 342:21
  343:20 346:9,13
  347:7,11 353:3
  356:14 361:19
  365:5,8,11,13

366:5,10,16
  367:15,16 372:23
  373:8,14,20 374:2
  374:4,10,13,14,19
  385:15
fairly 310:15 372:9
  372:25 373:9,23
faked 366:25
fallible 369:20
  383:3
falsely 345:12
familiar 344:5
far 296:4,5 376:11
  377:14,20 384:3
faster 298:4
father 362:16
  377:25
February 279:5
  282:10 362:24
  390:17
feel 299:3 343:21
  343:22 384:10,21
  386:24
figure 287:5 360:23
file 309:15
filtered 380:15
Financial 280:6
financially 299:25
find 338:20
findings 285:22
fine 321:16 331:6
finish 318:17
  369:23
Finney 322:22
firm 282:16 290:21
  290:22 359:18
  360:4
first 306:1 322:24
  327:21 329:6
  332:12 333:13
  338:20 348:22
  352:20 362:14
  364:18
fit 288:21
five 324:5 375:9
five-minute 337:22



354:13
flesh 362:21
flew 359:6
Florida 278:3
  280:9,17 282:10
fluid 378:24
fly 284:18,22
focusing 301:13
follows 283:17
follow-ups 386:2
force 339:9 342:5
foregoing 390:12
forged 285:20
form 285:8 286:3
  286:18,25 287:8
  292:6 307:21
  313:21,25 314:8
  316:8 317:21,23
  319:2,10,11 343:9
  345:2 354:1
  357:19 359:12,16
  359:22 360:9,15
  360:25 362:6
  363:8,17,22 364:4
  364:10 365:1,6
  366:8,15 367:21
  368:7,15 369:13
  369:16 370:7,19
  371:11,20 372:4
  372:24 373:15,21
  374:1,3,12,17,22
  384:14
format 309:13
forth 390:9
fortune 334:11,16
forum 361:9
found 285:11
foundation 303:6
  304:1,17
four 373:1 379:5
fourth-from-the-...
  306:5
frankly 296:15
  387:7
Freedman 280:4,10
  281:4,5 283:2,2

funding 360:7
funds 336:16 339:8
  342:4
further 375:6
  385:24 387:20
fuzz 372:18
fuzzy 368:18 372:6
  386:18,22,25

## G

G 282:1
Gavin 278:19
  279:10 281:2
  282:5 283:13
  293:2 322:23
  328:21 331:22
  338:15 352:8
  354:25 388:2
  390:8
GAVIN_00000023
  281:17
GAVIN_00000024
  281:20
GAVIN_00000026
  281:21
GAVIN_00001759
  281:14
GAVIN_00001760
  281:15
GAVIN_00001821
  281:12
GAVIN_0023
  351:4
GAVIN_0274
  338:12
GAVIN_0344
  331:18
GAVIN_0372
  338:21
GAVIN_0622
  326:17
GAVIN_1077
  305:13
GAVIN_1296
  302:9,16
GAVIN_1759

283:23 284:24
285:8 286:1,5,10
286:13,25 287:8
287:19,22 288:1
290:7,10 292:6,23
293:4,7 294:13,20
297:2 299:6
302:10,15,18,21
303:24 305:14
307:21,24 308:9
308:16,18 311:1
313:21,25 314:8
315:7,12,17,21
316:16 317:3,10
317:15,18,22
318:1,5,8,15,19
318:22 319:15,21
320:1,17 321:4,8
321:13 323:8
324:14,15 325:12
325:22 326:19
328:10 330:6,18
330:21,24 331:3,8
331:24 332:2,20
333:5 334:5,10
335:1,6,24 336:3
336:25 337:4,10
337:14 338:19,24
339:19,25 340:5,7
341:2,8,16,20,25
342:17 344:4
350:16 351:5,9
354:12 355:19
371:6,9,15 375:6
375:11 382:22
383:2 384:14,16
384:20 385:24
387:2,10,18 388:5
389:5,7
frequency 379:17
front 306:6 319:12
Frustration 307:13
fully 347:8,12
fully-validating
  346:6
functioned 298:2

365:21
GAVIN_2007
  308:15
geeks 289:12
general 286:23
  340:2
generally 363:20
  366:20
generating 337:7
getting 337:22,24
  359:15 363:11
  368:22 370:23
  372:7 379:18
give 299:10 341:21
  365:14 368:10
  384:2
gladly 324:4
GMX 316:11
go 295:5 296:12
  305:10,21 307:16
  308:6,12 310:6
  311:9 312:22
  315:23 319:18
  321:19,19,20
  322:15 337:24
  341:11 344:9
  352:7,20,22 360:2
  366:18 367:4
  369:23 376:11
  383:11
going 284:3 292:25
  294:14,15 297:7
  302:5,6 305:10
  306:4,17 307:9,15
  310:21 311:9
  312:21 315:23
  316:2,3,7,25
  321:16,21 322:16
  324:20,22 325:15
  326:14 329:18
  331:17,19,21
  335:8 338:10,13
  341:23 343:17,19
  346:14 348:10,20
  350:6,18 351:3,21
  354:17 355:3

362:13,19,20
364:20 365:14
366:24 367:5
371:7,9
good 282:2 283:20
  288:15,19 289:18
  316:23 334:1,1
  369:22,24 379:1
  379:21
government 376:19
green 311:25
grown 363:21
  370:24

## H

hacked 287:21
hacking 287:16
Hadley 278:20
  279:10,11 282:14
Hadley-Amherst
  282:13
Hal 322:21
half 333:16
halfway 295:1
half-hour 375:13
hand 322:17
  390:16
Hang 284:2
happen 314:24
  315:1 322:13
  348:3 357:12
  380:19
happened 296:3
  314:22 322:9,11
  322:21 323:14,23
  342:19 346:15
  350:1 370:2,11
  387:6
happening 370:12
  370:15
happy 296:15
hard 298:3 329:20
hashing 346:16
hate 342:14
head 356:25
hear 283:24 359:4



