**Craig Wright Designations**
**June 28, 2019**

| |
|---|
| 403:12-17 |
| 424:21-425:17 |
| 429:21-430:3 |
| 430:6-431:1 |
| 431:5-7 |
| 442:6-15 |
| 444:16-18 |
| 445:3-5 |
| 446:7-10 |
| 447:13-22 |
| 451:12-16 |
| 451:20-452:1 |
| 453:7-25 |
| 457:10-458:1 |
| 463:15-:23 |
| 468:23-470:14 |
| 485:5-24 |
| 486:4-487:4 |
| 488:22-489:2 |
| 490:9-16 |
| 495:19-496:7 |
| 496:11 |
| 496:14-17 |
| 497:2-10 |
| 498:17-499:7 |

Page 389

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the Personal
Representative of the Estate
of DAVID KLEIMAN, and W&K
Info Defense Research, LLC,

        Plaintiffs,

v.

CRAIG WRIGHT,

        Defendant.

_____/

                Paul G. Rogers Federal
                Building and U.S. Courthouse
                701 Clematis Street
                West Palm Beach, Florida 33401
                Friday, June 28, 2019
                9:17 a.m. - 11:28 a.m.

C O N F I D E N T I A L

CONTINUED VIDEOTAPED DEPOSITION OF
DR. CRAIG STEVEN WRIGHT

Taken before Darline M. West,

Registered Professional Reporter, Notary Public

in and for the State of Florida At Large,

pursuant to Notice of Taking Deposition filed

by the Plaintiffs in the above cause.

Plaintiffs' Designations

            Magna Legal Services
              www.MagnaLS.com
              866.624.6221



```
 1   APPEARANCES:

 2   On behalf of the Plaintiffs:

 3        BOIES SCHILLER FLEXNER LLP

 4        100 SE Second Street, Suite 2800

 5        Miami, Florida 33131

 6        Phone:  305.539.8400

 7        E-mail:  Vfreedman@bsfllp.com

 8        By:  VELVEL (DEVIN) FREEDMAN, ESQ.

 9             ANDREW BRENNER, ESQ.

10             ROBERT KEEFE, ESQ.

11                        -and-

12        BOIES SCHILLER FLEXNER LLP

13        333 Main Street

14        Armonk, New York 10504

15        Phone:  914.749.8275

16        E-mail:  Kroche@bsfllp.com

17        By:  KYLE W. ROCHE, ESQ.

18             (Admitted Pro Hac Vice)

19             JOHN MCADAMS, ESQ.

20

21

22

23

24

25   (Appearances continued on the following page:)
```



Page 391

1   APPEARANCES:

2   On behalf of the Defendant:

3        RIVERO MESTRE LLP

4        2525 Ponce de Leon Boulevard, Suite 1000

5        Miami, Florida 33134

6        Phone:  305.445.2500

7        E-mail:  Amcgovern@riveromestre.com

8        By:  AMANDA MCGOVERN, ESQ.

9             ANDRÉS RIVERO, ESQ.

10            ZAHARAH R. MARKOE, ESQ.

11            ZALMAN KASS, ESQ.

12

13  ALSO PRESENT:

14            THE HONORABLE BRUCE E. REINHART

15            NATHALIE BERMOND - Assistant to Velvel

16       Freedman, Esq.

17            RYAN KICK - Video Technician (Magna Legal

18       Services)

19

20                      -   -   -

21

22

23

24

25



Page 392

1                      I N D E X
2    WITNESS:                                PAGE:
3    DR. CRAIG STEVEN WRIGHT
4    DIRECT EXAMINATION (Continued)              403
     BY MR. FREEDMAN:
5
     CERTIFICATE OF OATH                         501
6
     REPORTER'S CERTIFICATE                      502
7
     WITNESS CERTIFICATE                         503
8
     ERRATA SHEET                                504
9
10
                       -  -  -
11
                   E X H I B I T S
12
                       -  -  -
13
14                   Description              Page
15   Plaintiffs' Exhibit 1   May 13, 2019       442
                             declaration signed by
16                           Dr. Craig Wright
17   Plaintiffs' Exhibit 2   E-mail from David   444
                             Kleiman to Craig
18                           Wright, Bates labeled
                             Defense 2413 through
19                           2415
20   Plaintiffs' Exhibit 3   Document Bates      451
                             labeled 2416
21
     Plaintiffs' Exhibit 4   Dr. Wright's May 8th 451
22                           declaration
23   Plaintiffs' Exhibit 5   Document that starts 457
                             off "Deed of Trust
24                           between," Bates
                             labeled Defense 50985
25                           through 50989



Page 393

1    Reporter's Note:

2

          (Exhibits were retained by Plaintiffs' counsel.)

3

4                                    -   -   -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 394

```
 1              P R O C E E D I N G S

 2                   - - -

 3         THE COURT:  Good morning, everyone.

 4         Just let's sort of get some understandings

 5    out of the way firsthand, because I know we're

 6    doing two different things today, and I want to

 7    make sure everyone's comfortable and -- and has

 8    things set up the way they want to be set up.

 9         So the first thing we're going to do is the

10    continuation of Dr. Wright's deposition.  So

11    what I want -- just first of all, you can set up

12    the courtroom for that any way you want to.  You

13    don't have to sit at respective tables and have

14    Dr. Wright sit on the witness stand.  We did

15    this once before, and opposing counsel actually

16    moved their chairs over and sat face-to-face at

17    this table, because they were going to hand lots

18    of documents across.

19         Miss McGovern, I assume you want

20    Dr. Wright sitting next to you.  Absolutely.

21    Absolutely.  So he does not have to sit up here.

22    So he can sit where he is right now.

23         I assume you're Dr. Wright.  Good morning.

24         DR. WRIGHT:  Good morning.

25         THE COURT:  So, again, Mr. Freedman and
```



Page 395

```
 1        your team, you may sit wherever you want to
 2        sit to make the deposition work.  I
 3        understand the videographer's here.
 4        Whatever.  This deposition is your game.
 5              And now the other thing that I wanted
 6        to explain.  My view is, it is a regular
 7        deposition.  I am only here to rule on any
 8        objections that come up; and otherwise, the
 9        rules of a deposition apply.  So I am not
10        here to micromanage your deposition.
11              And I did want to clarify up front that
12        I think at the last hearing I -- I talked a
13        little bit about what I believe the scope
14        should be.  I believe it was --
15        Mr. Freedman, you had requested in your
16        motions which were topics relating to the
17        national security objections that Dr. Wright
18        lodged in this deposition, questions related
19        to issues upon which Dr. Wright lodged
20        marital privilege objections, and then
21        limited questioning relating to the trusts
22        and the existence of the current Bitcoin
23        holdings.
24              Is that your understanding of what the
25        limits are on the deposition this morning?
```



Page 396

```
 1              MR. FREEDMAN:  Yes, Your Honor.

 2              THE COURT:  Miss McGovern, do you agree

 3         that's what we talked about where the

 4         limits?

 5              MS. MCGOVERN:  Yes, I do, Your Honor.

 6              THE COURT:  Great.  Okay.  So, great,

 7         we got that out of the way.  I am going to

 8         clear the courtroom before we start the

 9         deposition.

10              The deposition is not a public

11         proceeding.  So if there's anyone in the

12         courtroom who is not part of either team, I

13         need them to leave at this time.  So I don't

14         know if the parties -- are these all folks

15         with you or people, or do these people that

16         need to leave?  I don't know.

17              MR. FREEDMAN:  These are on our side.

18              THE COURT:  They're all with you.

19         Okay.

20              And Miss McGovern, those a part of Mr.

21         Freedman's team.  Any objection to them

22         staying in during the deposition?

23              MR. FREEDMAN:  Well, our Honor,

24         actually, sorry.  That's incorrect.  There

25         are two attorneys here in the room,
```



Page 397

1           Mr. Robert Keefe and John McAdams.

2                THE COURT:  Okay.

3                MR. FREEDMAN:  Sitting next to

4           Mr. McAdams is my assistant, Nathalie

5           Bermond.

6                THE COURT:  Okay.

7                MR. FREEDMAN:  And then Dr. Michael

8           Edman (sic) is here.  I just want to confirm

9           --

10               THE COURT:  That's fine.

11               MR. FREEDMAN:  He is with us, but he's

12          not an attorney.

13               THE COURT:  Okay.  You can be seated.

14               So the three of them are affiliated

15          with Boies Schiller Flexner directly and

16          part of your team or attorneys for the

17          Plaintiffs?

18               MR. FREEDMAN:  Yeah.  Three of them --

19          two of them are attorneys for the

20          Plaintiffs.  One is them is an assistant to

21          the attorney for the Plaintiff, and one of

22          them is a retained expert in the case.

23               THE COURT:  All right.  As to the

24          retained expert, is there any objection to

25          him remaining in the courtroom?



Page 398

1          MS. MCGOVERN:  Yes, Your Honor.

2          THE COURT:  Okay.  I'll agree.  Is it

3     Dr. Keith?

4          MR. FREEDMAN:  Dr. Edman.

5          THE COURT:  Dr. Edman, I'm going to ask

6     -- have to ask you to step outside.  All

7     right.

8          And then, I think -- so timing-wise, I

9     think I allotted two hours.  My hope is, it

10    won't take that long.  I will give

11    Mr. Freedman the full two hours, if he needs

12    it.

13         I tentatively have my court reporter

14    coming at 10:30 in the hopes that if you

15    finish early in the deposition, we can roll

16    into the other hearings we have to have

17    today.  My thought was, if we can start

18    either, you know, 10:30, 11-ish, we can take

19    a break for lunch around 12:30, and then

20    come back between 1:30 and two, depending on

21    where we are.

22         I know we have at least two attorneys

23    in the courtroom who have concerns about

24    getting home for sunset.  So let me ask Mr.

25    Freedman and Miss Markoe, what is the latest



Page 399

```
1        you can get out of here comfortably?  I

2        don't like to keep the court reporter and

3        the court staff past 5:30 any way.  But if

4        we go to 5:30, can you each get home

5        comfortably tonight?  I think sundown's

6        after 8:00 o'clock.

7             Miss Markoe, is that okay with you?

8             MISS MARKOE:  That's fine.

9             THE COURT:  Okay.  So let's tentatively

10       say we'll go to 5:30.  I would like very

11       much to get all the testimony in today.  If

12       we are not able to get in argument but we

13       get all the testimony, I will be happy to

14       entertain argument later.  It's not my

15       intention to rule today.  I'll tell the

16       counsel right now.  It's my intention to

17       hear the evidence, and then I want to take

18       this matter under advisement and think about

19       it.  So -- and I want to give you each full

20       opportunity to argue after you've heard all

21       the evidence.

22             So, as I said, my goal today is get all

23       the testimony in.  If we don't get to

24       argument, we'll -- we'll come back for that.

25       All right?  Again, we can talk about if that
```



Page 400

1        happens, I suppose Dr. Wright has a right to

2        be here for that.  I know he's got some very

3        important family situations and other

4        professional obligations over the next month

5        or so.  So we can talk about whether he

6        would waive his right to be present for

7        argument, but if we get there.

8            All right.  From my perspective, those

9        are sort of the topics I wanted to cover.

10       Anything else from other side or I'll let

11       you start your -- oh, I'm sorry.  One other

12       thing.  I have to leave at 10:00 o'clock to

13       conduct criminal duty court.  You can

14       continue along with your deposition if I

15       step out.  So if I get up and leave, just

16       keep going.  If anything comes up while I'm

17       gone that I need to rule on, put it to the

18       side.  I'll come back and I'll rule at that

19       time.  Okay?

20           Other than that, Mr. Freedman, anything

21       else that -- that you think we should cover

22       kind of on the front end?

23           MR. FREEDMAN:  If I can move this so I

24       can see Dr. Wright.

25           THE COURT:  Yeah.  I think that's on



Page 401

1          wheels.  So just roll it wherever --

2          wherever you need to go.

3               Miss McGovern, anything else before we

4          get started?

5               MISS MCGOVERN:  No, Your Honor.

6               THE COURT:  Great.  Okay.

7               MR. FREEDMAN:  I think the videographer

8          has to --

9               VIDEO TECHNICIAN:  Yeah.

10              THE COURT:  Do whatever you need to do.

11         All right.  So, at this point, I am handing

12         the keys to the car to you both.  Whenever

13         you're ready, get started.  If I get up and

14         leave, you'll let me know, and off you go.

15              (A discussion was held off the record with

16   the court reporter.)

17              THE COURT:  You know, Folks, the court

18         reporter tells me because we don't have the

19         tape-recording system on, because we're off

20         the record, the microphones aren't working,

21         and she can't hear what Mr. -- I'm sorry,

22         Ms. McGovern and Dr. Wright may be saying.

23         I'm going to let her move closer to where

24         Dr. Wright is sitting.  She may need a

25         minute or two to move her equipment.  So



1     whenever she's ready, you all can get

2     started.

3          MS. MCGOVERN:  This is for procedural

4     reasons, we are marking the deposition

5     confidential.

6          THE COURT:  Of course.  Of course.

7     Understood.

8          Okay.  Let's give the court record a

9     second to relocate and if the videographer

10    needs to relocate...

11          (A recess was taken.)

12          VIDEO TECHNICIAN:  We are now on the

13    record.

14          This begins videotape No. 1 in the

15    continuation deposition of Dr. Craig Wright

16    in the matter of the Estate of David

17    Kleiman, et al., versus Craig Wright.

18          Today's date is June 28, 2019.  The

19    time is 9:17 a.m.  This deposition is being

20    taken at 701 Clematis Street, West Palm

21    Beach, Florida.  The videographer is

22    Ryan Kick.  The court reporter is

23    Darline West.  We are both representing

24    Magna Legal Services.

25          Will counsel and all parties present



```
 1          state their appearance and whom they
 2          represent.
 3               MR. FREEDMAN:  Vel Freedman for the
 4          Plaintiffs.
 5               MS. MCGOVERN:  Amanda McGovern and
 6          Andrés Rivero, Zaharah Markoe for Dr. Craig
 7          Wright.
 8               MR. BRENNER:  Andrew Brenner for the
 9          Plaintiff.
10               MR. ROCHE:  Kyle Roche for the
11          Plaintiffs.
12               THE COURT REPORTER:  Dr. Wright, would
13          you raise your right hand, please.
14               Do you solemnly swear to tell the
15          truth, the whole truth, and nothing but the
16          truth?
17               THE WITNESS:  I so do swear.
18     THEREUPON,
19               DR. CRAIG STEVEN WRIGHT,
20     called as a witness on behalf of the Plaintiffs
21     herein, having been first duly sworn, was examined
22     and testified further as follows:
23               DIRECT EXAMINATION (Continued)
24     BY MR. FREEDMAN:
25          Q.   Good morning, Dr. Wright.
```



Page 404

1       A.   Good morning.

2       Q.   Dr. Wright, you were previously married to

3    Miss Lynne Wright?

4       A.   That is correct.

5       Q.   And what was her maiden name?

6       A.   She was Carol Lynne Black.

7       Q.   What is her date of birth?


9       Q.   What is her current address?

███      ███      ██████████████████████████████

███   ████████████████

12       Q.   And what is her current e-mail address?

13       A.   I don't know.

14       Q.   What is her current phone number?

15       A.   I don't know.

16       Q.   When did you first meet Miss -- how would

17    you like me to refer to her?  Would -- you want me to

18    say -- is Lynne okay?

19       A.   Lynne is fine.

20       Q.   All right.  When did you first -- first

21    meet Lynne?

22       A.   It was in the '90s.

23       Q.   Do you know when in the '90s?

24       A.   The exact date, no.

25       Q.   First half of the decade, second half of



Page 405

```
 1    the decade?

 2         A.    The middle.

 3         Q.    So about 1995, give or take a year or two?

 4         A.    Yes.

 5         Q.    And where did you first meet her?

 6         A.    I initially spoke to her online, and I

 7    first met her in Australia.

 8         Q.    And when did you get married to Lynne?

 9         A.    We got married shortly after that in --

10    around Christmastime in '96, in Canada.

11         Q.    Did you live in Canada for any time?

12         A.    Only briefly.

13         Q.    How long?

14         A.    Only weeks at a time.

15         Q.    But the family residence or the marital

16    residence was in Australia?

17         A.    Yes.

18         Q.    What was the address of the marital

19    address?

20         A.    I don't remember.

██        ██    ████████████████████████████████

22         A.    Later on.  That was the last address.

██        ██    ████████████████████████████████████

24         A.    I don't remember the date.

25         Q.    Approximate year?
```



Page 406

 1        A.    Probably 2004, I think.

 2        Q.    Did there come a time when you got divorced

 3   from Miss -- from Lynne?

 4        A.    Yes.

 5        Q.    When did you get divorced?

 6        A.    We separated in 2010.  We got finally

 7   divorced through the court in 2012.

 8        Q.    Do you remember the month you were

 9   separated in 2010?

10        A.    September, October.

11        Q.    Do you remember the month you got divorced

12   formally by the courts?

13        A.    No.

14        Q.    Is there a court judgment or order

15   formalizing the divorce?

16        A.    Yes.

17        Q.    Do you have a copy of that?

18        A.    No.

19        Q.    Can you obtain a copy of that?

20        A.    Public record.  You can go to a court

21   and...

22        Q.    My understanding the courts in Australia

23   aren't public records.

24        A.    The actual divorce hearings are listed.  So

25   you don't get all the internal documents, but you can



Page 407

1    get the actual hearing date, et cetera.

2         Q.   Okay.  And what would we look under to find

3    what would be the name of the case?

4         A.   My name, her name, family court.

5         Q.   Which family court and which -- where would

6    it be located in Australia?

7         A.   Family court is federal court.

8         Q.   In -- in what area?  Is it New South Wales?

9         A.   That's where we lived, yes.

10        Q.   Is that where the court case was filed?

11        A.   It's -- it's commonwealth court.  It's

12   federal.

13        Q.   Commonwealth federal court.

14             And were you able to agree on how to divide

15   up the property, or did the court have to resolve a

16   dispute over it?

17        A.   Both.

18        Q.   So some you agreed to and some you were not

19   able to agree to?

20        A.   It was agreed in court.

21        Q.   "It was agreed in court."

22             So -- but there was like a mediation

23   provided over by a judge?

24        A.   Magistrate.

25        Q.   "Magistrate."



1          Did Lynne have every -- ever have any

2    ownership interest in Bitcoin that you mined before

3    2014?

4          A.   No.

5          Q.   Did Lynne ever have any ownership interest

6    in blockchain intellectual property that you were

7    ever aware of?

8          A.   No.

9          Q.   Did the divorce settlement deal with any

10   Bitcoin assets?

11         A.   Indirectly.  It dealt with companies.

12         Q.   And how did that indirectly deal with

13   Bitcoin assets?

14         A.   All of the Bitcoin, IP, et cetera, that I

15   had that was mined and created into a company I owned

16   called Wright International Investments.  Wright

17   International Investments was set up to own

18   everything I was creating.  I attempted to move that

19   into other Australian companies, but that fell

20   through because of the tax office.  The issue was

21   which companies went to whom, which other assets went

22   to whom.  I kept Wright International Investments.

23         Q.   What were the -- what was the value of the

24   Bitcoins on the date that the divorce was settled?

25         A.   I don't know.



Page 409

1        Q.   Do you know of an approximate idea of the

2   value of the Bitcoin?

3        A.   When we did our settlement, it was in 2011.

4   The value of the Bitcoin was not what was being

5   discussed.  The value of Bitcoin in 2011 was about

6   $80,000.  The debts associated with it were in the

7   order of millions.

8        Q.   Do you remember when in 2011 you reached

9   settlement?

10       A.   May.

11       Q.   And I'm presuming you have a copy of this

12   settlement agreement?

13       A.   No, I don't.

14       Q.   Who has a copy of the settlement agreement?

15       A.   I don't know.

16       Q.   Were you represented by counsel?

17       A.   Lynne was represented by counsel; I wasn't.

18       Q.   And you kept no copy of the settlement

19   agreement with your wife?

20       A.   I did.  But I don't need it anymore.  I

21   don't have it anymore.

22       Q.   When did you just -- get rid of the

23   settlement agreement with your wife?

24            MS. MCGOVERN:  Object to form.

25            THE WITNESS:  2014.



Page 410

1    BY MR. FREEDMAN:

2        Q.   And how did you destroy the settlement

3    agreement with your wife?

4            MS. MCGOVERN:  Object to form.

5    BY MR. FREEDMAN:

6        Q.   You can answer the question.

7        A.   I didn't keep the files.

8        Q.   Did -- did you have an automatic delete set

9    up on your computers?

10       A.   I didn't say that there were on computers.

11   I said, "files."

12       Q.   So they were paper files?

13       A.   Yes.

14       Q.   How did those paper files leave your

15   possession?

16       A.   I left the possession of the paper files.

17   I didn't take them with me.

18       Q.   Where did you leave them?

19       A.   They would have been left in the property

20   that was in Bagnoo.

21       Q.   What was the property address in Bagnoo?

██       ██      ████████████████████████████████████

23       Q.   When did you leave that property address?

24       A.   When it was sold.

25       Q.   When was it sold?



Page 411

1          A.   I believe 2014, off the top of my head.

2          Q.   Who owned the property when it was sold?

3          A.   It was jointly owned between Lynne and

4    myself.

5          Q.   And who purchased the property from you?

6          A.   I don't remember the name of the person who

7    purchased it.

8          Q.   Did you know them before they purchased it

9    from you?

10         A.   No, I did not.

11         Q.   They were strangers?

12         A.   Yes.

13         Q.   So you left your marital settlement

14   document in possession of complete stranger?

15              MS. MCGOVERN:  Object to form.

16   BY MR. FREEDMAN:

17         Q.   Is that right?

18         A.   No.  Lynne was in charge of the property at

19   that stage.

20         Q.   So you left all of your documents with

21   Lynne?

22              MS. MCGOVERN:  Object to form.

23         Mischaracterizes the witness's testimony.

24              THE COURT:  I'm going to say something

25         no judge has said before.  Can you object



Page 412

1      louder?

2   BY MR. FREEDMAN:

3      Q.   Okay.   There was a pending question,

4   Doctor.   I'll -- I'll re-ask.

5           Did you leave all of your marital

6   settlement documents with Lynne?

7      A.   I left them in the property.

8      Q.   And you formalized your settlement

9   agreement with Lynne in May of 2011.   Why were the

10  documents still on the property -- and you got

11  divorced in 2012.   Strike that.   Let me say that

12  again.

13          You formalized your divorce in May 2011 --

14  your agreement with Lynne in 2011.   The divorce was

15  formally entered in 2012.

16          Why were you still -- had documents in a

17  property that belonged to Lynne in 2014?

18     A.   The property didn't belong to Lynne.   It

19  was joint.

20     Q.   Were you both living at the property?

21     A.   Neither of us were living at the property.

22     Q.   Who was living at the property?

23     A.   Nobody.

24     Q.   It was vacant from 2000 -- when was it --

25  when did it become vacant?



Page 413

1          A.   It was a farming property that we went back

2     and forwards to while we were married.

3          Q.   If Lynne sued you for breach of that

4     settlement agreement, Dr. Wright, how would you

5     obtain a copy of it?

6          A.   It's too late to sue me.  You can't sue me

7     in Australian law.

8               MS. MCGOVERN:  Please just answer the

9          question, Dr. Wright.

10              THE WITNESS:  I wouldn't.  There's no

11         need to.

12    BY MR. FREEDMAN:

13         Q.   Did a divorce settlement deal with any

14    blockchain intellectual property?

15         A.   No.  It dealt with the ownership of

16    companies.

17         Q.   Was Tulip Trading, Ltd. dealt with in the

18    divorce?

19         A.   That was created after we separated.

20         Q.   So that was created after 2010?

21         A.   Correct.

22         Q.   But you were not divorced when it was --

23    when was it created?

24         A.   It was created -- I believe, the date was

25    June or July 2011.



Page 414

1     Q.   And when you -- did you create Tulip

2  Trading?

3     A.   I didn't create it.  It was a company that

4  I paid created it.

5     Q.   Okay.  And -- and you paid that company for

6  the property sometime after 2010 and before 2000 --

7  sorry.  Sorry.  Let me strike that.

8          You paid the company for Tulip Trading

9  sometime after 2010, but before the formal divorce of

10 2012?

11    A.   Yes.

12    Q.   Okay.  And when you paid for that company,

13 you assumed full ownership of the company?

14    A.   It was set up under a bearer share

15 structure initially.

16    Q.   Who was the owner of the company when --

17 who was the bearer share owner of the company when

18 you set it up?

19    A.   I owned the bearer shares.  There were

20 nominee shareholders and nominee directors.

21    Q.   So the listed owner of Tulip Trading at the

22 time of its incorporation was a company that you

23 owned the shares to; is that correct?

