**Craig Wright Redacted Designations**
**March 16, 2020**

| |
|---|
| 5:4 |
| 5:18-6:3 |
| 6:16-23 |
| 8:6-16 |
| 8:23-25 |
| 9:8-22 |
| 12:3-9 |
| 12:15-13:5 |
| 14:19-25 |
| 15:10-12 |
| 15:22-24 |
| 16:8-21 |
| 16:25-17:-2 |
| 17:16-18 |
| 17:20-18:19 |
| 21:3-6 |
| 21:10-11 |
| 22:2-23:2 |
| 23:4-6 |
| 23:8-24 |
| 25:24-26:2 |
| 29:2-22 |
| 30:2-4 |
| 30:12-14 |
| 31:8-17 |
| 32:4-6 |
| 32:12-14 |
| 32:18-22 |
| 35:1-5 |
| 35:8-10 |
| 35:21-36:7 |
| 37:21-38:20 |
| 42:19-25 |
| 44:24-45:3 |
| 45:9-10 |
| 45:12-18 |
| 57:3-15 |
| 60:23-61:13 |
| 61:18-62:5 |
| 62:15-17 |
| 62:20-64:1 |
| 64:16-65:14 |

| |
|---|
| 65:22-66:4 |
| 67:20-24 |
| 68:10-13 |
| 68:17-23 |
| 69:3-23 |
| 73:20-74:10 |
| 74:18-75:11 |
| 76:4-8 |
| 77:13-21 |
| 77:24-78:2 |
| 79:5-16 |
| 79:19 |
| 79:21-80:6 |
| 80:12-21 |
| 81-19-82:16 |
| 82:23-83:1 |
| 83:18-23 |
| 84:10-20 |
| 84:23-85:1 |
| 85:10-86:11 |
| 88:16-89:7 |
| 90:2-9 |
| 91:11-19 |
| 91-22-23 |
| 92:11-19 |
| 92:21-22 |
| 92:24-93:1 |
| 93:5-14 |
| 94:22-95:3 |
| 96:13-97:13 |
| 97:16-17 |
| 98:8-10 |
| 98:16-100:12 |
| 101:3-10 |
| 101:12-13 |
| 101:12-13 |
| 101:19-22 |
| 102:5-8 |
| 102:10 |
| 102:12-15 |
| 102:17-22 |
| 102:24-103:2 |
| 103:4-12 |
| 103:14-18 |
| 103:20-104:1 |

| |
|---|
| 104:3:11 |
| 104:20-21 |
| 104:23-105:1 |
| 105:3-4 |
| 105:19-107:3 |
| 108:24-109:5 |
| 115:16-18 |
| 115:22-24 |
| 116:11-15 |
| 119:19-120:-11 |
| 120:18-22 |
| 120:25-121:2 |
| 121:23-24 |
| 122:1-123:8 |
| 124:23-125:15 |
| 125:22-23 |
| 125:25-128:21 |
| 133:1-23 |
| 134:1-10 |
| 136:3-8 |
| 137:3-14 |
| 151:22-24 |
| 152:9-21 |
| 153:5-6 |
| 153:20-154:20 |
| 155:13-157:8 |
| 157:10-21 |
| 158:13-20 |
| 160:15-16 |
| 160:18-162:24 |
| 165:20-166:14 |
| 168:5 |
| 168:16-18 |
| 168:22-171:19 |
| 171:24-172:1 |
| 178:12-23 |
| 179:11-180:17 |
| 196:17-21 |
| 197:5-10 |
| 197:16-17 |
| 197:22-25 |
| 198:2-15 |
| 198:17-18 |
| 198:20-199:11 |
| 199:16-20 |

| |
|---|
| 200:7-18 |
| 200:20-22 |
| 202:8-203:1 |
| 204:11-14 |
| 206:11-207:18 |
| 208:24-209:7 |
| 210:13-18 |
| 211:4-12 |
| 212:2-213:5 |
| 213:19-214:9 |
| 215:24-220:25 |
| 221:7-222:19 |
| 223:18-225:16 |
| 226:1-228:18 |
| 229:6-7 |
| 229:24-230:8 |
| 231:20-232:7 |
| 232:15-20 |
| 235:1-7 |
| 235:15-24 |
| 236:19-22 |
| 237:2-3 |
| 237:24-238:4 |
| 238:21-24 |
| 239:3 |
| 239:7-22 |
| 240:16-241:4 |
| 241:25-242:3 |
| 242:6-243:9 |
| 243:20-244:14 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

----------------------------------------

IRA KLEIMAN, as the personal          )
representative of the Estate of David  )
Kleiman, and W&K Info Defense          )
Research, LLC                          )
                    Plaintiffs,.       )
                                       )
        v.                             )
                                       )
CRAIG WRIGHT                           )
                    Defendant.         )
----------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

On

Monday March 16, 2020

At the offices of:
Boies Schiller Flexner LLP
5 New Street Square
London EC4A 3BF
England
United Kingdom

Taken by:
AMY COLEY, Court Reporter

Plaintiff's Designations



Page 2

```
 1                  A P P E A R A N C E S
 2   For the Plaintiffs (via telephone):
 3   ROCHE CYRULNIK FREEDMAN LLP
     200 S. Biscayne Blvd, Suite 5500
 4   Miami, Florida 33131
     Telephone: (305) 357-3861.
 5   Email: Vel@rcfllp.com.
 6   By: Velvel (Devin) Freedman, Esq.
 7
     ROCHE CYRULNIK FREEDMAN LLP
 8   99 Park Avenue, Suite 1910
     New York City, NY 10016
 9   Email: Kyle@rcfllp.com.
     Email: Jdelich@rcfllp.com.
10
     By: Kyle W. Roche, Esq.
11   Joseph M. Delich, Esq.
12
     BOIES SCHILLER FLEXNER LLP
13   100 SE 2nd Street, Suite 2800
     Miami, Florida 33131
14   Tel. 305-539-8400
     Email: Abrenner@bsfllp.com.
15
     By: Andrew S. Brenner, Esq.
16
17   For the Defendants (via telephone):
18   RIVERO MESTRE LLP
     2525 Ponce de Leon Boulevard, Suite 1000
19   Miami, Florida 33134
     Phone: 305.445.2500
20   E-mail: Arivero@riveromestre.com
21   By: Andrés Rivero, Esq.
     Julio Paez, Esq.
22
     Also present:
23   Judge Reinhardt (via telephone)
     Simon Cohen, Esq. (SCA Ontier UK) (in person)
24   Amy Coley (Court Reporter on behalf of Magna Legal
     Services)
25   Linda Fleet (Videographer on behalf of Magna Legal
```



Page 3

1                      I N D E X
2
    Exhibit No.                                Page
3
    1              --   Photo of Dr. Wright --   15
4   2              --   Art by Dr. Wright    --   17
    3              --   Post about Bitcoin   --   19
5   DEF 52139      --                        --   29
    DEF 52143      --                        --   36
6   DEF 52146      --                        --   37
    DEF 52148      --                        --   39
7   DEF 172557     --                        --   41
    DEF 52372      --                        --   44
8   DEF 722110     --                        --   46
    DEF 1729562    --                        --   52
9   DEF 172753     --                        --   59
    DEF 172509     --                        --   65
10  DEF 172510     --                        --   66
    DEF 172523     --                        --   69
11  DEF 172528     --                        --   70
    DEF 115950     --                        --   127
12  CONTROL1268220 --                        --   134
    CONTROL1277609 --                        --   134
13  KLEIMAN 4288   --                        --   141
    KLEIMAN 8178   --                        --   144
14  AUS81546       --                        --   158
    DEF 1369334    --                        --   159
15  DEFAUS115950   --                        -- 161,179
    BITCOIN P2PE   --                        --   167
16  DEFAUS112712   --                        --   168
    KLEIMAN0385767 --                        --   170
17  DEF 13694      --                        --   173
    DEF 65750      --                        --   195
18  Z10            --                        --   200
    DEFAUS550141   --                        --   208
19  DEF 1597497    --                        --   213
    DEF 1667260    --                        --   217
20  DEF 01097415   --                        --   228
    DEF 01597484   --                        --   233
21  DEF 1597598    --                        --   238
    DEFAUS516701   --                        --   242
22  DEFAUS115519   --                        --   245
    DEF 52514      --                        --   246
23  DEF 01859475   --                        --   252
24
25



Page 4

1              (The Deposition commenced at 1.33 p.m.)

2                    THE VIDEOGRAPHER: We are now on the

3        record.  This begins media number one in the

4        deposition of Dr. Craig Wright, in the matter of

5        Ira Kleiman et al v Craig Wright in the United

6        States District Court of Florida.  Case Number

7        918-CV-80176BB/BR.  Today is March 16, 2020.  The

8        time on the video monitor is 1.33 pm.  This

9        deposition is being taken at Boies Schiller

10       Flexner LLP, 5 New Street Square, London EC4A 3BF,

11       United Kingdom.  The Videographer is Linda Fleet

12       of Magna Legal Services.  The Court Reporter is

13       Amy Coley.  Will counsel and all parties present

14       state their appearances and who they represent.

15                   MR. FREEDMAN:  This is Velvel

16       Freedman for the Plaintiff.

17                   MR. BRENNER:  Andrew Brenner for

18       the plaintiff.

19                   MR. DELICH: Joseph Delich for the

20       plaintiff.

21                   MR. ROCHE:  Mr. Roche for the

22       plaintiff.

23                   MR. RIVERO:  Andreas Rivero for

24       Dr. Wright and Julio, Paez, also representing

25       Dr. Wright.



Page 5

```
 1              MR. COHEN:  Simon Cohen from SCA

 2   Ontier also representing Dr. Wright for the

 3   purposes of this deposition.

 4              DR. WRIGHT, Sworn

 5              MR. RIVERO:  Correction of the

 6   spelling of Mr. Paez.

 7   BY MR. FREEDMAN:

 8        Q.    Good afternoon, Dr. Wright.

 9        A.    Good afternoon where I am at the

10   moment, and good morning for you.

11        Q.    You have had your deposition taken

12   before; isn't that right?

13        A.    Yes.

14        Q.    Do you remember the rules of the

15   deposition, so to speak, where I need you to

16   answer audibly any questions that I ask you?

17        A.    I do.

18        Q.    To the extent that you do not

19   understand a question I need you to let me know

20   that you do not understand that question, is that

21   fair?

22        A.    Yes, I will ask you the question

23   again and ask you to explain if I do not

24   understand.

25        Q.    If you do not ask me to repeat it,
```



1   I will assume that you understood the question and

2   I will rely on it; right?

3          A.     I understand that.

4          Q.     You understand that your testimony

5   is being taken via video and via a court reporter

6   and it may be shown at some point to a jury or a

7   judge?

8          A.     I understand that.  I understand

9   the magistrate is listening in.  I can see the

10  camera in front of me and the court reporter as

11  well.

12         Q.     If at any time you need a break,

13  Dr. Wright, just let us know and we will take a

14  break and use the restroom if that is necessary?

15         A.     Certainly and thank you.

16         Q.     Finally, before we get started, are

17  you on any medications today that will affect your

18  ability to testify?

19         A.     Not that will affect my ability to

20  testify.

21         Q.     Are you on any medications that

22  would affect your ability to recall certain facts?

23         A.     No, I am not.

24         Q.     Okay.  Dr. Wright, do you mind

25  saying your name and date of birth for the record?



3        Q.        Dr. Wright, can participants in

4    Bitcoin be anonymous?

5        A.        It depends on what you term

6    "anonymous".  If you are talking about Black's Law

7    Dictionary of a small transaction without a name,

8    then yes.  But the idea of "anonymous" that has

9    come from the cipher punk idea, then no.  A

10   digital signature requires identity to be stored.

11   For instance, under the Digital Signatures Act

12   here in the UK, that has an equivalent in the USA,

13   you must first have identity and then identity

14   follows with a digital signature algorithm.  In

15   section 10 of the White Paper, identity is

16   firewalled from the rest of the transaction

17   processing and the identities are exchanged

18   between the individuals who are engaged in trade.

19       Q.        So, would you use the word

20   "anonymous" to describe Bitcoin?

21       A.        No, I would not.  I have used that

22   word but unfortunately that is misconstrued, not

23   many people who generally use it will take it as

24   if they have done a legal course.  They will take

25   it to be something that means they can act without



Page 8

```
1    any knowledge of who the other person is, and not
2    that it is a contract, such as Blackstone would
3    say "without recording identity", for instance it
4    is a small transaction where a mere receipt is
5    sufficient.
6             Q.     Do you have a Twitter account with
7    the username "Dr Craig S Wright"?
8             A.     No, I do not.
9             Q.     Let me rephrase that -- there is
10   some terrible feedback coming through the line.
11            A.     Many years ago I had an account of
12   that name, but that was hacked and taken over.
13   The last person I know who was running it was Uyen
14   Nguyen.
15            Q.     When was it hacked?
16            A.     Back in 2015 ----
17                   THE COURT REPORTER: Sorry.
18            Q.     Before that you were controlling
19   that Twitter account?
20            A.     No, it was only partly under my
21   control.  I had staff members running much of my
22   social media.
23            Q.     Did you have a Twitter account with
24   the name "A Prof. Faustus"?
25            A.     Yes, I did.
```



1          Q.      When I speak I here a feedback

2     through the line.  Perhaps something is the -- are

3     the IT folks in the room?  We will carry on.

4                  Did you write the tweets that came

5     from that Prof. Faustus or did you have other

6     people write them for you?

7          A.      A combination of both.

8          Q.      Did you ever have a Facebook

9     account in the name "Craig S Wright"?

10         A.      Depends on how the "Craig S Wright"

11    is actually written, but there was a Facebook

12    account under that name at one stage.

13         Q.      That belonged to you?

14         A.      It actually belongs to Facebook if

15    you read the terms of service and whatever else

16    but I was the person who updated it, along with

17    other staff members in my organization.

18         Q.      Did you author the book "Satoshi's

19    Vision" that was published in August 2019?

20         A.      That was taken from various blogs

21    and other things I had written and edited into

22    that book.

23                  (Off the record from 1.42 p.m.)

24                  (On the record at 1.55 p.m.))

25    BY MR. FREEDMAN:



Page 10

1          Q.      Dr. Wright, Satoshi's Vision

2    book -- sorry, but the echo is back.

3                  (Off the record at 1.56 p.m.)

4                  (On the record at 1.58 p.m.)

5    BY MR. FREEDMAN:

6          Q.      Satoshi's Vision book that you

7    published ---

8          A.      I did not publish it.

9          Q.      Right.  Let me rephrase that.  The

10   book was taken from various blogs and other things

11   that you had written; is that correct?

12         A.      That is correct.

13         Q.      It was edited into that book; did

14   you have an editor do that for you?

15         A.      No, I did not.  Another person

16   asked if they could use my blogs and create the

17   book using those.  I said yes.

18         Q.      Does the sum and substance of the

19   book reflect your intent?

20                 MR. RIVERO:  Object to the form.

21   You may answer.

22         A.      Very mildly.  It has been difficult

23   to try to explain things to the average person.

24   Bitcoin should not be a difficult topic, it is not

25   magic internet money like some people say.  It is



1    basically a very simple system with an evidentiary

2    trail attached.  But getting that through

3    explanations without trying to use legal terms

4    like following through mixtures or tracing or

5    anything like this, in trying to get it to

6    something that I can have understood by the

7    general populous has proven difficult for for me.

8                    JUDGE REINHARDT:  I noted that

9    Mr. Rivero objected on form and there was a pause,

10   I do not know if you were waiting me to rule.  Let

11   me just make clear on the record, I will not be

12   ruling on form objection, I will only rule on

13   objections based upon relevance, scope or

14   privilege.  So we are clear, if there is a form

15   objection, continue as you ordinarily would.

16                    MR. RIVERO:  Thank you, your Honor.

17   Had you completed your questions, Mr. Freedman?

18   BY MR. FREEDMAN:

19        Q.    Thank you, your Honor.  No, I was

20   going to go back and look at what it was.

21   Dr. Wright, do you consider it to be your book?

22                    MR. RIVERO:  Object to the form.

23        A.    No, I do not consider it to be my

24   book.  As I said, a third party edited blog pages

25   that I had written into that book.  At present,



Page 12

1    I am seeking a publisher for what will be my book.

2    BY MR. FREEDMAN:

3         Q.    Have you gone around signing copies

4    of that book?

5         A.    I have signed copies of that book

6    for people, yes.

7         Q.    Have you read that book?

8         A.    I have read the blogs that made

9    that book.  I wrote the blogs that made that book.

10        Q.    Have you allowed the book to be

11   marketed under your name?

12        A.    I do not know what you mean by

13   "marketed under my name".  There are people

14   selling it, yes.  Am I getting paid for it?  No.

15        Q.    The cover of the book says

16   "Satoshi's Vision, the art of Bitcoin".  Right

17   underneath in big white block letters it says

18   "Craig Wright".  Did you authorize the use of your

19   name on this book?

20        A.    Yes, I did.  As I said, it is my

21   blog posts, taken and edited into something else.

22        Q.    Dr. Wright are you familiar with

23   the website called "Craigwright.net"?

24        A.    Yes.

25        Q.    Did you write the contents in those



Page 13

1  audibles or did you pay someone to ghost write

2  everything for you?

3          A.     No, I write the content in those

4  articles.  They come from my medium blog and then

5  get loaded formally into that blog.

6          Q.     Are you an administrator in a slot

7  channel called Metanet ICU?

8          A.     No.

9          Q.     Under the ---

10          THE COURT REPORTER:  Repeat the

11  question.

12  BY MR. FREEDMAN:

13          Q.     Are you an administrator in a slot

14  channel called Metanet ICU under the screening

15  CSW?

16          A.     No.

17          Q.     Are you an administrator in a slot

18  channel called Metanet ICU?

19          MR. RIVERO:  I do not know what

20  equipment you are using, but sometimes I do not

21  know if it is diction or the transmission, it is a

22  little bit hard to understand.  I am reading the

23  transcript, the transcript says "slot channel".

24          A.     Slack channel.

25          MR. RIVERO:  Could you enunciate



Page 14

1   clearly, if you can?

2   BY MR. FREEDMAN:

3        Q.     Are you an administrator in a slack

4   channel called Metanet ICU?

5        A.     No, I am not an administrator in

6   any slack channel.

7               MR. RIVERO:  Objection.  I do not

8   know if you said "slag" or "slack" channel but I

9   am watching the live feed and it says "slack

10  channel".  I need to make sure these questions are

11  understood and I am not hearing you well.  I do

12  not know if you can speak slower and more clearly,

13  I think that would help.

14  BY MR. FREEDMAN:

15       Q.     I can try, there are limitations

16  doing this via video, I am still hearing myself

17  echoing back, we are all trying to do our best,

18  Mr. Rivero.

19              Dr. Wright, are you a member of the

20  slack channel called Metanet ICU?

21       A.     Yes.

22       Q.     Do you use the screen name "CSW"?

23       A.     I am not sure what my screen name

24  is, but everyone knows who I am in the slack

25  there.



1          Q.     Okay.  Dr. Wright, I am going to

2     hand you -- we will get uploaded on to the

3     computer there -- what I am going to call exhibit

4     1.  For purposes the of the deposition, if a

5     document has a Bates label I will identify it by

6     the Bates label because I think getting everything

7     to be kept track of is going to be very difficult.

8     If it does not have a Bates label then I will give

9     it an exhibit number.

10               Dr. Wright, if you can take a look

11    at plaintiff's exhibit 1, on the share file?

12         (Exhibit 1 marked for identification)

13         Q.     Are you able to bring that up?

14         A.     I am not but I believe people are

15    doing it for me, yes.

16         Q.     Do you have that in front of you?

17         A.     Yes.

18               MR. RIVERO:  I want to make sure,

19    does this have a photograph of Dr. Wright.

20               MR. FREEDMAN:  It does.

21    BY MR. FREEDMAN:

22         Q.     Is this the profile that you used

23    in Metanet ICU?

24         A.     Used no; use yes.

25         Q.     You say that it says "work space



Page 16

1    admin" under your picture?

2         A.    I do.

3         Q.    Are you an administrator of the

4    slack channel ICU?

5         A.    No, I am not, it is a work space.

6    I do not manage people, I do not run the system,

7    etc.

8         Q.    Do you have other people comment

9    under your name in Metanet ICU?

10        A.    No, I do not.

11        Q.    Only you comment as "CSW"?

12        A.    To the best of my knowledge, yes.

13        Q.    Dr. Wright, I am going to upload

14   another document to the share file here.  It is a

15   copy of an article that you wrote called "the

16   story of Bitcoin continued" which you published on

17   your blog Craigwright.net in February 2019.  When

18   this populates, can you tell me if you recognize

19   that article?

20        (Exhibit 2 marked for identification)

21        A.    Yes, I recognize that.

22        Q.    In the final paragraph of that

23   story, you say --

24        A.    It is at the final paragraph.

25        Q.    In the final paragraph you say:



1   "I am the issuer for Bitcoin"; do you see that?

2          A.     Yes, it is correct.

3          Q.     What does that mean "I am the

4   issuer for Bitcoin"?

5          A.     It means under the terms of law

6   with issuance all Bitcoin were issued as of the

7   launch of the system in January 9, 2009, I am the

8   sole issuer.  All tokens, all 21 million times 100

9   million individual tokens that existed, existed as

10  of that date.  Bitcoin is not minted; Bitcoin is

11  not recreated.  So there is one individual, not

12  minus, not nodes as people call them, that created

13  Bitcoins, that issued Bitcoins.  That is myself,

14  with all of the legal ramifications that being an

15  issuer of a source of money comes with.

16         Q.     Some might argue with you and say

17  that coins are issued by the majority; do you not

18  agree with that statement?

19                MR. RIVERO:  Object to the form.

20         A.     No, that would be basically false.

21  The code itself has all of the coins issued.  If

22  you read my original website that was issued back

23  in January, or actually a little earlier, 2009,

24  and the White Paper and the source code, you will

25  see that coins are distributed.  The reason that



Page 18

1  21 million Bitcoin, with all the associated token

2  distribution, is set in stone, that cannot be

3  changed is because the actual tokens are

4  completely issued.  There is no way to change that

5  without making a new system copying Bitcoin,

6  copying the database and passing off as if it is a

7  Bitcoin on a completely alternate system.  So, no,

8  there is only one way to look at it.  If anyone

9  tells you that it has been issued at each block,

10 then they are either ignorant of the way Bitcoin

11 works, or disingenuous and lying for an agenda, as

12 many do, seeking to say that Bitcoin is about an

13 antigovernment system.  Bitcoin was never

14 antigovernment.

15            The reason they want this is

16 because Bitcoin can be seized by government, not

17 because of private keys. Once a judge knows public

18 keys, a judge can order anything they want to

19 happen to those and the nodes will follow.

20 BY MR. FREEDMAN:

21      Q.    Dr. Wright, there are some pretty

22 knowledgeable people about Bitcoin that disagree

23 with you and say that coins are issued by the

24 majority?

25            MR. RIVERO:  Pause for a moment to



Page 19

```
1    let me state an objection.  Object to the form.

2    Go ahead and answer.

3           A.     No, there are not some pretty

4    knowledgeable about Bitcoin.  There are people

5    like Erik Voorhees who was a convicted money

6    launderer and securities fraudster, who was fined

7    around $50,000 by the SEC for millions of dollars

8    worth of profit.  Of course if you make millions

9    of dollars worth of profit the last thing you will

10   ever decide to do is quit because you get a

11   $50,000 fine.  There are people who seek to

12   facilitate crime, there are people who are funded

13   by criminals, there are people running Ponzis and

14   bucket shops.  There are people who seek to have a

15   money that cannot be seized by the US government,

16   by FATF Rules.  There are people who seek

17   something, for instance the recent Irish case of

18   €56 million that is being sought to be frozen on

19   exchanges under proceeds of crime to not be

20   seizable.  All of this happened, including people

21   like Mr. Antonopoulos in 2011/2012 when they

22   fought things like the alert key that I

23   implemented to be able to freeze Bitcoin and

24   fought to have it changed.  This came about after

25   a person involved with Silk Road announced what
```



Page 20

1    happens if I go to prison for ten years?  Will the

2    government be able to seize my Bitcoin?  Will they

3    be able to take it?  Since 2012 when that happened

4    there has been a constant attack on what Bitcoin

5    is seeking to change it into liberty reserve,

6    E-gold and other criminal sources so that the

7    American government, the British government, the

8    European governments and others under FATF Rules

9    cannot seize criminal proceeds, so, no, none of

10   those people are knowledgeable and, if they are,

11   they are disingenuous.

12   BY MR. FREEDMAN:

13        Q.    I asked if you try to keep answers

14   in response to the question.  I know that you did

15   touch on my question in that answer but there was

16   a lot in there that was not necessarily

17   responsive.  We have a lot to get through.  It

18   would help both of us if you try to move it along.

19        A.    Sorry, but I do not agree that that

20   was not necessary.  I believe it was cogent and

21   related.

22        Q.    OK.  People say the coins issued by

23   the majority falls into this category of the

24   individuals you have just described?

25                  THE COURT REPORTER:  Repeat the



Page 21

1    question please.

2         Q.      Never mind, strike the question.

3    I am going to hand you what I am going to be

4    marking as exhibit 3.  You forgot to label the

5    previous blog exhibit 2.  This I am handing you

6    what has been marked about exhibit 3?

7         (Exhibit 3 marked for identification)

8         Q.      Do you have that on the screen?

9         A.      Yes.

10        Q.      Do you know what this is?

11        A.      Yes, I know what it is.

12        Q.      What is it?

13        A.      It is a post about Bitcoin.  It was

14   made in February 2009, shortly after I launched

15   the platform.  The bit I would suspect that you

16   are going to bring down is where I mentioned

17   anonymity where I said people could be anonymous

18   in that page.  In that I had just completed a law

19   degree and believed that the meaning of

20   "anonymous" was very simple which is "without name

21   publicly".

22               MR. RIVERO:  Mr. Freedman has asked

23   you that you address his question, and I would ask

24   the same just to move this along.

25               A.   My apologies.



Page 22

```
 1    BY MR. FREEDMAN:
 2           Q.     Let me break that down.  This is a
 3    post on the P2P Foundation; is that correct?
 4           A.     That is correct.
 5           Q.     It is a post by Satoshi Nakamoto;
 6    is that correct?
 7           A.     That is correct, which is me.
 8           Q.     Is it only you?
 9           A.     Yes, it is only me.
10           Q.     I ask if you could scroll down to
11    page 5 of 8, but actually if you could just go to
12    4 of 8 and look at the top of page 5 of 8.  This
13    is a post by Satoshi.  If you take a look at the
14    second line from the top of that page, can you
15    read me what Satoshi Nakamoto wrote?
16           A.     Yes.  "You could say coins are
17    issued by the majority.  They are issued in a
18    limited, predetermined amount."  In that I made an
19    error and people misunderstood me, which is not
20    uncommon.
21           Q.     Dr. Wright, you just said that you
22    posted coins are issued by the majority.  Is that
23    not right?
24           A.     Yes.  At times I say things that
25    are not clear.
```



Page 23

1          Q.     Are you ignorant, Dr. Wright, as

2     you describe --

3                 MR. RIVERO:  Objection to the form.

4          A.     No, I am autistic, I have

5     Asperger's and I am very much someone who does not

6     clarify what I say.

7     BY MR. FREEDMAN:

8          Q.     Are you disingenuous?

9          A.     No, and that would not be

10    disingenuous.

11         Q.     A moment ago you told me that if

12    somebody says coins are issued by the majority

13    they are either disingenuous or ignorant?

14         A.     No, that is not what I said.  And

15    what the comment said is that they are issued in a

16    predefined or predetermined amount.  If they are

17    predetermined that means it has already happened.

18         Q.     Was this Dave posting this?

19         A.     No, this was not Dave posting this.

20    Dave never posted a Satoshi.  Dave never had the

21    account, he never had the e-mail and he never had

22    anything to do with this.  Dave would not be

23    possible to post as this, as Dave was actually in

24    hospital at the time this was posted.

25         Q.     Dr. Wright, in early 2016 you met



Page 24

```
 1    with Gavin Andresen, do you recall that?

 2          A.    I met with him then, yes.

 3          Q.    Do you recall that during that

 4    meeting you were able to satisfy him that you were

 5    in fact Satoshi Nakamoto?

 6          A.    No.

 7          Q.    You do not recall that?

 8          A.    I had already satisfied him that I

 9    was a Satoshi Nakamoto before we had the meeting.

10    He came out because I had satisfied him.

11          Q.    One way or the other you were able

12    to convince Gavin that you were Satoshi Nakamoto;

13    is that correct?

14          A.    That is correct.

15          Q.    Dr. Wright, that meeting with Gavin

16    Andresen was part of a broader effort of you

17    coming out publicly as Satoshi Nakamoto, is that

18    fair?

19          A.    No, that is not fair.

20          Q.    Why did you meet with Gavin

21    Andresen?

22          A.    I wanted to meet Gavin Andresen

23    because Gavin had taken over and run the project

24    for a time after I was off trying to experiment

25    and ensure that I was correct in my assertions
```



Page 25

1    about Bitcoin.

2           Q.     Was there a time in early 2016 when

3    you were preparing to come out publicly as Satoshi

4    Nakamoto?

5           A.     No, other people wanted me to come

6    out as Satoshi Nakamoto, I did not.

7           Q.     I did not ask if you wanted to do

8    this, I just asked if there was a time when you

9    were preparing to come out publicly as Satoshi

10   Nakamoto?

11          MR. RIVERO:  Objection asked and

12   answered you may answer.

13          A.     Again you asked me if I was

14   preparing and that would imply that I am seeking

15   something.  My seeking something means that I am

16   actively going out there and doing and if I am not

17   preparing, if I do not want to do it, if I am not

18   seeking to do something then I am not, by

19   definition, preparing.  If other people are

20   seeking to have me come out and I am seeking not

21   to be then I am not, by definition of the word

22   preparing, preparing.

23   BY MR. FREEDMAN:

24          Q.     Did you participate in meetings

25   toward you coming out as Satoshi Nakamoto?



Page 26

1        A.     I was in meetings where other

2    people wanted to promote me as Satoshi Nakamoto.

3        Q.     Who were those people?

4        A.     I have been in thousands of

5    meetings, I have meetings every week, we currently

6    have around 200 staff.  At the time we were

7    setting up a new London office.  Who was in

8    meetings?  I am sorry, without any particular

9    notes, I am not able to answer you.

10       Q.     Let me be a little more precise.

11   Who were the people that wanted you or the primary

12   -- let me phrase it this way because I know you

13   are a very particular person with your words:  who

14   were the primary people that were behind this

15   effort to have you come out publicly as Satoshi

16   Nakamoto?

17       A.     There were multiple things trying

18   to get me out as Satoshi Nakamoto.  The first one

19   I know about was something called Project

20   Prometheus, Uyen Nguyen, Ian Greig and others.

21       Q.     Dr. Wright, let me be careful about

22   my timeframe, I am talking about in early 2016.

23   We were discussing people in early 2016.  My

24   question to you is: in early 2016 who are the

25   primary people that arranged these meetings that



Page 27

1  you attended, who were the ones that wanted you to

2  come out as Satoshi Nakamoto?

3         A.     You are again asking me who wanted

4  me to come out.  There were multiple people,

5  multiple things happening.  All of this happened

6  because of things in 2015 and 2016.  Mr. Greig and

7  others in 2016 were arranging things.  Uyen Nguyen

8  in 2016 were arranging things.  If you let me

9  finish, I will say the different groups; would you

10 like me to continue?

11        Q.     I really just want you to answer

12 that one little question.  I am having difficulty

13 in understanding where the disconnect between you

14 and I is because I think it is a simple question.

15 Let me try to be more precise.  In early 2016, you

16 were in correspondence with a gentleman called

17 Stefan Matthews; is that correct?

18        A.     I am in correspondence with him

19 now, I was in 2007, and I have been between that

20 entire period.

21        Q.     The answer to my question is just

22 yes, you were in contact with Stefan Matthews in

23 early 2016?

24               MR. RIVERO:  We have stipulated

25 that Dr. Wright was in communication with



Page 28

1     Mr. Matthews in 2016.  Next question, please.

2               MR. FREEDMAN: Mr. Rivero, I would

3     ask that you do not do that.  This is a

4     deposition.

5               MR. RIVERO:  Mr. Freedman, he has

6     just answered the question.  I am trying to move

7     this along.  We will stipulate that as a fact.

8     For the record, please ask the next question.

9     BY MR. FREEDMAN:

10              Q.     Did Stefan Matthews want you to

11    come out as Satoshi Nakamoto in early 2016?

12              A.     To my knowledge, no.

13              Q.     Were you in touch with Calvin Ayre

14    in early 2016?

15              A.     Calvin Ayre was my mentor but, no,

16    I was not in talks in that manner with Calvin Ayre

17    about this.

18              Q.     I did not add the words, I know you

19    are very precise with words so I am going to ask

20    my question again, were you in touch with Calvin

21    Ayre in early 2016?

22              A.     Yes, again, yes, Calvin was my

23    mentor.

24              Q.     And did Calvin want you to come out

25    as Satoshi Nakamoto in early 2016?



Page 29

```
 1          A.      No.

 2          Q.      Were you in touch with Robert

 3   McGregor in early 2016?

 4          A.      Yes.

 5          Q.      Did Robert McGregor want you to

 6   come out as Satoshi Nakamoto?

 7          A.      Unfortunately, yes.

 8          Q.      Did Robert McGregor make

 9   arrangements for that to happen?

10          A.      Yes.

11          Q.      Did Robert McGregor hire PR

12   consultants to help co-ordinate precedents to

13   facilitate you coming out as Satoshi Nakamoto?

14          A.      Yes.

15          Q.      Do you recall whether you retained

16   an organization called the "Outside Organization"?

17          A.      I do not know if it was him or a

18   group he was associated with.

19          Q.      Somebody retained the Outside

20   Organization to help facilitate this press

21   release?

22          A.      Yes.

23          Q.      Do you recall specifically a

24   gentleman called Nick Caley from the Outside

25   Organization -- C A L E Y?
```



Page 30

```
 1          A.      No.

 2          Q.      I am going to hand you what has

 3    been produced in this litigation by you as the

 4    defense 52366?

 5               MR. RIVERO:  Is that the 6-page

 6    document ES0052366?

 7               MR. FREEDMAN:  Yes.

 8    BY MR. FREEDMAN:

 9          Q.      Dr. Wright, do you have that in

10    front of you?

11          A.      Yes.

12          Q.      Do you recognize this an e-mail

13    from you to Victoria Brookes?

14          A.      That is what it is.

15          Q.      There is a CC to a bunch of other

16    folks?

17          A.      I can see it is CCed to other

18    people, yes.

19          Q.      The last name on that line is Nick

20    Caley, do you see that?

21          A.      Yes.

22          Q.      You wrote "great work"?

23          A.      Yes.

24          Q.      And if you look down below you are

25    responding to an e-mail from Victoria Brookes; is
```



Page 31

1    that not right?

2          A.    Yes.

3          Q.    If you look right underneath that

4    do you see the first bracket it says "press team

5    Alan Edwards, Nick Caley, Victoria Brookes, all

6    working on Monday"?

7          A.    Yes.

8          Q.    Nick Caley was a member of the

9    press team that was hired for this press release;

10   isn't that a true statement?

11         A.    I do not know.

12         Q.    Do you have reason to doubt this

13   e-mail is true or real?

14         A.    That is a separate question.

15         Q.    Do you have reason to doubt it is

16   real?

17         A.    Not at the moment, no.

18         Q.    Is it a fair assumption that Nick

19   Caley was a member of the press team?

20               MR. RIVERO:  Objection to the form.

21         A.    I am not going to make assumptions,

22   I do not know.

23   BY MR. FREEDMAN:

24         Q.    Do you remember if Nick Caley was

25   involved in strategic decisions related to coming



Page 32

1   out as Satoshi Nakamoto?

2          A.     I do not know who Nick Caley is,

3   I do not remember him.

4          Q.     I am going to populate to the share

5   file, Dr. Wright, what you produced in this

6   litigation as defense 52129.

7          A.     I can see it but it needs to be

8   zoomed in.

9                 MR. RIVERO:  I heard 52169 but I am

10  seeing 52129.

11                MR. FREEDMAN:  52139, thank you for

12  clarifying that.

13         (Exhibit Defense 52139 marked for

14  identification)

15  BY MR. FREEDMAN:

16         Q.     Is it zoomed in?

17         A.     Yes, it is now.

18         Q.     This is an e-mail from you to

19  Stefan Matthews?

20         A.     Yes.

21         Q.     CCed to, amongst other people,

22  ██████████████████████████████████

23         A.     It is a reply all with those other

24  people on it, yes.

25         Q.     In it you say:  "The people working



1    for ethereum and blockchain are the ones trying as

2    hard as they can to ensure that Satoshi remains

3    dead.  I really think that the last thing we need

4    to do is have them involved right now.  Offering

5    them a platform is a risk that I see no upside to.

6    Craig"; do you see that?

7            A.    I see that.

8            Q.    You are here discussing if you look

9    on the e-mail underneath that, you are discussing

10   whether or not it will be work involved Nick Szabo

11   into the efforts to come out as Satoshi Nakamoto,

12   is that fair?

13                 MR. RIVERO:  Objection to the form.

14           A.    No, that was not what I was

15   discussing.

16   BY MR. FREEDMAN:

17           Q.    What were you discussing?

18           A.    Basically there are a lot of other

19   people who wanted to invite Nick Szabo and Vitalik

20   Buterin and others to work with me which I thought

21   was a terrible idea.

22           Q.    Can you take a look at Stefan

23   Matthews' e-mail from March 2016 at March 9.29

24   a.m., it says: "We also will have a potential

25   reveal with Nick Szabo that could involve Andrew?



Page 34

```
 1              A.      Hmm hmm.

 2              Q.      You were talking about involving

 3     Nick Szabo in your coming out as Satoshi Nakamoto,

 4     were you not?

 5              A.      No, I was not, nor does that say

 6     that I was, that is Stefan talking to other

 7     people.

 8              Q.      And you are responding to that, is

 9     that not right?

10              A.      That is me, on receiving it, saying

11     I do not want anything to do with Nick Szabo.

12              Q.      You involve Mr. Caley in these

13     communications?

14              A.      Sorry, I did not hear the question.

15              MR. RIVERO:  Object to the form.

16     BY MR. FREEDMAN:

17              Q.      You involved Mr. Caley in these

18     communications; is that fair?

19              A.      I hit "reply all", I have no idea

20     who Mr. Caley is.

21              MR. RIVERO:  Sorry, I want to make

22     sure there was an objection that I stated before

23     that question.  I know that there was some

24     over-talk, sorry about that.

25     BY MR. FREEDMAN:
```



Page 35

1    Q.    I am going to hand you -- upload

2    into the share file what you produced in this

3    litigation as defense 52143; please take a look at

4    that e-mail when it populates.

5        (Exhibit marked for identification)

6    Q.    Is it zoomed in for you?

7    A.    Yes, it is.

8    Q.    Is it fair to say this is another

9    e-mail from you with a CC to Nick Caley?

10   A.    Again, it is a "reply all".

11   Q.    Again you are discussing no to

12   Nick, no to Maxwell, no to any of the people

13   working for firms that are opposed to do what "we

14   are doing"?

15   A.    Yes, as I said, what I was saying

16   is there is no way on earth I wanted to have

17   anything to do with Nick Szabo or Greg Maxwell or

18   Vitalik Buterin, or any of these people who seek

19   to have a version of Bitcoin that acts outside of

20   government control, so correct.

21   Q.    Dr. Wright, I am going to upload

22   into the share file what you produced as the

23   defense 52146.

24       (Exhibit Defense 52146 marked for

25   identification)



Page 36

1          A.      I can see that.

2          Q.      It starts at the bottom of the

3    e-mail chain with an e-mail from you that

4    discusses leaks.  It relates to a thread about

5    Craig Wright being a Nigerian prince; do you see

6    that?

7          A.      I see that.

8          Q.      Alan Edwards from the Outside

9    Organization responds to that e-mail that this

10   kind of docket(?) is not helpful; do you see that?

11         A.      Yes, we had another hack in the

12   organization and I responded saying that I did not

13   want -- again, documents were being hacked and

14   leaked in our organization, and I sent it round

15   for someone to do something.

16              MR. RIVERO:  Mr. Freedman, it is

17   not an issue, I do not really care, if you are

18   going to rely on links, which I do not think you

19   are doing here, for the future please make sure

20   that we are able to access the link.  I do not

21   want to interfere; just keep going.

22              MR. FREEDMAN:  Then Dr. Wright you

23   respond saying "yes, but this is more than

24   gossip".

25         A.      Yes, there are leaks.  There are



1   people actually putting out internal documentation

2   from the organization and posting it on "read it";

3   that is not a leak -- that is not gossip, that is

4   a leak.

5          Q.     Then Mr. Matthews responds saying

6   that it might be involving Uyen Nguyen, is that

7   fair?

8          A.     That is what he said, yes.

9          Q.     Then your wife, Ramona Watts,

10  responds saying that:  "Staff do not know what we

11  discussed in our media meetings."  Addressed

12  Craig, "you think Nick is a concern, approach and

13  knowledge of the company...(reads to the

14  words)...related."  Do you see that in the e-mail?

15         A.     I can see that in the e-mail.

16         Q.     Do you see that Ms Watts CC's Nick

17  Caley again in what was a concern that you had

18  about coming out as Satoshi Nakamoto?

19         A.     I see once again someone who I do

20  not know CCed on a general CC.

21         Q.     Dr. Wright, I am going to upload

22  what you produce in this litigation as defense

23  52148?

24         (Exhibit Defense 52148 marked for

25  identification)



Page 38

```
 1          A.     That is on the screen.

 2          Q.     Do you recognize there is an e-mail

 3   from you?

 4          A.     Yes.

 5          Q.     Again, do you see to Nick Caley?

 6          A.     Again, it is once again just a

 7   general expanded group.

 8          Q.     And this is a discussion you had

 9   about whether or not to involve certain

10   individuals in your plan, is that fair?

11          A.     No, that is not fair.

12          Q.     What is it then?

13          MR. RIVERO:  Object to the form.

14          A.     Two points.  (1) You said "this is

15   my plan".  As stated, I had no plan to come out

16   and I had actually been fighting this.  And (2)

17   you are looking at something where I am not

18   talking about a plan, I am talking about saying

19   I will not deal with these other people that Rob

20   had as a plan.  On both points, I disagree.

21   BY MR. FREEDMAN:

22          Q.     This involves you coming out as

23   Satoshi, not your plan, is that fair?

24          A.     This involves what other people had

25   sought to do with the company.
```



Page 39

1          Q.     Do you see the paragraph where you

2     say ---

3               MR. RIVERO:  Mr. Freedman, I am

4     sorry, the sound quality just suddenly

5     deteriorated over the last question and answer to

6     the point I cannot understand.  I am not sure what

7     is going on.

8               MR. FREEDMAN:  Is it better now?

9               MR. RIVERO:  I did not hear

10    anything of the last question, it is fine right

11    now.

12    BY MR. FREEDMAN:

13         Q.     Do you see in the paragraph that

14    says:  "We addressed talking to Nick Szabo"; do

15    you see that paragraph?

16         A.     Yes, which is where basically I am

17    using "we" in the royal we, where I am telling

18    people:  I told you basically I am not dealing

19    with Nick Szabo.  "We addressed" is my talking to

20    you and my saying I am not dealing with Nick Szabo

21    or Gregory Maxwell.

22         Q.     Do you see in the second line of

23    that paragraph the sentence that begins:  "Our

24    plan should involve how we ensure that these

25    people in these companies do not...(reads to the



Page 40

```
 1   words)...against us."

 2           A.      Yes, this is not a media plan, this

 3   is a corporate plan.  You are confounding the two.

 4   Rob wanted a media plan, where he would quickly

 5   sell off nChain, I, on the other hand, as I am

 6   doing now, to build over decades intellectual

 7   property and systems and slowly, profitably build

 8   a company so we had a distinct difference in

 9   plans, leading to Rob's leaving the organization.

10           Q.      Let me show you what you produce in

11   this litigation as defense 172557?

12           (Exhibit Defense 72557 marked for

13   identification)

14           A.      Yes, I can see that now.

15           Q.      This is, if you go to the bottom,

16   the first e-mail is an April 1st e-mail from Nick

17   Caley talking about the Financial Times story

18   entitled "Craig Wright Upcoming Big Reveal", not a

19   Financial Times story, a story entitled "Craig

20   Wright Upcoming Big Reveal --

21                   MR. RIVERO:  I am needing to read

22   the e-mail -- one moment, please.  The sound

23   quality is poor.  I need to read the question.  Is

24   the sound quality on the other lines the same or

25   poor?
```



Page 41

1          A.      The quality here is fine.

2                  MR. RIVERO:  Thanks, I will do my

3     best.

4     BY MR. FREEDMAN:

5          Q.      Do you see where it says at the

6     bottom there is an e-mail from Nick Caley,

7     referencing a story at the Alpha Mill blog

8     entitled "Craig Wright Upcoming Big Reveal."

9          A.      Yes, I see where Nick was talking

10    to people and I see that they were trying to

11    manage me.  As you have guessed, I am not always

12    the calmest person in all situations.

13         Q.      Stefan Matthews responds to Nick

14    about that, right?

15         A.      That is what it appears to be.

16    I can't read Stefan's thing there, I am assuming

17    that is Stefan@mcrypt.

18         Q.      Nick responds back to Stefan,

19    right?

20         A.      Is that above?  Can you scroll up,

21    please?  Yes, he responds without my being on the

22    communication chain, that is correct.

23         Q.      Then Robert McGregor forwards that

24    to you and your wife, Ms Watts, and Stefan

25    Matthews and asks for a quick call in 90 minutes,



1   is that fair?

2          A.      He forwarded it, I do not know if I

3   saw it, I do not see everything on my phone.  The

4   way Google works is that it does not scroll down

5   all the other things, so all I would have seen is

6   that there would have been a response from another

7   e-mail.  So, what I can say is Robert McGregor

8   forwarded me an e-mail saying he wanted a quick

9   call in 90 minutes.

10         Q.      Dr. Wright, all I asked you is: did

11  Robert McGregor forward that to you?  I know you

12  are very precise with words, so I am being just as

13  precise with the questions I am asking you.  It is

14  a true statement that Robert McGregor forwarded

15  this e-mail to you?

16         A.      Yes, it is a true statement that

17  that top section there, with the comment about a

18  quick call, was forwarded to me.

19         Q.      Thank you, Dr. Wright.  I am

20  handing you, or uploading into the share file what

21  has been Bates labeled and produced by you as

22  Defense 52372?

23         (Exhibit Defense 52372 marked for

24  identification)

25         A.      Yes, I see that.



Page 43

1          Q.     Can you scroll down with me to the
2    first e-mail in the chain down the bottom of the
3    first page from Victoria Brookes on April 29,
4    2016, let me know when you see that?
5          A.     The Victoria "hi all" you mean?
6          Q.     Yes, if you just take a moment to
7    scan that e-mail so you are familiar with it.
8                 MR. RIVERO:  Mr. Freedman, are you
9    referring to a multipage e-mail that starts 57372
10   at the bottom saying "Hi all".
11   BY MR. FREEDMAN:
12         Q.     Yes.  This appears to layout a
13   schedule of interviews where you would be
14   fulfilling Robert McGregor's plan for you to come
15   out as Satoshi Nakamoto; is that fair?
16         A.     No, that is not fair.
17         Q.     What was it you were supposed to do
18   at 7.30 a.m. in London on 2 May 2016?
19         A.     You are assuming that I had been
20   told all of what they had planned to happened,
21   that is not the case.  What was happening under
22   what Rob was planning and putting together and
23   what actually I was told, they thought they could
24   manage me and have me do what they wanted.  That
25   did not work out.



Page 44

1          Q.       Dr. Wright, all I asked you is that

2    this appears to be the plan Robert McGregor wanted

3    you to follow out to come out as Satoshi Nakamoto.

4          A.       No, that is not what you asked me.

5          MR. RIVERO:   Object, misstates the

6    question previously stated.

7                   Mr. Freedman, I suggest that you

8    ask another question.

9    BY MR. FREEDMAN:

10         Q.       Thank you for that suggestion.

11   Dr. Wright, let me rephrase the question that I

12   just asked you again.  Does this appear to be the

13   plan that Robert McGregor wanted you to follow to

14   come out as Satoshi Nakamoto?

15         A.       I cannot answer that because I was

16   not involved in the plan that Mr. McGregor wanted

17   me to do.  If I am not involved in the plan,

18   I cannot say that this is the plan.

19         Q.       Does this lay out a series of

20   interviews that you were intended by some people

21   to attend?

22         A.       I cannot speak for the intentions

23   of other people.

24         Q.       You did not have any conversations

25   with Robert McGregor about what he wanted you to



Page 45

1    do?

2           A.    I did.  I told Robert to stick it

3    up his arse, to quote fairly correctly.

4           Q.    During that conversation when you

5    told Robert McGregor that did he not express what

6    he wanted you to do?

7           A.    Robert and I yelled at each other

8    for quite some time.

9           Q.    Is this the schedule of interviews

10   of you by various media?

11           MR. RIVERO:  Object to the form.

12           A.    Media interviews were put together,

13   which I was led to believe would be for a

14   different purpose.

15           Q.    This is a list of some of those

16   interviews that were put together?

17           A.    This is a list of interviews

18   I attended.

19           Q.    Okay.  Above that do you see Ms

20   Watts responds to Ms Brookes?

21           A.    Yes.

22           Q.    She says:  "Thanks for this, it all

23   reads really well ...(reads to the words)...the

24   wider media will be appearing on Monday, as well

25   as the actual articles".  Does this describe the



Page 46

1    press release that we have been discussing of you

2    coming out as Satoshi Nakamoto, is that fair?

3           A.     Again, that is not fair.  You are

4    mischaracterizing the situation.

5           Q.     What press release is Ms Watts

6    referring to?

7           A.     We had been given information that

8    was not the same as what we were given.  Both

9    Ramona and I were not in London when all this was

10   being decided.  As you will see from her e-mail we

11   were traveling back from overseas with our

12   children.

13          Q.     Who responds to -- strike that.  Ms

14   Watts is concerned about the public nature of the

15   press release while you are traveling, is that

16   fair?

17          A.     I do not know if I would use the

18   word "fair".  Do you want me to say "is it

19   accurate"?

20          Q.     Sure, accurate is okay; is it

21   accurate?

22          A.     Yes.

23          Q.     You were planning, this was going

24   to be a pretty big news, right?

25          A.     That is not what it says.  Again,



Page 47

1    you are mischaracterizing.  That not saying ---

2           Q.      Let me clarify the question.  Was

3    this going to be big news?

4           A.      It ended up as big news, that is

5    not what I was led to believe it was.

6           Q.      Why was Ms Watts concerned about

7    the thing that would not be big news coming out?

8           A.      Because we had lots of things going

9    on at the time.

10          Q.      Ms Watts says that she is concerned

11   that issuing a very public press release like that

12   may be an issue with parents.  What is the very

13   public press release that would cause an issue of

14   parents?

15          A.      If we are going on about my

16   involvement with Bitcoin, which most people at the

17   time basically tagged together with Silk Road, we

18   had children in private schools in the UK.  We did

19   not want parents thinking my children were

20   associated with drug money or anything like this.

21   That is an issue.  Any press release in the UK

22   would thus be an issue.

23          Q.      So would it be accurate to say Ms

24   Watts is asking whether or not this press release

25   can be delayed slightly?



Page 48

1          A.      So, she is saying if any press

2     release, yes, after we have arrived in London and

3     the children are safe and we have discussed it, so

4     ----

5          Q.      So she is asking about whether or

6     not the press release can be delayed, is that

7     fair?

8          A.      I would have to talk to her, but

9     that is what it would appear to be me.

10          Q.      Nick Caley responds, right?

11          A.      Assuming this is correct, I have

12     not seen this e-mail before, so I am assuming it

13     is valid.

14          Q.      It was sent to you via CC, it says

15     Craig; you did not read it you are saying?

16          A.      I did not read it, no.

17          Q.      He says he understands her concern

18     and that they really do not want to delay the

19     press release, is that an accurate and fair

20     characterization of the e-mail?

21          A.      I will just read it, sorry.  It

22     would seem that he was not going to delay a press

23     release, even though we did not want the press

24     release to go ahead.

25          Q.      Okay.  He was not going to go over



Page 49

1    the press release.  Dr. Wright, you produced in

2    this litigation defense 52372?

3            (Exhibit Defense 722110 marked for

4    identification)

5                    Q.    Sorry, we had that already,

6    722110.

7                    MR. COHEN:  We have been going for

8    almost two hours, albeit with some technical

9    issues.  I wonder whether, at the end of this

10   exhibit, which you are about to show, that would

11   be an opportune time to take a recess.

12                    Q. Yes, if Dr. Wright is able,

13   I have two more exhibits then we can take a break,

14   but if he needs one now I am happy to stop now.

15   Are you able to carry on?

16           A.    I am able, unless anyone wants to

17   stop.  We will do the extra two exhibits.

18           Q.    Do you have defense 722110 in front

19   of you?

20           A.    Yes.

21           Q.    This is an e-mail from Robert

22   McGregor to Ramona Watts and Stefan Matthews and

23   yourself, Craig@nCrypt?

█  █   ███████████████

█  ██████████████████



Page 50

```
 1              Q.      He is forwarding you feedback about
 2      a story that is being run, is that fair?
 3              A.      Again, I would not characterize
 4      that as being fair.  The word is not fair.
 5              Q.      Accurate?
 6              A.      Thank you.
 7              Q.      Is it accurate?
 8              A.      That is an accurate portrayal of
 9      what is said in the e-mail, yes.
10              Q.      I am now going to upload defense
11      172559
12              (Exhibit Defense 172559 marked for
13      identification)
14              Q.      Do you have that?
15              A.      I am just waiting, sorry.
16      Technology! If you could zoom in please.  Thank
17      you.  I have that.
18              Q.      Do you have that in front of you?
19              A.      I have that in front of me.
20              Q.      This is an e-mail from Stefan
21      Matthews to you CCed to Ms Watts, do you see that?
22              A.      I see that.
23              Q.      It is a copy of a press release?
24              A.      It is not ----
25              Q.      Is that accurate?
```



Page 51

```
1          A.     No.

2          Q.     Take a look at the e-mail below,

3   e-mail forwarded from Nick Caley?

4               MR. RIVERO:  I have an objection to

5   this document as incomplete because the

6   attachments -- I do not see the attachments.  Go

7   ahead.

8   BY MR. FREEDMAN:

9          Q.     He was not produced it with an

10  attachment, it was produced in litigation?

11              MR. RIVERO:  I still have the same

12  objection.

13  BY MR. FREEDMAN:

14         Q.     Do you see that this is an e-mail

15  from Nick Caley and it says "thanks for your

16  feedback, please find updated release with the

17  changes we discussed."

18         A.     I see that Stefan has responded to

19  an e-mail from Nick Caley, that I will assume is

20  what he responded to.

21         Q.     He actually forwarded right, would

22  that be accurate?

23         A.     A forward is a form of response,

24  yes, I did not say reply.

25         Q.     He forward --
```



Page 52

1                    MR. RIVERO:  Mr. Freedman, I am

2     going to restate my objection with more

3     specificity, this is not a complete document as

4     produced.  I object to its use in this form.

5     Please proceed.

6     BY MR. FREEDMAN:

7          Q.     And there is an attachment to this

8     e-mail listed right below the subject, right?

9          A.     There is a comment saying that

10    there is an attachment, I do not know if there is

11    an attachment.

12         Q.     The comments of the attachment is

13    called "Inventor of Bitcoin goes public as Dr.

14    Craig Wright", is that fair?

15         A.     No, because I do not have the

16    attachment.

17         Q.     Accurate.  I am not asking you

18    about the attachment, asking whether the e-mail

19    has an indication on it that there was an

20    attachment entitled "Inventor of Bitcoin goes

21    public as Dr. Craig Wright." Is that an accurate

22    representation of what you are looking at?

23         A.     No.

24         Q.     What is inaccurate about it?

25         A.     It is file name, that is not what



Page 53

1    the title of the document may necessarily be.  You

2    would have to open the document to see the title,

3    so, no, that is a file name called that doc.x.

4           Q.    Stefan Matthews forwarded you an

5    e-mail which has the file name "Inventor of

6    Bitcoin goes public as Dr. Craig Wright"; is that

7    fair -- accurate?

8                 MR. RIVERO:  Object to all

9    questions on this document based on the rule of

10   completeness.

11   BY MR. FREEDMAN:

12          Q.    Your objection is noted for the

13   third time now, Mr. Rivero.

14                MR. RIVERO:  I wanted to make sure.

15   BY MR. FREEDMAN:

16          Q.    Dr. Wright, you may answer the

17   question.

18          A.    Again without seeing the actual

19   file, I cannot say whether that is even just

20   something typed saying "attachments".  It is

21   possible to type attachments in that name.

22          Q.    Dr. Wright, do you have reason to

23   believe that Stefan Matthews would type an

24   attachment that was not really on the e-mail?

25          A.    He has done it before, yes.



Page 54

1          Q.     Stefan Matthews sent you an e-mail

2    that appears to indicate that there is a file

3    attached with the name "Inventor of Bitcoin goes

4    public as Dr. Craig Wright"; is that accurate?

5          A.     That appears to be that as

6    displayed on screen, yes.

7          Q.     He says to you:  "Hi mate, ponder

8    this and we can discuss and submit changes on

9    Sunday"; is that accurate?

10         A.     Is that a question?  If so, yes.

11         Q.     Dr. Wright, let us upload the

12   attachment to the share file that was attached to

13   that e-mail.  I think that is defense 172560?

14              MR. RIVERO:  The very next Bates

15   number, yes.

16   (Exhibit Defense 1729560 marked for

17   identification)

18              MR. RIVERO:  For the record, this

19   was produced incomplete as a new exhibit.

20   BY MR. FREEDMAN:

21         Q.     We are trying to get it up.  The

22   technology is not co-operating.  Shall we take the

23   break.

24              (A short recess from 3.03 p.m. to 3.16

25   p.m.)



Page 55

1    BY MR. FREEDMAN:

2            Q.      Before the break we were looking at

3    an e-mail that had been forwarded to you by Stefan

4    Matthews with an attachment; is that accurate?

5            A.      I see an attachment.  I am assuming

6    it is the same one that you are saying is on the

7    e-mail.

8            Q.      Right.  It the titled "leading

9    scientist and academic, Dr. Wright, goes public as

10   the inventor of Bitcoin and the blockchain"?

11           A.      That is what the title is.

12           Q.      Clearly a press release to fulfil

13   Robert McGregor's plan to come out as Satoshi

14   Nakamoto?

15           A.      It is not a press release, it is a

16   document.  It does not say "press release" or

17   anything else.  It is potentially something that

18   could be made into a press release.

19           Q.      The title of the e-mail that this

20   was attached to is "updated press release", right,

21   Dr. Wright?

22           A.      No, the title is "leading scientist

23   and academic..."

24           Q.      It was attached to defense 172559,

25   which is an e-mail from Stefan Matthews to you



Page 56

1    with the subject "forward updated press release";

2    is that accurate?

3           A.     Again, I cannot say whether that is

4    true.  I do not have the original e-mail so

5    I cannot respond on that.

6           Q.     You produce this to us with this

7    e-mail having that attachment; have you any reason

8    to doubt that?

9           A.     I did not produce it, it was a

10   forensic copy of machines from various areas that

11   were given to my lawyers; my lawyers produced it.

12   Where you are saying I produced, I have not

13   produced anything.  My lawyers have worked with

14   forensic experts to capture all of the machines

15   that are owned by myself, by many of my staff and

16   others and then have submitted documents based on

17   that.

18          Q.     So you do not know whether this is

19   a press release or not?

20          A.     I do not know of that alone whether

21   this is a press release or not.

22          Q.     Okay.  Okay, I am --

23                 MR. RIVERO:  Just to make sure the

24   record is clear because I objected previously.  We

25   produced in consecutive order these ending in 59



1    and 60 and they speak for themselves.

2    BY MR. FREEDMAN:

3            Q.      Dr. Wright, I am uploading to the

4    share file what you produced as 172753?

5            (Exhibit Defense 172753 referred to)

6                    MR. RIVERO:  April 26, 2016.

7            A.      I have a document in front of me,

8    yes.

9    BY MR. FREEDMAN:

10           Q.      The front page says "Dr. Craig

11   Wright media training"?

12           A.      I see that.

13           Q.      Second page "media training notes",

14   do you see that?

15           A.      I see that.

16           Q.      If you go down to page 7 for me,

17   top of page 7 there is "Tuesday 26 April 2016

18   media sessions", do you see that?

19           A.      I see "26 April media sessions".

20           Q.      Below that is a list of media

21   sessions, do you see that?

22           A.      No, I see times when I was

23   overseas, so "meeting interview on camera etc.,

24   27th April", I do not know if that date is correct

25   or not, it may have been updated.  I do not think



Page 58

1    it was off recollection.

2          Q.    It says: "Attending Dr. Craig

3    Wright, Jon Matonis, Nick Caley, Andrew O'Hagan"?

4          A.    Yes, I see that comment.

5          Q.    Do you see The Economist on 11.30

6    attended Dr. Craig Wright, Jon Matonis, Nick Caley

7    and Andrew O'Hagan?

8          A.    I see that document says this.

9          Q.    There is a break for lunch from

10   12.30 to 13.00?

11         A.    No, I see there is a statement in a

12   document that says that.  That is not a break for

13   lunch, it is a ---

14         Q.    There is then an -- sorry, are you

15   finished?

16         A.    I am now.

17         Q.    There is then an interview with GQ

18   from 13:00 to 16:00; do you see that?

19         A.    I see that.

20         Q.    Again attending Dr. Craig Wright,

21   Jon Matonis and Nick Caley?

22         A.    Yes.

23         Q.    Do you still not remember Nick

24   Caley, Dr. Wright?

25               MR. RIVERO:  Object to the form.



1          A.      Once again, after this meeting

2    I have met many people here and even there had

3    been a multiple times I will not remember them.

4    One of the things I have is facial aphasia and

5    that means I do not recognize people.

6    BY MR. FREEDMAN:

7          Q.      It is a yes or no question?

8               MR. RIVERO:  Mr. Freedman, please

9    do not interrupt the witness in the middle of an

10   answer.  He was not finished with that answer.

11   BY MR. FREEDMAN:

12         Q.      Please finish.

13         A.      That is not a yes or no question

14   and answer.  You are wanting me to make it a yes

15   or no question and answer.  My answer is very

16   simple: you are asking if I recognized a person.

17   I have facial aphasia.  I can be with someone in

18   the room a hundred times and if I am not

19   concentrating on remembering the facial features

20   of that person and actually mapping a model in my

21   mind of what to remember, it does not matter,

22   I will not remember that person.  I do not

23   remember, and will not ever say I recognize, Nick

24   Caley.  I do not know who Nick Caley is, I do not

25   recognize him, I do not remember him.



Page 60

BY MR. FREEDMAN:

Q.     Whether you remember him or not
Nick Caley was on a lot of e-mails discussing the
corporate media plan, correct?

        MR. RIVERO:  Object to the form.

        A.     He is listed on a lot of documents,
you have said.

BY MR. FREEDMAN:

Q.     This press release turned out to be
a fairly big event, Dr. Wright, is that accurate?

        A.     I do not believe that is accurate,
no.

Q.     As part of it, you are expected to
conduct certain interviews, right?

        A.     No, people sought that to be with
me but being that I was not agreeing to all of
that, and they thought they could shoehorn me into
it, then, no, I do not agree with what you just
said.

Q.     Did you attend any interviews?

        A.     Yes, I have attended many
interviews.

Q.     Did you attend the interviews
listed in this document?

        A.     I do not remember if the days are



Page 61

1   correct, but I attended interviews along the lines

2   of what was in this document.

3          Q.     Did you prepare for those

4   interviews at all?

5          A.     I had people try and prepare me.

6   It wasn't for those interviews, so that would be a

7   no.  But, people had tried to tell me that if I

8   was going to run a company I had to be able to

9   stand in front of media and answer questions

10  calmly etc. the way they wanted.  And I was

11  informed that I would be being trained to stand in

12  front of media as the sea level I was and that I

13  had to do it.

14         Q.     And part of that was mock

15  interviews?

16         A.     It was not really mock interviews,

17  that is not how they did the training.

18         Q.     How did they do the training?

19         A.     People threw questions back and

20  forth at me but it was not like I would say an

21  interview was.

22         Q.     People would throw questions, you

23  would respond, they would throw another question

24  and you would respond; is that accurate?

25         A.     That was one thing that they were



Page 62

1    doing.  It would be as if I was -- I guess on a US

2    presidential campaign where people would stand in

3    front and ask questions from a media thing

4    randomly, but that is not how any of these media

5    meetings actually occurred, so.

6              Q.    Do you recall if these training

7    sessions were recorded?

8              A.    I do not know.

9              Q.    Do you remember a training session

10   you had on March 18, 2016?

11             A.    I do not.

12             Q.    Do you recall a training session

13   you had on March 22, 2016?

14             A.    I do not.

15             Q.    Dr. Wright, I am going to upload to

16   the share file 172509?

17             (Exhibit Defense 172509 referred to)

18   BY MR. FREEDMAN:

19             Q.    Do you have that there?

20             A.    I have an e-mail up on screen.

21             Q.    Okay, who is that e-mail from?

22             A.    The from statement is a Nick Caley.

23             Q.    Who is it to?

24             A.    Multiple people including myself,

25   Ramona, Catherine Kauchemann, Robert McGregor,



Page 63

1    Stefan Matthews, which is "Stefan nCrypt" in

2    there, Alan Edwards and Victoria Brookes.

3              Q.     What is the subject?

4              A.     "Media training notes".

5              Q.     Can you read it for the record?

6              A.     Yes, I can.

7              Q.     Can you go ahead and do that?

8              A.     "Hello, Craig and Ramona.  Please

9    find the attached notes and transcripts from the

10   first two media training session[s] to consider

11   ahead of our next one on Thursday 7th April.  Also

12   it would be useful if we could see a draft of what

13   you might say at the press conference on 26th

14   April so we can discuss that in the session next

15   week also.  Many thanks.  Nick."

16             Q.     I am uploading to the share file

17   defense 172510?

18             (Exhibit Defense 172510 referred to)

19             Q.     Do you guys have the document in

20   the share file?  I am seeing the file in the share

21   file.

22             A.     I have a document "media training

23   session two" in front of me.

24             Q.     The date on that is 22 March in the

25   top left corner?



Page 64

1           A.      That is correct.

2           Q.      Do you see in bold and then not

3    bold underneath it, just read the first one for

4    the record, the question and answer?

5           A.      The bolded one?

6           Q.      Yes.

7           A.      "Craig, how much does a White Paper

8    take to construct?  I know it's a daft question...

9    it could be hundreds of thousands of dollars?

10   Quite easily, including patenting, yes".

11          Q.      Do you recall that question and

12   answer?

13          A.      No.

14                  MR. RIVERO:  Object to the form.

15   BY MR. FREEDMAN:

16          Q.      Can you go down to page 14 for me.

17   This is a note, the answers across the top, let me

18   know when you get there, Bates label 172523?

19          A.      I am on page 14, "notes and

20   alternative answers".

21          Q.      Can you read that bold paragraph

22   under the word overview for the record?

23          A.      I can.  I assume you want me to

24   read it?

25          Q.      Please.



Page 65

1           A.      "Our second training session was

2    different to the first in that rather than a full

3    on mock interview, we moved on to analysis of

4    harder questions and how they might be better

5    answered.  We then picked up the mock interview as

6    the answered were practiced.  The session saw a

7    real move forward for CW in terms of both tone and

8    content.  He was far less defensive on difficult

9    questions.  He dominated the interview in the

10   right way and he shows humility at the right

11   level.  Even on technical subjects he made

12   complicated matters (to the layperson) very clear.

13   His passion drew you in and he importantly didn't

14   lose his temper on the tricky subjects."

15           Q.      CW in that paragraph is Craig

16   Wright?

17           A.      I didn't write the document.

18           Q.      Do you take that as a reference to

19   Craig Wright?

20           A.      It's not my document, I'm not going

21   to make an assumption.

22           Q.      Does this help to refresh your

23   recollection that you did engage in mock

24   interviews?

25           A.      Again, I sat in what other people



Page 66

1   were documenting as I was basically made to be a

2   lab rat.  So you are characterizing my knowledge

3   as different to what other people's knowledge

4   would be.

5        Q.    Do you have any reason to believe

6   that CW there is referring to anybody else,

7   Dr. Wright?

8        A.    No, but I am also not going to make

9   the assumption as the document can stands for

10  itself on its own merit.

11       Q.    Does this help you recollect

12  whether or not these interview sessions, these

13  training sessions were recorded?

14       A.    I have no idea whether they were

15  recorded.  I wasn't involved with the recording.

16       Q.     If we look at the second to last

17  paragraph of this note section of the document, do

18  you see where it says "as transcribed during the

19  session, you make the point that admitting a

20  mistake and making it clear you haven't done

21  everything right is quite ...(reads to the

22  words)...for journalists."

23            THE COURT REPORTER: Sorry.  I am

24  not  ----

25       A.    I am not at the paragraph, so



Page 67

1    I cannot answer that question.

2              MR. RIVERO:  Can I get a reference

3    so I can find it?

4              MR. FREEDMAN:  Second to last

5    paragraph on the bottom of that same page, Defense

6    172523, starts off "this answer was a great leap".

7         A.    I see that.

8         Q.    Do you see the second sentence I

9    just read "as transcribed during the session"?

10        A.    You are assuming I knew someone was

11   recording me, because what you are suggesting that

12   I must have known.  If I am a fish in a goldfish

13   bowl I do not know there is a camera on me, so the

14   answer you will receive in any of this is I have

15   no idea whether I was recorded or not.  The fact

16   that you are showing me notes, showing that other

17   people recorded me without my authorization is

18   actually troubling in that it is not actually

19   allowable in Europe?

20        Q.    I am going to upload into the share

21   file defense 172528?

22        (Exhibit Defense 172528 referred to)

23        A.    There is a document up that is

24   titled "media training session 1, 18 March '16".

25        Q.    This was attached to Nick Caley's



Page 68

1   e-mail as one of the attachments to that e-mail.

2              MR. RIVERO:  Object to the use of

3   the document in this way.

4   BY MR. FREEDMAN:

5        Q.    Go to page -- can you read that

6   first question and answer and let me know if you

7   recognize or recall this conversation?

8        A.    Yes, I can read it and no, I do not

9   recall it.

10       Q.    I wanted to ask you some specific

11  questions and answers that you gave in these

12  interviews.  If you could turn for me, it is on

13  that first page number 1.  It is defense 172528?

14             MR. RIVERO:  Object to the

15  question.

16  BY MR. FREEDMAN:

17       Q.    Can you read the second bold

18  paragraph, read that bold question for the record?

19       A.    Yes, I can read it and for the

20  record:  "So, it was a committee of people, for

21  want of a better word?  You are not trying to

22  claim all the credit, it's not about you, it's a

23  combination of people and minds."

24       Q.    Can you read your answer?

25             MR. RIVERO:  Object to the form.



Page 69

```
 1          A.      No, I cannot read my answer, I do
 2    not know that this is my answer.
 3          Q.      Can you read the answer?
 4          A.      The document states:  "I've had a
 5    lot of help.  In particular a friend of mine who
 6    died a few years ago, Dave Kleiman, gave me a lot
 7    of help but there have been many other people
 8    along the way, and more than that it has been all
 9    the people who have continued since I left.  These
10    people have actually put in a lot of time and
11    effort into making Bitcoin what is it.  The fact
12    I do not -- wanted to see is important to me but
13    it does not mean that is all there is.  I do not
14    want to be in charge; I didn't and I still don't."
15          Q.      Do you recall saying that?
16          A.      No.
17          Q.      Do you agree with that statement
18    today?
19          A.      Never have I never agreed with that
20    statement.
21          Q.      Did Dave Kleiman give you a lot of
22    help?
23          A.      Dave Kleiman gave me a lot of help.
24          Q.      Go to page 6, defense 172533.
25                  MR. RIVERO:  Page 6.
```



Page 70

1    BY MR. FREEDMAN:

2          Q.     Can you read the second to last
3    bold paragraph for the record and question?

4          A.     I can.

5          Q.     Please go ahead.

6          A.     "Exactly, how many Bitcoins did you
7    mine"?

8          Q.     Read the answer?

9          A.     No, I cannot, it's not an answer,
10   it's a statement, not a transcription from myself.
11   It is a statement that I guess people wanted me to
12   say, so that's not an answer.

13         Q.     Can you read it, Dr. Wright?

14         A.     I can read it, yes.

15         Q.     What is the transcription as put
16   down?

17                MR. RIVERO: Objection.

18         A.     Again, this is not a transcription,
19   no, I cannot read what a transcription has put
20   down.

21         Q.     How do you know this is a not a
22   transcription, Dr. Wright?

23         A.     Because this is not what I would
24   ever have said.  This is what people like Rob
25   wanted me to say.



Page 71

1          Q.     Dr. Wright, why don't we take one

2     second detour off the last question, we will come

3     back to it in a moment.  Can go ahead and look at

4     page 8 for me, Bates labeled defense 173525?

5          A.     I am looking at page 8.

6          Q.     Can you take a look in the last

7     paragraph on that page, there is an annotation,

8     "interrupted".  Do you see that?

9          A.     I can see the word "interrupted".

10         Q.     Can you go to page 10 for me, that

11    is Bates 172537, do you see the second paragraph

12    from the top; let me know when you are on that

13    page, are you on that page?

14         A.     I see the second paragraph.

15         Q.     Do you see where it says

16    "(inaudible)"?

17         A.     Nothing says "inaudible", it is a

18    header that has in brackets the words "inaudible".

19         Q.     As if the transcriber could not

20    hear what was being said.

21                MR. RIVERO:  Object to the form.

22         A.     This isn't a transcription.

23    BY MR. FREEDMAN:

24         Q.     Dr. Wright, one paragraph down from

25    that, do you see the answer where it says "I do



Page 72

1   not know if I'd say I was David and Goliath

2   (inaudible from interviewer)"; can you see that?

3          A.    I can see it.  If you want to say

4   this is what I was responding to, it is not.

5   There were other people who talked and did things

6   so if this is a recording or a transcription, it

7   is people giving examples to me of what they think

8   I should be saying.  I had plenty of those.  I had

9   people sit there and give mock interviews and

10  I watched and they told me what to say and Rob

11  wanted me to say a whole load of things about "be

12  humble" "say that you created Bitcoin with other

13  people", "say that all these people helped you",

14  etc.  So if you are doing a transcription and if

15  this was a transcription -- which I do not know if

16  it is -- then it would be people in the room

17  talking back and forwards saying "Craig, this is

18  what you need to do".  So, if you ----

19         Q.    I am a little confused, are you

20  conceding it is a transcript, you are just not

21  saying it is you who is talking?

22         A.    No, I did not at any point say this

23  was a transcript.  If you had listened to my

24  answer you would hear that I said "if".  "If" does

25  not mean that I concede.  I said in the event that



Page 73

1    it turns out that this was a transcript, what did

2    occur in any of the meetings I remember was people

3    sitting over the table talking back and forwards,

4    telling me this is how I need to act.  "If you get

5    this question respond this way."  "Craig, you will

6    learn how to speak to people and you will learn

7    how to be humble."  "Craig, you will learn how to

8    be human."  "Craig, do not say that, it doesn't

9    sound right."  "Craig, let other people talk and

10   be part of your invention."  So, no, I disagree

11   with you.

12                 MR. RIVERO:  I am not sure that

13   I am speaking loudly enough.  I had stated an

14   objection at 71 line 12 and I think our court

15   reporter is doing a great job, but it didn't get

16   picked up in the live stream.  For the record,

17   I actually stated a contemporaneous objection to

18   the last question.

19   BY MR. FREEDMAN:

20          Q.     Let us go back to page 6, defense

21   172533, let me know when you are there?

22          A.     I am there.

23          Q.     Can you please read the second to

24   last bolded line on that page for the record?

25          A.     "Exactly how many Bitcoins did you



Page 74

mine"?

Q.      Can you read the response
underneath that?

A.      I can read the text underneath
that, I cannot say that that is a response.

Q.      Go ahead, please.

A.      The statement is a comment:
"I mined quite a number and I was with my partner,
so to speak, in all this, Dave, we mined quite a
lot."

Q.      Do you recall saying that,
Dr. Wright?

A.      I have never said that.

Q.      Do you agree with that statement
today?

A.      I do not agree with that statement
ever.

Q.      You have no idea what was meant by
"I was with my partner, so to speak, in all of
this, Dave"?

MR. RIVERO:  Object to the form.

A.      I have a suspicion about all of
this and this was meeting 1, as you saw in the
other document you showed me, meeting 2, this is
where I was angry and in the second one they said



Page 75

1    I was far less angry.  I was having people in

2    these meetings tell me "this is how you need to

3    respond, Craig".  "If you want the media to like

4    you and you want the company to be successful and

5    you are a CEO, you do not want to come across like

6    a Mark Zuckerberg; people hate him.  You need to

7    say these people helped you."  I told them

8    basically in all of those sort of things to fuck

9    off.  And fairly much not trying to swear or

10   anything here, but that would have been exactly

11   what I would have told them.

12   BY MR. FREEDMAN:

13        Q.    They encouraged you to give credit,

14   did they, where credit was not due?

15             MR. RIVERO:  Object to the form.

16        A.    All people like Rob wanted was to

17   have me up there looking nice on camera so that he

18   could have pumped the price of the company before

19   I had developed anything and made a quick return.

20        Q.    They wanted you to share credit to

21   appear humble?

22        A.    Who is "they"?

23        Q.    You told me people were telling you

24   that if you are humble you do not want to look

25   like Mark Zuckerberg, those people, who were they?



Page 76

```
 1          A.     People such as Rob and other people
 2  working for Rob.  I do not know the names of
 3  people working for Rob.
 4          Q.     So people such as Rob and people
 5  working for Rob, they told you that you needed to
 6  be appear humble and share credit, is that an
 7  accurate statement?
 8          A.     Yes.
 9          Q.     You have no idea why they referred
10  to as -- Dave is referred to as your partner here?
11                 MR. RIVERO:  Object to the form.
12          A.     I can make suppositions.
13  BY MR. FREEDMAN:
14          Q.     What is the supposition?
15                 MR. RIVERO:  Object to the form.
16          A.     People liked Dave more than they
17  liked me.
18  BY MR. FREEDMAN:
19          Q.     Therefore?
20          A.     Therefore Dave becomes someone who
21  is fluffier, nicer, more able to be liked than me.
22  By extension, maybe I can be liked more because
23  Dave liked me.
24          Q.     Therefore -- I do not understand
25  the connection being Dave being fluffy and the
```



Page 77

1    reference to him as your partner?

2              MR. RIVERO:  Object to the form.

3    Same objection, continuous objection.

4    BY MR. FREEDMAN:

5         Q.    Can you explain that to me?

6         A.    I do not think I am able to.

7         Q.    Do you have any idea what was meant

8    by "we mined quite a lot"?

9              MR. RIVERO:  Objection.

10        A.    I do not suppose what other people

11   think.

12   BY MR. FREEDMAN:

13        Q.    Dr. Wright, can you read the next

14   bold line, the last bold line on page defense

15   172533?

16        A.    The last line in bold?

17        Q.    Correct.

18        A.    "How many people were involved in

19   creating Bitcoin?"

20        Q.    Can you read the response

21   underneath that?

22        A.    The --

23              MR. RIVERO:  Object to the form.

24        A.    The text states:  "In creating

25   Bitcoin?  A lot.  How many people were involved in



Page 78

1    Satoshi is probably a better question.  That was

2    two of us."

3    BY MR. FREEDMAN:

4         Q.    Do you recall saying that?

5         A.    No, I would not say that.  And it

6    is technically incorrect anyway in every way you

7    could think about it.

8         Q.    Were you mad when you said this?

9              MR. RIVERO:  Objection to the form.

10        A.    If you mean angry -- mad has a

11   different connotation -- no, I was not mad and

12   being that I did not say it, you are implying that

13   I did, then, no, I couldn't be angry when I said

14   it.

15        Q.    Do you know what it meant "there

16   were two of us involved in Satoshi"?

17             MR. RIVERO:  Object to the form.

18        A.    Seeing as there is no two of us

19   involved in Satoshi, I would suppose that the

20   thing was to want people to be involved with me.

21        Q.    So this was another statement that

22   McGregor and his people wanted you to say?

23        A.    It is generally the statement that

24   everyone over time keeps wanting me to say.

25   Everyone keeps saying "we can be part of your



1    invention and people will like you".  That doesn't

2    change the fact that they are not part of my

3    invention, so I do not give up the truth to be

4    liked.

5         Q.    Dr. Wright, can you turn to the

6    next page, page 7 of this document, defense

7    172534.  When you are there can you read the first

8    bold line on the top of that page?

9         A.    Yes, I can.

10        Q.    Please do.

11        A.    "Some people say that perhaps you

12   are not Satoshi but that Dave is Satoshi, but of

13   course he is dead and he cannot speak for himself.

14   How do we know it's actually you?"

15        Q.    Can you go ahead and read the

16   response underneath that?

17        A.    Yes, I can.

18              MR. RIVERO:  Object to the form.

19        A.    Yes, I can.

20   BY MR. FREEDMAN:

21        Q.    Please do.

22        A.    "Dave was a key part of everything

23   that I did.  Dave spoke as Satoshi and I have to

24   admit that Dave was always far better and far

25   calmer to be in this area of dealing with people



Page 80

1    and he is sorely missed.  But the only way to

2    really look at this is to look at the information

3    that we'll be supplying in the papers from that, I

4    am not asking you to do anything or believe me

5    I am asking you to judge based on the

6    information."

7            Q.    Do you recall saying that?

8            A.    I did not say that.

9            Q.    Do you agree with that statement

10   today?

11           A.    I do not.

12           Q.    Do you know what is meant by "Dave

13   was a key part of everything that I did"?

14                 MR. RIVERO:  Object to the form.

15           A.    Again, no Dave was not a key part

16   of everything that I did.  Dave basically acted as

17   a person I could rant to, talk to and he was my

18   friend.  I spoke to Dave multiple times a week

19   when he was alive.  He didn't really tell me much

20   about his life but he let me talk about mine and

21   I needed that.

22   BY MR. FREEDMAN:

23           Q.    Do you know what was meant by "Dave

24   spoke as Satoshi"?

25   BY MR. RIVERO:



Page 81

1          A.      No, Dave could not speak as

2    Satoshi.  In all the key areas where Satoshi was

3    speaking Dave was hospitalized and did not have a

4    computer and at parts not even a phone.  Dave was

5    under operations while he was in conversations

6    with Mike Hearn -- that Satoshi was having

7    conversations with Mike Hearn, so it is not

8    possible to have a hip operation while actually

9    writing on the Bitcoin forum.  On top of that,

10   while Satoshi was communicating with Hal Finney,

11   coding which Dave was never a C-coder; the

12   communications between Hal Finney where when Dave

13   was in hospital.  So, being that Dave was in

14   hospital without access to the internet in some of

15   these things, and being that Dave was literally

16   under the knife during of some of it, it is not

17   possible that Dave spoke as Satoshi, as much as

18   some people want that.

19          Q.      Did Robert McGregor and his people

20   specifically want you to say that "Dave was a key

21   part of everything that I did"?

22          A.      Robert would have loved me to have

23   said that.

24          Q.      Would he have also loved you to

25   have said "Dave spoke as Satoshi"?

Page 82

```
1              A.      He would love that because then he

2      could argue that Craig was just a mathematician

3      and coder sitting in the background, just ignore

4      this guy, and I am really going to be a spokesman

5      and do what I want for Bitcoin, yes.

6              Q.      Dr. Wright, can you move down to

7      the second bold on the same page defense 172534,

8      and can you read for the record the second bold

9      line?

10             A.      Yes, reading for the record is:

11     "So would you actually admit that you are

12     Satoshi".

13             Q.      Can you read your response?

14             A.      Yes.

15             Q.      What does it say?

16             A.      The text says: "Dave and myself".

17             Q.      Do you recall saying that,

18     Dr. Wright?

19             A.      No.

20             Q.      Do you agree with that statement

21     today that you and Dave were Satoshi?

22             A.      I do not agree with that statement.

23             Q.      Would this have been something that

24     Robert would have loved you to have said?

25             A.      I am not going to say what I just
```



Page 83

1    thought but, yes, Rob would love that.

2        Q.    Dr. Wright, can you turn to page 15

3    for me, that is defense -- before we move down, do

4    you know what was meant by "Dave and myself were

5    Satoshi"?

6        A.    Again I'm sure I would have had Rob

7    very happy if he could make me just a secondary

8    coder and mathematician rather than being the

9    other.  Dave didn't want me, the person who

10   submitted the half of the White Paper in 2007 as

11   part of my law degree, he didn't want me, the

12   mathematician, he didn't want me, he wanted a

13   system he could control.  If he could give a

14   "Dave", then it would have enabled Rob to

15   basically have me as the background person and not

16   have me control or be controlled -- sorry to be

17   controlled and not have any say.

18       Q.    So Rob wanted you to state that you

19   and Dave were the key forces behind Satoshi?

20       A.    Rob wanted me to just be in the

21   background much more than that; I think Rob wanted

22   to effectively flip a quick deal with someone like

23   Google and retire on a beach.

24       Q.    Rob hired PR people to help

25   communicate that message?



Page 84

```
 1           A.      I do not know.  I assume from what
 2     you told me -- I assume ----
 3           Q.      There were PR people who ran these
 4     training sessions?
 5           A.      I do not know.  I didn't
 6     investigate their background.
 7           Q.      Dr. Wright, are you the only person
 8     responsible for Satoshi Nakamoto?
 9           A.      Yes.
10           Q.      Can you go to page 16, defense
11     172543; do you see the second to last bold
12     paragraph from the bottom?
13           A.      Not at the moment.
14           Q.      Let me know when you get there.
15           A.      I can now.
16           Q.      Can you read that for me?
17           A.      Yes, I can.
18           Q.      What does it say?
19           A.      "The Bitcoin paper that was
20     released to the mailing list, did you write it?"
21           Q.      What do you respond?
22           A.      I did not respond.
23           Q.      What does the response say?
24           A.      There is text on the document
25     saying" "I wrote the majority of it.  Dave and
```



Page 85

1    others helped."

2           Q.      Do you remember saying that,

3    Dr. Wright?

4           A.      I have never said that nor typed

5    that.

6           Q.      Do you agree with that statement

7    today?

8           A.      I do not agree with that statement

9    today, nor in the past.

10          Q.      Dave did not help you write this

11   White Paper?

12          A.      Dave helped me edit part of the

13   White Paper as with other people, including Doug

14   Lynam, some of my other family, some other

15   professors.  The first half of the White Paper was

16   submitted in 2007 as part of my proposal for an

17   LLM before Dave even knew that I was doing that

18   degree.  My supervisor at Northumbria edited that

19   half of the paper first.  I changed that based on

20   feedback from my supervisors, I extended it to

21   make an LLM thesis; that was submitted and awarded

22   in the beginning of 2008, previous to the

23   completion of the later White Paper.  Other parts

24   of it include work that was in my Masters degree

25   in statistics.  That was edited, first of all, by



Page 86

1    a different Robert -- I can't remember his last

2    name unfortunately. He was a computational

3    statistician -- I really should remember his name.

4    I remember other aspects, but, sorry, I have

5    forgotten his last name. That then was the

6    Poisson area of the paper. Dave could not edit

7    the mathematics at all, but Dave was very good at

8    talking me through how to try and make certain

9    areas clearer, so I did speak to Dave after I'd

10   sent him a copy before the first half of 2008

11   ended.

12        Q.    What was the name of your

13   supervisor at Northumbria that edited the first

14   half of your paper?

15        A.    I do not remember. The LLM

16   dissertation is -- was still kept by Northumbria.

17   They managed to find a copy in the basement. I'm

18   glad they still had a copy, I do not know if I'm

19   glad that it was in a moldy basement. My British

20   counsel received a copy directly from the

21   university. I do not remember the name of my law

22   degree supervisor, sorry.

23        Q.    Did you ever tell Dave that he was

24   not part of Satoshi Nakamoto?

25        A.    I do not see why that would ever be



Page 87

1    relevant.  I would not tell Dave "you're not part

2    of Craig Wright".

3           Q.     You did not tell Dave that he was

4    not part of Satoshi Nakamoto?

5           A.     Again, I would never tell someone,

6    anyone "you're not part of Craig Wright".  I do

7    not know why you would say "you're not part of

8    me."

9           Q.     I am not asking about why you would

10   do something, I am just asking if you did, it is a

11   simple question.  Did you ever tell Dave Kleiman

12   that he was not part of Satoshi Nakamoto?

13          A.     I believe I have answered it twice.

14          Q.     What is the answer?

15          A.     Again, I would never tell, and

16   I said never, any person that they are not part of

17   me.

18          Q.     Did you tell Dave Kleiman that he

19   was part of Satoshi Nakamoto?

20          A.     I did not tell Dave Kleiman that he

21   is part of me.

22          Q.     Did you ever tell Dave he was not

23   part of the creation of Bitcoin?

24          A.     There was no need to ever tell Dave

25   that he was part of the creation of Bitcoin for



Page 88

1    the simple fact that Dave never would have

2    believed he was part of the creation of Bitcoin.

3            Q.      So you didn't tell me he was part

4    of the creation of Bitcoin?

5            A.      Once again, there would be no need

6    to tell that so, no, I have never told someone

7    they are not part of the creation of Bitcoin when

8    they are not part of the creation of Bitcoin.

9            Q.      Is that because you were the only

10   one responsible for the creation of Bitcoin?

11           A.      The word "responsible" in that

12   sense, yes, I am completely utterly responsible,

13   although there are ancillary things that happened

14   in time and space and whatever else.  Yes, the

15   simple answer is that is correct.

16           Q.      Turn to page 20 of the document in

17   front of you, and the Bates label is defense

18   172547, look at the top of the page it says:  "And

19   we've asked you today, are you Satoshi."  Skip

20   that question and read for the record the second

21   bold paragraph on that page; can you please read

22   that for the record?

23           A.      I can.  "Who created that

24   pseudonym."

25           Q.      Can you read the response?



Page 89

1          A.     Yes.

2                 MR. RIVERO:  Object to the form.

3    BY MR. FREEDMAN:

4          Q.     Please go ahead.

5          A.     "Well, mostly myself and a little

6    bit with Dave.  Both of us acted.  Dave was the

7    nice version of Satoshi."

8          Q.     Do you recall saying that?

9          A.     I have never said that.

10         Q.     Do you agree with that statement

11   today?

12         A.     I do not agree with that statement

13   today, I have not agreed with that statement in

14   the past and I will never agree with that

15   statement in the future because it is blatantly

16   false.

17         Q.     Did Dave create that pseudonym?

18         A.     Dave was not into Japanese culture.

19   I was since, I was young, I have used pseudonyms

20   that are Japanese in nature since, well, the

21   beginning of the worldwide web in 1994 and before

22   that on news net.

23         Q.     What do you mean by "both of us

24   acted as Satoshi"?

25         A.     I do not mean anything because



Page 90

1    I did not say that statement.

2          Q.     What do you think that means "both

3    of us acted as Satoshi"?

4          A.     I think what that means is Rob and

5    others wanted me to basically be part of a group

6    so that they could say "Craig is the arse-hole,

7    ignore him, he just sticks in the back room

8    inventing stuff but do not worry there's nicer

9    people here too."

10         Q.     Or?

11                MR. RIVERO:  Just one moment.

12   I had made an objection that did not get noted.

13   I wanted to make sure that you can hear me.  I may

14   have made a mistake on muting.

15   BY MR. FREEDMAN:

16         Q.     Did Dave ever act as Satoshi?

17         A.     No, Dave did not act as Satoshi.

18         Q.     Dave had access to the Satoshi

19   Nakamoto e-mail accounts, right?

20         A.     No, Dave had access to his own

21   e-mail accounts, not to the Satoshi Nakamoto

22   e-mail accounts.

23         Q.     Not to any of the Satoshi e-mail

24   accounts?

25         A.     There are only two.



Page 91

```
 1              Q.      What are the two Satoshi e-mail
 2     account?
 3              A.      GMX and Vistomail.
 4              Q.      Was there not an anonymous speech
 5     e-mail account?
 6              A.      Anonymous speech is Vistomail.
 7              Q.      There were only two, there were not
 8     three Satoshi e-mail accounts; is that an accurate
 9     statement?
10              A.      Yes.
11              Q.      Dr. Wright, can you move down to
12     the next full line in that page and read the bold
13     line for the record please?
14              A.      Paragraph 3?
15              Q.      Yes.
16              A.      "Who came up with the idea in the
17     first place?"
18              Q.      Can you read the response?
19              A.      Yes.
20                      MR. RIVERO:  Object to the form.
21     BY MR. FREEDMAN:
22              Q.      Please do.
23              A.      "Mostly myself."
24              Q.      Do you remember saying that?
25              A.      No, I did not say that.
```



Page 92

1          Q.      Do you agree with that statement?

2          A.      Again, I do not agree with that

3     statement now or in the past.  Excuse me for a two

4     seconds; my apologies.

5          Q.      Who else helped you come up with

6     the idea of that pseudonym?

7                  MR. RIVERO:  Objection.

8          A.      Nobody helped me come up with the

9     idea of that pseudonym.

10    BY MR. FREEDMAN:

11         Q.      Turn to page 24 of the same

12    document, Defense 172551.  Do you see, let me know

13    when you are there and you see it, the section

14    that starts off "notes and alternative answers";

15    do you see that?

16         A.      I see that.

17         Q.      This is the section where the PR

18    consultant is giving feedback on your performance

19    or whoever's performance; is that fair?

20                 MR. RIVERO:  Object to the form.

21         A.      Again, no, "fair" is not an

22    accurate term in any sense of the word.

23    BY MR. FREEDMAN:

24         Q.      Why don't you go ahead and read the

25    feedback in the first bold paragraph "in session



Page 93

1   one", can you read that for the record?

2           MR. RIVERO:  Object to the form.

3           A.      Yes.

4   BY MR. FREEDMAN:

5           Q.      Go ahead and read it for the

6   record?

7           A.      "In session one it was clear where

8   CW felt less comfortable answering as the replies

9   came far shorter and more clipped.  The notes

10  below pick out the answers that need more work,

11  both terms in tone and content.  Overall the

12  question of being Satoshi and how much of a team

13  effort the Bitcoin project was is a critical area

14  to address."

15          Q.      Dr. Wright is "CW" a reference to

16  Craig Wright?

17          A.      I didn't write that so I cannot

18  say.

19          Q.      Do you know who else they could

20  have been referring to?

21          A.      I am not going to make

22  suppositions, it is not my document.

23          Q.      Was there anyone in the room that

24  had the initials CW besides you?

25          MR. RIVERO:  Object to the form.



Page 94

```
 1          A.     I do not remember the session, I do

 2     not remember the time, so, therefore, I cannot say

 3     who might have been there.  Even if I did remember

 4     the session, I do not remember the names of people

 5     that were in half of my meetings a month ago so,

 6     it is not something I can answer.

 7     BY MR. FREEDMAN:

 8          Q.     Is it your position, Dr. Wright,

 9     that you were silent throughout this entire media

10     session?

11               MR. RIVERO:  Object to the form.

12          A.     I have not said that one time.

13     BY MR. FREEDMAN:

14          Q.     So you did speak during this media

15     session?

16               MR. RIVERO:  Object to the form.

17          A.     If I do not recall a meeting I do

18     not recall a meeting, I cannot sit there and tell

19     you what I did not or did not do when I do not

20     recall it, to do so would be lying.

21     BY MR. FREEDMAN:

22          Q.     You have no recollection of this

23     meeting; is that an accurate statement?

24               MR. RIVERO:  Objection.

25          A.     I know meetings happened, I know
```



1    people talked at me, I know people wanted me to

2    say certain things, I know people were coaching me

3    to try and say "I'm a team".

4    BY MR. FREEDMAN:

5         Q.    Do you agree with that assessment

6    of CW's performance?

7              MR. RIVERO:  Objection.

8         A.    I do not see why I would care about

9    what these people think about my performance.

10   That would assume that I have some care about it.

11   I have no care about these people at all.

12   BY MR. FREEDMAN:

13        Q.    Dr. Wright, do you agree that

14   answers needed more work in both terms of both

15   tone and content?

16             MR. RIVERO:  Objection.

17        A.    You are asking me do I remember

18   something that I do not remember.  Do you want me

19   to answer that?

20   BY MR. FREEDMAN:

21        Q.    If you can.

22        A.    No, I do not remember something

23   that I do not remember.

24        Q.    Dr. Wright, can you look down under

25   bullet number 1, and it is a quote of a question



Page 96

1    and answer we already had you read for the record

2    about whether Satoshi Nakamoto had a committee of

3    people, for want of a better word, do not try not

4    trying -- not trying to claim all the credit.  A

5    response that you say you do not know was your

6    that says:  "I had a lot of help from a particular

7    friend of mine who died a few years ago; Dave

8    Kleiman gave me a lot of help".  Do you see that

9    there in the record?

10         A.     If you are implying that it is a

11   quote, then, no, I don't see that; I see text on

12   the page.

13         Q.     Why don't we do the simplest way

14   then, Dr. Wright, why don't you go ahead and read

15   the question and answer there for me so we can get

16   to the note section.  Please read the Q and A for

17   the record?

18         A.     "Q: so it was a committee of

19   people, for want of a better word?  You're not

20   trying to claim all the credit, it's not all about

21   you, it's a combination of people and minds? A.

22   I had a lot of help.  In particular a friend of

23   mine who died a few years ago, Dave Kleiman, gave

24   me a lot of help but there have been other people

25   along the way and, more than that, it has been the



1    people who have continued since I left.  These

2    people have actually put in a lot of time and

3    effort in making Bitcoin what it is."

4           Q.    Can you read the note section

5    recorded by the PR consultant, please?

6           A.    "Notes: although it is right to

7    acknowledge that there was a team involved, CW

8    needs to be stronger on his leading role e.g.

9    I led the project and I was the person who drove

10   the original idea."

11          Q.    So the PR consultant is telling you

12   to advocate you were the leader of the group, is

13   that fair?

14                MR. RIVERO:  Objection.

15   BY MR. FREEDMAN:

16          Q.    Accurate?

17          A.    No.

18          Q.    What was he telling you?

19                MR. RIVERO:  Objection.

20          A.    I do not know that that was a he.

21          Q.    What was the PR consultant telling

22   you?

23                MR. RIVERO:  Objection.

24          A.    I do not know if that was a PR

25   consultant and nobody is telling me anything



Page 98

1    there.

2    BY MR. FREEDMAN:

3         Q.     What is the author of this document

4    trying to say?

5              MR. RIVERO:  Object to the form.

6         A.     I do not know. .

7    BY MR. FREEDMAN:

8         Q.     Can you turn to page 25 for me,

9    defense 172552?

10        A.     Is this 552?  Yes.  I am there.

11        Q.     You see where it says "5"?

12        A.     Yes.

13        Q.     This is a list of questions and

14   answers we have just asked you about, isn't it?

15        A.     Is it?

16        Q.     Why don't we go ahead and read it.

17   Please read the questions and answer for the

18   record please?

19        A.     Yes.

20        Q.     We are waiting for you, Dr. Wright?

21        A.     "Q: how many people are involved in

22   creating Bitcoin?  A: in creating Bitcoin?  A lot.

23   How many people were involved in Satoshi is

24   probably a better question, that was two of us.

25   A: some people say that perhaps you are not



1   Satoshi but Dave is Satoshi but of course he's

2   dead and cannot speak for himself, how do we know

3   it's actually you?  Q: Dave was a key part of

4   everything that I did.  Dave spoke as Satoshi and

5   I had to admit that Dave was always far better and

6   far calmer to be in this area of dealing with

7   people and he is sorely missed.  The only way to

8   really look at is this is to look at the

9   information supplying: the papers, from that I am

10   not asking you to do anything or believe me, I am

11   asking you to judge based on the information.  Q:

12   You actually admit that you are Satoshi?  A: Dave

13   and myself.  Q: and as we asked you today are you

14   Satoshi?  Answer: as I said, there's not really a

15   Satoshi.  We have a White Paper and we're behind

16   that but there are many people that took Bitcoin

17   to where it is now.  Q: who created the pseudonym?

18   A: well, mostly myself and a little bit with Dave.

19   Both of us acted.  Dave was the nice version of

20   Satoshi.  Q: who came up with the idea in the

21   first place?  A: mostly myself."

22         Q.    Dr. Wright, can you read for me the

23   note section that the author of the document

24   inserted into this document following that

25   question and answer?



Page 100

1       A.      I can.

2       Q.      Please go ahead.

3       A.      "Notes: this section is one that

4   needs the most work as it essentially says both he

5   and Dave were Satoshi.  Again, although

6   acknowledging Dave's role is the right thing to

7   do, CW needs to be clearer that we was the driving

8   force and the originator e.g. Dave and myself

9   worked together but I was Satoshi, and Bitcoin and

10  Blockchain are "my inventions" otherwise there is

11  a real danger that the story collapses, also need

12  to avoid saying there is no Satoshi."

13      Q.      Dr. Wright, can you summarize in

14  your own words what you just read?

15      A.      Yes, a media session from a group

16  of people who were seeking to coach me to say

17  things in a particular way that I was not willing

18  to say.

19      Q.      So they were coaching you to say

20  what?

21              MR. RIVERO:  Objection.

22      A.      Again, I am not these people.

23  Mostly for the sessions, for the small amounts of

24  recollection that I have, and which parts I do not

25  remember were yelling and  screaming and telling



Page 101

 1    people where to go.

 2    BY MR. FREEDMAN:

 3        Q.    As I read this it says "although

 4    acknowledging Dave's role is the right thing to

 5    do, Craig Wright needs to be clear on the fact he

 6    was the driving force and the originator."  Do you

 7    see that?

 8        A.    I see that.

 9        Q.    So McGregor and his media people

10    wanted you to be Satoshi alone; is that not right?

11              MR. RIVERO:  Object to the form.

12        A.    You are making suppositions on

13    other people's thoughts that are not mine.

14    BY MR. FREEDMAN:

15        Q.    The author of the document wanted

16    you to take a leading role as Satoshi, is that

17    fair -- is that accurate?

18              MR. RIVERO:  Object to the form.

19        A.    I do not believe that is accurate.

20    They wanted me to say certain things and no, I do

21    not accept your presuppositions and what other

22    people were thinking.

23    BY MR. FREEDMAN:

24        Q.    How else do you interpret the words

25    "CW needs to be clear on the fact that he was the



Page 102

1   driving force and the originator"?

2              MR. RIVERO:  Object to the form.

3         A.   I do not.

4   BY MR. FREEDMAN:

5         Q.   The author of this paragraph

6   thought that the story would collapse if you gave

7   Dave too much credit as Satoshi Nakamoto; do you

8   see that?

9              MR. RIVERO:  Object to the form.

10        A.   I see the words.

11  BY MR. FREEDMAN:

12        Q.   Didn't McGregor want a story?

13        A.   I do not care what McGregor wanted.

14  McGregor ended up not being part of the company at

15  all.

16  BY MR. FREEDMAN:

17        Q.   You told me today, Dr. Wright, that

18  Rob McGregor would have loved you to have said

19  that you and Dave were Satoshi; do you recall that

20  testimony?

21             MR. RIVERO:  Objection.

22        A.   I said that, yes.

23  BY MR. FREEDMAN:

24        Q.   And now Rob McGregor's PR

25  consultant is telling you that Dave should not



Page 103

1    have too much credit as Satoshi or the story will

2    collapse; do you see that, Dr. Wright?

3              MR. RIVERO:  Object to the form.

4         A.    No, I do not.  I see that you are

5    presuming that certain people making certain

6    responses in teams basically saying one thing and

7    when there's a group of people obviously in this

8    e-mail discussing what should be said and you are

9    saying that that is Rob McGregor's choice or the

10   other person's choice, where there is no context

11   to that so, no, I do not agree with anything you

12   are proposing.

13   BY MR. FREEDMAN:

14        Q.    Dr. Wright, earlier today you told

15   me that the statements in this document reflect

16   what Rob McGregor wanted you to say; that gave

17   credit to Dave because that is what Rob McGregor

18   wanted you to do; is that accurate?

19             MR. RIVERO:  Object to the form.

20        A.    No, it is not accurate, you have,

21   again, mischaracterized me.  You are taking two

22   things, the statement of this document and Rob

23   McGregor, and mixing them together were in parts

24   they mix and parts they do not, and attempting to

25   have me state something that is not true because



Page 104

1    it suits your purpose, so, no, I do not.

2    BY MR. FREEDMAN:

3         Q.    You know what this looks like, you

4    are covering up the statements that you previously

5    made under the guise of it being statements from a

6    PR consultant that was telling you what to say and

7    then, when we got to the bottom of this document,

8    it shows that the PR consultant didn't want you to

9    say anything of the sort, he didn't want you to

10   give credit to Dave as Satoshi, you were giving

11   Dave credit as Satoshi, is that not true?

12              MR. RIVERO:  That is speech and

13   argument, I am going to object.  Dr. Wright, under

14   the rules unfortunately you even have to answer

15   that improper question.

16        A.    Do I answer the speech or just the

17   question?

18              MR. RIVERO:  You have to answer

19   that improper speech, yes.

20        A.    I do not know how to answer the

21   speech.  To the question, my answer is no.

22   BY MR. FREEDMAN:

23        Q.    Do you agree with the statement in

24   this document that you need to change the

25   retelling of the story so that you became the



Page 105

1    driving force and the originator of Bitcoin?

2                    MR. RIVERO:  Object to the form.

3            A.      I do not agree with anything in any

4    of these documents.

5    BY MR. FREEDMAN:

6            Q.      Did you in fact change your story

7    following this critique?

8            A.      No, I did not have my story

9    following this critique.

10                   MR. RIVERO:  Object to the form.

11           A.      Following this, the media company

12   that Rob hired were fired and kicked out of the

13   organization and Rob was removed from the

14   organization.

15   BY MR. FREEDMAN:

16           Q.      Do you recall ----

17                   THE COURT REPORTER:  Repeat the

18   question.

19           Q.      Do you recall the Australian Tax

20   Office (ATO) auditing your companies in 2014 and

21   2015?

22           A.      In 2014 and 2015 companies, of

23   which I was one of many shareholders, including a

24   public company where I was one of those

25   shareholders, underwent audits with the Australian



Page 106

1   Tax Office.

2           Q.      During that time your companies

3   worked with Clayton Utz to represent you in those

4   audits, right?

5           A.      No, my companies used a law firm

6   called Clayton Utz and they represented us as our

7   solicitors.

8           Q.      Specifically your companies worked

9   with Andrew Summer at Clayton Utz?

10          A.      No, our counsel was Andrew Summer

11  who was the lead lawyer for a number of companies

12  and myself personally.

13          Q.      And John Cheshur also worked for

14  those companies and interacted with the ATO on

15  those companies' behalf, is that accurate?

16          A.      John Cheshur was the CFO or chief

17  financial officer of a company called deMorgan,

18  prior to that of hotwire, and had been an

19  accountant with me going back until 2009 in

20  information defense, and prior to that had worked

21  with Ridge's Estate in contract.

22          Q.      He interacted with the ATO for

23  those companies, is that accurate?

24          A.      As chief financial officer and

25  previous to that as tax auditor, then John had



Page 107

1    acted with the Australian Tax Office as it was his

2    job to file returns and to conduct engagements

3    with the tax office.

4          Q.    Clayton Utz helped your companies

5    to prepare documents that were sent to the

6    Australian Tax Office in connection with these

7    audit; is that accurate?

8          A.    No.

9          Q.    Claytons did not help your company

10   prepare documents that were sent so the Australian

11   Tax Office?

12         A.    You have used the word "he helped",

13   helped means, when you are asking me that

14   question, that I was involved with John in

15   preparing documents that John aided me on.  If you

16   want to ask "did John prepare documents as the

17   CFO, did he work the accountant, Ali, and the

18   bookkeepers that we had employed, and do his job

19   as a CFO then the answer is yes.  If you are

20   asking -- implying that did he help me then the

21   answer is no.

22         Q.    Actually, Dr. Wright, I was asking

23   you if Clayton Utz, the law firm, did they assist

24   and draft documents that the companied submitted

25   to the Australian Tax Office in connection with



Page 108

1   these audits?

2          A.     You are asking about discussions

3   with my law firm in Australia; is that correct?

4          Q.     Dr. Wright, please just listen to

5   the question that I am asking and answer it.  Did

6   Clayton Utz, the law firm, help your companies

7   prepare documents that were sent to the Australian

8   Tax Office in connection with the audits they

9   undertook in 2014 and 2015?

10          MR. RIVERO:  Object to the form.

11   Dr. Wright, I am not asserting a privilege to that

12   question, do not go into conversations with

13   counsel, I think you can answer that without doing

14   so.

15          A.     I have to, sorry, be the petant and

16   say the way you are asking that with the "helped"

17   and whatever else is technically incorrect.

18   Clayton Utz were our legal counsel and Clayton Utz

19   worked with people in the creation and review of

20   documents, checking the legal aspects of those and

21   checking the sort of legal opinion on the

22   presentation of documents that would be submitted

23   both in tribunals and also in general response.

24   BY MR. FREEDMAN:

25          Q.     Did Andrew Summer attend the



Page 109

1    meetings with the ATO where you were present?

2          A.     Yes.

3          Q.     Did John Cheshur attend meetings

4    with the ATO where you were present?

5          A.     Yes.

6          Q.     Did the ATO record some of those

7    meetings?

8          A.     I do not know.

9               MR. RIVERO:  Object to the form.

10   BY MR. FREEDMAN:

11         Q.     Has the ATO sent you transcripts

12   that reflect those meetings?

13         A.     Me personally or the company?

14         Q.     Good distinction, Dr. Wright, has

15   the ATO sent your company transcripts of those

16   meetings?

17         A.     Yes, we responded that there was

18   erroneous material in those transcripts.  The

19   transcripts needed to be updated because the

20   transcription was highly inaccurate.

21         Q.     Have you produced those

22   communications to us, Dr. Wright?

23         A.     It is a criminal offence to produce

24   those documents under Australian law; to do so

25   would be a jail term.  I am not legally permitted



Page 110

```
1    to do those documents and to even enquire to the

2    tax office without authority and whatever else, is

3    a crime.

4           Q.    So you have withheld documents from

5    us that relate to corrections to the ATO

6    transcripts; is that an accurate statement?

7           A.    That is not an accurate statement.

8                 MR. RIVERO:  Object to the form.

9    BY MR. FREEDMAN:

10          Q.    Did you or did you not produce the

11   corrections to the Australian Tax Office

12   transcripts?

13                MR. RIVERO:  I object to this line

14   of questions because it relates to questions about

15   production but go ahead and answer if you can,

16   Dr. Wright.

17          A.    Would you like me to discuss

18   conversations I had with my solicitors?

19   BY MR. FREEDMAN:

20          Q.    Which solicitors are you referring

21   to?

22                MR. RIVERO:  Dr. Wright, you cannot talk

23   about conversations with your lawyers, but if you

24   can answer the questions go ahead.

25          A.    I can only do this if I talk about
```



Page 111

 1    conversations with my solicitors.

 2    BY MR. FREEDMAN:

 3         Q.    Mr. Rivero, we need to know which

 4    solicitors because the court has held that there

 5    was not privilege with Andrew Summer and other

 6    solicitors.  We do not know which solicitors he is

 7    referring.  Shall we take a break.

 8              MR. RIVERO:  Mr. Freedman, I have

 9    not instructed him not to answer anything other

10    than not to go into conversations.  I have not

11    heard you ask him which solicitors you are

12    referring to ask.

13    BY MR. FREEDMAN:

14         Q.    Dr. Wright, which solicitors are

15    you referring to?

16         A.    The last part of that would be John

17    of Laxon Lex and I do not remember -- I do not

18    remember his actual name, the person working for

19    John at Laxon Lex.

20         Q.    When did you consult John at Laxon

21    Lex about this?

22         A.    I do not remember the date.

23         Q.    Was it in the last six months or

24    was it years ago?

25         A.    It was when the companies were



Page 112

1   there and before I resigned as director of the

2   companies.

3           Q.      Dr. Wright, please tell me why you

4   withheld -- whether or not you withheld documents

5   and the conversation you had with that solicitor

6   at Laxon Lex?

7           A.      I have not withheld documents.

8                   MR. RIVERO:  Object to the form.

9   BY MR. FREEDMAN:

10          Q.      What --

11                  MR. RIVERO:  Mr. Freedman, one wait

12  a moment.  Your Honor, I am not sure you are on

13  the phone, but I would need a break on this

14  subject as I am not fully appraised about your

15  ruling, so would need a few moments to consult

16  with my co-counsel to understand the rulings and

17  make a determination about assertion of any

18  privilege.  I understand there was a ruling which

19  may, and from Mr. Freedman's suggestion that the

20  ruling may make it that we cannot, but I need a

21  few minutes to consult with Miss McGovern if I can

22  find her, and I am trying to remember whose else

23  was present.  Is that where we are, Mr. Freedman?

24                  MR. FREEDMAN:  I think so.  I am

25  happy to take a break.



Page 113

1                    MR. RIVERO:  If I can maybe 10

2    minutes to see if I can sort this out.  The

3    question that is pending is you want Mr. Wright to

4    describe his conversation with John of Laxon Lex

5    and the ATO transcripts?

6                    MR. FREEDMAN:  And corrections made

7    to them, that is correct.

8                    MR. RIVERO:  Give me about 10

9    minutes to see if I can sort that out.

10            (A short recess from 4.39 p.m. to 4.49

11    p.m.)

12                    MR. RIVERO:  Madam court reporter,

13    this is Andreas Rivero, can you hear me?  As I had

14    an opportunity to consult with Miss McGovern and

15    persons involved in the production I want to be

16    clear we have produced voluminous ATO transcript

17    records before last week, as to such records we

18    had asserted for which I understand assertion of

19    privilege is overruled.  We have produced among

20    the documents that we produced last week, we have

21    produced all ATO transcripts in Dr. Wright's

22    possession.  Let me be clear, we have taken appeal

23    on the ruling -- we have not yet taken an appeal

24    on the ruling but we intend to and, unless we

25    produced it, unless there is an agreement as to



Page 114

1    claw-back, we have produced the reservation that

2    we will attempt to claw back if we are successful

3    and so those documents are in your possession,

4    Mr. Freedman, I do not know what your next

5    question is.

6                     MR. FREEDMAN:  Have you produced to

7    us all communications correcting any ATO

8    transcript errors?

9                     MR. RIVERO:  Is that directed to me

10   or Dr. Wright?  Dr. Wright has not made the

11   production.

12                    MR. FREEDMAN:  I do not know, Mr.

13   Rivero.  Please let him answer.

14                    Dr. Wright, have you produced to us

15   any communications correcting any ATO transcript

16   errors?

17        A.     I have not produced, my lawyers

18   have produced.

19        Q.     Did you receive advice from your

20   lawyer John at Laxon Lex did you receive advice

21   from the lawyer not to disclose the ATO

22   transcripts?

23        A.     Yes.

24        Q.     Dr. Wright, would it be fair to say

25   that you consider Dave Kleiman a friend for a long



Page 115

1    time and one of the very few people you could ever

2    keep trusting?

3          A.    There are two questions; would you

4    like me to answer them.

5          Q.    I will break it down for you.

6    Would it be accurate to say that you considered

7    Dave Kleiman a friend for a long time?

8          A.    Yes.

9          Q.    Would it be accurate to say that

10   you considered Dave Kleiman one of the very few

11   people you can keep trusting?

12         A.    I trust too many people so that is

13   difficult.  On a different thing I would say that

14   Dave was one of the few people that I would say

15   I loved.

16         Q.    Did your choice of the name Satoshi

17   have anything to do with Dave Kleiman?

18         A.    Not ever.

19              MR. RIVERO:  Objection asked and

20   answered.

21   BY MR. FREEDMAN:

22         Q.    I am going to upload into the share

23   file a copy of your book Satoshi's Vision.  Can

24   you let me know when you have that up?

25              MR. RIVERO:  Can you say again what



1   it is that you are showing?

2               MR. FREEDMAN:  A copy of the book

3   entitled Satoshi's Vision published under the name

4   Craig Wright.

5               MR. RIVERO:  Is that the title,

6   I have lost for the moment my -- just a moment, my

7   text has stepped out, it was working perfectly

8   well before the break but now I am in charge -- I

9   do not think we need, it is just a matter of -- it

10  is coming right now.

11              MR. FREEDMAN:  If you need to stop

12  up let us know.  Dr. Wright, can you go to page 11

13  of that file?

14          A.    I am at a page entitled "I am

15  Satoshi."

16          Q.    Great.  If you look three

17  paragraphs up from the bottom a paragraph starting

18  "there was a secondary", do you see that?

19              MR. RIVERO:  Obviously I have to

20  have access to the page if you are going to ask

21  questions.  Do you have another question you can

22  ask while I resolve this?

23              MR. FREEDMAN:  I do not.  Let us

24  take a break.

25              MR. RIVERO:  I do not agree to this



Page 117

```
 1    procedure.  I am sure that you must have something
 2    that you could go to.  When it gets to 10 o'clock
 3    at night, it is going to be very difficult to
 4    proceed in this deposition, but go ahead; take a
 5    break.
 6              (A short recess at 4.55 p.m. to 4.58 p.m.)
 7                   MR. RIVERO:  I just want to know
 8    that I object to the conditions that apparently
 9    are prevailing now.  Mr. Cohen is complaining he
10    is too hot to keep his tie on.  This is for trial
11    testimony and I want my client testifying in a
12    suit and tie for appearance before the jury.
13    I object.  Let us proceed.
14                   MR. FREEDMAN:  That creates a
15    little bit of a problem.  I need to --
16                   MR. RIVERO:  You postponed this
17    multiple times, this was your show.  To me it is
18    appalling these situation, let us just continue.
19                   MR. BRENNER:  Two things before we
20    continue, this is Andrew Brenner.  You can object
21    to the deposition going forward in which case we
22    have to adjourn it because when it comes to
23    impeach him at trial you are going to say the
24    conditions were not fair.  No one has turned the
25    heat up on purpose, Mr. Rivero, I can assure you
```



Page 118

1    of that.  If you would like to deposition to

2    continue forward you have to say on the record

3    that you allowing it to continue forward.  I am

4    not finished yet.  You cannot object to the

5    conditions and then be able to say at the end of

6    the day see, the conditions were not fair, he

7    cannot be held to his testimony.  We have to an

8    agreement one way or the other.

9              MR. RIVERO:  Mr. Brenner, I have

10   not said that.  I have said that if the conditions

11   force him to remove his tie, that is not my

12   preference for his appearance.  I am not saying he

13   cannot proceed.  I am object to the conditions in

14   the room.  He ought to be able to make the

15   appearance that we wish him to.  I continue in my

16   objection, say proceed and fix the conditions, it

17   is your show.

18             MR. BRENNER:  So far he has his tie

19   on, if he needs to take it off, we can cross that

20   bridge when we get there.

21             MR. RIVERO:  I already said that I

22   object to -- if his conditions are uncomfortable,

23   I am not saying that we cannot proceed with this

24   deposition.

25   BY MR. FREEDMAN:



```
 1              Q.      Dr. Wright, do you have page 11 of
 2      the Satoshi's Vision book open in front of you
 3      before we took the break?
 4              A.      I certainly do.
 5              Q.      Is it still open?
 6              A.      I certainly do.
 7              Q.      This is the first chapter of the
 8      Satoshi's Vision book published under the name
 9      Craig Wright?
10              A.      Yes, I see that.
11              Q.      Can you look up three paragraphs up
12      from the bottom, there is a paragraph -- sorry,
13      I want to take one step back.  Before the break
14      I asked you whether or not -- I quote from the
15      transcript:  "Did your choice of the name Satoshi
16      have anything to do with Dave Kleiman?  Answer
17      never"; do you recall that?
18              A.      Yes.
19              Q.      Can you read the paragraph "there
20      was a secondary part of the name Satoshi" for the
21      record please?
22              A.      Yes.  "There was a secondary part
23      of the name Satoshi.  Satoshi Sugiyama was adopted
24      by an American and given the name David Philips.
25      It comes from a book, the House of Morgan.  David
```



Page 120

1    was adopted in both cases.  David Kleiman was

2    adopted and so was Satoshi.  I admired the

3    characters in the book.  It reminded me of a far

4    more glorious and honorable period in banking, not

5    something that we could go back to but something

6    we could remember when formulating Bitcoin.

7    Pierpont Morgan was an interesting character and

8    one who proved himself through work."

9           Q.    Is it not true that Dave Kleiman

10   did have to do with the name Satoshi?

11          A.    It is not true.

12          Q.    Is there anything about the

13   conditions in the room that are impeding your

14   ability to testify truthfully today?

15          A.    No, I can truthfully state things

16   and I have been truthful in every statement I have

17   made.

18          Q.    Was Satoshi Nakamoto a team?

19          A.    No, it was not.

20          Q.    Was Dave Kleiman part of a team

21   that formed Satoshi Nakamoto?

22          A.    I just answered there was no team.

23                MR. RIVERO:  Object to the form.

24   BY MR. FREEDMAN:

25          Q.    Did Satoshi Nakamoto die with



1    Dave's death?

2           A.      Again, there was no team.

3           Q.      That is not what I asked.  Did

4    Satoshi Nakamoto die with Dave's death?

5                   MR. RIVERO:  Object to the form.

6           A.      Satoshi Nakamoto was myself.  Dave

7    dying did not make me die.  Dave was not a C-coder

8    and could not have coded Bitcoin.  Dave did not

9    have any academic qualifications at all and was

10   not able to write any of the academic aspects of

11   the Bitcoin.  Dave was not trained in law, or

12   economics Dave was not trained in Poisson

13   mathematics, statistics, he was not trained in

14   finance, monetary theory or any of the other

15   aspects that make Bitcoin.  No, Dave's death had

16   nothing to do at any point with Satoshi; before or

17   after Dave's death Dave had nothing to do with

18   Satoshi.

19          Q.      Would it be fair to say that

20   Satoshi Nakamoto was a good coder?

21          A.      No, it would not be fair to say

22   that.

23          Q.      Would it be accurate to say that

24   Satoshi Nakamoto was a good coder?

25                  MR. RIVERO:  Object to the form.



Page 122

1          A.     No, I was not a good coder, I am

2     still not to a good coder, I am an adequate coder.

3     I am academic, I used to teach C, C++, C#.  The

4     format and use of case statements within Bitcoin

5     is, I would say, designed and architecturally

6     horrible but it was the best I could do.  People

7     who work for me now are good coders they can do

8     things that I would love to have been able to do

9     in code.

10         Q.     Would it be fair to say this your

11    coding was crud?

12         A.     No, it would not be fair to say my

13    coding was crud.  I self-deprecate at times but

14    the truth of the matter, if you want truth, that

15    is not crud although I have called myself a crud

16    coder.

17         Q.     Would it be fair to say that Dave

18    could edit code really well?

19         A.     No, Dave had no coding skills at

20    all.

21         Q.     Dr. Wright, I am going to upload

22    into the drop box what you produced in this

23    litigation as defense 115950; do you have that up?

24                (Exhibit Defense 115950 referred

25    to)



Page 123

1          A.     Yes.

2          Q.     Dr. Wright, do you recognize this

3     as an e-mail chain between yourself and Ira

4     Kleiman?

5          A.     I see that it is an e-mail

6     purporting to be from Ira Kleiman to myself.

7          Q.     On or about March 11, 2014?

8          A.     I see that date on the e-mail.

9          Q.     Go down to e-mail on Friday March

10    7, 2014 from you on the fourth page?

11         A.     I am on the fourth page.

12         Q.     You see the e-mail says: "Ira, what

13    is true?"

14         A.     No, I see text that you are

15    purporting is an e-mail.

16         Q.     This is a copy of an e-mail that

17    you produced to us?

18         A.     No, it is documents that come from

19    machines that my lawyers were given.  You are

20    saying that it is from me.  It is not from me.

21         Q.     Do you have any reason to believe

22    these correspondence are not genuine?

23         A.     Yes.

24         Q.     What are those reasons?

25         A.     I have seen this before.



Page 124

1          Q.      Why is it not genuine?

2          A.      A series of e-mails from various

3    people have been edited.  I have noticed these --

4    I will not go into discussions with my lawyers --

5    but analysis has been done on several e-mails and

6    there are edits made to multiple e-mails from me,

7    both on the hotwire account that I was no longer

8    able to access in April as well as purporting to

9    be from myself, coming from a Brisbane address

10   when I was not there.

11         Q.      This is an e-mail RCJBR from 2014,

12   not from either of those accounts, so why do you

13   believe this e-mail is not genuine?

14         A.      (1) that is not what I just said.

15   I didn't say only hotwire, I said hotwire and

16   others, so you cannot say not from any of those

17   accounts because that is not correct.  (2) this is

18   not an e-mail, this is a part of an e-mail stream

19   that comes from Ira.

20         Q.      Dr. Wright, you produced this to

21   us, that is why it is Bates labeled DEFAUS 115933.

22              MR. RIVERO:  Objection.

23              MR. FREEDMAN:  I do not think there

24   is much utility in us discussing this.  Do you see

25   in the e-mail where it says "I had math skills and



Page 125

1   some coding that frankly was crud".

2        A.    What I see is a document seized

3   from Australia after I had left Australia.  This

4   is a document on machines that had nothing to do

5   with me.  What you have seized is evidence that

6   people in Australia were falsely accessing and

7   altering e-mails, people who later ended up fired,

8   and basically you are saying e-mails that you

9   purport to be real being held between people who

10  had sought to shut down my companies, that were

11  captured in Australia when I was no longer in

12  Australia, when my computers were not in Australia

13  that have been given to you, and you are saying

14  that they are from me when there was no way

15  I could have sent them.

16        MR. RIVERO:  I am going to preserve

17  an authenticity objection, but you need to answer

18  the questions about the documents.  So, if go

19  ahead and answer the question, I will assert and

20  preserve an authenticity objection to the use of

21  the documents.  Please answer the questions.

22        A.    I see a sentence that I did not

23  type.

24  BY MR. FREEDMAN:

25        Q.    You can see the sentence where it



Page 126

1    says "Dave could edit his way to hell and back"?

2         A.    Yes.

3         Q.    Do you not agree with that

4    statement now?

5              MR. RIVERO:  Objection to the form.

6         A.    No, I do not agree with that

7    sentence.

8    BY MR. FREEDMAN:

9         Q.    Did you type that?

10        A.    I did not type that.

11             MR. RIVERO:  Object to the form.

12   BY MR. FREEDMAN:

13        Q.    Somebody else saved this e-mail?

14   MR. RIVERO: Objection.

15        A.    This is not an e-mail from me, this

16   is a machine copied from an Australian employee.

17        Q.    What is the name of the Australian

18   employee?

19        A.    I do not know, I do not know which

20   machine this comes from, I haven't been given

21   anything more than a number.

22        Q.    Do you see where it says Satoshi

23   was a team?

24        A.    I see that.

25        Q.    You just told me Satoshi was not a



Page 127

1    team?

2            A.      Satoshi was not a team.

3            Q.      Why are you contradicting yourself?

4            MR. RIVERO:  Object to the form.

5            A.      Again, you are seeking to have me

6    lie by saying that Satoshi was a team when Satoshi

7    was not a team.  As I have said, this is not what

8    I sent.  You did not get this from me, you got it

9    from an ex-staff member in Australia after I had

10   left the country from a machine I did not own.

11   BY MR. FREEDMAN:

12           Q.      Actually we got this from you.  Let

13   us go to the second part of that sentence where it

14   says "without the other part of that team, he

15   died".  Do you see that?

16           MR. RIVERO:  Object to the form.

17           A.      I see that and I will state that,

18   no, you did not get this from me, you got it from

19   my counsel.

20   BY MR. FREEDMAN:

21           Q.      Why did you write "without the

22   other part of that team, he died" if previously

23   you just emphasized to me that Satoshi did not die

24   when Dave died?

25           A.      Because I did not write that



Page 128

1    sentence.

2         MR. RIVERO: Objection to form,

3    argumentative.  Please answer.

4         A.    As I said, I did not write that

5    sentence.

6    BY MR. FREEDMAN:

7         Q.    Where did your counsel get these

8    documents if they did not come from you?

9         A.    I believe that they were captured

10   from Australia, I do not know the exact machines

11   that they got them from.  I did not, I was not

12   involved with all the sources that they got them

13   from.

14        Q.    Did you have any e-mail

15   communications with Ira?

16        A.    I had some, yes.

17        Q.    Is this one of those e-mail

18   communications you had with Ira?

19             MR. RIVERO:  Object to the form.

20        A.    No, seeing as I did not type this

21   e-mail it was not one of the ones I had with Ira.

22   BY MR. FREEDMAN:

23        Q.    Dr. Wright, did Dave Kleiman write

24   the Bitcoin code?

25        A.    Dave Kleiman could not code.



Page 129

1          Q.      Dr. Wright, I am uploading to the

2    drop box two different files, control 1268220 and

3    control 1277609

4          (Exhibits control 1268220 and control

5    1277609 referred to)

6          Q.      How am I supposed to know which

7    communications you had with Ira were real and

8    which ones were not real?

9          A.      If you are going to ask me about

10   the things that I said I did not or did not do,

11   then that is what generally you would do as part

12   of your job.  If I say no, I didn't have that,

13   then I say no, I didn't have that.  You could also

14   analyze some of the documentation and where they

15   came from and sources, and things that did not

16   come from my computers would not be something that

17   I would trust.

18          Q.      The only way for us to know if this

19   is a real document is if you say that is accurate.

20              MR. RIVERO: Objection.  Can you say

21   which document?  I have lost track of the number

22   we are talking about.

23              MR. FREEDMAN:  DEFAUS 115950.

24              MR. RIVERO:  The same one.

25              MR. FREEDMAN:  The same one.



Page 130

1   Dr. Wright ---

2           A.      Yes.

3   BY MR. FREEDMAN:

4           Q.      Are you saying the only way for us

5   to know if a document is real is if you say it is

6   real?

7           A.      That is not what I said, nor

8   implied.

9                   MR. RIVERO:  Object to the form.

10  BY MR. FREEDMAN:

11          Q.      How else aside from your say-so can

12  we know -- how else can we know, besides from your

13  say-so that a document you have produced to us is

14  real?

15                  MR. RIVERO:  Object to the form.

16          A.      The document my counsel have

17  produced from various sources and what you would

18  have is e-mails from Ira Kleiman and you would

19  have to start analyzing some of those.  The ones

20  received, etc.  Even then you would have to

21  analyze the source and other such things.  You

22  would not pick e-mails that I had supposedly given

23  you in a stream.  You would pick the original, as

24  Mr. Ira Kleiman had, and start forensically

25  examining that, looking at the source, the IP



Page 131

1    address, where it was done, showing that I was in

2    that location or whatever else, which is not this.

3    BY MR. FREEDMAN:

4         Q.    Are you aware that you are listed a

5    custodian for this document?

6              MR. RIVERO:  Sorry, I could not

7    hear the question.

8    BY MR. FREEDMAN:

9         Q.    Are you aware that you are listed

10   as the custodian for this document?

11             MR. RIVERO:  Object to the form.

12        A.    No, I do not ----

13   BY MR. FREEDMAN:

14        Q.    Do you see those two control files

15   that have been upload to the share file?

16        A.    Not really.  I see two files have

17   been uploaded but I do not see the files

18   themselves, no.

19             MR. RIVERO:  Mr. Freedman, you have

20   to tell me what you are referring to.  Are we

21   changing documents now?

22             MR. FREEDMAN:  We are changing

23   documents control 1277609 and control 1268220.

24             MR. RIVERO:  Bear in mind you

25   control this proceeding but I do not see what you



Page 132

```
 1   are showing Dr. Wright so you have to tell me so

 2   I know what is going on.

 3   BY MR. FREEDMAN:

 4        Q.     The documents I will do my best to

 5   make sure I reference them to you.

 6               MR. RIVERO:  I want to make sure we

 7   understand each other.  I am looking at the

 8   document that you asked me to look at so I am not

 9   looking at the population of the share file at

10   that moment, I am looking at the document.  You

11   have to tell me "we are changing documents" so

12   I can stay with you.

13   BY MR. FREEDMAN:

14        Q.     Do you have those documents in

15   front of you now?

16        A.     I have the two file names in front

17   of me.

18        Q.     Can somebody please open them for

19   Dr. Wright?

20        A.     I believe we can do one at a time,

21   not both.

22        Q.     Right.

23               MR. RIVERO:  That is how my

24   computer works.

25   BY MR. FREEDMAN:
```



Page 133

1          Q.     Let us do 1277609 first.  I asked

2    you if Dave wrote the Bitcoin code and I believe

3    you said no, is that an accurate characterization

4    of your testimony?

5          A.     Dave Kleiman did not write code.

6          Q.     Do you have that file in front of

7    you now, Dr. Wright?

8          A.     I certainly do.

9          Q.     Do you see it; it is a tweet from

10   somebody called Mike Relentless?

11         A.     Yes.

12         Q.     "The real Satoshi wrote the White

13   Paper Dave Kleiman wrote the code, coders are not

14   inventors, left brain versus right brain; Satoshi

15   was creative."  Do you see there are four likes?

16         A.     I see four likes, yes.

17         Q.     Do you see the like on the right

18   most side?

19         A.     I see someone using my image.

20         Q.     Let us go to control 1268220; do

21   you have the document in front of you?

22         A.     I am waiting.

23         Q.     Did write this post?

24                MR. RIVERO:  I am also loading.

25   BY MR. FREEDMAN:



Page 134

1          Q.     I am not referencing.  Did you like
2     this post?
3          A.     I do not know.  If you are asking
4     whether the former account that I had Professor
5     Faustus like that thing, as I said, I was not the
6     sole person running the Bitcoin -- Twitter account
7     that I had.  I do not run my social media.  My
8     linked-in page is run by Sebastian and I apologize
9     I do not know the other person's name, which is
10    really terrible because they work for me.
11         Q.     Can we agree that your Professor
12    Faustus account liked this tweet?
13                MR. RIVERO:  Object to the
14    documents, I do not know how this is captured,
15    I do not know what that reflects, we do not have
16    the ability to open anything, I object to this
17    document 1277609.  Dr. Wright answer if you can.
18         A.     Basically what you are saying is
19    someone clicked on a Mike Relentless SV like from
20    the past, followed by people like Vinny Lingham
21    and whatever else, and liked a comment by someone;
22    is that correct?
23    BY MR. FREEDMAN:
24         Q.     I am just asking whether the Prof.
25    Fautus account that you said belonged to you liked



Page 135

1    this tweet; simple question?

2              A.      That is not what I said.

3                      MR. RIVERO:  Object to the form.

4              A.      I did not say it belonged to me.

5    I even said that the Facebook one did not belong

6    to me.  I said I used an account in conjunction

7    with staff.  That at no point did I say nor

8    characterize that I owned the account.  Please do

9    not put words in my mouth.

10   BY MR. FREEDMAN:

11             Q.      I understand that you claim you did

12   not write any e-mail and you did not make any

13   posts, but all I am asking for this specific

14   question is: did the Prof. Faustus account like

15   this tweet; yes or not?

16                     MR. RIVERO:  Objection move to

17   strike the product of the question.  Answer if you

18   can.

19             A.      I do not know the Prof. Faustus

20   account was disabled quite some time ago by

21   Twitter.  As such, I am not able to say whether

22   that is the case or not.  I do not know whether

23   any of the staff members clicked on that, I do not

24   know whether they liked it, I do not know.  All

25   I see is an image that shows my image and saying



Page 136

```
 1    that it is liked.

 2    BY MR. FREEDMAN:

 3           Q.     Did Dave Kleiman compile version

 4    0.1 of Bitcoin?

 5           A.     No.

 6           Q.     Dr. Wright, I am uploading to the

 7    share files Kleiman 4288.  Let me know when that

 8    is up.

 9                  (Exhibit Kleiman 4288 referred to)

10           Q.     Is that up?

11           A.     No, I'm still waiting.  It is up.

12           Q.     Do you recognize this e-mail?

13                  MR. RIVERO:  I am looking for it.

14           A.     No, I do not.

15    BY MR. FREEDMAN:

16           Q.     Is this a real e-mail?

17                  MR. RIVERO:  Wait a moment, it has

18    to load for me.  Please give me a moment to make

19    sure I have it.  Go ahead.

20           A.     It is a PDF.

21    BY MR. FREEDMAN:

22           Q.     Is it a PDF of an e-mail?

23           A.     I do not know.  It is a PDF of what

24    appears to be an e-mail, yes.

25           Q.     Is it real?
```



Page 137

```
 1              A.      I do not know, I cannot tell from a
 2     PDF.  If you are asking is it my e-mail, no.
 3              Q.      On 10 May 2017 Ira wrote to you
 4     "I read that version 0.1 of Bitcoin was compiled
 5     using Microsoft visual studio for windows and the
 6     other day I came across that program in Dave's set
 7     of disks, it got me wondering if he compiled it";
 8     do you see that?
 9              A.      Yes.
10              Q.      Do you see you respond back?  "Yes,
11     we both played(?), Dave compiled"?
12              A.      You are saying this is an e-mail
13     from me.  I stopped responding at all, well before
14     this, to Mr. Kleiman?
15              Q.      The e-mail we looked at which was
16     previously DEFAUS 115950 also came from Craig at
17     RCJBR.org e-mail account.  We are now in 2017,
   ████ ████████████████████████████████████████████
19     claiming that someone else is writing this e-mail,
20     is that accurate?
21              MR. RIVERO:  Objection,
22     mischaracterizing the testimony.  Dr. Wright,
23     answer that if you can.
24              A.      Again, you are making the
25     Craig@RCJBR means that it came from the account.
```



Page 138

█ ████████████████████████████████████████████

2   failing to understand or accept that it is very

3   easy to spoof and forward e-mail or even that this

4   has been analyzed and that I have seen anything

5   showing that it came from me.

6   BY MR. FREEDMAN:

7          Q.     This is not your ----

8          A.     Sorry, I did not hear.

9          Q.     Is this e-mail fake?

10         A.     Looking at a PDF does not allow me

11  to say this e-mail is fake.  Someone could have

12  jumped on or hacked my machine, I do not know

13  that.  I do know that we have a complaint with the

14  UK police about a hacking at the moment that has

15  occurred, and I also know that I cannot say

16  whether this is a doctored copy of an e-mail or a

17  hacked e-mail from a PDF.

18         Q.     Did you send this e-mail?

19         A.     No, I was not communicating with

20  Ira Kleiman.

21         Q.     Do you still have the e-mail

22  address Craig@RCJBR.org?

███         ████        ██████████████████████

24         Q.     When did you not have it?

25         A.     It was disabled at the end of 2015,



Page 139

```
 1    I do not remember exactly when it was re-enabled.
 2         Q.    Was Dave one of the three key
 3    people behind Bitcoin?
 4         A.    No.
 5         Q.    I am uploading to the share file
 6    Kleiman 8178.
 7            (Exhibit Kleiman 8178 referred to)
 8         A.    It is still loading.
 9         Q.    Page 1.
10         A.    The e-mail is up.
11         Q.    Do you see an e-mail in the middle
12    page February 11, 2014 from
13    Craigswright@hotwirepe.com?
14         A.    No, I do not see the e-mail I see
15    the text that purports to be that from a forwarded
16    document, Craigwright@hotwire was a joint CEO
17    account.
18         Q.    Do you see where it says "hello
19    Louis, your son Dave and I are two of the three
20    key people behind Bitcoin"?
21         A.    Yes, I see that.
22         Q.    Did you type that?
23         A.    No, I did not.
24         Q.    Who typed it?
25         A.    If it was sent directly from my
```



Page 140

1    e-mail account, possibly Angela.

2            Q.      Angela who, what is her last name?

3            A.      Demitrio, she was my EA,

4    I apologize if I am pronouncing it wrong, it has

5    been many years.

6            Q.      Why would she have typed that?

7            A.      She was my EA.  I had requested

8    people to reach out to Louis Kleiman; Uyen Nguyen

9    had found Louis's contact details and I had

10   requested my staff to send an e-mail contacting

11   him saying that Dave had shares in Coin-Exch, that

12   his estate basically needs to transfer and that

13   Mr. Kleiman, David Kleiman, was very important to

14   me, he had been my best friend and to reach out to

15   his family.

16           Q.      Angela came up with the idea that

17   "Dave and I are two of the three key people behind

18   Bitcoin"; is that your testimony?

19           A.      No, that is not what I said.

20           Q.      Did you tell Angela to write those

21   words or the sub-state to those words?

22           A.      No, I did not.

23           Q.      Where did she understand to write

24   that?

25           A.      My guess would be speaking to Uyen



Page 141

1    Nguyen, possibly other people at the organization
2    at the time.
3            Q.      Dr. Wright, I believe the record
4    will reflect that at your first deposition
5    I handed you this e-mail and I asked if you
6    recognized it. You told me it was a printout of an
7    e-mail and then I asked you "did you write" and
8    you responded "I typed that".  Is that your
9    testimony?
10           A.      That is a mischaracterization.  You
11   asked me a particular sentence.  You did not say
12   whether I typed that e-mail.  You said a
13   particular sentence -- literally one sentence in
14   this e-mail -- and say "did you type that".  In
15   discussions with my lawyers, I typed that exact
16   sentence.  When discussing between Amanda ---
17           MR. RIVERO:  Dr. Wright, please do
18   not talk about discussions with your lawyers.
19   Please answer.
20           A.      Without going into the discussions,
21   we had -- I just need to formulate how I say it
22   without saying my discussions -- I had pointed out
23   evidence that my lawyers -- I keep hitting
24   discussion points.  I discussed that sentence and
25   I typed that sentence.  I did not type the whole



Page 142

1    e-mail.  As you know, and as you have pointed out

2    yourself several times, I am overly literal.  You

3    asked me had I typed that sentence.  Yes, I have

4    typed that sentence.

5          Q.     Did you mean it when you typed it?

6          A.     I meant to type what I typed when

7    I was discussing evidence with my counsel.  I did

8    not mean that I typed that e-mail.

9                 MR. RIVERO:  Dr. Wright, I have to

10   be careful that you do not waive privilege.  Do

11   not discuss communications with counsel.

12   BY MR. FREEDMAN:

13         Q.     Dr. Wright, I want to understand

14   what exactly it is you are telling me.  I asked

15   you, and it says "hello Louis, your son Dave and

16   I" -- let me back up.  I am going to read from the

17   transcript for you.

18         A.     Please do.

19         Q.     "Q.  Do you recall reaching out to

20   Louis Kleiman in February 2014? A.  I do not

21   remember the exact date but some time around then,

22   yes.  Q.  I am handing you what we can mark as

23   plaintiff's exhibit 2, this is documentary 83-23,

24   do you recognize this e-mail on the second half of

25   page 2? A.  I recognize the printout of the



Page 143

1    e-mail.  By Mr. Freedman Q.   It says 'hello

2    Louis, your son Dave and I are two of the three

3    key people behind Bitcoin'.  Did you write that?

4    A.   I typed that. Q.  Who is the third person? A.

5    It is one of those things.  Ms. Marko.  Okay.

6    Dr. Wright is not in a position to answer that

7    question.  We will provide a full some explanation

8    to the court in camera."  Do you recall that back

9    and forth?

10        A.    Which is exactly what I just told

11   you.  I recollected my deposition correctly --

12        Q.    I just asked if you recall the

13   testimony.  Please keep your answer to what I am

14   asking you.

15        A.    I am.  Would you like me to answer

16   or do you want to interrupt me again?

17        Q.    Go ahead, please answer.

18        A.    It was exactly what I just told

19   you.  My recollection was completely correct of

20   the first deposition.  You asked me did I type

21   that sentence?  That is a question literally

22   meaning have I ever typed that sentence.  In a

23   response to my lawyers where I said in the e-mail

24   sentence -- which I will not discuss because my

25   lawyer will object -- I typed that sentence.  So,



Page 144

1    the correct answer to "did you type that

2    sentence?"  Yes, because did "you type this" is

3    not the e-mail, it is a sentence.  You did not say

4    "did you type or did you create or did you produce

5    that e-mail?"

6         Q.    In response to my showing you an

7    e-mail and asking you whether or not you typed a

8    sentence of it you purposively misled me to think

9    that you had just typed one sentence of it in a

10   conversation with your lawyers but you did not

11   mean to answer that you had actually typed that

12   e-mail?

13        A.    You are again misconstruing my

14   answer.  I have put you on notice that I have

15   Asperger's, I have autism, I am literal, this is,

16   under the American Disability Act, a registered

17   disability.  I have a disability.  I am utterly

18   literal.  You have in this case pulled me up

19   saying "you are a very literal person,

20   Dr. Wright".  You have many times made that

21   statement.  You recognize the complete literalness

22   of my answers.  You asked me, as a disabled person

23   under the American Disability Act, whether a

24   disability I have is a problem for you, and you

25   are accusing me of lying because I do not look



1   people in the eye, because that is part of my

2   disability, you are accusing me of lying because

3   well basically I literally answered the exact

4   question that you asked me, literally.  Is that

5   what you are saying?  Are you saying you are

6   objecting because of my disability and the fact

7   that I literally answer?

8          Q.     Dr. Wright --

9                 MR. RIVERO:  Do me a favour, just

10  answer the questions.  I forgot what the question

11  was, but just answer the question.

12  BY MR. FREEDMAN:

13         Q.     We will move on.  Did you write

14  that sentence in an e-mail to Louis Kleiman?

15         A.     No.

16         Q.     Why did you tell the court you

17  could not answer my question on who the third

18  person was because it involved issues of national

19  security?

20         A.     Because of the way you asked it.

21         Q.     Explain that to me.  What were the

22  issues of national security that were called into

23  question when I asked you who is the third person?

24         A.      If I am talking about people who

25  had helped me then the other person was a person



Page 146

1    in the UK.  Did he help me code ----

2         Q.    I do not understand.  Is the

3    sentence "there are three people behind Bitcoin",

4    true or false?

5         A.    Did they help me code?  No.  Did

6    they write the paper?  No.  Did two other people

7    help me in setting everything up?  Yes.

8         Q.    Two other people helped you set

9    everything up.  One of them is Dave; who is the

10   third person?

11        A.    I did not say one of them is Dave.

12        Q.    Who are the two people that helped

13   you set everything up, Dr. Wright?

14        A.    Wing Commander Don Lynam, Order of

15   Australia, number 1.  The other person works ----

16        Q.    Sorry, sorry I did not catch that.

17   Please repeat number 1; who is number 1?

18        A.    Wing Commander Donald Lynam,

19   Australia Air Force, retired.

20        Q.    Who is number 2?

21        A.    Number 2 is a former GCHQ MI6

22   operative who was killed by Russian agents who was

23   working on the tracking of basically money

24   laundering funds that I had helped and talked to

25   before his death here in the UK, named Gareth.



Page 147

```
 1            Q.     What is Gareth's last name?

 2            A.     Am I allowed to answer these sort

 3    of things?

 4                   MR. RIVERO:  Dr. Wright, I think

 5    this has already been ruled on by the court --

 6    I am pretty sure this was ruled on by the court,

 7    and so I think you have to answer, I am not

 8    instructing you not to answer.

 9                   A.  He went by Williams.

10    BY MR. FREEDMAN:

11            Q.     Gareth Williams?

12            A.     That is one name he used.

13            Q.     So, Dr. Wright, were you a super

14    spy for the government?

15                   MR. RIVERO:  Objection, judge

16    I have not in the entire time made a relevance

17    objection, but I think this was dealt with at the

18    previous deposition, I am not sure how this

19    question deals -- relates to the determination of

20    the issues of this case, which is about the

21    relationship between Dave Kleiman and Dr. Wright

22    and I would ask for a relevance ruling on that

23    question.

24                   JUDGE REINHARDT:  Mr. Freedman, I

25    will hear you.
```



Page 148

```
 1                    MR. FREEDMAN:  Dr. Wright has now
 2   claimed that the e-mails he previously said were
 3   real and that in involved relevant admissions to
 4   the partnership are complete fabrications, and
 5   that instead the three people he is actually
 6   referring to are two other people, we believe this
 7   is completely untrue and that this will go to
 8   Dr. Wright's credibility to the jury.  His story
 9   is unbelievable.
10                    JUDGE REINHARDT:  The pending
11   question was something to the effect was
12   Dr. Wright a spy for the UK?  That is completely
13   irrelevant.
14                    MR. RIVERO:  That is the question
15   I objected to, your Honor.
16                    JUDGE REINHARDT:  I sustain that
17   relevance objection.
18   BY MR. FREEDMAN:
19        Q.    Dr. Wright, did you want -- do you
20   see in the e-mail to Louis Kleiman the third
21   paragraph "know also that Dave was a key part of
22   an invention that will revolutionize the world"?
23        A.    I see the comment and I see the
24   reference to a link that I hate.
25        Q.    Did you type that sentence to Louis
```



1  Kleiman?

2          A.     No, I did not sent this e-mail;

3  other people who worked for me may have.

4          Q.     Did you authorize them to send this

5  e-mail?

6          A.     I authorized them to reach out and

7  send an e-mail.  I did not review what was sent.

8          Q.     Do you agree with the statement

9  that Dave was a key part of an "invention that

10  will revolutionize the world"?

11         A.     I believe that Dave was essential

12  for me because, without Dave, I would not have

13  survived.  I talked to Dave three, four times a

14  week, so Dave was essential because I would not

15  have kept my sanity without Dave.  Dave was my

16  best friend and without Dave there to talk to

17  literally I would have just quit earlier.

18         Q.     Dr. Wright, did you need Dave's

19  help to build Bitcoin?

20         A.     I needed Dave's help as in

21  listening to me, hearing me rant, someone to talk

22  to, to be a friend.

23         Q.     Did you need him to help, did you

24  need his help to help you build Bitcoin?

25         A.     I reiterate, I needed Dave's help



Page 150

1    because, if it was not for Dave, I would not have

2    stayed sane.  I do not have many people like me,

3    I do not get on well with people, and to have

4    someone who would sit there and listen to me, who

5    would treat me like I am human was actually

6    important to me.  At that time Dave was the only

7    person who did in my entire life.

8            Q.    You needed him to help you build

9    Bitcoin?

10           A.    I needed Dave to help in talking to

11   Dave, yes.  I needed Dave as a friend.

12           Q.    Was Dave an essential part of

13   creating Bitcoin?

14           A.    I reiterate if it wasn't for Dave

15   I would have gone totally insane earlier.  I had

16   no other friends.  I had people who worked for me

17   -- I had people who did things for me, I had a

18   marriage that was falling apart, I had one friend

19   in the world, so, yes, I needed Dave.

20           Q.    Would Bitcoin have executed without

21   Dave?

22           A.    Again, I had one friend, one friend

23   I talked to, one friend who I told what I was

24   doing, one friend.

25           Q.    So would Bitcoin have executed



Page 151

1    without Dave?

2              MR. RIVERO:  Object to the form.

3         A.    I do not know whether I would have

4    gone insane or not.  Can I have a tissue please?

5    BY MR. FREEDMAN:

6         Q.    Was Dave an essential part of

7    creating Bitcoin?

8              MR. RIVERO:  Objection asked and

9    answered.

10         A.    Dave was my friend.

11    BY MR. FREEDMAN:

12         Q.    This is not what I asked.  I asked

13    if he was an essential part of creating Bitcoin?

14              MR. RIVERO:  Same objection.

15         A.    Dave did not write the Bitcoin

16    White Paper, Dave did not code, Dave did not

17    launch, Dave did not run nodes, Dave was in

18    hospital for the first few months.  I did

19    everything I could to try and bring Dave into my

20    life more.  Dave was my friend.

21    BY MR. FREEDMAN:

22         Q.    I am going to upload to the share

23    cloud Australia 81546?

24              (Exhibit Australia 81546 referred to)

25         A.    After this one, can I have a break,



Page 152

```
 1    please?
 2                 MR. FREEDMAN:  Would you like to
 3    take a break now?
 4          A.    No, load this one first and then
 5    I will do it.
 6                 MR. RIVERO:  Has the temperature
 7    improved at all?
 8          A.    Not particularly.
 9                 MR. RIVERO:  Is it 52146?
10                 MR. FREEDMAN:  81546.  Do you have
11    that up?
12          A.    I do.
13          Q.    Do you see the e-mail from you to
14    Dave Kleiman?
15          A.    I do.
16          Q.    Is this a real e-mail?
17          A.    I sent something like this around
18    that time.
19          Q.    Did you send these exact words?
20          A.    It looks like the words I sent,
21    yes.
22          Q.    Let us take a break.
23                 (A short recess from 5.48 p.m. to 6.06
24    p.m.)
25    BY MR. FREEDMAN:
```



Page 153

```
 1              Q.     Dr. Wright, in your share file is

 2    the document defense 1369334; can you open that up

 3    for me?

 4                     MR. RIVERO:  Repeat.

 5                     MR. FREEDMAN:  Defense 1369334.

 6              (Exhibit Defense 1369334 referred to)

 7    BY MR. FREEDMAN:

 8              Q.     Do you have that document up?

 9                     MR. RIVERO:  Just a moment, somehow

10    I lost my setting.

11                     Okay.  I found it.

12    BY MR. FREEDMAN:

13              Q.     Do you have that e-mail in front of

14    you?

15              A.     Yes.

16              Q.     Is this an e-mail from Dave to you?

17              A.     No, it is an e-mail from me sending

18    something to Nicholas Mavrakis of Clayton Utz, my

19    solicitor.

20              Q.     Let me break that down.  If we go

21    to e-mail correspondence below the e-mail from you

22    to your solicitor, does it reflect an e-mail chain

23    between you and Dave Kleiman?

24              A.     Yes, that is what it appears to do,

25    that looks familiar.
```



Page 154

```
1          Q.      Did you send these e-mails that are
2   attributed to you?
3          A.      This is from Dave Kleiman.
4          Q.      Below that, there are e-mails from
5   you, a chain of e-mails between you and Dave?
6          A.      I have not seen the next one yet.
7          Q.      Specifically I would like you to
8   look at the e-mail that purports to come from you
9   on 27 December 2008 at 1.02 p.m.; do you see that
10  one?
11         A.      Yes.  Keep scrolling please.  Yes.
12         Q.      Did you send this e-mail?
13         A.      It looks familiar, yes.
14         Q.      Did you type "I need your help, you
15  edited my paper and now I need to have you aid me
16  build this idea"?
17         A.      Yes, I asked Dave to help me.
18         Q.      Dr. Wright, I am going to ask you
19  to pick up DEFAUS 115950 uploaded at 1.06 p.m..
20  (Exhibit DEFAUS 115950 referred to)
21                 MR. RIVERO:  I am going back to my
22  ---
23  BY MR. FREEDMAN:
24         Q.      Look at the upload time at 1.06
25  p.m.
```



Page 155

```
 1                    MR. RIVERO: You are attributing too

 2    much technical knowledge to me.

 3          A.     I can attest for that.

 4                    MR. RIVERO:  Say the number.

 5                    MR. FREEDMAN:  DEFAUS 115950.

 6                    MR. RIVERO:  I have an important

 7    birthday coming up, I just want to point that out.

 8    I think I have it.  Is it, you say 15950?

 9                    MR. FREEDMAN:  115950.

10                    MR. RIVERO:  Thank you for your

11    patience.

12    BY MR. FREEDMAN:

13          Q.     Go to page 3 of that PDF for me,

14    there you should see an e-mail from yourself on

15    Friday March 7, 2014 at 5.22 p.m., do you see

16    that?

17          A.     I see that, yes.

18          Q.     Did you send that e-mail?

19          A.     Sounds like something I would say.

20          Q.     Did you send it?

21          A.     I cannot answer that.  I said it

22    sounds like something I would say.

23          Q.     Is it fake?

24          A.     Again, I do not know.  But it

25    sounds like something I would say -- or it reads
```



Page 156

 1    that way.

 2           Q.    Dr. Wright, can you go back to the

 3    Satoshi's Vision file in the dropbox, there is an

 4    e-mail in front of it, Mr. Rivero.

 5                 MR. RIVERO:  Tell me what page.

 6                 MR. FREEDMAN:  I am loading it up

 7    too this time.

 8           A.    It is loaded.

 9    BY MR. FREEDMAN:

10           Q.    Can you go to the top of page 12.

11    Are you there?

12           A.    Yes.

13           Q.    The Satoshi's Vision book published

14    under the name Craig Wright, correct?

15           A.    Yes.

16           Q.    Can you read that paragraph for the

17    record?

18           A.    Yes.

19           Q.    Please go ahead.

20           A.    "The second question is easier to

21    answer.  I wrote the White Paper.  There was some

22    bits and pieces included which I had help with and

23    I had help editing, but the White Paper is

24    essentially my work.  The matter of Satoshi being

25    an individual or group is a little more complex,



Page 157

```
 1    Satoshi was a public persona.  I adopted a part
 2    that I played.  Yet even though I would say
 3    Satoshi was 90% me, other people helped, other
 4    people shaped the creation."
 5            Q.      Do you agree with that statement?
 6            A.      I do.
 7            Q.      Can you take a look at DEFAUS
 8    558940?
 9    (Exhibit DEFAUS 558940 referred to)
10            Q.      This is an e-mail from you to
11    Robert McGregor, yourself, Calvin Ayre, Ramona
12    Watts, with a CC to other people?
13            A.      Yes.
14            Q.      Did you send this e-mail?
15            A.      That looks like my e-mail.
16            Q.      Do you see where it says "worst
17    case is my communications with Dave"?
18            A.      Yes.
19            Q.      You see it says "the keys are on it
20    as well"?
21            A.      Yes.
22            Q.      What keys are you talking about?
23            A.      I am talking about keys that are
24    encrypted files which this says AES256, so we are
25    not -- what you are talking about there and what
```



Page 158

```
 1    this is are two different things I believe.  This

 2    is general encryption keys to machines, to other

 3    things that we are talking about.

 4            Q.    Do they mean Bitcoin keys?

 5            A.    No.

 6            Q.    The keys to Bitcoin?

 7            A.    No, Bitcoin does not use encryption

 8    at all, let alone AES256.

 9            Q.    It says there are keys on it but

10    the keys are AES256 encrypted, right?

11            A.    It does not say there are Bitcoin

12    keys.

13            Q.    Do you see under it says the e-mail

14    started in 2007 where "we discussed the idea,

15    sometimes digitally signed"?

16            A.    Yes.

17            Q.    Is there a reason you have not

18    produced any e-mails for 2007 where you and Dave

19    are discussing the idea of Bitcoins?

20            A.    I do not have all my e-mails.

21                  MR. RIVERO:  Object to the form.

22    BY MR. FREEDMAN:

23            Q.    There are e-mails you have not

24    produced?

25            A.    That is not correct.
```



```
 1              Q.      There are e-mails you no longer

 2       have?

 3              A.      In 2007 I used to work for BDO.

 4       BDO is a chartered accountancy in Australia.  That

 5       organization has their own e-mail servers.  I am

 6       no longer a staff member at BDO, I have not been

 7       for many years, I do not know what happened to the

 8       e-mails between 2007 and 2008 where I took a

 9       redundancy package and left BDO, so, no, I cannot

10       give you something that I have no control over.

11              Q.      Do you know the e-mail address

12       Satoshi Nakamoto used to e-mail the Bitcoin White

13       Paper?

14              A.      To whom?

15              Q.      To the photography mailing list?

16              A.      Yes.

17              Q.      Who was it?

18              A.      The vista mail account was

19       primarily used but the GMX account was used

20       earlier than that.

21              Q.      Which is the e-mail that sent the

22       White Paper to the cryptography mailing list?

23              A.      I am having a problem in that that

24       is technically incorrect and I am trying to get

25       around answering it correctly because it is a mail
```



Page 160

1    forwarding server, so I am trying to say it wrong,

2    which is hard for me.

3            Q.      Let me rephrase it for you.  What

4    e-mail address did Satoshi Nakamoto use to send an

5    e-mail to the Metzdowd Cryptography Server?

6            A.      The original e-mails that were

7    distributed, some of which got rejected, were GMX,

8    the other later ones followed on Vistomail.

9            Q.      So I am going to upload to the

10   dropbox the Bitcoin P2PE cash paper, which is the

11   original e-mail from Satoshi Nakamoto to the

12   cryptography mailing list.

13                   MR. RIVERO:  Where is this?  You

14   are uploading it.  The upload by date works.

15           (Exhibit Bitcoin P2PE cash paper referred

16   to)

17   BY MR. FREEDMAN:

18           Q.      Do you see it?

19           A.      I see it.

20           Q.      Do you recognize this is the

21   original message from Satoshi Nakamoto announcing

22   Bitcoin to the cryptography mailing list?

23           A.      I see it as the original one

24   linking the White Paper site.

25           Q.      Do you see at the top the e-mail



Page 161

```
1    address used to send that out?

2            A.     Yes, the Vistomail address.

3            Q.     Satoshi@vistomail.com?

4            A.     Yes, as I said, the Vistomail

5    address.

6            Q.     Is this the same e-mail address

7    that Satoshi Nakamoto used to e-mail and release

8    the Bitcoin client to the cryptography mailing

9    list?

10           A.     There was also -- sorry, the

11   cryptography client, is that -- can you repeat

12   that, sorry?

13           Q.     Yes, the Bitcoin version 0.1?

14           A.     Bitcoin version 0.1 was released at

15   a later point -- 0.1, not -- sorry.

16           Q.     My question is what e-mail address

17   did the Satoshi Nakamoto use to send that to the

18   cryptography mailing list?

19           A.     The cryptography mailing list, all

20   the Satoshi e-mails were the same.

21           Q.     All the Satoshi@vistomail.com?

22           A.     Yes.

23           Q.     Is it not true that Dave Kleiman

24   controlled that account?

25           A.     No, it is not true and it is not
```



Page 162

1  possible either.  Dave Kleiman was actually in

2  hospital during the time.

3          Q.      Dr. Wright, can you take a look at

4  DEFAUS 112712?

5          (Exhibit DEFAUS 112712 referred to)

6  Do you have that there?

7          A.      I do not yet: I have a spinning

8  thing.  I have a white page.  I have now the

9  e-mail.

10         Q.      Can you go to the bottom of that

11 page, the page ending in 712, and you will see an

12 e-mail from Ira Kleiman on 15 February 2014 to

13 Craig Wright at ACM.org; do you see that?

14         A.      Yes, I do.

15         Q.      Do you see in the last paragraph

16 Mr. Kleiman asked you: "Can I ask if Dave played a

17 part in writing the original PDF under the Asian

18 alias."

19         A.      Yes.

20         Q.      Do you remember getting this

21 e-mail?

22         A.      I have received e-mails from Ira

23 and other people; I do not remember this

24 particular e-mail, no.

25         Q.      On top of that you respond back, do



Page 163

1    you see your response at February 15, 2014 at

2    11.48?

3           A.     What is "Craig Wright A", sorry?

4           Q.     You produced it, Dr. Wright.

5           A.     I did not produce it.  As I said,

6    it is copied from Australian machines that were

7    there after I left the country.  That was given to

8    my counsel, so ----

9           Q.     Did you send this e-mail

10   Dr. Wright?

11          A.     No, I did not.

12          Q.     Do you see it says "He had the

13   Vistomail account".

14          A.     I can see this has been typed, yes.

15          Q.     Do you see it says: "Dave was

16   involved with the PDF he had the Vistomail

17   account, I had the GMX one"?

18          A.     Yes, I see that says that.

19          Q.     You did not send that e-mail?

20          A.     No, I did not.

21          Q.     Is it true that Dave had the

22   Vistomail account?

23          A.     It is not true that Dave had the

24   Satoshi Vistomail account.

25          Q.     I am going to ask you take a look



Page 164

1    at Kleiman 0385767.  Can you let me know when you

2    have that document up?

3            (Exhibit Kleiman 0385767 referred to)

4            A.    I have it in front of me.

5            Q.    Do you recognize this as an e-mail

6    chain between you and Ira?

7            A.    No, I was not communicating with

8    Ira in 2017.

9            Q.    Do you see the e-mail from Ira at

10   September 29, 2017 at 5.20 a.m.?

11           A.    I believe Ira Kleiman was already

12   trying to take legal action against me and I was

13   not communicating at all with Ira at this point.

14           Q.    I just asked you if you saw the

15   e-mail from Ira Kleiman at September 29, 2017 at

16   5.20 a.m.?

17           A.    I see this document.

18           Q.    He is quoting your previous

19   e-mails, "he had the Vistomail account, I had the

20   GMX one"; do you see that?

21           A.    No, I see that you have a document

22   in front of me.

23           Q.    Okay.  Do you see that he poses the

24   question:  "Why do you tell me that Dave used the

25   Vistomail account when the Gizmodo article shows



Page 165

1    you using it to e-mail colleagues in January

2    2014"; do you see that question?

3             A.    Yes.

4             Q.    Do you see the response that came

5    from Craig Wright on September 29, 2017 at 1.38

6    a.m.?

7             A.    No, I see text on what is being

8    proposed to be an e-mail at a time when I was not

9    in contact with Ira.

10            Q.    The response says "originally used,

11   is not what it was in 2014"; do you see that

12            A.    It says "in '14"?

13            Q.    "In '14"; do you see that?

14            A.    Yes.

15            Q.    You understand why this appears as

16   if you had reconfirmed that Dave used the Satoshi

17   Vistomail account back in 2009; do you not?

18            A.    No, I see a document that has been

19   created, likely by Ira.

20            Q.    Okay.  I am going to ask you to

21   take a look at, in the share file, you will see

22   that it is titled "Z4", this is a blog entitled:

23   "Cracked, inSecure and generally broken"; do you

24   recall that blog?

25            A.    I am waiting for it to come up.



Page 166

1    Yes, I recall this blog.

2         Q.    Do you recall this post?

3         A.    I recall the post on the tracking

4    project that I had on my ranch in Australia.

5         Q.    Can you go down to page 3 of 7 for

6    me to the post that starts up Tuesday 30 April

7    2013, entitled "Dave Kleiman"?

8         A.    Yes, I see that.

9         Q.    Do you see about three-quarters of

10   the way down to the page there is a paragraph that

11   starts off "it was Dave's Vistomail account that

12   allowed me to start some of my more radical

13   ideas"?

14        A.    Yes.

15        Q.    Is this the Satoshi@Vistomail.com

16   account?

17        A.    No.

18        Q.    Which account was that?

19        A.    I do not remember the exact name.

20   I haven't kept it.

21        Q.    But you did write this; is that

22   correct?

23        A.    I did write this, that is correct.

24        Q.    Dr. Wright, I would like you to

25   take a look at Defense 13694?



Page 167

1          (Exhibit Defense 13694 referred to)

2          A.     It is up.

3          Q.     Do you recognize this is a contract

4    for the sale of shares for the company-owning

5    business?

6          A.     Can I scroll through, please?  Keep

7    going to the end.

8          A.     Yes, I recognize this document.

9          Q.     Is this a real document?

10          A.     This is a scan.

11          Q.     Did you sign the document, the

12    original?

13          A.     I signed a document, I have not

14    checked it word for word or letter for letter or

15    whether it has been altered in any way.

16          Q.     Can you go -- do you have any

17    reason to think that this may have been altered?

18          A.     I have lots of reasons to think

19    that everything had been altered.  The e-mail for

20    instance that you put up from 2015 between myself

21    where you mentioned Mr. McGregor and other e-mails

22    that you have put today have me from five years

23    ago saying my staff is hacking my computers and

24    other people are hacking my computers.  If people

25    have been hacking my computers for years then,



Page 168

1    yes, I have lots of reasons to think many things

2    have been altered these days.

3         Q.    Can you go to paragraph 3 on page 3

4    of 9 of the PDF of Defense 13697?

5         (Exhibit Defense 13697 referred to)

6         A.    Yes.

7         Q.    Do you recall who the sender is

8    under this agreement?

9         A.    I will need to look at the first

10   page again.

11        Q.    Go back up to page 1 right at the

12   top, I will help you.  You can agree after I tell

13   you, do you see where it says "Dave Kleiman for

14   W&K Info Defense LLV vendor"?

15        A.    Yes, I do.

16        Q.    The vendor is Dave Kleiman, W&K

17   Info, correct?

18        A.    That is what it says, yes.

19        Q.    It says:  "Hence the vendor will."

20   The vendor is Dave Kleiman W&K, right?

21        A.    Dave Kleiman, acting for W&K, yes.

22        Q.    Look at (e); can you read that for

23   me, please?

24        A.    Yes.  "Transfer the Vistomail

25   account."



Page 169

```
 1          Q.     Is this a contract where you claim
 2    Dave is transferring the Satoshi Vistomail account
 3    back to you?
 4          A.     No, at no point.  This was the
 5    vistomail account associated for the W&K filing
 6    for what we were attempting to get for the
 7    Department of Homeland Security Contracts on other
 8    such things.  This was not the Satoshi e-mail
 9    account.
10          Q.     Please open defense 46731 for me.
11    Go down to the last e-mail, an e-mail chain
12    between you and Robert McGregor entitled with the
13    subject "Hal"?
14          A.     There is that, yes, it is a bit --
15    it's a terrible scan in print though.
16          Q.     The first e-mail:  "Was he the
17    first person other than you to run Bitcoin?"  That
18    is Robert McGregor on May 4, 2016; do you see
19    that?
20          A.     Yes.
21          Q.     You respond at May 4, 2016 at 10.21
22    "yes, and Dave"; do you see that?
23          A.     Yes.
24          Q.     Did you write that e-mail?
25          A.     That looks like an e-mail I wrote,
```



Page 170

1    yes.

2          Q.    And then Robert McGregor responds

3    on May 4, 2016 at 10.30 a.m. saying:  "At the

4    point Hal was running it, was he the first or

5    Dave?"; do you see that question?

6          A.    Yes.

7          Q.    You respond back "Dave, then Hal";

8    do you see that?

9          A.    I do.

10         Q.    Did you write that?

11         A.    That looks like my e-mail, yes.

12         Q.    Was Dave the second person to run

13   Bitcoin?

14         A.    As far as I know, when I released

15   the first code in October/November 2008, before it

16   was publicly compiled or whatever else, I had a

17   precompiled version that is not the current

18   version of Bitcoin, it was early alpha, that was

19   radically changed.  That was run by Dave, by Hal

20   Finney, by my uncle, my ex-wife (without her

21   understanding it), and credit, or one of the other

22   guys in the early development of this.  There was

23   another person who ran a copy as well.  I cannot

24   remember his name; I apologize.  If I remember it

25   I will bring it up, but -- that code was then



Page 171

1    depreciated in November and relaunched with quite

2    a number of changes on 3rd January 2009.  That

3    crashed and a new version was then launched on the

4    9th January 2009.  Unfortunately at that point

5    Dave was then hospitalized and could not run the

6    live version of Bitcoin.

7          Q.    I am just asking if what you wrote

8    in your e-mail is true, "Dave was the second

9    person to run Bitcoin"; is that a true statement?

10         A.    I believe I just answered it.

11         Q.    "Yes", the answer is "yes", he was

12   the second person to run Bitcoin?

13         A.    He was the first person to run the

14   code associated with Bitcoin that I know of.  As

15   far as I know, my uncle did not do it at that

16   stage, credit and Hal did not do it at that stage,

17   my wife at the time did not do it at that stage.

18   They did rerun some certain things later, so

19   I believe, yes.

20         Q.    Dr. Wright, do you recall telling

21   "Ira Kleiman to leave others to be Satoshi and

22   Dave not to be"?

23         A.    No, I do not.

24         Q.    Can you take a look at defense

25   115950.  When that PDF opens please go to page 6



Page 172

1    of 7?

2            MR. RIVERO:  I have it next to

3    Satoshi's Vision, if you do upload and have

4    located it.

5    BY MR. FREEDMAN:

6        Q.    Dr. Wright, do you have that up?

7        A.    Something is -- there is a circle

8    going around at the moment so I guess it is

9    loading; 1 of 7.

10           MR. RIVERO:  I was saying that with

11   a little pride that I had gotten it first.

12   BY MR. FREEDMAN: Well done, Mr. Rivero.

13       A.    Yes, I have that up.

14   BY MR. FREEDMAN:

15       Q.    Can you go to page 6 for me.  You

16   should see an e-mail there on March 6, 2014 at

17   5.12 p.m. from Craig S Wright; let me know when

18   you have found that e-mail?

19       A.    Yes.  Scroll down a little bit

20   please.  Yes, I see that.

21       Q.    Do you see where it says: "I will

22   send you some rather private early e-mails today

23   as long as you promise to delete after reading"?

24       A.    I would never do that.

25       Q.    You did not write this e-mail?



Page 173

```
 1          A.      No, I did not write that e-mail.

 2          Q.      That is another e-mail masquerading

 3   as you but not you?

 4                  MR. RIVERO:  Object to the form.

 5   BY MR. FREEDMAN:

 6          Q.      That is a bad question.

 7          A.      I would say ----

 8          Q.      Do you see the second sentence --

 9   go ahead, Dr. Wright.

10          A.      My answer would be you have a whole

11   load of e-mails that come from Ira and other

12   people that seem to want money and seem to want to

13   say a whole lot of stories that are not true.

14   Keep going.

15          Q.      The second sentence of that e-mail

16   says:  "Leave others to be Satoshi and leave Dave

17   not to be"; do you see that?

18          A.      Yes, I see that.

19          Q.      Is your testimony today that you

20   did not send that e-mail; is that correct?

21          A.      I did not send that e-mail.

22          Q.      Immediately after that you shared

23   e-mails with Ira that purport to show you and Dave

24   collaborating to create Bitcoin; do you recall

25   that?
```



Page 174

1          A.      I have seen things in my

2     discussions with my counsel that purport to be

3     such e-mails, so I recall that, yes.

4          Q.      So immediately after you sent that

5     to Ira you then sent e-mails to Ira reflecting

6     private communications between Dave and you

7     purporting to show collaboration for a Bitcoin but

8     you still maintain that original e-mail was not

9     from you?

10               MR. RIVERO:  Object to the form.

11          A.      In looking through some of these

12     e-mails when I went through them, I had noted --

13     can you scroll this one up for a second?  Keep

14     going.  Yes, what I see here appears to be, like

15     many others, bits tacked together.  There are ones

16     where it ends with my sign-off, where parts of

17     e-mails in a thing from Ira, there are parts of

18     other things sent in a stream.  Some of these that

19     are tacked together like that include sending from

20     my HTC, I use a Samsung, I have used a Samsung

21     phone since 2011, I have all the receipts for

22     every phone I have bought, they are on the Samsung

23     account.  I also have one saying that I used an

24     iPhone.  I used an iPhone once in my life,

25     I survived it one week, then I played golf.  This



Page 175

1    was 2006.  I beat the iPhone to death literally.

2    So, if you ever see e-mails from HTC they are not

3    mine, from iPhone they are not mine.  Many of

4    these others are tacked together bits.  Yes, I did

5    not send all this, that is correct.

6            Q.    Dr. Wright do you recall talking to

7    Patrick Page in 2014 about Dave Kleiman?

8            A.    I talked to Patrick Page multiple

9    times about Dave Kleiman.

10           Q.    Did you tell Patrick that Dave was

11   the creator of Bitcoin?

12           A.    No, I did not.

13           Q.    Did you tell Patrick that Bitcoin

14   was created by a group of people that included

15   Dave Kleiman?

16           A.    That is not what I actually said,

17   no.

18           Q.    What did you actually say?

19           A.    I said Bitcoin -- sorry, Dave would

20   have some Bitcoin most likely on computers or

21   wallets at his home.  Dave is very important in my

22   life.  I said "I am working on Bitcoin, I have

23   been creating solutions", I did not discuss the

24   creator of Bitcoin.  So, no, I was not hinting --

25   I was -- I was not hinting, he was.



Page 176

```
 1          Q.     Are you aware that Patrick Page has

 2   testified in his deposition that you did state to

 3   him that Dave Kleiman was the creator of Bitcoin

 4   and part of the team that created Bitcoin?

 5                 MR. RIVERO:  Object to the form.

 6          A.     I have not seen any testimony from

 7   Mr. Page.

 8   BY MR. FREEDMAN:

 9          Q.     What you say if you did see that

10   testimony; is he lying?

11                 MR. RIVERO:  Object to the form.

12          A.     I have not seen any testimony from

13   Mr. Page.

14   BY MR. FREEDMAN:

15          Q.     I understand.  I am telling you

16   that the record will reflect it is there; is

17   Mr. Page lying?

18                 MR. RIVERO:  Object to the form.

19          A.     I do not believe Mr. Page would be

20   lying.  I believe if he has heard anything he

21   would misquote it thinking something more.  More

22   likely we have this human habit of seeing things

23   in media and creating stories after the fact.

24   This is why leading questions are not allowable

25   for police.  For instance, a police officer is not
```



1   allowed to go "did you see the yellow car" because

2   that will lead the witness to believe that they

3   saw a yellow car even though they initially

4   believed it was a red car.  If you start having

5   media things going "did Dave Kleiman invent

6   Bitcoin", and media and everything like that for

7   years would have been going up to Patrick and

8   going "when Dave invented Bitcoin", so by now it

9   is quite fair that he believes that he heard that.

10  BY MR. FREEDMAN:

11        Q.    If you were to know that there was

12  a contemporaneous record of that statement made

13  around the time he heard it, would you revise your

14  answer?

15              MR. RIVERO:  Object to the form.

16        A.    No.  People, once again, make

17  things that are not accurate, and, as you have

18  already demonstrated, when I say something, I am

19  quite often misunderstood.  I can be horribly

20  literal in what I say and other people have

21  implied sentences.  I do not.  So, I do the --

22  someone phones "is your wife home", I will say

23  "yes" and hang up type scenario, which is not

24  actually what you are implying.  I am doing my

25  best to -- I know you want me to answer questions;



Page 178

```
 1    part of my brain logically gets the fact that you

 2    are going please read the question, but I still do

 3    not always click on and, unless you actually say

 4    the word "for the record", it goes over my head at

 5    times.

 6    BY MR. FREEDMAN:

 7         Q.    Dr. Wright, in the beginning of

 8    Bitcoin was it required for there to be a series

 9    of machines to send and transmit information

10    without ----

11         A.    I missed that.

12         Q.    In beginning of Bitcoin was it

13    required that there be a series of machines that

14    would send and transmit information without fail?

15         A.    I am not sure what you are actually

16    asking.  "Without fail": the question is a bit

17    nebulous and I am not sure what you are asking

18    without going into a description of the answer of

19    Bitcoin.  Can you please clarify that for me, I am

20    sorry?

21         Q.    Sure, why don't we open your book

22    Satoshi's Vision on the Art of Bitcoin.   Turn to

23    page 15.

24         A.    It is being scrolled towards page

25    15.
```



Page 179

```
1              Q.      Under the words "the birth of

2      Bitcoin."

3              A.      Yes.

4              Q.      Can you read that first paragraph

5      for the record?

6              A.      Yes.  So, in conjunction with what

7      I explained later what we are doing:  "It required

8      a series of machines to send and transmit

9      information without fail.  This is far more

10     difficult than you imagine."

11             Q.      I do not see the conjunction "what

12     I explain later", my sentence starts with "a few

13     people understand"; can you start from there for

14     the record?

15             A.      Yes.  "Few people understands what

16     was required in the beginning of Bitcoin.  It

17     required a series of machines to send and transmit

18     information without fail.  This is far more

19     difficult than you may imagine."

20             Q.      So now let me re-ask the question,

21     in the beginning of Bitcoin was required for there

22     to be a series of machines to send and transmit

23     information without fail?

24             A.      Yes.  That required a group of

25     machines as a small tight-knit cluster that I ran
```



Page 180

1    so that even if any local machine fell over, got

2    patched, whatever else, the others in that node

3    would keep going.

4          Q.    By extension, anyone who was

5    running a machine could send and transmit

6    information was helping provide a necessary

7    service for Bitcoin?

8          A.    That is what nodes do.  Nodes act

9    as an agent to the network, the network being

10   effectively myself as the issuer.  The nodes would

11   then be paid in relative amounts to provide the

12   transmission etc.  That was more than just home

13   users.  It would be the requirement at the time to

14   run multiple machines so that all of them would

15   not go down.  Any of those would be requiring

16   patching etc., and time stamping of all the

17   transactions that were being tested.

18         Q.    Dr. Wright, would be fair to say

19   that you did all you could to hide information

20   concerning the development of Bitcoin?

21         A.    No.

22               MR. RIVERO:  Object to the form.

23         A.    No, I did not -- I did very little

24   to hide the development of Bitcoin.  I had

25   actually talked to a number of people in the



Page 181

1    Australian Tax Office, I had set up arrangements,

2    I had a formally issued warrant over intellectual

3    property, I had an accountant who recorded

4    information for multiple companies, including

5    information defense.  I had contacted, between

6    2008 and 2013, the commissioner, the three deputy

7    commissioners of the Australian Tax Office, senior

8    officials of Oz industry, people within the US,

9    people in the Australian military, people within

10   the Australian Federal Police.  I had talked to

11   people working in the network area, the copyright

12   area of the Australian New South Wales Police whom

13   I had done work with taking down Pirate Bay and

14   tried to talk about Bitcoin with them.

15   I discussed Bitcoin with Alan Granger, my partner

16   at BDO.  I attempted to have a meeting with three

17   or four other partners at BDO telling them how

18   beneficial Bitcoin would be as a time-stamping and

19   notarization service and that it would basically

20   revolutionize accounting.  I had in 2007 started a

21   mailing group and other group calls CAGS

22   (Compliance Audit Governance and Security), which

23   I stopped because I was trolled relentlessly by

24   people who thought the idea of legislation over

25   money and all the rest was, let me say, an



Page 182

1    anathema to what they wanted.  I spoke to people

2    in the UK, I spoke to people in FATF, I spoke to

3    people in APRA, which is the Australian Prudential

4    Regulatory Authority.  I spoke to people in

5    multiple Islamic banking areas talking about the

6    value of tokens.  Would you like me to keep going?

7    I can.

8    BY MR. FREEDMAN:

9          Q.    Dr. Wright, all I asked you was a

10   yes or no question: would it be fair to say that

11   you did all you could to hide information

12   concerning the development of Bitcoin.  It would

13   really help if you would try to answer the

14   questions posed because we have a limited amount

15   of time.

16         A.    I believe that is answering the

17   questions posed.  I do not believe that would be

18   ----

19         Q.    Let me change the question

20   slightly.  Would it be fair to say that you did

21   all you could to suppress information concerning

22   the development of Bitcoin?

23         A.    No, I had communicated with people

24   in Victoria, New South Wales, Queensland, the USA,

25   UK, Jordan, a number of other Member States, I had



Page 183

```
1    communicated with people in University of
2    Newcastle, Northumbria University, Charles Sturt
3    University.  I had multiple communications with
4    many people.  What I did not want to do is have a
5    sort of people out there in things like LOLs or
6    anonymous know who I was.
7            Q.      Do you think we might be able to
8    have a five minute break, and you have a
9    conversation with Mr Wright, Mr. Rivero?
10           MR. RIVERO:  Hold on one second.
11   Dr. Wright, do me a favor.  I have objected to the
12   question.  Try to answer the question.  I do see
13   you say "no", Mr. Freedman posed once again, and,
14   Dr. Wright, if you could try to respond briefly
15   I would appreciate it.
16   BY MR. FREEDMAN:
17           Q.      Would it be fair to say you did all
18   you could to suppress information concerning the
19   development of Bitcoin?
20           MR. RIVERO:  Object to the form.
21   Dr. Wright, can you try to respond in a brief
22   fashion to that?
23           A.      No, I did very little to suppress
24   knowledge of Bitcoin.
25   BY MR. FREEDMAN:
```



Page 184

1          Q.      Dr. Wright, can you go to Satoshi's
2    Vision, the book published under your name.
3    I would like you to go to page 30.  Three
4    paragraphs up from the bottom of page 30 ----
5          A.      Which is the start of that
6    paragraph?
7          Q.      Starts "some would always lose and
8    I wanted to direct your attention to the middle:
9    "I did all I could to hide and suppress
10   information concerning the development of Bitcoin
11   and much more"; do you see that?
12         A.      I see that.
13         Q.      How is that consistent with your
14   testimony today?
15         A.      You are talking about two different
16   time periods.  I am talking about from 2015 on
17   here, I did everything to try and basically not
18   come out into the media between when people
19   started talking about me in 2015 right up until
20   now, until 2017 I did everything to try and hide.
21   You are talking about two different things.  Did
22   I, from the beginning of Bitcoin, hide and
23   suppress information, no, I should have.  I wish
24   I had.
25         Q.      So you only started hiding and



1   suppressing in 2015?

2        A.     Yes.

3               MR. RIVERO:  Object to the form.

4   BY MR. FREEDMAN:

5        Q.     Did you do everything you could to

6   muddy the waters around Bitcoin's origin?

7        A.     No, I did not.

8               MR. RIVERO:  Object to the form.

9   BY MR. FREEDMAN:

10       Q.     Can you turn to the next page of

11  Satoshi's Vision, 31, the third paragraph:  "I did

12  all I could to muddy the waters, I did all I could

13  to stay private and have a life with parts that

14  remain mine.  Early on I could even put up the

15  false claims of fraud knowing that in the long

16  term it's not going to matter"; do you see that?

17       A.      Yes, I see two things that are

18  unrelated and you are trying to relate them.

19       Q.      How is it consistent with your

20  testimony that you did not try to muddy the waters

21  around Bitcoin's origin?

22       A.      This does not say I did not tried

23  to muddy the water around Bitcoin's origin.  You

24  are adding implied words that are not implied.

25  There is no statement saying "I did all I could do



Page 186

```
 1    to muddy the waters concerning the creation of
 2    Bitcoin".  It saddens me.  My right to privacy and
 3    right to know about people talking about my life,
 4    it was people basically hacking my wife's server,
 5    my children's servers.  I didn't want people to
 6    know where I lived, where I worked, where
 7    I studied.  Right now I have just had to drop one
 8    of my PhDs.  The reason, not because I cannot
 9    study it, not because I'm not doing well, but
10    because that had probably around 100 complaints
11    that Craig Wright is doing two degrees
12    simultaneously.  I was allowed to, I went through
13    everything in the board, and again, I have had a
14    call to go before the Dean to justify why I should
15    be able to keep doing this and not get kicked out.
16    I have dropped one of my PhDs because people call
17    up and complain to the Dean endlessly saying "it
18    is not right that Craig is enrolled in two
19    different degrees, he is going to cheat by doing
20    two different things".  My argument was I am doing
21    law and mathematics.  There is no overlap between
22    mathematics and law.  Yet, I am still having to
23    justify myself.  Yes, I hid my address, I hid
24    where I was, I tried to hide, I tried to let no
25    one know where my company was based, I tried to
```



Page 187

1   ensure that no one knew anything about my family.

2   I tried to stay as hidden as I could and yet

3   people still attack me.  The one thing that I love

4   more than anything else which is studying is has

5   been taken from me because people that I won't

6   even go into -- yes, I did, but that does not say

7   I muddied the waters around Bitcoin, so do not try

8   and twist things.

9        Q.    Let us just agree to disagree on

10  what the implication of that sentence is.

11       A.    No, I do not agree to disagree.

12            MR. RIVERO:  Objection.

13            MR. FREEDMAN:  Okay.  Dr. Wright,

14  can you take a look at defense 65750.

15  (Exhibit Defense 65750 referred to)

16            MR. RIVERO:  Let me note for the

17  record that it is now past 7pm London time.  Can

18  I ask how much longer you intend to go?

19            MR. FREEDMAN:  Six hours on the

20  record.

21            MR. RIVERO:  That is not actually

22  the court's order.  The court's order is quite

23  clear, and it is not six hours on the record, it

24  is, I am reading it, it is "the defendant's

25  deposition shall take place from 1 p.m. GMT to 7pm



Page 188

1   GMT each day".

2              MR. FREEDMAN:  Mr. Rivero, I would

3   say that just we granted our request to extend it

4   for 12 hours; he did not set a time.  I do not

5   think it was her intention, though I do not know,

6   to limit the deposition to not more than 12 hours

7   on the record, and that was also before this

8   entire proceeding had to go forward through video.

9   As you can tell, as you yourself have apologized,

10  there is a lot of delay associated with this and

11  we are doing the best we can.  If we past the time

12  that you think appropriate JUDGE REINHARDT is on

13  the line.

14             MR. RIVERO:  Mr. Freedman, that is

15  a district court order.  I do not get to interpret

16  it and neither do you.  I know you had a half hour

17  of technical difficulties, but the reason that we

18  have had this postponed to this date was never

19  because of us.  We opposed every extension, we did

20  not create the virus either, nor did you.  We got

21  into this situation because you in effect sought

22  an extension last week, which was denied; you

23  communicated to us over the weekend you wanted to

24  seek another extension.  We have never tried to

25  postpone this.  You do not get to interpret that,



Page 189

1    if you want to make it an emergency application to

2    Judge Bloom to modify her order, I encourage you

3    to do.  What I am asking you simply, I am willing

4    to be reasonable and recognize that there were

5    some technical difficulties, I asked you when is

6    this concluded?

7                MR. FREEDMAN:  Mr. Rivero, let me

8    clarify some statements you made on the report.

9    The reason I contacted your office to find out if

10   you would be amenable to the extension is because

11   over the weekend Mr. Dolwich came down with

12   symptoms consistent with Covid-19, so did

13   Mr. Roche.  A partner in our New York City office

14   also went to the hospital on Friday to be tested

15   for symptoms for Covid-19.  Mr. Brenner has had to

16   engage in self-isolation because a family member

17   of his has spiked a fever.  Being that we could

18   not be in the same room and people were sick and

19   ill, I sought to see whether or not you would be

20   amenable to an emergency extension.  You said no

21   and we did not seek it, and we have been doing our

22   best to meet that time limit.

23                Mr. Rivero, let me finish.  When,

24   at some point, if you decide that the deposition

25   should stop, then I invite you to either instruct



Page 190

1    your client to walk out or ask the court who is on

2    the phone to rule on this issue.  Until then, let

3    us please move forward.

4              MR. RIVERO:  Mr. Freedman, we have

5    four people who were being tested on Friday;

6    everyone is in the same situation.  You sought a

7    further continuance of this deposition which was

8    denied midweek last week.  You told us that you

9    were going to seek relief after today for the

10   fourth time.  We did not get into the situation.

11   We have in every instance wanted this to proceed

12   at earlier times because Mr. Wright's schedule is

13   extraordinarily complicated.  I did not say again

14   stop the deposition, I asked a very reasonable

15   question: how long do you intend to proceed?

16             MR. FREEDMAN:  I disagree with your

17   characterization of the order.  It says clearly

18   that our motion is granted in part and denied in

19   part.  "The deposition and time limit of the

20   defendant, Craig Wright, shall be extended to 12

21   hours in the course of two days."  I understand

22   your position, Mr. Rivero; we are not going to

23   agree.  The best way to move forward is to allow

24   me to continue.

25             MR. RIVERO:  You are not answering.



Page 191

1    Go ahead.

2    BY MR. FREEDMAN:

3         Q.    Dr. Wright, did you ever tell

4    anyone that you wanted to talk about exactly what

5    Dave's involvement in Bitcoin was to ensure there

6    were no conflicting views on that later?

7         A.    That not what that says.

8         Q.    I asked you if you ever made that

9    statement?

10        A.    No, that is my wife, I believe.

11        Q.    I did not ask you about any

12   document yet.  I just asked you if you made that

13   statement?

14        A.    No, that is my wife's statement, so

15   you are asking me did I make a statement and

16   I very much doubt that I made that statement, it

17   sounds like my wife.  As the full statement you

18   have made about Dave's creation of Bitcoin or

19   whatever else, conflicting views etc., so ----

20        Q.    Do you recall participating in an

21   interview on February 20, 2019 with The Bad Crypto

22   Podcast, for episode 242 entitled "is Craig Wright

23   the real Satoshi"?

24        A.    No, when was that?  I do too many

25   of these things.



Page 192

1          Q.      February 20, 2019?

2          A.      I honestly do not remember, I do

3    too many of these things, so, no.

4          Q.      Open up the file that is entitled

5    Z10; do you have that in front of you.

6          (Exhibit Z10 referred to)

7          A.      Yes, I do.

8          Q.      Does this help refresh your

9    recollection of whether or not you appeared on The

10   Bad Crypto Podcast on 20/2/19?

11         A.      No, it does not, I do not remember

12   this particular one.

13         Q.      Do you remember being asked at that

14   interview if you claimed to be Satoshi and

15   responding "I said I was part of the creation.

16   I also said if you have a partnership and someone

17   dies it is no longer a partnership"?

18         A.      Again I do not remember the

19   interview so, no, I do not remember.

20         Q.      Do you recall the interviewer

21   asking you:  "So you are saying Satoshi Nakamoto

22   is a pseudonym for a group of at least two or more

23   people that you were part of" and you responding

24   "um, I had help from Dave"?

25         A.      No, I do not remember that



Page 193

1    interview at all.

2         Q.    Well, what do you think you meant

3    when you said "I had help from Dave"?

4         A.    Again, I do not recall it so

5    I cannot say -- if you are saying I said that then

6    when I say Dave helped me, as I said Dave helped

7    me stay sane, Dave helped me basically get through

8    life, Dave helped me as my best friend, Dave

9    helped me at one point as my only friend.

10         Q.    What did you mean when you said you

11    were part of the creation?

12         A.    The third reference in the White

13    Paper by Mathias is the first widespread reference

14    to a time chain which is now called blockchain.

15    That actually references an earlier paper that I

16    also referenced in the White Paper from 1991.

17    That takes the use of distributing via what they

18    had as a newspaper of hashes, and binary tree

19    which is now falsely named a Merkle tree, and

20    taking all the timestamp data, the hashes thereof

21    in a Merkle structure and broadcasting it.  The

22    original creation of that timestamp server, the

23    authors believed that it couldn't be distributed.

24    They thought there was no secure way of doing a

25    distributed timestamp server.  Mathias and others,



Page 194

1    when they created what was effectively the first

2    blockchain system, which is still used in many

3    early timestamp systems, so, no, I did not create

4    blockchain because it already existed.  What I did

5    was I took a timestamp solution for a time chain

6    and linked it to an economic system to create a

7    P2P network based on certain other networks that

8    existed at the time basically involving proof of

9    work and other things.  Mondo Mnet was a

10   distributed system, similar in some ways to

11   eDonkey and others, that allowed a tokenization of

12   currency, but the creators of that system, which

13   includes people like ZUKU, who do not like me,

14   wanted to create a more socialist version of what

15   could have been Bitcoin, but that does not work

16   because it is an economic solution.  Effectively

17   the creation of Bitcoin is really a whole lot of

18   other inventions that are tacked together.  If it

19   was not for the creation of the blockchain, over a

20   decade before I created Bitcoin, then there would

21   not be Bitcoin.  Everyone says when I didn't

22   create blockchain that I am saying something

23   there, but the creation of blockchain was done

24   originally as a proposed idea in 1991, and then

25   extended in 1996, '97 and '98 with the final paper



Page 195

1    in 1999.  The launch of that system was then taken

2    by Vero-sign and RSA who currently use such a

3    system to run a non-distributed timestamp server.

4    If I had said that all this is not mine, it is

5    because it is not.  I did not invent blockchain.

6    Blockchain was actually an idea that existed

7    already.  What I used was a different system, a

8    timestamp server, a centralized single point of

9    failure timestamp server that is incredibly

10   non-robust that can easily fail.  I used the

11   survival analysis and survivability studies that I

12   had been doing in universities, such as Charles

13   Sturt, to create a distributed version of such a

14   timestamp server and economically incentivize it

15   to create M-net which is able to be run by

16   multiple parties in a way that does not require

17   any of them to trust the others.

18            Q.     Do you think that because Dave died

19   you no longer have a partnership with him?

20                   MR. RIVERO:  Object to the form.

21            A.     I did not have a partnership with

22   Dave so it cannot end.

23   BY MR. FREEDMAN:

24            Q.     Was Dave ever your partner?

25                   MR. RIVERO:  Object to the form.



Page 196

 1   Asked and answered.  You may answer.

 2          A.     The definition of partner is wide.

 3   If you look at the definition under the thesaurus

 4   it means "friend, companion"; it also refers to

 5   partnership under law.  If you are talking about

 6   was Dave my partner, as in a partnership

 7   arrangement in a business, no, Dave had never been

 8   my partner in any business, I do not operate in

 9   partnerships under business.  Dave was however my

10   best friend, he was my online companion, the

11   person I phoned, the person who helped ensure that

12   my current wife and I are actually still married.

13   So, depends on which partner.  If you mean

14   business partner, not ever.  If you mean my best

15   friend, yes.

16   BY MR. FREEDMAN:

17          Q.     Okay.  Dr. Wright, can you open

18   1667372, one is an PDF, do not open that one,

19   which is just a slip sheet, you have to open the

20   other one.  Do you know what this document is?

21          (Exhibit 1667372 referred to)

22          A.     I am seeing a small circle with a

23   spinning blue thing.  They have selected the file

24   and I have an adobe symbol, now a spinning circle

25   thing again.



Page 197

```
1           Q.      You were going to take the Excel

2    and not the adobe.

3           A.      An Excel spreadsheet seems to be

4    loading.  I see a file in front of me.

5           Q.      Do you recognize what the file is?

6           A.      It would most likely be a

7    communication log.

8           Q.      Is it a Skype communication log

9    between you and Mark Ferrier?

10          A.      That is what it appears to be, yes.

11          Q.      Can you look at 117?

12                  THE COURT REPORTER: Sorry.  Mark

13   who?

14          A.      Ferrier.

15   BY MR. FREEDMAN:

16          Q.      Look at line 17, please, Dr.

17   Wright, and read that for the record.

18                  MR. RIVERO:  I object to the

19   document which frankly I do not understand.

20   I believe there is a context around this.  Go

21   ahead Dr. Wright.

22          A.      The line starts: "Craig S Wright,

23   11.26.06, 12/2/2013 my partner, Dave, and I have

24   been working on something of value for a while now

25   so I guess how can you help me?"
```



Page 198

```
 1    BY MR. FREEDMAN:
 2           Q.    Dr. Wright, is this not you calling
 3    Dave Kleiman your partner?
 4           A.    As I said he was my best friend, he
 5    helps me, yes.
 6           Q.    But not your business partner?
 7           A.    No, he is not my business partner
 8    in this.
 9           Q.    Dr. Wright, can you scroll down for
10    me to line 74?
11           A.    Yes.
12           Q.    Can you read that for the record?
13           A.    "Craig S Wright 08.47.42, 10/4/2013
14    "no my partner, not my business partner Dave."
15           Q.    Dave was your business partner?
16                 MR. RIVERO:  Object to the form.
17           A.    No, it says "my partner, not my
18    business partner."
19    BY MR. FREEDMAN:
20           Q.    Dave?
21           A.    Yes.
22           Q.    Finish the sentence, "not my
23    business partner, Dave"?
24           A.    I said the sentence first off then
25    I repeated "my partner, not my business partner".
```



Page 199

1          Q.     Can you go down with me to line

2    100; do you recall the day Dave died?

3          A.     Yes.

4          Q.     What date was that?

5          A.     I do not remember the exact date.

6          Q.     Does April 26, 2013 ring a bell?

7          A.     26/27 something, because I am in

8    Australia and travel I do not remember whether in

9    my time zone it was 26 or 27.  I believe in

10   America it was the 26th, but I am not sure if that

11   was the 27th in Australia.

12         Q.     Can you read line 100 for the

13   record?

14         A.     Yes.  "My best friend and business

15   partner died a few days back."

16         Q.     Start from the beginning.

17         A.     "100 Craig S Wright 14.28.41, 30

18   April 2013 sorry my best friend and business

19   partner died a few days back and I am in a class

20   right now."

21         Q.     Dave was your business partner,

22   Dr. Wright?

23         MR. RIVERO: Object to the form.

24         A.     No, I disagree, if you are in a

25   company using that terminology is still not going



Page 200

1    to be saying that someone is a business partner in

2    a partnership.  This is a difference between

3    someone in a corporation and someone working with

4    you and the other, so, no, you are

5    mischaracterizing.

6    BY MR. FREEDMAN:

7         Q.    Dr. Wright, can I ask you to take a

8    look at DEFAUS 550141?

9         (Exhibit DEFAUS 550141 referred to)

10        Q.    Before that document comes up, you

11   called Dave your business partner in that

12   document, correct?

13        A.    You are trying to confuse business

14   partner as someone I worked with, with a

15   partnership.  I called someone that term, that is

16   correct.  That does not imply partnership by your

17   own evidence, because that is actually a

18   discussion between different companies.

19   BY MR. FREEDMAN:

20        Q.    Let me know when you have up DEFAUS

21   550141.  Do you recognize what this document is?

22        A.    Yes.

23        Q.    This is an e-mail correspondence

24   between Michelle Seven and yourself?

25        A.    No.



Page 201

```
1              Q.      What is it?
2              A.      It is partly between there --
3    Michelle Seven was trying to blackmail me.
4              Q.      You take a look on Wednesday May
5    20, 2015 at 1.57 a.m., and e-mail from Craig S
6    Wright; do you see that e-mail half way down the
7    first page?  Do you see that, Dr. Wright?
8              A.      Yes.
9              Q.      Do you see in that e-mail you write
10   "in the past Dave Kleiman was my best friend and
11   business partner, he died a couple of days ago."
12             A.      No, I do not see where I write.
13             Q.      You do not see that?
14             A.      No, I do see that.
15             Q.      Did you write that?
16             A.      No, I did not.
17             Q.      Did somebody else write this
18   e-mail?
19             A.      This is most likely Uyen.  Uyen was
20   at this point dealing with Michelle Seven.
21   Michelle Seven was trying to blackmail me.
22             Q.      It was not you?
23             A.      That was blackmailed, yes, it was
24   me that was blackmailed.
25             Q.      It was not you that sent this
```



Page 202

1    message, is that a correct statement?

2          A.    That is not what you asked.

3          Q.    I am asking it now, did you write

4    that e-mail, did you send that e-mail?

5          A.    No, I just stated before, Uyen was

6    actually acting for me against Michelle Seven, who

7    was trying to blackmail me at this stage.

8          Q.    Can you go back to Satoshi's Vision

9    the book published under your name for me?  Let me

10   know when you get up to page 12, please?

11         A.    May I ask if you can zoom in a

12   little bit.  Page 12, and it is zoomed so I can

13   see it.

14         Q.    Do you see the paragraph that

15   starts off "in order to fund my work"?

16         A.    Yes.

17         Q.    Can you read that first sentence

18   for the record please?

19         A.     "In order to fund my work, my

20   partner, Dave Kleiman, and I sold code that was

21   using in gaming out of countries such as Costa

22   Rica."

23         Q.    You called Dave Kleiman your

24   partner again?

25         A.    Yes, once again Dave Kleiman was my



Page 203

1    best friend.

2           Q.    Then you say "Dave took the biggest

3    risk", do you see that?

4           A.    Yes.

5           Q.    You say:  "The mere issuing of CO1N

6    was illegal, I wasn't American but Dave was so

7    that was a problem."  Do you see that?

8           A.    Yes.

9           Q.    Why was it a problem for Dave to

10   issue CO1Ns if he was not your partner in the

11   creation of Bitcoin?

12          A.    You will find that you are taking

13   that sentence in a different way than I do.  "In

14   order to fund my work my partner Dave Kleiman and

15   I sold code that was used in gaming out of

16   countries such as Costs Rica.  Dave took the

17   biggest risk."  The risk is gaming out of

18   countries such as Costa Rica.  The problem with

19   the American crack down in 2005 was that it made a

20   lot of activities on internet gaming illegal and

21   started actually actions against people who were

22   based outside of -- within US areas.  I was there

23   when the CEO of the Sporting Bet was arrested by

24   Americans when he touched down.  Sporting Bet, who

25   I used to contract to, was a British UK company,



Page 204

```
 1    that was a listed company in the country that I am

 2    now living.  I was quite offended that the

 3    Americans arrested someone in a legally licensed

 4    company that was working for that I knew quite

 5    well.  But what we are talking about here is risk

 6    and the risk is directly related to gaming.  Then

 7    I wasn't American but Dave was, so that was a

 8    problem.  The funding here is talking about code

 9    being sold out of countries, such as Costa Rica,

10    for internet gambling.

11         Q.    Dr. Wright, open Defense 1597497,

12    do you have that in front of you?

13         A.    I am waiting.

14         (Exhibit Defense 1597497 referred to)

15         A.    Still looking for it, loading,

16    whatever.  Adobe symbol is coming up.  The

17    spinning circle quadrant thing is there with the

18    little blue line around the circle going around.

19              MR. RIVERO:  While we are waiting

20    for this, I will note that it is now 7.30 p.m. in

21    London, we have been on this teleconference for

22    more than six hours and I ask again what is your

23    expectation about how much long you have.  Bear in

24    mind there is no quarantine in London yet but all

25    these folks need to get home in the same kinds of
```



Page 205

1    conditions we are dealing with here.  We have been

2    going half an hour longer than provided for in the

3    original order that set this deposition.  How long

4    have we been on the record for?

5                    THE VIDEOGRAPHER:  4 hours 57

6    minutes on the record.

7                    MR. COHEN:  Just so everyone is

8    aware, because the comment that Mr. Rivero made,

9    since we have been on the record the UK Government

10   has actually put the UK on lockdown.  Whether that

11   makes a difference for the purposes of this

12   session today, I will leave that to others.  But

13   just given the comment that was made about

14   quarantine, I thought I would update everyone on

15   the situation.

16                    MR. FREEDMAN:  Can you let us know

17   what the advisory was because I am curious; we

18   have to keep public safety.

19                    MR. COHEN:  The advice was for

20   people to avoid public contact as much as

21   possible, not go to any social gatherings or

22   restaurants or bars and to avoid travel, to travel

23   into work to the extent possible.

24                    MR. RIVERO:  We cannot repair what

25   happened today.  I certainly hope on the continued



Page 206

```
 1   date we start properly, we minimize breaks.

 2   Mr. Freedman, I think your position is

 3   unreasonable but I am not at this point

 4   instructing Dr. Wright not to answer anything.

 5   You say we have another hour.  I will be

 6   considering it as we go.  Please ask your next

 7   question.

 8           A.     After this, I will need to have a

 9   break, sorry.

10   BY MR. FREEDMAN:

11           Q.     Do you recognize the e-mail in

12   front of you?

13           A.     I do.

14           Q.     Is this an e-mail from you to

15   Kathryn Ungar of the New South Wales Police?

16           A.     Yes.

17           Q.     Dr. Wright, could you open up the

18   next attachment, 01589197 -- sorry, no, that is

19   the wrong one.  I need you to open 019 -- 1597500.

20           (Exhibit 1597500 referred to)

21           A.     It is open.

22           Q.     Do you recognize this is the

23   attachment to the e-mail which is a witness

24   statement?

25           A.     No, I can only see part of it.
```



Page 207

```
 1    I will need to scroll through.  It would appear to

 2    be my witness statement, yes.

 3            Q.      And do you see on page 502 --

 4    sorry, not it is my turn for my technology to

 5    glitch.  Can you turn to page 503, paragraph 13.

 6    It says: "Between March and April 2013 I had a

 7    number of communications with Mark via Skype, this

 8    included voice calls but was mostly by text.  In

 9    the course of conversations discussed with Mark

10    the concept of a Bitcoin exchange by which smart

11    contracts would be connected.  This was an idea

12    that I had developed with my business partner Dave

13    Kleiman for a period of over a decade."

14            A.      Yes.

15            Q.      Do you see that?

16            A.      Yes.

17            Q.      Is that in your statement?

18            A.      It is.

19            Q.      Do you want to take the restroom

20    break now?

21            A.      Yes, please.

22            (Recess at 7.34 p.m. to 7.44 p.m.)

23                    MR. FREEDMAN:  The one thing I want

24    to be clear on the record, Mr. Rivero and I have a

25    disagreement over the amount of time we get and we
```



Page 208

```
1    can sort that out.  The one thing that cannot
2    happen is folks there being put in danger or any
3    kind of health hazard.  You said the UK has been
4    put on lockdown.  If you believe that your health
5    or safety is at risk, that is a completely
6    different story.  I am not there, I do not know
7    what the story is.
8                    MR. COHEN:  I do not believe that
9    anyone's health or safety in this room is at risk.
10   I was merely updating everyone on this call as to
11   the position because Mr. Rivero spoke about
12   potential quarantine.  Obviously since we started
13   this deposition the position had changed somewhat.
14   We are here now so we may as well push on.
15                   MR. RIVERO:  I wanted to --
16                   JUDGE REINHARDT:  Counsel, this is
17   the judge.  I have another appointment, I have to
18   leave in 45 minutes, which will be 4.30 US time.
19   You can feel free to continue with the deposition.
20   If there is any matters that need ruling I will
21   deal with those when we reconvene on Wednesday.
22                   MR. RIVERO:  Thank you, your Honor.
23   BY MR. FREEDMAN:
24        Q.    Dr. Wright, if you could open
25   defense 1667260 for me.  Let me know when you have
```



Page 209

1    that up?

2           (Exhibit Defense 1667260 referred to)

3           A.      I have that up.

4           Q.      Do you recognize what this document

5    is?

6           A.      It is an evidence draft, that was

7    being drafted between myself and my solicitors.

8           Q.      A draft of the witness statement we

9    saw before?

10          A.      I cannot say whether it was the

11   witness statement before, but my solicitors and

12   I had been communicating and my solicitors were

13   helping me write a document.  I was engaged in

14   going back and forwards with my solicitors, my

15   lawyers, taking advice and basically writing a

16   document.

17          Q.      Can you go to defense 1667263 in

18   the same document, a different page, page 4 of the

19   PDF.

20                  MR. RIVERO:  This is a draft.

21   Preserve all rights as to attorney/client

22   privilege.  Go ahead.

23   BY MR. FREEDMAN:

24          Q.      Are you there?

25          A.      I am waiting for it to load.  Yes,



Page 210

```
 1    there is a document on the screen.

 2         Q.     Is this the same document you were

 3    in before down to page 4?  Do you see page 4,

 4    paragraph 20?

 5         A.     I do.

 6         Q.     This is the same paragraph we

 7    looked at in the witness statement before in 20 it

 8    talks at the Bitcoin Exchange and has a statement

 9    "this is an idea that I developed with my business

10    partner Dave Kleiman for a period of over a

11    decade."  Do you see that?

12         A.     I see that.

13         Q.     Underneath in bold, can you read

14    that sentence for the record, please?

15         A.     It is a heading that my lawyers put

16    in saying: "I started developing smart contracts

17    in 2007.  Dave and I worked on this for a number

18    of years up to 2011."

19         Q.     Is it true that Dave and you worked

20    on smart contracts in 2007 to 2011?

21         A.     I talked about smart contracts they

22    were not what is in Bitcoin.  I had worked on the

23    concept of what became part of a patent I filed

24    with Jamie Wilson and Dave had been my sounding

25    board on that.
```



Page 211

1          Q.     Can you go down to paragraph 22 of

2     the same document?

3          A.     Excuse me.

4          Q.     Read the first paragraph -- the

5     first sentence of paragraph 22 for the record

6     please?

7          A.     "The idea conceived by David and

8     me was to develop a system that integrated

9     supervisory control and data acquisition SCADA

10    software and a Bitcoin Exchange.  I had a strong

11    interest in SCADA systems and published a book on

12    the topic that was released in February 2013."

13         Q.     Dr. Wright, I just asked you to

14    read the first sentence.  Did you and David

15    conceive of this idea?

16         A.     No, I conceived of the idea and in

17    2011 I invited David to be part of a number of

18    filings for papers I had been and research I had

19    been doing that were listed with the Department of

20    Homeland Security under the BAA processes.  Dave

21    was meant to run machines and help me control all

22    this, I had been talking about it with Dave, that

23    was part of what W&K was meant to do.  W&K would

24    have been funded by Department of Homeland

25    Security if Dave had successfully continued all



Page 212

1    the administrative filings that he did not do.

2          Q.    Dr. Wright, did you and Dave keep

3    some of your work together secret?

4          A.    I had lots of things in my life

5    that were secret, mainly -- not because I was

6    aiming to be secret or anything like this, the

7    things I did with him I just didn't talk to people

8    about.  I did not talk to many people other than

9    Dave and my now wife.

10         Q.    Can you open DEFAUS 112964 for me

11   please.  Let me know when that comes up?

12         (Exhibit DEFAUS 112964)

13         A.    I have it up.

14         Q.    Can you go down to page DEFAUS

15   112966 page 3 of the PDF, an e-mail from Craig

16   Wright to Carter Conrad and Patrick Page, dated

17   February 12, 2014 at 5.21 a.m.; did you write this

18   e-mail.

19         A.    This says from Patrick Page.

20         Q.    It is loading for me.  We are

21   looking at the wrong e-mail.  It is the e-mail

22   from Craig Wright to Carter Conrad and Patrick

23   Page, dated February 12, 2014 at 5.21 a.m.

24         A.    Yes, that is in front of me.

25         Q.    Did you write this e-mail?



Page 213

1          A.      Yes, I did.

2          Q.      Do you see it says "Dave and I ran

3    a project in the US, we ran it there, we kept what

4    we did secret."

5          A.      Yes, I do.

6          Q.      You knew Dave kept your dealings

7    between you a secret?

8          A.      That is not what I said.

9          Q.      I just asked, did you know that he

10   kept it secret?

11         A.      Again, I do not really know what

12   Dave did.

13         Q.      Do you know if Dave told his family

14   about the Bitcoin?

15         A.      I do not know what Dave did.

16         Q.      Did you ask Dave to keep Bitcoin a

17   secret?

18         A.      No, I did not.

19         Q.      Do you see where it says "the

20   company he ran there mines Bitcoins?

21         A.      That would apply to W&K but, yes,

22   I see that.

23         Q.      The next sentence that says: "The

24   amount DK mined is far too large to e-mail"?

25         A.      I see that.



Page 214

1     Q.     "I know this is cryptic and I know

2  I gave Dave the shits with this and some of the

3  things we did in W&K but he was my best friend and

4  I am not sure where else to contact."  Do you see

5  that?

6     A.     I see that.

7     Q.     Did you have a fight with Dave

8  Kleiman in April 2013 before he died?

9     A.     No, I did not.

10     Q.     We are having a technical issue

11  here.  Let us come back to that while we work out

12  our technical issue.

13            Where are all the places you mined

14  Bitcoin before 2011?

15     A.     Physical locations you mean or

16  companies?

17     Q.     Yes -- no physical locations?

18     A.     Bagnue(?), machines running out of

19  my farm, that was probably 50 kilometers west of

20  Port Macquarie up in the hinterland.  It was lot

21  3, By Barrow Road, Bagnue, 2446 Australia.  When

22  I am saying this of course what I am saying I did

23  not mine Bitcoin companies I ran, I operated

24  machines that mined for those to be specific.

25  Liserow(?), 95 Woodview Avenue, that was in New



Page 215

██  ████████████     ███████████████████
██  █████████████████████████████████
██  ████████████████████████████████

4    church parish ran Bitcoin code and software.

5    Where else?  Do you want other people who ran it

6    for me or just mine?

7          Q.    Just the locations of where you

8    mined your Bitcoins?

9          A.    Well, I did not mine my Bitcoin.

10   That is once again incorrect.  Information Defense

11   PDY Limited was formed in January 2009.  I was one

12   of many shareholders in that company.  I was the

13   CEO and I had staff and those staff also helped me

14   run machines.  Everything mined by that company

15   was initially, until July of that year when a

16   warrant was called, that company and then it went

17   over to another company.  So, are you specifically

18   saying my Bitcoin, or are you saying basically

19   anything I did as a company?

20         Q.    Anything you did as a company?

21              MR. RIVERO:  Object to the form.

22         A.    Up until what period?

23   BY MR. FREEDMAN:

24         Q.    Well, why don't you take me through

25   your -- stop that for a second.  I see our



Page 216

1   technical difficulty got resolved.  Can you go to

2   the document entitled "the fury."

3              MR. RIVERO:  Was this just

4   uploaded?

5              MR. FREEDMAN:  Yes, it was just

6   uploaded.

7              MR. RIVERO:  Yes, got it.

8   BY MR. FREEDMAN:

9        Q.    Let me know when you have it.  Do

10  you have it up?

11       A.    I have it up there now.

12       Q.    Do you recall you got in a fight

13  with Dave Kleiman in April 2013 you said "no"; do

14  you recall that?

15       A.    Yes.

16       Q.    Go to page 2 of 4 on that PDF, the

17  paragraph starts in March 2013, do you see that?

18       A.    I see that.

19       Q.    Do you see the statement:  "In

20  early April 2013 I had a fight with Dave.  Money

21  was tight for both of us.  Bitcoin was not easy to

22  sell at that point, not in any quantity that

23  mattered.  The fight was the last time I ever

24  spoke to Dave.  Later April 2013 Dave died."  Do

25  you see that?



Page 217

```
 1            A.     Yes.

 2            Q.     Did you or did you not have a fight

 3    with Dave in April 2013?

 4            A.     I did not really have a fight with

 5    Dave.  I yelled, I ranted, and so, by definition,

 6    I did not have a fight because Dave just sat there

 7    and listened to me.  I complained about things.

 8    I called some people at the Australian Tax Office

 9    many names.  They had basically agreed to settle

10    the court case with me in November 2012, but they

11    dicked around -- and the only way to put it is

12    dicked around -- and I was waiting around on the

13    settlement, and meanwhile still fighting them

14    trying to bankrupt me for the settlement that they

15    already agreed owed me money, and I was having

16    some troubles with that because of them freezing

17    my ability to get money with other things,

18    including liberty reserve, and money being seized

19    and the correct terminology would not be if I am

20    going to be under oath and saying that fight

21    because fight would be two-sided.  It was in some

22    ways worse than a fight because Dave stood, and

23    I do not know whether he was standing, he would be

24    sitting, Dave sat there and listened to me and

25    Dave put up with my rant and Dave listened to me
```



Page 218

1    as I yelled and screamed and complained, not at

2    him, at the world.  The last thing I remember was

3    yelling and screaming as he listened, which is

4    what he did a lot.

5           Q.    Dr. Wright, did you ever mine

6    Bitcoin with Dave Kleiman at any point?

7           A.    No.  You do not mine Bitcoin with

8    someone.

9           Q.    Did you ever mine Bitcoin with W&K

10   at any point?

11          A.    No, I was not with W&K.

12          Q.    Did you ever contract to mine

13   Bitcoin in the United States prior to 2013?

14          A.    No, no Bitcoin was mined in the

15   United States prior to 2013.

16          Q.    Did you ever control Bitcoin that

17   was mined in the United States?

18          A.    I do not know.  I purchased Bitcoin

19   in 2011, I do not know what the location of where

20   it was mined would be.  I did not ask, I bought it

21   from an exchange, I have the receipts and the

22   purchase material from that.

23          Q.    Was the Bitcoin that you purchased

24   mined for a foreign trust?

25          A.    No, it was not mined -- as far as



Page 219

1    I know no.  The mining of the Bitcoin that I

2    purchased was independent of anything I had to do

3    with me, it was purchased without knowledge on an

4    exchange that ran out of Russia which I then moved

5    into a company that was put into a trust.

6              Q.    Look at the defense 01097415?

7              (Exhibit Defense 01097415 referred to)

8              A.    I am awaiting it now.

9              THE COURT REPORTER:  Repeat the

10   number.  We have it.  Thank you.

11             A.    It has loaded now.

12   BY MR. FREEDMAN:

13             Q.    I am not actually seeing it.

14             MR. RIVERO:  It is a one-page

15   e-mail correct.

16             MR. FREEDMAN:  Should be, hold on.

17             MR. RIVERO:  OK.

18   BY MR. FREEDMAN:

19             Q.    Dr. Wright do you recognize this

20   e-mail as an e-mail you forwarded to Ms Watts on

21   April 2, 2015?

22             A.    You will have to scroll down so

23   I can see it.  Can you go up a little bit.  Yes,

24   I recognize this.

25             Q.    Do you see the e-mail that you



Page 220

1    wrote to Michael Hardy on 27 January 2014 at 4.53

2    p.m.?

3          A.     No, but I will continue for you on

4    that one.  I saw the e-mail that I dictated to

5    Angela Demetriu, starts with D end with U and it

6    is Greek, not trying to be awful, I am just having

7    a problem because I am tired pronouncing her name.

8          Q.     Your executive assistant?

9          A.     Yes, my EA.  So I basically

10   transcribed and she typed it.

11         Q.     Did you look it over before you

12   sent it?

13         A.     Yes, I did.  I know this one was

14   what I asked her to write.

15         Q.     Do you see the second paragraph.

16   Can you read that first sentence in the second

17   paragraph for me?

18         A.     Yes.

19         Q.     It says:  "The Bitcoin I control

20   was mined in the US for a foreign trust and

21   company that was set up following the information

22   defense incident and was prior to the reversal of

23   the foundless, reckless claim against me".  Do you

24   see that?

25         A.     Yes, I see that.



Page 221

```
 1           Q.      You told me that the Bitcoin
 2   controlled was not mined in the US for foreign
 3   investor company?
 4                   MR. RIVERO:  Object to the form.
 5           A.      No, that is not correct.
 6   BY MR. FREEDMAN:
 7           Q.      Did you ever have Dave mine Bitcoin
 8   for you?
 9                   MR. RIVERO:  Object to the form.
10           A.      No.
11   BY MR. FREEDMAN:
12           Q.      Did Dave ever help you mine Bitcoin
13   in the United States?
14                   MR. RIVERO:  Object to the form.
15           A.      No, he did not.
16   BY MR. FREEDMAN:
17           Q.      Did you ever have the private keys
18   to Bitcoin Dave mined?
19           A.      No, I did not.
20           Q.      Did you ever move your mining
21   process to Dave?
22           A.      Sorry, what?
23           Q.      Did you ever move your mining
24   process to Dave?
25           A.      No, I did not.
```



Page 222

1          Q.      Did you ever have Dave mine Bitcoin

2     in an overseas trust?

3          A.      No, I did not.

4          Q.      Did you ever have Dave mine Bitcoin

5     in overseas companies?

6          A.      No, I did not.

7          Q.      Did you ever have access to the

8     private keys to Bitcoin Dave mined in overseas

9     trust?

10          A.      No, nor do I know whether Dave

11     mined Bitcoin or not.

12              MR. RIVERO:  Object to the form.

13     BY MR. FREEDMAN:

14          Q.      Did you ever have access to the

15     private keys for Bitcoin Dave mined in overseas

16     companies?

17          A.      I do not know if Dave even mined

18     Bitcoin in overseas companies which would make it

19     impossible for me to know anything about the keys.

20          Q.      Do you ever have access to private

21     keys to Bitcoin that Dave created?

22          A.      Dave didn't create Bitcoin.

23          Q.      Would it be fair to say you could

24     not have given someone the private keys to Bitcoin

25     Dave mined?



Page 223

```
 1              A.     That would not be fair to say, and

 2      that is not accurate either.

 3                    MR. RIVERO:  Object to the form.

 4      BY MR. FREEDMAN:

 5              Q.     Would it be accurate to say you

 6      could not have given someone the private keys to

 7      Bitcoin that Dave mined?

 8                    MR. RIVERO:  Object to the form.

 9              A.     It would be accurate because

10      I could not have given something I do not have.

11      BY MR. FREEDMAN:

12              Q.     Was there any co-operation between

13      you and Dave to mine Bitcoin?

14              A.     No, there was not.

15                    MR. RIVERO: Objection asked and

16      answered.

17      BY MR. FREEDMAN:

18              Q.     I am going to ask you to take a

19      look at defense 01597484; do you have it in front

20      of you?

21              (Exhibit defense 01597484 referred to)

22              A.     I do now.

23              Q.     The top of this e-mail, it is a

24      printout of an e-mail from you to John Cheshur,

25      who was CFO of the company, Alexander McCaughn,
```



Page 224

1   Jonathan Slater and Nicholas Mavrakis with a CC to

2   your wife, Ms Watts, is that correct?

3          A.      Yes, this is a communication ----

4          Q.      There is no question pending.  Do

5   you see underneath there it says "more to come"?

6          A.      I see the communications with my

7   lawyers in Australia, yes.

8          Q.      You forwarded this, this e-mail was

9   a forward of e-mails below; is that an accurate

10  characterization?

11         A.      I do not know, I haven't seen the

12  e-mails below.

13         Q.      Go to the bottom, the very first

14  e-mail in the chain.

15         A.      Can I actually start from the top

16  and go down, so I can see it.

17         Q.      The chronological order is reverse

18  chronological order.

19         A.      If you want me to answer the

20  question I have to do it in my way, so please

21  scroll down slowly.  You want me to answer whether

22  this is correct or whatever else, so please scroll

23  down; keep going, please.  Yes.

24         Q.      Is this an e-mail -- I forgot the

25  question I asked you.  I asked you: you forwarded



Page 225

1    this e-mail -- not sure that -- let me rephrase

2    the question.  Is it accurate to say that you

3    forwarded correspondence between you and Mark

4    Ferrier to the individuals listed at the top of

5    this e-mail that we have already mentioned?

6            A.    Yes, that is accurate.

7            Q.    Are these real e-mails between you

8    and Mark Ferrier?

9            A.    This is not an e-mail, it is a PDF.

10           Q.    Does the PDF represent the e-mails

11    that you actually sent between you and Mark

12    Ferrier -- sent and received between you and Mark

13    Ferrier?

14           A.    I would have to verify everything

15    in there, but it appears to be accurate from the

16    best of my recollection.

17           Q.    At the bottom of the e-mail, the

18    very first e-mail from Mark Ferrier to you is at

19    5/23/2013 at 2.34 p.m., Mark says: "You are good

20    for it so it seems and these guys are waiting.

21    I have a great feeling about this.  Once this is

22    done the pain deal closes, we are going to have a

23    long profitable friendship.  You do what you do

24    and I will sell it.  Mark."  Do you see that?

25           A.    Yes.



Page 226

1          Q.      Above that you say:  "I will start

2    to send the addresses and get you the private

3    keys.  I hope you understand that with this value

4    transaction I need to see the code before

5    I release everything"; do you see that?

6          A.      Yes, I do.

7          Q.      Mark responds back to you and says

8    "Craig, so tell me where you got this stuff"; do

9    you see that?

10          A.      Yes.

11          Q.      You respond back to him on 23 May

12    2013 at 5.09 p.m. "I have a trust overseas.

13    I moved it and the mining process to Dave Kleiman

14    when I had a few issues with the tax people.

15    I still do not trust them but I do want to do

16    things in Oz."  Do you see that?

17          A.      I see that.

18          Q.      Did you send that?

19          A.      I did not send that one, but it is

20    part of a series of communications that I sent as

21    e-mails that this represents.

22          Q.      This is the only fake e-mail that

23    we have reviewed so far?

24                  MR. RIVERO:  Object to the form.

25          A.      Sorry?



Page 227

BY MR. FREEDMAN:

     Q.     You said you did not send this, who sent this?

     A.     That is not what I just said.

     Q.     Did you send this e-mail to Mark Ferrier?

     A.     As I said, the e-mail that this relates to appears to be one that I sent to Mark Ferrier.  I did not say that I did not send this e-mail.

     Q.     Did you send this e-mail to Mark Ferrier; that is the question I am asking?

     A.     I sent an e-mail along these lines to Mark Ferrier, this is not an e-mail.

     Q.     Is this a copy of that e-mail?

     A.     No, it is a PDF extract, it is an extract that would appear to be the e-mail.

     Q.     All right.  So Mark Ferrier responds he says "so why even do it here"; do you see that response?

     A.     Yes.

     Q.     You respond back on 23rd May 2013 at 5.38 p.m.:  "Well nothing is really here. I understand that you are not keeping any Bitcoin just payment in cash so it comes from overseas and



Page 228

1    stays overseas, I just want to do things here"; do

2    you see that?

3            A.      Yes.

4            Q.      Mark responds:  "Your loss mate.

5    If it was me I would be finding a way to do what

6    you want without letting others in"; do you see

7    that?

8            A.      Yes.

9            Q.      You respond back to Mark on 23 May

10   2013 at 5.52 p.m.:  "Well you get paid.  The guys

11   you have arranged get paid, you have cash, then

12   they have what they want and I have my code.  If

13   this works, we all win.  I had Dave mine the

14   Bitcoin overseas and all it has cost is sunk.

15   I cannot miss what I have never had.  I have never

16   touched the Bitcoin we recreated in the overseas

17   trust and companies and what I care about is

18   making something more."  Do you see that?

19           A.      Yes, which says I never received or

20   had any Bitcoin that Dave may have had overseas.

21           Q.      In the e-mail below you said that

22   you were going to send the private keys to the

23   Bitcoin, Mark Ferrier asked you where you got it

24   from and you responded that you moved the mining

25   process to Dave Kleiman and this was Bitcoin that



Page 229

1   was mined in overseas trust, is that an accurate

2   characterization of the e-mail we just read?

3                    MR. RIVERO:  Object to the form.

4          A.     No, it is not.

5   BY MR. FREEDMAN:

6          Q.     Can you open up defense 1597598?

7          (Exhibit Defense 1597598 referred to)

8          Q.     Do you have that in front of you?

9          A.     No, I do not.

10                   MR. RIVERO:  Do we have a page

11  reference?

12                   MR. FREEDMAN:  First page, 1597598.

13         A.     Can I ask a quick question?

14  Andreas, how long do you want to make this because

15  I still have 90 minutes to get home.  I am rather

16  tired now and I am sure everyone else is.

17                   MR. RIVERO:  I would like to take

18  that up in 10 minutes, if you are with me we will

19  address it in 10 minutes.

20         A.     I do not want to be driving home

21  too late tonight.

22         MR. RIVERO: I understand.

23  BY MR. FREEDMAN:

24         Q.     Do you recognize this e-mail?

25         A.     I know the e-mail.  The people in



Page 230

1    the e-mail I do not recognize off the top of my

2    head, no.

3          Q.     This is you -- is this printout of

4    an e-mail you forwarded to John Cheshur, a bunch

5    of other folks and your wife Mrs. Watts, is that

6    accurate?

7          A.     That would appear to be accurate,

8    yes.

9          Q.     Below it includes the e-mail from

10   accounts@mjfminingservices.com sent to you?

11         A.     Yes.

12         Q.     On Thursday 15 August 2013,

13   correct?

14         A.     Yes.

15         Q.     It says:  "Hello, we have accepted

16   and verified the private keys sent to us below"

17   and there is a list of Bitcoin addresses; is that

18   accurate?

19         A.     I would not be able to say whether

20   they are accurate without looking at the company

21   accounts.

22         Q.     They purport -- they appear to be

23   Bitcoin addresses right?

24         A.     Appearances can be deceptive.

25                MR. RIVERO:  Object to the form.



Page 231

```
 1              A.      If I can make a quick comment,

 2    I think one of the things you are misunderstanding

 3    is that Mark Ferrier was working with Payne to

 4    mine gold, not Bitcoin -- physical gold.  So there

 5    are times when there are comments concerning gold

 6    and the mining of physical gold ore and there are

 7    Bitcoin mining in similar sentences.  So, I think

 8    my lack of clarity at times makes that a little

 9    bit confusing for people.

10    BY MR. FREEDMAN:

11              Q.      Dr. Wright, did Dave mine Bitcoin

12    in 2009?

13              A.      As far as I know now, no.

14              Q.      Do you know about his mining set-up

15    at all?

16              A.      His what, sorry?

17              Q.      His mining set-up?

18              A.      The only thing Dave had set up in

19    2009 was a laptop.

20              Q.      Can you go back to the Satoshi's

21    Vision book that was published under your name?

22              A.      Yes.

23              Q.      Let me know when you have it up?

24    Page 16?

25              A.      Yes.
```



Page 232

```
 1          Q.    The second paragraph from the top,

 2   three lines up from the bottom of that paragraph

 3   it says:  "There weren't a lot of other machines

 4   running Bitcoin in 2009.  To my knowledge Dave ran

 5   one machine that is full-time and he ran three or

 6   four on and off", do you see that?

 7          A.    Yes.

 8                MR. RIVERO:  What paragraph on 16?

 9                MR. FREEDMAN:  The second from the

10   top.

11   BY MR. FREEDMAN:

12          Q.    You were aware that Dave Kleiman

13   was mining Bitcoin in 2009?

14          A.    No.

15          Q.    Can you look at DEFAUS 516701.

16          (Exhibit DEFAUS 516701 referred to)

17          Q.    Do you recognize this as an e-mail

18   from you to somebody called Benjamin Wright?

19          A.    Yes, Benjamin Wright is a US

20   attorney.

21          Q.    Do you see below that it appears to

22   be a printout of you forwarding an e-mail between

23   you and Benjamin Wright that occurred to be a

24   Linked-In, do you see that?

25          A.    Yes, you have to keep going down,
```

MAGNA ▶

Page 233

 1   sorry.  Yes.

 2           Q.     Did you send these messages?

 3           A.     I cannot remember but it is

 4   possible I did.  I was friends with Benjamin.

 5           Q.     Do you see on January 28, 2014 at

 6   1.21 p.m. it says "Craig Steven Wright wrote,

 7   worth a try, the Winklevoss twins are right into

 8   Bitcoin, Dave Kleiman and I started mining in

 9   2009...(reads to the words)... It is a shame Dave

10   died last year before fruition but all is moving

11   ahead"; do you see that?

12           A.     I see that.

13           Q.     You did know Dave Kleiman mined

14   Bitcoin in 2009?

15           A.     No, I think the error you are

16   making is that I had initially had a belief that

17   Dave was mining because when I talked to Dave the

18   things he told me were that, yes, he is running

19   the servers, and yes, he is doing things.  That

20   would have started from when he got out of

21   hospital in the end of February 2009, except what

22   I later found out was that Dave had not wanted to

23   lie to me and had not told me the truth.  Rather

24   than admitting that he was not able to run the

25   laptop and software, as he kept telling me he was



Page 234

1    doing, he had, because of his troubles with

2    infections and whatever else, had been taking

3    money I had been giving him and he had been

4    purchasing a combination of opiates and cocaine

5    and barbiturates on Silk Road.

6         Q.    Do you recall meeting with the ATO

7    on several occasions?

8         A.    I met with the ATO on several

9    occasions dating back to 1985.

10        Q.    Do you recall meeting with them on

11   several occasions in 2014 and 2015?

12        A.    I have met with many people from

13   the tax office and many people in other government

14   departments.

15        Q.    Do you recall meeting that took

16   place on February 18, 2014?

17        A.    Not off the top of my head, no.

18        Q.    I want to go back for a second to

19   DEFAUS 516701, the e-mail and the linked-in

20   messages.

21        Q.    You know what, Dr. Wright, I am not

22   sure we have time.  Let us move on.  Do you recall

23   meeting with the ATO on February 18, 2014?

24        A.    No, I do not remember the

25   particular days when I met with the ATO.



Page 235

```
 1         Q.      Do you recall that the ATO provided

 2  you with transcripts of the meetings?

 3         A.      They gave my lawyers transcripts of

 4  the meetings.

 5         Q.      And can you take a look at DEFAUS

 6  00115519 for me?

 7         (Exhibit DEFAUS 00115519 referred to)

 8                 MR. RIVERO:  115179?

 9                 MR. FREEDMAN:  I said 115519.

10                 MR. RIVERO:  Okay.

11  BY MR. FREEDMAN:

12         Q.      I do not think it is up yet.

13                 MR. RIVERO:  I am not seeing it.

14  BY MR. FREEDMAN:

15         Q.      Do you have it up there?

16         A.      I have an e-mail in front of me, or

17  what appears to be an e-mail or at least a PDF of

18  an e-mail.

19         Q.      It shows a PDF of an e-mail from

20  John Cheshur to yourself on March 6, 2014; is that

21  accurate?

22         A.      It is a PDF of an e-mail between

23  John Cheshur and my main corporate CEO e-mail, it

24  is not myself.

25         Q.      John Cheshur is forwarding an
```



Page 236

1    e-mail from the Australian Tax Office which says:

2    "I have attached a transcript of your meeting with

3    us on 18 February 2014.  This is a transcribing by

4    Auscript."  Do you see that?

5            A.    I see that, yes.

6                  MR. RIVERO:  I do not know if the

7    -- sorry, go ahead.

8    BY MR. FREEDMAN:

9            Q.    Do you see that?

10           A.    I see that.

11           Q.    It says:  "Also please see attached

12   the minutes of our meeting on 26 February 2014,

13   could you please review and advice of any errors

14   or omissions.  If you are satisfied that the

15   minutes are an accurate reflection of the

16   discussion, please advice as such"; do you see

17   that?

18           A.    Yes.

19           Q.    Can you go out and into defense

20   52514.  Do you have the next e-mail in front of

21   you?

22           (Exhibit Defense 52514 referred to)

23           A.    No.

24           Q.    Can we bring defense 52514 before

25   Dr. Wright?



Page 237

```
 1          A.      Thank you.

 2          Q.      Do you see that Dr. Wright?

 3          A.      Yes.

 4          Q.      This reports to be a report out of

 5   an e-mail from you to Ramona Watts on June 24,

 6   2015 at 9.27 a.m.; do you see that?

 7          A.      Yes.

 8          Q.      Here you make some corrections to

 9   the 11 page doc, do you see that?

10          A.      No, I do not.

11          Q.      Page 10, an 11-page doc,

12   20140226MM.pdf, do you see that?

13          A.      Yes, except your ----

14          Q.      Dr. Wright, the question is if you

15   saw it.  Do you see it says the term "cores" is

16   used; do you see that?

17          A.      Yes.

18          Q.      This is in the 2013/2014 year, do

19   you see that?

20          A.      Yes, I see this.

21          Q.      "I missed this as they transcribed

22   cores as chords", do you see that?

23          A.      I see that.

24          Q.      Is this an e-mail you sent?

25          A.      No, it is a PDF of an e-mail
```



Page 238

1    I sent.

2         Q.    Dr. Wright, can you open defense

3    51769?

4         (Exhibit Defense 51769 referred to)

5              MR. RIVERO:  Before this document

6    is used, I note my objection.  Our intention to

7    seek exclusion of these documents in limine based

8    on expert testimony and so I think all the

9    questioning is improper based on this transcript,

10   but go ahead.

11   BY MR. FREEDMAN:

12        Q.    Dr. Wright, this is the record of

13   client contact we just referenced in your last

14   e-mail dated February 26, 2014, is it not?

15        A.    I am still waiting for it to come

16   up on my screen.

17        Q.    When you do you will note it is 11

18   pages?

19        A.    I have a document in front of me.

20   It is 11 pages.

21        Q.    Is this titled "record of client

22   contact" and dated 26 February 2014?

23        A.    26 February 2014.  It is a meeting

24   between John Cheshur and Anne Wrightson.

25        Q.    Do you see on defense 51770, the



Page 239

1    bottom of the page, the last paragraph, read what

2    your CFO told the ATO.

3           (Exhibit defense 51770 referred to)

4                 MR. RIVERO:  Object to the form.

5           A.    I have to get to the page.  I see

6    the last paragraph.

7           Q.    Can you read it for the record,

8    please?

9           A.    "JC: we understand.  Craig Wright

10   took the Bitcoin that he mined offshore.  At the

11   time it was worth 3-4 cents.  The total value of

12   this was around $5,000.  He then started up W&K

13   Info Defense LLC with Mr. Dave Kleiman.  W&K was

14   an entity created for the purpose of mining

15   Bitcoins.  Craig Wright is a forensic computer

16   expert.  He constantly updated himself attending

17   courses, workshops and training sessions.  He is

18   also a university lecturer at Charles Sturt

19   University and conducts courses.  He even provides

20   services to some Australian government agencies,

21   including the ATO and the Defense Force.  However,

22   this is all done on a very high level."

23          Q.    You did not correct this statement

24   "W&K was an entity created for the purpose of

25   mining Bitcoins"; did you?



Page 240

```
 1                 MR. RIVERO:  Object to the form.
 2          A.       That is incorrect.  What you are
 3   saying is taking an e-mail between myself and my
 4   wife, pointing out errors.  What I did do was
 5   I went to my lawyers, I had conversations with my
 6   Australian lawyers where we had pointed out many,
 7   many errors in this.  The errata for this document
 8   was too large and the document is not admissible
 9   even in Australian processes because it is
10   completely inaccurate.
11                 MR. RIVERO:  By allowing Dr. Wright
12   to testify about these communications with
13   Australian counsel we are not waving our rights in
14   the event that we are successful on appeal.  We
15   are trying to corporate to advance this discovery.
16                 MR. FREEDMAN:  Top of the next
17   page, Dr. Wright, read the next paragraph in the
18   top of the next page?
19          A.       "Craig Wright had mined a lot of
20   Bitcoins.  Craig Wright then took the Bitcoins and
21   put them into a Seychelles trust.  A bit of it was
22   also put into Singapore.  This was run out of an
23   entity from the UK.  Craig had gotten
24   approximately 1.1 million Bitcoins.  There was a
25   point in time where he had around 10% of all the
```



Page 241

1   Bitcoins out there.  Mr. Kleiman would have had a

2   similar amount.  However, Mr Kleiman passed away

3   during that time.  He was a war veteran and he was

4   wheelchair bound."

5          Q.     Did you give this information to

6   John Cheshur?

7          A.     No, this is not an accurate

8   document and the commentary in it is not accurate,

9   and I was not involved at that time.

10         Q.     You did not correct that statement

11  when you e-mailed to Mrs. Watts, did you?

12                MR. RIVERO:  Object to the form.

13         A.     The problem you are trying to do is

14  catch me out going I did not correct it when

15  I e-mailed Mrs. Watts because there is no

16  correcting it with Mrs. Watts in 2015.  The

17  corrections were made shortly after in 2014.  This

18  document that had been sent to me by John, we

19  discussed with our lawyers and had meetings with

20  the tax office stating, in 2014, that this was

21  erroneous.  So, no, after the corrections had all

22  already been made, I did not then go back to my

23  wife and go "make the corrections again".

24  BY MR. FREEDMAN:

25         Q.     Dr. Wright, let us look at the last



Page 242

```
1    document before we break for the day.  Can you

2    open DEFAUS 01859475?

3            (Exhibit DEFAUS 01859475 referred to)

4            A.    I think we are getting an echo.

5    BY MR. FREEDMAN:

6            Q.    We are almost done.  Let me know

7    when you have DEFAUS 01859475?

8            A.    It is loading now.  There is an

9    e-mail "re UK designed by human".

10           Q.    Do you recognize this as an e-mail

11   send by you to John Cheshur, Andrew Summer and Ms

12   Watts on April 2, 2014 at 9.20 a.m.  Do you

13   recognize this e-mail?

14           A.    Can you scroll down?  It looks

15   familiar.

16           Q.    Did you send this e-mail?

17           A.    Can you go back up again?  Yes,

18   this looks familiar.

19           Q.    Can you read this e-mail for the

20   record?

21           A.    Yes, I can.  "Hello.  We have the

22   e-mail from Dave below.  This was from December

23   2012.  The simple answer is that we have and

24   control the company completely now.  The

25   screenshot is the site in October 22, 2012, so
```



Page 243

1  Dave had been there at that point.  There was a

2  risk from October 2012 when Dave reserved this and

3  before it was paid for, but we have control fully.

4  The main thing here is that Dave mined all of this

5  outside Australia and even if we had managed to

6  screw this and somehow lose control of the

7  company, it would still have been using overseas

8  right to BTC.  I was not the person doing the

9  mining, Dave was."

10         Q.     Dr. Wright, is it not true that

11  Dave did all the mining for you as Satoshi

12  Nakamoto?

13         A.     No, it is not.

14         Q.     You wrote that though, did you not?

15                MR. RIVERO: Objection.

16         A.     You are mischaracterizing what

17  I just said once again.  I did not say Dave mined

18  for me, and when I read that e-mail that is not

19  anything that I have just said.

20         Q.     The e-mail below from Dave Kleiman,

21  is that a real e-mail from Dave to you?

22         A.     Please scroll down so I can see.

23  Can I see the subject line, go up.  Yes, it looks

24  like an e-mail I have gotten in the past from

25  Mr. Kleiman.



Page 244

1          Q.      Dave Kleiman?

2          A.      Yes.

3          Q.      Can you read that e-mail for the

4    record?

5          A.      Yes.  "No need.  There are several

6    others from October.  If we come into any issues

7    but we only need one.  Your trust is in the

8    Seychelles and you want to have noting known of

9    mine in P, so it should all be good.  We only need

10   one dormant and untraded company to sit as the

11   owner of the Bitcoin we are mining into them.

12   I am assuming you do not want WKID to be a

13   director.  The Brits do not allow this -- sorry,

14   Brits do allow this."

15   BY MR. FREEDMAN:

16              MR. RIVERO: If there is no pending

17   question, I am asking how much time has elapsed?

18              THE VIDEOGRAPHER:  Six hours and

19   three minutes.

20              MR. RIVERO:  Unless you have

21   another minute, we are now an hour and 46 minutes

22   beyond the order and beyond total time as well.

23   Mr. Freedman, wrap it up right now.

24              MR. FREEDMAN:  Last question, Dr.

25   Wright.  What did you take Dave Kleiman to mean



Page 245

```
 1   when he said that "Bitcoin we are mining into

 2   them"?

 3           A.      Dave tried to assure me that he was

 4   still working and doing things.  Dave had promised

 5   me that he was setting things up and that money

 6   I had given him would be used for building

 7   machines and doing other work.  That never

 8   occurred.  What I did not realize at the time,

 9   because I trusted Dave implicitly, was that Dave

10   basically was not saving money, Dave was spending

11   all the money on cocaine, on barbiturates, on

12   painkillers, on opiates.

13           MR. RIVERO:  We are concluding

14   today.  This is it.  I am not -- we are concluding

15   right now.  I would like to say on the record, we

16   are all now very aware that we are beyond today,

17   so the additional time should be discounted and

18   I am going to ask on the record that we start on

19   time, I am willing to start early if the judge is

20   available, or counsel, I am willing to start half

21   an hour or further early.  We need to finish

22   within the time provided by district court order

23   on Wednesday.  It is not right to have people, we

24   are in a circumstance that we all understand,

25   having to travel at this time of night.  That is
```



Page 246

1    my position.  I am glad to discuss it with you,

2    Mr. Freedman, but please make arrangements so we

3    can accomplish this within the time set out in the

4    district court order and finish this on Wednesday.

5                    I do not know if you have, I would

6    like to have the time noted now as we conclude the

7    deposition.

8                    THE VIDEOGRAPHER:  We have been on

9    the record for six hours and five minutes.

10              (Deposition concluded at 8.47 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 247

1                    CERTIFICATE OF WITNESS

2

3      I, Craig Wright, am the witness in the foregoing

4     deposition.  I have read the foregoing and, having

5     made such changes and corrections as I desired, I

6     certify that the transcript is a true and accurate

7     record of my responses to the questions put to me

8     on 16 March, 2020.

9

10

11

12

13     Signed:  ...............

14

15     Name:  ..............

16

17

18

19

20

21

22

23

24

25



Page 248

```
 1

 2                    CERTIFICATE OF COURT REPORTER

 3

 4     I, Amy Coley, an Accredited Reporter, hereby

 5   certify that Craig Wright was duly sworn, that I

 6   took the Stenographic notes of the foregoing

 7   deposition and that the transcript thereof is a

 8   true and accurate record transcribed to the best

 9   of my skill and ability.  I further certify that I

10   am neither counsel for, related to, nor employed

11   by any of the parties to the action in which the

12   deposition was taken, and that I am not a relative

13   or employee of any attorney or counsel employed by

14   the parties hereto, nor financially or otherwise

15   interested in the outcome of the action.

16

17

21

22   Signed: ..................

23   AMY COLEY

24

25
```



Page 249

1

2                          E R R A T A

3

4               Deposition of Craig Wright

5       (Please show all corrections on this page, not in

6                     the transcript.)

7       Page/Line No.                 Reason for change

8

9

10

11

12

13

14

15

16

17

18

19

20      Signed: ...................

21      Name:   ...............

22      Date:   ..................

23

24

25



**A**

**ability** 6:18,19,22
120:14 134:16
217:17 248:9
**able** 15:13 19:23
20:2,3 24:4,11
26:9 36:20
49:12,15,16
61:8 76:21 77:6
118:5,14
121:10 122:8
124:8 135:21
183:7 186:15
195:15 230:19
233:24
**Abrenner@bsf...**
2:14
**academic** 55:9,23
121:9,10 122:3
**accept** 101:21
138:2
**accepted** 230:15
**access** 36:20
81:14 90:18,20
116:20 124:8
222:7,14,20
**accessing** 125:6
**accomplish** 246:3
**account** 8:6,11
8:19,23 9:9,12
23:21 91:2,5
124:7 134:4,6
134:12,25
135:6,8,14,20
137:17,25
139:17 140:1
159:18,19
161:24 163:13
163:17,22,24
164:19,25
165:17 166:11
166:16,18
168:25 169:2,5
169:9 174:23
**accountancy**

159:4
**accountant**
106:19 107:17
181:3
**accounting**
181:20
**accounts** 90:19
90:21,22,24
91:8 124:12,17
230:21
**accounts@mjf...**
230:10
**Accredited** 248:4
**accurate** 46:19
46:20,21 47:23
48:19 50:5,7,8
50:25 51:22
52:17,21 53:7
54:4,9 55:4
56:2 60:10,11
61:24 76:7 91:8
92:22 94:23
97:16 101:17
101:19 103:18
103:20 106:15
106:23 107:7
110:6,7 115:6,9
121:23 129:19
133:3 137:20
177:17 223:2,5
223:9 224:9
225:2,6,15
229:1 230:6,7
230:18,20
235:21 236:15
241:7,8 247:6
248:8
**accusing** 144:25
145:2
**acknowledge**
97:7
**acknowledging**
100:6 101:4
**ACM.org** 162:13
**acquisition** 211:9
**act** 7:11,25 73:4

90:16,17
144:16,23
180:8
**acted** 80:16 89:6
89:24 90:3
99:19 107:1
**acting** 168:21
202:6 215:3
**action** 164:12
248:11,15
**actions** 203:21
**actively** 25:16
**activities** 203:20
**acts** 35:19
**actual** 18:3 45:25
53:18 111:18
**add** 28:18
**adding** 185:24
**additional**
245:17
**address** 21:23
93:14 124:9
131:1 138:22
159:11 160:4
161:1,2,5,6,16
186:23 229:19
**addressed** 37:11
39:14,19
**addresses** 226:2
230:17,23
**adequate** 122:2
**adjourn** 117:22
**admin** 16:1
**administrative**
212:1
**administrator**
13:6,13,17 14:3
14:5 16:3
**admired** 120:2
**admissible** 240:8
**admissions** 148:3
**admit** 79:24
82:11 99:5,12
**admitting** 66:19
233:24
**adobe** 196:24

197:2 204:16
**adopted** 119:23
120:1,2 157:1
**advance** 240:15
**advice** 114:19,20
205:19 209:15
236:13,16
**advisory** 205:17
**advocate** 97:12
**AES256** 157:24
158:8,10
**affect** 6:17,19,22
**afternoon** 5:8,9
**agencies** 239:20
**agenda** 18:11
**agent** 180:9
**agents** 146:22
**ago** 8:11 23:11
69:6 94:5 96:7
96:23 111:24
135:20 167:23
201:11
**agree** 17:18
20:19 60:18
69:17 74:14,16
80:9 82:20,22
85:6,8 89:10,12
89:14 92:1,2
95:5,13 103:11
104:23 105:3
116:25 126:3,6
134:11 149:8
157:5 168:12
187:9,11
190:23
**agreed** 69:19
89:13 217:9,15
**agreeing** 60:16
**agreement**
113:25 118:8
168:8
**ahead** 19:2 48:24
51:7 63:7,11
70:5 71:3 74:6
79:15 89:4
92:24 93:5

96:14 98:16
100:2 110:15
110:24 117:4
125:19 136:19
143:17 156:19
173:9 191:1
197:21 209:22
233:11 236:7
238:10
**aid** 154:15
**aided** 107:15
**aiming** 212:6
**Air** 146:19
**al** 4:5
**Alan** 31:5 36:8
63:2 181:15
**albeit** 49:8
**alert** 19:22
**Alexander**
223:25
**algorithm** 7:14
**Ali** 107:17
**alias** 162:18
**alive** 80:19
**allow** 138:10
190:23 244:13
244:14
**allowable** 67:19
176:24
**allowed** 12:10
147:2 166:12
177:1 186:12
194:11
**allowing** 118:3
240:11
**alpha** 41:7
170:18
**altered** 167:15,17
167:19 168:2
**altering** 125:7
**alternate** 18:7
**alternative** 64:20
92:14
**Amanda** 141:16
**amenable** 189:10
189:20



America 199:10
American 20:7
  119:24 144:16
  144:23 203:6
  203:19 204:7
Americans
  203:24 204:3
amount 22:18
  23:16 182:14
  207:25 213:24
  241:2
amounts 100:23
  180:11
Amy 1:22 2:24
  4:13 248:4,23
analysis 65:3
  124:5 195:11
analyze 129:14
  130:21
analyzed 138:4
analyzing 130:19
anathema 182:1
ancillary 88:13
Andreas 4:23
  113:13 229:14
Andresen 24:1
  24:16,21,22
Andrew 2:15
  4:17 33:25 58:3
  58:7 106:9,10
  108:25 111:5
  117:20 242:11
Andrés 2:21
Angela 140:1,2
  140:16,20
  220:5
angry 74:25 75:1
  78:10,13
Anne 238:24
annotation 71:7
announced 19:25
announcing
  160:21
anonymity 21:17
anonymous 7:4,6
  7:8,20 21:17,20

91:4,6 183:6
answer 5:16
  10:21 19:2
  20:15 25:12
  26:9 27:11,21
  39:5 44:15
  53:16 59:10,10
  59:14,15,15
  61:9 64:4,12
  67:1,6,14 68:6
  68:24 69:1,2,3
  70:8,9,12 71:25
  72:24 87:14
  88:15 94:6
  95:19 96:1,15
  98:17 99:14,25
  104:14,16,18
  104:20,21
  107:19,21
  108:5,13
  110:15,24
  111:9 114:13
  115:4 119:16
  125:17,19,21
  128:3 134:17
  135:17 137:23
  141:19 143:6
  143:13,15,17
  144:1,11,14
  145:7,10,11,17
  147:2,7,8
  155:21 156:21
  171:11 173:10
  177:14,25
  178:18 182:13
  183:12 196:1
  206:4 224:19
  224:21 242:23
answered 25:12
  28:6 65:5,6
  87:13 115:20
  120:22 145:3
  151:9 171:10
  196:1 223:16
answering 93:8
  159:25 182:16

190:25
answers 20:13
  64:17,20 68:11
  92:14 93:10
  95:14 98:14
  144:22
antigovernment
  18:13,14
Antonopoulos
  19:21
anybody 66:6
anyone's 208:9
anyway 78:6
apart 150:18
aphasia 59:4,17
apologies 21:25
  92:4
apologize 134:8
  140:4 170:24
apologized 188:9
appalling 117:18
apparently 117:8
appeal 113:22,23
  240:14
appear 44:12
  48:9 75:21 76:6
  207:1 227:17
  230:7,22
appearance
  117:12 118:12
  118:15
appearances
  4:14 230:24
appeared 192:9
appearing 45:24
appears 41:15
  43:12 44:2 54:2
  54:5 136:24
  153:24 165:15
  174:14 197:10
  225:15 227:8
  232:21 235:17
application 189:1
apply 213:21
appointment
  208:17

appraised 112:14
appreciate
  183:15
approach 37:12
appropriate
  188:12
approximately
  240:24
APRA 182:3
April 40:16 43:3
  57:6,17,19,24
  63:11,14 124:8
  166:6 199:6,18
  207:6 214:8
  216:13,20,24
  217:3 219:21
  242:12
architecturally
  122:5
area 79:25 86:6
  93:13 99:6
  181:11,12
areas 56:10 81:2
  86:9 182:5
  203:22
argue 17:16 82:2
argument 104:13
  186:20
argumentative
  128:3
Arivero@river...
  2:20
arranged 26:25
  228:11
arrangement
  196:7
arrangements
  29:9 181:1
  246:2
arranging 27:7,8
arrested 203:23
  204:3
arrived 48:2
arse 45:3
arse-hole 90:6
art 3:4 12:16

178:22
article 16:15,19
  164:25
articles 13:4
  45:25
Asian 162:17
aside 130:11
asked 10:16
  20:13 21:22
  25:8,11,13
  42:10 44:1,4,12
  88:19 98:14
  99:13 115:19
  119:14 121:3
  132:8 133:1
  141:5,7,11
  142:3,14
  143:12,20
  144:22 145:4
  145:20,23
  151:8,12,12
  154:17 162:16
  164:14 182:9
  189:5 190:14
  191:8,12
  192:13 196:1
  202:2 211:13
  213:9 220:14
  223:15 224:25
  224:25 228:23
asking 27:3
  42:13 47:24
  48:5 52:17,18
  59:16 80:4,5
  87:9,10 95:17
  99:10,11
  107:13,20,22
  108:2,5,16
  134:3,24
  135:13 137:2
  143:14 144:7
  171:7 178:16
  178:17 189:3
  191:15 192:21
  202:3 227:12
  244:17



**asks** 41:25
**aspects** 86:4
  108:20 121:10
  121:15
**Asperger's** 23:5
  144:15
**assert** 125:19
**asserted** 113:18
**asserting** 108:11
**assertion** 112:17
  113:18
**assertions** 24:25
**assessment** 95:5
**assist** 107:23
**assistant** 220:8
**associated** 18:1
  29:18 47:20
  169:5 171:14
  188:10
**assume** 6:1 51:19
  64:23 84:1,2
  95:10
**assuming** 41:16
  43:19 48:11,12
  55:5 67:10
  244:12
**assumption**
  31:18 65:21
  66:9
**assumptions**
  31:21
**assure** 117:25
  245:3
**ATO** 105:20
  106:14,22
  109:1,4,6,11,15
  110:5 113:5,16
  113:21 114:7
  114:15,21
  234:6,8,23,25
  235:1 239:2,21
**attached** 11:2
  54:3,12 55:20
  55:24 63:9
  67:25 236:2,11
**attachment**

51:10 52:7,10
  52:11,12,16,18
  52:20 53:24
  54:12 55:4,5
  56:7 206:18,23
**attachments** 51:6
  51:6 53:20,21
  68:1
**attack** 20:4 187:3
**attempt** 114:2
**attempted**
  181:16
**attempting**
  103:24 169:6
**attend** 44:21
  60:20,23
  108:25 109:3
**attended** 27:1
  45:18 58:6
  60:21 61:1
**attending** 58:2
  58:20 239:16
**attention** 184:8
**attest** 155:3
**attorney** 232:20
  248:13
**attorney/client**
  209:21
**attributed** 154:2
**attributing** 155:1
**audibles** 13:1
**audibly** 5:16
**audit** 107:7
  181:22
**auditing** 105:20
**auditor** 106:25
**audits** 105:25
  106:4 108:1,8
**August** 9:19
  230:12
**Auscript** 236:4
**Australia** 108:3
  125:3,3,6,11,12
  125:12 127:9
  128:10 146:15
  146:19 151:23

151:24 159:4
  166:4 199:8,11
  214:21 224:7
  243:5
**Australian**
  105:19,25
  107:1,6,10,25
  108:7 109:24
  110:11 126:16
  126:17 163:6
  181:1,7,9,10,12
  182:3 217:8
  236:1 239:20
  240:6,9,13
**AUS81546** 3:14
**authenticity**
  125:17,20
**author** 9:18 98:3
  99:23 101:15
  102:5
**authority** 110:2
  182:4
**authorization**
  67:17
**authorize** 12:18
  149:4
**authorized** 149:6
**authors** 193:23
**autism** 144:15
**autistic** 23:4
**available** 245:20
**Avenue** 2:8
  214:25
**average** 10:23
**avoid** 100:12
  205:20,22
**awaiting** 219:8
**awarded** 85:21
**aware** 131:4,9
  176:1 205:8
  232:12 245:16
**awful** 220:6
**Ayre** 28:13,15,16
  28:21 157:11
**a.m** 33:24 43:18
  164:10,16

165:6 170:3
  201:5 212:17
  212:23 237:6
  242:12

———————
**B**
———————
**BAA** 211:20
**back** 8:16 10:2
  11:20 14:17
  17:22 41:18
  46:11 61:19
  71:3 72:17 73:3
  73:20 90:7
  106:19 114:2
  119:13 120:5
  126:1 137:10
  142:16 143:8
  154:21 156:2
  162:25 165:17
  168:11 169:3
  170:7 199:15
  199:19 202:8
  209:14 214:11
  226:7,11
  227:22 228:9
  231:20 234:9
  234:18 241:22
  242:17
**background** 82:3
  83:15,21 84:6
**bad** 173:6 191:21
  192:10
**Bagnue** 214:18
  214:21
**banking** 120:4
  182:5
**bankrupt** 217:14
**barbiturates**
  234:5 245:11
**Barrow** 214:21
**bars** 205:22
**based** 11:13 53:9
  56:16 80:5
  85:19 99:11
  186:25 194:7
  203:22 238:7,9

**basement** 86:17
  86:19
**basically** 11:1
  17:20 33:18
  39:16,18 47:17
  66:1 75:8 80:16
  83:15 90:5
  103:6 125:8
  134:18 140:12
  145:3 146:23
  181:19 184:17
  186:4 193:7
  194:8 209:15
  215:18 217:9
  220:9 245:10
**Bates** 15:5,6,8
  42:21 54:14
  64:18 71:4,11
  88:17 124:21
**Bay** 181:13
**BDO** 159:3,4,6,9
  181:16,17
**beach** 83:23
**Bear** 131:24
  204:23
**beat** 175:1
**beginning** 85:22
  89:21 178:7,12
  179:16,21
  184:22 199:16
**begins** 4:3 39:23
**behalf** 2:24,25
  106:15
**belief** 233:16
**believe** 15:14
  20:20 45:13
  47:5 53:23
  60:11 66:5 80:4
  87:13 99:10
  101:19 123:21
  124:13 128:9
  132:20 133:2
  141:3 148:6
  149:11 158:1
  164:11 171:10
  171:19 176:19



176:20 177:2
182:16,17
191:10 197:20
199:9 208:4,8
**believed** 21:19
88:2 177:4
193:23
**believes** 177:9
**bell** 199:6
**belong** 135:5
**belonged** 9:13
134:25 135:4
**belongs** 9:14
**beneficial** 181:18
**Benjamin** 232:18
232:19,23
233:4
**best** 14:17 16:12
41:3 122:6
132:4 140:14
149:16 177:25
188:11 189:22
190:23 193:8
196:10,14
198:4 199:14
199:18 201:10
203:1 214:3
225:16 248:8
**Bet** 203:23,24
**better** 39:8 65:4
68:21 78:1
79:24 96:3,19
98:24 99:5
**beyond** 244:22
244:22 245:16
**big** 12:17 40:18
40:20 41:8
46:24 47:3,4,7
60:10
**biggest** 203:2,17
**binary** 193:18
**birth** 6:25 179:1
**birthday** 155:7
**Biscayne** 2:3
**bit** 13:22 21:15
89:6 99:18

117:15 169:14
172:19 178:16
202:12 219:23
231:9 240:21
**Bitcoin** 3:4,15
7:4,20 10:24
12:16 16:16
17:1,4,6,10,10
18:1,5,7,10,12
18:13,16,22
19:4,23 20:2,4
21:13 25:1
35:19 47:16
52:13,20 53:6
54:3 55:10
69:11 72:12
77:19,25 81:9
82:5 84:19
87:23,25 88:2,4
88:7,8,10 93:13
97:3 98:22,22
99:16 100:9
105:1 120:6
121:8,11,15
122:4 128:24
133:2 134:6
136:4 137:4
139:3,20
140:18 143:3
146:3 149:19
149:24 150:9
150:13,20,25
151:7,13,15
158:4,6,7,11
159:12 160:10
160:15,22
161:8,13,14
169:17 170:13
170:18 171:6,9
171:12,14
173:24 174:7
175:11,13,19
175:20,22,24
176:3,4 177:6,8
178:8,12,19,22
179:2,16,21

180:7,20,24
181:14,15,18
182:12,22
183:19,24
184:10,22
186:2 187:7
191:5,18
194:15,17,20
194:21 203:11
207:10 210:8
210:22 211:10
213:14,16
214:14,23
215:4,9,18
216:21 218:6,7
218:9,13,14,16
218:18,23
219:1 220:19
221:1,7,12,18
222:1,4,8,11,15
222:18,21,22
222:24 223:7
223:13 227:24
228:14,16,20
228:23,25
230:17,23
231:4,7,11
232:4,13 233:8
233:14 239:10
244:11 245:1
**Bitcoins** 17:13,13
70:6 73:25
158:19 213:20
215:8 239:15
239:25 240:20
240:20,24
241:1
**Bitcoin's** 185:6
185:21,23
**bits** 156:22
174:15 175:4
**blackmail** 201:3
201:21 202:7
**blackmailed**
201:23,24
**Blackstone** 8:2

**Black's** 7:6
**blatantly** 89:15
**block** 12:17 18:9
**blockchain** 33:1
55:10 100:10
193:14 194:2,4
194:19,22,23
195:5,6
**blog** 11:24 12:21
13:4,5 16:17
21:5 41:7
165:22,24
166:1
**blogs** 9:20 10:10
10:16 12:8,9
**Bloom** 189:2
**blue** 196:23
204:18
**Blvd** 2:3
**board** 186:13
210:25
**Boies** 1:17 2:12
4:9
**bold** 64:2,3,21
68:17,18 70:3
77:14,14,16
79:8 82:7,8
84:11 88:21
91:12 92:25
210:13
**bolded** 64:5
73:24
**book** 9:18,22
10:2,6,10,13,17
10:19 11:21,24
11:25 12:1,4,5
12:7,9,9,10,15
12:19 115:23
116:2 119:2,8
119:25 120:3
156:13 178:21
184:2 202:9
211:11 231:21
**bookkeepers**
107:18
**bottom** 36:2

40:15 41:6 43:2
43:10 67:5
84:12 104:7
116:17 119:12
162:10 184:4
224:13 225:17
232:2 239:1
**bought** 174:22
218:20
**Boulevard** 2:18
**bound** 241:4
**bowl** 67:13
**box** 122:22 129:2
**bracket** 31:4
**brackets** 71:18
**brain** 133:14,14
178:1
**break** 6:12,14
22:2 49:13
54:23 55:2 58:9
58:12 111:7
112:13,25
115:5 116:8,24
117:5 119:3,13
151:25 152:3
152:22 153:20
183:8 206:9
207:20 242:1
**breaks** 206:1
**Brenner** 2:15
4:17,17 117:19
117:20 118:9
118:18 189:15
**bridge** 118:20
**brief** 183:21
**briefly** 183:14
**bring** 15:13
21:16 151:19
170:25 236:24
**Brisbane** 124:9
**British** 20:7
86:19 203:25
**Brits** 244:13,14
**broadcasting**
193:21
**broader** 24:16



broken 165:23
Brookes 30:13,25
  31:5 43:3 45:20
  63:2
BTC 243:8
bucket 19:14
build 40:6,7
  149:19,24
  150:8 154:16
building 245:6
bullet 95:25
bunch 30:15
  230:4
business 167:5
  196:7,8,9,14
  198:6,7,14,15
  198:18,23,25
  199:14,18,21
  200:1,11,13
  201:11 207:12
  210:9
Buterin 33:20
  35:18

―――――― C ――――――
C 2:1 29:25 122:3
  122:3,3
CAGS 181:21
Caley 29:24
  30:20 31:5,8,19
  31:24 32:2
  34:12,17,20
  35:9 37:17 38:5
  40:17 41:6
  48:10 51:3,15
  51:19 58:3,6,21
  58:24 59:24,24
  60:3 62:22
Caley's 67:25
call 15:3 17:12
  41:25 42:9,18
  186:14,16
  208:10
called 12:23 13:7
  13:14,18 14:4
  14:20 16:15

26:19 27:16
29:16,24 52:13
53:3 106:6,17
122:15 133:10
145:22 193:14
200:11,15
202:23 215:16
217:8 232:18
calling 198:2
calls 181:21
  207:8
calmer 79:25
  99:6
calmest 41:12
calmly 61:10
Calvin 28:13,15
  28:16,20,22,24
  157:11
camera 6:10
  57:23 67:13
  75:17 143:8
campaign 62:2
capture 56:14
captured 125:11
  128:9 134:14
car 177:1,3,4
care 36:17 95:8
  95:10,11
  102:13 228:17
careful 26:21
  142:10
carry 9:3 49:15
Carter 212:16,22
case 1:3 4:6
  19:17 43:21
  117:21 122:4
  135:22 144:18
  147:20 157:17
  217:10
cases 120:1
cash 160:10,15
  227:25 228:11
catch 146:16
  241:14
category 20:23
Catherine 62:25

cause 47:13
CC 30:15 35:9
  37:20 48:14
  157:12 224:1
CCed 30:17
  32:21 37:20
  50:21
CC's 37:16
centralized 195:8
cents 239:11
CEO 75:5 139:16
  203:23 215:13
  235:23
certain 6:22 38:9
  60:14 86:8 95:2
  101:20 103:5,5
  171:18 194:7
certainly 6:15
  119:4,6 133:8
  205:25
CERTIFICATE
  247:1 248:2
certify 247:6
  248:5,9
CFO 106:16
  107:17,19
  223:25 239:2
chain 36:3 41:22
  43:2 123:3
  153:22 154:5
  164:6 169:11
  193:14 194:5
  224:14
change 18:4 20:5
  79:2 104:24
  105:6 182:19
  249:7
changed 18:3
  19:24 85:19
  170:19 208:13
changes 51:17
  54:8 171:2
  247:5
changing 131:21
  131:22 132:11
channel 13:7,14

13:18,23,24
14:4,6,8,10,20
16:4
chapter 119:7
character 120:7
characterization
  48:20 133:3
  190:17 224:10
  229:2
characterize 50:3
  135:8
characterizing
  66:2
characters 120:3
charge 69:14
  116:8
Charles 183:2
  195:12 239:18
chartered 159:4
cheat 186:19
checked 167:14
checking 108:20
  108:21
Cheshun 106:13
  106:16 109:3
  223:24 230:4
  235:20,23,25
  238:24 241:6
  242:11
chief 106:16,24
children 46:12
  47:18,19 48:3
children's 186:5
choice 103:9,10
  115:16 119:15
chords 237:22
chronological
  224:17,18
church 215:1,4
cipher 7:9
circle 172:7
  196:22,24
  204:17,18
circumstance
  245:24
City 2:8 189:13

claim 68:22 96:4
  96:20 135:11
  169:1 220:23
claimed 148:2
  192:14
claiming 137:19
claims 185:15
clarify 23:6 47:2
  178:19 189:8
clarifying 32:12
clarity 231:8
class 199:19
claw 114:2
claw-back 114:1
Clayton 106:3,6
  106:9 107:4,23
  108:6,18,18
  153:18
Claytons 107:9
clear 11:11,14
  22:25 56:24
  65:12 66:20
  93:7 101:5,25
  113:16,22
  187:23 207:24
clearer 86:9
  100:7
clearly 14:1,12
  55:12 190:17
click 178:3
clicked 134:19
  135:23
client 117:11
  161:8,11 190:1
  238:13,21
clipped 93:9
closes 225:22
cloud 151:23
cluster 179:25
coach 100:16
coaching 95:2
  100:19
cocaine 234:4
  245:11
code 17:21,24
  122:9,18



128:24,25
133:2,5,13
146:1,5 151:16
170:15,25
171:14 202:20
203:15 204:8
215:4 226:4
228:12
**coded** 121:8
**coder** 82:3 83:8
121:20,24
122:1,2,2,16
**coders** 122:7
133:13
**coding** 81:11
122:11,13,19
125:1
**cogent** 20:20
**Cohen** 2:23 5:1,1
49:7 117:9
205:7,19 208:8
**coins** 17:17,21,25
18:23 20:22
22:16,22 23:12
**Coin-Exch**
140:11
**Coley** 1:22 2:24
4:13 248:4,23
**collaborating**
173:24
**collaboration**
174:7
**collapse** 102:6
103:2
**collapses** 100:11
**colleagues** 165:1
**combination** 9:7
68:23 96:21
234:4
**come** 7:9 13:4
25:3,5,9,20
26:15 27:2,4
28:11,24 29:6
33:11 38:15
43:14 44:3,14
55:13 71:2 75:5

92:5,8 123:18
128:8 129:16
154:8 165:25
173:11 184:18
214:11 224:5
238:15 244:6
**comes** 17:15
117:22 119:25
124:19 126:20
200:10 212:11
227:25
**comfortable** 93:8
**coming** 8:10
24:17 25:25
29:13 31:25
34:3 37:18
38:22 46:2 47:7
116:10 124:9
155:7 204:16
**Commander**
146:14,18
**commenced** 4:1
**comment** 16:8,11
23:15 42:17
52:9 58:4 74:7
134:21 148:23
205:8,13 231:1
**commentary**
241:8
**comments** 52:12
231:5
**commissioner**
181:6
**commissioners**
181:7
**committee** 68:20
96:2,18
**communicate**
83:25
**communicated**
182:23 183:1
188:23
**communicating**
81:10 138:19
164:7,13
209:12

**communication**
27:25 41:22
197:7,8 224:3
**communications**
34:13,18 81:12
109:22 114:7
114:15 128:15
128:18 129:7
142:11 157:17
174:6 183:3
207:7 224:6
226:20 240:12
**companied**
107:24
**companies** 39:25
105:20,22
106:2,5,8,11,14
106:15,23
107:4 108:6
111:25 112:2
125:10 181:4
200:18 214:16
214:23 222:5
222:16,18
228:17
**companion** 196:4
196:10
**company** 37:13
38:25 40:8 61:8
75:4,18 102:14
105:11,24
106:17 107:9
109:13,15
186:25 199:25
203:25 204:1,4
213:20 215:12
215:14,16,17
215:19,20
219:5 220:21
221:3 223:25
230:20 242:24
243:7 244:10
**company-owni...**
167:4
**compile** 136:3
**compiled** 137:4,7

137:11 170:16
**complain** 186:17
**complained**
217:7 218:1
**complaining**
117:9
**complaint** 138:13
**complaints**
186:10
**complete** 52:3
144:21 148:4
**completed** 11:17
21:18
**completely** 18:4
18:7 88:12
143:19 148:7
148:12 208:5
240:10 242:24
**completeness**
53:10
**completion** 85:23
**complex** 156:25
**Compliance**
181:22
**complicated**
65:12 190:13
**computational**
86:2
**computer** 15:3
81:4 132:24
239:15
**computers**
125:12 129:16
167:23,24,25
175:20
**concede** 72:25
**conceding** 72:20
**conceive** 211:15
**conceived** 211:7
211:16
**concentrating**
59:19
**concept** 207:10
210:23
**concern** 37:12,17
48:17

**concerned** 46:14
47:6,10
**concerning**
180:20 182:12
182:21 183:18
184:10 186:1
231:5
**conclude** 246:6
**concluded** 189:6
246:10
**concluding**
245:13,14
**conditions** 117:8
117:24 118:5,6
118:10,13,16
118:22 120:13
205:1
**conduct** 60:14
107:2
**conducts** 239:19
**conference** 63:13
**conflicting** 191:6
191:19
**confounding**
40:3
**confuse** 200:13
**confused** 72:19
**confusing** 231:9
**conjunction**
135:6 179:6,11
**connected** 207:11
**connection** 76:25
107:6,25 108:8
**connotation**
78:11
**Conrad** 212:16
212:22
**consecutive**
56:25
**consider** 11:21
11:23 63:10
114:25
**considered** 115:6
115:10
**considering**
206:6



consistent 184:13
185:19 189:12
constant 20:4
constantly
239:16
construct 64:8
consult 111:20
112:15,21
113:14
consultant 92:18
97:5,11,21,25
102:25 104:6,8
consultants
29:12
contact 27:22
140:9 165:9
205:20 214:4
238:13,22
contacted 181:5
189:9
contacting
140:10
contemporane...
73:17 177:12
content 13:3 65:8
93:11 95:15
contents 12:25
context 103:10
197:20
continuance
190:7
continue 11:15
27:10 117:18
117:20 118:2,3
118:15 190:24
208:19 220:3
continued 16:16
69:9 97:1
205:25 211:25
continuous 77:3
contract 8:2
106:21 167:3
169:1 203:25
218:12
contracts 169:7
207:11 210:16

210:20,21
contradicting
127:3
control 8:21
35:20 83:13,16
129:2,3,4,4
131:14,23,23
131:25 133:20
159:10 211:9
211:21 218:16
220:19 242:24
243:3,6
controlled 83:16
83:17 161:24
221:2
controlling 8:18
CONTROL12...
3:12
CONTROL12...
3:12
conversation
45:4 68:7 112:5
113:4 144:10
183:9
conversations
44:24 81:5,7
108:12 110:18
110:23 111:1
111:10 207:9
240:5
convicted 19:5
convince 24:12
copied 126:16
163:6
copies 12:3,5
copy 16:15 50:23
56:10 86:10,17
86:18,20
115:23 116:2
123:16 138:16
170:23 227:15
copying 18:5,6
copyright 181:11
cores 237:15,22
corner 63:25
corporate 40:3

60:4 235:23
240:15
corporation
200:3
correct 10:11,12
17:2 22:3,4,6,7
24:13,14,25
27:17 35:20
41:22 48:11
57:24 60:4 61:1
64:1 77:17
88:15 108:3
113:7 124:17
134:22 143:19
144:1 156:14
158:25 166:22
166:23 168:17
173:20 175:5
200:12,16
202:1 217:19
219:15 221:5
224:2,22
230:13 239:23
241:10,14
correcting 114:7
114:15 241:16
Correction 5:5
corrections 110:5
110:11 113:6
237:8 241:17
241:21,23
247:5 249:5
correctly 45:3
143:11 159:25
correspondence
27:16,18
123:22 153:21
200:23 225:3
cost 228:14
Costa 202:21
203:18 204:9
Costs 203:16
counsel 4:13
86:20 106:10
108:13,18
127:19 128:7

130:16 142:7
142:11 163:8
174:2 208:16
240:13 245:20
248:10,13
countries 202:21
203:16,18
204:9
country 127:10
163:7 204:1
couple 201:11
course 7:24 19:8
79:13 99:1
190:21 207:9
214:22
courses 239:17
239:19
court 1:1,22 2:24
4:6,12 6:5,10
8:17 13:10
20:25 66:23
73:14 105:17
111:4 113:12
143:8 145:16
147:5,6 188:15
190:1 197:12
217:10 219:9
245:22 246:4
248:2
court's 187:22,22
cover 12:15
covering 104:4
Covid-19 189:12
189:15
co-counsel
112:16
co-operating
54:22
co-operation
223:12
co-ordinate
29:12
CO1N 203:5
CO1Ns 203:10
crack 203:19
Cracked 165:23

Craig 1:9,12 4:4
4:5 7:1 8:7 9:9
9:10 12:18 33:6
36:5 37:12
40:18,19 41:8
48:15 52:14,21
53:6 54:4 57:10
58:2,6,20 63:8
64:7 65:15,19
72:17 73:5,7,8
73:9 75:3 82:2
87:2,6 90:6
93:16 101:5
116:4 119:9
137:16 156:14
162:13 163:3
165:5 172:17
186:11,18
190:20 191:22
197:22 198:13
199:17 201:5
212:15,22
226:8 233:6
239:9,15
240:19,20,23
247:3 248:5
249:4
Craigswright...
139:13
Craigwright.net
12:23 16:17
Craigwright@...
139:16
Craig@nCrypt
49:23,24
Craig@RCJBR
137:25
Craig@RCJB...
138:22
crashed 171:3
create 10:16
89:17 144:4
173:24 188:20
194:3,6,14,22
195:13,15
222:22



**created** 17:12
72:12 88:23
99:17 165:19
175:14 176:4
194:1,20
222:21 239:14
239:24
**creates** 117:14
**creating** 77:19,24
98:22,22
150:13 151:7
151:13 175:23
176:23
**creation** 87:23,25
88:2,4,7,8,10
108:19 157:4
186:1 191:18
192:15 193:11
193:22 194:17
194:19,23
203:11
**creative** 133:15
**creator** 175:11
175:24 176:3
**creators** 194:12
**credibility** 148:8
**credit** 68:22
75:13,14,20
76:6 96:4,20
102:7 103:1,17
104:10,11
170:21 171:16
**crime** 19:12,19
110:3
**criminal** 20:6,9
109:23
**criminals** 19:13
**critical** 93:13
**critique** 105:7,9
**cross** 118:19
**crud** 122:11,13
122:15,15
125:1
**cryptic** 214:1
**Crypto** 191:21
192:10

**cryptography**
159:22 160:5
160:12,22
161:8,11,18,19
**CSW** 13:15
14:22 16:11
**culture** 89:18
**curious** 205:17
**currency** 194:12
**current** 170:17
196:12
**currently** 26:5
195:2
**custodian** 131:5
131:10
**CW** 65:7,15 66:6
93:8,15,24 97:7
100:7 101:25
**CW's** 95:6
**CYRULNIK** 2:3
2:7
**C-coder** 81:11
121:7

**D**

**D** 3:1 220:5
**daft** 64:8
**danger** 100:11
208:2
**data** 193:20
211:9
**database** 18:6
**date** 6:25 17:10
57:24 63:24
111:22 123:8
142:21 160:14
188:18 199:4,5
206:1 249:22
**dated** 212:16,23
238:14,22
**dating** 234:9
**Dave** 23:18,19,20
23:20,22,23
69:6,21,23 74:9
74:20 76:10,16
76:20,23,25

79:12,22,23,24
80:12,15,16,18
80:23 81:1,3,4
81:11,12,13,15
81:17,20,25
82:16,21 83:4,9
83:14,19 84:25
85:10,12,17
86:6,7,9,23
87:1,3,11,18,20
87:22,24 88:1
89:6,6,17,18
90:16,17,18,20
96:7,23 99:1,3
99:4,5,12,18,19
100:5,8 102:7
102:19,25
103:17 104:10
104:11 114:25
115:7,10,14,17
119:16 120:9
120:20 121:6,7
121:8,11,12,17
122:17,19
126:1 127:24
128:23,25
133:2,5,13
136:3 137:11
139:2,19
140:11,17
142:15 143:2
146:9,11
147:21 148:21
149:9,11,12,13
149:14,15,15
149:16 150:1,6
150:10,11,11
150:12,14,19
150:21 151:1,6
151:10,15,16
151:16,17,17
151:19,20
152:14 153:16
153:23 154:3,5
154:17 157:17
158:18 161:23

162:1,16
163:15,21,23
164:24 165:16
166:7 168:13
168:16,20,21
169:2,22 170:5
170:7,12,19
171:5,8,22
173:16,23
174:6 175:7,9
175:10,15,19
175:21 176:3
177:5,8 192:24
193:3,6,6,7,8,8
195:18,22,24
196:6,7,9
197:23 198:3
198:14,15,20
198:23 199:2
199:21 200:11
201:10 202:20
202:23,25
203:2,6,9,14,16
204:7 207:12
210:10,17,19
210:24 211:20
211:22,25
212:2,9 213:2,6
213:12,13,15
213:16 214:2,7
216:13,20,24
216:24 217:3,5
217:6,22,24,25
217:25 218:6
221:7,12,18,21
221:24 222:1,4
222:8,10,15,17
222:21,22,25
223:7,13
226:13 228:13
228:20,25
231:11,18
232:4,12 233:8
233:9,13,17,17
233:22 239:13
242:22 243:1,2

243:4,9,11,17
243:20,21
244:1,25 245:3
245:4,9,9,10
**Dave's** 100:6
101:4 121:1,4
121:15,17
137:6 149:18
149:20,25
166:11 191:5
191:18
**David** 1:5 72:1
119:24,25
120:1 140:13
211:7,14,17
**day** 118:6 137:6
188:1 199:2
242:1
**days** 60:25 168:2
190:21 199:15
199:19 201:11
234:25
**de** 2:18
**dead** 33:3 79:13
99:2
**deal** 38:19 83:22
208:21 225:22
**dealing** 39:18,20
79:25 99:6
201:20 205:1
**dealings** 213:6
**deals** 147:19
**dealt** 147:17
**Dean** 186:14,17
**death** 121:1,4,15
121:17 146:25
175:1
**decade** 194:20
207:13 210:11
**decades** 40:6
**December** 154:9
242:22
**deceptive** 230:24
**decide** 19:10
189:24
**decided** 46:10



**decisions** 31:25
**DEF** 3:5,5,6,6,7,7
3:8,8,9,9,10,10
3:11,11,14,17
3:17,19,19,20
3:20,21,22,23
**DEFAUS** 124:21
129:23 137:16
154:19,20
155:5 157:7,9
162:4,5 200:8,9
200:20 212:10
212:12,14
232:15,16
234:19 235:5,7
242:2,3,7
**DEFAUS112712**
3:16
**DEFAUS115519**
3:22
**DEFAUS115950**
3:15
**DEFAUS516701**
3:21
**DEFAUS550141**
3:18
**defendant** 1:9
190:20
**Defendants** 2:17
**defendant's**
187:24
**defense** 1:6 30:4
32:6,13 35:3,23
35:24 37:22,24
40:11,12 42:22
42:23 49:2,3,18
50:10,12 54:13
54:16 55:24
57:5 62:17
63:17,18 67:5
67:21,22 68:13
69:24 71:4
73:20 77:10
79:6 82:7 83:3
84:10 88:17
92:12 98:9

106:20 122:23
122:24 153:2,5
153:6 166:25
167:1 168:4,5
168:14 169:10
171:24 181:5
187:14,15
204:11,14
208:25 209:2
209:17 215:10
219:6,7 220:22
223:19,21
229:6,7 236:19
236:22,24
238:2,4,25
239:3,13,21
**defensive** 65:8
**definition** 25:19
25:21 196:2,3
217:5
**degree** 21:19
83:11 85:18,24
86:22
**degrees** 186:11
186:19
**delay** 48:18,22
188:10
**delayed** 47:25
48:6
**delete** 172:23
**Delich** 2:11 4:19
4:19
**Demetriu** 220:5
**Demitrio** 140:3
**demonstrated**
177:18
**deMorgan**
106:17
**denied** 188:22
190:8,18
**Department**
169:7 211:19
211:24
**departments**
234:14
**depends** 7:5 9:10

196:13
**deposition** 1:11
4:1,4,9 5:3,11
5:15 15:4 28:4
117:4,21 118:1
118:24 141:4
143:11,20
147:18 176:2
187:25 188:6
189:24 190:7
190:14,19
205:3 208:13
208:19 246:7
246:10 247:4
248:7,12 249:4
**depreciated**
171:1
**deputy** 181:6
**describe** 7:20
23:2 45:25
113:4
**described** 20:24
**description**
178:18
**designed** 122:5
242:9
**desired** 247:5
**details** 140:9
**deteriorated** 39:5
**determination**
112:17 147:19
**detour** 71:2
**develop** 211:8
**developed** 75:19
207:12 210:9
**developing**
210:16
**development**
170:22 180:20
180:24 182:12
182:22 183:19
184:10
**Devin** 2:6
**dicked** 217:11,12
**dictated** 220:4
**diction** 13:21

**Dictionary** 7:7
**die** 120:25 121:4
121:7 127:23
**died** 69:6 96:7,23
127:15,22,24
195:18 199:2
199:15,19
201:11 214:8
216:24 233:10
**dies** 192:17
**difference** 40:8
200:2 205:11
**different** 27:9
45:14 65:2 66:3
78:11 86:1
115:13 129:2
158:1 184:15
184:21 186:19
186:20 195:7
200:18 203:13
208:6 209:18
**difficult** 10:22,24
11:7 15:7 65:8
115:13 117:3
179:10,19
**difficulties**
188:17 189:5
**difficulty** 27:12
216:1
**digital** 7:10,11,14
**digitally** 158:15
**direct** 184:8
**directed** 114:9
**directly** 86:20
139:25 204:6
**director** 112:1
244:13
**disability** 144:16
144:17,17,23
144:24 145:2,6
**disabled** 135:20
138:25 144:22
**disagree** 18:22
38:20 73:10
187:9,11
190:16 199:24

**disagreement**
207:25
**disclose** 114:21
**disconnect** 27:13
**discounted**
245:17
**discovery** 240:15
**discuss** 54:8
63:14 110:17
142:11 143:24
175:23 246:1
**discussed** 37:11
48:3 51:17
141:24 158:14
181:15 207:9
241:19
**discusses** 36:4
**discussing** 26:23
33:8,9,15,17
35:11 46:1 60:3
103:8 124:24
141:16 142:7
158:19
**discussion** 38:8
141:24 200:18
236:16
**discussions** 108:2
124:4 141:15
141:18,20,22
174:2
**disingenuous**
18:11 20:11
23:8,10,13
**disks** 137:7
**displayed** 54:6
**dissertation**
86:16
**distinct** 40:8
**distinction**
109:14
**distributed** 17:25
160:7 193:23
193:25 194:10
195:13
**distributing**
193:17



**distribution** 18:2
**district** 1:1,1 4:6
 188:15 245:22
 246:4
**DK** 213:24
**doc** 237:9,11
**docket** 36:10
**doctored** 138:16
**document** 15:5
 16:14 30:6 51:5
 52:3 53:1,2,9
 55:16 57:7 58:8
 58:12 60:24
 61:2 63:19,22
 65:17,20 66:9
 66:17 67:23
 68:3 69:4 74:24
 79:6 84:24
 88:16 92:12
 93:22 98:3
 99:23,24
 101:15 103:15
 103:22 104:7
 104:24 125:2,4
 129:19,21
 130:5,13,16
 131:5,10 132:8
 132:10 133:21
 134:17 139:16
 153:2,8 164:2
 164:17,21
 165:18 167:8,9
 167:11,13
 191:12 196:20
 197:19 200:10
 200:12,21
 209:4,13,16,18
 210:1,2 211:2
 216:2 238:5,19
 240:7,8 241:8
 241:18 242:1
**documentary**
 142:23
**documentation**
 37:1 129:14
**documenting**

66:1
**documents** 36:13
 56:16 60:6
 105:4 107:5,10
 107:15,16,24
 108:7,20,22
 109:24 110:1,4
 112:4,7 113:20
 114:3 123:18
 125:18,21
 128:8 131:21
 131:23 132:4
 132:11,14
 134:14 238:7
**doc.x** 53:3
**doing** 14:16
 15:15 25:16
 35:14 36:19
 40:6 62:1 72:14
 73:15 85:17
 108:13 150:24
 177:24 179:7
 186:9,11,15,19
 186:20 188:11
 189:21 193:24
 195:12 211:19
 233:19 234:1
 243:8 245:4,7
**dollars** 19:7,9
 64:9
**Dolwich** 189:11
**dominated** 65:9
**Don** 146:14
**Donald** 146:18
**dormant** 244:10
**doubt** 31:12,15
 56:1 191:16
**Doug** 85:13
**Dr** 1:12 3:3,4 4:4
 4:24,25 5:2,4,8
 6:13,24 7:1,3
 8:7 10:1 11:21
 12:22 14:19
 15:1,10,19
 16:13 18:21
 22:21 23:1,25

24:15 26:21
 27:25 30:9 32:5
 35:21 36:22
 37:21 42:10,19
 44:1,11 49:1,12
 52:13,21 53:6
 53:16,22 54:4
 54:11 55:9,21
 57:3,10 58:2,6
 58:20,24 60:10
 62:15 66:7
 70:13,22 71:1
 71:24 74:12
 77:13 79:5 82:6
 82:18 83:2 84:7
 85:3 91:11
 93:15 94:8
 95:13,24 96:14
 98:20 99:22
 100:13 102:17
 103:2,14
 104:13 107:22
 108:4,11
 109:14,22
 110:16,22
 111:14 112:3
 113:21 114:10
 114:10,14,24
 116:12 119:1
 122:21 123:2
 124:20 128:23
 129:1 130:1
 132:1,19 133:7
 134:17 136:6
 137:22 141:3
 141:17 142:9
 142:13 143:6
 144:20 145:8
 146:13 147:4
 147:13,21
 148:1,8,12,19
 149:18 153:1
 154:18 156:2
 162:3 163:4,10
 166:24 171:20
 172:6 173:9

175:6 178:7
 180:18 182:9
 183:11,14,21
 184:1 187:13
 191:3 196:17
 197:16,21
 198:2,9 199:22
 200:7 201:7
 204:11 206:4
 206:17 208:24
 211:13 212:2
 218:5 219:19
 231:11 234:21
 236:25 237:2
 237:14 238:2
 238:12 240:11
 240:17 241:25
 243:10 244:24
**draft** 63:12
 107:24 209:6,8
 209:20
**drafted** 209:7
**drew** 65:13
**driving** 100:7
 101:6 102:1
 105:1 229:20
**drop** 122:22
 129:2 186:7
**dropbox** 156:3
 160:10
**dropped** 186:16
**drove** 97:9
**drug** 47:20
**due** 75:14
**duly** 248:5
**dying** 121:7

**E**
**e** 2:1,1 3:1 29:25
 168:22 249:2
**EA** 140:3,7 220:9
**earlier** 17:23
 103:14 149:17
 150:15 159:20
 190:12 193:15
**early** 23:25 25:2

26:22,23,24
 27:15,23 28:11
 28:14,21,25
 29:3 170:18,22
 172:22 185:14
 194:3 216:20
 245:19,21
**earth** 35:16
**easier** 156:20
**easily** 64:10
 195:10
**easy** 138:3
 216:21
**echo** 10:2 242:4
**echoing** 14:17
**economic** 194:6
 194:16
**economically**
 195:14
**economics**
 121:12
**Economist** 58:5
**EC4A** 1:18 4:10
**edit** 85:12 86:6
 122:18 126:1
**edited** 9:21 10:13
 11:24 12:21
 85:18,25 86:13
 124:3 154:15
**editing** 156:23
**editor** 10:14
**edits** 124:6
**eDonkey** 194:11
**Edwards** 31:5
 36:8 63:2
**effect** 148:11
 188:21
**effectively** 83:22
 180:10 194:1
 194:16
**effort** 24:16
 26:15 69:11
 93:13 97:3
**efforts** 33:11
**either** 18:10
 23:13 124:12



162:1 188:20 189:25 223:2
**elapsed** 244:17
**Email** 2:5,9,9,14
**emergency** 189:1 189:20
**emphasized** 127:23
**employed** 107:18 248:10,13
**employee** 126:16 126:18 248:13
**enabled** 83:14
**encourage** 189:2
**encouraged** 75:13
**encrypted** 157:24 158:10
**encryption** 158:2 158:7
**ended** 47:4 86:11 102:14 125:7
**endlessly** 186:17
**ends** 174:16
**engage** 65:23 189:16
**engaged** 7:18 209:13
**engagements** 107:2
**England** 1:18
**enquire** 110:1
**enrolled** 186:18
**ensure** 24:25 33:2 39:24 187:1 191:5 196:11
**entire** 27:20 94:9 147:16 150:7 188:8
**entitled** 40:18,19 41:8 52:20 116:3,14 165:22 166:7 169:12 191:22 192:4 216:2

**entity** 239:14,24 240:23
**enunciate** 13:25
**episode** 191:22
**equipment** 13:20
**equivalent** 7:12
**Erik** 19:5
**errata** 240:7
**erroneous** 109:18 241:21
**error** 22:19 233:15
**errors** 114:8,16 236:13 240:4,7
**Esq** 2:6,10,11,15 2:21,21,23
**essential** 149:11 149:14 150:12 151:6,13
**essentially** 100:4 156:24
**estate** 1:5 106:21 140:12
**ES0052366** 30:6
**et** 4:5
**ethereum** 33:1
**Europe** 67:19
**European** 20:8
**event** 60:10 72:25 240:14
**evidence** 125:5 141:23 142:7 200:17 209:6
**evidentiary** 11:1
**exact** 128:10 141:15 142:21 145:3 152:19 166:19 199:5
**exactly** 70:6 73:25 75:10 139:1 142:14 143:10,18 191:4
**examining** 130:25
**examples** 72:7

**Excel** 197:1,3
**exchange** 207:10 210:8 211:10 218:21 219:4
**exchanged** 7:17
**exchanges** 19:19
**exclusion** 238:7
**Excuse** 92:3 211:3
**executed** 150:20 150:25
**executive** 220:8
**exhibit** 3:2 15:3,9 15:11,12 16:20 21:4,5,6,7 32:13 35:5,24 37:24 40:12 42:23 49:3,10 50:12 54:16,19 57:5 62:17 63:18 67:22 122:24 136:9 139:7 142:23 151:24 153:6 154:20 157:9 160:15 162:5 164:3 167:1 168:5 187:15 192:6 196:21 200:9 204:14 206:20 209:2 212:12 219:7 223:21 229:7 232:16 235:7 236:22 238:4 239:3 242:3
**exhibits** 49:13,17 129:4
**existed** 17:9,9 194:4,8 195:6
**expanded** 38:7
**expectation** 204:23
**expected** 60:13
**experiment** 24:24

**expert** 238:8 239:16
**experts** 56:14
**explain** 5:23 10:23 77:5 145:21 179:12
**explained** 179:7
**explanation** 143:7
**explanations** 11:3
**express** 45:5
**extend** 188:3
**extended** 85:20 190:20 194:25
**extension** 76:22 180:4 188:19 188:22,24 189:10,20
**extent** 5:18 205:23
**extra** 49:17
**extract** 227:16,17
**extraordinarily** 190:13
**ex-staff** 127:9
**ex-wife** 170:20
**eye** 145:1
**E-gold** 20:6
**e-mail** 2:20 23:21 30:12,25 31:13 32:18 33:9,23 35:4,9 36:3,3,9 37:14,15 38:2 40:16,16,22 41:6 42:7,8,15 43:2,7,9 46:10 48:12,20 49:21 50:9,20 51:2,3 51:14,19 52:8 52:18 53:5,24 54:1,13 55:3,7 55:19,25 56:4,7 62:20,21 68:1,1 90:19,21,22,23 91:1,5,8 103:8

123:3,5,8,9,12 123:15,16
124:11,13,18 124:18,25
126:13,15 128:14,17,21
135:12 136:12 136:16,22,24
137:2,12,15,17 137:19 138:1,3 138:9,11,16,17 138:18,21
139:10,11,14 140:1,10 141:5 141:7,12,14 142:1,8,24 143:1,23 144:3 144:5,7,12 145:14 148:20 149:2,5,7 152:13,16 153:13,16,17 153:21,21,22 154:8,12 155:14,18 156:4 157:10 157:14,15 158:13 159:5 159:11,12,21 160:4,5,11,25 161:6,7,16 162:9,12,21,24 163:9,19 164:5 164:9,15 165:1 165:8 167:19 169:8,11,11,16 169:24,25 170:11 171:8 172:16,18,25 173:1,2,15,20 173:21 174:8 200:23 201:5,6 201:9,18 202:4 202:4 206:11 206:14,23 212:15,18,21



212:21,25
213:24 219:15
219:20,20,25
220:4 223:23
223:24 224:8
224:14,24
225:1,5,9,17,18
226:22 227:5,7
227:10,11,13
227:14,15,17
228:21 229:2
229:24,25
230:1,4,9
232:17,22
234:19 235:16
235:17,18,19
235:22,23
236:1,20 237:5
237:24,25
238:14 240:3
242:9,10,13,16
242:19,22
243:18,20,21
243:24 244:3
**e-mailed** 241:11
241:15
**e-mails** 60:3
124:2,5,6 125:7
125:8 130:18
130:22 148:2
154:1,4,5
158:18,20,23
159:1,8 160:6
161:20 162:22
164:19 167:21
172:22 173:11
173:23 174:3,5
174:12,17
175:2 224:9,12
225:7,10
226:21
**e.g** 97:8 100:8

———————
**F**
**fabrications**
148:4

**Facebook** 9:8,11
9:14 135:5
**facial** 59:4,17,19
**facilitate** 19:12
29:13,20
**fact** 24:5 28:7
67:15 69:11
79:2 88:1 101:5
101:25 105:6
145:6 176:23
178:1
**facts** 6:22
**fail** 178:14,16
179:9,18,23
195:10
**failing** 138:2
**failure** 195:9
**fair** 5:21 24:18
24:19 31:18
33:12 34:18
35:8 37:7 38:10
38:11,23 42:1
43:15,16 46:2,3
46:16,18 48:7
48:19 50:2,4,4
52:14 53:7
92:19,21 97:13
101:17 114:24
117:24 118:6
121:19,21
122:10,12,17
177:9 180:18
182:10,20
183:17 222:23
223:1
**fairly** 45:3 60:10
75:9
**fake** 138:9,11
155:23 226:22
**falling** 150:18
**falls** 20:23
**false** 17:20 89:16
146:4 185:15
**falsely** 125:6
193:19
**familiar** 12:22

43:7 153:25
154:13 242:15
242:18
**family** 85:14
140:15 187:1
189:16 213:13
**far** 65:8 75:1
79:24,24 93:9
99:5,6 118:18
120:3 170:14
171:15 179:9
179:18 213:24
218:25 226:23
231:13
**farm** 214:19
**fashion** 183:22
**FATF** 19:16 20:8
182:2
**Faustus** 8:24 9:5
134:5,12
135:14,19
**Fautus** 134:25
**favor** 183:11
**favour** 145:9
**features** 59:19
**February** 16:17
21:14 139:12
142:20 162:12
163:1 191:21
192:1 211:12
212:17,23
233:21 234:16
234:23 236:3
236:12 238:14
238:22,23
**Federal** 181:10
**feed** 14:9
**feedback** 8:10
9:1 50:1 51:16
85:20 92:18,25
**feel** 208:19
**feeling** 225:21
**fell** 180:1
**felt** 93:8
**Ferrier** 197:9,14
225:4,8,12,13

225:18 227:6,9
227:12,14,18
228:23 231:3
**fever** 189:17
**fight** 214:7
216:12,20,23
217:2,4,6,20,21
217:22
**fighting** 38:16
217:13
**file** 15:11 16:14
32:5 35:2,22
42:20 52:25
53:3,5,19 54:2
54:12 57:4
62:16 63:16,20
63:20,21 67:21
107:2 115:23
116:13 131:15
132:9,16 133:6
139:5 153:1
156:3 165:21
192:4 196:23
197:4,5
**filed** 210:23
**files** 129:2 131:14
131:16,17
136:7 157:24
**filing** 169:5
**filings** 211:18
212:1
**final** 16:22,24,25
194:25
**Finally** 6:16
**finance** 121:14
**financial** 40:17
40:19 106:17
106:24
**financially**
248:14
**find** 51:16 63:9
67:3 86:17
112:22 189:9
203:12
**finding** 228:5
**fine** 19:11 39:10

41:1
**fined** 19:6
**finish** 27:9 59:12
189:23 198:22
245:21 246:4
**finished** 58:15
59:10 118:4
**Finney** 81:10,12
170:20
**fired** 105:12
125:7
**firewalled** 7:16
**firm** 106:5
107:23 108:3,6
**firms** 35:13
**first** 7:13 26:18
31:4 40:16 43:2
43:3 63:10 64:3
65:2 68:6,13
79:7 85:15,19
85:25 86:10,13
91:17 92:25
99:21 119:7
133:1 141:4
143:20 151:18
152:4 168:9
169:16,17
170:4,15
171:13 172:11
179:4 193:13
194:1 198:24
201:7 202:17
211:4,5,14
220:16 224:13
225:18 229:12
**fish** 67:12
**five** 167:22 183:8
246:9
**fix** 118:16
**Fleet** 2:25 4:11
**Flexner** 1:17
2:12 4:10
**flip** 83:22
**Florida** 1:1 2:4
2:13,19 4:6
**fluffier** 76:21



**fluffy** 76:25
**folks** 9:3 30:16
204:25 208:2
230:5
**follow** 18:19 44:3
44:13
**followed** 134:20
160:8
**following** 11:4
99:24 105:7,9
105:11 220:21
**follows** 7:14
**force** 100:8 101:6
102:1 105:1
118:11 146:19
239:21
**forces** 83:19
**foregoing** 247:3
247:4 248:6
**foreign** 218:24
220:20 221:2
**forensic** 56:10,14
239:15
**forensically**
130:24
**forgot** 21:4
145:10 224:24
**forgotten** 86:5
**form** 10:20 11:9
11:12,14,22
17:19 19:1 23:3
31:20 33:13
34:15 38:13
45:11 51:23
52:4 58:25 60:5
64:14 68:25
71:21 74:21
75:15 76:11,15
77:2,23 78:9,17
79:18 80:14
89:2 91:20
92:20 93:2,25
94:11,16 98:5
101:11,18
102:2,9 103:3
103:19 105:2

105:10 108:10
109:9 110:8
112:8 120:23
121:5,25 126:5
126:11 127:4
127:16 128:2
128:19 130:9
130:15 131:11
135:3 151:2
158:21 173:4
174:10 176:5
176:11,18
177:15 180:22
183:20 185:3,8
195:20,25
198:16 199:23
215:21 221:4,9
221:14 222:12
223:3,8 226:24
229:3 230:25
239:4 240:1
241:12
**formally** 13:5
181:2
**format** 122:4
**formed** 120:21
215:11
**former** 134:4
146:21
**formulate** 141:21
**formulating**
120:6
**forth** 61:20 143:9
**forum** 81:9
**forward** 42:11
51:23,25 56:1
65:7 117:21
118:2,3 138:3
188:8 190:3,23
224:9
**forwarded** 42:2,8
42:14,18 51:3
51:21 53:4 55:3
139:15 219:20
224:8,25 225:3
230:4

**forwarding** 50:1
160:1 232:22
235:25
**forwards** 41:23
72:17 73:3
209:14
**fought** 19:22,24
**found** 140:9
153:11 172:18
233:22
**Foundation** 22:3
**foundless** 220:23
**four** 133:15,16
149:13 181:17
190:5 232:6
**fourth** 123:10,11
190:10
**frankly** 125:1
197:19
**fraud** 185:15
**fraudster** 19:6
**free** 208:19
**Freedman** 2:3,6
2:7 4:15,16 5:7
9:25 10:5 11:17
11:18 12:2
13:12 14:2,14
15:20,21 18:20
20:12 21:22
22:1 23:7 25:23
28:2,5,9 30:7,8
31:23 32:11,15
33:16 34:16,25
36:16,22 38:21
39:3,8,12 41:4
43:8,11 44:7,9
51:8,13 52:1,6
53:11,15 54:20
55:1 57:2,9
59:6,8,11 60:1
60:8 62:18
64:15 67:4 68:4
68:16 70:1
71:23 73:19
75:12 76:13,18
77:4,12 78:3

79:20 80:22
89:3 90:15
91:21 92:10,23
93:4 94:7,13,21
95:4,12,20
97:15 98:2,7
101:2,14,23
102:4,11,16,23
103:13 104:2
104:22 105:5
105:15 108:24
109:10 110:9
110:19 111:2,8
111:13 112:9
112:11,23,24
113:6 114:4,6
114:12 115:21
116:2,11,23
117:14 118:25
120:24 124:23
125:24 126:8
126:12 127:11
127:20 128:6
128:22 129:23
129:25 130:3
130:10 131:3,8
131:13,19,22
132:3,13,25
133:25 134:23
135:10 136:2
136:15,21
138:6 142:12
143:1 145:12
147:10,24
148:1,18 151:5
151:11,21
152:2,10,25
153:5,7,12
154:23 155:5,9
155:12 156:6,9
158:22 160:17
172:5,12,14
173:5 176:8,14
177:10 178:6
182:8 183:13
183:16,25

185:4,9 187:13
187:19 188:2
188:14 189:7
190:4,16 191:2
195:23 196:16
197:15 198:1
198:19 200:6
200:19 205:16
206:2,10
207:23 208:23
209:23 215:23
216:5,8 219:12
219:16,18
221:6,11,16
222:13 223:4
223:11,17
227:1 229:5,12
229:23 231:10
232:9,11 235:9
235:11,14
236:8 238:11
240:16 241:24
242:5 244:15
244:23,24
246:2
**Freedman's**
112:19
**freeze** 19:23
**freezing** 217:16
**Friday** 123:9
155:15 189:14
190:5
**friend** 69:5 80:18
96:7,22 114:25
115:7 140:14
149:16,22
150:11,18,22
150:22,23,24
151:10,20
193:8,9 196:4
196:10,15
198:4 199:14
199:18 201:10
203:1 214:3
**friends** 150:16
233:4



friendship 225:23
front 6:10 15:16
  30:10 49:18
  50:18,19 57:7
  57:10 61:9,12
  62:3 63:23
  88:17 119:2
  132:15,16
  133:6,21
  153:13 156:4
  164:4,22 192:5
  197:4 204:12
  206:12 212:24
  223:19 229:8
  235:16 236:20
  238:19
frozen 19:18
fruition 233:10
fuck 75:8
fulfil 55:12
fulfilling 43:14
full 65:2 91:12
  143:7 191:17
fully 112:14
  243:3
full-time 232:5
fund 202:15,19
  203:14
funded 19:12
  211:24
funding 204:8
funds 146:24
further 190:7
  245:21 248:9
fury 216:2
future 36:19
  89:15

G
gambling 204:10
gaming 202:21
  203:15,17,20
  204:6
Gareth 146:25
  147:11

Gareth's 147:1
gatherings
  205:21
Gavin 24:1,12,15
  24:20,22,23
GCHQ 146:21
general 11:7
  37:20 38:7
  108:23 158:2
generally 7:23
  78:23 129:11
  165:23
gentleman 27:16
  29:24
genuine 123:22
  124:1,13
getting 11:2
  12:14 15:6
  162:20 242:4
ghost 13:1
give 15:8 69:21
  72:9 75:13 79:3
  83:13 104:10
  113:8 136:18
  159:10 241:5
given 46:7,8
  56:11 119:24
  123:19 125:13
  126:20 130:22
  163:7 205:13
  222:24 223:6
  223:10 245:6
giving 72:7 92:18
  104:10 234:3
Gizmodo 164:25
glad 86:18,19
  246:1
glitch 207:5
glorious 120:4
GMT 187:25
  188:1
GMX 91:3
  159:19 160:7
  163:17 164:20
go 11:20 19:2
  20:1 22:11

40:15 48:24,25
  51:6 57:16 63:7
  64:16 68:5
  69:24 70:5 71:3
  71:10 73:20
  74:6 79:15
  84:10 89:4
  92:24 93:5
  96:14 98:16
  100:2 101:1
  108:12 110:15
  110:24 111:10
  116:12 117:2,4
  120:5 123:9
  124:4 125:18
  127:13 133:20
  136:19 143:17
  148:7 153:20
  155:13 156:2
  156:10,19
  162:10 166:5
  167:16 168:3
  168:11 169:11
  171:25 172:15
  173:9 177:1
  180:15 184:1,3
  186:14 187:6
  187:18 188:8
  191:1 197:20
  199:1 202:8
  205:21 206:6
  209:17,22
  211:1 212:14
  216:1,16
  219:23 224:13
  224:16 231:20
  234:18 236:7
  236:19 238:10
  241:22,23
  242:17 243:23
goes 52:13,20
  53:6 54:3 55:9
  178:4
going 11:20 15:1
  15:3,7 16:13
  21:3,3,16 25:16

28:19 30:2
  31:21 32:4 35:1
  35:21 36:18,21
  37:21 39:7
  46:23 47:3,8,15
  48:22,25 49:7
  50:10 52:2 61:8
  62:15 65:20
  66:8 67:20 82:4
  82:25 93:21
  104:13 106:19
  115:22 116:20
  117:3,21,23
  122:21 125:16
  129:9 132:2
  141:20 142:16
  151:22 154:18
  154:21 160:9
  163:25 165:20
  167:7 172:8
  173:14 174:14
  177:5,7,8 178:2
  178:18 180:3
  182:6 185:16
  186:19 190:9
  190:22 197:1
  199:25 204:18
  205:2 209:14
  217:20 223:18
  224:23 225:22
  228:22 232:25
  241:14 245:18
gold 231:4,4,5,6
goldfish 67:12
golf 174:25
Goliath 72:1
good 5:8,9,10
  86:7 109:14
  121:20,24
  122:1,2,7
  225:19 244:9
Google 42:4
  83:23
gossip 36:24 37:3
gotten 172:11
  240:23 243:24

Governance
  181:22
government
  18:16 19:15
  20:2,7,7 35:20
  147:14 205:9
  234:13 239:20
governments
  20:8
GQ 58:17
Granger 181:15
granted 188:3
  190:18
great 30:22 67:6
  73:15 116:16
  225:21
Greek 220:6
Greg 35:17
Gregory 39:21
Greig 26:20 27:6
group 29:18 38:7
  90:5 97:12
  100:15 103:7
  156:25 175:14
  179:24 181:21
  181:21 192:22
groups 27:9
guess 62:1 70:11
  140:25 172:8
  197:25
guessed 41:11
guise 104:5
guy 82:4
guys 63:19
  170:22 225:20
  228:10

H
habit 176:22
hack 36:11
hacked 8:12,15
  36:13 138:12
  138:17
hacking 138:14
  167:23,24,25
  186:4



**Hal** 81:10,12
  169:13 170:4,7
  170:19 171:16
**half** 83:10 85:15
  85:19 86:10,14
  94:5 142:24
  188:16 201:6
  205:2 245:20
**hand** 15:2 21:3
  30:2 35:1 40:5
**handed** 141:5
**handing** 21:5
  42:20 142:22
**hang** 177:23
**happen** 18:19
  29:9 208:2
**happened** 19:20
  20:3 23:17 27:5
  43:20 88:13
  94:25 159:7
  205:25
**happening** 27:5
  43:21
**happens** 20:1
**happy** 49:14 83:7
  112:25
**hard** 13:22 33:2
  160:2
**harder** 65:4
**Hardy** 220:1
**hashes** 193:18,20
**hate** 75:6 148:24
**hazard** 208:3
**head** 178:4 230:2
  234:17
**header** 71:18
**heading** 210:15
**health** 208:3,4,9
**hear** 34:14 39:9
  71:20 72:24
  90:13 113:13
  131:7 138:8
  147:25
**heard** 32:9
  111:11 176:20
  177:9,13

**hearing** 14:11,16
  149:21
**Hearn** 81:6,7
**heat** 117:25
**held** 111:4 118:7
  125:9
**hell** 126:1
**hello** 63:8 139:18
  142:15 143:1
  230:15 242:21
**help** 14:13 20:18
  29:12,20 65:22
  66:11 69:5,7,22
  69:23 83:24
  85:10 96:6,8,22
  96:24 107:9,20
  108:6 146:1,5,7
  149:19,20,23
  149:24,24,25
  150:8,10
  154:14,17
  156:22,23
  168:12 182:13
  192:8,24 193:3
  197:25 211:21
  221:12
**helped** 72:13
  75:7 85:1,12
  92:5,8 107:4,12
  107:13 108:16
  145:25 146:8
  146:12,24
  157:3 193:6,6,7
  193:8,9 196:11
  215:13
**helpful** 36:10
**helping** 180:6
  209:13
**helps** 198:5
**hereto** 248:14
**hi** 43:5,10 54:7
**hid** 186:23,23
**hidden** 187:2
**hide** 180:19,24
  182:11 184:9
  184:20,22

  186:24
**hiding** 184:25
**high** 239:22
**highly** 109:20
**hinterland**
  214:20
**hinting** 175:24
  175:25
**hip** 81:8
**hire** 29:11
**hired** 31:9 83:24
  105:12
**hit** 34:19
**hitting** 141:23
**hmm** 34:1,1
**hold** 183:10
  219:16
**home** 175:21
  177:22 180:12
  204:25 229:15
  229:20
**Homeland** 169:7
  211:20,24
**honestly** 192:2
**Honor** 11:16,19
  112:12 148:15
  208:22
**honorable** 120:4
**hope** 205:25
  226:3
**horrible** 122:6
**horribly** 177:19
**hospital** 23:24
  81:13,14
  151:18 162:2
  189:14 233:21
**hospitalized** 81:3
  171:5
**hot** 117:10
**hotwire** 106:18
  124:7,15,15
**hour** 188:16
  205:2 206:5
  244:21 245:21
**hours** 49:8
  187:19,23

  188:4,6 190:21
  204:22 205:5
  244:18 246:9
**House** 119:25
**HTC** 174:20
  175:2
**human** 73:8
  150:5 176:22
  242:9
**humble** 72:12
  73:7 75:21,24
  76:6
**humility** 65:10
**hundred** 59:18
**hundreds** 64:9

---

**I**

**Ian** 26:20
**ICU** 13:7,14,18
  14:4,20 15:23
  16:4,9
**idea** 7:8,9 33:21
  34:19 66:14
  67:15 74:18
  76:9 77:7 91:16
  92:6,9 97:10
  99:20 140:16
  154:16 158:14
  158:19 181:24
  194:24 195:6
  207:11 210:9
  211:7,15,16
**ideas** 166:13
**identification**
  15:12 16:20
  21:7 32:14 35:5
  35:25 37:25
  40:13 42:24
  49:4 50:13
  54:17
**identify** 15:5
**identities** 7:17
**identity** 7:10,13
  7:13,15 8:3
**ignorant** 18:10
  23:1,13

**ignore** 82:3 90:7
**ill** 189:19
**illegal** 203:6,20
**image** 133:19
  135:25,25
**imagine** 179:10
  179:19
**immediately**
  173:22 174:4
**impeach** 117:23
**impeding** 120:13
**implemented**
  19:23
**implication**
  187:10
**implicitly** 245:9
**implied** 130:8
  177:21 185:24
  185:24
**imply** 25:14
  200:16
**implying** 78:12
  96:10 107:20
  177:24
**important** 69:12
  140:13 150:6
  155:6 175:21
**importantly**
  65:13
**impossible**
  222:19
**improper** 104:15
  104:19 238:9
**improved** 152:7
**inaccurate** 52:24
  109:20 240:10
**inaudible** 71:16
  71:17,18 72:2
**incentivize**
  195:14
**incident** 220:22
**include** 85:24
  174:19
**included** 156:22
  175:14 207:8
**includes** 194:13



230:9
**including** 19:20
62:24 64:10
85:13 105:23
181:4 217:18
239:21
**incomplete** 51:5
54:19
**incorrect** 78:6
108:17 159:24
215:10 240:2
**incredibly** 195:9
**independent**
219:2
**indicate** 54:2
**indication** 52:19
**individual** 17:9
17:11 156:25
**individuals** 7:18
20:24 38:10
225:4
**industry** 181:8
**infections** 234:2
**Info** 1:6 168:14
168:17 239:13
**information** 46:7
80:2,6 99:9,11
106:20 178:9
178:14 179:9
179:18,23
180:6,19 181:4
181:5 182:11
182:21 183:18
184:10,23
215:10 220:21
241:5
**informed** 61:11
**initially** 177:3
215:15 233:16
**initials** 93:24
**insane** 150:15
151:4
**inSecure** 165:23
**inserted** 99:24
**installed** 215:2
**instance** 7:11 8:3

19:17 167:20
176:25 190:11
**instruct** 189:25
**instructed** 111:9
**instructing** 147:8
206:4
**integrated** 211:8
**intellectual** 40:6
181:2
**intend** 113:24
187:18 190:15
**intended** 44:20
**intent** 10:19
**intention** 188:5
238:6
**intentions** 44:22
**interacted**
106:14,22
**interest** 211:11
**interested** 248:15
**interesting** 120:7
**interfere** 36:21
**internal** 37:1
**internet** 10:25
81:14 203:20
204:10
**interpret** 101:24
188:15,25
**interrupt** 59:9
143:16
**interrupted** 71:8
71:9
**interview** 57:23
58:17 61:21
65:3,5,9 66:12
191:21 192:14
192:19 193:1
**interviewer** 72:2
192:20
**interviews** 43:13
44:20 45:9,12
45:16,17 60:14
60:20,22,23
61:1,4,6,15,16
65:24 68:12
72:9

**invent** 177:5
195:5
**invented** 177:8
**inventing** 90:8
**invention** 73:10
79:1,3 148:22
149:9
**inventions**
100:10 194:18
**inventor** 52:13
52:20 53:5 54:3
55:10
**inventors** 133:14
**investigate** 84:6
**investor** 221:3
**invite** 33:19
189:25
**invited** 211:17
**involve** 33:25
34:12 38:9
39:24
**involved** 19:25
31:25 33:4,10
34:17 44:16,17
66:15 77:18,25
78:16,19,20
97:7 98:21,23
107:14 113:15
128:12 145:18
148:3 163:16
241:9
**involvement**
47:16 191:5
**involves** 38:22,24
**involving** 34:2
37:6 194:8
**IP** 130:25
**iPhone** 174:24,24
175:1,3
**Ira** 1:5 4:5 123:3
123:6,12
124:19 128:15
128:18,21
129:7 130:18
130:24 137:3
138:20 162:12

162:22 164:6,8
164:9,11,13,15
165:9,19
171:21 173:11
173:23 174:5,5
174:17
**Irish** 19:17
**irrelevant** 148:13
**Islamic** 182:5
**issuance** 17:6
**issue** 36:17 47:12
47:13,21,22
190:2 203:10
214:10,12
**issued** 17:6,13,17
17:21,22 18:4,9
18:23 20:22
22:17,17,22
23:12,15 181:2
**issuer** 17:1,4,8,15
180:10
**issues** 49:9
145:18,22
147:20 226:14
244:6
**issuing** 47:11
203:5

_____
**J**
**jail** 109:25
**Jamie** 210:24
**January** 17:7,23
165:1 171:2,4
215:11 220:1
233:5
**Japanese** 89:18
89:20
**JC** 239:9
**Jdelich@rcfllp...**
2:9
**job** 73:15 107:2
107:18 129:12
**John** 106:13,16
106:25 107:14
107:15,16
109:3 111:16

111:19,20
113:4 114:20
223:24 230:4
235:20,23,25
238:24 241:6
241:18 242:11
**joint** 139:16
**Jon** 58:3,6,21
**Jonathan** 224:1
**Jordan** 182:25
**Joseph** 2:11 4:19
**journalists** 66:22
**judge** 2:23 6:7
11:8 18:17,18
80:5 99:11
147:15,24
148:10,16
188:12 189:2
208:16,17
245:19
**Julio** 2:21 4:24
**July** 215:15
**jumped** 138:12
**June** 237:5
**jury** 6:6 117:12
148:8
**justify** 186:14,23

_____
**K**
**Kathryn** 206:15
**Kauchemann**
62:25
**keep** 20:13 36:21
115:2,11
117:10 141:23
143:13 154:11
167:6 173:14
174:13 180:3
182:6 186:15
205:18 212:2
213:16 224:23
232:25
**keeping** 227:24
**keeps** 78:24,25
**kept** 15:7 86:16
149:15 166:20



213:3,6,10
233:25
**key** 19:22 79:22
80:13,15 81:2
81:20 83:19
99:3 139:2,20
140:17 143:3
148:21 149:9
**keys** 18:17,18
157:19,22,23
158:2,4,6,9,10
158:12 221:17
222:8,15,19,21
222:24 223:6
226:3 228:22
230:16
**kicked** 105:12
186:15
**killed** 146:22
**kilometers**
214:19
**kind** 36:10 208:3
**kinds** 204:25
**Kingdom** 1:19
4:11
**Kleiman** 1:5,6
3:13,13 4:5
69:6,21,23
87:11,18,20
96:8,23 114:25
115:7,10,17
119:16 120:1,9
120:20 123:4,6
128:23,25
130:18,24
133:5,13 136:3
136:7,9 137:14
138:20 139:6,7
140:8,13,13
142:20 145:14
147:21 148:20
149:1 152:14
153:23 154:3
161:23 162:1
162:12,16
164:1,3,11,15

166:7 168:13
168:16,20,21
171:21 175:7,9
175:15 176:3
177:5 198:3
201:10 202:20
202:23,25
203:14 207:13
210:10 214:8
216:13 218:6
226:13 228:25
232:12 233:8
233:13 239:13
241:1,2 243:20
243:25 244:1
244:25
**KLEIMAN038...**
3:16
**knew** 67:10
85:17 187:1
204:4 213:6
**knife** 81:16
**know** 5:19 6:13
8:13 11:10
12:12 13:19,21
14:8,12 20:14
21:10,11 26:12
26:19 28:18
29:17 31:11,22
32:2 34:23
37:10,20 42:2
42:11 43:4
46:17 52:10
56:18,20 57:24
59:24 62:8 64:8
64:18 67:13
68:6 69:2 70:21
71:12 72:1,15
73:21 76:2
78:15 79:14
80:12,23 83:4
84:1,5,14 86:18
87:7 92:12
93:19 94:25,25
95:1,2 96:5
97:20,24 98:6

99:2 104:3,20
109:8 111:3,6
114:4,12
115:24 116:12
117:7 126:19
126:19 128:10
129:6,18 130:5
130:12,12
132:2 134:3,9
134:14,15
135:19,22,24
135:24 136:7
136:23 137:1
138:12,13,15
142:1 148:21
151:3 155:24
159:7,11 164:1
170:14 171:14
171:15 172:17
177:11,25
183:6 186:3,6
186:25 188:5
188:16 196:20
200:20 202:10
205:16 208:6
208:25 212:11
213:9,11,13,15
214:1,1 216:9
217:23 218:18
218:19 219:1
220:13 222:10
222:17,19
224:11 229:25
231:13,14,23
233:13 234:21
236:6 242:6
246:5
**knowing** 185:15
**knowledge** 8:1
16:12 28:12
37:13 66:2,3
155:2 183:24
219:3 232:4
**knowledgeable**
18:22 19:4
20:10

**known** 67:12
244:8
**knows** 14:24
18:17
**Kyle** 2:10
**Kyle@rcfllp.co...**
2:9

___

## L

**L** 29:25
**lab** 66:2
**label** 15:5,6,8
21:4 64:18
88:17
**labeled** 42:21
71:4 124:21
**lack** 231:8
**laptop** 231:19
233:25
**large** 213:24
240:8
**late** 229:21
**launch** 17:7
151:17 195:1
**launched** 21:14
171:3
**launderer** 19:6
**laundering**
146:24
**law** 7:6 17:5
21:18 83:11
86:21 106:5
107:23 108:3,6
109:24 121:11
186:21,22
196:5
**lawyer** 106:11
114:20,21
143:25
**lawyers** 56:11,11
56:13 110:23
114:17 123:19
124:4 141:15
141:18,23
143:23 144:10
209:15 210:15

224:7 235:3
240:5,6 241:19
**Laxon** 111:17,19
111:20 112:6
113:4 114:20
**lay** 44:19
**layout** 43:12
**layperson** 65:12
**lead** 106:11
177:2
**leader** 97:12
**leading** 40:9 55:8
55:22 97:8
101:16 176:24
**leak** 37:3,4
**leaked** 36:14
**leaks** 36:4,25
**leap** 67:6
**learn** 73:6,6,7
**leave** 171:21
173:16,16
205:12 208:18
**leaving** 40:9
**lecturer** 239:18
**led** 45:13 47:5
97:9
**left** 63:25 69:9
97:1 125:3
127:10 133:14
159:9 163:7
**legal** 2:24,25 4:12
7:24 11:3 17:14
108:18,20,21
164:12
**legally** 109:25
204:3
**legislation**
181:24
**Leon** 2:18
**letter** 167:14,14
**letters** 12:17
**letting** 228:6
**level** 61:12 65:11
239:22
**Lex** 111:17,19,21
112:6 113:4



114:20
**liberty** 20:5
217:18
**licensed** 204:3
**lie** 127:6 233:23
**life** 80:20 150:7
151:20 174:24
175:22 185:13
186:3 193:8
212:4
**liked** 76:16,17,21
76:22,23 79:4
134:12,21,25
135:24 136:1
**likes** 133:15,16
**limine** 238:7
**limit** 188:6
189:22 190:19
**limitations** 14:15
**limited** 22:18
182:14 215:11
**Linda** 2:25 4:11
**line** 8:10 9:2
22:14 30:19
39:22 73:14,24
77:14,14,16
79:8 82:9 91:12
91:13 110:13
188:13 197:16
197:22 198:10
199:1,12
204:18 243:23
**lines** 40:24 61:1
227:13 232:2
**Lingham** 134:20
**link** 36:20 148:24
**linked** 194:6
**linked-in** 134:8
232:24 234:19
**linking** 160:24
**links** 36:18
**Liserow** 214:25
**list** 45:15,17
57:20 84:20
98:13 159:15
159:22 160:12

160:22 161:9
161:18,19
230:17
**listed** 52:8 60:6
60:24 131:4,9
204:1 211:19
225:4
**listen** 108:4
150:4
**listened** 72:23
217:7,24,25
218:3
**listening** 6:9
149:21
**literal** 142:2
144:15,18,19
177:20
**literally** 81:15
141:13 143:21
145:3,4,7
149:17 175:1
**literalness**
144:21
**litigation** 30:3
32:6 35:3 37:22
40:11 49:2
51:10 122:23
**little** 13:22 17:23
26:10 27:12
72:19 89:5
99:18 117:15
156:25 172:11
172:19 180:23
183:23 202:12
204:18 219:23
231:8
**live** 14:9 73:16
171:6
**lived** 186:6
**living** 204:2
**LLC** 1:6 239:13
**LLM** 85:17,21
86:15
**LLP** 1:17 2:3,7
2:12,18 4:10
**LLV** 168:14

**load** 72:11
136:18 152:4
173:11 209:25
**loaded** 13:5
156:8 219:11
**loading** 133:24
139:8 156:6
172:9 197:4
204:15 212:20
242:8
**local** 180:1
**located** 172:4
**location** 131:2
218:19
**locations** 214:15
214:17 215:7
**lockdown** 205:10
208:4
**log** 197:7,8
**logically** 178:1
**LOLs** 183:5
**London** 1:18
4:10 26:7 43:18
46:9 48:2
187:17 204:21
204:24
**long** 114:25
115:7 172:23
185:15 190:15
204:23 205:3
225:23 229:14
**longer** 124:7
125:11 159:1,6
187:18 192:17
195:19 205:2
**look** 11:20 15:10
18:8 22:12,13
30:24 31:3 33:8
33:22 35:3 51:2
66:16 71:3,6
75:24 80:2,2
88:18 95:24
99:8,8 116:16
119:11 132:8
144:25 154:8
154:24 157:7

162:3 163:25
165:21 166:25
168:9,22
171:24 187:14
196:3 197:11
197:16 200:8
201:4 219:6
220:11 223:19
232:15 235:5
241:25
**looked** 137:15
210:7
**looking** 38:17
52:22 55:2 71:5
75:17 130:25
132:7,9,10
136:13 138:10
174:11 204:15
212:21 230:20
**looks** 104:3
152:20 153:25
154:13 157:15
169:25 170:11
242:14,18
243:23
**lose** 65:14 184:7
243:6
**loss** 228:4
**lost** 116:6 129:21
153:10
**lot** 20:16,17
33:18 60:3,6
69:5,6,10,21,23
74:10 77:8,25
96:6,8,22,24
97:2 98:22
173:13 188:10
194:17 203:20
214:20 218:4
232:3 240:19
**lots** 47:8 167:18
168:1 212:4
**loudly** 73:13
**Louis** 139:19
140:8 142:15
142:20 143:2

145:14 148:20
148:25
**Louis's** 140:9
**love** 82:1 83:1
122:8 187:3
**loved** 81:22,24
82:24 102:18
115:15
**lunch** 58:9,13
**lying** 18:11 94:20
144:25 145:2
176:10,17,20
**Lynam** 85:14
146:14,18

---

## M

**M** 2:11
**machine** 126:16
126:20 127:10
138:12 180:1,5
232:5
**machines** 56:10
56:14 123:19
125:4 128:10
158:2 163:6
178:9,13 179:8
179:17,22,25
180:14 211:21
214:18,24
215:14 232:3
245:7
**Macquarie**
214:20
**mad** 78:8,10,11
**Madam** 113:12
**magic** 10:25
**magistrate** 6:9
**Magna** 2:24,25
4:12
**mail** 159:18,25
160:12,22
161:8,18,19
181:21
**main** 235:23



243:4
maintain 174:8
majority 17:17
  18:24 20:23
  22:17,22 23:12
  84:25
making 18:5
  66:20 69:11
  97:3 101:12
  103:5 137:24
  228:18 233:16
manage 16:6
  41:11 43:24
managed 86:17
  243:5
manner 28:16
mapping 59:20
March 1:14 4:7
  33:23,23 62:10
  62:13 63:24
  67:24 123:7,9
  155:15 172:16
  207:6 216:17
  235:20 247:8
mark 75:6,25
  142:22 197:9
  197:12 207:7,9
  225:3,8,11,12
  225:18,19,24
  226:7 227:5,8
  227:11,14,18
  228:4,9,23
  231:3
marked 15:12
  16:20 21:6,7
  32:13 35:5,24
  37:24 40:12
  42:23 49:3
  50:12 54:16
marketed 12:11
  12:13
marking 21:4
Marko 143:5
marriage 150:18
married 196:12
masquerading

173:2
Masters 85:24
mate 54:7 228:4
material 109:18
  218:22
math 124:25
mathematician
  82:2 83:8,12
mathematics
  86:7 121:13
  186:21,22
Mathias 193:13
  193:25
Matonis 58:3,6
  58:21
matter 4:4 59:21
  116:9 122:14
  156:24 185:16
mattered 216:23
matters 65:12
  208:20
Matthews 27:17
  27:22 28:1,10
  32:19 33:23
  37:5 41:13,25
  49:22 50:21
  53:4,23 54:1
  55:4,25 63:1
Mavrakis 153:18
  224:1
Maxwell 35:12
  35:17 39:21
McCaughn
  223:25
McGovern
  112:21 113:14
McGregor 29:3,5
  29:8,11 41:23
  42:7,11,14 44:2
  44:13,16,25
  45:5 49:22
  62:25 78:22
  81:19 101:9
  102:12,13,14
  102:18 103:16
  103:17,23

157:11 167:21
  169:12,18
  170:2
McGregor's
  43:14 55:13
  102:24 103:9
mean 12:12 17:3
  43:5 69:13
  72:25 78:10
  89:23,25 142:5
  142:8 144:11
  158:4 193:10
  196:13,14
  214:15 244:25
meaning 21:19
  143:22
means 7:25 17:5
  23:17 25:15
  59:5 90:2,4
  107:13 137:25
  196:4
meant 74:18 77:7
  78:15 80:12,23
  83:4 142:6
  193:2 211:21
  211:23
media 4:3 8:22
  37:11 40:2,4
  45:10,12,24
  57:11,13,18,19
  57:20 60:4 61:9
  61:12 62:3,4
  63:4,10,22
  67:24 75:3 94:9
  94:14 100:15
  101:9 105:11
  134:7 176:23
  177:5,6 184:18
medications 6:17
  6:21
medium 13:4
meet 24:20,22
  189:22
meeting 24:4,9
  24:15 57:23
  59:1 74:23,24

94:17,18,23
  181:16 234:6
  234:10,15,23
  236:2,12
  238:23
meetings 25:24
  26:1,5,5,8,25
  37:11 62:5 73:2
  75:2 94:5,25
  109:1,3,7,12,16
  235:2,4 241:19
member 14:19
  31:8,19 127:9
  159:6 182:25
  189:16
members 8:21
  9:17 135:23
mentioned 21:16
  167:21 225:5
mentor 28:15,23
mere 8:4 203:5
merely 208:10
merit 66:10
Merkle 193:19
  193:21
message 83:25
  160:21 202:1
messages 233:2
  234:20
MESTRE 2:18
met 23:25 24:2
  59:2 234:8,12
  234:25
Metanet 13:7,14
  13:18 14:4,20
  15:23 16:9
Metzdowd 160:5
Miami 2:4,13,19
Michael 220:1
Michelle 200:24
  201:3,20,21
  202:6
Microsoft 137:5
middle 59:9
  139:11 184:8
midweek 190:8

Mike 81:6,7
  133:10 134:19
mildly 10:22
military 181:9
Mill 41:7
million 17:8,9
  18:1 19:18
  240:24
millions 19:7,8
mind 6:24 21:2
  59:21 131:24
  204:24
minds 68:23
  96:21
mine 69:5 70:7
  74:1 80:20 96:7
  96:23 101:13
  175:3,3 185:14
  195:4 214:23
  215:6,9 218:5,7
  218:9,12 221:7
  221:12 222:1,4
  223:13 228:13
  231:4,11 244:9
mined 74:8,9
  77:8 213:24
  214:13,24
  215:8,14
  218:14,17,20
  218:24,25
  220:20 221:2
  221:18 222:8
  222:11,15,17
  222:25 223:7
  229:1 233:13
  239:10 240:19
  243:4,17
mines 213:20
minimize 206:1
mining 219:1
  221:20,23
  226:13 228:24
  231:6,7,14,17
  232:13 233:8
  233:17 239:14
  239:25 243:9



243:11 244:11
245:1
**minted** 17:10
**minus** 17:12
**minute** 183:8
244:21
**minutes** 41:25
42:9 112:21
113:2,9 205:6
208:18 229:15
229:18,19
236:12,15
244:19,21
246:9
**mischaracteriz...**
141:10
**mischaracteriz...**
103:21
**mischaracteriz...**
46:4 47:1
137:22 138:1
200:5 243:16
**misconstrued**
7:22
**misconstruing**
144:13
**misled** 144:8
**misquote** 176:21
**missed** 80:1 99:7
178:11 237:21
**misstates** 44:5
**mistake** 66:20
90:14
**misunderstand...**
231:2
**misunderstood**
22:19 177:19
**mix** 103:24
**mixing** 103:23
**mixtures** 11:4
**MI6** 146:21
**Mnet** 194:9
**mock** 61:14,16
65:3,5,23 72:9
**model** 59:20
**modify** 189:2

**moldy** 86:19
**moment** 5:10
18:25 23:11
31:17 40:22
43:6 71:3 84:13
90:11 112:12
116:6,6 132:10
136:17,18
138:14 153:9
172:8
**moments** 112:15
**Monday** 1:14
31:6 45:24
**Mondo** 194:9
**monetary** 121:14
**money** 10:25
17:15 19:5,15
47:20 146:23
173:12 181:25
216:20 217:15
217:17,18
234:3 245:5,10
245:11
**monitor** 4:8
**month** 94:5
**months** 111:23
151:18
**Morgan** 119:25
120:7
**morning** 5:10
**motion** 190:18
**mouth** 135:9
**move** 20:18
21:24 28:6 65:7
82:6 83:3 91:11
135:16 145:13
190:3,23
221:20,23
234:22
**moved** 65:3
219:4 226:13
228:24
**moving** 233:10
**muddied** 187:7
**muddy** 185:6,12
185:20,23

186:1
**multipage** 43:9
**multiple** 26:17
27:4,5 59:3
62:24 80:18
117:17 124:6
175:8 180:14
181:4 182:5
183:3 195:16
**muting** 90:14
**M-net** 195:15

___
**N**
___

**N** 2:1 3:1
**Nakamoto** 22:5
22:15 24:5,9,12
24:17 25:4,6,10
25:25 26:2,16
26:18 27:2
28:11,25 29:6
29:13 32:1
33:11 34:3
37:18 43:15
44:3,14 46:2
55:14 84:8
86:24 87:4,12
87:19 90:19,21
96:2 102:7
120:18,21,25
121:4,6,20,24
159:12 160:4
160:11,21
161:7,17
192:21 243:12
**name** 6:25 7:7
8:12,24 9:9,12
12:11,13,19
14:22,23 16:9
21:20 30:19
49:25 52:25
53:3,5,21 54:3
86:2,3,5,12,21
111:18 115:16
116:3 119:8,15
119:20,23,24
120:10 126:17

134:9 140:2
147:1,12
156:14 166:19
170:24 184:2
202:9 220:7
231:21 247:15
249:21
**named** 146:25
193:19
**names** 76:2 94:4
132:16 217:9
**national** 145:18
145:22
**nature** 46:14
89:20
**nChain** 40:5
**nCrypt** 63:1
**nebulous** 178:17
**necessarily** 20:16
53:1
**necessary** 6:14
20:20 180:6
**need** 5:15,19 6:12
14:10 33:3
40:23 72:18
73:4 75:2,6
87:24 88:5
93:10 100:11
104:24 111:3
112:13,15,20
116:9,11
117:15 125:17
141:21 149:18
149:23,24
154:14,15
168:9 204:25
206:8,19 207:1
208:20 226:4
244:5,7,9
245:21
**needed** 76:5
80:21 95:14
109:19 149:20
149:25 150:8
150:10,11,19
**needing** 40:21

**needs** 32:7 49:14
97:8 100:4,7
101:5,25
118:19 140:12
**neither** 188:16
248:10
**net** 89:22
**network** 180:9,9
181:11 194:7
**networks** 194:7
**never** 18:13 21:2
23:20,20,21,21
69:19,19 74:13
81:11 85:4 87:5
87:15,16 88:1,6
89:9,14 119:17
172:24 188:18
188:24 196:7
228:15,15,19
245:7
**new** 1:17 2:8 4:10
18:5 26:7 54:19
171:3 181:12
182:24 189:13
206:15 214:25
**Newcastle** 183:2
**news** 46:24 47:3
47:4,7 89:22
**newspaper**
193:18
**Nguyen** 8:14
26:20 27:7 37:6
140:8 141:1
**nice** 75:17 89:7
99:19
**nicer** 76:21 90:8
**Nicholas** 153:18
224:1
**Nick** 29:24 30:19
31:5,8,18,24
32:2 33:10,19
33:25 34:3,11
35:9,12,17
37:12,16 38:5
39:14,19,20
40:16 41:6,9,13



41:18 48:10
51:3,15,19 58:3
58:6,21,23
59:23,24 60:3
62:22 63:15
67:25
**Nicolasscottcal...**
32:22
**Nigerian** 36:5
**night** 117:3
245:25
**node** 180:2
**nodes** 17:12
18:19 151:17
180:8,8,10
**non-distributed**
195:3
**non-robust**
195:10
**Northumbria**
85:18 86:13,16
183:2
**notarization**
181:19
**note** 64:17 66:17
96:16 97:4
99:23 187:16
204:20 238:6
238:17
**noted** 11:8 53:12
90:12 174:12
246:6
**notes** 26:9 57:13
63:4,9 64:19
67:16 92:14
93:9 97:6 100:3
248:6
**notice** 144:14
**noticed** 124:3
**noting** 244:8
**November** 171:1
217:10
**number** 4:3,6
15:9 54:15
68:13 74:8
95:25 106:11

126:21 129:21
146:15,17,17
146:20,21
155:4 171:2
180:25 182:25
207:7 210:17
211:17 219:10
**NY** 2:8

___

**O**

**oath** 217:20
**object** 10:20
11:22 17:19
19:1 34:15
38:13 44:5
45:11 52:4 53:8
58:25 60:5
64:14 68:2,14
68:25 71:21
74:21 75:15
76:11,15 77:2
77:23 78:17
79:18 80:14
89:2 91:20
92:20 93:2,25
94:11,16 98:5
101:11,18
102:2,9 103:3
103:19 104:13
105:2,10
108:10 109:9
110:8,13 112:8
117:8,13,20
118:4,13,22
120:23 121:5
121:25 126:11
127:4,16
128:19 130:9
130:15 131:11
134:13,16
135:3 143:25
151:2 158:21
173:4 174:10
176:5,11,18
177:15 180:22
183:20 185:3,8

195:20,25
197:18 198:16
199:23 215:21
221:4,9,14
222:12 223:3,8
226:24 229:3
230:25 239:4
240:1 241:12
**objected** 11:9
56:24 148:15
183:11
**objecting** 145:6
**objection** 11:12
11:15 14:7 19:1
23:3 25:11
31:20 33:13
34:22 51:4,12
52:2 53:12
70:17 73:14,17
77:3,3,9 78:9
90:12 92:7
94:24 95:7,16
97:14,19,23
100:21 102:21
115:19 118:16
124:22 125:17
125:20 126:5
126:14 128:2
129:20 135:16
137:21 147:15
147:17 148:17
151:8,14
187:12 223:15
238:6 243:15
**objections** 11:13
**obviously** 103:7
116:19 208:12
**occasions** 234:7,9
234:11
**occur** 73:2
**occurred** 62:5
138:15 232:23
245:8
**October** 7:2
242:25 243:2
244:6

**October/Nove...**
170:15
**offence** 109:23
**offended** 204:2
**Offering** 33:4
**office** 26:7
105:20 106:1
107:1,3,6,11,25
108:8 110:2,11
181:1,7 189:9
189:13 217:8
234:13 236:1
241:20
**officer** 106:17,24
176:25
**offices** 1:16
**officials** 181:8
**offshore** 239:10
**OK** 20:22 219:17
**okay** 6:24 15:1
45:19 46:20
48:25 56:22,22
62:21 143:5
153:11 164:23
165:20 187:13
196:17 235:10
**omissions** 236:14
**once** 18:17 37:19
38:6 59:1 88:5
174:24 177:16
183:13 202:25
215:10 225:21
243:17
**ones** 27:1 33:1
128:21 129:8
130:19 160:8
174:15
**one-page** 219:14
**online** 196:10
**Ontier** 2:23 5:2
**open** 53:2 119:2
119:5 132:18
134:16 153:2
169:10 178:21
192:4 196:17
196:18,19

204:11 206:17
206:19,21
208:24 212:10
229:6 238:2
242:2
**opens** 171:25
**operate** 196:8
**operated** 214:23
**operation** 81:8
**operations** 81:5
**operative** 146:22
**opiates** 234:4
245:12
**opinion** 108:21
**opportune** 49:11
**opportunity**
113:14
**opposed** 35:13
188:19
**order** 18:18
56:25 146:14
187:22,22
188:15 189:2
190:17 202:15
202:19 203:14
205:3 224:17
224:18 244:22
245:22 246:4
**ordinarily** 11:15
**ore** 231:6
**organization**
9:17 29:16,16
29:20,25 36:9
36:12,14 37:2
40:9 105:13,14
141:1 159:5
**origin** 185:6,21
185:23
**original** 17:22
56:4 97:10
130:23 160:6
160:11,21,23
162:17 167:12
174:8 193:22
205:3
**originally** 165:10



194:24
**originator** 100:8
  101:6 102:1
  105:1
**ought** 118:14
**outcome** 248:15
**outside** 29:16,19
  29:24 35:19
  36:8 203:22
  243:5
**Overall** 93:11
**overlap** 186:21
**overly** 142:2
**overruled** 113:19
**overseas** 46:11
  57:23 222:2,5,8
  222:15,18
  226:12 227:25
  228:1,14,16,20
  229:1 243:7
**overview** 64:22
**over-talk** 34:24
**owed** 217:15
**owned** 56:15
  135:8
**owner** 244:11
**Oz** 181:8 226:16
**o'clock** 117:2
**O'Hagan** 58:3,7

—————
        **P**
**P** 2:1,1 244:9
**package** 159:9
**Paez** 2:21 4:24
  5:6
**page** 3:2 21:18
  22:11,12,14
  43:3 57:10,13
  57:16,17 64:16
  64:19 67:5 68:5
  68:13 69:24,25
  71:4,5,7,10,13
  71:13 73:20,24
  77:14 79:6,6,8
  82:7 83:2 84:10
  88:16,18,21

91:12 92:11
96:12 98:8
116:12,14,20
119:1 123:10
123:11 134:8
139:9,12
142:25 155:13
156:5,10 162:8
162:11,11
166:5,10 168:3
168:10,11
171:25 172:15
175:7,8 176:1,7
176:13,17,19
178:23,24
184:3,4 185:10
201:7 202:10
202:12 207:3,5
209:18,18
210:3,3 212:14
212:15,16,19
212:23 216:16
229:10,12
231:24 237:9
237:11 239:1,5
240:17,18
249:5
**pages** 11:24
  238:18,20
**Page/Line** 249:7
**paid** 12:14
  180:11 228:10
  228:11 243:3
**pain** 225:22
**painkillers**
  245:12
**paper** 7:15 17:24
  64:7 83:10
  84:19 85:11,13
  85:15,19,23
  86:6,14 99:15
  133:13 146:6
  151:16 154:15
  156:21,23
  159:13,22
  160:10,15,24

193:13,15,16
194:25
**papers** 80:3 99:9
  211:18
**paragraph** 16:22
  16:24,25 39:1
  39:13,15,23
  64:21 65:15
  66:17,25 67:5
  68:18 70:3 71:7
  71:11,14,24
  84:12 88:21
  91:14 92:25
  102:5 116:17
  119:12,19
  148:21 156:16
  162:15 166:10
  168:3 179:4
  184:6 185:11
  202:14 207:5
  210:4,6 211:1,4
  211:5 216:17
  220:15,17
  232:1,2,8 239:1
  239:6 240:17
**paragraphs**
  116:17 119:11
  184:4
**parents** 47:12,14
  47:19
**parish** 215:4
**Park** 2:8
**part** 24:16 60:13
  61:14 73:10
  78:25 79:2,22
  80:13,15 81:21
  83:11 85:12,16
  86:24 87:1,4,6
  87:7,12,16,19
  87:21,23,25
  88:2,3,7,8 90:5
  99:3 102:14
  111:16 119:20
  119:22 120:20
  124:18 127:13
  127:14,22

129:11 145:1
148:21 149:9
150:12 151:6
151:13 157:1
162:17 176:4
178:1 190:18
190:19 192:15
192:23 193:11
206:25 210:23
211:17,23
226:20
**participants** 7:3
**participate** 25:24
**participating**
  191:20
**particular** 26:8
  26:13 69:5 96:6
  96:22 100:17
  141:11,13
  162:24 192:12
  234:25
**particularly**
  152:8
**parties** 4:13
  195:16 248:11
  248:14
**partly** 8:20 201:2
**partner** 74:8,19
  76:10 77:1
  181:15 189:13
  195:24 196:2,6
  196:8,13,14
  197:23 198:3,6
  198:7,14,14,15
  198:17,18,23
  198:25,25
  199:15,19,21
  200:1,11,14
  201:11 202:20
  202:24 203:10
  203:14 207:12
  210:10
**partners** 181:17
**partnership**
  148:4 192:16
  192:17 195:19

195:21 196:5,6
200:2,15,16
**partnerships**
  196:9
**parts** 81:4 85:23
  100:24 103:23
  103:24 174:16
  174:17 185:13
**party** 11:24
**passed** 241:2
**passing** 18:6
**passion** 65:13
**patched** 180:2
**patching** 180:16
**patent** 210:23
**patenting** 64:10
**patience** 155:11
**Patrick** 175:7,8
  175:10,13
  176:1 177:7
  212:16,19,22
**pause** 11:9 18:25
**pay** 13:1
**payment** 227:25
**Payne** 231:3
**PDF** 136:20,22
  136:23 137:2
  138:10,17
  155:13 162:17
  163:16 168:4
  171:25 196:18
  209:19 212:15
  216:16 225:9
  225:10 227:16
  235:17,19,22
  237:25
**PDY** 215:11
**pending** 113:3
  148:10 224:4
  244:16
**people** 7:23 9:6
  10:25 12:6,13
  15:14 16:6,8
  17:12 18:22
  19:4,11,12,13
  19:14,16,20



20:10,22 21:17
22:19 25:5,19
26:2,3,11,14,23
26:25 27:4
30:18 32:21,24
32:25 33:19
34:7 35:12,18
37:1 38:19,24
39:18,25 41:10
44:20,23 47:16
59:2,5 60:15
61:5,7,19,22
62:2,24 65:25
67:17 68:20,23
69:7,9,10 70:11
70:24 72:5,7,9
72:13,13,16
73:2,6,9 75:1,6
75:7,16,23,25
76:1,1,3,4,4,16
77:10,18,25
78:20,22 79:1
79:11,25 81:18
81:19 83:24
84:3 85:13 90:9
94:4 95:1,1,2,9
95:11 96:3,19
96:21,24 97:1,2
98:21,23,25
99:7,16 100:16
100:22 101:1,9
101:22 103:5,7
108:19 115:1
115:11,12,14
122:6 124:3
125:6,7,9
134:20 139:3
139:20 140:8
140:17 141:1
143:3 145:1,24
146:3,6,8,12
148:5,6 149:3
150:2,3,16,17
157:3,4,12
162:23 167:24
167:24 173:12

175:14 177:16
177:20 179:13
179:15 180:25
181:8,9,9,11,24
182:1,2,3,4,23
183:1,4,5
184:18 186:3,4
186:5,16 187:3
187:5 189:18
190:5 192:23
194:13 203:21
205:20 212:7,8
215:5 217:8
226:14 229:25
231:9 234:12
234:13 245:23
**people's** 66:3
101:13
**perfectly** 116:7
**performance**
92:18,19 95:6,9
**period** 27:20
120:4 207:13
210:10 215:22
**periods** 184:16
**permitted** 109:25
**person** 2:23 8:1
8:13 9:16 10:15
10:23 19:25
26:13 41:12
59:16,20,22
80:17 83:9,15
84:7 87:16 97:9
111:18 134:6
143:4 144:19
144:22 145:18
145:23,25,25
146:10,15
150:7 169:17
170:12,23
171:9,12,13
196:11,11
243:8
**persona** 157:1
**personal** 1:5
**personally**

106:12 109:13
**persons** 113:15
**person's** 103:10
134:9
**petant** 108:15
**PhDs** 186:8,16
**Philips** 119:24
**phone** 2:19 42:3
81:4 112:13
174:21,22
190:2
**phoned** 196:11
**phones** 177:22
**Photo** 3:3
**photograph**
15:19
**photography**
159:15
**phrase** 26:12
**physical** 214:15
214:17 231:4,6
**pick** 93:10
130:22,23
154:19
**picked** 65:5
73:16
**picture** 16:1
**pieces** 156:22
**Pierpont** 120:7
**Pirate** 181:13
**place** 91:17 99:21
187:25 234:16
**places** 214:13
**plaintiff** 4:16,18
4:20,22
**Plaintiffs** 1:7 2:2
**plaintiff's** 15:11
142:23
**plan** 38:10,15,15
38:18,20,23
39:24 40:2,3,4
43:14 44:2,13
44:16,17,18
55:13 60:4
**planned** 43:20
**planning** 43:22

46:23
**plans** 40:9
**platform** 21:15
33:5
**played** 137:11
157:2 162:16
174:25
**please** 21:1 28:1
28:8 35:3 36:19
40:22 41:21
50:16 51:16
52:5 59:8,12
63:8 64:25 70:5
73:23 74:6
79:10,21 88:21
89:4 91:13,22
96:16 97:5
98:17,18 100:2
108:4 112:3
114:13 119:21
125:21 128:3
132:18 135:8
136:18 141:17
141:19 142:18
143:13,17
146:17 151:4
152:1 154:11
156:19 167:6
168:23 169:10
171:25 172:20
178:2,19 190:3
197:16 202:10
202:18 206:6
207:21 210:14
211:6 212:11
224:20,22,23
236:11,13,16
239:8 243:22
246:2 249:5
**plenty** 72:8
**pm** 4:8
**Podcast** 191:22
192:10
**point** 6:6 39:6
66:19 72:22
121:16 135:7

155:7 161:15
164:13 169:4
170:4 171:4
189:24 193:9
195:8 201:20
206:3 216:22
218:6,10
240:25 243:1
**pointed** 141:22
142:1 240:6
**pointing** 240:4
**points** 38:14,20
141:24
**Poisson** 86:6
121:12
**police** 138:14
176:25,25
181:10,12
206:15
**Ponce** 2:18
**ponder** 54:7
**Ponzis** 19:13
**poor** 40:23,25
**populate** 32:4
**populates** 16:18
35:4
**population** 132:9
**populous** 11:7
**Port** 214:20
**portrayal** 50:8
**posed** 182:14,17
183:13
**poses** 164:23
**position** 94:8
143:6 190:22
206:2 208:11
208:13 246:1
**possession**
113:22 114:3
**possible** 23:23
53:21 81:8,17
162:1 205:21
205:23 233:4
**possibly** 140:1
141:1
**post** 3:4 21:13



22:3,5,13 23:23
133:23 134:2
166:2,3,6
posted 22:22
23:20,24
posting 23:18,19
37:2
postpone 188:25
postponed
117:16 188:18
posts 12:21
135:13
potential 33:24
208:12
potentially 55:17
PR 29:11 83:24
84:3 92:17 97:5
97:11,21,24
102:24 104:6,8
practiced 65:6
precedents 29:12
precise 26:10
27:15 28:19
42:12,13
precompiled
170:17
predefined 23:16
predetermined
22:18 23:16,17
preference
118:12
prepare 61:3,5
107:5,10,16
108:7
preparing 25:3,9
25:14,17,19,22
25:22 107:15
present 2:22 4:13
11:25 109:1,4
112:23
presentation
108:22
preserve 125:16
125:20 209:21
presidential 62:2
press 29:20 31:4

31:9,9,19 46:1
46:5,15 47:11
47:13,21,24
48:1,6,19,22,23
49:1 50:23
55:12,15,16,18
55:20 56:1,19
56:21 60:9
63:13
presuming 103:5
presuppositions
101:21
pretty 18:21 19:3
46:24 147:6
prevailing 117:9
previous 21:5
85:22 106:25
147:18 164:18
previously 44:6
56:24 104:4
127:22 137:16
148:2
price 75:18
pride 172:11
primarily 159:19
primary 26:11
26:14,25
prince 36:5
print 169:15
printout 141:6
142:25 223:24
230:3 232:22
prior 106:18,20
218:13,15
220:22
prison 20:1
privacy 186:2
private 18:17
47:18 172:22
174:6 185:13
221:17 222:8
222:15,20,24
223:6 226:2
228:22 230:16
privilege 11:14
108:11 111:5

112:18 113:19
142:10 209:22
probably 78:1
98:24 186:10
214:19
problem 117:15
144:24 159:23
203:7,9,18
204:8 220:7
241:13
procedure 117:1
proceed 52:5
117:4,13
118:13,16,23
190:11,15
proceeding
131:25 188:8
proceeds 19:19
20:9
process 221:21
221:24 226:13
228:25
processes 211:20
240:9
processing 7:17
produce 37:22
40:10 56:6,9
109:23 110:10
144:4 163:5
produced 30:3
32:5 35:2,22
42:21 49:1 51:9
51:10 52:4
54:19 56:11,12
56:13,25 57:4
109:21 113:16
113:19,20,21
113:25 114:1,6
114:14,17,18
122:22 123:17
124:20 130:13
130:17 158:18
158:24 163:4
product 135:17
production
110:15 113:15

114:11
Prof 8:24 9:5
134:24 135:14
135:19
Professor 134:4
134:11
professors 85:15
profile 15:22
profit 19:8,9
profitable 225:23
profitably 40:7
program 137:6
project 24:23
26:19 93:13
97:9 166:4
213:3
Prometheus
26:20
promise 172:23
promised 245:4
promote 26:2
pronouncing
140:4 220:7
proof 194:8
properly 206:1
property 40:7
181:3
proposal 85:16
proposed 165:8
194:24
proposing 103:12
proved 120:8
proven 11:7
provide 143:7
180:6,11
provided 205:2
235:1 245:22
provides 239:19
Prudential 182:3
pseudonym
88:24 89:17
92:6,9 99:17
192:22
pseudonyms
89:19
public 18:17

46:14 47:11,13
52:13,21 53:6
54:4 55:9
105:24 157:1
205:18,20
publicly 21:21
24:17 25:3,9
26:15 170:16
publish 10:8
published 9:19
10:7 16:16
116:3 119:8
156:13 184:2
202:9 211:11
231:21
publisher 12:1
pulled 144:18
pumped 75:18
punk 7:9
purchase 218:22
purchased
218:18,23
219:2,3
purchasing 234:4
purport 125:9
173:23 174:2
230:22
purporting 123:6
123:15 124:8
174:7
purports 139:15
154:8
purpose 45:14
104:1 117:25
239:14,24
purposes 5:3
15:4 205:11
purposively
144:8
push 208:14
put 45:12,16
69:10 70:15,19
97:2 135:9
144:14 167:20
167:22 185:14
205:10 208:2,4



210:15 217:11
217:25 219:5
240:21,22
247:7
**putting** 37:1
43:22
**p.m** 4:1 9:23,24
10:3,4 54:24,25
113:10,11
117:6,6 152:23
152:24 154:9
154:19,25
155:15 172:17
187:25 204:20
207:22,22
220:2 225:19
226:12 227:23
228:10 233:6
246:10
**P2P** 22:3 194:7
**P2PE** 3:15
160:10,15

## Q

**quadrant** 204:17
**qualifications**
121:9
**quality** 39:4
40:23,24 41:1
**quantity** 216:22
**quarantine**
204:24 205:14
208:12
**Queensland**
182:24
**question** 5:19,20
5:22 6:1 13:11
20:14,15 21:1,2
21:23 26:24
27:12,14,21
28:1,6,8,20
31:14 34:14,23
39:5,10 40:23
44:6,8,11 47:2
53:17 54:10
59:7,13,15

61:23 64:4,8,11
67:1 68:6,15,18
70:3 71:2 73:5
73:18 78:1
87:11 88:20
93:12 95:25
96:15 98:24
99:25 104:15
104:17,21
105:18 107:14
108:5,12 113:3
114:5 116:21
125:19 131:7
135:1,14,17
143:7,21 145:4
145:10,11,17
145:23 147:19
147:23 148:11
148:14 156:20
161:16 164:24
165:2 170:5
173:6 178:2,16
179:20 182:10
182:19 183:12
183:12 190:15
206:7 224:4,20
224:25 225:2
227:12 229:13
237:14 244:17
244:24
**questioning**
238:9
**questions** 5:16
11:17 14:10
42:13 53:9 61:9
61:19,22 62:3
65:4,9 68:11
98:13,17
110:14,14,24
115:3 116:21
125:18,21
145:10 176:24
177:25 182:14
182:17 247:7
**quick** 41:25 42:8
42:18 75:19

83:22 229:13
231:1
**quickly** 40:4
**quit** 19:10 149:17
**quite** 45:8 64:10
66:21 74:8,9
77:8 135:20
171:1 177:9,19
187:22 204:2,4
**quote** 45:3 95:25
96:11 119:14
**quoting** 164:18

## R

**R** 2:1 249:2,2
**radical** 166:12
**radically** 170:19
**ramifications**
17:14
**Ramona** 37:9
46:9 49:22
62:25 63:8
157:11 237:5
**ran** 84:3 170:23
179:25 213:2,3
213:20 214:23
215:4,5 219:4
232:4,5
**ranch** 166:4
**randomly** 62:4
**rant** 80:17
149:21 217:25
**ranted** 217:5
**rat** 66:2
**RCJBR** 124:11
**RCJBR.org**
137:17
**reach** 140:8,14
149:6
**reaching** 142:19
**read** 9:15 12:7,8
17:22 22:15
37:2 40:21,23
41:16 48:15,16
48:21 63:5 64:3
64:21,24 67:9

68:5,8,17,18,19
68:24 69:1,3
70:2,8,13,14,19
73:23 74:2,4
77:13,20 79:7
79:15 82:8,13
84:16 88:20,21
88:25 91:12,18
92:24 93:1,5
96:1,14,16 97:4
98:16,17 99:22
100:14 101:3
119:19 137:4
142:16 156:16
168:22 178:2
179:4 197:17
198:12 199:12
202:17 210:13
211:4,14
220:16 229:2
239:1,7 240:17
242:19 243:18
244:3 247:4
**reading** 13:22
82:10 172:23
187:24
**reads** 37:13
39:25 45:23,23
66:21 155:25
233:9
**real** 31:13,16
65:7 100:11
125:9 129:7,8
129:19 130:5,6
130:14 133:12
136:16,25
148:3 152:16
167:9 191:23
225:7 243:21
**realize** 245:8
**really** 27:11 33:3
36:17 45:23
48:18 53:24
61:16 80:2,19
82:4 86:3 99:8
99:14 122:18

131:16 134:10
182:13 194:17
213:11 217:4
227:23
**reason** 17:25
18:15 31:12,15
53:22 56:7 66:5
123:21 158:17
167:17 186:8
188:17 189:9
249:7
**reasonable** 189:4
190:14
**reasons** 123:24
167:18 168:1
**recall** 6:22 24:1,3
24:7 29:15,23
62:6,12 64:11
68:7,9 69:15
74:11 78:4 80:7
82:17 89:8
94:17,18,20
102:19 105:16
105:19 119:17
142:19 143:8
143:12 165:24
166:1,2,3 168:7
171:20 173:24
174:3 175:6
191:20 192:20
193:4 199:2
216:12,14
234:6,10,15,22
235:1
**receipt** 8:4
**receipts** 174:21
218:21
**receive** 67:14
114:19,20
**received** 86:20
130:20 162:22
225:12 228:19
**receiving** 34:10
**recess** 49:11
54:24 113:10
117:6 152:23



207:22
**reckless** 220:23
**recognize** 16:18
16:21 30:12
38:2 59:5,23,25
68:7 123:2
136:12 142:24
142:25 144:21
160:20 164:5
167:3,8 189:4
197:5 200:21
206:11,22
209:4 219:19
219:24 229:24
230:1 232:17
242:10,13
**recognized** 59:16
141:6
**recollect** 66:11
**recollected**
143:11
**recollection** 58:1
65:23 94:22
100:24 143:19
192:9 225:16
**reconfirmed**
165:16
**reconvene**
208:21
**record** 4:3 6:25
9:23,24 10:3,4
11:11 28:8
54:18 56:24
63:5 64:4,22
68:18,20 70:3
73:16,24 82:8
82:10 88:20,22
91:13 93:1,6
96:1,9,17 98:18
109:6 118:2
119:21 141:3
156:17 176:16
177:12 178:4
179:5,14
187:17,20,23
188:7 197:17

198:12 199:13
202:18 205:4,6
205:9 207:24
210:14 211:5
238:12,21
239:7 242:20
244:4 245:15
245:18 246:9
247:7 248:8
**recorded** 62:7
66:13,15 67:15
67:17 97:5
181:3
**recording** 8:3
66:15 67:11
72:6
**records** 113:17
113:17
**recreated** 17:11
228:16
**red** 177:4
**redundancy**
159:9
**reference** 65:18
67:2 77:1 93:15
132:5 148:24
193:12,13
229:11
**referenced**
193:16 238:13
**references**
193:15
**referencing** 41:7
134:1
**referred** 57:5
62:17 63:18
67:22 76:9,10
122:24 129:5
136:9 139:7
151:24 153:6
154:20 157:9
160:15 162:5
164:3 167:1
168:5 187:15
192:6 196:21
200:9 204:14

206:20 209:2
219:7 223:21
229:7 232:16
235:7 236:22
238:4 239:3
242:3
**referring** 43:9
46:6 66:6 93:20
110:20 111:7
111:12,15
131:20 148:6
**refers** 196:4
**reflect** 10:19
103:15 109:12
141:4 153:22
176:16
**reflecting** 174:5
**reflection** 236:15
**reflects** 134:15
**refresh** 65:22
192:8
**registered** 144:16
**Regulatory** 182:4
**Reinhardt** 2:23
11:8 147:24
148:10,16
188:12 208:16
**reiterate** 149:25
150:14
**rejected** 160:7
**relate** 110:5
185:18
**related** 20:21
31:25 37:14
204:6 248:10
**relates** 36:4
110:14 147:19
227:8
**relationship**
147:21
**relative** 180:11
248:12
**relaunched** 171:1
**release** 29:21
31:9 46:1,5,15
47:11,13,21,24

48:2,6,19,23,24
49:1 50:23
51:16 55:12,15
55:16,18,20
56:1,19,21 60:9
161:7 226:5
**released** 84:20
161:14 170:14
211:12
**Relentless** 133:10
134:19
**relentlessly**
181:23
**relevance** 11:13
147:16,22
148:17
**relevant** 87:1
148:3
**relief** 190:9
**rely** 6:2 36:18
**remain** 185:14
**remains** 33:2
**remember** 5:14
31:24 32:3
58:23 59:3,21
59:22,23,25
60:2,25 62:9
73:2 85:2 86:1
86:3,4,15,21
91:24 94:1,2,3
94:4 95:17,18
95:22,23
100:25 111:17
111:18,22
112:22 120:6
139:1 142:21
162:20,23
166:19 170:24
170:24 192:2
192:11,13,18
192:19,25
199:5,8 218:2
233:3 234:24
**remembering**
59:19
**reminded** 120:3

**remove** 118:11
**removed** 105:13
**repair** 205:24
**repeat** 5:25 13:10
20:25 105:17
146:17 153:4
161:11 219:9
**repeated** 198:25
**rephrase** 8:9
10:9 44:11
160:3 225:1
**replies** 93:8
**reply** 32:23 34:19
35:10 51:24
**report** 189:8
237:4
**reporter** 1:22
2:24 4:12 6:5
6:10 8:17 13:10
20:25 66:23
73:15 105:17
113:12 197:12
219:9 248:2,4
**reports** 237:4
**represent** 4:14
106:3 225:10
**representation**
52:22
**representative**
1:5
**represented**
106:6
**representing**
4:24 5:2
**represents**
226:21
**request** 188:3
**requested** 140:7
140:10
**require** 195:16
**required** 178:8
178:13 179:7
179:16,17,21
179:24
**requirement**
180:13



**requires** 7:10
**requiring** 180:15
**rerun** 171:18
**research** 1:6
211:18
**reservation**
114:1
**reserve** 20:5
217:18
**reserved** 243:2
**resigned** 112:1
**resolve** 116:22
**resolved** 216:1
**respond** 36:23
56:5 61:23,24
73:5 75:3 84:21
84:22 137:10
162:25 169:21
170:7 183:14
183:21 226:11
227:22 228:9
**responded** 36:12
51:18,20
109:17 141:8
228:24
**responding** 30:25
34:8 72:4
137:13 192:15
192:23
**responds** 36:9
37:5,10 41:13
41:18,21 45:20
46:13 48:10
170:2 226:7
227:19 228:4
**response** 20:14
42:6 51:23 74:2
74:5 77:20
79:16 82:13
84:23 88:25
91:18 96:5
108:23 143:23
144:6 163:1
165:4,10
227:20
**responses** 103:6

247:7
**responsible** 84:8
88:10,11,12
**responsive** 20:17
**rest** 7:16 181:25
**restate** 52:2
**restaurants**
205:22
**restroom** 6:14
207:19
**retained** 29:15
29:19
**retelling** 104:25
**retire** 83:23
**retired** 146:19
**return** 75:19
**returns** 107:2
**reveal** 33:25
40:18,20 41:8
**reversal** 220:22
**reverse** 224:17
**review** 108:19
149:7 236:13
**reviewed** 226:23
**revise** 177:13
**revolutionize**
148:22 149:10
181:20
**re-ask** 179:20
**re-enabled**
138:23 139:1
**Rica** 202:22
203:16,18
204:9
**Ridge's** 106:21
**right** 5:12 6:2
10:9 12:16
22:23 31:1,3
33:4 34:9 39:10
41:14,19 46:24
48:10 51:21
52:8,8 55:8,20
60:14 65:10,10
66:21 73:9
90:19 97:6
100:6 101:4,10

106:4 116:10
132:22 133:14
133:17 158:10
168:11,20
184:19 186:2,3
186:7,18
199:20 227:18
230:23 233:7
243:8 244:23
245:15,23
**rights** 209:21
240:13
**ring** 199:6
**risk** 33:5 203:3
203:17,17
204:5,6 208:5,9
243:2
**Rivero** 2:18,21
4:23,23 5:5
10:20 11:9,16
11:22 13:19,25
14:7,18 15:18
17:19 18:25
21:22 23:3
25:11 27:24
28:2,5 30:5
31:20 32:9
33:13 34:15,21
36:16 38:13
39:3,9 40:21
41:2 43:8 44:5
45:11 51:4,11
52:1 53:8,13,14
54:14,18 56:23
57:6 58:25 59:8
60:5 64:14 67:2
68:2,14,25
69:25 70:17
71:21 73:12
74:21 75:15
76:11,15 77:2,9
77:23 78:9,17
79:18 80:14,25
89:2 90:11
91:20 92:7,20
93:2,25 94:11

94:16,24 95:7
95:16 97:14,19
97:23 98:5
100:21 101:11
101:18 102:2,9
102:21 103:3
103:19 104:12
104:18 105:2
105:10 108:10
109:9 110:8,13
110:22 111:3,8
112:8,11 113:1
113:8,12,13
114:9,13
115:19,25
116:5,19,25
117:7,16,25
118:9,21
120:23 121:5
121:25 124:22
125:16 126:5
126:11,14
127:4,16 128:2
128:19 129:20
129:24 130:9
130:15 131:6
131:11,19,24
132:6,23
133:24 134:13
135:3,16
136:13,17
137:21 141:17
142:9 145:9
147:4,15
148:14 151:2,8
151:14 152:6,9
153:4,9 154:21
155:1,4,6,10
156:4,5 158:21
160:13 172:2
172:10,12
173:4 174:10
176:5,11,18
177:15 180:22
183:9,10,20
185:3,8 187:12

187:16,21
188:2,14 189:7
189:23 190:4
190:22,25
195:20,25
197:18 198:16
199:23 204:19
205:8,24
207:24 208:11
208:15,22
209:20 215:21
216:3,7 219:14
219:17 221:4,9
221:14 222:12
223:3,8,15
226:24 229:3
229:10,17,22
230:25 232:8
235:8,10,13
236:6 238:5
239:4 240:1,11
241:12 243:15
244:16,20
245:13
**Road** 19:25
47:17 214:21
234:5
**Rob** 38:19 40:4
43:22 70:24
72:10 75:16
76:1,2,3,4,5
83:1,6,14,18,20
83:21,24 90:4
102:18,24
103:9,16,17,22
105:12,13
**Robert** 29:2,5,8
29:11 41:23
42:7,11,14
43:14 44:2,13
44:25 45:2,5,7
49:21 55:13
62:25 81:19,22
82:24 86:1
157:11 169:12
169:18 170:2



**Rob's** 40:9
**Roche** 2:3,7,10
4:21,21 189:13
**role** 97:8 100:6
101:4,16
**room** 9:3 59:18
72:16 90:7
93:23 118:14
120:13 189:18
208:9
**round** 36:14
**royal** 39:17
**RSA** 195:2
**rule** 11:10,12
53:9 190:2
**ruled** 147:5,6
**rules** 5:14 19:16
20:8 104:14
**ruling** 11:12
112:15,18,20
113:23,24
147:22 208:20
**rulings** 112:16
**run** 16:6 24:23
50:2 61:8 134:7
134:8 151:17
169:17 170:12
170:19 171:5,9
171:12,13
180:14 195:3
195:15 211:21
215:14 233:24
240:22
**running** 8:13,21
19:13 134:6
170:4 180:5
214:18 232:4
233:18
**Russia** 219:4
**Russian** 146:22

**S**

**S** 2:1,3,15 8:7 9:9
9:10 172:17
197:22 198:13
199:17 201:5

**saddens** 186:2
**safe** 48:3
**safety** 205:18
208:5,9
**sale** 167:4
**Samsung** 174:20
174:20,22
**sane** 150:2 193:7
**sanity** 149:15
**sat** 65:25 217:6
217:24
**satisfied** 24:8,10
236:14
**satisfy** 24:4
**Satoshi** 22:5,13
22:15 23:20
24:5,9,12,17
25:3,6,9,25
26:2,15,18 27:2
28:11,25 29:6
29:13 32:1 33:2
33:11 34:3
37:18 38:23
43:15 44:3,14
46:2 55:13 78:1
78:16,19 79:12
79:12,23 80:24
81:2,2,6,10,17
81:25 82:12,21
83:5,19 84:8
86:24 87:4,12
87:19 88:19
89:7,24 90:3,16
90:17,18,21,23
91:1,8 93:12
96:2 98:23 99:1
99:1,4,12,14,15
99:20 100:5,9
100:12 101:10
101:16 102:7
102:19 103:1
104:10,11
115:16 116:15
119:15,20,23
119:23 120:2
120:10,18,21

120:25 121:4,6
121:16,18,20
121:24 126:22
126:25 127:2,6
127:6,23
133:12,14
156:24 157:1,3
159:12 160:4
160:11,21
161:7,17,20
163:24 165:16
169:2,8 171:21
173:16 191:23
192:14,21
243:11
**Satoshi's** 9:18
10:1,6 12:16
115:23 116:3
119:2,8 156:3
156:13 172:3
178:22 184:1
185:11 202:8
231:20
**Satoshi@visto...**
161:3,21
166:15
**saved** 126:13
**saving** 245:10
**saw** 42:3 65:6
74:23 164:14
177:3 209:9
220:4 237:15
**saying** 6:25 34:10
35:15 36:12,23
37:5,10 38:18
39:20 42:8
43:10 47:1 48:1
48:15 52:9
53:20 55:6
56:12 69:15
72:8,17,21
74:11 78:4,25
80:7 82:17
84:25 85:2 89:8
91:24 100:12
103:6,9 118:12

118:23 123:20
125:8,13 127:6
130:4 134:18
135:25 137:12
140:11 141:22
144:19 145:5,5
167:23 170:3
172:10 174:23
185:25 186:17
192:21 193:5
194:22 200:1
210:16 214:22
214:22 215:18
215:18 217:20
240:3
**says** 12:15,17
13:23 14:9
15:25 23:12
31:4 33:24
39:14 41:5
45:22 46:25
47:10 48:14,17
51:15 54:7
57:10 58:2,8,12
66:18 71:15,17
71:25 82:16
88:18 96:6
98:11 100:4
101:3 123:12
124:25 126:1
126:22 127:14
139:18 142:15
143:1 157:16
157:19,24
158:9,13
163:12,15,18
165:10,12
168:13,18,19
172:21 173:16
190:17 191:7
194:21 198:17
207:6 212:19
213:2,19,23
220:19 224:5
225:19 226:7
227:19 228:19

230:15 232:3
233:6 236:1,11
237:15
**say-so** 130:11,13
**SCA** 2:23 5:1
**SCADA** 211:9,11
**scan** 43:7 167:10
169:15
**scenario** 177:23
**schedule** 43:13
45:9 190:12
**Schiller** 1:17
2:12 4:9
**schools** 47:18
**scientist** 55:9,22
**scope** 11:13
**screamed** 218:1
**screaming**
100:25 218:3
**screen** 14:22,23
21:8 38:1 54:6
62:20 210:1
238:16
**screening** 13:14
**screenshot**
242:25
**screw** 243:6
**scroll** 22:10
41:20 42:4 43:1
167:6 172:19
174:13 198:9
207:1 219:22
224:21,22
242:14 243:22
**scrolled** 178:24
**scrolling** 154:11
**SE** 2:13
**sea** 61:12
**Sebastian** 134:8
**SEC** 19:7
**second** 22:14
39:22 57:13
65:1 66:16 67:4
67:8 68:17 70:2
71:2,11,14
73:23 74:25



82:7,8 84:11
88:20 127:13
142:24 156:20
170:12 171:8
171:12 173:8
173:15 174:13
183:10 215:25
220:15,16
232:1,9 234:18
**secondary** 83:7
116:18 119:20
119:22
**seconds** 92:4
**secret** 212:3,5,6
213:4,7,10,17
**section** 7:15
42:17 66:17
92:13,17 96:16
97:4 99:23
100:3
**secure** 193:24
**securities** 19:6
**security** 145:19
145:22 169:7
181:22 211:20
211:25
**see** 6:9 17:1,25
30:17,20 31:4
32:7 33:5,6,7
36:1,5,7,10
37:14,15,16,19
38:5 39:1,13,15
39:22 40:14
41:5,9,10 42:3
42:25 43:4
45:19 46:10
50:21,22 51:6
51:14,18 53:2
55:5 57:12,14
57:15,18,19,21
57:22 58:4,5,8
58:11,18,19
63:12 64:2
66:18 67:7,8
69:12 71:8,9,11
71:14,15,25

72:2,3 84:11
86:25 92:12,13
92:15,16 95:8
96:8,11,11
98:11 101:7,8
102:8,10 103:2
103:4 113:2,9
116:18 118:6
119:10 123:5,8
123:12,14
124:24 125:2
125:22,25
126:22,24
127:15,17
131:14,16,17
133:15,16,17
133:19 135:25
137:8,10
139:11,14,14
139:18,21
148:20,23,23
152:13 154:9
155:14,15,17
157:16,19
158:13 160:18
160:19,23,25
162:11,13,15
163:1,12,14,15
163:18 164:9
164:17,20,21
164:23 165:2,4
165:7,11,13,18
165:21 166:8,9
168:13 169:18
169:22 170:5,8
172:16,20,21
173:8,17,18
174:14 175:2
176:9 177:1
179:11 183:12
184:11,12
185:16,17
189:19 197:4
201:6,7,9,12,13
201:14 202:13

202:14 203:3,7
206:25 207:3
207:15 210:3
210:11,12
213:2,19,22,25
214:4,6 215:25
216:17,18,19
216:25 219:23
219:25 220:15
220:24,25
224:5,6,16
225:24 226:4,5
226:9,16,17
227:20 228:2,6
228:18 232:6
232:21,24
233:5,11,12
236:4,5,9,10,11
236:16 237:2,6
237:9,12,15,16
237:19,20,22
237:23 238:25
239:5 243:22
243:23
**seeing** 32:10
53:18 63:20
78:18 128:20
176:22 196:22
219:13 235:13
**seek** 19:11,14,16
35:18 188:24
189:21 190:9
238:7
**seeking** 12:1
18:12 20:5
25:14,15,18,20
25:20 100:16
127:5
**seen** 42:5 48:12
123:25 138:4
154:6 174:1
176:6,12
224:11
**seizable** 19:20
**seize** 20:2,9
**seized** 18:16

19:15 125:2,5
217:18
**selected** 196:23
**self-deprecate**
122:13
**self-isolation**
189:16
**sell** 40:5 216:22
225:24
**selling** 12:14
**send** 138:18
140:10 149:4,7
152:19 154:1
154:12 155:18
155:20 157:14
160:4 161:1,17
163:9,19
172:22 173:20
173:21 175:5
178:9,14 179:8
179:17,22
180:5 202:4
226:2,18,19
227:2,5,9,11
228:22 233:2
242:11,16
**sender** 168:7
**sending** 153:17
174:19
**senior** 181:7
**sense** 88:12 92:22
**sent** 36:14 48:14
54:1 86:10
107:5,10 108:7
109:11,15
125:15 127:8
139:25 149:2,7
152:17,20
159:21 174:4,5
174:18 201:25
220:12 225:11
225:12 226:20
227:3,8,13
230:10,16
237:24 238:1
241:18

**sentence** 39:23
67:8 125:22,25
126:7 127:13
128:1,5 141:11
141:13,13,16
141:24,25
142:3,4 143:21
143:22,24,25
144:2,3,8,9
145:14 146:3
148:25 173:8
173:15 179:12
187:10 198:22
198:24 202:17
203:13 210:14
211:5,14
213:23 220:16
**sentences** 177:21
231:7
**separate** 31:14
**September**
164:10,15
165:5
**series** 44:19
124:2 178:8,13
179:8,17,22
226:20
**server** 160:1,5
186:4 193:22
193:25 195:3,8
195:9,14
**servers** 159:5
186:5 215:2
233:19
**service** 9:15
180:7 181:19
**services** 2:24
4:12 239:20
**session** 62:9,12
63:14,23 65:1,6
66:19 67:9,24
92:25 93:7 94:1
94:4,10,15
100:15 205:12
**sessions** 57:18,19
57:21 62:7



66:12,13 84:4
100:23 239:17
**session[s** 63:10
**set** 18:2 137:6
146:8,13 181:1
188:4 205:3
220:21 231:18
246:3
**setting** 26:7
146:7 153:10
245:5
**settle** 217:9
**settlement**
217:13,14
**set-up** 231:14,17
**Seven** 200:24
201:3,20,21
202:6
**Seychelles**
240:21 244:8
**shame** 233:9
**shaped** 157:4
**share** 15:11
16:14 32:4 35:2
35:22 42:20
54:12 57:4
62:16 63:16,20
63:20 67:20
75:20 76:6
115:22 131:15
132:9 136:7
139:5 151:22
153:1 165:21
**shared** 173:22
**shareholders**
105:23,25
215:12
**shares** 140:11
167:4
**sheet** 196:19
**shits** 214:2
**shoehorn** 60:17
**shops** 19:14
**short** 54:24
113:10 117:6
152:23

**shorter** 93:9
**shortly** 21:14
241:17
**show** 40:10 49:10
117:17 118:17
173:23 174:7
249:5
**showed** 74:24
**showing** 67:16,16
116:1 131:1
132:1 138:5
144:6
**shown** 6:6
**shows** 65:10
104:8 135:25
164:25 235:19
**shut** 125:10
**sick** 189:18
**side** 133:18
**sign** 167:11
**signature** 7:10,14
**Signatures** 7:11
**signed** 12:5
158:15 167:13
247:13 248:22
249:20
**signing** 12:3
**sign-off** 174:16
**silent** 94:9
**Silk** 19:25 47:17
234:5
**similar** 194:10
231:7 241:2
**Simon** 2:23 5:1
**simple** 11:1
21:20 27:14
59:16 87:11
88:1,15 135:1
242:23
**simplest** 96:13
**simply** 189:3
**simultaneously**
186:12
**Singapore**
240:22
**single** 195:8

**sit** 72:9 94:18
150:4 244:10
**site** 160:24
242:25
**sitting** 73:3 82:3
217:24
**situation** 46:4
117:18 188:21
190:6,10
205:15
**situations** 41:12
**six** 111:23 187:19
187:23 204:22
244:18 246:9
**skill** 248:9
**skills** 122:19
124:25
**Skip** 88:19
**Skype** 197:8
207:7
**slack** 13:24 14:3
14:6,8,9,20,24
16:4
**slag** 14:8
**Slater** 224:1
**slightly** 47:25
182:20
**slip** 196:19
**slot** 13:6,13,17,23
**slower** 14:12
**slowly** 40:7
224:21
**small** 7:7 8:4
100:23 179:25
196:22
**smart** 207:10
210:16,20,21
**social** 8:22 134:7
205:21
**socialist** 194:14
**software** 211:10
215:4 233:25
**sold** 202:20
203:15 204:9
**sole** 17:8 134:6
**solicitor** 112:5

153:19,22
**solicitors** 106:7
110:18,20
111:1,4,6,6,11
111:14 209:7
209:11,12,14
**solution** 194:5,16
**solutions** 175:23
**somebody** 23:12
29:19 126:13
132:18 133:10
201:17 232:18
**somewhat** 208:13
**son** 139:19
142:15 143:2
**sorely** 80:1 99:7
**sorry** 8:17 10:2
20:19 26:8
34:14,21,24
39:4 48:21 49:5
50:15 58:14
66:23 83:16
86:4,22 108:15
119:12 131:6
138:8 146:16
146:16 161:10
161:12,15
163:3 175:19
178:20 197:12
199:18 206:9
206:18 207:4
221:22 226:25
231:16 233:1
236:7 244:13
**sort** 75:8 104:9
108:21 113:2,9
147:2 183:5
208:1
**sought** 19:18
38:25 60:15
125:10 188:21
189:19 190:6
**sound** 39:4 40:22
40:24 73:9
**sounding** 210:24
**sounds** 155:19,22

155:25 191:17
**source** 17:15,24
130:21,25
**sources** 20:6
128:12 129:15
130:17
**South** 181:12
182:24 206:15
215:1
**SOUTHERN** 1:1
**space** 15:25 16:5
88:14
**speak** 5:15 9:1
14:12 44:22
57:1 73:6 74:9
74:19 79:13
81:1 86:9 94:14
99:2
**speaking** 73:13
81:3 140:25
**specific** 68:10
135:13 214:24
**specifically** 29:23
81:20 106:8
154:7 215:17
**specificity** 52:3
**speech** 91:4,6
104:12,16,19
104:21
**spelling** 5:6
**spending** 245:10
**spiked** 189:17
**spinning** 162:7
196:23,24
204:17
**spoke** 79:23
80:18,24 81:17
81:25 99:4
182:1,2,2,4
208:11 216:24
**spokesman** 82:4
**spoof** 138:3
**Sporting** 203:23
203:24
**spreadsheet**
197:3



spy 147:14
148:12
Square 1:17 4:10
staff 8:21 9:17
26:6 37:10
56:15 135:7,23
140:10 159:6
167:23 215:13
215:13
stage 9:12 171:16
171:16,17
202:7
stamping 180:16
stand 61:9,11
62:2
standing 217:23
stands 66:9
start 130:19,24
166:12 177:4
179:13 184:5
199:16 206:1
224:15 226:1
245:18,19,20
started 6:16
158:14 181:20
184:19,25
203:21 208:12
210:16 233:8
233:20 239:12
starting 116:17
starts 36:2 43:9
67:6 92:14
166:6,11
179:12 184:7
197:22 202:15
216:17 220:5
state 4:14 19:1
83:18 103:25
120:15 127:17
176:2
stated 34:22
38:15 44:6
73:13,17 202:5
statement 17:18
31:10 42:14,16
58:11 62:22

69:17,20 70:10
70:11 74:7,14
74:16 76:7
78:21,23 80:9
82:20,22 85:6,8
89:10,12,13,15
90:1 91:9 92:1
92:3 94:23
103:22 104:23
110:6,7 120:16
126:4 144:21
149:8 157:5
171:9 177:12
185:25 191:9
191:13,14,15
191:16,17
202:1 206:24
207:2,17 209:8
209:11 210:7,8
216:19 239:23
241:10
statements
103:15 104:4,5
122:4 189:8
states 1:1 4:6
69:4 77:24
182:25 218:13
218:15,17
221:13
stating 241:20
statistician 86:3
statistics 85:25
121:13
stay 132:12
185:13 187:2
193:7
stayed 150:2
stays 228:1
Stefan 27:17,22
28:10 32:19
33:22 34:6
41:13,18,24
49:22 50:20
51:18 53:4,23
54:1 55:3,25
63:1,1

Stefan's 41:16
Stefan@mcrypt
41:17
Stenographic
248:6
step 119:13
stepped 116:7
Steven 7:1 233:6
stick 45:2
sticks 90:7
stipulate 28:7
stipulated 27:24
stone 18:2
stood 217:22
stop 49:14,17
116:11 189:25
190:14 215:25
stopped 137:13
181:23
stored 7:10
stories 173:13
176:23
story 16:16,23
40:17,19,19
41:7 50:2
100:11 102:6
102:12 103:1
104:25 105:6,8
148:8 208:6,7
strategic 31:25
stream 73:16
124:18 130:23
174:18
Street 1:17 2:13
4:10
strike 21:2 46:13
135:17
strong 211:10
stronger 97:8
structure 193:21
studied 186:7
studies 195:11
studio 137:5
study 186:9
studying 187:4
stuff 90:8 226:8

Sturt 183:2
195:13 239:18
subject 52:8 56:1
63:3 112:14
169:13 243:23
subjects 65:11,14
submit 54:8
submitted 56:16
83:10 85:16,21
107:24 108:22
substance 10:18
sub-state 140:21
successful 75:4
114:2 240:14
successfully
211:25
suddenly 39:4
sufficient 8:5
suggest 44:7
suggesting 67:11
suggestion 44:10
112:19
Sugiyama 119:23
suit 117:12
suite 119:24,19
Suite 2:3,8,13,18
suits 104:1
sum 10:18
summarize
100:13
Summer 106:9
106:10 108:25
111:5 242:11
Sunday 54:9
sunk 228:14
super 147:13
supervisor 85:18
86:13,22
supervisors
85:20
supervisory
211:9
supplying 80:3
99:9
suppose 77:10
78:19
supposed 43:17

129:6
supposedly
130:22
supposition
76:14
suppositions
76:12 93:22
101:12
suppress 182:21
183:18,23
184:9,23
suppressing
185:1
sure 14:10,23
15:18 34:22
36:19 39:6
46:20 53:14
56:23 73:12
83:6 90:13
112:12 117:1
132:5,6 136:19
147:6,18
178:15,17,21
199:10 214:4
225:1 229:16
234:22
survivability
195:11
survival 195:11
survived 149:13
174:25
suspect 21:15
suspicion 74:22
sustain 148:16
SV 134:19
swear 75:9
sworn 5:4 248:5
symbol 196:24
204:16
symptoms
189:12,15
system 11:1 16:6
17:7 18:5,7,13
83:13 194:2,6
194:10,12
195:1,3,7 211:8



**systems** 40:7
  194:3 211:11
**Szabo** 33:10,19
  33:25 34:3,11
  35:17 39:14,19
  39:20

**T**

**T** 249:2
**table** 73:3
**tacked** 174:15,19
  175:4 194:18
**tagged** 47:17
**take** 6:13 7:23,24
  15:10 20:3
  22:13 33:22
  35:3 43:6 49:11
  49:13 51:2
  54:22 64:8
  65:18 71:1,6
  101:16 111:7
  112:25 116:24
  117:4 118:19
  119:13 152:3
  152:22 157:7
  162:3 163:25
  164:12 165:21
  166:25 171:24
  187:14,25
  197:1 200:7
  201:4 207:19
  215:24 223:18
  229:17 235:5
  244:25
**taken** 1:21 4:9
  5:11 6:5 8:12
  9:20 10:10
  12:21 24:23
  113:22,23
  187:5 195:1
  248:12
**takes** 193:17
**talk** 48:8 73:9
  80:17,20
  110:22,25
  141:18 149:16

149:21 181:14
  191:4 212:7,8
**talked** 72:5 95:1
  146:24 149:13
  150:23 175:8
  180:25 181:10
  210:21 233:17
**talking** 7:6 26:22
  34:2,6 38:18,18
  39:14,19 40:17
  41:9 72:17,21
  73:3 86:8
  129:22 145:24
  150:10 157:22
  157:23,25
  158:3 175:6
  182:5 184:15
  184:16,19,21
  186:3 196:5
  204:5,8 211:22
**talks** 28:16 210:8
**tax** 105:19 106:1
  106:25 107:1,3
  107:6,11,25
  108:8 110:2,11
  181:1,7 217:8
  226:14 234:13
  236:1 241:20
**teach** 122:3
**team** 31:4,9,19
  93:12 95:3 97:7
  120:18,20,22
  121:2 126:23
  127:1,2,6,7,14
  127:22 176:4
**teams** 103:6
**technical** 49:8
  65:11 155:2
  188:17 189:5
  214:10,12
  216:1
**technically** 78:6
  108:17 159:24
**technology** 50:16
  54:22 207:4
**Tel** 2:14

**teleconference**
  204:21
**telephone** 2:2,4
  2:17,23
**tell** 16:18 61:7
  75:2 80:19
  86:23 87:1,3,5
  87:11,15,18,20
  87:22,24 88:3,6
  94:18 112:3
  131:20 132:1
  132:11 137:1
  140:20 145:16
  156:5 164:24
  168:12 175:10
  175:13 188:9
  191:3 226:8
**telling** 39:17 73:4
  75:23 97:11,18
  97:21,25
  100:25 102:25
  104:6 142:14
  171:20 176:15
  181:17 233:25
**tells** 18:9
**temper** 65:14
**temperature**
  152:6
**ten** 20:1
**term** 7:5 92:22
  109:25 185:16
  200:15 237:15
**terminology**
  199:25 217:19
**terms** 9:15 11:3
  17:5 65:7 93:11
  95:14
**terrible** 8:10
  33:21 134:10
  169:15
**tested** 180:17
  189:14 190:5
**testified** 176:2
**testify** 6:18,20
  120:14 240:12
**testifying** 117:11

**testimony** 6:4
  102:20 117:11
  118:7 133:4
  137:22 140:18
  141:9 143:13
  173:19 176:6
  176:10,12
  184:14 185:20
  238:8
**text** 74:4 77:24
  82:16 84:24
  96:11 116:7
  123:14 139:15
  165:7 207:8
**thank** 6:15 11:16
  11:19 32:11
  42:19 44:10
  50:6,16 155:10
  208:22 219:10
  237:1
**thanks** 41:2
  45:22 51:15
  63:15
**theory** 121:14
**thereof** 193:20
  248:7
**thesaurus** 196:3
**thesis** 85:21
**thing** 19:9 33:3
  41:16 47:7
  61:25 62:3
  78:20 100:6
  101:4 103:6
  115:13 134:5
  162:8 174:17
  187:3 196:23
  196:25 204:17
  207:23 208:1
  218:2 231:18
  243:4
**things** 9:21 10:10
  10:23 19:22
  22:24 26:17
  27:5,6,7,8 42:5
  47:8 59:4 72:5
  72:11 75:8

81:15 88:13
  95:2 100:17
  101:20 103:22
  117:19 120:15
  122:8 129:10
  129:15 130:21
  143:5 147:3
  150:17 158:1,3
  168:1 169:8
  171:18 174:1
  174:18 176:22
  177:5,17 183:5
  184:21 185:17
  186:20 187:8
  191:25 192:3
  194:9 212:4,7
  214:3 215:3
  217:7,17
  226:16 228:1
  231:2 233:18
  233:19 245:4,5
**think** 14:13 15:6
  27:14 33:3
  36:18 37:12
  54:13 57:25
  72:7 73:14 77:6
  77:11 78:7
  83:21 90:2,4
  95:9 108:13
  112:24 116:9
  124:23 144:8
  147:4,7,17
  155:8 167:17
  167:18 168:1
  183:7 188:5,12
  193:2 195:18
  206:2 231:2,7
  233:15 235:12
  238:8 242:4
**thinking** 47:19
  101:22 176:21
**third** 11:24 53:13
  143:4 145:17
  145:23 146:10
  148:20 185:11
  193:12



thought 33:20
43:23 60:17
83:1 102:6
181:24 193:24
205:14
thoughts 101:13
thousands 26:4
64:9
thread 36:4
three 91:8 116:16
119:11 137:18
139:2,19
140:17 143:2
146:3 148:5
149:13 181:6
181:16 184:3
232:2,5 244:19
three-quarters
166:9
threw 61:19
throw 61:22,23
Thursday 63:11
230:12
tie 117:10,12
118:11,18
tight 216:21
tight-knit 179:25
time 4:8 6:12
23:24 24:24
25:2,8 26:6
45:8 47:9,17
49:11 53:13
69:10 78:24
88:14 94:2,12
97:2 106:2
115:1,7 132:20
135:20 141:2
142:21 147:16
150:6 152:18
154:24 156:7
162:2 165:8
171:17 177:13
180:13,16
182:15 184:16
187:17 188:4
188:11 189:22

190:10,19
193:14 194:5,8
199:9 207:25
208:18 216:23
234:22 239:11
240:25 241:3,9
244:17,22
245:8,17,19,22
245:25 246:3,6
timeframe 26:22
times 17:8 22:24
40:17,19 57:22
59:3,18 80:18
117:17 122:13
142:2 144:20
149:13 175:9
178:5 190:12
231:5,8
timestamp
193:20,22,25
194:3,5 195:3,8
195:9,14
time-stamping
181:18
tired 220:7
229:16
tissue 151:4
title 53:1,2 55:11
55:19,22 116:5
titled 55:8 67:24
165:22 238:21
today 4:7 6:17
69:18 74:15
80:10 82:21
85:7,9 88:19
89:11,13 99:13
102:17 103:14
120:14 167:22
172:22 173:19
184:14 190:9
205:12,25
245:14,16
token 18:1
tokenization
194:11
tokens 17:8,9

18:3 182:6
told 23:11 39:18
43:20,23 45:2,5
72:10 75:7,11
75:23 76:5 84:2
88:6 102:17
103:14 126:25
141:6 143:10
143:18 150:23
190:8 213:13
221:1 233:18
233:23 239:2
tone 65:7 93:11
95:15
tonight 229:21
top 22:12,14
42:17 57:17
63:25 64:17
71:12 79:8 81:9
88:18 156:10
160:25 162:25
168:12 223:23
224:15 225:4
230:1 232:1,10
234:17 240:16
240:18
topic 10:24
211:12
total 239:11
244:22
totally 150:15
touch 20:15
28:13,20 29:2
touched 203:24
228:16
tracing 11:4
track 15:7
129:21
tracking 146:23
166:3
trade 7:18
trail 11:2
trained 61:11
121:11,12,13
training 57:11,13
61:17,18 62:6,9

62:12 63:4,10
63:22 65:1
66:13 67:24
84:4 239:17
transaction 7:7
7:16 8:4 226:4
transactions
180:17
transcribed
66:18 67:9
220:10 237:21
248:8
transcriber
71:19
transcribing
236:3
transcript 13:23
13:23 72:20,23
73:1 113:16
114:8,15
119:15 142:17
236:2 238:9
247:6 248:7
249:6
transcription
70:10,15,18,19
70:22 71:22
72:6,14,15
109:20
transcripts 63:9
109:11,15,18
109:19 110:6
110:12 113:5
113:21 114:22
235:2,3
transfer 140:12
168:24
transferring
169:2
transmission
13:21 180:12
transmit 178:9
178:14 179:8
179:17,22
180:5
travel 199:8

205:22,22
245:25
traveling 46:11
46:15
treasurer 215:3
treat 150:5
tree 193:18,19
trial 117:10,23
tribunals 108:23
tricky 65:14
tried 61:7 181:14
185:22 186:24
186:24,25
187:2 188:24
245:3
trolled 181:23
troubles 217:16
234:1
troubling 67:18
true 31:10,13
42:14,16 56:4
103:25 104:11
120:9,11
123:13 146:4
161:23,25
163:21,23
171:8,9 173:13
210:19 243:10
247:6 248:8
trust 115:12
129:17 195:17
218:24 219:5
220:20 222:2,9
226:12,15
228:17 229:1
240:21 244:7
trusted 245:9
trusting 115:2,11
truth 79:3 122:14
122:14 233:23
truthful 120:16
truthfully 120:14
120:15
try 10:23 14:15
20:13,18 27:15
61:5 86:8 95:3



96:3 151:19
182:13 183:12
183:14,21
184:17,20
185:20 187:7
233:7
**trying** 11:3,5
14:17 24:24
26:17 28:6 33:1
41:10 54:21
68:21 75:9 96:4
96:4,20 98:4
112:22 159:24
160:1 164:12
185:18 200:13
201:3,21 202:7
217:14 220:6
240:15 241:13
**Tuesday** 57:17
166:6
**Tumbi** 215:1,2
**turn** 68:12 79:5
83:2 88:16
92:11 98:8
178:22 185:10
207:4,5
**turned** 60:9
117:24
**turns** 73:1
**tweet** 133:9
134:12 135:1
135:15
**tweets** 9:4
**twice** 87:13
**twins** 233:7
**twist** 187:8
**Twitter** 8:6,19,23
134:6 135:21
**two** 38:14 40:3
49:8,13,17
63:10,23 78:2
78:16,18 90:25
91:1,7 92:3
98:24 103:21
115:3 117:19
129:2 131:14

131:16 132:16
139:19 140:17
143:2 146:6,8
146:12 148:6
158:1 184:15
184:21 185:17
186:11,18,20
190:21 192:22
**two-sided** 217:21
**type** 53:21,23
125:23 126:9
126:10 128:20
139:22 141:14
141:25 142:6
143:20 144:1,2
144:4 148:25
154:14 177:23
**typed** 53:20 85:4
139:24 140:6
141:8,12,15,25
142:3,4,5,6,8
143:4,22,25
144:7,9,11
163:14 220:10

U

**U** 220:5
**UK** 2:23 7:12
47:18,21
138:14 146:1
146:25 148:12
182:2,25
203:25 205:9
205:10 208:3
240:23 242:9
**um** 192:24
**Umbi** 215:1,2
**unbelievable**
148:9
**uncle** 170:20
171:15
**uncomfortable**
118:22
**uncommon** 22:20
**underneath**
12:17 31:3 33:9

64:3 74:3,4
77:21 79:16
210:13 224:5
**understand** 5:19
5:20,24 6:3,4,8
6:8 13:22 39:6
76:24 112:16
112:18 113:18
132:7 135:11
138:2 140:23
142:13 146:2
165:15 176:15
179:13 190:21
197:19 226:3
227:24 229:22
239:9 245:24
**understanding**
27:13 170:21
**understands**
48:17 179:15
**understood** 6:1
11:6 14:11
**undertook** 108:9
**underwent**
105:25
**unfortunately**
7:22 29:7 86:2
104:14 171:4
**Ungar** 206:15
**United** 1:1,19 4:5
4:11 218:13,15
218:17 221:13
**Uniting** 215:1
**universities**
195:12
**university** 86:21
183:1,2,3
239:18,19
**unreasonable**
206:3
**unrelated** 185:18
**untraded** 244:10
**untrue** 148:7
**Upcoming** 40:18
40:20 41:8
**update** 205:14

**updated** 9:16
51:16 55:20
56:1 57:25
109:19 239:16
**updating** 208:10
**upload** 16:13
35:1,21 37:21
50:10 54:11
62:15 67:20
115:22 122:21
131:15 151:22
154:24 160:9
160:14 172:3
**uploaded** 15:2
131:17 154:19
216:4,6
**uploading** 42:20
57:3 63:16
129:1 136:6
139:5 160:14
**upside** 33:5
**USA** 7:12 182:24
**use** 6:14 7:19,23
10:16 11:3
12:18 14:22
15:24 46:17
52:4 68:2 122:4
125:20 158:7
160:4 161:17
174:20 193:17
195:2
**useful** 63:12
**username** 8:7
**users** 180:13
**utility** 124:24
**utterly** 88:12
144:17
**Utz** 106:3,6,9
107:4,23 108:6
108:18,18
153:18
**Uyen** 8:13 26:20
27:7 37:6 140:8
140:25 201:19
201:19 202:5

V

**v** 1:8 4:5
**valid** 48:13
**value** 182:6
197:24 226:3
239:11
**various** 9:20
10:10 45:10
56:10 124:2
130:17
**Velvel** 2:6 4:15
**Vel@rcfllp.com**
2:5
**vendor** 168:14,16
168:19,20
**verified** 230:16
**verify** 225:14
**Vero-sign** 195:2
**version** 35:19
89:7 99:19
136:3 137:4
161:13,14
170:17,18
171:3,6 194:14
195:13
**versus** 133:14
**veteran** 241:3
**Victoria** 30:13,25
31:5 43:3,5
63:2 182:24
**video** 4:8 6:5
14:16 188:8
**Videographer**
2:25 4:2,11
205:5 244:18
246:8
**VIDEO-TAPED**
1:11
**views** 191:6,19
**Vinny** 134:20
**virus** 188:20
**Vision** 9:19 10:1
10:6 12:16
115:23 116:3
119:2,8 156:3



156:13 172:3
178:22 184:2
185:11 202:8
231:21
**vista** 159:18
**vistomail** 91:3,6
160:8 161:2,4
163:13,16,22
163:24 164:19
164:25 165:17
166:11 168:24
169:2,5
**visual** 137:5
**Vitalik** 33:19
35:18
**voice** 207:8
**voluminous**
113:16
**Voorhees** 19:5

———————————
**W**

**W** 2:10
**wait** 112:11
136:17
**waiting** 11:10
50:15 98:20
133:22 136:11
165:25 204:13
204:19 209:25
217:12 225:20
238:15
**waive** 142:10
**Wales** 181:12
182:24 206:15
215:1
**walk** 190:1
**wallets** 175:21
**want** 15:18 18:15
18:18 25:17
27:11 28:10,24
29:5 34:11,21
36:13,21 46:18
47:19 48:18,23
64:23 68:21
69:14 72:3 75:3
75:4,5,24 78:20

81:18,20 82:5
83:9,11,12
95:18 96:3,19
102:12 104:8,9
107:16 113:3
113:15 117:7
117:11 119:13
122:14 132:6
142:13 143:16
148:19 155:7
173:12,12
177:25 183:4
186:5 189:1
207:19,23
215:5 224:19
224:21 226:15
228:1,6,12
229:14,20
234:18 244:8
244:12
**wanted** 24:22
25:5,7 26:2,11
27:1,3 33:19
35:16 40:4 42:8
43:24 44:2,13
44:16,25 45:6
53:14 61:10
68:10 69:12
70:11,25 72:11
75:16,20 78:22
83:12,18,20,21
90:5,13 95:1
101:10,15,20
102:13 103:16
103:18 182:1
184:8 188:23
190:11 191:4
194:14 208:15
233:22
**wanting** 59:14
78:24
**wants** 49:16
**war** 241:3
**warrant** 181:2
215:16
**wasn't** 61:6

66:15 150:14
203:6 204:7
**watched** 72:10
**watching** 14:9
**water** 185:23
**waters** 185:6,12
185:20 186:1
187:7
**Watts** 37:9,16
41:24 45:20
46:5,14 47:6,10
47:24 49:22
50:21 157:12
219:20 224:2
230:5 237:5
241:11,15,16
242:12
**waving** 240:13
**way** 18:4,8,10
24:11 26:12
35:16 42:4
61:10 65:10
68:3 69:8 73:5
78:6 80:1 96:13
96:25 99:7
100:17 108:16
118:8 125:14
126:1 129:18
130:4 145:20
156:1 166:10
167:15 190:23
193:24 195:16
201:6 203:13
217:11 224:20
228:5
**ways** 194:10
217:22
**web** 89:21
**website** 12:23
17:22
**Wednesday**
201:4 208:21
245:23 246:4
**week** 26:5 63:15
80:18 113:17
113:20 149:14

174:25 188:22
190:8
**weekend** 188:23
189:11
**went** 147:9
174:12 186:12
189:14 215:16
240:5
**weren't** 232:3
**west** 214:19
**we'll** 80:3
**we're** 99:15
**we've** 88:19
**wheelchair** 241:4
**white** 7:15 12:17
17:24 64:7
83:10 85:11,13
85:15,23 99:15
133:12 151:16
156:21,23
159:12,22
160:24 162:8
193:12,16
**whoever's** 92:19
**wide** 196:2
**wider** 45:24
**widespread**
193:13
**wife** 37:9 41:24
171:17 177:22
191:10,17
196:12 212:9
224:2 230:5
240:4 241:23
**wife's** 186:4
191:14
**Williams** 147:9
147:11
**willing** 100:17
189:3 245:19
245:20
**Wilson** 210:24
**win** 228:13
**windows** 137:5
**Wing** 146:14,18
**Winklevoss**

233:7
**wish** 118:15
184:23
**withheld** 110:4
112:4,4,7
**witness** 59:9
177:2 206:23
207:2 209:8,11
210:7 247:1,3
**WKID** 244:12
**wonder** 49:9
**wondering** 137:7
**Woodview**
214:25
**word** 7:19,22
25:21 46:18
50:4 64:22
68:21 71:9
88:11 92:22
96:3,19 107:12
167:14,14
178:4
**words** 26:13
28:18,19 37:14
40:1 42:12
45:23 66:22
71:18 100:14
101:24 102:10
135:9 140:21
140:21 152:19
152:20 179:1
185:24 233:9
**work** 15:25 16:5
30:22 33:10,20
43:25 85:24
93:10 95:14
100:4 107:17
120:8 122:7
134:10 156:24
159:3 181:13
194:9,15
202:15,19
203:14 205:23
212:3 214:11
245:7
**worked** 56:13



100:9 106:3,8
106:13,20
108:19 149:3
150:16 186:6
200:14 210:17
210:19,22
**working** 31:6
32:25 35:13
76:2,3,5 111:18
116:7 146:23
175:22 181:11
197:24 200:3
204:4 231:3
245:4
**works** 18:11 42:4
132:24 138:1
146:15 160:14
228:13
**workshops**
239:17
**world** 148:22
149:10 150:19
218:2
**worldwide** 89:21
**worry** 90:8
**worse** 217:22
**worst** 157:16
**worth** 19:8,9
233:7 239:11
**wrap** 244:23
**Wright** 1:9,12
3:3,4 4:4,5,24
4:25 5:2,4,8
6:13,24 7:1,3
8:7 9:9,10 10:1
11:21 12:18,22
14:19 15:1,10
15:19 16:13
18:21 22:21
23:1,25 24:15
26:21 27:25
30:9 32:5 35:21
36:5,22 37:21
40:18,20 41:8
42:10,19 44:1
44:11 49:1,12

52:14,21 53:6
53:16,22 54:4
54:11 55:9,21
57:3,11 58:3,6
58:20,24 60:10
62:15 65:16,19
66:7 70:13,22
71:1,24 74:12
77:13 79:5 82:6
82:18 83:2 84:7
85:3 87:2,6
91:11 93:15,16
94:8 95:13,24
96:14 98:20
99:22 100:13
101:5 102:17
103:2,14
104:13 107:22
108:4,11
109:14,22
110:16,22
111:14 112:3
113:3 114:10
114:10,14,24
116:4,12 119:1
119:9 122:21
123:2 124:20
128:23 129:1
130:1 132:1,19
133:7 134:17
136:6 137:22
141:3,17 142:9
142:13 143:6
144:20 145:8
146:13 147:4
147:13,21
148:1,12,19
149:18 153:1
154:18 156:2
156:14 162:3
162:13 163:3,4
163:10 165:5
166:24 171:20
172:6,17 173:9
175:6 178:7
180:18 182:9

183:9,11,14,21
184:1 186:11
187:13 190:20
191:3,22
196:17 197:17
197:21,22
198:2,9,13
199:17,22
200:7 201:6,7
204:11 206:4
206:17 208:24
211:13 212:2
212:16,22
218:5 219:19
231:11 232:18
232:19,23
233:6 234:21
236:25 237:2
237:14 238:2
238:12 239:9
239:15 240:11
240:17,19,20
241:25 243:10
244:25 247:3
248:5 249:4
**Wrightson**
238:24
**Wright's** 113:21
148:8 190:12
**write** 9:4,6 12:25
13:1,3 65:17
84:20 85:10
93:17 121:10
127:21,25
128:4,23 133:5
133:23 135:12
140:20,23
141:7 143:3
145:13 146:6
151:15 166:21
166:23 169:24
170:10 172:25
173:1 201:9,12
201:15,17
202:3 209:13
212:17,25

220:14
**writing** 81:9
137:19 162:17
209:15
**written** 9:11,21
10:11 11:25
**wrong** 49:25
140:4 160:1
206:19 212:21
**wrote** 12:9 16:15
22:15 30:22
84:25 133:2,12
133:13 137:3
156:21 169:25
171:7 220:1
233:6 243:14
**W&K** 1:6 168:14
168:16,20,21
169:5 211:23
211:23 213:21
214:3 218:9,11
239:12,13,24

---

**X**

**X** 3:1

---

**Y**

**Y** 29:25
**year** 215:15
233:10 237:18
**years** 8:11 20:1
69:6 96:7,23
111:24 137:18
140:5 159:7
167:22,25
177:7 210:18
**yelled** 45:7 217:5
218:1
**yelling** 100:25
218:3
**yellow** 177:1,3
**York** 2:8 189:13
**young** 89:19

---

**Z**

**zone** 199:9

**zoom** 50:16
202:11
**zoomed** 32:8,16
35:6 202:12
**Zuckerberg** 75:6
75:25
**ZUKU** 194:13
**Z10** 3:18 192:5,6
**Z4** 165:22

---

**$**

**$5,000** 239:12
**$50,000** 19:7,11

---

**0**

**0.1** 136:4 137:4
161:13,14,15
**00115519** 235:6,7
**01097415** 3:20
219:6,7
**01589197** 206:18
**01597484** 3:20
223:19,21
**01859475** 3:23
242:2,3,7
**019** 206:19
**0385767** 164:1,3
**08.47.42** 198:13

---

**1**

**1** 3:3 15:4,11,12
38:14 67:24
68:13 74:23
95:25 124:14
139:9 146:15
146:17,17
168:11 172:9
187:25
**1st** 40:16
**1.02** 154:9
**1.06** 154:19,24
**1.1** 240:24
**1.21** 233:6
**1.33** 4:1,8
**1.38** 165:5
**1.42** 9:23



**1.55** 9:24
**1.56** 10:3
**1.57** 201:5
**1.58** 10:4
**10** 7:15 71:10
  113:1,8 117:2
  137:3 229:18
  229:19 237:11
**10%** 240:25
**10.21** 169:21
**10.30** 170:3
**10/4/2013** 198:13
**100** 2:13 17:8
  186:10 199:2
  199:12,17
**1000** 2:18
**10016** 2:8
**11** 116:12 119:1
  123:7 139:12
  237:9 238:17
  238:20
**11-page** 237:11
**11.26.06** 197:23
**11.30** 58:5
**11.48** 163:2
**112712** 162:4,5
**112964** 212:10,12
**112966** 212:15
**115179** 235:8
**115519** 235:9
**115933** 124:21
**115950** 3:11
  122:23,24
  129:23 137:16
  154:19,20
  155:5,9 171:25
**117** 197:11
**12** 73:14 156:10
  188:4,6 190:20
  202:10,12
  212:17,23
**12.30** 58:10
**12/2/2013** 197:23
**1268220** 129:2,4
  131:23 133:20
**127** 3:11

**1277609** 129:3,5
  131:23 133:1
  134:17
**13** 207:5
**13.00** 58:10
**13:00** 58:18
**134** 3:12,12
**1369334** 3:14
  153:2,5,6
**13694** 3:17
  166:25 167:1
**13697** 168:4,5
**14** 64:16,19
  165:12,13
**14.28.41** 199:17
**141** 3:13
**144** 3:13
**15** 3:3 83:2
  162:12 163:1
  178:23,25
  230:12
**158** 3:14
**159** 3:14
**15950** 155:8
**1597497** 3:19
  204:11,14
**1597500** 206:19
  206:20
**1597598** 3:21
  229:6,7,12
**16** 1:14 4:7 67:24
  84:10 231:24
  232:8 247:8
**16:00** 58:18
**161,179** 3:15
**1667260** 3:19
  208:25 209:2
**1667263** 209:17
**1667372** 196:18
  196:21
**167** 3:15
**168** 3:16
**17** 3:4 197:16
**170** 3:16
**172509** 3:9 62:16
  62:17

**172510** 3:10
  63:17,18
**172523** 3:10
  64:18 67:6
**172528** 3:11
  67:21,22 68:13
**172533** 69:24
  73:21 77:15
**172534** 79:7 82:7
**172537** 71:11
**172543** 84:11
**172547** 88:18
**172551** 92:12
**172552** 98:9
**172557** 3:7 40:11
**172559** 50:11,12
  55:24
**172560** 54:13
**172753** 3:9 57:4,5
**1729560** 54:16
**1729562** 3:8
**173** 3:17
**173525** 71:4
**18** 62:10 67:24
  234:16,23
  236:3
**19** 3:4
**1910** 2:8
**195** 3:17
**1970** 7:2
**1985** 234:9
**1991** 193:16
  194:24
**1994** 89:21
**1996** 194:25
**1999** 195:1

―――――――――
**2**
―――――――――

**2** 3:4 16:20 21:5
  38:16 43:18
  74:24 124:17
  142:23,25
  146:20,21
  216:16 219:21
  242:12
**2nd** 2:13

**2.34** 225:19
**20** 88:16 191:21
  192:1 201:5
  210:4,7
**20/2/19** 192:10
**200** 2:3 3:18 26:6
**2005** 203:19
**2006** 175:1
**2007** 27:19 83:10
  85:16 158:14
  158:18 159:3,8
  181:20 210:17
  210:20
**2008** 85:22 86:10
  154:9 159:8
  170:15 181:6
**2009** 17:7,23
  21:14 106:19
  165:17 171:2,4
  215:11 231:12
  231:19 232:4
  232:13 233:9
  233:14,21
**2011** 174:21
  210:18,20
  211:17 214:14
  218:19
**2011/2012** 19:21
**2012** 20:3 217:10
  242:23,25
  243:2
**2013** 166:7 181:6
  199:6,18 207:6
  211:12 214:8
  216:13,17,20
  216:24 217:3
  218:13,15
  226:12 227:22
  228:10 230:12
**2013/2014** 237:18
**2014** 105:20,22
  108:9 123:7,10
  124:11 139:12
  142:20 155:15
  162:12 163:1
  165:2,11

**172:16** 175:7
  212:17,23
  220:1 233:5
  234:11,16,23
  235:20 236:3
  236:12 238:14
  238:22,23
  241:17,20
  242:12
**20140226MM....**
  237:12
**2015** 8:16 27:6
  105:21,22
  108:9 138:25
  167:20 184:16
  184:19 185:1
  201:5 219:21
  234:11 237:6
  241:16
**2016** 23:25 25:2
  26:22,23,24
  27:6,7,8,15,23
  28:1,11,14,21
  28:25 29:3
  33:23 43:4,18
  57:6,17 62:10
  62:13 169:18
  169:21 170:3
**2017** 137:3,17
  164:8,10,15
  165:5 184:20
**2019** 9:19 16:17
  191:21 192:1
**2020** 1:14 4:7
  247:8
**208** 3:18
**21** 17:8 18:1
**213** 3:19
**217** 3:19
**22** 62:13 63:24
  211:1,5 242:25
**228** 3:20
**23** 7:1 226:11
  228:9
**23rd** 227:22
**233** 3:20



**238** 3:21
**24** 92:11 237:5
**242** 3:21 191:22
**2446** 214:21
**245** 3:22
**246** 3:22
**25** 98:8
**252** 3:23
**2525** 2:18
**2550** 215:1
**26** 57:6,17,19
  199:6,9 236:12
  238:14,22,23
**26th** 63:13
  199:10
**26/27** 199:7
**27** 154:9 199:9
  220:1
**27th** 57:24
  199:11
**28** 233:5
**2800** 2:13
**29** 3:5 43:3
  164:10,15
  165:5

_____
**3**
**3** 3:4 21:4,6,7
  91:14 155:13
  166:5 168:3,3
  212:15 214:21
**3BF** 1:18 4:10
**3rd** 171:2
**3-4** 239:11
**3.03** 54:24
**3.16** 54:24
**30** 166:6 184:3,4
  199:17
**305** 2:4
**305-539-8400**
  2:14
**305.445.2500**
  2:19
**31** 185:11
**33131** 2:4,13
**33134** 2:19

**357-3861** 2:4
**36** 3:5
**37** 3:6
**39** 3:6

_____
**4**
**4** 22:12 169:18,21
  170:3 205:5
  209:18 210:3,3
  216:16
**4.30** 208:18
**4.39** 113:10
**4.49** 113:10
**4.53** 220:1
**4.55** 117:6
**4.58** 117:6
**41** 3:7
**4288** 3:13 136:7,9
**44** 3:7
**45** 208:18
**46** 3:8 244:21
**46731** 169:10

_____
**5**
**5** 1:17 4:10 22:11
  22:12 98:11
**5.09** 226:12
**5.12** 172:17
**5.20** 164:10,16
**5.21** 212:17,23
**5.22** 155:15
**5.38** 227:23
**5.48** 152:23
**5.52** 228:10
**5/23/2013** 225:19
**50** 214:19
**502** 207:3
**503** 207:5
**516701** 232:15,16
  234:19
**51769** 238:3,4
**51770** 238:25
  239:3
**52** 3:8
**52129** 32:6,10
**52139** 3:5 32:11

  32:13
**52143** 3:5 35:3
**52146** 3:6 35:23
  35:24 152:9
**52148** 3:6 37:23
  37:24
**52169** 32:9
**52366** 30:4
**52372** 3:7 42:22
  42:23 49:2
**52514** 3:22
  236:20,22,24
**5500** 2:3
**550141** 200:8,9
  200:21
**552** 98:10
**558940** 157:8,9
**56** 19:18
**57** 205:5
**57372** 43:9
**59** 3:9 56:25

_____
**6**
**6** 69:24,25 73:20
  171:25 172:15
  172:16 235:20
**6-page** 30:5
**6.06** 152:23
**60** 57:1
**65** 3:9
**65750** 3:17
  187:14,15
**66** 3:10
**69** 3:10

_____
**7**
**7** 57:16,17 79:6
  123:10 155:15
  166:5 172:1,9
**7pm** 187:17,25
**7th** 63:11
**7.30** 43:18 204:20
**7.34** 207:22
**7.44** 207:22
**70** 3:11
**71** 73:14

**712** 162:11
**722110** 3:8 49:3,6
  49:18
**72557** 40:12
**74** 198:10

_____
**8**
**8** 22:11,12,12
  71:4,5
**8.47** 246:10
**81546** 151:23,24
  152:10
**8178** 3:13 139:6,7
**83-23** 142:23

_____
**9**
**9** 17:7 168:4
**9th** 171:4
**9.20** 242:12
**9.27** 237:6
**9.29** 33:23
**9:18-cv-80176-...**
  1:3
**90** 41:25 42:9
  229:15
**90%** 157:3
**918-CV-80176...**
  4:7
**95** 214:25
**97** 194:25
**98** 194:25
**99** 2:8

