UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

----------------------------------------

IRA KLEIMAN, as the personal            )
representative of the Estate of David    )
Kleiman, and W&K Info Defense            )
Research, LLC                            )
                    Plaintiffs,.         )
                                         )
        v.                               )
                                         )
CRAIG WRIGHT                             )
                    Defendant.           )
----------------------------------------

VIDEO-TAPED DEPOSITION OF

MR. ANDREW O'HAGAN

On

Tuesday March 17, 2020

At the offices of:
Simons Muirhead & Burton LLP
87-91 Newman St, Fitzrovia,
London W1T 3EY,
United Kingdom

taken by:
AMY COLEY, Court Reporter

Plaintiffs' Designations



```
 1                 A P P E A R A N C E S
 2
    For the Plaintiffs (via telephone):
 3
    BOIES SCHILLER FLEXNER LLP
 4  100 SE 2nd Street, Suite 2800
    Miami, Florida 33131
 5  Tel. 305-539-8400.
    Email: Abrenner@bsfllp.com.
 6
    By: Andrew S. Brenner, Esq.
 7
 8  ROCHE CYRULNIK FREEDMAN LLP
    200 S. Biscayne Blvd, Suite 5500
 9  Miami, Florida 33131
    Telephone: (305) 357-3861.
10  Email: Vel@rcfllp.com.
11  By: Velvel (Devin) Freedman, Esq.
12
    ROCHE CYRULNIK FREEDMAN LLP
13  99 Park Avenue, Suite 1910
    New York City, NY 10016
14  Email: Kyle@rcfllp.com.
    Email: Jdelich@rcfllp.com.
15
    By: Kyle W. Roche, Esq.
16  Joseph M. Delich, Esq.
17
    For the Defendant (via telephone):
18
    RIVERO MESTRE LLP
19  2525 Ponce de Leon Boulevard, Suite 1000
    Miami, Florida 33134
20  Phone: 305.445.2500
    E-mail: Arivero@riveromestre.com
21
    By: Amanda McGovern
22  Andrés Rivero, Esq.
    Julio Paez, Esq.
23
24
25
```



Page 3

```
 1
     For Mr. O'Hagan:
 2
     MILLER KORZENIK SOMMERS RAYMAN LLP
 3   Paramount Plaza, 1501 Broadway
     Suite 2015, New York, NY 10036
 4
     By David Koreznik, Esq.
 5   Terrence Keegan, Esq.
 6   English Counsel for Mr. O'Hagan:
 7   SIMONS MUIRHEAD & BURTON
     87-91 Newman St, Fitzrovia,
 8   London W1T 3EY, United Kingdom
 9   By Jude Bunting, Esq.
10
     Also present:
11
     Ms. Alison Green (The Examiner via Telephone)
12
     Martin Soames, Erica Henshilwood, Flora
13   Bezzenberger (Simons Muirhead & Burton)
14
     Amy Coley (Court Reporter on behalf of Magna Legal
15   Services)
16   Linda Fleet (Videographer on behalf of Magna Legal
     Services)
17
18
19
20
21
22
23
24
25
```



Page 4

1                    I N D E X

2

3    Exhibit No.                                    Page

4    1              --                    --    12

5    2              --                    --    12

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 5

```
 1                    THE VIDEOGRAPHER:  We are now on
 2    the record.  This begins media number 1 in the
 3    deposition of Andrew O'Hagan, in the matter of Ira
 4    Kleiman et al versus Craig Wright.  In the United
 5    States District Court Southern District of
 6    Florida, case number 9:18-cv-80176-BB/BR.  Today
 7    is March 17th 2020 and the time is 1.11 p.m.  This
 8    deposition is being held at the offices of Simons
 9    Muirhead & Burton in London United Kingdom.  The
10    videographer is Linda Fleet of Magna Legal
11    Services, the court reporter is Amy Coley.  Will
12    counsel please state their appearances and whom
13    they represent.
14                    MR. BUNTING:  My name is Jude
15    Bunting, I am English counsel for Mr. O'Hagan.
16    Also present with me in the room are three
17    solicitors from Simons Muirhead & Burton, Martin
18    Soames, Erica Henshilwood and Flora Bezzenberger.
19                    MR. KORZENIK:  I will give my
20    appearance, on behalf of Andew O'Hagan, David
21    Korzenik -- K-O-R-Z-E-N-I-K, of Miller Korzenik
22    Sommers Raymond.  With me online is Terrence
23    Keegan.
24                    MR. KEEGAN:  My name is spelled
25    T-E-R-R-E-N-C-E K-E-E-G-A-N.
```



1              MS. McGOVERN:  On behalf of

2    Dr. Wright my name is Amanda McGovern, with the

3    law firm of Rivero Mestre, and I am here with my

4    colleague Julio Paez.  Also Andres Rivero will be

5    joining this deposition intermittently throughout

6    the day.

7              MR. BRENNER:  This is Andrew

8    Brenner from the law offices of Boies Schiller and

9    Flexner.  I represent the plaintiffs in this case.

10   Mr. Freedman may be on or off during the time of

11   the deposition, from the law firm of Roche

12   Cyrulnik and Freedman, also on behalf of the

13   plaintiffs.  Ms. Green, you may swear the witness.

14              THE EXAMINER:  Thank you very much.

15    Mr. Andrew Francis O'Hagan, was duly sworn and

16                testified as follows:

17              THE EXAMINER:  Mr. O'Hagan, what

18   I want to say to you is that I am appointed to

19   look after the position as far as the English

20   court's jurisdiction is concerned.  I hope we will

21   see fair play as far as you are concerned.  I hope

22   we will see fair play as far as you are concerned.

23   What I suggest is, if you ever feel you need a

24   break, please indicate that to everyone.  If you

25   do not understand something that you are being



Page 7

1    asked, or you have not heard it quite right, do

2    ask for it to be repeated, and at any time if you

3    want to stop, just make that clear.  Having said

4    that, I will now hand-over to counsel who will ask

5    you some questions.

6                    THE WITNESS:  Thank you.

7                    MR. BRENNER:  Good morning

8    Mr. O'Hagan -- or good afternoon, I am sorry.  How

9    are you?

10         A.    Very well thank you.

11         Q.    Let me just pick up where the

12   examiner left off.  If, for reasons of the

13   technology we are using, or just simply because I

14   am not clear, or I am not loud enough, just make

15   sure to let me know that you are either having

16   difficulty hearing or understanding anything that

17   I am asking you and I will remedy that, okay?

18         A.    I will.

19         Q.    Okay?

20         A.    Yes.

21         Q.    Just for the purpose of making sure

22   you understand how depositions work in the United

23   States, have you ever had your deposition taken

24   before in a US case?

25         A.    I have not.



1          Q.      Okay, so let me give you some of

2     the ground rules so that this is not all foreign

3     to you.  A few things to keep in mind:  There is a

4     court reporter there, or a stenographer, who is

5     trying to take out everything you say, everything

6     I say and to the extent any lawyers have an

7     objection, anything they say; okay?

8          A.      Yes.

9          Q.      And because of that we have to make

10    sure we do a couple of things.  One is that we

11    either ask questions or answer the questions

12    audibly, as opposed to with gestures or shakes or

13    nods of the head; okay?

14         A.      Yes.

15         Q.      Another thing we have to try to do,

16    and sometimes it is difficult, is make sure that

17    we let each other finish either a respective

18    question or answer; okay?

19         A.      Yes.

20         Q.      So if there is a time that I cut

21    you off in the middle of an answer, or talk at any

22    part of your answer, I can assure you it is

23    unintentional, but all you need to do is let me

24    know that I did that and I will make sure you to

25    let you finish what you were trying to say; okay?



1           A.      Understood.

2           Q.      And try to do the same for me.

3    Sometimes I think it will be pretty apparent what

4    my question is going to -- the rest of my question

5    is going to sound like, and in a conversation

6    sometimes we are able to anticipate what the other

7    person is going to say, but in a deposition we

8    have to let each other finish so that the court

9    reporter can get a full record; okay?

10          A.      Understood.

11          Q.      And I will underscore what you were

12   told before, you are in charge here as far as

13   breaks go.  If at any time, whether for a good

14   reason or no reason at all, you simply need to

15   take a break -- (unclear due to problem with video

16   link)

17          A.      I should tell you that you are

18   breaking up somewhat at the moment.

19               THE EXAMINER:  Mr. Brenner's voice

20   is broken up as far as I am concerned.  It has

21   broken up.

22               MR. BRENNER:  Yes, for me too.

23               THE VIDEOGRAPHER:  Do you want to

24   go off the record?

25               THE EXAMINER:  Maybe someone can



Page 10

1   phone him from the solicitor's office.

2              MR. FREEDMAN:  This is

3   Mr. Freedman.  I am going to try to reach

4   Mr. Brenner via his cell phone.

5              THE EXAMINER:  Okay.

6              THE VIDEOGRAPHER:  Okay we will go

7   off?

8              THE EXAMINER:  Yes.

9              THE VIDEOGRAPHER:  Going of the

10  record.  The time is 1.19.

11             (A short break off the record from

12  1.19 to 1 23).

13             THE VIDEOGRAPHER:  Back on the

14  record.  The time is 1.23.

15             (The court reporter read back the

16  last question and answer between Mr. Brenner and

17  the witness).

18             MR. BRENNER:  Okay.  Are we back on

19  the record?

20             THE EXAMINER:  Yes.

21  MR. BRENNER:

22       Q.   Mr. O'Hagan, where we left off and

23  I had technical difficulties, I was just letting

24  you know that if you need to take a break it is up

25  to you and you just let us know; okay.



Page 11

```
1              A.      Thank you, that is understood.

2              Q.      The last thing is, so you

3    understand, your deposition is being not only

4    taken down by a stenographer, there is also an

5    videographer there.  The reason that is, is some

6    or all of this deposition may be played at a trial

7    to a jury in the United States.  Do you understand

8    that?

9              A.      I do understand that.

10             Q.      The oath you took today before the

11   deposition is in some substance the oath you would

12   have taken had you taken an oath in the United

13   States to tell the truth to the best of your

14   ability.  Do you understand that?

15             A.      Yes, indeed.

16             Q.      Prior to today's deposition

17   I forwarded to your counsel two documents that I

18   intended to aid us in the question and answer

19   today.  Do you have those in front of you?

20             A.      I do.

21             Q.      Okay.  So if we could, Madam Court

22   Reporter, if we could mark as exhibit 1 to this

23   deposition the witness statement of Andrew

24   O'Hagan, the date of which -- the signed date is

25   November 22, 2019.
```



Page 12

1           (Exhibit 1 marked for identification)

2           Q.      Do you have that Mr. O'Hagan?

3           A.      I do.

4           Q.      The second document that I would

5    like to mark as exhibit number 2 is a photocopy of

6    a long form article entitled "The Satoshi Affair".

7    The subtitle appears to be "Andrew O'Hagan on the

8    many lives of Satoshi Nakamoto", and that

9    document, if you look at the bottom, Mr. O'Hagan,

10   the copy we are working off appears to be 48

11   pages; is that correct.  If you look at the very

12   bottom right-hand corner?

13          (Exhibit 2 marked for identification)

14          A.      Actually the copy I am working from

15   has 55 pages.

16          Q.      Okay.  That would be -- on the

17   bottom right-hand corner does it say 1/55 on the

18   first page?

19          A.      It says 55 out of 55 and on the

20   front it says is 1/55.

21          Q.      Okay, we will see how that works.

22   I wonder if that is how it printed out at your

23   end.

24          A.      Yes.

25          Q.      In any event, it is an article that



Page 13

1   appeared in the London Review of Books in June

2   2018, is that?

3          A.      No.

4          Q.      What is the date?  I am having

5   trouble reading the date on top.

6          MR. KORZENIK:  Andrew Brenner, the

7   document that I am looking at begins with page 157

8   of page 420, and it is listed as document 24-1,

9   page 2 of 96.

10          MR. BUNTING:  I understand that

11  Mr. Korzenik is referring to a copy of The Satoshi

12  Affair which was exhibited to Mr. Freedman's

13  helpful witness statement in the English

14  proceedings.  I am not sure that we are all

15  working from the same copy of this document.

16  BY MR. BRENNER:

17          Q.      I don't want to get hung up.  I

18  think we will all be looking at the same article,

19  regardless of the page numbers, but I will work

20  with you, Mr. O'Hagan, to make sure that you

21  understand what part of the article I am referring

22  to, if you need help in that; okay?

23          A.      Yes.

24          Q.      So have we marked those now as

25  exhibits 1 and 2?



Page 14

1                    THE COURT REPORTER:  Yes.

2    BY MR. BRENNER:

3           Q.     Okay.  Mr. O'Hagan, just because we

4    got a little sidetracked, what is the date of the

5    The Satoshi Affair article?

6           A.     The date of publication, as marked

7    on the exhibit in front of me, and what I know to

8    be the publication date of the original article,

9    is 30th June 2016.

10          Q.     Thank you sir.  If I could go to

11   direct your attention to exhibit 1, which is a

12   witness statement you filed ----

13          A.     Yes.

14          Q.     What I am going to do, just so you

15   understand sort of the road map for the deposition

16   today is, I am going to walk you through that

17   statement, only to use it as a guide to present to

18   the jury your background and your qualifications

19   and your work as a journalist; okay?

20          A.     Understood.

21          Q.     Can we just start off by you

22   identifying yourself and spelling your last name

23   for the record?

24          A.     My name is Andrew O'Hagan, surname

25   spelled O'-H-A-G-A-N.



1

2

3

4

5

6    A.    Yes.

7    Q.    And is that a business address?

8    A.    No, that is a home address.

9    Q.    Is that a current address for you?

10   A.    It is.

11

12

13

14   Q.    Is it fair to describe your

15   profession as a journalist and a published

16   novelist?

17   A.    Yes, indeed.

18   Q.    Where are you currently employed?

19   A.    I am a freelance writer who has a

20   contract with the London Review of Books as editor

21   at large, which is effectively a contributing

22   editor.

23   Q.    And how long have you had that

24   title of editor at large or contributing editor at

25   the London Review of Books?



Page 16

1          A.      Over the last ten years, that

2     particular title.

3          Q.      I'm sorry?

4          A.      Ten years.

5          Q.      Thank you.  Can you tell the jury

6     what the London Review of Books is?

7          A.      The London Review of Books is the

8     largest -- that is to say the largest selling and

9     most read -- literary publication in Europe and

10    has been in existence as a publication since 1979,

11    carrying book reviews and freestanding

12    journalistic reports since that time.  So it has

13    existed for 40 years.

14         Q.      Can you estimate for me the

15    readership for the London Review of Books if you

16    know that?

17         A.      You mean the circulation figure?

18         Q.      Yes, sir.

19         A.      That number would be 80,000-plus,

20    as of this month's figures.

21         Q.      And how much of that is within the

22    United Kingdom and how much of that is outside the

23    United Kingdom?

24         A.      The proportion is about 75% UK, 25%

25    US, I believe.  But I would need to take



Page 17

1    advisement on that.  I am not absolutely certain

2    these days.

3         Q.    Okay, and I appreciate that.  If

4    you have an answer that you are unsure of and you

5    are giving your best estimate, you should just let

6    us know that and I appreciate that.

7         A.    Sure.

8         Q.    Okay.  You said that approximately,

9    at least as you sit here today, approximately a

10   quarter of the readership or the subscription to

11   the London Review of Books is US based?

12        A.    Yes.  For the record, we should

13   make a distinction between circulation and

14   readership.  Circulation refers to numbers of

15   copies sold or subscribed to.  Readership is the

16   number of people who would actually put eyes on

17   the publication, which is always much higher,

18   because many of the people who read this

19   publication read it in a library, where of course

20   we would expect that many people would read the

21   same copy.

22        Q.    How often is the London Review of

23   Books published?

24        A.    Fortnightly.

25        Q.    Was that the case at or around the



Page 18

1    time The Satoshi Affair was published?

2             A.       It was.

3             Q.       You described the London Review of

4    Books as primarily doing two kinds of work; one

5    was a review of books and the other I think you

6    described as long form journalism?

7             A.       Yes, broadly speaking.  It also

8    carries poems.

9             Q.       Poems, okay.  I know from exhibit 1

10   and from your publication of The Satoshi Affair

11   that you yourself contributed in the way of long

12   form journalism.  Do you do also reviews of books?

13            A.       From time to time, yes.

14            Q.       Do you write poems?

15            A.       I do not.

16            Q.       Okay.  Primarily your work for the

17   London Review of Books, is it in the field of long

18   form journalism?

19            A.       I could not tell you the split but

20   I am certainly known for writing long form

21   journalism as much as for reviewing books.

22            Q.       Okay.  Now, in your witness

23   statement, if you could go to the second page,

24   because I am going to ask you some questions about

25   paragraph 3?



1          A.      Yes.

2          Q.      It says that you have been doing

3    investigative journalism for the London Review of

4    Books for 25 years; is that correct?

5          A.      That is correct.

6          Q.      So just so -- my understanding, is

7    it only the last ten or so that you have held the

8    role of editor at large?

9          A.      Before that I was contributing

10   editor and before that I was simply a contributor.

11   And in the 1990s I was employed as an assistant

12   editor there.

13         Q.      Can you say the last part again,

14   sir?

15         A.      In the 1990s I was employed as an

16   assistant editor on the publication.

17         Q.      When you write novels -- strike

18   that.  Do you write novels?

19         A.      I do sir.

20         Q.      Okay.  Do you write both fiction

21   and nonfiction when you are publishing books?

22         A.      I am afraid I do not understand

23   that question.

24         Q.      Sure, well, the books you have

25   published, are they fiction, nonfiction or both?



1          A.     They are both, that is to say some

2     of them are nonfiction and some of them are

3     fiction.

4          Q.     Okay, not within the book, I got

5     that.  Do -- sorry, I lost that for one second.

6     When you are writing books, are you doing that in

7     an independent capacity, or is that also part of

8     your job at the London Review of Books?

9          A.     It is an independent thing.

10              MR. KORZENIK:  At some point I am

11    going to object.  It seems that we are getting a

12    bit far afield.  I have no objection to background

13    but I am not sure where this is going.

14              MR. BRENNER:  Right now, just

15    background.  That will be about the first half of

16    the deposition.

17    BY MR. BRENNER:

18         Q.     Okay.  Can you tell the jury how

19    many books you have published?

20         A.     I have published nine books.  Can I

21    make the note that in my statement it says eight

22    books, but one has been published since then.

23         Q.     Okay.  What is the one that has

24    been published since the statement?

25         A.     A foreign edition of a book I wrote


MAGNA
LEGAL SERVICES

Page 21

1    about British farming has been published since

2    then.

3         Q.     Okay. Have you published any books

4    on the subject of crypto currency?

5         A.     I would need you to describe or

6    define what you mean by that.

7         Q.     Have you published any books that

8    involve the subject matter of -- crypto currency,

9    do you know what that term means?

10        A.     Yes, I do.

11        Q.     Okay.  Have you published any books

12   on that subject?

13        A.     I have published no complete book

14   on that subject, but I published a book that

15   included references and chapters relating to that

16   subject.

17        Q.     I understand the clarification.

18   Which book was that?

19        A.     That was my last book "The Secret

20   Life".

21        Q.     And is that book about in any way

22   Dr. Wright?

23        A.     A third of that book is taken up

24   with the article that you have previously

25   mentioned, The Satoshi Affair, which was



1  republished in that book.

2        Q.    Okay.  In your witness statement

3  you have listed a series of awards you have got.

4  I would just like you to walk me through those and

5  really briefly tell me what they are.  You said

6  you have been nominated three times for the Booker

7  Prize;  what is that?

8        A.    The Booker Prize is one of the

9  premier awards for fiction in the English speaking

10  world, covering both books published in England

11  and in the Commonwealth and in the United States.

12  The United States have only been involved or

13  covered by that prize in the last four years,

14  I think.  I have been nominated, as you say, three

15  times, I have been long listed or shortlisted for

16  that prize.  Going on to other awards, would you

17  like me to?

18        Q.    Sure,sir, thank you.

19        A.    The Esquire Award for nonfiction

20  writing was in recognition of a book I wrote

21  called "The Missing" which was a nonfiction book;

22  the Glenfiddich Award, which is a Scottish award,

23  for best novel of the year, which is voted for by

24  the public, was for a book of mine called

25  "Personally"; the Los Angeles Times Book Prize



Page 23

```
 1    self-describing.  That was awarded for me for a
 2    novel of mine called "Be Near Me"; the EM Forster
 3    Award from the American Academy of Arts and
 4    Letters is an award given by that organisation for
 5    a body of work, and that was given to me for my
 6    body of work so far.  I am also a fellow of the
 7    Royal Society of Literature, which is perhaps some
 8    would say the leading society for literary
 9    scholars and writers in the United Kingdom, and
10    I am a visiting professor of writing at King's
11    College London.  I have an honorary doctorate from
12    the University of Strathclyde, which is in
13    Glasgow, and I am a patron of several book
14    festivals as well as the George Orwell society.
15         Q.    Your witness statement goes on to
16    say that you are a member of the Professional
17    Publishers Association; what is that?
18         A.    That is an organisation which
19    recognises journalists working currently and
20    publishing currently in the United Kingdom.
21         Q.    Thank you sir.  You indicate in
22    your witness statement, which is exhibit 1, that
23    you have done some work for UNICEF.  Can you tell
24    the jury, first, what UNICEF is and what you have
25    done for them?
```



Page 24

1          A.     UNICEF is the United Nation

2     organisation, a charity devoted the welfare of

3     children around the world.  They appoint

4     ambassadors to signal their work and represent the

5     organisation, both in terms of consciousness

6     raising and fundraising in the media and

7     elsewhere.  And I have been an ambassador for that

8     organisation for 20 years this coming year.

9          Q.     Thank you sir.  It says you have a

10    degree, which I think you just mentioned, from the

11    University of Strathclyde; is that right?

12         A.     That is right.

13         Q.     It says you also have, in addition

14    to your work for the London Review of Books, it

15    appears you have also contributed journalism to

16    other newspapers; is that correct?

17         A.     That is correct.

18         Q.     You have done work for the

19    Guardian?

20         A.     I have.

21         Q.     And the Guardian is what?

22         A.     The Guardian is an English

23    newspaper, but when I say that, it also has a

24    large leadership online around the world now.

25         Q.     Okay, and you have also done work



1   for the Daily Telegraph?

2          A.      Also an English newspaper.

3          Q.      Thank you.  And the New Yorker,

4   that is not a newspaper; correct?

5          A.      The New Yorker is a well known

6   magazine sited in New York since the 1920s.

7          Q.      Also a publication that does long

8   form investigative journalism?

9          A.      It does.

10         Q.      And you have published there?

11         A.      I have.

12         Q.      And then you also have published in

13   the New York Times?

14         A.      I have.

15         Q.      You also have done some

16   contributions for the BBC.  Can you first of all

17   tell the jury what the BBC is?

18         A.      The British Broadcasting

19   Corporation is perhaps, or certainly sees itself

20   as the premier broadcaster in the United Kingdom.

21         Q.      Okay.  What have you done for that?

22         A.      I have presented various arts

23   programmes for them, not in any regular capacity

24   I have to say, that is to say I have never had a

25   regular show nor sought one, but I have presented



1    documentaries for them over the years.

2         Q.    In your -- in the professional

3    circles in which you operate, what is your

4    professional -- strike that.  In the professional

5    circles in which you operate what is your

6    understanding of the reputation for the work that

7    is published in the London Review of Books?

8              MR. KORZENIK:  Objection, seems far

9    afield.

10   BY MR. BRENNER:

11        Q.    You can answer, Mr. O'Hagan, unless

12   you are instructed not to.  You know what, let me

13   give you one more ground rule that I forgot to

14   give you.  There will be times that various

15   lawyers may make objections.  Let me try to let

16   you know how that is going to work.  You have

17   counsel that is representing you in your capacity

18   as a witness, both in London and in the United

19   States.  From time to time they may make an

20   objection and they may or may not follow that

21   objection with an instruction for you not to

22   answer a question.  If they are just making an

23   objection and not giving you that instruction,

24   that objection is not one that you need to be

25   concerned about, it is one that is going to be



Page 27

1    resolved or perhaps resolved by a court later.  If

2    your counsel instructs you not to answer a

3    question, all I will do is ask you a follow-up,

4    which is whether you are going to follow that

5    instruction; okay?

6           A.    Yes.

7           Q.    There may be times also where the

8    lawyers for Dr. Wright, who do not represent you,

9    they may make objections in order to preserve some

10   issues for a judge in the United States to rule on

11   down the road.  I do not anticipate at any time

12   they will instruct you not to answer a question,

13   but please pay them the courtesy to just allow

14   them to finish their objection, because they need

15   that to be noted for the record, and then once you

16   are comfortable, or we are both comfortable that

17   they have completed their objection, then you will

18   answer the question.  Okay?

19          A.    Of course.

20                MR. KORZENIK:  One note here is

21   that, since we are not really parties to the

22   Florida action and have not appeared in it, some

23   of our objections, we will have no opportunity

24   later to object to the use of particular answers,

25   and therefore I will want to be a little bit more


MAGNA
LEGAL SERVICES

Page 28

1    strict in the way in which I treat objections.

2              MR. BRENNER:  We will cross that

3    bridge if we need to when we get there.

4    BY MR. BRENNER:

5         Q.    Mr. O'Hagan, since there was a lot

6    of talk in between the question, let me try to ask

7    it again, okay.

8         A.    Yes.

9         Q.    I just wanted to get your

10   understanding, as a long-time member of the

11   journalistic community, both writ large in the

12   world and specifically in the UK, what is your --

13   at least based on your understanding, the

14   reputation for the London Review of Books?

15        A.    Sir, are you asking about my

16   reputation or the reputation of the publication?

17        Q.    Thank you for the clarification.  I

18   am not asking you to comment on your reputation,

19   I am asking you to comment on the reputation of

20   your employer, the London Review of Books?

21             MS. McGOVERN:  (Unclear) Objection

22   to form.

23        A.    Yes?

24             MR. BRENNER:  I am not sure if

25   Ms. McGovern made an objection. I did not really



Page 29

1    hear it.

2                    MS. McGOVERN:   I am sorry.

3    Objection to form.   This is Amanda McGovern.

4    BY MR. BRENNER:

5           Q.     You can answer sir.

6           A.     I am not quite sure what the

7    intervention was just now.

8           Q.     Okay.   That was Ms. McGovern, who

9    is one of the attorneys for Dr. Wright.   She has

10   appropriately exercised her right to make a legal

11   objection to the form of my question.   That is

12   something that may or may not be resolved by a

13   judge down the road, but it is of no moment to

14   you, in the sense that once she has completed her

15   objection you should answer the question.

16          A.     Okay.   As a person associated with

17   the London Review of Books, I am not sure I am

18   best positioned to talk about its reputation.   For

19   my own part, my understanding is that it has one

20   of the highest representations for journalistic

21   standards in the English speaking world.

22          Q.     Only to your own work, and I am

23   going to paragraph 6 of your witness statement,

24   you describe your own stories or your own work as

25   having had some of the biggest -- have been some


MAGNA
LEGAL SERVICES

1    of the biggest the London Review of Books has ever

2    published; do you see that?

3            A.      That is right.

4            Q.      What do you mean by the biggest,

5    what is that ----

6                    MR. KORZENIK:  Objection.  We are

7    way far afield from what we are really have been

8    ordered to discuss.  This is no longer really his

9    background.

10                   MR. BRENNER:  Are you instructing

11   the witness not to answer?  We can have this

12   debate off the record if you are instructing the

13   witness not to answer.  All I am trying to do,

14   which is specifically ordered by the court, and

15   I am trying to establish the gentleman's

16   qualifications, which of course go to the question

17   regarding the scope of the work which we are going

18   to get to, which is The Satoshi Affair.  I am

19   entitled to go through his qualifications and his

20   professional abilities, which I believe are

21   outstanding and have been set forth by him in

22   great detail.  I am not sure what the basis of the

23   objection, when I am going through specifically

24   what he himself has identified as his background

25   and qualifications.  So ----



```
 1                    MR. KORZENIK:  Right, but this is
 2    far afield from that, because you are now talking
 3    about his impression of the reputation of the
 4    publication.  He has already given you a
 5    background of the London Review of Books.  So
 6    I just ask that we -- you are asking him -- he
 7    says that he does not know what others may think.
 8    You are asking him what he thinks it may be.
 9    I think this invites speculation, so I am --
10    I want to allow you to get his background, you are
11    entitled to that, but I just think this is getting
12    into his speculation about what other people think
13    about a publication that he writes for.
14    BY MR. BRENNER:
15           Q.      Right, so, just to be clear,
16    Mr. O'Hagan, I am on paragraph 6, which we are
17    talking specifically about your work and how you
18    described your own work, so I am not asking about
19    the -- we have already covered the reputation of
20    the London Review of Books generally.  If you can
21    go to paragraph 6, you describe your work as some
22    of the biggest the London Review of Books has
23    published; do you see that?
24           A.      I do.
25           Q.      What did you mean by some of the
```



Page 32

1    biggest work -- some of the biggest the London of

2    Review of Books has published?

3          A.     The ones with the biggest hits.

4          Q.     Okay, and when you say hits, does

5    that mean trying to measure the readership of the

6    pieces?

7          A.     That is currently how the success,

8    if you like, of such articles is measured.

9          Q.     Very well, sir, that is what I was

10   trying to clarify.  You have written pieces for

11   example on Mr. Assange from Wikileaks?

12                MS. McGOVERN:  Object to form;

13   leading.

14   BY MR. BRENNER:

15         Q.     Okay, let me rephrase the question.

16   Have you written any pieces on Mr. Assange from

17   Wikileaks?

18         A.     I did.

19         Q.     Now, you have a reference to

20   something here which is very well known in London

21   but less so in the US, so I am going to ask you

22   clarify.  You also have written pieces on the

23   Grenfell Tower fire?

24         A.     You say pieces, plural, it was a

25   single piece.



Page 33

```
 1          Q.     Okay, very well.  You wrote a piece

 2    on the Grenfell Tower fire?

 3          A.     I did.

 4                 MS. McGOVERN:  (Unclear) form;

 5    leading.

 6    BY MR. BRENNER:

 7          Q.     Did you write a piece on the

 8    Grenfell Tower fire?

 9          A.     I did.

10                 MS. McGOVERN:  Objection.

11    BY MR. BRENNER:

12          Q.     What is the Grenfell, what was the

13    Grenfell Tower fire?

14                 MS. McGOVERN:  Object to form;

15    relevance.

16                 MR. BRENNER:  That is not a proper

17    form of objection, Ms. McGovern.

18                 MS. McGOVERN:  I am not going to

19    object to this line of questioning.  Just --

20    I don't want to interrupt you and I don't want to

21    delay this, so let me just make a standing

22    objection to this prolonged discussion about

23    Mr. O'Hagan on other unrelated books and

24    publications, based on relevance.  I also am going

25    to insist that you stop leading the witness.
```



MAGNA
LEGAL SERVICES

```
 1                    MR. KORZENIK:  And by the way,
 2   I have not stipulated to the usual stipulations,
 3   including waiving questions as to relevance
 4   precisely because I have no later opportunity to
 5   challenge that.  So I have to deal with that now.
 6   I think we are getting quite distant from what
 7   I think it is proper background, in terms of
 8   credentials, education, and journalistic
 9   experience.  So I would ask that you focus and
10   keep within that zone.
11                    MR. BRENNER:  Thank you.
12   BY MR. BRENNER:  What was the Grenfell Tower fire?
13        A.     The Grenfell Tower fire was an
14   incident in London where a whole tower block in
15   West London went on fire, resulting in the deaths
16   of 79 individuals.
17        Q.     And that particular piece you wrote
18   actually took up the whole publication, one whole
19   publication of the London Review of Books?
20        A.     Famously.
21        Q.     You yourself have written over 250
22   articles for the London Review of Books?
23                    MS. McGOVERN:  Object to form;
24   leading.
25   BY MR. BRENNER:
```



MAGNA ▶
LEGAL SERVICES

Page 35

```
 1           Q.     Let me rephrase that.  Have you
 2   written -- how many articles have you written for
 3   the London Review of Books?
 4           A.     Over 250.
 5           Q.     I want to transition just a little
 6   bit into your professional method for when you do
 7   long form journalism, okay?
 8           A.     Okay.
 9                  MR. KORZENIK:  Objection.  And that
10   goes to the privilege, and I am directing the
11   witness not to answer that.  We are not going into
12   his methods, his journalistic technique or his
13   editorial methodology.
14                  MR. BRENNER:  Sir, with all due
15   respect, nothing can have journalistic privilege
16   if he put it in a witness statement.  I am asking
17   about things that he has put -- that he has
18   voluntarily published.  I am not asking for
19   anything privileged.  Trust me on this.  We have
20   to take it question by question.  But I am not
21   going to accept a blanket objection to things that
22   he has put it in a witness statement.  It cannot
23   be privileged if he put it in the witness
24   statement.  None of this is going to be offensive
25   to Mr. O'Hagan, in allowing him to explain how he
```



MAGNA
LEGAL SERVICES

Page 36

1    does his work.  So I will ask my questions.  If

2    you want to instruct him not to answer on a

3    question by question basis, that of course is your

4    right to do so.

5              MR. KORZENIK:  Then I will direct

6    the witness to read that portion of the witness

7    statement that he has disclosed in which he

8    disclosed that, but no more no less.

9              MR. BRENNER:  Okay, that is

10   perfectly fine with me.  I am okay that.  As I am

11   sure you will understand, I need him to do that

12   because I cannot just simply put in the witness

13   statement as evidence, so I do need him to read

14   what is in there; okay?

15   BY MR. BRENNER:

16        Q.    Mr. O'Hagan, if you could go to

17   paragraph 11 of your witness statement, which is

18   on page 5?

19        A.    Yes.

20        Q.    I am focused on the beginning part

21   of that to start; do you see that?

22        A.    Yes.

23        Q.    Can you read into the record what

24   the first sentence -- before I do that, this is a

25   witness statement you prepared; correct?



Page 37

         A.     It is.

         Q.     And you signed it,  I think it is
on page 14; is that correct, that is your
signature?

         A.     Yes.

         Q.     And as you state, to the best of
your knowledge, you believe that the facts stated
in the statement are true; correct?

         A.     Yes.

         Q.     Okay.  Can you read the first
sentence of what you wrote in paragraph 11?

              MS. McGOVERN:  If you could just
stop one moment.  I am going to make objection to
this entire reading of paragraph 11 of the witness
statement, based on hearsay and based on
relevance.

              MR. BRENNER:  If you can limit your
objections to form -- either way.

BY MR. BRENNER:

         Q.     Could you read that please ----

              MS. McGOVERN:  If I could just
clarify the record, I am not trying to do this to
be difficult.  I agree with Mr. Korzenik, we do
not have an opportunity to later to state our
otherwise accepted standard objections, and



Page 38

1   because you are having a witness read a witness

2   statement which is hearsay into the record, I must

3   state that objection now so that we can make that

4   objection to the District Court in the Southern

5   District of Florida at a later time at the

6   appropriate time.

7              MR. BRENNER:  Thank you.

8   BY MR. BRENNER:

9        Q.    Can you read what you wrote in

10  paragraph 11, the first sentence, please?

11       A.    "Journalists, whilst preparing

12  their stories, do not merely accept what is said

13  to them.  We will report what is said but also

14  take steps to verify it against what others say,

15  as well as against available records."

16       Q.    When you write "we" in that second

17  sentence you are including yourself in that as

18  part of your process?

19              MR. KORZENIK:  Objection.

20              MR. BRENNER:  Are you objecting to

21  him defining the word "we", sir?

22              MR. KORZENIK:  Yes.

23              MR. BRENNER:  Okay, are you

24  instructing him not to answer the word "we" sir?

25              MR. KORZENIK:  Yes.



Page 39

```
 1                    MR. BRENNER:  Okay.  Ms. Green, is
 2    this something you weigh in on, or do we have to
 3    bring this up to the British court, the objection
 4    to the witness identifying when he uses the word
 5    "we" whether it includes himself?
 6                    THE EXAMINER:  He can explain what
 7    he means by "we".  When it comes to objections and
 8    whether something is admissible in the US court,
 9    because it is hearsay, as Ms. McGovern has said,
10    then that is something for the US court.  But he
11    can clarify his own words.
12    BY MR. BRENNER:
13         Q.     Sir, what did you mean by the word
14    "we" in the second sentence at paragraph 11; did
15    that include you?
16                    MR. KORZENIK:  Objection.
17         A.     It refers to the word "journalists"
18    at the beginning of the previous sentence.
19    BY MR. BRENNER:
20         Q.     Are you including yourself in the
21    term journalists?
22         A.     Yes.
23         Q.     Okay.  If you could read the next
24    sentence which starts:  " As journalists"?
25         A.      "As journalists, we will interview
```



Page 40

1  sources who can confirm or contradict the given

2  statements and generally work to dig down into the

3  claims being made."

4       Q.    Do you -- is that, do you consider

5  yourself part of the "we" in that sentence?

6       A.    Yes.

7       Q.    Okay.  Can you read the next

8  sentence please, sir?

9       A.    "As part of this process, the

10 journalist often meets with people who wish to

11 tell the truth but demand to be protected through

12 confidentiality."

13      Q.    When the word "the journalist" is

14 used there, does that include you?

15      A.    I would hope so, yes.

16      Q.    Thank you, sir.  Can you read the

17 next sentence please?

18      A.    "Alternatively, they may seek to

19 give background information only, or to give

20 information some of which is very sensitive and

21 which is expressly said to be 'not for

22 publication', or to provide other information

23 which may not be revealed even possibly by being

24 attributed to that source."

25      Q.    Okay, thank you sir.  If you could



Page 41

1    go to paragraph 12 next?

2         A.    Yes.

3         Q.    Can you read the first sentence

4    please?

5               MS. McGOVERN:  I am going to object

6    to the entire line of questioning regarding this

7    witness reading any of his witness statement into

8    the record, based on hearsay.  I am going to make

9    this objection once, but it is pertaining to every

10   single time to ask him to read his witness

11   statement into the record, so that I do not

12   interrupt the deposition.

13   BY MR. BRENNER:

14        Q.    Sir, to address that objection, the

15   things that I am having you read from the witness

16   statement, are those things that you are

17   testifying to under oath, just as you wrote them

18   in your witness statement as being true and

19   correct?

20        A.    I am afraid I do not understand

21   your meaning.

22        Q.    Sure.  In your witness statement

23   you stated that the statements contained in there

24   were -- you said the facts stated in the witness

25   statement are true; do you recall that?



Page 42

1          A.     Yes.

2          Q.     Okay, you still stand by that;

3    correct?

4          A.     I stand by my statement, yes.

5          Q.     Yes.  Now what I am asking you to

6    read those things again into the record, do you

7    stand by them pursuant to the same oath you took

8    at the start of this deposition?

9          A.     I do.

10         Q.     Okay.  Can you read the first

11   sentence of paragraph 12 again please?

12         A.      "In my practice, the undertaking

13   of a journalistic article is a matter of intense

14   discussion and preparation."

15         Q.     Then you go on in that paragraph,

16   I will ask you to read it in a moment, to describe

17   your method for doing your research; correct?

18              MR. KORZENIK:  Objection.

19   BY MR. BRENNER:

20         Q.     Is that correct?

21              MR. KORZENIK:  Again, you have can

22   have him read those statements, those have been

23   made in a public document, but beyond that, to ask

24   him to go beneath the surface of that, I will

25   object to it and instruct him not to answer,



MAGNA
LEGAL SERVICES

Page 43

1    unless it is a very obvious question.

2    BY MR. BRENNER:

3         Q.    Okay, so let's do it this way.  Can

4    you read the second sentence of paragraph

5    12 please?

6              MS. McGOVERN:  Just so that the

7    record is perfectly clear with respect to my

8    objection, the only thing this witness is being

9    permitted to do is to read his out of court

10   statement.  He is not being allowed to go into

11   depth and certainly he is not being allowed to be

12   properly cross-examined with respect to those

13   statements.  I continue my objection based on

14   hearsay and the inability to thoroughly

15   investigate the statements made by the out of

16   court statement that has been permitted to exactly

17   what he said and nothing more.

18             MR. BRENNER:  With all due respect

19   Ms. McGovern, I have not limited your ability to

20   do anything at this point.  Right now I am taking

21   a deposition ----

22             MS. McGOVERN:  Well I ----

23             MR. BRENNER:  Excuse me, just let

24   me finish, I know you wanted -- let me finish.

25   I will let you finish, let me finish.  With all



Page 44

1   due respect, I have not done anything to limit

2   your ability.  Now, that may or may not come to be

3   when you get to your part of the deposition, but

4   right now no one has done anything to limit you.

5   You are being allowed to listen to the deposition

6   and you are allowed to make objections as you deem

7   appropriate.  That is all we are doing right now.

8   I am now asking the witness to affirm again what

9   he has written in his witness statement.

10  BY MR. BRENNER:

11          Q.    If you could read, sir, the second

12  part of paragraph 12 ----

13          MS. McGOVERN:  Before you jump in,

14  Mr. Brenner, I would like to respond.  This is a

15  very, very important issue in this deposition, as

16  you can imagine.

17          MR. BRENNER:  Yes Ma'am.

18          MS. McGOVERN:  I would like to

19  complete my objection so it is clear for Judge

20  Bloom as to what the basis is.

21          MR. BRENNER:  Okay.

22          MS. McGOVERN:  You were asking this

23  witness to read into the record the statement that

24  he made and his counsel is instructing him not to

25  go beyond that.  My objection, based on hearsay,



Page 45

1    is an out of court statement includes that

2    objection by his counsel, Mr. Korzenik and in fact

3    really emanates from that objection, so it is

4    perfectly clear what the limitation on this

5    witness's ability to testify about the statement

6    truly is.  Thank you.

7              MR. BRENNER:  So far we are okay.

8    We will see if we get there.

9    BY MR. BRENNER:

10         Q.    Mr. O'Hagan can you read what you

11   wrote in the second sentence of paragraph 12 and

12   tell me if that is still true and correct?

13             A.  "I interview researchers,

14   convene meetings with editors and finally deploy

15   myself in many month months of scrutiny and

16   interviewing of subjects relevant to the story."

17         Q.    And the next sentence too please,

18   sir?

19         A.     "I am very much an on-site

20   journalist, staying in the locations of the story

21   and investigating carefully over time and with the

22   luxury of many thousands of words to properly

23   write the complete story."

24         Q.    Thank you sir.  Okay.  We are going

25   to now transition to talking specifically about



Page 46

1    The Satoshi Affair, which has been marked as

2    exhibit 2, we are going to stick on exhibit 1,

3    just because you addressed that article in

4    particular in your witness statement.  Okay?

5            A.     Okay.

6            Q.     If you could go to page 8 is where

7    I believe you start talking, at least you have a

8    section devoted to The Satoshi Affair?

9            A.     Yes.

10           Q.     Excuse me.  I am directing your

11   attention to starting at paragraph 21 ----

12              MR. BUNTING:  Can I object and ask

13   that any question is properly identified to the

14   limited scope of the deposition, as agreed and

15   ordered in the consent order of 17th December.  If

16   Mr. Brenner could helpfully explain what paragraph

17   of paragraph 3 these questions are going to, then

18   that will enable us to advice Mr. O'Hagan, in

19   terms of whether or not he needs to answer any

20   further questions.

21              MR. KORZENIK:  I agree with that.

22              MR. BRENNER:  I have no idea what

23   you are asking me to do.  But I am going to ask my

24   questions.  If you think it goes beyond the scope,

25   that is your right and obligation to make an



Page 47

1    objection.  I am asking him, which I told you

2    before the deposition repeatedly, I have sent you

3    the documents before the deposition, I am walking

4    through the gentleman's witness statement.  I am

5    going to talk to him about what he has revealed

6    was his reasons and his process during The Satoshi

7    Affair, and I am going to go through the article

8    and go through the various actual statements and

9    quotations in there and I will not, as agreed to,

10   ask him to verify either any other source other

11   than Dr. Wright, nor will I ask him to reveal any

12   other source, nor will I ask him to confirm the

13   accuracy of any other quotes from individuals

14   other than Dr. Wright.  That is all within the

15   scope of the order and that is what I intend to

16   do.

17              MR. BUNTING:  Mr. Brenner, let me

18   respond to that.

19              MR. KORZENIK:  (Unclear) that even

20   the reading of the witness statement, public

21   though it may be, is departing from background,

22   which is one of the permissible zones of

23   questions.  That is what troubles us.  So I would

24   like to stick with the zones of permissible

25   enquiry, which are background and then



Page 48

1    confirmation of quotations, confirmation of

2    factual assertions (unclear) with the work.

3                    MR. BRENNER:  I am sorry, I didn't

4    hear you.

5                    MR. KORZENIK:  In other words, the

6    order confines this questioning to background.  We

7    have construed that as liberally as we can, and

8    background can be broad, but the court order

9    limits these questions to background and then to

10   the confirmation of quotations, and the

11   confirmation of factual assertions, quote:

12   "Contained within the work."  So that is what

13   I would like this deposition to focus on, is those

14   permitted zones of enquiry.

15                   MR. BRENNER:  Are you ready to

16   proceed?

17                   MR. KORZENIK:  Yes.

18   BY MR. BRENNER:

19        Q.    I will make sure -- Mr. O'Hagan,

20   please make sure to just -- you have been doing a

21   great job of this -- wait half a second or so, or

22   a second, to give either your attorneys or the

23   attorneys for Dr. Wright, which will be

24   Ms. McGovern, to make an objection so we are not

25   speaking over each other and give you whatever



Page 49

```
 1   direction they think is appropriate.  Then,

 2   barring one of them telling you not to answer the

 3   question, I will ask you to answer the question;

 4   okay?

 5        A.     Okay.

 6        Q.     Very well.  If you could go to

 7   paragraph 21 of your witness statement?

 8        A.     Yes.

 9        Q.     Can you please tell us how you were

10   contacted by representatives of Dr. Wright to

11   begin your work on The Satoshi Affair?

12             MR. BUNTING:  Objection, that is

13   outside the scope of the order.

14             MR. BRENNER:  Are you instructing

15   him not to answer?

16             MR. BUNTING:  Yes.

17             MR. KORZENIK:  Yes.

18             MR. BRENNER:  Ms. Green, is that

19   something I need to take up with the --

20   I apologise for my not full familiarity with the

21   processes in the UK -- is that something that you

22   are supposed to rule on, or is that something that

23   we need to take up after the fact then see if the

24   court will order Mr. O'Hagan to answer the

25   question?
```



1           THE EXAMINER:  The position is that

2    there has been, as presented to me, a draft

3    consent order, which states what are the areas

4    that Mr. O'Hagan should be asked about.  As far as

5    the order goes, one has to concentrate on that and

6    say the things set out in the order are what he

7    can be asked about.  Looking at paragraph 3, it is

8    the following topics of questioning.  As far as

9    I am concerned, and if you disagree with me you

10   can take it up with the court, you are entitled to

11   ask him under (a), his educational background,

12   employment history, professional qualifications,

13   personal preparation for the deposition.  It says

14   "(that includes contacts he has had with parties,

15   lawyers etc.)".  Then at (b), "The accuracy of the

16   quotes and factual assertions contained within his

17   work The Satoshi Affair."  Then it says:  "Save

18   that other than confirming the accuracy of quotes

19   and factual assertions with his work The Satoshi

20   Affair, nothing within this order shall require

21   the respondent to..." Then it deals with not

22   disclosing various matters which reveal a

23   confidential journalistic source.  I am confirming

24   that.  So that is the -- as far as the English

25   court is concerned, it looks at that as being what



1    has been agreed by consent orders the areas that

2    are going to be covered.  It is a matter for

3    Mr. O'Hagan's counsel as well representing him to

4    say what they consider to be covered, but it is

5    what is said there and you are quite entitled to

6    ask him all about the, as I said, the educational

7    background etc. in that (a) and then (b), looking

8    at the accuracy of the quotes and factual

9    assertions contained within his work, The Satoshi

10   Affair.

11              MR. BRENNER:  Okay.  Just so the

12   record is clear, all I wanted to ask him in this

13   area was, just to establish that his work began

14   through a contact from Dr. Wright or his

15   representatives, and the reason is that it is

16   going to go to the credibility of Mr. O'Hagan's

17   testimony when he is asked to confirm or affirm

18   the accuracy of information provided by Mr. Wright

19   in The Satoshi Affair.  So it really was one

20   question on this.  That is all I want to ask him,

21   which is in his witness statement, is that he was

22   approached in December 2015 by people representing

23   Dr. Wright.  I do not ----

24              MR. KORZENIK:  I am going to object

25   to that and direct the witness not to answer that.



1              MR. BRENNER:  Okay.  So I can --

2    thank you, sir, and I understand that will be your

3    instruction.  I just want to finish what I was

4    saying.  I am sure that you did not know that I

5    was not done, because it is hard on video.  That

6    is all I wanted to ask him on that, then I was

7    going to proceed to going through the actual

8    Satoshi Affair.  Just so the record is clear, my

9    question would have been:  "Is it true you were

10   approached in December 2015 by people representing

11   Dr. Wright to investigate and write the truth

12   about him and the journey he says he went about

13   the process of outing himself as the inventor of

14   Bitcoin, Satoshi Nakamoto" -- and what I just read

15   is a direct quote from the witness's statement in

16   paragraph 21.  So that is my question.  Now that I

17   have put my question on the record if the

18   instruction is not to answer we will consider

19   going back to the court and obtaining an order for

20   Mr. O'Hagan to answer that question, if he is

21   instructed not to, just to we have all made the

22   record clear.  So counsel for Mr. O'Hagan, does

23   your instruction remain that you are not going to

24   allow the witness to affirm the statement that I

25   read from his witness statement?



Page 53

1            MR. KORZENIK:  Correct.

2            MR. BRENNER:  Okay.

3    BY MR. BRENNER:

4       Q.    Sir, are you going to follow your

5    instructions from your counsel?

6       A.    Yes, indeed.

7       Q.    Thank you.  Just before we get to

8    Satoshi Affair article, in that order ----

9            MS. McGOVERN:  Just for the record,

10   I would also like to interject my objection to the

11   last question.

12   BY MR. BRENNER:

13      Q.    In the order that Examiner Green

14   just went through, one of the areas that was

15   permissible to discuss with you is to ask you if

16   you had any contact with certain people.  Let me

17   ask you, have you had any contact in preparation

18   for this deposition with Dr. Wright?

19      A.    No.

20      Q.    Have you had any contact in

21   preparation for this deposition with any lawyers

22   representing Dr. Wright?

23      A.    No.

24      Q.    Okay.  For the record, have you had

25   any contact with myself or any of the attorneys --



Page 54

1    in preparation for this deposition have you had

2    any contact with any of the lawyers, including

3    myself, or Mr. Kleiman -- the estate of

4    Mr. Kleiman or any of the other plaintiffs in the

5    case?

6            A.      No.

7            Q.      Thank you.  Let us go to exhibit 2,

8    if we could, which is your article.  Do you have

9    that in front of you?

10           A.      I do.

11           Q.      Do you want to take a break before

12   we start this section?

13           A.      No, I am happy to continue if you

14   are.

15           Q.      Thank you.  You will let me know.

16   By the way, just as a matter of terminology, I am

17   referring to it as an article, is that the proper

18   terminology to use?

19           A.      That is correct, yes.

20           Q.      Okay.  The article was published,

21   you testified earlier, in June of 2016?

22           A.      Yes indeed.

23           Q.      You referenced -- strike that.

24   I just want to check the court's order real quick

25   before I ask the next question.



 1                    MS. McGOVERN:  Mr. Brenner, I don't

 2       want to interrupt your line of questioning on this

 3       article.  I would like to make a standing

 4       objection to your references in a publication

 5       which has been produced in a book of fiction as

 6       hearsay, and every single question that you ask

 7       about this article, I would like a standing

 8       objection to the admissibility of that testimony

 9       in the proceeding pending in this case.  If we can

10       agree on that standing objection I will not

11       interrupt your line of questioning: if not, you

12       have to make every single objection clear.

13                    MR. BRENNER:  Okay, thank you for

14       that.  You always have a standing objection, you

15       always have an objection to relevance.  The rules

16       are you do not have to object on relevance, but if

17       you want me to state on the record that you have a

18       standing objection to relevance, I am happy to do

19       that ----

20                    MS. McGOVERN:  Mr. Brenner, I am

21       objecting to the use of this article on hearsay

22       grounds.

23                    MR. BRENNER:  I also do not believe

24       hearsay is an objection you need to raise under

25       the Florida and Federal rules at the time of the



Page 56

1    deposition.  The only objections that I think you

2    do need to raise are objections as to the form of

3    the question.  I cannot give you a standing

4    objection to that, only because this is our one

5    time with Mr. O'Hagan and if it is then I need to

6    fix a question, to fix the form of it, I need to

7    know to do that now.  So I do not believe you need

8    me to give it to you, but you have a standing

9    objection based on hearsay and relevance.  I would

10   ask that, to the extent that you have other

11   objections which would be form objections, that

12   you make those on the record.

13               MS. McGOVERN:  I am sorry, I am

14   confused.  Do we have an agreement that there is a

15   standing objection to the line of questioning on

16   this article based on relevance and hearsay?

17               MR. BRENNER:  You are not -- yes,

18   you do.

19               MS. McGOVERN:  Okay.  Thank you.

20               MR. BRENNER:  Okay?  But not as to

21   form.

22               MS. McGOVERN:  Understood.

23               MR. BRENNER:  Understood?

24               MS. McGOVERN:  Understood.

25   BY MR. BRENNER:



Page 57

1        Q.    Because we have an issue with page

2    numbers I will try my best to direct you to where

3    I am.  If you could go to -- it is the 8th page of

4    the article on my copy.  Mr. O'Hagan, if you see

5    about six pages in there is a section where it has

6    four pictures in there, do you see that?

7        A.    Yes.

8        Q.    Okay, I am about a page and a half

9    past that.  There is a paragraph that starts with

10   a bold letter "I", do you see that?

11       A.    Yes.

12       Q.    Okay, so now we are in the sort of

13   the same place.  I am going down to the paragraph

14   that starts with "I found him"?

15       A.    Yes.

16       Q.    Do you see where I am?

17       A.    I do.

18       Q.    Okay.  So, this is a paragraph that

19   deals with --

20             MS. McGOVERN:  I apologise,

21   Mr. Brenner, I cannot find where you are.

22             MR. BRENNER:  Okay.  In my copy it

23   is page 8 of 48.  If you look at the bottom

24   right-hand corner, unfortunately it seems we all

25   have different printouts of the article.  I am not



Page 58

1   sure why that is.

2              MR. KORZENIK:  Andrew Brenner, one

3   of the things you could do is, sometimes there are

4   headings.

5              MR. BRENNER:  Yes, I was looking

6   for that, that is why I used the pictures.  For

7   this one there was no heading nearby.  If you

8   could help us that would be great.

9              THE EXAMINER:  What about, is there

10  a possibility that the witness, when he finds it,

11  holds it up to the camera so everybody can see

12  what he is looking at?  Is that a possibility?

13             MR. BRENNER:  The witness and I are

14  in the same place, but the others may have trouble

15  finding it.

16             MR. BUNTING:  If I could help

17  Mr. Korzenik -- and I am so sorry to interrupt

18  Mr. Brenner -- if Mr. Korzenik could turn to page

19  171 of 420, I think it is this passage that

20  Mr. Brenner is drawing our attention to.

21             MR. KORZENIK:  Which page is that,

22  Jude?

23             MR. BUNTING: 171 of 420.

24             MR. KORZENIK: That is helpful, if

25  we could find that before.



1                    MR. BRENNER:  Sure, take your time.

2     I will make sure we are on the same thing before I

3     ask him a question.  I am going to be looking at

4     the paragraph which starts with, "I found him

5     easier to talk to..."

6                    MS. McGOVERN:  I see where you are

7     Mr. Brenner.

8                    MR. BRENNER:  Mr. Korzenik, have

9     you found that?

10                    MR. KORZENIK:  Yes, I did, and

11    thank you.

12                    MR. BRENNER:  Yes, and just holler

13    any time if you think I am reading something you

14    are not following, okay?

15    BY MR. BRENNER:

16         Q.    Mr. O'Hagan I think you and I had

17    found it before; correct?

18         A.    Correct.

19         Q.    So in that paragraph you are

20    talking about -- when you use the word "him" this

21    is a reference to Dr. Wright; correct?

22         A.    To be accurate, sometimes I am

23    using "his" to refer to his father.

24         Q.    Right, so when you said:  "I found

25    him easier to talk to than I had expected", that



Page 60

1    is about Dr. Wright; correct?

2        A.    Correct.

3            MR. KORZENIK:  I am going to object

4    to that since it is not a fact, it is an

5    evaluation that this journalist had of the

6    subject.  So I object to it on grounds of the

7    privilege, I object to it on the grounds of order

8    paragraph 3(c).

9            MR. BRENNER:  Right now all I am

10   asking him to do is identify a pronoun.  But thank

11   you.  I am just trying to make the record clear.

12   I have not asked him anything other than to

13   identify a pronoun.

14   BY MR. BRENNER:

15       Q.    If you could go to the third line

16   of that paragraph?

17       A.    Yes.

18       Q.    It starts off with the words, "He

19   said he..."  Do you see that?

20       A.    Yes.

21       Q.    Okay, did Dr. Wright in fact tell

22   you that he was happy that you were writing about

23   him?

24       A.    That is what he said at the time.

25       Q.    Okay.  Has he told you something --



Page 61

1   when you say at the time, is that no longer

2   true ----

3              MR. KORZENIK:  Sorry, we stick with

4   the article.

5              MR. BRENNER:  I am allowed to ask

6   him to clarify his answer.

7   BY MR. BRENNER:

8        Q.    Why did you say "at the time", sir?

9              MR. KORZENIK:  Objection.  That is

10  not confirming the accuracy of a factual statement

11  within the article.  Stick with the article.

12             MR. BRENNER:  Are you instructing

13  him not to answer to clarify the answer he gave?

14             MR. KORZENIK:  Yes.

15  BY MR. BRENNER:

16       Q.    Going back to the article, sir, did

17  Dr. Wright tell you he was happy for you to write

18  about him?

19       A.    Yes.

20       Q.    And he told you the reason was, was

21  because he wanted to step into history; correct?

22             MS. McGOVERN:  Object to form;

23  leading the witness.

24  BY MR. BRENNER:

25       Q.    I will ask the question again.  Did



Page 62

1    he tell you that the reason he was happy you were

2    writing about him was because he wanted to step

3    into history?

4           A.    He did.

5           Q.    And did he also say that he wanted

6    to tell you the story of the brilliant people he

7    had collaborated with?

8                MS. McGOVERN:  Objection; leading.

9    BY MR. BRENNER:

10          Q.    Let me rephrase the question.  Sir,

11   did Dr. Wright tell you one of the reasons he was

12   happy you were writing about him is because he

13   wanted to tell you the story of the brilliant

14   people he had collaborated with?

15               MS. McGOVERN:  Same objection.

16          A.    Yes.

17   BY MR. BRENNER:

18          Q.    Yes?

19          A.    Yes.

20          Q.    Did you answer yes?

21          A.    I did.

22          Q.    Thank you.  If you could go -- we

23   are going to go, just so everyone sort of follows

24   along, it looks like 1, 2, 3, 4, 5 paragraphs down

25   in the article?



Page 63

```
 1        A.    Five paragraphs from where we were
 2   before?
 3        Q.    Yes, from where we were before.
 4   The paragraph is going to start with, "Wright told
 5   me..."
 6        A.    Yes, I have it.
 7              MR. BRENNER:  Is everyone on the
 8   same page?
 9              MR. BUNTING:  Yes, thank you.
10   BY MR. BRENNER:
11        Q.    Can you read the first sentence
12   please of that paragraph?
13              MS. McGOVERN:  Object to form;
14   hearsay.
15   BY MR. BRENNER:
16        Q.    You can answer?
17              THE EXAMINER:  Are you asking him
18   to read it or to read it out loud?
19              MR. BRENNER:  Yes, I am sorry,
20   thank you Madam Examiner.
21   BY MR. BRENNER:
22        Q.    Can you read that out loud?
23        A.     "Wright told me that thanks to the
24   tax office they'd had to lay out all the research
25   for their patents, which had been useful since the
```



MAGNA
LEGAL SERVICES

Page 64

encrypt team was in a hurry:  The banks now alert

to crypto currencies and the effectiveness of the

block chain are rushing to create their own

versions."

5        Q.     Is that something that Dr. Wright

6    told you?

7                 MS. McGOVERN:  Object to form.

8                 MR. KORZENIK:  Yes, objection as to

9    form.

10   BY MR. BRENNER:

11        Q.     Okay, you can answer sir?

12                MR. BUNTING:  Objection as regards

13   the scope of the order.  The question has to be

14   whether or not this is an accurate or inaccurate

15   assertion.

16                MR. KORZENIK:  That is correct.

17   There are multiple things being stated in that

18   sentence, and only one of them seems to be what

19   Wright told him, and that is the initial phrase:

20   "Wright told me thanks to the tax office it had to

21   lay out all the research for their patents."

22                MR. BRENNER:  Perhaps the witness

23   would say that.  I do not know that is true and

24   I do not know that it is untrue.  It is unclear in

25   the article.  Secondly, it is not limited -- the



Page 65

1   scope of the deposition is not limited just to the

2   quotes, it is also within the scope of the factual

3   assertions made in the article.  Certainly those

4   are factual assertions.  So I am going to ask the

5   witness ----

6                MR. BUNTING:  Which assertion you

7   are asking is accurate?

8                MR. KORZENIK:  No, because "useful"

9   and other terms are evaluative, and background and

10  context that may have nothing to do with what

11  Wright said, so I am going to -- you have to break

12  that sentence up.  The first part of it does refer

13  to something that Wright told him.  As to that

14  first clause, he may answer that yes or no.

15  BY MR. BRENNER:

16       Q.    Let's break it down to address your

17  counsel's objections.  The first part of the

18  sentence, what I am calling the first part is what

19  end at the colon, okay?

20       A.    Yes.

21       Q.    That first part of the sentence, is

22  that something that Dr. Wright told you?

23       A.    Yes.

24       Q.    The second part of the sentence, is

25  that a factual assertion you were making, or is



Page 66

1   that something Dr. Wright told you?

2         A.    It is a factual statement based on

3   my journalistic materials ----

4              MS. McGOVERN:  Objection.

5              MR. BRENNER:  Only because you

6   talked over each other, can you just repeat that

7   please?

8         A.    It is an expression based on my

9   journalistic materials.

10        Q.    I think your answer was it was a

11  factual assertion based on your journalistic

12  materials, was the first one; is that correct?

13             MR. KORZENIK:  It was his

14  evaluation based on journalistic materials and

15  therefore he does not need to answer that.

16  I object to it.

17             MR. BRENNER:  We are definitely

18  going to be back here if -- there is nothing

19  impressionist or valuistic, it is a fact he is

20  stating.  He is either going to confirm the fact

21  or refute the fact.  Okay.  Let me finish.  You

22  are trying to draw a line at what a factual

23  assertion is.  The article has two things in it:

24  It has quotes from people, and it has assertions

25  in it.  I am not asking him his opinions.  I am



Page 67

1    asking him if the assertions he himself made in

2    the article are accurate.  It is directly within

3    the scope of the order.  If you want to come back

4    again we will come back again.  I don't

5    understand.  I am not asking him to reveal any

6    privilege, I am not asking him to reveal anything

7    about it.  These are things he published in the

8    widest read piece in the history of this journal,

9    there is nothing privileged about it.  I am not

10   asking him to go one word beyond the quote.  I

11   don't know why you guys are taking this position

12   but all it is going to do is, we are going to come

13   back.  If you would just allow him to affirm what

14   he himself wrote in a long form article.  This is

15   nothing privileged.  I honestly do not understand

16   the basis for the fight here.  If we have to come

17   back we will come back.

18             MR. KORZENIK:  Right, let's see if

19   we can avoid a conflict.  The difficulty here is

20   that it is a broad conclusion about what quote

21   "banks" think and what bank's positions are and

22   the concerns are on this particular subject.

23   There is nothing here that he is eyewitness to and

24   he therefore cannot testify to it anyway.  So if

25   he is eyewitness to and this here is a statement



Page 68

1    from Wright, then he can testify to that and say

2    that that is what he saw or heard.  If there is a

3    factual assertion to which he was eyewitness, then

4    he can assert that to be true.  Otherwise, it is

5    just complete hearsay and it is based on composite

6    studies of his journalistic material, and that is

7    not something that we are willing to discuss or

8    disclose.

9              MR. BRENNER:  I disagree 100% in

10   what you have said.  It is factual assertion in an

11   article.  I did not ask him what a bank thinks, I

12   did not ask him what a bank's opinion was.  What

13   I asked him is what he wrote, based on his own

14   professional article that he published, whether

15   that factual assertion is true.  That is entirely

16   within the scope of the order.  I am not

17   withdrawing my question, I am asking my question

18   again.  If you instruct him not to answer I am

19   telling you that we are coming back.

20             MR. BUNTING:  Mr. Brenner, I ----

21             MR. BRENNER:  Excuse me sir, I am

22   not done.  Excuse me, sir, let me finish.  If that

23   is the road you want to take, I suggest we take a

24   break, I suggest you talk it over with your local

25   counsel, and then we will figure out what we are



MAGNA
LEGAL SERVICES

1    going to do, because we are going into this fight

2    100 times.  You guys have tried to carve out of

3    the order a factual assertion, okay.  Factual

4    assertions are not things -- it does not mean --

5    factual assertion does not mean eyewitness

6    account.  That is absurd, sir, you know that.  It

7    cannot be an eye witness account.  These are not

8    things that there can be an eyewitness account,

9    okay.  All I am asking him to do is to affirm what

10   he wrote in an article.  I am not asking him why

11   he wrote it, I am not asking him who told him

12   that.  Those are none of the things that I am

13   asking, those are the things that you guys

14   objected to and we consented to.  For you then to

15   take that and say, "You cannot ask him about any

16   factual assertions because he is not an eye

17   witness, I reject that and we will go to court and

18   we will do it.

19            MR. BUNTING:  Okay, let me ----

20            MR. KORZENIK:  Right there is one

21   problem with it and let's discuss that now.  Your

22   question presumes -- assumes undisclosed fact,

23   namely it assumes that he knows that first-hand

24   there are assertions that he makes that are based

25   on his journalistic judgment and (unclear) believe


MAGNA
LEGAL SERVICES

Page 70

1  them to be true.  He has no way of affirming that

2  in any kind of legal sense.

3          MR. BRENNER:  Then all he has to do

4  is say, "Based on my journalistic judgment

5  I believe that is true".  And he can leave it at

6  that.

7          MR. BUNTING:  Can I ----

8          MR. KORZENIK:  I will tell you what

9  I am going to do, I want to take a break and

10  speak ----

11          MR. BRENNER: Sure.

12          MR. KORZENIK:  -- with local

13  counsel by phone and we will see what we want to

14  do about that.

15          MR. BRENNER:  Okay, thank you.

16          MS. McGOVERN:  Before we go off the

17  record, before we do that (unclear) your questions

18  directed to what Mr. Brenner is seeking admissions

19  of Dr. Wright, who is the defendant in this case.

20  It is very important that we are also allowed to

21  state our objection.  Mr. Brenner, we object to

22  the manner in which you are reading this article,

23  merging sentences together, making them one, they

24  are not in quotes, and asserting on the record to

25  this witness, which we believe is improper



Page 71

1   coaching, that they are actually factual

2   statements.  We object to the manner in which

3   these arguments are being made on the record and

4   we ask, going forward, that you not do that,

5   because we are not going to have Mr. O'Hagan at

6   trial, we are going to be relying upon a

7   transcribed record of videotape, we are not going

8   to have this dialogue in the trial at the time,

9   and it is going to appear as though these are

10  eyewitness accounts of a red or yellow light, and

11  they are not.  So we share Mr. Korzenik's

12  objection, not because ----

13             MR. BRENNER:  Why don't you ----

14             MS. McGOVERN:  Mr. Brenner, let me

15  finish.

16             MR. BRENNER:  Yes.

17             MS. McGOVERN:  Not because of the

18  scope of the order which is not within our

19  bailiwick, but because the manner in which the

20  questions are being asked and the arguments that

21  you are making, with respect to the

22  characterisation, is journalistic judgmental

23  statements, they are not in fact facts.

24             MR. BRENNER:  I am not sure what

25  you are asking me to do.  Are you asking me that



Page 72

1    when Mr. Korzenik makes an objection, that we

2    excuse the witness?  I am happy to do that, I have

3    no desire to have this argument in front of him.

4              MS. McGOVERN:  I am also asking

5    that the questions that you ask when you read the

6    statement into the record, which is an article, a

7    journalistic article that was published, that you

8    accurately quote it.  If it is in quotes say

9    quotes.  If it is not in quotes don't say quotes.

10   But if you are going to read the question and ask

11   about that statement, it should be accurately read

12   into the record, or I am going to have to go back

13   and do that all over again and we are going to be

14   here until 10.30 at night.

15             MR. BRENNER:  Okay, I did not merge

16   other than in one sentence, by the way, so your

17   statement on the record that I have merged

18   sentences together is not correct.  We were

19   literally on one sentence, okay, so I am not sure

20   what you are talking about.

21             MR. KORZENIK:  Andrew, maybe this

22   will help, Andrew Brenner.  What concerns me here

23   is that yes, that sentence includes -- is a

24   composite sentence which has semicolons and so on,

25   so there are a set of different thoughts there.


MAGNA
LEGAL SERVICES

Page 73

1    One of them is a statement made by Wright to

2    Andrew.

3              MR. BRENNER:  Correct.

4              MR. KORZENIK:  The other statements

5    are composite evaluative things and those are they

6    are not factual, they are not concrete and they

7    are his surmise about what other people are

8    thinking and what banks' impressions are.  I know

9    that you would like to have an expert describe

10   what the thinking was of banks about crypto

11   currency at that particular time, but that is his

12   surmise about those things at the time, made by --

13   based on his assessment and evaluation, and those

14   are not really factual components.  They are not

15   concrete.  They are evaluative.  So there is some

16   complexity there for all of us.  I want to be --

17   these things that Andrew has seen first-hand,

18   heard, witnessed, those can be confirmed.  There

19   are some things that are evaluative and that seem

20   far afield from observed fact that he could

21   testify to, and then there are things that are

22   kind of in between and we have to kind of deal

23   with that.  I am going to try to be accommodating

24   with respect to that, but when it comes to broader

25   things that you need an expert for, or that look



Page 74

1   at what banks are thinking at a particular time,

2   then my feeling is that we need to step away from

3   that.

4                   MR. BUNTING:  I think we have lost

5   Mr. Brenner.  I think we need a break.  I think we

6   will take a break, if that meets with your

7   approval, Madam Examiner.

8                   THE EXAMINER:  Yes, I think it

9   would be a good idea to have a break now.  How

10  long do you think you will need to consult with

11  local counsel?

12                  MR. BUNTING:  The primary basis of

13  this is so that we can get Mr. Brenner back.  We

14  do not have Mr. Brenner.

15                  THE EXAMINER:  Alright, let us have

16  at least five minutes.

17                  MR. BUNTING:  We don't currently

18  have Mr. Brenner -- it may help also for us to

19  talk to Mr. Brenner, so we can try to speed these

20  things along, because I can see that we are

21  getting bogged down unnecessarily.

22                  THE EXAMINER:  In my experience,

23  five minutes from a lawyer is often longer,

24  so ----

25                  MR. BUNTING:  I would suggest ten



Page 75

1    minutes.

2              THE EXAMINER:  -- if you do need

3    longer than five minutes please let me and

4    Mr. O'Hagan know.

5              MR. BUNTING:  Can we say 10 minutes

6    please?

7              MR. KORZENIK:  Yes, let's say 10

8    and try to keep it within that.  Maybe, Jude and

9    Martin, if you could give me a call on my cell

10   phone number that would be ideal.

11    (A short break off the record from 2.38 to 3.05)

12             THE VIDEOGRAPHER:  We are back on

13   the record.

14   BY MR. BRENNER:

15        Q.    Okay.  Mr. O'Hagan, let's go back

16   to exhibit 2.

17        A.    Yes.

18        Q.    On the same page we were on, just

19   going to drop down one paragraph, which is

20   actually just a one line paragraph.  It starts

21   with a quotation mark with the word, "They are

22   behaving..."

23        A.    Yes.

24        Q.    Just let me know when you get

25   there.  Everyone should be there but just give


MAGNA
LEGAL SERVICES

Page 76

1    them a second.  Are you there Mr. O'Hagan?

2         A.    I am.

3         Q.    Okay.  There is a quotation there

4    that says:  "They are behaving like children",

5    Wright said at the ATO.  Do you see that?

6         A.    I do.

7         Q.    Is that an accurate quotation of

8    what Dr. Wright told you about the ATO?

9         A.

10             MS. McGOVERN:  Object to form.

11        A.    It is.

12   BY MR. BRENNER:

13        Q.    Thank you.  If you go now -- it is

14   really the next page.  To try to orient everyone,

15   it is a paragraph that starts off with the words

16   "Wright said he had never..."

17        A.    Yes, I am there.

18             MR. BRENNER:  Counsel, what I am

19   going to do is wait five seconds.  If someone has

20   trouble finding it, if you just speak up, if you

21   do not I will assume you found it.  Dr. Wright, I

22   am focussed on the paragraph that starts off with:

23   " Wright said he never expected..."  Do you see

24   that?

25        A.    Yes.


MAGNA
LEGAL SERVICES

Page 77

1                MS. McGOVERN:  I think you just

2    referred to him as Dr. Wright.

3    BY MR. BRENNER:

4         Q.    Yes, Mr. O'Hagan, I am referring to

5    the paragraph that starts off with:  "Wright said

6    he never expected..." You are there, right?

7         A.    I understand, yes.

8         Q.    In the answer you write:  "Wright

9    said he had never expected the myth of Satoshi to

10   gather such force."  Do you see that?

11        A.    I do.

12        Q.    Is that accurate statement of what

13   Dr. Wright told you?

14                MS. McGOVERN:  Object to the form.

15        A.    It is.

16   BY MR. BRENNER:

17        Q.    Then the next sentence, I believe

18   there are quotation marks starting the next

19   sentence, correct?

20        A.    Yes.

21        Q.    Dr. Wright -- strike that.  The

22   first part of the quotation says:  "We were all

23   used to using pseudonyms", do you see that?

24        A.    I do.

25        Q.    Is that an accurate statement of



Page 78

 1    what Dr. Wright told you?

 2              MS. McGOVERN:  Object to the form.

 3         A.    It is.

 4    BY MR. BRENNER:

 5         Q.    Then I think after the words "he

 6    told me" it starts off with another quotation;

 7    correct?

 8         A.    Yes.

 9         Q.    And the quotation says:  "That is

10    the cyberpunk way, now people want Satoshi to come

11    down from the mountain like a Messiah, I am not

12    that, and we did not mean to set up a myth that

13    way."  Do you see that?

14         A.    I do.

15         Q.    Is that an accurate statement of

16    what Dr. Wright told you?

17              MS. McGOVERN:  Object to the form.

18         A.    Yes, it is.

19    BY MR. BRENNER:

20         Q.    Okay.  If you could now go to the

21    next page, and I am going to ask you a series of

22    questions, it is really starting with the

23    paragraph that starts with:  "While reading

24    Wright's ideas on creation..."

25              MR. BUNTING:  It is the same page,



Page 79

1      the bottom of the page.

2              A.      Yes, I have it.

3      BY MR. BRENNER:

4              Q.      Okay, if you go to the second

5      sentence of that paragraph ----

6              A.      Yes.

7              Q.      -- which starts with an offhand

8      remark, that Wright made?

9              A.      Umm hmm.

10             Q.      So when the article says:  "It was

11     about storytelling and how a possible meaning of

12     freedom might reside not only in martial arts in

13     the ability to defend oneself but in the ability

14     to make oneself", is that the offhand remark -- is

15     than an accurate statement of an offhand remark

16     that Dr. Wright had made to you?

17                     MS. McGOVERN:  Object to the form.

18             A.      Yes.

19     BY MR. BRENNER:

20             Q.      Okay.  Then it starts off the next

21     sentence says "Mas" -- M-A-S, is that right?

22             A.      Yes.

23             Q.      Then it starts with a quotation

24     right after the word Mas?

25             A.      Yes.



Page 80

1      Q.    It says:  "Mas 'taught me a lot of
2  eastern philosophy and gave me the means to become
3  myself.'"  Is that an accurate statement of what
4  Dr. Wright told you?

5            MS. McGOVERN:  Object to the form.

6      A.    Yes, it is.

7  BY MR. BRENNER:

8      Q.    Okay.  If you could go now to --
9  it's about two full pages forward or further into
10  the article.  The paragraph starts with the words,
11  "Dave Kleiman"?

12     A.    "Dave Kleiman was to become..."

13     Q.    Yes, let's wait for everyone else
14  to get there.

15           MR. KORZENIK:  How many paragraphs
16  down from?

17           MR. BRENNER:  It is almost exactly
18  two full pages from where we were, about 10 to 12
19  paragraphs.

20           MR. KORZENIK:  The paragraph begins
21  what?

22           MR. BUNTING:  Page 181, Mr.
23  Korzenik.

24           MR. KORZENIK: Okay, thank you.

25           MR. BRENNER:  Are you there sir?



Page 81

 1                    MR. KORZENIK: Yes.

 2    BY MR. BRENNER:

 3          Q.      Mr. O'Hagan, you write there, and

 4    I am quoting from the article, you don't have this

 5    in quotes.  You write:  "Dave Kleiman was to

 6    become the most important person in Wright's

 7    professional life, the man he says helped him do

 8    Satoshi's work."  Do you see that?

 9          A.      Yes.

10          Q.      Is that an accurate statement of

11    what Dr. Wright told you?

12                    MS. McGOVERN:  Object to the form.

13    The statement is in quotes, and it is not a

14    statement it is actually made by Dr. Wright, it is

15    an evalued ----

16                    MR. BRENNER:  Ms. McGovern, none of

17    that is an objection to form, so, please you made

18    an objection to form, it is for the record.

19          A.      Yes.

20                    MS. McGOVERN:  It was my

21    understanding that we were going to keep the

22    questions to statements that Dr. Wright made as

23    inaccurate or accurate, and you are referring to

24    this statement as a statement that Dr. Wright made

25    and in fact in the article that is not a statement



Page 82

1    that he has even attributed to Dr. Wright.

2              MR. BRENNER:  Ms. McGovern, you can

3    read it the way you would like to read it.  Let me

4    ask a follow-up question to you.

5    BY MR. BRENNER:

6         Q.    Mr. O'Hagan, I am on that same

7    sentence?

8         A.    Yes.

9         Q.    Do you see that?  Is it accurate

10   that Dr. Wright told you that Dave Kleiman was the

11   man that helped him do Satoshi's work?

12        A.    Yes.

13             MR. KORZENIK:  Object, he says -- I

14   am sorry, he says -- the man he says, sorry.

15   BY MR. BRENNER:

16        Q.    Let me ask it again, because we got

17   broken up.  Is it accurate, sir, that --

18   Mr. O'Hagan, is it accurate that Dr. Wright told

19   you that Dave Kleiman was the man that helped him

20   do Satoshi's work?

21        A.    It is what he said, yes.

22        Q.    Okay.  Reading on, it says:  "They

23   met online, they visited the same cryptography

24   forums and had interacted since 2003."  Is that

25   accurate?


MAGNA
LEGAL SERVICES

Page 83

1                    MS. McGOVERN:  Object to the form.

2    Mr. Brenner, are you going to be reading the

3    entire article into the record for this

4    deposition?

5                    MR. BRENNER:  Ms. McGovern, do you

6    I think, since we are about half way into the

7    article and I have read four sentences, do you

8    think that that is really what I intend to do,

9    because the answer is no, but thank you.

10                    MS. McGOVERN:  It is a published

11   journalistic work.  I am just saying I object to

12   the manner in which the questions are leading, and

13   the document speaks for itself.

14                    MR. BRENNER:  Are you stipulating

15   the document is evidence?

16                    MS. McGOVERN:  Absolutely not.

17                    MR. BRENNER:  Then the document

18   does not speak for itself.  Thank you.

19   BY MR. BRENNER:

20        Q.    Okay, Mr. O'Hagan, let me go back,

21   since the record got a little choppy.  I am in

22   that same paragraph, sir, do you see that?

23        A.    Yes.

24        Q.    What you write is:  "They met

25   online" -- is that referring to Mr. Kleiman and



Page 84

1    Mr. Wright?

2            A.    Yes.

3            Q.    Okay, and "they visited the same

4    cryptography forums and had interacted since

5    3003."  Is that accurate?

6                  MS. McGOVERN:  Object to the form.

7            A.    That is an expression of my

8    understanding, yes.

9    BY MR. BRENNER:

10           Q.    Okay.  It says:  "Both men were

11   interested in cyber security, digital forensics

12   and the future of money."  Is that accurate?

13                 MS. McGOVERN:  Object to the form.

14           A.    That is an accurate reflection of

15   my journalistic materials, yes.

16   BY MR. BRENNER:

17           Q.    If you go down to the next

18   paragraph?

19           A.    Yes.

20           Q.    That is the paragraph that starts

21   off with, "Napster" -- "Intel Napster", I am

22   sorry.

23           A.    Yes.

24           Q.    I am about half way down that

25   paragraph?



Page 85

1          A.      Yes.

2          Q.      Where it says, "Wright told me."

3          A.      Yes.

4          Q.      You write:  "Wright told me that

5    his earliest conversations with Kleiman were about

6    file sharing."  Is that accurate?

7          A.      Yes indeed.

8          Q.      Go down a little further.  It says:

9    "They began to speak" -- and by the way, the

10   "they" is Mr. Kleiman and Dr. Wright?

11         A.      Yes.

12         Q.      It says:  "They began to speak of

13   ways to use the Napster idea in other areas and

14   solve some old problems in cryptography."  Is that

15   accurate?

16              MS. McGOVERN:  Object to the form.

17         A.      That is right.

18   BY MR. BRENNER:

19         Q.      Did you say yes?

20         A.      I did.

21         Q.      That is what Dr. Wright told you?

22              MR. KORZENIK:  Objection.

23   BY MR. BRENNER:

24         Q.      Is it accurate that Dr. Wright told

25   you that?



Page 86

```
 1          A.     Yes.

 2          Q.     If you go down to ----

 3                 MS. McGOVERN:  Are you going to

 4     finish the statements in that paragraph?

 5                 MR. BRENNER:  No Ma'am, but you

 6     can.

 7     BY MR. BRENNER:

 8          Q.     If you go down to the bottom --

 9     well, on mine it is the bottom of the page, it is

10     the paragraph that starts with a quote, "We

11     needed", do you see that?

12          A.     Yes.

13          Q.     It says -- well, first of all, just

14     look at that quote, the quotation that identifies

15     someone called "he", are these quotations from

16     Dr. Wright?

17                 MS. McGOVERN:  Object to the form;

18     leading.

19     BY MR. BRENNER:

20          Q.     You can answer.

21          A.     Sorry, where is the "he" in that

22     paragraph?

23          Q.     Okay, so I am starting with the

24     paragraph that says:  "We needed people..."

25          A.     Yes.
```



Page 87

1          Q.      Right after the first part of the

2    quote it says "he said" ----

3          A.      Yes.

4          Q.      I want to know who the "he" is?

5          A.      Mr. Wright.

6          Q.      Thank you.  It quotes Dr. Wright as

7    saying:  "We needed people to respond to us."  Do

8    you see that?

9          A.      "Respond to me" it says.

10         Q.      I am sorry, I -- no, I think it

11   said:  "We needed people to respond to us."

12              MR. BUNTING:  Mr. O'Hagan is

13   reading the next part.

14   BY MR. BRENNER:

15         Q.      We will start over.  You and I are

16   crossing paths a little.

17         A.      Yes, we are a sentence apart.

18   I see where you are referring to now.

19         Q.      Let me go back.  If there is ever a

20   time that you and I are reading different things

21   let's make sure we are correct.  The first part of

22   the quote, which you just told me is from

23   Dr. Wright, says:  "We needed people to respond to

24   us"; correct?

25         A.      Correct.



Page 88

```
 1            Q.     And that is an accurate statement
 2    of what Dr. Wright told you?
 3            A.     It is.
 4            Q.     Then it goes on to say, and again,
 5    in quotes, I believe, although my copy is a little
 6    up there, is the rest of that paragraph in quotes?
 7            A.     Yes.
 8            Q.     Okay, great.  My copy is a little
 9    unclear.  It says:  "I did not really want people
10    to respond to me, there are a couple of reasons
11    for that.  I do not I think really would have sold
12    the idea to anyone.  If I come out originally as
13    Satoshi without Dave I do not think it would have
14    gone anywhere.  I have had too many conversations
15    with people who get annoyed because it is me."  Is
16    that accurate writing of what Dr. Wright told you?
17            A.     That is what he said.
18            Q.     If you go to the following page
19    which will be, I am going to direct you three
20    paragraphs into the next page ----
21            A.     Beginning?
22            Q.     So the paragraph begins with,
23    "I had brought rolls..."
24                   MR. BUNTING:  It is the same page.
25            A.     Okay, for us, same page, yes, I am
```



Page 89

```
 1    there.

 2                 MR. BRENNER:  Let me give a second

 3    for folks to get there.

 4                 MR. KORZENIK:  I am there.

 5    BY MR. BRENNER:

 6         Q.    Okay.  The only reason I directed

 7    you to that paragraph is that at the end of that

 8    paragraph it appears you have a quote from

 9    yourself, do you see that?

10         A.    Yes.

11         Q.    And not asking -- the quote from

12    yourself, is you asked Dr. Wright, "Was there a

13    primary person doing the maths?"  Do you see that?

14         A.    Yes, I see that.

15         Q.    Do you see that, sir?

16         A.    Yes.

17         Q.    And that is a question you asked

18    Dr. Wright?

19         A.    It is.

20         Q.    And then the next paragraph has his

21    answer; correct?

22         A.    Yes.

23                 MS. McGOVERN:  Object to the form.

24    BY MR. BRENNER:

25         Q.    His answer is:  "Me.  Dave was not
```



MAGNA
LEGAL SERVICES

1    really a mathematician, what he did was make me

2    simplify it."  Do you see that?

3            A.    I do.

4            Q.    Is that an accurate statement of

5    what Dr. Wright told you, in response to your

6    question about the primary person doing the maths?

7                 MS. McGOVERN:  Object to the form;

8    leading.

9            A.    That is what he said.

10   BY MR. BRENNER:

11           Q.    Did we lose Mr. O'Hagan?

12           A.    No, I am still here.

13           Q.    You came off my screen.

14                MR. BRENNER:  Does anyone else see

15   Mr. O'Hagan?

16                MR. FREEDMAN:  I do see

17   Mr. O'Hagan.  The answer to that last question is,

18   "That is what he said."

19                MR. BRENNER:  Okay.  The reason

20   I have lost Mr. O'Hagan is Ms. McGovern's

21   microphone appears to be the one active right now.

22   I can see ----

23                MR. FREEDMAN:  Mr. Brenner, if you

24   right-click the video of Mr. O'Hagan -- sorry, if

25   you hover over the little screen, you can see


MAGNA
LEGAL SERVICES

Page 91

1    three little dots and a blue square.  Click that

2    and then click "pin video", Mr. O'Hagan will not

3    move from the main screen.

4    BY MR. BRENNER:

5         Q.    Alright, Mr. O'Hagan, I have you

6    full-time now.

7         A.    Good, good.

8         Q.    The next paragraph, right below

9    where we were, is another quotation and it says?

10   "How did he know how to make you simplify it?"

11   You are actually quoting yourself there; right?

12        A.    I am.

13        Q.    And that is a question you asked

14   Dr. Wright; correct?

15        A.    Correct.

16             MS. McGOVERN:  Object to the form.

17   BY MR. BRENNER:

18        Q.    The next paragraph is his answer;

19   correct?

20        A.    Yes.

21        Q.    Is it accurate that Dr. Wright told

22   you:  "We got to a point in the writing of the

23   Satoshi White Paper where it was people say that

24   it was hard."  Is that what Dr. Wright told you in

25   response to your question?



Page 92

1        A.      That is what he said.

2        Q.      Okay.  Now, if you go down just

3   what we -- the next paragraph is a quotation of

4   yourself; is that correct, where it says, "He

5   wanted"?

6        A.      Yes.

7        Q.      This is following -- I am just

8   trying to follow the conversation between you and

9   Dr. Wright so his answers make sense, so that we

10  know what he is answering.

11       A.      I understand.

12       Q.      Is it accurate that you asked

13  Dr. Wright the question:  "He wanted you to bring

14  the language down a little bit?"

15       A.      I did.

16       Q.      And is next paragraph Dr. Wright's

17  answer to your question?

18       A.      It is a long paragraph, do you mean

19  the quotation "a lot" then "it is very simple"

20  etc?

21       Q.      Yes, that is a fair point.  Let's

22  break it down so we make sure we are not adding

23  things into a quote that are not there.

24       A.      Sure.

25       Q.      Thank you for the clarification.



Page 93

1    In response to your question, is it accurate that

2    Dr. Wright said:  "A lot.  It's very simple, the

3    elliptical curve stuff is not described in the

4    paper at all.  It's just there.  The crypto stuff

5    is not described either."

6         A.    That is what he said.

7         Q.    Right.  Then, to follow through the

8    paragraph so we are given the context, so everyone

9    understands what Dr. Wright was saying, you then

10   write that you asked him to show you the trail of

11   ideas that led to their collaboration; correct?

12             MS. McGOVERN:  Object to the form.

13        A.    That's right.

14   BY MR. BRENNER:

15        Q.    When you were not there, who was

16   there?  I will ask the question again.  In that

17   sentence where it says:  "I asked him to show me

18   the trail of ideas that led to their

19   collaboration."  Was the "their" you are referring

20   to Dr. Wright and Mr. Kleiman?

21             MS. McGOVERN:  Object to the form.

22        A.    It was.

23   BY MR. BRENNER:

24        Q.    Okay.  Then after the commas does

25   that become another quote from Dr. Wright?



Page 94

1                    MS. McGOVERN:  Object to the

2       form (unclear).

3                    THE COURT REPORTER:  I am sorry

4       Ms. McGovern, I did not get that objection.

5                    MR. BRENNER:  There is a period

6       after the word "collaboration", correct?

7            A.     There is.

8            Q.     Yes, it is a combination of a bad

9       copy and old eyes, so I am doing my best.  After

10      that there is a quotation that starts, correct?

11           A.     Yes.

12           Q.     Is that a quotation -- we will read

13      it, but is it a quotation from Dr. Wright?

14           A.     It is.

15           Q.     Okay, and it says:  "So all these

16      things are there."  Correct?

17           A.     That what it says, yes.

18           Q.     Is that an accurate thing of what

19      Dr. Wright told you?

20           A.     It is.

21                    MS. McGOVERN:  Mr. Brenner, can you

22      please finish the rest of the sentence because it

23      is just hanging there.

24                    MR. BRENNER:  I am happy to.  I am

25      just trying to see -- I cannot tell where the



Page 95

1    quote ends and where it starts again.

2    BY MR. BRENNER:

3         Q.    Is the part where it says,

4    "application to audits" also part of the quote?

5              MS. McGOVERN:  Object to the form.

6              MR. BRENNER:  I am trying to spare

7    your objection.

8              MS. McGOVERN:  If you could just

9    read it as it is stated, it would be easier,

10   Mr. Brenner.

11             MR. BUNTING:  Mr. Brenner, I do

12   understand your confusion, the quote mark opens

13   again at "application to audits", yes.

14   BY MR. BRENNER:

15        Q.    Okay, so let me read into record

16   the full quote from Dr. Wright and ask you to

17   confirm the accuracy, okay?

18        A.    Yes.

19        Q.    Dr. Wright responded to your

20   request that he show you the trail of ideas that

21   led to the collaboration between himself and

22   Mr. Kleiman, he said:  "All things are there,

23   application to audits, value analyse failures

24   deriving the mathematics behind it, simplifying

25   the mathematics and there you go.  The core of the



Page 96

```
 1    Bitcoin paper is a hoison(?) model based on

 2    binomial distribution, that is how it got solved."

 3    Is that an accurate statement of what Dr. Wright

 4    told you?

 5         A.    Yes.

 6              MS. McGOVERN:  Object to the form.

 7    BY MR. BRENNER:

 8         Q.    May I take you to the next

 9    paragraph -- no, it is not the next paragraph, it

10    is the page, the paragraph starts with, "Yes, he

11    said."

12         A.    Yes.

13         Q.    I am going down to the bottom part

14    of that paragraph, where it says, "when I asked"?

15         A.    Yes.

16         Q.    I will wait for everyone to get

17    there.  It is the very bottom part of that

18    paragraph.  In there you write:  "When I asked to

19    see the e-mails between him and Kleiman" -- is

20    that accurate that you asked Dr. Wright to see he

21    e-mails between himself and Dave Kleiman?

22              MS. McGOVERN:  Object to the form.

23         A.    Yes.

24    BY MR. BRENNER:

25         Q.    Is that right, sir?
```



Page 97

1           A.      That is right.

2           Q.      You wrote first that he shrugged,

3    correct?

4           A.      Yes.

5           Q.      That is accurate?

6           A.       That is accurate.

7                   MS. McGOVERN:  Object to the form.

8                   MR. BRENNER:  Then you write, and

9    this is not in quotation marks.  You write:  "He

10   said he was not getting on well with his first

11   wife when he wrote them and I assume that meant

12   that they were full of talk about her."  Is that

13   an accurate statement of what Dr. Wright told you?

14                  MS. McGOVERN:  Object to the form.

15          A.      That is an accurate statement of my

16   impression.

17   BY MR. BRENNER:

18          Q.      Of what Dr. Wright told you?

19          A.      Yes.

20          Q.      If you go on to the next paragraph

21   where it starts:  "I do not know if I can find

22   them."

23          A.      Yes.

24          Q.      Do you see that?  Just to give a

25   context following the paragraph before, first of



Page 98

1    all, the quote, "I do not know if I can find

2    them", is that an accurate quote from Dr. Wright?

3            A.    It is.

4            Q.    And the "them" that he is referring

5    to is the e-mails between himself and Mr. Kleiman?

6            A.    Yes.

7            Q.    And then skip two sentences.  The

8    next sentence starts with, "Wright always said"?

9            A.    Yes.

10           Q.    It says:  "Wright always said these

11   stories have been provoked by a 'leak'" ----

12           A.    Yes.

13           Q.    -- "the work of a disgruntled

14   employee of his who had stolen a hard drive."

15           A.    Yes.

16           Q.    Is that an accurate statement of

17   what Dr. Wright told you?

18           A.    Yes.

19           Q.    Okay. Go down to the next

20   paragraph?

21           A.    Yes.

22           Q.    It starts with, "The subject of

23   Bitcoin came up."

24           A.    Got it.

25           Q.    Got it?



Page 99

```
 1          A.     Yes.
 2          Q.     Thank you.  To give context for the
 3    quotes we are about to go through, in this
 4    paragraph, are you reading from or have you been
 5    provided an e-mail from Wright dated March 2008?
 6          A.     Is your question did I have a copy
 7    of that e-mail?
 8          Q.     Yes, sir?
 9          A.     I did.
10          Q.     And so the next quote, is that a
11    quote from the e-mail from Dr. Wright?
12          A.     Yes.
13          Q.     Okay, and that e-mail, is that
14    e-mail to Mr. Kleiman, Dave Kleiman?
15               MR. KORZENIK:  Objection.  What
16    does it say?
17               MR. BRENNER:  You would have to go
18    back -- okay.
19               MS. McGOVERN:  Same objection.
20    BY MR. BRENNER:
21          Q.     Let us read the quote then I will
22    ask you the question.  Are you quoting from the
23    e-mail, by the way?
24          A.     Yes.
25          Q.     The quote says:  "I need your help
```


MAGNA
LEGAL SERVICES

Page 100

1    editing a paper I am going to release later this

2    year.  I have been working on a new form of

3    electronic money, bitcash, Bitcoin.  You are

4    always there for me, Dave, I want you to be part

5    of it all.  I cannot release it as me, GMX,

6    Mr. Mail(?) and tour, I need your help and I need

7    a version of me to make this work that is better

8    than me."  Does that finish that quote?

9         A.    Yes.

10        Q.    Is that a quote from an e-mail from

11   Dr. Wright to Dave Kleiman in March 12, 2008?

12              MR. KORZENIK:  Objection, with what

13   is the fact asserted here?

14              MR. BRENNER:  I am sorry, I did not

15   hear you.

16              MR. KORZENIK:  I am objecting to

17   it, I am saying we should stick with what -- with

18   the factual assertion within the article.

19              MR. BRENNER:  Yes, but I am

20   entitled to know what he is quoting.

21              MR. KORZENIK:  He can say it is

22   accurate, but he does not know the provenance of

23   the e-mail.  He knows what he looked at.

24              MR. BRENNER:  Fair enough.

25   BY MR. BRENNER:



Page 101

1          Q.      From your review of that e-mail,
2    the March 12, 2008 from Dr. Wright, from your
3    review of that e-mail, who was that e-mail
4    addressed to?
5          A.      It was my understanding that that
6    e-mail was from Dr. Wright to Dave Kleiman.  That
7    is what he told me.
8          Q.      Thank you.
9                MR. KORZENIK:  I am just going to
10   object to going off the particular lines in the
11   article.  In other words, if the article says that
12   it comes from an e-mail from Wright or whoever
13   then we can confirm the accuracy of that.  But
14   I do not want to get into a discussion of what he
15   thinks, outside of confirming the particular
16   statement made in the article.
17               MR. BRENNER:  And that is fair
18   enough.  I am trying to give this some context.
19   If you read the paragraphs leading up to it, it is
20   clearly as the witness described, it is clearly
21   the e-mail to Mr. Kleiman, even within the e-mail
22   itself.  He has answered the question.
23   I understand what you are doing.  All I am trying
24   to do is not leave things unclear on the record.
25   I understand your objection and I will do my best



Page 102

1    to stick to the parameters that we discussed.

2    Okay.

3                MR. KORZENIK:  Good.

4    BY MR. BRENNER:  The next sentence after the end

5    of that quote starts with, "Wright told me".  Do

6    you see that?

7            A.    I do.

8            Q.    We are now off of the e-mail on to

9    something Dr. Wright told you, correct?

10           A.    Yes.

11           Q.    It says:  "Wright told me that he

12   did the coding and that Kleiman helped him write

13   the White Paper and make the language 'serene'."

14   Do you see that?

15           A.    I do.

16           Q.    Is that an accurate depiction of

17   what Dr. Wright told you?

18           A.    That is what he told me.

19           Q.    If you go down to the bottom of

20   that paragraph ----

21           A.    Yes.

22           Q.    -- where it appears to be the

23   second to last sentence, it says, "It was there."

24           A.    Yes.

25           Q.    This sentence is, as the article



Page 103

1    says, it is something that Dr. Wright told you,

2    correct?

3            A.      Yes.

4            Q.      It is accurate that Dr. Wright told

5    you "it was there" -- strike that.  If you could

6    just familiarise yourself with the paragraph which

7    says "It was there" are you talking about the --

8    just a few words before it -- the farm in Port

9    Macquarie?

10           A.      He was referring to Port Macquarie.

11           Q.      Okay, so is it accurate when we use

12   the word there you are using the word Port

13   Macquarie in the sentence?

14           A.      Yes.

15           Q.      Okay.  Is it accurate that

16   Dr. Wright said that it was there that he did the

17   majority of the work on Bitcoin and where he spoke

18   to Kleiman most regularly; is that an accurate

19   depiction of what Dr. Wright told you?

20           A.      That is what he said.

21           Q.      Okay, so you can go to the next

22   page.

23           A.      Hmm hmm.

24           Q.      It starts -- I don't know if it is

25   your next page -- I am sorry, the next paragraph,



 1    where it says:  "On December 27 December 2008."

 2            A.    I have it.

 3                  MR. BRENNER:  It is the immediate

 4    succeeding paragraph, for counsel.

 5                  MS. McGOVERN:  Mr. Brenner ----

 6                  MR. KORZENIK:  That page?

 7                  MR. BUNTING:  186.

 8                  MS. McGOVERN:  I am just looking at

 9    the real feed.  I think I am losing some of my

10    stated objections for the record, as I do not see

11    them, and I think it is perhaps we are talking

12    over each other and we have this video on.  If we

13    could just allow two seconds to interpose whatever

14    objections we have to the questions, so that we

15    make sure that the record accurately reflects the

16    whole proceeding.  I would really appreciate that.

17                  MR. BRENNER:  Mr. O'Hagan, I know

18    it is hard, it is unnatural to have a

19    conversation, but if you could just wait a beat or

20    two before answering, to give Ms. McGovern or your

21    counsel an opportunity to make an objection,

22    I think everyone would appreciate that, okay?

23            A.    I will do, apologies Ms. McGovern.

24                  MR. KORZENIK:  And can you

25    reposition us on the next now that we are looking



Page 105

1   at?

2                 MR. BRENNER:  Sure.  It is the next

3   paragraph from where we just were ----

4                 MR. BUNTING:  Page 186.

5                 MR. BRENNER:   The paragraph is:

6   "On 27 December 2008".

7                 MR. KORZENIK:  Good, I have it.

8   BY MR. BRENNER:

9         Q.    Okay.  Mr. O'Hagan, in the next

10  paragraph you are quoting from something

11  Dr. Wright wrote to Mr. Kleiman; correct?

12        A.    I am quoting from something that he

13  told me was an e-mail to Mr. Kleiman, yes.

14        Q.    Okay.  Thank you for the

15  clarification.  Unlike the prior one, is this an

16  e-mail that you actually were looking at or

17  something that he told you ----

18                MR. KORZENIK:  Objection, we are

19  going outside of what the article asserts.

20                MR. BRENNER:  Okay.  I am not --

21  bear with me.

22  BY MR. BRENNER:

23        Q.    The quote you are doing here, is

24  this something that Dr. Wright told you or that

25  you read in an e-mail?


MAGNA
LEGAL SERVICES

Page 106

1          A.     It is something that I read in an

2    e-mail.

3          Q.     Thank you.  Let me read it for the

4    record and ask you to confirm that it is an

5    accurate statement of what the e-mail said, okay?

6          A.     Yes.

7          Q.     It is an e-mail from -- dated

8    December 27, 2008?

9          A.     That is right.

10         Q.     Written by Dr. Wright?

11         A.     Yes.

12         Q.     Correct?  To Kleiman, who is Dave

13   Kleiman; correct?

14         A.     Yes.

15         Q.     I will start with the quote:  "My

16   wife will not be happy, but I am not going to go

17   back to work.  I need to get my idea going.  The

18   presentation was good and the paper is out.  I am

19   already getting shit from people and attacks on

20   what we did.  The bloody bastards are wrong and

21   I frikin' showed it.  They should stick to the

22   science and piss off with their political

23   crap" ----

24         A.     "Politicised crap".

25         Q.     I am sorry?



```
 1          A.      "Politicised crap", not political.

 2          Q.      Thank you.  "...they should stick

 3   to the science and piss off with their politicised

 4   crap.  I need your help, you edited my paper and

 5   now I need to have you aid me build this idea."

 6   Is that an accurate statement of what

 7   Dr. Wright's  ----

 8               THE COURT REPORTER:  I am sorry, we

 9   lost you there.  "Is that an accurate statement of

10   what Dr. Wright..."?

11   BY MR. BRENNER:

12          Q.      I will do it again.  What I just

13   read, is that an accurate statement of the e-mail

14   you reviewed from Dr. Wright to Mr. Kleiman from

15   December 27, 2008?

16               MR. KORZENIK:  Not to quibble, but

17   I do not want to be discussing how he sourced

18   something.  He just says, "Wright wrote to

19   Kleiman".  So the question is, is that an accurate

20   statement of what Wright wrote to Kleiman?  How he

21   got it I do not really want you to be asking

22   about.

23               MR. BRENNER:  Okay, I agree with

24   that.  I did not I think asked that, but I will

25   rephrase it.
```



Page 108

```
 1   BY MR. BRENNER:

 2          Q.      The quote I read, is that an

 3   accurate quotation of what Wright wrote to Kleiman

 4   in December 27, 2008?

 5          A.      Yes.

 6          Q.      Then if you go further in the

 7   paragraph, I am now focused on -- the next

 8   sentence says, "Wright told me", do you see that?

 9          A.      I do.

10          Q.      Are you now in the article

11   transitioning to something Dr. Wright told you, as

12   opposed to something you saw in an e-mail?

13               MR. KORZENIK:  Objection.

14   BY MR. BRENNER:

15          Q.      You can answer.

16               MR. BUNTING:  If the question ----

17               MR. KORZENIK:  (Unclear) talking

18   about a transition, there is a new sentence here,

19   let us focus on the sentence.

20               MR. BUNTING:  If the question is,

21   is it accurate that Wright told you these things,

22   then that is an appropriate question.

23   BY MR. BRENNER:

24          Q.      Sure.  I am just reading further in

25   the paragraph.  Is it accurate that Wright told
```



MAGNA
LEGAL SERVICES

1  you that it took several attempts to get the

2  protocol up and running?

3       A.    It is.

4       Q.    Reading on the sentence you have a

5  quote that starts, "after January 2009", the next

6  sentence starts with a quote?

7       A.    Yes.

8       Q.    Is it an accurate quote from

9  Dr. Wright that he said:  "That was where the real

10  money started rolling in"?

11       A.    That is what he said.

12       Q.    Again, does the quote pick up again

13  at the words, "there were actually"?

14       A.    Yes.

15       Q.    Is it accurate that Dr. Wright told

16  you:  "There were actually a few versions of the

17  genesis block.  It fucked up a few times and we

18  reviewed it a few times.  The genesis block is the

19  one that didn't crash."  Is that an accurate

20  statement of what Dr. Wright told you?

21       A.    It is.

22       Q.    Now, if you scroll down a little

23  bit further there is a statement that says:

24  "Satoshi sent Finney ten Bitcoins on 12 January

25  2009."



Page 110

1          A.     Yes.

2          Q.     Is that an accurate factual

3     assertion, is it your understanding?

4          A.     That was my understanding, based on

5     my journalistic material.

6          Q.     Okay.  Then it says:  "It is the

7     first outgoing transaction we know to have come

8     from Satoshi."  Is that accurate based on your

9     journalistic understanding?

10              MS. McGOVERN:  Object to the form.

11          A.     Indeed.

12     BY MR. BRENNER:

13          Q.     You can answer.

14          A.     Yes, it is.

15          Q.     You then write:  "Satoshi also sent

16     four other transactions on the same day."  Is that

17     also accurate, based on your journalistic

18     understanding?

19              MS. McGOVERN:  Object to the form.

20          A.     It is.

21     BY MR. BRENNER:

22          Q.     Okay.  Then the next thing,

23     although it is not in quotes, you set forth a

24     question you asked Dr. Wright in the next

25     sentence; correct?



Page 111

```
 1        A.    You are referring to the sentence
 2   beginning, "I asked Wright who the recipients
 3   were."?
 4        Q.    Yes?
 5        A.    Yes.
 6        Q.    Right.  So you asked Dr. Wright who
 7   the recipients were of those four transactions;
 8   correct?
 9        A.    That is correct.
10        Q.    Then the next is a quote from him,
11   correct, from Dr. Wright?
12        A.    That is what he said.
13              MS. McGOVERN:  Object to the form.
14   BY MR. BRENNER:
15        Q.    He told you that the four
16   recipients were, "Hal, Dave, myself and another
17   I could not name because I have no right to do
18   so."  Is that accurate?
19        A.    That is what he said.
20        Q.    Okay, so if you go to the next
21   paragraph ----
22        A.    Yes.
23        Q.    -- it starts with Wright's e-mails
24   to Kleiman?
25        A.    Indeed.
```



Page 112

```
 1          Q.     You write that:  "Wright's e-mails

 2    to Kleiman suggest that by the point he was

 3    starting to mine the millions or so Bitcoins that

 4    are said to be owned" -- I am sorry, I will start

 5    that question again.

 6          A.     Sure.

 7          Q.     In the next sentence you write:

 8    "Wright's e-mails to Kleiman suggest that by this

 9    point he was starting to mine the millions or so

10    Bitcoin that are said the be owned by Satoshi

11    Nakamoto."  Is that an accurate factual assertion,

12    based on your journalistic knowledge?

13                 MR. KORZENIK:  Let's go away from

14    saying what it is based on, because that is not in

15    the zone, just stick with whether that statement

16    is accurate.

17                 MR. BRENNER:  Okay.  Let me

18    rephrase it.

19    BY MR. BRENNER:

20          Q.     You write:  "Wright's e-mails to

21    Kleiman suggest that by this point he was starting

22    to mine the million or so Bitcoins that are said

23    to be owned by Satoshi Nakamoto."  Is that

24    accurate?

25          A.     Yes.
```



Page 113

1       Q.      Then you pick up with a quote, and

2   just familiarise yourself because I wanted to make

3   sure you agree with me.  You are quoting from

4   something that Dr. Wright wrote to Kleiman;

5   correct?

6       A.      Yes.

7       Q.      And Dr. Wright -- you state that

8   Dr. Wright wrote to Kleiman:  "I have a few

9   potential clients in gaming and banking, I figure

10  I can work 10 to 15 hours a week and pretend to

11  have a consultancy and use this to build and buy

12  the machines I need.  If I automate the code and

13  monitoring I can double the productivity and still

14  offer more than others are doing.  The risks are

15  in place in" ----

16      A.      "The racks are in place", sorry.

17      Q.      Thank you.  "...I figure we can

18  have 100 cores a month set up and get to around

19  500."  Is that an accurate depiction of what

20  Dr. Wright write to Mr. Kleiman?

21              MS. McGOVERN:  Object to the form.

22      A.      Just for the record, sir, you

23  mistook the word "racks" for the word "risks" when

24  you quoted that material.  The word racks after

25  the ellipses should be clear, not risks.



Page 114

1    Otherwise, it is accurate.

2    BY MR. BRENNER:

3         Q.     Just so the record is clear, I know

4    it is cumbersome, because we may have to play this

5    in court, I am going to read it again and I will

6    try to read at a higher level than I currently

7    have been doing.  You write in your article that

8    Dr. Wright wrote the following to Mr. Kleiman:

9    "I have a few potential clients in gaming and

10   banking.  I figure I can work 10 to 15 hours a

11   week and pretend to have a consultancy and use

12   this to build and buy the machines I need.  If I

13   automate the code and monitoring I can double the

14   productivity and still offer more than others are

15   doing.  The racks are in place in Bagnu and

16   Lisero.  I figure we can have 100 cores a month

17   set up and get to around 500."  Is that an

18   accurate statement of what Dr. Wright wrote to

19   Mr. Kleiman?

20              MS. McGOVERN:  Object to the form.

21         A.     That is accurate.

22   BY MR. BRENNER:

23         Q.     Then you write:  "Kleiman replied

24   the same day to affirm their vows."  Is that

25   accurate?



Page 115

1                  MS. McGOVERN:  Object to the form.

2          A.     That is accurate.

3   BY MR. BRENNER:

4          Q.     Now, if you go to -- I will count

5   the paragraphs -- nine paragraphs down.

6          A.     Yes.

7          Q.     It starts off with, "For some

8   reason"?

9          A.     Yes.

10                 MR. BRENNER:  Is everyone there?

11                 MR. KORZENIK: Not yet.

12         Q.

13                 MR. BUNTING:  Page 190,

14  Mr. Korzenik.

15                 MR. KORZENIK:  Thank you, got it.

16  BY MR. BRENNER:

17         Q.     Mr. O'Hagan, in that paragraph.

18  You write:  "For some reason, possibly fear of the

19  ATO, Wright set up a trust fund called the Tulip

20  Trust in June 2011 and asked Kleiman to sign an

21  agreement saying that he, Kleiman, would hold

22  1,100,111 Bitcoin for, and then valued £100,000."

23                 MR. KORZENIK:  Objection to the

24  composite.

25                 MS. McGOVERN:  Objection to form.



1              MR. BRENNER:  Let me try to import

2      your objection -- do you want me to break the

3      sentence up?

4              MS. McGOVERN:  You are making the

5      question as though it were a quote.  If you could

6      please indicate in your question if there is a

7      quotation.  If there is not, I think we can assume

8      there are no quotations around the statement and

9      it is simply Mr. O'Hagan's statement, as opposed

10     to a quote.

11             MR. BRENNER:  Okay.  Since every

12     time I have used a quotation, I have said "quotes"

13     you are perfectly welcome to assume when I do not

14     use the word "quotes" there is no quotes.  I did

15     not say "quotes".  Okay?  So please, we are trying

16     to get through this, it is not ----

17             MS. McGOVERN:  I simply need to

18     know when you are making your question whether you

19     are referring to a quotation, and if so, please

20     say "I quote".

21             MR. BRENNER:  I have said that

22     every time.  I am not quoting here.  I am actually

23     quoting what Mr. O'Hagan wrote.  Let us start

24     over.

25     BY MR. BRENNER:



Page 117

```
 1          Q.     In this paragraph, Mr. O'Hagan, you

 2   write:  "For some reason, possibly fear of the

 3   ATO, Wright set up a trust fund called the Tulip

 4   Trust in June 2011 and asked Kleiman to sign an

 5   agreement saying that he, Kleiman, would hold

 6   1,100,111 Bitcoin per an, then valued at £100,000,

 7   currently worth around $800 million."

 8               MR. KORZENIK:  There is a lot

 9   there, I object to that.

10               MS. McGOVERN:  Same objection.

11               MR. BUNTING:  Break it down.

12   BY MR. BRENNER:

13          Q.     Okay.  Did you write that, sir, is

14   that accurate?

15          A.     That is two different questions,

16   Mr. Brenner.  I did write it.

17          Q.     Okay you did write it.  Is it

18   accurate?

19          A.     It is a true reflection of my

20   understanding at the time, yes.

21          Q.     Okay.  Then you go on and write:

22   "For clarity, there is no evidence that Kleiman

23   ever took custody of that amount."  Is that

24   accurate?

25               MR. KORZENIK:  Objection.
```



MAGNA
LEGAL SERVICES

Page 118

```
 1                MS. McGOVERN:  Same objection.
 2   BY MR. BRENNER:
 3         Q.    You can answer.
 4         A.    I would like to understand the
 5   nature of Mr. Korzenik's objection.
 6         Q.    Sure.
 7                MR. KORZENIK:  The only question is
 8   whether that -- he believes that is accurate.
 9   BY MR. BRENNER:
10         Q.    Right, that is all I asked you.
11         A.    Yes, it is accurate.
12         Q.    The next sentence says:  "However,
13   there was a separate agreement that Kleiman would
14   receive 350,000 Bitcoin when this transaction was
15   made."  Do you see that?
16         A.    I do.
17         Q.    Is that accurate?
18         A.    It is an accurate reflection of my
19   journalistic materials.
20                MS. McGOVERN:  Object to the form.
21                MR. KORZENIK:  I am sorry,
22   Andrew ----
23         A.    I said it is an accurate reflection
24   of my journalistic materials.
25   BY MR. BRENNER:
```



```
 1          Q.     Then the next sentence has a

 2    quotation, is that a quotation from Dr. Wright --

 3    strike that.  The next sentence has a quotation.

 4    You are quoting from -- it says you are quoting

 5    from a trust document?

 6          A.     That is what it says.

 7          Q.     Okay.  Go to the next -- there is

 8    the block quote, there is another paragraph and

 9    then there is a paragraph that starts with,

10    "I came to fee."

11          A.     Got it.

12          Q.     You got it?

13          A.     I have.

14          Q.     Without reading out loud, can you

15    just read that paragraph so you are familiar with

16    sort of the context of what is being talked about

17    in that paragraph, just to yourself?

18          A.     Give me one second.

19          Q.     Sure.

20              MS. McGOVERN:  Where are you

21    directing him?

22              MR. BRENNER:  The paragraph that

23    starts with, "I came to feel."

24          A.     Yes.

25    BY MR. BRENNER:
```



Page 120

```
 1          Q.     Okay.  So in the -- I guess about
 2     five lines up from the bottom of that paragraph
 3     where it talks about the e-mails ----
 4          A.     Hmm hmm.
 5          Q.     -- having read that, when you said
 6     the e-mails, what were you referring to?
 7                 MR. KORZENIK:  Objection.
 8     BY MR. BRENNER:
 9          Q.     You can answer.
10                 MR. KORZENIK:  No, I want you to
11     cite particular assertions and then ask if they
12     are accurate or not, provided that they are facts
13     or quotes.
14                 MR. BRENNER:  Well, I am doing my
15     best, but it is impossible if he cannot identify
16     when he uses the word "the e-mails", I cannot
17     identify who the e-mails are.
18     BY MR. BRENNER:
19          Q.     Are the e-mails from Dr. Wright?
20                 MR. BUNTING:  Objection.
21                 MR. KORZENIK:  Let's read the
22     passage here again to try to understand what it is
23     that is referenced.  If it is not clear in the
24     passage then it is not something that we are going
25     to discuss.
```



Page 121

1    BY MR. BRENNER:

2         Q.    Let us try it that way and see if

3    we can get there.  I am starting to read from

4    where it says, "the e-mails", do you see that?

5         A.    Yes.

6         Q.    It says:  "The e-mails, when I got

7    them, seemed to clear this up slightly, but during

8    many dozens of hours of conversations with Wright

9    he never properly told me how many Bitcoin he

10   mined."  Is that an accurate statement of what

11   Dr. Wright told you?

12        A.    I think you need to rephrase that,

13   Mr. Brenner, it is not referring to what he told

14   me.

15        Q.    Well, I am referring to where he

16   says, "he never properly told me how many Bitcoin

17   he mined"?

18        A.    That is an accurate statement, yes,

19   but that is in the latter half of a long sentence.

20        Q.    Fair enough.  I will break it up.

21   Is it true that during your many hours of

22   conversations with Dr. Wright, is it accurate that

23   during your many dozens of hours of conversations

24   with Dr. Wright, he never properly told you how

25   many Bitcoin he mined; is that accurate?



Page 122

```
 1                MS. McGOVERN:  Object to the form.
 2          A.    That is accurate.
 3   BY MR. BRENNER:
 4          Q.    Thank you.  Is it true, when
 5   discussing the full accounting of everything that
 6   happened between him and Mr. Kleiman, meaning
 7   Dr. Wright and Mr. Kleiman, Dr. Wright said that
 8   it was ----
 9                THE EXAMINER:  Can we -- we
10   couldn't hear the last few words.
11   BY MR. BRENNER:
12          Q.    Mr. O'Hagan, I am in the same
13   paragraph?
14          A.    Yes.
15          Q.    Let me ask the question again.
16   I am just -- using your language, okay?
17          A.    Yes.
18          Q.    Is it accurate that Wright did not
19   ever give you a full account of everything that
20   had occurred between him and Mr. Kleiman?
21          A.    That is correct.
22          Q.    And it is accurate that regarding
23   that subject, meaning his accounting of what he
24   had done with Mr. Kleiman, that Dr. Wright told
25   you it was complicated?
```



Page 123

1          A.      That is what he said.

2          Q.      Okay.  Thank you.  So I am now

3    going two paragraphs down.

4          A.      Yes.

5          Q.      The paragraph that starts with,

6    "I asked Dr. Wright"?

7          A.      "I asked Wright".

8          Q.      Yes, "I asked Wright", thank you.

9    In order to understand that, that says, "I asked

10   Wright about this"; correct?

11         A.      Yes.

12         Q.      The "this" is, if you could read

13   the paragraph before, so you have context of what

14   the conversation was about.  Do you see that?

15         A.      Yes, I do.

16         Q.      In discussions with Dr. Wright

17   about 1.1 million Bitcoin, did Dr. Wright tell you

18   that it was true that his and Kleiman's mining

19   activity had led to a complicated trust; is that

20   accurate?

21              MS. McGOVERN:  Object to the form.

22   BY MR. BRENNER:

23         Q.      Let me rephrase it because I should

24   have been using accurate instead of true.  Let me

25   rephrase it.  Is it accurate that Dr. Wright told



Page 124

1    you that his and Kleiman's mining activity had led

2    to a complicated trust?

3           A.    That is what he said.

4           Q.    And the mining activity is

5    referring to the mining of Bitcoin; correct?

6           A.    Correct.

7           Q.    Okay.  Go to two paragraphs down,

8    it starts off with, "Around this time."

9           A.    Got it.

10          Q.    Go to the very end of that

11   paragraph.

12          A.    Yes.

13          Q.    And the last sentence, do you see

14   that?

15          A.    I do.

16          Q.    Just to give yourself context, can

17   you confirm for me that the "he" you are quoting

18   there is Dr. Wright?

19          A.    Yes.

20          Q.    Let me read the quote and ask you

21   if it is accurate, okay?

22          A.    Okay.

23          Q.    Is it accurate that Dr. Wright told

24   you:  "My way of lying is to let you believe

25   something.  If you stop questioning then and then



Page 125

1    you go off and I do not correct you, that is my

2    lie."  Is that accurate of what Dr. Wright told

3    you?

4              MS. McGOVERN:  Object to the form.

5         A.    That is an accurate quote.

6    BY MR. BRENNER:

7         Q.    Thank you.  An accurate quote from

8    Dr. Wright?

9         A.    Yes.

10        Q.    Thank you.  You are going to skip

11   the next paragraph and go to the next paragraph,

12   which is just a single quotation paragraph.

13        A.    Hmm hmm.

14        Q.    I am sorry, so everyone gets there,

15   the paragraph starts with a quotation mark with

16   the words, "We never really thought."

17        A.    Yes.

18             MR. BRENNER:   Is everyone there?

19             MR. KORZENIK:  Yes.

20   BY MR. BRENNER:

21        Q.    Did Dr. Wright -- is it accurate

22   that Dr. Wright told you:  "We never really

23   thought that 'we made Satoshi' it was good, it was

24   done, it was cool, but I don't think we realised

25   how big it would be."  Is that an accurate



Page 126

1      description of what Dr. Wright told you?

2           A.     That is what he said.

3           Q.     Then he goes on in that quote,

4      talking about Satoshi, and says:  "We thought it

5      was funny."  Is that accurate, what Dr. Wright

6      told you?

7           A.     That is right, that is an accurate

8      quote from him.

9           Q.     Thank you.  Okay.  We are going

10     several pages forward, so let me see if I can find

11     some sort of header that will help you get there.

12     If you start from where we were, and you keep

13     turning pages, you will get to a page that has a

14     paragraph that starts with a bold letter "P"?

15          A.     Yes.  Petersen.

16          Q.     Petersen?

17          A.     Yes.

18          Q.     If you turn a couple more pages you

19     will get to one with a bold letter "T", for "The

20     main players?"

21          A.     Got it.

22          Q.     Do you see that?

23          A.     I do.

24          Q.     Now go eight more paragraphs to a

25     paragraph that starts off:  "We talked about some



Page 127

```
 1   of the difficulties."

 2           A.      I am there.

 3           Q.      I am sure others are going to have

 4   to catch up.

 5                   MR. KORZENIK:  Got it.

 6                   MS. McGOVERN:  This is Amanda, I am

 7   not there.  Can you sort of map that out again?

 8                   MR. BRENNER:  If you start at where

 9   we left off, and you start turning pages you will

10   get to a paragraph that has -- the first letter is

11   a capitalize bolded "P".

12                   MS. McGOVERN:  Yes, we got it.

13                   MR. BRENNER:  Continue past that,

14   you will get to one that has a capitalised bolded

15   "T".

16                   MS. McGOVERN:  I got it.

17                   MR. BRENNER:  Then you go about

18   eight more paragraphs.

19                   MS. McGOVERN:  I got it.

20                   MR. BRENNER:  "We talked about some

21   of the difficulties."

22                   MS. McGOVERN:  Yes, I got it.

23   BY MR. BRENNER:

24           Q.      The beginning of that paragraph is

25   talking about your discussions with someone else,
```



MAGNA
LEGAL SERVICES

Page 128

1    so I am not going to ask you about that.

2             A.    Okay, yes.

3             Q.    So we are going down to the end of

4    that paragraph, where it actually talks about

5    something Dr. Wright told you; do you see that?

6             A.    Yes.

7             Q.    If you could familiarise yourself,

8    just to read those last two sentences, then

9    I think it will help you answer the question.

10            A.    Yes, I am there.

11            Q.    Is it accurate that here you are

12   talking about a conversation -- strike that, do

13   you call it a conversation or interview when you

14   are talking about that, I want to use the right

15   term, I do not want to belittle it or make it

16   something it is not.

17                  MR. KORZENIK:  Look at what it

18   says.

19                  MR. BRENNER:  It does not say

20   either.

21   BY MR. BRENNER:

22            Q.    Would you rather me refer to it as

23   a conversation an or interview?

24            A.    I think that is a perfectly

25   reasonable question.  Over that length of time it



Page 129

1    became a conversation rather than an interview.

2         Q.    I do not want to offend you by

3    making it something i tis not.  Okay, in this

4    paragraph, correct me if I am wrong, are you

5    talking about a conversation with Dr. Wright

6    regarding certain e-mails between him and

7    Mr. Kleiman?

8         A.    Mr. Brenner, are you referring to

9    that last sentence, "Wright had told me he would

10   produce"?

11        Q.    Yes, I am trying to give context

12   for what the quote is, the statement.  The

13   conversation you had with Dr. Wright is about

14   e-mails between him and Mr. Kleiman?

15        A.    Yes.

16        Q.    Is that right?

17        A.    Yes.

18        Q.    And Dr. Wright told you that he

19   would produce the e-mails by the following

20   Wednesday but he never did; is that accurate?

21             MR. KORZENIK:  Just a minute, can

22   we stick with the lines from the words.

23             MR. BRENNER:  I read it exactly.

24   I will do it again.

25   BY MR. BRENNER:



MAGNA
LEGAL SERVICES

Page 130

```
 1          Q.     Is it true that Dr. Wright told you

 2    he would produce the missing e-mails by the

 3    following Wednesday -- strike that.  Is it

 4    accurate that Dr. Wright told you that he would

 5    produce the e-mails by the following Wednesday but

 6    that he never did?

 7          A.     That is what I wrote and that is

 8    accurate.

 9          Q.     Thank you.  Skip the next

10    paragraph, and then we are going to paragraph that

11    starts off with the name Calvin Ayre?

12          A.     Yes.

13                 MR. BRENNER:  Is everyone there?

14                 MR. KORZENIK:  Yes.

15    BY MR. BRENNER:

16          Q.     In the second sentence there is a

17    statement from Dr. Wright to you regarding

18    Mr. Ayre?

19          A.     There is.

20          Q.     And Dr. Wright told you that he

21    call would Mr. Ayre, "The man in Antigua"; is that

22    accurate?

23          A.     That is what he called him.

24          Q.     If you could go down two

25    paragraphs?
```



1          A.     Yes.

2          Q.     Paragraph starts with, "At the

3     Jermyn Street."  I am going to the paragraph that

4     says "many people".

5          A.     Yes.

6          Q.     Three lines down?

7          A.     "Many people refer" yes.

8          Q.     You write:  "Many people refer to a

9     Satoshi mine hoard that has never been spent and

10    the figure always around a million Bitcoin is the

11    same one admitted to by Wright and Kleiman."  Do

12    you see that?

13         A.     I do.

14         Q.     Is that something that Dr. Wright

15    admitted to you, that quote, is that accurate?

16              MS. McGOVERN:  Object to the form.

17              MR. KORZENIK:  I am going to object

18    to the composite.  It is not clear to me what that

19    refers to.

20              MR. BRENNER:  If I asked him what

21    it refers to you are going to tell me to stick to

22    the -- I read the whole sentence so I don't know

23    what you want me to do.

24              MR. KORZENIK:  Break it up.

25         A.     Can I help you, Mr. Brenner, are



MAGNA◗

LEGAL SERVICES

Page 132

1    you asking me if he admitted it to being himself

2    and Kleiman, or are asking me if he admitted it to

3    being himself?

4    BY MR. BRENNER:

5         Q.    Or you could tell me if it is one

6    of those two things or something else.  I am

7    asking you what he admitted?

8         A.    I am alerting you to the fact that

9    it might be more than one person that is behind

10   the admission.

11            MS. McGOVERN:  Excuse me,

12   Mr. O'Hagan, I hate to interrupt you, but I need

13   to make my objection on the record.  It is the

14   only time we have the opportunity to do this.

15            THE WITNESS:  I understand.

16            MS. McGOVERN:  I do not understand

17   the question, can you please repeat it?

18   BY MR. BRENNER:

19        Q.    Mr. O'Hagan, I am on the sentence

20   that starts with "many people"?

21        A.    Yes.

22        Q.    And what I am going to do, just so

23   you understand what my question is going to be,

24   I am going to read the sentence in to the record

25   then I am going to ask you which part of that



Page 133

1   sentence is an accurate depiction of what

2   Dr. Wright admitted to you, okay?

3          A.     Yes.

4          Q.     The sentence says:  "Many people

5   refer to a Satoshi mine hoard that has never been

6   spent and the figure, always around a million

7   Bitcoin, is the same one admitted to by Wright and

8   Kleiman."  What did Dr. Wright admit to you?

9                 MS. McGOVERN:  Object to the form;

10  outside the scope and hearsay.

11  BY MR. BRENNER:

12         Q.     You can answer.

13         A.     The figure.

14         Q.     That the Satoshi mined hoard is

15  around a million Bitcoin?

16         A.     Yes, that is what he said.

17         Q.     Then the next sentence says:  "The

18  difference is that Wright said he spent a lot of

19  his."  Do you see that?

20         A.     Yes.

21         Q.     Is that accurate of what Dr. Wright

22  told you?

23                MS. McGOVERN:  Object to the form.

24         A.     That is what he said.

25  BY MR. BRENNER:



Page 134

```
 1          Q.     Okay.  I am now going to go a few
 2   more pages, and let me try to orient everyone.  If
 3   you turn the next page, you will see a paragraph
 4   that starts off with a bold "S"?
 5          A.     Yes, "Satoshi".
 6          Q.     Yes, we are going to go past that
 7   one.  The next marker I can see is a subheading or
 8   a heading that is called "proof"?
 9          A.     Yes.
10          Q.     We are going to skip past that.  On
11   the next page, there is a part that starts with a
12   bold "I"?
13          A.     Yes.
14          Q.     I am going to be the paragraph
15   right above the bolded "I"?
16          A.     Got it.  "Just before these
17   sessions took place." Yes?
18          Q.     Yes, that paragraph, yes, sir.
19               MR. KORZENIK:  We do not have
20   bolded.
21               MR. BRENNER:  That complicates it
22   more.  Okay.  It starts off with -- the paragraph
23   starts with, "Just before these sessions took
24   place."
25               MR. KORZENIK:  Got it.
```



Page 135

```
 1                    MR. BRENNER:  You good?
 2                    MR. KORZENIK:  Yes.
 3      BY MR. BRENNER:
 4           Q.     Thank you.  In that paragraph, at
 5      the end of that paragraph, I am just trying to --
 6      there is a sentence that starts, "I didn't
 7      always"?
 8           A.     Yes.
 9           Q.     "I didn't always know what he was
10      talking about."  Are you referring to Dr. Wright
11      in this?
12           A.     Yes.
13           Q.     Let me read it then:  "I didn't
14      always know what he was talking about.  His
15      expertise at certain periods was startling and so
16      were his obfuscations."  Is that accurate?
17           A.     Obfuscations, yes.
18           Q.     Okay.  Then the next paragraph, we
19      are going to now go several pages.  Let me see the
20      best way to give you the markers.  Give me one
21      second to do that.  The paragraph we were on, the
22      next paragraph starts with a bold "I".
23           A.     Yes.
24           Q.     There is then one a couple of pages
25      late with a bold "A"?
```



```
 1          A.     Yes.
 2          Q.     There is then a subheading in that
 3    article that says "The reveal"?
 4          A.     Yes.
 5          Q.     Then if you go -- I will count the
 6    paragraphs is the easiest way to do it.  Starting
 7    with the section that starts with "The reveal" --
 8    27 paragraphs, the paragraph starting with,
 9    "I have people mud slinging" -- I assume it is
10    going to take folks some time to get there.
11                 MR. BUNTING:  Page 40 of
12    Mr. O'Hagan.
13                 MR. KORZENIK:  What is that Jude?
14                 MR. BUNTING:  It is page 40 of the
15    one that Mr. O'Hagan has.
16          A.     Yes, I am there.
17                 MR. KORZENIK:  Past "The reveal".
18                 MR. BRENNER:  Yes, 27 paragraphs
19    into that section.
20                 MR. KORZENIK:  And it has, "I have
21    people slinging mud".
22                 MR. BUNTING:  It is page 228 of
23    yours, Mr. Korzenik.
24                 MR. KORZENIK:  228, got it.
25                 MR. BRENNER: Ms. McGovern, do you
```



Page 137

```
 1    have it?

 2                    MS. McGOVERN:  I apologise, yes,

 3    I do.

 4    BY MR. BRENNER:

 5            Q.     Okay, Mr. O'Hagan, I think you have

 6    it?

 7            A.     I do.

 8            Q.     Thank you sir.  That paragraph

 9    starts off with a quote from Dr. Wright; correct?

10            A.     It is, yes.

11            Q.     It is accurate ----

12            A.     Yes, that is what he said.

13            Q.     Just to give context, the part of

14    the article that you are quoting from Dr. Wright

15    is his discussion regarding -- is it his

16    discussion about coming out as Satoshi Nakamoto?

17            A.     That is the context, yes.

18            Q.     And he said:  "I've got people mud

19    slinging."  Is that accurate?

20            A.     That is accurate.

21            Q.     And then you then write -- I am now

22    quoting you, not Dr. Wright.  You write:  "But

23    that wasn't true, he wasn't feeling forced because

24    of what he people said.  He felt forced or obliged

25    to come out because he'd signed the deal with
```



Page 138

1   Encrypt in June 2015."  Is that accurate?

2                   MR. KORZENIK:  Objection, that is

3   more evaluative and opinion.  You started with

4   "having felt", that is his surmise, that is not

5   factual.

6                   MR. BRENNER:  I ask that you allow

7   him to answer the question, and we will be almost

8   done.  If you instruct him not to answer, we will

9   have to take it up with the court.

10                  MS. McGOVERN:  I join the

11  objection.

12                  MR. BRENNER:  Are you going to

13  allow him to answer?

14                  MR. KORZENIK:  No.

15  BY MR. BRENNER:

16        Q.    Okay.  Mr. O'Hagan, just as a

17  formally, are you going to follow your counsel's

18  instruction?

19        A.    I am.

20        Q.    Thank you.  You write, and this is

21  leading up to a quote, you write:  "And he

22  deepened the lie when Cellan-Jones asked him why

23  he had not revealed himself."  First of all, is

24  that accurate?

25                  MR. KORZENIK:  Objection.  Again,



MAGNA
LEGAL SERVICES

Page 139

1    I object because it is his surmise and

2    characterisation of people's -- it is an

3    attribution of intention, it is not factual, and

4    therefore outside of the order.

5                    MR. BRENNER:  And you are

6    instructing him not to confirm what he wrote?

7                    MR. KORZENIK:  Correct.

8    BY MR. BRENNER:

9          Q.    Are you going to follow your

10   counsel's instruction?

11         A.    I will.

12         Q.    Thank you sir.  Then there is a

13   quote again, this is, just to give context,

14   Dr. Wright is talking about his coming out as

15   Satoshi Nakamoto.  The quote is:  "I would like to

16   go to conferences, put out papers, I cannot do

17   that now, I can never just be Craig again."  Is

18   that an accurate statement of what Dr. Wright told

19   you?

20                    MR. KORZENIK:  I an sorry Andrew,

21   where is that?

22         A.    It is at the end of that paragraph.

23   BY MR. BRENNER:

24         Q.    I will read it again.

25                    MR. BUNTING:  It is over the page.



Page 140

1              MR. KORZENIK:  I got it, 229. Good.

2      BY MR. BRENNER:

3           Q.     I will ask it again so the record

4      is clean.  Again, in the context of Dr. Wright

5      talking about coming out as Satoshi Nakamoto, is

6      it accurate that he gave you the following quote:

7      "I would like to go to conferences, put out

8      papers, I cannot do that now, I can never just be

9      Craig again."

10          A.     That is what he said to me.

11          Q.     Okay, now I guess it is about two

12     pages, but just to do it the way we have been

13     doing it, since it is the way it is working, turn

14     a page or two, you will see a bolded letter "T"?

15          A.     Yes.

16          Q.     And we are going to go -- let us go

17     there, let me ask you, you have a series of

18     quotations starting at the end of the paragraph

19     that starts with "T", correct?

20          A.     Yes.

21          Q.     The first quotation that I see

22     says:  "My name is Craig Wright and I am about to

23     demonstrate the signing of the message with a key

24     that is associated with the first transaction ever

25     done on Bitcoin, the transaction of ten Bitcoin to



Page 141

```
 1    Hal Finney."  Is that an accurate quote from

 2    Dr. Wright?

 3           A.     That is what he said, yes.

 4           Q.     The next quote is not from

 5    Dr. Wright, am I correct it is someone asking

 6    Dr. Wright questions?

 7           A.     Cellan-Jones, who is referred to at

 8    the end of the first paragraph with the drop T.

 9           Q.     I am not going to ask you to

10    confirm the accuracy of what Mr. Cellan-Jones, I

11    am just going to identify which is him talking

12    about which is Dr. Wright talking?

13           A.     Sure.

14           Q.     The next quote, who did the

15    transaction without confirming or denying the

16    accuracy, that is a quote from Mr. Cellan-Jones;

17    correct?

18           A.     Yes.

19           Q.     Mr. Write's response was, quote,

20    "I did"; correct?

21           A.     Yes.

22           Q.     That is accurate?

23           A.     Yes.

24           Q.     Okay.  The next quote is from

25    Mr. Cellan-Jones and says:  "In whose name is
```



Page 142

1   associated with that transaction."

2         A.    Yes, that is Cellan-Jones.

3         Q.    Is it accurate that Dr. Wright's

4   response was:  "The Moniker is Satoshi Nakamoto."

5   Is that accurate?

6               MS. McGOVERN:  I Object to the form

7   of the question.

8   BY MR. BRENNER:

9         Q.    You can answer.

10        A.    Yes, that is accurate.

11        Q.    The next quote from

12  Mr. Cellan-Jones is:  "So you are going to show me

13  that Satoshi Nakamoto is you"; do you see that?

14        A.    I do.

15        Q.    And is it true, is it accurate that

16  Dr. Wright's response was "yes"?

17        A.    Yes.

18        Q.    The next quote from

19  Mr. Cellan-Jones says:  "Are you confident that

20  this will prove to the world that you are

21  Satoshi?"  Do you see that?

22        A.    Yes.

23              MS. McGOVERN:  I am going to object

24  to hearsay statements from Cellan-Jones.

25              MR. BRENNER:  You have a standing



Page 143

```
 1    objection to hearsay, you do not need to do it.
 2              MS. McGOVERN:  Evaluative
 3    statements of Mr. O'Hagan can be hearsay
 4    statements.  I object to that.
 5              MR. BRENNER:  You have a standing
 6    objection to hearsay and I am just reading quotes,
 7    but the objection stands.
 8              MS. McGOVERN:  (Unclear).
 9              MR. BRENNER:  Sure.
10    BY MR. BRENNER:
11         Q.    I will ask you again, Mr. O'Hagan,
12    so we can have a clean record.
13         A.    Sure.
14         Q.    The next quote is from Mr.
15    Cellan-Jones.  It says:  "Are you confident that
16    this will prove to the world that you are
17    Satoshi?"
18         A.    That is Cellan-Jones.
19         Q.    Okay.  Then the next quote is from
20    Dr. Wright, is the next quote from Dr. Wright, is
21    it accurate that he said:  "It proves I have keys
22    other things will be releasing will help, some
23    people will believe and some people won't and to
24    tell you the truth I don't really care."  Is that
25    an accurate quote from Dr Wright?
```



Page 144

```
 1                    MS. McGOVERN:  Objection to form.
 2     This is below with respect to the ellipses, that
 3     apparently suggest there are other things said
 4     that are not there, so whether it is an accurate
 5     quote is a statement that cannot be answered on
 6     the record.
 7                    MR. BRENNER:  It does not sound
 8     like a form of objection, but thank you.
 9     BY MR. BRENNER:
10          Q.     It is accurate that Dr. Wright
11     said:  "It proves I have keys, other things we'll
12     be releasing will help, some people will believe
13     and some people won't and to tell you the truth
14     I don't really care."
15          A.     He said those words.
16          Q.     The next quote is from Mr.
17     Cellan-Jones.  He says:  "But you can say hand on
18     heart 'I am Satoshi Nakamoto.'"  Did I read that
19     right?
20                    MS. McGOVERN:  Object to the form.
21          A.     You read it right, yes.
22     BY MR. BRENNER:
23          Q.     The next quote, is it accurate that
24     Dr. Wright said:  "I was the main part of it,
25     other people helped.  At the end of the day none
```



1    of this would have happened without Dave Kleiman,

2    without Hal Finney and without those who took over

3    like Gavin and Mike."  Is that accurate?

4         A.    That is what he said.

5         Q.    The next quote -- on my copy the

6    next page, a page and a third down, the paragraph

7    starts with, "Also at 8 a.m." it is right after

8    the long block work?

9         A.    Yes, I have it.

10             MR. BRENNER:  Folks, other counsel,

11   let me know if you are able to find it.

12             MS. McGOVERN:  I am not sure where

13   you are.

14             MR. BRENNER:  Sure.  So on the next

15   page there is a subheading called "life rights",

16   and in that section there is a paragraph and a

17   longish block quote.

18             MR. KORZENIK:  Yes.

19             MR. BRENNER:  The next paragraph

20   starts with, "Also at 8 a.m."

21             MR. KORZENIK:  Yes, got it.

22   BY MR. BRENNER:

23        Q.    Thank you.  Thank you.  In this

24   paragraph, to give context, this is -- I am in the

25   back part of the paragraph, the bottom half of the



Page 146

1    paragraph -- you refer to a Radio 4 Today

2    programme broadcast?

3            A.      Yes.

4            Q.      About Cellan-Jones' report?

5            A.      Yes.

6            Q.      You then have a quotation, is that

7    something that was on the radio report?

8            A.      Yes.

9            Q.      Then at the end of that you put --

10   at the very end of the paragraph you say "they",

11   are you referring to the report still, the radio

12   report?

13           A.      Yes.

14           Q.      You say:  "They played the part of

15   the interview where Wright said he was part of the

16   group between Satoshi."  Is that accurate?

17           A.      That is accurate.

18           Q.      Go a few pages further, we will try

19   to do what we have been doing before to help you

20   -- if you go several pages, you will get to

21   paragraph that starts with a capitalised "T"?

22           A.      Yes.

23           Q.      Then if you go -- don't worry about

24   it, it is not -- let's take a very short break

25   because I think I am done.



Page 147

```
1              THE VIDEOGRAPHER:  Are you going to
2    go off the record then.
3              MR. BRENNER: Sure.
4              THE VIDEOGRAPHER:  Going off the
5    record.  The time is 4.27.
6     (A short break off the record from 4.27 to 4.39)
7     THE VIDEOGRAPHER:  Back on the record.  The time
8                   is 4.39.
9    BY MR. BRENNER:
10        Q.     Thank you.  Mr. O'Hagan, I
11   just have two more questions and in the interest
12   of full disclosure, they're questions that have to
13   do with evidentiary rules in the United States
14   that I need to ask you.  The first question is:
15   Is it accurate that on or about June 2016 the
16   London Review of Books published an article
17   entitled "The Satoshi Affair.  Andrew O'Hagan on
18   the many lives of Satoshi Nakamoto" a copy of
19   which is attached to this deposition as exhibit 2?
20              MS. MCGOVERN:  Object to the form.
21        A.     Yes, it did.
22   BY MR. BRENNER:
23        Q.     Is it true, that -- does the copy
24   of the article attached to this deposition as
25   exhibit 2 truly and accurately reflect the
```



**MAGNA**
**LEGAL SERVICES**

Page 148

```
1    observations and contained in that article?
2                    MS. MCGOVERN:  Object to the form.
3                    MR. KORZENIK:  Objection.  I think
4    it's simply:  Is it a true copy of the article?
5                    MR. BRENNER:  Effectively yes.  I
6    just need to use the magic language.  You can
7    answer.
8         A.    It is a true copy of the article as
9    published.
10                   THE EXAMINER:  Are those your two
11   questions?
12   BY MR. BRENNER:
13        Q.    No well, the problem is the answer
14   changed the -- I have to ask the question again
15   with the words that I need for evidential
16   purposes.  Does the copy of the article attached
17   to this deposition as exhibit 2 truly and
18   accurately reflect the observations and facts
19   contained therein?
20                   MR. KORZENIK:  Objection.  It can't
21   be done in such a global way.
22                   MR. BRENNER:  I'd really -- fine.
23   This would be a shame to come back on this.  This
24   is -- Mr. Korzenik, if you recall that this is
25   exactly what you guys asked for originally to
```



Page 149

1    -- regarding the article and actually put in an

2    affidavit, I believe, I just request the witness

3    answer the question.  It is just for evidentiary

4    purposes.

5                    MR. KORZENIK:  It is not

6    evidentiary.  What you're asking is to confirm all

7    of the assertions and observations in the article.

8    We can't do that.  In other words, I'm not

9    globally asserting that everything in it is true.

10   There are some things in it that different parties

11   out there quotations from people that take

12   different positions on the same thing and you can

13   see the end of the article that a lot is left to

14   the reader.  So I --

15                    MR. BRENNER:  Yes ----

16                    MR. KORZENIK:  -- that on a global

17   level, I can't say that everything in it is

18   correct or that everybody's observations are

19   correct.  Some observations turn out not to be

20   correct.  Right?

21   BY MR. BRENNER:

22       Q.     Fair enough, I'm not trying to ask

23   him to vouch for what about someone told him or

24   did not tell him was true or not, other than what

25   we already done.  All I am asking is the article



Page 150

```
 1    attached to deposition as exhibit 2 truly and

 2    accurately reflect the observations and facts as

 3    you observed them and understood them?

 4                  MS. MCGOVERN:  Object to the form.

 5                  MR. KORZENIK:  Same objection. It's

 6    just global.  In other words, you're asking does

 7    it truly reflect the quotations that were cited

 8    attributed to different people within the work,

 9    then the answer would be fairly yes, because we've

10    specifically addressed those.  We don't know if

11    some of those are true or not.  That's just what

12    they said and it is a truthful account of what

13    they said and an accurate account of what they

14    said.

15    BY MR. BRENNER:

16            Q.    Do you agree with what your counsel

17    just stated as the nature of the article?

18            A.    I do, it is an accurate expression

19    of what he said.

20            Q.    Okay.  That's all the questions

21    I have.

22                  THE EXAMINER:  Right.  Thank you

23    very much, Mr. Brenner.

24                  MR. BRENNER:  That's all the

25    questions I have subject to whether I need to come
```



MAGNA
LEGAL SERVICES

Page 151

1    back on anything, but for now that's all the

2    questions I have.

3              THE EXAMINER:  Thank you.  Now, is

4    there going to be any cross-examination?

5              MS. McGOVERN:  Yes, Ms. Green,

6    thank you very much.

7              MR. BUNTING:  Before we start the

8    cross-examination, can we please identify who

9    S. Licata is for the record?

10             MS. McGOVERN:  That is not someone

11   on our side, I do not know.

12             MR. BRENNER:  I did not hear the

13   question  I'm sorry. Oh Samantha Licata, I'm sorry

14   is an associate in the Boies Schiller office so

15   apparently I guess dialled it and ----

16             MR. BUNTING:  And who is Simon

17   Cohen?

18             MR. BRENNER:  I don't know.  Oh,

19   Simon Cohen I believe is London counsel for

20   Dr. Wright ----

21             MR. BUNTING:  Thank you.

22             MR. BRENNER: -- and the Rivero firm

23   can confirm that.

24             MS. McGOVERN:  Yes, that is correct

25   Simon Cohen is for the purposes of this deposition



Page 152

1    in light of the fact that it was taken by a video

2    conference UK counsel.  Of course, we're all on

3    video now, so -- but he is associated with this

4    deposition and he is represented by -- he

5    represents Dr. Wright for this deposition.

6              THE EXAMINER:  It's very important

7    that the court reporter has got an accurate record

8    of all the people who have been involved in

9    attending this video, whether it has been in

10   person with Mr. O'Hagan or by video, even if it is

11   only that they have been in and out, so we have an

12   accurate record of that.  Could all the parties

13   make sure that they have given full details not

14   just a name but also the firm they represent and

15   what their position is within the firm.

16             MR. BRENNER:  Yes, would you like

17   us to do that on the record now or just send it to

18   the Court Reporter?  I'm happy to do it any way

19   you want.

20             THE EXAMINER:  I would ordinarily

21   say send it to the Court Reporter but because

22   we're in a strange period of time, where things

23   may not get through by mail or e-mail, I prefer

24   just for safety sake, you just record it on this

25   video while we all hear it now.



Page 153

```
 1                    MR. BRENNER:  Of course.  I will
 2      start with the plaintiffs and then I'll turn over
 3      to the defendants.
 4                    THE EXAMINER:  I know you've all
 5      introduced yourselves but if you just say what
 6      your position is in the firm, where the -- and
 7      clearly say what the firm is and who you represent
 8      so she has got it absolutely accurately.
 9                    MR. BRENNER:   I am happy to do
10      that.  Again, my name is Andrew Brenner,
11      B-R-E-N-N-E-R.  I'm a partner in the law firm
12      Boies, B-O-I-E-S, Schiller, S-C-H-I-L-L-E-R, and
13      Flexner, F-L-E-X-N-E-R.  I'm a partner in the
14      Miami office of that law firm.  Also attending
15      some or all and I just don't know, because I have
16      not followed the screen is Samantha Licata, the
17      last name is spelled L-I-C-A-T-A and she is an
18      associate in that -- in my law firm.
19      Mr. Freedman, who we talked about earlier his last
20      name is spelled F-R-E-E-D-M-A-N.  He also
21      represents the plaintiffs and he is from the law
22      firm Roche Cyrulnik and Freedman.  Roche,
23      R-O-C-H-E, Cyrulnik, C-Y-R-U-L-N-I-K and Freedman,
24      F-R-E-E-D-M-A-N.  As far as I know that is
25      everyone who has attended some or all of this
```



Page 154

1    deposition on behalf of the plaintiffs in the

2    lawsuit.

3              THE EXAMINER:  Thank you very much.

4    So if we go defendants ----

5              THE COURT REPORTER:  Thank you, I

6    have everybody else.

7              MR. KORZENIK:  David Korzenik,

8    partner with Miller Korzenik Sommers Rayman.

9    Korzenik is the only one hard to spell, K-O-R-Z,

10   as in zebra, E-N-I-K and we're appearing on behalf

11   of Andrew O'Hagan, and with me is my partner

12   Terence Keegan, thank you.

13             THE EXAMINER:  Thank you.  And as

14   far as Ms. McGovern, you really -- you did give us

15   all the names, but if you wouldn't mind doing it

16   all again of those from your firm.

17             MS. McGOVERN:  Of course.  My name

18   is Amanda McGovern.  I am with my colleague, Julio

19   Paez which is J-U-L-I-O, Paez is P-A-E-Z.  We are

20   both counsel for Dr. Wright with the law firm.

21   Rivero Mestre, R-I-V-E-R-O, M-E-S-T-R-E.

22             THE EXAMINER:  Thank you. Was there

23   a paralegal?  Was there a paralegal present as

24   well?

25             MS. McGOVERN:  I believe there was



Page 155

1    confusion that Mr. Paez was a paralegal.  He is

2    fact ----

3                  THE EXAMINER:  No, it was at the

4    beginning of this examination a young man next to

5    Mr. Paez.  There was a young man who I thought was

6    a paralegal.

7                  MS. McGOVERN:  Yes, so there was an

8    IT specialist.  His name is Gabriel and I believe

9    his last name is F-E-B-R-E-V-E.  If that is a

10   mistaken spelling, I apologise profusely and

11   I will correct that.  But yes, he was a technical

12   specialist.

13                 THE EXAMINER:  So there was that

14   young man and there was also a man in the

15   hinterland behind Mr. Paez, is he involved at all?

16                 MS. McGOVERN:  That is true, so --

17   excuse me -- so my partner Andres Rivero,

18   A-N-D-R-E-S, Rivero, R-I-V-E-R-O, he was here in

19   the morning, and he also is a member of our --

20   partner of the firm and represents Dr. Wright.

21                 THE EXAMINER:  Thank you.  And then

22   I think I'm fairly clear on the -- who is present

23   in the solicitors office but just for the record

24   again, if you just go through who has been

25   actually present.



Page 156

1                    MR. COHEN:  So Ms. Green, I just

2     thought I would jump in and tact on to the end of

3     Ms. McGovern given that we're both acting for

4     Dr. Wright.

5                    THE EXAMINER:  Good idea. I hadn't

6     seen you before, welcome.

7                    MR. COHEN:  I've been lurking in

8     the background.  I'm Simon Cohen, C-O-H-E-N,

9     senior associate at the firm SCA Ontier,

10    O-N-T-I-E-R and I represent Dr. Wright for the

11    purposes of this deposition.

12                    THE EXAMINER:  Thank you.

13                    MR. BUNTING:  So, my name is

14    Jude Bunting.  I appear on behalf of Mr. O'Hagan.

15    Sitting with me are three solicitors from Simons

16    Muirhead and Burton.  Those are Martin Soames who

17    is a partner.  Soames is spelled S-O-A-M-E-S,

18    Erica Henshilwood, Erica is spelled E-R-I-C-A.

19    Henshilwood is spelled H-E-N-S-H-I-L-W-O-O-D.  She

20    is a senior associate.  Next to Ms. Henshilwood is

21    Flora Bezzenberger who is a trainee solicitor.

22    Flora is spelled F-L-O-R-A.  Bezzenberger is

23    spelled B-E-Z-Z-E-N-B-E-R-G-E-R.

24                    THE EXAMINER:  Thank you very much.

25    So, Mr. O'Hagan, I must thank you for coming today



Page 157

1    in difficult times to those offices and for giving

2    your evidence as you did.  As the attorneys have

3    indicated that they have completed the deposition,

4    as far as I am concerned, you're now free to leave

5    the building and I thank you for your corporation.

6                   MS. McGOVERN:  Miss Green ----

7                   MR. COHEN:  I understand there is

8    cross-examination ----

9                   MS. McGOVERN:  We have a cross

10   notice to the deposition because it is a

11   deposition that is going to be used in the case

12   against our client and we have questions to ask as

13   well.  I apologise if there was a

14   misunderstanding.

15                   THE EXAMINER:  Well, I did ask if

16   anybody -- first of all, I did ask if anybody has

17   got questions and I assumed that as nobody had

18   piped up, that was the situation.  But if you have

19   questions, then I better not let Mr. O'Hagan leave

20   yet, and we're not off the record; we're still on

21   the record.  Mr. O'Hagan, I am afraid we've got to

22   allow for you to be more patient for some time

23   longer ----

24                   MR. O'HAGAN:  Indian giver!

25   BY MISS MCGOVERN:



Page 158

1          Q.     I apologise for that

2     misunderstanding (unclear).  I actually -- I'm

3     happy to hear though that you didn't hear me pipe

4     up.  That is the first time I've heard that so

5     that makes me feel a little bit better!  So I

6     don't appear to be too aggressive!  Mr. O'Hagan,

7     my name is Amanda McGovern and I represent

8     Dr. Wright?

9          A.     Good afternoon.

10

11         Q.     I am in Miami Florida, called

12    Rivero Mestre and we represent Dr. Wright in the

13    litigation that is pending against him, which is

14    the reason for your deposition today.  If I ask a

15    question that in any way, shape or form is

16    confusing to you, please correct it; I want to

17    make sure the record is clear.  I do not mean to

18    suggest anything when I ask a question, so I do

19    not ask you to speculate or guess as to the

20    response.  And if in fact I can state the question

21    better please tell me and I will?

22         A.     Thank you.

23         Q.     I am going to my very best to

24    follow the parameter laid out today by your

25    counsel with respect to the scope of this



Page 159

1    deposition.  If I go outside of it, I apologise

2    and I will try to get back in.  Mr. O'Hagan, if

3    you could turn to exhibit 2, with the plaintiff's

4    counsel, Mr. Brenner.  Mr. O'Hagan, are you

5    familiar by the way with who the plaintiffs are in

6    this case?

7                  MR. KORZENIK:  By the way Amanda,

8    if I can just interrupt, do you -- how much --

9    just give us a sense of how much time you expect

10   you'll need.

11                 MS. McGOVERN:  I am going to try to

12   finish in 20 minutes or less.

13                 MR. BUNTING:  Okay.

14                 BY MS. MCGOVERN:  And the only

15   reason that I wouldn't do that is because I would

16   speak slower than I normally do.

17   BY MS. MCGOVERN:

18        Q.    Mr. O'Hagan, do you have -- let me

19   go back to the question I asked, I apologize.  Are

20   you familiar with who the plaintiffs are in this

21   litigation which has brought you here today to

22   testify?

23        A.    I am.

24        Q.    In fact, are you familiar with the

25   subject matter of the litigation that has brought



Page 160

1    you here to testify?

2              THE EXAMINER:  Just a minute.

3    Which question are you posing to him?  The first

4    one are you familiar with who or are you posing

5    the question about litigation?

6              MS. MCGOVERN: The plaintiffs that

7    have brought the litigation that is the subject of

8    Mr. O'Hagan's deposition here today.  I asked if

9    he was familiar with who the plaintiffs are, in

10   other words, what parties have initiated this

11   lawsuit against Dr. Wright and whether Mr. O'Hagan

12   knows the identity of those plaintiffs.

13             MR. KORZENIK:  It is out of the

14   boundaries but you can answer that question

15   quickly.

16        A.    Yes, I know their identities.

17   BY MS. MCGOVERN:

18        Q.    And are you aware, Mr. O'Hagan,

19   that the defendant in this case is Dr. Craig

20   Wright who is the subject of exhibit 2 entitled

21   "The Satoshi Affair"; are you aware of that?

22        A.    I am.

23        Q.    Could you turn, please, to exhibit

24   2?  The very first page of exhibit 2, do you see

25   the title of the article that you wrote in June



Page 161

1   2016?

2           A.      I do.

3           Q.      Could you, please, read the full

4   title of the article into the record?

5           A.      "The Satoshi Affair", subheading

6   "Andrew O'Hagan on the many lives of Satoshi

7   Nakamoto".

8           Q.      So the second part of the title

9   which says "Andrew O'Hagan on the many lives of

10  Satoshi Nakamoto", does that -- is that an

11  accurate representation of the manner in which

12  this article has been represented, in other words

13  this is Andrew O'Hagan's article, opinions and

14  evaluative journalistic work on the many lives of

15  Satoshi Nakamoto?

16          MR. BRENNER:  Object to the form.

17  BY MS. McGOVERN:

18          Q.      Is that accurate, Mr. O'Hagan?

19          MR. BRENNER:  Same objection.

20          A.      I am the author, yes.

21  BY MS. MCGOVERN:

22          Q.      So, this is your account, is that

23  why the title is written that way, "Andrew O'Hagan

24  on the many lives of Satoshi Nakamoto"; in other

25  words is this your account in this article?



Page 162

1                    MR. BRENNER:  Object to the form.

2                    MR. BUNTING:  Stop, we've lost our

3     US counsel. He is coming back on line now.  He

4     hasn't heard the questions.  It may be that our US

5     counsel has an objection to this question.

6                    MR. KORZENIK:  I am back on.  I had

7     to switch devices.

8                    MS. McGOVERN:  Would you like me to

9     repeat the question, Mr. Korzenik?

10                    MR. KORZENIK:  Please, yes.

11    BY MS. MCGOVERN:

12         Q.    Mr. O'Hagan, I think the question

13    is whether or not the second line in the article

14    which says "Andrew O'Hagan on the many lives of

15    Satoshi Nakamoto", whether that represents that

16    that is in fact Andrew O'Hagan, in other words

17    your account of the article of the information

18    that is contained in the article?

19                    MR. BRENNER:  Objection to the

20    form.

21                    MR. BUNTING:  Objection, outside

22    the scope of the order.

23                    MR. KORZENIK:  Yes, I agree.

24                    MS. McGOVERN:  Can he answer the

25    question, Mr. Korzenik?



1           MR. BUNTING:  No.

2           MR. KORZENIK:  No.

3  BY MS. MCGOVERN:

4       Q.    So, Mr. O'Hagan, let me ask another

5  question for the record.  You may be getting a lot

6  of objections, but I need to make my record

7  anyway.  I do not mean it to be annoying.

8       A.    I understand.

9       Q.    Mr. O'Hagan, "The Satoshi Affair",

10  that is the title of this article (unclear) is

11  that correct?

12       A.    That is the title.

13       Q.    What does "The Satoshi Affair"

14  mean?

15           MR. KORZENIK:  Objection.

16           MS. McGOVERN:  Are you instructing

17  him not to answer?

18           MR. KORZENIK:  Yes.

19  BY MS. MCGOVERN:

20       Q.    Mr. O'Hagan is that a factual

21  statement that this is an affair or is this a

22  evaluative opinion on your behalf?  Which is it, a

23  fact or opinion which actually is the moniker on

24  this journalistic article that we're referring to?

25  Can you answer that question ----



1              MR. KORZENIK:  Objection.

2    Objection, the article speaks for itself, the

3    words speak for themselves and you may ask

4    questions about the sub content of the article.

5              MR. BRENNER:  Well, I'll object to

6    the form and I'm not weighing in on the --

7    obviously Mr. O'Hagan's counsel is ably

8    representing him and we'll object to the issues

9    regarding the scope of the deposition.  I would

10   only say that to my knowledge the counsel for the

11   defendant made no effort to bring their own

12   proceeding in the London courts to try to expand,

13   restrict or change the scope of the deposition.

14   We have -- we did bring such a proceeding and we

15   ultimately had an order from the court telling us

16   what the scope of the deposition would be and

17   that's what we complied with, but I understand

18   this defendant did not go through such a

19   procedure.  So, I'm just objecting to the form and

20   I'll refer to Mr. O'Hagan's question counsel as to

21   their instructions to the witness.

22             MR. KORZENIK:  Yes, and Amanda

23   I would also just say -- I would also say that I

24   will want you to stay within the zone of

25   acceptable cross.


MAGNA
LEGAL SERVICES

Page 165

1              MS. McGOVERN:  I understand, Mr.

2   Korzenik and I'm going to attempt to do that.

3   BY MS. MCGOVERN:

4         Q.    Mr. O'Hagan, you stated that you

5   were a member of the George Orwell Society in

6   London; is that correct?

7         A.    I stated -- I stated I was a

8   patron.

9         Q.    What is a patron?

10        A.    A sort of guiding light.

11        Q.    You were the guiding light of the

12   George Orwell Society; is that accurate?

13        A.    It's how I would characterise it,

14   yes.

15        Q.    George Orwell was known for writing

16   social criticism; is that correct, as an essayist,

17   journalist and novelist?

18        A.    I'm afraid I'm not answering that.

19   That's out of the scope of this ----

20              MR. KORZENIK:  Objection to this

21   it's going far afield.  I'll let it go a little

22   ways in terms of background, but this is not a

23   really proper background, but proceed with this

24   for the moment.  Let's see where we're going.

25   BY MS. MCGOVERN:



1          Q.     I apologise, Mr. Korzenik.

2    I actually appreciate a little leeway on this in

3    light of the amount of background that Mr. Brenner

4    went into in terms of the nature of the journalism

5    that Mr. O'Hagan enjoys and has become well known

6    for.  I'm simply asking whether that includes his

7    role as the guiding light in a society of -- for

8    George Orwell in which that journalist, novelist

9    and essayist was known for writing social

10   criticism?

11          MR. BUNTING:  Objection.  That was

12   a lengthy speech.  It calls for literary

13   criticism.  It's entirely irrelevant to the

14   proceedings and it's outside the scope of the

15   order.  Mr. O'Hagan won't be answering that

16   question.

17   BY MS. MCGOVERN:

18          Q.     Mr. O'Hagan, this article that

19   you've testified about today, I believe you stated

20   in your testimony when you -- when Mr. Brenner was

21   asking you questions was published again in

22   another book; is that right?

23          A.     When you say "another book", that

24   suggests that it's first publication was in a

25   book.  As we have established, this first



Page 167

1    publication was in a magazine.

2         Q.      Thank you for that correction.

3    Exhibit 2 was published in another form, I believe

4    you've testified it was published in a book called

5    "The Secret Life"; is that correct.

6         A.      That is correct.

7         Q.      Was it republished in a book called

8    "The Secret Life" in its original form that we

9    have seen here and gone over at length as exhibit

10   2?

11        A.      That's correct.

12        Q.      Who came up with the name "The

13   Secret Life"?

14               MR. KORZENIK:  Objection.  You need

15   not answer that question, far outside the

16   boundaries of the permitted questions.

17   BY MS. MCGOVERN:

18        Q.      Is "The Secret Life" a form of

19   journalism, Mr. O'Hagan?

20               MR. KORZENIK:  Objection.  You need

21   not answer that question.  Outside the scope of

22   the permitted questions.

23   BY MS. McGOVERN:

24        Q.      I'm simply going to be making my

25   record on these questions, Mr. O'Hagan and I know



Page 168

1    Mr. Korzenik will object.  I don't mean to make

2    you make you uncomfortable but we need to be able

3    to bring the proceedings to the district court

4    here and without specific questions, it will be

5    difficult for us to make our argument.  So

6    I explain that simply so that I'm not putting you

7    in a difficult position when I continue to ask

8    questions that I know will draw objections from

9    your counsel.

10            A.    I understand.

11            Q.    Mr. O'Hagan, did "The Satoshi

12   Affair", "Andrew O'Hagan on the many lives of

13   Satoshi Nakamoto" is an article that was then a

14   book; correct?

15            A.    A known fiction book, yes.

16            Q.    But it was a book, it wasn't a

17   journalistic piece; isn't that correct?

18                 MR. BRENNER:  Object to form.

19                 MR. KORZENIK:  Objection.

20                 MS. McGOVERN:  Can he answer?

21                 MR. KORZENIK:  I don't -- I'm not

22   sure, it seems fairly tendentious but ----

23                 MR. BUNTING:  It's also a

24   non-sequitur.

25                 MR. KORZENIK:  The work speaks for



Page 169

1    itself.

2    BY MS. McGOVERN:

3         Q.     I understand but my question of

4    Mr. O'Hagan simply goes to the form of the

5    writing.  You stated that this exhibit 2 is

6    journalism, and I'm stating that it then became a

7    book.  That's not journalism, is it, Mr. O'Hagan?

8         A.     Ms. McGovern, I'm afraid ----

9         MR. KORZENIK:  I object.  That's

10   just arguing with the witness here.

11        A.     No let me answer.  Ms. McGovern,

12   you're making mistake a mistake there.  American

13   journalism and British journalism are full of

14   examples of collections of journalism by famous

15   individuals such as Joan Didion or Norman Mailer,

16   in the American context.  They remain journalism

17   although collected in a book.

18   BY MS. McGOVERN:

19        Q.     So is it your position, Mr.

20   O'Hagan, that "The Secret Life" is journalism --

21   is a form of journalism?

22        A.     It is a collection of journalism,

23   madam.

24        MR. BRENNER:  Where is that noise

25   coming from; do we know?



Page 170

1                MR. KORZENIK: Yes, it's coming

2    from my office. I may have to move because there

3    is some construction going on upstairs.

4                MR. BRENNER: Okay.

5                MR. KORZENIK: So I try to mute it

6    whenever they start drilling.

7                MR. BRENNER: Okay. We'll do our

8    best. Thank you.

9    BY MS. MCGOVERN:

10        Q.    Mr. O'Hagan, do you enjoy writing

11   books?

12               MR. BUNTING: Objection,

13   irrelevant.

14               MR. KORZENIK: Objection.

15   BY MS. MCGOVERN:

16        Q.    How many books have you written

17   versus the number of articles, journalistic

18   articles that you have written; what would you say

19   the percentage is?

20               MR. BUNTING: Objections. Presumes

21   and answered. The witness -- the questions keep

22   asking if books are not journalism and they

23   proceed on that basis. These are also irrelevant

24   and outside of the scope of the questions --

25   outside the scope of the order.



Page 171

1              MR. KORZENIK:  It has been asked

2    and answered.  He gave the number of articles he

3    has written and the number of books he has

4    written.

5    BY MS. MCGOVERN:

6         Q.    Who was "The Secret Life" about?

7              MR. KORZENIK:  Objection.  The book

8    and the articles speak for themselves.

9              MS. McGOVERN:  Again are you -- you

10   can simply tell us whether you're instructing the

11   witness not to answer my questions on

12   cross-examination of him regarding a published

13   article.  If you can simply tell him not to answer

14   the question, I will be finished very quickly.

15             MR. KORZENIK:  I do not see the

16   point of that question.  What does that mean to be

17   what it is about?  Is it the subject matter, the

18   person, what are you looking for?

19   BY MS. McGOVERN:

20        Q.    Who is it about, "The Secret Life",

21   whose life is secret, Mr. O'Hagan?

22             MR. KORZENIK:  Objection.  "The

23   Secret Life" is a title of a book about a number

24   of different subjects.

25             MS. McGOVERN:  Mr. Korzenik if you



1    could simply allow me to answer[sic] the question

2    and allow him to answer -- or tell him not to

3    answer.  I need to make my record on what I've

4    been able to cross-examine him on with respect

5    ----

6              MR. KORZENIK:  I do object and he

7    need not answer a question that can be answered by

8    reading the work itself.

9              MR. BUNTING:  Ms. McGovern, if it

10   helps you, what you are permitted to ask questions

11   about are Mr. O'Hagan's educational background,

12   his employment history, his professional

13   qualifications, his personal preparation for the

14   deposition, the accuracy of the quotes and factual

15   assertions contained within his work "The Satoshi

16   Affair".  That's the limit of this deposition and

17   your questions so far have all been outside the

18   limit of this deposition.  So, can I ask that you

19   focus your questions on this limited deposition

20   and then we'll be able to make progress.

21   BY MS. McGOVERN:

22        Q.    So, I've asked you who "The Secret

23   Life" is about, you have been instructed not to

24   answer.  Let's move on to "The Satoshi Affair" and

25   the statements contained therein.  If you could



Page 173

1    please turn, Mr. O'Hagan, to page -- I believe

2    it's 7, I have the version that has 55 pages

3    (unclear) Mr. Brenner.

4              MR. BRENNER:  Is there some sort of

5    marker in the article where it is and I'll try to

6    find it?

7    BY MS. McGOVERN:

8         Q.    The marker is the actual page with

9    the four pictures on it.

10        A.    Yes, I've got it.

11        Q.    There are four pictures in the

12   centre of the -- what page is this?  It's 7 of 55.

13   There are four pictures of four people on it and

14   then the first paragraph on that page has a big

15   "S" in bold that says "since".

16             MR. KORZENIK:  Yes, we have it.

17        A.    I'm there too.

18        Q.    Great.  If you could look at the

19   second paragraph, Mr. O'Hagan and familiarise

20   yourself with that paragraph?

21             MR. BRENNER:  The paragraph after

22   the one that starts with the big "S".

23   BY MS. MCGOVERN:

24        Q.    That is correct.  It starts with

25   "McGregor"?


MAGNA
LEGAL SERVICES

Page 174

1              MR. BRENNER:  Thank you, got it.

2    BY MS. McGOVERN:

3         Q.    Do you see that, Mr. O'Hagan?

4         A.    I do.

5         Q.    That sentence reads as follows.

6    "McGregor described Wright to me as 'the goose

7    that lays the golden egg'."  Do you see that

8    sentence?

9         A.    I do.

10        Q.    Is that an accurate statement?

11             MR. BRENNER:  I would just --

12   I don't have an objection except for I was

13   precluded pursuant to the court order from going

14   into the accuracy of quotes from anyone else other

15   than Dr. Wright and I therefore did not do that.

16   If the witness is allowed to answer this question,

17   which I'm totally fine if he is, then I will

18   obviously have to go back and do the same thing

19   with quotes from other people in the article.  As

20   I read the order that we talked about earlier and

21   that Examiner Green also reviewed and I look at

22   paragraph 3(d), I understood I was precluded from

23   that line of questioning.  So, I will do whatever

24   counsel directs.  I'm just saying that if the

25   defendant is able to do it, then I obviously have



1    to do it too.

2              MR. KORZENIK:  I would just say

3    this, that it's outside the boundary of the cross.

4    I agree with the reading of the order but I also

5    think it's outside the boundary of the cross.

6              MS. McGOVERN:  We at cross noticed

7    the deposition.  I simply to need to know I'm

8    being precluded from asking the questions

9    particularly since, if we read the order to mean

10   it's a one way street about statements of

11   Dr. Wright and not statements of others about

12   Dr. Wright, then we simply need to clear that

13   issue up.  I don't want to get argumentative about

14   it.  Are you instructing the witness not to answer

15   that question?

16             MR. BUNTING:  Can I clarify from

17   the perspective of local counsel?  Paragraph 3(d)

18   reads that "Mr. O'Hagan is not required to confirm

19   the accuracy of factual assertions which were made

20   by other people, i.e. people other than

21   Mr. O'Hagan in 'The Satoshi Affair'."  That's what

22   paragraph 3(d) covers.  It does not mean that

23   Mr. O'Hagan's deposition is limited to being asked

24   questions about quotations only from Dr. Wright.

25   And from the perspective of local counsel the



Page 176

1    question asked by Miss McGovern is within the

2    scope of the cross-examination.

3              MS. McGOVERN:  I believe

4    Mr. O'Hagan that means that you can answer the

5    question but anybody can, please, correct me if I

6    am wrong.

7              MR. BUNTING:  That's correct.

8    BY MS. MCGOVERN:

9         Q.    Could you please answer the

10   question, Mr. O'Hagan?

11        A.    Yes.

12        Q.    Is that an accurate statement?

13        A.    That's a ----

14             THE EXAMINER:  Can you repeat the

15   question you want him to answer, because there has

16   been a lot of talking in between.

17   BY MS. MCGOVERN:

18        Q.    Mr. O'Hagan, I'm referring to the

19   first sentence in the second paragraph of page

20   7/55 where it states:  "McGregor described Wright

21   to me as 'the goose that lays the golden egg'."

22   My question is:  Is that an accurate statement?

23        A.    That is what Mr. McGregor said.

24        Q.    If we move on to the next sentence,

25   it reads:  "She said that if I agree to take part,



Page 177

1    I would have exclusive access to the whole story

2    and to everyone around Wright and then I would end

3    -- and that it would all end with Wright proving

4    he was Satoshi by using cryptographic keys that

5    only Satoshi had access to, those associated with

6    the very first blogs on the blog chain period."

7    Do you see that sentence?

8            A.     I do.

9            Q.     Is that an accurate ----

10               MR. KORZENIK:  I'm going to object

11   to this, because this is outside the scope of what

12   was asked in the prime -- in the primary

13   deposition and I don't see its relationship to

14   anything else that was asked by plaintiff's

15   counsel.  It's not as if we have -- in other

16   words, if you cross notice a deposition, you did

17   not cross notice it with us, and number 2, your

18   cross notice means you were invited to attend and

19   cross-examine it, examine and that's all that I

20   think you may do.

21               MR. BUNTING:  It's within the scope

22   of ----

23               MS. McGOVERN:  Mr. Korzenik, are

24   you instructing the witness not to answer my

25   cross-examination question that I have just posed?



Page 178

1               MR. KORZENIK:  I don't see its

2    connection with the -- with any of the questions

3    asked in the deposition and so it is not proper

4    cross, and I object and request that the witness

5    not answer.

6               MS. McGOVERN:  If we could, please,

7    move on to the next sentence, you have been

8    instructed not to answer, Mr. O'Hagan, so I'm

9    moving on to the next sentence.

10              MR. BRENNER:  Just for the record,

11   just for the record, I do not believe as far as

12   I know the counsel of the defendant did not, in

13   addition did not participate in any proceedings in

14   London, did not cross notice the deposition in or

15   through the London courts or with London counsel,

16   to my knowledge.  And that appears to have been

17   what the proper procedure should have been, but

18   again -- I'm not instructing the witness, not that

19   I could anyway, but I'm not instructing the

20   witness not to answer.

21              MS. McGOVERN:  All of these

22   arguments Mr. Brenner, you know, we can make in

23   court here.  I do not want to keep this witness

24   longer that I need to.  If you're ----

25              MR. FREEDMAN:  Ms McGovern, I just



Page 179

1  want to add one last thing which is your cross

2  notice is improper even under the local rules here

3  in the southern district of Florida as not being

4  14 days in advance of the deposition.

5          MS. McGOVERN:  Mr. Freedman, I'm

6  sure you'll make that argument, if I just continue

7  with my record we will get finished earlier than

8  we did yesterday.

9  BY MS. McGOVERN:

10     Q.    The next sentence that I would like

11 to ask you about says quote:  "All he wants is

12 peace to get on with his ----

13          MR. KORZENIK:  That ----

14          MS. McGOVERN:  I need to make my

15 record.  You can instruct him not to answer.

16          MR. KORZENIK:  Oh, no, I just said,

17 "Where is it".

18 BY MS. McGOVERN:

19     Q.    Oh, sorry.  I think the next

20 sentence after that, there is a sentence which

21 says "Wright's patents", right?  And then after

22 that there is a quote.  So let me for the record

23 be very clear.  My question pertains to the

24 sentence that begins quote:  "All he wants is

25 peace to get on with his work."  "McGregor told me



Page 180

1    at the first meeting."  It goes on:  "And how this

2    ends for me is with Craig working for say Google

3    with the research staff of 400."  Do you see that?

4           A.     I do see it.

5           Q.     Is that an accurate statement,

6    Mr. O'Hagan?

7                  MR. KORZENIK:  Objection.  Is it a

8    --  I will permit you to ask whether it is a

9    proper quote just to move things along, but I'm

10   not -- it seems to me outside the boundaries of

11   proper cross.

12   BY MS. MCGOVERN:

13          Q.     Let me rephrase.  Is that a proper

14   quote Mr. O'Hagan?

15          A.     It is a proper quote from

16   Mr. McGregor, yes.

17          Q.     Mr. O'Hagan, if you could, please,

18   turn to page 9 of 55, the remaining questions I'm

19   going ask you, just so you have a heads-up, are

20   going to refer specifically to the things that you

21   were asked by Mr. Wright.  What I just asked you

22   about is the only paragraph that I was going to

23   ask outside of what Mr. McGregor talked to you

24   about just to let you know.

25          A.     Thank you.



Page 181

 1          Q.    At Paragraph 9/55 ----

 2                MR. BRENNER:  Just, yes, tell me

 3   with the paragraph starts with.

 4   BY MS. McGOVERN:

 5          Q.    So it starts with "I found him

 6   easier"?

 7          A.    Yes.

 8                MR. BRENNER:  I got it.

 9   BY MS. MCGOVERN:

10          Q.    Mr. O'Hagan, if you could look at

11   the sentence that states about four lines down

12   from the top:  "He said he was happy"; do you see

13   that Mr. O'Hagan?

14          A.    Yes.

15          Q.    Did Mr. ----

16                MR. KORZENIK:  By the way, do you

17   have the page number in ours?

18                MR. BUNTING:  171.

19                MR. KORZENIK:  171, okay, thank

20   you.

21                MR. BUNTING:  Bottom of the page.

22   BY MS. MCGOVERN:

23          Q.    Mr. O'Hagan, let me go back and

24   refresh the question.  I am referring to the

25   sentence that starts:  "He said he was happy I was



Page 182

1    writing about him because he wanted to 'step into

2    his history', but mainly because he wanted to tell

3    the story of the brilliant people he had

4    collaborated with."  Do you see that Mr. O'Hagan?

5         A.    I do see it.

6         Q.    When was this -- is this an

7    accurate statement?  I believe you testified

8    earlier that it was.  Just for the purposes of my

9    next question, is that an accurate statement?

10               MR. KORZENIK:  Is that an accurate

11   quote, you mean?

12        A.    Yes that is what I was about to ask

13   you.  When you say an "accurate statement", that's

14   -- you should ask Mr. Wright that.  If you're

15   asking me if it's an accurate reflection of what

16   he said, yes.

17   BY MS. MCGOVERN:

18        Q.    Okay.  So, if it doesn't have

19   quotes around it, it's not something Dr. Wright

20   said; is that a fair statement?

21        A.    That is not a fair statement.

22               MR. BRENNER:  Objection to the

23   form.

24   BY MS. MCGOVERN:

25        Q.    So, this does not have quotes



Page 183

1   around it when you say "he said he was happy"?

2            A.     I can give you a lecture on

3   literary style if you like, madam but it's not

4   always necessary to put material that was said

5   inside quote.  That's a choice that a writer will

6   make based on rules of paraphrasing and other

7   rules to do with good writing.

8   BY MS. MCGOVERN:

9            Q.     When you wrote this article,

10  Mr. O'Hagan, and stated "he said he was happy",

11  was he happy before or after you finished and

12  published it?

13           A.     He said he was happy in the

14  situation.

15              MR. KORZENIK:  Objection, unless

16  the article states the timing of it.

17  BY MS. MCGOVERN:

18           Q.     Was this before or after you

19  published this article that he said he was happy.

20  Core?

21              MR. BUNTING:  Objection ----

22              MR. KORZENIK:  Objection.  It would

23  have to be before.

24              MS. MCGOVERN:  Mr. Korzenik, please

25  don't testify for the witness.



Page 184

1               MR. BUNTING:  Objection in any

2     event.

3               MR. KORZENIK:  I'm just asking what

4     your question is.  It's not clear.  Objection as

5     to vagueness.

6               MS. McGOVERN:  You're an American

7     lawyer, and you know that you don't have to

8     testify for Mr. O'Hagan, because I do not want to

9     be suggesting to Mr. O'Hagan what the answer is.

10              MR. BUNTING:  Ms. McGovern ----

11              MS. McGOVERN:  You objected

12    (unclear) where if I'm outside the scope of the

13    order or you've instructed him not to answer, that

14    is fair, but please, don't testify for

15    Mr. O'Hagan.

16    BY MS. McGOVERN:

17         Q.    Mr. O'Hagan was this before or

18    after you published the article?

19         A.    Ms. McGovern, the question is

20    patently absurd.  How could he be responding to an

21    article that had not yet been published.

22         Q.    So, it was before, right?

23         A.    Obviously.

24         Q.    Right.  Mr. O'Hagan, if you could

25    turn, please, to what my exhibit 2, which



Page 185

1    Mr. Brenner provided to us last night, is 14 of

2    55, page 14/55.

3           A.    Yes.

4           Q.    And it starts -- my question begins

5    with the ----

6                 MR. BRENNER:  You're going to have

7    to let -- you're going to have to let me find it,

8    because I have different pagination. What does the

9    paragraph start with?  Is there some marker?

10                MS. MCGOVERN:  It is page 14 of 55.

11                MR. BRENNER:  Right, but I have

12   different page numbers so ----

13                MR. BUNTING:  "The days in

14   St. Christopher Place were almost languorous" is

15   the start of one of the paragraphs.  For

16   Mr. Korzenik's reference, it's page 180.

17                MR. BRENNER:  Say that again, a

18   paragraph.

19                MR. BUNTING:  "The days in

20   St. Christopher Place were almost languorous."

21                MR. BRENNER:  I've got it.  I have

22   that paragraph.

23                MR. KORZENIK:  Good, I'm there.

24   BY MS. MCGOVERN:

25           Q.    The paragraph I'm referring to,



Page 186

1    however, begins with the paragraph two down which

2    starts "until Napster"; do you see that?

3            A.    I've got it.

4                  MR. KORZENIK:  Yes.

5                  MR. BRENNER:  Yes.

6    BY MS. McGOVERN:

7            Q.    And my specific question goes to a

8    sentence which is the last sentence in my version

9    of that paragraph reads "Wright never" and then

10   comma; do you see that?

11           A.    Yes.

12           Q.    And it reads:  "Wright never,

13   I have to say, made it fully clear how they had

14   collaborated on building Bitcoin."  Do you see

15   that?

16           A.    I do.

17           Q.    Is that an accurate statement?

18           A.    That was my understanding based on

19   my journalistic material at the time.

20           Q.    And the "I" in the -- between the

21   two paragraphs that says "I have to say", that

22   "I"is referring to you Mr. O'Hagan; correct?

23           A.    Correct.

24           Q.    And if you go down a little

25   further, the "they", right before "had



1    collaborated", so the "they had not collaborated"

2    -- or "had collaborated" excuse me, refers to

3    Dr. Wright and David Kleiman; correct?

4          A.    The context should make that clear;

5    correct.

6          Q.    So, if we simply replace those

7    pronouns, it would say "Wright never" -- you --

8    "I have to say made it clear that Dr. Wright and

9    Dave Kleiman had collaborated on building

10   Bitcoin."  Correct?

11          MR. BRENNER:  Objection.  You've

12   misread the sentence and changed the words to make

13   a totally different meaning.  So why don't you

14   read it correctly, see the word -- why don't you

15   read it correctly instead of changing a word.  It

16   didn't say "that they collaborated", it says "how

17   they collaborated".  Why don't you read it

18   correctly and let the record reflect what the

19   article actually says and let the witness answer

20   truthfully and honestly.

21   BY MS. McGOVERN:

22          Q.    So, Mr. O'Hagan, the sentence says:

23   "Wright never, I have to say, made it perfectly

24   clear how they had collaborated on building

25   Bitcoin."  Is that an accurate statement?



Page 188

```
 1            A.    That is what it says.

 2            Q.    I can -- and then it goes on to

 3    read:  "I kept referring or returning to the

 4    subject, and my doubts would flair up when he

 5    failed to be explicit"  do you see that ----

 6            MR. KORZENIK:  Objection.  He can

 7    answer part of that sentence, that is doubts, that

 8    is his own impressions, but if you're asking

 9    whether he failed to be explicit, you can ask him

10    about that.

11    BY MS. MCGOVERN:

12            Q.    You had doubts, isn't that right,

13    Mr. O'Hagan with respect to ----

14            MR. KORZENIK:  Objection.

15    BY MS. McGOVERN:  The statement says you had

16    doubts?

17            MR. KORZENIK:  Objection.  It's not

18    within the boundaries of the order.

19            MS. McGOVERN:  If we could, please,

20    turn to the next page.

21            MR. KORZENIK:  You can ask him the

22    latter part of that sentence.

23            MS. McGOVERN:  I'm fine,

24    Mr. Korzenik.

25            MR. KORZENIK:  Okay.
```



Page 189

```
 1   BY MS. MCGOVERN:

 2          Q.      I'm sorry. If you could please

 3   turn to the next page the paragraph that starts:

 4   "We needed people to respond to us."  Do you see

 5   that?

 6          A.      Yes.

 7          Q.      I would like to go to the middle

 8   part of what is the quotation in that paragraph.

 9          A.      Yes.

10          Q.      Where it states:  "If I can come

11   out originally as Satoshi without Dave, I don't

12   think it would have gone anywhere."  Do you see

13   that sentence?

14          A.      I do see it.

15          MR. BRENNER:  It is not an end

16   quote.

17   BY MS. McGOVERN:

18          Q.      Well it's the quotation within the

19   quotation.  I'm just asking about that sentence

20   within the bigger quote, do you understand that,

21   Mr. O'Hagan?

22          A.      I do.

23          Q.      Is that an accurate quote?

24          A.      That's what he said.

25          Q.      And if you go down a little bit
```



MAGNA
LEGAL SERVICES

Page 190

1    further for the page and you go to the quotations

2    where it says:  "We got to a point."  Do you see

3    that quotation?

4            A.    I do, yes.

5                  MR. KORZENIK:  Could you lead me to

6    the beginning of that paragraph?  What's the

7    opening line?

8                  MS. McGOVERN:  Yes, Mr. Korzenik

9    that is the opening line.  It's the series of

10   quotes back and forth but this one is the, at

11   least on my version, it's the third from the

12   bottom and it starts:  "We got to a point in the

13   writing of the Satoshi paper."  Do you see that?

14                 MR. KORZENIK:  Yes.

15   BY MS. McGOVERN:

16           Q.    My question is directed to that he

17   quotation, Mr. O'Hagan and so, I'm going to read

18   it exactly as it's written and then I have a

19   question.

20           A.    Sure.

21           Q.    "We got to a point in the writing

22   of the Satoshi paper where it was... perhaps

23   people say that it was hard."  Is that an accurate

24   quote?

25           A.    No, it's not.  You just inserted



Page 191

1   the word "perhaps" in front of "people".

2       Q.    Oh, people, I'm sorry.  "People say

3   that it was hard".  Is that an accurate quote?

4       A.    Yes, that's what he said.

5             MR. BRENNER:  For the record you

6   left out the word "white" before paper, that would

7   make it accurate.

8             MS. McGOVERN:  Let me read it

9   again.  I don't know what's happening to me right

10  now.  I'm just like forgetting words and putting

11  in other ones.  Excuse me.

12  BY MS. McGOVERN:

13      Q.    "We got to a point in the writing

14  of the Satoshi White Paper where it was...people

15  say that it was hard."  Do you see that?

16      A.    I do.

17      Q.    Is that an accurate quote?

18      A.    That is what he said.

19      Q.    And the next quote states:  "He

20  wanted you to bring the language down a little

21  bit."  Do you see that?

22      A.    Yes.

23      Q.    And that is an accurate quote as

24  well, is it not?

25            MR. BRENNER:  Object to the form.


MAGNA
LEGAL SERVICES

Page 192

1    BY MS. MCGOVERN:

2          Q.    Is that an accurate quote,

3    Mr. O'Hagan?

4          A.    An accurate quote from whom?

5          Q.    You?

6          A.    Yes.

7          Q.    Then the next quote says "a lot".

8    Do you see that?

9          A.    I do.

10          Q.    Is that an accurate quote by

11    Dr. Wright?

12          A.    Yes, it is.

13                MR. KORZENIK:  Yes, that was asked

14    and answered.

15    BY MS. MCGOVERN:

16          Q.    So, if we go on because this

17    question that was asked of you didn't complete the

18    rest of the paragraph, which is the reason I'm

19    asking you, is if we go down, you say, or let me

20    say question, "the document states"?

21                MR. BRENNER:  Where are you reading

22    it from?

23    BY MS. MCGOVERN:

24          Q.    "I asked him to show me", do you

25    see that.  "I asked him to show me", the same



Page 193

1   paragraph that starts "a lot"?

2          A.     Yes.

3                 MR. BRENNER:  I'm there, thank you.

4                 MS McGOVERN:  Do you have it?

5                 MR. KORZENIK:  Yes.

6   BY MS. McGOVERN:

7          Q.     It states:  "I asked him to show me

8   the trail of ideas that led to the collaboration."

9   Do you see that statement?

10         A.     I do.

11         Q.     Is that an accurate statement?

12         A.     I did ask him that, yes.

13         Q.     "I" in that statement refers to you

14  Mr. O'Hagan?

15         A.     It does.

16         Q.     And there is then a quote.  "'So,

17  all these things are there', he said, pointing to

18  a 330 page thesis on his computer called 'The

19  quantification of information systems risked',

20  which he had recently submitted in partial

21  fulfillment of a philosophy doctorate at Charles

22  Sturt University."  Do you see that?

23         A.     I do.

24         Q.     Is that an accurate quote?

25                MR. BRENNER:  Object to the form.



Page 194

1         A.     You made a mistake in the number of

2    pages.  You said 330.  It is 337 but otherwise

3    that's what he said.

4              MR. KORZENIK:  I think we already

5    confirmed these -- this with Andrew Brenner, but

6    you can ask that to make sure you're complete but

7    we did cover this paragraph.

8              MS. McGOVERN:  I objected

9    Mr. Korzenik to the fact that his thesis paper was

10   not included in Mr. Brenner's, we skipped over it

11   and went to the next paragraph.

12             MR. KORZENIK:  I see, okay.

13             MS. McGOVERN:  That was the reason

14   for my including Dr. Wright's thesis on this which

15   was submitted for his doctorate.

16             MR. KORZENIK:  But keep in mind

17   that only the first part of it is a quotation and

18   that's what we're confirming.

19             MR. BRENNER:  Precisely.

20   BY MS. MCGOVERN:

21        Q.     If you could please turn to page 17

22   of 55?

23        A.     Yes.

24             MR. BRENNER:  Could you give us

25   some -- the first paragraph, some words I can look



Page 195

 1    for.

 2                    MS. McGOVERN:  It is the paragraph

 3    that begins "The subject of Bitcoin came up".

 4                    MR. BRENNER:  Yes.

 5         A.     Got it.

 6                    MR. KORZENIK:  Yes.

 7    BY MS. MCGOVERN:

 8         Q.     I would like you to go to the

 9    quotation in this paragraph that refers to the

10    e-mail dated March 12th, 2008.  I just want to

11    clarify because I'm not sure if it was clear at

12    least for me when asked about it by Mr. Brenner.

13    The date, not sure it was clear at least from me

14    when asked about it from Mr. Brenner.

15                    It states:  "I need your help

16    editing a paper I am going to release later this

17    year.  I have been working on a new form of

18    electronic money, Bitcash, Bitcoin...you were

19    always there for me Dave" -- do you see that?

20         A.     I do see it.

21         Q.     The "I" is referring to Dr. Wright,

22    is that an accurate understanding?

23         A.     Evidently, yes.

24                    MR. BRENNER:  I only object for the

25    record that you've stopped reading in the middle



Page 196

1    of a quote.  So, you're welcome to do that but

2    you've read part of the quote.

3    BY MS. MCGOVERN:

4         Q.    Let me do it again.  It states:

5    "I have been working on a new form of electronic

6    money Bitcash, Bitcoin...you were always there for

7    me Dave, I want you to be a part of it all.

8    I cannot release it as me.  GMX, Vista Mail and

9    TORA, I need your help and I need a version of me

10   to make this work -- to make this work that is

11   better than me."

12             MR. BRENNER:  And I would

13   only object that when you read it that time you

14   left off the first sentence.  I know you are not

15   doing it intentionally but if you want to read a

16   whole quote, you should read a whole quote.

17             MS. McGOVERN:  Let me do it again,

18   because we're obviously talking about ----

19             MR. KORZENIK:  I think we already

20   confirmed this quote before but just lock it up to

21   be done with it.

22             MS. McGOVERN:  I would like to lock

23   it up, because I want to make sure it is clear who

24   the "I" is, so I will do it again.

25   BY MS. McGOVERN:



Page 197

```
 1          Q.    Mr. O'Hagan, you state:  "I need
 2   your help editing" -- excuse me, let me rephrase.
 3   The sentence begins:  "I need your help editing
 4   the paper I am going to release later this year.
 5   I have been working on a new form of electronic
 6   money, Bitcash, Bitcoin...you were always there
 7   for me Dave, I want you to be a part of it all.
 8   I cannot release it as me.  GMX, Vista Mail and
 9   TORA I need your help and I need a version of me
10   to make this work that is better than me."  Do you
11   see that?
12          A.    I do.
13          Q.    I believe we lost the connection?
14                MR. BUNTING:  No, we're all still
15   here.
16          A.    We're all still here.
17                THE EXAMINER:  Mr. O'Hagan, did you
18   hear that question?
19          A.    The last question I heard, was did
20   I see the quote.  The answer is yes.
21                MR. BRENNER:  I'm still on.
22   Mr. O'Hagan, is back.
23                THE EXAMINER:  Did you hear the
24   question that was posed by Ms. McGregor[sic] as
25   she re-read the sentences that she wanted to?
```



Page 198

```
 1                    MS. McGOVERN:  Ms. McGovern, I'm

 2    sorry.  I just want to make -- you me confused for

 3    Ms. McGregor, Ms. McGovern.

 4                    THE EXAMINER:  Sorry, I'm sorry

 5    that's -- I apologise.

 6         A.    I did hear the question did I see

 7    the quote, and I do see the quote.

 8    BY MS. MCGOVERN:

 9         Q.    Is that an accurate quote?

10         A.    Yes.

11         Q.    If I could point you to the first

12    -- second sentence of that quote that states

13    "I have been working"; do you see that?

14         A.    I do.

15         Q.    The "I" refers to Dr. Wright, is

16    that correct?

17         A.    That was my understanding.

18         Q.    And then the statement that reads

19    "I cannot release it as me", the "I" refers to

20    Dr. Wright and the "me" refers the Dr. Wright; is

21    that correct?

22         A.    That was my understanding.

23                    MR. BUNTING:  Ms. McGovern,for your

24    record, there is 15 minutes left.

25                    MS. McGOVERN:  Left for what?
```



Page 199

1              MR. BUNTING:  The deposition which

2    is four hours.

3              MS. McGOVERN:  For the entire

4    deposition?

5              MR. BUNTING:  Yes.

6              MS. McGOVERN:  Has there been a

7    time limit in place on this deposition?  I was

8    unaware of that.

9              MR. BUNTING:  Yes, it's in the

10   court order.

11             MR. KORZENIK:  Yes, four hours.

12   BY MS. MCGOVERN:

13        Q.    Okay.  If you could please turn to

14   page 19 of 55?

15        A.    Yes.

16        Q.    If you could, please, turn to page

17   19 of 55?

18        A.    Yes.

19        Q.    And if you can, please, turn to the

20   paragraph that starts "I came to feel"; do you see

21   that?

22        A.    I do see it.

23             MR. BUNTING:  Marking forward to

24   217 ----

25             MR. KORZENIK:  I'm not seeing it.



Page 200

1    Where is it, again?

2              MR. BUNTING:  Top of page 191,

3    Mr. Korzenik.

4              MR. KORZENIK:  Thank you.  Thanks

5    Jude.

6    BY MS. MCGOVERN:

7         Q.    (Unclear) to sort speed things up,

8    if you could please read the first sentence of

9    that paragraph to yourself.  It's the sentence

10   that reads "I came to feel there were secrets

11   between Wright and Kleiman that might never be

12   revealed."  Do you see that?

13        A.    I see it, yes.

14        Q.    And is that an accurate statement?

15             MR. KORZENIK:  Objection.  That's

16   outside the scope of the permitted questions.

17             MS. MCGOVERN:  Are you instructing

18   him not to answer, Mr. Korzenik?

19             MR. KORZENIK:  Yes, I am.

20   BY MS. MCGOVERN:

21        Q.    If you could go up to the paragraph

22   that starts:  "For some reason" ----

23        A.    Yes.

24        Q.      -- "possibly fear for the ATO",

25   it's on the same page in my version ----



Page 201

```
 1           A.     I see it.
 2           Q.     You see it?  If you could look at
 3   the sentence that reads, that starts "for clarity"
 4   ----
 5           A.     Yes.
 6           Q.     It's in the same ----
 7                  MR. BRENNER:  I'm having trouble.
 8   Its starts "for some reason"?
 9                  MR. KORZENIK:  Yes.
10                  MR. BRENNER:  Is it "up" meaning
11   it's earlier in the article or "up" meaning
12   further down?
13                  MR. BUNTING:  Earlier in the
14   article; you read it earlier Mr. Brenner.
15                  MR. BRENNER:  How many paragraphs?
16                  MR. BUNTING:  Four ----
17                  MR. BRENNER:  I got it, I got it.
18   I'm there.  I got it, I got it.  My apologies, I
19   got it.
20   BY MS. MCGOVERN:
21           Q.     The sentence I'm asking you to
22   focus on, Mr. O'Hagan, is:  "For clarity: there is
23   no evidence that Kleiman ever took custody of that
24   amount."  Do you see that?
25           A.     I do.
```



Page 202

1           Q.    Is that an accurate statement?

2           A.    That was my understanding based on

3    my journalistic materials at the time.

4           Q.    Going through my notes real quick.

5    If you could, please -- if you could turn to page

6    28?

7           A.    Yes.

8           Q.    The first full paragraph starts

9    with "like McGregor" but it is not at the top of

10   the page it's the next one ----

11               MR. BRENNER:  I got it.  "Like

12   McGregor, Calvin Ayre"?

13               MS. McGOVERN:  That ----

14               MR. BRENNER:  Got it.

15               MS. McGOVERN:  -- to focus ----

16               MR. BUNTING:  Page 206,

17   Mr. Korzenik.

18               MR. KORZENIK:  What was that,

19   again, Jude?

20               MR. BUNTING:  206.

21               MR. KORZENIK:  206, thanks.

22   BY MS. MCGOVERN:

23          Q.    I would like to ask you about the

24   statement in the sentence that starts "Matthew's

25   explicit."  Sorry, I've got a bad copy.



Page 203

1    "Matthew's, explicit as usual", do you see that?

2          A.    I don't.

3          Q.    It's the paragraph above the

4    paragraph "like McGregor", and it's the third or

5    the second sentence of ----

6          A.    I've got it.

7                MR. KORZENIK:  I've got it.

8    BY MS. McGOVERN:

9          Q.    Great, so "Matthew's", I would like

10   to ask you though about the statement or the

11   statement that reads in that sentence:  "Though

12   I have no other evidence that Ayre was anything

13   but an interested observer."  Do you see that?

14         A.    I do.

15         Q.    Is that an accurate statement?

16         A.    That's an accurate reflection of

17   what I thought at the time, based on my material.

18         Q.    If I could ask you to take a look

19   at page 42 of 55?

20         A.    Yes.

21         Q.    The sentence that I ask you to

22   focus on, Mr. O'Hagan, starts with "We are going

23   to film"; do you see that?

24                MR. BRENNER:  Can you give me a --

25   a sentence that starts a paragraph because



Page 204

```
 1    otherwise there's no way I'll find it.
 2                   MS. McGOVERN:  That is the
 3    paragraph.  It's the series of quotes back and
 4    forth over ----
 5                   MR. BRENNER:  "We are going to
 6    forward a straightforward interview."
 7           A.    Yes.
 8    BY MS. McGOVERN:
 9           Q.    You see that Mr. O'Hagan?
10           A.    I've got it.
11           Q.    That quotes -- reads as follows,
12    quote ----
13                   MR. KORZENIK:  Where do you have
14    it?
15                   MR. BUNTING:  I'm trying to find
16    it.
17                   MS. McGOVERN:  Can you find it?
18                   MR. BRENNER:  No.
19                   MR. BUNTING:  What does the
20    paragraph begin with?
21                   MS. McGOVERN:  There is a paragraph
22    with a big T, a big T starts "That day".
23                   MR. BUNTING:  Yes, that's page --
24    that's page 231 Mr. Korzenik.  The big T at page
25    231 but I haven't found the next bit.
```



Page 205

```
 1                    MS. McGOVERN:  The sentence at the

 2   very bottom of what is page 42 of 55 that starts

 3   -- got it?

 4                    MR. BUNTING:  The quotation that is

 5   being put is on page 232, Mr. Korzenik.

 6                    MR. KORZENIK:  Got it, thanks.

 7   BY MS. MCGOVERN:

 8        Q.    This quote reads as follows:  "We

 9   are going to film a straightforward interview

10   upstairs without the computer."  Do you see that?

11        A.    I do.

12        Q.    Is that an accurate quote?

13                    MR. BRENNER:  Object to form.

14        A.    That's an accurate quote from

15   Mr. Cellan-Jones.

16                    MS. McGOVERN:  That's all I have.

17   Thank you so much, Mr. O'Hagan, for your time.

18                    MR. O'HAGAN:  Thank you.

19                    MR. BRENNER:  I don't I think have

20   a follow up, give me 30 seconds.  That's all,

21   I don't have anything further.

22                    THE EXAMINER:  Thank you very much

23   Mr. Brenner.  So, as far as I'm concerned,

24   Mr. O'Hagan it seems now that everybody has

25   finished their questioning of you.  There does
```



Page 206

```
 1    remain that finally a deposition is going to be

 2    printed up for you to sign.  Now, ordinarily,

 3    I would say you would come and see me in my

 4    chambers for it to be signed.  But unfortunately

 5    I've heard that somebody in my chambers suspects

 6    that he contracted coronavirus on the weekend and

 7    sent an e-mail today.  So, that's not -- I'm not

 8    sure when it will be possible for us to meet.  But

 9    we will have to make some arrangement for the

10    deposition to eventually go through the courts and

11    back to the USA.  We will just have to do our best

12    in the circumstances.

13                    MR. O'HAGAN:  Of course.

14                    THE EXAMINER:  But again, thank you

15    very much for coming.

16                    MR. O'HAGAN:  Thank you, Ms. Green.

17                    THE EXAMINER:  Hopefully, everybody

18    can have a safe journey back to wherever they're

19    going to go next if they're not going to be

20    staying at home.  So as far as I'm concerned the

21    deposition is on the record and if anybody has

22    anything to say off the record, please do that in

23    front of the others who are here.

24            (The deposition concluded at 5.49p.m.)

25
```



Page 207

1                    CERTIFICATE OF EXAMINER

2

3                    The preceding pages of typescript

4     were furnished to me by Amy Coley as containing

5     her transcript of his notes of the evidence of

6     ANDREW O'HAGAN given upon his examination before

7     me.

8

9

10

11

12

13

14

15

16

17    ......................

18    Ms. Alison Green -  Examiner

19

20    Dated this ..... day of ............ 2020

21

22

23

24

25



Page 208

1                    CERTIFICATE OF WITNESS

2

3          I,ANDREW O'HAGAN, am the deponent in the

4     foregoing deposition.  I have read the foregoing

5     deposition and, having made such changes and

6     corrections as I desired, I certify that the

7     transcript is a true and accurate record of my

8     responses to the questions put to me on 17th

9     March, 2020.

10

11

12

13

14

15     Signed  ...............................

16

17     NAME...................

18

19

20     Dated this ..... day of ........... 2020

21

22

23

24

25



Page 209

1                 CERTIFICATE OF COURT REPORTER

2

3           I, Amy Coley, Accredited Court Reporter,

4    do hereby certify that I took the Stenograph notes

5    of the foregoing deposition, and that the

6    transcript thereof is a true and accurate record

7    transcribed to the best of my skill and ability.

8                 I further certify that I am neither

9    counsel for, related to, nor employed by any of

10   the parties to the action in which the deposition

11   was taken, and that I am not a relative or

12   employee of any attorney or counsel employed by

13   the parties hereto, nor financially or otherwise

14   interested in the outcome of the action.

15

19

20         ....................................

21         AMY COLEY

22

23

24

25



Page 210

1                    E R R A T A

2        (Please make any corrections here NOT in the

3                      transcript)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**A**

**abilities** 30:20
**ability** 11:14
  43:19 44:2 45:5
  79:13,13 209:7
**able** 9:6 145:11
  168:2 172:4,20
  174:25
**ably** 164:7
**Abrenner@bsf...**
  2:5
**absolutely** 17:1
  83:16 153:8
**absurd** 69:6
  184:20
**Academy** 23:3
**accept** 35:21
  38:12
**acceptable**
  164:25
**accepted** 37:25
**access** 177:1,5
**accommodating**
  73:23
**account** 69:6,7,8
  122:19 150:12
  150:13 161:22
  161:25 162:17
**accounting** 122:5
  122:23
**accounts** 71:10
**Accredited** 209:3
**accuracy** 47:13
  50:15,18 51:8
  51:18 61:10
  95:17 101:13
  141:10,16
  172:14 174:14
  175:19
**accurate** 59:22
  64:14 65:7 67:2
  76:7 77:12,25
  78:15 79:15
  80:3 81:10,23
  82:9,17,18,25

84:5,12,14 85:6
85:15,24 88:1
88:16 90:4
91:21 92:12
93:1 94:18 96:3
96:20 97:5,6,13
97:15 98:2,16
100:22 102:16
103:4,11,15,18
106:5 107:6,9
107:13,19
108:3,21,25
109:8,15,19
110:2,8,17
111:18 112:11
112:16,24
113:19 114:1
114:18,21,25
115:2 117:14
117:18,24
118:8,11,17,18
118:23 120:12
121:10,18,22
121:25 122:2
122:18,22
123:20,24,25
124:21,23
125:2,5,7,21,25
126:5,7 128:11
129:20 130:4,8
130:22 131:15
133:1,21
135:16 137:11
137:19,20
138:1,24
139:18 140:6
141:1,22 142:3
142:5,10,15
143:21,25
144:4,10,23
145:3 146:16
146:17 147:15
150:13,18
152:7,12
161:11,18
165:12 174:10

176:12,22
177:9 180:5
182:7,9,10,13
182:15 186:17
187:25 189:23
190:23 191:3,7
191:17,23
192:2,4,10
193:11,24
195:22 198:9
200:14 202:1
203:15,16
205:12,14
208:7 209:6
**accurately** 72:8
  72:11 104:15
  147:25 148:18
  150:2 153:8
**acting** 156:3
**action** 27:22
  209:10,14
**active** 90:21
**activity** 123:19
  124:1,4
**actual** 47:8 52:7
  173:8
**add** 179:1
**adding** 92:22
**addition** 24:13
  178:13
**address** 15:2,7,8
  15:9 41:14
  65:16
**addressed** 46:3
  101:4 150:10
**admissibility**
  55:8
**admissible** 39:8
**admission** 132:10
**admissions** 70:18
**admit** 133:8
**admitted** 131:11
  131:15 132:1,2
  132:7 133:2,7
**advance** 179:4
**advice** 46:18

**advisement** 17:1
**affair** 12:6 13:12
  14:5 18:1,10
  21:25 30:18
  46:1,8 47:7
  49:11 50:17,20
  51:10,19 52:8
  53:8 147:17
  160:21 161:5
  163:9,13,21
  168:12 172:16
  172:24 175:21
**affidavit** 149:2
**affirm** 44:8 51:17
  52:24 67:13
  69:9 114:24
**affirming** 70:1
**afield** 20:12 26:9
  30:7 31:2 73:20
  165:21
**afraid** 19:22
  41:20 157:21
  165:18 169:8
**afternoon** 7:8
  158:9
**aggressive** 158:6
**agree** 37:23
  46:21 55:10
  107:23 113:3
  150:16 162:23
  175:4 176:25
**agreed** 46:14
  47:9 51:1
**agreement** 56:14
  115:21 117:5
  118:13
**aid** 11:18 107:5
**al** 5:4
**alert** 64:1
**alerting** 132:8
**Alison** 3:11
  207:18
**allow** 27:13
  31:10 52:24
  67:13 104:13
  138:6,13

157:22 172:1,2
**allowed** 43:10,11
  44:5,6 61:5
  70:20 174:16
**allowing** 35:25
**Alright** 74:15
  91:5
**Alternatively**
  40:18
**Amanda** 2:21 6:2
  29:3 127:6
  154:18 158:7
  159:7 164:22
**ambassador** 24:7
**ambassadors**
  24:4
**American** 23:3
  169:12,16
  184:6
**amount** 117:23
  166:3 201:24
**Amy** 1:22 3:14
  5:11 207:4
  209:3,21
**analyse** 95:23
**Andew** 5:20
**Andres** 6:4
  155:17
**Andrew** 1:12 2:6
  5:3 6:7,15
  11:23 12:7 13:6
  14:24 58:2
  72:21,22 73:2
  73:17 118:22
  139:20 147:17
  153:10 154:11
  161:6,9,13,23
  162:14,16
  168:12 194:5
  207:6
**Andrés** 2:22
**Angeles** 22:25
**annoyed** 88:15
**annoying** 163:7
**answer** 8:11,18
  8:21,22 10:16



11:18 17:4
26:11,22 27:2
27:12,18 29:5
29:15 30:11,13
35:11 36:2
38:24 42:25
46:19 49:2,3,15
49:24 51:25
52:18,20 61:6
61:13,13 62:20
63:16 64:11
65:14 66:10,15
68:18 77:8 83:9
86:20 89:21,25
90:17 91:18
92:17 108:15
110:13 118:3
120:9 128:9
133:12 138:7,8
138:13 142:9
148:7,13 149:3
150:9 160:14
162:24 163:17
163:25 167:15
167:21 168:20
169:11 171:11
171:13 172:2,3
172:7,24
174:16 175:14
176:4,9,15
177:24 178:5,8
178:20 179:15
184:9,13
187:19 188:7
197:20 200:18
**answered** 101:22
144:5 170:21
171:2 172:7
192:14
**answering** 92:10
104:20 165:18
166:15
**answers** 27:24
92:9
**answer[sic** 172:1
**anticipate** 9:6

27:11
**Antigua** 130:21
**anybody** 157:16
157:16 176:5
206:21
**anyway** 67:24
163:7 178:19
**apart** 87:17
**apologies** 104:23
201:18
**apologise** 49:20
57:20 137:2
155:10 157:13
158:1 159:1
166:1 198:5
**apologize** 159:19
**apparent** 9:3
**apparently** 144:3
151:15
**appear** 71:9
156:14 158:6
**appearance** 5:20
**appearances**
5:12
**appeared** 13:1
27:22
**appearing**
154:10
**appears** 12:7,10
24:15 89:8
90:21 102:22
178:16
**application** 95:4
95:13,23
**appoint** 24:3
**appointed** 6:18
**appreciate** 17:3,6
104:16,22
166:2
**approached**
51:22 52:10
**appropriate** 38:6
44:7 49:1
108:22
**appropriately**
29:10

**approval** 74:7
**approximately**
17:8,9
**area** 51:13
**areas** 50:3 51:1
53:14 85:13
**arguing** 169:10
**argument** 72:3
168:5 179:6
**argumentative**
175:13
**arguments** 71:3
71:20 178:22
**Arivero@river...**
2:20
**arrangement**
206:9
**article** 12:6,25
13:18,21 14:5,8
21:24 42:13
46:3 47:7 53:8
54:8,17,20 55:3
55:7,21 56:16
57:4,25 61:4,11
61:11,16 62:25
64:25 65:3
66:23 67:2,14
68:11,14 69:10
70:22 72:6,7
79:10 80:10
81:4,25 83:3,7
100:18 101:11
101:11,16
102:25 105:19
108:10 114:7
136:3 137:14
147:16,24
148:1,4,8,16
149:1,7,13,25
150:17 160:25
161:4,12,13,25
162:13,17,18
163:10,24
164:2,4 166:18
168:13 171:13
173:5 174:19

183:9,16,19
184:18,21
187:19 201:11
201:14
**articles** 32:8
34:22 35:2
170:17,18
171:2,8
**arts** 23:3 25:22
79:12
**asked** 7:1 50:4,7
51:17 60:12
68:13 71:20
89:12,17 91:13
92:12 93:10,17
96:14,18,20
107:24 110:24
111:2,6 115:20
117:4 118:10
123:6,7,8,9
131:20 138:22
148:25 159:19
160:8 171:1
172:22 175:23
176:1 177:12
177:14 178:3
180:21,21
192:13,17,24
192:25 193:7
195:12,14
**asking** 7:17
28:15,18,19
31:6,8,18 35:16
35:18 42:5 44:8
44:22 46:23
47:1 60:10
63:17 65:7
66:25 67:1,5,6
67:10 68:17
69:9,10,11,13
71:25,25 72:4
89:11 107:21
132:1,2,7 141:5
149:6,25 150:6
166:6,21
170:22 175:8

182:15 184:3
188:8 189:19
192:19 201:21
**Assange** 32:11,16
**assert** 68:4
**asserted** 100:13
**asserting** 70:24
149:9
**assertion** 64:15
65:6,25 66:11
66:23 68:3,10
68:15 69:3,5
100:18 110:3
112:11
**assertions** 48:2
48:11 50:16,19
51:9 65:3,4
66:24 67:1 69:4
69:16,24
120:11 149:7
172:15 175:19
**asserts** 105:19
**assessment** 73:13
**assistant** 19:11
19:16
**associate** 151:14
153:18 156:9
156:20
**associated** 29:16
140:24 142:1
152:3 177:5
**Association**
23:17
**assume** 76:21
97:11 116:7,13
136:9
**assumed** 157:17
**assumes** 69:22,23
**assure** 8:22
**ATO** 76:5,8
115:19 117:3
200:24
**attached** 147:19
147:24 148:16
150:1
**attacks** 106:19


MAGNA
LEGAL SERVICES

**attempt** 165:2
**attempts** 109:1
**attend** 177:18
**attended** 153:25
**attending** 152:9
  153:14
**attention** 14:11
  46:11 58:20
**attorney** 209:12
**attorneys** 29:9
  48:22,23 53:25
  157:2
**attributed** 40:24
  82:1 150:8
**attribution** 139:3
**audibly** 8:12
**audits** 95:4,13,23
**author** 161:20
**automate** 113:12
  114:13
**available** 38:15
**Avenue** 2:13
**avoid** 67:19
**award** 22:19,22
  22:22 23:3,4
**awarded** 23:1
**awards** 22:3,9,16
**aware** 160:18,21
**Ayre** 130:11,18
  130:21 202:12
  203:12
**A-N-D-R-E-S**
  155:18
**a.m** 145:7,20

**B**
**b** 50:15 51:7
**back** 10:13,15,18
  52:19 61:16
  66:18 67:3,4,13
  67:17,17 68:19
  72:12 74:13
  75:12,15 83:20
  87:19 99:18
  106:17 145:25
  147:7 148:23

151:1 159:2,19
162:3,6 174:18
181:23 190:10
197:22 204:3
206:11,18
**background**
  14:18 20:12,15
  30:9,24 31:5,10
  34:7 40:19
  47:21,25 48:6,8
  48:9 50:11 51:7
  65:9 156:8
  165:22,23
  166:3 172:11
**bad** 94:8 202:25
**Bagnu** 114:15
**bailiwick** 71:19
**bank** 68:11
**banking** 113:9
  114:10
**banks** 64:1 67:21
  73:8,10 74:1
**bank's** 67:21
  68:12
**barring** 49:2
**based** 17:11
  28:13 33:24
  37:15,15 41:8
  43:13 44:25
  56:9,16 66:2,8
  66:11,14 68:5
  68:13 69:24
  70:4 73:13 96:1
  110:4,8,17
  112:12,14
  183:6 186:18
  202:2 203:17
**basis** 30:22 36:3
  44:20 67:16
  74:12 170:23
**bastards** 106:20
**BBC** 25:16,17
**bear** 105:21
**beat** 104:19
**began** 51:13 85:9
  85:12

**beginning** 36:20
  39:18 88:21
  111:2 127:24
  155:4 190:6
**begins** 5:2 13:7
  80:20 88:22
  179:24 185:4
  186:1 195:3
  197:3
**behalf** 3:14,16
  5:20 6:1,12
  154:1,10
  156:14 163:22
**behaving** 75:22
  76:4
**believe** 16:25
  30:20 37:7 46:7
  55:23 56:7
  69:25 70:5,25
  77:17 88:5
  124:24 143:23
  144:12 149:2
  151:19 154:25
  155:8 166:19
  167:3 173:1
  176:3 178:11
  182:7 197:13
**believes** 118:8
**belittle** 128:15
**beneath** 42:24
**best** 11:13 17:5
  22:23 29:18
  37:6 57:2 94:9
  101:25 120:15
  135:20 158:23
  170:8 206:11
  209:7
**better** 100:7
  157:19 158:5
  158:21 196:11
  197:10
**beyond** 42:23
  44:25 46:24
  67:10
**Bezzenberger**
  3:13 5:18

156:21,22
**big** 125:25
  173:14,22
  204:22,22,24
**bigger** 189:20
**biggest** 29:25
  30:1,4 31:22
  32:1,1,3
**binomial** 96:2
**Biscayne** 2:8
**bit** 20:12 27:25
  35:6 92:14
  109:23 158:5
  189:25 191:21
  204:25
**bitcash** 100:3
  195:18 196:6
  197:6
**Bitcoin** 52:14
  96:1 98:23
  100:3 103:17
  112:10 115:22
  117:6 118:14
  121:9,16,25
  123:17 124:5
  131:10 133:7
  133:15 140:25
  140:25 186:14
  187:10,25
  195:3,18 196:6
  197:6
**Bitcoins** 109:24
  112:3,22
**blanket** 35:21
**block** 34:14 64:3
  109:17,18
  119:8 145:8,17
**blog** 177:6
**blogs** 177:6
**bloody** 106:20
**Bloom** 44:20
**blue** 91:1
**Blvd** 2:8
**body** 23:5,6
**bogged** 74:21
**Boies** 2:3 6:8

151:14 153:12
**bold** 57:10
  126:14,19
  134:4,12
  135:22,25
  173:15
**bolded** 127:11,14
  134:15,20
  140:14
**book** 16:11 20:4
  20:25 21:13,14
  21:18,19,21,23
  22:1,20,21,24
  22:25 23:13
  55:5 166:22,23
  166:25 167:4,7
  168:14,15,16
  169:7,17 171:7
  171:23
**Booker** 22:6,8
**books** 13:1 15:20
  15:25 16:6,7,15
  17:11,23 18:4,5
  18:12,17,21
  19:4,21,24 20:6
  20:8,19,20,22
  21:3,7,11 22:10
  24:14 26:7
  28:14,20 29:17
  30:1 31:5,20,22
  32:2 33:23
  34:19,22 35:3
  147:16 170:11
  170:16,22
  171:3
**bottom** 12:9,12
  12:17 57:23
  79:1 86:8,9
  96:13,17
  102:19 120:2
  145:25 181:21
  190:12 205:2
**Boulevard** 2:19
**boundaries**
  160:14 167:16
  180:10 188:18



**boundary** 175:3
175:5
**break** 6:24 9:15
10:11,24 54:11
65:11,16 68:24
70:9 74:5,6,9
75:11 92:22
116:2 117:11
121:20 131:24
146:24 147:6
**breaking** 9:18
**breaks** 9:13
**Brenner** 2:6 6:7
6:8 7:7 9:22
10:4,16,18,21
13:6,16 14:2
20:14,17 26:10
28:2,4,24 29:4
30:10 31:14
32:14 33:6,11
33:16 34:11,12
34:25 35:14
36:9,15 37:17
37:19 38:7,8,20
38:23 39:1,12
39:19 41:13
42:19 43:2,18
43:23 44:10,14
44:17,21 45:7,9
46:16,22 47:17
48:3,15,18
49:14,18 51:11
52:1 53:2,3,12
55:1,13,20,23
56:17,20,23,25
57:21,22 58:2,5
58:13,18,20
59:1,7,8,12,15
60:9,14 61:5,7
61:12,15,24
62:9,17 63:7,10
63:15,19,21
64:10,22 65:15
66:5,17 68:9,20
68:21 70:3,11
70:15,18,21

71:13,14,16,24
72:15,22 73:3
74:5,13,14,18
74:19 75:14
76:12,18 77:3
77:16 78:4,19
79:3,19 80:7,17
80:25 81:2,16
82:2,5,15 83:2
83:5,14,17,19
84:9,16 85:18
85:23 86:5,7,19
87:14 89:2,5,24
90:10,14,19,23
91:4,17 93:14
93:23 94:5,21
94:24 95:2,6,10
95:11,14 96:7
96:24 97:8,17
99:17,20
100:14,19,24
100:25 101:17
102:4 104:3,5
104:17 105:2,5
105:8,20,22
107:11,23
108:1,14,23
110:12,21
111:14 112:17
112:19 114:2
114:22 115:3
115:10,16
116:1,11,21,25
117:12,16
118:2,9,25
119:22,25
120:8,14,18
121:1,13 122:3
122:11 123:22
125:6,18,20
127:8,13,17,20
127:23 128:19
128:21 129:8
129:23,25
130:13,15
131:20,25

132:4,18
133:11,25
134:21 135:1,3
136:18,25
137:4 138:6,12
138:15 139:5,8
139:23 140:2
142:8,25 143:5
143:9,10 144:7
144:9,22
145:10,14,19
145:22 147:3,9
147:22 148:5
148:12,22
149:15,21
150:15,23,24
151:12,18,22
152:16 153:1,9
153:10 159:4
161:16,19
162:1,19 164:5
166:3,20
168:18 169:24
170:4,7 173:3,4
173:21 174:1
174:11 178:10
178:22 181:2,8
182:22 185:1,6
185:11,17,21
186:5 187:11
189:15 191:5
191:25 192:21
193:3,25 194:5
194:19,24
195:4,12,14,24
196:12 197:21
201:7,10,14,15
201:17 202:11
202:14 203:24
204:5,18
205:13,19,23
**Brenner's** 9:19
194:10
**bridge** 28:3
**briefly** 22:5
**brilliant** 62:6,13

182:3
**bring** 39:3 92:13
164:11,14
168:3 191:20
**British** 21:1
25:18 39:3
169:13
**broad** 48:8 67:20
**broadcast** 146:2
**broadcaster**
25:20
**Broadcasting**
25:18
**broader** 73:24
**broadly** 18:7
**Broadway** 3:3
**broken** 9:20,21
82:17
**brought** 88:23
159:21,25
160:7
**build** 107:5
113:11 114:12
**building** 157:5
186:14 187:9
187:24
**Bunting** 3:9 5:14
5:15 13:10
46:12 47:17
49:12,16 58:16
58:23 63:9
64:12 65:6
68:20 69:19
70:7 74:4,12,17
74:25 75:5
78:25 80:22
87:12 88:24
95:11 104:7
105:4 108:16
108:20 115:13
117:11 120:20
136:11,14,22
139:25 151:7
151:16,21
156:13,14
159:13 162:2

162:21 163:1
166:11 168:23
170:12,20
172:9 175:16
176:7 177:21
181:18,21
183:21 184:1
184:10 185:13
185:19 197:14
198:23 199:1,5
199:9,23 200:2
201:13,16
202:16,20
204:15,19,23
205:4
**Burton** 1:17 3:7
3:13 5:9,17
156:16
**business** 15:7
**buy** 113:11
114:12
**B-E-Z-Z-E-N-...**
156:23
**B-O-I-E-S**
153:12
**B-R-E-N-N-E-R**
153:11

**C**

**C** 2:1
**call** 75:9 128:13
130:21
**called** 22:21,24
23:2 86:15
115:19 117:3
130:23 134:8
145:15 158:11
167:4,7 193:18
**calling** 65:18
**calls** 166:12
**Calvin** 130:11
202:12
**camera** 58:11
**capacity** 20:7
25:23 26:17
**capitalised**



127:14 146:21
**capitalize** 127:11
**care** 143:24
144:14
**carefully** 45:21
**carries** 18:8
**carrying** 16:11
**carve** 69:2
**case** 1:3 5:6 6:9
7:24 17:25 54:5
55:9 70:19
157:11 159:6
160:19
**catch** 127:4
**cell** 10:4 75:9
**Cellan-Jones**
138:22 141:7
141:10,16,25
142:2,12,19,24
143:15,18
144:17 146:4
205:15
**centre** 173:12
**certain** 17:1
53:16 129:6
135:15
**certainly** 18:20
25:19 43:11
65:3
**CERTIFICATE**
207:1 208:1
209:1
**certify** 208:6
209:4,8
**chain** 64:3 177:6
**challenge** 34:5
**chambers** 206:4
206:5
**change** 164:13
**changed** 148:14
187:12
**changes** 208:5
**changing** 187:15
**chapters** 21:15
**characterisation**
71:22 139:2

**characterise**
165:13
**charge** 9:12
**charity** 24:2
**Charles** 193:21
**check** 54:24
**children** 24:3
76:4
**choice** 183:5
**choppy** 83:21
**Christopher**
185:14,20
**circles** 26:3,5
**circulation** 16:17
17:13,14
**circumstances**
206:12
**cite** 120:11
**cited** 150:7
**City** 2:13
**claims** 40:3
**clarification**
21:17 28:17
92:25 105:15
**clarify** 32:10,22
37:22 39:11
61:6,13 175:16
195:11
**clarity** 117:22
201:3,22
**clause** 65:14
**clean** 140:4
143:12
**clear** 7:3,14
31:15 43:7
44:19 45:4
51:12 52:8,22
55:12 60:11
113:25 114:3
120:23 121:7
131:18 155:22
158:17 175:12
179:23 184:4
186:13 187:4,8
187:24 195:11
195:13 196:23

**clearly** 101:20,20
153:7
**click** 91:1,2
**client** 157:12
**clients** 113:9
114:9
**coaching** 71:1
**code** 113:12
114:13
**coding** 102:12
**Cohen** 151:17,19
151:25 156:1,7
156:8 157:7
**Coley** 1:22 3:14
5:11 207:4
209:3,21
**collaborated**
62:7,14 182:4
186:14 187:1,1
187:2,9,16,17
187:24
**collaboration**
93:11,19 94:6
95:21 193:8
**colleague** 6:4
154:18
**collected** 169:17
**collection** 169:22
**collections**
169:14
**College** 23:11
**colon** 65:19
**combination**
94:8
**come** 44:2 67:3,4
67:12,16,17
78:10 88:12
110:7 137:25
148:23 150:25
189:10 206:3
**comes** 39:7 73:24
101:12
**comfortable**
27:16,16
**coming** 24:8
68:19 137:16

139:14 140:5
156:25 162:3
169:25 170:1
206:15
**comma** 186:10
**commas** 93:24
**comment** 28:18
28:19
**Commonwealth**
22:11
**community**
28:11
**complete** 21:13
44:19 45:23
68:5 192:17
194:6
**completed** 27:17
29:14 157:3
**complexity** 73:16
**complicated**
122:25 123:19
124:2
**complicates**
134:21
**complied** 164:17
**components**
73:14
**composite** 68:5
72:24 73:5
115:24 131:18
**computer** 193:18
205:10
**concentrate** 50:5
**concerned** 6:20
6:21,22 9:20
26:25 50:9,25
157:4 205:23
206:20
**concerns** 67:22
72:22
**concluded**
206:24
**conclusion** 67:20
**concrete** 73:6,15
**conference** 152:2
**conferences**

139:16 140:7
**confident** 142:19
143:15
**confidential**
50:23
**confidentiality**
40:12
**confines** 48:6
**confirm** 40:1
47:12 51:17
66:20 95:17
101:13 106:4
124:17 139:6
141:10 149:6
151:23 175:18
**confirmation**
48:1,1,10,11
**confirmed** 73:18
194:5 196:20
**confirming** 50:18
50:23 61:10
101:15 141:15
194:18
**conflict** 67:19
**confused** 56:14
198:2
**confusing** 158:16
**confusion** 95:12
155:1
**connection** 178:2
197:13
**consciousness**
24:5
**consent** 46:15
50:3 51:1
**consented** 69:14
**consider** 40:4
51:4 52:18
**construction**
170:3
**construed** 48:7
**consult** 74:10
**consultancy**
113:11 114:11
**contact** 51:14
53:16,17,20,25



54:2
**contacted** 49:10
**contacts** 50:14
**contained** 41:23
48:12 50:16
51:9 148:1,19
162:18 172:15
172:25
**containing** 207:4
**content** 164:4
**context** 65:10
93:8 97:25 99:2
101:18 119:16
123:13 124:16
129:11 137:13
137:17 139:13
140:4 145:24
169:16 187:4
**continue** 43:13
54:13 127:13
168:7 179:6
**contract** 15:20
**contracted** 206:6
**contradict** 40:1
**contributed**
18:11 24:15
**contributing**
15:21,24 19:9
**contributions**
25:16
**contributor**
19:10
**convene** 45:14
**conversation** 9:5
92:8 104:19
123:14 128:12
128:13,23
129:1,5,13
**conversations**
85:5 88:14
121:8,22,23
**cool** 125:24
**copies** 17:15
**copy** 12:10,14
13:11,15 17:21
57:4,22 88:5,8

94:9 99:6 145:5
147:18,23
148:4,8,16
202:25
**core** 95:25
183:20
**cores** 113:18
114:16
**corner** 12:12,17
57:24
**coronavirus**
206:6
**corporation**
25:19 157:5
**correct** 12:11
15:3 19:4,5
24:16,17 25:4
36:25 37:3,8
41:19 42:3,17
42:20 45:12
53:1 54:19
59:17,18,21
60:1,2 61:21
64:16 66:12
72:18 73:3
77:19 78:7
87:21,24,25
89:21 91:14,15
91:19 92:4
93:11 94:6,10
94:16 97:3
102:9 103:2
105:11 106:12
106:13 110:25
111:8,9,11
113:5 122:21
123:10 124:5,6
125:1 129:4
137:9 139:7
140:19 141:5
141:17,20
149:18,19,20
151:24 155:11
158:16 163:11
165:6,11 167:5
167:6,11

168:14,17
173:24 176:5,7
186:22,23
187:3,5,10
198:16,21
**correction** 167:2
**corrections** 208:6
210:2
**correctly** 187:14
187:15,18
**counsel** 3:6 5:12
5:15 7:4 11:17
26:17 27:2
44:24 45:2 51:3
52:22 53:5
68:25 70:13
74:11 76:18
104:4,21
145:10 150:16
151:19 152:2
154:20 158:25
159:4 162:3,5
164:7,10,20
168:9 174:24
175:17,25
177:15 178:12
178:15 209:9
209:12
**counsel's** 65:17
138:17 139:10
**count** 115:4
136:5
**couple** 8:10
88:10 126:18
135:24
**course** 17:19
27:19 30:16
36:3 152:2
153:1 154:17
206:13
**court** 1:1,22 3:14
5:5,11 8:4 9:8
10:15 11:21
14:1 27:1 30:14
38:4 39:3,8,10
43:9,16 45:1

48:8 49:24
50:10,25 52:19
69:17 94:3
107:8 114:5
138:9 152:7,18
152:21 154:5
164:15 168:3
174:13 178:23
199:10 209:1,3
**courtesy** 27:13
**courts** 164:12
178:15 206:10
**court's** 6:20
54:24
**cover** 194:7
**covered** 22:13
31:19 51:2,4
**covering** 22:10
**covers** 175:22
**Craig** 1:9 5:4
139:17 140:9
140:22 160:19
180:2
**crap** 106:23,24
107:1,4
**crash** 109:19
**create** 64:3
**creation** 78:24
**credentials** 34:8
**credibility** 51:16
**criticism** 165:16
166:10,13
**cross** 28:2 157:9
164:25 175:3,5
175:6 177:16
177:17,18
178:4,14 179:1
180:11
**crossing** 87:16
**cross-examinat...**
151:4,8 157:8
171:12 176:2
177:25
**cross-examine**
172:4 177:19
**cross-examined**

43:12
**crypto** 21:4,8
64:2 73:10 93:4
**cryptographic**
177:4
**cryptography**
82:23 84:4
85:14
**cumbersome**
114:4
**currencies** 64:2
**currency** 21:4,8
73:11
**current** 15:9
**currently** 15:18
23:19,20 32:7
74:17 114:6
117:7
**curve** 93:3
**custody** 117:23
201:23
**cut** 8:20
**cyber** 84:11
**cyberpunk** 78:10
**Cyrulnik** 2:8,12
6:12 153:22,23
**C-O-H-E-N**
156:8
**C-Y-R-U-L-N-...**
153:23

---

**D**

**D** 4:1
**Daily** 25:1
**date** 11:24,24
13:4,5 14:4,6,8
195:13
**dated** 99:5 106:7
195:10 207:20
208:20
**Dave** 80:11,12
81:5 82:10,19
88:13 89:25
96:21 99:14
100:4,11 101:6
106:12 111:16



145:1 187:9
189:11 195:19
196:7 197:7
**David** 1:5 3:4
5:20 154:7
187:3
**day** 6:6 110:16
114:24 144:25
204:22 207:20
208:20
**days** 17:2 179:4
185:13,19
**de** 2:19
**deal** 34:5 73:22
137:25
**deals** 50:21 57:19
**deaths** 34:15
**debate** 30:12
**December** 46:15
51:22 52:10
104:1,1 105:6
106:8 107:15
108:4
**deem** 44:6
**deepened** 138:22
**defend** 79:13
**defendant** 1:9
2:17 70:19
160:19 164:11
164:18 174:25
178:12
**defendants** 153:3
154:4
**Defense** 1:6
**define** 21:6
**defining** 38:21
**definitely** 66:17
**degree** 24:10
**delay** 33:21
**Delich** 2:16
**demand** 40:11
**demonstrate**
140:23
**denying** 141:15
**departing** 47:21
**depiction** 102:16

103:19 113:19
133:1
**deploy** 45:14
**deponent** 208:3
**deposition** 1:11
5:3,8 6:5,11
7:23 9:7 11:3,6
11:11,16,23
14:15 20:16
41:12 42:8
43:21 44:3,5,15
46:14 47:2,3
48:13 50:13
53:18,21 54:1
56:1 65:1 83:4
147:19,24
148:17 150:1
151:25 152:4,5
154:1 156:11
157:3,10,11
158:14 159:1
160:8 164:9,13
164:16 172:14
172:16,18,19
175:7,23
177:13,16
178:3,14 179:4
199:1,4,7 206:1
206:10,21,24
208:4,5 209:5
209:10
**depositions** 7:22
**depth** 43:11
**deriving** 95:24
**describe** 15:14
21:5 29:24
31:21 42:16
73:9
**described** 18:3,6
31:18 93:3,5
101:20 174:6
176:20
**description** 126:1
**desire** 72:3
**desired** 208:6
**detail** 30:22

**details** 152:13
**devices** 162:7
**Devin** 2:11
**devoted** 24:2
46:8
**dialled** 151:15
**dialogue** 71:8
**Didion** 169:15
**difference** 133:18
**different** 57:25
72:25 87:20
117:15 149:10
149:12 150:8
171:24 185:8
185:12 187:13
**difficult** 8:16
37:23 157:1
168:5,7
**difficulties** 10:23
127:1,21
**difficulty** 7:16
67:19
**dig** 40:2
**digital** 84:11
**direct** 14:11 36:5
51:25 52:15
57:2 88:19
**directed** 70:18
89:6 190:16
**directing** 35:10
46:10 119:21
**direction** 49:1
**directly** 67:2
**directs** 174:24
**disagree** 50:9
68:9
**disclose** 68:8
**disclosed** 36:7,8
**disclosing** 50:22
**disclosure** 147:12
**discuss** 30:8
53:15 68:7
69:21 120:25
**discussed** 102:1
**discussing**
107:17 122:5

**discussion** 33:22
42:14 101:14
137:15,16
**discussions**
123:16 127:25
**disgruntled**
98:13
**distant** 34:6
**distinction** 17:13
**distribution** 96:2
**district** 1:1,1 5:5
5:5 38:4,5
168:3 179:3
**doctorate** 23:11
193:21 194:15
**document** 12:4,9
13:7,8,15 42:23
83:13,15,17
119:5 192:20
**documentaries**
26:1
**documents** 11:17
47:3
**doing** 18:4 19:2
20:6 42:17 44:7
48:20 89:13
90:6 94:9
101:23 105:23
113:14 114:7
114:15 120:14
140:13 146:19
154:15 196:15
**dots** 91:1
**double** 113:13
114:13
**doubts** 188:4,7
188:12,16
**dozens** 121:8,23
**Dr** 6:2 21:22 27:8
29:9 47:11,14
48:23 49:10
51:14,23 52:11
53:18,22 59:21
60:1,21 61:17
62:11 64:5
65:22 66:1

70:19 76:8,21
77:2,13,21 78:1
78:16 79:16
80:4 81:11,14
81:22,24 82:1
82:10,18 85:10
85:21,24 86:16
87:6,23 88:2,16
89:12,18 90:5
91:14,21,24
92:9,13,16 93:2
93:9,20,25
94:13,19 95:16
95:19 96:3,20
97:13,18 98:2
98:17 99:11
100:1 101:2,6
102:9,17 103:1
103:4,16,19
105:11,24
106:10 107:7
107:10,14
108:11 109:9
109:15,20
110:24 111:6
111:11 113:4,7
113:8,20 114:8
114:18 119:2
120:19 121:11
121:22,24
122:7,7,24
123:6,16,17,25
124:18,23
125:2,8,21,22
126:1,5 128:5
129:5,13,18
130:1,4,17,20
131:14 133:2,8
133:21 135:10
137:9,14,22
139:14,18
140:4 141:2,5,6
141:12 142:3
142:16 143:20
143:20,25
144:10,24



151:20 152:5
154:20 155:20
156:4,10 158:8
158:12 160:11
160:19 174:15
175:11,12,24
182:19 187:3,8
192:11 194:14
195:21 198:15
198:20,20
**draft** 50:2
**draw** 66:22 168:8
**drawing** 58:20
**drilling** 170:6
**drive** 98:14
**drop** 75:19 141:8
**due** 9:15 35:14
43:18 44:1
**duly** 6:15

———
**E**
**E** 2:1,1 4:1 210:1
**earlier** 54:21
153:19 174:20
179:7 182:8
201:11,13,14
**earliest** 85:5
**easier** 59:5,25
95:9 181:6
**easiest** 136:6
**eastern** 80:2
**edited** 107:4
**editing** 100:1
195:16 197:2,3
**edition** 20:25
**editor** 15:20,22
15:24,24 19:8
19:10,12,16
**editorial** 35:13
**editors** 45:14
**education** 34:8
**educational**
50:11 51:6
172:11
**effectively** 15:21
148:5

**effectiveness**
64:2
**effort** 164:11
**egg** 174:7 176:21
**eight** 20:21
126:24 127:18
**either** 7:15 8:11
8:17 37:18
47:10 48:22
66:20 93:5
128:20
**electronic** 100:3
195:18 196:5
197:5
**ellipses** 113:25
144:2
**elliptical** 93:3
**EM** 23:2
**Email** 2:5,10,14
2:14
**emanates** 45:3
**employed** 15:18
19:11,15 209:9
209:12
**employee** 98:14
209:12
**employer** 28:20
**employment**
50:12 172:12
**enable** 46:18
**encrypt** 64:1
138:1
**ends** 95:1 180:2
**England** 22:10
**English** 3:6 5:15
6:19 13:13 22:9
24:22 25:2
29:21 50:24
**enjoy** 170:10
**enjoys** 166:5
**enquiry** 47:25
48:14
**entire** 37:14 41:6
83:3 199:3
**entirely** 68:15
166:13

**entitled** 12:6
30:19 31:11
50:10 51:5
100:20 147:17
160:20
**Erica** 3:12 5:18
156:18,18
**Esq** 2:6,11,15,16
2:22,22 3:4,5,9
**Esquire** 22:19
**essayist** 165:16
166:9
**establish** 30:15
51:13
**established**
166:25
**estate** 1:5 54:3
**estimate** 16:14
17:5
**et** 5:4
**Europe** 16:9
**evaluation** 60:5
66:14 73:13
**evaluative** 65:9
73:5,15,19
138:3 143:2
161:14 163:22
**evalued** 81:15
**event** 12:25
184:2
**eventually**
206:10
**everybody** 58:11
154:6 205:24
206:17
**everybody's**
149:18
**evidence** 36:13
83:15 117:22
157:2 201:23
203:12 207:5
**evidential** 148:15
**evidentiary**
147:13 149:3,6
**Evidently** 195:23
**exactly** 43:16

80:17 129:23
148:25 190:18
**examination**
155:4 207:6
**examine** 177:19
**examiner** 3:11
6:14,17 7:12
9:19,25 10:5,8
10:20 39:6 50:1
53:13 58:9
63:17,20 74:7,8
74:15,22 75:2
122:9 148:10
150:22 151:3
152:6,20 153:4
154:3,13,22
155:3,13,21
156:5,12,24
157:15 160:2
174:21 176:14
197:17,23
198:4 205:22
206:14,17
207:1,18
**example** 32:11
**examples** 169:14
**exclusive** 177:1
**excuse** 43:23
46:10 68:21,22
72:2 132:11
155:17 187:2
191:11 197:2
**exercised** 29:10
**exhibit** 4:3 11:22
12:1,5,13 14:7
14:11 15:1 18:9
23:22 46:2,2
54:7 75:16
147:19,25
148:17 150:1
159:3 160:20
160:23,24
167:3,9 169:5
184:25
**exhibited** 13:12
**exhibits** 13:25

**existed** 16:13
**existence** 16:10
**expand** 164:12
**expect** 17:20
159:9
**expected** 59:25
76:23 77:6,9
**experience** 34:9
74:22
**expert** 73:9,25
**expertise** 135:15
**explain** 35:25
39:6 46:16
168:6
**explicit** 188:5,9
202:25 203:1
**expression** 66:8
84:7 150:18
**expressly** 40:21
**extent** 8:6 56:10
**eye** 69:7,16
**eyes** 17:16 94:9
**eyewitness** 67:23
67:25 68:3 69:5
69:8 71:10
**e-mail** 2:20 99:5
99:7,11,13,14
99:23 100:10
100:23 101:1,3
101:3,6,12,21
101:21 102:8
105:13,16,25
106:2,5,7
107:13 108:12
152:23 195:10
206:7
**e-mails** 96:19,21
98:5 111:23
112:1,8,20
120:3,6,16,17
120:19 121:4,6
129:6,14,19
130:2,5
**E-N-I-K** 154:10
**E-R-I-C-A**
156:18



**F**

**fact** 45:2 49:23
60:4,21 66:19
66:20,21 69:22
71:23 73:20
81:25 100:13
132:8 152:1
155:2 158:20
159:24 162:16
163:23 194:9
**facts** 37:7 41:24
71:23 120:12
148:18 150:2
**factual** 48:2,11
50:16,19 51:8
61:11 65:2,4,25
66:2,11,22 68:3
68:10,15 69:3,3
69:5,16 71:1
73:6,14 100:18
110:2 112:11
138:5 139:3
163:20 172:14
175:19
**failed** 188:5,9
**failures** 95:23
**fair** 6:21,22
15:14 92:21
100:24 101:17
121:20 149:22
182:20,21
184:14
**fairly** 150:9
155:22 168:22
**familiar** 119:15
159:5,20,24
160:4,9
**familiarise** 103:6
113:2 128:7
173:19
**familiarity** 49:20
**famous** 169:14
**Famously** 34:20
**far** 6:19,21,22
9:12,20 20:12

23:6 26:8 30:7
31:2 45:7 50:4
50:8,24 73:20
153:24 154:14
157:4 165:21
167:15 172:17
178:11 205:23
206:20
**farm** 103:8
**farming** 21:1
**father** 59:23
**fear** 115:18 117:2
200:24
**Federal** 55:25
**fee** 119:10
**feed** 104:9
**feel** 6:23 119:23
158:5 199:20
200:10
**feeling** 74:2
137:23
**fellow** 23:6
**felt** 137:24 138:4
**festivals** 23:14
**fiction** 19:20,25
20:3 22:9 55:5
168:15
**field** 18:17
**fight** 67:16 69:1
**figure** 16:17
68:25 113:9,17
114:10,16
131:10 133:6
133:13
**figures** 16:20
**file** 85:6
**filed** 14:12
**film** 203:23 205:9
**finally** 45:14
206:1
**financially**
209:13
**find** 57:21 58:25
97:21 98:1
126:10 145:11
173:6 185:7

204:1,15,17
**finding** 58:15
76:20
**finds** 58:10
**fine** 36:10 148:22
174:17 188:23
**finish** 8:17,25 9:8
27:14 43:24,24
43:25,25 52:3
66:21 68:22
71:15 86:4
94:22 100:8
159:12
**finished** 171:14
179:7 183:11
205:25
**Finney** 109:24
141:1 145:2
**fire** 32:23 33:2,8
33:13 34:12,13
34:15
**firm** 6:3,11
151:22 152:14
152:15 153:6,7
153:11,14,18
153:22 154:16
154:20 155:20
156:9
**first** 12:18 20:15
23:24 25:16
36:24 37:10
38:10 41:3
42:10 63:11
65:12,14,17,18
65:21 66:12
77:22 86:13
87:1,21 97:2,10
97:25 110:7
127:10 138:23
140:21,24
141:8 147:14
157:16 158:4
160:3,24
166:24,25
173:14 176:19
177:6 180:1

194:17,25
196:14 198:11
200:8 202:8
**first-hand** 69:23
73:17
**Fitzrovia** 1:17
3:7
**Fitzroy** 15:2,4,5
**five** 63:1 74:16
74:23 75:3
76:19 120:2
**fix** 56:6,6
**flair** 188:4
**Fleet** 3:16 5:10
**Flexner** 2:3 6:9
153:13
**Flora** 3:12 5:18
156:21,22
**Florida** 1:1 2:4,9
2:19 5:6 27:22
38:5 55:25
158:11 179:3
**focus** 34:9 48:13
108:19 172:19
201:22 202:15
203:22
**focused** 36:20
108:7
**focussed** 76:22
**folks** 89:3 136:10
145:10
**follow** 26:20 27:4
53:4 92:8 93:7
138:17 139:9
158:24 205:20
**followed** 153:16
**following** 50:8
59:14 88:18
92:7 97:25
114:8 129:19
130:3,5 140:6
**follows** 6:16
62:23 174:5
204:11 205:8
**follow-up** 27:3
82:4

**force** 77:10
**forced** 137:23,24
**foregoing** 208:4
208:4 209:5
**foreign** 8:2 20:25
**forensics** 84:11
**forgetting** 191:10
**forgot** 26:13
**form** 12:6 18:6
18:12,18,20
25:8 28:22 29:3
29:11 32:12
33:4,14,17
34:23 35:7
37:18 56:2,6,11
56:21 61:22
63:13 64:7,9
67:14 76:10
77:14 78:2,17
79:17 80:5
81:12,17,18
83:1 84:6,13
85:16 86:17
89:23 90:7
91:16 93:12,21
94:2 95:5 96:6
96:22 97:7,14
100:2 110:10
110:19 111:13
113:21 114:20
115:1,25
118:20 122:1
123:21 125:4
131:16 133:9
133:23 142:6
144:1,8,20
147:20 148:2
150:4 158:15
161:16 162:1
162:20 164:6
164:19 167:3,8
167:18 168:18
169:4,21
182:23 191:25
193:25 195:17
196:5 197:5



205:13
formally 138:17
Forster 23:2
forth 30:21
  110:23 190:10
  204:4
Fortnightly
  17:24
forums 82:24
  84:4
forward 71:4
  80:9 126:10
  199:23 204:6
forwarded 11:17
found 57:14 59:4
  59:9,17,24
  76:21 181:5
  204:25
four 22:13 57:6
  83:7 110:16
  111:7,15 173:9
  173:11,13,13
  181:11 199:2
  199:11 201:16
Francis 6:15
free 157:4
Freedman 2:8,11
  2:12 6:10,12
  10:2,3 90:16,23
  153:19,22,23
  178:25 179:5
Freedman's
  13:12
freedom 79:12
freelance 15:19
freestanding
  16:11
frikin 106:21
front 11:19 12:20
  14:7 54:9 72:3
  191:1 206:23
fucked 109:17
fulfillment
  193:21
full 9:9 49:20
  80:9,18 95:16

97:12 122:5,19
  147:12 152:13
  161:3 169:13
  202:8
fully 186:13
full-time 15:11
  91:6
fund 115:19
  117:3
fundraising 24:6
funny 126:5
furnished 207:4
further 46:20
  80:9 85:8 108:6
  108:24 109:23
  146:18 186:25
  190:1 201:12
  205:21 209:8
future 84:12
F-E-B-R-E-V-E
  155:9
F-L-E-X-N-E-R
  153:13
F-L-O-R-A
  156:22
F-R-E-E-D-M-...
  153:20,24
_____

G
Gabriel 155:8
gaming 113:9
  114:9
gather 77:10
Gavin 145:3
generally 31:20
  40:2
genesis 109:17,18
gentleman's
  30:15 47:4
George 23:14
  165:5,12,15
  166:8
gestures 8:12
getting 20:11
  31:11 34:6
  74:21 97:10

106:19 163:5
give 5:19 8:1
  26:13,14 40:19
  40:19 48:22,25
  56:3,8 75:9,25
  89:2 97:24 99:2
  101:18 104:20
  119:18 122:19
  124:16 129:11
  135:20,20
  137:13 139:13
  145:24 154:14
  159:9 183:2
  194:24 203:24
  205:20
given 23:4,5 31:4
  40:1 93:8
  152:13 156:3
  207:6
giver 157:24
giving 17:5 26:23
  157:1
Glasgow 23:13
Glenfiddich
  22:22
global 148:21
  149:16 150:6
globally 149:9
GMX 100:5
  196:8 197:8
go 9:13,24 10:6
  14:10 18:23
  30:16,19 31:21
  36:16 41:1
  42:15,24 43:10
  44:25 46:6 47:7
  47:8 49:6 51:16
  54:7 57:3 60:15
  62:22,23 67:10
  69:17 70:16
  72:12 75:15
  76:13 78:20
  79:4 80:8 83:20
  84:17 85:8 86:2
  86:8 87:19
  88:18 92:2

95:25 97:20
  98:19 99:3,17
  102:19 103:21
  106:16 108:6
  111:20 112:13
  115:4 117:21
  119:7 124:7,10
  125:1,11
  126:24 127:17
  130:24 134:1,6
  135:19 136:5
  139:16 140:7
  140:16,16
  146:18,20,23
  147:2 154:4
  155:24 159:1
  159:19 164:18
  165:21 174:18
  181:23 186:24
  189:7,25 190:1
  192:16,19
  195:8 200:21
  206:10,19
goes 23:15 35:10
  46:24 50:5 88:4
  126:3 169:4
  180:1 186:7
  188:2
going 9:4,5,7
  10:3,9 14:14,16
  18:24 20:11,13
  22:16 26:16,25
  27:4 29:23
  30:17,23 32:21
  33:18,24 35:11
  35:21,24 37:13
  41:5,8 45:24
  46:2,17,23 47:5
  47:7 51:2,16,24
  52:7,7,19,23
  53:4 57:13 59:3
  60:3 61:16
  62:23 63:4 65:4
  65:11 66:18,20
  67:12,12 69:1,1
  70:9 71:4,5,6,7

71:9 72:10,12
  72:13 73:23
  75:19 76:19
  78:21 81:21
  83:2 86:3 88:19
  96:13 100:1
  101:9,10
  105:19 106:16
  106:17 114:5
  120:24 123:3
  125:10 126:9
  127:3 128:1,3
  130:10 131:3
  131:17,21
  132:22,23,24
  132:25 134:1,6
  134:10,14
  135:19 136:10
  138:12,17
  139:9 140:16
  141:9,11
  142:12,23
  147:1,4 151:4
  157:11 158:23
  159:11 165:2
  165:21,24
  167:24 170:3
  174:13 177:10
  180:19,20,22
  185:6,7 190:17
  195:16 197:4
  202:4 203:22
  204:5 205:9
  206:1,19,19
golden 174:7
  176:21
good 7:7,8 9:13
  74:9 91:7,7
  102:3 105:7
  106:18 125:23
  135:1 140:1
  156:5 158:9
  183:7 185:23
Google 180:2
goose 174:6
  176:21



**great** 30:22 48:21
58:8 88:8
173:18 203:9
**Green** 3:11 6:13
39:1 49:18
53:13 151:5
156:1 157:6
174:21 206:16
207:18
**Grenfell** 32:23
33:2,8,12,13
34:12,13
**ground** 8:2 26:13
**grounds** 55:22
60:6,7
**group** 146:16
**Guardian** 24:19
24:21,22
**guess** 120:1
140:11 151:15
158:19
**guide** 14:17
**guiding** 165:10
165:11 166:7
**guys** 67:11 69:2
69:13 148:25

**H**
**Hal** 111:16 141:1
145:2
**half** 20:15 48:21
57:8 83:6 84:24
121:19 145:25
**hand** 144:17
**hand-over** 7:4
**hanging** 94:23
**happened** 122:6
145:1
**happening** 191:9
**happy** 54:13
55:18 60:22
61:17 62:1,12
72:2 94:24
106:16 152:18
153:9 158:3
181:12,25

183:1,10,11,13
183:19
**hard** 52:5 91:24
98:14 104:18
154:9 190:23
191:3,15
**hate** 132:12
**head** 8:13
**header** 126:11
**heading** 58:7
134:8
**headings** 58:4
**heads-up** 180:19
**hear** 29:1 48:4
100:15 122:10
151:12 152:25
158:3,3 197:18
197:23 198:6
**heard** 7:1 68:2
73:18 158:4
162:4 197:19
206:5
**hearing** 7:16
**hearsay** 37:15
38:2 39:9 41:8
43:14 44:25
55:6,21,24 56:9
56:16 63:14
68:5 133:10
142:24 143:1,3
143:6
**heart** 144:18
**held** 5:8 19:7
**help** 13:22 58:8
58:16 72:22
74:18 99:25
100:6 107:4
126:11 128:9
131:25 143:22
144:12 146:19
195:15 196:9
197:2,3,9
**helped** 81:7
82:11,19
102:12 144:25
**helpful** 13:13

58:24
**helpfully** 46:16
**helps** 172:10
**Henshilwood**
3:12 5:18
156:18,19,20
**hereto** 209:13
**higher** 17:17
114:6
**highest** 29:20
**Hill** 15:2
**hinterland**
155:15
**history** 50:12
61:21 62:3 67:8
172:12 182:2
**hits** 32:3,4
**hmm** 79:9 103:23
103:23 120:4,4
125:13,13
**hoard** 131:9
133:5,14
**hoison** 96:1
**hold** 115:21
117:5
**holds** 58:11
**holler** 59:12
**home** 15:8
206:20
**honestly** 67:15
187:20
**honorary** 23:11
**hope** 6:20,21
40:15
**Hopefully** 206:17
**hours** 113:10
114:10 121:8
121:21,23
199:2,11
**hover** 90:25
**hung** 13:17
**hurry** 64:1
**H-A-G-A-N**
14:25
**H-E-N-S-H-I-...**
156:19

**I**
**idea** 46:22 74:9
85:13 88:12
106:17 107:5
156:5
**ideal** 75:10
**ideas** 78:24 93:11
93:18 95:20
193:8
**identification**
12:1,13
**identified** 30:24
46:13
**identifies** 86:14
**identify** 15:1
60:10,13
120:15,17
141:11 151:8
**identifying** 14:22
39:4
**identities** 160:16
**identity** 160:12
**imagine** 44:16
**immediate** 104:3
**import** 116:1
**important** 44:15
70:20 81:6
152:6
**impossible**
120:15
**impression** 31:3
97:16
**impressionist**
66:19
**impressions** 73:8
188:8
**improper** 70:25
179:2
**inability** 43:14
**inaccurate** 64:14
81:23
**incident** 34:14
**include** 39:15
40:14
**included** 21:15

194:10
**includes** 39:5
45:1 50:14
72:23 166:6
**including** 34:3
38:17 39:20
54:2 194:14
**independent** 20:7
20:9
**Indian** 157:24
**indicate** 6:24
23:21 116:6
**indicated** 157:3
**individuals** 34:16
47:13 169:15
**Info** 1:6
**information**
40:19,20,22
51:18 162:17
193:19
**initial** 64:19
**initiated** 160:10
**inserted** 190:25
**inside** 183:5
**insist** 33:25
**instruct** 27:12
36:2 42:25
68:18 138:8
179:15
**instructed** 26:12
52:21 172:23
178:8 184:13
**instructing** 30:10
30:12 38:24
44:24 49:14
61:12 139:6
163:16 171:10
175:14 177:24
178:18,19
200:17
**instruction** 26:21
26:23 27:5 52:3
52:18,23
138:13 139:10
**instructions** 53:5
164:21



**instructs** 27:2
**Intel** 84:21
**intend** 47:15 83:8
**intended** 11:18
**intense** 42:13
**intention** 139:3
**intentionally**
    196:15
**interacted** 82:24
    84:4
**interest** 147:11
**interested** 84:11
    203:13 209:14
**interject** 53:10
**intermittently**
    6:5
**interpose** 104:13
**interrupt** 33:20
    41:12 55:2,11
    58:17 132:12
    159:8
**intervention** 29:7
**interview** 39:25
    45:13 128:13
    128:23 129:1
    146:15 204:6
    205:9
**interviewing**
    45:16
**introduced** 153:5
**inventor** 52:13
**investigate** 43:15
    52:11
**investigating**
    45:21
**investigative**
    19:3 25:8
**invited** 177:18
**invites** 31:9
**involve** 21:8
**involved** 22:12
    152:8 155:15
**Ira** 1:5 5:3
**irrelevant** 166:13
    170:13,23
**issue** 44:15 57:1

175:13
**issues** 27:10
    164:8
**I"is** 186:22
**I,ANDREW**
    208:3
**i.e** 175:20

_____
**J**
**January** 109:5
    109:24
**Jdelich@rcfllp...**
    2:14
**Jermyn** 131:3
**Joan** 169:15
**job** 20:8 48:21
**join** 138:10
**joining** 6:5
**Joseph** 2:16
**journal** 67:8
**journalism** 18:6
    18:12,18,21
    19:3 24:15 25:8
    35:7 166:4
    167:19 169:6,7
    169:13,13,14
    169:16,20,21
    169:22 170:22
**journalist** 14:19
    15:15 40:10,13
    45:20 60:5
    165:17 166:8
**journalistic**
    16:12 28:11
    29:20 34:8
    35:12,15 42:13
    50:23 66:3,9,11
    66:14 68:6
    69:25 70:4
    71:22 72:7
    83:11 84:15
    110:5,9,17
    112:12 118:19
    118:24 161:14
    163:24 168:17
    170:17 186:19

202:3
**journalists** 23:19
    38:11 39:17,21
    39:24,25
**journey** 52:12
    206:18
**Jude** 3:9 5:14
    58:22 75:8
    136:13 156:14
    200:5 202:19
**judge** 27:10
    29:13 44:19
**judgment** 69:25
    70:4
**judgmental**
    71:22
**Julio** 2:22 6:4
    154:18
**jump** 44:13
    156:2
**June** 13:1 14:9
    54:21 115:20
    117:4 138:1
    147:15 160:25
**jurisdiction** 6:20
**jury** 11:7 14:18
    16:5 20:18
    23:24 25:17
**J-U-L-I-O**
    154:19

_____
**K**
**Keegan** 3:5 5:23
    5:24 154:12
**keep** 8:3 34:10
    75:8 81:21
    126:12 170:21
    178:23 194:16
**kept** 188:3
**key** 140:23
**keys** 143:21
    144:11 177:4
**kind** 70:2 73:22
    73:22
**kinds** 18:4
**Kingdom** 1:18

3:8 5:9 16:22
    16:23 23:9,20
    25:20
**King's** 23:10
**Kleiman** 1:5,6
    5:4 54:3,4
    80:11,12 81:5
    82:10,19 83:25
    85:5,10 93:20
    95:22 96:19,21
    98:5 99:14,14
    100:11 101:6
    101:21 102:12
    103:18 105:11
    105:13 106:12
    106:13 107:14
    107:19,20
    108:3 111:24
    112:2,8,21
    113:4,8,20
    114:8,19,23
    115:20,21
    117:4,5,22
    118:13 122:6,7
    122:20,24
    129:7,14
    131:11 132:2
    133:8 145:1
    187:3,9 200:11
    201:23
**Kleiman's**
    123:18 124:1
**know** 7:15 8:24
    10:24,25 14:7
    16:16 17:6 18:9
    21:9 26:12,16
    31:7 43:24 52:4
    54:15 56:7
    64:23,24 67:11
    69:6 73:8 75:4
    75:24 87:4
    91:10 92:10
    97:21 98:1
    100:20,22
    103:24 104:17
    110:7 114:3

116:18 131:22
    135:9,14
    145:11 150:10
    151:11,18
    153:4,15,24
    160:16 167:25
    168:8 169:25
    175:7 178:12
    178:22 180:24
    184:7 191:9
    196:14
**knowledge** 37:7
    112:12 164:10
    178:16
**known** 18:20
    25:5 32:20
    165:15 166:5,9
    168:15
**knows** 69:23
    100:23 160:12
**Koreznik** 3:4
**Korzenik** 3:2
    5:19,21,21 13:6
    13:11 20:10
    26:8 27:20 30:6
    31:1 34:1 35:9
    36:5 37:23
    38:19,22,25
    39:16 42:18,21
    45:2 46:21
    47:19 48:5,17
    49:17 51:24
    53:1 58:2,17,18
    58:21,24 59:8
    59:10 60:3 61:3
    61:9,14 64:8,16
    65:8 66:13
    67:18 69:20
    70:8,12 72:1,21
    73:4 75:7 80:15
    80:20,23,24
    81:1 82:13
    85:22 89:4
    99:15 100:12
    100:16,21
    101:9 102:3


MAGNA
LEGAL SERVICES

104:6,24 105:7
105:18 107:16
108:13,17
112:13 115:11
115:14,15,23
117:8,25 118:7
118:21 120:7
120:10,21
125:19 127:5
128:17 129:21
130:14 131:17
131:24 134:19
134:25 135:2
136:13,17,20
136:23,24
138:2,14,25
139:7,20 140:1
145:18,21
148:3,20,24
149:5,16 150:5
154:7,7,8,9
159:7 160:13
162:6,9,10,23
162:25 163:2
163:15,18
164:1,22 165:2
165:20 166:1
167:14,20
168:1,19,21,25
169:9 170:1,5
170:14 171:1,7
171:15,22,25
172:6 173:16
175:2 177:10
177:23 178:1
179:13,16
180:7 181:16
181:19 182:10
183:15,22,24
184:3 185:23
186:4 188:6,14
188:17,21,24
188:25 190:5,8
190:14 192:13
193:5 194:4,9
194:12,16

195:6 196:19
199:11,25
200:3,4,15,18
200:19 201:9
202:17,18,21
203:7 204:13
204:24 205:5,6
**Korzenik's** 71:11
118:5 185:16
**Kyle** 2:15
Kyle@rcfllp.co...
2:14
**K-E-E-G-A-N**
5:25
**K-O-R-Z** 154:9
**K-O-R-Z-E-N-...**
5:21

---

## L

**laid** 158:24
**language** 92:14
102:13 122:16
148:6 191:20
**languorous**
185:14,20
**large** 15:21,24
19:8 24:24
28:11
**largest** 16:8,8
**late** 135:25
**law** 6:3,8,11
153:11,14,18
153:21 154:20
**lawsuit** 154:2
160:11
**lawyer** 74:23
184:7
**lawyers** 8:6
26:15 27:8
50:15 53:21
54:2
**lay** 63:24 64:21
**lays** 174:7 176:21
**lead** 190:5
**leadership** 24:24
**leading** 23:8

32:13 33:5,25
34:24 61:23
62:8 83:12
86:18 90:8
101:19 138:21
**leak** 98:11
**leave** 70:5 101:24
157:4,19
**lecture** 183:2
**led** 93:11,18
95:21 123:19
124:1 193:8
**leeway** 166:2
**left** 7:12 10:22
127:9 149:13
191:6 196:14
198:24,25
**legal** 3:14,16 5:10
29:10 70:2
**length** 128:25
167:9
**lengthy** 166:12
**Leon** 2:19
**letter** 57:10
126:14,19
127:10 140:14
**Letters** 23:4
**letting** 10:23
**let's** 43:3 65:16
67:18 69:21
75:7,15 80:13
87:21 92:21
112:13 120:21
146:24 165:24
172:24
**level** 114:6
149:17
**liberally** 48:7
**library** 17:19
**Licata** 151:9,13
153:16
**lie** 125:2 138:22
**life** 21:20 81:7
145:15 167:5,8
167:13,18
169:20 171:6

171:20,21,23
172:23
**light** 71:10 152:1
165:10,11
166:3,7
**limit** 37:17 44:1
44:4 172:16,18
199:7
**limitation** 45:4
**limited** 43:19
46:14 64:25
65:1 172:19
175:23
**limits** 48:9
**Linda** 3:16 5:10
**line** 33:19 41:6
55:2,11 56:15
60:15 66:22
75:20 162:3,13
174:23 190:7,9
**lines** 101:10
120:2 129:22
131:6 181:11
**link** 9:16
**Lisero** 114:16
**listed** 13:8 22:3
22:15
**listen** 44:5
**literally** 72:19
**literary** 16:9 23:8
166:12 183:3
**Literature** 23:7
**litigation** 158:13
159:21,25
160:5,7
**little** 14:4 27:25
35:5 83:21 85:8
87:16 88:5,8
90:25 91:1
92:14 109:22
158:5 165:21
166:2 186:24
189:25 191:20
**lives** 12:8 147:18
161:6,9,14,24
162:14 168:12

**LLC** 1:6
**LLP** 1:17 2:3,8
2:12,18 3:2
**local** 68:24 70:12
74:11 175:17
175:25 179:2
**locations** 45:20
**lock** 196:20,22
**London** 1:18 3:8
5:9 13:1 15:3,4
15:5,11,20,25
16:6,7,15 17:11
17:22 18:3,17
19:3 20:8 23:11
24:14 26:7,18
28:14,20 29:17
30:1 31:5,20,22
32:1,20 34:14
34:15,19,22
35:3 147:16
151:19 164:12
165:6 178:14
178:15,15
**long** 12:6 15:23
18:6,11,17,20
22:15 25:7 35:7
67:14 74:10
92:18 121:19
145:8
**longer** 30:8 61:1
74:23 75:3
157:23 178:24
**longish** 145:17
**long-time** 28:10
**look** 6:19 12:9,11
57:23 73:25
86:14 128:17
173:18 174:21
181:10 194:25
201:2 203:18
**looked** 100:23
**looking** 13:7,18
50:7 51:7 58:5
58:12 59:3
104:8,25
105:16 171:18



MAGNA
LEGAL SERVICES

looks 50:25 62:24
Los 22:25
lose 90:11
losing 104:9
lost 20:5 74:4
 90:20 107:9
 162:2 197:13
lot 28:5 80:1
 92:19 93:2
 117:8 133:18
 149:13 163:5
 176:16 192:7
 193:1
loud 7:14 63:18
 63:22 119:14
lurking 156:7
luxury 45:22
lying 124:24
L-I-C-A-T-A
 153:17

_____

**M**

**M** 2:16
machines 113:12
 114:12
Macquarie 103:9
 103:10,13
madam 11:21
 63:20 74:7
 169:23 183:3
magazine 25:6
 167:1
magic 148:6
Magna 3:14,16
 5:10
mail 100:6
 152:23 196:8
 197:8
Mailer 169:15
main 91:3 126:20
 144:24
majority 103:17
making 7:21
 26:22 65:25
 70:23 71:21
 116:4,18 129:3

167:24 169:12
man 81:7 82:11
 82:14,19
 130:21 155:4,5
 155:14,14
manner 70:22
 71:2,19 83:12
 161:11
map 14:15 127:7
March 1:14 5:7
 99:5 100:11
 101:2 195:10
 208:9
mark 11:22 12:5
 75:21 95:12
 125:15
marked 12:1,13
 13:24 14:6 46:1
marker 134:7
 173:5,8 185:9
markers 135:20
Marking 199:23
marks 77:18 97:9
martial 79:12
Martin 3:12 5:17
 75:9 156:16
Mas 79:21,24
 80:1
material 68:6
 110:5 113:24
 183:4 186:19
 203:17
materials 66:3,9
 66:12,14 84:15
 118:19,24
 202:3
mathematician
 90:1
mathematics
 95:24,25
maths 89:13 90:6
matter 5:3 21:8
 42:13 51:2
 54:16 159:25
 171:17
matters 50:22

**Matthew's**
 202:24 203:1,9
**Ma'am** 44:17
 86:5
**McGovern** 2:21
 6:1,2 28:21,25
 29:2,3,8 32:12
 33:4,10,14,17
 33:18 34:23
 37:12,21 39:9
 41:5 43:6,19,22
 44:13,18,22
 48:24 53:9 55:1
 55:20 56:13,19
 56:22,24 57:20
 59:6 61:22 62:8
 62:15 63:13
 64:7 66:4 70:16
 71:14,17 72:4
 76:10 77:1,14
 78:2,17 79:17
 80:5 81:12,16
 81:20 82:2 83:1
 83:5,10,16 84:6
 84:13 85:16
 86:3,17 89:23
 90:7 91:16
 93:12,21 94:1,4
 94:21 95:5,8
 96:6,22 97:7,14
 99:19 104:5,8
 104:20,23
 110:10,19
 111:13 113:21
 114:20 115:1
 115:25 116:4
 116:17 117:10
 118:1,20
 119:20 122:1
 123:21 125:4
 127:6,12,16,19
 127:22 131:16
 132:11,16
 133:9,23
 136:25 137:2
 138:10 142:6

142:23 143:2,8
 144:1,20
 145:12 147:20
 148:2 150:4
 151:5,10,24
 154:14,17,18
 154:25 155:7
 155:16 156:3
 157:6,9,25
 158:7 159:11
 159:14,17
 160:6,17
 161:17,21
 162:8,11,24
 163:3,16,19
 165:1,3,25
 166:17 167:17
 167:23 168:20
 169:2,8,11,18
 170:9,15 171:5
 171:9,19,25
 172:9,21 173:7
 173:23 174:2
 175:6 176:1,3,8
 176:17 177:23
 178:6,21,25
 179:5,9,14,18
 180:12 181:4,9
 181:22 182:17
 182:24 183:8
 183:17,24
 184:6,10,11,16
 184:19 185:10
 185:24 186:6
 187:21 188:11
 188:15,19,23
 189:1,17 190:8
 190:15 191:8
 191:12 192:1
 192:15,23
 193:4,6 194:8
 194:13,20
 195:2,7 196:3
 196:17,22,25
 198:1,1,3,8,25
 199:3,6,12

200:6,17,20
 201:20 202:13
 202:15,22
 203:8 204:2,8
 204:17,21
 205:1,7,16
**McGovern's**
 90:20
**McGovern,for**
 198:23
**McGregor**
 173:25 174:6
 176:20,23
 179:25 180:16
 180:23 198:3
 202:9,12 203:4
**McGregor[sic**
 197:24
mean 16:17 21:6
 30:4 31:25 32:5
 39:13 69:4,5
 78:12 92:18
 158:17 163:7
 163:14 168:1
 171:16 175:9
 175:22 182:11
meaning 41:21
 79:11 122:6,23
 187:13 201:10
 201:11
means 21:9 39:7
 80:2 176:4
 177:18
meant 97:11
measure 32:5
measured 32:8
media 5:2 24:6
meet 206:8
meeting 180:1
meetings 45:14
meets 40:10 74:6
member 23:16
 28:10 155:19
 165:5
men 84:10
mentioned 21:25



24:10
merely 38:12
merge 72:15
merged 72:17
merging 70:23
message 140:23
Messiah 78:11
Mestre 2:18 6:3
  154:21 158:12
met 82:23 83:24
method 35:6
  42:17
methodology
  35:13
methods 35:12
Miami 2:4,9,19
  153:14 158:11
microphone
  90:21
middle 8:21
  189:7 195:25
Mike 145:3
Miller 3:2 5:21
  154:8
million 112:22
  117:7 123:17
  131:10 133:6
  133:15
millions 112:3,9
mind 8:3 154:15
  194:16
mine 22:24 23:2
  86:9 112:3,9,22
  131:9 133:5
mined 121:10,17
  121:25 133:14
mining 123:18
  124:1,4,5
minute 129:21
  160:2
minutes 74:16,23
  75:1,3,5 159:12
  198:24
misread 187:12
missing 22:21
  130:2

mistake 169:12
  169:12 194:1
mistaken 155:10
mistook 113:23
misunderstand...
  157:14 158:2
model 96:1
moment 9:18
  29:13 37:13
  42:16 165:24
money 84:12
  100:3 109:10
  195:18 196:6
  197:6
moniker 142:4
  163:23
monitoring
  113:13 114:13
month 45:15
  113:18 114:16
months 45:15
month's 16:20
morning 7:7
  155:19
mountain 78:11
move 91:3 170:2
  172:24 176:24
  178:7 180:9
moving 178:9
mud 136:9,21
  137:18
Muirhead 1:17
  3:7,13 5:9,17
  156:16
multiple 64:17
mute 170:5
myth 77:9 78:12
M-A-S 79:21
M-E-S-T-R-E
  154:21

___ N ___
N 2:1 4:1
Nakamoto 12:8
  52:14 112:11
  112:23 137:16

139:15 140:5
142:4,13
144:18 147:18
161:7,10,15,24
162:15 168:13
name 5:14,24 6:2
  14:22,24
  111:17 130:11
  140:22 141:25
  152:14 153:10
  153:17,20
  154:17 155:8,9
  156:13 158:7
  167:12 208:17
names 154:15
Napster 84:21,21
  85:13 186:2
Nation 24:1
nature 118:5
  150:17 166:4
Near 23:2
nearby 58:7
necessary 183:4
need 6:23 8:23
  9:14 10:24
  13:22 16:25
  21:5 26:24
  27:14 28:3
  36:11,13 49:19
  49:23 55:24
  56:2,5,6,7
  66:15 73:25
  74:2,5,10 75:2
  99:25 100:6,6
  106:17 107:4,5
  113:12 114:12
  116:17 121:12
  132:12 143:1
  147:14 148:6
  148:15 150:25
  159:10 163:6
  167:14,20
  168:2 172:3,7
  175:7,12
  178:24 179:14
  195:15 196:9,9

197:1,3,9,9
needed 86:11,24
  87:7,11,23
  189:4
needs 46:19
neither 209:8
never 25:24
  76:16,23 77:6,9
  121:9,16,24
  125:16,22
  129:20 130:6
  131:9 133:5
  139:17 140:8
  186:9,12 187:7
  187:23 200:11
new 2:13 3:3 25:3
  25:5,6,13 100:2
  108:18 195:17
  196:5 197:5
Newman 1:17
  3:7
newspaper 24:23
  25:2,4
newspapers
  24:16
night 72:14 185:1
nine 20:20 115:5
nods 8:13
noise 169:24
nominated 22:6
  22:14
nonfiction 19:21
  19:25 20:2
  22:19,21
non-sequitur
  168:24
normally 159:16
Norman 169:15
note 20:21 27:20
  27:15
noted 27:15
notes 202:4 207:5
  209:4
notice 157:10
  177:16,17,18
  178:14 179:2
noticed 175:6

novel 22:23 23:2
novelist 15:16
  165:17 166:8
novels 19:17,18
November 11:25
number 5:2,6
  12:5 16:19
  17:16 75:10
  170:17 171:2,3
  171:23 177:17
  181:17 194:1
numbers 13:19
  17:14 57:2
  185:12
NY 2:13 3:3

___ O ___
O 14:25
oath 11:10,11,12
  41:17 42:7
obfuscations
  135:16,17
object 20:11
  27:24 32:12
  33:14,19 34:23
  41:5 42:25
  46:12 51:24
  55:16 60:3,6,7
  61:22 63:13
  64:7 66:16
  70:21 71:2
  76:10 77:14
  78:2,17 79:17
  80:5 81:12
  82:13 83:1,11
  84:6,13 85:16
  86:17 89:23
  90:7 91:16
  93:12,21 94:1
  95:5 96:6,22
  97:7,14 101:10
  110:10,19
  111:13 113:21
  114:20 115:1
  117:9 118:20
  122:1 123:21



125:4 131:16
131:17 133:9
133:23 139:1
142:6,23 143:4
144:20 147:20
148:2 150:4
161:16 162:1
164:5,8 168:1
168:18 169:9
172:6 177:10
178:4 191:25
193:25 195:24
196:13 205:13
**objected** 69:14
184:11 194:8
**objecting** 38:20
55:21 100:16
164:19
**objection** 8:7
20:12 26:8,20
26:21,23,24
27:14,17 28:21
28:25 29:3,11
29:15 30:6,23
33:10,17,22
35:9,21 37:13
38:3,4,19 39:3
39:16 41:9,14
42:18 43:8,13
44:19,25 45:2,3
47:1 48:24
49:12 53:10
55:4,8,10,12,14
55:15,18,24
56:4,9,15 61:9
62:8,15 64:8,12
66:4 70:21
71:12 72:1
81:17,18 85:22
94:4 95:7 99:15
99:19 100:12
101:25 104:21
105:18 108:13
115:23,25
116:2 117:10
117:25 118:1,5

120:7,20
132:13 138:2
138:11,25
143:1,6,7 144:1
144:8 148:3,20
150:5 161:19
162:5,19,21
163:15 164:1,2
165:20 166:11
167:14,20
168:19 170:12
170:14 171:7
171:22 174:12
180:7 182:22
183:15,21,22
184:1,4 187:11
188:6,14,17
200:15
**objections** 26:15
27:9,23 28:1
37:18,25 39:7
44:6 56:1,2,11
56:11 65:17
104:10,14
163:6 168:8
170:20
**obligation** 46:25
**obliged** 137:24
**observations**
148:1,18 149:7
149:18,19
150:2
**observed** 73:20
150:3
**observer** 203:13
**obtaining** 52:19
**obvious** 43:1
**obviously** 164:7
174:18,25
184:23 196:18
**occurred** 122:20
**offend** 129:2
**offensive** 35:24
**offer** 113:14
114:14
**offhand** 79:7,14

79:15
**office** 10:1 63:24
64:20 151:14
153:14 155:23
170:2
**offices** 1:16 5:8
6:8 157:1
**Oh** 151:13,18
179:16,19
191:2
**okay** 7:17,19 8:1
8:7,13,18,25
9:9 10:5,6,18
10:25 11:21
12:16,21 13:22
14:3,19 17:3,8
18:9,16,22
19:20 20:4,18
20:23 21:3,11
22:2 24:25
25:21 27:5,18
28:7 29:8,16
32:4,15 33:1
35:7,8 36:9,10
36:14 37:10
38:23 39:1,23
40:7,25 42:2,10
43:3 44:21 45:7
45:24 46:4,5
49:4,5 51:11
52:1 53:2,24
54:20 55:13
56:19,20 57:8
57:12,18,22
59:14 60:21,25
64:11 65:19
66:21 69:3,9,19
70:15 72:15,19
75:15 76:3
78:20 79:4,20
80:8,24 82:22
83:20 84:3,10
86:23 88:8,25
89:6 90:19 92:2
93:24 94:15
95:15,17 98:19

99:13,18 102:2
103:11,15,21
104:22 105:9
105:14,20
106:5 107:23
110:6,22
111:20 112:17
116:11,15
117:13,17,21
119:7 120:1
122:16 123:2
124:7,21,22
126:9 128:2
129:3 133:2
134:1,22
135:18 137:5
138:16 140:11
141:24 143:19
150:20 159:13
170:4,7 181:19
182:18 188:25
194:12 199:13
**old** 85:14 94:9
**once** 27:15 29:14
41:9
**ones** 32:3 191:11
**oneself** 79:13,14
**online** 5:22 24:24
82:23 83:25
**Ontier** 156:9
**on-site** 45:19
**opening** 190:7,9
**opens** 95:12
**operate** 26:3,5
**opinion** 68:12
138:3 163:22
163:23
**opinions** 66:25
161:13
**opportunity**
27:23 34:4
37:24 104:21
132:14
**opposed** 8:12
108:12 116:9
**order** 27:9 46:15

47:15 48:6,8
49:13,24 50:3,5
50:6,20 52:19
53:8,13 54:24
60:7 64:13 67:3
68:16 69:3
71:18 123:9
139:4 162:22
164:15 166:15
170:25 174:13
174:20 175:4,9
184:13 188:18
199:10
**ordered** 30:8,14
46:15
**orders** 51:1
**ordinarily**
152:20 206:2
**organisation**
23:4,18 24:2,5
24:8
**orient** 76:14
134:2
**original** 14:8
167:8
**originally** 88:12
148:25 189:11
**Orwell** 23:14
165:5,12,15
166:8
**outcome** 209:14
**outgoing** 110:7
**outing** 52:13
**outside** 16:22
49:13 101:15
105:19 133:10
139:4 159:1
162:21 166:14
167:15,21
170:24,25
172:17 175:3,5
177:11 180:10
180:23 184:12
200:16
**outstanding**
30:21



**owned** 112:4,10
112:23
**O'Hagan** 1:12
3:1,6 5:3,15,20
6:15,17 7:8
10:22 11:24
12:2,7,9 13:20
14:3,24 26:11
28:5 31:16
33:23 35:25
36:16 45:10
46:18 48:19
49:24 50:4
52:20,22 56:5
57:4 59:16 71:5
75:4,15 76:1
77:4 81:3 82:6
82:18 83:20
87:12 90:11,15
90:17,20,24
91:2,5 104:17
105:9 115:17
116:23 117:1
122:12 132:12
132:19 136:12
136:15 137:5
138:16 143:3
143:11 147:10
147:17 152:10
154:11 156:14
156:25 157:19
157:21,24
158:6 159:2,4
159:18 160:11
160:18 161:6,9
161:18,23
162:12,14,16
163:4,9,20
165:4 166:5,15
166:18 167:19
167:25 168:11
168:12 169:4,7
169:20 170:10
171:21 173:1
173:19 174:3
175:18,21

176:4,10,18
178:8 180:6,14
180:17 181:10
181:13,23
182:4 183:10
184:8,9,15,17
184:24 186:22
187:22 188:13
189:21 190:17
192:3 193:14
197:1,17,22
201:22 203:22
204:9 205:17
205:18,24
206:13,16
207:6 208:3
**O'Hagan's** 51:3
51:16 116:9
160:8 161:13
164:7,20
172:11 175:23
**O-N-T-I-E-R**
156:10

_____

**P**
**P** 2:1,1 126:14
127:11
**Paez** 2:22 6:4
154:19,19
155:1,5,15
**page** 4:3 12:18
13:7,8,9,19
18:23 36:18
37:3 46:6 57:1
57:3,8,23 58:18
58:21 63:8
75:18 76:14
78:21,25 79:1
80:22 86:9
88:18,20,24,25
96:10 103:22
103:25 104:6
105:4 115:13
126:13 134:3
134:11 136:11
136:14,22

139:25 140:14
145:6,6,15
160:24 173:1,8
173:12,14
176:19 180:18
181:17,21
185:2,10,12,16
188:20 189:3
190:1 193:18
194:21 199:14
199:16 200:2
200:25 202:5
202:10,16
203:19 204:23
204:24,24
205:2,5
**pages** 12:11,15
57:5 80:9,18
126:10,13,18
127:9 134:2
135:19,24
140:12 146:18
146:20 173:2
194:2 207:3
**pagination** 185:8
**paper** 91:23 93:4
96:1 100:1
102:13 106:18
107:4 190:13
190:22 191:6
191:14 194:9
195:16 197:4
**papers** 139:16
140:8
**paragraph** 18:25
29:23 31:16,21
36:17 37:11,14
38:10 39:14
41:1 42:11,15
43:4 44:12
45:11 46:11,16
46:17 49:7 50:7
52:16 57:9,13
57:18 59:4,19
60:8,16 63:4,12
75:19,20 76:15

76:22 77:5
78:23 79:5
80:10,20 83:22
84:18,20,25
86:4,10,22,24
88:6,22 89:7,8
89:20 91:8,18
92:3,16,18 93:8
96:9,9,10,14,18
97:20,25 98:20
99:4 102:20
103:6,25 104:4
105:3,5,10
108:7,25
111:21 115:17
117:1 119:8,9
119:15,17,22
120:2 122:13
123:5,13
124:11 125:11
125:11,12,15
126:14,25
127:10,24
128:4 129:4
130:10,10
131:2,3 134:3
134:14,18,22
135:4,5,18,21
135:22 136:8
137:8 139:22
140:18 141:8
145:6,16,19,24
145:25 146:1
146:10,21
173:14,19,20
173:21 174:22
175:17,22
176:19 180:22
181:1,3 185:9
185:18,22,25
186:1,9 189:3,8
190:6 192:18
193:1 194:7,11
194:25 195:2,9
199:20 200:9
200:21 202:8

203:3,4,25
204:3,20,21
**paragraphs**
62:24 63:1
80:15,19 88:20
101:19 115:5,5
123:3 124:7
126:24 127:18
130:25 136:6,8
136:18 185:15
186:21 201:15
**paralegal** 154:23
154:23 155:1,6
**parameter**
158:24
**parameters**
102:1
**Paramount** 3:3
**paraphrasing**
183:6
**Park** 2:13
**part** 8:22 13:21
19:13 20:7
29:19 36:20
38:18 40:5,9
44:3,12 65:12
65:17,18,21,24
77:22 87:1,13
87:21 95:3,4
96:13,17 100:4
132:25 134:11
137:13 144:24
145:25 146:14
146:15 161:8
176:25 188:7
188:22 189:8
194:17 196:2,7
197:7
**partial** 193:20
**participate**
178:13
**particular** 16:2
27:24 34:17
46:4 67:22
73:11 74:1
101:10,15



120:11
**particularly**
175:9
**parties** 27:21
50:14 149:10
152:12 160:10
209:10,13
**partner** 153:11
153:13 154:8
154:11 155:17
155:20 156:17
**passage** 58:19
120:22,24
**patently** 184:20
**patents** 63:25
64:21 179:21
**paths** 87:16
**patient** 157:22
**patron** 23:13
165:8,9
**pay** 27:13
**peace** 179:12,25
**pending** 55:9
158:13
**people** 17:16,18
17:20 31:12
40:10 51:22
52:10 53:16
62:6,14 66:24
73:7 78:10
86:24 87:7,11
87:23 88:9,15
91:23 106:19
131:4,7,8
132:20 133:4
136:9,21
137:18,24
143:23,23
144:12,13,25
149:11 150:8
152:8 173:13
174:19 175:20
175:20 182:3
189:4 190:23
191:1,2,2,14
**people's** 139:2

**percentage**
170:19
**perfectly** 36:10
43:7 45:4
116:13 128:24
187:23
**period** 94:5
152:22 177:6
**periods** 135:15
**permissible**
47:22,24 53:15
**permit** 180:8
**permitted** 43:9
43:16 48:14
167:16,22
172:10 200:16
**person** 9:7 29:16
81:6 89:13 90:6
132:9 152:10
171:18
**personal** 1:5
50:13 172:13
**Personally** 22:25
**perspective**
175:17,23
**pertaining** 41:9
**pertains** 179:23
**Petersen** 126:15
126:16
**philosophy** 80:2
193:21
**phone** 2:20 10:1
10:4 70:13
75:10
**photocopy** 12:5
**phrase** 64:19
**pick** 7:11 109:12
113:1
**pictures** 57:6
58:6 173:9,11
173:13
**piece** 32:25 33:1
33:7 34:17 67:8
168:17
**pieces** 32:6,10,16
32:22,24

**pin** 91:2
**pipe** 158:3
**piped** 157:18
**piss** 106:22 107:3
**place** 57:13 58:14
113:15,16
114:15 134:17
134:24 185:14
185:20 199:7
**plaintiffs** 1:7 2:2
6:9,13 54:4
153:2,21 154:1
159:5,20 160:6
160:9,12
**plaintiff's** 159:3
177:14
**play** 6:21,22
114:4
**played** 11:6
146:14
**players** 126:20
**Plaza** 3:3
**please** 5:12 6:24
27:13 37:20
38:10 40:8,17
41:4 42:11 43:5
45:17 48:20
49:9 63:12 66:7
75:3,6 81:17
94:22 116:6,15
116:19 132:17
151:8 158:16
158:21 160:23
161:3 162:10
173:1 176:5,9
178:6 180:17
183:24 184:14
184:25 188:19
189:2 194:21
199:13,16,19
200:8 202:5
206:22 210:2
**plural** 32:24
**poems** 18:8,9,14
**point** 20:10 43:20
91:22 92:21

112:2,9,21
171:16 190:2
190:12,21
191:13 198:11
**pointing** 193:17
**political** 106:22
107:1
**politicised**
106:24 107:1,3
**Ponce** 2:19
**Port** 103:8,10,12
**portion** 36:6
**posed** 177:25
197:24
**posing** 160:3,4
**position** 6:19
50:1 67:11
152:15 153:6
168:7 169:19
**positioned** 29:18
**positions** 67:21
149:12
**possibility** 58:10
58:12
**possible** 79:11
206:8
**possibly** 40:23
115:18 117:2
200:24
**potential** 113:9
114:9
**practice** 42:12
**preceding** 207:3
**precisely** 34:4
194:19
**precluded** 174:13
174:22 175:8
**prefer** 152:23
**premier** 22:9
25:20
**preparation**
42:14 50:13
53:17,21 54:1
172:13
**prepared** 36:25
**preparing** 38:11

**present** 3:10 5:16
14:17 154:23
155:22,25
**presentation**
106:18
**presented** 25:22
25:25 50:2
**preserve** 27:9
**presumes** 69:22
170:20
**pretend** 113:10
114:11
**pretty** 9:3
**previous** 39:18
**previously** 21:24
**primarily** 18:4
18:16
**primary** 74:12
89:13 90:6
177:12
**prime** 177:12
**Primrose** 15:2
**printed** 12:22
206:2
**printouts** 57:25
**prior** 11:16
105:15
**privilege** 35:10
35:15 60:7 67:6
**privileged** 35:19
35:23 67:9,15
**prize** 22:7,8,13
22:16,25
**problem** 9:15
69:21 148:13
**problems** 85:14
**procedure**
164:19 178:17
**proceed** 48:16
52:7 165:23
170:23
**proceeding** 55:9
104:16 164:12
164:14
**proceedings**
13:14 166:14



168:3 178:13
process 38:18
   40:9 47:6 52:13
processes 49:21
produce 129:10
   129:19 130:2,5
produced 55:5
productivity
   113:13 114:14
profession 15:15
professional
   23:16 26:2,4,4
   30:20 35:6
   50:12 68:14
   81:7 172:12
professor 23:10
profusely 155:10
programme
   146:2
programmes
   25:23
progress 172:20
prolonged 33:22
pronoun 60:10
   60:13
pronouns 187:7
proof 134:8
proper 33:16
   34:7 54:17
   165:23 178:3
   178:17 180:9
   180:11,13,15
properly 43:12
   45:22 46:13
   121:9,16,24
proportion 16:24
protected 40:11
protocol 109:2
prove 142:20
   143:16
provenance
   100:22
proves 143:21
   144:11
provide 40:22
provided 51:18

99:5 120:12
   185:1
proving 177:3
provoked 98:11
pseudonyms
   77:23
public 22:24
   42:23 47:20
publication 14:6
   14:8 16:9,10
   17:17,19 18:10
   19:16 25:7
   28:16 31:4,13
   34:18,19 40:22
   55:4 166:24
   167:1
publications
   33:24
published 15:15
   17:23 18:1
   19:25 20:19,20
   20:22,24 21:1,3
   21:7,11,13,14
   22:10 25:10,12
   26:7 30:2 31:23
   32:2 35:18
   54:20 67:7
   68:14 72:7
   83:10 147:16
   148:9 166:21
   167:3,4 171:12
   183:12,19
   184:18,21
Publishers 23:17
publishing 19:21
   23:20
purpose 7:21
purposes 148:16
   149:4 151:25
   156:11 182:8
pursuant 42:7
   174:13
put 17:16 35:16
   35:17,22,23
   36:12 52:17
   139:16 140:7

146:9 149:1
   183:4 205:5
   208:8
putting 168:6
   191:10
P-A-E-Z 154:19
p.m 5:7

───────────
           Q
───────────

qualifications
   14:18 30:16,19
   30:25 50:12
   172:13
quantification
   193:19
quarter 17:10
question 8:18 9:4
   9:4 10:16 11:18
   19:23 26:22
   27:3,12,18 28:6
   29:11,15 30:16
   32:15 35:20,20
   36:3,3 43:1
   46:13 49:3,3,25
   51:20 52:9,16
   52:17,20 53:11
   54:25 55:6 56:3
   56:6 59:3 61:25
   62:10 64:13
   68:17,17 69:22
   72:10 82:4
   89:17 90:6,17
   91:13,25 92:13
   92:17 93:1,16
   99:6,22 101:22
   107:19 108:16
   108:20,22
   110:24 112:5
   116:5,6,18
   118:7 122:15
   128:9,25
   132:17,23
   138:7 142:7
   147:14 148:14
   149:3 151:13
   158:15,18,20

159:19 160:3,5
   160:14 162:5,9
   162:12,25
   163:5,25
   164:20 166:16
   167:15,21
   169:3 171:14
   171:16 172:1,7
   174:16 175:15
   176:1,5,10,15
   176:22 177:25
   179:23 181:24
   182:9 184:4,19
   185:4 186:7
   190:16,19
   192:17,20
   197:18,19,24
   198:6
questioning
   33:19 41:6 48:6
   50:8 55:2,11
   56:15 124:25
   174:23 205:25
questions 7:5
   8:11,11 18:24
   34:3 36:1 46:17
   46:20,24 47:23
   48:9 70:17
   71:20 72:5
   78:22 81:22
   83:12 104:14
   117:15 141:6
   147:11,12
   148:11 150:20
   150:25 151:2
   157:12,17,19
   162:4 164:4
   166:21 167:16
   167:22,25
   168:4,8 170:21
   170:24 171:11
   172:10,17,19
   175:8,24 178:2
   180:18 200:16
   208:8
quibble 107:16

quick 54:24
   202:4
quickly 160:15
   171:14
quite 7:1 29:6
   34:6 51:5
quotation 75:21
   76:3,7 77:18,22
   78:6,9 79:23
   86:14 91:9 92:3
   92:19 94:10,12
   94:13 97:9
   108:3 116:7,12
   116:19 119:2,2
   119:3 125:12
   125:15 140:21
   146:6 189:8,18
   189:19 190:3
   190:17 194:17
   195:9 205:4
quotations 47:9
   48:1,10 86:15
   116:8 140:18
   149:11 150:7
   175:24 190:1
quote 48:11
   52:15 67:10,20
   72:8 86:10,14
   87:2,22 89:8,11
   92:23 93:25
   95:1,4,12,16
   98:1,2 99:10,11
   99:21,25 100:8
   100:10 102:5
   105:23 106:15
   108:2 109:5,6,8
   109:12 111:10
   113:1 116:5,10
   116:20 119:8
   124:20 125:5,7
   126:3,8 129:12
   131:15 137:9
   138:21 139:13
   139:15 140:6
   141:1,4,14,16
   141:19,24



142:11,18
143:14,19,20
143:25 144:5
144:16,23
145:5,17
179:11,22,24
180:9,14,15
182:11 183:5
189:16,20,23
190:24 191:3
191:17,19,23
192:2,4,7,10
193:16,24
196:1,2,16,16
196:20 197:20
198:7,7,9,12
204:12 205:8
205:12,14
**quoted** 113:24
**quotes** 47:13
50:16,18 51:8
65:2 66:24
70:24 72:8,9,9
72:9 81:5,13
87:6 88:5,6
99:3 110:23
116:12,14,14
116:15 120:13
143:6 172:14
174:14,19
182:19,25
190:10 204:3
204:11
**quoting** 81:4
91:11 99:22
100:20 105:10
105:12 113:3
116:22,23
119:4,4 124:17
137:14,22

___

**R**

**R** 2:1 210:1,1
**racks** 113:16,23
113:24 114:15
**radio** 146:1,7,11

**raise** 55:24 56:2
**raising** 24:6
**Rayman** 3:2
154:8
**Raymond** 5:22
**reach** 10:3
**read** 10:15 16:9
17:18,19,20
36:6,13,23
37:10,20 38:1,9
39:23 40:7,16
41:3,10,15 42:6
42:10,16,22
43:4,9 44:11,23
45:10 52:14,25
63:11,18,18,22
67:8 72:5,10,11
82:3,3 83:7
94:12 95:9,15
99:21 101:19
105:25 106:1,3
107:13 108:2
114:5,6 119:15
120:5,21 121:3
123:12 124:20
128:8 129:23
131:22 132:24
135:13 139:24
144:18,21
161:3 174:20
175:9 187:14
187:15,17
188:3 190:17
191:8 196:2,13
196:15,16
200:8 201:14
208:4
**reader** 149:14
**readership** 16:15
17:10,14,15
32:5
**reading** 13:5
37:14 41:7
47:20 59:13
70:22 78:23
82:22 83:2

87:13,20 99:4
108:24 109:4
119:14 143:6
172:8 175:4
192:21 195:25
**reads** 174:5
175:18 176:25
186:9,12
198:18 200:10
201:3 203:11
204:11 205:8
**ready** 48:15
**real** 54:24 104:9
109:9 202:4
**realised** 125:24
**really** 22:5 27:21
28:25 30:7,8
45:3 51:19
73:14 76:14
78:22 83:8 88:9
88:11 90:1
104:16 107:21
125:16,22
143:24 144:14
148:22 154:14
165:23
**reason** 9:14,14
11:5 51:15
61:20 62:1 89:6
90:19 115:8,18
117:2 158:14
159:15 192:18
194:13 200:22
201:8
**reasonable**
128:25
**reasons** 7:12 47:6
62:11 88:10
**recall** 41:25
148:24
**receive** 118:14
**recipients** 111:2
111:7,16
**recognises** 23:19
**recognition**
22:20

**record** 5:2 9:9,24
10:10,11,14,19
14:23 17:12
27:15 30:12
36:23 37:22
38:2 41:8,11
42:6 43:7 44:23
51:12 52:8,17
52:22 53:9,24
55:17 56:12
60:11 70:17,24
71:3,7 72:6,12
72:17 75:11,13
81:18 83:3,21
95:15 101:24
104:10,15
106:4 113:22
114:3 132:13
132:24 140:3
143:12 144:6
147:2,5,6,7
151:9 152:7,12
152:17,24
155:23 157:20
157:21 158:17
161:4 163:5,6
167:25 172:3
178:10,11
179:7,15,22
187:18 191:5
195:25 198:24
206:21,22
208:7 209:6
**records** 38:15
**red** 71:10
**refer** 59:23 65:12
128:22 131:7,8
133:5 146:1
164:20 180:20
**reference** 32:19
59:21 185:16
**referenced** 54:23
120:23
**references** 21:15
55:4
**referred** 77:2

141:7
**referring** 13:11
13:21 54:17
77:4 81:23
83:25 87:18
93:19 98:4
103:10 111:1
116:19 120:6
121:13,15
124:5 129:8
135:10 146:11
163:24 176:18
181:24 185:25
186:22 188:3
195:21
**refers** 17:14
39:17 131:19
131:21 187:2
193:13 195:9
198:15,19,20
**reflect** 147:25
148:18 150:2,7
187:18
**reflection** 84:14
117:19 118:18
118:23 182:15
203:16
**reflects** 104:15
**refresh** 181:24
**refute** 66:21
**regarding** 30:17
41:6 122:22
129:6 130:17
137:15 149:1
164:9 171:12
**regardless** 13:19
**regards** 64:12
**regular** 25:23,25
**regularly** 103:18
**reject** 69:17
**related** 209:9
**relating** 21:15
**relationship**
177:13
**relative** 209:11
**release** 100:1,5



195:16 196:8
197:4,8 198:19
**releasing** 143:22
144:12
**relevance** 33:15
33:24 34:3
37:16 55:15,16
55:18 56:9,16
**relevant** 45:16
**relying** 71:6
**remain** 52:23
169:16 206:1
**remaining**
180:18
**remark** 79:8,14
79:15
**remedy** 7:17
**repeat** 66:6
132:17 162:9
176:14
**repeated** 7:2
**repeatedly** 47:2
**rephrase** 32:15
35:1 62:10
107:25 112:18
121:12 123:23
123:25 180:13
197:2
**replace** 187:6
**replied** 114:23
**report** 38:13
146:4,7,11,12
**reporter** 1:22
3:14 5:11 8:4
9:9 10:15 11:22
14:1 94:3 107:8
152:7,18,21
154:5 209:1,3
**reports** 16:12
**reposition** 104:25
**represent** 5:13
6:9 24:4 27:8
152:14 153:7
156:10 158:7
158:12
**representation**

161:11
**representations**
29:20
**representative**
1:5
**representatives**
49:10 51:15
**represented**
152:4 161:12
**representing**
26:17 51:3,22
52:10 53:22
164:8
**represents** 152:5
153:21 155:20
162:15
**republished** 22:1
167:7
**reputation** 26:6
28:14,16,16,18
28:19 29:18
31:3,19
**request** 95:20
149:2 178:4
**require** 50:20
**required** 175:18
**research** 1:6
42:17 63:24
64:21 180:3
**researchers**
45:13
**reside** 79:12
**residence** 15:12
**resolved** 27:1,1
29:12
**respect** 35:15
43:7,12,18 44:1
71:21 73:24
144:2 158:25
172:4 188:13
**respective** 8:17
**respond** 44:14
47:18 87:7,9,11
87:23 88:10
189:4
**responded** 95:19

**respondent** 50:21
**responding**
184:20
**response** 90:5
91:25 93:1
141:19 142:4
142:16 158:20
**responses** 208:8
**rest** 9:4 88:6
94:22 192:18
**restrict** 164:13
**resulting** 34:15
**returning** 188:3
**reveal** 47:11
50:22 67:5,6
136:3,7,17
**revealed** 40:23
47:5 138:23
200:12
**review** 13:1
15:20,25 16:6,7
16:15 17:11,22
18:3,5,17 19:3
20:8 24:14 26:7
28:14,20 29:17
30:1 31:5,20,22
32:2 34:19,22
35:3 101:1,3
147:16
**reviewed** 107:14
109:18 174:21
**reviewing** 18:21
**reviews** 16:11
18:12
**re-read** 197:25
**right** 7:1 20:14
24:11,12 29:10
30:3 31:1,15
36:4 43:20 44:4
44:7 46:25
59:24 60:9
67:18 69:20
77:6 79:21,24
85:17 87:1
90:21 91:8,11
93:7,13 96:25

97:1 106:9
111:6,17
118:10 126:7
128:14 129:16
134:15 144:19
144:21 145:7
149:20 150:22
166:22 179:21
184:22,24
185:11 186:25
188:12 191:9
**rights** 145:15
**right-click** 90:24
**right-hand** 12:12
12:17 57:24
**risked** 193:19
**risks** 113:14,23
113:25
**Rivero** 2:18,22
6:3,4 151:22
154:21 155:17
155:18 158:12
**road** 14:15 15:4,5
27:11 29:13
68:23
**Roche** 2:8,12,15
6:11 153:22,22
**role** 19:8 166:7
**rolling** 109:10
**rolls** 88:23
**room** 5:16
**Royal** 23:7
**rule** 26:13 27:10
49:22
**rules** 8:2 55:15
55:25 147:13
179:2 183:6,7
**running** 109:2
**rushing** 64:3
**R-I-V-E-R-O**
154:21 155:18
**R-O-C-H-E**
153:23

———————
**S**
———————
**S** 2:1,6,8 134:4

151:9 173:15
173:22
**safe** 206:18
**safety** 152:24
**sake** 152:24
**Samantha**
151:13 153:16
**Satoshi** 12:6,8
13:11 14:5 18:1
18:10 21:25
30:18 46:1,8
47:6 49:11
50:17,19 51:9
51:19 52:8,14
53:8 77:9 78:10
88:13 91:23
109:24 110:8
110:15 112:10
112:23 125:23
126:4 131:9
133:5,14 134:5
137:16 139:15
140:5 142:4,13
142:21 143:17
144:18 146:16
147:17,18
160:21 161:5,6
161:10,15,24
162:15 163:9
163:13 168:11
168:13 172:15
172:24 175:21
177:4,5 189:11
190:13,22
191:14
**Satoshi's** 81:8
82:11,20
**Save** 50:17
**saw** 68:2 108:12
**saying** 52:4 83:11
87:7 93:9
100:17 112:14
115:21 117:5
174:24
**says** 12:19,20
19:2 20:21 24:9



24:13 31:7
50:13,17 52:12
76:4 77:22 78:9
79:10,21 80:1
81:7 82:13,14
82:14,22 84:10
85:2,8,12 86:13
86:24 87:2,9,23
88:9 91:9 92:4
93:17 94:15,17
95:3 96:14
98:10 99:25
101:11 102:11
102:23 103:1,7
104:1 107:18
108:8 109:23
110:6 118:12
119:4,6 121:4,6
121:16 123:9
126:4 128:18
131:4 133:4,17
136:3 140:22
141:25 142:19
143:15 144:17
161:9 162:14
173:15 179:11
179:21 186:21
187:16,19,22
188:1,15 190:2
192:7
**SCA** 156:9
**Schiller** 2:3 6:8
151:14 153:12
**scholars** 23:9
**science** 106:22
107:3
**scope** 30:17
46:14,24 47:15
49:13 64:13
65:1,2 67:3
68:16 71:18
133:10 158:25
162:22 164:9
164:13,16
165:19 166:14
167:21 170:24

170:25 176:2
177:11,21
184:12 200:16
**Scottish** 22:22
**screen** 90:13,25
91:3 153:16
**scroll** 109:22
**scrutiny** 45:15
**SE** 2:4
**second** 12:4
18:23 20:5
38:16 39:14
43:4 44:11
45:11 48:21,22
65:24 76:1 79:4
89:2 102:23
119:18 130:16
135:21 161:8
162:13 173:19
176:19 198:12
203:5
**Secondly** 64:25
**seconds** 76:19
104:13 205:20
**secret** 21:19
167:5,8,13,18
169:20 171:6
171:20,21,23
172:22
**secrets** 200:10
**section** 46:8
54:12 57:5
136:7,19
145:16
**security** 84:11
**see** 6:21,22 12:21
30:2 31:23
36:21 45:8
49:23 57:4,6,10
57:16 58:11
59:6 60:19
67:18 70:13
74:20 76:5,23
77:10,23 78:13
81:8 82:9 83:22
86:11 87:8,18

89:9,13,14,15
90:2,14,16,22
90:25 94:25
96:19,20 97:24
102:6,14
104:10 108:8
118:15 121:2,4
123:14 124:13
126:10,22
128:5 131:12
133:19 134:3,7
135:19 140:14
140:21 142:13
142:21 149:13
160:24 165:24
171:15 174:3,7
177:7,13 178:1
180:3,4 181:12
182:4,5 186:2
186:10,14
187:14 188:5
189:4,12,14
190:2,13
191:15,21
192:8,25 193:9
193:22 194:12
195:19,20
197:11,20
198:6,7,13
199:20,22
200:12,13
201:1,2,24
203:1,13,23
204:9 205:10
206:3
**seeing** 199:25
**seek** 40:18
**seeking** 70:18
**seen** 73:17 156:6
167:9
**sees** 25:19
**self-describing**
23:1
**selling** 16:8
**semicolons** 72:24
**send** 152:17,21

**senior** 156:9,20
**sense** 29:14 70:2
92:9 159:9
**sensitive** 40:20
**sent** 47:2 109:24
110:15 206:7
**sentence** 36:24
37:11 38:10,17
39:14,18,24
40:5,8,17 41:3
42:11 43:4
45:11,17 63:11
64:18 65:12,18
65:21,24 72:16
72:19,23,24
77:17,19 79:5
79:21 82:7
87:17 93:17
94:22 98:8
102:4,23,25
103:13 108:8
108:18,19
109:4,6 110:25
111:1 112:7
116:3 118:12
119:1,3 121:19
124:13 129:9
130:16 131:22
132:19,24
133:1,4,17
135:6 174:5,8
176:19,24
177:7 178:7,9
179:10,20,20
179:24 181:11
181:25 186:8,8
187:12,22
188:7,22
189:13,19
196:14 197:3
198:12 200:8,9
201:3,21
202:24 203:5
203:11,21,25
205:1
**sentences** 70:23

72:18 83:7 98:7
128:8 197:25
**separate** 118:13
**serene** 102:13
**series** 22:3 78:21
140:17 190:9
204:3
**Services** 3:15,16
5:11
**sessions** 134:17
134:23
**set** 30:21 50:6
72:25 78:12
110:23 113:18
114:17 115:19
117:3
**shakes** 8:12
**shame** 148:23
**shape** 158:15
**share** 71:11
**sharing** 85:6
**shit** 106:19
**short** 10:11 75:11
146:24 147:6
**shortlisted** 22:15
**show** 25:25 93:10
93:17 95:20
142:12 192:24
192:25 193:7
**showed** 106:21
**shrugged** 97:2
**side** 151:11
**sidetracked** 14:4
**sign** 115:20 117:4
206:2
**signal** 24:4
**signature** 37:4
**signed** 11:24 37:2
137:25 206:4
208:15
**signing** 140:23
**Simon** 151:16,19
151:25 156:8
**Simons** 1:17 3:7
3:13 5:8,17
156:15


MAGNA
LEGAL SERVICES

**simple** 92:19
93:2
**simplify** 90:2
91:10
**simplifying**
95:24
**simply** 7:13 9:14
19:10 36:12
116:9,17 148:4
166:6 167:24
168:6 169:4
171:10,13
172:1 175:7,12
187:6
**single** 32:25
41:10 55:6,12
125:12
**sir** 14:10 16:18
19:14,19 23:21
24:9 28:15 29:5
32:9 35:14
38:21,24 39:13
40:8,16,25
41:14 44:11
45:18,24 52:2
53:4 61:8,16
62:10 64:11
68:21,22 69:6
80:25 82:17
83:22 89:15
96:25 99:8
113:22 117:13
134:18 137:8
139:12
**sit** 17:9
**sited** 25:6
**Sitting** 156:15
**situation** 157:18
183:14
**six** 57:5
**skill** 209:7
**skip** 98:7 125:10
130:9 134:10
**skipped** 194:10
**slightly** 121:7
**slinging** 136:9,21

137:19
**slower** 159:16
**Soames** 3:12 5:18
156:16,17
**social** 165:16
166:9
**society** 23:7,8,14
165:5,12 166:7
**sold** 17:15 88:11
**solicitor** 156:21
**solicitors** 5:17
155:23 156:15
**solicitor's** 10:1
**solve** 85:14
**solved** 96:2
**somebody** 206:5
**somewhat** 9:18
**Sommers** 3:2
5:22 154:8
**sorry** 7:8 16:3
20:5 29:2 48:3
56:13 58:17
61:3 63:19
82:14,14 84:22
86:21 87:10
90:24 94:3
100:14 103:25
106:25 107:8
112:4 113:16
118:21 125:14
139:20 151:13
151:13 179:19
189:2 191:2
198:2,4,4
202:25
**sort** 14:15 57:12
62:23 119:16
126:11 127:7
165:10 173:4
200:7
**sought** 25:25
**sound** 9:5 144:7
**source** 40:24
47:10,12 50:23
**sourced** 107:17
**sources** 40:1

**southern** 1:1 5:5
38:4 179:3
**spare** 95:6
**speak** 70:10
76:20 83:18
85:9,12 159:16
164:3 171:8
**speaking** 18:7
22:9 29:21
48:25
**speaks** 83:13
164:2 168:25
**specialist** 155:8
155:12
**specific** 168:4
186:7
**specifically** 28:12
30:14,23 31:17
45:25 150:10
180:20
**speculate** 158:19
**speculation** 31:9
31:12
**speech** 166:12
**speed** 74:19
200:7
**spell** 154:9
**spelled** 5:24
14:25 153:17
153:20 156:17
156:18,19,22
156:23
**spelling** 14:22
155:10
**spent** 131:9
133:6,18
**split** 18:19
**spoke** 103:17
**square** 91:1
**St** 1:17 3:7
185:14,20
**staff** 180:3
**stand** 42:2,4,7
**standard** 37:25
**standards** 29:21
**standing** 33:21

55:3,7,10,14,18
56:3,8,15
142:25 143:5
**stands** 143:7
**start** 14:21 36:21
42:8 46:7 54:12
63:4 87:15
106:15 112:4
116:23 126:12
127:8,9 151:7
153:2 170:6
185:9,15
**started** 109:10
138:3
**starting** 46:11
77:18 78:22
86:23 112:3,9
112:21 121:3
136:6,8 140:18
**startling** 135:15
**starts** 39:24 57:9
57:14 59:4
60:18 75:20
76:15,22 77:5
78:6,23 79:7,20
79:23 80:10
84:20 86:10
94:10 95:1
96:10 97:21
98:8,22 102:5
103:24 109:5,6
111:23 115:7
119:9,23 123:5
124:8 125:15
126:14,25
130:11 131:2
132:20 134:4
134:11,22,23
135:6,22 136:7
137:9 140:19
145:7,20
146:21 173:22
173:24 181:3,5
181:25 185:4
186:2 189:3
190:12 193:1

199:20 200:22
201:3,8 202:8
202:24 203:22
203:25 204:22
205:2
**state** 5:12 37:6,24
38:3 55:17
70:21 113:7
158:20 197:1
**stated** 37:7 41:23
41:24 64:17
95:9 104:10
150:17 165:4,7
165:7 166:19
169:5 183:10
**statement** 11:23
13:13 14:12,17
18:23 20:21,24
22:2 23:15,22
29:23 35:16,22
35:24 36:7,13
36:17,25 37:8
37:15 38:2 41:7
41:11,16,18,22
41:25 42:4
43:10,16 44:9
44:23 45:1,5
46:4 47:4,20
49:7 51:21
52:15,24,25
61:10 66:2
67:25 72:6,11
72:17 73:1
77:12,25 78:15
79:15 80:3
81:10,13,14,24
81:24,25 88:1
90:4 96:3 97:13
97:15 98:16
101:16 106:5
107:6,9,13,20
109:20,23
112:15 114:18
116:8,9 121:10
121:18 129:12
130:17 139:18



144:5 163:21
174:10 176:12
176:22 180:5
182:7,9,13,20
182:21 186:17
187:25 188:15
193:9,11,13
198:18 200:14
202:1,24
203:10,11,15
**statements** 40:2
41:23 42:22
43:13,15 47:8
71:2,23 73:4
81:22 86:4
142:24 143:3,4
172:25 175:10
175:11
**states** 1:1 5:5
7:23 11:7,13
22:11,12 26:19
27:10 50:3
147:13 176:20
181:11 183:16
189:10 191:19
192:20 193:7
195:15 196:4
198:12
**stating** 66:20
169:6
**stay** 164:24
**staying** 45:20
206:20
**Stenograph**
209:4
**stenographer** 8:4
11:4
**step** 61:21 62:2
74:2 182:1
**steps** 38:14
**stick** 46:2 47:24
61:3,11 100:17
102:1 106:21
107:2 112:15
129:22 131:21
**stipulated** 34:2

**stipulating** 83:14
**stipulations** 34:2
**stolen** 98:14
**stop** 7:3 33:25
37:13 124:25
162:2
**stopped** 195:25
**stories** 29:24
38:12 98:11
**story** 45:16,20,23
62:6,13 177:1
182:3
**storytelling**
79:11
**straightforward**
204:6 205:9
**strange** 152:22
**Strathclyde**
23:12 24:11
**street** 2:4 131:3
175:10
**strict** 28:1
**strike** 19:17 26:4
54:23 77:21
103:5 119:3
128:12 130:3
**studies** 68:6
**Studios** 15:2
**stuff** 93:3,4
**Sturt** 193:22
**style** 183:3
**sub** 164:4
**subheading**
134:7 136:2
145:15 161:5
**subject** 21:4,8,12
21:14,16 60:6
67:22 98:22
122:23 150:25
159:25 160:7
160:20 171:17
188:4 195:3
**subjects** 45:16
171:24
**submitted** 193:20
194:15

**subscribed** 17:15
**subscription**
17:10
**substance** 11:11
**subtitle** 12:7
**succeeding** 104:4
**success** 32:7
**suggest** 6:23
68:23,24 74:25
112:2,8,21
144:3 158:18
**suggesting** 184:9
**suggests** 166:24
**Suite** 2:4,8,13,19
3:3
**supposed** 49:22
**sure** 7:15,21 8:10
8:16,24 13:14
13:20 17:7
19:24 20:13
28:24 29:6,17
30:22 36:11
41:22 48:19,20
52:4 58:1 59:1
59:2 70:11
71:24 72:19
87:21 92:22,24
104:15 105:2
108:24 112:6
113:3 118:6
119:19 127:3
141:13 143:9
143:13 145:12
145:14 147:3
152:13 158:17
168:22 179:6
190:20 194:6
195:11,13
196:23 206:8
**Sure,sir** 22:18
**surface** 42:24
**surmise** 73:7,12
138:4 139:1
**surname** 14:24
**suspects** 206:5
**swear** 6:13

**switch** 162:7
**sworn** 6:15
**systems** 193:19
**S-C-H-I-L-L-E...**
153:12
**S-O-A-M-E-S**
156:17

**T**

**T** 126:19 127:15
140:14,19
141:8 146:21
204:22,22,24
210:1
**tact** 156:2
**take** 8:5 9:15
10:24 16:25
35:20 38:14
49:19,23 50:10
54:11 59:1
68:23,23 69:15
70:9 74:6 96:8
136:10 138:9
146:24 149:11
176:25 203:18
**taken** 1:21 7:23
11:4,12,12
21:23 152:1
209:11
**talk** 8:21 28:6
29:18 47:5 59:5
59:25 68:24
74:19 97:12
**talked** 66:6
119:16 126:25
127:20 153:19
174:20 180:23
**talking** 31:2,17
45:25 46:7
59:20 72:20
103:7 104:11
108:17 126:4
127:25 128:12
128:14 129:5
135:10,14
139:14 140:5

141:11,12
176:16 196:18
**talks** 120:3 128:4
**taught** 80:1
**tax** 63:24 64:20
**team** 64:1
**technical** 10:23
155:11
**technique** 35:12
**technology** 7:13
**Tel** 2:5
**Telegraph** 25:1
**telephone** 2:2,9
2:17 3:11
**tell** 9:17 11:13
16:5 18:19
20:18 22:5
23:23 25:17
40:11 45:12
49:9 60:21
61:17 62:1,6,11
62:13 70:8
94:25 123:17
131:21 132:5
143:24 144:13
149:24 158:21
171:10,13
172:2 181:2
182:2
**telling** 49:2 68:19
164:15
**ten** 16:1,4 19:7
74:25 109:24
140:25
**tendentious**
168:22
**Terence** 154:12
**term** 21:9 39:21
128:15
**terminology**
54:16,18
**terms** 24:5 34:7
46:19 65:9
165:22 166:4
**Terrence** 3:5
5:22



testified 6:16
   54:21 166:19
   167:4 182:7
testify 45:5 67:24
   68:1 73:21
   159:22 160:1
   183:25 184:8
   184:14
testifying 41:17
testimony 51:17
   55:8 166:20
thank 6:14 7:6,10
   11:1 14:10 16:5
   22:18 23:21
   24:9 25:3 28:17
   34:11 38:7
   40:16,25 45:6
   45:24 52:2 53:7
   54:7,15 55:13
   56:19 59:11
   60:10 62:22
   63:9,20 70:15
   76:13 80:24
   83:9,18 87:6
   92:25 99:2
   101:8 105:14
   106:3 107:2
   113:17 115:15
   122:4 123:2,8
   125:7,10 126:9
   130:9 135:4
   137:8 138:20
   139:12 144:8
   145:23,23
   147:10 150:22
   151:3,6,21
   154:3,5,12,13
   154:22 155:21
   156:12,24,25
   157:5 158:22
   167:2 170:8
   174:1 180:25
   181:19 193:3
   200:4 205:17
   205:18,22
   206:14,16

thanks 63:23
   64:20 200:4
   202:21 205:6
thereof 209:6
thesis 193:18
   194:9,14
they'd 63:24
thing 8:15 11:2
   20:9 43:8 59:2
   94:18 110:22
   149:12 174:18
   179:1
things 8:3,10
   35:17,21 41:15
   41:16 42:6 50:6
   58:3 64:17
   66:23 67:7 69:4
   69:8,12,13 73:5
   73:12,17,19,21
   73:25 74:20
   87:20 92:23
   94:16 95:22
   101:24 108:21
   132:6 143:22
   144:3,11
   149:10 152:22
   180:9,20
   193:17 200:7
think 9:3 13:18
   18:5 22:14
   24:10 31:7,9,11
   31:12 34:6,7
   37:2 46:24 49:1
   56:1 58:19
   59:13,16 66:10
   67:21 74:4,5,5
   74:8,10 77:1
   78:5 83:6,8
   87:10 88:11,13
   104:9,11,22
   107:24 116:7
   121:12 125:24
   128:9,24 137:5
   146:25 148:3
   155:22 162:12
   175:5 177:20

   179:19 189:12
   194:4 196:19
   205:19
thinking 73:8,10
   74:1
thinks 31:8 68:11
   101:15
third 21:23 60:15
   145:6 190:11
   203:4
thoroughly 43:14
thought 125:16
   125:23 126:4
   155:5 156:2
   203:17
thoughts 72:25
thousands 45:22
three 5:16 22:6
   22:14 88:19
   91:1 131:6
   156:15
time 5:7 6:10 7:2
   8:20 9:13 10:10
   10:14 16:12
   18:1,13,13
   26:19,19 27:11
   38:5,6 41:10
   45:21 55:25
   56:5 59:1,13
   60:24 61:1,8
   71:8 73:11,12
   74:1 87:20
   116:12,22
   117:20 124:8
   128:25 132:14
   136:10 147:5,7
   152:22 157:22
   158:4 159:9
   186:19 196:13
   199:7 202:3
   203:17 205:17
times 22:6,15,25
   25:13 26:14
   27:7 69:2
   109:17,18
   157:1

timing 183:16
tis 129:3
title 15:24 16:2
   160:25 161:4,8
   161:23 163:10
   163:12 171:23
today 5:6 11:10
   11:19 14:16
   17:9 146:1
   156:25 158:14
   158:24 159:21
   160:8 166:19
   206:7
today's 11:16
told 9:12 47:1
   60:25 61:20
   63:4,23 64:6,19
   64:20 65:13,22
   66:1 69:11 76:8
   77:13 78:1,6,16
   80:4 81:11
   82:10,18 85:2,4
   85:21,24 87:22
   88:2,16 90:5
   91:21,24 94:19
   96:4 97:13,18
   98:17 101:7
   102:5,9,11,17
   102:18 103:1,4
   103:19 105:13
   105:17,24
   108:8,11,21,25
   109:15,20
   111:15 121:9
   121:11,13,16
   121:24 122:24
   123:25 124:23
   125:2,22 126:1
   126:6 128:5
   129:9,18 130:1
   130:4,20
   133:22 139:18
   149:23 179:25
top 13:5 181:12
   200:2 202:9
topics 50:8

TORA 196:9
   197:9
totally 174:17
   187:13
tour 100:6
tower 32:23 33:2
   33:8,13 34:12
   34:13,14
trail 93:10,18
   95:20 193:8
trainee 156:21
transaction
   110:7 118:14
   140:24,25
   141:15 142:1
transactions
   110:16 111:7
transcribed 71:7
   209:7
transcript 207:5
   208:7 209:6
   210:3
transition 35:5
   45:25 108:18
transitioning
   108:11
treat 28:1
trial 11:6 71:6,8
tried 69:2
trouble 13:5
   58:14 76:20
   201:7
troubles 47:23
true 37:8 41:18
   41:25 45:12
   52:9 61:2 64:23
   68:4,15 70:1,5
   117:19 121:21
   122:4 123:18
   123:24 130:1
   137:23 142:15
   147:23 148:4,8
   149:9,24
   150:11 155:16
   208:7 209:6
truly 45:6 147:25


MAGNA
LEGAL SERVICES

trust 35:19
115:19,20
117:3,4 119:5
123:19 124:2
truth 11:13 40:11
52:11 143:24
144:13
truthful 150:12
truthfully 187:20
try 8:15 9:2 10:3
26:15 28:6 57:2
73:23 74:19
75:8 76:14
114:6 116:1
120:22 121:2
134:2 146:18
159:2,11
164:12 170:5
173:5
trying 8:5,25
30:13,15 32:5
32:10 37:22
60:11 66:22
92:8 94:25 95:6
101:18,23
116:15 129:11
135:5 149:22
204:15
Tuesday 1:14
Tulip 115:19
117:3
turn 58:18
126:18 134:3
140:13 149:19
153:2 159:3
160:23 173:1
180:18 184:25
188:20 189:3
194:21 199:13
199:16,19
202:5
turning 126:13
127:9
two 11:17 18:4
66:23 80:9,18

148:17 150:1,7

98:7 104:13,20
117:15 123:3
124:7 128:8
130:24 132:6
140:11,14
147:11 148:10
186:1,21
typescript 207:3
T-E-R-R-E-N-...
5:25

U

UK 16:24 28:12
49:21 152:2
ultimately
164:15
Umm 79:9
unaware 199:8
unclear 9:15
28:21 33:4
47:19 48:2
64:24 69:25
70:17 88:9 94:2
101:24 108:17
143:8 158:2
163:10 173:3
184:12 200:7
uncomfortable
168:2
underscore 9:11
understand 6:25
7:22 11:3,7,9
11:14 13:10,21
14:15 19:22
21:17 36:11
41:20 52:2 67:5
67:15 77:7
92:11 95:12
101:23,25
118:4 120:22
123:9 132:15
132:16,23
157:7 163:8
164:17 165:1
168:10 169:3
189:20

understanding
7:16 19:6 26:6
28:10,13 29:19
81:21 84:8
101:5 110:3,4,9
110:18 117:20
186:18 195:22
198:17,22
202:2
understands 93:9
understood 9:1
9:10 11:1 14:20
56:22,23,24
150:3 174:22
undertaking
42:12
undisclosed
69:22
unfortunately
57:24 206:4
UNICEF 23:23
23:24 24:1
unintentional
8:23
United 1:1,18 3:8
5:4,9 7:22 11:7
11:12 16:22,23
22:11,12 23:9
23:20 24:1
25:20 26:18
27:10 147:13
University 23:12
24:11 193:22
unnatural 104:18
unnecessarily
74:21
unrelated 33:23
unsure 17:4
untrue 64:24
upstairs 170:3
205:10
USA 206:11
use 14:17 27:24
54:18 55:21
59:20 85:13
103:11 113:11

114:11 116:14
128:14 148:6
useful 63:25 65:8
uses 39:4 120:16
usual 34:2 203:1

V

v 1:8
vagueness 184:5
value 95:23
valued 115:22
117:6
valuistic 66:19
various 25:22
26:14 47:8
50:22
Velvel 2:11
Vel@rcfllp.com
2:10
verify 38:14
47:10
version 100:7
173:2 186:8
190:11 196:9
197:9 200:25
versions 64:4
109:16
versus 5:4 170:17
video 9:15 52:5
90:24 91:2
104:12 152:1,3
152:9,10,25
videographer
3:16 5:1,10
9:23 10:6,9,13
11:5 75:12
147:1,4,7
videotape 71:7
VIDEO-TAPED
1:11
visited 82:23
84:3
visiting 23:10
Vista 196:8 197:8
voice 9:19
voluntarily 35:18

voted 22:23
vouch 149:23
vows 114:24

W

W 2:15
wait 48:21 76:19
80:13 96:16
104:19
waiving 34:3
walk 14:16 22:4
walking 47:3
want 6:18 7:3
9:23 13:17
27:25 31:10
33:20,20 35:5
36:2 51:20 52:3
54:11,24 55:2
55:17 67:3
68:23 70:9,13
73:16 78:10
87:4 88:9 100:4
101:14 107:17
107:21 116:2
120:10 128:14
128:15 129:2
131:23 152:19
158:16 164:24
175:13 176:15
178:23 179:1
184:8 195:10
196:7,15,23
197:7 198:2
wanted 28:9
43:24 51:12
52:6 61:21 62:2
62:5,13 92:5,13
113:2 182:1,2
191:20 197:25
wants 179:11,24
wasn't 137:23,23
168:16
way 18:11 21:21
28:1 30:7 34:1
37:18 43:3
54:16 70:1



72:16 78:10,13
82:3 83:6 84:24
85:9 99:23
121:2 124:24
135:20 136:6
140:12,13
148:21 152:18
158:15 159:5,7
161:23 175:10
181:16 204:1
**ways** 85:13
165:22
**Wednesday**
129:20 130:3,5
**week** 113:10
114:11
**weekend** 206:6
**weigh** 39:2
**weighing** 164:6
**welcome** 116:13
156:6 196:1
**welfare** 24:2
**went** 34:15 52:12
53:14 166:4
194:11
**West** 34:15
**we'll** 144:11
164:8 170:7
172:20
**we're** 152:2,22
154:10 156:3
157:20,20
163:24 165:24
194:18 196:18
197:14,16
**we've** 150:9
157:21 162:2
**whilst** 38:11
**white** 91:23
102:13 191:6
191:14
**widest** 67:8
**wife** 97:11
106:16
**Wikileaks** 32:11
32:17

**willing** 68:7
**wish** 40:10
**withdrawing**
68:17
**witness** 6:13 7:6
10:17 11:23
13:13 14:12
18:22 22:2
23:15,22 26:18
29:23 30:11,13
33:25 35:11,16
35:22,23 36:6,6
36:12,17,25
37:14 38:1,1
39:4 41:7,7,10
41:15,18,22,24
43:8 44:8,9,23
46:4 47:4,20
49:7 51:21,25
52:24,25 58:10
58:13 61:23
64:22 65:5 69:7
69:17 70:25
72:2 101:20
132:15 149:2
164:21 169:10
170:21 171:11
174:16 175:14
177:24 178:4
178:18,20,23
183:25 187:19
208:1
**witnessed** 73:18
**witness's** 45:5
52:15
**wonder** 12:22
**word** 38:21,24
39:4,13,17
40:13 59:20
67:10 75:21
79:24 94:6
103:12,12
113:23,23,24
116:14 120:16
187:14,15
191:1,6

**words** 39:11
45:22 48:5
60:18 76:15
78:5 80:10
101:11 103:8
109:13 122:10
125:16 129:22
144:15 148:15
149:8 150:6
160:10 161:12
161:25 162:16
164:3 177:16
187:12 191:10
194:25
**work** 7:22 13:19
14:19 18:4,16
23:5,6,23 24:4
24:14,18,25
26:6,16 29:22
29:24 30:17
31:17,18,21
32:1 36:1 40:2
48:2,12 49:11
50:17,19 51:9
51:13 81:8
82:11,20 83:11
98:13 100:7
103:17 106:17
113:10 114:10
145:8 150:8
161:14 168:25
172:8,15
179:25 196:10
196:10 197:10
**working** 12:10
12:14 13:15
23:19 100:2
140:13 180:2
195:17 196:5
197:5 198:13
**works** 12:21
**world** 22:10 24:3
24:24 28:12
29:21 142:20
143:16
**worry** 146:23

**worth** 117:7
**wouldn't** 154:15
159:15
**Wright** 1:9 5:4
6:2 21:22 27:8
29:9 47:11,14
48:23 49:10
51:14,18,23
52:11 53:18,22
59:21 60:1,21
61:17 62:11
63:4,23 64:5,19
64:20 65:11,13
65:22 66:1 68:1
70:19 73:1 76:5
76:8,16,21,23
77:2,5,8,13,21
78:1,16 79:8,16
80:4 81:11,14
81:22,24 82:1
82:10,18 84:1
85:2,4,10,21,24
86:16 87:5,6,23
88:2,16 89:12
89:18 90:5
91:14,21,24
92:9,13 93:2,9
93:20,25 94:13
94:19 95:16,19
96:3,20 97:13
97:18 98:2,8,10
98:17 99:5,11
100:11 101:2,6
101:12 102:5,9
102:11,17
103:1,4,16,19
105:11,24
106:10 107:10
107:14,18,20
108:3,8,11,21
108:25 109:9
109:15,20
110:24 111:2,6
111:11 113:4,7
113:8,20 114:8
114:18 115:19

117:3 119:2
120:19 121:8
121:11,22,24
122:7,7,18,24
123:6,7,8,10,16
123:17,25
124:18,23
125:2,8,21,22
126:1,5 128:5
129:5,9,13,18
130:1,4,17,20
131:11,14
133:2,7,8,18,21
135:10 137:9
137:14,22
139:14,18
140:4,22 141:2
141:5,6,12
143:20,20,25
144:10,24
146:15 151:20
152:5 154:20
155:20 156:4
156:10 158:8
158:12 160:11
160:20 174:6
174:15 175:11
175:12,24
176:20 177:2,3
180:21 182:14
182:19 186:9
186:12 187:3,7
187:8,23
192:11 195:21
198:15,20,20
200:11
**Wright's** 78:24
81:6 92:16
107:7 111:23
112:1,8,20
142:3,16
179:21 194:14
**writ** 28:11
**write** 18:14 19:17
19:18,20 33:7
38:16 45:23



52:11 61:17
77:8 81:3,5
83:24 85:4
93:10 96:18
97:8,9 102:12
110:15 112:1,7
112:20 113:20
114:7,23
115:18 117:2
117:13,16,17
117:21 131:8
137:21,22
138:20,21
**writer** 15:19
183:5
**writers** 23:9
**writes** 31:13
**Write's** 141:19
**writing** 18:20
20:6 22:20
23:10 60:22
62:2,12 88:16
91:22 165:15
166:9 169:5
170:10 182:1
183:7 190:13
190:21 191:13
**written** 32:10,16
32:22 34:21
35:2,2 44:9
106:10 161:23
170:16,18
171:3,4 190:18
**wrong** 106:20
129:4 176:6
**wrote** 20:25
22:20 33:1
34:17 37:11
38:9 41:17
45:11 67:14
68:13 69:10,11
97:2,11 105:11
107:18,20
108:3 113:4,8
114:8,18
116:23 130:7

139:6 160:25
183:9
**W&K** 1:6
**W1T** 1:18 3:8

**X**

**X** 4:1

**Y**

**year** 22:23 24:8
100:2 195:17
197:4
**years** 16:1,4,13
19:4 22:13 24:8
26:1
**yellow** 71:10
**yesterday** 179:8
**York** 2:13 3:3
25:6,13
**Yorker** 25:3,5
**young** 155:4,5,14

**Z**

**zebra** 154:10
**zone** 34:10
112:15 164:24
**zones** 47:22,24
48:14

**$**

**$800** 117:7

**1**

**1** 4:4 5:2 10:12
11:22 12:1
13:25 14:11
15:1 18:9 23:22
46:2 62:24
**1,100,111** 115:22
117:6
**1.1** 123:17
**1.11** 5:7
**1.19** 10:10,12
**1.23** 10:14
**1/55** 12:17,20
**10** 75:5,7 80:18

113:10 114:10
**10.30** 72:14
**100** 2:4 69:2
113:18 114:16
**100%** 68:9
**100,000** 115:22
117:6
**1000** 2:19
**10016** 2:13
**10036** 3:3
**11** 36:17 37:11,14
38:10 39:14
**12** 4:4,5 41:1
42:11 43:5
44:12 45:11
80:18 100:11
101:2 109:24
**12th** 195:10
**14** 37:3 179:4
185:1,10
**14/55** 185:2
**15** 113:10 114:10
198:24
**1501** 3:3
**157** 13:7
**17** 1:14 194:21
**17th** 5:7 46:15
208:8
**171** 58:19,23
181:18,19
**180** 185:16
**181** 80:22
**186** 104:7 105:4
**19** 199:14,17
**190** 115:13
**191** 200:2
**1910** 2:13
**1920s** 25:6
**1979** 16:10
**1990s** 19:11,15

**2**

**2** 4:5 12:5,13
13:9,25 46:2
54:7 62:24
75:16 147:19

147:25 148:17
150:1 159:3
160:20,24,24
167:3,10 169:5
177:17 184:25
**2nd** 2:4
**2.38** 75:11
**20** 24:8 159:12
**200** 2:8
**2003** 82:24
**2008** 99:5 100:11
101:2 104:1
105:6 106:8
107:15 108:4
195:10
**2009** 109:5,25
**2011** 115:20
117:4
**2015** 3:3 51:22
52:10 138:1
**2016** 14:9 54:21
147:15 161:1
**2018** 13:2
**2019** 11:25
**2020** 1:14 5:7
207:20 208:9
208:20
**206** 202:16,20,21
**21** 46:11 49:7
52:16
**217** 199:24
**22** 11:25
**228** 136:22,24
**229** 140:1
**23** 10:12
**231** 204:24,25
**232** 205:5
**24-1** 13:8
**25** 19:4
**25%** 16:24
**250** 34:21 35:4
**2525** 2:19
**27** 104:1 105:6
106:8 107:15
108:4 136:8,18
**28** 202:6

**2800** 2:4

**3**

**3** 18:25 46:17
50:7 62:24
**3EY** 1:18 3:8
**3(c)** 60:8
**3(d)** 174:22
175:17,22
**3.05** 75:11
**30** 205:20
**30th** 14:9
**3003** 84:5
**305** 2:9
**305-539-8400** 2:5
**305.445.2500**
2:20
**330** 193:18 194:2
**33131** 2:4,9
**33134** 2:19
**337** 194:2
**350,000** 118:14
**357-3861** 2:9

**4**

**4** 62:24 146:1
**4.27** 147:5,6
**4.39** 147:6,8
**40** 16:13 136:11
136:14
**400** 180:3
**42** 203:19 205:2
**420** 13:8 58:19,23
**48** 12:10 57:23

**5**

**5** 36:18 62:24
**5.49p.m** 206:24
**500** 113:19
114:17
**55** 12:15,19,19
173:2,12
180:18 185:2
185:10 194:22
199:14,17
203:19 205:2



**5500** 2:8

**6**

**6** 29:23 31:16,21

**7**

**7** 173:2,12
**7/55** 176:20
**75%** 16:24
**79** 34:16

**8**

**8** 46:6 57:23
    145:7,20
**8th** 57:3
**80,000-plus**
    16:19
**87-91** 1:17 3:7

**9**

**9** 180:18
**9/55** 181:1
**9:18-cv-80176-...**
    1:3 5:6
**96** 13:9
**99** 2:13

