**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                                        **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.
_____/

**JOINT TRIAL WITNESSES LIST**

The parties respectfully submit their proposed Joint Witness List pursuant this Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [D.E. 476].

**A. FACT WITNESSES**

1. **Gavin Andresen**. Mr. Gavin Andresen resides in Amherst, Massachusetts. He is a software developer. Estimated time for direct and cross-examination: 2 hours (by plaintiffs), 2 hours (by defense). By designation only.

2. **Kimon Andreou**. Mr. Andreou resides in Broward County, Florida. He is an employee of Royal Caribbean Cruise Line. Estimated time for direct and cross-examination: 1 hours (by plaintiffs), 2 hours (by defense).

3. **Carter Conrad.** Mr. Conrad resides in West Palm Beach, Florida. He is an owner of Computer Forensics LLC. Estimated time for direct and cross-examination: 1.25 hours (by plaintiffs), 2 hours (by defense).

4. **Kaleb Jones**. Kaleb Jones resides in Lake Worth, Florida. He is a student. Estimated time for direct and cross-examination: 1 hour (by plaintiffs), 1 hour (by defense).

5. **Joseph Karp**. Mr. Karp resides in Palm Beach Gardens, Florida. He is a lawyer and founder of Karp Law Firm, P.A. Estimated time for direct and cross-examination: 1.25 hours (by plaintiffs), 2 hours (by defense).

6. **Kursten Karr**. Ms. Kursten Karr resides in Port Saint Lucie, Florida. Estimated time for direct and cross-examination: 1 hour (by plaintiffs), 1 hour (by defense).

7. **Ira Kleiman.** Plaintiff Ira Kleiman resides in Palm Beach Gardens, Florida. He is self-employed. Estimated time for direct and cross-examination: 1 day (by plaintiffs), 1 day (by defense).

8. **Debra Kobza.** Ms. Kobza resides in St. Augustine, Florida. She was the founder of GICSR. Estimated time for direct and cross-examination: 30 minutes (by plaintiffs), 15 minutes (by defense). By designation only.

9. **David Kuharcik**. Mr. Kuharcik has his office located in North Palm Beach, Florida. He is a Certified Public Accountant. Estimated time for direct and cross-examination 1.5 hours (by plaintiffs), 3 hours (by defense).

10. **Confidential Third Party Witness.** Witness resides outside the jurisdiction of the Court.  Estimated time for direct and cross-examination: 20 minutes (by plaintiffs), 20 minutes (by defense). By designation only.

11. **Donald J. Lynam**. Mr. Lynam resides in Pakenham, Victoria, Australia. He is Dr. Wright's uncle. Estimated time for direct and cross-examination: 30 minutes (by plaintiffs), 1.5 hours (by defense). By designation only.

12. **Corporate Representative / Records Custodian of Miami VA Hospital**. The Miami VA Hospital is located in Miami, Florida. Estimated time for direct and cross-examination: 10 minutes (by plaintiffs), 30 minutes (by defense).

13. **Jimmy Nguyen**. Mr. Nguyen resides in Seattle, Washington. He is a former CEO of nChain Group and currently the President of the Bitcoin Association. Estimated time for direct and cross-examination: 2 hours (by plaintiffs), 4 hours (by defense).

14. **Andrew O'Hagan.** Mr. O'Hagan resides in London, UK. He is a journalist for the London Review of Books. Estimated time for direct and cross-examination: 2 hours (by plaintiffs), 1 hour (by defense). By designation only.

15. **Patrick Paige**. Mr. Paige resides in West Palm Beach, Florida. He is an owner of Computer Forensics LLC. Estimated time for direct and cross-examination: 2 hours (by plaintiffs), 2 hours (by defense).

16. **Robert Radvanovsky.** Mr. Radvanovsky resides in Chicago, Illinois. He is a cybersecurity researcher. Estimated time for direct and cross-examination: 30 minutes (by plaintiffs); 30 minutes (by defense). By designation only.

17. **Brendan Sullivan**. Mr. Sullivan resides in New York City. He is a journalist for Modern Consensus. Estimated time for direct and cross-examination: 30 minutes (by plaintiffs). By designation only. Defendant objects to plaintiffs' proposed use of Mr. Sullivan's declaration at trial; Mr. Sullivan was not deposed. If Mr. Sullivan testifies at trial, defendant reserves 30 minutes for cross-examination.

18. **W&K Info Defense Research LLC, Plaintiff** (**Zachary Eisner Corporate Representative**).[1] W&K Info Defense Research LLC ("W&K") is a Florida Liability company with its principal place of business in West Palm Beach, Florida. Zachary Eisner is an attorney who resides in Miami, Florida. Estimated time for direct and cross-examination: 2 hours (by plaintiffs), 3 hours (by defense).

---

[1] Mr. Eisner was designated as the corporate representative for W&K to appear at deposition on the topics requested by defendant. He is not necessarily W&K's corporate representative at trial. Defendant objects to the inclusion of undisclosed and unidentified individuals to testify on behalf of W&K because it violates the trial order, which requires the parties to provide the "full name of the witness and succinct identifying information, such as area of residence or employment affiliation, to help the prospective jurors determine whether they recognize a potential witness." Trial Order [D.E. 476] § 1(B). Defendant is also unaware of any topics of examination that plaintiffs propose, and even if plaintiffs had provided those topics to defendant, they are already likely covered in defendant's Rule 30(b)(6) topics.

