## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　**Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## JOINT NEUTRAL STATEMENT OF CASE

The plaintiffs in this case are Ira Kleiman, as the personal representative of the estate of Dave Kleiman, and W&K Info Defense Research LLC. The defendant is Dr. Craig Wright.

Plaintiffs allege that Dave Kleiman and Dr. Wright entered into a partnership to develop and release the original Bitcoin protocol, to mine bitcoin, and to develop blockchain-related intellectual property. Plaintiffs further allege that after Dave Kleiman died, Dr. Wright wrongfully took Dave Kleiman's bitcoin and blockchain related intellectual property. Plaintiffs seek to recover those assets in this lawsuit.

Dr. Wright denies that he had a partnership with Dave Kleiman to create or mine bitcoin or to develop bitcoin-related intellectual property. Dr. Wright further denies that he wrongfully took or stole bitcoins or intellectual property that belonged to plaintiffs. Dr. Wright raises several legal defenses to plaintiffs' claims.

| | |
|---|---|
| Dated:  June 22, 2020 | Respectfully submitted, |

By: */s/* Amanda McGovern
    AMANDA MCGOVERN
    Florida Bar No. 964263
    ANDRES RIVERO
    Florida Bar No. 613819
    BRYAN PASCHAL
    Florida Bar No. 091576
    ZAHARAH MARKOE
    Florida Bar No.  504734

**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: bpaschal@riveromestre.com
Email: receptionist@riveromestre.com

*Attorneys for Dr. Craig Wright*

By: */s/* Velvel Freedman
    Velvel (Devin) Freedman, Esq.
    **ROCHE CYRULNIK FREEDMAN LLP**
    200 S. Biscayne Blvd.
    Suite 5500 Miami, Florida 33131
    vel@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 22, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

        /s/ Amanda McGovern
        AMANDA MCGOVERN