UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                                    **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION TO SEAL

In accordance with the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [D.E. 476], Dr. Wright will file his deposition designations, counter-designations, and objections today, which will include the entire deposition transcripts from which Dr. Wright is designating. The transcript of a third-party deponent has been marked confidential in its entirety pursuant to the Court-ordered stipulated confidentiality agreement [D.E. 105.1], and pursuant to the Court's Order dated April 30, 2020 [D.E. 475]. Within the margins of the transcript, Plaintiffs' affirmative designations correspond to the yellow highlights and Dr. Wright's counter-designations correspond to the orange highlights.

For the foregoing reasons, Dr. Wright asks the Court to authorize him to file the deposition of the confidential third-party deponent under seal.