UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                                           Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

## DR. WRIGHT'S MOTION TO STRIKE DOCKET ENTRY [ECF No. 596]

Dr. Wright files this Motion to Strike Docket Entry (ECF No. 596) because at the moment of filing the motion, the signature page with the certificate of service was not captured in the uploaded PDF. Dr. Wright will re-file the motion with the signature and certificate of service page that was previously omitted due to this technical glitch in a separate entry.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de León Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: arivero@rivermestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: wlohr@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
   ANDRES RIVERO
   Florida Bar No. 613819
   AMANDA MCGOVERN
   Florida Bar No. 964263
   ZALMAN KASS
   Florida Bar No. 100554

ZAHARAH MARKOE  
Florida Bar No. 504734  
WHITNEY LOHR  
Florida Bar No. 1010268

## CERTIFICATE OF SERVICE

I certify that on June 26, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Andres Rivero  
ANDRES RIVERO