UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                                          **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## **DR. CRAIG WRIGHT'S MOTION TO SEAL**

In accordance with the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [D.E. 476], Dr. Wright will file his deposition designations, counter-designations, and objections today, which will include the entire deposition transcripts from which Dr. Wright is designating. The transcript of a third-party deponent has been marked confidential in its entirety pursuant to the Court-ordered stipulated confidentiality agreement [D.E. 105.1], and pursuant to the Court's Order dated April 30, 2020 [D.E. 475]. Within the margins of the transcript, Plaintiffs' affirmative designations correspond to the yellow highlights and Dr. Wright's counter-designations correspond to the orange highlights.

For the foregoing reasons, Dr. Wright asks the Court to authorize him to file the deposition of the confidential third-party deponent under seal.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de León Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: arivero@rivermestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: wlohr@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No. 504734
WHITNEY LOHR
Florida Bar No. 1010268

## CERTIFICATE OF SERVICE

I certify that on June 26, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

  /s/ Whitney Lohr
WHITNEY LOHR