UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

**PLAINTIFFS' NOTICE OF FILING COUNTER-DESIGNATIONS AND OBJECTIONS**

In accordance with the Court's Order Scheduling and Order of Instructions Before Calendar Call (ECF No. [476]), Plaintiffs attach to this notice their counter-designations and objections to the affirmative deposition designations filed by Defendant for the following depositions[1]:

- Lynn Wright (Ex. 1)
- Don Lynam (Ex. 2)
- Gavin Andresen (Ex. 3)
- Ira Kleiman (Ex. 4)
- W&K 30(b)(6) deposition designee (Ex. 5)

Dated: June 26, 2020

Respectfully submitted,

*s/ Andrew Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

---

[1] Where applicable, the attached depositions contain redactions previously filed with the Court.

Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joe Delich, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2020 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Andrew S. Brenner*
ANDREW S. BRENNER