## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                  **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## **DR. CRAIG WRIGHT'S NOTICE OF FILING DEPOSITION DESIGNATIONS**

In accordance with the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [D.E. 476], Dr. Wright attaches to this notice his deposition designations for the depositions that have not been designated as confidential under the Court-ordered stipulated confidentiality agreement [D.E. 105.1]. An objection key is attached as Exhibit 1. Within the margins of the transcripts, Plaintiffs' deposition designations correspond to the yellow highlights; Dr. Wright's deposition designations correspond to the green highlights; Dr. Wright's counter-designations correspond to the orange highlights; and Dr. Wright's objections correspond to the red highlights. Errata sheets are included with the deposition transcripts where appropriate. Finally, where applicable, the transcripts have been redacted to reflect the confidentiality designations of both parties. Dr. Wright does not agree with all of Plaintiffs' confidentiality designations and reserves his right to object to them.

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: arivero@rivermestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: wlohr@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No. 504734
WHITNEY LOHR
Florida Bar No. 1010268

## CERTIFICATE OF SERVICE

I certify that on June 26, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Whitney Lohr
WHITNEY LOHR