## OBJECTIONS KEY

**A** = Argumentative

**AA** = Asked and Answered

**Adv** = Improper Advocacy; Advocacy

**Auth =** Authenticity

**BOL =** Bolstering; Improper Bolstering

**CC** = Colloquy Commentary; Counsel Commentary; Counsel testifying

**COT =** Calls for Opinion Testimony

**CP** = Compound Question; Compound

**CU =** Cumulative

**F** = Foundation (or lack of foundation)

**J** = Journalist Privilege

**H** = Hearsay

**IC** = Improper Composite Exhibit

**ID =** Incomplete Document

**IH** = Improper Hypothetical

**Inc. Desig. =** Incomplete Designation / Improper Designation

**L** = Leading

**LEC=** Calls for Legal Conclusion

**MIS** = Misleading

**MCD** = Mischaracterizes Contents of Document

**MPT** = Mischaracterizes Prior Testimony

**NA** = No Answer

**NAR =** Narrative

**NQ** = No Question

**O** = Opinion Testimony, Improper Lay Opinion

**P** = Privilege

**PK** = No Personal Knowledge, Lacks Knowledge

**R** = Relevance (or irrelevance), Pending, Not Probative, Immaterial, Non-responsive

**S** = Speculation

**SU** = Suplersage

**UD** = Untimely Designation

**UP** = Unduly Prejudicial, Unfairly Prejudicial

**UQ** = Unresponsive to Question

**V** = Vague