**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 09 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and

W&K INFO DEFENSE
RESEARCH, LLC
*Plaintiffs,*

v.

CRAIG WRIGHT
*Defendant*

MISC 19-2303

Main Action Pending in the
United States District Court for the
Southern District of Florida
Case No.  9:18-cv-80176-BB

DeARCY HALL, J.

**DECLARATION OF BRENDAN J. SULLIVAN IN SUPPORT OF
NON-PARTY BRENDAN J. SULLIVAN'S MOTION TO QUASH**

BRENDAN J. SULLIVAN, declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury as follows:

1. My name is Brendan J. Sullivan. I am over the age of 18, and I have personal knowledge of the facts stated in this declaration. If called to testify, I would testify competently about the facts set forth herein.

2. I am journalist based in New York whose reporting has focused on technology and cryptocurrency. My work has been published in a number of outlets including Esquire, Vice, Interview and Modern Consensus, an online news site whose mission is to cover the technology, people, and culture of the cryptocurrency and blockchain world. In this capacity, I have covered the pending litigation between the Estate of David Kleiman and W&K Info Defense Research, LLC and Craig Wright.

3. On August 26, 2019, Mr. Sullivan published an article on Modern Consensus

H UPR MIS

Defendant's Objections

H-R
UP-MIS

entitled "First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin." A true and accurate copy of the article is attached to this Declaration as Exhibit A.

4. The copy of this article truly and accurately reflects the observations and facts contained in it.

5. A true and accurate copy of the subpoena I was served with is attached to this Declaration as Exhibit B.

*[signature]*

Executed on this 9th day of September, 2019

H-R-UP-MIS    **Exhibit A**

Case 9:18-cv-80176-BB   Document 600-3   Entered on FLSD Docket 06/26/2020   Page 4 of 14
Case 1:19-mc-02303-LDH   Document 1-3   Filed 09/09/19   Page 4 of 26 PageID #: 9

9/8/2019    EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME    CRYPTOCURRENCIES ∨    POLITICS    REGU

# Mode: Conse]

Blockchain and Cryptocurrency



Craig Wright Skyping with Modern Consensus' Brendan Sullivan in 2018. Note the suit of armor.

**BITCOIN**

# EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin

**Bitcoin**
**BTC**$10,416.12 ▼-138.93 -1.32%

**Ethereum**
**ETH**$171.40 ▼-0.78 -0.45%

**XRP**
**XRP**$0.25 ▼-0.00270 -1.06%

**Bitcoin Cash / BCC**
**BCH**$291.07 ▲2.73 0.95%

**Litecoin**
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB   Document 600-3   Entered on FLSD Docket 06/26/2020   Page 5 of 14

Case 1:19-mc-02303-LDH   Document 1-3   Filed 09/09/19   Page 5 of 26 PageID #: 10

9/8/2019   EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME    CRYPTOCURRENCIES ⌄    POLITICS    REGL

in the nuts'

By Brendan Sullivan / August 26, 2019

A hearing in the Kleiman v. Wright case concluded Monday with the U.S. District Court for the Southern District of Florida rejecting Craig S. Wright's testimony. The judge determined that "Satoshi Nakamoto" is a partnership of three people, but awarded half of its bitcoin holdings to the Kleiman estate. Craig Wright told *Modern Consensus* he "has no choice but to hand over $5 billion in BTC."

~~Because this transfer is happening as an estate transfer valued at $5 billion, Ira Kleiman may have to dump $2 billion in BTC.~~

The court also awarded Kleiman's estate with the intellectual property associated with the Bitcoin software, but none associated with Bitcoin Cash or Craig Wright's back-to-basics Bitcoin Satoshi Vision. According to the suit, Wright and Kleiman mined these million bitcoins between 2009 and 2011, which were said to be stored in a trust called the "Tulip Trust."

Modern Consensus spoke to Wright by telephone today just after he left the Florida courtroom.

**MODERN CONSENSUS: How are ya doing?**

CRAIG WRIGHT: Been better.

