Page 389

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80176-BB/BR

IRA KLEIMAN, as the Personal
Representative of the Estate
of DAVID KLEIMAN, and W&K
Info Defense Research, LLC,

        Plaintiffs,

v.

CRAIG WRIGHT,

        Defendant.

_____/

                    Paul G. Rogers Federal
                    Building and U.S. Courthouse
                    701 Clematis Street
                    West Palm Beach, Florida 33401
                    Friday, June 28, 2019
                    9:17 a.m. - 11:28 a.m.

C O N F I D E N T I A L

CONTINUED VIDEOTAPED DEPOSITION OF
DR. CRAIG STEVEN WRIGHT

Taken before Darline M. West,

Registered Professional Reporter, Notary Public

in and for the State of Florida At Large,

pursuant to Notice of Taking Deposition filed

by the Plaintiffs in the above cause.

              Magna Legal Services
              www.MagnaLS.com
              866.624.6221

Plaintiffs' Designations
Defendant's Counter-Designations
Defendant's Objections
Redacted



Page 390

```
 1   APPEARANCES:

 2   On behalf of the Plaintiffs:

 3        BOIES SCHILLER FLEXNER LLP

 4        100 SE Second Street, Suite 2800

 5        Miami, Florida 33131

 6        Phone:  305.539.8400

 7        E-mail:  Vfreedman@bsfllp.com

 8        By:  VELVEL (DEVIN) FREEDMAN, ESQ.

 9             ANDREW BRENNER, ESQ.

10             ROBERT KEEFE, ESQ.

11                        -and-

12        BOIES SCHILLER FLEXNER LLP

13        333 Main Street

14        Armonk, New York 10504

15        Phone:  914.749.8275

16        E-mail:  Kroche@bsfllp.com

17        By:  KYLE W. ROCHE, ESQ.

18             (Admitted Pro Hac Vice)

19             JOHN MCADAMS, ESQ.

20

21

22

23

24

25   (Appearances continued on the following page:)
```



Page 391

1   APPEARANCES:

2   On behalf of the Defendant:

3       RIVERO MESTRE LLP

4       2525 Ponce de Leon Boulevard, Suite 1000

5       Miami, Florida 33134

6       Phone:  305.445.2500

7       E-mail:  Amcgovern@riveromestre.com

8       By:  AMANDA MCGOVERN, ESQ.

9            ANDRÉS RIVERO, ESQ.

10           ZAHARAH R. MARKOE, ESQ.

11           ZALMAN KASS, ESQ.

12

13  ALSO PRESENT:

14           THE HONORABLE BRUCE E. REINHART

15           NATHALIE BERMOND - Assistant to Velvel

16      Freedman, Esq.

17           RYAN KICK - Video Technician (Magna Legal

18      Services)

19

20                          -  -  -

21

22

23

24

25



Page 392

```
 1                    I N D E X
 2  WITNESS:                                 PAGE:
 3  DR. CRAIG STEVEN WRIGHT
 4  DIRECT EXAMINATION (Continued)              403
    BY MR. FREEDMAN:
 5
    CERTIFICATE OF OATH                         501
 6
    REPORTER'S CERTIFICATE                      502
 7
    WITNESS CERTIFICATE                         503
 8
    ERRATA SHEET                                504
 9
10
                        -  -  -
11
                E X H I B I T S
12
                        -  -  -
13
14                    Description             Page
15  Plaintiffs' Exhibit 1    May 13, 2019        442
                             declaration signed by
16                           Dr. Craig Wright
17  Plaintiffs' Exhibit 2    E-mail from David    444
                             Kleiman to Craig
18                           Wright, Bates labeled
                             Defense 2413 through
19                           2415
20  Plaintiffs' Exhibit 3    Document Bates       451
                             labeled 2416
21
    Plaintiffs' Exhibit 4    Dr. Wright's May 8th 451
22                           declaration
23  Plaintiffs' Exhibit 5    Document that starts 457
                             off "Deed of Trust
24                           between," Bates
                             labeled Defense 50985
25                           through 50989
```



Page 393

1    Reporter's Note:

2

         (Exhibits were retained by Plaintiffs' counsel.)

3

4                                    -   -   -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 394

```
 1              P R O C E E D I N G S
 2                   -  -  -
 3         THE COURT:  Good morning, everyone.
 4         Just let's sort of get some understandings
 5    out of the way firsthand, because I know we're
 6    doing two different things today, and I want to
 7    make sure everyone's comfortable and -- and has
 8    things set up the way they want to be set up.
 9         So the first thing we're going to do is the
10    continuation of Dr. Wright's deposition.  So
11    what I want -- just first of all, you can set up
12    the courtroom for that any way you want to.  You
13    don't have to sit at respective tables and have
14    Dr. Wright sit on the witness stand.  We did
15    this once before, and opposing counsel actually
16    moved their chairs over and sat face-to-face at
17    this table, because they were going to hand lots
18    of documents across.
19         Miss McGovern, I assume you want
20    Dr. Wright sitting next to you.  Absolutely.
21    Absolutely.  So he does not have to sit up here.
22    So he can sit where he is right now.
23         I assume you're Dr. Wright.  Good morning.
24         DR. WRIGHT:  Good morning.
25         THE COURT:  So, again, Mr. Freedman and
```



Page 395

```
1        your team, you may sit wherever you want to

2        sit to make the deposition work.  I

3        understand the videographer's here.

4        Whatever.  This deposition is your game.

5             And now the other thing that I wanted

6        to explain.  My view is, it is a regular

7        deposition.  I am only here to rule on any

8        objections that come up; and otherwise, the

9        rules of a deposition apply.  So I am not

10       here to micromanage your deposition.

11            And I did want to clarify up front that

12       I think at the last hearing I -- I talked a

13       little bit about what I believe the scope

14       should be.  I believe it was --

15       Mr. Freedman, you had requested in your

16       motions which were topics relating to the

17       national security objections that Dr. Wright

18       lodged in this deposition, questions related

19       to issues upon which Dr. Wright lodged

20       marital privilege objections, and then

21       limited questioning relating to the trusts

22       and the existence of the current Bitcoin

23       holdings.

24            Is that your understanding of what the

25       limits are on the deposition this morning?
```



Page 396

```
 1            MR. FREEDMAN:  Yes, Your Honor.
 2            THE COURT:  Miss McGovern, do you agree
 3       that's what we talked about where the
 4       limits?
 5            MS. MCGOVERN:  Yes, I do, Your Honor.
 6            THE COURT:  Great.  Okay.  So, great,
 7       we got that out of the way.  I am going to
 8       clear the courtroom before we start the
 9       deposition.
10            The deposition is not a public
11       proceeding.  So if there's anyone in the
12       courtroom who is not part of either team, I
13       need them to leave at this time.  So I don't
14       know if the parties -- are these all folks
15       with you or people, or do these people that
16       need to leave?  I don't know.
17            MR. FREEDMAN:  These are on our side.
18            THE COURT:  They're all with you.
19       Okay.
20            And Miss McGovern, those a part of Mr.
21       Freedman's team.  Any objection to them
22       staying in during the deposition?
23            MR. FREEDMAN:  Well, our Honor,
24       actually, sorry.  That's incorrect.  There
25       are two attorneys here in the room,
```



Page 397

1          Mr. Robert Keefe and John McAdams.

2               THE COURT:  Okay.

3               MR. FREEDMAN:  Sitting next to

4          Mr. McAdams is my assistant, Nathalie

5          Bermond.

6               THE COURT:  Okay.

7               MR. FREEDMAN:  And then Dr. Michael

8          Edman (sic) is here.  I just want to confirm

9          --

10              THE COURT:  That's fine.

11              MR. FREEDMAN:  He is with us, but he's

12         not an attorney.

13              THE COURT:  Okay.  You can be seated.

14              So the three of them are affiliated

15         with Boies Schiller Flexner directly and

16         part of your team or attorneys for the

17         Plaintiffs?

18              MR. FREEDMAN:  Yeah.  Three of them --

19         two of them are attorneys for the

20         Plaintiffs.  One is them is an assistant to

21         the attorney for the Plaintiff, and one of

22         them is a retained expert in the case.

23              THE COURT:  All right.  As to the

24         retained expert, is there any objection to

25         him remaining in the courtroom?



Page 398

 1            MS. MCGOVERN:  Yes, Your Honor.

 2            THE COURT:  Okay.  I'll agree.  Is it

 3      Dr. Keith?

 4            MR. FREEDMAN:  Dr. Edman.

 5            THE COURT:  Dr. Edman, I'm going to ask

 6      -- have to ask you to step outside.  All

 7      right.

 8            And then, I think -- so timing-wise, I

 9      think I allotted two hours.  My hope is, it

10      won't take that long.  I will give

11      Mr. Freedman the full two hours, if he needs

12      it.

13            I tentatively have my court reporter

14      coming at 10:30 in the hopes that if you

15      finish early in the deposition, we can roll

16      into the other hearings we have to have

17      today.  My thought was, if we can start

18      either, you know, 10:30, 11-ish, we can take

19      a break for lunch around 12:30, and then

20      come back between 1:30 and two, depending on

21      where we are.

22            I know we have at least two attorneys

23      in the courtroom who have concerns about

24      getting home for sunset.  So let me ask Mr.

25      Freedman and Miss Markoe, what is the latest



1        you can get out of here comfortably?   I

2        don't like to keep the court reporter and

3        the court staff past 5:30 any way.   But if

4        we go to 5:30, can you each get home

5        comfortably tonight?   I think sundown's

6        after 8:00 o'clock.

7             Miss Markoe, is that okay with you?

8             MISS MARKOE:   That's fine.

9             THE COURT:   Okay.   So let's tentatively

10       say we'll go to 5:30.   I would like very

11       much to get all the testimony in today.   If

12       we are not able to get in argument but we

13       get all the testimony, I will be happy to

14       entertain argument later.   It's not my

15       intention to rule today.   I'll tell the

16       counsel right now.   It's my intention to

17       hear the evidence, and then I want to take

18       this matter under advisement and think about

19       it.   So -- and I want to give you each full

20       opportunity to argue after you've heard all

21       the evidence.

22             So, as I said, my goal today is get all

23       the testimony in.   If we don't get to

24       argument, we'll -- we'll come back for that.

25       All right?   Again, we can talk about if that



```
 1        happens, I suppose Dr. Wright has a right to
 2        be here for that.  I know he's got some very
 3        important family situations and other
 4        professional obligations over the next month
 5        or so.  So we can talk about whether he
 6        would waive his right to be present for
 7        argument, but if we get there.
 8             All right.  From my perspective, those
 9        are sort of the topics I wanted to cover.
10        Anything else from other side or I'll let
11        you start your -- oh, I'm sorry.  One other
12        thing.  I have to leave at 10:00 o'clock to
13        conduct criminal duty court.  You can
14        continue along with your deposition if I
15        step out.  So if I get up and leave, just
16        keep going.  If anything comes up while I'm
17        gone that I need to rule on, put it to the
18        side.  I'll come back and I'll rule at that
19        time.  Okay?
20             Other than that, Mr. Freedman, anything
21        else that -- that you think we should cover
22        kind of on the front end?
23             MR. FREEDMAN:  If I can move this so I
24        can see Dr. Wright.
25             THE COURT:  Yeah.  I think that's on
```



Page 401

1      wheels.  So just roll it wherever --

2      wherever you need to go.

3           Miss McGovern, anything else before we

4      get started?

5           MISS MCGOVERN:  No, Your Honor.

6           THE COURT:  Great.  Okay.

7           MR. FREEDMAN:  I think the videographer

8      has to --

9           VIDEO TECHNICIAN:  Yeah.

10          THE COURT:  Do whatever you need to do.

11     All right.  So, at this point, I am handing

12     the keys to the car to you both.  Whenever

13     you're ready, get started.  If I get up and

14     leave, you'll let me know, and off you go.

15          (A discussion was held off the record with

16   the court reporter.)

17          THE COURT:  You know, Folks, the court

18     reporter tells me because we don't have the

19     tape-recording system on, because we're off

20     the record, the microphones aren't working,

21     and she can't hear what Mr. -- I'm sorry,

22     Ms. McGovern and Dr. Wright may be saying.

23     I'm going to let her move closer to where

24     Dr. Wright is sitting.  She may need a

25     minute or two to move her equipment.  So



Page 402

1     whenever she's ready, you all can get

2     started.

3          MS. MCGOVERN:  This is for procedural

4     reasons, we are marking the deposition

5     confidential.

6          THE COURT:  Of course.  Of course.

7     Understood.

8          Okay.  Let's give the court record a

9     second to relocate and if the videographer

10    needs to relocate...

11          (A recess was taken.)

12          VIDEO TECHNICIAN:  We are now on the

13    record.

14          This begins videotape No. 1 in the

15    continuation deposition of Dr. Craig Wright

16    in the matter of the Estate of David

17    Kleiman, et al., versus Craig Wright.

18          Today's date is June 28, 2019.  The

19    time is 9:17 a.m.  This deposition is being

20    taken at 701 Clematis Street, West Palm

21    Beach, Florida.  The videographer is

22    Ryan Kick.  The court reporter is

23    Darline West.  We are both representing

24    Magna Legal Services.

25          Will counsel and all parties present



```
 1       state their appearance and whom they
 2       represent.
 3            MR. FREEDMAN:  Vel Freedman for the
 4       Plaintiffs.
 5            MS. MCGOVERN:  Amanda McGovern and
 6       Andrés Rivero, Zaharah Markoe for Dr. Craig
 7       Wright.
 8            MR. BRENNER:  Andrew Brenner for the
 9       Plaintiff.
10            MR. ROCHE:  Kyle Roche for the
11       Plaintiffs.
12            THE COURT REPORTER:  Dr. Wright, would
13       you raise your right hand, please.
14            Do you solemnly swear to tell the
15       truth, the whole truth, and nothing but the
16       truth?
17            THE WITNESS:  I so do swear.
18  THEREUPON,
19            DR. CRAIG STEVEN WRIGHT,
20  called as a witness on behalf of the Plaintiffs
21  herein, having been first duly sworn, was examined
22  and testified further as follows:
23            DIRECT EXAMINATION (Continued)
24  BY MR. FREEDMAN:
25       Q.   Good morning, Dr. Wright.
```



Page 404

1      A.   Good morning.

2      Q.   Dr. Wright, you were previously married to

3   Miss Lynne Wright?

4      A.   That is correct.

5      Q.   And what was her maiden name?

6      A.   She was Carol Lynne Black.

7      Q.   What is her date of birth?

8      A.   ███████████████████

9      Q.   What is her current address?

10     A.   ████████████████████████████████████

11   ██████████.

12     Q.   And what is her current e-mail address?

13     A.   I don't know.

14     Q.   What is her current phone number?

15     A.   I don't know.

16     Q.   When did you first meet Miss -- how would

17   you like me to refer to her?  Would -- you want me to

18   say -- is Lynne okay?

19     A.   Lynne is fine.

20     Q.   All right.  When did you first -- first

21   meet Lynne?

22     A.   It was in the '90s.

23     Q.   Do you know when in the '90s?

24     A.   The exact date, no.

25     Q.   First half of the decade, second half of



Page 405

```
 1    the decade?

 2         A.    The middle.

 3         Q.    So about 1995, give or take a year or two?

 4         A.    Yes.

 5         Q.    And where did you first meet her?

 6         A.    I initially spoke to her online, and I

 7    first met her in Australia.

 8         Q.    And when did you get married to Lynne?

 9         A.    We got married shortly after that in --

10    around Christmastime in '96, in Canada.

11         Q.    Did you live in Canada for any time?

12         A.    Only briefly.

13         Q.    How long?

14         A.    Only weeks at a time.

15         Q.    But the family residence or the marital

16    residence was in Australia?

17         A.    Yes.

18         Q.    What was the address of the marital

19    address?

20         A.    I don't remember.

21         Q.    ████████████████████████

22         A.    Later on.  That was the last address.

23         Q.    When did -- when did you move ██████████

24         A.    I don't remember the date.

25         Q.    Approximate year?
```



MAGNA

1        A.    Probably 2004, I think.

2        Q.    Did there come a time when you got divorced

3   from Miss -- from Lynne?

4        A.    Yes.

5        Q.    When did you get divorced?

6        A.    We separated in 2010.  We got finally

7   divorced through the court in 2012.

8        Q.    Do you remember the month you were

9   separated in 2010?

10        A.    September, October.

11        Q.    Do you remember the month you got divorced

12   formally by the courts?

13        A.    No.

14        Q.    Is there a court judgment or order

15   formalizing the divorce?

16        A.    Yes.

17        Q.    Do you have a copy of that?

18        A.    No.

19        Q.    Can you obtain a copy of that?

20        A.    Public record.  You can go to a court

21   and...

22        Q.    My understanding the courts in Australia

23   aren't public records.

24        A.    The actual divorce hearings are listed.  So

25   you don't get all the internal documents, but you can



Page 407

1    get the actual hearing date, et cetera.

2         Q.    Okay.  And what would we look under to find

3    what would be the name of the case?

4         A.    My name, her name, family court.

5         Q.    Which family court and which -- where would

6    it be located in Australia?

7         A.    Family court is federal court.

8         Q.    In -- in what area?  Is it New South Wales?

9         A.    That's where we lived, yes.

10        Q.    Is that where the court case was filed?

11        A.    It's -- it's commonwealth court.  It's

12   federal.

13        Q.    Commonwealth federal court.

14              And were you able to agree on how to divide

15   up the property, or did the court have to resolve a

16   dispute over it?

17        A.    Both.

18        Q.    So some you agreed to and some you were not

19   able to agree to?

20        A.    It was agreed in court.

21        Q.    "It was agreed in court."

22              So -- but there was like a mediation

23   provided over by a judge?

24        A.    Magistrate.

25        Q.    "Magistrate."



1          Did Lynne have every -- ever have any

2   ownership interest in Bitcoin that you mined before

3   2014?

4        A.   No.

5        Q.   Did Lynne ever have any ownership interest

6   in blockchain intellectual property that you were

7   ever aware of?

8        A.   No.

9        Q.   Did the divorce settlement deal with any

10  Bitcoin assets?

11       A.   Indirectly.  It dealt with companies.

12       Q.   And how did that indirectly deal with

13  Bitcoin assets?

14       A.   All of the Bitcoin, IP, et cetera, that I

15  had that was mined and created into a company I owned

16  called Wright International Investments.  Wright

17  International Investments was set up to own

18  everything I was creating.  I attempted to move that

19  into other Australian companies, but that fell

20  through because of the tax office.  The issue was

21  which companies went to whom, which other assets went

22  to whom.  I kept Wright International Investments.

23       Q.   What were the -- what was the value of the

24  Bitcoins on the date that the divorce was settled?

25       A.   I don't know.



Page 409

```
 1        Q.   Do you know of an approximate idea of the
 2   value of the Bitcoin?
 3        A.   When we did our settlement, it was in 2011.
 4   The value of the Bitcoin was not what was being
 5   discussed.  The value of Bitcoin in 2011 was about
 6   $80,000.  The debts associated with it were in the
 7   order of millions.
 8        Q.   Do you remember when in 2011 you reached
 9   settlement?
10        A.   May.
11        Q.   And I'm presuming you have a copy of this
12   settlement agreement?
13        A.   No, I don't.
14        Q.   Who has a copy of the settlement agreement?
15        A.   I don't know.
16        Q.   Were you represented by counsel?
17        A.   Lynne was represented by counsel; I wasn't.
18        Q.   And you kept no copy of the settlement
19   agreement with your wife?
20        A.   I did.  But I don't need it anymore.  I
21   don't have it anymore.
22        Q.   When did you just -- get rid of the
23   settlement agreement with your wife?
24             MS. MCGOVERN:  Object to form.
25             THE WITNESS:  2014.
```



Page 410

1    BY MR. FREEDMAN:

2         Q.   And how did you destroy the settlement

3    agreement with your wife?

4              MS. MCGOVERN:   Object to form.

5    BY MR. FREEDMAN:

6         Q.   You can answer the question.

7         A.   I didn't keep the files.

8         Q.   Did -- did you have an automatic delete set

9    up on your computers?

10        A.   I didn't say that there were on computers.

11   I said, "files."

12        Q.   So they were paper files?

13        A.   Yes.

14        Q.   How did those paper files leave your

15   possession?

16        A.   I left the possession of the paper files.

17   I didn't take them with me.

18        Q.   Where did you leave them?

19        A.   They would have been left in the property

20   that was in Bagnoo.

21        Q.   What was the property address in Bagnoo?

22        A.   ███████████████████████

23        Q.   When did you leave that property address?

24        A.   When it was sold.

25        Q.   When was it sold?



Page 411

1          A.   I believe 2014, off the top of my head.

2          Q.   Who owned the property when it was sold?

3          A.   It was jointly owned between Lynne and

4     myself.

5          Q.   And who purchased the property from you?

6          A.   I don't remember the name of the person who

7     purchased it.

8          Q.   Did you know them before they purchased it

9     from you?

10         A.   No, I did not.

11         Q.   They were strangers?

12         A.   Yes.

13         Q.   So you left your marital settlement

14    document in possession of complete stranger?

15              MS. MCGOVERN:   Object to form.

16    BY MR. FREEDMAN:

17         Q.   Is that right?

18         A.   No.  Lynne was in charge of the property at

19    that stage.

20         Q.   So you left all of your documents with

21    Lynne?

22              MS. MCGOVERN:   Object to form.

23         Mischaracterizes the witness's testimony.

24              THE COURT:   I'm going to say something

25         no judge has said before.  Can you object



Page 412

```
 1      louder?

 2  BY MR. FREEDMAN:

 3      Q.   Okay.  There was a pending question,

 4  Doctor.  I'll -- I'll re-ask.

 5           Did you leave all of your marital

 6  settlement documents with Lynne?

 7      A.   I left them in the property.

 8      Q.   And you formalized your settlement

 9  agreement with Lynne in May of 2011.  Why were the

10  documents still on the property -- and you got

11  divorced in 2012.  Strike that.  Let me say that

12  again.

13           You formalized your divorce in May 2011 --

14  your agreement with Lynne in 2011.  The divorce was

15  formally entered in 2012.

16           Why were you still -- had documents in a

17  property that belonged to Lynne in 2014?

18      A.   The property didn't belong to Lynne.  It

19  was joint.

20      Q.   Were you both living at the property?

21      A.   Neither of us were living at the property.

22      Q.   Who was living at the property?

23      A.   Nobody.

24      Q.   It was vacant from 2000 -- when was it --

25  when did it become vacant?
```



Page 413

 1       A.   It was a farming property that we went back

 2   and forwards to while we were married.

 3       Q.   If Lynne sued you for breach of that

 4   settlement agreement, Dr. Wright, how would you

 5   obtain a copy of it?

 6       A.   It's too late to sue me.  You can't sue me

 7   in Australian law.

 8           MS. MCGOVERN:  Please just answer the

 9       question, Dr. Wright.

10           THE WITNESS:  I wouldn't.  There's no

11       need to.

12   BY MR. FREEDMAN:

13       Q.   Did a divorce settlement deal with any

14   blockchain intellectual property?

15       A.   No.  It dealt with the ownership of

16   companies.

17       Q.   Was Tulip Trading, Ltd. dealt with in the

18   divorce?

19       A.   That was created after we separated.

20       Q.   So that was created after 2010?

21       A.   Correct.

22       Q.   But you were not divorced when it was --

23   when was it created?

24       A.   It was created -- I believe, the date was

25   June or July 2011.



Page 414

1      Q.   And when you -- did you create Tulip

2   Trading?

3      A.   I didn't create it.  It was a company that

4   I paid created it.

5      Q.   Okay.  And -- and you paid that company for

6   the property sometime after 2010 and before 2000 --

7   sorry.  Sorry.  Let me strike that.

8           You paid the company for Tulip Trading

9   sometime after 2010, but before the formal divorce of

10   2012?

11      A.   Yes.

12      Q.   Okay.  And when you paid for that company,

13   you assumed full ownership of the company?

14      A.   It was set up under a bearer share

15   structure initially.

16      Q.   Who was the owner of the company when --

17   who was the bearer share owner of the company when

18   you set it up?

19      A.   I owned the bearer shares.  There were

20   nominee shareholders and nominee directors.

21      Q.   So the listed owner of Tulip Trading at the

22   time of its incorporation was a company that you

23   owned the shares to; is that correct?

24      A.   In effect, yes.

25      Q.   Okay.  And Miss -- Lynne had no ownership



Page 415

1  interest in Tulip Trading?

2       A.   No, Lynne had no ownership interest in

3  Tulip Trading.

4       Q.   And then in 2012, when the divorce was

5  entered, I understand -- strike that.

6            What was Lynne's educational background?

7       A.   Lynne has a master's degree in education.

8  She was a former nurse.

9       Q.   And was she involved in your companies?

10      A.   Lynne had been involved in my companies,

11  yes.

12      Q.   Which companies was she involved in?

13      A.   She was involved in many of the companies.

14  I can't remember all the names.  I've had many

15  companies.  Lynne was also involved in W&K

16  Information Defense in Florida with Dave, and she

17  helped him there.  She was involved in Cloudcraft

18  that was set up.  She was involved in various

19  iterations of De Morgan.  And others, I would have to

20  look up the records.

21      Q.   Did Lynne know about your creation of

22  Bitcoin?

23      A.   Yes.  But she never really cared about it,

24  and she just thought I was wasting too much time and

25  working on things she didn't understand.



