**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  18-cv-80176-BLOOM/Reinhart**

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 1, 2020, the Court entered an Order Scheduling Trial and Order of Instructions before Calendar Call, ECF No. [476] ("Pretrial Order"). On June 5, 2020, the Court entered an Order amending the Pretrial Order and set trial during the Court's two-week trial calendar beginning on August 31, 2020 and calendar call on August 25, 2020. ECF No. [571] ("Amended Order"). Since then, Administrative Order 2020-41 has been entered, which has continued all jury trials until October 13, 2020.

    Accordingly, it is **ORDERED AND ADJUDGED** that the Pretrial Order, **ECF No. [476]**, is **AMENDED** as follows: This cause is set for trial during the Court's two-week **trial calendar** beginning on **October 13, 2020 at 9:00 a.m.** at the United States Courthouse, 400 North Miami, Avenue, Courtroom 10-2, Miami, Florida. The parties shall appear before the Court for **calendar call at 1:45 p.m.** on Tuesday, **October 6, 2020**. All other deadlines set forth in the Pretrial Order and Amended Order remain in place.

Case No. 18-cv-80176-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 30, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record