## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC,

    plaintiffs,

    v.                                                   **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

## JOINT MOTION TO EXTEND CERTAIN
## PRETRIAL DEADLINES

In light of this Court's order amending the Pre-Trial Order [D.E. 605] ("the Order"), the parties jointly request that the Court extend the remaining pre-trial deadlines to better align them with the continuance of the trial to October 13, 2020 provided for in the Order.[1]

The parties respectfully request the Court to re-set the remaining pre-trial deadlines as follows:

- Parties to re-file single transcripts reflecting all designations, objections, and counter-designations:[2]                                 August 3;

- Jury Instructions/Verdict Forms:            September 29;

- Proposed voir dire questions:              September 29;

---

[1] Defendant's counsel wishes to inform the Court at this time that Dr. Wright is unavailable October 13-20 due to a previously scheduled proceeding in the United Kingdom. Dr. Wright would be available from October 26, 2020. The parties will be filing a separate motion regarding the trial date.

[2] The parties have added this deadline, which was not contemplated in the Court's original Trial Order, to facilitate the Court's review and rulings on the deposition designations and to allow the parties an opportunity to make objections to each other's counter-designations.

- Exhibit lists/objections, etc.: September 29;
- List of Stipulated Facts: September 29;
- Joint Pre-Trial Stipulation; September 29;[3]
- Demonstrative and Summary Exhibits: 48 hours or a reasonable time in advance of use at trial to allow the Court time to resolve any objections.[4]

The parties propose these extended deadlines so that, with the exception of the deadline for demonstrative and summary exhibits, each falls in advance of the new trial date on the same schedule as the Court provided in the Trial Order.

If the above pre-trial filings are keyed into the October 13, 2020 jury trial calendar, the parties will use this additional time to work on a targeted joint presentation of the exhibits and objections and set of stipulated facts, with the hope of reducing the number of disputes requiring judicial resolution. Using the proposed deadlines to make streamlined, focused decisions will conserve judicial and party resources and lead to a better, and better considered, presentation of each side's position at trial.

As noted above, the requested extensions will not cause any delay of trial and all parties are committed to be ready for trial on the date the Court sets, with the exception of the brief period of the defendant's unavailability (i.e., until October 26). For all these reasons, the parties respectfully request that the Court enter a pre-trial order in the form attached.

---

[3] Although the Court's Trial Order [D.E. 476] did not state a deadline for the parties to submit a joint pre-trial stipulation under Local Rule 16.1(e), the parties request an extension of this deadline in an abundance of caution. By default, under Local Rule 16.1(e), the joint pre-trial stipulation would be due one week before calendar call.

[4] For demonstrative and summary exhibits, the parties respectfully request that the Court allow them to submit those exhibits reasonably in advance of their intended use at trial as opposed to all in advance of trial. This will allow the parties to identify demonstrative and summary exhibits that they actually intend to use them and allow the Court to resolve any objections.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the parties have conferred and are jointly seeking this request.

Dated: July 16, 2020

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
BRYAN L. PASCHAL
Florida Bar No. 091576
SCHNEUR KASS
Florida Bar No. 100554

*Counsel for Dr. Craig S. Wright*

*s/* Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel for Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I CERTIFY that on July 16, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Amanda McGovern