# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    Plaintiffs,

v.

CRAIG WRIGHT

    Defendant.

CASE NO.: 9:18-cv-80176-BB

## ORDER GRANTING JOINT MOTION TO EXTEND SELECT PRE-TRIAL DEADLINES

THIS CAUSE is before the Court on the Parties' Joint Motion To Extend Certain Pretrial Deadlines. The Court has reviewed the Motion, and being fully advised on the Motion it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** The following pre-trial deadlines are set as follows:

- Parties to re-file single transcripts reflecting all designations, objections, and counter-designations:[1]      August 3;
- Jury Instructions/Verdict Forms:      September 29;
- Proposed voir dire questions:      September 29;
- Exhibit lists/objections, etc.:      September 29;
- List of Stipulated Facts:      September 29;

---

[1] The parties have added this deadline, which was not contemplated in the Court's original Trial Order, to facilitate the Court's review and rulings on the deposition designations and to allow the parties an opportunity to make objections to each other's counter-designations.

- Joint Pre-Trial Stipulation;   September 29;

- Demonstrative and Summary Exhibits:   48 hours or a reasonable time in advance of use at trial to allow the Court time to resolve any objections.

All other pre-trial deadlines in the Court's Order Scheduling Trial [D.E. 476] are unaffected by this order.

_____
JUDGE BETH BLOOM
United States District Judge

Copies furnished: All counsel of record