UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Extend Certain Pretrial Deadlines, ECF No. [606] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [606]**, is **GRANTED IN PART**.
2. The Court's Order Scheduling Trial and Order of Instructions before Calendar Call, **ECF No. [476]** ("Trial Order"), is **AMENDED** as to the following deadlines:

| | |
|---|---|
| Parties re-file single transcripts reflecting all designations, objections, and counter-designations | August 3, 2020 |
| Jury Instructions/Verdict Forms | September 29, 2020 |
| Proposed Voir Dire Questions | September 29, 2020 |
| Witness and Exhibit Lists/Objections, etc. | September 29, 2020 |
| List of Stipulated Facts | September 29, 2020 |
| Joint Pre-Trial Stipulation | September 29, 2020 |

Case No. 18-cv-80176-BLOOM/Reinhart

Demonstrative and Summary Exhibits      October 2, 2020

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 16, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record