UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                     Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.

## JOINT MOTION TO SEAL

In accordance with the Court's Order on the parties' Joint Motion to Extend Certain Pretrial Deadlines [D.E. 607], the parties will re-file single transcripts reflecting all designations, objections and counter-designations today. The transcript of a third-party deponent has been marked confidential in its entirety pursuant to the parties' stipulation [D.E. 467], and pursuant to the Court's Order dated June 29, 2020 [D.E. 603].

For the foregoing reasons, the parties ask the Court to authorize them to file the deposition of the confidential third-party deponent under seal.

August 3, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Dr. Craig Wright* |

| | |
|---|---|
| ROCHE CYRULNIK FREEDMAN LLP<br>200 S. Biscayne Blvd., Suite 5500<br>Miami, Florida 33131<br>Tel. (305) 306-9211<br>Email: vel@rcfllp.com<br>Email: kyle@rcfllp.com<br>Email: jdelich@rcfllp.com<br><br>*s/ Velvel (Devin) Freedman*<br>VELVEL (DEVIN) FREEDMAN, ESQ.<br>Florida Bar No. 99762<br>KYLE ROCHE, ESQ. – *Admitted Pro Hac Vice*<br>JOSEPH DELICH, ESQ. – *Admitted Pro Hac Vice*<br><br>BOIES SCHILLER FLEXNER LLP<br>Andrew S. Brenner, Esq.<br>100 SE 2nd Street, Suite 2800<br>Miami, Florida 33131<br>Email: abrenner@bsfllp.com | RIVERO MESTRE LLP<br>2525 Ponce de Leon Boulevard, Suite 1000<br>Miami, Florida 33134<br>Telephone: (305) 445-2500<br>Fax: (305) 445-2505<br>Email: amcgovern@riveromestre.com<br>Email: arivero@rivermestre.com<br>Email: zkass@riveromestre.com<br>Email: zmarkoe@riveromestre.com<br>Email: receptionist@riveromestre.com<br><br>By: /s/ Amanda McGovern<br>AMANDA MCGOVERN<br>Florida Bar No. 964263<br>ANDRES RIVERO<br>Florida Bar No. 613819<br>SCHNEUR KASS<br>Florida Bar No. 100554<br>ZAHARAH MARKOE<br>Florida Bar No. 504734 |

## CERTIFICATE OF SERVICE

I certify that on August 3, 2020, I electronically filed this document with the Clerk of the Court using CMIECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CMIECF.

/s/ Zaharah Markoe
ZAHARAH MARKOE

2