**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,
v.                                                                                  **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## JOINT NOTICE OF FILING DEPOSITION DESIGNATIONS

In accordance with the Court's Order on the parties' Joint Motion to Extend Certain Pretrial Deadlines [D.E. 607], the parties attach to this notice the complete deposition designations, counter-designations, and objections for the depositions that have not been designated as confidential in their entirety. An objection key is attached as Exhibit 1. The cover of each deposition identifies the colors of the parties' designations, objections, and counter-designations. Errata sheets are included with the deposition transcripts where applicable. Finally, where applicable, the transcripts have been redacted to reflect the confidentiality designations of both parties. The parties reserve their rights to object to confidentiality designations.

August 3, 2020.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| *Attorneys for Plaintiffs* | *Attorneys for Dr. Craig Wright* |
| ROCHE CYRULNIK FREEDMAN LLP<br>200 S. Biscayne Blvd., Suite 5500<br>Miami, Florida 33131<br>Tel. (305) 306-9211<br>Email: vel@rcfllp.com<br>Email: kyle@rcfllp.com<br>Email: jdelich@rcfllp.com<br><br>*s/ Velvel (Devin) Freedman*<br>VELVEL (DEVIN) FREEDMAN, ESQ.<br>Florida Bar No. 99762<br>KYLE ROCHE, ESQ. – *Admitted Pro Hac Vice*<br>JOSEPH DELICH, ESQ. – *Admitted Pro Hac Vice*<br><br>BOIES SCHILLER FLEXNER LLP<br>Andrew S. Brenner, Esq.<br>100 SE 2nd Street, Suite 2800<br>Miami, Florida 33131<br>Email: abrenner@bsfllp.com | RIVERO MESTRE LLP<br>2525 Ponce de Leon Boulevard, Suite 1000<br>Miami, Florida 33134<br>Telephone: (305) 445-2500<br>Fax: (305) 445-2505<br>Email: amcgovern@riveromestre.com<br>Email: arivero@rivermestre.com<br>Email: zkass@riveromestre.com<br>Email: zmarkoe@riveromestre.com<br>Email: receptionist@riveromestre.com<br><br>By: /s/ Amanda McGovern<br>AMANDA MCGOVERN<br>Florida Bar No. 964263<br>ANDRES RIVERO<br>Florida Bar No. 613819<br>SCHNEUR KASS<br>Florida Bar No. 100554<br>ZAHARAH MARKOE<br>Florida Bar No. 504734 |

**CERTIFICATE OF SERVICE**

I certify that on August 3, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Zaharah Markoe
ZAHARAH MARKOE