360:12 379:4
**heard** 322:5 335:4
358:2,4,6,17
371:23 377:13
**hearing** 324:18
385:12
**heart** 322:17
**heavily** 334:6
**held** 279:10 282:8
337:12
**Hello** 362:25
**help** 300:13 316:6
316:12
**helped** 298:4
322:19 372:16,21
373:13 381:23
382:8
**helping** 298:16
**helps** 352:2
**hereinbefore** 390:9
**hereunto** 390:15
**hidden** 306:9,12
**high** 344:11,12
**higher** 285:23
**hmm** 344:11
**hold** 302:15 341:20
**Holding** 353:1,5
**Holdings** 358:25
359:1,9,14
**home** 357:12
**hours** 382:14,16
**human** 383:5
**Hushmail** 351:19

**I**

**idea** 305:3
**identification**
293:11 294:18
351:2,25
**identified** 283:14
**identity** 354:5
381:8
**impact** 292:8
298:22 379:19
**implemented**
345:11

**important** 297:20
297:22
**impossible** 314:23
314:25 329:22
**impressive** 375:15
**improper** 317:24
318:18 319:11
320:3
**inappropriate**
319:8
**inaudible** 286:14
**incentives** 299:17
**include** 288:22
**inconsistent** 312:13
313:24 315:4
385:18 386:6
**incredible** 306:1
**independent** 291:9
291:11 326:6
342:8,18
**Indian** 359:3
**indication** 361:23
361:25
**indicator** 333:25
334:1
**indirectly** 354:1
**individuals** 335:10
**infallible** 383:4
**infamously** 373:2
**infinite** 375:1,1
**Info** 278:9
**information** 327:13
327:17 328:12
353:18,22,23
354:6 367:8
368:11 379:18
380:6
**informed** 296:25
**informing** 348:3
**inherited** 336:21
**instrumental**
298:15,19 323:5
323:21
**intended** 353:9
**intent** 364:23
**interact** 344:24

**interactions** 357:17
374:9,15,20
**interacts** 289:4
**interesting** 376:7
**interpret** 303:22
**interpretation**
308:3 328:16
**interpreting** 342:25
**interview** 382:3
**intimate** 365:4
**introduce** 282:23
292:25 351:3,22
**introduced** 302:13
326:17 344:17
345:23
**invalid** 347:3
**investigative**
296:16
**investment** 290:21
359:24 360:3
**involve** 310:16
**involved** 285:4
337:7 359:15
372:12 376:2,20
381:23
**Ira** 278:6 280:24
283:6 293:17,23
294:24 295:3,7
296:18 297:8,9
314:12 347:24
365:24 366:2
**iradavid2009@g...**
293:24
**Ire** 358:3
**issue** 324:19 371:8
**issues** 324:18

**J**

**jet** 292:14
**job** 278:24 303:5,11
303:13 304:6,16
345:17 388:12
**jog** 305:22
**Jon** 356:21,22
357:20
**judge** 319:12

369:18,22,24
**jumping** 350:22
**jury** 384:11 385:12
386:23 387:3

**K**

**Kass** 280:19 281:3
281:4,5 282:25,25
283:4,19 284:2,4
286:3,7,12,15,19
292:25 293:6,9
302:8,12,17,19,22
302:23 305:12
308:17,20 310:21
310:25 311:2
317:7,14,17,20,25
318:3,7,14,18,21
319:6,19,22,24
320:3,4 324:3
325:4,16,17
326:16 330:19,23
331:1,6,15,16
332:1 337:21
338:9,23 341:18
341:23 342:1
348:20 350:18
351:3,7,10,21
354:10,15 355:2
355:17 357:19
359:12,22 360:9
360:15,25 362:6
362:17 363:8,17
363:22 364:4,10
365:1,6,17 366:8
366:15 367:21
368:7,15,24
369:13,16 370:7
370:13,19 371:3,7
371:13,20 372:4
372:24 373:15,21
374:1,3,12,17,22
375:8,14,19
384:15,18 386:1,4
387:17,21 388:18
389:2,6
**keep** 286:3,18

344:12 371:10
**key** 343:13 363:1
**keys** 329:9,14,20,25
**Kiin** 280:25 282:17
**kind** 288:20 289:6
289:10 345:24
347:20 380:8
**Kleiman** 278:6,8
280:24 282:6
283:6,6 293:18
297:8,9 322:21
323:14,20 337:7
347:25,25 348:1,1
362:15 363:6
364:3 365:24
366:2 367:9 368:4
368:13 370:5
372:8 373:25
381:7,16
**Kleiman's** 291:19
321:23 362:16
366:13,20 377:25
**knew** 295:15
296:19
**know** 286:11
288:17 289:4,8
290:1,23 291:3,14
291:18,21 294:1
295:15 296:14,21
298:3,20 299:15
300:12 304:22,24
305:2,7 307:23
309:11,12 313:18
314:9 315:11
317:7 319:7,8,13
322:25 323:20
325:24 326:2,5,8
326:11 327:3,5,12
327:23,25 328:3
329:24 330:2
331:7,9 333:8
335:3,14,15
336:12,15 337:11
337:15,18 339:18
340:24 341:1,3,5
341:7 342:7,15



350:12,21 352:16
352:18 356:22,24
357:5 366:24
367:1,6,14 369:14
369:17 375:2
376:19 377:14,20
379:13 383:15
388:8
**knowing** 387:9
**knowledge** 285:5
291:9,12,24 292:2
295:16 302:2
323:19 327:16
330:13 333:4,6,9
335:22 336:5,24
337:6 339:16
341:15 342:9,19
347:14 357:16
358:13,16 390:13
**known** 300:19
325:9

---

## L

**L** 278:16
**labeled** 339:7
**lagged** 292:14
**language** 289:22
290:1
**laptop** 310:6
**large** 340:18
**latest** 346:7
**learned** 383:24
384:1
**leave** 362:19
**led** 321:24 374:10
374:15,20
**left** 284:6
**legal** 282:18,21
289:3,4
**Leon** 280:16
**Lerner** 301:20
**let's** 295:5,22 296:6
308:12 312:20
314:4 315:22
321:19,19,20
322:15 324:5