24    A.   In effect, yes.

25    Q.   Okay.  And Miss -- Lynne had no ownership



Page 415

1    interest in Tulip Trading?

2         A.   No, Lynne had no ownership interest in

3    Tulip Trading.

4         Q.   And then in 2012, when the divorce was

5    entered, I understand -- strike that.

6              What was Lynne's educational background?

7         A.   Lynne has a master's degree in education.

8    She was a former nurse.

9         Q.   And was she involved in your companies?

10        A.   Lynne had been involved in my companies,

11   yes.

12        Q.   Which companies was she involved in?

13        A.   She was involved in many of the companies.

14   I can't remember all the names.  I've had many

15   companies.  Lynne was also involved in W&K

16   Information Defense in Florida with Dave, and she

17   helped him there.  She was involved in Cloudcraft

18   that was set up.  She was involved in various

19   iterations of De Morgan.  And others, I would have to

20   look up the records.

21        Q.   Did Lynne know about your creation of

22   Bitcoin?

23        A.   Yes.  But she never really cared about it,

24   and she just thought I was wasting too much time and

25   working on things she didn't understand.



1      Q.   And did she know that you were one of the

2   people behind Satoshi Nakamoto?

3      A.   There is no other people behind -- I'm the

4   only person behind Satoshi Nakamoto.

5      Q.   How did she know that?

6      A.   Lynne --

7           MS. MCGOVERN:  Object to form.

8   BY MR. FREEDMAN:

9      Q.   How did she know that you were the only

10  person behind Satoshi Nakamoto?

11          MS. MCGOVERN:  Object to form.

12      Mischaracterizes the testimony.  He stated

13      that he is the only one, not that she knew.

14          MR. FREEDMAN:  Strike that.

15  BY MR. FREEDMAN:

16      Q.   Did she know that you were the only person

17  behind Satoshi Nakamoto?

18      A.   Yes.

19      Q.   How did she know that?

20      A.   She saw me working.  She saw me studying.

21  She saw me get up.  I only, at that stage, slept

22  maybe four to five hours a night.  I did up to four

23  degrees simultaneously.  I worked full time on this.

24  I came home on this and worked on it without anyone

25  else's help.  I did that since the '90s, until I



Page 417

1    solved what I needed to solve.

2         Q.   And did -- how did she make the connection

3    between that work and the moniker Satoshi Nakamoto?

4              MS. MCGOVERN:  Object to form.  You can

5         answer.

6              THE WITNESS:  Lynne knew about some of

7         my past.  Lynne knew that I used a lot of

8         Japanese pseudonyms when I was online and

9         talking to people.  And Lynne knew that I'd

10        been brought up, after my father left, in

11        part, by a Japanese man who I learned

12        martial arts from and also learned a lot

13        about the aspects before he died of Japanese

14        culture.

15   BY MR. FREEDMAN:

16        Q.   But how did she make the specific

17   connection to the specific moniker Satoshi Nakamoto?

18             MS. MCGOVERN:  Object to form.

19             THE WITNESS:  She was my wife.  She

20        lived there with me.  She knew a lot of what

21        I was doing.  She was involved with the

22        accounts.  She was involved with seeing

23        everything I spent.  I don't hide any

24        transactions from my spouse.  So she would

25        have been able to see the purchase of the



Page 418

1          Bitcoin.org domain on my credit card

2          statement.

3     BY MR. FREEDMAN:

4          Q.    When did you purchase the Bitcoin.org

5     domain name?

6          A.    August 2008.  I don't off the top of my

7     head remember the exact date.

8          Q.    And you did that with a credit card?

9          A.    Yes, I did.

10         Q.    Do you remember which credit card?

11         A.    Not off the top of my head, no.

12         Q.    Do you have the records that would tell you

13    which credit card?

14         A.    I was audited by the Australian tax office

15    in 2008-2009 tax period.  The records were handed

16    over to the Australian Tax Office.  In effect, that

17    included all of my expenditures.  It included all of

18    my receipts.  It included all of my statements.

19         Q.    And you said previously that your wife had

20    access to -- to all the accounts.

21                What did you mean by "the accounts"?

22         A.    I mean exactly that.  I mean, the accounts,

23    the bank accounts.  I don't have anything secret from

24    my spouse, my current one or my former one.  I

25    share -- I don't have separate bank accounts.  I



Page 419

```
 1   don't have separate credit cards.  I don't have

 2   anything else.

 3        Q.   Did she have access to the Satoshi Nakamoto

 4   account?

 5             MS. MCGOVERN:  Object to form.  Lack of

 6        foundation.

 7   BY MR. FREEDMAN:

 8        Q.   Did she have access -- you can answer, Dr.

 9   Wright.

10             Did she have access to the Satoshi Nakamoto

11   account?

12        A.   You're misrepresenting the term "account."

13   Account here being a log-in and a bank account.  The

14   Satoshi Nakamoto account, there's no such actual

15   thing.  There's an e-mail address.

16             And so is that what you're referring to?

17        Q.   Did she have the log-in information for the

18   e-mail address associated with Satoshi Nakamoto?

19        A.   No.

20        Q.   Did Lynne participate in your Bitcoin

21   operations?

22             MS. MCGOVERN:  Object to form.

23             THE WITNESS:  Sorry.  Can you explain

24        what you mean by my "Bitcoin operations"?

25
```



Page 420

1   BY MR. FREEDMAN:

2       Q.   Did she participate in your mining of

3   Bitcoin?

4       A.   I acted for Wright International

5   Investments as an agent of my company to my Bitcoin.

6   I didn't mine apart from my laptop, which was

7   minimized.  It was minimal.  My mining on my laptop

8   was something I did to test the public software.

9   Lynne was involved in that she had to help with

10  ordering of computers and paying of bills, but I

11  don't believe she ever understood any of what was

12  happening.

13      Q.   Did she ever own a business that you worked

14  for or with?

15      A.   She had shares in businesses, but that's

16  not owning.

17      Q.   Did she have shares in a business that you

18  worked for or with?

19      A.   Yes.

20      Q.   Can you name those?

21      A.   Not all of them, no.  I'd have to check

22  records.  I know that she had shares in De Morgan.  I

23  know that she had shares in Ridges Estate.  I know

24  that she had shares in things that I didn't end up

25  working for.



Page 421

1        Q.   Are those all the ones you can remember

2    now?

3        A.   I'd need to look up what she has.  I know

4    that she had shares in W&K, but I didn't work for

5    that.  I know she had shares in other companies that

6    I ended up taking over after her bankruptcy.  But I

7    didn't originally have shares in those; she did.

8        Q.   And what happened to her shares in W&K?

9        A.   That would still be her shares.

10       Q.   Did she have shares in Wright International

11   Investments?

12       A.   No.

13       Q.   Did Lynne ever meet Dave Kleiman?

14       A.   Yes.

15       Q.   When?

16       A.   When I came to Florida, I don't remember

17   the date off the top of my head, Lynne came with me.

18   We were staying in Orlando, and we also went to

19   Miami.  I don't remember which trip.  I've been to so

20   many -- I -- I travel so much, I don't remember the

21   exact dates of every one anymore.

22       Q.   Is Lynne a beneficiary of any trusts you've

23   settled?

24       A.   No.

25       Q.   Is Lynne a trustee of any trusts you've



Page 422

1    settled?

2        A.   No.

3        Q.   Have you discussed Bitcoin with Lynne after

4    your marriage ended?

5        A.   Yes.

6        Q.   When?

7        A.   I don't remember the dates.

8        Q.   What were the general subjects of those

9    conversations?

10       A.   I focus on technology.  I'm very focussed,

11   and most people would consider it strange.  I have a

12   one-track mind.  I'm actually autistic, and I have

13   what most people commonly mislabel as Asperger's,

14   although I'm high-functioning.

15            So when people try and talk about general

16   things, generally it all ends up with mathematics,

17   Bitcoin, quantative studies, and whatever else.

18   Outside of my small bailiwick of what I focus on, I

19   rarely talk to anything other than that.

20       Q.   Have you discussed anything about this

21   lawsuit with Lynne?

22       A.   Not to my recollection -- recognition, no.

23       Q.   Do you mean recollection, Dr. Wright?

24       A.   My apologies.  Yes.

25       Q.   Okay.  Dr. Wright, you're presently married



Page 423

```
 1   to Miss Ramona Watts?

 2        A.   Yes.

 3        Q.   What's her date of birth?

 4   ████  ████  █████████████████████████

 5        Q.   What is her current address?

 6   ████  ████  ████████████████████████████████

 7   ████  ████████████████████████████

 8        Q.   What is her current e-mail address?

 9   ████  ████  █████████████████

10        Q.   What is her current phone number?

11   ████  ████  ████████████

12        Q.   What was her last name at birth?

13        A.   A-N-G.

14        Q.   And how many times has she been married?

15        A.   I'm her second marriage.

16        Q.   What was her first married name?

17        A.   Watts.

18        Q.   Where did you first meet Ramona?  Is it

19   okay if I call her Ramona?

20        A.   Yes.

21        Q.   When did you first meet Ramona?

22        A.   I was doing charity work.

23        Q.   And when did you first meet her?

24        A.   I don't remember the exact date.  I was --

25        Q.   Go ahead.  Sorry.
```



Page 424

 1        A.   I was doing charity work.  I set up

 2   computers and did other things for a number of

 3   charities, and my first time meeting her was with one

 4   of those.  It wasn't -- I mean --

 5        Q.   Was it in Australia?

 6        A.   Yes.

 7        Q.   In approximately what year was it?

 8        A.   The first time I met her, probably 2011.

 9        Q.   And when did you start dating her?

10        A.   The end of 2011.

11        Q.   And when did you get married?

12        A.   We got married in 2013.

13        Q.   When in 2013?

14        A.   23rd of November.

15        Q.   Did you have a prenuptial agreement with

16   Ramona?

17        A.   I've never had a prenuptial agreement.

18        Q.   Did you enter into a post-nuptial

19   agreement?

20        A.   I've never had any nuptial agreement.

21        Q.   Did you ever discuss Dave with Ramona

22   before you got married?

23        A.   Yes.

24        Q.   What -- tell me about that conversation.

25        A.   I don't really remember.  I've discussed



Page 425

1    Dave with Ramona.

2         Q.   So you can't remember anything about the

3    conversation you had with Ramona about Dave?

4         A.   I don't sit there and put down

5    recollections of what I discussed with individuals.

6    It's, I guess -- I discuss my friends, I said,

7    because I had very few.

8              MS. MCGOVERN:  Please don't speculate.

9         If you know the answer to a question, just

10        answer it.  If you don't know, just say you

11        don't know.

12             Please don't speculate.  If you don't

13        remember, you simply don't remember.

14             THE WITNESS:  I don't remember.

15   BY MR. FREEDMAN:

16        Q.   Did you refer to him as your best friend?

17        A.   Yes.

18        Q.   And did you tell her that he had helped you

19   create Bitcoin?

20        A.   No.

21        Q.   Why not?

22             MS. MCGOVERN:  Object to form.

23   BY MR. FREEDMAN:

24        Q.   You can answer.

25        A.   Dave didn't help me create Bitcoin.  He



Page 426

1    helped, as did many others, with editing white paper.

2    Dave's main help actually came after.  Dave was a

3    forensic specialist, and Dave helped me remove myself

4    as Satoshi more than anything else.

5         Q.    Did you tell her that Dave helped you mine

6    Bitcoin?

7         A.    Dave never helped me mine Bitcoin.

8         Q.    Did Ramona learn that you created Bitcoin

9    before you were married?

10        A.    Yes.

11        Q.    When did she learn that?

12        A.    I don't remember the date.

13        Q.    How did she learn that?

██       ██       ████████████████████████████████████

██       ██████████████████████████████████████

██       ██       ████████████████████████████████████

██       ██       ██████

18        Q.    And how did she learn you created Bitcoin?

19        A.    I talked to her about everything, including

20   my past, before we got married.

21        Q.    You gave her detailed accounts of what you

22   had done to create Bitcoin?

23        A.    As much as she could understand, yes.

24        Q.    Did you ever e-mail Ramona about Bitcoin

25   before you were married?



Page 427

1    A.   Not about Bitcoin, no.

2    Q.   Did you e-mail her about Satoshi Nakamoto

3  before you got married?

4    A.   No.

5    Q.   Did you e-mail her about blockchain before

6  you got married?

7    A.   We had companies that were involved in

8  Bitcoin.  And based out of before I got married, they

9  were all about Bitcoin.  So all those company e-mails

10  happened before we got married.  But I wasn't

11  discussing, hey, I'm Satoshi or anything like this.

12  We were talking about company business.

13    Q.   So you had a business relationship with

14  Ramona before you got married?

15         MS. MCGOVERN:  Object to form.

16    Mischaracterizes the witness's testimony.

17  BY MR. FREEDMAN:

18    Q.   You can answer the question.

19    A.   We had companies together.

20    Q.   So you had a business relationship?

21    A.   We had companies together.

22    Q.   And you had companies together after you

23  got married as well?

24    A.   Yes.

25    Q.   And you conversed about those companies



Page 428

1    before you got married?

2         A.   Yes.

3         Q.   And you conversed about those companies

4    after you got married?

5         A.   You can't be a company director with

6    someone who's a company director without talking

7    about the company that you're in.

8         Q.   So the answer's yes?

9         A.   Yes.

10        Q.   Did Ramona ever meet Dave Kleiman?

11        A.   No.

12        Q.   Did she ever speak with Dave Kleiman on the

13   phone?

14        A.   I don't know.

15        Q.   Did she ever speak with Dave Kleiman over

16   Skype?

17        A.   I don't know.

18        Q.   Did she ever e-mail Dave Kleiman?

19        A.   I don't know.

20        Q.   Was Ramona involved in your business

21   interactions with Steven Matthews and Robert McGregor

22   in 2016?

23             MS. MCGOVERN:   Objection.   Lack of

24        predicate.

25



Page 429

1    BY MR. FREEDMAN:

2         Q.   Strike that.

3              Did you have business interactions with

4    Steven Matthews and Robert McGregor in 2016?

5         A.   I believe you're saying Stefan Matthews.

6         Q.   "Stefan Matthews."  Thank you, Dr. Wright.

7              Did you have business relationships with

8    Stefan Matthews and Robert McGregor in 2016?

9         A.   Yes.

10        Q.   Was Ramona involved in those business

11   interactions?

12        A.   Yes.  I had resigned as a director.

13        Q.   So the answer is yes?

14        A.   Yes.

15        Q.   Was she on e-mails between you and

16   Matthews?

17        A.   I don't know.

18        Q.   Was she on e-mails between you and

19   McGregor?

20        A.   I don't know.

21        Q.   What were those business dealings with

22   Matthews and McGregor about?

23        A.   They're about the companies.

24        Q.   What about the companies?

25        A.   Moving where we are now, setting up nChain.



Page 430

```
 1        Q.   Setting up nChain to do what?

 2        A.   To continue the creation of my intellectual

 3   property.

 4        Q.   Were those business directions -- sorry.

 5   Strike that.

 6             Did those business interactions involve the

 7   selling of Satoshi Nakamoto's life rights?

 8        A.   The rights were added later.

 9        Q.   So, at some point, they came to involve

10   Satoshi Nakamoto's life rights?

11        A.   Unfortunately, yes.

12        Q.   When did that occur?

13        A.   I don't remember the date.  It happened

14   because of the media interaction.  The original deal

15   had nothing to do with Satoshi Nakamoto.  I was in a

16   panic as various media entities started querying me

17   and people took advantage of me and said they

18   wouldn't help me unless I signed that over.

19        Q.   And who did you sign the life rights over

20   to?

21        A.   I don't remember the exact nature of the

22   contract.

23        Q.   But it had to do with business dealings

24   with Matthews and McGregor?

25        A.   I don't remember the exact nature of the
```



Page 431

1   contract.

2       Q.   Did McGregor and Matthews have anything to

3   do with the provision of the contract that -- strike

4   that.

5            You signed a contract that signed over the

6   life rights of Satoshi Nakamoto; is that correct?

7       A.   The story, you mean.

8       Q.   And who gave -- who handed you that

9   contract?

10      A.   I don't remember.

11      Q.   Who e-mailed you that contract?

12      A.   I don't think it was e-mailed.

13           MS. MCGOVERN:   I'm gonna object to the

14           line of questioning as outside the scope of

15           the limited deposition for which we are here

16           today.

17           THE COURT:   Sustained.

18  BY MR. FREEDMAN:

19      Q.   Is Ramona a beneficiary of any trust you

20  have settled?

21      A.   Yes.

22      Q.   Which trusts?

23      A.   I don't remember each trust off the top of

24  my head.

25      Q.   Do you remember any of the trusts that



Page 432

1    she's a beneficiary of?

2         A.   Yes.

3         Q.   Which?

4         A.   There's a trust in the Seychelles known as

5    Tulip, which is a registered trust now in the

6    Seychelles.  It owns now Wright International

7    Investments and Tulip Trading, Ltd. and a few other

8    companies.

9         Q.   And is Ramona a trustee of any trust you

10   have settled?

11        A.   Not to my knowledge.

12        Q.   Dr. Wright, do you have any record of the

13   shares Miss -- that Lynne has in W&K Info Defense

14   Research?

15        A.   Yes.

16        Q.   Have you provided those to your lawyers?

17        A.   Yes.

18        Q.   Have you ever asked Lynne for records of

19   her ownership of W&K?

20        A.   I believe that we discussed it.

21        Q.   When?

22        A.   I don't remember the date.

23        Q.   After the filing of this lawsuit?

24        A.   No.  It would have been before.

25        Q.   What is the basis for you saying that Lynne



Page 433

     1   is a shareholder of W&K?

     2         A.   Lynne set everything up with Dave.  I was

     3   going through a severe audit with the Australian Tax

     4   Office trying to bankrupt me.  So I didn't put any

     5   shares at that stage into my own name directly, and

     6   everything was agreed, when we were looking at

     7   separating, that all of that work would go into her

     8   name.  So on the creation of W&K, everything was

     9   meant to go between Lynne and Dave.

    10         Q.   And did you see any documents issuing

    11   shares of W&K to Lynne?

    12         A.   Yes.

    13         Q.   Who issued those documents?

    14         A.   I don't know.  I wasn't a director.  Lynne

    15   and Dave were both directors.

    16         Q.   So who sent her the shares?

    17         A.   I don't know.  Lynne and Dave were both the

    18   directors.  I had nothing --

    19         Q.   So how did you obtain copies of the shares?

    20         A.   I was later sent a whole lot of files when

    21   Lynne went into bankruptcy.

    22         Q.   So you have no direct knowledge that Lynne

    23   actually has shares in W&K; is that correct?

    24              MS. MCGOVERN:  Object to form.

    25         Mischaracterizes the testimony.  Asked and



Page 434

1        answered.

2    BY MR. FREEDMAN:

3        Q.   You can answer the question.

4        A.   That is not what I said.  I said, when

5    Lynne went into bankruptcy, she delivered records to

6    me, because I handled that for her.

7        Q.   So your knowledge of Lynne's shares in W&K

8    comes from the records you received from Lynne?

9        A.   No.

10       Q.   Where does it come from?

11       A.   I was still in communication with Lynne in

12   2011 when I was setting up W&K, helping her, helping

13   Dave.

14       Q.   So Lynne told you that she has shares in

15   W&K?

16       A.   We were on the same phone call with Dave as

17   the company was being constructed.  We were on the

18   same e-mails.  So she didn't need to tell me.  I had

19   the communications between Dave and myself and her at

20   the time.  I saw all of this happening.  And I

21   communicated with Dave as he was filing the company.

22       Q.   Dr. Wright, I'm gonna hand you a

23   declaration you signed on May 13th, 2019.

24            MR. FREEDMAN:  Mr. Kass, would you

25       mind.



Page 435

1    BY MR. FREEDMAN:

2         Q.   Dr. Wright, is this a declaration you

3    signed on or about May 13th, 2019?

4              MS. MCGOVERN:  I'm gonna object to this

5              line of questioning and ask how this fits

6              within the limited scope of this deposition?

7              It doesn't appear to fit within the marital

8              privilege, it doesn't appear to fit within

9              the national security, and it doesn't appear

10             to fit with the limited questions regarding

11             the Bitcoin holdings.

12             MR. FREEDMAN:  These are trusts that

13             Dr. Wright has identified as holding his

14             current Bitcoin holdings.

15             MS. MCGOVERN:  So to the extent that

16             you're gonna be asking about the holdings

17             that Dr. Wright had, we have no objection.

18             If you go beyond that, we're going to object

19             and ask the judge to rule.

20   BY MR. FREEDMAN:

21        Q.   Okay.  Dr. Wright, is this the declaration

22   you signed on or about May 13th, 2019?

23        A.   It is a copy.

24        Q.   Are all the statements you made in the

25   declaration based on your personal knowledge?



Page 436

1       A.    They're based on my knowledge and belief at

2    the time.

3       Q.    Dr. Wright, do you see on paragraph 2 of

4    the first page of this declaration, it says, "I give

5    this declaration based on my personal knowledge"?

6            MS. MCGOVERN:  I'm going to object to

7        that question and ask for this line of

8        questioning to be asked while the judge is

9        present, as I believe you're outside the

10       scope.

11           MR. FREEDMAN:  We're gonna take a

12       break.  Let's go off the record.

13           MS. MCGOVERN:  You -- wait.  Vel,

14       before you unilaterally decide to go off the

15       record, you can continue with your other

16       questions so that we don't waste time and

17       just hold off on this until the judge is

18       able to reconvene, so we don't waste

19       everybody's time.

20           MR. FREEDMAN:  I understand.  But I

21       just need a second to rejig everything.

22           MS. MCGOVERN:  Of course.

23           MR. FREEDMAN:  We're going off the

24       record.

25           MR. RIVERO:  We don't have to go on the



Page 437

1        --

2            MR. FREEDMAN:  Well, I'm gonna use the

3        restroom anyway, so let's go off the record.

4            VIDEO TECHNICIAN:  Off the record at

5        9:56.

6            (A recess was taken.)

7            VIDEO TECHNICIAN:  On the record at

8        10:04.

9            THE COURT:  I'm caught up to where I

10       left off.  There's not much happening.  Let

11       me just read.

12           Okay.  So, Miss McGovern, you had an

13       objection to the line of questioning being

14       beyond the scope.

15           What question in particular?  Is there

16       a pending objection or --

17           MS. MCGOVERN:  Yes, Your Honor.

18           THE COURT:  He was getting close to the

19       line and you wanted me to be here as --

20           MS. MCGOVERN:  Yes, that's exactly

21       right, Your Honor.

22           THE COURT:  There's no pending question

23       to which there's an objection, but you just

24       wanted me to be here for this line of

25       questioning?



```
 1           MS. MCGOVERN:  I believe there might be
 2      a pending question, and I objected to the
 3      pending question, and my objection
 4      specifically was to the extent that the
 5      questions that he's asking about these trust
 6      documents relate to the limited questions
 7      permitted under this deposition for Bitcoin
 8      holdings, we have no objections.
 9           But to the extent that this is going to
10      become a line of questioning regarding the
11      declaration, the trusts, the creation of the
12      trusts, and all that sort of thing, that
13      goes outside the scope, and we object to it.
14           THE COURT:  Okay.
15           MR. FREEDMAN:  Your Honor --
16           THE COURT:  How far are you gonna go on
17      this?
18           MR. FREEDMAN:  Your Honor, I mean, I
19      could start the questioning over or I could
20      just explain to you my rationale.
21           These declarations were produced in
22      response to a direct court order to identify
23      his Bitcoin holdings.  And Dr. Wright's
24      contention is now that he cannot identify
25      his current Bitcoin holdings.
```



Page 439

1           So I think all of these trusts and the
2      trust documents and everything sworn about
3      them are fair game as it relates to the
4      current Bitcoin holdings.
5           MS. MCGOVERN:  May I respond?
6           THE COURT:  Yes.
7           MS. MCGOVERN:  Dr. Wright has never
8      stated that he cannot provide the
9      information regarding his current Bitcoin
10     holdings.  In fact, he stated repeatedly
11     that the Bitcoin holdings are 820,050.
12          What we believe the issue before this
13     court to be today is the inability, the
14     impossibility of providing the public
15     addresses.  That's very different than the
16     holdings of Bitcoin.
17          So to the extent that he's asking about
18     the holdings of Bitcoin, we believe that
19     fits within the limited scope of the
20     deposition.  But beyond that, it does not.
21          THE COURT:  Okay.  I'll let you draw
22     that line where you want.  But I got to tell
23     you, for the purposes of the show cause
24     hearing this afternoon, I'm gonna let him
25     ask all the questions about the trusts, as I



Page 440

```
1        think it is relevant.  So if you want to ask

2        him --

3              MS. MCGOVERN:  Oh, of course.

4              THE COURT:  If you prefer to have him

5        ask in public at the show cause hearing,

6        I'll sustain your objection.

7              MS. MCGOVERN:  Well, to the extent that

8        the questions are going to be asked once --

9        I think they're going to be asked once.  But

10       we understood the deposition and the

11       evidentiary hearing to be separate and not

12       repetitive.

13             THE COURT:  Understood.  I agree.

14             Okay.  So, Mr. Wright -- Mr. -- sorry,

15       Mr. Freedman, I'm gonna sustain the

16       objection to the extent that it goes beyond

17       the general topic of his overall holdings,

18       but I'm telling you in advance for purposes

19       of a later hearing today, I am going to

20       allow questioning about -- the more granular

21       questions about the specific public

22       addresses and his ability to access the

23       public addresses.  So with that, you can

24       continue the deposition.

25             And -- and to be perfectly correct, to
```



Page 441

1      my understanding, this was not a topic that

2      was attempted to be raised at Dr. Wright's

3      deposition in London.  And there was an

4      objection raised which caused my ruling.  So

5      I'm sustaining the objection for those

6      reasons.