19. **Jonathan Warren.** Mr. Warren resides in Brooklyn, New York. He was the creator of Bitmessage. Estimated time for direct and cross-examination: 1 hour (by plaintiffs), 1.5 hours (by defense). By designation only.

20. **Ramona Watts.** Ms. Watts resides in the United Kingdom. She is the wife of Dr. Wright. Estimated time for direct and cross-examination: 1/2 day (by plaintiffs), 1/2 day (by defense).

21. **Jamie Wilson**. Mr. Wilson resides in Queensland, Australia. He is a former director of Hotwire Preemptive Intelligence Pty. Estimated time for direct and cross-examination: 1 hour (by plaintiffs), 1 hour (by defense). By designation only.

22. **Dr. Craig Wright**, Defendant. Dr. Wright resides in the United Kingdom.. He is the Chief Scientist at nChain. Estimated time for direct and cross-examination: 1 day (by plaintiffs), 1 day (by defense).

23. **Lynn Wright**. Ms. Wright resides in Australia. She is Dr. Wright's ex-wife. Estimated time for direct and cross-examination: 1 hour (by plaintiffs), 1.5 hours (by defense). By designation only.

## B. EXPERT WITNESSES

1. **Andreas Antonopoulous.** Mr. Antonopoulous resides in Laramie, Wyoming. He is being offered as an expert witness on the topic of Bitcoin and open blockchain technology. Estimated Time for direct and cross-examination: 3 hours (by plaintiffs), 3 hours (by defense).

2. **Dr. Stefan Boedeker**. Dr. Boedeker is a managing partner of Berkley Research Group in Los Angeles, California. Estimated Time for direct and cross-examination: 1.5 hours (by plaintiffs), 3 hours (by defense).

3. **Nicholas J. Chambers**. Mr. Chambers is a Senior Vice President in the Investigations, Dispute and Risks practice at AlixPartners, LLP in Washington, D.C. Estimated time for direct and cross-examination: 2.5 hours (by plaintiffs), 5 hours (by defense).

4. **Dr. William S. Choi**. Dr. Choi is a Managing Director at AlixPartners, LLC in San Francisco, California. Estimated time for direct and cross-examination: 2 hours (by plaintiffs), 4 hours (by defense).

5. **Dr. Matthew Edman**. Dr. Edman is Director in the Cyber Security & Investigations practice at Berkley Research Group in New York, NY. Estimated Time for direct and cross-examination: 5 hours (by plaintiff), 4 hours (by defense).

6. **Dr. William G. Eggington**. Dr. Eggington is a professor of English Language and Linguistic at Brigham Young University in Utah. Estimated time for direct and cross-examination: 1.5 hours (by plaintiffs), 3 hours (by defense).

7. **Gordon Klein.** Mr. Klein is a teacher at the UCLA School of Management and UCLA law school. Estimated Time for direct and cross-examination: 4 hours (by plaintiffs), 3 hours (by defense).

8. **Dr. Ami Klin**. Dr. Klin resides in Atlanta, Georgia. He works at Marcus Autism Center. Estimated time for direct and cross-examination: 3 hours (by plaintiffs), 4 hours (by defense).

9. **Dr. Robert Leonard**. Dr. Leonard is professor of linguistics at Hofstra University in New York. Estimated time for direct and cross-examination: 2.5 hours (by plaintiff), 2 hours (by defense).

10. **Dr**. **D. Stewart MacIntyre, Jr**. Dr. MacIntyre, Jr. is a Doctor of Medicine that works at Mercy Hospital in Miami, Florida. Estimated time for direct and cross-examination: 1.5 hours (by plaintiffs), 3 hours (by defense).

11. **Kevin E. Madura**. Mr. Madura is a Senior Vice President in the global Cybersecurity practice group at AlixPartners LLP in Washington, D.C. Estimated time for direct and cross-examination: 2 hours (by plaintiffs), 3 hours (by defense).

12. **William R. Nicholson**. Mr. Nicholson is a Principal, Partner and Chief Compliance Officer of Heritage Capital Group in Jacksonville, Florida. Estimated time for direct and cross-examination: 1 hour (by plaintiffs), 1 hour (by defense).

13. **F. Harley Norwitch**. Mr. Norwitch has his office located in West Palm Beach, Florida. He is the owner of Norwitch Document Laboratory. Estimated time for direct and cross-examination: 1.25 hours (by plaintiffs), 1.5 hours (by defense).

Dated:  June 22, 2020

Respectfully submitted,

By: */s/* Amanda McGovern

By: */s/* Velvel Freedman

AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
BRYAN PASCHAL
Florida Bar No. 091576
ZAHARAH MARKOE
Florida Bar No.  504734

Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: bpaschal@riveromestre.com
Email: receptionist@riveromestre.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Attorneys for Dr. Craig Wright*

*Counsel to Plaintiffs Ira Kleiman as
Personal Representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 22, 2020, I electronically filed this document with the Clerk of the Court

using CM/ECF. I also certify that this document is being served today on all counsel of record by

transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

 /s/ Amanda McGovern
AMANDA MCGOVERN