**I'll just ask, what does today's ruling actually mean for Bitcoin and crypto?**

The judge won't rule on whether I'm Satoshi. But the partnership is. So when Dave Kleiman passed, the partnership transferred to Ira.

Bitcoin
**BTC**$10,416.12 ▼-138.93 -1.32%

Ethereum
**ETH**$171.40 ▼-0.78 -0.45%

XRP
**XRP**$0.25 ▼-0.00270 -1.06%

Bitcoin Cash / BCC
**BCH**$291.07 ▲2.73 0.95%

Litecoin
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB   Document 600-3   Entered on FLSD Docket 06/26/2020   Page 6 of 14
Case 1:19-mc-02303-LDH   Document 1-3   Filed 09/09/19   Page 6 of 26 PageID #: 11
9/8/2019                EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

BSV, it won't. But the judge ordered me to send just under 500,000 BTC over to Ira. Let's see what it does to the market. I wouldn't have tanked the market. I'm nice.

**You could flood the market with $5 billion in BTC today, but I'm guessing you won't. You have too much in progress on-chain. But what if the chain collapses? Presumably the market could tank to bad that whoever inherits his BTC would get substantially less.**

I'm just not going to do that.

**I know people think you're a miserable prick. But you once told me that you and your wife had decided that this $10 billion fortune was too much. You said you worried about what it would do for your kids.**

It's fucking scary. Now the kids are going to know that we have the other $5 billion. And it really sucks. Imagine that (laughs). I had planned to live a long time and hopefully they wouldn't know until they were older and we were gone. It could affect their whole lives.

**Not to get you in hot water with the judge, but it doesn't sound like anyone thought through what this would really mean to just hand over the keys to a huge industry.**

No one seems to get that I've made 800 patents in IP and more are coming. Just on that I could have raised a lot of money. I'm sorry, BTC, but that might be a problem. They might have to convince Ira not to dump it. I can't convince him not to dump it. Ira has to do what Ira has to do. And it wouldn't have been me. And I don't need it. He does.

Bitcoin
BTC $10,416.12 ▼-138.93 -1.32%
Ethereum
ETH $171.40 ▼-0.78 -0.45%
XRP
XRP $0.25 ▼-0.00270 -1.06%
Bitcoin Cash / BCC
BCH $291.07 ▲2.73 0.95%
Litecoin
LTC $65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB Document 600-3 Entered on FLSD Docket 06/26/2020 Page 7 of 14
Case 1:19-mc-02303-LDH Document 1-3 Filed 09/09/19 Page 7 of 26 PageID #: 12
9/8/2019 EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME   CRYPTOCURRENCIES ⌄   POLITICS   REGL

from the Tulip Trust. But they can't force Ira to sell. Can they?

He doesn't actually need it but he wants it. Everyone might want to start praying, because I complied with courts and that might get scary really, really quickly. The courts ruled that Ira *inherited* the $5 billion. Now he has to pay estate tax on that if he wants it.

**Whoa! The estate tax is 40%. Unless Ira has $2 billion in cash, he will have to dump 2 million BTC to pay the taxes.**

Yeah.

[*Editor's note:* Dave Kleiman died on April 26, 2013. At the time, bitcoins traded for roughly $5.10. Thus the amount in question was valued at just under $3 million, well below the $5 million federal estate tax exemption that year.]

**Sorry. I'm just running the number. How are you feeling after all this?**

I'm fine, we're going to keep going. But I'll make sure I keep supporting it. I can't help.

**But how will you actually get the money? We've talked over the years and I've always tried to respect your privacy. Just because it's none of my business how much someone else is holding. But now you'll have to break the Tulip Trust to transfer the coins.**

If the court makes an order, I will comply with the order. And the court has made an order. It's that simple.