Page 416

```
 1        Q.   And did she know that you were one of the
 2   people behind Satoshi Nakamoto?
 3        A.   There is no other people behind -- I'm the
 4   only person behind Satoshi Nakamoto.
 5        Q.   How did she know that?
 6        A.   Lynne --
 7             MS. MCGOVERN:  Object to form.
 8   BY MR. FREEDMAN:
 9        Q.   How did she know that you were the only
10   person behind Satoshi Nakamoto?
11             MS. MCGOVERN:  Object to form.
12        Mischaracterizes the testimony.  He stated
13        that he is the only one, not that she knew.
14             MR. FREEDMAN:  Strike that.
15   BY MR. FREEDMAN:
16        Q.   Did she know that you were the only person
17   behind Satoshi Nakamoto?
18        A.   Yes.
19        Q.   How did she know that?
20        A.   She saw me working.  She saw me studying.
21   She saw me get up.  I only, at that stage, slept
22   maybe four to five hours a night.  I did up to four
23   degrees simultaneously.  I worked full time on this.
24   I came home on this and worked on it without anyone
25   else's help.  I did that since the '90s, until I
```



Page 417

1    solved what I needed to solve.

2        Q.    And did -- how did she make the connection

3    between that work and the moniker Satoshi Nakamoto?

4            MS. MCGOVERN:  Object to form.  You can

5        answer.

6            THE WITNESS:  Lynne knew about some of

7        my past.  Lynne knew that I used a lot of

8        Japanese pseudonyms when I was online and

9        talking to people.  And Lynne knew that I'd

10       been brought up, after my father left, in

11       part, by a Japanese man who I learned

12       martial arts from and also learned a lot

13       about the aspects before he died of Japanese

14       culture.

15   BY MR. FREEDMAN:

16       Q.    But how did she make the specific

17   connection to the specific moniker Satoshi Nakamoto?

18           MS. MCGOVERN:  Object to form.

19           THE WITNESS:  She was my wife.  She

20       lived there with me.  She knew a lot of what

21       I was doing.  She was involved with the

22       accounts.  She was involved with seeing

23       everything I spent.  I don't hide any

24       transactions from my spouse.  So she would

25       have been able to see the purchase of the



1    Bitcoin.org domain on my credit card

2    statement.

3  BY MR. FREEDMAN:

4    Q.   When did you purchase the Bitcoin.org

5  domain name?

6    A.   August 2008.  I don't off the top of my

7  head remember the exact date.

8    Q.   And you did that with a credit card?

9    A.   Yes, I did.

10    Q.   Do you remember which credit card?

11    A.   Not off the top of my head, no.

12    Q.   Do you have the records that would tell you

13  which credit card?

14    A.   I was audited by the Australian tax office

15  in 2008-2009 tax period.  The records were handed

16  over to the Australian Tax Office.  In effect, that

17  included all of my expenditures.  It included all of

18  my receipts.  It included all of my statements.

19    Q.   And you said previously that your wife had

20  access to -- to all the accounts.

21        What did you mean by "the accounts"?

22    A.   I mean exactly that.  I mean, the accounts,

23  the bank accounts.  I don't have anything secret from

24  my spouse, my current one or my former one.  I

25  share -- I don't have separate bank accounts.  I



Page 419

1    don't have separate credit cards.  I don't have

2    anything else.

3        Q.   Did she have access to the Satoshi Nakamoto

4    account?

5             MS. MCGOVERN:  Object to form.  Lack of

6         foundation.

7    BY MR. FREEDMAN:

8        Q.   Did she have access -- you can answer, Dr.

9    Wright.

10            Did she have access to the Satoshi Nakamoto

11   account?

12       A.   You're misrepresenting the term "account."

13   Account here being a log-in and a bank account.  The

14   Satoshi Nakamoto account, there's no such actual

15   thing.  There's an e-mail address.

16            And so is that what you're referring to?

17       Q.   Did she have the log-in information for the

18   e-mail address associated with Satoshi Nakamoto?

19       A.   No.

20       Q.   Did Lynne participate in your Bitcoin

21   operations?

22            MS. MCGOVERN:  Object to form.

23            THE WITNESS:  Sorry.  Can you explain

24        what you mean by my "Bitcoin operations"?

25



Page 420

1    BY MR. FREEDMAN:

2        Q.   Did she participate in your mining of

3    Bitcoin?

4        A.   I acted for Wright International

5    Investments as an agent of my company to my Bitcoin.

6    I didn't mine apart from my laptop, which was

7    minimized.  It was minimal.  My mining on my laptop

8    was something I did to test the public software.

9    Lynne was involved in that she had to help with

10   ordering of computers and paying of bills, but I

11   don't believe she ever understood any of what was

12   happening.

13       Q.   Did she ever own a business that you worked

14   for or with?

15       A.   She had shares in businesses, but that's

16   not owning.

17       Q.   Did she have shares in a business that you

18   worked for or with?

19       A.   Yes.

20       Q.   Can you name those?

21       A.   Not all of them, no.  I'd have to check

22   records.  I know that she had shares in De Morgan.  I

23   know that she had shares in Ridges Estate.  I know

24   that she had shares in things that I didn't end up

25   working for.



1    Q.   Are those all the ones you can remember

2    now?

3    A.   I'd need to look up what she has.  I know

4    that she had shares in W&K, but I didn't work for

5    that.  I know she had shares in other companies that

6    I ended up taking over after her bankruptcy.  But I

7    didn't originally have shares in those; she did.

8    Q.   And what happened to her shares in W&K?

9    A.   That would still be her shares.

10   Q.   Did she have shares in Wright International

11   Investments?

12   A.   No.

13   Q.   Did Lynne ever meet Dave Kleiman?

14   A.   Yes.

15   Q.   When?

16   A.   When I came to Florida, I don't remember

17   the date off the top of my head, Lynne came with me.

18   We were staying in Orlando, and we also went to

19   Miami.  I don't remember which trip.  I've been to so

20   many -- I -- I travel so much, I don't remember the

21   exact dates of every one anymore.

22   Q.   Is Lynne a beneficiary of any trusts you've

23   settled?

24   A.   No.

25   Q.   Is Lynne a trustee of any trusts you've



Page 422

1   settled?

2        A.   No.

3        Q.   Have you discussed Bitcoin with Lynne after

4   your marriage ended?

5        A.   Yes.

6        Q.   When?

7        A.   I don't remember the dates.

8        Q.   What were the general subjects of those

9   conversations?

10       A.   I focus on technology.  I'm very focussed,

11   and most people would consider it strange.  I have a

12   one-track mind.  I'm actually autistic, and I have

13   what most people commonly mislabel as Asperger's,

14   although I'm high-functioning.

15            So when people try and talk about general

16   things, generally it all ends up with mathematics,

17   Bitcoin, quantative studies, and whatever else.

18   Outside of my small bailiwick of what I focus on, I

19   rarely talk to anything other than that.

20       Q.   Have you discussed anything about this

21   lawsuit with Lynne?

22       A.   Not to my recollection -- recognition, no.

23       Q.   Do you mean recollection, Dr. Wright?

24       A.   My apologies.  Yes.

25       Q.   Okay.  Dr. Wright, you're presently married



Page 423

```
 1   to Miss Ramona Watts?

 2        A.   Yes.

 3        Q.   What's her date of birth?

 4        A.   ████████████████████████

 5        Q.   What is her current address?

 6        A.   Current address is ██████████████

 7   ████████████████████████.

 8        Q.   What is her current e-mail address?

 9        A.   ███████████████

10        Q.   What is her current phone number?

11        A.   ██████████████

12        Q.   What was her last name at birth?

13        A.   A-N-G.

14        Q.   And how many times has she been married?

15        A.   I'm her second marriage.

16        Q.   What was her first married name?

17        A.   Watts.

18        Q.   Where did you first meet Ramona?  Is it

19   okay if I call her Ramona?

20        A.   Yes.

21        Q.   When did you first meet Ramona?

22        A.   I was doing charity work.

23        Q.   And when did you first meet her?

24        A.   I don't remember the exact date.  I was --

25        Q.   Go ahead.  Sorry.
```



Page 424

```
 1        A.   I was doing charity work.  I set up
 2   computers and did other things for a number of
 3   charities, and my first time meeting her was with one
 4   of those.  It wasn't -- I mean --
 5        Q.   Was it in Australia?
 6        A.   Yes.
 7        Q.   In approximately what year was it?
 8        A.   The first time I met her, probably 2011.
 9        Q.   And when did you start dating her?
10        A.   The end of 2011.
11        Q.   And when did you get married?
12        A.   We got married in 2013.
13        Q.   When in 2013?
14        A.   23rd of November.
15        Q.   Did you have a prenuptial agreement with
16   Ramona?
17        A.   I've never had a prenuptial agreement.
18        Q.   Did you enter into a post-nuptial
19   agreement?
20        A.   I've never had any nuptial agreement.
21        Q.   Did you ever discuss Dave with Ramona
22   before you got married?
23        A.   Yes.
24        Q.   What -- tell me about that conversation.
25        A.   I don't really remember.  I've discussed
```



Page 425

 1    Dave with Ramona.

 2         Q.   So you can't remember anything about the

 3    conversation you had with Ramona about Dave?

 4         A.   I don't sit there and put down

 5    recollections of what I discussed with individuals.

 6    It's, I guess -- I discuss my friends, I said,

 7    because I had very few.

 8              MS. MCGOVERN:  Please don't speculate.

 9    If you know the answer to a question, just

10    answer it.  If you don't know, just say you

11    don't know.

12              Please don't speculate.  If you don't

13    remember, you simply don't remember.

14              THE WITNESS:  I don't remember.

15    BY MR. FREEDMAN:

16         Q.   Did you refer to him as your best friend?

17         A.   Yes.

18         Q.   And did you tell her that he had helped you

19    create Bitcoin?

20         A.   No.

21         Q.   Why not?

22              MS. MCGOVERN:  Object to form.

23    BY MR. FREEDMAN:

24         Q.   You can answer.

25         A.   Dave didn't help me create Bitcoin.  He

CC



Page 426

1  helped, as did many others, with editing white paper.

2  Dave's main help actually came after.  Dave was a

3  forensic specialist, and Dave helped me remove myself

4  as Satoshi more than anything else.

5      Q.   Did you tell her that Dave helped you mine

6  Bitcoin?

7      A.   Dave never helped me mine Bitcoin.

8      Q.   Did Ramona learn that you created Bitcoin

9  before you were married?

10     A.   Yes.

11     Q.   When did she learn that?

12     A.   I don't remember the date.

13     Q.   How did she learn that?

14  ████████████████████████████████

15  ███████████████████████████

16  ██      ████████████████████████

17  ██      ██████

18     Q.   And how did she learn you created Bitcoin?

19     A.   I talked to her about everything, including

20  my past, before we got married.

21     Q.   You gave her detailed accounts of what you

22  had done to create Bitcoin?

23     A.   As much as she could understand, yes.

24     Q.   Did you ever e-mail Ramona about Bitcoin

25  before you were married?



Page 427

1      A.    Not about Bitcoin, no.

2      Q.    Did you e-mail her about Satoshi Nakamoto

3  before you got married?

4      A.    No.

5      Q.    Did you e-mail her about blockchain before

6  you got married?

7      A.    We had companies that were involved in

8  Bitcoin.  And based out of before I got married, they

9  were all about Bitcoin.  So all those company e-mails

10  happened before we got married.  But I wasn't

11  discussing, hey, I'm Satoshi or anything like this.

12  We were talking about company business.

13      Q.    So you had a business relationship with

14  Ramona before you got married?

15          MS. MCGOVERN:  Object to form.

16      Mischaracterizes the witness's testimony.

17  BY MR. FREEDMAN:

18      Q.    You can answer the question.

19      A.    We had companies together.

20      Q.    So you had a business relationship?

21      A.    We had companies together.

22      Q.    And you had companies together after you

23  got married as well?

24      A.    Yes.

25      Q.    And you conversed about those companies



Page 428

1    before you got married?

2         A.   Yes.

3         Q.   And you conversed about those companies

4    after you got married?

5         A.   You can't be a company director with

6    someone who's a company director without talking

7    about the company that you're in.

8         Q.   So the answer's yes?

9         A.   Yes.

10        Q.   Did Ramona ever meet Dave Kleiman?

11        A.   No.

12        Q.   Did she ever speak with Dave Kleiman on the

13   phone?

14        A.   I don't know.

15        Q.   Did she ever speak with Dave Kleiman over

16   Skype?

17        A.   I don't know.

18        Q.   Did she ever e-mail Dave Kleiman?

19        A.   I don't know.

20        Q.   Was Ramona involved in your business

21   interactions with Steven Matthews and Robert McGregor

22   in 2016?

23             MS. MCGOVERN:  Objection.  Lack of

24        predicate.

25



Page 429

1    BY MR. FREEDMAN:

2         Q.   Strike that.

3              Did you have business interactions with

4    Steven Matthews and Robert McGregor in 2016?

5         A.   I believe you're saying Stefan Matthews.

6         Q.   "Stefan Matthews."  Thank you, Dr. Wright.

7              Did you have business relationships with

8    Stefan Matthews and Robert McGregor in 2016?

9         A.   Yes.

10         Q.   Was Ramona involved in those business

11    interactions?

12         A.   Yes.  I had resigned as a director.

13         Q.   So the answer is yes?

14         A.   Yes.

15         Q.   Was she on e-mails between you and

16    Matthews?

17         A.   I don't know.

18         Q.   Was she on e-mails between you and

19    McGregor?

20         A.   I don't know.

R    21         Q.   What were those business dealings with

22    Matthews and McGregor about?

23         A.   They're about the companies.

24         Q.   What about the companies?

25         A.   Moving where we are now, setting up nChain.



Page 430

R
1       Q.    Setting up nChain to do what?

2       A.    To continue the creation of my intellectual

3    property.

4        Q.    Were those business directions -- sorry.

5    Strike that.

R
6             Did those business interactions involve the

7    selling of Satoshi Nakamoto's life rights?

8        A.    The rights were added later.

9        Q.    So, at some point, they came to involve

10   Satoshi Nakamoto's life rights?

11       A.    Unfortunately, yes.

12       Q.    When did that occur?

13       A.    I don't remember the date.  It happened

14   because of the media interaction.  The original deal

15   had nothing to do with Satoshi Nakamoto.  I was in a

16   panic as various media entities started querying me

17   and people took advantage of me and said they

18   wouldn't help me unless I signed that over.

19       Q.    And who did you sign the life rights over

20   to?

21       A.    I don't remember the exact nature of the

22   contract.

23       Q.    But it had to do with business dealings

24   with Matthews and McGregor?

25       A.    I don't remember the exact nature of the



Page 431

R 1    contract.

2        Q.    Did McGregor and Matthews have anything to

3    do with the provision of the contract that -- strike

4    that.

R 5              You signed a contract that signed over the

6    life rights of Satoshi Nakamoto; is that correct?

7        A.    The story, you mean.

8        Q.    And who gave -- who handed you that

9    contract?

10       A.    I don't remember.

11       Q.    Who e-mailed you that contract?

12       A.    I don't think it was e-mailed.

13             MS. MCGOVERN:   I'm gonna object to the

14             line of questioning as outside the scope of

15             the limited deposition for which we are here

16             today.

17             THE COURT:   Sustained.

18   BY MR. FREEDMAN:

19       Q.    Is Ramona a beneficiary of any trust you

20   have settled?

21       A.    Yes.

22       Q.    Which trusts?

23       A.    I don't remember each trust off the top of

24   my head.

25       Q.    Do you remember any of the trusts that



Page 432

1    she's a beneficiary of?

2         A.   Yes.

3         Q.   Which?

4         A.   There's a trust in the Seychelles known as

5    Tulip, which is a registered trust now in the

6    Seychelles.  It owns now Wright International

7    Investments and Tulip Trading, Ltd. and a few other

8    companies.

9         Q.   And is Ramona a trustee of any trust you

10   have settled?

11        A.   Not to my knowledge.

12        Q.   Dr. Wright, do you have any record of the

13   shares Miss -- that Lynne has in W&K Info Defense

14   Research?

15        A.   Yes.

16        Q.   Have you provided those to your lawyers?

17        A.   Yes.

18        Q.   Have you ever asked Lynne for records of

19   her ownership of W&K?

20        A.   I believe that we discussed it.

21        Q.   When?

22        A.   I don't remember the date.

23        Q.   After the filing of this lawsuit?

24        A.   No.  It would have been before.

25        Q.   What is the basis for you saying that Lynne



Page 433

1    is a shareholder of W&K?

2         A.   Lynne set everything up with Dave.  I was

3    going through a severe audit with the Australian Tax

4    Office trying to bankrupt me.  So I didn't put any

5    shares at that stage into my own name directly, and

6    everything was agreed, when we were looking at

7    separating, that all of that work would go into her

8    name.  So on the creation of W&K, everything was

9    meant to go between Lynne and Dave.

10        Q.   And did you see any documents issuing

11   shares of W&K to Lynne?

12        A.   Yes.

13        Q.   Who issued those documents?

14        A.   I don't know.  I wasn't a director.  Lynne

15   and Dave were both directors.

16        Q.   So who sent her the shares?

17        A.   I don't know.  Lynne and Dave were both the

18   directors.  I had nothing --

19        Q.   So how did you obtain copies of the shares?

20        A.   I was later sent a whole lot of files when

21   Lynne went into bankruptcy.

22        Q.   So you have no direct knowledge that Lynne

23   actually has shares in W&K; is that correct?

24             MS. MCGOVERN:  Object to form.

25        Mischaracterizes the testimony.  Asked and



Page 434

1          answered.

2     BY MR. FREEDMAN:

3          Q.   You can answer the question.

4          A.   That is not what I said.  I said, when

5     Lynne went into bankruptcy, she delivered records to

6     me, because I handled that for her.

7          Q.   So your knowledge of Lynne's shares in W&K

8     comes from the records you received from Lynne?

9          A.   No.

10         Q.   Where does it come from?

11         A.   I was still in communication with Lynne in

12    2011 when I was setting up W&K, helping her, helping

13    Dave.

14         Q.   So Lynne told you that she has shares in

15    W&K?

16         A.   We were on the same phone call with Dave as

17    the company was being constructed.  We were on the

18    same e-mails.  So she didn't need to tell me.  I had

19    the communications between Dave and myself and her at

20    the time.  I saw all of this happening.  And I

21    communicated with Dave as he was filing the company.

22         Q.   Dr. Wright, I'm gonna hand you a

23    declaration you signed on May 13th, 2019.

24              MR. FREEDMAN:  Mr. Kass, would you

25         mind.



Page 435

1    BY MR. FREEDMAN:

2         Q.   Dr. Wright, is this a declaration you

3    signed on or about May 13th, 2019?

4              MS. MCGOVERN:  I'm gonna object to this

5         line of questioning and ask how this fits

6         within the limited scope of this deposition?

7         It doesn't appear to fit within the marital

8         privilege, it doesn't appear to fit within

9         the national security, and it doesn't appear

10        to fit with the limited questions regarding

11        the Bitcoin holdings.

12             MR. FREEDMAN:  These are trusts that

13        Dr. Wright has identified as holding his

14        current Bitcoin holdings.

15             MS. MCGOVERN:  So to the extent that

16        you're gonna be asking about the holdings

17        that Dr. Wright had, we have no objection.

18        If you go beyond that, we're going to object

19        and ask the judge to rule.

20   BY MR. FREEDMAN:

21        Q.   Okay.  Dr. Wright, is this the declaration

22   you signed on or about May 13th, 2019?

23        A.   It is a copy.

24        Q.   Are all the statements you made in the

25   declaration based on your personal knowledge?



Page 436

 1      A.   They're based on my knowledge and belief at

 2   the time.

 3      Q.   Dr. Wright, do you see on paragraph 2 of

 4   the first page of this declaration, it says, "I give

 5   this declaration based on my personal knowledge"?

 6           MS. MCGOVERN:  I'm going to object to

 7      that question and ask for this line of

 8      questioning to be asked while the judge is

 9      present, as I believe you're outside the

10      scope.

11           MR. FREEDMAN:  We're gonna take a

12      break.  Let's go off the record.

13           MS. MCGOVERN:  You -- wait.  Vel,

14      before you unilaterally decide to go off the

15      record, you can continue with your other

16      questions so that we don't waste time and

17      just hold off on this until the judge is

18      able to reconvene, so we don't waste

19      everybody's time.

20           MR. FREEDMAN:  I understand.  But I

21      just need a second to rejig everything.

22           MS. MCGOVERN:  Of course.

23           MR. FREEDMAN:  We're going off the

24      record.

25           MR. RIVERO:  We don't have to go on the



Page 437

```
 1        --

 2            MR. FREEDMAN:  Well, I'm gonna use the

 3        restroom anyway, so let's go off the record.

 4            VIDEO TECHNICIAN:  Off the record at

 5        9:56.

 6            (A recess was taken.)

 7            VIDEO TECHNICIAN:  On the record at

 8        10:04.

 9            THE COURT:  I'm caught up to where I

10        left off.  There's not much happening.  Let

11        me just read.

12            Okay.  So, Miss McGovern, you had an

13        objection to the line of questioning being

14        beyond the scope.

15            What question in particular?  Is there

16        a pending objection or --

17            MS. MCGOVERN:  Yes, Your Honor.

18            THE COURT:  He was getting close to the

19        line and you wanted me to be here as --

20            MS. MCGOVERN:  Yes, that's exactly

21        right, Your Honor.

22            THE COURT:  There's no pending question

23        to which there's an objection, but you just

24        wanted me to be here for this line of

25        questioning?
```



Page 438

1          MS. MCGOVERN:  I believe there might be

2     a pending question, and I objected to the

3     pending question, and my objection

4     specifically was to the extent that the

5     questions that he's asking about these trust

6     documents relate to the limited questions

7     permitted under this deposition for Bitcoin

8     holdings, we have no objections.

9          But to the extent that this is going to

10    become a line of questioning regarding the

11    declaration, the trusts, the creation of the

12    trusts, and all that sort of thing, that

13    goes outside the scope, and we object to it.

14          THE COURT:  Okay.

15          MR. FREEDMAN:  Your Honor --

16          THE COURT:  How far are you gonna go on

17    this?

18          MR. FREEDMAN:  Your Honor, I mean, I

19    could start the questioning over or I could

20    just explain to you my rationale.

21          These declarations were produced in

22    response to a direct court order to identify

23    his Bitcoin holdings.  And Dr. Wright's

24    contention is now that he cannot identify

25    his current Bitcoin holdings.



1          So I think all of these trusts and the

2     trust documents and everything sworn about

3     them are fair game as it relates to the

4     current Bitcoin holdings.

5          MS. MCGOVERN:  May I respond?

6          THE COURT:  Yes.

7          MS. MCGOVERN:  Dr. Wright has never

8     stated that he cannot provide the

9     information regarding his current Bitcoin

10    holdings.  In fact, he stated repeatedly

11    that the Bitcoin holdings are 820,050.

12         What we believe the issue before this

13    court to be today is the inability, the

14    impossibility of providing the public

15    addresses.  That's very different than the

16    holdings of Bitcoin.

17         So to the extent that he's asking about

18    the holdings of Bitcoin, we believe that

19    fits within the limited scope of the

20    deposition.  But beyond that, it does not.

21         THE COURT:  Okay.  I'll let you draw

22    that line where you want.  But I got to tell

23    you, for the purposes of the show cause

24    hearing this afternoon, I'm gonna let him

25    ask all the questions about the trusts, as I



1          think it is relevant.  So if you want to ask

2          him --

3                  MS. MCGOVERN:  Oh, of course.

4                  THE COURT:  If you prefer to have him

5          ask in public at the show cause hearing,

6          I'll sustain your objection.

7                  MS. MCGOVERN:  Well, to the extent that

8          the questions are going to be asked once --

9          I think they're going to be asked once.  But

10         we understood the deposition and the

11         evidentiary hearing to be separate and not

12         repetitive.

13                 THE COURT:  Understood.  I agree.

14                 Okay.  So, Mr. Wright -- Mr. -- sorry,

15         Mr. Freedman, I'm gonna sustain the

16         objection to the extent that it goes beyond

17         the general topic of his overall holdings,

18         but I'm telling you in advance for purposes

19         of a later hearing today, I am going to

20         allow questioning about -- the more granular

21         questions about the specific public

22         addresses and his ability to access the

23         public addresses.  So with that, you can

24         continue the deposition.

25                 And -- and to be perfectly correct, to



1      my understanding, this was not a topic that

2      was attempted to be raised at Dr. Wright's

3      deposition in London.  And there was an

4      objection raised which caused my ruling.  So

5      I'm sustaining the objection for those

6      reasons.

7            MR. FREEDMAN:  Your Honor, am I allowed

8      to ask questions about the declaration

9      submitted by Dr. Wright?

10           THE COURT:  To the extent it's

11     foundational and it goes to the overall

12     question of his Bitcoin holdings and Bitcoin

13     holdings generally, yes.  If you want to get

14     into the specific questions about the public

15     addresses and where they are and how they

16     can accessed, no.

17           But yes, you can ask him general

18     foundation questions.  I believe that's the

19     declaration.  I don't think Miss McGovern

20     was objecting to that.

21           MR. FREEDMAN:  Okay.  I'm going to

22     limit my questions, Your Honor, to the

23     trusts as opposed to the actual public

24     addresses.  And if Miss McGovern has

25     objections to the trusts that are holding



Page 442

1           those current Bitcoin holdings, then I guess

2           you'll rule on them as -- as they come.

3                 If that's okay?

4                 THE COURT:  That's why I'm here.

5                 MR. FREEDMAN:  Perfect.  Thank you.

H    6                 (Plaintiffs' Exhibit 1, May 13, 2019

7      declaration signed by Dr. Craig Wright was marked for

8      identification.)