333:12,13 337:21
341:11 342:2
344:12 347:25
348:22 352:19
353:16 369:21
372:19 373:7
**level** 344:12
**liar** 287:2
**license** 283:15
**lie** 343:7
**lied** 343:4
**life-style** 333:11
**light** 355:5
**likelihood** 379:19
**Limited** 353:1,5
358:25 359:1
**line** 307:12 310:7,7
312:24 315:23
329:6 332:12
339:7 342:3
**list** 357:1
**listening** 362:23
**litigation** 309:9
**little** 283:25 284:1
350:19 381:3
**live** 356:21
**lives** 333:11 356:23
**LLC** 278:9
**LLP** 280:15
**located** 282:14
**locked** 337:16
**log** 364:13
**logistics** 349:17
**London** 284:22
295:20 296:3
305:5 333:20
341:10 350:1
359:6 360:21
362:2 377:16
380:23
**long** 295:20 310:15
312:17 350:9
**longer** 387:6
**look** 296:6 303:9
304:14 325:14
342:2 352:20

353:16 357:2
364:16 379:23
**looked** 300:14
**looking** 304:6,8,16
304:20 325:13
357:8 359:23
**lose** 347:6
**lot** 284:12 286:8
299:14 334:18
336:21 337:1
377:2 380:8 381:4
**lots** 289:2 375:2,2
**lottery** 336:19
**Louis** 362:15,25
**lower** 333:23
**lucky** 346:22
**lying** 296:11 343:9

---

## M

**Madam** 290:11
**Magna** 282:18,21
**main** 322:19
372:11
**maintain** 345:24
**majority** 355:15
**making** 318:17
320:1
**man** 363:21 370:24
**manner** 376:2
**March** 316:6
**mark** 294:15
350:18
**marked** 293:10
294:17 302:6
305:11 308:13
328:20 338:11,15
351:1,24
**Marriott** 282:13
**MaryJo** 278:23
279:13 282:20
390:5,21
**Massachusetts**
278:20 279:12,16
282:15 283:15
390:3,7
**Mati** 280:25 282:17

**Matonis** 356:21,22
357:15
**matter** 282:6,8
286:7 306:9,11
390:13
**matters** 283:22
**Matthews** 329:5
351:15
**mean** 289:1 308:24
311:18 312:7,10
312:12 313:13
314:7,9,13,16
328:13,16,16
334:15,18 339:12
345:15 346:24
348:18 360:17
379:3 382:24
386:11
**Meaning** 313:22
**means** 300:2
311:20,22 328:17
353:22 373:19
**meant** 307:23
308:4 331:12
339:22,23 340:11
**mechanics** 349:1
**media** 282:4 354:18
354:24 387:25
**medium** 354:1
**meet** 284:18,22
377:12
**meeting** 295:20,22
364:25
**memorialized**
292:18
**memories** 369:20
372:5 378:24
379:1 380:22,24
380:25 381:9,12
381:13 382:9,19
383:3
**memory** 292:20
305:23 369:3,18
369:25 370:4,14
371:17,17,22
372:2,6,9,10,12

372:14,17,20,25
373:1,6,7,8,10,16
373:23 378:21
379:2,6,9,16,19
380:1,16 383:17
385:5,9,14 386:15
386:17,18,21,22
386:25 387:5,9,12
387:13,15
**men** 290:5,8,19
359:11 360:6
375:4
**mentioned** 324:17
348:14 355:24
377:11 378:20
**Merit** 279:14
**message** 329:7
**messages** 361:10
**Mestre** 280:15
282:16
**met** 296:25 305:5
333:20 341:10
355:20 359:7
362:1 366:23
374:5 377:20
**Miami** 280:9,17
**middle** 307:13
340:14 368:25
**Mike** 322:23
**million** 332:11,17
332:19 335:10,16
335:18 339:13
340:16
**mind** 300:24 301:4
312:3 357:8
363:19 370:22
371:17
**minds** 308:1
**mined** 356:17
**miner** 346:14,18,19
346:20
**miners** 346:5 347:4
**mining** 321:23
322:5 355:25
**minutes** 350:11
375:9



Mischaracterizes 286:2
mischaracterizing 286:6
misinterpret 308:10
misled 343:21,22
missed 290:10
misspoke 331:10
mistakes 306:1
mistranscribed 331:11
mixed 347:20
Mm-hmm 304:2 345:20,22 376:8 376:10
modified 309:17
modify 309:19
mogul 360:22
moment 356:15
money 290:5,8,19 291:9,12 299:14 300:9 306:20 334:19 340:2 347:6 359:11 360:6 375:4
moniker 290:19
monitor 324:22
month 295:23,24 383:13
months 349:13
morning 282:2 283:20
move 294:14 321:17
moved 356:12
multiple 324:21 379:1
mute 324:20
mysterious 360:22 363:7 372:16 373:12
mystery 373:12

**N**
N 278:16,16 280:1

281:1 282:1
Nakamoto 322:17 360:8,13 361:5 364:2 368:14 369:6 370:6 372:22 373:11 385:21
name 282:17 294:3 301:20 307:13 337:12 358:3,6,17 358:24 359:5
named 327:2
names 290:15 349:8 350:13
narrow 381:3
nature 325:24
nChain 358:18,19
NDA 351:18 352:5
near 375:1 383:9
necessarily 289:5 290:1 299:24 301:14 334:20 373:6,19
necessary 298:10 325:11
need 288:17 316:6 316:12,12 379:14
needed 375:16
net 332:25 334:2 335:4,11,16 336:16
network 307:4
never 315:3 322:12 361:2 363:7 377:13,20,20
new 293:4 302:10 316:8 329:7 344:17 345:2,23 346:2 347:4 350:20
newer 344:24 346:11 347:18
Nguyen 326:25 327:2,3,5
nice 333:11
night 356:3

nLocktime 327:22
non 346:16
nonce 301:24
nondisclosure 355:5
non-disclosure 281:19 352:17 359:8
Nope 389:5
Notarial 390:16
Notary 279:15 283:16 390:5,22
note 325:8
Noted 389:8
notes 325:14 337:25 390:12
notice 279:12
number 282:4 302:6 305:16,18 305:19 308:14 310:25 351:23 354:18,24 357:5,6 387:25
numbered 352:3
numerous 382:13
nurtured 298:8

**O**
O 278:16 282:1
oath 285:12
object 285:8 286:17 287:8 319:11 359:12,22 360:9 360:15,25 362:6 362:17,19 363:8 363:17,22 364:4 364:10 365:1,6 366:8,15 367:21 368:7,15 369:13 369:16 370:7,19 371:20 372:4,24 373:15,21 374:1,3 374:12,17,22
objection 284:24 286:1,25 287:19 287:22 288:1