7          MR. FREEDMAN:  Your Honor, am I allowed

8      to ask questions about the declaration

9      submitted by Dr. Wright?

10         THE COURT:  To the extent it's

11     foundational and it goes to the overall

12     question of his Bitcoin holdings and Bitcoin

13     holdings generally, yes.  If you want to get

14     into the specific questions about the public

15     addresses and where they are and how they

16     can accessed, no.

17         But yes, you can ask him general

18     foundation questions.  I believe that's the

19     declaration.  I don't think Miss McGovern

20     was objecting to that.

21         MR. FREEDMAN:  Okay.  I'm going to

22     limit my questions, Your Honor, to the

23     trusts as opposed to the actual public

24     addresses.  And if Miss McGovern has

25     objections to the trusts that are holding



Page 442

1          those current Bitcoin holdings, then I guess

2          you'll rule on them as -- as they come.

3               If that's okay?

4               THE COURT:  That's why I'm here.

5               MR. FREEDMAN:  Perfect.  Thank you.

6               (Plaintiffs' Exhibit 1, May 13, 2019

7     declaration signed by Dr. Craig Wright was marked for

8     identification.)

9     BY MR. FREEDMAN:

10        Q.   Dr. Wright, this is the May 13th declar-

11    the 2019 declaration that you signed, which I'm

12    marking as Plaintiff's Exhibit 1.

13             And Dr. Wright, you gave this declaration

14    based on your personal knowledge; is that correct?

15        A.   Yes.

16        Q.   And the statements -- sorry.

17             And on your personal knowledge, you swore

18    the statements made in this declaration are true?

19        A.   They're true in that it's a very simplified

20    version of everything.

21        Q.   Okay.  And you know that your declaration

22    was submitted to United States District Court?

23        A.   Yes.

24        Q.   And it was your intention that the court

25    should rely on the statements that are made in this



Page 443

1    declaration?

2        A.   It's my declaration as a simplified version

3    of a complex scenario.

4        Q.   Dr. Wright, in paragraph 3 of your

5    declaration, you state that you used your best

6    efforts to gather certain trust documents.

7             Do you see that?

8        A.   Yes.  I'm not the trustee of these trusts.

9        Q.   And you say specifically that you gathered

10   trust documents for two trusts, Tulip Trust 1 and

11   Tulip Trust 2.

12            In paragraph 3 do you see that?

13       A.   Yes.  What were called -- they were both

14   called Tulip Trusts, so we gave them a one and a two.

15       Q.   And before we go into the actual Tulip

16   Trust documents, I just want to make sure we're on

17   the same page on precisely which documents you're

18   identifying in your declaration.

19            So if you look at paragraph 4 of that

20   declaration, you'll see that you identify a trust

21   document dated June 24th, 2011.

22            Do you see that?

23       A.   I would need to look at the document to

24   make a comment.

25       Q.   Okay.  Well, maybe I can help you with your



Page 444

1    other declaration, Dr. Wright.

2            Do you see where you write on paragraph 4,

3    which is referenced in paragraph 5 of my May 8th,

4    2019 declaration?

5        A.   I would need to see the declaration --

6        Q.   Sure.

7        A.   -- to make a comment further.

8        Q.   You know what, I'll just give you the

9    documents.

10           Did you take a look at the documents,

11   Dr. Wright?

12       A.   Yes.

13       Q.   And so, those are the trust documents dated

14   June 24, 2011; is that right?

15       A.   The first one is, yes.

16           (Plaintiffs' Exhibit 2, E-mail from David

17   Kleiman to Craig Wright, Bates labeled Defense 2413

18   through 2415 was marked for identification.)

19   BY MR. FREEDMAN:

20       Q.   Okay.  And I'm gonna mark this as -- the

21   first one as Plaintiff's Exhibit 2.

22           And the first one is the one that starts

23   off from Dave Kleiman to Craig Wright, and it's an

24   e-mail.  It's Bates labeled Defense 2413 through

25   2415.



Page 445

1           Is that correct?

2      A.   It is page 216.

3      Q.   You're including this second page

4  (indicating)?

5      A.   2416.

6      Q.   Okay.  So, then, you're stating that --

7  let's -- let's make sure we're on the same page here.

8           Your para- -- paragraph 4 says "I attached

9  to this declaration the trust document dated

10 June 24th, 2011, which is referenced in paragraph 5

11 of my May 8th, 2019 declaration."

12          You're holding Defense 2413 through 2416.

13 Is that what you were referencing in your

14 declaration?

15     A.   This is a document related to that.  This

16 isn't the formal trust.  This is what I have.

17     Q.   But this is what you have from June 24th,

18 2011, correct?

19     A.   Yes.  I don't have all of the documents to

20 do with the setup with the trust.  And this was

21 actually changed -- this was not to do with the

22 formal trust itself.  It was to do with the technical

23 trust that I put around the key fragments.  This was

24 changed afterwards because I was drunk when I went

25 over writing this and gave it to Dave.  That's why he



Page 446

1    snuck some other lines in there on me.

2         Q.   Okay.  But this is what you're referencing

3    in paragraph 4; is that correct?

4         A.   It is the document I have to do with that.

5    I don't have everything to do with what became the

6    Tulip Trust.

7         Q.   This is what you have?

8         A.   That is what I have.

9         Q.   And it's an authentic?

10        A.   Yes.

11        Q.   Okay.  So the first page of this document,

12   2413, this is a copy of an e-mail from Dave Kleiman

13   to you; is that correct?

14        A.   That is my understanding.

15        Q.   And it was written on or about June 24th,

16   2011?

17        A.   I had actually sent the original version to

18   Dave a little bit before that.  And after badgering

19   Dave, he sent it back on that date.  When I wrote it,

20   I had drunk four bottles of wine.

21        Q.   You wrote to Dave "Craig, I think you were

22   mad, and this is risky, but I believe in what we were

23   trying to do"?

24        A.   No.  That is an e-mail.  That is not the

25   other document.



Page 447

```
 1          Q.   So let's make sure we're on the same page.

 2          Document 2413 --

 3          A.   Yes.

 4          Q.   -- that first page only, is an e-mail from

 5     Dave Kleiman to you?

 6          A.   That is the appearance of what it is, yes.

 7          Q.   Okay.  And it was written on June -- on or

 8     about June 24th, 2011?

 9          A.   Yes.

10          Q.   And you recall receiving this e-mail on or

11     about June 24th, 2011?

12          A.   Yes.

13          Q.   Okay.  Dr. Wright, in discovery, we

14     received this as a scan of a paper printout.  We also

15     received it as a pdf file, but we did not receive it

16     as an actual e-mail file.

17               Can you explain why that is?

18          A.   When I was outed in December 2015 as

19     Satoshi, I tried to remove all evidence of who I was.

20     I did my best to wipe out all of my social media.  I

21     did my best to wipe out my e-mails and any other

22     record that would tie me to being Satoshi Nakamoto.

23          Q.   So you kept only a paper copy; is that

24     correct?

25          A.   No, I did not.
```



Page 448

```
 1              MS. MCGOVERN:  Object.  I'm gonna

 2         object to the line of questioning.  We

 3         actually produced this document in e-mail

 4         form.  And we have produced the ESI of this

 5         document.

 6              MR. FREEDMAN:  When did you make that

 7         production?

 8              THE COURT:  I'll overrule the

 9         objection.

10    BY MR. FREEDMAN:

11         Q.   Okay.  So, Dr. Wright --

12              MS. MCGOVERN:  My objection was simply

13         to the extent that you're asking the witness

14         the actual discovery production.  I want to

15         clarify for the record, that is, in fact,

16         been produced.

17              MR. FREEDMAN:  What is the Bates label

18         of that production?

19              MS. MCGOVERN:  I don't have it on the

20         top of my head.

21    BY MR. FREEDMAN:

22         Q.   So, Dr. Wright, presumably you received

23    this on or about June 24th, 2011.  You turn it into a

24    pdf on or -- at some point?

25         A.   No.
```



Page 449

1        Q.   You never turned this document into a pdf?

2        A.   That is not what I said.  I cannot say

3    whether I did or didn't.  The records and files did

4    not come from my records.  In -- after we moved to

5    the UK and the Australian companies were shut down,

6    we received all of the company files and hard drives

7    from ex-employees of the companies.  Those documents

8    were in unopened boxes until my lawyers were handed

9    them, and I did not know what was still there.

10       Q.   So, Doctor, if you look at this e-mail,

11   you'll see it comes with three attachments:  Tulip

12   Trust.pdf.asc, Tulip Trust.pdf.tar.asc, and Tulip

13   Trust.pdf.

14            Do you see those?

15       A.   I do.

16       Q.   And were the pages Defense 2414, 2415, and

17   2416 any of the attachments that are referenced in

18   that e-mail?

19       A.   I couldn't exactly say without looking at

20   it forensically, but they appear to be what was

21   there, from my recollection.

22       Q.   What were the other attachments, the other

23   two attachments?

24       A.   Sorry.  What do you mean "the other two" --

25       Q.   Okay.  Let's just look at document.



Page 450

```
 1              Tulip Trust.pdf.asc, do you know what that
 2    is?
 3         A.   That's a digital signature file.
 4         Q.   So that's 2416?
 5         A.   That is what it would appear to be.
 6         Q.   Okay.  And then Tulip Trust.pdf.tar.asc,
 7    what is that?
 8         A.   That is a -- tar file's like a eunuch's
 9    version of a zip file.  It's not compressed, but what
10    happens is, everything in a directory is compiled
11    into a single format, and then that is a signed
12    version of that.  So that's created --
13         Q.   So what was compiled in that zip file?
14         A.   It's not actually a zip file.  It's a tar
15    file.
16         Q.   What is compiled in that tar file?
17         A.   Off the top of my head, I would not have a
18    -- I can't say.
19         Q.   Okay.  Was this encrypted file with the
20    Bitcoin keys that was --
21         A.   No.
22         Q.   Okay.  And Tulip Trust.pdf, what was that?
23         A.   I believe that would be the next document.
24         Q.   2414 and 2415?
25         A.   Yes.
```



Page 451

1      Q.   Okay.  So, Dr. Wright, let's go back to

2   your paragraph 4 of your declaration.

3           You say in paragraph 4 that this June 24th,

4   2011 is a trust document.

5           Do you see that?

6      A.   Yes.

7      Q.   And you say it's referenced in your May 8th

8   declaration.  Do you see that?

9      A.   I don't have the May -- the other document.

10  Sorry.

11          MR. FREEDMAN:  Hold on.

12          (Plaintiffs' Exhibit 3, Document Bates

13  labeled 2416 was marked for identification.)

14          MR. FREEDMAN:  And just so the record

15      is clear, 2413 through 2415 is Plaintiff's

16      Exhibit 2.  2416 is Plaintiff's Exhibit 3.

17      And now I've just handed Dr. Wright his

18      May 13th [sic] declaration, which is gonna

19      be Plaintiff's Exhibit 4.

20          (Plaintiffs' Exhibit 4, Dr. Wright's May

21  8th declaration was marked for identification.)

22  BY MR. FREEDMAN:

23      Q.   All right.  Dr. Wright, this declaration

24  and all the statements made in it are based on your

25  personal knowledge?



Page 452

1       A.   Yes.

2       Q.   And based on your personal knowledge, you

3    swear that all the statements in this declaration are

4    true; is that right?

5       A.   They're simplified.  And the full truth is,

6    thus, more complex.  The trust owns companies.  The

7    companies own other structures.  And there's a

8    difference between Bitcoin and Bitcoin.  Bitcoin

9    refers to both the network and individual holdings as

10   assets.

11          There are multiple -- unfortunately,

12   Bitcoin is used in many ways.  It's a problem that I

13   have with how I name things.  So when you say the

14   Bitcoin, it can refer to Bitcoin, the network;

15   Bitcoin, the software; Bitcoin, the node; Bitcoin,

16   the implementation, and Bitcoin as the actual unit of

17   account.

18      Q.   Dr. Wright, do you see that first paragraph

19   "I, Craig Wright, declare under penalty of perjury

20   under the laws of the United States of America that

21   the following is true and correct"?

22      A.   Yes.

23      Q.   And do you see on the last page of that

24   document, on page 4 "I declare that the foregoing is

25   true and correct under penalty of perjury and in



Page 453

1    accordance with the laws of the United States of

2    America."

3            This sworn declaration was signed in London

4    on May 8th, 2019, and then your signature appears at

5    the bottom?

6        A.   Yes.

7        Q.   So this declaration is true and correct,

8    Dr. Wright?

9        A.   Once again, there is a level of the truth.

10   I can say this is true, in that it captures an

11   overall simplified version of everything, and I can

12   explain everything in further details.  It's like

13   saying I own a white car.  Then I can explain

14   further.  I own a white car with this VIN number.  I

15   own a white car with this particular engine.  I own a

16   white car of this make.  I own a white car of this

17   year.

18           MS. MCGOVERN:  Dr. Wright, please just

19           listen to the question and answer to the

20           best of your ability.  He's simply asking

21           whether this declaration is something that

22           you've attested to.

23           THE WITNESS:  This declaration is

24           something I've attested to.  If I go off

25           track, I apologize.



Page 454

```
 1              I'm very binary, Your Honor, and when

 2         questions aren't fully what I would say is

 3         correct, I -- I'm a bit strange that way.

 4              THE COURT:  Let me just -- let me just

 5         explain this way, Dr. Wright, you have an

 6         excellent lawyer sitting on both sides of

 7         you there.  Their job is object to the

 8         question.  If they think the question is not

 9         fair or you can't fairly answer the

10         question, they will lodge an objection, and

11         I'll rule on that.  If they don't object,

12         answer the question to the best of your

13         ability.  Okay?

14              THE WITNESS:  Yes, Your Honor.

15              THE COURT:  All right.  Thank you.

16    BY MR. FREEDMAN:

17         Q.  Dr. Wright, it was your intention the

18    court's relying on the statements made in this

19    declaration?

20         A.  I said a basic overview of what the trust

21    structure was that then owned other things.  I didn't

22    go into the holdings of each trust, no.

23         Q.  But you expected the court to rely on your

24    basic overview; is that correct?

25         A.  I'm not sure what you mean by "rely on."
```



Page 455

1          Q.   All right.  Dr. Wright, can you look at

2    paragraph 5 of your declaration?

3          A.   Which one?

4          Q.   The May 8th declaration, Plaintiff's

5    Exhibit 4.

6          A.   Yes.

7          Q.   You say in June of 2011 you "took steps to

8    consolidate the Bitcoin that I mined with Bitcoin

9    that I acquired and other assets."

10         A.   Yes.

11         Q.   And then you say that in 2 -- October

12   of 2012, the formal trust -- excuse me, a formal

13   trust document was executed.

14         A.   Yes.

15         Q.   So when you say that -- sorry, Dr. Wright.

16   Let me pull this back up here.  Okay.

17              So in October of 2012, you executed a

18   formal trust document.  And I want to hand you -- is

19   this the document that you executed -- the formal

20   trust document you executed in October of 2012 --

21   sorry, that was executed in October of 2012?

22         A.   This is not the trust document I did.  This

23   is companies involve- -- that I was involved with.

24         Q.   Dr. Wright, if you can switch back to

25   Plaintiff's Exhibit 1, which is your May 13th



Page 456

1    declaration.

2         A.    Yes.

3         Q.    Can you take a look at paragraph 5 of it

4    for me.

5         A.    Yes.

6         Q.    What document are you referring to when you

7    say "I attach to this declaration the trust document

8    dated October 23rd, 2012, which is referenced in

9    paragraph 5 of my May 8th, 2019 declaration as two of

10   Trust 1."

11        A.    It's quite possible this document that I

12   was given.

13        Q.    Dr. Wright, you swore this is true based on

14   your personal knowledge.

15             What do you mean "it's quite possibly"?

16        A.    There is another document from the next day

17   that was also issued that I signed.

18        Q.    Dr. Wright, I think you're referring to

19   paragraph 6 of the May 13th -- of the May 13th

20   declaration, which says "I attach this document, the

21   trust document -- I attach to this -- sorry.  Strike

22   that.

23             "I attach to this declaration the trust

24   document for Tulip Trust 2, which is dated

25   October 24, 2012 and is referenced in paragraph 18 of



Page 457

1   my May 8th, 2019 declaration."

2            So, going back to paragraph 5 that

3   identifies an October 23rd, 2012 date as Plaintiff's

4   Exhibit -- what are we up to here -- 5, Plaintiff's

5   Exhibit 5 --

6            MS. MCGOVERN:  Which is it?

7            MR. FREEDMAN:  The one that starts of

8        "Deed of trust between."  Bates No.

9        Defense 50985 through 50989.

10            (Plaintiffs' Exhibit 5, Document that

11   starts off "Deed of Trust between," Bates labeled

12   Defense 50985 through 50989 was marked for

13   identification.)

14   BY MR. FREEDMAN:

15       Q.   Is Plaintiff's Exhibit 5 the October 23rd,

16   2012 trust document referenced in paragraph 5 of your

17   May 13th declaration?

18       A.   I did not create the document, and I did

19   not sign it.

20            MS. MCGOVERN:  Answer the -- just

21        listen to the question.  He's asking whether

22        that -- this agreement is the agreement

23        that's referenced in your declaration.

24        That's the question.

25            THE WITNESS:  To the best of my



Page 458

1       knowledge, yes.

2   BY MR. FREEDMAN:

3       Q.   Who created this document?

4       A.   I don't actually know.  I know people in

5   Abacus, who are running blind holdings for me, that

6   they would have the bearer shares certificates, et

7   cetera.  It would be one of them, I would say.

8       Q.   So -- but you received a copy of this fully

9   executed sometime around October 23rd, 2012; is that

10  correct?

11      A.   I don't know when it was received.

12      Q.   It was executed in October 2012.  You

13  received it sometime thereafter?

14      A.   It was received and in the trust files

15  after.

16      Q.   Okay.  When did you first get a copy of

17  this document?

18      A.   I don't know.  I -- my lawyers received all

19  of the sealed boxes of files.  All of this was in

20  there.  I hadn't touched any of that for years.

21      Q.   So you put all of your Bitcoin in a trust,

22  but you never even looked at the trust document?

23      A.   No, I didn't put all of my Bitcoin in the

24  trust.  That's a misrepresentation.  I put all of my

25  intellect property.  My intellect property included



Page 459

1   the algorithms that would initially have my mined

2   Bitcoins included.

3         Q.   Dr. Wright, can you go back to your --

4   Plaintiff's Exhibit 4.  It is your May 8th

5   declaration.

6         A.   Yes.

7         Q.   If you look on the first page, paragraph 4,

8   "I mined Bitcoin."

9              And here you're talking about the unit of

10  exchange, correct?

11        A.   Which --

12             MS. MCGOVERN:  I'm sorry.  Where are

13        you?

14             MR. FREEDMAN:  We're on paragraph --

15        Plaintiff's Exhibit 4, paragraph 4 of the

16        May 8th declaration.

17             THE WITNESS:  It's this one.

18             MS. MCGOVERN:  So this is four.  Yes,

19        we have it in front of us.

20  BY MR. FREEDMAN:

21        Q.   Paragraph 4 says "I mined Bitcoin."

22             And here Bitcoin is a reference to the

23  actual unit of exchange; is that correct?

24        A.   No.  It's the ledger in process.

25        Q.   Okay.  What I, as a layman would refer to



Page 460

1    as a Bitcoin and that I could then send to one public

2    address to another, I'm gonna call that the unit of

3    exchange.

4              Is that okay?

5         A.   No.

6         Q.   What would you like me to refer to that as?

7         A.   That's a totally wrong misrepresentation of

8    how Bitcoin works.

9         Q.   Just give me the name you want me to refer

10   to it as, Dr. Wright.

11             MS. MCGOVERN:  Please let Dr. Wright

12        explain his answer, Mr. Freedman.

13             THE WITNESS:  When I created Bitcoin,

14        it was created as a digital cash system.

15        Each individual note was effectively a

16        cash-based coin with a unique serial number.

17        Each individual serial number was designed

18        to be used once, only once, and never

19        re-used.  There are two to the 256 bits

20        minus one of information for keys.

21             The amount there is approximately such

22        that if you were to create the key 1 billion

23        times a second, there would be enough for

24        every atom in the known universe to have one

25        for a hundred trillion years, which exceeds



Page 461

1          the length of the universe; thus, it's a

2          system not of bank accounts, but of

3          individual keys.

4               That was later subverted in 2011 and

5          after I left.  And the introduction of

6          things like Pay-to-Script hash and other

7          things that I didn't want in Bitcoin have

8          changed the nature of what happens.

9               There are no actual addresses the way

10         that you are saying that addresses now exist

11         when I created Bitcoin.  It is a public

12         ledger that records and maps double

13         spending.  So there is a ledger entry to map

14         the key and script associated with the

15         mining of Bitcoin.

16    BY MR. FREEDMAN:

17         Q.   Dr. Wright, in 2011 did you transfer all of

18    your Bitcoin into a blind trust?

19         A.   I transferred my intellectual property,

20    which includes Bitcoin.  Bitcoin being the nature of

21    the network, the nature of the software, the nature

22    of the nodes.

23         Q.   All of it?

24         A.   I transferred all of the original mined

25    Bitcoin, if that's what you're asking, all of the



Page 462

```
 1    ledger entries.  Because what I transferred was
 2    software that wasn't public.  That, basically, is a
 3    system that was designed so that you could have a
 4    split-key technology, some of which are now patented,
 5    allowing you to have a head office, who could spend,
 6    and individual branches that would be able to receive
 7    money, and it would calculate the entries in the
 8    ledger and the coin.
 9              So when you were actually doing the mining
10    or validation of process, each node would calculate
11    an address based on a distributed SEED algorithm.
12    That distributed SEED algorithm was known and
13    distributed so that each node to calculate what it
14    was mining to without any knowledge of the secret
15    keys associated with that.
16        Q.   Dr. Wright, when you referred to "I mined
17    Bitcoin" --
18        A.   Yes.
19        Q.   -- the way I view that word is, I -- and
20    this is going to be very dumb down for you.  But I
21    guess the correct number -- the Bitcoin protocol
22    tells me I've got the right number.  I then update
23    the public ledger, and then the protocol awards me
24    with new Bitcoin.
25              Are you -- are you familiar with what I'm
```



Page 463

1    saying even though it's not 100 percent technically

2    accurate?  Do -- do you understand my --

3        A.   I would say it's about .01 percent

4    technically accurate.

5        Q.   But you understand it?

6        A.   I would understand that you're incorrectly

7    saying how Bitcoin works --

8        Q.   Okay.  So --

9        A.   -- and it has no relevance to what I was

10   doing.

11       Q.   So that mining reward --

12       A.   I would say 21,000,000 minus .0000004

13   Bitcoin or Satoshi exists already and are

14   distributed.

15       Q.   Dr. -- Dr. Wright, in these trust documents

16   you identify a sum of 1,100,111 Bitcoin and eight

17   and, I think, 24,000 Bitcoin.

18            What were you referring to?

19       A.   825,050.

20       Q.   What were you referring to when you said

21   "Bitcoin," when you said that?  What is that sum?

22       A.   That sum is the initial Bitcoin that my

23   machines mined between January 2009 and August 2010.

24       Q.   And if you sent me one of those, what would

25   you have sent me?  So, now, take off 1,100,111.  You



Page 464

1    send me one.  You have 1,100,110.