**So this affects the so-called "Satoshi Blocks" of unmoved bitcoins in the blockchain. The block rewards from when 50 bitcoins were issued for**



Bitcoin
**BTC**$10,416.12 ▼-138.93 -1.32%
Ethereum
**ETH**$171.40 ▼-0.78 -0.45%
XRP
**XRP**$0.25 ▼-0.00270 -1.06%
Bitcoin Cash / BCC
**BCH**$291.07 ▲2.73 0.95%
Litecoin
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB Document 600-3 Entered on FLSD Docket 06/26/2020 Page 8 of 14
Case 1:19-mc-02303-LDH Document 1-3 Filed 09/09/19 Page 8 of 26 PageID #: 13
9/8/2019 EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME    CRYPTOCURRENCIES ⌄    POLITICS    REGU

Not at least, just under half. Because they'll have to come out of partnership. I spent more money on the project than Dave, so I will rule on that and effectively Ira will get maybe 480,000 BTC.

**And again, shouldn't that include the BTC, BCH, and BSV and every other fork of Bitcoin? All of those had to replicate the original blockchain starting from zero.**

According to the judge it's only from before Dave died, so only BTC. Sorry BTC.

**Wow. I'm sorry. This just isn't the outcome that anybody wanted. I've even heard you tell me how you wanted to destroy BTC or BCH because they forked away from your plan. They always seemed to win out before. But this could tank the markets.**

Everyone wants to hate on me. This is the result. If you'd left me alone, I would have sat on my fucking money and you wouldn't have to worry. And the biggest whale ever has to dump because he has to pay tax. It's not a transfer. Florida has an estate tax. Trust me. This is not an outcome I would have liked. I own a lot of BTC. Dave should have owned 320,000 and I should have had 800,000 and now it's 50/50. At the end of the day, that's not a good thing for BTC.

[*Editor's note: Florida eliminated its estate tax after 2005.*]

**I know you can be a little combative but you never wished ill on the others. Yet this is beyond good and bad.**

Trust me. Everyone makes me look like a mean asshole. I might have been a prick, but I was the prick who was withholding. I could have tanked the market

Bitcoin
**BTC**$10,416.12 ▼-138.93 -1.32%
Ethereum
**ETH**$171.40 ▼-0.78 -0.45%
XRP
**XRP**$0.25 ▼-0.00270 -1.06%
Bitcoin Cash / BCC
**BCH**$291.07 ▲2.73 0.95%
Litecoin
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB   Document 600-3   Entered on FLSD Docket 06/26/2020   Page 9 of 14
Case 1:19-mc-02303-LDH   Document 1-3   Filed 09/09/19   Page 9 of 26 PageID #: 14

9/8/2019                EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME      CRYPTOCURRENCIES ⌄      POLITICS      REGL

This goes back to the original Bitcoin whitepaper and the problem of the "selfish miner." Someone could ruin the blockchain, but it would be more profitable to play by the rules and make some money along the way. Dave doesn't have a choice. He has to sell to get any value. But by selling, he could destroy the whole crypto economy. Where BTC goes, so goes the whole market. And anybody still trying to raise money with an ICO.

Yes. And I tried to tell people and they tried to make me out to be a total prick. I sat on $10 billion and didn't touch it. And this was happens. When you find a find a gorilla, don't kick it in the nuts.

**Haha. I'm sorry to be laughing. This could be the worst day of your life.**

This is not the worst day in my life. My grandfather died, that was worse. This was just money. This is just money. Dave died, that was a worse day for me, because I lost a friend and a partner.

**Bitcoin took off while the world fell into recession in 2009. Now we're facing another one and it could take down the whole market.**

I'm the asshole who keeps inventing things that other people need. I'm not the good media personality. You think I'm gonna complain because I only get to keep $6 billion? And I'm the only surviving member of Satoshi? The judge ruled it was a partnership. I'm the asshole Satoshi. And Dave was the nice one. So have a nice day.