9      BY MR. FREEDMAN:

10          Q.   Dr. Wright, this is the May 13th declar-

11     the 2019 declaration that you signed, which I'm

12     marking as Plaintiff's Exhibit 1.

13               And Dr. Wright, you gave this declaration

14     based on your personal knowledge; is that correct?

15          A.   Yes.

16          Q.   And the statements -- sorry.

17               And on your personal knowledge, you swore

18     the statements made in this declaration are true?

19          A.   They're true in that it's a very simplified

20     version of everything.

21          Q.   Okay.  And you know that your declaration

22     was submitted to United States District Court?

23          A.   Yes.

24          Q.   And it was your intention that the court

25     should rely on the statements that are made in this



Page 443

1    declaration?

2         A.    It's my declaration as a simplified version

3    of a complex scenario.

4         Q.    Dr. Wright, in paragraph 3 of your

5    declaration, you state that you used your best

6    efforts to gather certain trust documents.

7               Do you see that?

8         A.    Yes.  I'm not the trustee of these trusts.

9         Q.    And you say specifically that you gathered

10   trust documents for two trusts, Tulip Trust 1 and

11   Tulip Trust 2.

12              In paragraph 3 do you see that?

13        A.    Yes.  What were called -- they were both

14   called Tulip Trusts, so we gave them a one and a two.

15        Q.    And before we go into the actual Tulip

16   Trust documents, I just want to make sure we're on

17   the same page on precisely which documents you're

18   identifying in your declaration.

19              So if you look at paragraph 4 of that

20   declaration, you'll see that you identify a trust

21   document dated June 24th, 2011.

22              Do you see that?

23        A.    I would need to look at the document to

24   make a comment.

25        Q.    Okay.  Well, maybe I can help you with your



Page 444

```
 1   other declaration, Dr. Wright.
 2           Do you see where you write on paragraph 4,
 3   which is referenced in paragraph 5 of my May 8th,
 4   2019 declaration?
 5       A.   I would need to see the declaration --
 6       Q.   Sure.
 7       A.   -- to make a comment further.
 8       Q.   You know what, I'll just give you the
 9   documents.
10           Did you take a look at the documents,
11   Dr. Wright?
12       A.   Yes.
13       Q.   And so, those are the trust documents dated
14   June 24, 2011; is that right?
15       A.   The first one is, yes.
16           (Plaintiffs' Exhibit 2, E-mail from David
17   Kleiman to Craig Wright, Bates labeled Defense 2413
18   through 2415 was marked for identification.)
19   BY MR. FREEDMAN:
20       Q.   Okay.  And I'm gonna mark this as -- the
21   first one as Plaintiff's Exhibit 2.
22           And the first one is the one that starts
23   off from Dave Kleiman to Craig Wright, and it's an
24   e-mail.  It's Bates labeled Defense 2413 through
25   2415.
```

H



Page 445

1          Is that correct?

2      A.   It is page 216.

H   3      Q.   You're including this second page

4   (indicating)?

5      A.   2416.

6      Q.   Okay.  So, then, you're stating that --

7   let's -- let's make sure we're on the same page here.

8          Your para- -- paragraph 4 says "I attached

9   to this declaration the trust document dated

10  June 24th, 2011, which is referenced in paragraph 5

11  of my May 8th, 2019 declaration."

12         You're holding Defense 2413 through 2416.

13  Is that what you were referencing in your

14  declaration?

15     A.   This is a document related to that.  This

16  isn't the formal trust.  This is what I have.

17     Q.   But this is what you have from June 24th,

18  2011, correct?

19     A.   Yes.  I don't have all of the documents to

20  do with the setup with the trust.  And this was

21  actually changed -- this was not to do with the

22  formal trust itself.  It was to do with the technical

23  trust that I put around the key fragments.  This was

24  changed afterwards because I was drunk when I went

25  over writing this and gave it to Dave.  That's why he



Page 446

1    snuck some other lines in there on me.

2         Q.   Okay.  But this is what you're referencing

3    in paragraph 4; is that correct?

4         A.   It is the document I have to do with that.

5    I don't have everything to do with what became the

6    Tulip Trust.

H

7         Q.   This is what you have?

8         A.   That is what I have.

9         Q.   And it's an authentic?

10        A.   Yes.

11        Q.   Okay.  So the first page of this document,

12   2413, this is a copy of an e-mail from Dave Kleiman

13   to you; is that correct?

14        A.   That is my understanding.

15        Q.   And it was written on or about June 24th,

16   2011?

17        A.   I had actually sent the original version to

18   Dave a little bit before that.  And after badgering

19   Dave, he sent it back on that date.  When I wrote it,

20   I had drunk four bottles of wine.

21        Q.   You wrote to Dave "Craig, I think you were

22   mad, and this is risky, but I believe in what we were

23   trying to do"?

24        A.   No.  That is an e-mail.  That is not the

25   other document.



Page 447

1    Q.   So let's make sure we're on the same page.

2         Document 2413 --

3    A.   Yes.

4    Q.   -- that first page only, is an e-mail from

5    Dave Kleiman to you?

6    A.   That is the appearance of what it is, yes.

7    Q.   Okay.  And it was written on June -- on or

8    about June 24th, 2011?

9    A.   Yes.

10   Q.   And you recall receiving this e-mail on or

11   about June 24th, 2011?

12   A.   Yes.

**CC-MIS**

13   Q.   Okay.  Dr. Wright, in discovery, we

14   received this as a scan of a paper printout.  We also

15   received it as a pdf file, but we did not receive it

16   as an actual e-mail file.

17        Can you explain why that is?

18   A.   When I was outed in December 2015 as

19   Satoshi, I tried to remove all evidence of who I was.

**MIS**

20   I did my best to wipe out all of my social media.  I

21   did my best to wipe out my e-mails and any other

22   record that would tie me to being Satoshi Nakamoto.

23   Q.   So you kept only a paper copy; is that

24   correct?

25   A.   No, I did not.



Page 448

```
 1            MS. MCGOVERN:  Object.  I'm gonna

 2       object to the line of questioning.  We

 3       actually produced this document in e-mail

 4       form.  And we have produced the ESI of this

 5       document.

 6            MR. FREEDMAN:  When did you make that

 7       production?

 8            THE COURT:  I'll overrule the

 9       objection.

10  BY MR. FREEDMAN:

11       Q.   Okay.  So, Dr. Wright --

12            MS. MCGOVERN:  My objection was simply

13       to the extent that you're asking the witness

14       the actual discovery production.  I want to

15       clarify for the record, that is, in fact,

16       been produced.

17            MR. FREEDMAN:  What is the Bates label

18       of that production?

19            MS. MCGOVERN:  I don't have it on the

20       top of my head.

21  BY MR. FREEDMAN:

22       Q.   So, Dr. Wright, presumably you received

23  this on or about June 24th, 2011.  You turn it into a

24  pdf on or -- at some point?

25       A.   No.
```



Page 449

```
 1        Q.   You never turned this document into a pdf?
 2        A.   That is not what I said.  I cannot say
 3   whether I did or didn't.  The records and files did
 4   not come from my records.  In -- after we moved to
 5   the UK and the Australian companies were shut down,
 6   we received all of the company files and hard drives
 7   from ex-employees of the companies.  Those documents
 8   were in unopened boxes until my lawyers were handed
 9   them, and I did not know what was still there.
10        Q.   So, Doctor, if you look at this e-mail,
11   you'll see it comes with three attachments:  Tulip
12   Trust.pdf.asc, Tulip Trust.pdf.tar.asc, and Tulip
13   Trust.pdf.
14             Do you see those?
15        A.   I do.
16        Q.   And were the pages Defense 2414, 2415, and
17   2416 any of the attachments that are referenced in
18   that e-mail?
19        A.   I couldn't exactly say without looking at
20   it forensically, but they appear to be what was
21   there, from my recollection.
22        Q.   What were the other attachments, the other
23   two attachments?
24        A.   Sorry.  What do you mean "the other two" --
25        Q.   Okay.  Let's just look at document.
```



Page 450

1           Tulip Trust.pdf.asc, do you know what that

2    is?

3        A.   That's a digital signature file.

4        Q.   So that's 2416?

5        A.   That is what it would appear to be.

6        Q.   Okay.  And then Tulip Trust.pdf.tar.asc,

7    what is that?

8        A.   That is a -- tar file's like a eunuch's

9    version of a zip file.  It's not compressed, but what

10   happens is, everything in a directory is compiled

11   into a single format, and then that is a signed

12   version of that.  So that's created --

13       Q.   So what was compiled in that zip file?

14       A.   It's not actually a zip file.  It's a tar

15   file.

16       Q.   What is compiled in that tar file?

17       A.   Off the top of my head, I would not have a

18   -- I can't say.

19       Q.   Okay.  Was this encrypted file with the

20   Bitcoin keys that was --

21       A.   No.

22       Q.   Okay.  And Tulip Trust.pdf, what was that?

23       A.   I believe that would be the next document.

24       Q.   2414 and 2415?

25       A.   Yes.



Page 451

1      Q.   Okay.  So, Dr. Wright, let's go back to

2  your paragraph 4 of your declaration.

3           You say in paragraph 4 that this June 24th,

4  2011 is a trust document.

5           Do you see that?

6      A.   Yes.

7      Q.   And you say it's referenced in your May 8th

8  declaration.  Do you see that?

9      A.   I don't have the May -- the other document.

10  Sorry.

11           MR. FREEDMAN:  Hold on.

**H**  12           (Plaintiffs' Exhibit 3, Document Bates

13  labeled 2416 was marked for identification.)

14           MR. FREEDMAN:  And just so the record

15      is clear, 2413 through 2415 is Plaintiff's

16      Exhibit 2.  2416 is Plaintiff's Exhibit 3.

17  And now I've just handed Dr. Wright his

18  May 13th [sic] declaration, which is gonna

19  be Plaintiff's Exhibit 4.

**H-R**  20           (Plaintiffs' Exhibit 4, Dr. Wright's May

21  8th declaration was marked for identification.)

22  BY MR. FREEDMAN:

23      Q.   All right.  Dr. Wright, this declaration

24  and all the statements made in it are based on your

25  personal knowledge?



Page 452

H-R

1        A.   Yes.

2        Q.   And based on your personal knowledge, you

3    swear that all the statements in this declaration are

4    true; is that right?

5        A.   They're simplified.  And the full truth is,

6    thus, more complex.  The trust owns companies.  The

7    companies own other structures.  And there's a

8    difference between Bitcoin and Bitcoin.  Bitcoin

9    refers to both the network and individual holdings as

10   assets.

11            There are multiple -- unfortunately,

12   Bitcoin is used in many ways.  It's a problem that I

13   have with how I name things.  So when you say the

14   Bitcoin, it can refer to Bitcoin, the network;

15   Bitcoin, the software; Bitcoin, the node; Bitcoin,

16   the implementation, and Bitcoin as the actual unit of

17   account.

18       Q.   Dr. Wright, do you see that first paragraph

19   "I, Craig Wright, declare under penalty of perjury

20   under the laws of the United States of America that

21   the following is true and correct"?

22       A.   Yes.

23       Q.   And do you see on the last page of that

24   document, on page 4 "I declare that the foregoing is

25   true and correct under penalty of perjury and in



Page 453

1    accordance with the laws of the United States of

2    America."

3           This sworn declaration was signed in London

4    on May 8th, 2019, and then your signature appears at

5    the bottom?

6           A.   Yes.

H-R

7           Q.   So this declaration is true and correct,

8    Dr. Wright?

9           A.   Once again, there is a level of the truth.

10   I can say this is true, in that it captures an

11   overall simplified version of everything, and I can

12   explain everything in further details.  It's like

13   saying I own a white car.  Then I can explain

14   further.  I own a white car with this VIN number.  I

15   own a white car with this particular engine.  I own a

16   white car of this make.  I own a white car of this

17   year.

CC

18           MS. MCGOVERN:  Dr. Wright, please just

19      listen to the question and answer to the

20      best of your ability.  He's simply asking

21      whether this declaration is something that

22      you've attested to.

H-R

23           THE WITNESS:  This declaration is

24      something I've attested to.  If I go off

25      track, I apologize.



Page 454

```
 1              I'm very binary, Your Honor, and when
 2        questions aren't fully what I would say is
 3        correct, I -- I'm a bit strange that way.
 4              THE COURT:  Let me just -- let me just
 5        explain this way, Dr. Wright, you have an
 6        excellent lawyer sitting on both sides of
 7        you there.  Their job is object to the
 8        question.  If they think the question is not
 9        fair or you can't fairly answer the
10        question, they will lodge an objection, and
11        I'll rule on that.  If they don't object,
12        answer the question to the best of your
13        ability.  Okay?
14              THE WITNESS:  Yes, Your Honor.
15              THE COURT:  All right.  Thank you.
16  BY MR. FREEDMAN:
17        Q.   Dr. Wright, it was your intention the
18  court's relying on the statements made in this
19  declaration?
20        A.   I said a basic overview of what the trust
21  structure was that then owned other things.  I didn't
22  go into the holdings of each trust, no.
23        Q.   But you expected the court to rely on your
24  basic overview; is that correct?
25        A.   I'm not sure what you mean by "rely on."
```



Page 455

1          Q.   All right.  Dr. Wright, can you look at

2     paragraph 5 of your declaration?

3          A.   Which one?

4          Q.   The May 8th declaration, Plaintiff's

5     Exhibit 4.

6          A.   Yes.

7          Q.   You say in June of 2011 you "took steps to

8     consolidate the Bitcoin that I mined with Bitcoin

9     that I acquired and other assets."

10         A.   Yes.

11         Q.   And then you say that in 2 -- October

12    of 2012, the formal trust -- excuse me, a formal

13    trust document was executed.

14         A.   Yes.

15         Q.   So when you say that -- sorry, Dr. Wright.

16    Let me pull this back up here.  Okay.

17              So in October of 2012, you executed a

18    formal trust document.  And I want to hand you -- is

19    this the document that you executed -- the formal

20    trust document you executed in October of 2012 --

21    sorry, that was executed in October of 2012?

22         A.   This is not the trust document I did.  This

23    is companies involve- -- that I was involved with.

24         Q.   Dr. Wright, if you can switch back to

25    Plaintiff's Exhibit 1, which is your May 13th



Page 456

1    declaration.

2         A.   Yes.

3         Q.   Can you take a look at paragraph 5 of it

4    for me.

5         A.   Yes.

6         Q.   What document are you referring to when you

7    say "I attach to this declaration the trust document

8    dated October 23rd, 2012, which is referenced in

9    paragraph 5 of my May 8th, 2019 declaration as two of

10   Trust 1."

11        A.   It's quite possible this document that I

12   was given.

13        Q.   Dr. Wright, you swore this is true based on

14   your personal knowledge.

15             What do you mean "it's quite possibly"?

16        A.   There is another document from the next day

17   that was also issued that I signed.

18        Q.   Dr. Wright, I think you're referring to

19   paragraph 6 of the May 13th -- of the May 13th

20   declaration, which says "I attach this document, the

21   trust document -- I attach to this -- sorry.  Strike

22   that.

23             "I attach to this declaration the trust

24   document for Tulip Trust 2, which is dated

25   October 24, 2012 and is referenced in paragraph 18 of



Page 457

1    my May 8th, 2019 declaration."

2              So, going back to paragraph 5 that

3    identifies an October 23rd, 2012 date as Plaintiff's

4    Exhibit -- what are we up to here -- 5, Plaintiff's

5    Exhibit 5 --

6              MS. MCGOVERN:  Which is it?

7              MR. FREEDMAN:  The one that starts of

8         "Deed of trust between."  Bates No.

9         Defense 50985 through 50989.

H-R
10              (Plaintiffs' Exhibit 5, Document that

11    starts off "Deed of Trust between," Bates labeled

12    Defense 50985 through 50989 was marked for

13    identification.)

14    BY MR. FREEDMAN:

15         Q.   Is Plaintiff's Exhibit 5 the October 23rd,

16    2012 trust document referenced in paragraph 5 of your

17    May 13th declaration?

18         A.   I did not create the document, and I did

19    not sign it.

CC
20              MS. MCGOVERN:  Answer the -- just

21         listen to the question.  He's asking whether

22         that -- this agreement is the agreement

23         that's referenced in your declaration.

24         That's the question.

H-R
25              THE WITNESS:  To the best of my



Page 458

H-R

 1        knowledge, yes.

 2   BY MR. FREEDMAN:

 3        Q.   Who created this document?

 4        A.   I don't actually know.  I know people in

 5   Abacus, who are running blind holdings for me, that

 6   they would have the bearer shares certificates, et

 7   cetera.  It would be one of them, I would say.

 8        Q.   So -- but you received a copy of this fully

 9   executed sometime around October 23rd, 2012; is that

10   correct?

11        A.   I don't know when it was received.

12        Q.   It was executed in October 2012.  You

13   received it sometime thereafter?

14        A.   It was received and in the trust files

15   after.

16        Q.   Okay.  When did you first get a copy of

17   this document?

18        A.   I don't know.  I -- my lawyers received all

19   of the sealed boxes of files.  All of this was in

20   there.  I hadn't touched any of that for years.

21        Q.   So you put all of your Bitcoin in a trust,

22   but you never even looked at the trust document?

23        A.   No, I didn't put all of my Bitcoin in the

24   trust.  That's a misrepresentation.  I put all of my

25   intellect property.  My intellect property included



Page 459

1    the algorithms that would initially have my mined

2    Bitcoins included.

3        Q.   Dr. Wright, can you go back to your --

4    Plaintiff's Exhibit 4.  It is your May 8th

5    declaration.

6        A.   Yes.

7        Q.   If you look on the first page, paragraph 4,

8    "I mined Bitcoin."

9             And here you're talking about the unit of

10   exchange, correct?

11       A.   Which --

12            MS. MCGOVERN:  I'm sorry.  Where are

13       you?

14            MR. FREEDMAN:  We're on paragraph --

15       Plaintiff's Exhibit 4, paragraph 4 of the

16       May 8th declaration.

17            THE WITNESS:  It's this one.

18            MS. MCGOVERN:  So this is four.  Yes,

19       we have it in front of us.

20   BY MR. FREEDMAN:

21       Q.   Paragraph 4 says "I mined Bitcoin."

22            And here Bitcoin is a reference to the

23   actual unit of exchange; is that correct?

24       A.   No.  It's the ledger in process.

25       Q.   Okay.  What I, as a layman would refer to



Page 460

1    as a Bitcoin and that I could then send to one public

2    address to another, I'm gonna call that the unit of

3    exchange.

4            Is that okay?

5    A.    No.

6    Q.    What would you like me to refer to that as?

7    A.    That's a totally wrong misrepresentation of

8    how Bitcoin works.

9    Q.    Just give me the name you want me to refer

10   to it as, Dr. Wright.

11           MS. MCGOVERN:  Please let Dr. Wright

12       explain his answer, Mr. Freedman.

13           THE WITNESS:  When I created Bitcoin,

14       it was created as a digital cash system.

15       Each individual note was effectively a

16       cash-based coin with a unique serial number.

17       Each individual serial number was designed

18       to be used once, only once, and never

19       re-used.  There are two to the 256 bits

20       minus one of information for keys.

21           The amount there is approximately such

22       that if you were to create the key 1 billion

23       times a second, there would be enough for

24       every atom in the known universe to have one

25       for a hundred trillion years, which exceeds



Page 461

1          the length of the universe; thus, it's a

2          system not of bank accounts, but of

3          individual keys.

4               That was later subverted in 2011 and

5          after I left.  And the introduction of

6          things like Pay-to-Script hash and other

7          things that I didn't want in Bitcoin have

8          changed the nature of what happens.

9               There are no actual addresses the way

10         that you are saying that addresses now exist

11         when I created Bitcoin.  It is a public

12         ledger that records and maps double

13         spending.  So there is a ledger entry to map

14         the key and script associated with the

15         mining of Bitcoin.

16    BY MR. FREEDMAN:

17         Q.   Dr. Wright, in 2011 did you transfer all of

18    your Bitcoin into a blind trust?

19         A.   I transferred my intellectual property,

20    which includes Bitcoin.  Bitcoin being the nature of

21    the network, the nature of the software, the nature

22    of the nodes.

23         Q.   All of it?

24         A.   I transferred all of the original mined

25    Bitcoin, if that's what you're asking, all of the



Page 462

1    ledger entries.  Because what I transferred was

2    software that wasn't public.  That, basically, is a

3    system that was designed so that you could have a

4    split-key technology, some of which are now patented,

5    allowing you to have a head office, who could spend,

6    and individual branches that would be able to receive

7    money, and it would calculate the entries in the

8    ledger and the coin.

9         So when you were actually doing the mining

10   or validation of process, each node would calculate

11   an address based on a distributed SEED algorithm.

12   That distributed SEED algorithm was known and

13   distributed so that each node to calculate what it

14   was mining to without any knowledge of the secret

15   keys associated with that.

16   Q.   Dr. Wright, when you referred to "I mined

17   Bitcoin" --

18   A.   Yes.

19   Q.   -- the way I view that word is, I -- and

20   this is going to be very dumb down for you.  But I

21   guess the correct number -- the Bitcoin protocol

22   tells me I've got the right number.  I then update

23   the public ledger, and then the protocol awards me

24   with new Bitcoin.

25         Are you -- are you familiar with what I'm



Page 463

1   saying even though it's not 100 percent technically

2   accurate?  Do -- do you understand my --

3        A.   I would say it's about .01 percent

4   technically accurate.

5        Q.   But you understand it?

6        A.   I would understand that you're incorrectly

7   saying how Bitcoin works --

8        Q.   Okay.  So --

9        A.   -- and it has no relevance to what I was

10  doing.

11       Q.   So that mining reward --

12       A.   I would say 21,000,000 minus .0000004

13  Bitcoin or Satoshi exists already and are

14  distributed.

H

15       Q.   Dr. -- Dr. Wright, in these trust documents

16  you identify a sum of 1,100,111 Bitcoin and eight

17  and, I think, 24,000 Bitcoin.

18            What were you referring to?

19       A.   825,050.

20       Q.   What were you referring to when you said

21  "Bitcoin," when you said that?  What is that sum?

22       A.   That sum is the initial Bitcoin that my

23  machines mined between January 2009 and August 2010.

24       Q.   And if you sent me one of those, what would

25  you have sent me?  So, now, take off 1,100,111.  You



Page 464

1    send me one.  You have 1,100,110.

2              What do I now have?

3         A.   One particular coin would then be moved as

4    a new ledger entry.  That ledger entry would take a

5    coin-based mined coin, which is validated on the

6    ledger, and it would pay to a new address as changed

7    to myself.  That new address would be one or more

8    keys or other scripts that would pay me 49 Bitcoin,

9    as you say, or Satoshi, and multiplied by the

10   relevant number, because it's an integer, plus one of

11   the unit that people call Bitcoin to yourself.

12        Q.   So that unit that people call Bitcoin that

13   you sent me one of, Satoshi multiplied by the

14   relevant number, I'm gonna refer to it as coin.

15   Okay?

16        A.   Yes.

17        Q.   All right.  So let's get back, Dr. Wright.

18             So, Dr. Wright, in 2011, did you transfer

19   all of your coin, as I've just defined it, into a

20   blind trust?

21        A.   What I actually did was, I transferred the

22   algorithms and software that I had used, the

23   nonpublic version of Bitcoin that I was working on,

24   into an encrypted file.  That encrypted file was

25   then -- basically the key was split so that other



Page 465

1    people could have it.

2            I created a system so that I had both legal

3    and technical controls.  The legal system was as a

4    wrapper to ensure tax laws and other things were met.

5    The technical controls were, therefore, so that I

6    could basically, hand on heart, say I do not have

7    control of any of these assets.

8        Q.   And is Plaintiff's Exhibit 5, the Deed of

9    Trust document, what you referred in your declaration

10   as Tulip Trust 1, is this part of that scheme to take

11   the coin out of your control?

12       A.   This was after that had occurred.  The coin

13   was out of my control in 2011.  This is more of a

14   legal structure that was set up.  This was not with

15   me.  This was between the companies.  I had

16   instructed people to take me off all the companies

17   and remove all of that information so that I wasn't

18   there anymore.

19       Q.   So the coin left your possession by virtue

20   of -- your control, by virtue of Plaintiff's

21   Exhibit 2?

22       A.   No.

23       Q.   Do you have Plaintiff's Exhibit 2 in front

24   of you?  Let me try to simplify that, actually.  I'll

25   strike the last question.



Page 466

1          The coin left your possession when you

2     transferred it to Dave Kleiman?

3          A.   No.

4               MS. MCGOVERN:  Your Honor, I'm gonna to

5          object.  I think that the limited purpose

6          for the scope of the deposition was to

7          identify Dr. Wright's Bitcoin holdings.  And

8          these details go towards ownership, control,

9          et cetera, which we're gonna be covering

10         this afternoon.

11              THE COURT:  I'll sustain that

12         objection.

13    BY MR. FREEDMAN:

14         Q.   Dr. Wright, how much Bitcoin or -- sorry.

15    How much coin did you own -- all right.  Let me

16    strike that.

17              How much coin did you control on June 25th,

18    2011?

19         A.   None.

20         Q.   How much coin did you control -- how much

21    Bitcoin did you control on -- how much coin did you

22    control on June 9th, 2011?

23         A.   None.

24         Q.   How much coin did you control on June 8th,

25    2011?