290:7,11 292:6,23 294:13 297:2 299:6 303:24 307:21,24 308:9 313:21,25 314:8 315:7,12,17,21 316:16 317:3,21 317:23 318:6,9,10 319:3,3,9,17 320:17 321:4,8,13 323:8 325:7,22 328:10 330:6,18 330:20 332:20 333:5 334:5,10 335:1,6,24 336:4 336:25 337:4,10 337:14 339:19,25 340:5,8,9,10,12 341:2,8 342:17 344:4 357:19 365:17 370:13 371:11 382:22 383:2 384:14 387:2,10,18
objections 318:4 324:19 325:3 353:14
observed 333:14,17 334:22
obtained 299:13
occur 379:10
occurring 370:17
office 335:21 342:13,20
Oh 308:23 311:11 331:3 341:20
okay 284:11 288:18 290:18 291:5,18 293:19 294:8 295:1,5,18,25 297:6 300:8,12 301:2,12,23 302:22 304:13 305:21 306:25 307:15 308:6,12 308:20 309:1,16

309:21 312:6,10 312:15,20 314:3,3 314:5 316:1,23 319:12 320:1,12 320:16 321:18 323:25 324:5 325:16 326:23 329:3,16 330:23 331:15,17 333:24 339:6 341:11 342:2 343:3,10,20 344:11,14 345:9 345:15 346:23 347:22 348:12 350:5 354:10,12 355:17 356:20 364:15 365:22 373:19 374:5 376:13,22 378:13 378:20 381:8,11 381:17,20 382:1 383:11 384:10,18 386:23 387:4 389:6
old 344:19,22 345:1 345:11,25 346:20
older 346:9 347:17
once 286:10 299:18 329:8,8
ones 293:8 306:9,11 351:6
one-third 364:1 367:18 369:6 370:6 372:13 384:12 385:20
online 359:21
open-source 300:2 300:5,6
opinion 383:5
opposed 310:13
order 285:23 286:2
original 289:22
originally 313:2 314:14 356:17
outcome 386:25
overturned 285:23



**owes** 299:3
**owned** 374:16
**owning** 290:21
**O'Connor** 278:23
  279:13 282:20
  390:5,21

**P**

**P** 280:1,1 282:1
**page** 281:2,10
  295:6 306:18,19
  310:3,13 312:20
  315:22 321:19
  322:15 352:7,21
  352:23,23 364:18
**paid** 303:15,17
**paper** 316:7
**paragraph** 295:8
  295:12 306:2,5,8
  306:13,19 307:1
  312:23 315:24
  316:3,17 320:21
  321:20 323:10
  327:21 339:12
  342:4,11 353:16
  364:17
**part** 287:16 293:25
  295:16 296:3,25
  299:16 316:10
  322:19 342:12,12
**particular** 299:10
  387:8
**particularly** 363:19
  370:22 373:9
  376:6
**partnership** 326:12
**passage** 292:11
**pasted** 309:6
**pasting** 310:18
**Patoshi** 301:20
**Pattern** 301:21
**pay** 339:13 379:14
**paying** 379:12
**people** 284:12
  287:10 289:1,8
  299:17,23 311:7

313:4 322:19
324:21 342:13
359:7,7 363:1,6
363:13 368:13
372:11,14,15
373:20,24 380:3,7
**people's** 307:25
**perfectly** 319:17
**period** 382:19
**perjury** 285:11
**person** 288:5
  290:17 298:10
  299:10 300:25
  301:13 327:9
  333:22 336:2
  355:22 361:12,14
  363:5,7 366:12
  372:16,21 373:11
  373:12 381:22
  383:21
**persona** 363:13
  368:5 372:23
  373:12
**personal** 278:6
  291:24 292:2
  302:2 327:16
  333:3,6,9 335:22
  336:5 339:15
  341:14
**personality** 358:9
**personally** 366:23
  377:21 379:6,7
**phase** 340:1
**phone** 283:5 284:1
  297:12 348:2,4,7
  348:9,12,13,22,24
  349:8,10,16 350:9
  350:13 357:5,6
**phrase** 306:10
  307:2 320:6 369:6
  372:13
**physical** 340:19
  357:13
**piece** 296:17
**pieces** 288:21 289:2
**pile** 302:7 340:18

**places** 379:5
**plain** 309:15,16,19
  309:22
**Plaintiffs** 278:10
  280:3 283:3,7
  348:18 349:4
  377:23
**please** 283:9 286:4
  286:18 296:13
  302:18 318:3
  319:6
**point** 303:10 369:2
  375:12
**Ponce** 280:16
**poor** 333:22 387:12
**popular** 300:2
**portion** 297:15
  303:10 307:19
  316:2
**portions** 355:7
  388:21
**possible** 308:8
  309:21,25 315:18
  324:24 334:4
  336:20,23 337:5
  340:20 361:12,15
  371:21,24 380:17
  386:20
**possibly** 292:19
  350:17
**post** 364:13 383:19
**posts** 380:9,12
**preliminary** 283:22
**PRESENT** 280:23
**presentation**
  385:13
**presented** 290:20
  304:3
**presenting** 317:23
  318:11
**presents** 333:7
**preserved** 353:24
**pretty** 284:23
**previous** 345:7
**previously** 287:15
  302:6 305:11

308:13 321:11
325:18 328:20
338:11,14 382:3
**pre-SegWit** 344:23
**primary** 380:24,25
  381:9,12,13
**printout** 310:13
**prior** 347:23 348:7
  352:19 353:12
**privacy** 364:21
**private** 293:23,25
  329:14,19 343:13
  361:9
**probably** 288:11
  298:5,19 305:19
  348:19 352:4
  375:9 381:10
**proceed** 283:10
  355:12
**Proceedings** 324:9
  338:4 354:20
**produce** 310:16
**produced** 309:8,11
  309:14,23 310:12
**programing** 291:22
**project** 283:25
**prominent** 363:19
  370:22
**promoting** 299:1
**proof** 284:15
  343:11 350:1
  357:16,21,23
  377:16 380:3,5
**proper** 317:11
  319:13
**properly** 345:13
**proprietary** 353:23
**provide** 343:12
**Provider** 354:2
**providing** 353:14
  360:7
**pseudonym** 300:24
  301:8,14
**public** 279:15
  283:16 298:21
  380:9 390:5,22