2            What do I now have?

3    A.   One particular coin would then be moved as

4    a new ledger entry.  That ledger entry would take a

5    coin-based mined coin, which is validated on the

6    ledger, and it would pay to a new address as changed

7    to myself.  That new address would be one or more

8    keys or other scripts that would pay me 49 Bitcoin,

9    as you say, or Satoshi, and multiplied by the

10   relevant number, because it's an integer, plus one of

11   the unit that people call Bitcoin to yourself.

12   Q.   So that unit that people call Bitcoin that

13   you sent me one of, Satoshi multiplied by the

14   relevant number, I'm gonna refer to it as coin.

15   Okay?

16   A.   Yes.

17   Q.   All right.  So let's get back, Dr. Wright.

18           So, Dr. Wright, in 2011, did you transfer

19   all of your coin, as I've just defined it, into a

20   blind trust?

21   A.   What I actually did was, I transferred the

22   algorithms and software that I had used, the

23   nonpublic version of Bitcoin that I was working on,

24   into an encrypted file.  That encrypted file was

25   then -- basically the key was split so that other



Page 465

1    people could have it.

2            I created a system so that I had both legal

3    and technical controls.  The legal system was as a

4    wrapper to ensure tax laws and other things were met.

5    The technical controls were, therefore, so that I

6    could basically, hand on heart, say I do not have

7    control of any of these assets.

8        Q.   And is Plaintiff's Exhibit 5, the Deed of

9    Trust document, what you referred in your declaration

10   as Tulip Trust 1, is this part of that scheme to take

11   the coin out of your control?

12       A.   This was after that had occurred.  The coin

13   was out of my control in 2011.  This is more of a

14   legal structure that was set up.  This was not with

15   me.  This was between the companies.  I had

16   instructed people to take me off all the companies

17   and remove all of that information so that I wasn't

18   there anymore.

19       Q.   So the coin left your possession by virtue

20   of -- your control, by virtue of Plaintiff's

21   Exhibit 2?

22       A.   No.

23       Q.   Do you have Plaintiff's Exhibit 2 in front

24   of you?  Let me try to simplify that, actually.  I'll

25   strike the last question.



Page 466

1              The coin left your possession when you

2      transferred it to Dave Kleiman?

3          A.   No.

4              MS. MCGOVERN:  Your Honor, I'm gonna to

5          object.  I think that the limited purpose

6          for the scope of the deposition was to

7          identify Dr. Wright's Bitcoin holdings.  And

8          these details go towards ownership, control,

9          et cetera, which we're gonna be covering

10         this afternoon.

11             THE COURT:  I'll sustain that

12         objection.

13     BY MR. FREEDMAN:

14         Q.   Dr. Wright, how much Bitcoin or -- sorry.

15     How much coin did you own -- all right.  Let me

16     strike that.

17             How much coin did you control on June 25th,

18     2011?

19         A.   None.

20         Q.   How much coin did you control -- how much

21     Bitcoin did you control on -- how much coin did you

22     control on June 9th, 2011?

23         A.   None.

24         Q.   How much coin did you control on June 8th,

25     2011?



Page 467

1      A.   None.

2      Q.   Dr. Wright, can you go to Plaintiffs'

3   Exhibit 5 for me, and go to Bates No. 50986.

4      A.   Yes.

5      Q.   And then if you go down to the second

6   number three, not the first.  The one on the bottom

7   of the page.

8      A.   Yes.

9      Q.   Do you see where it says "All Bitcoin and

10   associated ledger assets transferred into Tulip

11   Trading, Ltd. by Mr. David Kleiman on Friday, 10th of

12   June, 2011" -- and this is the important part --

13   "following transfer to Mr. Kleiman from Dr. Wright on

14   the 9th June 2011"?

15      A.   That is basically referring to the fact

16   that I had an encrypted file.  And there were two

17   different aspects of this:  One is the encrypted file

18   over all of my assets.  I created the encrypted file

19   in May, which was the technical part of the solution.

20           In May of 2011, which I discovered because

21   my wife didn't leave Facebook, she didn't even

22   realize she had it, that while actually drunk after a

23   ATO hearing, I had posted what I was going to do

24   publicly.

25      Q.   So if you go back to Plaintiffs'



1    Exhibit 2 --

2         A.   Yes.

3         Q.   -- and you look at Defense 2414 and 2415,

4    is this memorializing the technical part of the trust

5    that you created, that you created in May 2011?

6              MS. MCGOVERN:  I'm sorry.  Can you

7         repeat the question.

8    BY MR. FREEDMAN:

9         Q.   Yes.  Let me just rephrase it.

10             Dr. Wright, you created the technical

11   solution to take the Bitcoin out of your control in

12   May of 2011; is that correct?

13        A.   The Bitcoin that you were saying as

14   mined --

15        Q.   All right.  Coin.  Let me refer to coin.  I

16   apologize.  It's a bad question.

17        A.   The -- the coin that you were saying were

18   mined, that was actually part of the software

19   process.  So the two things:  Coin that I mined

20   between 2009 and 2010 was taken out of my control.

21   The other aspect was Bitcoin I later purchased in

22   2011.

23        Q.   When in 2011 did you purchase Bitcoin --

24   coin?

25        A.   Between May and June 2011.



Page 469

1        Q.   How much did you purchase?

2        A.   I purchased what was -- I had planned to

3   purchase a little over one million Bitcoin.  I had

4   money on Liberty Reserve from gaming operations and

5   sports-book operations.  That was around

6   30 million U.S. dollars.  That $30 million was

7   transferred into Bitcoin.  The market, at the time,

8   was very illiquid, and I didn't realize exactly how

9   much it would impact the market.

10           And so I caused a price spike when I bought

11   this, a significant one.  The price of Bitcoin

12   temporarily went from cents to about $30 and then

13   dropped back down again.  And I was not able to

14   purchase all of the Bitcoin that I had planned.

15        Q.   How much Bitcoin -- how much coin did you

16   purchase?

17        A.   Somewhere between 650 and 700,000.

18        Q.   And where is that coin?

19        A.   Some of it was spent in corporations that I

20   was funding, and the last amount -- there's a little

21   over 100,000 Bitcoin that should remain nominally in

22   my name.  When a company that was helping manage it,

23   the principals of that company, called HySecure,

24   were arrested here in Florida a few years ago for

25   money laundering and extortion and a few other



Page 470

1    things.

2          When the principals of HySecure were

3    arrested, the person who was managing that, a Rosella

4    Di Grazia, fled.  The last I had tracked her is

5    somewhere in Belize.

6          Q.   So in 2011 you purchased between 650 to

7    700,000 coin?

8          A.   Yes.

9          Q.   Subsequently spent all but a hundred

10   thousand of that coin?

11         A.   Yes.

12         Q.   That remains under the control of a woman

13   you can't locate?

14         A.   Yes.

15         Q.   That coin is not addressed at all in the

16   Tulip Trust documents you identified in your

17   declaration; is that correct?

18         A.   No.  That is the only one Dave ever knew

19   about.  Dave did not know anything about how many

20   mined Bitcoin I had, as coin, you say.  Dave had no

21   knowledge of what I was doing mining Bitcoin.  He had

22   knowledge later on when he helped me clean up and

23   stop being Satoshi.

24         Q.   So if you look at 2414, that's Plaintiffs'

25   Exhibit 2.



Page 471

1          A.   Yes.

2          Q.   And if you look about a quarter of the way

3     down the page, "I acknowledge I, Dave Kleiman, have

4     received 1,100,111 Bitcoin from Craig Wright."

5          A.   Yes.

6          Q.   What is that?

7          A.   We had everything set up as rights to

8     Bitcoin.  Initially Liberty Reserve were holding and

9     then later principals from HySecure were holding.

10    The tax office in Australia knows all about this.  It

11    was constructed so that Bitcoin would not come into

12    Australia because there was GST implications and

13    other tax implications at the time.

14               I constructed a scenario where I could

15    spend Bitcoin I purchased overseas without bringing

16    it into Australia, which we significantly -- well,

17    wrapped in a derivative that we called rights to

18    Bitcoin.  I ended up having to go before the GAAR

19    panel, which is the General Anti-Avoidance Review

20    panel because the tax office argued that the creation

21    of rights to Bitcoin was effectively a tax-avoidance

22    scheme.  I won that, even though the tax office

23    didn't agree, because effectively I didn't bring any

24    of the Bitcoin itself into Australia without paying

25    the GST, et cetera.



Page 472

1           When I did bring some into Australia, I

2    filed a -- I can't remember the exact name of it, but

3    it's a -- a special process where they do a full

4    review.  And then I took it -- it went to Canberra

5    and court -- C-A-N-B-E-R-R-A -- an Australian capital

6    territory, like Washington, D.C. here now.

7         Q.   Dr. Wright, so I make this questioning --

8    line of questioning easier, I ask you to put

9    Plaintiff's Exhibit 4 and Plaintiff's Exhibit 1 in

10   front of you.  These are the May 8th and May 13th

11   declarations that you've sworn are true.  Let me know

12   when you've got them in front of you.

13        A.   Four and which one?

14        Q.   One.

15        A.   Which one's one?

16        Q.   There are two declarations.

17        A.   Which one's one again?

18        Q.   One is your May 13th declaration, and four

19   is your May 8th declaration.

20        A.   Okay.

21             THE WITNESS:  Is that one?

22             MS. MCGOVERN:  This is, I guess, one.

23             THE WITNESS:  Can you write one on that

24        for me, please?

25             MS. MCGOVERN:  Yes.



Page 473

1          THE WITNESS:  Thank you.

2          MS. MCGOVERN:  And four?

3          MR. FREEDMAN:  Four.

4          THE WITNESS:  I have four and one.

5    BY MR. FREEDMAN:

6       Q.   Okay.  Let's start at four.

7          In paragraph 4 you wrote "I mined Bitcoin

8    during the years 2009 and 2010."

9          Do you see that?

10      A.   Yes.

11      Q.   Okay.  That's referring to coin, as we've

12   come to understand it.

13          Now, look at paragraph 5 -- sorry.

14          That's referring to coin?  You mined coin,

15   as we've now defined word "coin"?

16      A.   I ran Bitcoin, but it's still a very

17   simplified way the way you're describing it.  No, I

18   didn't mine Bitcoin the way anyone else mined Bitcoin

19   at the time.

20      Q.   But it resulted in coin appearing under

21   your possession, as I understand the word "coin" to

22   be?

23      A.   No, it was not under my possession.  I

24   mined directly into an algorithm that was owned, and

25   I had set up the Trust 0133224D, was constructed in



Page 474

1    1997 in Panama.  That was -- that is now no longer in

2    existence.  That trust --

3            MS. MCGOVERN:  Dr. Wright, please just

4        answer the question with respect to the

5        Bitcoin that you mined in the relevant time

6        period.  That was the question.

7    BY MR. FREEDMAN:

8        Q.   Dr. Wright, you said "I mined Bitcoin

9    during the years 2009 and 2010," correct?

10       A.   I was the person employed by Wright

11   International.  I, for Wright International, acted as

12   the IT person for my company and ran the computers

13   that created the ledger; and thus, straight into the

14   company that was owned by the trust, created Bitcoin.

15       Q.   And that trust, then, created the coin that

16   you mined?

17       A.   The trust controlled the company, and the

18   company had ownership of the coin.

19       Q.   The trust -- okay.

20           Now, go to paragraph 5 of that same

21   exhibit.  That's Plaintiffs' Exhibit 4.

22           And in paragraph 5 you say "In June

23   of 2011 --

24       A.   Yes.

25       Q.   -- "I took steps to consolidate the Bitcoin



Page 475

```
 1    that I mined" --

 2         A.   Yes.

 3         Q.   -- "with Bitcoin that I acquired" --

 4         A.   Yes.

 5         Q.   -- "and other assets"?

 6         A.   Yes.

 7         Q.   Again, coin.

 8              You consolidated the coin that you mined --

 9         A.   No.

10         Q.   -- and the coin that you purchased and

11    other assets?

12         A.   Again, you're conflating the technical

13    solution and the legal trust.  In June of 2011, I

14    took a step to create, over the technical solution I

15    already had, an over-arching structure that would

16    encapsulate the ownership from a tax perspective.

17    Because I was facing bankruptcy at the time, so I

18    sought to capture all of my companies and all of the

19    ownership of those assets.

20         Q.   So on the paragraph 4 declaration, you said

21    "I mined Bitcoin during the years 2009 and 2010."

22    We've established already that that was coin that you

23    mined.

24              And then in the fifth paragraph you say "I

25    took steps to consolidate the Bitcoin that I mined."
```



Page 476

1      A.   Again, you're confusing the fact that I did

2  an act as an employee of a company I founded.

3      Q.   Doctor, I'm not asking who did it.  I'm

4  just asking whether you consolidated it.  I don't

5  care that it says I or somebody or you were acting

6  nominally on behalf of a corporation.  I understand

7  you say that you were now acting on behalf of a

8  corporation.  I'm trying to get to where these coin

9  ended up.  So let's just focus on that portion for a

10  minute.  Okay?

11          I mined Bitcoin during the years 2009, 2010

12  for a corporation.  That resulted in a corporation

13  and a trust controlling coin, correct?

14      A.   No.  As I've stated already, the control of

15  that coin was already in a technical solution.  I

16  created a legal structure around that technical

17  solution.

18      Q.   But what does it mean "I mined Bitcoin

19  during the years 2009, 2010"?

20      A.   I mean, between that period, myself, as the

21  person who was employed by Wright International

22  Investment, as the principal, acted to run those

23  machines.  Mining doesn't mean that I personally own

24  anything.  Right now I have many staff who mined

25  Bitcoin.



Page 477

```
 1            MS. MCGOVERN:  Dr. Wright, Mr. Freedman

 2       is simply trying to identify the Bitcoin

 3       that you owned or -- in whatever form,

 4       through trusts or corporations through

 5       December 13th -- I'm sorry, through

 6       December 31st, 2013, which is the relevant

 7       time period.  That's what he's trying to get

 8       to.  So please just answer those questions.

 9            THE WITNESS:  He stated "controlled."

10       I did not have control.

11            MS. MCGOVERN:  I understand.  Just

12       simply answer his questions with respect to

13       identifying all of the Bitcoin during the

14       relevant time period.

15  BY MR. FREEDMAN:

16       Q.   Dr. Wright, in paragraph 4 of your

17  declaration you wrote "I mined Bitcoin during the

18  years 2009 and 2010."

19            Is that true?

20       A.   Once again, acting for Wright International

21  Investment, I acted to run the computers that acted

22  with what you're saying as mining.

23       Q.   And mining Bitcoin resulted in coin being

24  created; is that correct?

25       A.   No.
```



Page 478

1      Q.   Resulted in the companies that were mining

2  obtaining control over coin?

3      A.   No.

4      Q.   So you didn't get -- in paragraph 5 --

5      A.   Twenty-one million minus a few Satoshi

6  Bitcoin always exist.

7      Q.   Dr. Wright, there's no pending question.

8  Please wait for a pending question.

9          MS. MCGOVERN:  Dr. Wright, please just

10         answer the question.  And again, if we could

11         just focus -- Mr. Freedman is simply trying

12         to identify the Bitcoin.

13         THE WITNESS:  His questions were all --

14         MS. MCGOVERN:  Not necessarily the

15         control of the Bitcoin or the ownership of

16         the Bitcoin.  Simply the Bitcoin.

17         THE WITNESS:  It's technically wrong.

18         MS. MCGOVERN:  I understand.  Just

19         listen to the question and attempt to answer

20         the question.

21  BY MR. FREEDMAN:

22     Q.   Dr. Wright, if this trust didn't exist and

23  this technical mechanism didn't exist and you had

24  mined all this Bitcoin, you would have access to

25  billions of dollars; is that correct?



Page 479

1      A.    It is not correct.  If I didn't have it, I
2  would have destroyed it.
3      Q.    The market refers to an underlying asset
4  called Bitcoin.
5            Do you know what the market refers to when
6  it says that?
7      A.    What do you mean by "the market"?  Sorry.
8      Q.    When I -- if you go -- type into Google
9  Bitcoin, it will come up with a value.
10            Have you seen that?
11      A.    Do you mean BTC?  That is not Bitcoin.
12      Q.    BTC.
13      A.    I have nothing to do with BTC.  It is not
14  Bitcoin.
15      Q.    BTC stemmed from what you created in 2009;
16  is that correct?
17      A.    BTC is a system designed by a number of
18  criminals to enable a non-traceable version of Silk
19  Road.
20      Q.    Fine.  Dr. Wright, let's look at your
21  Plaintiffs' Exhibit 2.  Defense 2414.
22            Do you see in the quarter of the page, "I,
23  Dave Kleiman, have received one" --
24            MS. MCGOVERN:  One -- one second.
25            MR. FREEDMAN:  Oh, sorry.  Go ahead.



Page 480

1          Tell me when you're there.

2                  MR. BRENNER:  It's the attachment to

3          the e-mail.

4                  MS. MCGOVERN:  Okay.  This is two.

5     BY MR. FREEDMAN:

6          Q.   Dr. Wright, look about the quarter of the

7     way down, "I, Dave Kleiman, have received 1,100,111

8     Bitcoin from Craig Wright of 51 Cowangarra Road" --

9     probably sure I messed that up -- "Bagnoo, New South

10    Wales, Australia.  At the time of the transfer, this

11    is valued at 100,000 U.S. dollars."

12                 What did you transfer?

13         A.   A key slice.

14         Q.   So you did not transfer 1,100,000 Bitcoin?

15         A.   The actual transfer was rights to interact

16    with an account which basically existed on Liberty

17    Reserve at the time.

18         Q.   So when you wrote "Bitcoin" in this

19    document, you actually meant key slice?

20         A.   No.  I meant the interaction with the

21    purchased Bitcoin.  Dave knew about those.  At the

22    time, they existed on Liberty Reserve.

23         Q.   Now, you just said, "Bitcoin."

24                 What did you mean when you said "Bitcoin"?

25    'Cause I'm not sure what you're referring to anymore.



1         A.    Rights to Bitcoin.  Rights to access on

2    Liberty Reserve an account-based system and spend, by

3    contacting a third party, something that was held on

4    Liberty Reserve.

5         Q.    What was held on Liberty Reserve?

6         A.    Rights to Bitcoin.

7         Q.    What do you mean by "Bitcoin"?

8         A.    I mean what you would consider coin if it

9    was transferred back to me.

10        Q.    So, coin?

11        A.    No.  Rights to --

12        Q.    Rights to coin?

13        A.    Yes.

14        Q.    Okay.  So what did you mean when you wrote

15   in -- and let's look at your Exhibit 4, Plaintiffs'

16   Exhibit 4, your May 8th declaration, paragraph 4 --

17   when you wrote "I mined Bitcoin during the years 2009

18   and 2010"?

19        A.    Again, while working for Wright

20   International Investments that was owned by a trust

21   that I had set up years before, I ran computers, and

22   that created software that then was put into a

23   technically-locked file.

24        Q.    And as I understand the word "coin," was

25   coin somehow controlled by that technically-locked



Page 482

```
 1   file?

 2       A.   A file can't control anything.

 3       Q.   Did the file contain the ability to control

 4   the -- the coin?

 5       A.   No.

 6       Q.   If somebody was able to access the file,

 7   would they be able to control the coin?

 8       A.   Yes.

 9       Q.   Okay.  So you mined Bitcoin into that file

10   between 2009 --

11       A.   No.

12       Q.   -- into -- into that software?

13       A.   Yes.

14       Q.   -- between 2009 and 2010?

15       A.   Yes.

16       Q.   And you created -- when did you -- was that

17   software -- when you -- strike that.

18            Was the software you created to mine the

19   Bitcoin into originally encrypted with Shamir's

20   Secret Sharing scheme?

21            MS. MCGOVERN:  I'm going to object to

22       the line of questioning.  I feel that we're

23       entering into the issue that we're gonna be

24       discussing at the evidentiary hearing

25       regarding the Shamir Scheme and the
```



Page 483

1    fragmented keys and access to the addresses.

2         We've been discussing the Bitcoin

3    holdings for a while, but I think this line

4    of questioning is now going back to my

5    original objection, which the court

6    sustained.

7         MR. FREEDMAN:  But that's because I

8    can't talk to your client about Bitcoin in

9    the abstract and his Bitcoin holdings

10   because he re- -- he insists on getting

11   hyper technical on the way that he held

12   them.  So I have no way to ask him about the

13   holdings unless we gain -- engage --

14        MS. MCGOVERN:  I think the purpose of

15   the deposition originally was to go to

16   London and ask Dr. Wright how much coin he

17   mined through companies, or however it was

18   done, through December 31st, 2013.  It's a

19   simple question.

20        MR. FREEDMAN:  I'll be happy to ask

21   that.

22        MS. MCGOVERN:  And I think he can

23   answer that question, and we can move on to

24   the next category of national-security

25   objections that we also need to cover by



Page 484

```
1        11:00 o'clock.
2             MR. FREEDMAN:  So we just found out
3        that there -- we just found out that there
4        is coin and -- that he mined and that there
5        is coin that he purchased.  And he
6        controlled all of those before
7        December 31st, 2013.  We're just trying to
8        get to the details of what that was.
9             THE WITNESS:  No, I did not control
10       them.
11            MS. MCGOVERN:  Please don't -- please
12       just wait for a pending question,
13       Dr. Wright.
14            Mr. Freedman, we don't agree with that
15       statement.
16            MR. FREEDMAN:  Okay.
17            MS. MCGOVERN:  Again, this -- this is a
18       deposition.  This is a limited deposition
19       with respect to the holdings.  If the
20       question simply is all of the bit coin that
21       was held at any point in time through the
22       relevant time period, that's a simple
23       question that can be answered, and we can
24       move on.
25            THE COURT:  I'll sustain the objection
```



Page 485

1          to this level of detail in this hearing.  At

2          the later hearing, we'll see where we go.

3               MR. FREEDMAN:  Okay.

4     BY MR. FREEDMAN:

5          Q.   Dr. Wright, between the years of 2009 and

6     2010, how much coin did you mine?

7          A.   I mined 821,050 coin using software that

8     was not public, and --

9               MS. MCGOVERN:  Simply answer the

10          question.  He simply asked you how much.

11          Just answer that question.

12               THE WITNESS:  There's two parts.

13               -- and -- and an amount of around

14          another hundred to 150 on a laptop, but I

15          don't have all of those coins.  Most of them

16          have either been transferred or lost.

17     BY MR. FREEDMAN:

18          Q.   Hundred or 150 or a hundred thousand?

19          A.   100 to 150.  Sorry.  That means blocks, by

20     the way.

21          Q.   150 blocks?

22          A.   Between a hundred and 150 blocks.

23          Q.   And how many coin does that translate into?

24          A.   Times 50.

25          Q.   All right.  Dr. Wright, I'm going to move



Page 486

1   to the national-security section, but we may come

2   back to the -- to the coin -- the coin holdings if we

3   have time.

4           Dr. Wright, you participated in

5   videoconference with Dave Kleiman while you were in

6   New York City sometime in 2011, correct?

7       A.   Yes.

8       Q.   An individual by the name of Gareth

9   Williams was at that meeting; is that correct?

10      A.   He wasn't at that meeting.

11      Q.   Where was Gareth Williams?

12      A.   He was in the UK.

13      Q.   He was participated via videoconference?

14      A.   Well, it was not really videoconference,

15  but electronic means.

16      Q.   What were the means?

17      A.   We used technical solutions that aren't

18  actually a videoconference.

19      Q.   Okay.  And it -- is that the same way Dave

20  Kleiman participated?

21      A.   Yes.

22      Q.   And Mr. Williams was in the UK?

23      A.   Yes.

24      Q.   You were in New York?

25      A.   Yes.



Page 487

```
1       Q.   Is that correct?

2       A.   Yes.

3       Q.   And Dave Kleiman was in Florida?

4       A.   To the best of my knowledge, yes.

5       Q.   Where in New York were you?

6       A.   I don't remember the name of the hotel.

7       Q.   What was the purpose of your trip?

8       A.   I was on may way to Venezuela.

9       Q.   What were you going to do in Venezuela?

10      A.   I was doing forensic work.

11      Q.   For who?

12      A.   I was doing forensic work with a group

13 associated with ICE.  We were tracking movement of

14 money associated with FARC and FARCV.

15      Q.   What is ICE?

16      A.   ICE is customs enforcement here in the U.S.

17      Q.   Was there anyone else at the meeting

18 between you and Mr. Williams and Dave Kleiman?

19      A.   No.

20      Q.   How long did the meeting last?

21      A.   Less than half an hour.

22      Q.   What was the purpose of the meeting?

23      A.   I was discussing tracking of SWIFT-based

24 assets, and Mr. Williams also had -- Mr. Williams had

25 a theory that a number of Russian oligarchs and
```



Page 488

1    Mr. Clinton had a relationship.

2         Q.   What -- what was the relationship?

3         A.   He believed that Putin was funding the

4    Clintons.

5         Q.   And how did that involve you?

6         A.   I helped train Mr. Williams.

7         Q.   Who -- who was Mr. Williams?

8         A.   Mr. Williams was formally of mi6.  He was

9    of GCHQ.  He was an operative involved in the tracing

10   of monetary funds between different European

11   countries over SWIFT.