*[Note: A transcription error in at one point in an earlier version of this story identified Ira Kleiman as Dave Kleiman.]*

Bitcoin
**BTC**$10,416.12 ▼-138.93 -1.32%

Ethereum
**ETH**$171.40 ▼-0.78 -0.45%

XRP
**XRP**$0.25 ▼-0.00270 -1.06%

Bitcoin Cash / BCC
**BCH**$291.07 ▲2.73 0.95%

Litecoin
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB   Document 600-3   Entered on FLSD Docket 06/26/2020   Page 10 of 14
Case 1:19-mc-02303-LDH   Document 1-3   Filed 09/09/19   Page 10 of 26 PageID #: 15
9/8/2019     EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME     CRYPTOCURRENCIES ∨     POLITICS     REGL

Craig Wright    Dave Kleiman    estate taxes
Florida    Ira Kleiman    Satoshi Nakamoto

f  y  ⓟ  in  t  ⓞ

f  y  ℝ  ✉



## BRENDAN SULLIVAN
🐦

Brendan Sullivan is a writer, producer, and author of the memoir Rivington Was Ours: Lady Gaga, the Lower East Side, and the Prime of Our Lives. Disclosure: he owns cryptocurrencies. Follow him on Twitter.

Bitcoin
**BTC**$10,416.12 ▼-138.93
-1.32%

Ethereum
**ETH**$171.40 ▼-0.78 -0.45%

XRP
**XRP**$0.25 ▼-0.00270 -1.06%

Bitcoin Cash / BCC
**BCH**$291.07 ▲2.73 0.95%

Litecoin
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

### YOU MAY ALSO LIKE



**Bitcoin tycoon goofs on author, leading to $1.6 million in donations**
December 15, 2017



**Comedian accurately portrays bitcoin fanboys with painful precision**
December 21, 2017



**More pointless bitcoin price predictions are here just in time for 2018**
December 27, 2017

Case 9:18-cv-80176-BB   Document 600-3   Entered on FLSD Docket 06/26/2020   Page 11 of 14

Case 1:19-mc-02303-LDH   Document 1-3   Filed 09/09/19   Page 11 of 26 PageID #: 16

9/8/2019                        EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME    CRYPTOCURRENCIES ∨    POLITICS    REGL

♡ Recommend  1        🐦 Tweet        f Share

Sort by Best ▼

Join the discussion...

LOG IN WITH                                                        f  𝕐  🔊  ✉

OR SIGN UP WITH DISQUS ⓘ

Name



**disqus_eEt4mwEjx8** • 13 days ago • edited

Lying piece of trash. I bet he can't even move those coins.

5 ∧  ∨  • Reply • Share ›



**Cheyno Mdingi** • 13 days ago • edited

What hot garbage. Interviewer not only takes this fraud seriously, most of these interview questions sound like they could have been written by Craig himself 😂

5 ∧  ∨  • Reply • Share ›



**Brandon Davis** → Cheyno Mdingi
• 13 days ago

How?

∧  ∨  • Reply • Share ›



**matty** • 11 days ago

The thing I think most people have missed here (but i doubt the lawyers have) is "ownership interest in the partnership's bitcoin, and any assets traceable to them"
to be clear, i'm no lawyer, but this to me easily brodens the loot to include the same coins on BSV or any forks of BTC

1 ∧  ∨  • Reply • Share ›



**test** • 12 days ago

"The judge determined that "Satoshi Nakamoto" is a partnership of three

---

Bitcoin
**BTC**$10,416.12 ▼-138.93 -1.32%

Ethereum
**ETH**$171.40 ▼-0.78 -0.45%

XRP
**XRP**$0.25 ▼-0.00270 -1.06%

Bitcoin Cash / BCH
**BCH**$291.07 ▲2.73 0.95%

Litecoin
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB Document 600-3 Entered on FLSD Docket 06/26/2020 Page 12 of 14

Case 1:19-mc-02303-LDH Document 1-3 Filed 09/09/19 Page 12 of 26 PageID #: 17

9/8/2019 EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME    CRYPTOCURRENCIES ˅    POLITICS    REGL

The Judge determined -nothing- of the damn sort. Verbatim:

"..the Court is not required to decide, and does not decide, whether Defendant Dr. Craig Wright is Satoshi Nakamoto, the inventor of the Bitcoin cybercurrency (...) For purposes of this proceeding, the Court accepts Dr. Wright's representation that he controlled (directly or indirectly) some bitcoin.."