Page 467

```
 1        A.    None.

 2        Q.    Dr. Wright, can you go to Plaintiffs'

 3   Exhibit 5 for me, and go to Bates No. 50986.

 4        A.    Yes.

 5        Q.    And then if you go down to the second

 6   number three, not the first.  The one on the bottom

 7   of the page.

 8        A.    Yes.

 9        Q.    Do you see where it says "All Bitcoin and

10   associated ledger assets transferred into Tulip

11   Trading, Ltd. by Mr. David Kleiman on Friday, 10th of

12   June, 2011" -- and this is the important part --

13   "following transfer to Mr. Kleiman from Dr. Wright on

14   the 9th June 2011"?

15        A.    That is basically referring to the fact

16   that I had an encrypted file.  And there were two

17   different aspects of this:  One is the encrypted file

18   over all of my assets.  I created the encrypted file

19   in May, which was the technical part of the solution.

20             In May of 2011, which I discovered because

21   my wife didn't leave Facebook, she didn't even

22   realize she had it, that while actually drunk after a

23   ATO hearing, I had posted what I was going to do

24   publicly.

25        Q.    So if you go back to Plaintiffs'
```



Page 468

1    Exhibit 2 --

2        A.   Yes.

3        Q.   -- and you look at Defense 2414 and 2415,

4    is this memorializing the technical part of the trust

5    that you created, that you created in May 2011?

6            MS. MCGOVERN:  I'm sorry.  Can you

7        repeat the question.

8    BY MR. FREEDMAN:

9        Q.   Yes.  Let me just rephrase it.

10           Dr. Wright, you created the technical

11   solution to take the Bitcoin out of your control in

12   May of 2011; is that correct?

13       A.   The Bitcoin that you were saying as

14   mined --

15       Q.   All right.  Coin.  Let me refer to coin.  I

16   apologize.  It's a bad question.

17       A.   The -- the coin that you were saying were

18   mined, that was actually part of the software

19   process.  So the two things:  Coin that I mined

20   between 2009 and 2010 was taken out of my control.

21   The other aspect was Bitcoin I later purchased in

22   2011.

23       Q.   When in 2011 did you purchase Bitcoin --

24   coin?

25       A.   Between May and June 2011.



Page 469

1      Q.   How much did you purchase?

2      A.   I purchased what was -- I had planned to

3   purchase a little over one million Bitcoin.  I had

4   money on Liberty Reserve from gaming operations and

5   sports-book operations.  That was around

6   30 million U.S. dollars.  That $30 million was

7   transferred into Bitcoin.  The market, at the time,

8   was very illiquid, and I didn't realize exactly how

9   much it would impact the market.

10         And so I caused a price spike when I bought

11   this, a significant one.  The price of Bitcoin

12   temporarily went from cents to about $30 and then

13   dropped back down again.  And I was not able to

14   purchase all of the Bitcoin that I had planned.

15      Q.   How much Bitcoin -- how much coin did you

16   purchase?

17      A.   Somewhere between 650 and 700,000.

18      Q.   And where is that coin?

19      A.   Some of it was spent in corporations that I

20   was funding, and the last amount -- there's a little

21   over 100,000 Bitcoin that should remain nominally in

22   my name.  When a company that was helping manage it,

23   the principals of that company, called HySecure,

24   were arrested here in Florida a few years ago for

25   money laundering and extortion and a few other



Page 470

1    things.

2          When the principals of HySecure were

3    arrested, the person who was managing that, a Rosella

4    Di Grazia, fled.  The last I had tracked her is

5    somewhere in Belize.

6          Q.   So in 2011 you purchased between 650 to

7    700,000 coin?

8          A.   Yes.

9          Q.   Subsequently spent all but a hundred

10   thousand of that coin?

11         A.   Yes.

12         Q.   That remains under the control of a woman

13   you can't locate?

14         A.   Yes.

15         Q.   That coin is not addressed at all in the

16   Tulip Trust documents you identified in your

17   declaration; is that correct?

18         A.   No.  That is the only one Dave ever knew

19   about.  Dave did not know anything about how many

20   mined Bitcoin I had, as coin, you say.  Dave had no

21   knowledge of what I was doing mining Bitcoin.  He had

22   knowledge later on when he helped me clean up and

23   stop being Satoshi.

24         Q.   So if you look at 2414, that's Plaintiffs'

25   Exhibit 2.



Page 471

1      A.   Yes.

2      Q.   And if you look about a quarter of the way

3  down the page, "I acknowledge I, Dave Kleiman, have

4  received 1,100,111 Bitcoin from Craig Wright."

5      A.   Yes.

6      Q.   What is that?

7      A.   We had everything set up as rights to

8  Bitcoin.  Initially Liberty Reserve were holding and

9  then later principals from HySecure were holding.

10  The tax office in Australia knows all about this.  It

11  was constructed so that Bitcoin would not come into

12  Australia because there was GST implications and

13  other tax implications at the time.

14           I constructed a scenario where I could

15  spend Bitcoin I purchased overseas without bringing

16  it into Australia, which we significantly -- well,

17  wrapped in a derivative that we called rights to

18  Bitcoin.  I ended up having to go before the GAAR

19  panel, which is the General Anti-Avoidance Review

20  panel because the tax office argued that the creation

21  of rights to Bitcoin was effectively a tax-avoidance

22  scheme.  I won that, even though the tax office

23  didn't agree, because effectively I didn't bring any

24  of the Bitcoin itself into Australia without paying

25  the GST, et cetera.



Page 472

1          When I did bring some into Australia, I

2   filed a -- I can't remember the exact name of it, but

3   it's a -- a special process where they do a full

4   review.  And then I took it -- it went to Canberra

5   and court -- C-A-N-B-E-R-R-A -- an Australian capital

6   territory, like Washington, D.C. here now.

7       Q.   Dr. Wright, so I make this questioning --

8   line of questioning easier, I ask you to put

9   Plaintiff's Exhibit 4 and Plaintiff's Exhibit 1 in

10  front of you.  These are the May 8th and May 13th

11  declarations that you've sworn are true.  Let me know

12  when you've got them in front of you.

13      A.   Four and which one?

14      Q.   One.

15      A.   Which one's one?

16      Q.   There are two declarations.

17      A.   Which one's one again?

18      Q.   One is your May 13th declaration, and four

19  is your May 8th declaration.

20      A.   Okay.

21           THE WITNESS:  Is that one?

22           MS. MCGOVERN:  This is, I guess, one.

23           THE WITNESS:  Can you write one on that

24      for me, please?

25           MS. MCGOVERN:  Yes.



Page 473

```
 1                THE WITNESS:  Thank you.

 2                MS. MCGOVERN:  And four?

 3                MR. FREEDMAN:  Four.

 4                THE WITNESS:  I have four and one.

 5  BY MR. FREEDMAN:

 6       Q.   Okay.  Let's start at four.

 7            In paragraph 4 you wrote "I mined Bitcoin

 8  during the years 2009 and 2010."

 9            Do you see that?

10       A.   Yes.

11       Q.   Okay.  That's referring to coin, as we've

12  come to understand it.

13            Now, look at paragraph 5 -- sorry.

14            That's referring to coin?  You mined coin,

15  as we've now defined word "coin"?

16       A.   I ran Bitcoin, but it's still a very

17  simplified way the way you're describing it.  No, I

18  didn't mine Bitcoin the way anyone else mined Bitcoin

19  at the time.

20       Q.   But it resulted in coin appearing under

21  your possession, as I understand the word "coin" to

22  be?

23       A.   No, it was not under my possession.  I

24  mined directly into an algorithm that was owned, and

25  I had set up the Trust 0133224D, was constructed in
```



Page 474

1    1997 in Panama.  That was -- that is now no longer in

2    existence.  That trust --

3            MS. MCGOVERN:  Dr. Wright, please just

4        answer the question with respect to the

5        Bitcoin that you mined in the relevant time

6        period.  That was the question.

7    BY MR. FREEDMAN:

8        Q.   Dr. Wright, you said "I mined Bitcoin

9    during the years 2009 and 2010," correct?

10       A.   I was the person employed by Wright

11   International.  I, for Wright International, acted as

12   the IT person for my company and ran the computers

13   that created the ledger; and thus, straight into the

14   company that was owned by the trust, created Bitcoin.

15       Q.   And that trust, then, created the coin that

16   you mined?

17       A.   The trust controlled the company, and the

18   company had ownership of the coin.

19       Q.   The trust -- okay.

20            Now, go to paragraph 5 of that same

21   exhibit.  That's Plaintiffs' Exhibit 4.

22            And in paragraph 5 you say "In June

23   of 2011 --

24       A.   Yes.

25       Q.   -- "I took steps to consolidate the Bitcoin



Page 475

```
 1   that I mined" --

 2       A.   Yes.

 3       Q.   -- "with Bitcoin that I acquired" --

 4       A.   Yes.

 5       Q.   -- "and other assets"?

 6       A.   Yes.

 7       Q.   Again, coin.

 8            You consolidated the coin that you mined --

 9       A.   No.

10       Q.   -- and the coin that you purchased and

11   other assets?

12       A.   Again, you're conflating the technical

13   solution and the legal trust.  In June of 2011, I

14   took a step to create, over the technical solution I

15   already had, an over-arching structure that would

16   encapsulate the ownership from a tax perspective.

17   Because I was facing bankruptcy at the time, so I

18   sought to capture all of my companies and all of the

19   ownership of those assets.

20       Q.   So on the paragraph 4 declaration, you said

21   "I mined Bitcoin during the years 2009 and 2010."

22   We've established already that that was coin that you

23   mined.

24            And then in the fifth paragraph you say "I

25   took steps to consolidate the Bitcoin that I mined."
```



Page 476

1      A.    Again, you're confusing the fact that I did

2   an act as an employee of a company I founded.

3      Q.    Doctor, I'm not asking who did it.  I'm

4   just asking whether you consolidated it.  I don't

5   care that it says I or somebody or you were acting

6   nominally on behalf of a corporation.  I understand

7   you say that you were now acting on behalf of a

8   corporation.  I'm trying to get to where these coin

9   ended up.  So let's just focus on that portion for a

10  minute.  Okay?

11           I mined Bitcoin during the years 2009, 2010

12  for a corporation.  That resulted in a corporation

13  and a trust controlling coin, correct?

14     A.    No.  As I've stated already, the control of

15  that coin was already in a technical solution.  I

16  created a legal structure around that technical

17  solution.

18     Q.    But what does it mean "I mined Bitcoin

19  during the years 2009, 2010"?

20     A.    I mean, between that period, myself, as the

21  person who was employed by Wright International

22  Investment, as the principal, acted to run those

23  machines.  Mining doesn't mean that I personally own

24  anything.  Right now I have many staff who mined

25  Bitcoin.



Page 477

```
 1              MS. MCGOVERN:  Dr. Wright, Mr. Freedman
 2         is simply trying to identify the Bitcoin
 3         that you owned or -- in whatever form,
 4         through trusts or corporations through
 5         December 13th -- I'm sorry, through
 6         December 31st, 2013, which is the relevant
 7         time period.  That's what he's trying to get
 8         to.  So please just answer those questions.
 9              THE WITNESS:  He stated "controlled."
10         I did not have control.
11              MS. MCGOVERN:  I understand.  Just
12         simply answer his questions with respect to
13         identifying all of the Bitcoin during the
14         relevant time period.
15    BY MR. FREEDMAN:
16         Q.   Dr. Wright, in paragraph 4 of your
17    declaration you wrote "I mined Bitcoin during the
18    years 2009 and 2010."
19              Is that true?
20         A.   Once again, acting for Wright International
21    Investment, I acted to run the computers that acted
22    with what you're saying as mining.
23         Q.   And mining Bitcoin resulted in coin being
24    created; is that correct?
25         A.   No.
```



Page 478

1      Q.   Resulted in the companies that were mining

2   obtaining control over coin?

3      A.   No.

4      Q.   So you didn't get -- in paragraph 5 --

5      A.   Twenty-one million minus a few Satoshi

6   Bitcoin always exist.

7      Q.   Dr. Wright, there's no pending question.

8   Please wait for a pending question.

9          MS. MCGOVERN:  Dr. Wright, please just

10         answer the question.  And again, if we could

11         just focus -- Mr. Freedman is simply trying

12         to identify the Bitcoin.

13         THE WITNESS:  His questions were all --

14         MS. MCGOVERN:  Not necessarily the

15         control of the Bitcoin or the ownership of

16         the Bitcoin.  Simply the Bitcoin.

17         THE WITNESS:  It's technically wrong.

18         MS. MCGOVERN:  I understand.  Just

19         listen to the question and attempt to answer

20         the question.

21   BY MR. FREEDMAN:

22      Q.   Dr. Wright, if this trust didn't exist and

23   this technical mechanism didn't exist and you had

24   mined all this Bitcoin, you would have access to

25   billions of dollars; is that correct?



Page 479

```
 1        A.   It is not correct.  If I didn't have it, I

 2   would have destroyed it.

 3        Q.   The market refers to an underlying asset

 4   called Bitcoin.

 5             Do you know what the market refers to when

 6   it says that?

 7        A.   What do you mean by "the market"?  Sorry.

 8        Q.   When I -- if you go -- type into Google

 9   Bitcoin, it will come up with a value.

10             Have you seen that?

11        A.   Do you mean BTC?  That is not Bitcoin.

12        Q.   BTC.

13        A.   I have nothing to do with BTC.  It is not

14   Bitcoin.

15        Q.   BTC stemmed from what you created in 2009;

16   is that correct?

17        A.   BTC is a system designed by a number of

18   criminals to enable a non-traceable version of Silk

19   Road.

20        Q.   Fine.  Dr. Wright, let's look at your

21   Plaintiffs' Exhibit 2.  Defense 2414.

22             Do you see in the quarter of the page, "I,

23   Dave Kleiman, have received one" --

24             MS. MCGOVERN:  One -- one second.

25             MR. FREEDMAN:  Oh, sorry.  Go ahead.
```



Page 480

1          Tell me when you're there.

2               MR. BRENNER:  It's the attachment to

3          the e-mail.

4               MS. MCGOVERN:  Okay.  This is two.

5     BY MR. FREEDMAN:

6          Q.   Dr. Wright, look about the quarter of the

7     way down, "I, Dave Kleiman, have received 1,100,111

8     Bitcoin from Craig Wright of 51 Cowangarra Road" --

9     probably sure I messed that up -- "Bagnoo, New South

10    Wales, Australia.  At the time of the transfer, this

11    is valued at 100,000 U.S. dollars."

12               What did you transfer?

13         A.   A key slice.

14         Q.   So you did not transfer 1,100,000 Bitcoin?

15         A.   The actual transfer was rights to interact

16    with an account which basically existed on Liberty

17    Reserve at the time.

18         Q.   So when you wrote "Bitcoin" in this

19    document, you actually meant key slice?

20         A.   No.  I meant the interaction with the

21    purchased Bitcoin.  Dave knew about those.  At the

22    time, they existed on Liberty Reserve.

23         Q.   Now, you just said, "Bitcoin."

24               What did you mean when you said "Bitcoin"?

25    'Cause I'm not sure what you're referring to anymore.



Page 481

1    A.    Rights to Bitcoin.  Rights to access on

2   Liberty Reserve an account-based system and spend, by

3   contacting a third party, something that was held on

4   Liberty Reserve.

5        Q.    What was held on Liberty Reserve?

6        A.    Rights to Bitcoin.

7        Q.    What do you mean by "Bitcoin"?

8        A.    I mean what you would consider coin if it

9   was transferred back to me.

10       Q.    So, coin?

11       A.    No.  Rights to --

12       Q.    Rights to coin?

13       A.    Yes.

14       Q.    Okay.  So what did you mean when you wrote

15   in -- and let's look at your Exhibit 4, Plaintiffs'

16   Exhibit 4, your May 8th declaration, paragraph 4 --

17   when you wrote "I mined Bitcoin during the years 2009

18   and 2010"?

19       A.    Again, while working for Wright

20   International Investments that was owned by a trust

21   that I had set up years before, I ran computers, and

22   that created software that then was put into a

23   technically-locked file.

24       Q.    And as I understand the word "coin," was

25   coin somehow controlled by that technically-locked



Page 482

1    file?

2         A.   A file can't control anything.

3         Q.   Did the file contain the ability to control

4    the -- the coin?

5         A.   No.

6         Q.   If somebody was able to access the file,

7    would they be able to control the coin?

8         A.   Yes.

9         Q.   Okay.  So you mined Bitcoin into that file

10   between 2009 --

11        A.   No.

12        Q.   -- into -- into that software?

13        A.   Yes.

14        Q.   -- between 2009 and 2010?

15        A.   Yes.

16        Q.   And you created -- when did you -- was that

17   software -- when you -- strike that.

18             Was the software you created to mine the

19   Bitcoin into originally encrypted with Shamir's

20   Secret Sharing scheme?

21             MS. MCGOVERN:  I'm going to object to

22        the line of questioning.  I feel that we're

23        entering into the issue that we're gonna be

24        discussing at the evidentiary hearing

25        regarding the Shamir Scheme and the



1       fragmented keys and access to the addresses.

2            We've been discussing the Bitcoin

3       holdings for a while, but I think this line

4       of questioning is now going back to my

5       original objection, which the court

6       sustained.

7            MR. FREEDMAN:  But that's because I

8       can't talk to your client about Bitcoin in

9       the abstract and his Bitcoin holdings

10      because he re- -- he insists on getting

11      hyper technical on the way that he held

12      them.  So I have no way to ask him about the

13      holdings unless we gain -- engage --

14           MS. MCGOVERN:  I think the purpose of

15      the deposition originally was to go to

16      London and ask Dr. Wright how much coin he

17      mined through companies, or however it was

18      done, through December 31st, 2013.  It's a

19      simple question.

20           MR. FREEDMAN:  I'll be happy to ask

21      that.

22           MS. MCGOVERN:  And I think he can

23      answer that question, and we can move on to

24      the next category of national-security

25      objections that we also need to cover by



Page 484

1      11:00 o'clock.

2          MR. FREEDMAN:  So we just found out

3      that there -- we just found out that there

4      is coin and -- that he mined and that there

5      is coin that he purchased.  And he

6      controlled all of those before

7      December 31st, 2013.  We're just trying to

8      get to the details of what that was.

9          THE WITNESS:  No, I did not control

10     them.

11         MS. MCGOVERN:  Please don't -- please

12     just wait for a pending question,

13     Dr. Wright.

14         Mr. Freedman, we don't agree with that

15     statement.

16         MR. FREEDMAN:  Okay.

17         MS. MCGOVERN:  Again, this -- this is a

18     deposition.  This is a limited deposition

19     with respect to the holdings.  If the

20     question simply is all of the bit coin that

21     was held at any point in time through the

22     relevant time period, that's a simple

23     question that can be answered, and we can

24     move on.

25         THE COURT:  I'll sustain the objection



Page 485

1          to this level of detail in this hearing.  At

2          the later hearing, we'll see where we go.

3                MR. FREEDMAN:  Okay.

4    BY MR. FREEDMAN:

5          Q.   Dr. Wright, between the years of 2009 and

6    2010, how much coin did you mine?

7          A.   I mined 821,050 coin using software that

8    was not public, and --

CC   9                MS. MCGOVERN:  Simply answer the

10          question.  He simply asked you how much.

11          Just answer that question.

12                THE WITNESS:  There's two parts.

13                -- and -- and an amount of around

14          another hundred to 150 on a laptop, but I

15          don't have all of those coins.  Most of them

16          have either been transferred or lost.

17   BY MR. FREEDMAN:

18         Q.   Hundred or 150 or a hundred thousand?

19         A.   100 to 150.  Sorry.  That means blocks, by

20   the way.

21         Q.   150 blocks?

22         A.   Between a hundred and 150 blocks.

23         Q.   And how many coin does that translate into?

24         A.   Times 50.

25         Q.   All right.  Dr. Wright, I'm going to move



Page 486

```
1    to the national-security section, but we may come

2    back to the -- to the coin -- the coin holdings if we

3    have time.

4              Dr. Wright, you participated in

5    videoconference with Dave Kleiman while you were in

6    New York City sometime in 2011, correct?

7         A.   Yes.

8         Q.   An individual by the name of Gareth

9    Williams was at that meeting; is that correct?

10        A.   He wasn't at that meeting.

11        Q.   Where was Gareth Williams?

12        A.   He was in the UK.

13        Q.   He was participated via videoconference?

14        A.   Well, it was not really videoconference,

15   but electronic means.

16        Q.   What were the means?

17        A.   We used technical solutions that aren't

18   actually a videoconference.

19        Q.   Okay.  And it -- is that the same way Dave

20   Kleiman participated?

21        A.   Yes.

22        Q.   And Mr. Williams was in the UK?

23        A.   Yes.

24        Q.   You were in New York?

25        A.   Yes.
```



Page 487

```
 1        Q.   Is that correct?

 2        A.   Yes.

 3        Q.   And Dave Kleiman was in Florida?

 4        A.   To the best of my knowledge, yes.

 5        Q.   Where in New York were you?

 6        A.   I don't remember the name of the hotel.

 7        Q.   What was the purpose of your trip?

 8        A.   I was on may way to Venezuela.

 9        Q.   What were you going to do in Venezuela?

10        A.   I was doing forensic work.

11        Q.   For who?

12        A.   I was doing forensic work with a group

13   associated with ICE.  We were tracking movement of

14   money associated with FARC and FARCV.

15        Q.   What is ICE?

16        A.   ICE is customs enforcement here in the U.S.

17        Q.   Was there anyone else at the meeting

18   between you and Mr. Williams and Dave Kleiman?

19        A.   No.

20        Q.   How long did the meeting last?

21        A.   Less than half an hour.

22        Q.   What was the purpose of the meeting?

23        A.   I was discussing tracking of SWIFT-based

24   assets, and Mr. Williams also had -- Mr. Williams had

25   a theory that a number of Russian oligarchs and
```



Page 488

1    Mr. Clinton had a relationship.

2         Q.   What -- what was the relationship?

3         A.   He believed that Putin was funding the

4    Clintons.

5         Q.   And how did that involve you?

6         A.   I helped train Mr. Williams.

7         Q.   Who -- who was Mr. Williams?

8         A.   Mr. Williams was formally of mi6.  He was

9    of GCHQ.  He was an operative involved in the tracing

10   of monetary funds between different European

11   countries over SWIFT.

12        Q.   So was he working for the -- the United

13   Kingdom Government -- sorry.  Strike that.

14             Was he working in his capacity as an agent

15   for the Untied Kingdom Government when he

16   participated in this call with you?

17        A.   Only partially.

18        Q.   Why do you say "only partially"?

19        A.   Because he took software that I wrote and

20   he used it to break into American servers because he

21   had -- had this bee in his bonnet about the Clintons.

22        Q.   And why did you involve Dave Kleiman in

23   that conversation?

24        A.   I wanted to clean up everything to do with

25   Satoshi.  Dave was not only my friend, but he's a



Page 489

1  forensic expert.  I wanted to ensure that there was

2  no record of my being Satoshi left.

3      Q.   What does that -- what does that have to do

4  with Mr. Williams' theory about the Clintons and

5  Putin?

6      A.   Mr. Williams was a little bit like me, in

7  that when he gets focussed on one thing, he keeps

8  going back to it.

9      Q.   I'm -- I still don't understand.

10          Can you elaborate what the connection

11  between your connection to Satoshi and Mr. Williams'

12  theory about Putin and the Clintons?  I don't

13  understand the relationship.

14     A.   Mr. Williams helped me with some of the

15  nature of SWIFT transfers and monetary transfers with

16  data around e-gold and other things that were using

17  to fund crime as well as movements of Russian

18  Government money.

19     Q.   And how did that connect to erasing your

20  connection to Satoshi?

21     A.   Part of that was to do with the fact that

22  Bitcoin was created as a system so that people

23  couldn't bypass controls around things like SWIFT.

24  Bitcoin was created as a system of money with an

25  evidentiary trial that could not be bypassed.  It was



Page 490

1  designed to be private so that the NSA, who

2  Mr. Williams had been seconded to, couldn't monitor

3  everyone's transactions; but people like the State

4  Department, who would take down individual

5  transactions and follow these, so that they could do

6  good old-fashioned policing, so to speak, and analyze

7  the transactions between individuals, such as in drug

8  markets or other crimes.

9       Q.   How did that have to do with you erasing

10  your connection to Satoshi?

11       A.   We had a communication before I left to go

12  to Venezuela, where Dave and Mr. Williams were all on

13  the line.  Mr. Williams had helped me in the early

14  days when I was creating Bitcoin.  And no one else,

15  other than Dave and Mr. Williams, knew at that point

16  that I was definitively Satoshi or what I've done.

17       Q.   And when -- what was the date of this call,

18  video call?

19       A.   I don't remember the exact date.

20       Q.   And what did Dave Kleiman say during this

21  call?

22       A.   I don't remember his exact talks, but he

23  was willing to help me because we had been friends a

24  long time.  He was --

25       Q.   When -- go ahead.



Page 491

 1        A.   He was willing to help me get rid of all of

 2   the past.

 3        Q.   Was this call the time when Dave found out

 4   you were Satoshi?

 5        A.   No.

 6        Q.   And you made that ask of both Dave Kleiman

 7   and Gareth Williams to help you erase your

 8   connections to Satoshi on that call?

 9        A.   Yes.  I agreed with Gareth that if

10   Mr. Williams deleted all the records of what I was

11   doing and helped me, that I would help him with

12   software that was necessary for some of his

13   investigations that were outside the scope of his

14   normal work.

15        Q.   So you reached an agreement that he would

16   delete the records of you being Satoshi.  What --

17   strike that.

18             What records did you ask Mr. Williams to

19   delete?

20        A.   Communications between myself and him.

21        Q.   And what were the contents of those --

22   sorry.  Strike that.

23             And the content of those communications

24   would have revealed you being Satoshi?