**pull** 331:19
**purchased** 337:1
**purporting** 371:4
**pursuant** 279:12
**put** 383:19
**putting** 379:1
**p.m** 324:8,10,11,13
  338:3,5,6,8
  354:17,21,21,23
  387:24 389:8

**Q**

**question** 285:15,17
  285:19 290:13
  292:22 297:19
  301:3 306:23
  307:1,5,10,17,19
  310:1,11 311:16
  311:23 314:2
  318:9 319:10
  321:14,17 330:22
  332:10,14 341:24
  368:8 370:3
  384:17,24 387:19
  388:19
**questioning** 375:10
**questions** 286:17
  294:11 305:16,20
  309:2 311:4,10
  328:7,13,15 329:1
  332:8,25 338:18
  339:4 349:20
  350:4,6 375:7,21
  385:25 387:20
**quotations** 311:7

**R**

**R** 280:1 282:1
  390:1
**raise** 319:23,24
**raised** 318:10 325:5
**RDR** 278:23
**RDR/RMR** 390:21
**reach** 353:13
**reached** 388:1
**reaching** 294:9



read 295:11 296:8
301:19 304:18
307:25 316:2
321:21 322:16
353:21 362:13
364:19 371:4
377:23 380:13,15
388:6,22
reading 302:1
328:8 335:17
342:22 380:11
really 283:24
306:16 313:18
332:17 337:2
340:25 366:13
realtime 324:22
325:8,15
reason 296:10
310:4,12 321:9,10
347:17 360:1,5
362:8,11 374:23
376:23
reasonably 369:4,9
369:10 385:5
386:15,16
recall 285:9,14,16
285:18 288:3,4,6
288:9 290:4,8,13
290:17 292:8
297:10 300:8
301:18 302:24
303:1,4 305:15,18
305:25 306:10,21
306:23 307:1,7
309:1,4 311:3,6
311:11 313:9
316:4,15,19,21,22
317:1 320:5,9,12
320:14 326:20,23
328:22,25 329:11
332:4,7,10,14,23
332:24 338:17,25
339:3 343:3 348:4
348:6 349:7,21
350:8 356:1
358:24 361:1

363:4,11,14,15,18
363:23 368:3,19
368:20,21 370:2
370:11,17 371:1
375:20,25 376:4
376:13 377:4
378:1 381:18,21
386:17,19
recalling 368:22
receive 366:22
received 293:16
303:21,23,25
327:9 380:6
recessed 324:9
338:4 354:20
recipient 354:2
366:7
recognize 293:12
294:19,22 347:18
351:11 352:1
recollection 296:4
296:5 317:9,13
319:1 322:14
356:6 363:24
364:5 368:17
reconcile 300:22
reconvened 324:10
338:5 354:21
record 282:3
318:17,21 319:4
319:19 320:2,3
324:8,13,16 325:2
338:3,8 350:25
354:14,19,24
355:1 388:3,4
390:11
recorded 353:23
Reddit 309:6 310:3
310:13 380:9
reference 342:10
360:21,24
referring 288:9
320:6 340:19,25
341:4 378:18
refers 339:20
reflect 325:2

368:11
reflects 384:8
refresh 318:16,24
318:25
refreshes 317:9,12
regarding 348:23
regards 323:13
333:14,18 380:23
381:7
Registered 279:13
279:14
reinforce 382:25
reject 347:4
relates 318:11
relating 342:11
relationship 290:24
291:15 314:19,21
315:10 322:7
325:25 327:6
349:23 364:9
366:23
relatively 329:12
release 316:7,11
released 300:4
relied 317:6 318:13
318:25
rely 388:11
relying 317:8
386:24
remain 306:9,11
355:15
remaining 356:9
remember 290:25
306:14 307:5,10
307:14 332:16
359:2 370:23
373:5 378:25
381:4,14 382:2,10
383:7,10
removing 330:9,12
repeat 368:8
rephrase 292:21
293:20 320:19
330:8 341:24
366:9
reporter 278:23

279:14,14 282:19
283:9 290:11
324:17 350:23
388:8
reporters 296:16
298:20
Representative
278:7
representing
282:18,20 347:24
request 282:15
348:21 355:14
require 388:22
research 278:9
359:21 369:19
reserved 375:13
reside 356:16
resources 374:21
375:1,2
respect 364:20
respond 349:1
367:11
response 296:6,8
296:21 317:1
322:18
resume 304:4,4
retelling 380:1
retold 379:23
reveal 364:24 365:3
376:2,24 383:13
383:20
reverse 329:18
review 388:13
reviewed 347:15
361:16
revoked 352:17
right 284:5 285:18
291:8 294:8,11
306:17 307:20
310:8,10 311:3
314:11,19 315:6
315:11 319:19
320:20 322:12,13
325:4 328:14
329:23 330:13
332:2 334:21

335:14 338:10
339:23 346:15
355:20 356:7
362:16 367:1,7
368:6 375:5,8,11
377:1 382:6 384:3
385:9 386:11
387:21 388:6,12
388:13,17 389:2
risky 350:20
Rivero 280:15
282:16
RMR 278:23
Rob 290:16
ROCHE 280:4
role 290:17 296:3
rough 317:5 318:13
rules 347:4
run 346:6 377:19
running 346:20
Russell 279:11
282:14

<hr>

**S**

S 280:1,7 282:1
sadness 381:15
satisfactorily
283:14
Satoshi 284:13,23
287:3 289:25
291:25 296:3,25
297:16 299:3
300:10,25 301:4,5
301:8,10 310:22
313:2,20 314:15
314:18 315:13,14
315:19 321:6
322:17 360:8,13
361:4 363:5,13
364:2 365:4
367:19 368:5,14
369:6 370:6
372:22 373:11
381:8 382:4
383:21 384:12
385:20



**Satoshis** 284:16,19
**Satoshi's** 300:19
  374:16
**saw** 314:11
**saying** 293:17
  301:5 315:3,16
  330:10,11 341:6
  368:20 372:11
  381:22 382:5
**says** 293:21,23
  294:9 303:10
  306:5 313:1,14
  317:5 318:2,12,24
  321:5 327:20,22
  329:7 335:10
  339:8,12 342:3,25
  352:8,21,23
  353:21 354:7,9
  364:19 383:12
**scale** 297:23
**scope** 348:25
**screenshots** 310:16
**Seal** 390:16
**second** 284:2
  302:18 304:14
  306:18 308:15
  327:21 331:20,21
  339:7 341:21
  342:3 349:10,16
**second-to-last**
  364:17
**second-to-the-last**
  312:23
**secretary** 303:25
**see** 293:21 295:2,8
  295:22 305:1
  312:25 314:4
  316:25 329:3,6
  335:12 337:25
  339:7,11 342:6,10
  344:13 352:8
  353:13,19 354:7,9
  363:20 370:24
**seeing** 340:8
**seen** 331:8 369:19
  378:3