12        Q.   So was he working for the -- the United

13   Kingdom Government -- sorry.  Strike that.

14             Was he working in his capacity as an agent

15   for the Untied Kingdom Government when he

16   participated in this call with you?

17        A.   Only partially.

18        Q.   Why do you say "only partially"?

19        A.   Because he took software that I wrote and

20   he used it to break into American servers because he

21   had -- had this bee in his bonnet about the Clintons.

22        Q.   And why did you involve Dave Kleiman in

23   that conversation?

24        A.   I wanted to clean up everything to do with

25   Satoshi.  Dave was not only my friend, but he's a



Page 489

1   forensic expert.  I wanted to ensure that there was

2   no record of my being Satoshi left.

3        Q.   What does that -- what does that have to do

4   with Mr. Williams' theory about the Clintons and

5   Putin?

6        A.   Mr. Williams was a little bit like me, in

7   that when he gets focussed on one thing, he keeps

8   going back to it.

9        Q.   I'm -- I still don't understand.

10           Can you elaborate what the connection

11   between your connection to Satoshi and Mr. Williams'

12   theory about Putin and the Clintons?  I don't

13   understand the relationship.

14       A.   Mr. Williams helped me with some of the

15   nature of SWIFT transfers and monetary transfers with

16   data around e-gold and other things that were using

17   to fund crime as well as movements of Russian

18   Government money.

19       Q.   And how did that connect to erasing your

20   connection to Satoshi?

21       A.   Part of that was to do with the fact that

22   Bitcoin was created as a system so that people

23   couldn't bypass controls around things like SWIFT.

24   Bitcoin was created as a system of money with an

25   evidentiary trial that could not be bypassed.  It was



Page 490

1   designed to be private so that the NSA, who

2   Mr. Williams had been seconded to, couldn't monitor

3   everyone's transactions; but people like the State

4   Department, who would take down individual

5   transactions and follow these, so that they could do

6   good old-fashioned policing, so to speak, and analyze

7   the transactions between individuals, such as in drug

8   markets or other crimes.

9       Q.   How did that have to do with you erasing

10  your connection to Satoshi?

11      A.   We had a communication before I left to go

12  to Venezuela, where Dave and Mr. Williams were all on

13  the line.  Mr. Williams had helped me in the early

14  days when I was creating Bitcoin.  And no one else,

15  other than Dave and Mr. Williams, knew at that point

16  that I was definitively Satoshi or what I've done.

17      Q.   And when -- what was the date of this call,

18  video call?

19      A.   I don't remember the exact date.

20      Q.   And what did Dave Kleiman say during this

21  call?

22      A.   I don't remember his exact talks, but he

23  was willing to help me because we had been friends a

24  long time.  He was --

25      Q.   When -- go ahead.



Page 491

1      A.   He was willing to help me get rid of all of

2   the past.

3      Q.   Was this call the time when Dave found out

4   you were Satoshi?

5      A.   No.

6      Q.   And you made that ask of both Dave Kleiman

7   and Gareth Williams to help you erase your

8   connections to Satoshi on that call?

9      A.   Yes.  I agreed with Gareth that if

10  Mr. Williams deleted all the records of what I was

11  doing and helped me, that I would help him with

12  software that was necessary for some of his

13  investigations that were outside the scope of his

14  normal work.

15     Q.   So you reached an agreement that he would

16  delete the records of you being Satoshi.  What --

17  strike that.

18          What records did you ask Mr. Williams to

19  delete?

20     A.   Communications between myself and him.

21     Q.   And what were the contents of those --

22  sorry.  Strike that.

23          And the content of those communications

24  would have revealed you being Satoshi?

25     A.   Some of them, yes.



Page 492

1       Q.   What method of communication did you use
2   with Mr. Williams?
3       A.   We used the number of encrypted channels,
4   including things like Cryptcat.
5       Q.   Did you use Bitmessage?
6       A.   No.  It didn't exist at that point.
7       Q.   Was Mr. Williams involved in Bitcoin in any
8   way beyond helping you -- beyond agreeing to delete
9   the records of you belonging to Satoshi?
10      A.   Yes.
11      Q.   How was Mr. Williams involved?
12      A.   Mr. Williams was a very good mathematician,
13  and I used his skill of knowledge in analyzing graph
14  theory in associated with the creation of Bitcoin and
15  some of the mining algorithms that I was planning to
16  implement.
17      Q.   Dr. Wright, you helped the U.S. Government
18  build cases and apprehend Viktor Bout?
19      A.   I was involved with giving evidence or
20  producing evidence.
21      Q.   Can you tell me about that a little bit.
22           What work did you do in that case?
23      A.   I created software to break encryption and
24  to put back doors in systems allowing the capture of
25  data.



Page 493

1        Q.   Did the U.S. Government reach out to you

2   for that help?

3        A.   No.

4        Q.   Who reached out to you to provide that

5   assistance?

6        A.   I had contacts with people like

7   Mr. Williams who worked for GCHQ.

8             MS. MCGOVERN:  Your Honor, I'm going to

9        object to this extended line of questioning.

10        I believe the limited scope of the

11        deposition at the deposition was for

12        purposes of identifying individuals involved

13        or, as the claim -- or, as the Plaintiffs

14        believed, were involved in the Bitcoin

15        system.  And this goes beyond that.

16             THE COURT:  I'll sustain that

17        objection.

18   BY MR. FREEDMAN:

19        Q.   Dr. Wright, you were also involved --

20             THE COURT:  Just to let you know,

21        Mr. Freedman, you have five minutes left.

22             MR. FREEDMAN:  I see.  Can we take a

23        short break, then?

24             THE COURT:  Yeah.

25             MR. FREEDMAN:  Thank you.



Page 494

```
 1              THE COURT:  Just so the record is
 2       clear, we started at approximately 9:17, and
 3       there was another five-minute break when I
 4       was unavailable.  It's now 11:15.  So I was
 5       gonna give you two extra minutes for
 6       approximately five minutes.  If you want to
 7       take a second and organize yourself, we can
 8       go off the record at this time.
 9              MR. FREEDMAN:  Yes.  Thank you.  Let's
10       go off the record.
11              VIDEO TECHNICIAN:  Off the record at
12       11:14.
13              (A recess was taken.)
14              VIDEO TECHNICIAN:  On the record at
15       11:21.
16   BY MR. FREEDMAN:
17       Q.   Doctor, I'm going to ask you a series of
18   questions.  In the interest of time, I'm gonna to ask
19   if you can answer them with a yes or no.
20              Sometime on or about June 24th, 2011, did
21   you transfer 1,100,111 Bitcoin to Dave Kleiman?
22       A.   No.
23       Q.   After that transfer, did you own any
24   Bitcoin?
25       A.   Yes.
```



Page 495

1        Q.   Did you control any Bitcoin?

2        A.   Yes.

3        Q.   Did Dave Kleiman transfer the Bitcoin you

4    transferred to him in Tulip Trading on or about June

5    10th, 2011?

6        A.   I didn't transfer Bitcoin.  I just said

7    that.

8        Q.   Did Dave Kleiman transfer any Bitcoin to

9    Tulip Trading on or about June 10th, 2011?

10       A.   No.

11       Q.   Were any Bitcoin then transferred by Tulip

12   Trading into the trust you called Tulip Trust 1?

13       A.   Sorry.  Can you repeat that?

14       Q.   Were any Bitcoin transferred by -- by Tulip

15   Trading into the trust you called Tulip Trust 1?

16       A.   No.

17       Q.   Where are those Bitcoin now?  Oh, sorry.  I

18   apologize.

19            Where are the Bitcoin in Tulip Trust 1 now?

20       A.   Sorry.  I have to go over which one is

21   which.

22            You mean what we're calling mined coin?

23       Q.   Yeah.

24       A.   They are in an encrypted file, is the

25   simplest way to put it.  The software can generate



Page 496

1   all of the private -- the private keys.  The software

2   is in an encrypted file where different shares are --

3   are constructed.  Every file has a different Shamir

4   Secret Scheme.

5        Q.   Were there a million Bitcoin?

6        A.   No.

7        Q.   How many are there now?

8             MS. MCGOVERN:  Object to form.

9             THE WITNESS:  There were --

10  BY MR. FREEDMAN:

11       Q.   Sorry?  How many are there now?

12            MS. MCGOVERN:  Object to form.

13  BY MR. FREEDMAN:

14       Q.   You can answer.

15       A.   There has been no difference in the Bitcoin

16  that my software was engaged in mining.  It is

17  821,050.

18       Q.   Did you pay that sum of Bitcoin to the

19  trustee of Tulip Trust 2?

20            MS. MCGOVERN:  Object to form.

21            THE WITNESS:  No, I didn't pay

22       anything.

23  BY MR. FREEDMAN:

24       Q.   What is the difference between the

25  1.1 million Bitcoin in Tulip Trust in the Dave --



Page 497

1    sorry.  Strike that.

2           What is the difference between the 1.1

3    Bitcoin referenced in Dave Kleiman's e-mail

4    attachment and the 821,000 Bitcoin in Tulip Trust 1?

5         A.   The Bitcoin I was involved in, what you're

6    saying is, me -- my -- like I'm saying I mined for my

7    companies, was Tulip Trust 1.  That was between

8    January 2009 and August 2010.  That is separate to

9    the Bitcoin that was purchased from Liberty Reserve

10   and held by other entities at a later date.

11        Q.   And what is the difference between Tulip

12   Trust 1 and Tulip Trust 2?

13        A.   Basically we went through a number of

14   different structures to put around as legal controls

15   each of these structures.  The IP and intellectual

16   property that I had held from my creation of Bitcoin

17   was held separately to the rights to Bitcoin that I

18   was holding on the Liberty Reserve and other external

19   exchanges.

20        Q.   So the 821,000 Bitcoin you mined is

21   controlled legally and tech- -- legally by Tulip

22   Trust 1 and Tulip Trust 2; is that correct?

23        A.   No.

24        Q.   It's controlled technologically by Tulip

25   Trust 1 and legally by Tulip Trust 2?



Page 498

1          A.    No.

2          Q.    Tulip Trust 2 -- in Tulip Trust 2 it says

3     at paragraph 10 "One key slice will go to each

4     trustee with three issued to Dr. Wright."

5               Why is a legal document discussing key

6     slices?

7               MS. MCGOVERN:  Which -- which exhibit

8          are you on?

9               MR. FREEDMAN:  It's 50986, and it's

10         Exhibit 5.

11              THE WITNESS:  As I stated, this was a

12         document put together not by myself but by

13         other parties and needed to be updated and

14         changed because none of the parties involved

15         understood what I was actually doing.

16    BY MR. FREEDMAN:

17         Q.    What is the amount of Bit- -- what was the

18    amount of Bitcoin -- what is the most amount of

19    Bitcoin in Tulip Trust 1?

20         A.    In Tulip Trust 1, I don't remember, but the

21    total purchase that ended up resulting was a little

22    under 700,000.

23         Q.    What is the most amount of Bitcoin in Tulip

24    Trust 2?

25         A.    I'm sorry.  Tulip Trust 1 should -- I got



Page 499

them the wrong way around.  I apologize.

The Bitcoin that I, as you said, mined for my entity, was always, at the end, 821,050.  It -- it's no change.  It's never been spent.  It's never been moved.  It's never been interacted with.  The other one that I purchased was a little under 700,000.

Q.   So the million Bitcoin doesn't exist?

A.   No.

Q.   And Dr. Wright, Tulip Trust 1 document and the Tulip Trust 2 document, when did you obtain possession of those two documents?

A.   I don't remember.

MS. MCGOVERN:  I'm going to object to the question.  Outside the limited scope, the subject of the deposition.

THE COURT:  I'll let him answer that question.

THE WITNESS:  I don't remember.  I have company files.  I don't remember when they were sent to me.

MR. FREEDMAN:  Okay.  We're going to -- I'm going to end the deposition, but I reserve the right, obviously with the court's approval, to move for more time



Page 500

```
 1          based on what I perceive to be the extreme

 2          difficulty of getting answers to questions

 3          from Dr. Wright.

 4              THE COURT:  If that issue is presented

 5          to me, I will allow the other side to be

 6          heard if it is presented.  But for now,

 7          we'll stop the deposition for today.  We

 8          need to let the videographer -- we can go

 9          off the record on the deposition.

10              VIDEO TECHNICIAN:  Off the record at

11          11:28.

12              (Signature was not waived.  The

13          deposition concluded at 11:28 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 501

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF PALM BEACH

5

6

7          I, the undersigned authority, certify that DR.

8    CRAIG STEVEN WRIGHT personally appeared before me and

9    was duly sworn on June 28, 2019.

10

11         WITNESS my hand and official seal this 30th day

12   of June 2019.

13

14                                   _Darline Marie West_

15                        _____

16                        DARLINE MARIE WEST

                          Notary Public

17

18

19   My Commission Expires:

     October 26, 2021

20   #GG 122085

21

22

23

24

25



Page 502

```
 1                 REPORTER'S CERTIFICATE

 2

    STATE OF FLORIDA
 3  COUNTY OF PALM BEACH

 4

 5        I, DARLINE MARIE WEST, RPR, certify that I was

 6  authorized to and did stenographically report the

 7  foregoing deposition; and that the transcript is a

 8  true record thereof.

 9

10        I further certify that I am not a relative,

11  employee, attorney, or counsel of any of the parties,

12  nor am I a relative or employee of any of the

13  parties' attorney or counsel connected with the

14  action, nor am I financially interested in the

15  action.

16

17        Dated this 30th day of June 2019.

18

19

20

21        _____

22        DARLINE MARIE WEST, RPR

23

24

25
```



Page 503

```
 1                    C E R T I F I C A T E

 2

     STATE OF FLORIDA

 3   COUNTY OF PALM BEACH

 4

 5          I, DR. CRAIG STEVEN WRIGHT, hereby certify

 6   that I have read the foregoing transcript of my

 7   deposition and that the statements contained therein,

 8   together with any additions or corrections made on

 9   the attached Errata Sheet, are true and correct.

10

11      Dated this _____ day of _____, 2019.

12

13                   _____

                     DR. CRAIG STEVEN WRIGHT

14

15

16          The foregoing certificate was subscribed to

17   before me this _____ day of _____, 2019,

18   by the witness who has produced a

19   _____ as identification and who did

20   not take an additional oath.

21

22

23   _____

24   Notary Public

25   my commission expires:
```



Page 504

```
 1              E R R A T A   S H E E T

 2   IN RE:  Kleiman, et al. v. Wright

 3   DEPOSITION OF:  DR. CRAIG STEVEN WRIGHT

 4   TAKEN: 06/28/2019

 5   Reported by:  Darline Marie West, RPR, FPR, CLR

 6      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

 7   PAGE #   LINE #    CHANGE            REASON

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   Please forward the original signed errata sheet to
     this office so that copies may be distributed to all
21   parties.

22   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct subject
23   to any changes in form or substance entered here.