That was literally the FIRST POINT made, and that for good reason. NOWHERE is there a determination, 'Satoshi' is a partnership, single entity or alien ayylmao. Kindly STOP spreading nChain bull, thanks.

1 ^    ˅ • Reply • Share ›



**ecoinomist** • 13 days ago

What a load of trash, you state Ira has to dump 2M BTC (cannot even be a typo), which would be 4x the amount he is owed. Still, his tax bill from this will be exactly $0, as the Tullip Trust does not exist except for inside the fraud that is CSW's head

1 ^    ˅ • Reply • Share ›



**Andy** • 13 days ago

So now he is big lover of BTC ? I thought that he will sell every BTC in 2020 for charity and to support other (BSV) projects.

1 ^    ˅ • Reply • Share ›



**Brandon Davis** → Andy • 13 days ago

Lover of BTC? No he hates BTC...

^    ˅ • Reply • Share ›



**philip** • 11 days ago

This isn't journalism, this is PR. Wonder how much Craig paid for this "interview"?

1 ^    ˅ • Reply • Share ›



**matty** • 5 days ago

Wow, this article did not age well...
"If the court makes an order, I will comply with

Bitcoin
**BTC**$10,416.12 ▼-138.93
-1.32%

Ethereum
**ETH**$171.40 ▼-0.78 -0.45%

XRP
**XRP**$0.25 ▼-0.00270 -1.06%

Bitcoin Cash / BCC
**BCH**$291.07 ▲2.73 0.95%

Litecoin
**LTC**$65.48 ▲0.72 1.11%

About Us
Editorial policy
Comments policy
Terms & Conditions

Email Address

Subscribe

Case 9:18-cv-80176-BB Document 600-3 Entered on FLSD Docket 06/26/2020 Page 13 of 14

Case 1:19-mc-02303-LDH Document 1-3 Filed 09/09/19 Page 13 of 26 PageID #: 18

9/8/2019 EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME   CRYPTOCURRENCIES ˅   POLITICS   REGL

quickly.... an well, its Craig....

⌃ ⌄ • Reply • Share ›



**Andy Soze** • 12 days ago

Oh my god! Craig mak3 me sooo sick and want to puke at him! The man is a liar!!! Im sooooo glad he will not be getting any coins at all!!

⌃ ⌄ • Reply • Share ›



**Molnár Krisztián** • 12 days ago

Nothing to dump on the market, because there are no coins. Or if there are, they don't have the keys to access them. It's a scam, together with this interview. Don't believe a word.

⌃ ⌄ • Reply • Share ›



**UltraRik** • 13 days ago

no video?

⌃ ⌄ • Reply • Share ›



**Dave Dann** • 13 days ago

The market will buy it up

⌃ ⌄ • Reply • Share ›



**Chef** ➔ Dave Dann • 13 days ago

The moment those coins move you will see panic. At the moment no one believes Tulip Trust etc exists, as soon as those coins move you will start to see panic.

2 ⌃ ⌄ • Reply • Share ›



**John** ➔ Chef • 12 days ago

you're still new here. ... Craig

About Us
Editorial policy
Comments policy
Terms & Conditions
Privacy Policy
Advertising
Newsletter

Editor: Lawrence Lewitinn General Manager, Advertising: Kevin Sanders - 201-724-0840



Case 9:18-cv-80176-BB   Document 600-3   Entered on FLSD Docket 06/26/2020   Page 14 of 14
Case 1:19-mc-02303-LDH   Document 1-3   Filed 09/09/19   Page 14 of 26 PageID #: 19
9/8/2019   EXCLUSIVE: First interview with Craig Wright after judge orders him to pay $5 billion in bitcoin | Modern Consensus.

HOME    CRYPTOCURRENCIES ∨    POLITICS    REGL

- California Globe
- New Jersey Globe
- Rock and Roll Globe
- Book and Film Globe
- Fine Art Globe

About Us | Editorial policy | Comments policy | Terms & Conditions | Privacy Policy | Advertising | Newsletter          © 2019 Modern Consensus

About Us
Editorial policy
Comments policy
Terms & Conditions
Privacy Policy
Advertising
Newsletter