25        A.   Some of them, yes.



Page 492

1        Q.    What method of communication did you use

2    with Mr. Williams?

3        A.    We used the number of encrypted channels,

4    including things like Cryptcat.

5        Q.    Did you use Bitmessage?

6        A.    No.  It didn't exist at that point.

7        Q.    Was Mr. Williams involved in Bitcoin in any

8    way beyond helping you -- beyond agreeing to delete

9    the records of you belonging to Satoshi?

10       A.    Yes.

11       Q.    How was Mr. Williams involved?

12       A.    Mr. Williams was a very good mathematician,

13    and I used his skill of knowledge in analyzing graph

14    theory in associated with the creation of Bitcoin and

15    some of the mining algorithms that I was planning to

16    implement.

17       Q.    Dr. Wright, you helped the U.S. Government

18    build cases and apprehend Viktor Bout?

19       A.    I was involved with giving evidence or

20    producing evidence.

21       Q.    Can you tell me about that a little bit.

22             What work did you do in that case?

23       A.    I created software to break encryption and

24    to put back doors in systems allowing the capture of

25    data.



Page 493

1      Q.   Did the U.S. Government reach out to you

2  for that help?

3      A.   No.

4      Q.   Who reached out to you to provide that

5  assistance?

6      A.   I had contacts with people like

7  Mr. Williams who worked for GCHQ.

8           MS. MCGOVERN:  Your Honor, I'm going to

9           object to this extended line of questioning.

10          I believe the limited scope of the

11          deposition at the deposition was for

12          purposes of identifying individuals involved

13          or, as the claim -- or, as the Plaintiffs

14          believed, were involved in the Bitcoin

15          system.  And this goes beyond that.

16          THE COURT:  I'll sustain that

17          objection.

18  BY MR. FREEDMAN:

19      Q.   Dr. Wright, you were also involved --

20          THE COURT:  Just to let you know,

21          Mr. Freedman, you have five minutes left.

22          MR. FREEDMAN:  I see.  Can we take a

23          short break, then?

24          THE COURT:  Yeah.

25          MR. FREEDMAN:  Thank you.



Page 494

1           THE COURT:  Just so the record is

2      clear, we started at approximately 9:17, and

3      there was another five-minute break when I

4      was unavailable.  It's now 11:15.  So I was

5      gonna give you two extra minutes for

6      approximately five minutes.  If you want to

7      take a second and organize yourself, we can

8      go off the record at this time.

9           MR. FREEDMAN:  Yes.  Thank you.  Let's

10      go off the record.

11           VIDEO TECHNICIAN:  Off the record at

12      11:14.

13           (A recess was taken.)

14           VIDEO TECHNICIAN:  On the record at

15      11:21.

16  BY MR. FREEDMAN:

17      Q.   Doctor, I'm going to ask you a series of

18  questions.  In the interest of time, I'm gonna to ask

19  if you can answer them with a yes or no.

20           Sometime on or about June 24th, 2011, did

21  you transfer 1,100,111 Bitcoin to Dave Kleiman?

22      A.   No.

23      Q.   After that transfer, did you own any

24  Bitcoin?

25      A.   Yes.



Page 495

1      Q.    Did you control any Bitcoin?

2      A.    Yes.

3      Q.    Did Dave Kleiman transfer the Bitcoin you

4  transferred to him in Tulip Trading on or about June

5  10th, 2011?

6      A.    I didn't transfer Bitcoin.  I just said

7  that.

8      Q.    Did Dave Kleiman transfer any Bitcoin to

9  Tulip Trading on or about June 10th, 2011?

10     A.    No.

11     Q.    Were any Bitcoin then transferred by Tulip

12  Trading into the trust you called Tulip Trust 1?

13     A.    Sorry.  Can you repeat that?

14     Q.    Were any Bitcoin transferred by -- by Tulip

15  Trading into the trust you called Tulip Trust 1?

16     A.    No.

17     Q.    Where are those Bitcoin now?  Oh, sorry.  I

18  apologize.

19             Where are the Bitcoin in Tulip Trust 1 now?

20     A.    Sorry.  I have to go over which one is

21  which.

22             You mean what we're calling mined coin?

23     Q.    Yeah.

24     A.    They are in an encrypted file, is the

25  simplest way to put it.  The software can generate



Page 496

1    all of the private -- the private keys.  The software

2    is in an encrypted file where different shares are --

3    are constructed.  Every file has a different Shamir

4    Secret Scheme.

5         Q.   Were there a million Bitcoin?

6         A.   No.

7         Q.   How many are there now?

8              MS. MCGOVERN:  Object to form.

9              THE WITNESS:  There were --

10   BY MR. FREEDMAN:

11        Q.   Sorry?  How many are there now?

12             MS. MCGOVERN:  Object to form.

13   BY MR. FREEDMAN:

14        Q.   You can answer.

15        A.   There has been no difference in the Bitcoin

16   that my software was engaged in mining.  It is

17   821,050.

18        Q.   Did you pay that sum of Bitcoin to the

19   trustee of Tulip Trust 2?

20             MS. MCGOVERN:  Object to form.

21             THE WITNESS:  No, I didn't pay

22        anything.

23   BY MR. FREEDMAN:

24        Q.   What is the difference between the

25   1.1 million Bitcoin in Tulip Trust in the Dave --



Page 497

1    sorry.  Strike that.

H

2              What is the difference between the 1.1

3    Bitcoin referenced in Dave Kleiman's e-mail

4    attachment and the 821,000 Bitcoin in Tulip Trust 1?

5         A.   The Bitcoin I was involved in, what you're

6    saying is, me -- my -- like I'm saying I mined for my

7    companies, was Tulip Trust 1.  That was between

8    January 2009 and August 2010.  That is separate to

9    the Bitcoin that was purchased from Liberty Reserve

10   and held by other entities at a later date.

11        Q.   And what is the difference between Tulip

12   Trust 1 and Tulip Trust 2?

13        A.   Basically we went through a number of

14   different structures to put around as legal controls

15   each of these structures.  The IP and intellectual

16   property that I had held from my creation of Bitcoin

17   was held separately to the rights to Bitcoin that I

18   was holding on the Liberty Reserve and other external

19   exchanges.

20        Q.   So the 821,000 Bitcoin you mined is

21   controlled legally and tech- -- legally by Tulip

22   Trust 1 and Tulip Trust 2; is that correct?

23        A.   No.

24        Q.   It's controlled technologically by Tulip

25   Trust 1 and legally by Tulip Trust 2?



Page 498

```
 1        A.   No.

 2        Q.   Tulip Trust 2 -- in Tulip Trust 2 it says

 3   at paragraph 10 "One key slice will go to each

 4   trustee with three issued to Dr. Wright."

 5             Why is a legal document discussing key

 6   slices?

 7             MS. MCGOVERN:  Which -- which exhibit

 8        are you on?

 9             MR. FREEDMAN:  It's 50986, and it's

10        Exhibit 5.

11             THE WITNESS:  As I stated, this was a

12        document put together not by myself but by

13        other parties and needed to be updated and

14        changed because none of the parties involved

15        understood what I was actually doing.

16   BY MR. FREEDMAN:

17        Q.   What is the amount of Bit- -- what was the

18   amount of Bitcoin -- what is the most amount of

19   Bitcoin in Tulip Trust 1?

20        A.   In Tulip Trust 1, I don't remember, but the

21   total purchase that ended up resulting was a little

22   under 700,000.

23        Q.   What is the most amount of Bitcoin in Tulip

24   Trust 2?

25        A.   I'm sorry.  Tulip Trust 1 should -- I got
```



Page 499

1    them the wrong way around.  I apologize.

2          The Bitcoin that I, as you said, mined for

3    my entity, was always, at the end, 821,050.  It --

4    it's no change.  It's never been spent.  It's never

5    been moved.  It's never been interacted with.  The

6    other one that I purchased was a little under

7    700,000.

8          Q.  So the million Bitcoin doesn't exist?

9          A.  No.

10         Q.  And Dr. Wright, Tulip Trust 1 document and

11   the Tulip Trust 2 document, when did you obtain

12   possession of those two documents?

13         A.  I don't remember.

14         MS. MCGOVERN:  I'm going to object to

15         the question.  Outside the limited scope,

16         the subject of the deposition.

17         THE COURT:  I'll let him answer that

18         question.

19         THE WITNESS:  I don't remember.  I have

20         company files.  I don't remember when they

21         were sent to me.

22         MR. FREEDMAN:  Okay.  We're going to --

23         I'm going to end the deposition, but I

24         reserve the right, obviously with the

25         court's approval, to move for more time



Page 500

1        based on what I perceive to be the extreme

2        difficulty of getting answers to questions

3        from Dr. Wright.

4            THE COURT:  If that issue is presented

5        to me, I will allow the other side to be

6        heard if it is presented.  But for now,

7        we'll stop the deposition for today.  We

8        need to let the videographer -- we can go

9        off the record on the deposition.

10           VIDEO TECHNICIAN:  Off the record at

11       11:28.

12           (Signature was not waived.  The

13       deposition concluded at 11:28 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25



Page 501

1               CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF PALM BEACH

5

6

7         I, the undersigned authority, certify that DR.

8    CRAIG STEVEN WRIGHT personally appeared before me and

9    was duly sworn on June 28, 2019.

10

11        WITNESS my hand and official seal this 30th day

12   of June 2019.

13

14                          _Darline Marie West_

15                          _____

16                          DARLINE MARIE WEST

                            Notary Public

17

18

19   My Commission Expires:

     October 26, 2021

20   #GG 122085

21

22

23

24

25



Page 502

1                    REPORTER'S CERTIFICATE

2

   STATE OF FLORIDA

3  COUNTY OF PALM BEACH

4

5        I, DARLINE MARIE WEST, RPR, certify that I was

6  authorized to and did stenographically report the

7  foregoing deposition; and that the transcript is a

8  true record thereof.

9

10       I further certify that I am not a relative,

11 employee, attorney, or counsel of any of the parties,

12 nor am I a relative or employee of any of the

13 parties' attorney or counsel connected with the

14 action, nor am I financially interested in the

15 action.

16

17       Dated this 30th day of June 2019.

18

19

20

21       _____

22            DARLINE MARIE WEST, RPR

23

24

25



Page 503

```
 1               C E R T I F I C A T E

 2

      STATE OF FLORIDA

 3    COUNTY OF PALM BEACH

 4

 5          I, DR. CRAIG STEVEN WRIGHT, hereby certify

 6    that I have read the foregoing transcript of my

 7    deposition and that the statements contained therein,

 8    together with any additions or corrections made on

 9    the attached Errata Sheet, are true and correct.

10

11       Dated this _____ day of _____, 2019.

12

13                   _____

                         DR. CRAIG STEVEN WRIGHT

14

15

16          The foregoing certificate was subscribed to

17    before me this _____ day of _____, 2019,

18    by the witness who has produced a

19    _____ as identification and who did

20    not take an additional oath.

21

22

23    _____

24    Notary Public

25    my commission expires:
```



Page 504

```
 1            E R R A T A   S H E E T
 2   IN RE:  Kleiman, et al. v. Wright
 3   DEPOSITION OF:  DR. CRAIG STEVEN WRIGHT
 4   TAKEN: 06/28/2019
 5   Reported by:  Darline Marie West, RPR, FPR, CLR
 6     DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
 7   PAGE #   LINE #   CHANGE          REASON
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   Please forward the original signed errata sheet to
     this office so that copies may be distributed to all
21   parties.
22   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct subject
23   to any changes in form or substance entered here.
24   DATE:_____
25   SIGNATURE OF DEPONENT:_____
```



**A**

**Abacus** 458:5
**ability** 440:22
  453:20 454:13
  482:3
**able** 399:12 407:14
  407:19 417:25
  436:18 462:6
  469:13 482:6,7
**Absolutely** 394:20
  394:21
**abstract** 483:9
**access** 418:20 419:3
  419:8,10 440:22
  478:24 481:1
  482:6 483:1
**accessed** 441:16
**account** 419:4,11
  419:12,13,13,14
  452:17 480:16
**accounts** 417:22
  418:20,21,22,23
  418:25 426:21
  461:2
**account-based**
  481:2
**accurate** 463:2,4
**acknowledge** 471:3
**acquired** 455:9
  475:3
**act** 476:2
**acted** 420:4 474:11
  476:22 477:21,21
**acting** 476:5,7
  477:20
**action** 502:14,15
**actual** 406:24 407:1
  419:14 441:23
  443:15 447:16
  448:14 452:16
  459:23 461:9
  480:15
**added** 430:8
**additional** 503:20
**additions** 503:8

**address** 404:9,12
  405:18,19,22
  410:21,23 419:15
  419:18 423:5,6,6
  423:8 460:2
  462:11 464:6,7
**addressed** 470:15
**addresses** 439:15
  440:22,23 441:15
  441:24 461:9,10
  483:1
**Admitted** 390:18
**advance** 440:18
**advantage** 430:17
**advisement** 399:18
**affiliated** 397:14
**afternoon** 439:24
  466:10
**agent** 420:5 488:14
**ago** 469:24
**agree** 396:2 398:2
  407:14,19 440:13
  471:23 484:14
**agreed** 407:18,20
  407:21 433:6
  491:9
**agreeing** 492:8
**agreement** 409:12
  409:14,19,23
  410:3 412:9,14
  413:4 424:15,17
  424:19,20 457:22
  457:22 491:15
**ahead** 423:25
  479:25 490:25
**al** 402:17 504:2
**algorithm** 462:11
  462:12 473:24
**algorithms** 459:1
  464:22 492:15
**allotted** 398:12
**allow** 440:20 500:5
**allowed** 441:7
**allowing** 462:5
  492:24
**Amanda** 391:8

  403:5
**Amcgovern@riv...**
  391:7
**America** 452:20
  453:2
**American** 488:20
**amount** 460:21
  469:20 485:13
  498:17,18,18,23
**analyze** 490:6
**analyzing** 492:13
**Andrew** 390:9
  403:8
**Andrés** 403:6
**ANDRÉS** 391:9
**answer** 410:6 413:8
  417:5 419:8 425:9
  425:10,24 427:18
  429:13 434:3
  453:19 454:9,12
  457:20 460:12
  474:4 477:8,12
  478:10,19 483:23
  485:9,11 494:19
  496:14 499:17
**answered** 434:1
  484:23
**answers** 500:2
**answer's** 428:8
**Anti-Avoidance**
  471:19
**anymore** 409:20,21
  421:21 465:18
  480:25
**anyway** 437:3
**apart** 420:6
**apologies** 422:24
**apologize** 453:25
  468:16 495:18
  499:1
**appear** 435:7,8,9
  449:20 450:5
**appearance** 403:1
  447:6
**Appearances** 390:1
  390:25 391:1

**appeared** 501:8
**appearing** 473:20
**appears** 453:4
**apply** 395:9
**apprehend** 492:18
**approval** 499:25
**approximate**
  405:25 409:1
**approximately**
  424:7 460:21
  494:2,6
**area** 407:8
**argue** 399:20
**argued** 471:20
**argument** 399:12
  399:14,24 400:7
**Armonk** 390:14
**arrested** 469:24
  470:3
**arts** 417:12
**asked** 432:18
  433:25 436:8
  440:8,9 485:10
**asking** 435:16
  438:5 439:17
  448:13 453:20
  457:21 461:25
  476:3,4
**aspect** 468:21
**aspects** 417:13
  467:17
**Asperger's** 422:13
**asset** 479:3
**assets** 408:10,13,21
  452:10 455:9
  465:7 467:10,18
  475:5,11,19
  487:24
**assistance** 493:5
**assistant** 391:15
  397:4,20
**associated** 409:6
  419:18 461:14
  462:15 467:10
  487:13,14 492:14
**assume** 394:19,23

**assumed** 414:13
**ATO** 467:23
**atom** 460:24
**attach** 456:7,20,21
  456:23
**attached** 445:8
  503:9
**attachment** 480:2
  497:4
**attachments**
  449:11,17,22,23
**attempt** 478:19
**attempted** 408:18
  441:2
**attested** 453:22,24
**attorney** 397:12,21
  502:11,13
**attorneys** 396:25
  397:16,19 398:22
**audit** 433:3
**audited** 418:14
**August** 418:6
  463:23 497:8
**Australia** 404:11
  405:7,16 406:22
  407:6 424:5
  471:10,12,16,24
  472:1 480:10
**Australian** 408:19
  413:7 418:14,16
  433:3 449:5 472:5
**authentic** 446:9
**authority** 501:7
**authorized** 502:6
**autistic** 422:12
**automatic** 410:8
**Avenue** 404:10
  405:21
**awards** 462:23
**aware** 408:7
**A-N-G** 423:13
**a.m** 389:13,13
  402:19 500:13

**B**

**B** 392:11



**back** 398:20 399:24
400:18 413:1
446:19 451:1
455:16,24 457:2
459:3 464:17
467:25 469:13
481:9 483:4 486:2
489:8 492:24
**background** 415:6
**bad** 468:16
**badgering** 446:18
**Bagnoo** 410:20,21
410:22 480:9
**bailiwick** 422:18
**bank** 418:23,25
419:13 461:2
**bankrupt** 433:4
**bankruptcy** 421:6
433:21 434:5
475:17
**based** 427:8 435:25
436:1,5 442:14
451:24 452:2
456:13 462:11
500:1
**basic** 454:20,24
**basically** 462:2
464:25 465:6
467:15 480:16
497:13
**basis** 432:25
**Bates** 392:18,20,24
444:17,24 448:17
451:12 457:8,11
467:3
**Beach** 389:12
402:21 501:4
502:3 503:3
**bearer** 414:14,17
414:19 458:6
**bee** 488:21
**begins** 402:14
**behalf** 390:2 391:2
403:20 476:6,7
**belief** 436:1
**believe** 395:13,14

404:10 411:1
413:24 420:11
429:5 432:20
436:9 438:1
439:12,18 441:18
446:22 450:23
493:10
**believed** 488:3
493:14
**Belize** 470:5
**belong** 412:18
**belonged** 412:17
**belonging** 492:9
**beneficiary** 421:22
431:19 432:1
**Bermond** 391:15
397:5
**best** 425:16 443:5
447:20,21 453:20
454:12 457:25
487:4
**beyond** 435:18
437:14 439:20
440:16 492:8,8
493:15
**billion** 460:22
**billions** 478:25
**bills** 420:10
**binary** 454:1
**birth** 404:7 423:3
423:12
**bit** 395:13 446:18
454:3 484:20
489:6 492:21
498:17
**Bitcoin** 395:22
408:2,10,13,14
409:2,4,5 415:22
419:20,24 420:3,5
422:3,17 425:19
425:25 426:6,7,8
426:15,16,18,22
426:24 427:1,8,9
435:11,14 438:7
438:23,25 439:4,9
439:11,16,18

441:12,12 442:1
450:20 452:8,8,8
452:12,14,14,15
452:15,15,16
455:8,8 458:21,23
459:8,21,22 460:1
460:8,13 461:7,11
461:15,18,20,20
461:25 462:17,21
462:24 463:7,13
463:16,17,21,22
464:8,11,12,23
466:7,14,21 467:9
468:11,13,21,23
469:3,7,11,14,15
469:21 470:20,21
471:4,8,11,15,18
471:21,24 473:7
473:16,18,18
474:5,8,14,25
475:3,21,25
476:11,18,25
477:2,13,17,23
478:6,12,15,16,16
478:24 479:4,9,11
479:14 480:8,14
480:18,21,23,24
481:1,6,7,17
482:9,19 483:2,8
483:9 489:22,24
490:14 492:7,14
493:14 494:21,24
495:1,3,6,8,11,14
495:17,19 496:5
496:15,18,25
497:3,4,5,9,16,17
497:20 498:18,19
498:23 499:2,8
**Bitcoins** 408:24
459:2
**Bitcoin.org** 418:1,4
**Bitmessage** 492:5
**bits** 460:19
**Black** 404:6
**blind** 458:5 461:18
464:20

**blockchain** 408:6
413:14 427:5
**blocks** 485:19,21
485:22
**Boies** 390:3,12
397:15
**bonnet** 488:21
**bottles** 446:20
**bottom** 453:5 467:6
**bought** 469:10
**Boulevard** 391:4
**Bout** 492:18
**boxes** 449:8 458:19
**branches** 462:6
**breach** 413:3
**break** 398:19
436:12 488:20
492:23 493:23
494:3
**Brenner** 390:9
403:8,8 480:2
**briefly** 405:12
**bring** 471:23 472:1
**bringing** 471:15
**brought** 417:10
**BRUCE** 391:14
**BTC** 479:11,12,13
479:15,17
**build** 492:18
**Building** 389:11
**business** 420:13,17
427:12,13,20
428:20 429:3,7,10
429:21 430:4,6,23
**businesses** 420:15
**bypass** 489:23
**bypassed** 489:25

———————
**C**
———————
**C** 389:14 394:1
503:1,1
**calculate** 462:7,10
462:13
**call** 423:19 434:16
460:2 464:11,12
488:16 490:17,18

490:21 491:3,8
**called** 403:20
408:16 443:13,14
469:23 471:17
479:4 495:12,15
**calling** 495:22
**Canada** 405:10,11
**Canberra** 472:4
**capacity** 488:14
**capital** 472:5
**capture** 475:18
492:24
**captures** 453:10
**car** 401:12 453:13
453:14,15,16,16
**card** 418:1,8,10,13
**cards** 419:1
**care** 476:5
**cared** 415:23
**Carol** 404:6
**case** 389:2 397:22
407:3,10 492:22
**cases** 492:18
**cash** 460:14
**cash-based** 460:16
**category** 483:24
**caught** 437:9
**cause** 389:21
439:23 440:5
480:25
**caused** 441:4
469:10
**cents** 469:12
**certain** 443:6
**certificate** 392:5,6
392:7 501:1 502:1
503:16
**certificates** 458:6
**certify** 501:7 502:5
502:10 503:5
**cetera** 407:1 408:14
458:7 466:9
471:25
**chairs** 394:16
**change** 499:4 504:7
**changed** 445:21,24



461:8 464:6
498:14
**changes** 504:6,23
**channels** 492:3
**charge** 411:18
**charities** 424:3
**charity** 423:22
424:1
**check** 420:21
**Christmastime**
405:10
**City** 486:6
**claim** 493:13
**clarify** 395:11
448:15
**clean** 470:22
488:24
**clear** 396:8 451:15
494:2
**Clematis** 389:11
402:20
**client** 483:8
**Clinton** 488:1
**Clintons** 488:4,21
489:4,12
**close** 437:18
**closer** 401:23
**Cloudcraft** 415:17
**CLR** 504:5
**Cobham** 423:7
**coin** 460:16 462:8
464:3,5,14,19
465:11,12,19
466:1,15,17,20,21
466:24 468:15,15
468:17,19,24
469:15,18 470:7
470:10,15,20
473:11,14,14,15
473:20,21 474:15
474:18 475:7,8,10
475:22 476:8,13
476:15 477:23
478:2 481:8,10,12
481:24,25 482:4,7
483:16 484:4,5,20

**coins** 485:15
**coin-based** 464:5
**come** 395:8 398:20
399:24 400:18
406:2 434:10
442:2 449:4
471:11 473:12
479:9 486:1
**comes** 400:16 434:8
449:11
**comfortable** 394:7
**comfortably** 399:1
399:5
**coming** 398:14
**comment** 443:24
444:7
**commission** 501:19
503:25
**commonly** 422:13
**commonwealth**
407:11,13
**communicated**
434:21
**communication**
434:11 490:11
492:1
**communications**
434:19 491:20,23
**companies** 408:11
408:19,21 413:16
415:9,10,12,13,15
421:5 427:7,19,21
427:22,25 428:3
429:23,24 432:8
449:5,7 452:6,7
455:23 465:15,16
475:18 478:1
483:17 497:7
**company** 408:15
414:3,5,8,12,13
414:16,17,22
420:5 427:9,12
428:5,6,7 434:17
434:21 449:6

469:22,23 474:12
474:14,17,18
476:2 499:20
**compiled** 450:10,13
450:16
**complete** 411:14
**complex** 443:3
452:6
**compressed** 450:9
**computers** 410:9
410:10 420:10
424:2 474:12
477:21 481:21
**concerns** 398:23
**concluded** 500:13
**conduct** 400:13
**confidential** 402:5
**confirm** 397:8
**conflating** 475:12
**confusing** 476:1
**connect** 489:19
**connected** 502:13
**connection** 417:2
417:17 489:10,11
489:20 490:10
**connections** 491:8
**consider** 422:11
481:8
**consolidate** 455:8
474:25 475:25
**consolidated** 475:8
476:4
**constructed** 434:17
471:11,14 473:25
496:3
**contacting** 481:3
**contacts** 493:6
**contain** 482:3
**contained** 503:7
**content** 491:23
**contention** 438:24
**contents** 491:21
**continuation**
394:10 402:15
**continue** 400:14
430:2 436:15

440:24
**continued** 389:15
390:25 392:4
403:23
**contract** 430:22
431:1,3,5,9,11
**control** 465:7,11,13
465:20 466:8,17
466:20,21,22,24
468:11,20 470:12
476:14 477:10
478:2,15 482:2,3
482:7 484:9 495:1
**controlled** 474:17
477:9 481:25
484:6 497:21,24
**controlling** 476:13
**controls** 465:3,5
489:23 497:14
**conversation**
424:24 425:3
488:23
**conversations**
422:9
**conversed** 427:25
428:3
**copies** 433:19
504:20
**copy** 406:17,19
409:11,14,18
413:5 435:23
446:12 447:23
458:8,16
**corporation** 476:6
476:8,12,12
**corporations**
469:19 477:4
**correct** 404:4
413:21 414:23
431:6 433:23
440:25 442:14
445:1,18 446:3,13
447:24 452:21,25
453:7 454:3,24
458:10 459:10,23
462:21 468:12