**SegWit** 344:5,7,8
  344:15,17,20,25
  345:10,12,23
  346:1,11,25 347:3
  347:15,16
**SegWit-compati...**
  346:7
**select** 310:14
**selecting** 310:17
**sell** 339:9 342:5
**send** 300:9 355:10
  355:13
**sender** 362:9 367:7
**sending** 361:24
  362:2
**senses** 333:14,19
  334:23
**sent** 293:8 300:15
  301:4 304:22
  305:2,7 336:2
  342:23,23 351:6,7
  357:3 362:15
**sentence** 312:24
  321:21 362:14
  364:18,19
**September** 390:25
**sequentially** 352:2
**series** 311:7 332:7
  332:24
**Services** 282:19,21
**session** 350:1
  357:17,23 377:16
  380:3,5
**sessions** 284:15
**set** 375:16 390:9,16
**shadowy** 360:23
**share** 365:16
**shares** 364:22
**sheet** 350:20,21
**short** 355:25
**shortly** 296:7
**shown** 311:6
  326:20 328:22
  332:4 338:25
  377:5,9
**shows** 300:15

**sign** 329:7
**signature** 352:11
  352:12
**signed** 351:18
  352:5,8,13,15,25
  353:6,7 359:8
**significant** 374:21
**signing** 340:22
**similar** 312:11
  363:3 378:6,9
**similarity** 378:17
**simple** 329:12,14
**single** 307:17
**sit** 310:8,10
**sitting** 352:19
**situation** 325:1
**skeptic** 369:19
**skeptical** 387:5
**skill** 390:13
**software** 289:23
  292:4 299:23
  300:2,3,5,7
  344:23 345:2,12
  345:17,25 346:2,8
  346:10,21 347:18
**solves** 346:18,19
**somebody** 287:25
  288:13 293:17
  298:7 304:5
  308:10 327:2
  334:14 335:5,5
  344:22 366:22
  382:7
**someone's** 334:2
**somethings** 332:21
**something's** 292:17
**son** 362:25
**sorry** 283:23
  290:11 294:20
  308:17 336:3
  338:19 340:7,13
  341:16 360:1
  369:10,23
**sort** 291:2,14 299:1
  304:20 322:7
  357:21,22 359:24

  360:3 380:15
  388:9
**source** 336:15
**Southeast** 280:6
**SOUTHERN** 278:3
**so-called** 375:3
**speak** 284:7 295:13
  297:11 345:16
  347:24 361:4,7
**speakerphone**
  324:20
**speaking** 318:4,6
**specific** 288:5
**specifically** 290:23
  295:14 296:19
  317:5 318:2,12,23
**speech** 362:20
**spent** 297:15
  356:10
**spoke** 287:24 361:2
**spoken** 361:21
**spurious** 371:22
**SS** 390:4
**standing** 290:12
**stands** 359:2
**start** 300:7 348:22
  355:3
**started** 282:24
**starting** 350:20
**starts** 295:9 306:19
  312:23,24 315:24
  315:24
**state** 282:10 304:15
  310:2 313:23
  314:6 324:15
  330:14 378:23
  380:18 388:20,23
**stated** 319:2 377:24
  386:15
**statement** 312:1,5
  313:24 314:14
  319:16 323:1,4
  345:8 363:4
  385:18
**statements** 300:23
  311:12 325:19

  385:23 386:6
**States** 278:2 282:9
**stating** 313:6 315:8
  342:12 376:13
  386:17
**stay** 307:8
**Stefan** 290:15
  329:5 351:14
**stenotype** 390:12
**stepped** 298:7
**stop** 307:15 318:3,4
**stored** 344:16
**stories** 379:23
**storing** 344:18,19
**story** 320:7 364:22
  376:2 385:13
**Street** 279:11
  282:14
**stressed** 379:12
**strike** 297:19
  321:16 358:11,22
  361:3,22 365:10
  365:12 367:25
  369:10 374:7
  384:22
**structured** 347:20
**studies** 379:22
**stuff** 335:21 381:5
**style** 285:6
**subject** 315:25
  381:15,18
**submitted** 285:20
**subpoena** 304:9
  348:10,11,23,25
  349:2
**substance** 312:11
  349:15 351:17
**substantive** 349:19
**substantively** 349:4
**succeed** 299:20
**success** 299:12,18
  323:6
**sufficient** 339:8
  342:4
**SUFFOLK** 390:4
**suggestible** 387:14



387:16
Suite 280:8,16
suppose 340:20
supposed 340:10
sure 291:7 295:13
    304:10 305:24
    308:8,21 309:18
    310:8 311:18
    313:11 314:1
    322:2,11 324:23
    324:25 330:24
    331:4,14 332:17
    342:10 343:2
    344:10 345:18
    346:3 352:4 353:8
    355:9 357:10
    364:11 366:2,13
    366:17,19 368:9
    369:3 376:11
    379:11,21 381:4
    385:8,14,16
surprise 358:22
    360:11,16,18
    376:21 377:2
surprised 287:20
    376:1,5,18
surprising 376:12
swear 283:9 370:1
    370:10
sworn 283:15
    390:10
synonym 311:21
system 288:20,23
    289:5 299:16,20
systems 307:2

——————————
            T
T 278:16 390:1,1
take 298:4,16 324:2
    324:4,5 337:21
    354:12
taken 282:12 298:2
    298:5 304:13
    390:12
takes 377:2
talk 333:13 373:7

talked 287:15
    380:2,4
talking 288:4,6
    289:12 298:20
    314:17 324:21
    372:8,15 379:17
    386:7
talks 340:22
tax 335:20 342:13
    342:20
team 295:16 385:21
technical 285:4
    288:15 289:13,15
    344:8
Technician 280:25
    282:2 283:8 324:7
    324:12 338:2,7
    354:16,22 387:23
Teleconference
    280:5
telephone 361:5
tell 314:22 331:20
    350:23 362:3
    366:11 385:1,6
    387:11
telling 363:12
    364:6 370:5 371:1
    372:20 373:10
    384:11,22
tellings 382:18
ten 350:11 375:9
tends 387:12
ten-minute 324:6
term 290:4 304:4
    360:5
terminology 311:19
testified 283:17
    284:12 297:14
    300:18 317:16
    325:18 363:10
    370:16 371:18
    382:13
testify 330:3
testifying 300:8
    301:18 303:1
    309:4 311:11