24   DATE:_____

25   SIGNATURE OF DEPONENT:_____
```



**A**

Abacus 458:5
ability 440:22
  453:20 454:13
  482:3
able 399:12 407:14
  407:19 417:25
  436:18 462:6
  469:13 482:6,7
Absolutely 394:20
  394:21
abstract 483:9
access 418:20 419:3
  419:8,10 440:22
  478:24 481:1
  482:6 483:1
accessed 441:16
account 419:4,11
  419:12,13,13,14
  452:17 480:16
accounts 417:22
  418:20,21,22,23
  418:25 426:21
  461:2
account-based
  481:2
accurate 463:2,4
acknowledge 471:3
acquired 455:9
  475:3
act 476:2
acted 420:4 474:11
  476:22 477:21,21
acting 476:5,7
  477:20
action 502:14,15
actual 406:24 407:1
  419:14 441:23
  443:15 447:16
  448:14 452:16
  459:23 461:9
  480:15
added 430:8
additional 503:20
additions 503:8

address 404:9,12
  405:18,19,22
  410:21,23 419:15
  419:18 423:5,6,6
  423:8 460:2
  462:11 464:6,7
addressed 470:15
addresses 439:15
  440:22,23 441:15
  441:24 461:9,10
  483:1
Admitted 390:18
advance 440:18
advantage 430:17
advisement 399:18
affiliated 397:14
afternoon 439:24
  466:10
agent 420:5 488:14
ago 469:24
agree 396:2 398:2
  407:14,19 440:13
  471:23 484:14
agreed 407:18,20
  407:21 433:6
  491:9
agreeing 492:8
agreement 409:12
  409:14,19,23
  410:3 412:9,14
  413:4 424:15,17
  424:19,20 457:22
  457:22 491:15
ahead 423:25
  479:25 490:25
al 402:17 504:2
algorithm 462:11
  462:12 473:24
algorithms 459:1
  464:22 492:15
allotted 398:9
allow 440:20 500:5
allowed 441:7
allowing 462:5
  492:24
Amanda 391:8

403:5
Amcgovern@riv...
  391:7
America 452:20
  453:2
American 488:20
amount 460:21
  469:20 485:13
  498:17,18,18,23
analyze 490:6
analyzing 492:13
Andrew 390:9
  403:8
Andrés 403:6
ANDRÉS 391:9
answer 410:6 413:8
  417:5 419:8 425:9
  425:10,24 427:18
  429:13 434:3
  453:19 454:9,12
  457:20 460:12
  474:4 477:8,12
  478:10,19 483:23
  485:9,11 494:19
  496:14 499:17
answered 434:1
  484:23
answers 500:2
answer's 428:8
Anti-Avoidance
  471:19
anymore 409:20,21
  421:21 465:18
  480:25
anyway 437:3
apart 420:6
apologies 422:24
apologize 453:25
  468:16 495:18
  499:1
appear 435:7,8,9
  449:20 450:5
appearance 403:1
  447:6
Appearances 390:1
  390:25 391:1

appeared 501:8
appearing 473:20
appears 453:4
apply 395:9
apprehend 492:18
approval 499:25
approximate
  405:25 409:1
approximately
  424:7 460:21
  494:2,6
area 407:8
argue 399:20
argued 471:20
argument 399:12
  399:14,24 400:7
Armonk 390:14
arrested 469:24
  470:3
arts 417:12
asked 432:18
  433:25 436:8
  440:8,9 485:10
asking 435:16
  438:5 439:17
  448:13 453:20
  457:21 461:25
  476:3,4
aspect 468:21
aspects 417:13
  467:17
Asperger's 422:13
asset 479:3
assets 408:10,13,21
  452:10 455:9
  465:7 467:10,18
  475:5,11,19
  487:24
assistance 493:5
assistant 391:15
  397:4,20
associated 409:6
  419:18 461:14
  462:15 467:10
  487:13,14 492:14
assume 394:19,23

assumed 414:13
ATO 467:23
atom 460:24
attach 456:7,20,21
  456:23
attached 445:8
  503:9
attachment 480:2
  497:4
attachments
  449:11,17,22,23
attempt 478:19
attempted 408:18
  441:2
attested 453:22,24
attorney 397:12,21
  502:11,13
attorneys 396:25
  397:16,19 398:22
audit 433:3
audited 418:14
August 418:6
  463:23 497:8
Australia 404:11
  405:7,16 406:22
  407:6 424:5
  471:10,12,16,24
  472:1 480:10
Australian 408:19
  413:7 418:14,16
  433:3 449:5 472:5
authentic 446:9
authority 501:7
authorized 502:6
autistic 422:12
automatic 410:8
Avenue 404:10
  405:21
awards 462:23
aware 408:7
A-N-G 423:13
a.m 389:13,13
  402:19 500:13

**B**

B 392:11



**back** 398:20 399:24
400:18 413:1
446:19 451:1
455:16,24 457:2
459:3 464:17
467:25 469:13
481:9 483:4 486:2
489:8 492:24
**background** 415:6
**bad** 468:16
**badgering** 446:18
**Bagnoo** 410:20,21
410:22 480:9
**bailiwick** 422:18
**bank** 418:23,25
419:13 461:2
**bankrupt** 433:4
**bankruptcy** 421:6
433:21 434:5
475:17
**based** 427:8 435:25
436:1,5 442:14
451:24 452:2
456:13 462:11
500:1
**basic** 454:20,24
**basically** 462:2
464:25 465:6
467:15 480:16
497:13
**basis** 432:25
**Bates** 392:18,20,24
444:17,24 448:17
451:12 457:8,11
467:3
**Beach** 389:12
402:21 501:4
502:3 503:3
**bearer** 414:14,17
414:19 458:6
**bee** 488:21
**begins** 402:14
**behalf** 390:2 391:2
403:20 476:6,7
**belief** 436:1
**believe** 395:13,14

404:10 411:1
413:24 420:11
429:5 432:20
436:9 438:1
439:12,18 441:18
446:22 450:23
493:10
**believed** 488:3
493:14
**Belize** 470:5
**belong** 412:18
**belonged** 412:17
**belonging** 492:9
**beneficiary** 421:22
431:19 432:1
**Bermond** 391:15
397:5
**best** 425:16 443:5
447:20,21 453:20
454:12 457:25
487:4
**beyond** 435:18
437:14 439:20
440:16 492:8,8
493:15
**billion** 460:22
**billions** 478:25
**bills** 420:10
**binary** 454:1
**birth** 404:7 423:3
423:12
**bit** 395:13 446:18
454:3 484:20
489:6 492:21
498:17
**Bitcoin** 395:22
408:2,10,13,14
409:2,4,5 415:22
419:20,24 420:3,5
422:3,17 425:19
425:25 426:6,7,8
426:15,16,18,22
426:24 427:1,8,9
435:11,14 438:7
438:23,25 439:4,9
439:11,16,18

441:12,12 442:1
450:20 452:8,8,8
452:12,14,14,15
452:15,15,16
455:8,8 458:21,23
459:8,21,22 460:1
460:8,13 461:7,11
461:15,18,20,20
461:25 462:17,21
462:24 463:7,13
463:16,17,21,22
464:8,11,12,23
466:7,14,21 467:9
468:11,13,21,23
469:3,7,11,14,15
469:21 470:20,21
471:4,8,11,15,18
471:21,24 473:7
473:16,18,18
474:5,8,14,25
475:3,21,25
476:11,18,25
477:2,13,17,23
478:6,12,15,16,16
478:24 479:4,9,11
479:14 480:8,14
480:18,21,23,24
481:1,6,7,17
482:9,19 483:2,8
483:9 489:22,24
490:14 492:7,14
493:14 494:21,24
495:1,3,6,8,11,14
495:17,19 496:5
496:15,18,25
497:3,4,5,9,16,17
497:20 498:18,19
498:23 499:2,8
**Bitcoins** 408:24
459:2
**Bitcoin.org** 418:1,4
**Bitmessage** 492:5
**bits** 460:19
**Black** 404:6
**blind** 458:5 461:18
464:20

**blockchain** 408:6
413:14 427:5
**blocks** 485:19,21
485:22
**Boies** 390:3,12
397:15
**bonnet** 488:21
**bottles** 446:20
**bottom** 453:5 467:6
**bought** 469:10
**Boulevard** 391:4
**Bout** 492:18
**boxes** 449:8 458:19
**branches** 462:6
**breach** 413:3
**break** 398:19
436:12 488:20
492:23 493:23
494:3
**Brenner** 390:9
403:8,8 480:2
**briefly** 405:12
**bring** 471:23 472:1
**bringing** 471:15
**brought** 417:10
**BRUCE** 391:14
**BTC** 479:11,12,13
479:15,17
**build** 492:18
**Building** 389:11
**business** 420:13,17
427:12,13,20
428:20 429:3,7,10
429:21 430:4,6,23
**businesses** 420:15
**bypass** 489:23
**bypassed** 489:25

────────────
**C**
────────────
**C** 389:14 394:1
503:1,1
**calculate** 462:7,10
462:13
**call** 423:19 434:16
460:2 464:11,21
488:16 490:17,18

490:21 491:3,8
**called** 403:20
408:16 443:13,14
469:23 471:17
479:4 495:12,15
**calling** 495:22
**Canada** 405:10,11
**Canberra** 472:4
**capacity** 488:14
**capital** 472:5
**capture** 475:18
492:24
**captures** 453:10
**car** 401:12 453:13
453:14,15,16,16
**card** 418:1,8,10,13
**cards** 419:1
**care** 476:5
**cared** 415:23
**Carol** 404:6
**case** 389:2 397:22
407:3,10 492:22
**cases** 492:18
**cash** 460:14
**cash-based** 460:16
**category** 483:24
**caught** 437:9
**cause** 389:21
439:23 440:5
480:25
**caused** 441:4
469:10
**cents** 469:12
**certain** 443:6
**certificate** 392:5,6
392:7 501:1 502:1
503:16
**certificates** 458:6
**certify** 501:7 502:5
502:10 503:5
**cetera** 407:1 408:14
458:7 466:9
471:25
**chairs** 394:16
**change** 499:4 504:7
**changed** 445:21,24



461:8 464:6
498:14
**changes** 504:6,23
**channels** 492:3
**charge** 411:18
**charities** 424:3
**charity** 423:22
424:1
**check** 420:21
**Christmastime**
405:10
**City** 486:6
**claim** 493:13
**clarify** 395:11
448:15
**clean** 470:22
488:24
**clear** 396:8 451:15
494:2
**Clematis** 389:11
402:20
**client** 483:8
**Clinton** 488:1
**Clintons** 488:4,21
489:4,12
**close** 437:18
**closer** 401:23
**Cloudcraft** 415:17
**CLR** 504:5
**Cobham** 423:7
**coin** 460:16 462:8
464:3,5,14,19
465:11,12,19
466:1,15,17,20,21
466:24 468:15,15
468:17,19,24
469:15,18 470:7
470:10,15,20
473:11,14,14,15
473:20,21 474:15
474:18 475:7,8,10
475:22 476:8,13
476:15 477:23
478:2 481:8,10,12
481:24,25 482:4,7
483:16 484:4,5,20

485:6,7,23 486:2
486:2 495:22
**coins** 485:15
**coin-based** 464:5
**come** 395:8 398:20
399:24 400:18
406:2 434:10
442:2 449:4
471:11 473:12
479:9 486:1
**comes** 400:16 434:8
449:11
**comfortable** 394:7
**comfortably** 399:1
399:5
**coming** 398:14
**comment** 443:24
444:7
**commission** 501:19
503:25
**commonly** 422:13
**commonwealth**
407:11,13
**communicated**
434:21
**communication**
434:11 490:11
492:1
**communications**
434:19 491:20,23
**companies** 408:11
408:19,21 413:16
415:9,10,12,13,15
421:5 427:7,19,21
427:22,25 428:3
429:23,24 432:8
449:5,7 452:6,7
455:23 465:15,16
475:18 478:1
483:17 497:7
**company** 408:15
414:3,5,8,12,13
414:16,17,22
420:5 427:9,12
428:5,6,7 434:17
434:21 449:6

469:22,23 474:12
474:14,17,18
476:2 499:20
**compiled** 450:10,13
450:16
**complete** 411:14
**complex** 443:3
452:6
**compressed** 450:9
**computers** 410:9
410:10 420:10
424:2 474:12
477:21 481:21
**concerns** 398:23
**concluded** 500:13
**conduct** 400:13
**confidential** 402:5
**confirm** 397:8
**conflating** 475:12
**confusing** 476:1
**connect** 489:19
**connected** 502:13
**connection** 417:2
417:17 489:10,11
489:20 490:10
**connections** 491:8
**consider** 422:11
481:8
**consolidate** 455:8
474:25 475:25
**consolidated** 475:8
476:4
**constructed** 434:17
471:11,14 473:25
496:3
**contacting** 481:3
**contacts** 493:6
**contain** 482:3
**contained** 503:7
**content** 491:23
**contention** 438:24
**contents** 491:21
**continuation**
394:10 402:15
**continue** 400:14
430:2 436:15

440:24
**continued** 389:15
390:25 392:4
403:23
**contract** 430:22
431:1,3,5,9,11
**control** 465:7,11,13
465:20 466:8,17
466:20,21,22,24
468:11,20 470:12
476:14 477:10
478:2,5 482:2,3
482:7 484:9 495:1
**controlled** 474:17
477:9 481:25
484:6 497:21,24
**controlling** 476:13
**controls** 465:3,5
489:23 497:14
**conversation**
424:24 425:3
488:23
**conversations**
422:9
**conversed** 427:25
428:3
**copies** 433:19
504:20
**copy** 406:17,19
409:11,14,18
413:5 435:23
446:12 447:23
458:8,16
**corporation** 476:6
476:8,12,12
**corporations**
469:19 477:4
**correct** 404:4
413:21 414:23
431:6 433:23
440:25 442:14
445:1,18 446:3,13
447:24 452:21,25
453:7 454:3,24
458:10 459:10,23
462:21 468:12

470:17 474:9
476:13 477:24
478:25 479:1,16
486:6,9 487:1
497:22 503:9
504:22
**corrections** 503:8
**counsel** 393:2
394:15 399:16
402:25 409:16,17
502:11,13
**countries** 488:11
**COUNTY** 501:4
502:3 503:3
**course** 402:6,6
436:22 440:3
**court** 389:1 394:3
394:25 396:2,6,18
397:2,6,10,13,23
398:2,5,13 399:2
399:3,9 400:13,25
401:6,10,16,17,17
402:6,8,22 403:12
406:7,14,20 407:4
407:5,7,7,10,11
407:13,15,20,21
411:24 431:17
437:9,18,22
438:14,16,22
439:6,13,21 440:4
440:13 441:10
442:4,22,24 448:8
454:4,15,23
466:11 472:5
483:5 484:25
493:16,20,24
494:1 499:17
500:4
**Courthouse** 389:11
**courtroom** 394:12
396:8,12 397:25
398:23
**courts** 406:12,22
**court's** 454:18
499:25
**cover** 400:9,21



483:25
**covering** 466:9
**Cowangarra**
410:22 480:8
**Craig** 389:8,16
392:3,16,17
402:15,17 403:6
403:19 442:7
444:17,23 446:21
452:19 471:4
480:8 501:8 503:5
503:13 504:3
**create** 414:1,3
425:19,25 426:22
457:18 460:22
475:14
**created** 408:15
413:19,20,23,24
414:4 426:8,18
450:12 458:3
460:13,14 461:11
465:2 467:18
468:5,5,10 474:13
474:14,15 476:16
477:24 479:15
481:22 482:16,18
489:22,24 492:23
**creating** 408:18
490:14
**creation** 415:21
430:2 433:8
438:11 471:20
492:14 497:16
**credit** 418:1,8,10
418:13 419:1
**crime** 489:17
**crimes** 490:8
**criminal** 400:13
**criminals** 479:18
**Cryptcat** 492:4
**culture** 417:14
**current** 395:22
404:9,12,14
418:24 423:5,6,8
423:10 435:14
438:25 439:4,9

442:1
**customs** 487:16
**C-A-N-B-E-R-R-A**
472:5

## D

**D** 389:14 392:1
394:1
**Darline** 389:17
402:23 501:16
502:5,22 504:5
**data** 489:16 492:25
**date** 402:18 404:7
404:24 405:24
407:1 408:24
413:24 418:7
421:17 423:3,24
426:12 430:13
432:22 446:19
457:3 490:17,19
497:10 504:24
**dated** 443:21
444:13 445:9
456:8,24 502:17
503:11
**dates** 421:21 422:7
**dating** 424:9
**Dave** 415:16
421:13 424:21
425:1,3,25 426:2
426:3,5,7 428:10
428:12,15,18
433:2,9,15,17
434:13,16,19,21
444:23 445:25
446:12,18,19,21
447:5 466:2
470:18,19,20
471:3 479:23
480:7,21 486:5,19
487:3,18 488:22
488:25 490:12,15
490:20 491:3,6
494:21 495:3,8
496:25 497:3
**Dave's** 426:2

**David** 389:5 392:17
402:16 444:16
467:11
**day** 456:16 501:11
502:17 503:11,17
**days** 490:14
**de** 391:4 415:19
420:22
**deal** 408:9,12
413:13 430:14
**dealings** 429:21
430:23
**dealt** 408:11 413:15
413:17
**debts** 409:6
**decade** 404:25
405:1
**December** 447:18
477:5,6 483:18
484:7
**decide** 436:14
**declar** 442:10
**declaration** 392:15
392:22 434:23
435:2,21,25 436:4
436:5 438:11
441:8,19 442:7,11
442:13,18,21
443:1,2,5,18,20
444:1,4,5 445:9
445:11,14 451:2,8
451:18,21,23
452:3 453:3,7,21
453:23 454:19
455:2,4 456:1,7,9
456:20,23 457:1
457:17,23 459:5
459:16 465:9
470:17 472:18,19
475:20 477:17
481:16
**declarations**
438:21 472:11,16
**declare** 452:19,24
504:22
**Deed** 392:23 457:8

457:11 465:8
**Defendant** 389:9
391:2
**Defense** 389:5
392:18,24 415:16
432:13 444:17,24
445:12 449:16
457:9,12 468:3
479:21
**defined** 464:19
473:15
**definitively** 490:16
**degree** 415:7
**degrees** 416:23
**delete** 410:8 491:16
491:19 492:8
**deleted** 491:10
**delivered** 434:5
**Department** 490:4
**depending** 398:20
**DEPONENT**
504:25
**deposition** 389:15
389:20 394:10
395:2,4,7,9,10,18
395:25 396:9,10
396:22 398:15
400:14 402:4,15
402:19 431:15
435:6 438:7
439:20 440:10,24
441:3 466:6
483:15 484:18,18
493:11,11 499:16
499:23 500:7,9,13
502:7 503:7 504:3
504:22
**derivative** 471:17
**describing** 473:17
**Description** 392:14
**designed** 460:17
462:3 479:17
490:1
**destroy** 410:2
**destroyed** 479:2
**detail** 485:1

**detailed** 426:21
**details** 453:12
466:8 484:8
**DEVIN** 390:8
**Di** 470:4
**died** 417:13
**difference** 452:8
496:15,24 497:2
497:11
**different** 394:6
439:15 467:17
488:10 496:2,3
497:14
**difficulty** 500:2
**digital** 450:3
460:14
**direct** 392:4 403:23
433:22 438:22
**directions** 430:4
**directly** 397:15
433:5 473:24
**director** 428:5,6
429:12 433:14
**directors** 414:20
433:15,18
**directory** 450:10
**discovered** 467:20
**discovery** 447:13
448:14
**discuss** 424:21
425:6
**discussed** 409:5
422:3,20 424:25
425:5 432:20
**discussing** 427:11
482:24 483:2
487:23 498:5
**discussion** 401:15
**dispute** 407:16
**distributed** 462:11
462:12,13 463:14
504:20
**District** 389:1,1
442:22
**divide** 407:14
**divorce** 406:15,24



408:9,24 412:13
412:14 413:13,18
414:9 415:4
**divorced** 406:2,5,7
406:11 412:11
413:22
**Doctor** 412:4
449:10 476:3
494:17
**document** 392:20
392:23 411:14
443:21,23 445:9
445:15 446:4,11
446:25 447:2
448:3,5 449:1,25
450:23 451:4,9,12
452:24 455:13,18
455:19,20,22
456:6,7,11,16,20
456:21,24 457:10
457:16,18 458:3
458:17,22 465:9
480:19 498:5,12
499:10,11
**documents** 394:18
406:25 411:20
412:6,10,16
433:10,13 438:6
439:2 443:6,10,16
443:17 444:9,10
444:13 445:19
449:7 463:15
470:16 499:12
**doing** 394:6 417:21
423:22 424:1
462:9 463:10
470:21 487:10,12
491:11 498:15
**dollars** 469:6
478:25 480:11
**domain** 418:1,5
**doors** 492:24
**double** 461:12
**Dr** 389:16 392:3,16
392:21 394:10,14
394:20,23,24

395:17,19 397:7
398:3,4,5 400:1
400:24 401:22,24
402:15 403:6,12
403:19,25 404:2
413:4,9 419:8
422:23,25 429:6
432:12 434:22
435:2,13,17,21
436:3 438:23
439:7 441:2,9
442:7,10,13 443:4
444:1,11 447:13
448:11,22 451:1
451:17,20,23
452:18 453:8,18
454:5,17 455:1,15
455:24 456:13,18
459:3 460:10,11
461:17 462:16
463:15,15 464:17
464:18 466:7,14
467:2,13 468:10
472:7 474:3,8
477:1,16 478:7,9
478:22 479:20
480:6 483:16
484:13 485:5,25
486:4 492:17
493:19 498:4
499:10 500:3
501:7 503:5,13
504:3
**draw** 439:21
**drives** 449:6
**dropped** 469:13
**drug** 490:7
**drunk** 445:24
446:20 467:22
**duly** 403:21 501:9
**dumb** 462:20
**duty** 400:13
**D.C** 472:6

—— **E** ——

**E** 389:14 391:14

392:1,11 394:1,1
503:1,1 504:1,1,1
**early** 398:15
490:13
**easier** 472:8
**editing** 426:1
**Edman** 397:8 398:4
398:5
**education** 415:7
**educational** 415:6
**effect** 414:24
418:16
**effectively** 460:15
471:21,23
**efforts** 443:6
**eight** 463:16
**either** 396:12
398:18 485:16
**elaborate** 489:10
**electronic** 486:15
**else's** 416:25
**employed** 474:10
476:21
**employee** 476:2
502:11,12
**enable** 479:18
**encapsulate** 475:16
**encrypted** 450:19
464:24,24 467:16
467:17,18 482:19
492:3 495:24
496:2
**encryption** 492:23
**ended** 421:6 422:4
426:15 471:18
476:9 498:21
**ends** 422:16
**enforcement**
487:16
**engage** 483:13
**engaged** 496:16
**engine** 453:15
**ensure** 465:4 489:1
**enter** 424:18 504:6
**entered** 412:15
415:5 504:23

**entering** 482:23
**entertain** 399:14
**entities** 430:16
497:10
**entity** 499:3
**entries** 462:1,7
**entry** 461:13 464:4
464:4
**equipment** 401:25
**erase** 491:7
**erasing** 489:19
490:9
**errata** 392:8 503:9
504:20
**ESI** 448:4
**Esq** 390:8,9,10,17
390:19 391:8,9,10
391:11,16
**established** 475:22
**Estate** 389:4
402:16 420:23
**et** 402:17 407:1
408:14 458:6
466:9 471:25
504:2
**eunuch's** 450:8
**European** 488:10
**everybody's** 436:19
**everyone's** 394:7
490:3
**evidence** 399:17,21
447:19 492:19,20
**evidentiary** 440:11
482:24 489:25
**exact** 404:24 418:7
421:21 423:24
430:21,25 472:2
490:19,22
**exactly** 418:22
437:20 449:19
469:8
**EXAMINATION**
392:4 403:23
**examined** 403:21
**exceeds** 460:25
**excellent** 454:6

**exchange** 459:10
459:23 460:3
**exchanges** 497:19
**excuse** 455:12
**executed** 455:13,17
455:19,20,21
458:9,12
**exhibit** 392:15,17
392:20,21,23
442:6,12 444:16
444:21 451:12,16
451:16,19,20
455:5,25 457:4,5
457:10,15 459:4
459:15 465:8,21
465:23 467:3
468:1 470:25
472:9,9 474:21,21
479:21 481:15,16
498:7,10
**Exhibits** 393:2
**exist** 461:10 478:6
478:22,23 492:6
499:8
**existed** 480:16,22
**existence** 395:22
474:2
**exists** 463:13
**expected** 454:23
**expenditures**
418:17
**expert** 397:22,24
489:1
**expires** 501:19
503:25
**explain** 395:6
419:23 438:20
447:17 453:12,13
454:5 460:12
**extended** 493:9
**extent** 435:15 438:4
438:9 439:17
440:7,16 441:10
448:13
**external** 497:18
**extortion** 469:25



extra 494:5
extreme 500:1
ex-employees 449:7
e-gold 489:16
e-mail 390:7,16
    391:7 392:17
    404:12 419:15,18
    423:8 426:24
    427:2,5 428:18
    444:16,24 446:12
    446:24 447:4,10
    447:16 448:3
    449:10,18 480:3
    497:3
e-mailed 431:11,12
e-mails 427:9
    429:15,18 434:18
    447:21

**F**
F 389:14 503:1
Facebook 467:21
face-to-face 394:16
facing 475:17
fact 439:10 448:15
    467:15 476:1
    489:21
fair 439:3 454:9
fairly 454:9
familiar 462:25
family 400:3
    405:15 407:4,5,7
far 438:16
FARC 487:14
FARCV 487:14
farming 413:1
father 417:10
federal 389:10
    407:7,12,13
feel 482:22
fell 408:19
fifth 475:24
file 447:15,16 450:3
    450:9,13,14,15,16
    450:19 464:24,24
    467:16,17,18

481:23 482:1,2,3
    482:6,9 495:24
    496:2,3
filed 389:20 407:10
    472:2
files 410:7,11,12,14
    410:16 433:20
    449:3,6 458:14,19
    499:20
file's 450:8
filing 432:23
    434:21
finally 406:6
financially 502:14
find 407:2
fine 397:10 399:8
    404:19 479:20
finish 398:15
first 394:9,11
    403:21 404:16,20
    404:20,25 405:5,7
    423:16,18,21,23
    424:3,8 436:4
    444:15,21,22
    446:11 447:4
    452:18 458:16
    459:7 467:6
firsthand 394:5
fit 435:7,8,10
fits 435:5 439:19
five 416:22 493:21
    494:6
five-minute 494:3
fled 470:4
Flexner 390:3,12
    397:15
Florida 389:1,12,19
    390:5 391:5
    402:21 415:16
    421:16 469:24
    487:3 501:3 502:2
    503:2
focus 422:10,18
    476:9 478:11
focussed 422:10
    489:7

folks 396:14 401:17
follow 490:5
following 390:25
    452:21 467:13
follows 403:22
foregoing 452:24
    502:7 503:6,16
forensic 426:3
    487:10,12 489:1
forensically 449:20
form 409:24 410:4
    411:15,22 416:7
    416:11 417:4,18
    419:5,22 425:22
    427:15 433:24
    448:4 477:3 496:8
    496:12,20 504:23
formal 414:9
    445:16,22 455:12
    455:12,18,19
formalized 412:8
    412:13
formalizing 406:15
formally 406:12
    412:15 488:8
format 450:11
former 415:8
    418:24
forward 504:20
forwards 413:2
found 484:2,3
    491:3
foundation 419:6
    441:18
foundational
    441:11
founded 476:2
four 416:22,22
    446:20 459:18
    472:13,18 473:2,3
    473:4,6
FPR 504:5
fragmented 483:1
fragments 445:23
Freedman 390:8
    391:16 392:4

394:25 395:15
    396:1,17,23 397:3
    397:7,11,18 398:4
    398:11,25 400:20
    400:23 401:7
    403:3,3,24 410:1
    410:5 411:16
    412:2 413:12