470:17 474:9
476:13 477:24
478:25 479:1,16
486:6,9 487:1
497:22 503:9
504:22
**corrections** 503:8
**counsel** 393:2
394:15 399:16
402:25 409:16,17
502:11,13
**countries** 488:11
**COUNTY** 501:4
502:3 503:3
**course** 402:6,6
436:22 440:3
**court** 389:1 394:3
394:25 396:2,6,18
397:2,6,10,13,23
398:2,5,13 399:2
399:3,9 400:13,25
401:6,10,16,17,17
402:6,8,22 403:12
406:7,14,20 407:4
407:5,7,7,10,11
407:13,15,20,21
411:24 431:17
437:9,18,22
438:14,16,22
439:6,13,21 440:4
440:13 441:10
442:4,22,24 448:8
454:4,15,23
466:11 472:5
483:5 484:25
493:16,20,24
494:1 499:17
500:4
**Courthouse** 389:11
**courtroom** 394:12
396:8,12 397:25
398:23
**courts** 406:12,22
**court's** 454:18
499:25
**cover** 400:9,21



483:25
**covering** 466:9
**Cowangarra**
410:22 480:8
**Craig** 389:8,16
392:3,16,17
402:15,17 403:6
403:19 442:7
444:17,23 446:21
452:19 471:4
480:8 501:8 503:5
503:13 504:3
**create** 414:1,3
425:19,25 426:22
457:18 460:22
475:14
**created** 408:15
413:19,20,23,24
414:4 426:8,18
450:12 458:3
460:13,14 461:11
465:2 467:18
468:5,5,10 474:13
474:14,15 476:16
477:24 479:15
481:22 482:16,18
489:22,24 492:23
**creating** 408:18
490:14
**creation** 415:21
430:2 433:8
438:11 471:20
492:14 497:16
**credit** 418:1,8,10
418:13 419:1
**crime** 489:17
**crimes** 490:8
**criminal** 400:13
**criminals** 479:18
**Cryptcat** 492:4
**culture** 417:14
**current** 395:22
404:9,12,14
418:24 423:5,6,8
423:10 435:14
438:25 439:4,9

442:1
**customs** 487:16
**C-A-N-B-E-R-R-A**
472:5

**D**

**D** 389:14 392:1
394:1
**Darline** 389:17
402:23 501:16
502:5,22 504:5
**data** 489:16 492:25
**date** 402:18 404:7
404:24 405:24
407:1 408:24
413:24 418:7
421:17 423:3,24
426:12 430:13
432:22 446:19
457:3 490:17,19
497:10 504:24
**dated** 443:21
444:13 445:9
456:8,24 502:17
503:11
**dates** 421:21 422:7
**dating** 424:9
**Dave** 415:16
421:13 424:21
425:1,3,25 426:2
426:3,5,7 428:10
428:12,15,18
433:2,9,15,17
434:13,16,19,21
444:23 445:25
446:12,18,19,21
447:5 466:2
470:18,19,20
471:3 479:23
480:7,21 486:5,19
487:3,18 488:22
488:25 490:12,15
490:20 491:3,6
494:21 495:3,8
496:25 497:3
**Dave's** 426:2

**David** 389:5 392:17
402:16 444:16
467:11
**day** 456:16 501:11
502:17 503:11,17
**days** 490:14
**de** 391:4 415:19
420:22
**deal** 408:9,12
413:13 430:14
**dealings** 429:21
430:23
**dealt** 408:11 413:15
413:17
**debts** 409:6
**decade** 404:25
405:1
**December** 447:18
477:5,6 483:18
484:7
**decide** 436:14
**declar** 442:10
**declaration** 392:15
392:22 434:23
435:2,21,25 436:4
436:5 438:11
441:8,19 442:7,11
442:13,18,21
443:1,2,5,18,20
444:1,4,5 445:9
445:11,14 451:2,8
451:18,21,23
452:3 453:3,7,21
453:23 454:19
455:2,4 456:1,7,9
456:20,23 457:1
457:17,23 459:5
459:16 465:9
470:17 472:18,19
475:20 477:17
481:16
**declarations**
438:21 472:11,16
**declare** 452:19,24
504:22
**Deed** 392:23 457:8

457:11 465:8
**Defendant** 389:9
391:2
**Defense** 389:5
392:18,24 415:16
432:13 444:17,24
445:12 449:16
457:9,12 468:3
479:21
**defined** 464:19
473:15
**definitively** 490:16
**degree** 415:7
**degrees** 416:23
**delete** 410:8 491:16
491:19 492:8
**deleted** 491:10
**delivered** 434:5
**Department** 490:4
**depending** 398:20
**DEPONENT**
504:25
**deposition** 389:15
389:20 394:10
395:2,4,7,9,10,18
395:25 396:9,10
396:22 398:15
400:14 402:4,15
402:19 431:15
435:6 438:7
439:20 440:10,24
441:3 466:6
483:15 484:18,18
493:11,11 499:16
499:23 500:7,9,13
502:7 503:7 504:3
504:22
**derivative** 471:17
**describing** 473:17
**Description** 392:14
**designed** 460:17
462:3 479:17
490:1
**destroy** 410:2
**destroyed** 479:2
**detail** 485:1

**detailed** 426:21
**details** 453:12
466:8 484:8
**DEVIN** 390:8
**Di** 470:4
**died** 417:13
**difference** 452:8
496:15,24 497:2
497:11
**different** 394:6
439:15 467:17
488:10 496:2,3
497:14
**difficulty** 500:2
**digital** 450:3
460:14
**direct** 392:4 403:23
433:22 438:22
**directions** 430:4
**directly** 397:15
433:5 473:24
**director** 428:5,6
429:12 433:14
**directors** 414:20
433:15,18
**directory** 450:10
**discovered** 467:20
**discovery** 447:13
448:14
**discuss** 424:21
425:6
**discussed** 409:5
422:3,20 424:25
425:5 432:20
**discussing** 427:11
482:24 483:2
487:23 498:5
**discussion** 401:15
**dispute** 407:16
**distributed** 462:11
462:12,13 463:14
504:20
**District** 389:1,1
442:22
**divide** 407:14
**divorce** 406:15,24



408:9,24 412:13
412:14 413:13,18
414:9 415:4
**divorced** 406:2,5,7
406:11 412:11
413:22
**Doctor** 412:4
449:10 476:3
494:17
**document** 392:20
392:23 411:14
443:21,23 445:9
445:15 446:4,11
446:25 447:2
448:3,5 449:1,25
450:23 451:4,9,12
452:24 455:13,18
455:19,20,22
456:6,7,11,16,20
456:21,24 457:10
457:16,18 458:3
458:17,22 465:9
480:19 498:5,12
499:10,11
**documents** 394:18
406:25 411:20
412:6,10,16
433:10,13 438:6
439:2 443:6,10,16
443:17 444:9,10
444:13 445:19
449:7 463:15
470:16 499:12
**doing** 394:6 417:21
423:22 424:1
462:9 463:10
470:21 487:10,12
491:11 498:15
**dollars** 469:6
478:25 480:11
**domain** 418:1,5
**doors** 492:24
**double** 461:12
**Dr** 389:16 392:3,16
392:21 394:10,14
394:20,23,24

395:17,19 397:7
398:3,4,5 400:1
400:24 401:22,24
402:15 403:6,12
403:19,25 404:2
413:4,9 419:8
422:23,25 429:6
432:12 434:22
435:2,13,17,21
436:3 438:23
439:7 441:2,9
442:7,10,13 443:4
444:1,11 447:13
448:11,22 451:1
451:17,20,23
452:18 453:8,18
454:5,17 455:1,15
455:24 456:13,18
459:3 460:10,11
461:17 462:16
463:15,15 464:17
464:18 466:7,14
467:2,13 468:10
472:7 474:3,8
477:1,16 478:7,9
478:22 479:20
480:6 483:16
484:13 485:5,25
486:4 492:17
493:19 498:4
499:10 500:3
501:7 503:5,13
504:3
**draw** 439:21
**drives** 449:6
**dropped** 469:13
**drug** 490:7
**drunk** 445:24
446:20 467:22
**duly** 403:21 501:9
**dumb** 462:20
**duty** 400:13
**D.C** 472:6

───── E ─────

**E** 389:14 391:14

392:1,11 394:1,1
503:1,1 504:1,1,1
**early** 398:15
490:13
**easier** 472:8
**editing** 426:1
**Edman** 397:8 398:4
398:5
**education** 415:7
**educational** 415:6
**effect** 414:24
418:16
**effectively** 460:15
471:21,23
**efforts** 443:6
**eight** 463:16
**either** 396:12
398:18 485:16
**elaborate** 489:10
**electronic** 486:15
**else's** 416:25
**employed** 474:10
476:21
**employee** 476:2
502:11,12
**enable** 479:18
**encapsulate** 475:16
**encrypted** 450:19
464:24,24 467:16
467:17,18 482:19
492:3 495:24
496:2
**encryption** 492:23
**ended** 421:6 422:4
426:15 471:18
476:9 498:21
**ends** 422:16
**enforcement**
487:16
**engage** 483:13
**engaged** 496:16
**engine** 453:15
**ensure** 465:4 489:1
**enter** 424:18 504:6
**entered** 412:15
415:5 504:23

**entering** 482:23
**entertain** 399:14
**entities** 430:16
497:10
**entity** 499:3
**entries** 462:1,7
**entry** 461:13 464:4
464:4
**equipment** 401:25
**erase** 491:7
**erasing** 489:19
490:9
**errata** 392:8 503:9
504:20
**ESI** 448:4
**Esq** 390:8,9,10,17
390:19 391:8,9,10
391:11,16
**established** 475:22
**Estate** 389:4
402:16 420:23
**et** 402:17 407:1
408:14 458:6
466:9 471:25
504:2
**eunuch's** 450:8
**European** 488:10
**everybody's** 436:19
**everyone's** 394:7
490:3
**evidence** 399:17,21
447:19 492:19,20
**evidentiary** 440:11
482:24 489:25
**exact** 404:24 418:7
421:21 423:24
430:21,25 472:2
490:19,22
**exactly** 418:22
437:20 449:19
469:8
**EXAMINATION**
392:4 403:23
**examined** 403:21
**exceeds** 460:25
**excellent** 454:6

**exchange** 459:10
459:23 460:3
**exchanges** 497:19
**excuse** 455:12
**executed** 455:13,17
455:19,20,21
458:9,12
**exhibit** 392:15,17
392:20,21,23
442:6,12 444:16
444:21 451:12,16
451:16,19,20
455:5,25 457:4,5
457:10,15 459:4
459:15 465:8,21
465:23 467:3
468:1 470:25
472:9,9 474:21,21
479:21 481:15,16
498:7,10
**Exhibits** 393:2
**exist** 461:10 478:6
478:22,23 492:6
499:8
**existed** 480:16,22
**existence** 395:22
474:2
**exists** 463:13
**expected** 454:23
**expenditures**
418:17
**expert** 397:22,24
489:1
**expires** 501:19
503:25
**explain** 395:6
419:23 438:20
447:17 453:12,13
454:5 460:12
**extended** 493:9
**extent** 435:15 438:4
438:9 439:17
440:7,16 441:10
448:13
**external** 497:18
**extortion** 469:25



extra 494:5
extreme 500:1
ex-employees 449:7
e-gold 489:16
e-mail 390:7,16
  391:7 392:17
  404:12 419:15,18
  423:8 426:24
  427:2,5 428:18
  444:16,24 446:12
  446:24 447:4,10
  447:16 448:3
  449:10,18 480:3
  497:3
e-mailed 431:11,12
e-mails 427:9
  429:15,18 434:18
  447:21

**F**
F 389:14 503:1
Facebook 467:21
face-to-face 394:16
facing 475:17
fact 439:10 448:15
  467:15 476:1
  489:21
fair 439:3 454:9
fairly 454:9
familiar 462:25
family 400:3
  405:15 407:4,5,7
far 438:16
FARC 487:14
FARCV 487:14
farming 413:1
father 417:10
federal 389:10
  407:7,12,13
feel 482:22
fell 408:19
fifth 475:24
file 447:15,16 450:3
  450:9,13,14,15,16
  450:19 464:24,24
  467:16,17,18

481:23 482:1,2,3
  482:6,9 495:24
  496:2,3
filed 389:20 407:10
  472:2
files 410:7,11,12,14
  410:16 433:20
  449:3,6 458:14,19
  499:20
file's 450:8
filing 432:23
  434:21
finally 406:6
financially 502:14
find 407:2
fine 397:10 399:8
  404:19 479:20
finish 398:15
first 394:9,11
  403:21 404:16,20
  404:20,25 405:5,7
  423:16,18,21,23
  424:3,8 436:4
  444:15,21,22
  446:11 447:4
  452:18 458:16
  459:7 467:6
firsthand 394:5
fit 435:7,8,10
fits 435:5 439:19
five 416:22 493:21
  494:6
five-minute 494:3
fled 470:4
Flexner 390:3,12
  397:15
Florida 389:1,12,19
  390:5 391:5
  402:21 415:16
  421:16 469:24
  487:3 501:3 502:2
  503:2
focus 422:10,18
  476:9 478:11
focussed 422:10
  489:7

folks 396:14 401:17
follow 490:5
following 390:25
  452:21 467:13
follows 403:22
foregoing 452:24
  502:7 503:6,16
forensic 426:3
  487:10,12 489:1
forensically 449:20
form 409:24 410:4
  411:15,22 416:7
  416:11 417:4,18
  419:5,22 425:22
  427:15 433:24
  448:4 477:3 496:8
  496:12,20 504:23
formal 414:9
  445:16,22 455:12
  455:12,18,19
formalized 412:8
  412:13
formalizing 406:15
formally 406:12
  412:15 488:8
format 450:11
former 415:8
  418:24
forward 504:20
forwards 413:2
found 484:2,3
  491:3
foundation 419:6
  441:18
foundational
  441:11
founded 476:2
four 416:22,22
  446:20 459:18
  472:13,18 473:2,3
  473:4,6
FPR 504:5
fragmented 483:1
fragments 445:23
Freedman 390:8
  391:16 392:4

394:25 395:15
  396:1,17,23 397:3
  397:7,11,18 398:4
  398:11,25 400:20
  400:23 401:7
  403:3,3,24 410:1
  410:5 411:16
  412:2 413:12
  416:8,14,15
  417:15 418:3
  419:7 420:1
  425:15,23 427:17
  429:1 431:18
  434:2,24 435:1,12
  435:20 436:11,20
  436:23 437:2
  438:15,18 440:15
  441:7,21 442:5,9
  444:19 448:6,10
  448:17,21 451:11
  451:14,22 454:16
  457:7,14 458:2
  459:14,20 460:12
  461:16 466:13
  468:8 473:3,5
  474:7 477:1,15
  478:11,21 479:25
  480:5 483:7,20
  484:2,14,16 485:3
  485:4,17 493:18
  493:21,22,25
  494:9,16 496:10
  496:13,23 498:9
  498:16 499:22
Freedman's 396:21
Friday 389:12
  467:11
friend 425:16
  488:25
friends 425:6
  490:23
front 395:11
  400:22 459:19
  465:23 472:10,12
full 398:11 399:19
  414:13 416:23

452:5 472:3
fully 454:2 458:8
fund 489:17
funding 469:20
  488:3
funds 488:10
further 403:22
  444:7 453:12,14
  502:10

**G**
G 389:10 394:1
GAAR 471:18
gain 483:13
game 395:4 439:3
gaming 469:4
Gareth 486:8,11
  491:7,9
gather 443:6
gathered 443:9
GCHQ 488:9 493:7
general 422:8,15
  440:17 441:17
  471:19
generally 422:16
  441:13
generate 495:25
getting 398:24
  437:18 483:10
  500:2
GG 501:20
give 398:10 399:19
  402:8 405:3 436:4
  444:8 460:9 494:5
given 456:12
giving 492:19
go 399:4,10 401:2
  401:14 406:20
  423:25 433:7,9
  435:18 436:12,14
  436:25 437:3
  438:16 443:15
  451:1 453:24
  454:22 459:3
  466:8 467:2,3,5
  467:25 471:18



MAGNA
LEGAL SERVICES

474:20 479:8,25
483:15 485:2
490:11,25 494:8
494:10 495:20
498:3 500:8
**goal** 399:22
**goes** 438:13 440:16
441:11 493:15
**going** 394:9,17
396:7 398:5
400:16 401:23
411:24 433:3
435:18 436:6,23
438:9 440:8,9,19
441:21 457:2
462:20 467:23
482:21 483:4
485:25 487:9
489:8 493:8
494:17 499:14,22
499:23
**gonna** 431:13
434:22 435:4,16
436:11 437:2
438:16 439:24
440:15 444:20
448:1 451:18
460:2 464:14
466:4,9 482:23
494:5,18
**good** 394:3,23,24
403:25 404:1
490:6 492:12
**Google** 479:8
**Government**
488:13,15 489:18
492:17 493:1
**granular** 440:20
**graph** 492:13
**Grazia** 470:4
**great** 396:6,6 401:6
**group** 487:12
**GST** 471:12,25
**guess** 425:6 442:1
462:21 472:22

**H**

**H** 392:11 504:1
**Hac** 390:18
**half** 404:25,25
487:21
**hand** 394:17
403:13 434:22
455:18 465:6
501:11
**handed** 418:15
431:8 449:8
451:17
**handing** 401:11
**handled** 434:6
**happened** 421:8
427:10 430:13
**happening** 420:12
434:20 437:10
**happens** 400:1
450:10 461:8
**happy** 399:13
483:20
**hard** 449:6
**Harebell** 423:7
**hash** 461:6
**head** 411:1 418:7
418:11 421:17
431:24 448:20
450:17 462:5
**hear** 399:17 401:21
**heard** 399:20 500:6
**hearing** 395:12
407:1 439:24
440:5,11,19
467:23 482:24
485:1,2
**hearings** 398:16
406:24
**heart** 465:6
**held** 401:15 481:3,5
483:11 484:21
497:10,16,17
**help** 416:25 420:9
425:25 426:2
430:18 443:25

490:23 491:1,7,11
493:2
**helped** 415:17
425:18 426:1,3,5
426:7 470:22
488:6 489:14
490:13 491:11
492:17
**helping** 434:12,12
469:22 492:8
**hey** 427:11
**hide** 417:23
**high-functioning**
422:14
**Hill** 423:7
**hold** 436:17 451:11
**holding** 435:13
441:25 445:12
471:8,9 497:18
**holdings** 395:23
435:11,14,16
438:8,23,25 439:4
439:10,11,16,18
440:17 441:12,13
442:1 452:9
454:22 458:5
466:7 483:3,9,13
484:19 486:2
**home** 398:24 399:4
416:24
**Honor** 396:1,5,23
398:1 401:5
437:17,21 438:15
438:18 441:7,22
454:1,14 466:4
493:8
**HONORABLE**
391:14
**hope** 398:9
**hopes** 398:14
**hotel** 487:6
**hour** 487:21
**hours** 398:9,11
416:22
**hundred** 460:25
470:9 485:14,18

485:18,22
**hyper** 483:11
**hyper-focussed**
426:14
**HySecure** 469:23
470:2 471:9

**I**

**ICE** 487:13,15,16
**idea** 409:1
**identification** 442:8
444:18 451:13,21
457:13 503:19
**identified** 435:13
470:16
**identifies** 457:3
**identify** 438:22,24
443:20 463:16
466:7 477:2
478:12
**identifying** 443:18
477:13 493:12
**illiquid** 469:8
**impact** 469:9
**implement** 492:16
**implementation**
452:16
**implications**
471:12,13
**important** 400:3
467:12
**impossibility**
439:14
**inability** 439:13
**included** 418:17,17
418:18 458:25
459:2
**includes** 461:20
**including** 426:19
445:3 492:4
**incorporation**
414:22
**incorrect** 396:24
**incorrectly** 463:6
**indicating** 445:4
**indirectly** 408:11

408:12
**individual** 452:9
460:15,17 461:3
462:6 486:8 490:4
**individuals** 425:5
490:7 493:12
**Info** 389:5 432:13
**information** 415:16
419:17 439:9
460:20 465:17
**initial** 463:22
**initially** 405:6
414:15 459:1
471:8
**insists** 483:10
**instructed** 465:16
**integer** 464:10
**intellect** 458:25,25
**intellectual** 408:6
413:14 430:2
461:19 497:15
**intention** 399:15,16
442:24 454:17
**interact** 480:15
**interacted** 499:5
**interaction** 430:14
480:20
**interactions** 428:21
429:3,11 430:6
**interest** 408:2,5
415:1,2 494:18
**interested** 502:14
**internal** 406:25
**International**
408:16,17,22
420:4 421:10
432:6 474:11,11
476:21 477:20
481:20
**introduction** 461:5
**investigations**
491:13
**Investment** 476:22
477:21
**Investments** 408:16
408:17,22 420:5



421:11 432:7
481:20
**involve** 430:6,9
455:23 488:5,22
**involved** 415:9,10
415:12,13,15,17
415:18 417:21,22
420:9 427:7
428:20 429:10
455:23 488:9
492:7,11,19
493:12,14,19
497:5 498:14
**IP** 408:14 497:15
**IRA** 389:4
**issue** 408:20 439:12
482:23 500:4
**issued** 433:13
456:17 498:4
**issues** 395:19
**issuing** 433:10
**iterations** 415:19

**J**

**January** 404:8
463:23 497:8
**Japanese** 417:8,11
417:13
**job** 454:7
**John** 390:19 397:1
**joint** 412:19
**jointly** 411:3
**judge** 407:23
411:25 435:19
436:8,17
**judgment** 406:14
**July** 413:25
**June** 389:12 402:18
413:25 443:21
444:14 445:10,17
446:15 447:7,8,11
448:23 451:3
455:7 466:17,22
466:24 467:12,14
468:25 474:22
475:13 494:20

495:4,9 501:9,12
502:17

**K**

**Kass** 391:11 434:24
**Keefe** 390:10 397:1
**keep** 399:2 400:16
410:7
**keeps** 489:7
**Keith** 398:3
**kept** 408:22 409:18
447:23
**key** 445:23 460:22
461:14 464:25
480:13,19 498:3,5
**keys** 401:12 450:20
460:20 461:3
462:15 464:8
483:1 496:1
**Kick** 391:17 402:22
**kids** 426:15,16
**kind** 400:22
**Kingdom** 488:13
488:15
**Kleiman** 389:4,5
392:17 402:17
421:13 428:10,12
428:15,18 444:17
444:23 446:12
447:5 466:2
467:11,13 471:3
479:23 480:7
486:5,20 487:3,18
488:22 490:20
491:6 494:21
495:3,8 504:2
**Kleiman's** 497:3
**knew** 416:13 417:6
417:7,9,20 470:18
480:21 490:15
**know** 394:5 396:14
396:16 398:18,22
400:2 401:14,17
404:13,15,23
408:25 409:1,15
411:8 415:21

416:1,5,9,16,19
420:22,23,23
421:3,5 425:9,10
425:11 428:14,17
428:19 429:17,20
433:14,17 442:21
444:8 449:9 450:1
458:4,4,11,18
470:19 472:11
479:5 493:20
**knowledge** 432:11
433:22 434:7
435:25 436:1,5
442:14,17 451:25
452:2 456:14
458:1 462:14
470:21,22 487:4
492:13
**known** 432:4
460:24 462:12
**knows** 471:10
**Kroche@bsfllp.c...**
390:16
**Kyle** 390:17 403:10

**L**

**L** 389:14
**label** 448:17
**labeled** 392:18,20
392:24 444:17,24
451:13 457:11
**Lack** 419:5 428:23
**laptop** 420:6,7
485:14
**Large** 389:19
**late** 413:6
**latest** 398:25
**laundering** 469:25
**law** 413:7
**laws** 452:20 453:1
465:4
**lawsuit** 422:21
432:23
**lawyer** 454:6
**lawyers** 432:16
449:8 458:18

**layman** 459:25
**learn** 426:8,11,13
426:18
**learned** 417:11,12
**leave** 396:13,16
400:12,15 401:14
410:14,18,23
412:5 467:21
**ledger** 459:24
461:12,13 462:1,8
462:23 464:4,4,6
467:10 474:13
**left** 410:16,19
411:13,20 412:7
417:10 437:10
461:5 465:19
466:1 489:2
490:11 493:21
**legal** 389:23 391:17
402:24 465:2,3,14
475:13 476:16
497:14 498:5
**legally** 497:21,21
497:25
**length** 461:1
**Leon** 391:4
**let's** 394:4 399:9
402:8 436:12
437:3 445:7,7
447:1 449:25
451:1 464:17
473:6 476:9
479:20 481:15
494:9
**level** 453:9 485:1
**Liberty** 469:4
471:8 480:16,22
481:2,4,5 497:9
497:18
**life** 430:7,10,19
431:6
**limit** 441:22
**limited** 395:21
431:15 435:6,10
438:6 439:19
466:5 484:18