316:4,15 343:3
    363:15,18 376:4
testimony 316:19
    353:14 370:25
    385:4 390:9,10
text 309:15,16,19
    309:22 310:12,17
thank 283:20
    301:16 308:18
    310:19 311:1
    332:2 333:12
    338:24 346:19
    351:9 355:22
    356:20 389:7
Thanks 308:16
thing 289:7 292:11
    304:21 316:23
    319:8 329:15
    330:4 343:15
    368:16 376:14,16
    380:21 388:10,24
    389:1
things 292:8 298:17
    298:19,25 299:4,8
    312:13 333:13
    371:23 375:16
    378:6,25 379:4,15
    383:25 384:1
think 286:23 287:1
    287:3 288:14,16
    288:24 289:6,7,8
    289:21 290:15,16
    296:10 298:4,5,6
    298:12,17,21
    301:6 304:19
    306:23 307:16
    308:4 311:15
    313:3 314:15
    319:10,16,21
    322:4 323:19,25
    328:17 329:13
    331:2 343:18
    346:3 350:2,3
    354:10 357:13
    360:18 362:7,8,11
    363:15 368:16,24

373:17 374:4,9,19
    377:11,18 378:24
    379:2,5,14,15,21
    381:21 387:21
    388:8 389:2
thinking 301:9
    360:20 371:18
thinks 331:4,13
third 342:11
    372:15,21 373:11
    381:22
third-from-the-b...
    306:12
thought 304:11
thread 310:15
three 363:1,5,12
    368:13 372:11,13
    372:15 373:24
thrown 290:5
Thursday 279:5
time 282:11 292:12
    295:7 304:7
    314:20 324:4,7,12
    338:2,7 354:16,22
    360:21 375:16
    382:19,20 383:6,9
    383:9 384:4,9
    387:23 389:8
times 380:2,4
tired 379:11
today 282:10,19
    284:7 304:14
    355:22 377:6
    382:16 385:1
    386:8
today's 284:8
    354:18,25 388:1
told 291:1,1,17
    311:14,15,24,25
    312:11 313:8
    314:7,10 315:9
    320:7,22 321:11
    321:22 322:1,12
    323:11,15,18
    325:20 357:20
    358:1 359:2,15

363:25 364:24
    365:10,15 367:18
    368:18 369:12
    378:7,7,10,15
    384:12
top 306:19 312:21
    327:21 332:13
    342:11 356:25
Tor 316:12
totally 286:6
tough 377:23
Trading 359:3
transaction 301:6,7
    345:24 346:15
    347:3,19
transactions 289:9
    307:3 344:16,18
    344:19,24 345:3
    345:13,18 346:1
    346:11,25 347:18
transcript 313:13
    316:24 317:4,11
    317:12 318:12
    320:11 324:23
    331:9,10 355:4
    371:5 388:7,14
transfer 307:3
travels 333:10,10
trick 313:16
true 321:23 327:14
    327:23 328:12
    335:23 336:6
    339:16 342:7,9
    364:2 367:17,23
    368:1,9 390:11
trust 287:2 321:24
    327:23 328:1,4
    337:16 362:4
truth 296:17 364:7
    385:2,6
try 296:17 324:22
    325:9,15
trying 290:25
    313:16 314:3
    318:15,19,23
turn 302:5 312:20



315:22 326:14
328:19 331:18
338:11,14 346:25
364:12 365:19
379:24
**twice** 329:8
**two** 297:6 298:25
299:4 305:22
312:13 335:8
339:1 347:10
348:13 354:25
363:1 368:13
372:5 373:20
380:22,24,25
381:9,11,13 382:9
386:1 387:25
**two-thirds** 368:5
**type** 309:13 339:24
359:18 387:1
**typed** 305:2,7
**types** 299:23

___

**U**

**uh** 303:20 312:12
328:9 360:16,17
370:20,20,20
**ultimate** 346:5
**um** 314:16 360:16
**unable** 295:13
**uncommon** 287:17
**understand** 295:14
325:5 330:22
345:2 370:1,9,10
373:3,5
**understanding**
288:15,19 289:13
289:15,18 314:1
359:20 360:6,10
380:22
**Understood** 310:19
**Unexpected** 376:9
**unit** 282:4 354:18
354:24 387:25
**United** 278:2 282:9
**unknown** 327:10
**untruth** 344:2

**unusual** 363:20
**use** 289:1 318:16,23
360:5
**user** 294:2
**usually** 379:25
**Uyen** 326:25 327:2
327:3,5

___

**V**

**V** 278:11
**vague** 372:14
**Vaguely** 309:3
316:18 329:2
332:9 333:2 339:5
**valid** 344:20 345:18
346:1,4 347:1
**validate** 345:13
346:10,14
**validation** 346:6
**valuable** 299:20
**value** 307:3 366:21
**values** 301:24
**Vel** 286:8,12,15,15
286:15 293:1
302:8 305:12
310:22 317:25
318:3,14 319:6,20
319:25 324:14
325:4 326:16
330:19 348:20
354:11 368:25
371:3 375:8 389:3
**Velvel** 280:10
283:2 350:15
**vel@rcfllp.com**
280:11
**venture** 290:21
359:18,24 360:3
**version** 316:13
344:22 345:1
346:7,10
**versions** 345:11,25
346:2 347:10
**versus** 282:7
**video** 280:25 282:2
283:8 324:7,12

338:2,7 354:16,22
387:23 388:12
**videographer**
282:18 324:17
**VIDEOTAPED**
278:18 279:9
**view** 286:22
**vistomail** 316:12
**voluntarily** 299:8
**volunteering** 326:9