    416:8,14,15
    417:15 418:3
    419:7 420:1
    425:15,23 427:17
    429:1 431:18
    434:2,24 435:1,12
    435:20 436:11,20
    436:23 437:2
    438:15,18 440:15
    441:7,21 442:5,9
    444:19 448:6,10
    448:17,21 451:11
    451:14,22 454:16
    457:7,14 458:2
    459:14,20 460:12
    461:16 466:13
    468:8 473:3,5
    474:7 477:1,15
    478:11,21 479:25
    480:5 483:7,20
    484:2,14,16 485:3
    485:4,17 493:18
    493:21,22,25
    494:9,16 496:10
    496:13,23 498:9
    498:16 499:22
Freedman's 396:21
Friday 389:12
    467:11
friend 425:16
    488:25
friends 425:6
    490:23
front 395:11
    400:22 459:19
    465:23 472:10,12
    full 398:11 399:19
    414:13 416:23

452:5 472:3
fully 454:2 458:8
fund 489:17
funding 469:20
    488:3
funds 488:10
further 403:22
    444:7 453:12,14
    502:10

**G**
G 389:10 394:1
GAAR 471:18
gain 483:13
game 395:4 439:3
gaming 469:4
Gareth 486:8,11
    491:7,9
gather 443:6
gathered 443:9
GCHQ 488:9 493:7
general 422:8,15
    440:17 441:17
    471:19
generally 422:16
    441:13
generate 495:25
getting 398:24
    437:18 483:10
    500:2
GG 501:20
give 398:10 399:19
    402:8 405:3 436:4
    444:8 460:9 494:5
given 456:12
giving 492:19
go 399:4,10 401:2
    401:14 406:20
    423:25 433:7,9
    435:18 436:12,14
    436:25 437:3
    438:16 443:15
    451:1 453:24
    454:22 459:3
    466:8 467:2,3,5
    467:25 471:18



474:20 479:8,25
483:15 485:2
490:11,25 494:8
494:10 495:20
498:3 500:8
**goal** 399:22
**goes** 438:13 440:16
441:11 493:15
**going** 394:9,17
396:7 398:5
400:16 401:23
411:24 433:3
435:18 436:6,23
438:9 440:8,9,19
441:21 457:2
462:20 467:23
482:21 483:4
485:25 487:9
489:8 493:8
494:17 499:14,22
499:23
**gonna** 431:13
434:22 435:4,16
436:11 437:2
438:16 439:24
440:15 444:20
448:1 451:18
460:2 464:14
466:4,9 482:23
494:5,18
**good** 394:3,23,24
403:25 404:1
490:6 492:12
**Google** 479:8
**Government**
488:13,15 489:18
492:17 493:1
**granular** 440:20
**graph** 492:13
**Grazia** 470:4
**great** 396:6,6 401:6
**group** 487:12
**GST** 471:12,25
**guess** 425:6 442:1
462:21 472:22

**H**

**H** 392:11 504:1
**Hac** 390:18
**half** 404:25,25
487:21
**hand** 394:17
403:13 434:22
455:18 465:6
501:11
**handed** 418:15
431:8 449:8
451:17
**handing** 401:11
**handled** 434:6
**happened** 421:8
427:10 430:13
**happening** 420:12
434:20 437:10
**happens** 400:1
450:10 461:8
**happy** 399:13
483:20
**hard** 449:6
**Harebell** 423:7
**hash** 461:6
**head** 411:1 418:7
418:11 421:17
431:24 448:20
450:17 462:5
**hear** 399:17 401:21
**heard** 399:20 500:6
**hearing** 395:12
407:1 439:24
440:5,11,19
467:23 482:24
485:1,2
**hearings** 398:16
406:24
**heart** 465:6
**held** 401:15 481:3,5
483:11 484:21
497:10,16,17
**help** 416:25 420:9
425:25 426:2
430:18 443:25

490:23 491:1,7,11
493:2
**helped** 415:17
425:18 426:1,3,5
426:7 470:22
488:6 489:14
490:13 491:11
492:17
**helping** 434:12,12
469:22 492:8
**hey** 427:11
**hide** 417:23
**high-functioning**
422:14
**Hill** 423:7
**hold** 436:17 451:11
**holding** 435:13
441:25 445:12
471:8,9 497:18
**holdings** 395:23
435:11,14,16
438:8,23,25 439:4
439:10,11,16,18
440:17 441:12,13
442:1 452:9
454:22 458:5
466:7 483:3,9,13
484:19 486:2
**home** 398:24 399:4
416:24
**Honor** 396:1,5,23
398:1 401:5
437:17,21 438:15
438:18 441:7,22
454:1,14 466:4
493:8
**HONORABLE**
391:14
**hope** 398:9
**hopes** 398:14
**hotel** 487:6
**hour** 487:21
**hours** 398:9,11
416:22
**hundred** 460:25
470:9 485:14,18

485:18,22
**hyper** 483:11
**hyper-focussed**
426:14
**HySecure** 469:23
470:2 471:9

**I**

**ICE** 487:13,15,16
**idea** 409:1
**identification** 442:8
444:18 451:13,21
457:13 503:19
**identified** 435:13
470:16
**identifies** 457:3
**identify** 438:22,24
443:20 463:16
466:7 477:2
478:12
**identifying** 443:18
477:13 493:12
**illiquid** 469:8
**impact** 469:9
**implement** 492:16
**implementation**
452:16
**implications**
471:12,13
**important** 400:3
467:12
**impossibility**
439:14
**inability** 439:13
**included** 418:17,17
418:18 458:25
459:2
**includes** 461:20
**including** 426:19
445:3 492:4
**incorporation**
414:22
**incorrect** 396:24
**incorrectly** 463:6
**indicating** 445:4
**indirectly** 408:11

408:12
**individual** 452:9
460:15,17 461:3
462:6 486:8 490:4
**individuals** 425:5
490:7 493:12
**Info** 389:5 432:13
**information** 415:16
419:17 439:9
460:20 465:17
**initial** 463:22
**initially** 405:6
414:15 459:1
471:8
**insists** 483:10
**instructed** 465:16
**integer** 464:10
**intellect** 458:25,25
**intellectual** 408:6
413:14 430:2
461:19 497:15
**intention** 399:15,16
442:24 454:17
**interact** 480:15
**interacted** 499:5
**interaction** 430:14
480:20
**interactions** 428:21
429:3,11 430:6
**interest** 408:2,5
415:1,2 494:18
**interested** 502:14
**internal** 406:25
**International**
408:16,17,22
420:4 421:10
432:6 474:11,11
476:21 477:20
481:20
**introduction** 461:5
**investigations**
491:13
**Investment** 476:22
477:21
**Investments** 408:16
408:17,22 420:5



421:11 432:7
481:20
**involve** 430:6,9
455:23 488:5,22
**involved** 415:9,10
415:12,13,15,17
415:18 417:21,22
420:9 427:7
428:20 429:10
455:23 488:9
492:7,11,19
493:12,14,19
497:5 498:14
**IP** 408:14 497:15
**IRA** 389:4
**issue** 408:20 439:12
482:23 500:4
**issued** 433:13
456:17 498:4
**issues** 395:19
**issuing** 433:10
**iterations** 415:19

**J**

**January** 404:8
463:23 497:8
**Japanese** 417:8,11
417:13
**job** 454:7
**John** 390:19 397:1
**joint** 412:19
**jointly** 411:3
**judge** 407:23
411:25 435:19
436:8,17
**judgment** 406:14
**July** 413:25
**June** 389:12 402:18
413:25 443:21
444:14 445:10,17
446:15 447:7,8,11
448:23 451:3
455:7 466:17,22
466:24 467:12,14
468:25 474:22
475:13 494:20

495:4,9 501:9,12
502:17

**K**

**Kass** 391:11 434:24
**Keefe** 390:10 397:1
**keep** 399:2 400:16
410:7
**keeps** 489:7
**Keith** 398:3
**kept** 408:22 409:18
447:23
**key** 445:23 460:22
461:14 464:25
480:13,19 498:3,5
**keys** 401:12 450:20
460:20 461:3
462:15 464:8
483:1 496:1
**Kick** 391:17 402:22
**kids** 426:15,16
**kind** 400:22
**Kingdom** 488:13
488:15
**Kleiman** 389:4,5
392:17 402:17
421:13 428:10,12
428:15,18 444:17
444:23 446:12
447:5 466:2
467:11,13 471:3
479:23 480:7
486:5,20 487:3,18
488:22 490:20
491:6 494:21
495:3,8 504:2
**Kleiman's** 497:3
**knew** 416:13 417:6
417:7,9,20 470:18
480:21 490:15
**know** 394:5 396:14
396:16 398:18,22
400:2 401:14,17
404:13,15,23
408:25 409:1,15
411:8 415:21

416:1,5,9,16,19
420:22,23,23
421:3,5 425:9,10
425:11 428:14,17
428:19 429:17,20
433:14,17 442:21
444:8 449:9 450:1
458:4,4,11,18
470:19 472:11
479:5 493:20
**knowledge** 432:11
433:22 434:7
435:25 436:1,5
442:14,17 451:25
452:2 456:14
458:1 462:14
470:21,22 487:4
492:13
**known** 432:4
460:24 462:12
**knows** 471:10
**Kroche@bsfllp.c…**
390:16
**Kyle** 390:17 403:10

**L**

**L** 389:14
**label** 448:17
**labeled** 392:18,20
392:24 444:17,24
451:13 457:11
**Lack** 419:5 428:23
**laptop** 420:6,7
485:14
**Large** 389:19
**late** 413:6
**latest** 398:25
**laundering** 469:25
**law** 413:7
**laws** 452:20 453:1
465:4
**lawsuit** 422:21
432:23
**lawyer** 454:6
**lawyers** 432:16
449:8 458:18

**layman** 459:25
**learn** 426:8,11,13
426:18
**learned** 417:11,12
**leave** 396:13,16
400:12,15 401:14
410:14,18,23
412:5 467:21
**ledger** 459:24
461:12,13 462:1,8
462:23 464:4,4,6
467:10 474:13
**left** 410:16,19
411:13,20 412:7
417:10 437:10
461:5 465:19
466:1 489:2
490:11 493:21
**legal** 389:23 391:17
402:24 465:2,3,14
475:13 476:16
497:14 498:5
**legally** 497:21,21
497:25
**length** 461:1
**Leon** 391:4
**let's** 394:4 399:9
402:8 436:12
437:3 445:7,7
447:1 449:25
451:1 464:17
473:6 476:9
479:20 481:15
494:9
**level** 453:9 485:1
**Liberty** 469:4
471:8 480:16,22
481:2,4,5 497:9
497:18
**life** 430:7,10,19
431:6
**limit** 441:22
**limited** 395:21
431:15 435:6,10
438:6 439:19
466:5 484:18

493:10 499:15
**limits** 395:25 396:4
**line** 431:14 435:5
436:7 437:13,19
437:24 438:10
439:22 448:2
472:8 482:22
483:3 490:13
493:9 504:7
**lines** 446:1
**Lisarow** 404:10
**listed** 406:24
414:21
**listen** 453:19
457:21 478:19
**little** 395:13 446:18
469:3,20 489:6
492:21 498:21
499:6
**live** 405:11
**lived** 407:9 417:20
**living** 412:20,21,22
**LLC** 389:5
**LLP** 390:3,12
391:3
**locate** 470:13
**located** 407:6
**lodge** 454:10
**lodged** 395:18,19
**log-in** 419:13,17
**London** 441:3
453:3 483:16
**long** 398:10 405:13
487:20 490:24
**longer** 474:1
**look** 407:2 415:20
421:3 443:19,23
444:10 449:10,25
455:1 456:3 459:7
468:3 470:24
471:2 473:13
479:20 480:6
481:15
**looked** 458:22
**looking** 433:6
449:19



lost 485:16
lot 417:7,12,20
    433:20
lots 394:17
louder 412:1
lunch 398:19
Lynne 404:3,6,18
    404:19,21 405:8
    406:3 408:1,5
    409:17 411:3,18
    411:21 412:6,9,14
    412:17,18 413:3
    414:25 415:2,7,10
    415:15,21 416:6
    417:6,7,9 419:20
    420:9 421:13,17
    421:22,25 422:3
    422:21 432:13,18
    432:25 433:2,9,11
    433:14,17,21,22
    434:5,8,11,14
Lynne's 415:6
    434:7

**M**
M 389:17
machines 463:23
    476:23
mad 446:22
Magistrate 407:24
    407:25
Magna 389:23
    391:17 402:24
maiden 404:5
main 390:13 426:2
man 417:11
manage 469:22
managing 470:3
map 461:13
maps 461:12
Marie 501:16 502:5
    502:22 504:5
marital 395:20
    405:15,18 411:13
    412:5 435:7
mark 444:20

marked 442:7
    444:18 451:13,21
    457:12
market 469:7,9
    479:3,5,7
markets 490:8
marking 402:4
    442:12
Markoe 391:10
    398:25 399:7,8
    403:6
marriage 422:4
    423:15
married 404:2
    405:8,9 413:2
    422:25 423:14,16
    424:11,12,22
    426:9,20,25 427:3
    427:6,8,10,14,23
    428:1,4
martial 417:12
master's 415:7
mathematician
    492:12
mathematics
    422:16
matter 399:18
    402:16
Matthews 428:21
    429:4,5,6,8,16,22
    430:24 431:2
McAdams 390:19
    397:1,4
McGovern 391:8
    394:19 396:2,5,20
    398:1 401:3,5,22
    402:3 403:5,5
    409:24 410:4
    411:15,22 413:8
    416:7,11 417:4,18
    419:5,22 425:8,22
    427:15 428:23
    431:13 433:24
    435:4,15 436:6,13
    436:22 437:12,17
    437:20 438:1

439:5,7 440:3,7
    441:19,24 448:1
    448:12,19 453:18
    457:6,20 459:12
    459:18 460:11
    466:4 468:6
    472:22,25 473:2
    474:3 477:1,11
    478:9,14,18
    479:24 480:4
    482:21 483:14,22
    484:11,17 485:9
    493:8 496:8,12,20
    498:7 499:14
McGregor 428:21
    429:4,8,19,22
    430:24 431:2
mean 418:21,22,22
    419:24 422:23
    424:4 431:7
    438:18 449:24
    454:25 456:15
    476:18,20,23
    479:7,11 480:24
    481:7,8,14 495:22
means 485:19
    486:15,16
meant 433:9
    480:19,20
mechanism 478:23
media 430:14,16
    447:20
mediation 407:22
meet 404:16,21
    405:5 421:13
    423:18,21,23
    428:10
meeting 424:3
    486:9,10 487:17
    487:20,22
memorializing
    468:4
messed 480:9
MESTRE 391:3
met 405:7 424:8
    465:4

method 492:1
Miami 390:5 391:5
    421:19
Michael 397:7
micromanage
    395:10
microphones
    401:20
middle 405:2
million 469:3,6,6
    478:5 496:5,25
    499:8
millions 409:7
mind 422:12
    434:25
mine 420:6 426:5,7
    473:18 482:18
    485:6
mined 408:2,15
    455:8 459:1,8,21
    461:24 462:16
    463:23 464:5
    468:14,18,19
    470:20 473:7,14
    473:18,24 474:5,8
    474:16 475:1,8,21
    475:23,25 476:11
    476:18,24 477:17
    478:24 481:17
    482:9 483:17
    484:4 485:7
    495:22 497:6,20
    499:2
minimal 420:7
minimized 420:7
mining 420:2,7
    426:15,16 461:15
    462:9,14 463:11
    470:21 476:23
    477:22,23 478:1
    492:15 496:16
minus 460:20
    463:12 478:5
minute 401:25
    476:10
minutes 493:21

494:5,6
Mischaracterizes
    411:23 416:12
    427:16 433:25
mislabel 422:13
misrepresentation
    458:24 460:7
misrepresenting
    419:12
mi6 488:8
monetary 488:10
    489:15
money 462:7 469:4
    469:25 487:14
    489:18,24
moniker 417:3,17
monitor 490:2
month 400:4 406:8
    406:11
Morgan 415:19
    420:22
morning 394:3,23
    394:24 395:25
    403:25 404:1
motions 395:16
move 400:23
    401:23,25 405:23
    408:18 483:23
    484:24 485:25
    499:25
moved 394:16
    449:4 464:3 499:5
movement 487:13
movements 489:17
Moving 429:25
multiple 452:11
multiplied 464:9,13

**N**
N 389:14,14 392:1
    394:1
Nakamoto 416:2,4
    416:10,17 417:3
    417:17 419:3,10
    419:14,18 427:2
    430:15 431:6



447:22
**Nakamoto's** 430:7
    430:10
**name** 404:5 407:3,4
    407:4 411:6 418:5
    420:20 423:12,16
    433:5,8 452:13
    460:9 469:22
    472:2 486:8 487:6
**names** 415:14
**Nathalie** 391:15
    397:4
**national** 395:17
    435:9
**national-security**
    483:24 486:1
**nature** 430:21,25
    461:8,20,21,21
    489:15
**nChain** 429:25
    430:1
**necessarily** 478:14
**necessary** 491:12
**need** 396:13,16
    400:17 401:2,10
    401:24 409:20
    413:11 421:3
    434:18 436:21
    443:23 444:5
    483:25 500:8
**needed** 417:1
    498:13
**needs** 398:11
    402:10
**Neither** 412:21
**network** 452:9,14
    461:21
**never** 415:23
    424:17,20 426:7
    439:7 449:1
    458:22 460:18
    499:4,4,5
**new** 390:14 407:8
    462:24 464:4,6,7
    480:9 486:6,24
    487:5

**night** 416:22
**node** 452:15 462:10
    462:13
**nodes** 461:22
**nominally** 469:21
    476:6
**nominee** 414:20,20
**nonpublic** 464:23
**non-traceable**
    479:18
**normal** 491:14
**Notary** 389:18
    501:16 503:24
**note** 393:1 460:15
**Notice** 389:20
**November** 424:14
**NSA** 490:1
**number** 404:14
    423:10 424:2
    453:14 460:16,17
    462:21,22 464:10
    464:14 467:6
    479:17 487:25
    492:3 497:13
**nuptial** 424:20
**nurse** 415:8

———————————
**O**
**O** 389:14 394:1
**oath** 392:5 501:1
    503:20
**object** 409:24 410:4
    411:15,22,25
    416:7,11 417:4,18
    419:5,22 425:22
    427:15 431:13
    433:24 435:4,18
    436:6 438:13
    448:1,2 454:7,11
    466:5 482:21
    493:9 496:8,12,20
    499:14
**objected** 438:2
**objecting** 441:20
**objection** 396:21
    397:24 428:23

435:17 437:13,16
437:23 438:3
440:6,16 441:4,5
448:9,12 454:10
466:12 483:5
484:25 493:17
**objections** 395:8,17
    395:20 438:8
    441:25 483:25
**obligations** 400:4
**obtain** 406:19
    413:5 433:19
    499:11
**obtaining** 478:2
**obviously** 499:24
**occur** 430:12
**occurred** 465:12
**October** 406:10
    423:4 455:11,17
    455:20,21 456:8
    456:25 457:3,15
    458:9,12 501:19
**office** 408:20
    418:14,16 433:4
    462:5 471:10,20
    471:22 504:20
**official** 501:11
**oh** 400:11 440:3
    479:25 495:17
**okay** 396:6,19
    397:2,6,13 398:2
    399:7,9 400:19
    401:6 402:8
    404:18 407:2
    412:3 414:5,12,25
    422:25 423:19
    435:21 437:12
    438:14 439:21
    440:14 441:21
    442:3,21 443:25
    444:20 445:6
    446:2,11 447:7,13
    448:11 449:25
    450:6,19,22 451:1
    454:13 455:16
    458:16 459:25

460:4 463:8
464:15 472:20
473:6,11 474:19
476:10 480:4
481:14 482:9
484:16 485:3
486:19 499:22
**old-fashioned**
    490:6
**oligarchs** 487:25
**once** 394:15 440:8
    440:9 453:9
    460:18,18 477:20
**ones** 421:1
**one's** 472:15,17
**one-track** 422:12
**online** 405:6 417:8
**operations** 419:21
    419:24 469:4,5
**operative** 488:9
**opportunity** 399:20
**opposed** 441:23
**opposing** 394:15
**order** 406:14 409:7
    438:22
**ordering** 420:10
**organize** 494:7
**original** 430:14
    446:17 461:24
    483:5 504:20
**originally** 421:7
    482:19 483:15
**Orlando** 421:18
**outed** 447:18
**outside** 398:6
    422:18 431:14
    436:9 438:13
    491:13 499:15
**overall** 440:17
    441:11 453:11
**overrule** 448:8
**overseas** 471:15
**overview** 454:20,24
**over-arching**
    475:15
**owned** 408:15

411:2,3 414:19,23
454:21 473:24
474:14 477:3
481:20
**owner** 414:16,17,21
**ownership** 408:2,5
    413:15 414:13,25
    415:2 432:19
    466:8 474:18
    475:16,19 478:15
**owning** 420:16
**owns** 432:6 452:6
**o'clock** 399:6
    400:12 484:1

———————————
**P**
**P** 394:1
**page** 390:25 392:2
    392:14 436:4
    443:17 445:2,3,7
    446:11 447:1,4
    452:23,24 459:7
    467:7 471:3
    479:22 504:7
**pages** 449:16
**paid** 414:4,5,8,12
**Palm** 389:12
    402:20 501:4
    502:3 503:3
**Panama** 474:1
**panel** 471:19,20
**panic** 430:16
**paper** 410:12,14,16
    426:1 447:14,23
**para** 445:8
**paragraph** 436:3
    443:4,12,19 444:2
    444:3 445:8,10
    446:3 451:2,3
    452:18 455:2
    456:3,9,19,25
    457:2,16 459:7,14
    459:15,21 473:7
    473:13 474:20,22
    475:20,24 477:16
    478:4 481:16



498:3
**part** 396:12,20
397:16 417:11
465:10 467:12,19
468:4,18 489:21
**partially** 488:17,18
**participate** 419:20
420:2
**participated** 486:4
486:13,20 488:16
**particular** 437:15
453:15 464:3
**parties** 396:14
402:25 498:13,14
502:11,13 504:21
**parts** 485:12
**party** 481:3
**patented** 462:4
**Paul** 389:10
**pay** 464:6,8 496:18
496:21
**paying** 420:10
471:24
**Pay-to-Script**
461:6
**pdf** 447:15 448:24
449:1
**penalty** 452:19,25
504:22
**pending** 412:3
437:16,22 438:2,3
478:7,8 484:12
**people** 396:15,15
416:2,3 417:9
422:11,13,15
430:17 458:4
464:11,12 465:1
465:16 489:22
490:3 493:6
**perceive** 500:1
**percent** 463:1,3
**Perfect** 442:5
**perfectly** 440:25
**period** 418:15
474:6 476:20
477:7,14 484:22

**perjury** 452:19,25
504:22
**permitted** 438:7
**person** 411:6 416:4
416:10,16 470:3
474:10,12 476:21
**personal** 389:4
435:25 436:5
442:14,17 451:25
452:2 456:14
**personally** 476:23
501:8
**perspective** 400:8
475:16
**phone** 390:6,15
391:6 404:14
423:10 428:13
434:16
**Plaintiff** 397:21
403:9
**Plaintiffs** 389:6,21
390:2 392:15,17
392:20,21,23
393:2 397:17,20
403:4,11,20 442:6
444:16 451:12,20
457:10 467:2,25
470:24 474:21
479:21 481:15
493:13
**Plaintiff's** 442:12
444:21 451:15,16
451:19 455:4,25
457:3,4,15 459:4
459:15 465:8,20
465:23 472:9,9
**planned** 469:2,4
**planning** 492:15
**please** 403:13 413:8
425:8,12 453:18
460:11 472:24
474:3 477:8 478:8
478:9 484:11,11
504:20
**plus** 464:10
**point** 401:11 430:9

448:24 484:21
490:15 492:6
**policing** 490:6
**Ponce** 391:4
**portion** 476:9
**possession** 410:15
410:16 411:14
465:19 466:1
473:21,23 499:12
**possible** 456:11
**possibly** 456:15
**posted** 467:23
**post-nuptial** 424:18
**precisely** 443:17
**predicate** 428:24
**prefer** 440:4
**prenuptial** 424:15
424:17
**present** 391:13
400:6 402:25
436:9
**presented** 500:4,6
**presently** 422:25
**presumably** 448:22
**presuming** 409:11
**previously** 404:2
418:19
**price** 469:10,11
**principal** 476:22
**principals** 469:23
470:2 471:9
**printout** 447:14
**private** 490:1 496:1
496:1
**privilege** 395:20
435:8
**Pro** 390:18
**probably** 406:1
424:8 480:9
**problem** 452:12
**procedural** 402:3
**proceeding** 396:11
**process** 459:24
462:10 468:19
472:3
**produced** 438:21

448:3,4,16 503:18
**producing** 492:20
**production** 448:7
448:14,18
**professional** 389:18
400:4
**property** 407:15
408:6 410:19,21
410:23 411:2,5,18
412:7,10,17,18,20
412:21,22 413:1
413:14 414:6
430:3 458:25,25
461:19 497:16
**protocol** 462:21,23
**provide** 439:8
493:4
**provided** 407:23
432:16
**providing** 439:14
**provision** 431:3
**pseudonyms** 417:8
**public** 389:18
396:10 406:20,23
420:8 439:14
440:5,21,23
441:14,23 460:1
461:11 462:2,23
485:8 501:16
503:24
**publicly** 467:24
**pull** 455:16
**purchase** 417:25
418:4 468:23
469:1,3,14,16
498:21
**purchased** 411:5,7
411:8 468:21
469:2 470:6
471:15 475:10
480:21 484:5
497:9 499:6
**purpose** 466:5
483:14 487:7,22
**purposes** 439:23
440:18 493:12

**pursuant** 389:20
**put** 400:17 425:4
433:4 445:23
458:21,23,24
472:8 481:22
492:24 495:25
497:14 498:12
**Putin** 488:3 489:5
489:12

_____

**Q**

**quantative** 422:17
**quarter** 471:2
479:22 480:6
**querying** 430:16
**question** 410:6
412:3 413:9 425:9
427:18 434:3
436:7 437:15,22
438:2,3 441:12
453:19 454:8,8,10
454:12 457:21,24
465:25 468:7,16
474:4,6 478:7,8
478:10,19,20
483:19,23 484:12
484:20,23 485:10
485:11 499:15,18
**questioning** 395:21
431:14 435:5
436:8 437:13,25
438:10,19 440:20
448:2 472:7,8
482:22 483:4
493:9
**questions** 395:18
435:10 436:16
438:5,6 439:25
440:8,21 441:8,14
441:18,22 454:2
477:8,12 478:13
494:18 500:2
**quite** 456:11,15

_____

**R**

**R** 391:10 394:1



503:1 504:1,1
**raise** 403:13
**raised** 441:2,4
**Ramona** 423:1,18
423:19,21 424:16
424:21 425:1,3
426:8,24 427:14
428:10,20 429:10
431:19 432:9
**Ramona@RCJB...**
423:9
**ran** 473:16 474:12
481:21
**rarely** 422:19
**rationale** 438:20
**reach** 493:1
**reached** 409:8
491:15 493:4
**read** 437:11 503:6
504:22
**ready** 401:13 402:1
**realize** 467:22
469:8
**really** 415:23
424:25 486:14
**REASON** 504:7
**reasons** 402:4
441:6