493:10 499:15
**limits** 395:25 396:4
**line** 431:14 435:5
436:7 437:13,19
437:24 438:10
439:22 448:2
472:8 482:22
483:3 490:13
493:9 504:7
**lines** 446:1
**Lisarow** 404:10
**listed** 406:24
414:21
**listen** 453:19
457:21 478:19
**little** 395:13 446:18
469:3,20 489:6
492:21 498:21
499:6
**live** 405:11
**lived** 407:9 417:20
**living** 412:20,21,22
**LLC** 389:5
**LLP** 390:3,12
391:3
**locate** 470:13
**located** 407:6
**lodge** 454:10
**lodged** 395:18,19
**log-in** 419:13,17
**London** 441:3
453:3 483:16
**long** 398:10 405:13
487:20 490:24
**longer** 474:1
**look** 407:2 415:20
421:3 443:19,23
444:10 449:10,25
455:1 456:3 459:7
468:3 470:24
471:2 473:13
479:20 480:6
481:15
**looked** 458:22
**looking** 433:6
449:19



lost 485:16
lot 417:7,12,20
    433:20
lots 394:17
louder 412:1
lunch 398:19
Lynne 404:3,6,18
    404:19,21 405:8
    406:3 408:1,5
    409:17 411:3,18
    411:21 412:6,9,14
    412:17,18 413:3
    414:25 415:2,7,10
    415:15,21 416:6
    417:6,7,9 419:20
    420:9 421:13,17
    421:22,25 422:3
    422:21 432:13,18
    432:25 433:2,9,11
    433:14,17,21,22
    434:5,8,11,14
Lynne's 415:6
    434:7

M

M 389:17
machines 463:23
    476:23
mad 446:22
Magistrate 407:24
    407:25
Magna 389:23
    391:17 402:24
maiden 404:5
main 390:13 426:2
man 417:11
manage 469:22
managing 470:3
map 461:13
maps 461:12
Marie 501:16 502:5
    502:22 504:5
marital 395:20
    405:15,18 411:13
    412:5 435:7
mark 444:20

marked 442:7
    444:18 451:13,21
    457:12
market 469:7,9
    479:3,5,7
markets 490:8
marking 402:4
    442:12
Markoe 391:10
    398:25 399:7,8
    403:6
marriage 422:4
    423:15
married 404:2
    405:8,9 413:2
    422:25 423:14,16
    424:11,12,22
    426:9,20,25 427:3
    427:6,8,10,14,23
    428:1,4
martial 417:12
master's 415:7
mathematician
    492:12
mathematics
    422:16
matter 399:18
    402:16
Matthews 428:21
    429:4,5,6,8,16,22
    430:24 431:2
McAdams 390:19
    397:1,4
McGovern 391:8
    394:19 396:2,5,20
    398:1 401:3,5,22
    402:3 403:5,5
    409:24 410:4
    411:15,22 413:8
    416:7,11 417:4,18
    419:5,22 425:8,22
    427:15 428:23
    431:13 433:24
    435:4,15 436:6,13
    436:22 437:12,17
    437:20 438:1

439:5,7 440:3,7
441:19,24 448:1
448:12,19 453:18
457:6,20 459:12
459:18 460:11
466:4 468:6
472:22,25 473:2
474:3 477:1,11
478:9,14,18
479:24 480:4
482:21 483:14,22
484:11,17 485:9
493:8 496:8,12,20
498:7 499:14
McGregor 428:21
    429:4,8,19,22
    430:24 431:2
mean 418:21,22,22
    419:24 422:23
    424:4 431:7
    438:18 449:24
    454:25 456:15
    476:18,20,23
    479:7,11 480:24
    481:7,8,14 495:22
means 485:19
    486:15,16
meant 433:9
    480:19,20
mechanism 478:23
media 430:14,16
    447:20
mediation 407:22
meet 404:16,21
    405:5 421:13
    423:18,21,23
    428:10
meeting 424:3
    486:9,10 487:17
    487:20,22
memorializing
    468:4
messed 480:9
MESTRE 391:3
met 405:7 424:8
    465:4

method 492:1
Miami 390:5 391:5
    421:19
Michael 397:7
micromanage
    395:10
microphones
    401:20
middle 405:2
million 469:3,6,6
    478:5 496:5,25
    499:8
millions 409:7
mind 422:12
    434:25
mine 420:6 426:5,7
    473:18 482:18
    485:6
mined 408:2,15
    455:8 459:1,8,21
    461:24 462:16
    463:23 464:5
    468:14,18,19
    470:20 473:7,14
    473:18,24 474:5,8
    474:16 475:1,8,21
    475:23,25 476:11
    476:18,24 477:17
    478:24 481:17
    482:9 483:17
    484:4 485:7
    495:22 497:6,20
    499:2
minimal 420:7
minimized 420:7
mining 420:2,7
    426:15,16 461:15
    462:9,14 463:11
    470:21 476:23
    477:22,23 478:1
    492:15 496:16
minus 460:20
    463:12 478:5
minute 401:25
    476:10
minutes 493:21

494:5,6
Mischaracterizes
    411:23 416:12
    427:16 433:25
mislabel 422:13
misrepresentation
    458:24 460:7
misrepresenting
    419:12
mi6 488:8
monetary 488:10
    489:15
money 462:7 469:4
    469:25 487:14
    489:18,24
moniker 417:3,17
monitor 490:2
month 400:4 406:8
    406:11
Morgan 415:19
    420:22
morning 394:3,23
    394:24 395:25
    403:25 404:1
motions 395:16
move 400:23
    401:23,25 405:23
    408:18 483:23
    484:24 485:25
    499:25
moved 394:16
    449:4 464:3 499:5
movement 487:13
movements 489:17
Moving 429:25
multiple 452:11
multiplied 464:9,13

N

N 389:14,14 392:1
    394:1
Nakamoto 416:2,4
    416:10,17 417:3
    417:17 419:3,10
    419:14,18 427:2
    430:15 431:6



447:22
**Nakamoto's** 430:7
    430:10
**name** 404:5 407:3,4
    407:4 411:6 418:5
    420:20 423:12,16
    433:5,8 452:13
    460:9 469:22
    472:2 486:8 487:6
**names** 415:14
**Nathalie** 391:15
    397:4
**national** 395:17
    435:9
**national-security**
    483:24 486:1
**nature** 430:21,25
    461:8,20,21,21
    489:15
**nChain** 429:25
    430:1
**necessarily** 478:14
**necessary** 491:12
**need** 396:13,16
    400:17 401:2,10
    401:24 409:20
    413:11 421:3
    434:18 436:21
    443:23 444:5
    483:25 500:8
**needed** 417:1
    498:13
**needs** 398:11
    402:10
**Neither** 412:21
**network** 452:9,14
    461:21
**never** 415:23
    424:17,20 426:7
    439:7 449:1
    458:22 460:18
    499:4,4,5
**new** 390:14 407:8
    462:24 464:4,6,7
    480:9 486:6,24
    487:5

**night** 416:22
**node** 452:15 462:10
    462:13
**nodes** 461:22
**nominally** 469:21
    476:6
**nominee** 414:20,20
**nonpublic** 464:23
**non-traceable**
    479:18
**normal** 491:14
**Notary** 389:18
    501:16 503:24
**note** 393:1 460:15
**Notice** 389:20
**November** 424:14
**NSA** 490:1
**number** 404:14
    423:10 424:2
    453:14 460:16,17
    462:21,22 464:10
    464:14 467:6
    479:17 487:25
    492:3 497:13
**nuptial** 424:20
**nurse** 415:8

_____
O
_____

**O** 389:14 394:1
**oath** 392:5 501:1
    503:20
**object** 409:24 410:4
    411:15,22,25
    416:7,11 417:4,18
    419:5,22 425:22
    427:15 431:13
    433:24 435:4,18
    436:6 438:13
    448:1,2 454:7,11
    466:5 482:21
    493:9 496:8,12,20
    499:14
**objected** 438:2
**objecting** 441:20
**objection** 396:21
    397:24 428:23

435:17 437:13,16
437:23 438:3
440:6,16 441:4,5
448:9,12 454:10
466:12 483:5
484:25 493:17
**objections** 395:8,17
    395:20 438:8
    441:25 483:25
**obligations** 400:4
**obtain** 406:19
    413:5 433:19
    499:11
**obtaining** 478:2
**obviously** 499:24
**occur** 430:12
**occurred** 465:12
**October** 406:10
    423:4 455:11,17
    455:20,21 456:8
    456:25 457:3,15
    458:9,12 501:19
**office** 408:20
    418:14,16 433:4
    462:5 471:10,20
    471:22 504:20
**official** 501:11
**oh** 400:11 440:3
    479:25 495:17
**okay** 396:6,19
    397:2,6,13 398:2
    399:7,9 400:19
    401:6 402:8
    404:18 407:2
    412:3 414:5,12,25
    422:25 423:19
    435:21 437:12
    438:14 439:21
    440:14 441:21
    442:3,21 443:25
    444:20 445:6
    446:2,11 447:7,13
    448:11 449:25
    450:6,19,22 451:1
    454:13 455:16
    458:16 459:25

460:4 463:8
464:15 472:20
473:6,11 474:19
476:10 480:4
481:14 482:9
484:16 485:3
486:19 499:22
**old-fashioned**
    490:6
**oligarchs** 487:25
**once** 394:15 440:8
    440:9 453:9
    460:18,18 477:20
**ones** 421:1
**one's** 472:15,17
**one-track** 422:12
**online** 405:6 417:8
**operations** 419:21
    419:24 469:4,5
**operative** 488:9
**opportunity** 399:20
**opposed** 441:23
**opposing** 394:15
**order** 406:14 409:7
    438:22
**ordering** 420:10
**organize** 494:7
**original** 430:14
    446:17 461:24
    483:5 504:20
**originally** 421:7
    482:19 483:15
**Orlando** 421:18
**outed** 447:18
**outside** 398:6
    422:18 431:14
    436:9 438:13
    491:13 499:15
**overall** 440:17
    441:11 453:11
**overrule** 448:8
**overseas** 471:15
**overview** 454:20,24
**over-arching**
    475:15
**owned** 408:15

411:2,3 414:19,23
454:21 473:24
474:14 477:3
481:20
**owner** 414:16,17,21
**ownership** 408:2,5
    413:15 414:13,25
    415:2 432:19
    466:8 474:18
    475:16,19 478:15
**owning** 420:16
**owns** 432:6 452:6
**o'clock** 399:6
    400:12 484:1

_____
P
_____

**P** 394:1
**page** 390:25 392:2
    392:14 436:4
    443:17 445:2,3,7
    446:11 447:1,4
    452:23,24 459:7
    467:7 471:3
    479:22 504:7
**pages** 449:16
**paid** 414:4,5,8,12
**Palm** 389:12
    402:20 501:4
    502:3 503:3
**Panama** 474:1
**panel** 471:19,20
**panic** 430:16
**paper** 410:12,14,16
    426:1 447:14,23
**para** 445:8
**paragraph** 436:3
    443:4,12,19 444:2
    444:3 445:8,10
    446:3 451:2,3
    452:18 455:2
    456:3,9,19,25
    457:2,16 459:7,14
    459:15,21 473:7
    473:13 474:20,22
    475:20,24 477:16
    478:4 481:16



498:3
**part** 396:12,20
  397:16 417:11
  465:10 467:12,19
  468:4,18 489:21
**partially** 488:17,18
**participate** 419:20
  420:2
**participated** 486:4
  486:13,20 488:16
**particular** 437:15
  453:15 464:3
**parties** 396:14
  402:25 498:13,14
  502:11,13 504:21
**parts** 485:12
**party** 481:3
**patented** 462:4
**Paul** 389:10
**pay** 464:6,8 496:18
  496:21
**paying** 420:10
  471:24
**Pay-to-Script**
  461:6
**pdf** 447:15 448:24
  449:1
**penalty** 452:19,25
  504:22
**pending** 412:3
  437:16,22 438:2,3
  478:7,8 484:12
**people** 396:15,15
  416:2,3 417:9
  422:11,13,15
  430:17 458:4
  464:11,12 465:1
  465:16 489:22
  490:3 493:6
**perceive** 500:1
**percent** 463:1,3
**Perfect** 442:5
**perfectly** 440:25
**period** 418:15
  474:6 476:20
  477:7,14 484:22

**perjury** 452:19,25
  504:22
**permitted** 438:7
**person** 411:6 416:4
  416:10,16 470:3
  474:10,12 476:21
**personal** 389:4
  435:25 436:5
  442:14,17 451:25
  452:2 456:14
**personally** 476:23
  501:8
**perspective** 400:8
  475:16
**phone** 390:6,15
  391:6 404:14
  423:10 428:13
  434:16
**Plaintiff** 397:21
  403:9
**Plaintiffs** 389:6,21
  390:2 392:15,17
  392:20,21,23
  393:2 397:17,20
  403:4,11,20 442:6
  444:16 451:12,20
  457:10 467:2,25
  470:24 474:21
  479:21 481:15
  493:13
**Plaintiff's** 442:12
  444:21 451:15,16
  451:19 455:4,25
  457:3,4,15 459:4
  459:15 465:8,20
  465:23 472:9,9
**planned** 469:2,14
**planning** 492:15
**please** 403:13 413:8
  425:8,12 453:18
  460:11 472:24
  474:3 477:8 478:8
  478:9 484:11,11
  504:20
**plus** 464:10
**point** 401:11 430:9

448:24 484:21
  490:15 492:6
**policing** 490:6
**Ponce** 391:4
**portion** 476:9
**possession** 410:15
  410:16 411:14
  465:19 466:1
  473:21,23 499:12
**possible** 456:11
**possibly** 456:15
**posted** 467:23
**post-nuptial** 424:18
**precisely** 443:17
**predicate** 428:24
**prefer** 440:4
**prenuptial** 424:15
  424:17
**present** 391:13
  400:6 402:25
  436:9
**presented** 500:4,6
**presently** 422:25
**presumably** 448:22
**presuming** 409:11
**previously** 404:2
  418:19
**price** 469:10,11
**principal** 476:22
**principals** 469:23
  470:2 471:9
**printout** 447:14
**private** 490:1 496:1
  496:1
**privilege** 395:20
  435:8
**Pro** 390:18
**probably** 406:1
  424:8 480:9
**problem** 452:12
**procedural** 402:3
**proceeding** 396:11
**process** 459:24
  462:10 468:19
  472:3
**produced** 438:21

448:3,4,16 503:18
**producing** 492:20
**production** 448:7
  448:14,18
**professional** 389:18
  400:4
**property** 407:15
  408:6 410:19,21
  410:23 411:2,5,18
  412:7,10,17,18,20
  412:21,22 413:1
  413:14 414:6
  430:3 458:25,25
  461:19 497:16
**protocol** 462:21,23
**provide** 439:8
  493:4
**provided** 407:23
  432:16
**providing** 439:14
**provision** 431:3
**pseudonyms** 417:8
**public** 389:18
  396:10 406:20,23
  420:8 439:14
  440:5,21,23
  441:14,23 460:1
  461:11 462:2,23
  485:8 501:16
  503:24
**publicly** 467:24
**pull** 455:16
**purchase** 417:25
  418:4 468:23
  469:1,3,14,16
  498:21
**purchased** 411:5,7
  411:8 468:21
  469:2 470:6
  471:15 475:10
  480:21 484:5
  497:9 499:6
**purpose** 466:5
  483:14 487:7,22
**purposes** 439:23
  440:18 493:12

**pursuant** 389:20
**put** 400:17 425:4
  433:4 445:23
  458:21,23,24
  472:8 481:22
  492:24 495:25
  497:14 498:12
**Putin** 488:3 489:5
  489:12

―――――
**Q**
―――――

**quantative** 422:17
**quarter** 471:2
  479:22 480:6
**querying** 430:16
**question** 410:6
  412:3 413:9 425:9
  427:18 434:3
  436:7 437:15,22
  438:2,3 441:12
  453:19 454:8,8,10
  454:12 457:21,24
  465:25 468:7,16
  474:4,6 478:7,8
  478:10,19,20
  483:19,23 484:12
  484:20,23 485:10
  485:11 499:15,18
**questioning** 395:21
  431:14 435:5
  436:8 437:13,25
  438:10,19 440:20
  448:2 472:7,8
  482:22 483:4
  493:9
**questions** 395:18
  435:10 436:16
  438:5,6 439:25
  440:8,21 441:8,14
  441:18,22 454:2
  477:8,12 478:13
  494:18 500:2
**quite** 456:11,15

―――――
**R**
―――――

**R** 391:10 394:1



503:1 504:1,1
**raise** 403:13
**raised** 441:2,4
**Ramona** 423:1,18
  423:19,21 424:16
  424:21 425:1,3
  426:8,24 427:14
  428:10,20 429:10
  431:19 432:9
**Ramona@RCJB...**
  423:9
**ran** 473:16 474:12
  481:21
**rarely** 422:19
**rationale** 438:20
**reach** 493:1
**reached** 409:8
  491:15 493:4
**read** 437:11 503:6
  504:22
**ready** 401:13 402:1
**realize** 467:22
  469:8
**really** 415:23
  424:25 486:14
**REASON** 504:7
**reasons** 402:4
  441:6
**recall** 447:10
**receipts** 418:18
**receive** 447:15
  462:6
**received** 434:8
  447:14,15 448:22
  449:6 458:8,11,13
  458:14,18 471:4
  479:23 480:7
**receiving** 447:10
**recess** 402:11 437:6
  494:13
**recognition** 422:22
**recollection** 422:22
  422:23 449:21
**recollections** 425:5
**reconvene** 436:18
**record** 401:15,20

402:8,13 406:20
432:12 436:12,15
436:24 437:3,4,7
447:22 448:15
451:14 489:2
494:1,8,10,11,14
500:9,10 502:8
**records** 406:23
415:20 418:12,15
420:22 432:18
434:5,8 449:3,4
461:12 491:10,16
491:18 492:9
**refer** 404:17 425:16
452:14 459:25
460:6,9 464:14
468:15
**reference** 459:22
**referenced** 444:3
445:10 449:17
451:7 456:8,25
457:16,23 497:3
**referencing** 445:13
446:2
**referred** 462:16
465:9
**referring** 419:16
456:6,18 463:18
463:20 467:15
473:11,14 480:25
**refers** 452:9 479:3
479:5
**regarding** 435:10
438:10 439:9
482:25
**registered** 389:18
432:5
**regular** 395:6
**REINHART**
391:14
**rejig** 436:21
**relate** 438:6
**related** 395:18
445:15
**relates** 439:3
**relating** 395:16,21

**relationship** 427:13
427:20 488:1,2
489:13
**relationships** 429:7
**relative** 502:10,12
**relevance** 463:9
**relevant** 440:1
464:10,14 474:5
477:6,14 484:22
**relocate** 402:9,10
**rely** 442:25 454:23
454:25
**relying** 454:18
**remain** 469:21
**remaining** 397:25
**remains** 470:12
**remember** 405:20
405:24 406:8,11
409:8 411:6
415:14 418:7,10
421:1,16,19,20
422:7 423:24
424:25 425:2,13
425:13,14 426:12
430:13,21,25
431:10,23,25
432:22 472:2
487:6 490:19,22
498:20 499:13,19
499:20
**remove** 426:3
447:19 465:17
**repeat** 468:7
495:13
**repeatedly** 439:10
**repetitive** 440:12
**rephrase** 468:9
**report** 502:6
**Reported** 504:5
**reporter** 389:18
398:13 399:2
401:16,18 402:22
403:12
**Reporter's** 392:6
393:1 502:1
**represent** 403:2

**Representative**
389:4
**represented** 409:16
409:17
**representing**
402:23
**requested** 395:15
**Research** 389:5
432:14
**reserve** 469:4 471:8
480:17,22 481:2,4
481:5 497:9,18
499:24
**residence** 405:15
405:16
**resigned** 429:12
**resolve** 407:15
**respect** 474:4
477:12 484:19
**respective** 394:13
**respond** 439:5
**response** 438:22
**restroom** 437:3
**resulted** 473:20
476:12 477:23
478:1
**resulting** 498:21
**retained** 393:2
397:22,24
**revealed** 491:24
**review** 471:19
472:4
**reward** 463:11
**re-ask** 412:4
**re-used** 460:19
**rid** 409:22 491:1
**Ridges** 420:23
**right** 394:22 397:23
398:7 399:16,25
400:1,6,8 401:11
403:13 404:20
411:17 437:21
444:14 451:23
452:4 454:15
455:1 462:22
464:17 466:15

468:15 476:24
485:25 499:24
**rights** 430:7,8,10
430:19 431:6
471:7,17,21
480:15 481:1,1,6
481:11,12 497:17
**risky** 446:22
**Rivero** 391:3,9
403:6 436:25
**Road** 410:22
479:19 480:8
**Robert** 390:10
397:1 428:21
429:4,8
**Roche** 390:17
403:10,10
**Rogers** 389:10
**roll** 398:15 401:1
**room** 396:25
**Rosella** 470:3
**RPR** 502:5,22
504:5
**rule** 395:7 399:15
400:17,18 435:19
442:2 454:11
**rules** 395:9
**ruling** 441:4
**run** 476:22 477:21
**running** 458:5
**Russian** 487:25
489:17
**Ryan** 391:17
402:22

---

**S**

**S** 392:11 394:1
504:1
**sat** 394:16
**Satoshi** 416:2,4,10
416:17 417:3,17
419:3,10,14,18
426:4 427:2,11
430:7,10,15 431:6
447:19,22 463:13
464:9,13 470:23



478:5 488:25 489:2,11,20 490:10,16 491:4,8 491:16,24 492:9
**saw** 416:20,20,21 434:20
**saying** 401:22 429:5 432:25 453:13 461:10 463:1,7 468:13,17 477:22 497:6,6
**says** 436:4 445:8 456:20 459:21 467:9 476:5 479:6 498:2
**scan** 447:14
**scenario** 443:3 471:14
**scheme** 465:10 471:22 482:20,25 496:4
**Schiller** 390:3,12 397:15
**scope** 395:13 431:14 435:6 436:10 437:14 438:13 439:19 466:6 491:13 493:10 499:15
**script** 461:14
**scripts** 464:8
**SE** 390:4
**seal** 501:11
**sealed** 458:19
**seated** 397:13
**second** 390:4 402:9 404:25 423:15 436:21 445:3 460:23 467:5 479:24 494:7
**seconded** 490:2
**secret** 418:23 462:14 482:20 496:4
**section** 486:1
**security** 395:17 435:9
**see** 400:24 417:25 433:10 436:3 443:7,12,20,22 444:2,5 449:11,14 451:5,8 452:18,23 467:9 473:9 479:22 485:2 493:22
**SEED** 462:11,12
**seeing** 417:22
**seen** 479:10
**selling** 430:7
**send** 460:1 464:1
**sent** 433:16,20 446:17,19 463:24 463:25 464:13 499:21
**separate** 418:25 419:1 440:11 497:8
**separated** 406:6,9 413:19
**separately** 497:17
**separating** 433:7
**September** 406:10
**serial** 460:16,17
**series** 494:17
**servers** 488:20
**Services** 389:23 391:18 402:24
**set** 394:8,8,11 408:17 410:8 414:14,18 415:18 424:1 433:2 465:14 471:7 473:25 481:21
**setting** 429:25 430:1 434:12
**settled** 408:24 421:23 422:1 431:20 432:10
**settlement** 408:9 409:3,9,12,14,18 409:23 410:2 411:13 412:6,8 413:4,13
**setup** 445:20
**severe** 433:3
**Seychelles** 432:4,6
**Shamir** 482:25 496:3
**Shamir's** 482:19
**share** 414:14,17 418:25
**shareholder** 433:1
**shareholders** 414:20
**shares** 414:19,23 420:15,17,22,23 420:24 421:4,5,7 421:8,9,10 432:13 433:5,11,16,19,23 434:7,14 458:6 496:2
**Sharing** 482:20
**sheet** 392:8 503:9 504:20
**short** 493:23
**shortly** 405:9
**show** 439:23 440:5
**shut** 449:5
**sic** 397:8 451:18
**side** 396:17 400:10 400:18 500:5
**sides** 454:6
**sign** 430:19 457:19
**signature** 450:3 453:4 500:12 504:25
**signed** 392:15 430:18 431:5,5 434:23 435:3,22 442:7,11 450:11 453:3 456:17 504:20
**significant** 469:11
**significantly** 471:16
**Silk** 479:18
**simple** 483:19 484:22
**simplest** 495:25
**simplified** 442:19 443:2 452:5 453:11 473:17
**simplify** 465:24
**simply** 425:13 448:12 453:20 477:2,12 478:11 478:16 484:20 485:9,10
**simultaneously** 416:23
**single** 450:11
**sit** 394:13,14,21,22 395:1,2 425:4
**sitting** 394:20 397:3 401:24 454:6
**situations** 400:3
**skill** 492:13
**Skype** 428:16
**slept** 416:21
**slice** 480:13,19 498:3
**slices** 498:6
**small** 422:18
**snuck** 446:1
**social** 447:20
**software** 420:8 452:15 461:21 462:2 464:22 468:18 481:22 482:12,17,18 485:7 488:19 491:12 492:23 495:25 496:1,16
**sold** 410:24,25 411:2
**solemnly** 403:14
**solution** 467:19 468:11 475:13,14 476:15,17
**solutions** 486:17
**solve** 417:1
**solved** 417:1
**somebody** 476:5 482:6
**sorry** 396:24 400:11 401:21 414:7,7 419:23 423:25 430:4 440:14 442:16 449:24 451:10 455:15,21 456:21 459:12 466:14 468:6 473:13 477:5 479:7,25 485:19 488:13 491:22 495:13,17 495:20 496:11 497:1 498:25
**sort** 394:4 400:9 438:12
**sought** 475:18
**South** 407:8 480:9
**SOUTHERN** 389:1
**speak** 428:12,15 490:6
**special** 472:3
**specialist** 426:3
**specific** 417:16,17 440:21 441:14
**specifically** 438:4 443:9
**speculate** 425:8,12
**spend** 462:5 471:15 481:2
**spending** 461:13
**spent** 417:23 469:19 470:9 499:4
**spike** 469:10
**split** 464:25
**split-key** 462:4
**spoke** 405:6
**sports-book** 469:5
**spouse** 417:24 418:24
**staff** 399:3 476:24
**stage** 411:19 416:21 433:5
**stand** 394:14