___

**W**

**Wait** 302:15 371:3
**waive** 388:13,16
**wallets** 356:13
**want** 296:12 299:17
299:19,20 302:20
303:15,16 307:8
311:18 316:10
317:19 324:4,15
325:1 328:19
337:24 344:10,13
345:16 352:20
362:21 373:3,4
375:12 380:21
388:23,24
**wanted** 295:15
300:12 331:7
388:20
**wants** 355:8,10
**wasn't** 361:24
**way** 302:7 307:22
318:23 322:3
333:24 344:15,17
344:19 345:10
347:19 361:8
368:10 370:4
378:9
**ways** 289:1 306:6
**wealth** 333:4,15,18
335:11,16 336:22
337:8,11,15,19
**wealthy** 336:19
374:11
**week** 387:6
**weeks** 383:20

**weird** 360:18
376:14,17
**welcome** 355:23
**well-compensated**
299:12
**well-dressed**
333:21 334:6,12
334:15
**well-spoken** 333:21
**weren't** 298:18
304:7 332:17
366:13
**we'll** 325:10 333:15
344:12 354:13
**we're** 284:3 294:14
311:18 315:23
324:13,25 354:23
355:1 371:7
378:25 387:24
**we've** 386:7
**WHEREOF**
390:15
**widely-accepted**
345:4
**wife** 387:11
**win-win** 326:25
**witness** 283:10
310:24 318:11
324:2 330:25
355:6,8,10,13
368:25 388:16,25
390:8,15
**witnessed** 357:21
**witness's** 317:12
319:1
**won** 336:18
**word** 309:6,12
327:22
**work** 297:18,20,22
297:25 298:15
299:24 301:10
310:16 314:4
316:13
**worked** 292:3
296:9 314:10,17
315:3,18 320:25

323:18 325:20
364:3 367:12,19
367:19 368:21
369:5 378:11
385:19
**working** 297:16
298:18 299:15
303:6 315:10
316:8 364:9
374:24,25 375:3
**works** 286:16
288:16 383:15
**world** 300:3 343:12
358:10,21 364:22
**worry** 321:17
**worse** 379:16
**worth** 299:14
332:25 334:2
335:4 336:16
**wouldn't** 364:2
376:5
**Wright** 278:12
282:7 283:1
284:22 285:19
286:22 287:5,11
287:21 289:17
290:24 291:16
295:21 296:2
297:1 301:7 303:5
303:9 304:16,22
305:5 308:7
311:13 313:8,19
316:5 320:22
321:5,5,12,22
322:1 323:1,4,10
325:20 327:6
329:25 330:16
335:15 336:2,18
337:18 340:3
341:10 342:20
343:4 349:23
357:18,23 358:15
359:16 360:14
362:1,15 363:6,11
364:3,6,24 365:3
367:25 368:3,12



369:7 370:4 372:7
373:10,24 374:6,7
374:9 377:17,25
378:6,7 380:24,25
381:14,22 383:14
383:15,21 384:12
**Wright's** 289:15
332:25 333:4,15
333:18 335:4
336:9 337:12
342:24 361:17
364:21
**writes** 308:11
**writing** 285:6
**written** 317:1 361:8
383:6,12
**wrote** 383:8
**W&K** 278:8

**X**
**x** 278:5,14 281:1

**Y**
**yeah** 299:22 353:7
375:14 377:18
380:24 384:1
**year** 307:4 316:7
**years** 342:13 373:1
377:14,15
**yesterday** 284:6,11
285:10 286:9
287:24 290:4
292:7 297:15
300:9 301:18
302:13 303:2
305:11,15 308:14
309:2 316:17,24
317:4 326:18,21
328:7,23 332:5
339:1 343:4
355:21,24 359:11
359:17 363:10
370:16,21 371:1
371:19 377:9
382:14
**yesterday's** 284:8

347:23
**yup** 321:20

**Z**
**Zalman** 280:19
282:25 283:23
286:11 294:20
317:3 318:5,16,22
338:19 341:16
371:6,9,10
**Zero** 331:24
**zkass@riverome...**
280:20

**0**
**0024** 351:23
**0047** 328:21
**01035** 282:15
**0732** 338:16
**0869** 331:23

**1**
**1** 297:23 329:8
**1.1** 352:21
**1.2** 353:17
**1:03** 354:21,23
**1:41** 387:24
**1:42** 389:8
**10** 295:19 297:23
300:16 308:13
**10th** 295:7
**100** 332:11,17,19
335:10,16,18
**1000** 280:16
**11** 308:22,23,25
309:23 310:22
362:24
**11:13** 279:6 282:11
**12** 316:6 390:25
**12:02** 324:8,10
**12:08** 324:10,13
**12:24** 338:3,5
**12:33** 338:5,8
**12:54** 354:17,21
**1274** 338:23
**13** 310:24,25

**16** 326:15
**1759** 294:21
**1821** 293:3

**2**
**2** 302:6,14 329:25
364:13
**200** 280:7
**2008** 316:6
**2010** 297:15 299:13
301:5 356:1,18
361:13
**2011** 301:1,5
361:13
**2014** 362:24
**2016** 293:17 330:1
364:14
**2020** 279:5 282:11
390:17
**2025** 390:25
**23** 328:20
**2525** 280:16
**27** 279:5 282:10
312:20,21
**283** 281:3
**29th** 390:16
**293** 281:11
**294** 281:13

**3**
**3** 352:7,23
**305** 280:18
**31** 315:22
**33** 331:18 333:1
335:9
**33131** 280:9
**33134** 280:17
**34** 338:15 341:12
341:12
**35** 338:12 339:7
341:11
**351** 281:16,18
**355** 281:4
**36** 321:19
**37** 331:22 332:11
332:12 333:1

335:9,9
**372** 341:17
**375** 281:4
**384** 281:5
**386** 281:5

**4**
**400** 339:13 340:16
**423** 279:11 282:14
**445-2500** 280:18

**5**
**50** 356:9
**5500** 280:8
**559472** 278:24

**6**
**6th** 295:23
**69** 364:12

**7**
**7th** 295:23
**72** 281:11 293:1,11
297:8
**73** 281:13 294:16
294:18 297:8
365:20 383:12
**732** 341:19
**74** 281:16 351:2,4
**75** 281:18 351:22
351:25
**76** 322:15

**8**
**8** 293:16
**8:18** 295:8
**8:42** 296:7
**869** 332:1

**9**
**9** 300:15 305:10
329:8
**9:18-cv-80176-B...**
278:4
**96** 312:21 315:22