**recall** 447:10
**receipts** 418:18
**receive** 447:15
462:6
**received** 434:8
447:14,15 448:22
449:6 458:8,11,13
458:14,18 471:4
479:23 480:7
**receiving** 447:10
**recess** 402:11 437:6
494:13
**recognition** 422:22
**recollection** 422:22
422:23 449:21
**recollections** 425:5
**reconvene** 436:18
**record** 401:15,20

402:8,13 406:20
432:12 436:12,15
436:24 437:3,4,7
447:22 448:15
451:14 489:2
494:1,8,10,11,14
500:9,10 502:8
**records** 406:23
415:20 418:12,15
420:22 432:18
434:5,8 449:3,4
461:12 491:10,16
491:18 492:9
**refer** 404:17 425:16
452:14 459:25
460:6,9 464:14
468:15
**reference** 459:22
**referenced** 444:3
445:10 449:17
451:7 456:8,25
457:16,23 497:3
**referencing** 445:13
446:2
**referred** 462:16
465:9
**referring** 419:16
456:6,18 463:18
463:20 467:15
473:11,14 480:25
**refers** 452:9 479:3
479:5
**regarding** 435:10
438:10 439:9
482:25
**registered** 389:18
432:5
**regular** 395:6
**REINHART**
391:14
**rejig** 436:21
**relate** 438:6
**related** 395:18
445:15
**relates** 439:3
**relating** 395:16,21

**relationship** 427:13
427:20 488:1,2
489:13
**relationships** 429:7
**relative** 502:10,12
**relevance** 463:9
**relevant** 440:1
464:10,14 474:5
477:6,14 484:22
**relocate** 402:9,10
**rely** 442:25 454:23
454:25
**relying** 454:18
**remain** 469:21
**remaining** 397:25
**remains** 470:12
**remember** 405:20
405:24 406:8,11
409:8 411:6
415:14 418:7,10
421:1,16,19,20
422:7 423:24
424:25 425:2,13
425:13,14 426:12
430:13,21,25
431:10,23,25
432:22 472:2
487:6 490:19,22
498:20 499:13,19
499:20
**remove** 426:3
447:19 465:17
**repeat** 468:7
495:13
**repeatedly** 439:10
**repetitive** 440:12
**rephrase** 468:9
**report** 502:6
**Reported** 504:5
**reporter** 389:18
398:13 399:2
401:16,18 402:22
403:12
**Reporter's** 392:6
393:1 502:1
**represent** 403:2

**Representative**
389:4
**represented** 409:16
409:17
**representing**
402:23
**requested** 395:15
**Research** 389:5
432:14
**reserve** 469:4 471:8
480:17,22 481:2,4
481:5 497:9,18
499:24
**residence** 405:15
405:16
**resigned** 429:12
**resolve** 407:15
**respect** 474:4
477:12 484:19
**respective** 394:13
**respond** 439:5
**response** 438:22
**restroom** 437:3
**resulted** 439:2
476:12 477:23
478:1
**resulting** 498:21
**retained** 393:2
397:22,24
**revealed** 491:24
**review** 471:19
472:4
**reward** 463:11
**re-ask** 412:4
**re-used** 460:19
**rid** 409:22 491:1
**Ridges** 420:23
**right** 394:22 397:23
398:7 399:16,25
400:1,6,8 401:11
403:13 404:20
411:17 437:21
444:14 451:23
452:4 454:15
455:1 462:22
464:17 466:15

468:15 476:24
485:25 499:24
**rights** 430:7,8,10
430:19 431:6
471:7,17,21
480:15 481:1,1,6
481:11,12 497:17
**risky** 446:22
**Rivero** 391:3,9
403:6 436:25
**Road** 410:22
479:19 480:8
**Robert** 390:10
397:1 428:21
429:4,8
**Roche** 390:17
403:10,10
**Rogers** 389:10
**roll** 398:15 401:1
**room** 396:25
**Rosella** 470:3
**RPR** 502:5,22
504:5
**rule** 395:7 399:15
400:17,18 435:19
442:2 454:11
**rules** 395:9
**ruling** 441:4
**run** 476:22 477:21
**running** 458:5
**Russian** 487:25
489:17
**Ryan** 391:17
402:22

---

**S**

**S** 392:11 394:1
504:1
**sat** 394:16
**Satoshi** 416:2,4,10
416:17 417:3,17
419:3,10,14,18
426:4 427:2,11
430:7,10,15 431:6
447:19,22 463:13
464:9,13 470:23



478:5 488:25
489:2,11,20
490:10,16 491:4,8
491:16,24 492:9
**saw** 416:20,20,21
434:20
**saying** 401:22
429:5 432:25
453:13 461:10
463:1,7 468:13,17
477:22 497:6,6
**says** 436:4 445:8
456:20 459:21
467:9 476:5 479:6
498:2
**scan** 447:14
**scenario** 443:3
471:14
**scheme** 465:10
471:22 482:20,25
496:4
**Schiller** 390:3,12
397:15
**scope** 395:13
431:14 435:6
436:10 437:14
438:13 439:19
466:6 491:13
493:10 499:15
**script** 461:14
**scripts** 464:8
**SE** 390:4
**seal** 501:11
**sealed** 458:19
**seated** 397:13
**second** 390:4 402:9
404:25 423:15
436:21 445:3
460:23 467:5
479:24 494:7
**seconded** 490:2
**secret** 418:23
462:14 482:20
496:4
**section** 486:1
**security** 395:17

435:9
**see** 400:24 417:25
433:10 436:3
443:7,12,20,22
444:2,5 449:11,14
451:5,8 452:18,23
467:9 473:9
479:22 485:2
493:22
**SEED** 462:11,12
**seeing** 417:22
**seen** 479:10
**selling** 430:7
**send** 460:1 464:1
**sent** 433:16,20
446:17,19 463:24
463:25 464:13
499:21
**separate** 418:25
419:1 440:11
497:8
**separated** 406:6,9
413:19
**separately** 497:17
**separating** 433:7
**September** 406:10
**serial** 460:16,17
**series** 494:17
**servers** 488:20
**Services** 389:23
391:18 402:24
**set** 394:8,8,11
408:17 410:8
414:14,18 415:18
424:1 433:2
465:14 471:7
473:25 481:21
**setting** 429:25
430:1 434:12
**settled** 408:24
421:23 422:1
431:20 432:10
**settlement** 408:9
409:3,9,12,14,18
409:23 410:2
411:13 412:6,8

413:4,13
**setup** 445:20
**severe** 433:3
**Seychelles** 432:4,6
**Shamir** 482:25
496:3
**Shamir's** 482:19
**share** 414:14,17
418:25
**shareholder** 433:1
**shareholders**
414:20
**shares** 414:19,23
420:15,17,22,23
420:24 421:4,5,7
421:8,9,10 432:13
433:5,11,16,19,23
434:7,14 458:6
496:2
**Sharing** 482:20
**sheet** 392:8 503:9
504:20
**short** 493:23
**shortly** 405:9
**show** 439:23 440:5
**shut** 449:5
**sic** 397:8 451:18
**side** 396:17 400:10
400:18 500:5
**sides** 454:6
**sign** 430:19 457:19
**signature** 450:3
453:4 500:12
504:25
**signed** 392:15
430:18 431:5,5
434:23 435:3,22
442:7,11 450:11
453:3 456:17
504:20
**significant** 469:11
**significantly**
471:16
**Silk** 479:18
**simple** 483:19
484:22

**simplest** 495:25
**simplified** 442:19
443:2 452:5
453:11 473:17
**simplify** 465:24
**simply** 425:13
448:12 453:20
477:2,12 478:11
478:16 484:20
485:9,10
**simultaneously**
416:23
**single** 450:11
**sit** 394:13,14,21,22
395:1,2 425:4
**sitting** 394:20
397:3 401:24
454:6
**situations** 400:3
**skill** 492:13
**Skype** 428:16
**slept** 416:21
**slice** 480:13,19
498:3
**slices** 498:6
**small** 422:18
**snuck** 446:1
**social** 447:20
**software** 420:8
452:15 461:21
462:2 464:22
468:18 481:22
482:12,17,18
485:7 488:19
491:12 492:23
495:25 496:1,16
**sold** 410:24,25
411:2
**solemnly** 403:14
**solution** 467:19
468:11 475:13,14
476:15,17
**solutions** 486:17
**solve** 417:1
**solved** 417:1
**somebody** 476:5

482:6
**sorry** 396:24
400:11 401:21
414:7,7 419:23
423:25 430:4
440:14 442:16
449:24 451:10
455:15,21 456:21
459:12 466:14
468:6 473:13
477:5 479:7,25
485:19 488:13
491:22 495:13,17
495:20 496:11
497:1 498:25
**sort** 394:4 400:9
438:12
**sought** 475:18
**South** 407:8 480:9
**SOUTHERN** 389:1
**speak** 428:12,15
490:6
**special** 472:3
**specialist** 426:3
**specific** 417:16,17
440:21 441:14
**specifically** 438:4
443:9
**speculate** 425:8,12
**spend** 462:5 471:15
481:2
**spending** 461:13
**spent** 417:23
469:19 470:9
499:4
**spike** 469:10
**split** 464:25
**split-key** 462:4
**spoke** 405:6
**sports-book** 469:5
**spouse** 417:24
418:24
**staff** 399:3 476:24
**stage** 411:19
416:21 433:5
**stand** 394:14



start 396:8 398:17
    400:11 424:9
    426:16 438:19
    473:6
started 401:4,13
    402:2 430:16
    494:2
starts 392:23
    444:22 457:7,11
state 389:19 403:1
    443:5 490:3 501:3
    502:2 503:2
stated 416:12 439:8
    439:10 476:14
    477:9 498:11
statement 418:2
    484:15
statements 418:18
    435:24 442:16,18
    442:25 451:24
    452:3 454:18
    503:7
States 389:1 442:22
    452:20 453:1
stating 445:6
staying 396:22
    421:18
Stefan 429:5,6,8
stemmed 479:15
stenographically
    502:6
step 398:6 400:15
    475:14
steps 455:7 474:25
    475:25
Steven 389:16
    392:3 403:19
    428:21 429:4
    501:8 503:5,13
    504:3
stop 470:23 500:7
story 431:7
straight 474:13
strange 422:11
    454:3
stranger 411:14

strangers 411:11
Street 389:11 390:4
    390:13 402:20
strike 412:11 414:7
    415:5 416:14
    429:2 430:5 431:3
    456:21 465:25
    466:16 482:17
    488:13 491:17,22
    497:1
structure 414:15
    454:21 465:14
    475:15 476:16
structures 452:7
    497:14,15
studies 422:17
studying 416:20
subject 499:16
    504:22
subjects 422:8
submitted 441:9
    442:22
subscribed 503:16
Subsequently
    470:9
substance 504:23
subverted 461:4
sue 413:6,6
sued 413:3
Suite 390:4 391:4
sum 463:16,21,22
    496:18
sundown's 399:5
sunset 398:24
suppose 400:1
sure 394:7 443:16
    444:6 445:7 447:1
    454:25 480:9,25
sustain 440:6,15
    466:11 484:25
    493:16
sustained 431:17
    483:6
sustaining 441:5
swear 403:14,17
    452:3

SWIFT 488:11
    489:15,23
SWIFT-based
    487:23
switch 455:24
swore 442:17
    456:13
sworn 403:21 439:2
    453:3 472:11
    501:9
system 401:19
    460:14 461:2
    462:3 465:2,3
    479:17 481:2
    489:22,24 493:15
systems 492:24

                T
T 389:14 392:11
    503:1,1 504:1,1
table 394:17
tables 394:13
take 398:10,18
    399:17 405:3
    410:17 436:11
    444:10 456:3
    463:25 464:4
    465:10,16 468:11
    490:4 493:22
    494:7 503:20
taken 389:17
    402:11,20 437:6
    468:20 494:13
    504:4
talk 399:25 400:5
    422:15,19 483:8
talked 395:12
    396:3 426:19
talking 417:9
    427:12 428:6
    459:9
talks 490:22
tape-recording
    401:19
tar 450:8,14,16
tax 408:20 418:14

418:15,16 433:3
    465:4 471:10,13
    471:20,22 475:16
tax-avoidance
    471:21
team 395:1 396:12
    396:21 397:16
tech 497:21
technical 445:22
    465:3,5 467:19
    468:4,10 475:12
    475:14 476:15,16
    478:23 483:11
    486:17
technically 463:1,4
    478:17
technically-locked
    481:23,25
Technician 391:17
    401:9 402:12
    437:4,7 494:11,14
    500:10
technologically
    497:24
technology 422:10
    462:4
tell 399:15 403:14
    418:12 424:24
    425:18 426:5
    434:18 439:22
    480:1 492:21
telling 440:18
tells 401:18 462:22
temporarily 469:12
tentatively 398:13
    399:9
term 419:12
territory 472:6
test 420:8
testified 403:22
testimony 399:11
    399:13,23 411:23
    416:12 427:16
    433:25
Thank 429:6 442:5
    454:15 473:1

493:25 494:9
theory 487:25
    489:4,12 492:14
thereof 502:8
thing 394:9 395:5
    400:12 419:15
    438:12 489:7
things 394:6,8
    415:25 420:24
    422:16 424:2
    452:13 454:21
    461:6,7 465:4
    468:19 470:1
    489:16,23 492:4
think 395:12 398:8
    398:9 399:5,18
    400:21,25 401:7
    406:1 431:12
    439:1 440:1,9
    441:19 446:21
    454:8 456:18
    463:17 466:5
    483:3,14,22
third 481:3
Thirtieth 423:4
thought 398:17
    415:24
thousand 470:10
    485:18
three 397:14,18
    449:11 467:6
    498:4
tie 447:22
time 396:13 400:19
    402:19 405:11,14
    406:2 414:22
    415:24 416:23
    424:3,8 434:20
    436:2,16,19 469:7
    471:13 473:19
    474:5 475:17
    477:7,14 480:10
    480:17,22 484:21
    484:22 486:3
    490:24 491:3
    494:8,18 499:25



times 423:14
  460:23 485:24
timing-wise 398:8
today 394:6 398:17
  399:11,15,22
  431:16 439:13
  440:19 500:7
Today's 402:18
told 434:14
tonight 399:5
top 411:1 418:6,11
  421:17 431:23
  448:20 450:17
topic 440:17 441:1
topics 395:16 400:9
total 498:21
totally 460:7
touched 458:20
tracing 488:9
track 453:25
tracked 470:4
tracking 487:13,23
Trading 413:17
  414:2,8,21 415:1
  415:3 432:7
  467:11 495:4,9,12
  495:15
train 488:6
transactions
  417:24 490:3,5,7
transcript 502:7
  503:6 504:6
transfer 461:17
  464:18 467:13
  480:10,12,14,15
  494:21,23 495:3,6
  495:8
transferred 461:19
  461:24 462:1
  464:21 466:2
  467:10 469:7
  481:9 485:16
  495:4,11,14
transfers 489:15,15
translate 485:23
travel 421:20

trial 489:25
tried 447:19
trillion 460:25
trip 421:19 487:7
true 442:18,19
  452:4,21,25 453:7
  453:10 456:13
  472:11 477:19
  502:8 503:9
  504:22
trust 392:23 431:19
  431:23 432:4,5,9
  438:5 439:2 443:6
  443:10,10,11,16
  443:20 444:13
  445:9,16,20,22,23
  446:6 451:4 452:6
  454:20,22 455:12
  455:13,18,20,22
  456:7,10,21,23,24
  457:8,11,16
  458:14,21,22,24
  461:18 463:15
  464:20 465:9,10
  468:4 470:16
  473:25 474:2,14
  474:15,17,19
  475:13 476:13
  478:22 481:20
  495:12,12,15,15
  495:19 496:19,25
  497:4,7,12,12,22
  497:22,25,25
  498:2,2,19,20,24
  498:25 499:10,11
trustee 421:25
  432:9 443:8
  496:19 498:4
trusts 395:21
  421:22,25 431:22
  431:25 435:12
  438:11,12 439:1
  439:25 441:23,25
  443:8,10,14 477:4
Trust.pdf 449:13
  450:22

Trust.pdf.asc
  449:12 450:1
Trust.pdf.tar.asc
  449:12 450:6
truth 403:15,15,16
  452:5 453:9
try 422:15 465:24
trying 433:4 446:23
  476:8 477:2,7
  478:11 484:7
Tulip 413:17 414:1
  414:8,21 415:1,3
  432:5,7 443:10,11
  443:14,15 446:6
  449:11,12,12
  450:1,6,22 456:24
  465:10 467:10
  470:16 495:4,9,11
  495:12,14,15,19
  496:19,25 497:4,7
  497:11,12,21,22
  497:24,25 498:2,2
  498:19,20,23,25
  499:10,11
turn 448:23
turned 449:1
Twenty-one 478:5
two 394:6 396:25
  397:19 398:9,11
  398:20,22 401:25
  405:3 443:10,14
  449:23,24 456:9
  460:19 467:16
  468:19 472:16
  480:4 485:12
  494:5 499:12
type 479:8

U

UK 423:6 449:5
  486:12,22
unavailable 494:4
underlying 479:3
undersigned 501:7
understand 395:3
  415:5,25 426:23

436:20 463:2,5,6
  473:12,21 476:6
  477:11 478:18
  481:24 489:9,13
understanding
  395:24 406:22
  441:1 446:14
understandings
  394:4
understood 402:7
  420:11 440:10,13
  498:15
unfortunately
  430:11 452:11
unilaterally 436:14
unique 460:16
unit 452:16 459:9
  459:23 460:2
  464:11,12
United 389:1
  442:22 452:20
  453:1 488:12
universe 460:24
  461:1
unopened 449:8
Untied 488:15
update 462:22
updated 498:13
use 437:2 492:1,5
U.S 389:11 469:6
  480:11 487:16
  492:17 493:1

V

v 389:7 504:2
vacant 412:24,25
validated 464:5
validation 462:10
value 408:23 409:2
  409:4,5 479:9
valued 480:11
various 415:18
  430:16
Vel 403:3 436:13
Velvel 390:8
  391:15

Venezuela 487:8,9
  490:12
version 442:20
  443:2 446:17
  450:9,12 453:11
  464:23 479:18
versus 402:17
Vfreedman@bsfl...
  390:7
Vice 390:18
video 391:17 401:9
  402:12 437:4,7
  490:18 494:11,14
  500:10
videoconference
  486:5,13,14,18
videographer
  401:7 402:9,21
  500:8
videographer's
  395:3
videotape 402:14
VIDEOTAPED
  389:15
view 395:6 462:19
Viktor 492:18
VIN 453:14
virtue 465:19,20

W

W 390:17
wait 436:13 478:8
  484:12
waive 400:6
waived 500:12
Wales 407:8 480:10
want 394:6,8,11,12
  394:19 395:1,11
  397:8 399:17,19
  404:17 439:22
  440:1 441:13
  443:16 448:14
  455:18 460:9
  461:7 494:6
wanted 395:5 400:9
  437:19,24 488:24



489:1
**Washington** 472:6
**wasn't** 409:17
424:4 427:10
433:14 462:2
465:17 486:10
**waste** 436:16,18
**wasting** 415:24
**Watts** 423:1,17
**way** 394:5,8,12
396:7 399:3 454:3
454:5 461:9
462:19 471:2
473:17,17,18
480:7 483:11,12
485:20 486:19
487:8 492:8
495:25 499:1
**ways** 452:12
**weeks** 405:14
**went** 408:21,21
413:1 421:18
433:21 434:5
445:24 469:12
472:4 497:13
**West** 389:12,17
402:20,23 501:16
502:5,22 504:5
**we'll** 399:10,24,24
485:2 500:7
**we're** 394:5,9
401:19 435:18
436:11,23 443:16
445:7 447:1
459:14 466:9
482:22,23 484:7
495:22 499:22
**we've** 473:11,15
475:22 483:2
**wheels** 401:1
**white** 426:1 453:13
453:14,15,16,16
**wife** 409:19,23
410:3 417:19
418:19 467:21
**Williams** 486:9,11

486:22 487:18,24
487:24 488:6,7,8
489:4,6,11,14
490:2,12,13,15
491:7,10,18 492:2
492:7,11,12 493:7
**willing** 490:23
491:1
**wine** 446:20
**wipe** 447:20,21
**witness** 392:2,7
394:14 403:17,20
409:25 413:10
417:6,19 419:23
425:14 448:13
453:23 454:14
457:25 459:17
460:13 472:21,23
473:1,4 477:9
478:13,17 484:9
485:12 496:9,21
498:11 499:19
501:11 503:18
**witness's** 411:23
427:16
**woman** 470:12
**won** 471:22
**Woodview** 404:10
405:21,23
**word** 462:19
473:15,21 481:24
**work** 395:2 417:3
421:4 423:22
424:1 433:7
487:10,12 491:14
492:22
**worked** 416:23,24
420:13,18 493:7
**working** 401:20
415:25 416:20
420:25 464:23
481:19 488:12,14
**works** 460:8 463:7
**wouldn't** 413:10
430:18
**wrapped** 471:17

**wrapper** 465:4
**Wright** 389:8,16
392:3,16,18
394:14,20,23,24
395:17,19 400:1
400:24 401:22,24
402:15,17 403:7
403:12,19,25
404:2,3 408:16,16
408:22 413:4,9
419:9 420:4
421:10 422:23,25
429:6 432:6,12
434:22 435:2,13
435:17,21 436:3
439:7 440:14
441:9 442:7,10,13
443:4 444:1,11,17
444:23 447:13
448:11,22 451:1
451:17,23 452:18
452:19 453:8,18
454:5,17 455:1,15
455:24 456:13,18
459:3 460:10,11
461:17 462:16
463:15 464:17,18
466:14 467:2,13
468:10 471:4
472:7 474:3,8,10
474:11 476:21
477:1,16,20 478:7
478:9,22 479:20
480:6,8 481:19
483:16 484:13
485:5,25 486:4
492:17 493:19
498:4 499:10
500:3 501:8 503:5
503:13 504:2,3
**Wright's** 392:21
394:10 438:23
441:2 451:20
466:7
**write** 444:2 472:23
504:6

**writing** 445:25
**written** 446:15
447:7
**wrong** 460:7
478:17 499:1
**wrote** 446:19,21
473:7 477:17
480:18 481:14,17
488:19
**www.MagnaLS.c...**
389:24
**W&K** 389:5 415:15
421:4,8 432:13,19
433:1,8,11,23
434:7,12,15

**X**
**X** 392:1,11

**Y**
**Yeah** 397:18
400:25 401:9
493:24 495:23
**year** 405:3,25 424:7
453:17
**years** 458:20
460:25 469:24
473:8 474:9
475:21 476:11,19
477:18 481:17,21
485:5
**York** 390:14 486:6
486:24 487:5

**Z**
**Zaharah** 391:10
403:6
**ZALMAN** 391:11
**zip** 450:9,13,14

**$**
**$30** 469:6,12
**$80,000** 409:6

**0**
**0000004** 463:12

**01** 463:3
**0133224D** 473:25
**06/28/2019** 504:4

**1**
**1** 392:15 402:14
442:6,12 443:10
455:25 456:10
460:22 465:10
472:9 495:12,15
495:19 497:4,7,12
497:22,25 498:19
498:20,25 499:10
**1,100,000** 480:14
**1,100,110** 464:1
**1,100,111** 463:16
463:25 471:4
480:7 494:21
**1.1** 496:25 497:2
**1:30** 398:20
**10** 498:3
**10th** 467:11 495:5,9
**10:00** 400:12
**10:04** 437:8
**10:30** 398:14,18
**100** 390:4 463:1
485:19
**100,000** 469:21
480:11
**1000** 391:4
**10504** 390:14
**11-ish** 398:18
**11:00** 484:1
**11:14** 494:12
**11:15** 494:4
**11:21** 494:15
**11:28** 389:13
500:11,13
**12:30** 398:19
**122085** 501:20
**13** 392:15 442:6
**13th** 434:23 435:3
435:22 442:10
451:18 455:25
456:19,19 457:17
472:10,18 477:5



**150** 485:14,18,19
485:21,22
**18** 456:25
**1952** 404:8
**1970** 423:4
**1995** 405:3
**1997** 474:1

**2**

**2** 392:17 436:3
443:11 444:16,21
451:16 455:11
456:24 465:21,23
468:1 470:25
479:21 496:19
497:12,22,25
498:2,2,24 499:11
**2000** 412:24 414:6
**2004** 406:1
**2008** 418:6
**2008-2009** 418:15
**2009** 463:23 468:20
473:8 474:9
475:21 476:11,19
477:18 479:15
481:17 482:10,14
485:5 497:8
**2010** 406:6,9
413:20 414:6,9
463:23 468:20
473:8 474:9
475:21 476:11,19
477:18 481:18
482:14 485:6
497:8
**2011** 409:3,5,8
412:9,13,14
413:25 424:8,10
426:17 434:12
443:21 444:14
445:10,18 446:16
447:8,11 448:23
451:4 455:7 461:4
461:17 464:18
465:13 466:18,22
466:25 467:12,14

467:20 468:5,12
468:22,23,25
470:6 474:23
475:13 486:6
494:20 495:5,9
**2012** 406:7 412:11
412:15 414:10
415:4 455:12,17
455:20,21 456:8
456:25 457:3,16
458:9,12
**2013** 424:12,13
477:6 483:18
484:7
**2014** 408:3 409:25
411:1 412:17
**2015** 447:18
**2016** 428:22 429:4
429:8
**2019** 389:12 392:15
402:18 434:23
435:3,22 442:6,11
444:4 445:11
453:4 456:9 457:1
501:9,12 502:17
503:11,17
**2021** 501:19
**21,000,000** 463:12
**216** 445:2
**22nd** 404:8
**23rd** 424:14 456:8
457:3,15 458:9
**24** 444:14 456:25
**24th** 443:21 445:10
445:17 446:15
447:8,11 448:23
451:3 494:20
**24,000** 463:17
**2413** 392:18 444:17
444:24 445:12
446:12 447:2
451:15
**2414** 449:16 450:24
468:3 470:24
479:21
**2415** 392:19 444:18

444:25 449:16
450:24 451:15
468:3
**2416** 392:20 445:5
445:12 449:17
450:4 451:13,16
**25th** 466:17
**2525** 391:4
**256** 460:19
**26** 501:19
**28** 389:12 402:18
501:9
**2800** 390:4

**3**

**3** 392:20 443:4,12
451:12,16
**30** 469:6
**30th** 501:11 502:17
**305.445.2500** 391:6
**305.539.8400** 390:6
**31st** 477:6 483:18
484:7
**33131** 390:5
**33134** 391:5
**333** 390:13
**33401** 389:12

**4**

**4** 392:21 443:19
444:2 445:8 446:3
451:2,3,19,20
452:24 455:5
459:4,7,15,15,21
472:9 473:7
474:21 475:20
477:16 481:15,16
481:16
**403** 392:4
**44** 423:11
**442** 392:15
**444** 392:17
**451** 392:20,21
**457** 392:23
**49** 464:8

**5**

**5** 392:23 444:3
445:10 455:2
456:3,9 457:2,4,5
457:10,15,16
465:8 467:3
473:13 474:20,22
478:4 498:10
**5:30** 399:3,4,10
**50** 485:24
**501** 392:5
**502** 392:6
**503** 392:7
**504** 392:8
**50985** 392:24 457:9
457:12
**50986** 467:3 498:9
**50989** 392:25 457:9
457:12
**51** 410:22 480:8

**6**

**6** 456:19
**650** 469:17 470:6

**7**

**700,000** 469:17
470:7 498:22
499:7
**701** 389:11 402:20
**7505290071** 423:11

**8**

**8th** 392:21 444:3
445:11 451:7,21
453:4 455:4 456:9
457:1 459:4,16
466:24 472:10,19
481:16
**8:00** 399:6
**820,050** 439:11
**821,000** 497:4,20
**821,050** 485:7
496:17 499:3
**825,050** 463:19
**866.624.6221**

389:25

**9**

**9th** 466:22 467:14
**9:17** 389:13 402:19
494:2
**9:18-cv-80176-B...**
389:2
**9:56** 437:5
**90s** 404:22,23
416:25
**914.749.8275**
390:15
**95** 404:10 405:21
**96** 405:10