**start** 396:8 398:17
  400:11 424:9
  426:16 438:19
  473:6
**started** 401:4,13
  402:2 430:16
  494:2
**starts** 392:23
  444:22 457:7,11
**state** 389:19 403:1
  443:5 490:3 501:3
  502:2 503:2
**stated** 416:12 439:8
  439:10 476:14
  477:9 498:11
**statement** 418:2
  484:15
**statements** 418:18
  435:24 442:16,18
  442:25 451:24
  452:3 454:18
  503:7
**States** 389:1 442:22
  452:20 453:1
**stating** 445:6
**staying** 396:22
  421:18
**Stefan** 429:5,6,8
**stemmed** 479:15
**stenographically**
  502:6
**step** 398:6 400:15
  475:14
**steps** 455:7 474:25
  475:25
**Steven** 389:16
  392:3 403:19
  428:21 429:4
  501:8 503:5,13
  504:3
**stop** 470:23 500:7
**story** 431:7
**straight** 474:13
**strange** 422:11
  454:3
**stranger** 411:14

**strangers** 411:11
**Street** 389:11 390:4
  390:13 402:20
**strike** 412:11 414:7
  415:5 416:14
  429:2 430:5 431:3
  456:21 465:25
  466:16 482:17
  488:13 491:17,22
  497:1
**structure** 414:15
  454:21 465:14
  475:15 476:16
**structures** 452:7
  497:14,15
**studies** 422:17
**studying** 416:20
**subject** 499:16
  504:22
**subjects** 422:8
**submitted** 441:9
  442:22
**subscribed** 503:16
**Subsequently**
  470:9
**substance** 504:23
**subverted** 461:4
**sue** 413:6,6
**sued** 413:3
**Suite** 390:4 391:4
**sum** 463:16,21,22
  496:18
**sundown's** 399:5
**sunset** 398:24
**suppose** 400:1
**sure** 394:7 443:16
  444:6 445:7 447:1
  454:25 480:9,25
**sustain** 440:6,15
  466:11 484:25
  493:16
**sustained** 431:17
  483:6
**sustaining** 441:5
**swear** 403:14,17
  452:3

**SWIFT** 488:11
  489:15,23
**SWIFT-based**
  487:23
**switch** 455:24
**swore** 442:17
  456:13
**sworn** 403:21 439:2
  453:3 472:11
  501:9
**system** 401:19
  460:14 461:2
  462:3 465:2,3
  479:17 481:2
  489:22,24 493:15
**systems** 492:24

**T**
**T** 389:14 392:11
  503:1,1 504:1,1
**table** 394:17
**tables** 394:13
**take** 398:10,18
  399:17 405:3
  410:17 436:11
  444:10 456:3
  463:25 464:4
  465:10,16 468:11
  490:4 493:22
  494:7 503:20
**taken** 389:17
  402:11,20 437:6
  468:20 494:13
  504:4
**talk** 399:25 400:5
  422:15,19 483:8
**talked** 395:12
  396:3 426:19
**talking** 417:9
  427:12 428:6
  459:9
**talks** 490:22
**tape-recording**
  401:19
**tar** 450:8,14,16
**tax** 408:20 418:14

  418:15,16 433:3
  465:4 471:10,13
  471:20,22 475:16
**tax-avoidance**
  471:21
**team** 395:1 396:12
  396:21 397:16
**tech** 497:21
**technical** 445:22
  465:3,5 467:19
  468:4,10 475:12
  475:14 476:15,16
  478:23 483:11
  486:17
**technically** 463:1,4
  478:17
**technically-locked**
  481:23,25
**Technician** 391:17
  401:9 402:12
  437:4,7 494:11,14
  500:10
**technologically**
  497:24
**technology** 422:10
  462:4
**tell** 399:15 403:14
  418:12 424:24
  425:18 426:5
  434:18 439:22
  480:1 492:21
**telling** 440:18
**tells** 401:18 462:22
**temporarily** 469:12
**tentatively** 398:13
  399:9
**term** 419:12
**territory** 472:6
**test** 420:8
**testified** 403:22
**testimony** 399:11
  399:13,23 411:23
  416:12 427:16
  433:25
**Thank** 429:6 442:5
  454:15 473:1

  493:25 494:9
**theory** 487:25
  489:4,12 492:14
**thereof** 502:8
**thing** 394:9 395:5
  400:12 419:15
  438:12 489:7
**things** 394:6,8
  415:25 420:24
  422:16 424:2
  452:13 454:21
  461:6,7 465:4
  468:19 470:1
  489:16,23 492:4
**think** 395:12 398:8
  398:9 399:5,18
  400:21,25 401:7
  406:1 431:12
  439:1 440:1,9
  441:19 446:21
  454:8 456:18
  463:17 466:5
  483:3,14,22
**third** 481:3
**Thirtieth** 423:4
**thought** 398:17
  415:24
**thousand** 470:10
  485:18
**three** 397:14,18
  449:11 467:6
  498:4
**tie** 447:22
**time** 396:13 400:19
  402:19 405:11,14
  406:2 414:22
  415:24 416:23
  424:3,8 434:20
  436:2,16,19 469:7
  471:13 473:19
  474:5 475:17
  477:7,14 480:10
  480:17,22 484:21
  484:22 486:3
  490:24 491:3
  494:8,18 499:25



**times** 423:14
  460:23 485:24
**timing-wise** 398:8
**today** 394:6 398:17
  399:11,15,22
  431:16 439:13
  440:19 500:7
**Today's** 402:18
**told** 434:14
**tonight** 399:5
**top** 411:1 418:6,11
  421:17 431:23
  448:20 450:17
**topic** 440:17 441:1
**topics** 395:16 400:9
**total** 498:21
**totally** 460:7
**touched** 458:20
**tracing** 488:9
**track** 453:25
**tracked** 470:4
**tracking** 487:13,23
**Trading** 413:17
  414:2,8,21 415:1
  415:3 432:7
  467:11 495:4,9,12
  495:15
**train** 488:6
**transactions**
  417:24 490:3,5,7
  503:6 504:6
**transfer** 461:17
  464:18 467:13
  480:10,12,14,15
  494:21,23 495:3,6
  495:8
**transferred** 461:19
  461:24 462:1
  464:21 466:2
  467:10 469:7
  481:9 485:16
  495:4,11,14
**transfers** 489:15,15
**translate** 485:23
**travel** 421:20

**trial** 489:25
**tried** 447:19
**trillion** 460:25
**trip** 421:19 487:7
**true** 442:18,19
  452:4,21,25 453:7
  453:10 456:13
  472:11 477:19
  502:8 503:9
  504:22
**trust** 392:23 431:19
  431:23 432:4,5,9
  438:5 439:2 443:6
  443:10,10,11,16
  443:20 444:13
  445:9,16,20,22,23
  446:6 451:4 452:6
  454:20,22 455:12
  455:13,18,20,22
  456:7,10,21,23,24
  457:8,11,16
  458:14,21,22,24
  461:18 463:15
  464:20 465:9,10
  468:4 470:16
  473:25 474:2,14
  474:15,17,19
  475:13 476:13
  478:22 481:20
  495:12,12,15,15
  495:19 496:19,25
  497:4,7,12,12,22
  497:22,25,25
  498:2,2,19,20,24
  498:25 499:10,11
**trustee** 421:25
  432:9 443:8
  496:19 498:4
**trusts** 395:21
  421:22,25 431:22
  431:25 435:12
  438:11,12 439:1
  439:25 441:23,25
  443:8,10,14 477:4
**Trust.pdf** 449:13
  450:22

**Trust.pdf.asc**
  449:12 450:1
**Trust.pdf.tar.asc**
  449:12 450:6
**truth** 403:15,15,16
  452:5 453:9
**try** 422:15 465:24
**trying** 433:4 446:23
  476:8 477:2,7
  478:11 484:7
**Tulip** 413:17 414:1
  414:8,21 415:1,3
  432:5,7 443:10,11
  443:14,15 446:6
  449:11,12,12
  450:1,6,22 456:24
  465:10 467:10
  470:16 495:4,9,11
  495:12,14,15,19
  496:19,25 497:4,7
  497:11,12,21,22
  497:24,25 498:2,2
  498:19,20,23,25
  499:10,11
**turn** 448:23
**turned** 449:1
**Twenty-one** 478:5
**two** 394:6 396:25
  397:19 398:9,11
  398:20,22 401:25
  405:3 443:10,14
  449:23,24 456:9
  460:19 467:16
  468:19 472:16
  480:4 485:12
  494:5 499:12
**type** 479:8

**UK** 423:6 449:5
  486:12,22
**unavailable** 494:4
**underlying** 479:3
**undersigned** 501:7
**understand** 395:3
  415:5,25 426:23

**Trust.pdf.asc** 436:20 463:2,5,6
  473:12,21 476:6
  477:11 478:18
  481:24 489:9,13
**understanding**
  395:24 406:22
  441:1 446:14
**understandings**
  394:4
**understood** 402:7
  420:11 440:10,13
  498:15
**unfortunately**
  430:11 452:11
**unilaterally** 436:14
**unique** 460:16
**unit** 452:16 459:9
  459:23 460:2
  464:11,12
**United** 389:1
  442:22 452:20
  453:1 488:12
**universe** 460:24
  461:1
**unopened** 449:8
**Untied** 488:15
**update** 462:22
**updated** 498:13
**use** 437:2 492:1,5
**U.S** 389:11 469:6
  480:11 487:16
  492:17 493:1

**v** 389:7 504:2
**vacant** 412:24,25
**validated** 464:5
**validation** 462:10
**value** 408:23 409:2
  409:4,5 479:9
**valued** 480:11
**various** 415:18
  430:16
**Vel** 403:3 436:13
**Velvel** 390:8
  391:15

**Venezuela** 487:8,9
  490:12
**version** 442:20
  443:2 446:17
  450:9,12 453:11
  464:23 479:18
**versus** 402:17
**Vfreedman@bsfl...**
  390:7
**Vice** 390:18
**video** 391:17 401:9
  402:12 437:4,7
  490:18 494:11,14
  500:10
**videoconference**
  486:5,13,14,18
**videographer**
  401:7 402:9,21
  500:8
**videographer's**
  395:3
**videotape** 402:14
**VIDEOTAPED**
  389:15
**view** 395:6 462:19
**Viktor** 492:18
**VIN** 453:14
**virtue** 465:19,20

**W**

**W** 390:17
**wait** 436:13 478:8
  484:12
**waive** 400:6
**waived** 500:12
**Wales** 407:8 480:10
**want** 394:6,8,11,12
  394:19 395:1,11
  397:8 399:17,19
  404:17 439:22
  440:1 441:13
  443:16 448:14
  455:18 460:9
  461:7 494:6
**wanted** 395:5 400:9
  437:19,24 488:24



489:1
**Washington** 472:6
**wasn't** 409:17
424:4 427:10
433:14 462:2
465:17 486:10
**waste** 436:16,18
**wasting** 415:24
**Watts** 423:1,17
**way** 394:5,8,12
396:7 399:3 454:3
454:5 461:9
462:19 471:2
473:17,17,18
480:7 483:11,12
485:20 486:19
487:8 492:8
495:25 499:1
**ways** 452:12
**weeks** 405:14
**went** 408:21,21
413:1 421:18
433:21 434:5
445:24 469:12
472:4 497:13
**West** 389:12,17
402:20,23 501:16
502:5,22 504:5
**we'll** 399:10,24,24
485:2 500:7
**we're** 394:5,9
401:19 435:18
436:11,23 443:16
445:7 447:1
459:14 466:9
482:22,23 484:7
495:22 499:22
**we've** 473:11,15
475:22 483:2
**wheels** 401:1
**white** 426:1 453:13
453:14,15,16,16
**wife** 409:19,23
410:3 417:19
418:19 467:21
**Williams** 486:9,11

486:22 487:18,24
487:24 488:6,7,8
489:4,6,11,14
490:2,12,13,15
491:7,10,18 492:2
492:7,11,12 493:7
**willing** 490:23
491:1
**wine** 446:20
**wipe** 447:20,21
**witness** 392:2,7
394:14 403:17,20
409:25 413:10
417:6,19 419:23
425:14 448:13
453:23 454:14
457:25 459:17
460:13 472:21,23
473:1,4 477:9
478:13,17 484:9
485:12 496:9,21
498:11 499:19
501:11 503:18
**witness's** 411:23
427:16
**woman** 470:12
**won** 471:22
**Woodview** 404:10
405:21,23
**word** 462:19
473:15,21 481:24
**work** 395:2 417:3
421:4 423:22
424:1 433:7
487:10,12 491:14
492:22
**worked** 416:23,24
420:13,18 493:7
**working** 401:20
415:25 416:20
420:25 464:23
481:19 488:12,14
**works** 460:8 463:7
**wouldn't** 413:10
430:18
**wrapped** 471:17

**wrapper** 465:4
**Wright** 389:8,16
392:3,16,18
394:14,20,23,24
395:17,19 400:1
400:24 401:22,24
402:15,17 403:7
403:12,19,25
404:2,3 408:16,16
408:22 413:4,9
419:9 420:4
421:10 422:23,25
429:6 432:6,12
434:22 435:2,13
435:17,21 436:3
439:7 440:14
441:9 442:7,10,13
443:4 444:1,11,17
444:23 447:13
448:11,22 451:1
451:17,23 452:18
452:19 453:8,18
454:5,17 455:1,15
455:24 456:13,18
459:3 460:10,11
461:17 462:16
463:15 464:17,18
466:14 467:2,13
468:10 471:4
472:7 474:3,8,10
474:11 476:21
477:1,16,20 478:7
478:9,22 479:20
480:6,8 481:19
483:16 484:13
485:5,25 486:4
492:17 493:19
498:4 499:10
500:3 501:8 503:5
503:13 504:2,3
**Wright's** 392:21
394:10 438:23
441:2 451:20
466:7
**write** 444:2 472:23
504:6

**writing** 445:25
**written** 446:15
447:7
**wrong** 460:7
478:17 499:1
**wrote** 446:19,21
473:7 477:17
480:18 481:14,17
488:19
**www.MagnaLS.c...**
389:24
**W&K** 389:5 415:15
421:4,8 432:13,19
433:1,8,11,23
434:7,12,15

---

**X**

**X** 392:1,11

---

**Y**

**Yeah** 397:18
400:25 401:9
493:24 495:23
**year** 405:3,25 424:7
453:17
**years** 458:20
460:25 469:24
473:8 474:9
475:21 476:11,19
477:18 481:17,21
485:5
**York** 390:14 486:6
486:24 487:5

---

**Z**

**Zaharah** 391:10
403:6
**ZALMAN** 391:11
**zip** 450:9,13,14

---

**$**

**$30** 469:6,12
**$80,000** 409:6

---

**0**

**0000004** 463:12

**01** 463:3
**0133224D** 473:25
**06/28/2019** 504:4

---

**1**

**1** 392:15 402:14
442:6,12 443:10
455:25 456:10
460:22 465:10
472:9 495:12,15
495:19 497:4,7,12
497:22,25 498:19
498:20,25 499:10
**1,100,000** 480:14
**1,100,110** 464:1
**1,100,111** 463:16
463:25 471:4
480:7 494:21
**1.1** 496:25 497:2
**1:30** 398:20
**10** 498:3
**10th** 467:11 495:5,9
**10:00** 400:12
**10:04** 437:8
**10:30** 398:14,18
**100** 390:4 463:1
485:19
**100,000** 469:21
480:11
**1000** 391:4
**10504** 390:14
**11-ish** 398:18
**11:00** 484:1
**11:14** 494:12
**11:15** 494:4
**11:21** 494:15
**11:28** 389:13
500:11,13
**12:30** 398:19
**122085** 501:20
**13** 392:15 442:6
**13th** 434:23 435:3
435:22 442:10
451:18 455:25
456:19,19 457:17
472:10,18 477:5



**150** 485:14,18,19
485:21,22
**18** 456:25
**1952** 404:8
**1970** 423:4
**1995** 405:3
**1997** 474:1

**2**

**2** 392:17 436:3
443:11 444:16,21
451:16 455:11
456:24 465:21,23
468:1 470:25
479:21 496:19
497:12,22,25
498:2,2,24 499:11
**2000** 412:24 414:6
**2004** 406:1
**2008** 418:6
**2008-2009** 418:15
**2009** 463:23 468:20
473:8 474:9
475:21 476:11,19
477:18 479:15
481:17 482:10,14
485:5 497:8
**2010** 406:6,9
413:20 414:6,9
463:23 468:20
473:8 474:9
475:21 476:11,19
477:18 481:18
482:14 485:6
497:8
**2011** 409:3,5,8
412:9,13,14
413:25 424:8,10
426:17 434:12
443:21 444:14
445:10,18 446:16
447:8,11 448:23
451:4 455:7 461:4
461:17 464:18
465:13 466:18,22
466:25 467:12,14

**467:**20 468:5,12
468:22,23,25
470:6 474:23
475:13 486:6
494:20 495:5,9
**2012** 406:7 412:11
412:15 414:10
415:4 455:12,17
455:20,21 456:8
456:25 457:3,16
458:9,12
**2013** 424:12,13
477:6 483:18
484:7
**2014** 408:3 409:25
411:1 412:17
**2015** 447:18
**2016** 428:22 429:4
429:8
**2019** 389:12 392:15
402:18 434:23
435:3,22 442:6,11
444:4 445:11
453:4 456:9 457:1
501:9,12 502:17
503:11,17
**2021** 501:19
**21,000,000** 463:12
**216** 445:2
**22nd** 404:8
**23rd** 424:14 456:8
457:3,15 458:9
**24** 444:14 456:25
**24th** 443:21 445:10
445:17 446:15
447:8,11 448:23
451:3 494:20
**24,000** 463:17
**2413** 392:18 444:17
444:24 445:12
446:12 447:2
451:15
**2414** 449:16 450:24
468:3 470:24
479:21
**2415** 392:19 444:18

**444:**25 449:16
450:24 451:15
468:3
**2416** 392:20 445:5
445:12 449:17
450:4 451:13,16
**25th** 466:17
**2525** 391:4
**256** 460:19
**26** 501:19
**28** 389:12 402:18
501:9
**2800** 390:4

**3**

**3** 392:20 443:4,12
451:12,16
**30** 469:6
**30th** 501:11 502:17
**305.445.2500** 391:6
**305.539.8400** 390:6
**31st** 477:6 483:18
484:7
**33131** 390:5
**33134** 391:5
**333** 390:13
**33401** 389:12

**4**

**4** 392:21 443:19
444:2 445:8 446:3
451:2,3,19,20
452:24 455:5
459:4,7,15,15,21
472:9 473:7
474:21 475:20
477:16 481:15,16
481:16
**403** 392:4
**44** 423:11
**442** 392:15
**444** 392:17
**451** 392:20,21
**457** 392:23
**49** 464:8

**5**

**5** 392:23 444:3
445:10 455:2
456:3,9 457:2,4,5
457:10,15,16
465:8 467:3
473:13 474:20,22
478:4 498:10
**5:30** 399:3,4,10
**50** 485:24
**501** 392:5
**502** 392:6
**503** 392:7
**504** 392:8
**50985** 392:24 457:9
457:12
**50986** 467:3 498:9
**50989** 392:25 457:9
457:12
**51** 410:22 480:8

**6**

**6** 456:19
**650** 469:17 470:6

**7**

**700,000** 469:17
470:7 498:22
499:7
**701** 389:11 402:20
**7505290071** 423:11

**8**

**8th** 392:21 444:3
445:11 451:7,21
453:4 455:4 456:9
457:1 459:4,16
466:24 472:10,19
481:16
**8:00** 399:6
**820,050** 439:11
**821,000** 497:4,20
**821,050** 485:7
496:17 499:3
**825,050** 463:19
**866.624.6221**

389:25

**9**

**9th** 466:22 467:14
**9:17** 389:13 402:19
494:2
**9:18-cv-80176-B...**
389:2
**9:56** 437:5
**90s** 404:22,23
416:25
**914.749.8275**
390:15
**95** 404:10 405:21
**96** 405:10



ERRATA & CONFIDENTIALITY DESIGNATIONS
VIDEOTAPTED DEPOSITION OF CRAIG STEVEN WRIGHT
CASE NO. 9:18-cv-80176-BB/BR
Friday, June 28, 2019

| Page/Line # | Original | Correction | Reason for Change |
|---|---|---|---|
| 404:3 | Lynne | Lynn | Spelling correction |
| 404:6 | Lynne | Lynn | Spelling correction |
| 404:8 | Confidential | Confidential | Confidential |
| 404:10-11 | Confidential | Confidential | Confidential |
| 404:18 | Lynne | Lynn | Spelling correction |
| 404:19 | Lynne | Lynn | Spelling correction |
| 404:21 | Lynne | Lynn | Spelling correction |
| 405:8 | Lynne | Lynn | Spelling correction |
| 405:21 | Confidential | Confidential | Confidential |
| 405:23 | Confidential | Confidential | Confidential |
| 406:3 | Lynne | Lynn | Spelling correction |
| 408:1 | Lynne | Lynn | Spelling correction |
| 408:5 | Lynne | Lynn | Spelling correction |
| 409:17 | Lynne | Lynn | Spelling correction |
| 410:22 | Confidential | Confidential | Confidential |
| 411:3 | Lynne | Lynn | Spelling correction |
| 411:18 | Lynne | Lynn | Spelling correction |
| 411:21 | Lynne | Lynn | Spelling correction |
| 412:6 | Lynne | Lynn | Spelling correction |
| 412:9 | Lynne | Lynn | Spelling correction |
| 412:14 | Lynne | Lynn | Spelling correction |
| 412:17 | Lynne | Lynn | Spelling correction |
| 412:18 | Lynne | Lynn | Spelling correction |
| 413:3 | Lynne | Lynn | Spelling correction |
| 414:25 | Lynne | Lynn | Spelling correction |
| 415:2 | Lynne | Lynn | Spelling correction |
| 415:6 | Lynne | Lynn | Spelling correction |
| 415:7 | Lynne | Lynn | Spelling correction |
| 415:10 | Lynne | Lynn | Spelling correction |
| 415:15 | Lynne | Lynn | Spelling correction |
| 415:17 | Cloudcraft | Cloudcroft | Spelling correction |
| 415:21 | Lynne | Lynn | Spelling correction |
| 416:6 | Lynne | Lynn | Spelling correction |
| 417:6 | Lynne | Lynn | Spelling correction |
| 417:7 | Lynne | Lynn | Spelling correction |
| 417:9 | Lynne | Lynn | Spelling correction |
| 419:20 | Lynne | Lynn | Spelling correction |
| 420:9 | Lynne | Lynn | Spelling correction |
| 421:13 | Lynne | Lynn | Spelling correction |
| 421:17 | Lynne | Lynn | Spelling correction |
| 421:22 | Lynne | Lynn | Spelling correction |

ERRATA & CONFIDENTIALITY DESIGNATIONS
VIDEOTAPTED DEPOSITION OF CRAIG STEVEN WRIGHT
CASE NO. 9:18-cv-80176-BB/BR
Friday, June 28, 2019

| Page/Line # | Original | Correction | Reason for Change |
| --- | --- | --- | --- |
| 421:25 | Lynne | Lynn | Spelling correction |
| 422:3 | Lynne | Lynn | Spelling correction |
| 423:4 | Confidential | Confidential | Confidential |
| 423:6-7 | Confidential | Confidential | Confidential |
| 423:9 | Confidential | Confidential | Confidential |
| 423:11 | Confidential | Confidential | Confidential |
| 426:14-17 | Confidential | Confidential | Confidential |
| 432:13 | Lynne | Lynn | Spelling correction |
| 432:18 | Lynne | Lynn | Spelling correction |
| 432:25 | Lynne | Lynn | Spelling correction |
| 433:2 | Lynne | Lynn | Spelling correction |
| 433:9 | Lynne | Lynn | Spelling correction |
| 433:11 | Lynne | Lynn | Spelling correction |
| 433:14 | Lynne | Lynn | Spelling correction |
| 433:17 | Lynne | Lynn | Spelling correction |
| 433:21 | Lynne | Lynn | Spelling correction |
| 433:22 | Lynne | Lynn | Spelling correction |
| 434:5 | Lynne | Lynn | Spelling correction |
| 434:7 | Lynne | Lynn | Spelling correction |
| 434:8 | Lynne | Lynn | Spelling correction |
| 434:11 | Lynne | Lynn | Spelling correction |
| 434:14 | Lynne | Lynn | Spelling correction |
| 439:11 | 820,050 | 821,050 | Misspoke |
| 450:8 | eunuch's | unix | Transcription error |
| 458:23 | the | a | Transcription error |
| 458:25 | intellect (x2) | intellectual (2) | Transcription error |
| 462:4 | are | have | Transcription error |
| 462:13 | to | Could | Transcription error |
| 463:12 | .00000004 | .0--.0004 | Transcription error |
| 463:19 | 825,050 | 821,050 | Misspoke |
| 469:23 | HySecure | HighSecured | Spelling correction |
| 470:2 | HySecure | HighSecured | Spelling correction |
| 470:3-4 | Rosella DiGracia | Ritzella DeGrazia | Spelling correction |
| 471:9 | HySecure | HighSecured | Spelling correction |
| 484:20 | bit coin | Bitcoin | Spelling correction |
| 490:4 | who would | could | Transcription error |