Jimmy Nguyen – Volume II  Confidential
May 26, 2020

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3              CASE NO. 9:18-cv-80176-BB/BR

4
    IRA KLEIMAN, as the personal representative
5   of the Estate of David Kleiman, and
    W&K Info Defense Research, LLC,
6
             Plaintiffs,
7
    -vs-
8
    CRAIG WRIGHT,
9
             Defendant.
10

11  * * * * * * * * * * * * * * * * * *

12  VIDEOTAPED DEPOSITION OF JIMMY NGUYEN

13                  VOLUME II

14  DATE TAKEN: May 26, 2020

15  TIME: 12:05 p.m. – 3:05 p.m.

16
    TAKEN BEFORE: RICK E. LEVY, RPR, FPR
17                AND NOTARY PUBLIC

18

19  * * * * * * * * * * * * * * * * * *

20

21

22

23

24

25

Plaintiffs' Objections to Counters
Plaintiffs' Designations
Defendant's Counter- Designations
Defendant's Objections
Redacted- In black

U.S. LEGAL SUPPORT
www.uslegalsupport.com

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                            213

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3         VEL FREEDMAN, ESQUIRE
           JOSEPH DELICH, ESQUIRE
 4         STEPHEN LAGOS, ESQUIRE
           ROCHE FREEDMAN, P.A.
 5         200 S. Biscayne Boulevard
           Suite 5500
 6         Miami, Florida 33131

 7         ANDREW BRENNER, ESQUIRE
           BOIES SCHILLER & FLEXNER, P.A.
 8         100 S.E 2nd Avenue
           Suite 2800
 9         Miami, Florida 33131
           abrenner@bsfllp.com
10

11    On behalf of the Defendant:

12         ANDRES RIVERO, ESQUIRE
           RIVERO MESTRE, P.A.
13         2525 Ponce de Leon Boulevard
           Suite 1000
14         Coral Gables, Florida 33134

15

16    APPEARING ON BEHALF OF THE WITNESS:

17         SPENCER SILVERGLATE, ESQUIRE
           TREVOR GILLUM, ESQUIRE
18         CLARKE SILVERGLATE, P.A.
           799 Brickell Avenue
19         Suite 900
           Miami, Florida 33131
20

21    Also Present: Cristina Chappelle, The Videographer

22

23

24

25
```

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                          214

```
 1                        -  -  -
                        I N D E X
 2                        -  -  -

 3   WITNESS:         DIRECT    CROSS    REDIRECT    RECROSS
     JIMMY NGUYEN
 4   BY MR. FREEDMAN:   215

 5

 6                        -  -  -
                    E X H I B I T S
 7                        -  -  -

 8   NUMBER                              PAGE
     PLAINTIFF'S EX. 1                    219
 9   PLAINTIFF'S EX. 2                    229
     PLAINTIFF'S EX. 3                    264
10   PLAINTIFF'S EX. 4                    285
     PLAINTIFF'S EX. 5                    289
11   PLAINTIFF'S EX. 6                    314
     PLAINTIFF'S EX. 7                    323
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    215

```
 1                           - - -
 2          THE VIDEOGRAPHER:  We are now on the record.
 3   Participants should be aware that this proceeding
 4   is being recorded and as such all conversations
 5   held will be recorded unless there is a request and
 6   an agreement to go off the record.
 7          Private conversations and/or attorney-client
 8   interactions should be held outside the presence of
 9   the remote interface.  A link to the recording will
10   be available to all parties to the case for up to
11   90 days from today's date provided the requesting
12   party has purchased a certified copy of the
13   transcript.
14          This is the remote video recorded deposition
15   of James Nguyen being taken on Monday the 26th of
16   May 2020.  The time is now 4:09 p.m GMT, 12:09 p.m
17   EST.
18          We are here in the matter of Kleiman vs
19   Wright.  My name is Cristina Chappelle, remote
20   video technician on behalf of US Legal Support.  I
21   am not related to any party in this action nor am I
22   financially interested in the outcome.
23          At this time will the reporter Rick Levy on
24   behalf of US Legal Support please enter the
25   statement for remote proceedings into the record?
```

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                          216

```
 1            THE WITNESS:  Yes, I do.

 2                      - - -

 3   Thereupon,

 4                  (JIMMY NGUYEN)

 5                  having been first duly sworn or

 6   affirmed, was examined and testified as follows:

 7                  DIRECT EXAMINATION

 8            MR. SILVERGLATE:  Vel, before we begin can I

 9         make a brief statement?  So Spencer Silverglate on

10         behalf of Jimmy Nguyen.  I just want to make clear

11         we're here because of a Court order directing us to

12         be here and on behalf of Mr. Nguyen and nChain and

13         Craig Wright we want to make sure we are not

14         waiving any privileges or work product protection.

15         We expressly reserve all rights under Judge

16         Rothstein's order she overruled certain objections.

17         My understanding is that this is a continuation of

18         Mr. Nguyen's deposition and the scope will be

19         limited to the questions that he was instructed not

20         to answer which the Court has overruled.

21            In that deposition there is one hour and 28

22         minutes left for the -- to equal the seven hour

23         time limit under the federal rules and so our

24         understanding is that the deposition will be

25         limited to that amount of time.  Thank you.
```

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    217

1           MR. FREEDMAN:  So in our motion we

2       specifically requested three hours for the

3       deposition and Judge Rothstein granted our motion

4       to compel.  She did not qualify or deny that

5       request so we intend to be three hours.

6           If you end the deposition early we'll be

7       moving to compel again and as I told you Spencer if

8       we have to move to compel again we will certainly

9       be seeking sanctions.

10          MR. SILVERGLATE:  Okay.  And if I could

11      respond to that.  Yes, I know your motion asked for

12      three hours.  The order didn't address the time

13      limit so our view is that the default time limit of

14      the federal rules applies.

15          MR. RIVERO:  Let me just say on behalf of Dr.

16      Wright we join Mr. Silverglate's remarks.

17  BY MR. FREEDMAN

18      Q.   Mr. Nguyen, good morning, how are you?

19      A.   Fine, thank you.

20      Q.   You understand that you're under oath today;

21  correct?

22      A.   Yes.

23          MR. RIVERO:  Have we made appearances?  Maybe

24      something happened before I joined.

25          MR. SILVERGLATE:  No, we haven't.

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                              218

1            MR. RIVERO:  It's kind of normal to make

2       appearances in the deposition.  It would be the

3       first one in 34 years I've seen where you don't.

4       So my name is Andres Rivero, I represent Dr. Craig

5       Wright, the defendant in the case.

6            MR. FREEDMAN:  This case has a lot of firsts

7       for you, Andres.  This is Vel Freedman on behalf of

8       plaintiffs.  I'm here with Joe Delich also on

9       behalf of plaintiffs, Stephen Lagos also on behalf

10      of plaintiffs, my co-counsel Andrew Brenner also on

11      behalf of plaintiffs.

12           MR. RIVERO:  By the way Mr. Freedman, I don't

13      know why we have to get off on a bad foot.  I don't

14      know what you could possibly be referring to other

15      than behavior I've seen from counsel but let's go

16      on.

17           MR. FREEDMAN:  Okay.

18           MR. SILVERGLATE:  Spencer Silverglate again on

19      behalf of Mr. Nguyen and joining me is one of my

20      attorneys, Trevor Gillum.

21 BY MR. FREEDMAN

22      Q.   Mr. Nguyen, in the litigation we have pending

23 against you in the Western District of Washington you

24 submitted two declarations.  Do you recall that?

25      A.   Yes.

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                        219

1        Q.   The second one in particular I would like to

2   bring to your attention you submitted on May 6th and I'm

3   going to share that with you.  Do you recall that

4   declaration?

5        A.   Generally.

6        Q.   Do you see that declaration?  Excuse me, do

7   you see that declaration on the screen now?

8        A.   I do.

9             MR. FREEDMAN:  Let's mark this declaration as

10        Exhibit 1 to the deposition.

11             (Plaintiff's Exhibit No. 1 was

12             marked for identification.)

13   BY MR. FREEDMAN

14        Q.   I am going to -- let me know if you want to

15   look at any particular area of it but I would like to

16   direct your attention to the end of it.  All right?

17        A.   Yes.

18        Q.   So in paragraph 23 you said that you first met

19   Dr. Wright in September of 2016 and you said that you

20   only have limited knowledge of Mr. Kleiman or Dr.

21   Wright's relationship with Mr. Kleiman based on

22   information you read on line and only a few

23   conversations with Dr. Wright in which Mr. Kleiman was

24   briefly mentioned.  Do you see that?

25        A.   Yes.  I'm referring to the time period before

1    this lawsuit was filed.

2       Q.   Can you explain to me what is it that Dr.

3    Wright told you about Mr. Kleiman before this lawsuit

4    was filed?  What was stated in the few conversations?

5       A.   I don't remember specifics but I remember the

6    topic of David Kleiman had come up just briefly a few

7    times.  I think, you know, at one point Craig had

8    mentioned that he had help editing the white paper, that

9    Dave Kleiman was a very good friend of his and that Dave

10   Kleiman helped him editing the white paper, talking

11   about the original Bitcoin white paper.

12      Q.   At that time had he mentioned to you also that

13   Dave Kleiman had access to the Satoshi e-mail account?

14      A.   I'm sorry, could you repeat that question?

15      Q.   Was that the time he mentioned that Dave

16   Kleiman had access to the Satoshi e-mail account?

17      A.   I don't think so.

18      Q.   Then if you go with me, Mr. Nguyen, to

19   paragraph 24 in that same declaration you say "after the

20   Florida lawsuit was filed Dr. Wright and I had

21   communications in which he provided me more information

22   about Mr. Kleiman than he had previously mentioned."  Do

23   you see that?

24      A.   Yes.

25      Q.   What did he provide you with additionally?

Jimmy Nguyen - Volume II   Confidential
May 26, 2020                                221

```
1        A.   Well, this did not occur at any one moment in

2   time.  It occurred over a period of time in

3   conversations or discussions about the lawsuit.

4        Q.   Well, why don't you tell me what you recall

5   from those periods of times?

6        A.   I would say that, you know, we discussed Dave

7   Kleiman -- what Craig's relationship was with Dave.

8   Obviously I hadn't read the complaint in the lawsuit so

9   I think we discussed whether or not any of the just in

10  general I didn't go into specific allegations with Craig

11  but we discussed the nature of the lawsuit and obviously

12  the lawsuit involved allegations about Craig's

13  relationship with Dave.

14            So I asked him general questions about, you

15  know, how did you work with him and we talked about

16  things such as what was the nature of Dave Kleiman's

17  involvement in helping Craig with Bitcoin.  Those kinds

18  of things.
```

Hearsay

```
19       Q.   Okay.  How did he say that he worked with Dave

20  Kleiman?

21       A.   Very similar to what I testified before which

22  is that Dave he said -- let me back up.  Basically Craig

23  said he was the primary creator, inventor, architect of

24  Bitcoin.  It had been his life's work.  That he had been

25  working on it for many, many years before the Bitcoin
```

Hearsay

1    white paper became public to the world in different

2    forms and many years attempts to create some form of

3    digital currency or electronic cash that was available

4    before.

5            This is something he worked on for many years

6    as his life's work.  He did not reach out to many people

7    about it.  He did reach out to Dave Kleiman because Dave

8    was a very good friend of his.  Obviously, you know,

9    knowledgeable I guess about the past attempts to create

10   digital cash and that he asked -- I think he said he

11   sent Dave a copy of the draft of the Bitcoin white paper

12   and he asked him to help edit it which I believe Craig

13   said Dave did and then I'm just trying to remember

14   points in time here.

15           Then he said that there were several other

16   people who provided Craig some assistance related to

17   Bitcoin in his early days and -- and that's kind of sort

18   of the start of the conversations we had.

19      Q.   Okay.  Well, can you tell me more than just

20   the start of them?  What else did he tell you?

21      A.   It's been a while.  Trying to remember the

22   points in time here.  At some point we had conversations

23   about whether he had been to Florida because I think in

24   the beginning of the case there were questions about the

25   extent of Craig's contact with Florida.  So I remember

Hearsay

Hearsay

1   discussing that with Craig.

2           I think he said the last time and maybe the

3   only time he had been to Florida was actually to visit

4   Dave Kleiman a number of years ago.  We did discuss that

5   but I don't think we got any details about the nature of

6   the visit.

7           At one point Craig told me that he was, you

8   know, very upset that Dave had not told him how sick

9   Dave was in the final period of his life and that when

10  Craig found out that Dave passed away that was very

11  heartbreaking for Craig because Craig doesn't have a lot

12  of close personal friends and Dave was one of them.  So

13  I think he discussed the fact that he wished he had

14  known Dave was as ill as he was.  I don't know what he

15  would have done differently reached out to him.  He was

16  upset about learning about Dave's death.

17      Q.   You mentioned earlier that Craig said -- Dr.

18  Wright said that other people had helped him with the

19  Bitcoin white paper as well.  Did he tell you who those

20  people were?

21      A.   I didn't say that necessarily people helped

22  Craig with the Bitcoin white paper.  I don't recall him

23  mentioning other people who he said helped him with the

24  editing of the white paper.  I think he only mentioned

25  Dave Kleiman in that regard.  I know he mentioned Hal

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    224

1    Finney as someone who had some type of input and -- I

2    cannot remember the name sitting here.

3         Q.   Did he ever mention Dave's -- Dave helping him

4    with the coding of the Bitcoin client?

5         A.   I don't recall.

6         Q.   What did he tell you about Dave's access to

7    Satoshi Nakamoto each e-mail accounts?

8         A.   At some point Craig and I discussed the topic

9    of the online posts and these online forums that Satoshi

10   Nakamoto had communicated to people interested in

11   Bitcoin about as well as I think there was an e-mail

12   address and I asked Craig who was writing the responses

13   and Craig said that he wrote a lot of the responses but

14   there were some that Dave wrote.

15        Q.   Did you ask him for any more specifics about

16   who drafted what?

17        A.   No.

18        Q.   Does the e-mail account Satoshi@Vistamail.com

19   ring a bell?

20        A.   I know there is a Satoshi or was a Satoshi

21   account.  I don't recall the domain associated.

22        Q.   Has Dr. Wright's story about Dave's

23   participation remained the same throughout beginning of

24   your conversations with him until today or has that

25   evolved over time?

Hearsay

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                                    225

Hearsay

1     A.   I would say from what he told me it was very

2 consistent.

3     Q.   So Mr. Nguyen, Dr. Wright got served with this

4 lawsuit in early February of 2018 or February of 2018

5 and you said that he then reached out to you.  Do you

6 recall that?

7     A.   Correct.

8     Q.   What did he say?

9     A.   I am being sued.  I think he was frustrated,

10 upset he was being sued and that at some point he said

11 well, you know, I need to find a lawyer and don't

12 remember the exact words but then the net effect was

13 asking if I could help him find counsel in the United

14 States.

15     Q.   Did he send you a copy of the complaint?

16     A.   I don't know if I got it from him or from the

17 public file.  I remember there was obviously some news

18 coverage of it and I think some news stories had a link

19 to the court files.  I don't recall where I first got a

20 copy of the complaint.

21     Q.   After you reviewed the complaint did you call

22 Dr. Wright to discuss it with him?

23     A.   At some point yes, we had some conversations

24 about it.

25     Q.   Did you ask him if there were any truths to

Jimmy Nguyen - Volume II   Confidential
May 26, 2020                           226

```
 1   the allegations in the complaint?
 2        A.   I did not ask him that question.
 3        Q.   Did you ask him something of that sort or
 4   substance?
 5        A.   Well, I said, you know, what is really this
 6   case about.  What's the dispute about because, you know,
 7   when you read a lawsuit you want to know what the gist
 8   of it is about and what, you know, his general position
 9   is.  Obviously it was a long complaint so we didn't go
10   over all of the particular details but we did discuss
11   the general nature of it.
12        Q.   Did you ask him specifically about the
13   complaint's allegations of a partnership with Dave
14   Kleiman?
15        A.   I don't know if I asked him that question.  I
16   know we did discuss --
17        Q.   You broke up, I'm sorry.  Can you say that
18   again?
19        A.   I don't know that I asked him that specific
20   question but we did discuss the topic.
21        Q.   Did he concede that there was a partnership
22   between him and Dave Kleiman?
23        A.   No.
24        Q.   Did he say that he had ever previously
25   referred to Dave Kleiman as his partner?
```

```
1        A.   No.

2        Q.   Did he say there was no partnership between

3   him and Dave Kleiman?                     Hearsay

4        A.   Yes.

5        Q.   Did you ask him how he was going to prove

6   that?

7        A.   No, I don't think I asked him that question.

8        Q.   Did you tell anybody else about the moment --

9   strike that.  Did you tell Calvin Ayre about the lawsuit

10   when Craig reached out to you?

11       A.   I don't know if I told Calvin or he had

12   already known about it.  Obviously there was people who

13   learned quickly about the lawsuit through some of the

14   media.

15       Q.   What were Calvin's comments when you finally

16   talked to him about the lawsuit was finally known to

17   both of you?

18       A.   I think his first lawsuit was -- I think

19   Calvin's first general response was, you know, well,

20   this lawsuit does not seem nice but he -- it's a matter

21   between Craig and someone from his past.  I think

22   Calvin's main response to me was focused on the fact

23   that the lawsuit was premised on Craig being involved in

24   or driving the creation of Bitcoin and therefore

25   actually being Satoshi Nakamoto because at the time and
```

1    still today there's this big question among the minds of

2    many people particularly in the digital currency

3    industry about whether or not Craig is Satoshi Nakamoto

4    creator of Bitcoin.

5              So Calvin's main response about the lawsuit

6    any time I had communications with him about it were

7    really focused on the fact that well, doesn't this

8    lawsuit the whole foundation require people to accept

9    that Craig is involved in the creation of Bitcoin as

10   Satoshi Nakamoto because that's what Craig says and the

11   Kleiman estate's lawsuit says both were involved in the

12   creation of Bitcoin so both sides essentially in the

13   lawsuit agree he was involved in the creation of

14   Bitcoin.  That was Calvin's sort of main reaction to it.

15        Q.   There was no concern over liability?

16        A.   Liability to who?

17        Q.   To the Kleiman estate.

18        A.   I mean Calvin never expressed that to me.

19        Q.   At some point in time you reviewed the

20   complaint in the action Mr. Nguyen?

21        A.   Sorry, can you repeat that?

22        Q.   At some point in time you reviewed all the

23   complaints in this action; right?

24        A.   I didn't review all of the complaints.  I

25   reviewed the original complaint.  I think at one point I

1    may have done a quick scan of an amended complaint.  I

2    don't know if there was any more than that.

3         Q.   Well, there is a Second Amended Complaint that

4    has the count for civil theft.  Did you see that count

5    in the complaint?

6         A.   I don't think so.

7              MR. FREEDMAN:  I'm going to share with you a

8         copy of the amended complaint that was filed in

9         this case.  Let's mark that as Exhibit B.  Exhibit

10        2, my mistake.  Exhibit 2.

11             (Plaintiff's Exhibit No. 2 was

12             marked for identification.)

13   BY MR. FREEDMAN

14        Q.   I want to bring you Mr. Nguyen down to -- do

15   you recall reading this allegation in the complaint.

16   It's the paragraph 88 of the complaint and it recounts

17   in an e-mail from Ira to Craig on Saturday March 1st

18   2014 saying "just to clarify our thoughts from our

19   previous e-mail in one of the e-mail exchanges between

20   Dave and you you mentioned that you had one million

21   Bitcoins in the trust since you said he had 300,000 as

22   his part I was figuring the other 700,000 is yours; is

23   that correct, Ira."  Then there is a response from Dr.

24   Wright where he responds back to that Ira saying "around

25   that minus what was needed for the company's use."  Do

1    you recall reading this allegation in the complaint?

2         A.   I don't recall either way or not.

3         Q.   Do you recall ever asking Dr. Wright about

4    this e-mail exchange?

5         A.   No.

6         Q.   You would agree with me it seems Dr. Wright is

7    telling Ira that 300,000 of Bitcoin in the trust

8    belonged to him; right?

9              MR. SILVERGLATE:  Object to the form.

10             MR. RIVERO:  Join.

11             THE WITNESS:  I don't have any basis to answer

12        that, what was in Craig's state of mind when he

13        wrote this e-mail.

14   BY MR. FREEDMAN

15        Q.   Just asking how you interpret that language.

16             MR. RIVERO:  Objection.

17             THE WITNESS:  No.

18   BY MR. FREEDMAN

19        Q.   Let's do one more, Mr. Nguyen.  Do you recall

20   this allegation in the complaint paragraph 133 where Dr.

21   Wright sends an e-mail to Louis Kleiman, Ira and Dave's

22   father, saying on February 11, 2014 saying "hello Louis,

23   your son Dave and are two of the three key people behind

24   Bitcoin."  Do you recall seeing this allegation in the

25   complaint?

Jimmy Nguyen -- Volume II  Confidential
May 26, 2020                              231

1      A.   Yes.  I recall some reference to this e-mail.

2      Q.   Did you ever ask Dr. Wright about this e-mail?   `Hearsay`

3      A.   I don't know if we discussed this e-mail in

4   particular in front of us but he did tell me that he had

5   reached out to Dave's father after he learned that Dave

6   passed away to tell him that Dave was involved in

7   helping him with Bitcoin and that Craig wanted to inform

8   Dave's father and his family to save files, hard drives

9   or anything upon which data could be stored because he

10  felt that they would not know Dave had any involvement

11  in Bitcoin and had mined Bitcoin and that he wanted to

12  inform them to preserve any type of data which could

13  hold the private keys or other information to Dave's

14  Bitcoin because he wanted to be able to help them access

15  Dave's Bitcoin.

16       So he did discuss that and I think he did say

17  it was -- he sent an e-mail about it and this looks to

18  be the e-mail.  I don't recall whether I sat with Craig

19  and went over this particular e-mail.

20      Q.   Did you ask Craig why he didn't expect the

21  Kleiman family to know about Dave's Bitcoin?

22      A.   No, I don't think I asked him.

23      Q.   After you read through the complaint you must

24  have seen the allegations of W&K Info Defense Research?

25      A.   I saw allegations about W&K.  I don't recall

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                              232

1    the other company you just mentioned.

2        Q.   It's one and the same.  The plaintiff's name

3    is W&K Info Defense Research, LLC but in shorthand

4    referred to as W&K.  It's quite a mouthful.  Do you

5    recall asking Dr. Wright about W&K?

6        A.   At some point I did.

7        Q.   Did you ask him who owned W&K?

8        A.   I don't know that I asked that question.

9        Q.   Did you ever hear Dr. Wright talk to you about

10   the ownership in W&K?

11       A.   We did discuss it at some point and I don't

12   remember when that was.  I don't recall when but we did

13   discuss.  I said I don't recall when but we did discuss

14   the topic at some point.

15       Q.   And what did he say about it?          Hearsay

16       A.   I don't remember specifics.  I remember asking

17   whether or not Dave was involved in some company with

18   Craig and I don't remember we discussed specific

19   ownership of it but he told me that he and Dave were

20   trying to submit some projects for consideration to the

21   U.S. government I think it was and that's what the

22   purpose of that company was and that I remember him also

23   discussing there was some issue with when Uyen Nguyen

24   doing something which she didn't have authorization to

25   do or did incorrectly with changing I don't know if it

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    233

 1    was the directors or -- I believe it's an LLC so I don't
 2    know that it has officers but that she changed something
 3    or filed something that she was not supposed to do.
 4         Q.   Did he mention anyone was involved in the
 5    organization, would that be W&K?          Hearsay
 6         A.   At that time this is in 2018.  No, eventually
 7    later he told me that Lynn Wright, his ex-wife, had some
 8    ownership or membership interest in the company.
 9         Q.   Did you ask him why he hadn't told you that
10    years earlier?
11         A.   No.
12         Q.   Did you ask him -- strike that.  Did you get
13    more details about what Uyen Nguyen did that was
14    inappropriate for W&K beyond what you just provided me
15    with?
16         A.   I remember him discussing it but I don't
17    remember the exact details.  I remember telling him not
18    to tell his lawyers.
19         Q.   So the e-mail communication we just looked at
20    from Craig to Louis Kleiman occurred in February of
21    2014.  Do you recall that?
22         A.   That's what it says.
23         Q.   I'll represent to you that's what it says.  Do
24    you know why -- did Craig ever explain to you why he
25    waited from Dave's death in April of 2013 almost a year

```
 1    until February of 2014 to reach out to the Kleiman

 2    estate?

 3              MR. RIVERO:  Object to the form.

 4              THE WITNESS:  No.

 5    BY MR. FREEDMAN

 6         Q.   Did you ever ask him why he waited a year to

 7    reach out to the Kleimans?

 8              MR. RIVERO:  Same objection.

 9              THE WITNESS:  First of all, I don't know that

10         was his first attempt to reach out to the Kleiman

11         family after Dave's death or not but no, I do not

12         remember asking him why he chose what particular

13         time he chose to reach out to them.

14    BY MR. FREEDMAN

15         Q.   You eventually identified Rivero, Mestre as

16    the law firm that should represent Craig Wright; right?

17         A.   That's correct.

18         Q.   About that same time did you identify a law

19    firm that could represent nChain?

20         A.   I did.

21         Q.   What was the law firm you chose to represent

22    nChain?

23         A.   The law firm I'm trying to remember its name

24    at the time.  It's merged since with Day Pitney,

25    P-I-T-N-E-Y.
```

Jimmy Nguyen – Volume II   Confidential
                    May 26, 2020                        235

```
 1          Q.   Are they an American firm?

 2          A.   Yes.

 3          Q.   They have an office in Florida?

 4          A.   Yes.

 5          Q.   Did you make initial contact with Rivero,

 6   Mestre or did Dr. Wright?

 7          A.   I believe I did.

 8          Q.   Who did you talk to?

 9          A.   I believe my first contact was with Andres

10   Rivero.

11          Q.   This was shortly after the lawsuit was filed?

12          A.   I don't remember it was after it was filed or

13   after Craig was served but somewhere in that I think

14   February 2018 timeframe.

15          Q.   Around that time is when you also hired the

16   firm that became Day Pitney to represent nChain?

17          A.   Correct.

18          Q.   What was your initial discussion with

19   Mr. Rivero?

20          A.   I think I sent him the complaint as you would

21   do and asked him to run a conflict check.  Told him the

22   case was about Bitcoin which I knew many lawyers would

23   not particularly -- business litigators would not have

24   experience with yet.  There have not been many

25   significant cases involving Bitcoin or digital currency
```

1   at that time.

2          There are more now and that I asked him to

3   review the complaint and that it was a dispute that

4   involved the creator of Bitcoin, Satoshi Nakamoto, and I

5   think that was sort of the extent of the first contact.

6      Q.   Did there come a time when -- let me ask this.

7   Where did you e-mail Mr. Rivero from, what e-mail

8   account?

9      A.   At the time it would have been I was using

10  nChain Holdings e-mail account.

11     Q.   Did there come a time when you discussed the

12  finances of the law firm with Mr. Rivero?

13     A.   Sorry, did you --

14     Q.   Did there come a time when you negotiated

15  Mr. Rivero's fee for defending this lawsuit?

16     A.   I don't know that I negotiated a fee.  They

17  told me what their hourly rates were.

18     Q.   Did you ask Craig how he -- well, let me

19  strike that.  Let me take one step.  What were the

20  hourly rates approximate range?

21     A.   I don't recall.

22     Q.   $1,000 an hour?

23     A.   No.

24     Q.   $800 an hour?

25     A.   I don't think so.

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    237

1          Q.   $700 an hour?

2          A.   It was in the range of litigation hourly

3    commercial litigation rates I've seen from my own legal

4    career for a good litigation firm in the hundreds of

5    dollars an hour depending on the level of seniority of

6    the lawyer but I don't think anything certainly don't

7    think was $1,000 an hour.  There was you know -- I don't

8    remember the range but it was -- it wasn't unusual from

9    my experience.

10         Q.   Safe to say that it was going to be an

11   expensive endeavor?

12         A.   Yes, litigation especially if it goes deep

13   into a case and goes to trial it could be very

14   expensive.

15         Q.   And did you ask Dr. Wright how he planned on

16   affording paying for this law firm?

17         A.   I don't think I asked him that question.

18         Q.   Did you flag for him that affording the law

19   firm would be an issue?

20         A.   I think he had took up that question himself

21   as I understand it with counsel.

22         Q.   Did you have involvement in negotiating the

23   ultimate fee and retainer that was paid to Rivero,

24   Mestre?

25         A.   Like I said I don't -- I wouldn't say I

1  negotiated it.  I thought the rates were reasonable and

2  they asked for I can't recall if they asked for a

3  retainer.  I would think they did but I remember I

4  didn't think what was requested was unreasonable so I

5  wouldn't say this was any extensive negotiation about

6  it.

7       Q.   Were you involved in the briefing of motion to

8  dismiss?

9       A.   I believe they might have sent me a draft.

10      Q.   Did you comment on the draft?

11      A.   A little bit but I don't recall commenting

12  very much.

13      Q.   Did you review Dr. Wright's affidavit where he

14  swore to have absolutely nothing to do with W&K?

15      A.   I don't remember reviewing them.

16      Q.   When he later told you -- strike that.  During

17  your conversations with Craig did he ever discuss the

18  amount of Bitcoin that he held that was at issue you so

19  to speak in the case?

20      A.   Sorry, could you repeat that question?

21      Q.   Sure.  The Kleiman estate was suing for a lot

22  of Bitcoin.  The complaint says it's not clear exactly

23  how much Bitcoin but estimates around 1.1 million

24  Bitcoin.  Did you ever say Dr. Wright, how much Bitcoin

25  is really at issue?

1        A.    No.  I didn't ask that question.

2        Q.    Did you ask anything -- did you ask anything

3   which facilitated a response from Dr. Wright about the

4   amount of Bitcoin that he had under his control?

5        A.    I don't believe we discussed anything related

6   to the amounts of Bitcoin for quite some time after the

7   lawsuit was filed.

8        Q.    What did he say when he finally said that?

9        A.    I think there was a lot of -- in general it

10  was confusing to me and I think it still is about the

11  amount of Bitcoin but the best understanding I got was

12  that the family trust that Craig had set up holds I

13  believe the number is about 820,000 Bitcoin roughly and

14  that he -- Dave mined Bitcoin separately and that Dave

15  he believed had approximately 300 something thousand

16  Bitcoin that Dave had mined separately and that the

17  dispute was about various schools of Bitcoin.

18       Q.    Did he tell you how he mined the Bitcoin that

19  he claimed were his own?

20       A.    Well, first he was always very clear with me

21  that the Bitcoin was not his own personally; that they

22  were mined by a company of his Wright International

23  Investments and that the company or control of the

24  company was in the family trust.  That's something he

25  repeated very often because it frustrated him when

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                                    240

1    people kept not making the distinction between him and

2    his company Wright International Investments.

3            Then in terms of how he mined he told me

4    anecdotal stories over the years.  The fact that he

5    bought a lot of computers at the time you could do

6    mining -- as opposed to specialized mining.

7        Q.   Mr. Nguyen, you're breaking up.  We lost you

8    there.

9        A.   Shall I start over?

10       Q.   Please.

11       A.   Trying to think.  At some point Craig told me

12   some anecdotal stories of how he was doing mining in the

13   early days.  I know he told me he bought a number of

14   computers and because back then you could mine Bitcoin

15   using more normal computers rather than the specialized

16   mining that sophisticated miners used today.  He had

17   been set up in his home.  I think he also said first

18   mining rigs were set up in kind of like a cow shed in

19   farmland that he had in Australia and that he had to

20   keep the house cool because when you have all of these

21   computing devices it creates a lot of heat.

22           Basically he bought a lot of computers plugged

23   them in various places in his home and his cow shed.

24   Kept them running as you need to do Bitcoin mining.  At

25   one point he told me a funny story about getting mad at

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    241

1  his children because one time they unplugged some of the

2  computing devices he had in the home doing Bitcoin

3  mining to recharge their mobile phones as kids are apt

4  to do and then he got really angry because they were

5  unplugging his Bitcoin mining computers.

6      Q.   Did he say when that was, what year that was?

7      A.   Well, he told me he started Bitcoin mining

8  from the very beginning of Bitcoin block chain because

9  at the very beginning there weren't -- there weren't

10 going to be a lot of people running mining on the

11 network.  He needed to be the first one to start it and

12 to try to attract other people to join.  Otherwise

13 launch Bitcoin network and there will be nobody running

14 mining.  He told me this in the very beginning of

15 Bitcoin block chain which had begun in January of 2009.

16     Q.   He made it clear that part of the reason he

17 was mining in the beginning was to keep Bitcoin working

18 so that other people could join and take part in the

19 Bitcoin community and asset?

20     A.   I don't know that he ever said that but he

21 obviously wanted to, you know this was his life's work.

22 He wanted this system to work.  The system requires its

23 whole premise is not to have one person control the

24 network, to have a global network of nodes that all are

25 participating in the processing of transactions on to

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                                    242

1    the network.  So it required to have more people on it

2    to run the mining nodes and to be able to even send

3    transactions.

4         Q.   You previously testified at your last

5    deposition Mr. Nguyen that Dr. Wright explained the

6    trust to you in the context of this litigation, do you

7    recall that testimony?

8         A.   Yes.

9         Q.   What did he tell you about the trust?

10        A.   That there is more than one or this is where

11   honestly for me there's still a bit of confusion.  I

12   know there's -- there is references to Tulip Trust I and

13   II and I never quite got it clear in my mind whether

14   they were really separate or not.  So we did discuss

15   that and I'll tell you today for me it's still not

16   entirely clear but there is family trust.  He told me

17   that I think the family trust had been set up before

18   even the public launch of Bitcoin in 2009.  That -- what

19   I don't recall is which trust it is in relation to what

20   it's called I guess the Tulip Trust.  That's described

21   in this case.

22             He told me that the -- the trust has control

23   of Wright International Investments, that the Bitcoin

24   that was being mined on the computer devices that he

25   used to start Bitcoin network were mining on behalf of

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                        243

1    Wright International Investments and that now he's also

2    told me that he is not the beneficiary of the trust,

3    that is his family; his wife and kids.

4         Q.   Did he talk to you about where that trust --

5    what country that trust was based in?

6         A.   This is where I have to be I guess careful

7    about which trust we're talking about.  He did tell me

8    there was some trust that predated the public launch of

9    Bitcoin and I don't know if it's the same trust that's

10   in dispute in this case or not.  He did tell me at some

11   point a trust was set up in The Seychelles,

12   S-E-Y-C-H-E-L-L-E-S.

13        Q.   Did he ever tell you he transferred the

14   Bitcoin into an encrypted file?

15        A.   Not in those words.

16        Q.   What did he say?

17        A.   At some point he told me there was an

18   encrypted file and that the information or data needed

19   to one day access the Bitcoin through private keys was

20   part of the information that was contained in this

21   encrypted file.

22        Q.   Did you ask him how that encrypted file came

23   to be?

24        A.   I don't know that I asked him that.  He told

25   me he -- I believe he said he is the one who made the

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    244

1  encrypted file.

2      Q.   Did he tell you why he made the encrypted

3  file?

4      A.   Yes.               Hearsay; foundation; speculation;
                               non-responsive; narrative

5      Q.   Why did he make the encrypted file?

6      A.   Craig's life work as I mentioned was to create

7  Bitcoin.  He wanted it to be an open, honest, digital

8  currency system to improve the world.  To make the

9  monetary system more efficient and because he was an

10 auditor in the past he thinks a lot about transparency

11 of financial information in particular and he believed

12 that creating an open, honest ledger system would be

13 useful to the world to stop fraud, for example like

14 corporate fraud like Enron where people can cheat

15 innocent investors because they have two sets of books

16 that's harder to do if our financial world and

17 transactions are recorded on an open public -- like the

18 Bitcoin block chain was born to be.  That's why Bitcoin

19 white paper uses the word honest I think 15 times across

20 the white paper.

21          Honesty is very important to its philosophy.

22 So he became very upset and distraught when he found out

23 that the first, you know, commercial uses of Bitcoin

24 were for dark marketplace, the Silk Road probably the

25 most well known almost an online marketplace where

Jimmy Nguyen - Volume II   Confidential
May 26, 2020                          245

1   people could buy, sell anything, drugs and very severe

2   harsh drugs like Fentanyl, heroin, could be selling

3   services for illegal activity.  Even assassination

4   attempts.

5           So he learned at some point early I don't know

6   at what point in time the first -- sometime within the

7   first two years of Bitcoin's emergence that people were

8   using Bitcoin to buy and sell things on dark

9   marketplaces like Silk Road and even in the worst one he

10  told me about Hydra and that upset him tremendously.

11          I think he became exceptionally distraught

12  about it to the point where he felt like he had failed.

13  He felt like his vision and purpose for Bitcoin failed

14  because he wanted to create the system to improve the

15  world and instead the first business uses of it were for

16  really bad illegal things including the one thing that

17  bothered him the most was learning that some people were

18  using these marketplaces to try and sell, you know,

19  drugs to children on playgrounds.

20          So he wanted to essentially walk away from

21  Bitcoin and so that's what lead I know this is a long

22  story but that's what lead to why he told me he put

23  things into the encrypted file.

24      Q.   So Mr. Nguyen I appreciate you trying to give

25  a full response there.  Took a lot of time there and not

Hearsay; foundation;
speculation

1    sure I got an answer to my question which was simply why

2    he created the encrypted file.  I understand what he was

3    upset with what happened to Bitcoin but why did he

4    create an encrypted file?            Hearsay; foundation; speculation

5         A.   I'm telling you what he told me.  If you put

6    things in an encrypted file told me why he wanted to

7    make an encrypted file.  He was prepared to walk away

8    from Bitcoin.  He was taking work that he did and access

9    to the information necessary to access the coins to put

10   in this encrypted file he have said at one point he

11   didn't even want anything to do with it any more.

12        Q.   Did he tell you how he would be able to regain

13   access to that encrypted file?

14        A.   He told me that he asked Dave Kleiman to help

15   him distribute key shares that were necessary for

16   accessing the encrypted file and distributing them

17   including the people that Craig instructed Dave not to

18   tell him who was holding it.

19        Q.   Did he say when he should be able to get that

20   encrypted file, those key shares back?

21        A.   I think we had to differentiate between key

22   shares.  This gets confusing and this was part of the

23   conversations I had with Craig to try to understand what

24   key shares we're talking about.  So as I understand it

25   from Craig the encrypted file has an encryption key

1    that's needed to open the file.

2            Within the file there's more layers so there's

3    I think you understand you can open files but that

4    doesn't open everything within the encrypted file.  So

5    he told me that he took the key, private key that's

6    necessary to open at least part of the encrypted file

7    and using Shameer Secret Sharing Schemes with the key

8    into fragments so not sure he said he did it but it was

9    put into fragments so not sure he did it or someone us,

10   Dave Kleiman did it for him but that he asked Dave to

11   help him as his friend and take some of the key slices

12   which are necessary to open the encrypted file and make

13   arrangements for them to be kept safe to have Craig not

14   be told where they are and have measures put in place

15   for them to be returned to not necessarily Craig but to

16   people who could then use it to access the encrypted

17   file.

18       Q.   Did he say when he was supposed to regain this

19   access?

20       A.   Trying to remember if we ever discussed

21   exactly when.  I know at some point we discussed that he

22   believed pieces of -- that were necessary to access at

23   least a layer of the encrypted file should start coming

24   back and he thought late 2019, early 2020.

25       Q.   Did that ever occur?

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    248

 1       A.   I don't know.  I know he told me that pieces

 2  of information started coming back.

 3       Q.   Have you seen a copy of the final Bitcoin list

 4  that Dr. Wright provided to plaintiffs, the copy of his

 5  Bitcoin holdings?

 6       A.   No.

 7       Q.   Have you talked to him about that list?

 8       A.   No.

 9       Q.   Were you involved in filing the Notice of

10  Compliance to the Court?  Do you know what I'm talking

11  about when I say the Notice of Compliance?

12       A.   I think I read there was one filed but no, I

13  was not involved in any of that.

14       Q.   Did you talk to Dr. Wright about that notice

15  of compliance?

16       A.   No.

17       Q.   Have you talked to Rivero, Mestre about that

18  Notice of Compliance?

19       A.   No.

20       Q.   When Dr. Wright was talking to you about the

21  key shares or key slices coming back did he mention the

22  term bonded courier?

23       A.   At some point, yes.

24       Q.   Did you ask him what that meant?

25       A.   Yes, because I have never heard of the phrase

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                      249

1   before.

2        Q.   What did he tell you?

3        A.   He said it's a service provider commonly used

4   in countries like Australia, United Kingdom where you

5   can deposit something it could be a physical thing,

6   package, a letter, program, information with the service

7   that would hold it in safe and carry out instructions

8   for it for example a certain time or when certain

9   conditions are met and he told me it was something he

10  used that was commonly used by lawyers for example in

11  other countries and that's why I had not been familiar

12  with this in the United States and some of those other

13  countries.

14       Q.   Did the name Denis Mayaka ever come up when he

15  was discussing bonded courier?

16       A.   Not when he was discussing the bonded courier.

17       Q.   Did you ask him if he knew which company might

18  have been -- strike that.  Did he say that Dave Kleiman

19  leveraged the bonded courier mechanism to return to get

20  the key slices back to Dr. Wright?

21       A.   He didn't say that.

22       Q.   What did he say?

23       A.   He said generally that he asked Dave to

24  distribute slices of the keys necessary to access the

25  layer of the encrypted file to multiple places and I

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                250

1  asked him well, how would they come back.  And that's

2  when he used the example of the bonded courier as one

3  mechanism for which key fragments could come back in the

4  future then he asked Dave to set up arrangements with

5  people that are service providers like a bonded courier

6  and asked Dave not to tell him who the arrangements were

7  set up with.

8       Q.   When is the first time you heard that Dr.

9  Wright talk about the hacks?

10      A.   I think I may have heard about that before the

11 lawsuit was filed.

Hearsay

12      Q.   What exactly did he say the hacker did?

13      A.   I don't recall him discussing in detail at the

14 time.  I remember him saying that he's had a number of

15 problems with disgruntled then current or former

16 employees of his Australian companies who would he

17 believed get access to their I.T. systems and change

18 documents or create documents that they discovered later

19 that I remember him saying this, you know, affected or

20 learned about it in the context of some of the battles

21 he had with the Australian Tax Office and I'm trying to

22 remember if he ever told me whether there was any hack

23 attempts from people outside or he didn't have a

24 relationship with the company.  I seem to remember

25 having a conversation about that but I do not remember

Jimmy Nguyen - Volume II   Confidential
May 26, 2020                          251

1   the specifics.

Hearsay

2       Q.   Did he give you any specific examples of

3   specific documents that had been hacked?

4       A.   Well, I guess I would characterize it this

5   way.  I don't think documents were hacked.  I think he

6   said his computer systems, his companies had been hacked

7   meaning someone accessed them without authorization and

8   changed documents, data or added things or created

9   things that weren't otherwise supposed to be there.

10           I think he mentioned that someone created the

11  e-mails or altered e-mails and some other documents but

12  I don't recall him telling me anything more specific

13  than that.

14      Q.   Did he ever give you examples of which e-mails

15  had been altered?

16      A.   Not that I can recall.

17      Q.   Did you ever see any evidence to corroborate

18  this hacking story beyond Dr. Wright's telling you that

19  it's happened?

20      A.   Did I see any evidence to corroborate it?  I

21  didn't ask for any.

Hearsay

22      Q.   So you didn't see any evidence to corroborate

23  it beyond Dr. Wright's words that it happened?

24      A.   No, other than his wife Ramona telling me the

25  same thing.

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                                      252

```
 1        Q.   Craig and Ramona, anyone else?

 2        A.   Not that I can recall.

 3        Q.   Did you ever ask him why these hackers that

 4   were disgruntled employees were making changes to

 5   documents that supported his position in front of the

 6   Australian Tax Office?

 7        A.   I don't know that whatever changes were made

 8   supported his position with the Australian Tax Office.

 9   I didn't know the details of what was changed or not

10   changed or added or not added.

11        Q.   Did he tell you that the lawyers acting for

12   his Australian companies quit because they couldn't --

13   stopped working for his companies because there were

14   changes done to documents that supported his position to

15   the Australian Tax Office?

16        A.   No.

17        Q.   Did you ever discuss this hack with Rivero,

18   Mestre?

19        A.   I don't think the topic came up.  I don't

20   recall any detailed discussions about it.

21        Q.   Have you ever communicated about in this

22   lawsuit with Ramona Watts?

23        A.   Yes.

24        Q.   What did she say about the lawsuit?

25        A.   We haven't had extensive conversations about
```

1   it.  Discussed the fact that, you know, it's happening

2   and that it's taking up significant amounts of time.

3   Discussed things such as how it affects scheduling for

4   events or business trips Craig needs to do and

5   scheduling their family needs to do.  She's also

6   discussed with me she thinks the lawsuit is unfounded

7   and that she thinks the lawsuit does not have any merit.

8       Q.   Were you at the hearing where Judge Reinhart

9   issued his sanctions order?

10      A.   I was at the hearing, an evidentiary hearing.

11  I don't think I was at a hearing where an order was

12  issued.

13      Q.   Did you review the -- strike that.  Are you

14  aware that in Judge Reinhart's order which was

15  affirmed -- his factual findings were affirmed by Judge

16  Bloom he found that and I quote "I completely reject Dr.

17  Wright's testimony about the alleged Tulip Trust, the

18  alleged encrypted file and his alleged inability to

19  identify his Bitcoin holdings?"

20      A.   What is the question?

21      Q.   Do you recall reading that or hearing about

22  that finding of Judge Reinhart?

23      A.   I do.

24      Q.   Did you have a discussion with Dr. Wright or

25  Rivero, Mestre or both about those findings?

 1       A.   No.

 2       Q.   Do you recall hearing or reading that Judge

 3  Reinhart found Dr. Wright's story about bonded courier

 4  and trusts being and I quote inconceivable?

 5       A.   I did read that.

 6       Q.   Did you ever discuss that with Dr. Wright?

 7       A.   I didn't discuss with Dr. Wright specific

 8  statements or findings in Magistrate Judge Reinhart's

 9  order.

10       Q.   Did you discuss them with Rivero, Mestre?

11       A.   No.  We discussed generally the order had come

12  down and that Craig and his lawyers disagreed with it

13  but I don't recall discussing specifics of the order.

14       Q.   Did you ever discuss the fact that Judge

15  Reinhart found or just simply the fact that there was

16  credible and conclusive evidence at the hearing that Dr.

17  Wright did not control Tulip Trading Ltd. until 2014?

18       A.   Did I discuss that with who?

19       Q.   With Dr. Wright.

20       A.   No.

21       Q.   Did you ever discuss it with Rivero, Mestre?

22       A.   I don't think so.  Like I said I don't recall

23  discussing any specific portions or statements from the

24  order.

25       Q.   Did you ever see the evidence presented at the

1    hearing which shows Dr. Wright purchasing a shell

2    company from Denis Mayaka in 2014 called Tulip Trading,

3    Ltd?

4          A.   Sorry, what is your question about that?

5          Q.   Have you ever seen the e-mail communication

6    showing Dr. Wright purchasing Tulip Trading in 2014?

7          A.   I don't recall whether I did or not.

8               MR. RIVERO:  Excuse me one moment, apparently

9          I was on mute and so I objected to questions at

10         lines 21 I believe and 24.  I apologize.

11   BY MR. FREEDMAN

12         Q.   Did you ever have discussion with Dr. Wright

13   about why -- did you ever have a discussion with Dr.

14   Wright about how a company he didn't own until 2014 was

15   a beneficiary of a trust document he signed in 2012?

16         A.   I don't think I did.  I know there was -- that

17   was an issue that came up but I don't recall whether I

18   had any specific conversation with him about it.

19         Q.   Did you ever Craig for details on how he knew

20   Dave Kleiman had mined Bitcoin?

21         A.   He told me that he wanted Dave to mine Bitcoin

22   separately so that Dave would be unnamed and having his

23   own Bitcoin.  Just like Craig was doing with his company

24   and told me that I think he said he helped Dave get set

25   up for mining because he wanted Dave to have his own

1  mining.

2      Q.   Did he say how he helped Dave get set up for

3  mining?

4      A.   I don't remember if he went into detail about

5  it.  I have a memory of him talking about telling him

6  what kind of computers he should get.  How to set up the

7  Bitcoin client software.  That type of general memory of

8  that.  Beyond that I don't remember any more.

9      Q.   Did he say he gave Dave any money to mine

10  Bitcoin?

11      A.   No, I don't think so.  I don't recall him ever

12  saying that.

13      Q.   Did he ever say that Dave helped him with his

14  mining operation?

15      A.   No.

16      Q.   I think you recall at your last deposition we

17  saw an interview with Craig had said that his computers

18  were all crashing and Dave had remoted in to help him.

19  Do you recall that?

20      A.   Yes.  Some vague recollection of that.

21      Q.   Do you recall him ever talking about that

22  outside of that interview?

23      A.   No.

24      Q.   Did you ever ask Dr. Wright about what the New

25  South Wales lawsuits he filed against W&K?

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                          257

```
 1        A.   I'm sorry, could you repeat that?
 2        Q.   Sure.  Did you ever ask Dr. Wright about the
 3   New South Wales lawsuits that he filed in Australia
 4   against W&K?
 5        A.   I know there was some lawsuit in Australia
 6   related to W&K.  I don't recall whether they were in New
 7   South Wales.
 8        Q.   Did you ever ask him about those lawsuits?
 9        A.   We had I think a conversation about them at
10   some point about what they were about.
11        Q.   What did he say?
12        A.   You know, I don't remember the specifics of
13   it.  I remember him saying something about the issues in
14   the Florida case had already been decided somehow by a
15   case in Australia and there was already a judgment about
16   it and that Florida therefore wasn't the proper place to
17   litigated those issues.
18        Q.   Did you read the allegations in the complaint
19   that W&K had not been served with process in those
20   cases?
21        A.   I don't recall.  I read the complaint.  I
22   don't remember that particular set of allegations.
23        Q.   Did you ever ask Dr. Wright why he did not
24   serve W&K in those proceedings?
25             MR. RIVERO:  Object to the form.
```

Jimmy Nguyen - Volume II   Confidential
May 26, 2020                           258

1              THE WITNESS:  No.  Because I don't know that

2       he failed to serve W&K in those proceedings.

3   BY MR. FREEDMAN

4       Q.   Did you ask him if he did serve W&K in those

5   proceedings?

6       A.   No, I don't think we discussed it.

7       Q.   Did you ask why he listed his Australian

8   address as the address for service for W&K in those

9   Australian proceedings?

10             MR. RIVERO:  Object to the form.

11             THE WITNESS:  No, I didn't ask him that

12       because I did not -- don't know whether that's true

13       or not.

14   BY MR. FREEDMAN

15       Q.   Did you ask why he listed himself as the

16   Australian director of W&K?

17             MR. RIVERO:  Objection.

18             THE WITNESS:  I didn't ask him that.

19   BY MR. FREEDMAN

20       Q.   Did you ask him whether the W&K proceedings

21   had resulted in a judgment on the merits or simply a

22   consent judgment?

23       A.   I did not ask him that.

24       Q.   Did you ever have that kind of discussion with

25   him?

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                                    259

1     A.   Not that I can recall.  I just know that he

2  said there was a judgment.

3     Q.   Did you ever see an article from Brendan

4  Sullivan a reporter with Modern Consensus recounting a

5  transcript of an interview he did with Craig right after

6  Judge Reinhart entered the sanctions order?

7     A.   I don't know if I saw the article.  I had

8  heard there was one.

9     Q.   In it Dr. Wright is quoted as saying that he

10  could have and I quote "have tanked the market any time

11  in the last ten years and ran away laughing" end quote.

12  Do you recall that quote from Dr. Wright?

13     A.   Like I said I don't recall whether I actually

14  read Brendan Sullivan's article so I don't recall that

15  statement.

16     Q.   Did you ever ask Dr. Wright why he thought he

17  could have tanked the market any time in the last ten

18  years?

19     A.   Well, I didn't ask him that question because I

20  was not aware of a statement like that or that he made

21  it.

22     Q.   Do you ever recall Dr. Wright saying that he

23  has more money than Rwanda?

24     A.   I think he said "your country."  I can recall

25  that statement.

H-R-UP

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    260

1        Q.   He did say "your country" right.  He was

2   talking about Rwanda; correct?

3        A.   I don't know for sure but likely.

4        Q.   He was talking about a nation; correct?

5        A.   We were in Rwanda when he made it.  I'm making

6   an assumption that's what he was referring to.

7        Q.   Did you ever ask him what he meant by "I have

8   more money than your country?"

9        A.   No.

10        Q.   How did you understand that statement?

11        A.   Well, I think I -- Craig sometimes can get

12   upset when he is in public and speaking in public and

13   get frustrated and go off topic on which he was trying

14   to speak so I was at the moment a little more frustrated

15   he wasn't talking about the topic we had planned for him

16   to speak on than statement he made about having more

17   money than a country.

18        Q.   You were there with him so did anybody come

19   over after and ask him about that comment?

20        A.   Not that I heard.

21        Q.   Did -- have you ever come to see what we've

22   referred to in lawsuit as Tulip Trust III that is a

23   trust agreement dated July of 2017?

24        A.   I don't think so.

25        Q.   Have you ever asked Craig about that Tulip

1    Trust III?

2        A.   No.

3        Q.   Craig ever mention to you a Tulip Trust

4    executed in 2017 that revoked all prior trusts?

5        A.   I don't know.  I don't think so.

6        Q.   So there was a time when you were talking with

7    Dr. Wright to help him prepare for this litigation and

8    he told you about Tulip Trust I and Tulip Trust II;

9    right?

10       A.   Not that he told me about Tulip Trust I and

11   II.  I think we talked about the fact that there was a

12   family trust or trusts.  I'm trying to understand what

13   the difference was and one he said predated even his

14   creation of Bitcoin and then -- I don't even know that

15   had a particular name and then in the course of my

16   trying to help him and his lawyers with litigation and

17   the complaint I saw some of the trust documents but it's

18   not as if he sat down and explained here is Tulip Trust

19   I and Tulip Trust II.

20       Q.   So did you see -- would a Tulip Trust III from

21   2017 that revoked all prior instances of the Tulip Trust

22   be consistent be what he told you then?

23       A.   I guess I hadn't seen this other document

24   you're talking about what it says so I'm just -- hard

25   for me to answer the question.

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                                    262

R

1      Q.   Have you seen any Tulip Trust documents?

2      A.   I have seen documents with the reference Tulip

3  Trust on them, yes.  If you're asking me about this 2017

4  document I'm not sure I've seen it.

5      Q.   Have you seen a document with the big picture

6  of a tulip across the front of it?

7      A.   Big picture of a tulip, I don't think so.

8      Q.   Did you ever ask Dr. Wright why there are bit

9  messages between him and Dave Kleiman that predate the

10 existence of bit messages themselves?

11     A.   I did not ask him that.  He explained at one

12 point that the bit message was available earlier than

13 people thought.

14     Q.   Earlier than the creator himself thought?

15     A.   I don't know that he used those words

16 available earlier.  In some form than people believed.

17     Q.   Did you ask Dr. Wright -- sorry, did you ever

18 ask Dr. Wright why he holds the private key to the bit

19 message account he claimed belonged to Dave Kleiman and

20 when I say he let me rephrase that.  Did -- did you ever

21 know prior to me now telling you that Dr. Wright holds

22 the private key to the bit message address he claims is

23 Dave Kleiman's bit message address?

24     A.   No, I never discussed that with him.

25     Q.   Did you ever discuss with Dr. Wright that he

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                            263

 1   holds the private key to the bit message address he

 2   claims belongs to High Secure?

 3        A.   No.  I have not discussed that.

 4        Q.   Did you ever ask Dr. Wright what Dave Kleiman

 5   did with all of his Bitcoin?

 6        A.   No, I didn't ask about that.

 7        Q.   Did he ever tell you what he did with all his

 8   Bitcoin?

 9        A.   Well, I don't think we ever discussed what

10   Dave did with all his Bitcoin.  I think Craig did

11   explain to me that he believed that Dave kept the data

12   necessary to access Dave's Bitcoin on some kind of

13   drives whether it was a thumb drive that Dave always

14   kept close to him or wearing on him and other hard

15   drives or somewhere in his home and that's -- we did

16   discuss that but what Dave actually did with his Bitcoin

17   meaning did he spend it, use it, send it that we never

18   discussed.

19             MR. FREEDMAN:  I'm going to share with you

20        what I believe is Exhibit 3.  This is a copy of the

21        Tulip Trust III we were referencing before.  Have

22        you ever seen this document?

23             THE WITNESS:  No.

24             (Plaintiff's Exhibit No. 3 was

25             marked for identification.)

1  BY MR. FREEDMAN

2      Q.   In your declaration you testified that you had

3  engaged in privileged and confidential communications

4  with Mr. Ayre and Mr. Tarter regarding the litigation in

5  connection with Mr. Ayre's role at Litigation -- do you

6  recall that?

7      A.   Yes.

8      Q.   What were those -- what were the contents of

9  those communications?

10      A.   Well, in general I guess we'll start with

11  Mr. Ayre.  He --

12      Q.   Just clarify not about the discussions you

13  already told me about with Mr. Ayre.  I don't need you

14  to repeat that obviously.

15      A.   Okay.  In general he would ask me periodically

16  about the status in the case.  You know, what's going on

17  and the main conversation I had with him on several

18  times were about the fact that, you know, the case is

19  premised on Craig actually being the creator of Bitcoin

20  and that both the Kleiman estate and Craig agree on that

21  and that should show the outside world that Craig really

22  is Satoshi.  That's the thing I would say I discussed

23  most often with Calvin Ayre.

24      Q.   Would the same go for Mr. Tarter?

25      A.   No.

```
 1        Q.   What were the discussions you had with

 2   Mr. Tarter?

 3        A.   I think I only started discussing the lawsuit

 4   with Ron Tarter in the context of the mediation and

 5   settlement conversations happening in 2019.

 6        Q.   Are you aware that Dr. Wright claims to be

 7   autistic in this litigation?

 8        A.   Well, he claims to be autistic in general, not

 9   just in the context of this litigation.  He is on the

10   spectrum of autism.

11        Q.   Are you aware that he has submitted an expert

12   report from Dr. Amy Glinn stating that he is indeed on

13   the spectrum?

14        A.   I'm aware there is an expert about that.  I'm

15   not aware of the report.

16        Q.   Did you ever talk to Dr. Glinn?

17        A.   No.

18        Q.   Were you involved in decisions to submit an

19   expert report for autism spectrum disorder?

20        A.   No.

21        Q.   Did you discuss your subpoena with Rivero,

22   Mestre, the original subpoena you received?

23        A.   No, I don't think so.

24        Q.   You previously told me that they were the ones

25   that let you know you were being subpoenaed.  Do you
```

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                              266

```
 1   recall that?
 2        A.   I guess it would depend what you mean did we
 3   discuss the subpoena.  At some point I had a discussion
 4   with one of the Rivero, Mestre lawyers about the
 5   deposition.
 6        Q.   What did they say?
 7        A.   This was -- it was a general conversation
 8   about what kinds of topics might come up in the
 9   deposition.
10        Q.   Did Rivero, Mestre advise you not to avoid
11   service of process in this case?
12             MR. SILVERGLATE:  Objection to the form.
13   BY MR. FREEDMAN
14        Q.   Let me change the question.  Did Rivero,
15   Mestre advise you to avoid service of process in this
16   case?
17             MR. SILVERGLATE:  Object to the form.
18             THE WITNESS:  Not at all.
19   BY MR. FREEDMAN
20        Q.   Did Rivero, Mestre let you know that we were
21   seeking to serve you?
22        A.   No.  I think Andres Rivero at one point just
23   said let me know if you're served.
24        Q.   In your declaration you said that you helped
25   Dr. Wright's counsel interpret for him.  Do you recall
```

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                              267

     1   that?

     2        A.   Yes.

     3        Q.   Can you give me examples of what you

     4   interpreted for Rivero, Mestre?

     5        A.   Well, especially when we started talking about

     6   Bitcoin how it worked that whole topic of breaking up

     7   key slices for example with this encrypted file

     8   explaining Bitcoin addresses.  The Rivero, Mestre

     9   lawyers at one point contacted me and said we need your

    10   help because we're having a difficult time communicating

    11   with Craig about this, he is getting frustrated and you

    12   seem to understand this.  Can you get more involved to

    13   help.  I had already been involved more in the

    14   background but they asked me to help explain to them and

    15   to participate in the communications with Craig to make

    16   it easier for him to communicate with them to explain

    17   these issues about the key slices, why he did not keep a

    18   list of Bitcoin public addresses, those kinds of topics.

    19        Q.   What did he say about why he did not keep a

    20   list of his Bitcoin public addresses?

    21        A.   Because it was not necessary at the time in

    22   early in Bitcoin's life and that's not how the Bitcoin

    23   system worked at the time.

    24        Q.   Do you recall a time when Judge Reinhart

    25   ordered Craig to produce all of the trust documents

1    related to the Tulip Trust?

2         A.   No.

3         Q.   Do you recall a time when Craig moved for

4    judgment on the pleadings claiming that there lacked

5    diversity jurisdiction in the case?  Do you know what

6    that word means, diversity jurisdiction?

7         A.   Yes.  I don't know if it was framed as a

8    motion for judgment on the pleadings.  I remember there

9    was a motion to dismiss early in the case on various

10   grounds including some lack of jurisdiction grounds.

11        Q.   Do you recall that after that motion was

12   submitted the cryptocurrency community exposed one of

13   the exhibits as a forgery based on a hidden time stamp

14   in one of the documents?

15             MR. RIVERO:  Object to the form.

16             THE WITNESS:  I wouldn't accept the premise of

17        your question that the cryptocurrency community

18        established the document as forged.

19   BY MR. FREEDMAN

20        Q.   Do you recall that Rivero, Mestre withdrew the

21   exhibit after this occurred?

22        A.   I don't recall that.

23        Q.   Do you recall the incident regardless of

24   whether you agree with my conclusion?

25        A.   I don't recall that specific incident you're

1    referring to.  I know there have been some general

2    online discussions or coverage with people, you know,

3    questioning the validity of some document that -- I said

4    I recall there have been online commentary and coverage

5    about questions raised about the validity of some

6    documents produced in the case.

7          Q.   Have you discussed with Rivero, Mestre

8    allegations that Dr. Wright has submitted forged

9    evidence in this case?

10         A.   I don't recall that.  I mean the topic

11   generally has come up that he's being questioned about

12   the validity of documents and that they would need to be

13   able to explain that, you know, to the Court and at

14   trial.

15         Q.   How were they intending to explain that to the

16   Court and at trial?

17         A.   We discussed that.  We discussed -- they would

18   need to talk to Craig and try to figure out what

19   happened.

20         Q.   Do you recall Judge Bloom denying that motion

21   for judgment on the pleadings and quoting the poet

22   Marman saying "oh, what lead to believe what first we

23   practice to deceive?"

24         A.   I read Judge Bloom's order but I don't

25   remember that quote.

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    270

1    Q.   Did you ever have a discussion with Craig

2  about the fact that now both judges in the case have

3  found him to have misrepresented facts and evidence?

4    A.   No, I did not have discussion with Craig about

5  that.

6    Q.   Were you involved in the preparation of

7  Dr. Wright's May 8th and May 13th declarations that were

8  submitted in the litigation?

9    A.   What year?

10    Q.   2019.

11    A.   Possibly.  I would have to see them.

12    Q.   These were the declarations that were

PK-F

13  submitted in the course of this evidentiary hearing on

14  our motion to compel production of the Bitcoin list.

15    A.   I was involved in reviewing with his lawyers

16  and him declarations around that period of time.  If

17  those are the ones I know he submitted multiple

18  declarations.  I have not been involved in every

19  declaration he submitted so I would have to see them.

20    Q.   Have you investigated to disprove or

21  corroborate the allegations that Dr. Wright has

22  submitted forged evidence in this proceeding?

23    A.   No.

24    Q.   Did you ever discuss retaining a forensic

25  expert to assess the authenticity of documents at issue

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                    271

1   in this proceeding?

2        A.   I don't know if I ever discussed that.  I

3   don't remember the topic came up but I don't remember

4   discussing it specifically.

5        Q.   Are you aware that -- you are aware that Dr.

6   Wright eventually submitted a list of what he claimed to

7   be his Bitcoin holdings; correct?

8        A.   I learned at some point he had submitted that

9   to the Court.

10       Q.   Did you ever discuss that list with him in any

11   way?

12       A.   No.

13       Q.   Would it surprise you to learn that four of

14   the addresses on the list have been spent so four of the

15   block rewards on the coin base transactions identified

16   as Dr. Wright's unlocked in trust have been spent in

17   2019 and 2020?

18       A.   I don't know whether that's true or not so I

19   can't really comment on it.  I have not seen the list or

20   whether any coins were spent or not.

21       Q.   I'll represent to you it's true and so now I

22   would like your reaction to it.  How would that be

23   possible given your understanding of Dr. Wright's trust

24   structure and encrypted file?

25            MR. RIVERO:  Object to the form.

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                  272

```
1            THE WITNESS:  I don't know.  I don't have a
2       basis to answer that.
3   BY MR. FREEDMAN
4       Q.  You don't know how it would be possible for
5   those four addresses to have been spent?
6            MR. RIVERO:  Object to the form.
7            THE WITNESS:  I don't know how it would be
8       possible or not possible.
9   BY MR. FREEDMAN
10      Q.  Are you aware that yesterday morning somebody
11  took 145 of the addresses that appear on the list and
12  signed a message saying in sum or substance Craig
13  Stephen Wright is a fraud and does not control the
14  private keys to the addresses?
15      A.  Not aware of that.
16      Q.  Do you have any idea given the trust structure
17  that Dr. Wright has explained to you how it would be
18  possible for someone to sign 145 -- sign with private
19  keys to 145 of the addresses on his list that he is a
20  fraud and that he does not control the private keys?
21      A.  I mean I could, you know, speculate.  I don't
22  have a specific basis.
23      Q.  Please speculate for me how could someone have
24  done that?
25           MR. SILVERGLATE:  Object to the form.
```

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                              273

```
 1          MR. RIVERO:  Object to the form.
 2          THE WITNESS:  Well, this relates to an issue
 3      Craig has been vocal about in his public commentary
 4      speeches which is that people think control of
 5      private keys is the same as ownership of Bitcoin
 6      but he's been very vocal about trying to state that
 7      even if you have access to the private keys for
 8      Bitcoin or you hold the private keys to Bitcoin
 9      that does not mean -- doesn't prove you're the
10      owner.  It doesn't prove for example in his case
11      whether or not he is the creator of Bitcoin, a lot
12      of people in the Bitcoin want him to sign or do
13      something with private keys in the early Bitcoin
14      blocks.
15          He resisted that because he is trying to make
16      the point that control of keys does not necessarily
17      make you the owner of the coins or in this case
18      trust.
19          So, you know, I don't know what happened but
20      it's possible someone else somehow has access to
21      some private keys that they should not have.
22  BY MR. FREEDMAN
23      Q.   Did Dr. Wright ever tell you he shared the
24  private keys of some of his Bitcoin with someone else?
25      A.   No, he did not.
```

H-PK-R

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                                    274

1        Q.   Did he ever tell you he did not share the

2   private keys of the Bitcoin with someone else?

3        A.   No, he did not tell me either way.  The point

4   I'm making is it's like if I had keys to your house.  It

5   doesn't mean I own your house or control your house or

6   at least lawfully should.  I may have gotten the keys

7   through any manner of ways, I stole them, you lent them

8   to me, someone made a copy and gave them to me.

9            There's a whole variety of scenarios that

10  could be possible.  The point being use of, control of

11  private keys does not necessarily mean the same thing as

12  legal ownership or custody of the Bitcoin or trust

13  assets.

14       Q.   Did you ever ask Dr. Wright if he has

15  received -- strike that.  Was it your understanding that

16  Dr. Wright had seven of the eight key slices necessary

17  to open the encrypted file?

18       A.   I don't know that he had them.  I think among

19  people he knew I had access to.  I believe he would be

20  able to -- had access to seven of the key slices to open

21  and I really need to specify this.  Not the entire

22  encrypted file but a layer or portion of it.

23       Q.   Do you know if that final key slice has been

24  returned to Dr. Wright?

25       A.   I do not.

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                                    275

H-R

1     Q.   Have you asked him if it's been returned to

2     him?

3     A.   No.

H-PK-R-F

4     Q.   Are you aware of the specifics of the

5     arrangement between Dr. Wright and Calvin Ayre for

6     financing this litigation?

7     A.   No.  I testified last time I know that there

8     is some kind of funding arrangement between the two of

9     them but I'm not involved in the specifics of it.

10     Q.   Going back to the encrypted file did Dr.

11     Wright tell you if the private keys to his Bitcoin were

12     in blocks in that encrypted file?

13     A.   No.

14     Q.   So he has the encrypted key -- the -- sorry,

15     strike that.  The private keys to his Bitcoin are not in

16     that encrypted file?

17     A.   It's not the private keys that I understand

18     are in the encrypted file.  It's data that is needed to

19     be able to essentially to generate them.

R

20     Q.   Have you ever seen a family law agreement

21     between Lynn Wright and Dr. Wright?

22     A.   No.

23     Q.   Have you ever seen an operating agreement for

24     W&K that was signed by allegedly Dave Kleiman and Dr.

25     Wright?

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                                    276

1        A.   I don't think so.

2        Q.   Did you ever ask Dr. Wright whether Dave and

3    he collaborated on the creation of intellectual

4    property?

5        A.   I don't think I asked him.

6        Q.   Did you ever -- did Dr. Wright ever talk to

7    you about his work with Dave Kleiman on whether they

8    created any intellectual property?

9        A.    Well, he told me that -- he never told me they

10   create any intellectual property together.  He told me

11   that he helped him in the beginning with, you know,

12   various things related to Bitcoin.  That they -- I think

13   they had some other project they wanted to work on

14   together something related with submitting something to

15   the U.S. government.  And that they in memory of his

16   proposal that had been prepared for that I don't recall

17   there was created any intellectual property together.

18       Q.   Did Dr. Wright ever told you he held back up

19   files for Dave Kleiman?

20       A.   That he held I'm sorry, what?

                                          Hearsay

21       Q.   Back up files for Dave Kleiman.

22       A.   I don't recall.  I have a memory of some

23   discussion of back up files but I don't know whose back

24   up files.

25       Q.   Do you remember about when or the

                                   Incomplete designation

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                          277

1    circumstances of how that conversation occurred?

2         A.   No.

3         Q.   Have you ever discussed Ira Kleiman with Craig

4    Wright?

5         A.   Yes.

6         Q.   What did Dr. Wright say about Ira Kleiman?

7         A.   Well, he has told me that he believes Ira

8    Kleiman is making an unjustified claim in this lawsuit

9    and that there was no partnership between Dave and Craig

10   and that he thinks Ira is trying to just get money he

11   does not deserve.

12        Q.   Did you ever ask why Dr. Wright maintains Dave

13   Kleiman was not his partner when he referred to him as

14   his partner so many times in the past?

15             MR. SILVERGLATE:  Object to the form.

16             MR. RIVERO:  Join.

17             THE WITNESS:  No, I never asked that because I

18        don't know that Craig refers to Dave as his partner

19        many times in the past.

20   BY MR. FREEDMAN

21        Q.   Would it surprise you to learn that Dr. Wright

22   referred to Dave Kleiman as his partner or business

23   partner numerous times in past?

24        A.   I don't really have any reaction to that.

25        Q.   Would that be consistent with what he's told

Hearsay

Hearsay

1    you?

2        A.   Well, he's told me that they had no

3    partnership agreement and that he always when he sets up

4    his companies tries to do so in a form way and that's

5    what, you know, that's what he's done in his Australian

6    companies for example that he never uses partnerships,

7    that Craig always used corporations or other type of

8    legal entities like that more formal than partnerships

9    so in the context we've had these conversations he said

10   I never quote have a business partnership with anyone

11   including Dave Kleiman because that's just not Craig

12   says how he operates.  He would form a corporation or

13   legal entity.

14       Q.   Did he -- did Dr. Wright talk to you about the

15   fact that he and Dave wanted Bitcoin to be successful?

16       A.   I don't know if he ever said something like

17   that.  I know Craig said he wanted Bitcoin to be

18   successful.  Not sure he talked about Dave.

19       Q.   Well, he told you that Dr. Wright -- Dr.

20   Wright told you he wanted Bitcoin to be successful;

21   right?

22       A.   Not in so many words but he said it's his

23   life's work and he wanted to see the Bitcoin network

24   grow to be used by people all over the world.

25       Q.   And he told you that Dave Kleiman helped him

Jimmy Nguyen – Volume II  Confidential
                       May 26, 2020                        279

```
 1   get Bitcoin started, right?
 2       A.   He didn't use the phrase Dave Kleiman helped
 3   him get Bitcoin started.  He said Dave provided some
 4   help in some aspects of Bitcoin such as editing the
 5   white paper.
 6       Q.   So Dave Kleiman helped him launch his life's
 7   work; right?
 8           MR. RIVERO:  Object to the form.
 9           THE WITNESS:  I would not say that.  I don't
10       have a basis to characterize what happened back
11       then.  I was not there.
12   BY MR. FREEDMAN
13       Q.   You told me that it was Craig's life work and
14   that Dave helped him with him it so isn't it safe to
15   logically conclude that Dave helped him with his life's
16   work?
17           MR. RIVERO:  Object to the form.
18           THE WITNESS:  Assisted with aspects of
19       Bitcoin.  How you characterize the nature of that
20       involvement is the relationship between the two I
21       don't have any basis to answer.
22   BY MR. FREEDMAN
23       Q.   It's safe to say that they at least had a
24   common purpose in helping Craig get Bitcoin further
25   along in production, is that fair to say?
```

```
 1              MR. RIVERO:  Objection.
 2              THE WITNESS:  I don't know.  I don't know
 3         exactly what was said between the two of them at
 4         the time.  I only know that Craig has told me Dave
 5         Kleiman was a good friend of his and that he asked
 6         him to help edit the white paper and Dave was
 7         involved in some other aspects of, you know,
 8         Bitcoin in the early days such as responding to
 9         some of the posts as Satoshi.
10              That's pretty much the extent of what I know
11         of their -- what they did together with respect to
12         Bitcoin or not.  I also just know that Craig said
13         he wanted Dave to mine Bitcoin separately for Dave
14         and that he helped Dave get mining set up for Dave.
15    BY MR. FREEDMAN
16         Q.   Have you ever asked Dr. Wright about his
17    conflicting sworn statements in this lawsuit?
18         A.   No.  I don't think so.
19         Q.   Have you ever discussed with Craig the
20    consequences of losing this lawsuit for himself?
21         A.   I don't know that we've discussed it in this
22    manner.
23         Q.   Have you discussed it losing this lawsuit in
24    any manner.
25         A.   I think in any lawsuit talking to someone
```

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                   281

```
 1    about it -- I think he understands the stakes.  I don't
 2    think I needed to discuss with him what happens, you
 3    know, what are the possibilities.
 4         Q.   I'm a little confused Mr. Nguyen because you
 5    submitted a declaration claiming to be a liaison as
 6    necessary to assist in the communication between Dr.
 7    Wright and his lawyers.  This litigation has been going
 8    on for two years.  There's been a lot of submissions and
 9    lot of motions, a lot of depositions but you don't seem
10    to know all that much about the details of the case.
11         MR. SILVERGLATE:  Objection to the form, it's
12         argumentative.
13         MR. RIVERO:  I don't think that was a
14         question.
15    BY MR. FREEDMAN
16         Q.   The question is can you explain to me the
17    apparent contradiction?
18         MR. RIVERO:  Objection.
19         MR. SILVERGLATE:  Same objection.
20         THE WITNESS:  I don't think it's a
21         contradiction at all.  I got involved in the last
22         few months to help with certain things related to
23         the case but not everything.  Honestly a huge
24         amount of litigation activity.  I have a whole
25         other full-time job that is more than full time
```

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    282

1        that takes me around the world quite extensively so

2        I contributed time whether or not I was asked to

3        and on things where my particular knowledge or

4        participation would be helpful but not on

5        everything.

6   BY MR. FREEDMAN

7        Q.   Your submissions in this case Mr. Nguyen said

8   that you are on the litigation team.  Is that not an

9   accurate statement?

10       A.   Sure.  As I said that doesn't mean I have the

11  time or capability to be involved in everything.

12       Q.   Did you ever discuss with Dr. Wright that

13  Judge Reinhart had found his non-compliance with the

14  Court order was willful and in bad faith?

15       A.   I did not discuss that particular finding.  I

16  have discussed the overall order and the effect of it.

17       Q.   Did you ever, you know, look Dr. Wright in the

18  eye and say hey, you have the ability to comply with

19  this order you really should?

20       A.   I asked him not that question.  I asked him do

21  you have -- I think our main focus when I spent a lot of

22  my effort in helping Craig and his counsel were on this

23  topic of being able to provide the list of Bitcoin

24  public addresses for any of his holdings through I guess

25  a time period that was requested which I think was the

```
 1    end of 2013.  So that was my main focus and we discussed

 2    that.

 3         Q.   Did you ever discuss the value of the

 4    intellectual property that Dr. Wright was able to obtain

 5    from W&K?

 6         A.   No.

 7         Q.   Did you ever discuss in the context of your

 8    litigation liaison hat whether or not Craig Wright was

 9    Satoshi Nakamoto?

10            MR. RIVERO:  Just one moment.  I'm going to

11            state an objection but allow the question.

12            THE WITNESS:  We discussed that topic

13            generally outside of the litigation.  I don't

14            recall that we discussed it specifically in the

15            context of the litigation.

16    BY MR. FREEDMAN

17         Q.   In your declaration Mr. Nguyen you said that

18    you are a liaison between Dr. Wright and his lawyers in

19    other legal matters unrelated to the Florida lawsuit.

20    Do you recall that?

21         A.   Yes.

22         Q.   What other legal matters are you a liaison in?

23         A.   Well, I have helped interface with lawyers in

24    let's see there are some -- I think he's had other

25    litigation so some of the defamation cases that he's
```

1    been involved with.  I've had relatively light role in

2    those and there have been -- I think beyond I think non-

3    litigation matters but those are the ones that sort of

4    pop up to mind.

5         Q.   This is the defamation action against Peter

6    McCormack?

7         A.   I actually don't think I've been involved in

8    that case.

9         Q.   Which defamation action were you involved

10   with?

11        A.   I know there's been several others and I've

12   communicated with -- I think there was one with I can't

13   remember I think there was one Vitalik Buterin.  I can't

14   remember one with person called McCormack and I have

15   been involved with communications with related to some

16   other things but those are the main ones that I can

17   remember now.

18        Q.   What was your role there?  What were the

19   context of those discussions?

20        A.   As I said not very extensive.  I think to help

21   keep track of what was going on and a couple times I got

22   involved to explain to the lawyers things such as who

23   all these people were in the industry.  If you're a

24   lawyer coming into this world and trying to understand

25   what the implication of someone calling Craig Wright a

1    fraud who is the one saying this, why does it matter.

2    What's the difference between the competing tasks of

3    Bitcoin.

4            So understanding the industry dynamics and

5    what's driving all of the fighting about this.  Because

6    you're new to the Bitcoin world it may not make sense

7    why are people fighting over Craig and whether he is

8    Satoshi or not and why is this person saying it and this

9    person saying it.

10           So for example yes, I think another one I got

11   involved with was there was a case against Roger Ver and

12   so this educating the lawyers about who all these

13   players are, what their role and stance is in the

14   Bitcoin universe.

15       Q.   Did you have any discussions about the type of

16   evidence that would be supplied in those cases to prove

17   that Dr. Wright really is Satoshi Nakamoto?

18       A.   I knew that Craig was trying to collect

19   evidence to give to the lawyers.  I don't recall that I

20   had any specific conversations about whatever he

21   provided to them.

22           (Plaintiff's Exhibit No. 4 was

23           marked for identification.)

24   BY MR. FREEDMAN

25       Q.   I'm going to share with you Mr. Nguyen what

```
 1   is -- going to mark as four now or is this five.

 2   Exhibit 4 which is a declaration of Dr. Wright this one

 3   is submitted on May 8th of 2019.  We discussed these

 4   briefly and you thought that you were involved in their

 5   drafting.  Now that you have eyes on it can you confirm

 6   that for me?

 7        A.   I don't know that I've seen this one before.

 8   I'm not sure I've seen this one before.  I need to look

 9   at this one.  Could you scroll down to the second page?

10   I don't recognize the header at the top saying

11   confidential.  I don't recall ever seeing a declaration

12   that had that.

13        Q.   This could have been added after you drafted

14   the substance of it?

15        A.   I also don't recall ever seeing a declaration

16   with the address in Vietnam like I'm seeing here which

17   is --

18        Q.   You don't recall this declaration at all?

19        A.   No.  In particular because the bit messages

20   sticking out to me.  I don't recall seeing a declaration

21   especially the address with the different font in

22   Vietnam.

23        Q.   Do you see here where in paragraph 15 of this

24   declaration where Dr. Wright says "from 2011 through

25   2013 I directed staff at High Secured and Signia
```

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                                287

1   Enterprises to acquire Bitcoin on the market and to hold

2   it on behalf of Tulip Trust?"

3       A.   I see the statement in the declaration.

4       Q.   Have you ever heard that from Dr. Wright

5   before?

6       A.   Not specifically that.

7       Q.   Did he say anything to you about High Secured

8   and their acquiring Bitcoin for him?

9       A.   I recall there was a memo that he discussed

10  having Bitcoin acquired that he signed on Liberty

11  Reserve which was an exchange that operated at the time

12  one of the first Bitcoin exchanges that was now being

13  shut down on it.  I recall there being something about

14  High Secured being involved in acquiring some Bitcoin

15  and I don't know it's the same thing but I recall the

16  main thing I discussed with him at one point is that he

17  tried to buy Bitcoin off of Liberty Exchange at one

18  point which was separate and the Bitcoin that his

19  company international investment mined.  It's different

20  pools of Bitcoin.  There's Bitcoin he mined and Bitcoin

21  he bought off of Liberty or excuse me Liberty Reserve

22  the name of the exchange.  I remember him discussing

23  that that led to a bit of a price spike up at one point

24  in time to Bitcoin because he or someone on his behalf

25  was trying to purchase Bitcoin on the exchange.

H-R-PK

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                              288

1        Q.   Did you have -- did you review or did you have

2   nChain's lawyers review the discovery responses in this

3   litigation?

4        A.   Discovery responses from Craig?

5        Q.   Yes.

6             MR. SILVERGLATE:  Can you repeat the question

7        please?

8   BY MR. FREEDMAN

9        Q.   Yes, did you have -- did you or did you have

10  nChain's lawyers review the discovery responses that

11  Craig served in this litigation?

12       A.   Are you talking about written discovery

13  responses I don't think so.

14       Q.   Has nChain provided documents to Dr. Wright

15  for use in this litigation?

16       A.   Not that I know of.

17       Q.   You testified at your last deposition that you

18  did not collect documents from your nChain e-mail

19  address in response to the subpoena; is that correct?

20       A.   That's correct.

21       Q.   Did you ask nChain for your e-mail?

22       A.   Well, as I said the time period going through

23  May 2018 I didn't have access to the mailbox I used at

24  the time and so that's why I didn't provide any e-mails

25  for you.  No, I did not ask nChain to provide e-mails.

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                                289

1        Q.   Has nChain been involved in the discovery

2   process in this litigation at all?

3        A.   I mean I guess that's -- I was involved in the

4   context of being nChain's representative while I was

5   still, you know, had my involvement with nChain and so

6   in that capacity yes, I was also wearing two hats nChain

7   representative and also legal liaison to Craig and his

8   lawyers but beyond that I don't think so.

9        Q.   Why did you not ask nChain for your old

10  e-mails so you can respond to the subpoena?

11       A.   Because that's not my data.

12       Q.   Does Dr. Wright have access to documents at

13  nChain that you believe are relevant to this lawsuit?

14       A.   No idea.  I have no idea because that's -- I

15  haven't seen the extent of discovery request and again

16  that would be nChain's data not Dr. Wright.

17       Q.   You told me earlier you had discussions with

18  Mr. Tarter around the settlement discussions that were

19  taking place in the lawsuit.  Do you recall that?

20       A.   Yes.

21            (Plaintiff's Exhibit No. 5 was

22            marked for identification.)

23  BY MR. FREEDMAN

24       Q.   Do you know before we go there let me just

25  show you one last Exhibit 5.  This is the -- Dr.

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    290

1  Wright's May 13th declaration and I'm going to let you

2  take a look at it.  Do you recall preparing or helping

3  prepare this declaration?

4       A.   I don't recall.  This doesn't look familiar.

5       Q.   So safe to say this was drafted without your

6  input?

7       A.   I don't recall either way.  Like I said it

8  doesn't look familiar.  I can't say I remember seeing it

9  before or was involved.  I don't have a memory of it.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                              291



 1

 2

 3

 4

 5    BY MR. FREEDMAN

 6

 7

 8

 9

10

11

12

13      .

14

15

16

17

18

19

20

21

22

23

24

25

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                          292

 1  ████████████████████████████████████████████████████

 2  ████████████████████████████████████

 3      Q.   Did you ever discuss this lawsuit with Stefan

 4  Matthews?

 5      A.   Yes.

 6      Q.   Have you discussed -- what were the

 7  discussions you had with Stefan Matthews?

 8          MR. SILVERGLATE:  Jimmy, hang on a second.  So

 9      if the discussions with Mr. Matthews in his

10      function as I believe chief executive officer at

11      nChain deals with nChain seeking legal advice then

12      that would be privileged.  So bear that in mind

13      when you're answering his questions.

14          THE WITNESS:  Okay.  Stefan Matthews is

15      chairman, board chairman.

16          MR. SILVERGLATE:  Chairman.

17          THE WITNESS:  In general when a lawsuit was

18      first filed we discussed the fact that the lawsuit

19      was filed, that I was going to help Craig find

20      counsel and then periodically like Calvin Ayre did

21      he asked me what was going on with the lawsuit.

22  BY MR. FREEDMAN

23      Q.   Did you ever discuss any of the developments

24  of the lawsuit with Mr. Matthews?

25          MR. SILVERGLATE:  Again same admonition,

1    Jimmy, if it deals with nChain seeking legal advice

2    in your capacity as nChain's CEO or advisory board

3    chair then that would be privileged.

4         THE WITNESS:  Okay.  So the question is what

5    did I discuss developments in the case?

6         MR. FREEDMAN:  Yes.

7         THE WITNESS:  I think at one point I let

8    Stefan know the motion to dismiss the case on

9    jurisdictional grounds had been denied so the case

10   would be proceeding.  I think several times we

11   discussed the amount of time the case would take up

12   of Craig's time and affect his ability to devote

13   time to the nChain business so we discussed that.

14        I believe that Stefan also told me he had some

15   communications with Ira Kleiman at some point a

16   number of years ago where Stefan tried to offer him

17   some money to resolve the claim I guess to -- it

18   was something related to shareholder interest in

19   one of the Australian companies Craig had been

20   involved with but that had been rejected by Ira and

21   Stefan said that he thought Ira made a mistake

22   doing that and he should have taken the monetary

23   offer and that was I think some of the main things

24   I discussed.

25

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    294

```
 1   BY MR. FREEDMAN
 2        Q.   Do you know how much Stefan offered Ira?
 3        A.   I don't.
 4        Q.   Do you know how involved Mr. Matthews was in
 5   communicating with Ira at that time?
 6        A.   I don't.  I think might have sent e-mails with
 7   him but I don't recall.
 8        Q.   Did Mr. Matthews tell you that he was editing
 9   and helping form the communications that came from
10   Ramona and Craig and that went to Ira?
11        A.   No, he did not tell me that.
12        Q.   You testified in your declaration that you
13   submitted to the Court that you participated in
14   developing defense strategies.  Do you recall that?
15        A.   I don't remember if that was the phrase that
16   was used but the declaration.
17        Q.   Sure.  Let's take a look.  So we are in
18   paragraph 12.  Do you see the declaration in front of
19   you?  Participating in developing defense strategies, Do
20   you see that?
21        A.   Yes.
22        Q.   What do you mean by that?
23        A.   Well, we discussed for example at one point
24   that Craig's position was there was no partnership
25   agreement between Craig and Dave Kleiman and I think at
```

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    295

1   some point I had a conversation with Craig and his

2   lawyers about how they would establish that and in

3   addition we had said most of my time talking about how

4   to respond to the questions about the Bitcoin holdings

5   and Craig's family trust and the argument that's being

6   made that about whether he was able to access them or

7   not.  He had to demonstrate whether he had ability to

8   control the trust or not.  That was kind of main focus

9   of things I discussed.

10       Q.   So how -- what was your ultimate decision

11  during those conversations about how Rivero, Mestre

12  would go about trying to establish that there wasn't a

13  partnership in the case?

14       A.   Well, it wasn't my decision.  Obviously they

15  asked for my input based on what I knew of Craig and

16  early Bitcoin days and the long and short of it is there

17  is no partnership agreement between two and as I

18  mentioned earlier there's no partnership agreement

19  between Craig and Dave Kleiman and Craig's practice has

20  always been to set up companies as far as operations and

21  not use a partnership which is more informal structure.

22  He's always done corporations for example.

23            So we discussed those things.  It wasn't my

24  decision as to what ultimate defense strategy they used

25  or not.  They asked for my input.

1      Q.   During your discussions with Dr. Wright about

2   Dave Kleiman right after the lawsuit was filed did he

3   mention to you that Dave used drugs?

4      A.   Yes.

5      Q.   What did he say about his drug use?

6      A.   Just that he used drugs.  Craig said that Dave

7   used drugs.  I think he might have said Dave might have

8   purchased some drugs off of one of those marketplaces.

9   I'm not sure he said he used Bitcoin or not but those

10  were things I remember him saying.

11     Q.   Did you ask him how he knew that?

12     A.   No.

13     Q.   Did you ask him why that was relevant?

14     A.   No.

15     Q.   Did he say that Dave's -- did he say that Dave

16  used drugs to a point where he was not helpful to Craig

17  any more?

18     A.   At some point I think Craig said that Dave

19  disappeared is not the right word.  He had lost sort of

20  touch with Dave or hadn't heard from him in a while and

21  this may have been when Dave -- I don't know if he was

22  hospitalized or having health conditions and Craig

23  wasn't sure whether drugs contributed to it or not.

24  These medical conditions so Craig did mention that there

25  was a period of time where Dave was I don't know the

1   word is you know not available, not able to be

2   participating or in contact with Craig also.

3        Q.   Did he say when that time period of

4   unavailability was?

5        A.   I don't recall.

6        Q.   But it was your understanding that there was a

7   time period when he was available then not available and

8   then available again?

9        A.   I don't know.

10       Q.   Would you describe during the conversations

11  you had with Rivero, Mestre about how to establish that

12  there was no partnership did you discuss whether or not

13  Craig had followed strict corporate formalities?

14       A.   Sorry, could you repeat that, please?

15       Q.   Did you ever discuss in those communications

16  with Rivero, Mestre and Dr. Wright about whether or not

17  he had observed strict corporate formalities for the

18  rest of his businesses?

19       A.   No.  I don't recall discussing that.

20       Q.   Did you recall in your declaration you

21  testified that you communicated the lawyers' mental

22  impression Dr. Wright facilitated in defense of

23  plaintiff's claims?

24       A.   I don't recall the phrase mental impression.

25       Q.   Let's take a look here paragraph 12 "I

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                                    298

1   therefore acted as a legal liaison between Dr. Wright

2   and his litigation team, participated in developing

3   defense strategies and communicate the lawyers' mental

4   impressions to Dr. Wright facilitate defense to

5   plaintiff's claims."  Do you recall that now?

6        A.   Yes.

7        Q.   What were the mental impressions that you

8   conveyed to Dr. Wright?

9        A.   I think the main thing is the -- Craig's

10  lawyers when they first really reached out to me to get

11  I think they were frustrated with the inability to

12  communicate well with him and understand what he was

13  saying about Bitcoin public addresses, Bitcoin holding,

14  the encrypted file.

15          So then I would go back to Craig and say

16  Craig, they're not understanding you.  However you're

17  communicating this this is, you know, you need your

18  lawyers to understand they're getting frustrated, you're

19  getting frustrated.  This is a conversation I had with

20  many people about Craig and so the main sort of mental

21  impressions I began conveying was that whatever he was

22  doing to communicate explaining information to his

23  lawyers they were not understanding and here are

24  examples of things they were not understanding and we

25  need to do a better job of helping them to understand so

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                                      299

1    they can explain it to the Court.

2         Q.   What particularly did they not understand?

3         A.   I think in the beginning there was confusion

4    of what was meant by the encryption keys, private keys.

5    As we've talked about today the difference between the

6    private key and key slice instances for this encrypted

7    file and then layers within it versus the private keys

8    necessary to spend Bitcoin.

9              So that was one thing I remember having to

10   have multiple conversations between and involving

11   Craig's lawyers to be able to explain to Craig's lawyers

12   were not understanding that at the time.  Pretty sure

13   they do now.  Then we also discussed public addresses,

14   what are they, how are they used in the Bitcoin system

15   and I had to explain to Craig however you're talking

16   about this they're not understanding so we need to

17   clarify this.

18        Q.   Did you eventually clear up with them the

19   issues they were having with private keys?

20        A.   I think over time.  I mean it wasn't just me.

21   There was a lot of conversations, you know, with Craig

22   as well.

23        Q.   Did you ever discuss this lawsuit with Steven

24   Shadders?

25        A.   Yes.

R-H

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                300

 1       Q.   What were the contents of the communication
 2  with Steve Shadders?
 3       A.   I think in the very beginning just casual
 4  conversations.  People at nChain knew the lawsuit was
 5  happening so periodically I might get a question about
 6  what was going on with it.  I would not say very much
 7  other than it's in the process of the Court.
 8            Later I had a more detailed conversation with
 9  Steven about the case when he was asked by Craig to see
10  if he could determine or to determine make probabilistic
11  list of the Bitcoin holdings that Craig's companies
12  would have mined since Craig was very clear about the
13  fact that he was not able at the time to provide a list
14  of the Bitcoin public addresses which you had requested
15  and which the Court had ordered him to provide.
16       Q.   What was that discussion about?
17       A.   I discussed with Steve Shadders the idea Craig
18  had about how he might be able to probabilistically
19  generate a list that was not 100 percent accurate but
20  that would narrow down the field of public address
21  possibilities as much as possible.  I had a conversation
22  with Steve about how we can even do that and we had
23  discussions as to going on the process to try to do
24  that.
25       Q.   Did Mr. Shadders ever let you know that he had

```
1   made a mistake in generating that list?

2       A.   No.

3       Q.   Were you part of the process of identifying

4   the non-marker bite which is one of the criteria that

5   Mr. Shadders identified with Dr. Wright?

6       A.   No, I was not involved in the setting -- I

7   think they tried to explain to me what they were doing

8   and I didn't understand it.  I did not set the criteria.

9       Q.   Did Dr. Wright ever say something to you along

10  the lines of "Dave was a key part of everything that I

11  did?"

12      A.   I don't recall him using that phrase.

13      Q.   Did he say something like that?

14      A.   No.

15      Q.   Did he ever tell you that Dave spoke as

16  Satoshi?

17      A.   He did not use that phrase.

18      Q.   He said something similar though?

19      A.   Well, as I said earlier he told me that

20  Dave -- that there was an online account to which

21  Satoshi Nakamoto posted online messages and communicated

22  to the world on these cryptography focused message

23  boards and that at some times Dave was one of the people

24  along with Craig who posted replies as Satoshi.

25      Q.   Did Dr. Wright tell you anybody else posted
```

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    302

```
 1   replies besides him and Dave Kleiman?
 2        A.   I'm trying to remember that.  I think there --
 3   I can't remember whether he said Hal Finney or anyone
 4   else did but I don't remember exactly.
 5        Q.   There is a -- there is a media transcript of
 6   Dr. Wright where he says that Dave was the nice version
 7   of Satoshi.  Did you ever hear him say something like
 8   that?
 9        A.   I don't think I ever heard Craig say something
10   like that.  I have a vague memory of reading that.
11        Q.   You're part of -- you're part of two different
12   joint defense agreements.  Do either or those joint
13   defense agreements have a provision for the sharing of
14   documents between each other?
15        A.   I think so.
16        Q.   Are you aware of a podcast where Dr. Wright
17   was being interviewed and asked about -- are you aware
18   of a bad crypto podcast entitled "is Craig Wright the
19   real Satoshi" where Dr. Wright was being interviewed?
20        A.   Not that I recall sitting right here.  There
21   were a lot of interviews like I do so hard to remember
22   them all.
23        Q.   Do you recall that after Dr. Wright had been
24   asked whether he claimed to be Satoshi Nakamoto he
25   responded "I also said if you have a partnership and
```

Jimmy Nguyen — Volume II   Confidential
May 26, 2020                                    303

1    someone dies it's no longer a partnership?"

2         A.   I never heard that before.

3         Q.   Did Dr. Wright ever tell you that Dave did all

4    the Bitcoin mining and not him?

5         A.   No.

6         Q.   Would it surprise you to learn that he said

7    that in an e-mail?

8              MR. RIVERO:  Object to the form.

9              THE WITNESS:  I guess I would need to

10        understand what all the Bitcoin mining referred to

11        since there was different Bitcoin mining.

12   BY MR. FREEDMAN

13        Q.   Would it surprise you to -- strike that.  Did

14   Dr. Wright ever tell you that I mined quite a number of

15   Bitcoin and I was with my partner so to speak and all

16   this Dave we mined quite a lot?

17        A.   Repeat that, please.

18        Q.   Sure.  Did Dr. Wright ever tell you that he

19   mined quite "a lot of Bitcoin" and he was quote "with my

20   partner so to speak in all of this Dave we mined quite a

21   lot?"

22        A.   Is your question whether I heard that before?

23        Q.   Or something similar to that from Dr. Wright.

24        A.   I haven't heard that.  As I explained earlier

25   he's told me that Craig through his company mined and

Hearsay

Jimmy Nguyen - Volume II   Confidential
May 26, 2020                                    304

Hearsay

that Dave also mined separately and that one point Craig

said people get confused about this purported number of

1.1 million Bitcoin that Satoshi mined in the public

computer somehow and I think Craig at one point

explained to me that, you know, it's because if you look

the amount Craig mined through his company which is

about 820,000 coins I believe and I believe that Dave

mined 300 something thousand coins separately that's

what people might get this number from but that's been

closest he's said to anything resembles what you just

quoted to me.

        Q.    Did Dr. Wright ever tell you that there was a

trust set up to put a number of Bitcoin that Dave was

mining which was used as a funding mechanism for

research for both him and Mr. Kleiman?

        A.    Sorry, could you repeat that?

        Q.    Sure.  Did Dr. Wright ever tell you that there

was a trust set up to put a number of Bitcoin in that

Dave was mining and that was a funding mechanism for

research that both he and Mr. Kleiman were undertaking?

        A.    No.

        Q.    Did he ever talk to you about him and Dave

creating a trust of some kind together?

        A.    No.

        Q.    Did he ever tell you that him and Dave --

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                          305

1    sorry, did Dr. Wright ever tell you that he and Dave

2    combined assets into any form of account or trust?

3         A.   No.

4         Q.   Did Rivero, Mestre ever call you up with

5    concerns about Dr. Wright committing what appeared to be

6    perjury or submitting what appeared to be forged

7    documents?

8         A.   No, they didn't call me up with concerns

9    saying we're concerned.  They called me up I don't know

10   if they called but we had some communications about the

11   allegations being made by you and your firm that there

12   were documents that were accused to be forged.

13        Q.   So Rivero, Mestre was unconcerned about the

14   perjury allegations?

15             MR. RIVERO:  Object to the form.

16             THE WITNESS:  I can't say what their state of

17        mind is or not.  I can tell you the -- there's been

18        communication about it.

19   BY MR. FREEDMAN

20        Q.   What were the contents of those

21   communications?

22        A.   I don't know that we went into them a lot of

23   detail.  I know we discussed the allegation was being

24   made and that it needed to be responded to especially if

25   the case went to trial that the lawyers need to be able

Jimmy Nguyen -- Volume II  Confidential
May 26, 2020                             306

1    to understand what happened with Craig, understand the

2    documents that were at issue.

3           More for example when there was a difference

4    between an e-mail versus a PDF of an e-mail but metadata

5    is reflected in documents and I mostly said this is, you

6    know, something you're going to have to deal with at

7    trial if this case goes to trial.

8       Q.  Was there any concern at trial that Dr. Wright

9    was actually forging documents in litigation?

10          MR. RIVERO:  Object to the form.

11          THE WITNESS:  I don't know.  I never read

12       anything like that.

13   BY MR. FREEDMAN

14      Q.  Rivero, Mestre never called you up to express

15   concern that Dr. Wright might be actively forging

16   documents in litigation?

17      A.  I don't think so they ever said that.

18      Q.  They never called you up to express concern

19   that he was submitting perjurious testimony in the

20   proceeding?

21      A.  Again I don't think we ever talked about it in

22   that way.  Obviously in any litigation if somebody the

23   other side says they're saying something inconsistent or

24   they think is not honest you have to be able to explain

25   to be able to respond to that.  That's what we talked

1    about.

2        Q.   Was there any discussion as the interpreter

3    for Dr. Wright on how to ensure that he would stop

4    contradicting himself or giving one testimony and then

5    changing it in the future to another?

6            MR. SILVERGLATE:  Object to the form of the

7        question.

8            MR. RIVERO:  Join.

9            THE WITNESS:  So obviously I am not going to

10       accept the premise of your question changing

11       testimony from one form to the other.  One because

12       I wasn't tracking every bit of testimony that was

13       being given in the case in that time and obviously

14       I've seen something as changes to certain documents

15       and things.

16           We didn't really discuss the exact documents

17       themselves.  I was trusting the lawyers would do

18       their job and communicate with Craig to figure out

19       what happened on a particular topic.  We sort of

20       talked about the general topic this is going to

21       need to be dealt with at trial so you're going to

22       have to spend some time with Craig understanding

23       what happened and how his version of the events

24       could be corroborated.

25

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                          308

1   BY MR. FREEDMAN

2        Q.   Let me understand.  Are you saying that you do

3   not believe Craig has contradicted himself under oath in

4   this litigation?

5             MR. RIVERO:  Object to the form.

6             MR. SILVERGLATE:  Object to the form.

7             THE WITNESS:  I can't -- yes, I can't say one

8        way or the other.  I have not read all his

9        testimony.

10  BY MR. FREEDMAN

11       Q.   Did you ever ask Dr. Wright if he had a

12  certain type of document and then he later was able to

13  sign that document?

14       A.   No.  Not that I can recall.

15       Q.   Did you ever hear Dr. Wright refer to Dave

16  Kleiman as his best friend and business partner?

17       A.   I've heard him refer to Dave as his best

18  friend.  I have not heard Craig refer to Dave Kleiman as

19  his business partner.

20       Q.   Did Dr. Wright ever tell you that he and Dave

21  Kleiman with were working on smart contracts?

22       A.   No.

23       Q.   Did he ever tell you that he and Dave Kleiman

24  were working on Bitcoin Exchange?

25       A.   No.

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                    309

1        Q.   Did he ever tell you that or sorry, did Dr.

2    Wright ever tell you that in order to fund his work Dave

3    and him sold code?

4        A.   I'm sorry, they sold what?

5        Q.   Code.

6        A.   I believe he said they had worked on online

7    gambling software and I don't know if they sold it but

8    somehow made money from online gambling related

9    software.

10       Q.   Did Dr. Wright tell you what Dave Kleiman did

11   with regards to that online gaming software?

12       A.   No.

13       Q.   So he never explained what Dave Kleiman's

14   contribution was?

15       A.   No.

16       Q.   There is an e-mail that that Dr. Wright sent

17   that said Dave could edit his way from hell and back.

18   Did he ever say a comment to you about that or something

19   similar to that?

20       A.   Could you repeat that it cut out a little bit

21   during the question?

22       Q.   Sure.  There is an e-mail Dr. Wright has

23   written that said Dave could edit his way through hell

24   and back.  Did Dr. Wright ever make any reference like

25   that about Dave's coding ability to you?

Jimmy Nguyen — Volume II   Confidential
May 26, 2020                                          310

```
 1        A.    No.
 2        Q.    Did you ever discuss Dave's coding ability
 3   with Dr. Wright?
 4        A.    No, I don't think so.
 5        Q.    What about Rivero, Mestre?
 6        A.    No.
 7        Q.    Did Dr. Wright ever tell you Dave could not
 8   code?
 9        A.    No.
10        Q.    Did Dr. Wright ever tell you he believed Dave
11   to be a poor coder?
12        A.    No.
13        Q.    Did Dr. Wright ever tell you that the
14   allegations in the lawsuit were preposterous because
15   Dave could never have coded the Bitcoin protocol or
16   Bitcoin database?
17        A.    No, he did not say that.
18        Q.    Did Dr. Wright ever tell you that the
19   allegations in the lat were preposterous because Dave
20   could not help him due to his drug addiction?
21        A.    He didn't say preposterous.  I think he said
22   taken it way that he told me that Dave had a serious
23   medical condition, that Dave used drugs and that he
24   provided help such as editing the white paper but wasn't
25   available for chunks of time to do the work that was
```

1    involved.  I wouldn't phrase it the way you phrased but
2    he said things that way.
3         Q.   Did he say when Dave Kleiman became
4    unavailable?
5         A.   No.
6         Q.   Would it surprise you to learn that Dr. Wright
7    had submitted a witness statement to the Australian
8    police that says "this is an idea that I had developed
9    with my business partner Dave Kleiman for a period of
10   over a decade?"
11            MR. RIVERO:  Object to the form.
12            THE WITNESS:  No, I have not seen that
13        statement.
14   BY MR. FREEDMAN
15        Q.   I just ask if that would surprise you to hear
16   that, is that inconsistent that Dr. Wright told you
17   since the initiation of this lawsuit?
18            MR. RIVERO:  Objection.
19            THE WITNESS:  I don't know whether it was
20        inconsistent or not.
21   BY MR. FREEDMAN
22        Q.   So there is a world in which it is consistent
23   with Dr. Wright -- let me rephrase that.  There is a way
24   in which the statement that Dr. Wright was Dave
25   Kleiman's partner for over a decade is consistent with

1    his post litigation statements?

2            MR. RIVERO:  Objection.

3            THE WITNESS:  Like I said I haven't seen the

4        statement or the context which it was fully made so

5        it's hard for me to comment about whether it's

6        consistent or not with anything in this case.

7    BY MR. FREEDMAN

8        Q.   So you can't say it's inconsistent with the

9    statements he's made?

10       A.   Like I said --

11           MR. RIVERO:  Objection.

12           THE WITNESS:  Can't say either way and it's

13       hard to comment on statements I haven't seen or the

14       full context in which they are written.

15   BY MR. FREEDMAN

16       Q.   Are you aware that in a media transcript Dr.

17   Wright stated that in response to -- sorry, in response

18   to questions about Satoshi he said "how many people were

19   involved in Satoshi is probably a better question.  That

20   was two of us."  Did he ever say anything like that to

21   you as well?  Take that one step at a time.  Did you

22   ever see that statement anywhere?

23       A.   No.

24       Q.   Has he ever said something like that to you?

25       A.   No.

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                                313

```
 1        Q.   Did Dr. Wright ever explain the Australian Tax
 2   Office proceedings to you?
 3        A.   He's talked about them.  I would not say he
 4   explained them to me.
 5        Q.   Did you ever ask him how Dave Kleiman got
 6   involved with the Australian Tax Office proceeding?
 7        A.   No.
 8        Q.   Did you ever ask him why W&K got involved in
 9   the Tax Office proceedings?
10        A.   No.  I don't know that I'm aware of that.
11        Q.   Did you ever see an unexecuted signed
12   agreement between W&K and Encrypt?
13        A.   No.
14        Q.   When did you first hear about the existence of
15   a liaison privilege?
16        A.   I guess I don't understand how to answer that
17   question.
18        Q.   Were you always aware of a liaison privilege
19   as far as --
20             MR. SILVERGLATE:  Object to the form.
21             THE WITNESS:  In my -- whether you call it
22        liaison or not I know in my past experience when I
23        was a lawyer there were situations where a client
24        had various types of representatives or agents
25        involved in communicating with their lawyers with
```

1          respect to legal matters and those indeed have

2          privilege so not as though I first became aware of

3          anything with the phrase legal liaison.

4               I'm generally aware that courts have found

5          various types representatives and agents on behalf

6          of clients involving the attorney client.

7    BY MR. FREEDMAN

8          Q.   Was the first time you heard of the word

9    liaison privilege when you asserted it in this

10   proceeding?

11              MR. SILVERGLATE:  Object to the form.

12              THE WITNESS:  I wouldn't -- I would say I

13         won't necessarily say try to assert some legally

14         called liaison privilege.  The phrase we use to try

15         to describe the role I was playing and that that

16         was a type of representative of a client.

17              MR. FREEDMAN:  We'll introduce I think we're

18         on Exhibit 6 now, Rick?

19              THE COURT REPORTER:  Correct.

20              (Plaintiff's Exhibit No. 6 was

21              marked for identification.)

22   BY MR. FREEDMAN

23         Q.   Exhibit 6 to the deposition which is Bates

24   defense 159784.  This is an e-mail chain between --

25   forwarded from Craig to John Chesher and bunch of other

1   folks CC to his wife Ramona Watts and it's an e-mail

2   chain between him and Mark Ferrier May of 2013.  Have

3   you ever seen this document?

4        A.   No.

5        Q.   I want you to take a look that the e-mail from

6   Craig to Mark Ferrier on the 23rd of May 2013 here it

7   says "if this works we all win.  I had Dave mine the

8   Bitcoin overseas and all it has cost is sunk.  I cannot

9   miss what I never have."  I have never touched the

10  Bitcoin we created in the overseas trust and companies

11  and what I care about is making something more."  Do you

12  see that?

13       A.   I do see that.  I think it says OS Trust, not

14  overseas trust.

15       Q.   Okay, it says OS Trust, you're correct.  Have

16  you -- is this statement consistent with other

17  statements Dr. Wright has told you about his

18  relationship with Dave Kleiman and their mining of

19  Bitcoin?

20       A.   I don't know because I don't know what Bitcoin

21  he is talking about here.

22       Q.   So it would be consistent with Dr. Wright's

23  statements to you that he did mine some Bitcoin with

24  Dave Kleiman?

25       A.   No, that's not consistent because I never said

1    to you that Craig mined Bitcoin with Dave Kleiman.

2        Q.  He says "the Bitcoin we created in the OS

3    trust and I had Dave mine the Bitcoin overseas" so I'm

4    trying to understand if that's consistent with

5    statements he's made to you that he had Dave Kleiman

6    mine Bitcoin overseas.  Is that consistent with

7    statements he's made in the past?

8        A.  I said I cannot tell from this e-mail which

9    Bitcoin Craig is talking about when he says I had Dave

10   mine the Bitcoin overseas.  It's possible he's referring

11   to the Bitcoin that he -- that Dave separately mined

12   that Craig helped him set up for but that was not

13   jointly mined Bitcoin.

14            It's possible it was Dave's separately mined

15   Bitcoin.  Without knowing the context of this involved

16   in the communication I don't know which Bitcoin he is

17   talking about.

18       Q.  He says "I have never touched the Bitcoin we

19   create in the OS Trust."  So isn't he implying that

20   that's part of his Bitcoin as well?

21       A.  I don't know.  You're asking me to speculate

22   about an e-mail I'm not involved in.

23       Q.  Did Dr. Wright ever tell you that he worked

24   with Dave Kleiman to create autonomous agents in the

25   Bitcoin block?

```
1        A.    Autonomous what?

2        Q.    Agents in the Bitcoin block?

3        A.    No, he never told me that.

4        Q.    Did he ever tell you he was working with Dave

5   Kleiman to create a completely open and malleable form

6   of script-able money?

7        A.    No.

8        Q.    Did Dr. Wright ever tell you that he was

9   working with Dave Kleiman on ways to program and

10  distribute contract using Bitcoin to form agreements

11  with people via the block chain?

12       A.    No.

13       Q.    Did Dr. Wright ever tell you he was working

14  with Dave Kleiman to create Smart Property?

15       A.    No.

16       Q.    Do any of these things sound like projects Dr.

17  Wright has ever talked to you about over the course of

18  the relationship?

19       A.    Well, that he's talked about in general or

20  with respect to Dave Kleiman?

21       Q.    No, just in general.

22       A.    Well, we've talked about Smart Contracts

23  often.  It's a very common topic in the block chain

24  world.

25       Q.    Does nChain have intellectual property that
```

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                           318

1    relates to smart contracts?

2          A.   I'm hearing someone else in the background.

3          Q.   Could you please mute your phone or your line

4    if you're not me or Mr. Nguyen or one of the attorneys

5    defending the deposition.  Does nChain have intellectual

6    property that relate to smart contracts?

7          A.   Yes.

8          Q.   Did you ever discuss that intellectual

9    property with Dr. Wright?

10         A.   Well, it's been a while since I looked at the

11   nChain portfolio so hard to think what we discussed.  At

12   one point we discussed one of -- if there was an

13   application for something related to smart contracts.

14         Q.   Did that intellectual property that nChain

15   owns was it sourced from Dr. Wright or his company?

16         A.   It was invented by Dr. Wright at nChain.

17         Q.   What do you mean by invented by Dr. Wright at

18   nChain?

19         A.   Before Craig moved to London and the nChain

20   business was built up he told me he never had any

21   problems working in Australia about patenting anything

22   or forming -- I'll just start the answer over again.

23              Before Craig moved from Australia to London

24   and the nChain business was set up he told me never had

25   any thought when he was in Australia of creating any

1    patentable inventions or doing work that led to patents.

2            He just said he never even thought about it so

3    the work his Australian companies were doing was now the

4    business model was not attempting to generate patents

5    and there's a big difference between doing general

6    research work and doing work that actually leads to

7    patentable inventions.  Patents are much harder to get

8    and requirements are very specific to determine what is

9    eligible or not.

10           So when we've discussed the concept of smart

11   contracts that is a generally -- a very general topic

12   and a lot of people in the block chain industry are

13   doing.  At one point I learned there was a patent

14   application in the nChain IT portfolio related to

15   something related to smart contracts.  I can't remember

16   exactly what because smart contracts is a very broad

17   concept in the block chain world.  Can't just get a

18   patent on the idea of smart contracts and some very

19   specific implementation that's unique and we discussed

20   that and I remember discussing something it's something

21   he had come up with once he was at nChain.

22       Q.   Did you ask him if Dave Kleiman had anything

23   to do with the creation of that particular patent or the

24   technology -- let's get a clear record.  Did you ever

25   ask him if Dave Kleiman was at all involved in the

1   creation of idea or intellectual property that

2   eventually formed that smart contracts patent?

3        A.   No, I did not ask.

4        Q.   How can you exclude the possibility that it

5   was as a result of a collaboration with Dave Kleiman?

6             MR. RIVERO:  Object to the form.

7             THE WITNESS:  It wasn't relevant to the

8        conversation we were having at the time so I did

9        not ask.

10  BY MR. FREEDMAN

11       Q.   So you can't exclude the possibility then that

12  Dave Kleiman's work did contribute to that patent?

13            MR. RIVERO:  Object to the form.

14            THE WITNESS:  I don't know what Dave Kleiman

15       worked on with Craig or not in any details.  There

16       was no way for me to comment on that.

17  BY MR. FREEDMAN

18       Q.   So it's possible his work did contribute to

19  the patent?

20            MR. RIVERO:  Object to the form.

21            THE WITNESS:  I don't know if it's possible or

22       not possible.  I have no idea specifics what he

23       worked on some seven, eight, nine years ago.

24  BY MR. FREEDMAN

25       Q.   So it's impossible that Dave Kleiman worked --

1   strike that.  It's your testimony that it's impossible

2   that Dave Kleiman's work contributed to the creation of

3   the patent?

4            MR. RIVERO:  Object to the form.

5            THE WITNESS:  I did not -- I said I did not

6        say that.  I said I have no basis on which to

7        comment either way whether it's possible or not

8        possible.

9   BY MR. FREEDMAN

10       Q.   You can't say it's impossible?

11           MR. RIVERO:  Objection.

12           THE WITNESS:  Well, impossibility is a very

13       difficult thing to render an opinion about.  I can

14       tell you that Craig told me that his work on that

15       particular invention happened after he was in

16       London and the nChain business was started up.

17       That would of course be several years after Dave

18       passed away.  Dave passed away in 2013.  Craig did

19       not move to London, I believe, until the end of

20       2015.

21            So on that basis he can tell me the invention

22       that he conceived after he was in London so that

23       would tell me that without even knowing what they

24       actually worked that would not be plausible that

25       Dave Kleiman would have some role in that if Craig

1        did not invent it until at least two years after

2        Dave passed away.

3   BY MR. FREEDMAN

4        Q.   Yes, but that's not what I'm asking.  I'm

5   simply asking whether it is impossible or possible that

6   Dave Kleiman's work contributed to the patent.  Binary

7   question, something is either impossible or possible no

8   matter how remote?

9             MR. RIVERO:  Object to the form.

10            THE WITNESS:  I have no basis whether to say

11        whether something is impossible or possible about

12        what they worked on together.

13            MR. RIVERO:  Now that the answer is done.  I

14        see now the REC symbol up here.  Mr. Freedman, are

15        you recording this Zoom?

16            MR. FREEDMAN:  We are recording the Zoom, yes.

17            MR. RIVERO:  I have objected to this before

18        and I continue to object.  I do not know the basis

19        in the rules what happened.  I don't know the basis

20        in the rules that allows you without notice to

21        record in a Zoom.  It's a different format from the

22        official recording.

23            MR. FREEDMAN:  Mr. Rivero, it is the official

24        recording and been noticed that way.  If you have a

25        problem we can discuss it afterwards.  I am not

Jimmy Nguyen — Volume II  Confidential
May 26, 2020                                    323

1      wasting my time on that.

2            MR. RIVERO:  You're saying this recording is

3      the official recording?

4            MR. FREEDMAN:  Correct.

5            MR. RIVERO:  We will take it up later.

6            MR. FREEDMAN:  Mr. Nguyen, I am sharing with

7      you the defense 01914160 which I believe is Exhibit

8      7, is that correct Mr. Court reporter?

9            THE COURT REPORTER:  Yes.

10           (Plaintiff's Exhibit No. 7 was

11           marked for identification.)

12   BY MR. FREEDMAN

13       Q.   Mr. Nguyen, this is an e-mail from Craig

14   Wright to John Chesher and Andrew Summer and a CC to his

15   wife Ramona Watts.  Have you ever seen that e-mail

16   before?

17       A.   I don't think so.

18       Q.   You asked me to see the statement in context

19   I'm showing you the statement in context I would like

20   you to look at the bottom of the e-mail last line on

21   April 1st 2014 at 10:20 p.m. Dr. Wright said "I was not

22   the person doing the mining, Dave was."  Go ahead and

23   look at that e-mail.

24       A.   I read it.

25       Q.   Do you really believe there is an

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                          324

1   interpretation of this e-mail Dr. Wright is not claiming

2   control over Bitcoin that Dave mined?

3            MR. RIVERO:  Object to the form.

4            THE WITNESS:  Like I said even reading this

5        e-mail I don't know what Bitcoin you're talking

6        about in the e-mail.

7   BY MR. FREEDMAN

8        Q.   But it's pretty clear from this e-mail

9   Dr. Wright had access to Bitcoin that Dave Kleiman

10  mined?

11           MR. RIVERO:  Object to the form.

12           THE WITNESS:  I have no idea.

13           MR. FREEDMAN:  You really have no idea?

14           MR. SILVERGLATE:  Object to the form.

15           MR. RIVERO:  Objection.

16           THE WITNESS:  You're asking me to talk about

17       an e-mail I wasn't involved in from your -- you're

18       asking me to comment -- you're asking me to comment

19       about an e-mail I was not involved in that Craig

20       used before I even knew Craig or even Dave Kleiman.

21       I don't know what Bitcoin they're talking about.

22  BY MR. FREEDMAN

23       Q.   There are talking about Bitcoin; right?

24       A.   Yes.

25       Q.   That Bitcoin Dave did all the mining for;

1   right?

2        A.   I don't know.  As I said earlier Craig's told

3   me Dave mined Bitcoin separately from Craig.  I don't

4   know whether that is what's being discussed here or not.

5        Q.   He says in the e-mail the main thing here is

6   that Dave mined this outside Australia and even if we

7   had managed to screw this somehow lose control of the

8   company still been using overseas rights to Bitcoin.  Do

9   you really Dr. Wright is not claiming ownership or

10  control over this Bitcoin?

11            MR. SILVERGLATE:  Objection, argumentative.

12            THE WITNESS:  I have no basis to answer that

13       question.

14            MR. RIVERO:  Please note my objection to the

15       last question as well.

16  BY MR. FREEDMAN

17       Q.   Mr. Nguyen, Dr. Wright said that; right?

18            MR. RIVERO:  Objection.

19            THE WITNESS:  Well, first of all.  I have to

20       assume he wrote the e-mail.  I don't know what was

21       in his mind at the time.

22  BY MR. FREEDMAN

23       Q.   Do you have any reason to believe he did not

24  write this e-mail?

25       A.   No.  I don't have any reason either way.

Jimmy Nguyen - Volume II  Confidential
                      May 26, 2020                          326

1      Q.   Is this consistent -- is this e-mail

2    consistent with the discussions that you had with Dr.

3    Wright?

4      A.   Well, as I mentioned I can't tell which e-mail

5    he's talking about.  What Bitcoin he is talking about

6    there.  If he is referring to the Bitcoin Dave mined

7    separately which is what Craig always told me that Dave

8    mined Bitcoin separately it would be consistent.  He's

9    saying Dave mined Bitcoin and did it outside of

10   Australia.

11     Q.   Did you ever discuss the potential

12   consequences of losing this lawsuit with Calvin Ayre?

13     A.   You mean if Craig loses the lawsuit?

14     Q.   Yes.

15     A.   I think the topic has come up.

16     Q.   Did you ever discuss the potential

17   consequences of losing this lawsuit -- sorry, strike

18   that.  Why don't you tell me the content of those

19   communications with Mr. Ayre about Dr. Wright losing

20   this lawsuit?

21     A.   Well, we didn't discuss Dr. Wright losing this

22   lawsuit.  Calvin had very repeatedly said to me he

23   believes Craig will win the lawsuit but, you know, I

24   think at one point he said what would happen if he lost.

25   I said the claim is for a partnership between the two of

1  them and there would be a claim to 50 percent interest

2  in the assets of -- that are at issue which is Bitcoin

3  Holdings and intellectual property assets but I said

4  cases like this it's really unclear even if there are

5  rulings what ultimately is the net affect of it but

6  that's what was -- what was in play.

7          Q.   Does nChain have any intellectual property

8  that involves script-able money?

9          A.   That involves what, I'm sorry?

10         Q.   Script-able money.

11         A.   I don't know.

12         Q.   Does nChain have any intellectual property

13  that involves smart property?

14             MR. RIVERO:  One moment.  How does this relate

15         to questions that Mr. Nguyen did not answer on the

16         assertion of privilege in the prior deposition?

17             MR. FREEDMAN:  Mr. Rivero, I don't have time.

18         So you can instruct him not to answer and we can

19         take it up with the Judge if you do.

20             MR. RIVERO:  I'm asking for the basis --

21             MR. FREEDMAN:  I don't have an obligation to

22         give you a basis.  Give the instruction and we'll

23         deal with it afterwards.

24             MR. RIVERO:  No, sir, I need to decide -- I

25         can't instruct Mr. Nguyen, he is not my client.

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                    328

```
 1            MR. FREEDMAN:  Let Spencer make the decision.
 2            MR. RIVERO:  You know this is obviously --
 3       you're obviously beyond the scope but go ahead.
 4            MR. FREEDMAN:  Spencer, can he answer the
 5       question?
 6            MR. SILVERGLATE:  Yes.  I haven't instructed
 7       him not to answer.  I share the same concern.  This
 8       has nothing to do with the questions that he was
 9       instructed not to answer and we're coming up on
10       three hours now.
11            MR. FREEDMAN:  Yep.  Mr. Court reporter, can
12       you please read back the question?
13            (Thereupon, a portion of the record
14            was read back by the reporter.)
15  BY MR. FREEDMAN
16       Q.   Does nChain have any intellectual property
17  that involves smart property?
18            MR. RIVERO:  Objection.
19            THE WITNESS:  I don't know.
20  BY MR. FREEDMAN
21       Q.   Did you ever discuss smart property with
22  Dr. Wright?
23            MR. RIVERO:  Same objection.
24            THE WITNESS:  I don't think so.
25
```

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                              329

```
 1    BY MR. FREEDMAN
 2         Q.   Do you know whether or not Dr. Wright has been
 3    provided with documents pursuant to the joint defense
 4    agreement that you -- well, defense agreements that you
 5    and he have entered into?
 6         A.   I don't think he has.
 7         Q.   Did you and Dr. Wright ever discuss
 8    script-able money?
 9         A.   No.  Not a phrase that was ever used.
10              MR. FREEDMAN:  I need to grab the restroom.  I
11         think we're almost done anyways.
12              MR. RIVERO:  No, sir.  The time is up anyway
13         but we're not taking a break.
14              MR. FREEDMAN:  Mr. Rivero, I'm going to get up
15         and go to the restroom and I would ask --
16              MR. RIVERO:  You have used -- looking at the
17         clock, it's 3:01.  You have used your time and you
18         do this every time.
19              MR. FREEDMAN:  You came on to this call about
20         seven or eight minutes late.  We're going to take a
21         break now, I'm going to use the restroom.  Let's go
22         off the record and we can have the discussion off
23         the record.
24              MR. RIVERO:  Go ahead, do whatever you want to
25         do.
```

Jimmy Nguyen – Volume II   Confidential
May 26, 2020                              330

1           THE VIDEOGRAPHER:  We're off the video record

2      at 7:01 GMT and 3:01 p.m. EST.

3           MR. FREEDMAN:  I'll let you all figure that

4      out when I use the restroom.

5           (Thereupon, a brief recess was taken.)

6           THE VIDEOGRAPHER:  We're back on the video

7      record at 7:08 p.m. GMT, 3:08 p.m. EST.

8   BY MR. FREEDMAN

9      Q.   Mr. Nguyen, when you communicated with

10  Dr. Wright via e-mail about the lawsuit shortly after

11  being sued what e-mail address did you send those

12  communications to?

13     A.   To?

14     Q.   Yes.

15     A.   I don't recall.

16     Q.   Was it an @RCJBR e-mail address?

17     A.   I know he has that but I don't recall if that

18  was that or to his nChain e-mail account.  I think it

19  was he at times was using more of his nChain account.  I

20  don't recall getting e-mails from his personal account

21  until much more recently.

22     Q.   In your last deposition you testified that you

23  acted as an interpreter also between Ramona and Craig.

24  Can you tell me how you acted as an interpreter there?

25     A.   I don't recall that was an interpreter between

1    Ramona and Craig often.  I would -- there were times I
2    would talk with Ramona about situations where Craig was
3    getting frustrating and trying to get him to understand
4    what was happening with court.  What had to be explained
5    which is some of the information we talked about which
6    is the question about the encrypted file or key slices
7    and sometimes she would be involved in whatever the
8    issues was and see if she can do anything to help
9    improve the communication with Craig.
10        Q.   And so she did not understand the trust file
11   and its encryption until you helped her understand it,
12   is that an accurate statement?
13        A.   No, it's not that.  It was as part of the
14   process of trying to help Craig's lawyers understand the
15   background and working with Bitcoin's encrypted file
16   barrier I had conversations with Ramona in trying to get
17   Craig to help explain things better because he like me
18   is good at trying to understand Craig.
19        Q.   Do you believe Mr. Nguyen that if Dr. Wright
20   wins this lawsuit that it will be good for BSV?
21        A.   As I said -- you asked me this question last
22   time.  I think in my view it's irrelevant.
23             MR. RIVERO:  Objection as beyond the scope.
24             MR. FREEDMAN:  I didn't catch that.
25             THE WITNESS:  I said you asked me this

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                              332

1       question last time.  In my view it's irrelevant the

2       outcome of this lawsuit to -- to what happens to

3       the BSV interest.

4  BY MR. FREEDMAN

5       Q.   Mr. Ayre share your viewpoint on that?

6            MR. SILVERGLATE:  Object to the form.

7            MR. RIVERO:  Same.

8            THE WITNESS:  I don't know.

9            MR. FREEDMAN:  I have no more questions.

10      Thank you for coming again, Mr. Nguyen.

11           THE WITNESS:  Thank you.

12           MR. SILVERGLATE:  We'll designate the

13      deposition as confidential subject to

14      de-designations and we don't waive reading.  We

15      will read it.

16           MR. FREEDMAN:  Thank you.

17           THE VIDEOGRAPHER:  Off the video record at

18      7:11 p.m. GMT, 3:11 p.m. EST.

19                  (Witness excused.)

20                  (Deposition was concluded.)

21

22

23

24

25

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                              333

1

2                    CERTIFICATE OF REPORTER

3             THE STATE OF FLORIDA

4             COUNTY OF DADE

5

6        I, Rick Levy, Registered Professional Reporter
     and Notary Public in and for the State of Florida at
7    large, do hereby certify that I was authorized to
     and did report said deposition in stenotype of JIMMY
8    NGUYEN; and that the foregoing pages, numbered from
     212 to 334, inclusive, are a true and correct
9    transcription of my shorthand notes of said
     deposition.

10
         I further certify that said deposition was
11   taken at the time and place hereinabove set forth
     and that the taking of said deposition was commenced
12   and completed as hereinabove set out.

13       I further certify that I am not attorney or
     counsel of any of the parties, nor am I a relative
14   or employee of any attorney or counsel of party
     connected with the action, nor am I financially
15   interested in the action.

16       The foregoing certification of this transcript
     does not apply to any reproduction of the same by
17   any means unless under the direct control and/or
     direction of the certifying reporter.

18
         IN WITNESS WHEREOF, I have hereunto set my hand
19   this 31st day of May, 2020.

20

21   _____

22       Rick Levy, RPR, FPR, Notary Public
         in and for the State of Florida
         My Commission Expires:  12/8/2023
23       My Commission No.:  GG937684

24

25

Jimmy Nguyen – Volume II  Confidential
May 26, 2020                            334

```
 1                    CERTIFICATE OF OATH

 2   THE STATE OF FLORIDA

 3          COUNTY OF DADE

 4

 5      I, Rick Levy, REGISTERED PROFESSIONAL REPORTER,

 6   Notary Public, State of Florida, certify that JIMMY

 7   NGUYEN remotely appeared before me on the 26TH day

 8   of May, 2020 and was duly sworn.

 9

10          Signed this 31st day of May, 2020.

11

12

13

14

15          _____

16          Rick Levy, RPR, FPR
            Notary Public – State of Florida
17          My Commission Expires:  12/8/2023
            My Commission No.:  GG937684

18

19

20

21

22

23

24

25
```

RICK LEVY
Notary Public - State of Florida
Commission # FF 939483
My Comm. Expires Dec 7, 2019
Bonded through National Notary Assn

Jimmy Nguyen - Volume II  Confidential
May 26, 2020                                335

```
 1            E R R A T A   S H E E T

 2   IN RE:  IRA KLEIMAN VS CRAIG WRIGHT

 3   DEPOSITION OF:  JIMMY NGUYEN

 4   TAKEN: 5/26/2020

 5       DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

 6   PAGE #  LINE #   CHANGE              REASON

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   Please forward the original signed errata sheet to
     this office so that copies may be distributed to all
18   parties.

19   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct
20   subject to   any changes in form or substance
     entered here.

21

22   DATE: _____

23

24   SIGNATURE OF
     DEPONENT:_____

25
```

Jimmy Nguyen - Volume II   Confidential
May 26, 2020                                    336

```
 1   DATE:      May 31, 2020

 2   TO:   SPENCER SILVERGLATE, ESQUIRE
           TREVOR GILLUM, ESQUIRE
 3         CLARKE SILVERGLATE, P.A.
           799 Brickell Avenue
 4         Suite 900
           Miami, Florida 33131
 5
     IN RE:     Ira Kleiman vs Craig Wright
 6

 7   Dear Mr. Silverglate:

 8   Enclosed please find the original errata page with
     your copy of the transcript so JIMMY NGUYEN may read
 9   and sign their transcript.  Please have him/her make
     whatever changes are necessary on the errata page
10   and sign it.  Then place the original errata page
     back into the original transcript.  Please then
11   forward the original errata page back to our office
     @1080 Woodcock Road, Suite 100, Orlando, Florida
12   32803.

13   If the errata page is not signed by the witness
     within 30 days after this letter has been furnished,
14   we will then process the transcript without a signed
     errata page.  If your client wishes to waive their
15   right to read and sign, please have him/her sign
     their name at the bottom of this letter and send it
16   back to the office.

17        Your prompt attention to this matter is

18   appreciated.

19   Sincerely,

20   _____
     RICK E. LEVY, RPR
21
     I do hereby waive my signature:
22
     _____
23   JIMMY NGUYEN

24   cc via transcript:  Vel Freedman, Esq.
                         Andres Rivero, Esq.
25   file copy
```

| | | | |
|---|---|---|---|

**Exhibits**

EX 0001 James
Nguyen 5.26.20
  219:10,11
EX 0002 James
Nguyen 5.26.20
  229:9,10,11
EX 0003 James
Nguyen 5.26.20
  263:20,24
EX 0004 James
Nguyen 5.26.20
  285:22 286:2
EX 0005 James
Nguyen 5.26.20
  289:21,25
EX 0006 James
Nguyen 5.26.20
  314:18,20,23
EX 0007 James
Nguyen 5.26.20
  323:7,8,10

**$**

$1,000  236:22
  237:7
$700  237:1
$800  236:24

**0**

01914160
  323:7

**1**

1  219:10,11
1.1  238:23
  304:3
100  300:19
10:20  323:21
11  230:22
12  294:18
  297:25

12:09  215:16
133  230:20
13th  270:7
  290:1
145  272:11,
  18,19
15  244:19
  286:23
159784  314:24
1st  229:17
  323:21

**2**

2  229:10,11
2009  241:15
  242:18
2011  286:24
2012  255:15
2013  233:25
  283:1 286:25
  315:2,6
  321:18
2014  229:18
  230:22 233:21
  234:1 254:17
  255:2,6,14
  323:21
2015  321:20
2016  219:19
2017  260:23
  261:4,21
  262:3
2018  225:4
  233:6 235:14
  288:23
2019  247:24
  265:5 270:10
  271:17 286:3
  291:10
2020  215:16
  247:24 271:17
21  255:10
23  219:18
23rd  315:6
24  220:19
  255:10

26th  215:15
28  216:21

**3**

3  263:20,24
300  239:15
  304:8
300,000
  229:21 230:7
34  218:3
3:01  329:17
  330:2
3:08  330:7
3:11  332:18

**4**

4  285:22
  286:2
408  291:3
4:09  215:16

**5**

5  289:21,25
50  327:1

**6**

6  314:18,20,
  23
6th  219:2

**7**

7  323:8,10
700,000
  229:22
7:01  330:2
7:08  330:7
7:11  332:18

**8**

820,000
  239:13 304:7
88  229:16
8th  270:7
  286:3

**9**

90  215:11

**@**

@RCJBR  330:16

**A**

ability
  282:18 293:12
  295:7 309:25
  310:2
able  231:14
  242:2 246:12,
  19 269:13
  274:20 275:19
  282:23 283:4
  295:6 297:1
  299:11
  300:13,18
  305:25
  306:24,25
  308:12
about  220:3,
  11,22 221:3,
  12,14,15
  222:7,9,23,24
  223:5,16
  224:6,11,15,
  22 225:24
  226:6,8,12
  227:8,9,12,
  13,16 228:3,
  5,6 230:3
  231:2,17,21,
  25 232:5,9,15

| | | | |
|---|---|---|---|
| 233:13 234:18<br>235:22 238:5<br>239:3,10,13,<br>17 240:25<br>242:9 243:4,7<br>244:10<br>245:10,12<br>246:24 248:7,<br>11,14,17,20<br>250:9,10,20,<br>25 252:20,21,<br>24,25 253:17,<br>21,25 254:3<br>255:4,13,14,<br>18 256:4,5,<br>21,24 257:2,<br>8,9,10,13,15<br>260:2,4,15,<br>16,19,25<br>261:8,10,11,<br>24 262:3<br>263:6 264:12,<br>13,16,18<br>265:14 266:4,<br>8 267:5,11,<br>17,19 269:5,<br>11 270:2,4<br>273:3,6<br>276:7,25<br>277:6 278:14,<br>18 280:16<br>281:1,10<br>285:5,12,15,<br>20 287:7,13<br>288:12<br>290:13,16<br>291:8 295:2,<br>3,4,6,11,12<br>296:1,5<br>297:11,16<br>298:13,20<br>299:5,16<br>300:5,9,12,<br>16,18,22<br>302:17 304:2,<br>7,22 305:5,<br>10,13,18<br>306:21 307:1,<br>20 309:18,25 | 310:5 312:5,<br>18 313:3,14<br>315:11,17,21<br>316:9,17,22<br>317:17,19,22<br>318:21 319:2<br>321:13 322:11<br>324:6,16,19,<br>21,23 326:5,<br>19 329:19<br>330:10 331:2,<br>5,6<br>**absolutely**<br>238:14<br>**accept** 228:8<br>268:16 307:10<br>**access**<br>220:13,16<br>224:6 231:14<br>243:19 246:8,<br>9,13 247:16,<br>19,22 249:24<br>250:17 263:12<br>273:7,20<br>274:19,20<br>288:23 289:12<br>295:6 324:9<br>**accessed**<br>251:7<br>**accessing**<br>246:16<br>**account**<br>220:13,16<br>224:18,21<br>236:8,10<br>262:19 301:20<br>305:2 330:18,<br>19,20<br>**accounts**<br>224:7<br>**accurate**<br>282:9 300:19<br>331:12<br>**accused**<br>305:12<br>**acquire** 287:1<br>291:16 | **acquired**<br>287:10<br>**acquiring**<br>287:8,14<br>**across** 244:19<br>262:6<br>**acted** 298:1<br>330:23,24<br>**acting** 252:11<br>**action** 215:21<br>228:20,23<br>284:5,9<br>**actively**<br>306:15<br>**activity**<br>245:3 281:24<br>**actually**<br>223:3 227:25<br>259:13 263:16<br>264:19 284:7<br>306:9 319:6<br>321:24<br>**added** 251:8<br>252:10 286:13<br>**addiction**<br>310:20<br>**addition**<br>295:3<br>**additionally**<br>220:25<br>**address**<br>217:12 224:12<br>258:8 262:22,<br>23 263:1<br>286:16,21<br>288:19 300:20<br>330:11,16<br>**addresses**<br>267:8,18,20<br>271:14 272:5,<br>11,14,19<br>282:24 298:13<br>299:13 300:14<br>**admonition**<br>292:25<br>**advice** 292:11<br>293:1 | **advise**<br>266:10,15<br>**advisory**<br>293:2<br>**affect** 293:12<br>327:5<br>**affected**<br>250:19<br>**affects** 253:3<br>**affidavit**<br>238:13<br>**affirmed**<br>216:6 253:15<br>**affording**<br>237:16,18<br>**after** 220:19<br>225:21 231:5,<br>23 234:11<br>235:11,12,13<br>239:6 259:5<br>260:19<br>268:11,21<br>286:13 296:2<br>302:23<br>321:15,17,22<br>322:1 330:10<br>**afterwards**<br>322:25 327:23<br>**again** 217:7,8<br>218:18 226:18<br>289:15 292:25<br>297:8 306:21<br>318:22 332:10<br>**against**<br>218:23 256:25<br>257:4 284:5<br>285:11<br>**agents** 313:24<br>314:5 316:24<br>317:2<br>**ago** 223:4<br>293:16 320:23<br>**agree** 228:13<br>230:6 264:20<br>268:24<br>**agreement**<br>215:6 260:23<br>275:20,23 |

278:3 294:25
295:17,18
313:12 329:4

**agreements**
302:12,13
317:10 329:4

**ahead** 323:22
328:3 329:24

**all** 215:4,10
216:15 219:16
226:10
228:22,24
234:9 240:20
241:24 256:18
261:4,21
263:5,7,10
266:18 267:25
278:24
281:10,21
284:23 285:5,
12 286:18
289:2 290:25
302:22 303:3,
10,15,20
308:8 315:7,8
319:25 324:25
325:19 330:3

**allegation**
229:15 230:1,
20,24 305:23

**allegations**
221:10,12
226:1,13
231:24,25
257:18,22
269:8 270:21
305:11,14
310:14,19

**alleged**
253:17,18

**allegedly**
275:24

**allow** 283:11

**allows** 322:20

**almost** 233:25
244:25 329:11

**along** 279:25
301:9,24

**already**
227:12
257:14,15
264:13 267:13
291:25

**also** 218:8,9,
10 220:12
232:22 235:15
240:17 243:1
253:5 280:12
286:15 289:6,
7 293:14
297:2 299:13
302:25 304:1
330:23

**altered**
251:11,15

**always** 239:20
263:13 278:3,
7 291:22
295:20,22
313:18 326:7

**am** 215:21
219:14 225:9
290:25 307:9
322:25 323:6

**amended**
229:1,3,8

**American**
235:1

**among** 228:1
274:18

**amount** 216:25
238:18 239:4,
11 281:24
293:11 304:6

**amounts** 239:6
253:2

**Amy** 265:12

**and** 215:4,5
216:6,12,18,
21,23 217:3,
7,10 218:19
219:2,19,22
220:9,20
221:11,15
222:2,10,12,
13,17 223:2,

9,12 224:1,8,
9,12,13
225:5,10,11,
18 226:8,22
227:3,21,24,
25 228:10
229:16,20
230:21,23
231:7,8,11,
16,17,19
232:2,11,15,
18,19,21,22
235:21 236:2,
3,4 237:13,
15,23 238:1
239:10,13,14,
16,23 240:1,
14,19,23
241:4,11,13,
18,19 242:2,
12,13,15
243:1,3,9,18
244:9,11,16,
22 245:1,8,9,
10,13,15,18,
21,25 246:8,
16,22 247:7,
11,12,14,24
249:7,9,11,
12,25 250:1,
6,17,21
251:7,11
252:1 253:2,
4,7,16,18
254:4,12,16
255:9,10,22,
24 256:18
257:15,16
259:10,11
260:12,13,19
261:7,8,10,
13,14,15,16,
18,19 262:9,
19 263:14,15
264:3,4,17,
20,21 265:4
267:9,11,14,
22 269:4,12,
13,16,18,21

270:3,7,16
271:17,21,24
272:11,13,20
274:8,21
275:5,21,24
276:2,15
277:9,10
278:3,4,15,
23,25 279:13
280:5,6,14
281:7,8
282:3,14,16,
18,22 283:1,
18 284:2,11,
14,21,24
285:4,7,8,11,
13 286:4,25
287:1,8,15,
18,20 288:24
289:5,7,15
290:1,10,15,
18,19,20,21
291:15,23,25
292:20
293:12,20,22,
23 294:9,10,
25 295:1,2,5,
15,16,17,19,
20 296:20,22
297:7,16
298:2,3,12,
15,20,23,24
299:6,7,10,15
300:15,22
301:8,21,23
302:1,17,25
303:4,15,19,
25 304:1,4,7,
15,19,20,22,
25 305:1,11,
24 306:5
307:4,13,15,
18,23 308:12,
16,20,23
309:3,7,17,24
310:23 312:12
313:12 314:1,
5,15,25
315:1,2,8,10,

11,18 316:3
317:5,9
318:19,24
319:5,6,8,12,
18,19,20
321:16
322:18,24
323:14,22
325:6 326:9
327:1,3,18,22
328:9 329:5,
7,15,17,22
330:2,23
331:1,3,7,8,
10,11,15
332:14
and/or   215:7
Andres   218:4,
7 235:9
266:22
Andrew   218:10
323:14
anecdotal
240:4,12
angry   241:4
another
285:10 307:5
answer   216:20
230:11 246:1
261:25 272:2
279:21 313:16
318:22 322:13
325:12
327:15,18
328:4,7,9
answering
292:13
any   215:21
216:14 219:15
221:1,9 223:5
224:15 225:25
228:6 229:2
230:11
231:10,12
238:5 246:11
248:13 250:22
251:2,17,20,
21,22 252:20

253:7 254:23
255:18 256:8,
9 259:10,17
262:1 271:10,
20 272:16
274:7 276:8,
10,17 277:24
279:21
280:24,25
282:24
285:15,20
288:24
290:16,23
291:12,15
292:23 296:17
305:2 306:8,
22 307:2
309:24 317:16
318:20,25
320:15
325:23,25
327:7,12
328:16
anybody   227:8
260:18 301:25
anyone   233:4
252:1 278:10
302:3
anything
231:9 237:6
239:2,5 245:1
246:11 251:12
287:7 304:10
306:12 312:6,
20 314:3
318:21 319:22
331:8
anyway   329:12
anyways
329:11
anywhere
312:22
apologize
255:10
apparent
281:17
apparently
255:8

appear   272:11
appearances
217:23 218:2
appeared
305:5,6
application
318:13 319:14
applies
217:14
appreciate
245:24
approximate
236:20
approximately
239:15 291:10
April   233:25
323:21
apt   241:3
architect
221:23
are   215:2,18
216:13 217:18
230:23 235:1
236:2 241:3,
24 244:17
247:12,14
249:9 250:5
253:13 262:8
265:6,11
270:17 271:5
272:10 275:4,
15,18 281:3
282:8 283:18,
22,24 284:3,
16 285:7,13
288:12 289:13
294:17 298:23
299:14
302:16,17
308:2 312:14,
16 319:7,8,12
322:14,16
324:23 327:2,
4
area   219:15
argument
295:5

argumentative
281:12 325:11
around   229:24
235:15 238:23
270:16 282:1
289:18 290:11
arrangement
275:5,8
arrangements
247:13 250:4,
6
article
259:3,7,14
as   215:4
216:6 217:7
219:9 221:16
222:6 223:14,
19 224:1,11
226:25 228:9
229:9,21
232:4 234:15
235:20 237:21
240:6,24
241:3 244:6
246:24 247:11
250:2 253:3
258:8,15
259:9 260:22
261:18 268:7,
13,18 271:16
273:5 274:11
277:13,18,22
279:4 280:8,9
281:5 282:10
284:20,22
286:1 288:22
290:16,23
291:17 292:10
293:2 295:17,
20,24 298:1
299:5,22
300:21,23
301:15,19,24
303:24 304:14
307:2,14
308:16,17,18
310:24 312:21
313:19 314:2
316:20 320:5

325:2,15
326:4 330:23,
24 331:13,21,
23 332:13
**ask** 224:15
225:25 226:2,
3,12 227:5
231:2,20
232:7 233:9,
12 234:6
236:6,18
237:15 239:1,
2 243:22
248:24 249:17
251:21 252:3
256:24 257:2,
8,23 258:4,7,
11,15,18,20,
23 259:16,19
260:7,19
262:8,11,17,
18 263:4,6
264:15 274:14
276:2 277:12
288:21,25
289:9 290:25
296:11,13
308:11 311:15
313:5,8
319:22,25
320:3,9
329:15
**asked** 217:11
221:14
222:10,12
224:12
226:15,19
227:7 231:22
232:8 235:21
236:2 237:17
238:2 243:24
246:14 247:10
249:23 250:1,
4,6 260:25
267:14 275:1
276:5 277:17
280:5,16
282:2,20
290:18,22

292:21
295:15,25
300:9 302:17,
24 323:18
331:21,25
**asking** 225:13
230:3,15
232:5,16
234:12 262:3
316:21 322:4,
5 324:16,18
327:20
**aspects**
279:4,18
280:7 291:23
**assassination**
245:3
**assert** 314:13
**asserted**
314:9
**assertion**
327:16
**assess** 270:25
**asset** 241:19
**assets** 274:13
292:1 305:2
327:2,3
**assist** 281:6
**assistance**
222:16
**Assisted**
279:18
**associated**
224:21
**assume** 325:20
**assumption**
260:6
**at** 215:23
219:15 220:7,
12 221:1
222:22 223:7
224:8 225:10,
23 227:25
228:19,22,25
232:6,11,14
233:6,19
234:24 236:1,
9 238:18,25

240:5,11,24,
25 241:9
242:4 243:10,
17 245:5,6
246:10 247:6,
21,22 248:23
250:13 253:8,
10,11 254:16,
25 255:9
256:16 257:9
260:14 262:11
264:5 266:3,
18,22 267:9,
21,23 269:13,
16 270:25
271:8 274:6
279:23 280:3
281:21 286:9,
10,18,25
287:11,16,17,
23 288:17,23
289:2,12
290:2,14,21
291:11 292:10
293:7,15
294:5,23,25
296:18 299:12
300:4,13
301:23 304:4
306:2,6,8
307:21 312:21
318:10,11,16,
17 319:13,21,
25 320:8
322:1 323:20,
21,23 325:21
326:24 327:2
329:16 330:2,
7,19 331:18
332:17
**attempt**
234:10
**attempting**
319:4
**attempts**
222:2,9 245:4
250:23
**attend** 290:18

**attention**
219:2,16
**attorney**
314:6
**attorney-
client** 215:7
**attorneys**
218:20 318:4
**attract**
241:12
**auditor**
244:10
**Australia**
240:19 249:4
257:3,5,15
318:21,23,25
325:6 326:10
**Australian**
250:16,21
252:6,8,12,15
258:7,9,16
278:5 293:19
311:7 313:1,6
319:3
**authenticity**
270:25
**authorization**
232:24 251:7
**autism**
265:10,19
**autistic**
265:7,8
**autonomous**
316:24 317:1
**available**
215:10 222:3
262:12,16
297:1,7,8
310:25
**avoid** 266:10,
15
**aware** 215:3
253:14 259:20
265:6,11,14,
15 271:5
272:10,15
275:4 302:16,
17 312:16

313:10,18
314:2,4
**away** 223:10
231:6 245:20
246:7 259:11
321:18 322:2
**Ayre** 227:9
264:4,11,13,
23 275:5
292:20
326:12,19
332:5
**Ayre's** 264:5
290:21

**B**

**back** 221:22
229:24 240:14
246:20 247:24
248:2,21
249:20 250:1,
3 275:10
276:18,21,23
279:10 290:10
298:15
309:17,24
328:12,14
330:6
**background**
267:14 318:2
331:15
**bad** 218:13
245:16 282:14
302:18
**barrier**
331:16
**base** 271:15
**based** 219:21
243:5 268:13
295:15
**Basically**
221:22 240:22
**basis** 230:11
272:2,22
279:10,21
321:6,21
322:10,18,19

325:12
327:20,22
**Bates** 314:23
**battles**
250:20
**bear** 292:12
**became** 222:1
235:16 244:22
245:11 311:3
314:2
**because**
216:11 222:7,
23 223:11
226:6 227:25
228:10 231:9,
14 239:25
240:14,20
241:1,4,8
244:9,15
245:14 248:25
252:12,13
255:25 258:1,
12 259:19
267:10,21
273:15 277:17
278:11 281:4
285:5 286:19
287:24
289:11,14
291:2,11
304:5 307:11
310:14,19
315:20,25
319:16 331:17
**been** 216:5
221:24
222:21,23
223:3 235:24
236:9 240:17
242:17
249:11,18
251:3,6,15
257:14,19
267:13 269:1,
4 270:18
271:14,16
272:5 273:3,6
274:23 275:1
276:16 281:7,

8 284:1,2,7,
11,15 286:13
289:1 293:9,
19,20 295:20
296:21 302:23
304:9 305:17
318:10 322:24
325:8 329:2
**before** 216:8
217:24 219:25
220:3 221:21,
25 222:4
242:17 249:1
250:10 263:21
286:7,8 287:5
289:24 290:9
303:2,22
318:19,23
322:17 323:16
324:20
**began** 298:21
**begin** 216:8
**beginning**
222:24 224:23
241:8,9,14,17
276:11 299:3
300:3
**begun** 241:15
**behalf**
215:20,24
216:10,12
217:15 218:7,
9,11,19
242:25 287:2,
24 314:5
**behavior**
218:15
**behind** 230:23
**being** 215:4,
15 225:9,10
227:23,25
242:24 254:4
264:19 265:25
269:11 274:10
282:23
287:12,13,14
289:4 295:5
302:17,19

305:11,23
307:13 325:4
330:11
**believe**
222:12 233:1
235:7,9 238:9
239:5,13
243:25 255:10
263:20 269:22
274:19 289:13
291:8 292:10
293:14 304:7
308:3 309:6
321:19 323:7,
25 325:23
331:19
**believed**
239:15 244:11
247:22 250:17
262:16 263:11
291:14 310:10
**believes**
277:7 326:23
**bell** 224:19
**belonged**
230:8 262:19
**belongs** 263:2
**beneficiary**
243:2 255:15
**besides** 302:1
**best** 239:11
308:16,17
**better** 298:25
312:19 331:17
**between**
226:22 227:2,
21 229:19
240:1 246:21
262:9 275:5,
8,21 277:9
279:20 280:3
281:6 283:18
285:2 294:25
295:17,19
298:1 299:5,
10 302:14
306:4 313:12
314:24 315:2

319:5 326:25
330:23,25
**beyond** 233:14
251:18,23
256:8 284:2
289:8 328:3
331:23
**big** 228:1
262:5,7 319:5
**Binary** 322:6
**bit** 238:11
242:11 262:8,
10,12,18,22,
23 263:1
286:19 287:23
307:12 309:20
**Bitcoin**
220:11
221:17,24,25
222:11,17
223:19,22
224:4,11
227:24 228:4,
9,12,14
230:7,24
231:7,11,14,
15,21 235:22,
25 236:4
238:18,22,23,
24 239:4,6,
11,13,14,16,
17,18,21
240:14,24
241:2,5,7,8,
13,15,17,19
242:18,23,25
243:9,14,19
244:7,18,23
245:8,13,21
246:3,8
248:3,5
253:19
255:20,21,23
256:7,10
261:14 263:5,
8,10,12,16
264:19 267:6,
8,18,20,22
270:14 271:7

273:5,8,11,
12,13,24
274:2,12
275:11,15
276:12
278:15,17,20,
23 279:1,3,4,
19,24 280:8,
12,13 282:23
285:3,6,14
287:1,8,10,
12,14,17,18,
20,24,25
295:4,16
296:9 298:13
299:8,14
300:11,14
303:4,10,11,
15,19 304:3,
13,18 308:24
310:15,16
315:8,10,19,
20,23 316:1,
2,3,6,9,10,
11,13,15,16,
18,20,25
317:2,10
324:2,5,9,21,
23,25 325:3,
8,10 326:5,6,
8,9 327:2
**Bitcoin's**
245:7 267:22
331:15
**Bitcoins**
229:21
**bite** 301:4
**block** 241:8,
15 244:18
271:15 316:25
317:2,11,23
319:12,17
**blocks** 273:14
275:12
**Bloom** 253:16
269:20
**Bloom's**
269:24

**board** 292:15
293:2
**boards** 301:23
**bonded** 248:22
249:15,16,19
250:2,5 254:3
**books** 244:15
**born** 244:18
**both** 227:17
228:11,12
253:25 264:20
270:2 304:15,
20
**bothered**
245:17
**bottom** 323:20
**bought** 240:5,
13,22 287:21
**break** 329:13,
21
**breaking**
240:7 267:6
**Brendan**
259:3,14
**Brenner**
218:10
**brief** 216:9
330:5
**briefing**
238:7
**briefly**
219:24 220:6
286:4
**bring** 219:2
229:14
**broad** 319:16
**broke** 226:17
**BSV** 331:20
332:3
**built** 318:20
**bunch** 314:25
**business**
235:23 245:15
253:4 277:22
278:10 293:13
308:16,19
311:9 318:20,

24 319:4
321:16
**businesses**
297:18
**but** 218:15
219:15 220:5
221:11 223:5
224:13 225:12
226:10,20
227:20 231:4
232:3,12,13,
19 233:2,16
234:11 235:13
237:6,8
238:3,11,23
239:11 241:20
242:16 245:22
246:3 247:3,
8,10,15
248:12 250:25
251:11 254:13
255:17 260:3
261:17 263:16
267:14 269:24
271:3 273:6,
19 274:22
275:9 276:23
278:22 281:9,
23 282:4
283:11 284:3,
16 287:15
289:8 291:23
293:20 294:7,
16 296:9
297:6 300:19
302:4 304:9
305:10 306:4
309:7 310:24
311:1 316:12
322:4 324:8
326:23 327:3,
5 328:3
329:13 330:17
**Buterin**
284:13
**buy** 245:1,8
287:17
**by** 217:17
218:12,21

219:13 229:13 230:14,18 234:5,14 239:22 249:10 253:15 255:11 257:14 258:3, 14,19 260:7 264:1 266:13, 19 268:19 272:3,9 273:22 275:24 277:20 278:24 279:12,22 280:15 281:15 282:6 283:16 285:24 288:8 289:23 291:5 292:22 293:20 294:1,22 299:4 300:9 303:12 305:11,19 306:13 308:1, 10 311:14,21 312:7,15 314:7,22 318:16,17 320:10,17,24 321:9 322:3 323:12 324:7, 22 325:16,22 328:14,15,20 329:1 330:8 332:4

**C**

**call** 225:21 305:4,8 313:21 329:19
**called** 242:20 255:2 284:14 305:9,10 306:14,18 314:14
**calling** 284:25
**Calvin** 227:9, 11 228:18

264:23 275:5 290:21,23 291:14,16,22 292:20 326:12,22
**Calvin's** 227:15,19,22 228:5,14
**came** 243:22 252:19 255:17 271:3 294:9 329:19
**can** 216:8 220:2 222:19 226:17 228:21 244:14 247:3 249:5 251:16 252:2 259:1, 24 260:11 267:3,12 281:16 284:16 286:5 288:6 289:10 290:12 299:1 300:22 305:17 308:14 320:4 321:13, 21 322:25 327:18 328:4, 11 329:22 330:24 331:8
**can't** 238:2 271:19 284:12,13 290:8 302:3 305:16 308:7 312:8,12 319:15,17 320:11 321:10 326:4 327:25
**cannot** 224:2 315:8 316:8
**capability** 282:11
**capacity** 289:6 293:2
**care** 315:11
**career** 237:4

**careful** 243:6
**carry** 249:7
**case** 215:10 218:5,6 222:24 226:6 229:9 235:22 237:13 238:19 242:21 243:10 257:14,15 264:16,18 266:11,16 268:5,9 269:6,9 270:2 273:10,17 281:10,23 282:7 284:8 285:11 290:15,17,20, 24 293:5,8,9, 11 295:13 300:9 305:25 306:7 307:13 312:6
**cases** 235:25 257:20 283:25 285:16 327:4
**cash** 222:3,10
**casual** 300:3
**catch** 331:24
**CEO** 293:2
**certain** 216:16 249:8 281:22 307:14 308:12
**certainly** 217:8 237:6
**certified** 215:12
**chain** 241:8, 15 244:18 314:24 315:2 317:11,23 319:12,17
**chair** 293:3
**chairman** 292:15,16
**chance** 290:20

**change** 250:17 266:14
**changed** 233:2 251:8 252:9, 10 291:20
**changes** 252:4,7,14 307:14
**changing** 232:25 307:5, 10
**Chappelle** 215:19
**characterize** 251:4 279:10, 19
**cheat** 244:14
**check** 235:21
**Chesher** 314:25 323:14
**chief** 292:10
**children** 241:1 245:19
**chose** 234:12, 13,21
**chunks** 310:25
**circumstances** 277:1
**civil** 229:4
**claim** 277:8 293:17 326:25 327:1
**claimed** 239:19 262:19 271:6 302:24
**claiming** 268:4 281:5 324:1 325:9
**claims** 262:22 263:2 265:6,8 297:23 298:5
**clarify** 229:18 264:12 299:17
**clear** 216:10 238:22 239:20 241:16

242:13,16
299:18 300:12
319:24 324:8
**client** 224:4
256:7 313:23
314:6,16
327:25
**clients** 314:6
**clock** 329:17
**close** 223:12
263:14
**closest**
304:10
**co-counsel**
218:10
**code** 309:3,5
310:8
**coded** 310:15
**coder** 310:11
**coding** 224:4
309:25 310:2
**coin** 271:15
**coins** 246:9
271:20 273:17
304:7,8
**collaborated**
276:3
**collaboration**
320:5
**collect**
285:18 288:18
**combined**
305:2
**come** 220:6
236:6,11,14
249:14 250:1,
3 254:11
260:18,21
266:8 269:11
291:6 319:21
326:15
**coming** 247:23
248:2,21
284:24 328:9
332:10
**comment**
238:10 260:19

271:19 309:18
312:5,13
320:16 321:7
324:18
**commentary**
269:4 273:3
**commenting**
238:11
**comments**
227:15
**commercial**
237:3 244:23
**committing**
305:5
**common** 279:24
317:23
**commonly**
249:3,10
**communicate**
267:16 298:3,
12,22 307:18
**communicated**
224:10 252:21
284:12 297:21
301:21 330:9
**communicating**
267:10 294:5
298:17 313:25
**communication**
233:19 255:5
281:6 300:1
305:18 316:16
331:9
**communications**
220:21 228:6
264:3,9
267:15 284:15
290:11,13
293:15 294:9
297:15
305:10,21
326:19 330:12
**community**
241:19
268:12,17
**companies**
250:16 251:6
252:12,13

278:4,6
293:19 295:20
300:11 315:10
319:3
**company**
232:1,17,22
233:8 239:22,
23,24 240:2
249:17 250:24
255:2,14,23
287:19 303:25
304:6 318:15
325:8
**company's**
229:25
**compel** 217:4,
7,8 270:14
**competing**
285:2
**complaint**
221:8 225:15,
20,21 226:1,9
228:20,25
229:1,3,5,8,
15,16 230:1,
20,25 231:23
235:20 236:3
238:22
257:18,21
261:17
**complaint's**
226:13
**complaints**
228:23,24
**completely**
253:16 317:5
**compliance**
248:10,11,15,
18
**comply** 282:18
**computer**
242:24 251:6
304:4
**computers**
240:5,14,15,
22 241:5
256:6,17

**computing**
240:21 241:2
**concede**
226:21
**conceived**
321:22
**concept**
319:10,17
**concern**
228:15 306:8,
15,18 328:7
**concerned**
305:9
**concerns**
305:5,8
**conclude**
279:15
**concluded**
332:20
**conclusion**
268:24
**conclusive**
254:16
**condition**
310:23
**conditions**
249:9 291:23
296:22,24
**confidential**
264:3 286:11
291:2 332:13
**confirm** 286:5
**conflict**
235:21
**conflicting**
280:17
**confused**
281:4 304:2
**confusing**
239:10 246:22
**confusion**
242:11 299:3
**connection**
264:5
**Consensus**
259:4

consent
258:22
consequences
280:20
326:12,17
consideration
232:20
consistent
225:2 261:22
277:25
311:22,25
312:6 315:16,
22,25 316:4,6
326:1,2,8
contact
222:25 235:5,
9 236:5 297:2
contacted
267:9
contained
243:20
content
326:18
contents
264:8 300:1
305:20
context 242:6
250:20 265:4,
9 278:9
283:7,15
284:19 289:4
312:4,14
316:15
323:18,19
continuation
216:17
continue
322:18
contract
317:10
contracts
308:21 317:22
318:1,6,13
319:11,15,16,
18 320:2
contradicted
308:3

contradicting
307:4
contradiction
281:17,21
contribute
320:12,18
contributed
282:2 296:23
321:2 322:6
contribution
309:14
control
239:4,23
241:23 242:22
254:17
272:13,20
273:4,16
274:5,10
295:8 324:2
325:7,10
conversation
250:25 255:18
257:9 264:17
266:7 277:1
295:1 298:19
300:8,21
320:8
conversations
215:4,7
219:23 220:4
221:3 222:18,
22 224:24
225:23 238:17
246:23 252:25
265:5 278:9
285:20 290:15
295:11 297:10
299:10,21
300:4 331:16
conveyed
298:8
conveying
298:21
cool 240:20
copy 215:12
222:11
225:15,20
229:8 248:3,4

263:20 274:8
corporate
244:14
297:13,17
corporation
278:12
corporations
278:7 295:22
correct
217:21 225:7
229:23 234:17
235:17 260:2,
4 271:7
288:19,20
314:19 315:15
323:4,8
corroborate
251:17,20,22
270:21
corroborated
307:24
cost 315:8
could 217:10
218:14 220:14
225:13 231:9,
12 234:19
237:13 238:20
240:5,14
241:18 245:1,
2 247:16
249:5 250:3
257:1 259:10,
17 272:21,23
274:10 286:9,
13 290:23
297:14 300:10
304:16 307:24
309:17,20,23
310:7,15,20
318:3
couldn't
252:12
counsel
218:15 225:13
237:21 266:25
282:22 292:20
count 229:4

countries
249:4,11,13
country 243:5
259:24 260:1,
8,17
couple 284:21
courier
248:22
249:15,16,19
250:2,5 254:3
course 261:15
270:13 317:17
321:17
court 216:11,
20 225:19
248:10
269:13,16
271:9 282:14
294:13 299:1
300:7,15
314:19 323:8,
9 328:11
331:4
courts 314:4
coverage
225:18 269:2,
4
cow 240:18,23
Craig 216:13
218:4 220:7
221:10,17,22
222:12,16
223:1,7,10,
11,17,22
224:8,12,13
227:10,21,23
228:3,9,10
229:17 231:7,
18,20 232:18
233:20,24
234:16 235:13
236:18 238:17
239:12 240:11
246:17,23,25
247:13,15
252:1 253:4
254:12
255:19,23

256:17 259:5
260:11,25
261:3 263:10
264:19,20,21
267:11,15,25
268:3 269:18
270:1,4
272:12 273:3
277:3,9,18
278:7,11,17
279:24 280:4,
12,19 282:22
283:8 284:25
285:7,18
288:4,11
289:7 290:17
292:19 293:19
294:10,25
295:1,15,19
296:6,16,18,
22,24 297:2,
13 298:15,16,
20 299:15,21
300:9,12,17
301:24 302:9,
18 303:25
304:1,4,6
306:1 307:18,
22 308:3,18
314:25 315:6
316:1,9,12
318:19,23
320:15
321:14,18,25
323:13
324:19,20
325:3 326:7,
13,23 330:23
331:1,2,9,17,
18

**Craig's**
221:7,12
222:25 230:12
244:6 279:13
293:12 294:24
295:5,19
298:9 299:11
300:11 325:2
331:14

**crashing**
256:18
**create** 222:2,
9 244:6
245:14 246:4
250:18 276:10
316:19,24
317:5,14
**created** 246:2
251:8,10
276:8,17
315:10 316:2
**creates**
240:21
**creating**
244:12 304:23
318:25
**creation**
227:24 228:9,
12,13 261:14
276:3 319:23
320:1 321:2
**creator**
221:23 228:4
236:4 262:14
264:19 273:11
**credible**
254:16
**Cristina**
215:19
**criteria**
301:4,8
**crypto** 302:18
**cryptocurrency**
268:12,17
**cryptography**
301:22
**currency**
222:3 228:2
235:25 244:8
**current**
250:15
**custody**
274:12
**cut** 309:20

**D**

**dark** 244:24
245:8
**data** 231:9,12
243:18 251:8
263:11 275:18
289:11,16
**database**
310:16
**date** 215:11
**dated** 260:23
**Dave** 220:9,
13,15 221:6,
7,13,16,19,22
222:7,11,13
223:4,8,9,10,
12,14,25
224:3,14
226:13,22,25
227:3 229:20
230:23 231:5,
6,10 232:17,
19 239:14,16
246:14,17
247:10
249:18,23
250:4,6
255:20,21,22,
24,25 256:2,
9,13,18
262:9,19,23
263:4,10,11,
13,16 275:24
276:2,7,19,21
277:9,12,18,
22 278:11,15,
18,25 279:2,
3,6,14,15
280:4,6,13,14
294:25 295:19
296:2,3,6,7,
15,18,20,21,
25 301:10,15,
20,23 302:1,6
303:3,16,20
304:1,7,13,
19,22,25

305:1 308:15,
17,18,20,23
309:2,10,13,
17,23 310:7,
10,15,19,22,
23 311:3,9,24
313:5 315:7,
18,24 316:1,
3,5,9,11,24
317:4,9,14,20
319:22,25
320:5,12,14,
25 321:2,17,
18,25 322:2,6
323:22 324:2,
9,20,25
325:3,6
326:6,7,9
**Dave's** 223:16
224:3,6,22
230:21 231:5,
8,13,15,21
233:25 234:11
263:12 296:15
309:25 310:2
316:14
**David** 220:6
**day** 234:24
235:16 243:19
**days** 215:11
222:17 240:13
280:8 295:16
**de-**
**designations**
332:14
**deal** 291:3,
15,16,24
306:6 327:23
**deals** 292:11
293:1
**dealt** 307:21
**death** 223:16
233:25 234:11
**decade**
311:10,25
**deceive**
269:23

decide   327:24
decided
  257:14 291:16
decision
  295:10,14,24
  328:1
decisions
  265:18
declaration
  219:4,6,7,9
  220:19 264:2
  266:24 270:19
  281:5 283:17
  286:2,11,15,
  18,20,24
  287:3 290:1,3
  294:12,16,18
  297:20
declarations
  218:24 270:7,
  12,16,18
deemed   291:1
deep   237:12
defamation
  283:25 284:5,
  9
default
  217:13
defendant
  218:5
defending
  236:15 318:5
defense
  231:24 232:3
  294:14,19
  295:24 297:22
  298:3,4
  302:12,13
  314:24 323:7
  329:3,4
Delich   218:8
demonstrate
  295:7
denied   293:9
Denis   249:14
  255:2
deny   217:4

denying
  269:20
depend   266:2
depending
  237:5
deposit   249:5
deposition
  215:14
  216:18,21,24
  217:3,6 218:2
  219:10 242:5
  256:16 266:5,
  9 288:17
  314:23 318:5
  327:16 330:22
  332:13,20
depositions
  281:9
describe
  297:10 314:15
described
  242:20
deserve
  277:11
designate
  332:12
detail   250:13
  256:4 305:23
detailed
  252:20 300:8
details   223:5
  226:10
  233:13,17
  252:9 255:19
  281:10 320:15
determine
  300:10 319:8
developed
  311:8
developing
  294:14,19
  298:2
developments
  292:23 293:5
devices
  240:21 241:2
  242:24

devote   293:12
did   217:4
  220:25 221:1,
  15,19 222:6,
  7,13,20
  223:4,19
  224:3,6,15
  225:8,15,21,
  25 226:2,3,
  10,12,16,20,
  21,24 227:2,
  5,8,9 229:4
  231:2,4,16,20
  232:6,7,9,11,
  12,13,15,25
  233:4,9,12,
  13,24 234:6,
  18,20 235:5,
  6,7,8 236:6,
  7,11,13,14,18
  237:15,18,22
  238:3,10,13,
  17,24 239:2,
  8,18 241:6
  242:9,14
  243:4,7,10,
  13,16,22
  244:2,5
  246:3,8,12,19
  247:8,9,10,
  18,25 248:14,
  21,24 249:2,
  14,17,18,22
  250:12 251:2,
  14,17,20
  252:3,11,17,
  24 253:13,24
  254:5,6,10,
  14,17,18,21,
  25 255:7,12,
  13,16,19
  256:2,9,13,24
  257:2,8,11,
  18,23 258:4,
  7,12,15,20,
  23,24 259:3,
  5,16 260:1,7,
  10,18,21
  261:20 262:8,

  11,17,20,25
  263:4,5,7,10,
  15,16,17
  265:16,21
  266:2,6,10,
  14,20 267:17,
  19 270:1,4,24
  271:10
  273:23,25
  274:1,3,14
  275:10 276:2,
  6,18 277:6,12
  278:14 280:11
  282:12,15,17
  283:3,7
  285:15 287:7
  288:1,9,18,
  21,25 289:9
  291:15 292:3,
  20,23 293:5
  294:8,11
  296:2,5,11,
  13,15,24
  297:3,12,15,
  20 299:2,18,
  23 300:25
  301:8,9,11,
  13,15,17,25
  302:4,7
  303:3,13,18
  304:12,17,22,
  25 305:1,4
  308:11,15,20,
  23 309:1,10,
  18,24 310:2,
  7,10,13,17,18
  311:3 312:20,
  21 313:1,5,8,
  11,14 315:23
  316:23 317:4,
  8,13 318:8,14
  319:22,24
  320:3,8,12,18
  321:5,18
  322:1 324:25
  325:23 326:9,
  11,16 327:15
  328:21 329:7
  330:11 331:10

**didn't** 217:12
221:10 223:21
226:9 228:24
231:20 232:24
238:4 239:1
246:11 249:21
250:23
251:21,22
252:9 254:7
255:14
258:11,18
259:19 263:6
279:2 288:23,
24 301:8
305:8 307:16
310:21 326:21
331:24
**dies** 303:1
**difference**
261:13 285:2
299:5 306:3
319:5
**different**
222:1 286:21
287:19 302:11
303:11 322:21
**differentiate**
246:21
**differently**
223:15
**difficult**
267:10 321:13
**digital**
222:3,10
228:2 235:25
244:7
**direct** 216:7
219:16
**directed**
286:25
**directing**
216:11
**directly**
291:12
**director**
258:16
**directors**
233:1

**disagreed**
254:12
**disappeared**
296:19
**discovered**
250:18
**discovery**
288:2,4,10,12
289:1,15
**discuss** 223:4
225:22
226:10,16,20
231:16
232:11,13
238:17 242:14
252:17 254:6,
7,10,14,18,21
262:25 263:16
265:21 266:3
270:24 271:10
281:2 282:12,
15 283:3,7
292:3,23
293:5 297:12,
15 299:23
307:16 310:2
318:8 322:25
326:11,16,21
328:21 329:7
**discussed**
221:6,9,11
223:13 224:8
231:3 232:18
236:11 239:5
247:20,21
253:1,3,6
254:11 258:6
262:24 263:3,
9,18 264:22
269:7,17
271:2 277:3
280:19,21,23
282:16 283:1,
12,14 286:3
287:9,16
292:6,18
293:11,13,24
294:23 295:9,
23 299:13

300:17 305:23
318:11,12
319:10,19
325:4
**discussing**
223:1 232:23
233:16
249:15,16
250:13
254:13,23
265:3 271:4
287:22 297:19
319:20
**discussion**
235:18 253:24
255:12,13
258:24 266:3
270:1,4
276:23 291:1
300:16 307:2
329:22
**discussions**
221:3 252:20
264:12 265:1
269:2 284:19
285:15
289:17,18
290:22
291:12,22
292:7,9 296:1
300:23 326:2
**disgruntled**
250:15 252:4
**dismiss** 238:8
268:9 293:8
**disorder**
265:19
**disprove**
270:20
**dispute** 226:6
236:3 239:17
243:10
**distinction**
240:1
**distraught**
244:22 245:11
**distribute**
246:15 249:24

317:10
**distributing**
246:16
**District**
218:23
**diversity**
268:5,6
**do** 216:1
218:24 219:3,
6,8,24 220:22
225:5 229:14,
25 230:3,19,
24 232:4,25
233:3,21,23
234:11 235:21
238:14 240:5,
24 241:4
242:6 244:16
246:11 248:10
250:25 253:4,
5,21,23 254:2
256:19,21
259:12,22
264:5 265:25
266:25 267:24
268:3,5,11,
20,23 269:20
272:16 273:12
274:23,25
276:25 278:4
282:20 283:20
286:23
289:19,24
290:2,16
291:6,16,19
294:2,4,14,
18,19,22
298:5,25
299:13
300:22,23
302:12,21,23
307:17 308:2
310:25
315:11,13
317:16 318:17
319:23 322:18
323:25 325:8,
23 327:19
328:8 329:2,

18,24,25
331:8,19
**document**
  255:15 261:23
  262:4,5
  263:22 268:18
  269:3 308:12,
  13 315:3
**documents**
  250:18 251:3,
  5,8,11 252:5,
  14 261:17
  262:1,2
  267:25 268:14
  269:6,12
  270:25
  288:14,18
  289:12 302:14
  305:7,12
  306:2,5,9,16
  307:14,16
  329:3
**does**  224:18
  227:20 253:7
  272:13,20
  273:9,16
  274:11 277:11
  285:1 289:12
  317:25 318:5
  327:7,12,14
  328:16
**doesn't**
  223:11 228:7
  247:4 273:9,
  10 274:5
  282:10 290:4,
  8
**doing**  232:24
  240:12 241:2
  255:23 293:22
  298:22 301:7
  319:1,3,5,6,
  13 323:22
**dollars**  237:5
**domain**  224:21
**don't**  218:3,
  12,13 220:5,
  17 221:4
  223:5,14,22

224:5,21
225:11,16,19
226:15,19
227:7,11
229:2,6
230:2,11
231:3,18,22,
25 232:8,11,
12,13,16,18,
25 233:1,16
234:9 235:12
236:16,21,25
237:6,7,17,25
238:11,15
239:5 241:20
242:19 243:9,
24 245:5
248:1 250:13
251:5,12
252:7,19
253:11
254:13,22
255:7,16,17
256:4,8,11
257:6,12,21,
22 258:1,6,12
259:7,13,14
260:3,24
261:5,14
262:7,15
263:9 264:13
265:23 268:7,
22,25 269:10,
24 271:2,3,18
272:1,4,7,21
273:19 274:18
276:1,5,16,
22,23 277:18,
24 278:16
279:9,21
280:2,18,21
281:1,9,13,20
283:13 284:7
285:19 286:7,
10,11,15,18,
20 287:15
288:13 289:8
290:4,7,9
291:10,11

294:3,6,7,15
296:21,25
297:5,9,19,24
301:12 302:4,
9 305:9,22
306:11,17,21
309:7 310:4
311:19
313:10,16
315:20
316:16,21
320:14,21
322:19 323:17
324:5,21
325:2,3,20,25
326:18
327:11,17,21
328:19,24
329:6 330:15,
17,20,25
332:8,14
**done**  223:15
  229:1 252:14
  272:24 278:5
  295:22 322:13
  329:11
**down**  229:14
  254:12 261:18
  286:9 287:13
  300:20
**Dr**  217:15
  218:4 219:19,
  20,23 220:2,
  20 223:17
  224:22 225:3,
  22 229:23
  230:3,6,20
  231:2 232:5,9
  235:6 237:15
  238:13,24
  239:3 242:5
  248:4,14,20
  249:20 250:8
  251:18,23
  253:16,24
  254:3,6,7,16,
  19 255:1,6,
  12,13 256:24
  257:2,23

259:9,12,16,
22 261:7
262:8,17,18,
21,25 263:4
265:6,12,16
266:25 269:8
270:7,21
271:5,16,23
272:17 273:23
274:14,16,24
275:5,10,21,
24 276:2,6,18
277:6,12,21
278:14,19
280:16 281:6
282:12,17
283:4,18
285:17 286:2,
24 287:4
288:14
289:12,16,25
296:1 297:16,
22 298:1,4,8
301:5,9,25
302:6,16,19,
23 303:3,14,
18,23 304:12,
17 305:1,5
306:8,15
307:3 308:11,
15,20 309:1,
10,16,22,24
310:3,7,10,
13,18 311:6,
16,23,24
312:16 313:1
315:17,22
316:23 317:8,
13,16 318:9,
15,16,17
323:21 324:1,
9 325:9,17
326:2,19,21
328:22 329:2,
7 330:10
331:19
**draft**  222:11
  238:9,10

drafted
  224:16 286:13
  290:5
drafting
  286:5
drive 263:13
drives 231:8
  263:13,15
driving
  227:24 285:5
drug 296:5
  310:20
drugs 245:1,
  2,19 296:3,6,
  7,8,16,23
  310:23
due 310:20
duly 216:5
during 238:16
  295:11 296:1
  297:10 309:21
dynamics
  285:4

———————————

            E

e-mail
  220:13,16
  224:7,11,18
  229:17,19
  230:4,13,21
  231:1,2,3,17,
  18,19 233:19
  236:7,10
  255:5 288:18,
  21 303:7
  306:4 309:16,
  22 314:24
  315:1,5
  316:8,22
  323:13,15,20,
  23 324:1,5,6,
  8,17,19
  325:5,20,24
  326:1,4
  330:10,11,16,
  18

e-mails
  251:11,14
  288:24,25
  289:10 294:6
  330:20
each 224:7
  302:14
earlier
  223:17 233:10
  262:12,14,16
  289:17 295:18
  301:19 303:24
  325:2
early 217:6
  222:17 225:4
  240:13 245:5
  247:24 267:22
  268:9 273:13
  280:8 295:16
easier 267:16
economic
  291:22 292:2
economics
  291:15,19
edit 222:12
  280:6 309:17,
  23
editing
  220:8,10
  223:24 279:4
  294:8 310:24
educating
  285:12
effect 225:12
  282:16
efficient
  244:9
effort 282:22
eight 274:16
  320:23 329:20
either 230:2
  274:3 290:7
  302:12 312:12
  321:7 322:7
  325:25
electronic
  222:3

eligible
  319:9
else 222:20
  227:8 252:1
  273:20,24
  274:2 301:25
  302:4 318:2
emergence
  245:7
employees
  250:16 252:4
Encrypt
  313:12
encrypted
  243:14,18,21,
  22 244:1,2,5
  245:23 246:2,
  4,6,7,10,13,
  16,20,25
  247:4,6,12,
  16,23 249:25
  253:18 267:7
  271:24
  274:17,22
  275:10,12,14,
  16,18 298:14
  299:6 331:6,
  15
encryption
  246:25 299:4
  331:11
end 217:6
  219:16 259:11
  283:1 321:19
endeavor
  237:11
ended 291:18
engaged 264:3
Enron 244:14
ensure 307:3
enter 215:24
entered 259:6
  329:5
Enterprises
  287:1
entire 274:21
entirely
  242:16

entities
  278:8
entitled
  302:18
entity 278:13
equal 216:22
especially
  237:12 267:5
  286:21 305:24
essentially
  228:12 245:20
  275:19
EST 215:17
  330:2,7
  332:18
establish
  295:2,12
  297:11
established
  268:18
estate 228:17
  234:2 238:21
  264:20
  291:17,25
estate's
  228:11 292:1
estimates
  238:23
evaluating
  291:22
even 242:2,18
  245:3,9
  246:11
  261:13,14
  273:7 300:22
  319:2 321:23
  324:4,20
  325:6 327:4
events 253:4
  307:23
eventually
  233:6 234:15
  271:6 299:18
  320:2
ever 224:3
  226:24 230:3
  231:2 232:9
  233:24 234:6

Case 9:18-cv-80176-BB Document 611-9 Entered on FLSD Docket 08/03/2020 Page 141 of 178

Amy Ungvare, et al. v. Ira Kleiman, et al.
May 26, 2020                                                      16

238:17,24
241:20 243:13
247:20,25
249:14 250:22
251:14,17
252:3,17,21
254:6,14,21,
25 255:5,12,
13,19 256:11,
13,21,24
257:2,8,23
258:24 259:3,
16,22 260:7,
21,25 261:3
262:8,17,20,
25 263:4,7,9,
22 265:16
270:1,24
271:2,10
273:23 274:1,
14 275:20,23
276:2,6,18
277:3,12
278:16
280:16,19
282:12,17
283:3,7
286:11,15
287:4 292:3,
23 297:15
299:23 300:25
301:9,15
302:7,9
303:3,14,18
304:12,17,22,
25 305:1,4
306:17,21
308:11,15,20,
23 309:1,2,
18,24 310:2,
7,10,13,18
312:20,22,24
313:1,5,8,11
315:3 316:23
317:4,8,13,17
318:8 319:24
323:15
326:11,16
328:21 329:7,

9
**every** 270:18
307:12 329:18
**everything**
247:4 281:23
282:5,11
301:10
**evidence**
251:17,20,22
254:16,25
269:9 270:3,
22 285:16,19
**evidentiary**
253:10 270:13
**evolved**
224:25
**ex-wife** 233:7
**exact** 225:12
233:17 307:16
**exactly**
238:22 247:21
250:12 280:3
302:4 319:16
**EXAMINATION**
216:7
**examined**
216:6
**example**
244:13 249:8,
10 250:2
267:7 273:10
278:6 285:10
294:23 295:22
306:3
**examples**
251:2,14
267:3 298:24
**exceptionally**
245:11
**exchange**
230:4 287:11,
17,22,25
308:24
**exchanges**
229:19 287:12
**exclude**
320:4,11

**excuse** 219:6
255:8 287:21
**excused**
332:19
**executed**
261:4
**executive**
292:10
**exhibit**
219:10,11
229:9,10,11
263:20,24
268:21 285:22
286:2 289:21,
25 314:18,20,
23 323:7,10
**exhibits**
268:13
**existence**
262:10 313:14
**expect** 231:20
**expensive**
237:11,14
**experience**
235:24 237:9
313:22
**expert**
265:11,14,19
270:25
**explain** 220:2
233:24 263:11
267:14,16
269:13,15
281:16 284:22
299:1,11,15
301:7 306:24
313:1 331:17
**explained**
242:5 261:18
262:11 272:17
303:24 304:5
309:13 313:4
331:4
**explaining**
267:8 298:22
**exposed**
268:12

**express**
306:14,18
**expressed**
228:18
**expressly**
216:15
**extensive**
238:5 252:25
284:20
**extensively**
282:1
**extent** 222:25
236:5 280:10
289:15
**eye** 282:18
**eyes** 286:5

---

**F**

**facilitate**
298:4
**facilitated**
239:3 297:22
**fact** 223:13
227:22 228:7
240:4 253:1
254:14,15
261:11 264:18
270:2 278:15
292:18 300:13
**facts** 270:3
**factual**
253:15
**failed**
245:12,13
258:2 291:7
**fair** 279:25
**faith** 282:14
**fall** 291:9
**familiar**
249:11 290:4,
8
**family** 231:8,
21 234:11
239:12,24
242:16,17
243:3 253:5

261:12 275:20
295:5
**far** 295:20
313:19
**farmland**
240:19
**father** 230:22
231:5,8
**February**
225:4 230:22
233:20 234:1
235:14
**federal**
216:23 217:14
**fee** 236:15,16
237:23
**felt** 231:10
245:12,13
291:24
**Fentanyl**
245:2
**Ferrier**
315:2,6
**few** 219:22
220:4,6
281:22
**field** 300:20
**fighting**
285:5,7
**figure** 269:18
307:18 330:3
**figuring**
229:22
**file** 225:17
243:14,18,21,
22 244:1,3,5
245:23 246:2,
4,6,7,10,13,
16,20,25
247:1,2,4,6,
12,17,23
249:25 253:18
267:7 271:24
274:17,22
275:10,12,16,
18 298:14
299:7 331:6,
10,15

**filed** 220:1,
4,20 229:8
233:3 235:11,
12 239:7
248:12 250:11
256:25 257:3
292:18,19
296:2
**files** 225:19
231:8 247:3
276:19,21,23,
24
**filing** 248:9
**final** 223:9
248:3 274:23
**finally**
227:15,16
239:8
**finances**
236:12
**financial**
244:11,16
**financially**
215:22
**financing**
275:6
**find** 225:11,
13 292:19
**finding**
253:22 282:15
**findings**
253:15,25
254:8
**Fine** 217:19
**Finney** 224:1
302:3
**firm** 234:16,
19,21,23
235:1,16
236:12 237:4,
16,19 305:11
**first** 216:5
218:3 219:18
225:19
227:18,19
234:9,10
235:9 236:5
239:20 240:17

241:11 244:23
245:6,7,15
250:8 269:22
287:12 292:18
298:10 313:14
314:2,8
325:19
**firsts** 218:6
**five** 286:1
**flag** 237:18
**Florida**
220:20
222:23,25
223:3 235:3
257:14,16
283:19
**focus** 282:21
283:1 295:8
**focused**
227:22 228:7
301:22
**folks** 315:1
**followed**
297:13
**follows** 216:6
**font** 286:21
**foot** 218:13
**for** 215:10,25
216:22 217:2,
11 218:7
219:12 221:25
222:5 223:11
224:15 229:4,
12,25 232:20
233:14 236:15
237:4,16,18
238:2,21
239:6 242:11,
15 244:13,24
245:3,13,15
246:15
247:10,13,15
249:8,10
250:3 251:21
252:11,13
253:3 255:19,
25 256:2
258:8 260:3,

15 261:7,25
263:25 264:24
265:19 266:25
267:4,7,16
268:3,8
269:21 272:4,
18,23 273:7,
10 275:5,23
276:16,19,21
278:6 280:13,
14,20 281:8
282:24
285:10,23
286:6 287:8
288:15,21,25
289:9,22
294:23
295:15,22,25
297:17 299:6
302:13
304:14,15,19
306:3 307:3
310:25 311:9,
25 312:5
314:21 316:12
318:13 320:16
323:11 324:25
326:25 327:20
331:20 332:10
**forensic**
270:24
**forged** 268:18
269:8 270:22
305:6,12
**forgery**
268:13
**forging**
306:9,15
**form** 222:2
230:9 234:3
257:25 258:10
262:16
266:12,17
268:15 271:25
272:6,25
273:1 277:15
278:4,12
279:8,17
281:11 294:9

303:8 305:2,
15 306:10
307:6,11
308:5,6
311:11 313:20
314:11 317:5,
10 320:6,13,
20 321:4
322:9 324:3,
11,14 332:6
**formal** 278:8
**formalities**
297:13,17
**format** 322:21
**formed** 320:2
**former** 250:15
**forming**
318:22
**forms** 222:2
**forums** 224:9
**forwarded**
314:25
**found** 223:10
244:22 253:16
254:3,15
270:3 282:13
314:4
**foundation**
228:8
**four** 271:13,
14 272:5
286:1
**fragments**
247:8,9 250:3
**framed** 268:7
**fraud** 244:13,
14 272:13,20
285:1
**Freedman**
217:1,17
218:6,7,12,
17,21 219:9,
13 229:7,13
230:14,18
234:5,14
255:11 258:3,
14,19 263:19
264:1 266:13,

19 268:19
272:3,9
273:22 277:20
279:12,22
280:15 281:15
282:6 283:16
285:24 288:8
289:23 291:5
292:22 293:6
294:1 303:12
305:19 306:13
308:1,10
311:14,21
312:7,15
314:7,17,22
320:10,17,24
321:9 322:3,
14,16,23
323:4,6,12
324:7,13,22
325:16,22
327:17,21
328:1,4,11,
15,20 329:1,
10,14,19
330:3,8
331:24 332:4,
9,16
**friend** 220:9
222:8 247:11
280:5 308:16,
18
**friends**
223:12
**from** 215:11
218:15 221:5
225:1,16
227:21
229:17,18,23
233:20,25
236:7 237:3,8
239:3 241:8
245:20 246:8,
25 250:23
254:23 255:2
259:3,12
261:20 265:12
283:5 286:24
287:4 288:4,

18 291:7,21,
24 294:9
296:20 303:23
304:9 307:11
309:8,17
314:25 315:5
316:8 318:15,
23 322:21
323:13 324:8,
17 325:3
330:20
**front** 231:4
252:5 262:6
294:18
**frustrated**
225:9 239:25
260:13,14
267:11
298:11,18,19
**frustrating**
331:3
**full** 245:25
281:25 312:14
**full-time**
281:25
**fully** 312:4
**function**
292:10
**fund** 309:2
**funding** 275:8
304:14,19
**funny** 240:25
**further**
279:24
**future** 250:4
307:5

---

**G**

**gambling**
309:7,8
**gaming** 309:11
**gave** 256:9
274:8
**general**
221:10,14
226:8,11

227:19 239:9
256:7 264:10,
15 265:8
266:7 269:1
292:17 307:20
317:19,21
319:5,11
**generally**
219:5 249:23
254:11 269:11
283:13 314:4
319:11
**generate**
275:19 300:19
319:4
**generating**
301:1
**get** 218:13
233:12 246:19
249:19 250:17
255:24 256:2,
6 260:11,13
267:12 277:10
279:1,3,24
280:14 290:22
298:10 300:5
304:2,9
319:7,17,24
329:14 331:3,
16
**gets** 246:22
**getting**
240:25 267:11
298:18,19
330:20 331:3
**Gillum** 218:20
**gist** 226:7
**give** 245:24
251:2,14
267:3 285:19
327:22
**given** 271:23
272:16 307:13
**giving** 307:4
**Glinn** 265:12,
16
**global** 241:24

**GMT** 215:16
330:2,7
332:18
**go** 215:6
218:15 220:18
221:10 226:9
260:13 264:24
289:24 295:12
298:15 323:22
328:3 329:15,
21,24
**goes** 237:12,
13 306:7
**going** 219:3,
14 227:5
229:7 237:10
241:10 263:19
264:16 275:10
281:7 283:10
284:21 285:25
286:1 288:22
290:1,25
292:19,21
300:6,23
306:6 307:9,
20,21 329:14,
20,21
**good** 217:18
220:9 222:8
237:4 280:5
331:18,20
**got** 223:5
225:3,16,19
239:11 241:4
242:13 246:1
281:21 284:21
285:10 313:5,
8
**gotten** 274:6
**government**
232:21 276:15
**grab** 329:10
**granted** 217:3
**grounds**
268:10 293:9
**grow** 278:24
**guess** 222:9
242:20 243:6

251:4 261:23
264:10 266:2
282:24 289:3
291:9 293:17
303:9 313:16

---

## H

**hack** 250:22
252:17
**hacked** 251:3,
5,6
**hacker** 250:12
**hackers** 252:3
**hacking**
251:18
**hacks** 250:9
**had** 220:6,7,
8,12,13,16,
20,22 221:24
222:18,22,23
223:3,8,13,18
224:1,10
225:18,23
226:24 227:11
228:6 229:20,
21 231:4,10,
11 233:7
237:20 239:4,
12,15,16
240:16,19
241:2,15
242:17 245:12
246:21,23
249:11
250:14,21
251:3,6,15
252:25 254:11
255:18,20
256:17,18
257:9,14,19
258:21 259:7
260:15 261:15
264:2,17
265:1 266:3
267:13 271:8
274:4,16,18,
19,20 276:13,

16 278:2,9
279:23 282:13
283:24 284:1
285:20 286:12
289:5,17
290:11 292:7
293:9,14,19,
20 295:1,3,7
296:19
297:11,13,17
298:19 299:15
300:8,14,15,
18,21,22,25
302:23 305:10
308:11 309:6
310:22 311:7,
8 313:24
315:7 316:3,
5,9 318:20,24
319:21,22
324:9 325:7
326:2,22
331:4,16
**hadn't** 221:8
233:9 261:23
296:20
**Hal** 223:25
302:3
**hang** 292:8
**happen** 326:24
**happened**
217:24 246:3
251:19,23
269:19 273:19
279:10 306:1
307:19,23
321:15 322:19
**happening**
253:1 265:5
300:5 331:4
**happens** 281:2
332:2
**hard** 231:8
261:24 263:14
302:21 312:5,
13 318:11
**harder** 244:16
319:7

**harsh** 245:2
**has** 215:12
216:20 218:6
224:22,24
229:4 233:2
242:22 246:25
259:23 265:11
269:8,11
270:21 272:17
273:3,20
274:14,23
275:14 277:7
280:4 281:7
288:14 289:1
295:19 308:3
309:22 312:24
315:8,17
317:17 326:15
328:8 329:2,6
330:17
**hat** 283:8
**hats** 289:6
**have** 217:8,23
218:13,22
219:20
223:11,15
229:1 230:11
231:24 232:24
235:3,23,24
236:9 237:22
238:9,14
240:20
241:23,24
242:1 243:6
244:15 246:10
247:13,14
248:3,7,17,25
249:18
250:10,23
252:21 253:7,
24 255:5,12,
13,25 256:5
258:24
259:10,17
260:7,21,25
262:1,2,5
263:3,21
269:1,4,7
270:1,2,3,4,

11,18,19,20
271:14,16,19
272:1,5,16,
22,23 273:7,
21 274:6
275:1,20,23
276:22 277:3,
24 278:10
279:10,21
280:16,19,23
281:24
282:10,16,18,
21 283:23
284:2,14
285:15 286:5,
13 287:4
288:1,9,23
289:12,14
290:9 291:17
292:6 293:22
294:6 296:7,
21 299:10
300:12
302:10,13,25
306:6,24
307:22 308:8,
18 310:15
311:12 314:1,
4 315:2,9,15
316:18 317:25
318:5 320:22
321:6,25
322:10,17,24
323:15
324:12,13
325:12,19,23,
25 327:7,12,
17,21 328:16
329:5,16,17,
22 332:9
**haven't**
217:25 252:25
289:15 303:24
312:3,13
328:6
**having**  216:5
250:25 255:22
260:16 267:10
287:10 296:22

299:9,19
320:8
**he**  216:19
220:8,12,15,
21,22,25
221:19,22,23,
24 222:5,6,7,
10,12,15,20,
23 223:2,3,7,
13,14,15,19,
23,24,25
224:3,6,13
225:1,5,8,9,
10,15 226:21,
24 227:2,5,
11,20 228:13
229:21,24
230:12 231:4,
5,9,11,14,16,
17,20 232:15,
19 233:4,7,9,
24 234:6,12,
13 236:18
237:15,20
238:13,16,17,
18 239:4,8,
14,15,18,19,
20,24 240:3,
4,12,13,16,
17,19,22,25
241:2,4,6,7,
11,14,16,20,
22 242:9,16,
22,24 243:2,
4,7,10,13,16,
17,24,25
244:2,5,7,9,
10,11,22
245:5,9,11,
12,13,14,20,
22 246:2,3,5,
6,7,8,10,12,
14,19 247:5,
8,9,10,18,21,
24 248:1,21
249:2,3,9,14,
16,17,18,21,
22,23 250:2,
4,12,16,21,

22,23 251:2,
5,10,14
252:11 253:16
255:14,15,19,
21,24,25
256:2,4,6,9,
13,25 257:3,
11,23 258:2,
4,7,15 259:1,
5,9,16,20,22,
24 260:1,4,5,
6,7,12,13,15,
16 261:8,10,
13,18,22
262:11,15,18,
19,20,22,25
263:1,7,11,17
264:11,15
265:8,9,11,12
267:11,17,19
270:17,19
271:6,8
272:19,20
273:11,15,23,
25 274:1,3,
14,18,19
275:14 276:3,
9,10,11,18,20
277:7,10,13
278:3,6,9,12,
14,15,16,17,
18,19,20,22,
23,25 279:2,3
280:5,13,14
281:1 285:7,
20 287:7,9,
10,16,20,21,
24 290:21
291:22,24,25
292:21
293:14,21,22
294:8,11
295:6,7
296:2,5,6,7,
9,11,15,16,
19,21 297:3,
7,17 298:12,
21 300:9,10,
13,18,25

301:13,15,17,
18,19 302:3,
6,24 303:6,
18,19 304:20,
22,25 305:1
306:19 307:3
308:11,12,20,
23 309:1,6,
13,18 310:10,
17,21,22,23
311:2,3
312:18,20,24
313:3 315:21,
23 316:2,5,9,
11,16,18,19,
23 317:3,4,8,
13 318:20,24,
25 319:2,21
320:22
321:15,21,22
325:5,20,23
326:5,6,22,24
327:25 328:4,
8 329:5,6
330:17,19
331:17
**he's**  243:1
250:14 269:11
273:6 277:25
278:2,5
283:24,25
295:22 303:25
304:10 312:9
313:3 316:5,
7,10 317:19
326:5,8
**header**  286:10
**health**  296:22
**hear**  232:9
302:7 308:15
311:15 313:14
**heard**  248:25
250:8,10
259:8 260:20
287:4 296:20
302:9 303:2,
22,24 308:17,
18 314:8

hearing
253:8,10,11,
21 254:2,16
255:1 270:13
318:2
heartbreaking
223:11
heat 240:21
held 215:5,8
238:18
276:18,20
hell 309:17,
23
hello 230:22
help 220:8
222:12 225:13
231:14 246:14
247:11 256:18
261:7,16
267:10,13,14
279:4 280:6
281:22 284:20
290:24 292:19
310:20,24
331:8,14,17
helped 220:10
223:18,21,23
255:24 256:2,
13 266:24
276:11 278:25
279:2,6,14,15
280:14 283:23
316:12 331:11
helpful 282:4
296:16
helping
221:17 224:3
231:7 279:24
282:22 290:2
294:9 298:25
her 331:11
here 215:18
216:11,12
218:8 222:14,
22 224:2
261:18
286:16,23
297:25 298:23

302:20 315:6,
21 322:14
325:4,5
heroin 245:2
hey 282:18
hidden 268:13
High 263:2
286:25 287:7,
14
him 220:10
221:14,15
222:12 223:8,
15,18,22,23
224:3,15,24
225:13,16,22,
25 226:2,3,
12,15,19,22
227:3,5,7,16
228:6 230:8
231:6,7,22
232:7,22
233:9,12,16,
17 234:6,12
235:20,21
236:2 237:17,
18 239:25
240:1 243:22,
24 245:10,17
246:15,18
247:10,11
248:7,24
249:17 250:1,
6,13,14,19
251:12 252:3
255:18 256:5,
11,13,18,21
257:8,13
258:4,11,18,
20,23,25
259:19 260:7,
15,18,19
261:7,16
262:9,11,24
263:14 264:17
266:25 267:16
270:3,16
271:10 273:12
275:1,2
276:5,11

277:13 278:25
279:3,6,14,15
280:6 281:2
282:20 287:8,
16,22 290:19
293:16 294:7
296:10,11,13,
20 298:12
300:15 301:12
302:1,7 303:4
304:15,22,25
308:17 309:3
310:20 313:5,
8 315:2
316:12
319:22,25
327:18 328:7
331:3
himself
237:20 258:15
262:14 280:20
307:4 308:3
hired 235:15
his 220:9
221:24 222:6,
8,17 223:9
226:8,25
227:18,21
229:22 231:8
233:7,18
234:10 239:4,
19,21,22
240:2,17,23
241:1,5,21
243:3 245:13
247:11 248:4
250:16 251:6,
24 252:5,8,
12,13,14
253:9,15,18,
19 254:12
255:22,23,25
256:13,17
258:7 261:13,
16 263:5,7,
10,15,16
267:20 270:15
271:7 272:19
273:3,10,24

275:11,15
276:7,15
277:13,14,18,
22 278:4,5,22
279:6,15
280:5,16
281:7 282:13,
22,24 283:18
287:18,24
289:7 291:19
292:9,13
293:12 295:1
296:5 297:18
298:2,22
303:25 304:6
307:23 308:8,
16,17,19
309:2,17,23
310:20 312:1
315:1,17
316:20 318:15
319:3 320:18
321:14 323:14
325:21
330:18,19,20
hold 231:13
249:7 273:8
287:1
holding
246:18 298:13
holdings
236:10 248:5
253:19 271:7
282:24 295:4
300:11 327:3
holds 239:12
262:18,21
263:1
home 240:17,
23 241:2
263:15
honest 244:7,
12,19 306:24
honestly
242:11 281:23
Honesty
244:21
hospitalized

296:22

**hour** 216:21,
22 236:22,24
237:1,5,7

**hourly**
236:17,20
237:2

**hours** 217:2,
5,12 328:10

**house** 240:20
274:4,5

**how** 217:18
221:15,19
223:8 227:5
230:15 236:18
237:15
238:23,24
239:18 240:3,
12 243:22
246:12 250:1
253:3 255:14,
19 256:2,6
260:10 267:6,
22 269:15
271:22 272:4,
7,17,23 277:1
278:12 279:19
294:2,4
295:2,3,10,11
296:11 297:11
299:14
300:18,22
307:3,23
312:18 313:5,
16 320:4
322:8 327:14
330:24

**however**
298:16 299:15

**huge** 281:23

**hundreds**
237:4

**Hydra** 245:10

---

**I**

---

**I'LL** 233:23
242:15 271:21

318:22 330:3

**I'M** 218:8
219:2,25
220:14 222:13
226:17 229:7
234:23 246:5
248:10 250:21
257:1 260:5
261:12,24
262:4 263:19
265:14 274:4
275:9 276:20
281:4 283:10
285:25 286:8,
16 290:1
296:9 302:2
309:4 313:10
314:4 316:3,
22 318:2
322:4 323:19
327:9,20
329:14,21

**I'VE** 218:3,15
237:3 262:4
284:1,7,11
286:7,8
307:14 308:17

**I.T.** 250:17

**idea** 272:16
289:14 300:17
311:8 319:18
320:1,22
324:12,13

**identification**
219:12 229:12
263:25 285:23
289:22 314:21
323:11

**identified**
234:15 271:15
301:5

**identify**
234:18 253:19

**identifying**
301:3

**if** 217:6,7,10
219:14 220:18
225:13,16,25

226:15 227:11
229:2 231:3
232:25 237:12
238:2 243:9
244:16 246:5
247:20 249:17
250:22 256:4
258:4 259:7
261:18 262:3
266:23 268:7
270:16 271:2
273:7 274:4,
14,23 275:1,
11 278:16
284:23 290:22
292:9 293:1
294:15 296:21
300:10 302:25
304:5 305:10,
24 306:7,22
308:11 309:7
311:15 315:7
316:4 318:4,
12 319:22,25
320:21 321:25
322:24 325:6
326:6,13,24
327:4,19
330:17 331:8,
19

**II** 242:13
261:8,11,19

**III** 260:22
261:1,20
263:21

**ill** 223:14

**illegal**
245:3,16

**implementation**
319:19

**implication**
284:25

**implying**
316:19

**important**
244:21

**impossibility**
321:12

**impossible**
320:25 321:1,
10 322:5,7,11

**impression**
297:22,24

**impressions**
298:4,7,21

**improve** 244:8
245:14 331:9

**in** 215:18,21,
22 216:21
217:1 218:2,
3,5,22,23
219:1,18,19,
23 220:4,19,
21 221:1,2,8,
9,17 222:1,
14,17,22,23
223:9,25
224:10 225:4,
13 226:1
227:23 228:2,
9,11,12,13,
19,20,22,23
229:5,8,15,
17,19,21
230:1,7,12,
20,24 231:3,
4,6,11 232:3,
10,17 233:4,
6,8,20,25
235:3,13
237:2,4,22
238:7,19
239:9,24
240:3,12,17,
18,19,23
241:2,14,15,
17,18,25
242:6,13,18,
19,21 243:5,
10,11,15,20
244:10,11
245:6,9
246:6,10
247:14 248:9,
13 249:4,7,
10,12 250:3,
13,20 252:5,

21 253:14
254:8 255:2,
6,15 256:18
257:3,5,6,13,
15,18,19,24
258:2,4,8,21
259:9,11,17
260:5,12,22
261:4,15
262:16 263:15
264:2,3,4,10,
15,16 265:4,
5,7,8,9,18
266:8,11,15,
24 267:13,15,
21,22 268:5,
9,14 269:6,9
270:2,6,8,13,
15,18,22
271:1,10,16
272:12 273:3,
10,12,13,17
275:9,12,15,
18 276:11,15
277:8,14,19,
23 278:4,5,9,
22 279:4,24,
25 280:7,8,
17,21,23,25
281:6,21
282:7,11,14,
17,22 283:7,
14,17,18,22,
23 284:1,7,23
285:13,16
286:4,16,19,
21,23 287:3,
14,24 288:2,
11,15,19
289:1,2,3,6,
19 290:14,16,
18,22 291:9,
12 292:9,12,
17 293:2,5,18
294:4,12,13,
17,18,19
295:2,13
296:20 297:2,
15,20,22

298:2 299:3,
14 300:3,7
301:1,6
303:7,20
304:3,18
306:5,9,16,
19,21,22
307:5,13
308:3 309:2
310:14,19
311:22,24
312:6,14,16,
17,19 313:8,
21,22,25
314:9 315:10
316:2,7,16,
19,22,24
317:2,19,21,
23 318:2,21,
25 319:12,14,
17,25 320:15
321:15,18,22,
25 322:19,20,
21 323:18,19
324:6,17,19
325:5,21
327:2,6,16
330:22 331:7,
16,22 332:1
**inability**
253:18 298:11
**inappropriate**
233:14
**incident**
268:23,25
**including**
245:16 246:17
268:10 278:11
**inconceivable**
254:4
**inconsistent**
306:23
311:16,20
312:8
**incorrectly**
232:25
**indeed** 265:12
314:1

**industry**
228:3 284:23
285:4 319:12
**Info** 231:24
232:3
**inform** 231:7,
12
**informal**
295:21
**information**
219:22 220:21
231:13
243:18,20
244:11 246:9
248:2 249:6
298:22 331:5
**initial**
235:5,18
**initiation**
311:17
**innocent**
244:15
**input** 224:1
290:6 295:15,
25
**instances**
261:21 299:6
**instead**
245:15
**instruct**
327:18,25
**instructed**
216:19 246:17
328:6,9
**instruction**
327:22
**instructions**
249:7
**intellectual**
276:3,8,10,17
283:4 317:25
318:5,8,14
320:1 327:3,
7,12 328:16
**intend** 217:5
**intending**
269:15

**interactions**
215:8
**interest**
233:8 293:18
327:1 332:3
**interested**
215:22 224:10
**interface**
215:9 283:23
**international**
239:22 240:2
242:23 243:1
287:19
**interpret**
230:15 266:25
**interpretation**
324:1
**interpreted**
267:4
**interpreter**
307:2 330:23,
24,25
**interview**
256:17,22
259:5
**interviewed**
302:17,19
**interviews**
302:21
**into** 215:25
221:10 237:13
243:14 245:23
247:8,9 256:4
284:24 305:2,
22 329:5
**introduce**
314:17
**invent** 322:1
**invented**
318:16,17
**invention**
321:15,21
**inventions**
319:1,7
**inventor**
221:23

investigated
270:20
investment
287:19
Investments
239:23 240:2
242:23 243:1
investors
244:15
involved
221:12 227:23
228:9,11,13
231:6 232:17
233:4 236:4
238:7 248:9,
13 265:18
267:12,13
270:6,15,18
275:9 280:7
281:21 282:11
284:1,7,9,15,
22 285:11
286:4 287:14
289:1,3
290:9,22
291:12 293:20
294:4 301:6
311:1 312:19
313:6,8,25
316:15,22
319:25
324:17,19
331:7
involvement
221:17 231:10
237:22 279:20
289:5
involves
327:8,9,13
328:17
involving
235:25 299:10
314:6
Ira   229:17,
23,24 230:7,
21 277:3,6,7,
10 293:15,20,
21 294:2,5,10

irrelevant
331:22 332:1
is   215:4,5,
14,16,19
216:17,21,24
217:13 218:4,
7,19 220:2
221:22 222:5
224:20 226:5,
8,9 228:3,9
229:3,22,23
230:6 232:3
233:6 235:15
238:25
239:10,13
241:23
242:10,12,16,
19 243:2,3,6,
25 244:21
245:21 250:8
253:6,20
255:4 259:9
260:12,22
261:18 262:22
263:20
264:18,22
265:9,12,14
267:11
272:13,19
273:4,5,11,15
274:4 275:8,
18 277:8,10
279:20,25
281:16,25
282:8 284:5
285:1,7,8,13,
17 286:1,2,3,
17 287:16
288:19 289:25
290:16,20,21
291:22 292:14
293:4 295:16,
17,21 296:19
297:1 298:9,
17,19 301:4
302:5,18
303:22 304:6
305:17 306:5,
24 307:20

309:16,22
311:8,16,22,
23,25 312:19
314:23,24
315:8,11,16,
21 316:6,9,16
319:8,11,16
321:12 322:5,
7,11,13,23
323:2,7,8,13,
25 324:1
325:4,5,9
326:1,5,6,7,
25 327:2,5,25
328:2 329:12
331:5,6,12,18
isn't   279:14
316:19
issue   232:23
237:19
238:18,25
255:17 270:25
273:2 306:2
327:2
issued   253:9,
12
issues
257:13,17
267:17 299:19
331:8
it   218:2
219:15,16
220:2 221:2,
24,25 222:7,
12 225:1,16,
18,22,24
226:8,9,11
227:12 228:6,
14 229:16
230:6 231:17
232:11,15,19,
21,25 233:2,
16,22,23
235:12 236:3,
9 237:2,8,10,
12,13,21
238:1,6
239:9,10,25
240:21

241:11,16
242:1,13,19
244:7 245:12,
15 246:11,18,
24 247:8,9,
10,16 249:5,
7,8,9 250:20
251:4,20,23
252:20 253:1,
3 254:12,21
255:18 256:5
257:13,16
258:6 259:9,
21 260:5
261:24 262:4,
6 263:13,17
266:2,7
267:6,16,21
268:7 271:4,
13,19,22
272:4,7,17
273:10 274:4,
15,22 275:9
277:21
279:13,14
280:21,23
281:1 282:16
283:14 285:1,
6,8,9 286:5,
14 287:2,13
290:2,7,8,9
291:14,15
293:1,17
295:14,16,23
296:23 297:6
299:1,7,20
300:6 301:8
303:6,13
305:18,24
306:21 307:5
309:7,20
310:22 311:1,
6,19,22 312:4
313:21 314:9
315:6,8,13,
15,22 316:14
318:15,16
319:2,14
320:4,7

Case 9:18-cv-80176-BB Document 611-9 Entered on FLSD Docket 08/03/2020 Page 150 of 178
Jimmy Nguyen - Volume II - FILED CONFIDENTIAL

May 26, 2020                                                              25

322:1,5,23,25
323:5,24
326:8,9
327:5,19,23
330:16,18
331:11,13,20
332:15
**it's** 218:1
222:21 227:20
229:16 232:2,
4 233:1
234:24 238:22
242:15,20
243:9 249:3
251:19 253:1,
2 261:17
271:21 273:20
274:4 275:1,
17,18 278:22
279:23
281:11,20
287:15,19
291:2 300:7
303:1 304:5
312:5,8,12
315:1 316:10,
14 317:23
318:10 319:20
320:18,21,25
321:1,7,10
322:21 324:8
327:4 329:17
331:13,22
332:1
**its** 234:23
241:22 244:21
331:11

---

**J**

**James** 215:15
**January**
241:15
**jimmy** 216:4,
10 292:8
293:1
**job** 281:25
298:25 307:18

**Joe** 218:8
**John** 314:25
323:14
**join** 217:16
230:10
241:12,18
277:16 307:8
**joined** 217:24
**joining**
218:19
**joint** 302:12
329:3
**jointly**
316:13
**Judge** 216:15
217:3 253:8,
14,15,22
254:2,8,14
259:6 267:24
269:20,24
282:13 327:19
**judges** 270:2
**judgment**
257:15
258:21,22
259:2 268:4,8
269:21
**July** 260:23
**jumping**
290:10
**jurisdiction**
268:5,6,10
**jurisdictional**
293:9
**just** 216:10
217:15 220:6
221:9 222:13,
19 229:18
230:15 232:1
233:14,19
254:15 255:23
259:1 261:24
264:12 265:9
266:22 277:10
278:11 280:12
283:10 289:24
296:6 299:20
300:3 304:10

311:15 317:21
318:22 319:2,
17

---

**K**

**keep** 240:20
241:17
267:17,19
284:21
**kept** 240:1,24
247:13
263:11,14
**key** 230:23
246:15,20,21,
24,25 247:5,
7,11 248:21
249:20 250:3
262:18,22
263:1 267:7,
17 274:16,20,
23 275:14
299:6 301:10
331:6
**keys** 231:13
243:19 249:24
272:14,19,20
273:5,7,8,13,
16,21,24
274:2,4,6,11
275:11,15,17
299:4,7,19
**kids** 241:3
243:3
**kind** 218:1
222:17 240:18
256:6 258:24
263:12 275:8
295:8 304:23
**kinds** 221:17
266:8 267:18
**Kingdom** 249:4
**Kleiman**
215:18
219:20,21,23
220:3,6,9,10,
13,16,22
221:7,20

222:7 223:4,
25 226:14,22,
25 227:3
228:11,17
230:21 231:21
233:20 234:1,
10 238:21
246:14 247:10
249:18 255:20
262:9,19
263:4 264:20
275:24 276:7,
19,21 277:3,
6,8,13,22
278:11,25
279:2,6 280:5
291:17 293:15
294:25 295:19
296:2 302:1
304:15,20
308:16,18,21,
23 309:10
311:3,9 313:5
315:18,24
316:1,5,24
317:5,9,14,20
319:22,25
320:5,14,25
321:25 324:9,
20
**Kleiman's**
221:16 262:23
309:13 311:25
320:12 321:2
322:6
**Kleimans**
234:7
**knew** 235:22
249:17 255:19
274:19 285:18
295:15 296:11
300:4 324:20
**know** 217:11
218:13,14
219:14 220:7
221:6,15
222:8 223:8,
14,25 224:20
225:11,16

226:5,6,7,8,
15,16,19
227:11,19
229:2 231:3,
10,21 232:8,
25 233:2,24
234:9 236:16
237:7 240:13
241:20,21
242:12 243:9,
24 244:23
245:5,18,21
247:21 248:1,
10 250:19
252:7,9 253:1
255:16 257:5,
12 258:1,12
259:1,7 260:3
261:5,14
262:15,21
264:16,18
265:25
266:20,23
268:5,7
269:1,2,13
270:17 271:2,
18 272:1,4,7,
21 273:19
274:18,23
275:7 276:11,
23 277:18
278:5,16,17
280:2,4,7,10,
12,21 281:3,
10 282:17
284:11 286:7
287:15 288:16
289:5,24
290:12,16
291:11,19,21
292:1 293:8
294:2,4
296:21,25
297:1,9
298:17 299:21
300:25 304:5
305:9,22,23
306:6,11
309:7 311:19

313:10,22
315:20
316:16,21
320:14,21
322:18,19
324:5,21
325:2,4,20
326:23 327:11
328:2,19
329:2 330:17
332:8
**knowing**
316:15 321:23
**knowledge**
219:20 282:3
**knowledgeable**
222:9
**known** 223:14
227:12,16
244:25

_____

**L**

**lack** 268:10
**lacked** 268:4
**Lagos** 218:9
**language**
230:15
**last** 223:2
242:4 256:16
259:11,17
275:7 281:21
288:17 289:25
323:20 325:15
330:22 331:21
332:1
**lat** 310:19
**late** 247:24
329:20
**later** 233:7
238:16 250:18
291:3 300:8
308:12 323:5
**laughing**
259:11
**launch** 241:13
242:18 243:8
279:6

**law** 234:16,
18,21,23
236:12
237:16,18
275:20
**lawfully**
274:6
**lawsuit**
220:1,3,20
221:3,8,11,12
225:4 226:7
227:9,13,16,
18,20,23
228:5,8,11,13
235:11 236:15
239:7 250:11
252:22,24
253:6,7 257:5
260:22 265:3
277:8 280:17,
20,23,25
283:19
289:13,19
290:12,16
292:3,17,18,
21,24 296:2
299:23 300:4
310:14 311:17
326:12,13,17,
20,22,23
330:10 331:20
332:2
**lawsuits**
256:25 257:3,
8
**lawyer** 225:11
237:6 284:24
313:23
**lawyers**
233:18 235:22
249:10 252:11
254:12 261:16
266:4 267:9
270:15 281:7
283:18,23
284:22
285:12,19
288:2,10
289:8 295:2

298:10,18,23
299:11 305:25
307:17 313:25
331:14
**lawyers'**
297:21 298:3
**layer** 247:23
249:25 274:22
**layers** 247:2
299:7
**lead** 245:21,
22 269:22
**leads** 319:6
**learn** 271:13
277:21 303:6
311:6
**learned**
227:13 231:5
245:5 250:20
271:8 319:13
**learning**
223:16 245:17
**least** 247:6,
23 274:6
279:23 322:1
**led** 287:23
319:1
**ledger** 244:12
**left** 216:22
**legal** 215:20,
24 237:3
274:12 278:8,
13 283:19,22
289:7 292:11
293:1 298:1
314:1,3
**legally**
314:13
**lent** 274:7
**let** 217:15
219:14 221:22
236:6,18,19
262:20 265:25
266:14,20,23
289:24 290:1,
12 293:7
300:25 308:2
311:23 328:1

330:3
**let's** 218:15
219:9 229:9
230:19 283:24
294:17 297:25
319:24 329:21
**letter** 249:6
**level** 237:5
**leveraged**
249:19
**Levy** 215:23
**liability**
228:15,16
**liaison** 281:5
283:8,18,22
289:7 298:1
313:15,18,22
314:3,9,14
**Liberty**
287:10,17,21
**life** 223:9
244:6 267:22
279:13
**life's** 221:24
222:6 241:21
278:23 279:6,
15
**light** 284:1
**like** 219:1,15
237:25 240:18
244:13,14,17
245:2,9,12,13
249:4 250:5
254:22 255:23
259:13,20
271:22 274:4
278:8,16
286:16 290:7
291:24 292:20
301:13 302:7,
10,21 306:12
309:24 312:3,
10,20,24
317:16 323:19
324:4 327:4
331:17
**likely** 260:3

**limit** 216:23
217:13
**limited**
216:19,25
219:20
**line** 219:22
318:3 323:20
**lines** 255:10
301:10
**link** 215:9
225:18
**list** 248:3,7
267:18,20
270:14 271:6,
10,14,19
272:11,19
282:23
300:11,13,19
301:1
**listed** 258:7,
15
**litigated**
257:17
**litigation**
218:22 237:2,
3,4,12 242:6
261:7,16
264:4,5
265:7,9 270:8
275:6 281:7,
24 282:8
283:8,13,15,
25 284:3
288:3,11,15
289:2 291:18
298:2 306:9,
16,22 308:4
312:1
**litigators**
235:23
**little** 238:11
260:14 281:4
309:20
**LLC** 232:3
233:1
**logically**
279:15

**London**
318:19,23
321:16,19,22
**long** 226:9
245:21 295:16
**longer** 303:1
**look** 219:15
282:17 286:8
290:2,4,8
294:17 297:25
304:5 315:5
323:20,23
**looked** 233:19
318:10
**looking**
329:16
**looks** 231:17
**lose** 325:7
**loses** 326:13
**losing**
280:20,23
326:12,17,19,
21
**lost** 240:7
296:19 326:24
**lot** 218:6
223:11 224:13
238:21 239:9
240:5,21,22
241:10 244:10
245:25 273:11
281:8,9
282:21 299:21
302:21
303:16,19,21
305:22 319:12
**Louis** 230:21,
22 233:20
**Ltd** 254:17
255:3
**Lynn** 233:7
275:21

---

**M**

**mad** 240:25
**made** 217:23

241:16 243:25
244:2 252:7
259:20 260:5,
16 274:8
293:21 295:6
301:1 305:11,
24 309:8
312:4,9
316:5,7
**Magistrate**
254:8
**mailbox**
288:23
**main** 227:22
228:5,14
264:17 282:21
283:1 284:16
287:16 293:23
295:8 298:9,
20 325:5
**maintains**
277:12
**make** 216:9,
10,13 218:1
235:5 244:5,8
246:7 247:12
267:15
273:15,17
285:6 291:15
300:10 309:24
328:1
**making** 240:1
252:4 260:5
274:4 277:8
315:11
**malleable**
317:5
**managed** 325:7
**manner** 274:7
280:22,24
**many** 221:25
222:2,5,6
228:2 235:22,
24 277:14,19
278:22 298:20
312:18
**March** 229:17

mark   219:9
  229:9 286:1
  315:2,6
marked   219:12
  229:12 263:25
  285:23 289:22
  314:21 323:11
market
  259:10,17
  287:1
marketplace
  244:24,25
  291:23
marketplaces
  245:9,18
  296:8
Marman   269:22
matter   215:18
  227:20 285:1
  322:8
matters
  283:19,22
  284:3 314:1
Matthews
  292:4,7,9,14,
  24 294:4,8
may   215:16
  219:2 229:1
  250:10 270:7
  274:6 285:6
  286:3 288:23
  290:1 296:21
  315:2,6
Mayaka   249:14
  255:2
maybe   217:23
  223:2
Mccormack
  284:6,14
me   217:15
  218:19 219:6,
  14 220:2,18,
  21 221:4,22
  222:19 223:7
  225:1 227:22
  228:18 230:6
  231:4 232:19
  233:7,14

236:6,17,18,
  19 238:9
  239:10,20
  240:3,11,13,
  25 241:7,14
  242:11,15,16,
  22 243:2,7,
  10,17,25
  245:10,22
  246:5,6,14
  247:5 248:1
  249:9 250:22
  251:12,24
  253:6 255:8,
  21,24 261:10,
  25 262:3,20,
  21 263:11
  264:13,15
  265:24
  266:14,23
  267:3,9,14
  272:23 274:3,
  8 276:9,10
  277:7 278:2
  279:13 280:4
  281:16 282:1
  286:6,20
  287:21
  289:17,24
  290:12 292:21
  293:14 294:11
  298:10 299:20
  301:7,19
  303:25 304:5,
  11 305:8,9
  308:2 310:22
  311:23 312:5
  313:4 316:21
  317:3 318:4,
  20,24 320:16
  321:14,21,23
  323:18
  324:16,18
  325:3 326:7,
  18,22 330:24
  331:17,21,25
mean   228:18
  266:2 269:10
  272:21 273:9

274:5,11
  282:10 289:3
  294:22 299:20
  318:17 326:13
meaning   251:7
  263:17
means   268:6
meant   248:24
  260:7 299:4
measures
  247:14
mechanism
  249:19 250:3
  304:14,19
media   227:14
  302:5 312:16
mediation
  265:4 290:15,
  18,19 291:1
medical
  296:24 310:23
membership
  233:8
memo   287:9
memory   256:5,
  7 276:15,22
  290:9 302:10
mental
  297:21,24
  298:3,7,20
mention   224:3
  233:4 248:21
  261:3 296:3,
  24
mentioned
  219:24 220:8,
  12,15,22
  223:17,24,25
  229:20 232:1
  244:6 251:10
  295:18 326:4
mentioning
  223:23
merged   234:24
merit   253:7
merits   258:21

message
  262:12,19,22,
  23 263:1
  272:12 301:22
messages
  262:9,10
  286:19 301:21
Mestre   234:15
  235:6 237:24
  248:17 252:18
  253:25
  254:10,21
  265:22 266:4,
  10,15,20
  267:4,8
  268:20 269:7
  295:11
  297:11,16
  305:4,13
  306:14 310:5
met   219:18
  249:9
metadata
  306:4
might   238:9
  249:17 266:8
  294:6 296:7
  300:5,18
  304:9 306:15
million
  229:20 238:23
  304:3
mind   230:12
  242:13 284:4
  292:12 305:17
  325:21
minds   228:1
mine   240:14
  255:21 256:9
  280:13 315:7,
  23 316:3,6,10
mined   231:11
  239:14,16,18,
  22 240:3
  242:24 255:20
  287:19,20
  300:12
  303:14,16,19,

20,25 304:1,
3,6,8 316:1,
11,13,14
324:2,10
325:3,6
326:6,8,9
**miners** 240:16
**mining** 240:6,
12,16,18,24
241:3,5,7,10,
14,17 242:2,
25 255:25
256:1,3,14
280:14 303:4,
10,11 304:14,
19 315:18
323:22 324:25
**minus** 229:25
**minutes**
216:22 329:20
**misrepresented**
270:3
**miss** 315:9
**mistake**
229:10 293:21
301:1
**mobile** 241:3
**model** 319:4
**Modern** 259:4
**moment** 221:1
227:8 255:8
260:14 283:10
327:14
**Monday** 215:15
**monetary**
244:9 293:22
**money** 256:9
259:23 260:8,
17 277:10
293:17 309:8
317:6 327:8,
10 329:8
**months** 281:22
**more** 220:21
222:19 224:15
229:2 230:19
233:13 236:2
240:15 242:1,

10 244:9
246:11 247:2
251:12 256:8
259:23 260:8,
14,16 267:12,
13 278:8
281:25
291:13,15,25
295:21 296:17
300:8 306:3
315:11
330:19,21
332:9
**morning**
217:18 272:10
**most** 244:25
245:17 264:23
295:3
**mostly** 306:5
**motion** 217:1,
3,11 238:7
268:8,9,11
269:20 270:14
293:8
**motions** 281:9
**mouthful**
232:4
**move** 217:8
321:19
**moved** 268:3
318:19,23
**moving** 217:7
**Mr** 216:8,12,
18 217:1,10,
15,16,17,18,
23,25 218:1,
6,12,17,18,
19,21,22
219:9,13,20,
21,23 220:3,
18,22 225:3
228:20 229:7,
13,14 230:9,
10,14,16,18,
19 234:3,5,8,
14 235:19
236:7,12,15
240:7 242:5

245:24 255:8,
11 257:25
258:3,10,14,
17,19 263:19
264:1,4,5,11,
13,24 265:2
266:12,13,17,
19 268:15,19
271:25 272:3,
6,9,25 273:1,
22 277:15,16,
20 279:8,12,
17,22 280:1,
15 281:4,11,
13,15,18,19
282:6,7
283:10,16,17
285:24,25
288:6,8
289:18,23
290:10,25
291:5,6,7
292:8,9,16,
22,24,25
293:6 294:1,
4,8 300:25
301:5 303:8,
12 304:15,20
305:15,19
306:10,13
307:6,8
308:1,5,6,10
311:11,14,18,
21 312:2,7,
11,15 313:20
314:7,11,17,
22 318:4
320:6,10,13,
17,20,24
321:4,9,11
322:3,9,13,
14,16,17,23
323:2,4,5,6,
8,12,13
324:3,7,11,
13,14,15,22
325:11,14,16,
17,18,22
326:19

327:14,15,17,
20,21,24,25
328:1,2,4,6,
11,15,18,20,
23 329:1,10,
12,14,16,19,
24 330:3,8,9
331:19,23,24
332:4,5,6,7,
9,10,12,16
**much** 238:12,
23,24 280:10
281:10 294:2
300:6,21
319:7 330:21
**multiple**
249:25 270:17
299:10
**must** 231:23
**mute** 255:9
318:3
**my** 215:19
216:17 218:4,
10,19 229:10
235:9 237:3,9
242:13 246:1
261:15 268:24
282:3,22
283:1 289:5,
11 291:21
295:3,14,15,
23,25 303:15,
19 311:9
313:21,22
323:1 325:14
327:25 331:22
332:1

---

## N

**Nakamoto**
224:7,10
227:25 228:3,
10 236:4
283:9 285:17
301:21 302:24
**name** 215:19
218:4 224:2

232:2 234:23
249:14 261:15
287:22
**narrow**  300:20
**nation**  260:4
**naturally**
290:19
**nature**
221:11,16
223:5 226:11
279:19
**nchain**  216:12
234:19,22
235:16 236:10
288:14,18,21,
25 289:1,5,6,
9,13 292:11
293:1,13
300:4 317:25
318:5,11,14,
16,18,19,24
319:14,21
321:16 327:7,
12 328:16
330:18,19
**nchain's**
288:2,10
289:4,16
293:2
**necessarily**
223:21 247:15
273:16 274:11
314:13
**necessary**
246:9,15
247:6,12,22
249:24 263:12
267:21 274:16
281:6 299:8
**need**  225:11
240:24 264:13
267:9 269:12,
18 274:21
286:8 298:17,
25 299:16
303:9 305:25
307:21 327:24
329:10

**needed**  229:25
241:11 243:18
247:1 275:18
281:2 305:24
**needs**  253:4,5
**negotiated**
236:14,16
238:1
**negotiating**
237:22
**negotiation**
238:5
**net**  225:12
327:5
**network**
241:11,13,24
242:1,25
278:23
**never**  228:18
242:13 248:25
262:24 263:17
276:9 277:17
278:6,10
303:2 306:11,
14,18 309:13
310:15 315:9,
25 316:18
317:3 318:20,
24 319:2
**new**  256:24
257:3,6 285:6
**news**  225:17,
18
**Nguyen**  215:15
216:4,10,12
217:18
218:19,22
220:18 225:3
228:20 229:14
230:19 232:23
233:13 240:7
242:5 245:24
281:4 282:7
283:17 285:25
291:6 318:4
323:6,13
325:17
327:15,25

330:9 331:19
332:10
**Nguyen's**
216:18
**nice**  227:20
302:6
**nine**  320:23
**no**  217:25
219:11 224:17
226:23 227:1,
2,7 228:15
229:11 230:5,
17 231:22
233:6,11
234:4,11
236:23 239:1
248:6,8,12,
16,19 251:24
252:16 254:1,
11,20 256:11,
15,23 258:1,
6,11 260:9
261:2 262:24
263:3,6,23,24
264:25
265:17,20,23
266:22 268:2
270:4,23
271:12 273:25
274:3 275:3,
7,13,22
277:2,9,17
278:2 280:18
283:6 285:22
286:19 288:25
289:14,21
294:11,24
295:17,18
296:12,14
297:12,19
301:2,6,14
303:1,5
304:21,24
305:3,8
308:14,22,25
309:12,15
310:1,4,6,9,
12,17 311:5,
12 312:23,25

313:7,10,13
314:20 315:4,
25 317:3,7,
12,15,21
320:3,16,22
321:6 322:7,
10 323:10
324:12,13
325:12,25
327:24 329:9,
12 331:13
332:9
**nobody**  241:13
**nodes**  241:24
242:2
**non-**  284:2
**non-compliance**
282:13
**non-marker**
301:4
**nor**  215:21
**normal**  218:1
240:15
**not**  215:21
216:13,19
217:4 221:1,9
222:6 223:8
226:2 227:20
228:3 230:2
231:10 232:17
233:3,17
234:11
235:23,24
238:22 239:21
240:1 241:23
242:14,15
243:2,10,15
245:25 246:17
247:8,9,13,15
248:13
249:11,16
250:6,25
251:16 252:2,
9,10 253:7
254:17 255:7
257:19,23
258:12,13,23
259:1,20
260:20

261:10,18
262:4,11
263:3 264:12
265:8,15
266:10,18
267:17,19,21,
22 270:4,18
271:18,19,20
272:8,13,15,
20 273:9,11,
16,21,25
274:1,3,11,
21,25 275:9,
15,17 277:11,
13 278:11,18,
22 279:9,11
280:12 281:23
282:2,4,8,15,
20 283:8
284:20 285:6,
8 286:8 287:6
288:16,18,25
289:9,11,16
290:20
291:15,16,21
292:1 294:11
295:7,8,21,25
296:9,16,19,
23 297:1,7,
12,16 298:16,
23,24 299:2,
12,16 300:6,
13,19 301:6,
8,17 302:20
303:4 305:17
306:24 307:9
308:3,8,14,18
310:7,17,20
311:12,20
312:6 313:3,
22 314:2
315:13,25
316:12,22
318:4 319:4,9
320:3,9,15,22
321:5,7,19,24
322:1,4,18,25
323:21 324:1,
19 325:4,9,23

327:15,18,25
328:7,9
329:2,9,13
331:10,13
note 325:14
nothing
238:14 328:8
notice 248:9,
11,14,18
322:20
noticed
322:24
now 215:2,16
219:7 236:2
243:1 262:21
270:2 271:21
284:17 286:1,
5 287:12
298:5 299:13
314:18 319:3
322:13,14
328:10 329:21
number 223:4
239:13 240:13
250:14 293:16
303:14 304:2,
9,13,18
numerous
277:23

_____

O

oath 217:20
308:3
object 230:9
234:3 257:25
258:10 266:17
268:15 271:25
272:6,25
273:1 277:15
279:8,17
303:8 305:15
306:10 307:6
308:5,6
311:11 313:20
314:11 320:6,
13,20 321:4
322:9,18

324:3,11,14
332:6
objected
255:9 322:17
objection
230:16 234:8
258:17 266:12
280:1 281:11,
18,19 283:11
311:18 312:2,
11 321:11
324:15
325:11,14,18
328:18,23
331:23
objections
216:16
obligation
327:21
observed
297:17
obtain 283:4
obviously
221:8,11
222:8 225:17
226:9 227:12
241:21 264:14
295:14 306:22
307:9,13
328:2,3
occur 221:1
247:25
occurred
221:2 233:20
268:21 277:1
of 215:8,12,
15,18,20,24
216:10,11,12,
17,25 217:13,
15 218:1,6,7,
9,10,11,19,23
219:15,16,19,
20 220:6,9
221:2,5,9,11,
16,18,23
222:2,8,11,
17,18,20,24,
25 223:4,5,9,

12,24 224:1,
4,9,13,23
225:4,15,18,
20 226:3,8,
10,11,13
227:13,17,24
228:1,4,9,12,
13,14,24
229:1,8,16,19
230:7,12,23
231:4,12,24
232:19,22
233:20,25
234:1,9
236:4,5,12
237:2,4,5
238:7,18,22
239:4,6,9,11,
17,22,23
240:3,5,12,
13,18,20,21,
22 241:1,8,
10,14,15,16,
24,25 242:6,
11,18,23,25
243:2,8,20
244:11,15,23
245:7,15,25
246:22 247:6,
11,22,23
248:2,3,4,9,
11,13,15,18,
25 249:12,24,
25 250:2,14,
16,20 251:2,
14 252:5,9
253:2,22
254:13 255:15
256:5,6,7,20,
22 257:12,22
258:16,24
259:5,20
260:23
261:14,15,17,
21 262:6,7,10
263:5,12,20
264:8,19
265:4,9,10,15
266:4,8,11,15

267:3,6,18,
20,25 268:10,
12,14,16,23
269:3,5,12
270:6,13,14,
16,25 271:6,
13,14,23
272:11,15,19
273:4,5,11,
12,16,17,24
274:2,7,9,10,
12,16,20,22
275:4,8,9
276:3,15,22,
23 277:1
278:7 279:4,
18,19 280:3,
5,7,9,10,11,
20 281:8,9,
10,24 282:16,
21,23,24
283:1,3,7,13,
15,25 284:3,
19,21,25
285:2,5,15
286:2,3,14,23
287:2,12,17,
20,21,22,23
288:16 289:4,
15 290:9,11,
15,23 291:1,
9,15,23
292:23,24
293:11,12,16,
19,23 294:18
295:3,8,9,15,
16 296:8,19,
25 297:3,18,
22 298:20,24,
25 299:4,21
300:1,7,11,
14,20 301:3,
4,10,23
302:5,7,10,
11,13,16,18,
21 303:14,19,
20 304:2,13,
18,23 305:2,
16,20,22

306:4 307:6,
10,12,19,23
308:12 310:25
311:9,17
312:20
313:10,14,18,
24 314:2,6,8,
16,25 315:2,
6,18 316:15,
20 317:6,16,
17 318:4,12,
25 319:10,12,
18,23 320:1,5
321:2,17,19
323:20 324:1
325:7,19
326:9,12,17,
18,25 327:2,
5,16 328:13
330:19 331:5,
13,14 332:2
**off** 215:6
218:13 260:13
287:17,21
296:8 329:22
330:1 332:17
**offer** 290:23
293:16,23
**offered** 294:2
**office** 235:3
250:21 252:6,
8,15 313:2,6,
9
**officer**
292:10
**officers**
233:2
**official**
322:22,23
323:3
**often** 239:25
264:23 317:23
331:1
**oh** 269:22
**Okay** 217:10
218:17 221:19
222:19 264:15
292:14 293:4

315:15
**old** 289:9
**on** 215:2,15,
20,23 216:9,
12 217:15
218:7,8,9,10,
13,16,18
219:2,7,21,22
221:25 222:5
227:22,23
228:7 229:17
230:22 237:5,
15 238:10
241:10,25
242:1,24,25
244:17 245:8,
19 255:9,19
258:21
260:13,16
262:3 263:12,
14 264:16,17,
19,20 265:9,
12 268:4,8,9,
13 269:21
270:13
271:14,15,19
272:11,19
276:3,7,13
281:8 282:3,
4,8,22 284:21
286:3,5
287:1,2,10,
13,24,25
291:4,19
292:8,21
293:8 295:15
300:6,23
301:22 307:3,
19 308:21,24
309:6 312:13
314:5,18
315:6 317:9
319:18
320:15,16,23
321:6,14,21
322:12 323:1,
20 327:15
328:9 329:19
330:6 332:5

**once** 319:21
**one** 216:21
218:3,19
219:1 220:7
221:1 223:7,
12 228:25
229:19,20
230:19 232:2
236:19 240:25
241:1,11,23
242:10
243:19,25
245:9,16
246:10 248:12
250:2 255:8
259:8 261:13
262:11 266:4,
22 267:9
268:12,14
283:10
284:12,13,14
285:1,10
286:2,7,8,9
287:12,16,17,
23 289:25
290:14,21
293:7,19
294:23 296:8
299:9 301:4,
23 304:1,4
307:4,11
308:7 312:21
318:4,12
319:13 326:24
327:14
**ones** 265:24
270:17 284:3,
16
**online** 224:9
244:25 269:2,
4 301:20,21
309:6,8,11
**only** 219:20,
22 223:3,24
265:3 280:4
**open** 244:7,
12,17 247:1,
3,4,6,12
274:17,20

317:5
**operated**
287:11
**operates**
278:12
**operating**
275:23
**operation**
256:14
**operations**
295:20
**opinion**
321:13
**opportunity**
290:17
**opposed** 240:6
**or** 216:5,14
217:4 219:20
221:3,9 222:3
224:20,24
225:4,16
226:3 227:11,
24 228:3
230:2 231:9,
13 232:17,25
233:1,3,8
234:11 235:6,
12,25 239:23
242:10,14
243:10,18
247:9 248:21
249:8 250:15,
18,19,23
251:8,11
252:9,10
253:4,21,24,
25 254:2,8,
15,23 255:7
258:13,21
259:20 261:12
263:14,15
269:2 270:20
271:18,19,20
272:8,12
273:8,11,12,
17 274:5,12,
22 276:25
277:22 278:7,

12 280:12
282:2,3,11
283:8 285:8
286:1 287:21,
24 288:1,9
290:2,9,20
291:6 293:2
295:6,8,25
296:9,20,22,
23 297:2,12,
16 300:10
302:3,12
303:23 305:2,
6,17 306:23
307:4 308:8
309:1,18
310:15 311:20
312:4,6,13
313:22,24
317:19 318:3,
4,15,22
319:1,9,23
320:1,15,21
321:7 322:5,
7,11 324:20
325:4,9
329:2,20
330:18 331:6
**order** 216:11,
16 217:12
253:9,11,14
254:9,11,13,
24 259:6
269:24
282:14,16,19
309:2
**ordered**
267:25 300:15
**organization**
233:5
**original**
220:11 228:25
265:22
**OS** 315:13,15
316:2,19
**other** 218:14
222:15
223:18,23
229:22 231:13

232:1 241:12,
18 249:11,12
251:11,24
261:23 263:14
276:13 278:7
280:7 281:25
283:19,22,24
284:16 300:7
302:14 306:23
307:11 308:8
314:25 315:16
**others** 284:11
**otherwise**
241:12 251:9
**our** 216:23
217:1,3,13
229:18 244:16
270:14 282:21
**out** 222:6,7
223:10,15
225:5 227:10
231:5 234:1,
7,10,13
244:22 249:7
269:18 286:20
298:10 307:18
309:20 330:4
**outcome**
215:22 332:2
**outside** 215:8
250:23 256:22
264:21 283:13
325:6 326:9
**over** 221:2
224:25 226:10
228:15 231:19
240:4,9
260:19 278:24
285:7 299:20
311:10,25
317:17 318:22
324:2 325:10
**overall**
282:16
**overruled**
216:16,20
**overseas**
315:8,10,14

316:3,6,10
325:8
**own** 237:3
239:19,21
255:14,23,25
274:5
**owned** 232:7
**owner** 273:10,
17
**ownership**
232:10,19
233:8 273:5
274:12 325:9
**owns** 318:15

---

**P**

**P-I-T-N-E-Y**
234:25
**p.m** 215:16
**p.m.** 323:21
330:2,7
332:18
**package** 249:6
**page** 286:9
**paid** 237:23
**paper** 220:8,
10,11 222:1,
11 223:19,22,
24 244:19,20
279:5 280:6
310:24
**paragraph**
219:18 220:19
229:16 230:20
286:23 294:18
297:25
**part** 229:22
241:16,18
243:20 246:22
247:6 301:3,
10 302:11
316:20 331:13
**Participants**
215:3
**participate**
267:15 290:18

**participated**
290:14 294:13
298:2
**participating**
241:25 294:19
297:2
**participation**
224:23 282:4
**particular**
219:1,15
226:10 231:4,
19 234:12
244:11 257:22
261:15 282:3,
15 286:19
307:19 319:23
321:15
**particularly**
228:2 235:23
299:2
**parties**
215:10
**partner**
226:25
277:13,14,18,
22,23 303:15,
20 308:16,19
311:9,25
**partnership**
226:13,21
227:2 277:9
278:3,10
294:24
295:13,17,18,
21 297:12
302:25 303:1
326:25
**partnerships**
278:6,8
**party** 215:12,
21 290:23
**passed** 223:10
231:6 321:18
322:2
**past** 222:9
227:21 244:10
277:14,19,23
313:22 316:7

**patent**
319:13,18,23
320:2,12,19
321:3 322:6
**patentable**
319:1,7
**patenting**
318:21
**patents**
319:1,4,7
**paying** 237:16
**PDF** 306:4
**pending**
218:22
**people** 222:6,
16 223:18,20,
21,23 224:10
227:12 228:2,
8 230:23
240:1 241:10,
12,18 242:1
244:14 245:1,
7,17 246:17
247:16 250:5,
23 262:13,16
269:2 273:4,
12 274:19
278:24 284:23
285:7 298:20
300:4 301:23
304:2,9
312:18 317:11
319:12
**percent**
300:19 327:1
**period** 219:25
221:2 223:9
270:16 282:25
288:22 296:25
297:3,7 311:9
**periodically**
264:15 292:20
300:5
**periods** 221:5
**perjurious**
306:19
**perjury**
305:6,14

**person** 241:23
284:14 285:8,
9 323:22
**personal**
223:12 330:20
**personally**
239:21
**Peter** 284:5
**philosophy**
244:21
**phone** 318:3
**phones** 241:3
**phrase** 248:25
279:2 294:15
297:24
301:12,17
311:1 314:3,
14 329:9
**phrased** 311:1
**physical**
249:5
**picture**
262:5,7
**pieces** 247:22
248:1
**Pitney** 234:24
235:16
**place** 247:14
257:16 289:19
**places** 240:23
249:25
**plaintiff's**
219:11 229:11
232:2 263:24
285:22 289:21
297:23 298:5
314:20 323:10
**plaintiffs**
218:8,9,10,11
248:4
**planned**
237:15 260:15
**plausible**
321:24
**play** 327:6
**players**
285:13

**playgrounds**
245:19
**playing**
314:15
**pleadings**
268:4,8
269:21
**please** 215:24
240:10 272:23
288:7 297:14
303:17 318:3
325:14 328:12
**plugged**
240:22
**podcast**
302:16,18
**poet** 269:21
**point** 220:7
222:22 223:7
224:8 225:10,
23 228:19,22,
25 232:6,11,
14 240:11,25
243:11,17
245:5,6,12
246:10 247:21
248:23 257:10
262:12 266:3,
22 267:9
271:8 273:16
274:3,10
287:16,18,23
290:14,21
291:11 293:7,
15 294:23
295:1 296:16,
18 304:1,4
318:12 319:13
326:24
**points**
222:14,22
**police** 311:8
**pools** 287:20
**poor** 310:11
**pop** 284:4
**portfolio**
318:11 319:14

portion
274:22 328:13
portions
254:23
position
226:8 252:5,
8,14 294:24
possibilities
281:3 300:21
possibility
320:4,11
possible
271:23 272:4,
8,18 273:20
274:10 300:21
316:10,14
320:18,21,22
321:7,8
322:5,7,11
possibly
218:14 270:11
post 312:1
posted
301:21,24,25
posts 224:9
280:9
potential
292:2 326:11,
16
practice
269:23 295:19
predate 262:9
predated
243:8 261:13
premise
241:23 268:16
307:10
premised
227:23 264:19
preparation
270:6
prepare 261:7
290:3
prepared
246:7 276:16
preparing
290:2

preposterous
310:14,19,21
presence
215:8
presented
254:25
preserve
231:12
pretty 280:10
299:12 324:8
previous
229:19
previously
220:22 226:24
242:4 265:24
price 287:23
292:2
primary
221:23
prior 261:4,
21 262:21
327:16
private 215:7
231:13 243:19
247:5 262:18,
22 263:1
272:14,18,20
273:5,7,8,13,
21,24 274:2,
11 275:11,15,
17 299:4,6,7,
19
privilege
313:15,18
314:2,9,14
327:16
privileged
264:3 292:12
293:3
privileges
216:14
probabilistic
300:10
probabilistica
lly 300:18
probably
244:24 312:19

problem
322:25
problems
250:15 318:21
proceeding
215:3 270:22
271:1 293:10
306:20 313:6
314:10
proceedings
215:25 257:24
258:2,5,9,20
313:2,9
process
257:19
266:11,15
289:2 300:7,
23 301:3
331:14
processing
241:25
produce
267:25
produced
269:6
product
216:14
production
270:14 279:25
program 249:6
317:9
project
276:13
projects
232:20 317:16
prompted
290:15
proper 257:16
property
276:4,8,10,17
283:4 317:14,
25 318:6,9,14
320:1 327:3,
7,12,13
328:16,17,21
proposal
276:16 290:23

protection
216:14
protocol
310:15
prove 227:5
273:9,10
285:16
provide
220:25 282:23
288:24,25
300:13,15
provided
215:11 220:21
222:16 233:14
248:4 279:3
285:21 288:14
310:24 329:3
provider
249:3
providers
250:5
provision
302:13
public 222:1
225:17 242:18
243:8 244:17
260:12
267:18,20
273:3 282:24
298:13 299:13
300:14,20
304:3
purchase
287:25
purchased
215:12 296:8
purchasing
255:1,6
purported
304:2
purpose
232:22 245:13
279:24
pursuant
329:3
put 245:22
246:5,9
247:9,14

304:13,18

---

**Q**

**qualify** 217:4
**question**
220:14 226:2,
15,20 227:7
228:1 232:8
237:17,20
238:20 239:1
246:1 253:20
255:4 259:19
261:25 266:14
268:17
281:14,16
282:20 283:11
288:6 290:19
293:4 300:5
303:22 307:7,
10 309:21
312:19 313:17
322:7 325:13,
15 328:5,12
331:6,21
332:1
**questioned**
269:11
**questioning**
269:3
**questions**
216:19 221:14
222:24 255:9
269:5 292:13
295:4 312:18
327:15 328:8
332:9
**quick** 229:1
**quickly**
227:13
**quit** 252:12
**quite** 232:4
239:6 242:13
282:1 303:14,
16,19,20
**quote** 253:16
254:4 259:10,
11,12 269:25

278:10 303:19
**quoted** 259:9
304:11
**quoting**
269:21

---

**R**

**raised** 269:5
**raises** 290:19
**Ramona** 251:24
252:1,22
294:10 315:1
323:15 330:23
331:1,2,16
**ran** 259:11
**range** 236:20
237:2,8
**rates** 236:17,
20 237:3
238:1
**rather** 240:15
**reach** 222:6,7
234:1,7,10,13
**reached**
223:15 225:5
227:10 231:5
291:9 298:10
**reaction**
228:14 271:22
277:24
**read** 219:22
221:8 226:7
231:23 248:12
254:5 257:18,
21 259:14
269:24 306:11
308:8 323:24
328:12,14
332:15
**reading**
229:15 230:1
253:21 254:2
302:10 324:4
332:14
**real** 290:20
302:19

**really** 226:5
228:7 238:25
241:4 242:14
245:16 264:21
271:19 274:21
277:24 282:19
285:17 298:10
307:16 323:25
324:13 325:9
327:4
**reason** 241:16
325:23,25
**reasonable**
238:1
**REC** 322:14
**recall** 218:24
219:3 221:4
223:22 224:5,
21 225:6,19
229:15 230:1,
2,3,19,24
231:1,18,25
232:5,12,13
233:21 236:21
238:2,11
242:7,19
250:13
251:12,16
252:2,20
253:21 254:2,
13,22 255:7,
17 256:11,16,
19,21 257:6,
21 259:1,12,
13,14,22,24
264:6 266:1,
25 267:24
268:3,11,20,
22,23,25
269:4,10,20
276:16,22
283:14,20
285:19
286:11,15,18,
20 287:9,13,
15 289:19
290:2,4,7
294:7,14
297:5,19,20,

24 298:5
301:12
302:20,23
308:14
330:15,17,20,
25
**received**
265:22 274:15
**recently**
330:21
**recess** 330:5
**recharge**
241:3
**recognize**
286:10
**recollection**
256:20
**record** 215:2,
6,25 319:24
322:21 328:13
329:22,23
330:1,7
332:17
**recorded**
215:4,5,14
244:17
**recording**
215:9 322:15,
16,22,24
323:2,3
**recounting**
259:4
**recounts**
229:16
**refer** 308:15,
17,18
**reference**
231:1 262:2
309:24
**references**
242:12
**referencing**
263:21
**referred**
226:25 232:4
260:22
277:13,22
303:10

referring
  218:14 219:25
  260:6 269:1
  316:10 326:6
refers  277:18
reflected
  306:5
regain  246:12
  247:18
regard  223:25
regarding
  264:4
regardless
  268:23
regards
  309:11
Reinhart
  253:8,22
  254:3,15
  259:6 267:24
  282:13
Reinhart's
  253:14 254:8
reject  253:16
rejected
  293:20
relate  318:6
  327:14
related
  215:21 222:16
  239:5 257:6
  268:1 276:12,
  14 281:22
  284:15 293:18
  309:8 318:13
  319:14,15
relates  273:2
  318:1
relation
  242:19
relationship
  219:21 221:7,
  13 250:24
  279:20 315:18
  317:18
relatively
  284:1

relevant
  289:13 296:13
  320:7
remained
  224:23
remarks
  217:16
remember
  220:5 222:13,
  21,25 224:2
  225:12,17
  232:12,16,18,
  22 233:16,17
  234:12,23
  235:12 237:8
  238:3,15
  247:20
  250:14,19,22,
  24,25 256:4,8
  257:12,13,22
  268:8 269:25
  271:3 276:25
  284:13,14,17
  287:22 290:8
  291:10 294:15
  296:10 299:9
  302:2,3,4,21
  319:15,20
remote  215:9,
  14,19,25
  322:8
remoted
  256:18
render  321:13
repeat  220:14
  228:21 238:20
  257:1 264:14
  288:6 297:14
  303:17 304:16
  309:20
repeated
  239:25
repeatedly
  326:22
rephrase
  262:20 311:23
replies
  301:24 302:1

report
  265:12,15,19
reporter
  215:23 259:4
  314:19 323:8,
  9 328:11,14
represent
  218:4 233:23
  234:16,19,21
  235:16 271:21
representative
  289:4,7
  290:21 314:16
representative
s  313:24
  314:5
request  215:5
  217:5 289:15
requested
  217:2 238:4
  282:25 300:14
requesting
  215:11
require  228:8
required
  242:1
requirements
  319:8
requires
  241:22
research
  231:24 232:3
  304:15,20
  319:6
resembles
  304:10
reserve
  216:15
  287:11,21
resisted
  273:15
resolve
  290:24 293:17
respect
  280:11 314:1
  317:20
respond

217:11 289:10
  295:4 306:25
responded
  302:25 305:24
responding
  280:8
responds
  229:24
response
  227:19,22
  228:5 229:23
  239:3 245:25
  288:19 312:17
responses
  224:12,13
  288:2,4,10,13
rest  297:18
restroom
  329:10,15,21
  330:4
result  291:17
  320:5
resulted
  258:21
retainer
  237:23 238:3
retaining
  270:24
return  249:19
returned
  247:15 274:24
  275:1
review  228:24
  236:3 238:13
  253:13 288:1,
  2,10
reviewed
  225:21
  228:19,22,25
reviewing
  238:15 270:15
revoked
  261:4,21
rewards
  271:15
Rick  215:23
  314:18

right   219:16
 228:23 230:8
 234:16 259:5
 260:1 261:9
 278:21 279:1,
 7 296:2,19
 302:20 324:23
 325:1,17
rights   216:15
 325:8
rigs   240:18
ring   224:19
Rivero
 217:15,23
 218:1,4,12
 230:10,16
 234:3,8,15
 235:5,10,19
 236:7,12
 237:23 248:17
 252:17 253:25
 254:10,21
 255:8 257:25
 258:10,17
 265:21 266:4,
 10,14,20,22
 267:4,8
 268:15,20
 269:7 271:25
 272:6 273:1
 277:16 279:8,
 17 280:1
 281:13,18
 283:10 290:25
 295:11
 297:11,16
 303:8 305:4,
 13,15 306:10,
 14 307:8
 308:5 310:5
 311:11,18
 312:2,11
 320:6,13,20
 321:4,11
 322:9,13,17,
 23 323:2,5
 324:3,11,15
 325:14,18
 327:14,17,20,

 24 328:2,18,
 23 329:12,14,
 16,24 331:23
 332:7
Rivero's
 236:15
Road   244:24
 245:9
Roger   285:11
role   264:5
 284:1,18
 285:13 314:15
 321:25
Ron   265:4
 290:20
Rothstein
 217:3
Rothstein's
 216:16
roughly
 239:13
rules   216:23
 217:14 291:3
 322:19,20
rulings   327:5
run   235:21
 242:2
running
 240:24
 241:10,13
Rwanda   259:23
 260:2,5

_____

            S

S-E-Y-C-H-E-L-
L-E-S   243:12
safe   237:10
 247:13 249:7
 279:14,23
 290:5
said   219:18,
 19 221:22,23
 222:10,13,15
 223:2,17,18,
 23 224:13
 225:5,10

226:5 229:21
 232:13 237:25
 239:8 240:17
 241:20 243:25
 246:10 247:8
 249:3,23
 251:6 254:22
 255:24 256:17
 259:2,13,24
 261:13
 266:23,24
 267:9 269:3
 278:9,16,17,
 22 279:3
 280:3,12
 282:7,10
 283:17 284:20
 288:22 290:7
 293:21 295:3
 296:6,7,9,18
 301:18,19
 302:3,25
 303:6 304:2,
 10 306:5,17
 309:6,17,23
 310:21 311:2
 312:3,10,18,
 24 315:25
 316:8 319:2
 321:5,6
 323:21 324:4
 325:2,17
 326:22,24,25
 327:3 331:21,
 25
same   220:19
 224:23 232:2
 234:8,18
 243:9 251:25
 264:24 273:5
 274:11 281:19
 287:15 292:25
 328:7,23
 332:7
sanctions
 217:9 253:9
 259:6
sat   231:18
 261:18

Satoshi
 220:13,16
 224:7,9,20
 227:25 228:3,
 10 236:4
 264:22 280:9
 283:9 285:8,
 17 301:16,21,
 24 302:7,19,
 24 304:3
 312:18,19
Satoshi@
vistamail.com
 224:18
Saturday
 229:17
save   231:8
saw   231:25
 256:17 259:7
 261:17
say   217:15
 220:19 221:6,
 19 223:21
 225:1,8
 226:17,24
 227:2 231:16
 232:15
 237:10,25
 238:5,24
 239:8 241:6
 243:16 246:19
 247:18 248:11
 249:18,21,22
 250:12 252:24
 256:2,9,13
 257:11 260:1
 262:20 264:22
 266:6 267:19
 277:6 279:9,
 23,25 282:18
 287:7 290:5,8
 296:5,15
 297:3 298:15
 300:6 301:9,
 13 302:7,9
 305:16 308:7
 309:18
 310:17,21
 311:3 312:8,

12,20 313:3
314:12,13
321:6,10
322:10
**saying**
229:18,24
230:22
250:14,19
256:12 257:13
259:9,22
269:22 272:12
285:1,8,9
286:10 296:10
298:13 305:9
306:23 308:2
323:2 326:9
**says** 228:10,
11 233:22,23
238:22 261:24
278:12 286:24
302:6 306:23
311:8 315:7,
13,15 316:2,
9,18 325:5
**scan** 229:1
**scenarios**
274:9
**scheduling**
253:3,5
**Schemes** 247:7
**schools**
239:17
**scope** 216:18
328:3 331:23
**screen** 219:7
**screw** 325:7
**script-able**
317:6 327:8,
10 329:8
**scroll** 286:9
**second** 219:1
229:3 286:9
292:8
**Secret** 247:7
**Secure** 263:2
**Secured**
286:25 287:7,
14

**see** 219:6,7,
24 220:23
229:4 251:17,
20,22 254:25
259:3 260:21
261:20
270:11,19
278:23 283:24
286:23 287:3
290:22
294:18,20
300:9 312:22
313:11
315:12,13
322:14 323:18
331:8
**seeing** 230:24
286:11,15,16,
20 290:8
**seeking** 217:9
266:21 292:11
293:1
**seem** 227:20
250:24 267:12
281:9
**seems** 230:6
**seen** 218:3,15
231:24 237:3
248:3 255:5
261:23 262:1,
2,4,5 263:22
271:19
275:20,23
286:7,8
289:15 307:14
311:12 312:3,
13 315:3
323:15
**sell** 245:1,8,
18
**selling** 245:2
**send** 225:15
242:2 263:17
330:11
**sends** 230:21
**seniority**
237:5

**sense** 285:6
291:15
**sent** 222:11
231:17 235:20
238:9 294:6
309:16
**separate**
242:14 287:18
**separately**
239:14,16
255:22 280:13
304:1,8
316:11,14
325:3 326:7,8
**September**
219:19
**serious**
310:22
**serve** 257:24
258:2,4
266:21
**served** 225:3
235:13 257:19
266:23 288:11
**service**
249:3,6 250:5
258:8 266:11,
15
**services**
245:3
**set** 239:12
240:17,18
242:17 243:11
250:4,7
255:24 256:2,
6 257:22
280:14 295:20
301:8 304:13,
18 316:12
318:24
**sets** 244:15
278:3
**setting** 301:6
**settle**
290:17,20
**settlement**
265:5 289:18
290:11 291:3,

7,9,12
**seven** 216:22
274:16,20
320:23 329:20
**several**
222:15 264:17
284:11 293:10
321:17
**severe** 245:1
**Seychelles**
243:11
**Shadders**
299:24 300:2,
17,25 301:5
**Shall** 240:9
**Shameer** 247:7
**share** 219:3
229:7 263:19
274:1 285:25
328:7 332:5
**shared** 273:23
**shareholder**
293:18
**shares**
246:15,20,22,
24 248:21
**sharing** 247:7
302:13 323:6
**she** 216:16
217:4 232:24
233:2,3
252:24 253:6,
7 331:7,8,10
**She's** 253:5
**shed** 240:18,
23
**shell** 255:1
**short** 295:16
**shorthand**
232:3
**shortly**
235:11 330:10
**should** 215:3,
8 234:16
246:19 247:23
256:6 264:21
273:21 274:6

282:19 293:22
**show** 264:21
289:25
**showing** 255:6
323:19
**shows** 255:1
**shut** 287:13
**sick** 223:8
**side** 306:23
**sides** 228:12
**sign** 272:18
273:12 308:13
**signed** 255:15
272:12 275:24
287:10 313:11
**Signia** 286:25
**significant**
235:25 253:2
**Silk** 244:24
245:9
**Silverglate**
216:8,9
217:10,25
218:18 230:9
266:12,17
272:25 277:15
281:11,19
288:6 292:8,
16,25 307:6
308:6 313:20
314:11 324:14
325:11 328:6
332:6,12
**Silverglate's**
217:16
**similar**
221:21 301:18
303:23 309:19
**simply** 246:1
254:15 258:21
322:5
**since** 229:21
234:24 300:12
303:11 311:17
318:10
**sir** 327:24
329:12

**sitting** 224:2
302:20
**situations**
313:23 331:2
**slice** 274:23
299:6
**slices** 247:11
248:21
249:20,24
267:7,17
274:16,20
331:6
**smart** 308:21
317:14,22
318:1,6,13
319:10,15,16,
18 320:2
327:13
328:17,21
**so** 216:9,23
217:1,5,13
218:4 219:18
220:17 221:8,
14 222:25
223:12 225:3
226:9 228:5,
12 229:6
231:16 233:1,
19 236:25
238:4,18
241:18 242:1,
14 244:22
245:5,20,21,
24 246:24
247:2,4,8,9
251:22 254:22
255:9,22
256:11 259:14
260:14,18,24
261:5,6,20,24
262:7 265:23
270:19
271:14,18,21
273:19 275:14
276:1 277:14
278:4,9,22
279:6,14
280:18 282:1
283:1,25

285:4,10,12
288:13,24
289:5,8,10
290:5,10,15,
19 291:3,10,
17 292:8,12
293:4,9,13
294:17
295:10,23
296:24
298:15,20,25
299:9,16
300:5 302:15,
21 303:15,20
305:13 306:17
307:9,21
309:13 310:4
311:22 312:4,
8 314:2
315:22 316:3,
19 318:11
319:2,10
320:8,11,18,
25 321:21,22
323:17 327:18
328:24 331:10
**software**
256:7 309:7,
9,11
**sold** 309:3,4,
7
**some** 222:2,
16,22 224:1,
8,14 225:10,
17,18,23
227:13
228:19,22
231:1 232:6,
11,14,17,20,
23 233:7
239:6 240:11,
12 241:1
243:8,10,17
245:5,17
247:11,21
248:23 249:12
250:20 251:11
256:20 257:5,
10 261:17

262:16 263:12
266:3 268:10
269:1,3,5
271:8 273:21,
24 275:8
276:13,22
279:3,4
280:7,9
283:24,25
284:15 287:14
293:14,15,17,
23 295:1
296:8,18
301:23 304:23
305:10 307:22
314:13 315:23
319:18 320:23
321:25 331:5
**somebody**
272:10 306:22
**somehow**
257:14 273:20
304:4 309:8
325:7
**someone** 224:1
227:21 247:9
251:7,10
272:18,23
273:20,24
274:2,8
280:25 284:25
287:24 303:1
318:2
**something**
217:24 222:5
226:3 232:24
233:2,3
239:15,24
249:5,9
257:13 273:13
276:14 278:16
287:13 293:18
301:9,13,18
302:7,9
303:23 304:8
306:6,23
307:14 309:18
312:24 315:11
318:13

319:15,20
322:7,11
**sometime**
245:6 291:9
**sometimes**
260:11 331:7
**somewhere**
235:13 263:15
**son** 230:23
**sophisticated**
240:16
**sorry** 220:14
226:17 228:21
236:13 238:20
255:4 257:1
262:17 275:14
276:20 297:14
304:16 305:1
309:1,4
312:17 326:17
327:9
**sort** 222:17
226:3 228:14
236:5 284:3
296:19 298:20
307:19
**sound** 317:16
**sourced**
318:15
**South** 256:25
257:3,7
**speak** 238:19
260:14,16
303:15,20
**speaking**
260:12
**specialized**
240:6,15
**specific**
221:10 226:19
232:18 251:2,
3,12 254:7,23
255:18 268:25
272:22 285:20
319:8,19
**specifically**
217:2 226:12
271:4 283:14

287:6 291:21
**specifics**
220:5 224:15
232:16 251:1
254:13 257:12
275:4,9
291:11 320:22
**specify**
274:21
**spectrum**
265:10,13,19
**speculate**
272:21,23
316:21
**speeches**
273:4
**Spencer** 216:9
217:7 218:18
328:1,4
**spend** 263:17
299:8 307:22
**spent** 271:14,
16,20 272:5
282:21
**spike** 287:23
**spoke** 301:15
**staff** 286:25
**stakes** 281:1
**stamp** 268:13
**stance** 285:13
**start** 222:18,
20 240:9
241:11 242:25
247:23 264:10
318:22
**started** 241:7
248:2 265:3
267:5 279:1,3
321:16
**state** 230:12
273:6 283:11
305:16
**stated** 220:4
312:17
**statement**
215:25 216:9
259:15,20,25

260:10,16
282:9 287:3
311:7,13,24
312:4,22
315:16
323:18,19
331:12
**statements**
254:8,23
280:17 312:1,
9,13 315:17,
23 316:5,7
**States** 225:14
249:12
**stating**
265:12
**status** 264:16
**Stefan** 292:3,
7,14 293:8,
14,16,21
294:2
**step** 236:19
312:21
**Stephen** 218:9
272:13
**Steve** 300:2,
17,22
**Steven** 299:23
300:9
**sticking**
286:20
**still** 228:1
239:10
242:11,15
289:5 325:8
**stole** 274:7
**stop** 244:13
307:3
**stopped**
252:13
**stored** 231:9
**stories**
225:18 240:4,
12
**story** 224:22
240:25 245:22
251:18 254:3

**strategies**
294:14,19
298:3
**strategy**
295:24
**strict**
297:13,17
**strike** 227:9
233:12 236:19
238:16 249:18
253:13 274:15
275:15 303:13
321:1 326:17
**structure**
271:24 272:16
295:21
**subject**
332:13
**submissions**
281:8 282:7
**submit** 232:20
265:18
**submitted**
218:24 219:2
265:11 268:12
269:8 270:8,
13,17,19,22
271:6,8 281:5
286:3 294:13
311:7
**submitting**
276:14 305:6
306:19
**subpoena**
265:21,22
266:3 288:19
289:10
**subpoenaed**
265:25
**substance**
226:4 272:12
286:14
**successful**
278:15,18,20
**such** 215:4
221:16 253:3
279:4 280:8
284:22 310:24

sued   225:9,10
   330:11
suing   238:21
Sullivan
   259:4
Sullivan's
   259:14
sum   272:12
Summer   323:14
sunk   315:8
supplied
   285:16
Support
   215:20,24
supported
   252:5,8,14
supposed
   233:3 247:18
   251:9
sure   216:13
   238:21 246:1
   247:8,9 257:2
   260:3 262:4
   278:18 282:10
   286:8 294:17
   296:9,23
   299:12 303:18
   304:17 309:22
surprise
   271:13 277:21
   303:6,13
   311:6,15
swore   238:14
sworn   216:5
   280:17
symbol   322:14
system   241:22
   244:8,9,12
   245:14 267:23
   299:14
systems
   250:17 251:6

**T**

take   236:19
   241:18 247:11

290:2 293:11
294:17 297:25
312:21 315:5
323:5 327:19
329:20
taken   215:15
   293:22 310:22
   330:5
takes   282:1
taking   246:8
   253:2 289:19
   329:13
talk   232:9
   235:8 243:4
   248:14 250:9
   265:16 269:18
   276:6 278:14
   304:22 324:16
   331:2
talked   221:15
   227:16 248:7,
   17 261:11
   278:18 299:5
   306:21,25
   307:20 313:3
   317:17,19,22
   331:5
talking
   220:10 243:7
   246:24
   248:10,20
   256:5,21
   260:2,4,15
   261:6,24
   267:5 280:25
   288:12 291:8
   295:3 299:15
   315:21 316:9,
   17 324:5,21,
   23 326:5
tanked
   259:10,17
Tarter   264:4,
   24 265:2,4
   289:18 290:10
   291:7
tasks   285:2

Tax   250:21
   252:6,8,15
   313:1,6,9
team   282:8
   298:2
technician
   215:20
technology
   319:24
tell   221:4
   222:19,20
   223:19 224:6
   227:8,9
   231:4,6
   233:18 239:18
   242:9,15
   243:7,10,13
   244:2 246:12,
   18 249:2
   250:6 252:11
   263:7 273:23
   274:1,3
   275:11 294:8,
   11 301:15,25
   303:3,14,18
   304:12,17,25
   305:1,17
   308:20,23
   309:1,2,10
   310:7,10,13,
   18 316:8,23
   317:4,8,13
   321:14,21,23
   326:4,18
   330:24
telling   230:7
   233:17 246:5
   251:12,18,24
   256:5 262:21
ten   259:11,17
tentative
   291:8
term   248:22
terms   240:3
testified
   216:6 221:21
   242:4 264:2
   275:7 288:17

294:12 297:21
330:22
testimony
   242:7 253:17
   306:19 307:4,
   11,12 308:9
   321:1
than   218:15
   220:22 222:19
   229:2 240:15
   242:10
   251:13,24
   259:23 260:8,
   16,17 262:12,
   14,16 278:8
   281:25 291:25
   300:7
thank   216:25
   217:19
   332:10,11,16
that   215:3
   216:17,19,21,
   24,25 217:4,
   11,13,20
   218:24 219:3,
   6,7,18,19,24
   220:2,8,9,12,
   14,15,19,23
   221:6,19,22,
   24 222:3,10,
   15 223:1,4,7,
   8,9,10,13,17,
   18,21,25
   224:9,13,14,
   24 225:5,6,10
   226:2,3,15,
   17,19,21,24
   227:6,7,9,23
   228:7,9,14,
   18,21 229:2,
   3,4,8,9,20,
   23,24,25
   230:7,12,15
   231:4,5,6,7,
   10,11,16
   232:8,12,19,
   22 233:2,3,5,
   6,7,9,12,13,
   21 234:9,16,

18,19 235:13,
15,16 236:1,
2,3,5,16,19
237:10,17,18,
20,23 238:16,
18,20 239:1,
4,8,12,14,16,
18,21,23
240:4,16,19
241:6,16,18,
20,24 242:5,
7,10,15,17,
18,22,23,24
243:1,2,3,4,
5,8,18,20,22,
24 244:12,23
245:7,10,16,
17 246:8,13,
14,15,17,19
247:3,5,10,
21,22,25
248:1,4,7,13,
14,17,24
249:7,10,18,
21,23 250:5,
8,10,14,18,
19,25 251:3,
9,10,13,16,
18,23 252:2,
3,5,7,11,14
253:1,2,7,13,
14,16,21,22
254:2,5,6,12,
14,15,16,18
255:4,16,17,
21,22,24
256:7,8,12,
13,17,19,20,
21,22 257:1,
3,16,19,22
258:1,11,18,
23,24 259:1,
9,12,14,19,
20,22,25
260:10,19,20,
22,25 261:4,
10,11,14,21
262:9,11,12,
15,20,21,24,

25 263:3,6,
11,13,16,17
264:2,6,14,
18,20,21
265:6,11,12,
14,24,25
266:1,20,24
267:1,6
268:4,6,11,
17,20,22,25
269:3,8,10,
11,12,13,15,
17,20,25
270:2,5,7,12,
16,21 271:2,
5,8,10,13,22
272:2,10,11,
15,17,19,20,
24 273:4,6,9,
15,16,21
274:9,15,18,
23 275:7,12,
15,16,17,18,
24 276:9,11,
12,15,16,20
277:1,7,9,10,
17,18,21,24,
25 278:2,3,6,
7,8,15,17,19,
25 279:9,13,
14,15,19,23,
25 280:4,5,
12,14,21
281:10,13,25
282:1,8,10,
12,15,20,25
283:1,2,4,12,
14,17,20,25
284:3,8,16
285:16,17,18,
19 286:4,5,6,
7,12 287:4,6,
9,10,11,12,
16,18,23
288:10,16,17,
19 289:6,8,
13,16,18,19
290:15,24,25
291:3,9,11,

14,16,17
292:1,12,18,
19 293:3,13,
14,20,21,22,
23 294:5,8,9,
10,11,12,13,
14,15,20,22,
24 295:2,6,8,
12 296:3,6,
11,13,15,18,
24 297:3,6,
11,14,19,21
298:5,7,21
299:9,12
300:11,13,16,
19,20,22,24,
25 301:1,4,
10,12,13,15,
17,19,20,23
302:2,6,8,10,
20,23 303:2,
3,6,7,13,14,
17,18,22,23,
24,25 304:1,
3,5,7,12,13,
16,17,18,19,
20,25 305:1,
11,12,22,24,
25 306:2,8,
12,15,17,19,
22,25 307:3,
12,13 308:2,
13,14,20,23
309:1,2,11,
16,17,18,19,
20,23,25
310:13,17,18,
22,23,25
311:2,6,8,12,
15,16,23,24
312:16,17,19,
20,21,22,24
313:10,16
314:4,15
315:5,12,13,
23 316:1,5,6,
11,12,19,23
317:3,8,19,25
318:6,8,14

319:1,6,11,
20,23 320:1,
2,4,11,12,16,
25 321:1,2,6,
14,17,21,22,
23,24,25
322:5,13,20,
24 323:1,8,
15,23 324:2,
9,19,25
325:4,6,12,17
326:2,7,18
327:2,8,9,13,
15 328:8,17
329:4,9
330:3,17,18,
22,25 331:12,
13,19,20,24
332:5

**that's**  222:17
228:10 232:21
233:22,23
234:17 239:24
242:20 243:9
244:16,18
245:21,22
247:1,5
249:11 250:1
258:12 260:6
263:15 264:22
267:22 271:18
278:4,5,11
280:10
288:20,24
289:3,11,14
295:5 304:8,9
306:25 315:25
316:4,20
319:19 322:4
327:6

**theft**  229:4

**their**  236:17
241:3 250:17
253:5 280:11
285:13 286:4
287:8 305:16
307:18 313:25
315:18

| | | | |
|---|---|---|---|
| **them** 222:20<br>223:12<br>231:12,14<br>234:13 238:15<br>240:23,24<br>246:16<br>247:13,15<br>251:7 254:10<br>257:9 262:3<br>267:14,16<br>270:11,19<br>274:7,8,18<br>275:9,19<br>280:3 285:21<br>295:6 298:25<br>299:18 302:22<br>305:22 313:3,<br>4 327:1<br>**themselves**<br>262:10 307:17<br>**then** 220:18<br>222:13,15<br>225:5,12<br>229:23 240:3,<br>14 241:4<br>247:16 250:4,<br>15 261:14,15,<br>22 279:11<br>292:11,20<br>293:3 297:7,8<br>298:15 299:7,<br>13 307:4<br>308:12 320:11<br>**there** 215:5<br>216:21<br>222:15,24<br>224:11,14,20<br>225:17,25<br>226:21 227:2,<br>12 228:15<br>229:2,3,23<br>232:23 235:24<br>236:2,6,11,14<br>237:7 239:9<br>240:8 241:9,<br>13 242:10,12,<br>16 243:8,17<br>245:25 248:12<br>250:22 251:9 | 252:13 254:15<br>255:16 257:5,<br>15 259:2,8<br>260:18 261:6,<br>11 262:8<br>265:14 268:4,<br>8 269:1,4<br>275:7 276:17<br>277:9 279:11<br>283:24 284:2,<br>12,13,18<br>285:11 287:9,<br>13 289:24<br>290:16,20<br>294:24<br>295:12,16<br>296:24 297:6,<br>12 299:3,21<br>301:20 302:2,<br>5,20 303:11<br>304:12,17<br>305:11 306:3,<br>8 307:2<br>309:16,22<br>311:22,23<br>313:23 318:12<br>319:13 320:15<br>323:25 324:23<br>326:6 327:1,4<br>330:24 331:1<br>**there's** 228:1<br>242:11,12<br>247:2 274:9<br>281:8 284:11<br>287:20 295:18<br>305:17 319:5<br>**therefore**<br>227:24 257:16<br>298:1<br>**thereupon**<br>216:3 328:13<br>330:5<br>**these** 224:9<br>240:20 245:18<br>252:3 267:17<br>270:12 278:9<br>284:23 285:12<br>286:3 296:24<br>301:22 317:16 | **they** 231:10<br>235:1,3<br>236:16 238:2,<br>3,9 239:21<br>241:1,4<br>242:14 244:15<br>247:14 250:1,<br>18 252:12<br>257:6,10<br>265:24 266:6<br>267:14<br>269:12,15,17<br>273:21 276:7,<br>9,12,13,15<br>278:2 279:23<br>280:11 291:9<br>295:2,14,24,<br>25 298:10,11,<br>23,24 299:1,<br>2,13,14,19<br>301:7 305:8,<br>9,10 306:17,<br>18,24 309:4,<br>6,7 312:14<br>321:23 322:12<br>**they're**<br>298:16,18<br>299:16 306:23<br>324:21<br>**thing** 245:16<br>249:5 251:25<br>264:22 274:11<br>287:15,16<br>298:9 299:9<br>321:13 325:5<br>**things**<br>221:16,18<br>245:8,16,23<br>246:6 251:8,9<br>253:3 276:12<br>281:22 282:3<br>284:16,22<br>293:23 295:9,<br>23 296:10<br>298:24 307:15<br>311:2 317:16<br>331:17<br>**think** 220:7,<br>17 221:9 | 222:10,23<br>223:2,5,13,24<br>224:11 225:9,<br>18 227:7,18,<br>21 228:25<br>229:6 231:16,<br>22 232:21<br>235:13,20<br>236:5,25<br>237:6,7,17,20<br>238:3,4<br>239:9,10<br>240:11,17<br>242:17 244:19<br>245:11 246:21<br>247:3 248:12<br>250:10 251:5,<br>10 252:19<br>253:11 254:22<br>255:16,24<br>256:11,16<br>257:9 258:6<br>259:24<br>260:11,24<br>261:5,11<br>262:7 263:9,<br>10 265:3,23<br>266:22 273:4<br>274:18 276:1,<br>5,12 280:18,<br>25 281:1,2,<br>13,20 282:21,<br>25 283:24<br>284:2,7,12,<br>13,20 285:10<br>288:13 289:8<br>291:21,24<br>293:7,10,23<br>294:6,25<br>296:7,18<br>298:9,11<br>299:3,20<br>300:3 301:7<br>302:2,9,15<br>304:4 306:17,<br>21,24 310:4,<br>21 314:17<br>315:13 318:11<br>323:17 |

326:15,24
328:24 329:6,
11 330:18
331:22
**thinks** 244:10
253:6,7
277:10
**third** 290:23
**this** 215:3,
14,21,23
216:17 218:6,
7 219:9
220:1,3 221:1
222:5 225:3
226:5 227:20
228:1,7,23
229:9,15
230:1,4,13,
20,24 231:1,
2,3,17,19
233:6 235:11
236:6,15
237:16 238:5
241:14,21,24
242:6,10,21
243:6,10,20
245:21
246:10,22
247:18 249:12
250:19 251:4,
18 252:17,21
261:7,23
262:3 263:20,
22 265:7,9
266:7,11,15
267:7,11,12
268:21 269:9
270:13,22
271:1 273:2,
17 274:21
275:6 277:8
280:17,20,21,
23 281:7
282:7,19,22
284:5,24
285:1,5,8,12
286:1,2,7,8,
9,13,18,23
288:2,11,15

289:2,13,25
290:3,4,5
292:3 296:21
298:17,19
299:6,16,17,
23 303:16,20
304:2,9
306:5,7
307:20 308:4
311:8,17
312:6 314:9,
24 315:3,7,16
316:8,15
322:15,17
323:2,13
324:1,4,8
325:6,7,10,24
326:1,12,17,
20,21 327:4,
14 328:2,7
329:18,19
331:20,21,25
332:2
**those** 221:5,
17 223:19
243:15 246:20
249:12 253:25
257:8,17,19,
24 258:2,4,8
262:15 264:8,
9 267:18
270:17 272:5
284:2,3,16,19
285:16 290:12
295:11,23
296:8,9
297:15 302:12
305:20 314:1
326:18 330:11
**though** 301:18
314:2
**thought** 238:1
247:24 259:16
262:13,14
286:4 291:25
293:21 318:25
319:2
**thoughts**
229:18

**thousand**
239:15 304:8
**three** 217:2,
5,12 230:23
328:10
**through**
227:13 231:23
243:19 274:7
282:24 286:24
288:22 303:25
304:6 309:23
**throughout**
224:23
**thumb** 263:13
**time** 215:16,
23 216:23,25
217:12,13
219:25
220:12,15
221:2 222:14,
22 223:2,3
224:25 227:25
228:6,19,22
233:6 234:13,
18,24 235:15
236:1,6,9,11,
14 239:6
240:5 241:1
245:6,25
249:8 250:8,
14 253:2
259:10,17
261:6 267:10,
21,23,24
268:3,13
270:16 275:7
280:4 281:25
282:2,11,25
287:11,24
288:22,24
291:10
293:11,12,13
294:5 295:3
296:25 297:3,
7 299:12,20
300:13
307:13,22
310:25 312:21
314:8 320:8

323:1 325:21
327:17
329:12,17,18
331:22 332:1
**timeframe**
235:14
**times** 220:7
221:5 244:19
264:18
277:14,19,23
284:21 293:10
301:23 330:19
331:1
**to** 215:6,9,
10,21 216:10,
11,13,19,20,
22,25 217:4,
5,7,8,11
218:1,13,14
219:1,2,3,10,
14,15,16,25
220:2,12,13,
16,18 221:21
222:1,2,6,7,
9,12,13,16,
21,23 223:3,
15 224:6,10
225:5,11,19,
22,25 226:7,
25 227:5,10,
16,22 228:8,
14,16,17,18
229:7,14,17,
18,24 230:8,
9,11,21
231:1,5,6,7,
8,11,12,13,
14,17,21
232:4,9,20,24
233:3,18,20,
23,24 234:1,
3,6,7,10,13,
21,23 235:8,
16,21 236:2
237:10,13,23
238:7,14,19
239:6,10
240:6,11,19,
24 241:3,4,

10,11,12,17,
21,22,23,24,
25 242:1,2,6,
12,19,25
243:4,6,19,23
244:6,7,8,13,
16,18,21
245:8,12,14,
18,19,20,22,
24 246:1,3,6,
7,9,11,12,13,
14,17,19,21,
23 247:1,6,
10,12,13,15,
16,18,20,22
248:4,7,10,
14,17,20
249:19,20,23,
24,25 250:4,
6,17,21,24
251:9,17,20,
22 252:4,14
253:4,5,18
255:9,21,25
256:6,9,18
257:6,16,25
258:2,10
260:6,14,16,
21,22 261:3,
7,12,16,25
262:18,19,21,
22 263:1,2,
11,12,14,19
264:14 265:6,
8,16,18
266:10,12,15,
17,21 267:12,
14,15,16,25
268:1,9,15
269:1,12,13,
15,18,22,23
270:3,11,14,
19,20,25
271:6,9,13,
21,22,25
272:2,5,6,14,
17,18,19,25
273:1,2,6,7,
8,12,15,20

274:4,8,17,
19,20,21,24
275:1,10,11,
15,18,19
276:6,12,13,
14 277:10,13,
15,18,21,22,
24 278:4,14,
15,17,20,23,
24 279:8,10,
14,17,21,23,
25 280:6,8,
11,13,25
281:2,5,6,10,
11,16,22
282:2,11,18,
23 283:4,10,
19 284:4,15,
20,22,24
285:6,16,18,
19,21,25
286:1,8,9,20
287:1,7,17,
23,24,25
288:14,19,23,
25 289:7,10,
12,13 290:1,
5,10,17,18,
20,22,25
291:1,6,16
292:19 293:8,
12,13,16,17,
18 294:10,13
295:4,6,7,12,
20,24 296:3,
16,23 297:1,
11 298:4,8,
10,11,15,18,
22,25 299:1,
8,9,11,15,16
300:9,10,13,
15,18,23
301:7,9,20,22
302:2,21,24
303:6,8,9,10,
13,15,20,23
304:5,10,11,
13,18,22
305:5,6,12,

15,24,25
306:1,6,7,10,
14,18,24,25
307:3,5,6,9,
11,14,18,20,
21,22 308:5,
6,12,15,17,18
309:2,11,18,
19,25 310:11,
20,25 311:6,
7,11,15
312:5,13,17,
18,20,24
313:2,4,16,20
314:1,11,13,
14,15,23,25
315:1,5,6,23
316:1,4,5,11,
21,24 317:5,
9,10,14,17,20
318:1,6,11,
13,19,23
319:1,4,6,7,
8,14,15,23
320:6,7,12,
13,16,18,20
321:2,4,6,13,
19 322:6,9,
10,17,18,20
323:14,18,20
324:3,9,11,
14,16,18
325:7,8,12,
14,19,23
326:6,22
327:1,15,18,
21,24 328:7,
8,9 329:3,10,
14,15,19,20,
21,24 330:12,
13,18 331:3,
4,8,14,16,17,
18 332:2,6,13
**today** 217:20
224:24 228:1
240:16 242:15
299:5
**today's**
215:11

**together**
276:10,14,17
280:11 304:23
322:12
**told** 217:7
220:3 223:7,8
225:1 227:11
232:19 233:7,
9 235:21
236:17 238:16
240:3,11,13,
25 241:7,14
242:16,22
243:2,17,24
245:10,22
246:5,6,14
247:5,14
248:1 249:9
250:22
255:21,24
261:8,10,22
264:13 265:24
276:9,10,18
277:7,25
278:2,19,20,
25 279:13
280:4 289:17
291:24 293:14
301:19 303:25
310:22 311:16
315:17 317:3
318:20,24
321:14 325:2
326:7
**took** 237:20
245:25 247:5
272:11
**top** 286:10
**topic** 220:6
224:8 226:20
232:14 252:19
260:13,15
267:6 269:10
271:3 282:23
283:12
307:19,20
317:23 319:11
326:15

topics 266:8
  267:18
touch 296:20
touched 315:9
  316:18
track 284:21
tracking
  307:12
Trading
  254:17 255:2,
  6
transactions
  241:25 242:3
  244:17 271:15
transcript
  215:13 259:5
  302:5 312:16
transferred
  243:13
transparency
  244:10
tremendously
  245:10
Trevor 218:20
trial 237:13
  269:14,16
  305:25 306:7,
  8 307:21
tried 287:17
  293:16 301:7
tries 278:4
trips 253:4
true 258:12
  271:18,21
trust 229:21
  230:7 239:12,
  24 242:6,9,
  12,16,17,19,
  20,22 243:2,
  4,5,7,8,9,11
  253:17 255:15
  260:22,23
  261:1,3,8,10,
  12,17,18,19,
  20,21 262:1,3
  263:21 267:25
  268:1 271:16,
  23 272:16

273:18 274:12
  287:2 295:5,8
  304:13,18,23
  305:2 315:10,
  13,14,15
  316:3,19
  331:10
trusting
  307:17
trusts 254:4
  261:4,12
truths 225:25
try 241:12
  245:18 246:23
  269:18 300:23
  314:13,14
trying
  222:13,21
  232:20 234:23
  240:11 245:24
  247:20 250:21
  260:13
  261:12,16
  273:6,15
  277:10 284:24
  285:18 287:25
  295:12 302:2
  316:4 331:3,
  14,16,18
tulip 242:12,
  20 253:17
  254:17 255:2,
  6 260:22,25
  261:3,8,10,
  18,19,20,21
  262:1,2,6,7
  263:21 268:1
  287:2
two 218:24
  230:23 244:15
  245:7 275:8
  279:20 280:3
  281:8 289:6
  295:17 302:11
  312:20 322:1
  326:25
type 224:1
  231:12 256:7
  278:7 285:15

290:23 308:12
  314:16
types 313:24
  314:5

—————————

U

U.S. 232:21
  276:15
ultimate
  237:23
  295:10,24
ultimately
  327:5
unavailability
  297:4
unavailable
  311:4
unclear 327:4
unconcerned
  305:13
under 216:15,
  23 217:20
  239:4 291:2
  308:3
understand
  217:20 237:21
  246:2,23,24
  247:3 260:10
  261:12 267:12
  275:17 284:24
  291:6,7,14
  298:12,18,25
  299:2 301:8
  303:10 306:1
  308:2 313:16
  316:4 331:3,
  10,11,14,18
understanding
  216:17,24
  239:11 271:23
  274:15 285:4
  297:6 298:16,
  23,24 299:12,
  16 307:22
understands
  281:1

undertaking
  304:20
unexecuted
  313:11
unfounded
  253:6
unique 319:19
United 225:13
  249:4,12
universe
  285:14
unjustified
  277:8
unless 215:5
unlocked
  271:16
unnamed
  255:22
unplugged
  241:1
unplugging
  241:5
unreasonable
  238:4
unrelated
  283:19
until 224:24
  234:1 254:17
  255:14 321:19
  322:1 330:21
  331:11
unusual 237:8
up 215:10
  220:6 221:22
  226:17 237:20
  239:12 240:7,
  17,18 242:17
  243:11 249:14
  250:4,7
  252:19 253:2
  255:17,25
  256:2,6 266:8
  267:6 269:11
  271:3 276:18,
  21,23,24
  278:3 280:14
  284:4 287:23
  293:11 295:20

299:18
304:13,18
305:4,8,9
306:14,18
316:12
318:20,24
319:21 321:16
322:14 323:5
326:15 327:19
328:9 329:12,
14
**upon** 231:9
**upset** 223:8,
16 225:10
244:22 245:10
246:3 260:12
**us** 215:20,24
216:11 231:4
247:9 312:20
**use** 229:25
247:16 263:17
274:10 279:2
288:15 295:21
296:5 301:17
314:14 329:21
330:4
**used** 240:16
242:25 249:3,
10 250:2
262:15 278:7,
24 288:23
294:16 295:24
296:3,6,7,9,
16 299:14
304:14 310:23
324:20 329:9,
16,17
**useful** 244:13
**uses** 244:19,
23 245:15
278:6
**using** 236:9
240:15 245:8,
18 247:7
301:12 317:10
325:8 330:19
**Uyen** 232:23
233:13

---

**V**

**vague** 256:20
302:10
**validity**
269:3,5,12
**value** 283:3
**variety** 274:9
**various**
239:17 240:23
268:9 276:12
291:23 313:24
314:5
**Vel** 216:8
218:7
**Ver** 285:11
**version** 302:6
307:23
**versus** 299:7
306:4
**very** 220:9
221:21 222:8
223:8,10
225:1 237:13
238:12
239:20,25
241:8,9,14
244:21,22
245:1 273:6
284:20 300:3,
6,12 317:23
319:8,11,16,
18 321:12
326:22
**via** 317:11
330:10
**video** 215:14,
20 330:1,6
332:17
**VIDEOGRAPHER**
215:2 330:1,6
332:17
**Vietnam**
286:16,22
**view** 217:13
291:19 331:22
332:1

**viewpoint**
332:5
**vision** 245:13
**visit** 223:3,6
**Vitalik**
284:13
**vocal** 273:3,6

---

**W**

**W&k** 231:24,25
232:3,4,5,7,
10 233:5,14
238:14 256:25
257:4,6,19,24
258:2,4,8,16,
20 275:24
283:5 313:8,
12
**waited** 233:25
234:6
**waive** 332:14
**waiving**
216:14
**Wales** 256:25
257:3,7
**walk** 245:20
246:7
**want** 216:10,
13 219:14
226:7 229:14
246:11 273:12
315:5 329:24
**wanted** 231:7,
11,14 241:21,
22 244:7
245:14,20
246:6 255:21,
25 276:13
278:15,17,20,
23 280:13
**was** 216:6,19
219:11,23
220:1,4,9,15,
20 221:7,16,
23 222:3,8
223:3,7,9,10,
12,14,15

224:11,12,20
225:1,9,10,
12,17 226:9,
21 227:2,5,
12,16,18,19,
22,23 228:13,
14,15 229:2,
8,11,22,25
230:12 231:6,
17 232:12,17,
21,22,23
233:1,3,4,13
234:10,21
235:9,11,12,
13,18,22
236:3,5,9
237:2,7,8,10,
23 238:4,5,
18,21 239:7,
9,10,11,17,
20,21,24
240:12 241:6,
17,21 242:24
243:5,8,11,
17,19,20
244:6,9,18
245:17 246:1,
2,7,8,18,22
247:8,18
248:12,13,20
249:9,10,15,
16 250:11,22
252:9 253:10,
11,14 254:15
255:9,14,16,
17,23 257:5,
15 259:2,8,20
260:1,4,6,13,
14 261:6,11,
13 262:12
263:13,24
266:7 267:21
268:7,9,11
270:15 274:15
275:24 276:17
277:9,13
279:11,13
280:3,5,6
281:13 282:2,

14,25 283:1,
4,8 284:12,
13,18,21
285:11,18,22
287:9,11,12,
18,25 289:3,
4,6,21 290:5,
9,17,18,21
291:16,24,25
292:2,17,19,
21 293:18,23
294:4,8,15,
16,24 295:6,
8,10 296:2,
13,16,21,25
297:4,6,7,12
298:12,21
299:3,4,9,21
300:4,6,9,12,
13,16,19
301:6,10,20,
23 302:6,17,
19 303:11,15,
19 304:12,13,
14,18,19
305:13,23
306:3,8,9,19
307:2,12,17
308:12 309:14
310:25
311:19,24
312:4,20
313:23 314:8,
15,16,20
316:12,14
317:4,8,13
318:12,15,16,
20,24,25
319:3,4,13,
21,25 320:5,
16 321:15,16,
22 323:10,21,
22 324:19
325:20 327:6
328:8,14
329:9 330:5,
16,18,19,25
331:2,4,8,13
332:20

**Washington**
218:23
**wasn't** 237:8
257:16 260:15
291:11
295:12,14,23
296:23 299:20
307:12 310:24
320:7 324:17
**wasting** 323:1
**Watts** 252:22
315:1 323:15
**way** 218:12
230:2 251:5
271:11 274:3
278:4 290:7
306:22 308:8
309:17,23
310:22 311:1,
2,23 312:12
320:16 321:7
322:24 325:25
**ways** 274:7
317:9
**we** 215:2,18
216:8,13,15
217:1,5,8,16,
23,25 218:13,
22 221:6,9,
11,15 222:18,
22 223:4,5
225:23 226:9,
10,16,20
231:3 232:11,
12,13,18
233:19 239:5
240:7 242:14
246:21
247:20,21
252:25 254:11
256:16 257:9
258:6 260:5,
15 261:11
263:9,15,17,
21 266:2,20
267:5,9
269:17,22
283:1,12,14
286:3 289:24

290:14 292:18
293:10,13
294:17,23
295:3,23
298:24
299:13,16
300:22
303:16,20
305:10,22,23
306:21,25
307:16,19
314:14 315:7,
10 316:2,18
318:11,12
319:19 320:8
322:16,25
323:5 325:6
326:21 327:18
329:22 331:5
332:14
**we'll** 217:6
264:10 291:3
314:17 327:22
332:12
**we're** 216:11
243:7 246:24
267:10 305:9
314:17 328:9
329:11,13,20
330:1,6
**we've** 260:21
278:9 280:21
299:5 317:22
319:10
**wearing**
263:14 289:6
**well** 221:1,4
222:19 223:19
224:11 225:11
226:5 227:19
228:7 229:3
236:18 239:20
241:7 244:25
250:1 251:4
259:19 260:11
263:9 264:10
265:8 267:5
273:2 276:9
277:7 278:2,

19 283:23
288:22 290:14
294:23 295:14
298:12 299:22
301:19 312:21
316:20
317:19,22
318:10 321:12
325:15,19
326:4,21
329:4
**went** 231:19
256:4 294:10
305:22,25
**were** 222:15,
24 223:20
224:14 225:25
227:15 228:6,
11 232:19
236:17,19
238:1,7
239:19,22
240:18 241:4
242:14,25
244:24 245:7,
15,17 246:15
247:22 248:9
250:6 251:5
252:4,7,13
253:8,15
256:18 257:6,
10 260:5,18
261:6 263:21
264:8,18
265:1,18,24,
25 266:20
269:15 270:6,
7,12 271:20
275:11 282:22
284:9,18,23
286:4 289:18
290:12 292:1,
6 296:10
298:7,11,23,
24 299:12,19
300:1 301:3,7
302:21 304:20
305:12,20
306:2 308:21,

24 310:14,19
312:18
313:18,23
319:3 320:8
331:1
**weren't** 241:9
251:9
**Western**
218:23
**what** 218:14
220:2,4,25
221:4,7,16,21
222:20 223:14
224:6,16
225:1,8
226:5,7,8
227:15 228:10
229:25 230:12
232:15,21
233:13,14,22,
23 234:12,21
235:18 236:7,
17,19 238:4
239:8 241:6
242:9,18,19
243:5,16
245:6,21,22
246:2,3,5,23
248:10,24
249:2,22
250:12 252:9,
24 253:20
255:4 256:6,
24 257:10,11
260:6,7,21
261:12,22,24
263:4,7,9,16,
20 264:8
265:1 266:2,
6,8 267:3,19
268:5 269:18,
22 270:9
271:6 273:19
276:20 277:6,
25 278:5
279:10 280:3,
10,11 281:2,3
283:22
284:18,21,25

285:13,25
290:12 291:24
292:1,6,21
293:4 294:22
295:10,15,24
296:5 298:7,
12 299:2,4,14
300:1,6,16
301:7 303:10
304:9,10
305:5,6,16,20
306:1,25
307:19,23
309:4,10,13
310:5 315:9,
11,20 317:1
318:11,17
319:8,16
320:14,22
321:23 322:4,
12,19 324:5,
21 325:20
326:5,7,24
327:5,6,9
330:11 331:4
332:2
**what's** 226:6
264:16 285:2,
5 325:4
**whatever**
252:7 285:20
298:21 329:24
331:7
**when** 223:9
226:7 227:10,
15 230:12
232:12,13,23
235:15 236:6,
11,14 238:16
239:8,25
240:20 241:6
244:22 246:19
247:18,21
248:11,20
249:8,14,16
250:2,8
260:5,12
261:6 262:20
267:5,24

268:3 276:25
277:13 278:3
282:21
292:13,17
296:21 297:3,
7 298:10
300:9 306:3
311:3 313:14,
22 314:9
316:9 318:25
319:10 330:4,
9
**where** 218:3
225:19 229:24
230:20 236:7
238:13 242:10
243:4,6
244:14,25
245:12 247:14
249:4 253:8,
11 282:3
286:23,24
293:16
296:16,25
302:6,16,19
313:23 331:2
**whether** 221:9
222:23 228:3
231:18 232:17
242:13 250:22
255:7,17
257:6 258:12,
20 259:13
263:13 268:24
271:18,20
273:11 276:2,
7 282:2 283:8
285:7 295:6,7
296:23
297:12,16
302:3,24
303:22 311:19
312:5 313:21
321:7 322:5,
10,11 325:4
329:2
**which** 216:20
219:23 220:21
221:21 222:12

231:9,12
232:24 235:22
239:3 241:15
242:19 243:7
246:1 247:12
249:17 250:3
251:14 253:14
255:1 260:13
273:4 282:25
284:9 286:2,
16 287:11,18
295:21
300:14,15
301:4,20
304:6,14
311:22,24
312:4,14
314:23 316:8,
16 321:6
323:7 326:4,7
327:2 331:5
**while** 222:21
289:4 296:20
318:10
**white** 220:8,
10,11 222:1,
11 223:19,22,
24 244:19,20
279:5 280:6
310:24
**who** 222:16
223:19,23
224:1,12,16
227:12 228:16
232:7 235:8
243:25 246:18
247:16 250:6,
16 254:18
284:22 285:1,
12 301:24
**whole** 228:8
241:23 267:6
274:9 281:24
**whose** 276:23
**why** 218:13
221:4 231:20
233:9,24
234:6,12
244:2,5,18

245:22 246:1,
3,6 249:11
252:3 255:13
257:23 258:7,
15 259:16
262:8,18
267:17,19
277:12 285:1,
7,8 288:24
289:9 291:7,
19 296:13
313:8 326:18
**wife** 243:3
251:24 315:1
323:15
**will** 215:5,9,
23 216:18,24
217:8 241:13
323:5 326:23
331:20 332:15
**willful**
282:14
**willing**
290:17
**win** 315:7
326:23
**wins** 331:20
**wished** 223:13
**with** 218:8
219:3,21,23
220:18,25
221:7,10,13,
15,17,19
222:25 223:1,
18,22,23
224:4,24
225:3,22
226:13 228:6
229:7 230:6
231:7,18
232:17,23,25
233:15 234:24
235:5,9,18,24
236:12 237:21
238:14,17
239:20 246:3,
11,23 247:7
249:6,12
250:4,7,15,

21,24 252:8,
17,22 253:6,
24 254:6,7,
10,12,18,19,
21 255:12,13,
18,23 256:13,
17 257:19
258:24 259:4,
5 260:18
261:6,16
262:2,5,24,25
263:5,7,10,
16,19 264:4,
5,10,13,17,23
265:1,4,21
266:4 267:7,
11,15,16
268:24 269:2,
7 270:1,4,15
271:10 272:18
273:13,24
274:2 276:7,
11,14 277:3,
25 278:10
279:14,15,18
280:11,19
281:2,22
282:12,13,18
283:23 284:1,
10,12,14,15
285:11,25
286:16,21
287:16 289:5,
17 290:19
291:3,22
292:3,7,9,11,
21,24 293:1,
15,20 294:5,6
295:1 296:1,
20 297:2,11,
16 298:11,12,
19 299:18,19,
21,23 300:2,
6,8,17,22
301:5,24
303:15,19
305:4,8
306:1,6
307:18,21,22

308:21 309:11
310:3 311:9,
23,25 312:6,8
313:6,25
314:3 315:16,
18,22,23
316:1,4,6,24
317:4,9,11,
14,20 318:9
319:21,23
320:5,15
323:6 326:2,
12,19 327:19,
23 328:8,21
329:3 330:9
331:2,4,9,15,
16
**withdrew**
268:20
**within** 245:6
247:2,4 299:7
**without** 251:7
290:5 316:15
321:23 322:20
**witness** 216:1
230:11,17
234:4,9
258:1,11,18
263:23 266:18
268:16 272:1,
7 273:2
277:17 279:9,
18 280:2
281:20 283:12
292:14,17
293:4,7 303:9
305:16 306:11
307:9 308:7
311:7,12,19
312:3,12
313:21 314:12
320:7,14,21
321:5,12
322:10 324:4,
12,16 325:12,
19 328:19,24
331:25 332:8,
11,19

**won't** 314:13
**word** 244:19
268:6 296:19
297:1 314:8
**words** 225:12
243:15 251:23
262:15 278:22
**work** 216:14
221:15,24
222:6 241:21,
22 244:6
246:8 276:7,
13 278:23
279:7,13,16
309:2 310:25
319:1,3,6
320:12,18
321:2,14
322:6
**worked** 221:19
222:5 267:6,
23 309:6
316:23
320:15,23,25
321:24 322:12
**working**
221:25 241:17
252:13
308:21,24
317:4,9,13
318:21 331:15
**works** 315:7
**world** 222:1
244:8,13,16
245:15 264:21
278:24 282:1
284:24 285:6
301:22 311:22
317:24 319:17
**worst** 245:9
**worth** 291:25
292:1
**would** 218:2
219:1,15
221:6 223:15
225:1 230:6
231:10 233:5
235:20,22,23

236:9 237:19
238:3 244:12
246:12 249:7
250:1,16
251:4 255:22
261:20
264:15,22,24
266:2 269:12,
17 270:11,19
271:13,22
272:4,7,17
274:19
277:21,25
278:12 279:9
282:4 285:16
289:16 290:24
291:17 292:12
293:3,10,11
295:2,12
297:10 298:15
300:6,12,20
303:6,9,13
307:3,17
311:6,15
313:3 314:12
315:22
321:17,23,24,
25 323:19
326:8,24
327:1 329:15
331:1,2,7
**wouldn't**
237:25 238:5
268:16 311:1
314:12
**Wright** 215:19
216:13 217:16
218:5 219:19,
23 220:3,20
223:18 225:3,
22 229:24
230:3,6,21
231:2 232:5,9
233:7 234:16
235:6 237:15
238:24 239:3,
22 240:2
242:5,23
243:1 248:4,

14,20 249:20
250:9 253:24
254:6,7,17,19
255:1,6,12,14
256:24 257:2,
23 259:9,12,
16,22 261:7
262:8,17,18,
21,25 263:4
265:6 269:8
270:21 271:6
272:13,17
273:23
274:14,16,24
275:5,11,21,
25 276:2,6,18
277:4,6,12,21
278:14,19,20
280:16 281:7
282:12,17
283:4,8,18
284:25 285:17
286:2,24
287:4 288:14
289:12,16
296:1 297:16,
22 298:1,4,8
301:5,9,25
302:6,16,18,
19,23 303:3,
14,18,23
304:12,17
305:1,5
306:8,15
307:3 308:11,
15,20 309:2,
10,16,22,24
310:3,7,10,
13,18 311:6,
16,23,24
312:17 313:1
315:17 316:23
317:8,13,17
318:9,15,16,
17 323:14,21
324:1,9
325:9,17
326:3,19,21
328:22 329:2,

7 330:10
331:19
**Wright's**
219:21 224:22
238:13
251:18,23
253:17 254:3
266:25 270:7
271:16,23
290:1 315:22
**write** 325:24
**writing**
224:12
**written**
288:12 309:23
312:14
**wrote** 224:13,
14 230:13
325:20

_____

**Y**

**year** 233:25
234:6 241:6
270:9
**years** 218:3
221:25 222:2,
5 223:4
233:10 240:4
245:7 259:11,
18 281:8
293:16 320:23
321:17 322:1
**Yep** 328:11
**yes** 216:1
217:11,22
218:25
219:17,25
220:24 225:23
227:4 231:1
235:2,4
237:12 242:8
244:4 248:23,
25 252:23
256:20 262:3
264:7 267:2
268:7 277:5
283:21 285:10

288:5,9
289:6,20
292:5 293:6
294:21 296:4
298:6 299:25
308:7 318:7
322:4,16
323:9 324:24
326:14 328:6
330:14
**yesterday**
272:10
**yet** 235:24
**you** 216:25
217:6,7,18,
19,20 218:3,
7,14,23,24
219:2,3,6,7,
14,18,19,22,
24 220:2,3,7,
12,14,18,19,
23,25 221:4,
6,14,15
222:8,19,20
223:7,17,19
224:6,15
225:5,11,15,
21,25 226:3,
5,6,7,8,12,17
227:5,8,9,10,
15,17,19
228:19,21,22
229:4,7,14,
15,20,21
230:1,3,6,15,
19,24 231:2,
20,23 232:1,
4,7,9 233:9,
12,14,21,23,
24 234:6,15,
18,21 235:5,
8,15,20
236:7,11,13,
14,18 237:7,
15,18,22
238:7,10,13,
16,18,20,24
239:2,18
240:5,7,14,

20,24 241:21
242:4,6,9,15
243:4,13,22
244:2,23
245:18,24
246:5,12
247:3 248:3,
7,9,10,14,17,
20,24 249:2,
4,17 250:8,19
251:2,14,17,
18,22 252:3,
11,17,21
253:1,8,13,
21,24 254:2,
6,10,14,21,25
255:5,12,13,
19 256:16,19,
21,24 257:1,
2,8,12,18,23
258:4,7,15,
20,24 259:3,
12,16,22
260:7,10,18,
21,25 261:3,
6,8,20,22
262:1,5,8,17,
20,21,25
263:4,7,19,22
264:2,5,12,
13,16,18
265:1,6,11,
16,18,21,22,
24,25 266:2,
10,15,20,21,
24,25 267:3,
11,12,24
268:3,5,11,
20,23,24
269:2,7,13,20
270:1,6,20,24
271:5,10,13,
21 272:4,10,
16,17,21
273:7,8,17,
19,23 274:1,
7,14,23
275:1,4,11,
20,23 276:2,

6,7,11,18,25
277:3,12,21
278:1,5,14,
19,20,25
279:13,19
280:7,16,19,
23 281:2,4,9,
16 282:8,12,
17,18,19,21
283:3,7,17,
18,20,22
284:9 285:15,
25 286:4,5,9,
13,18,23
287:4,7
288:1,6,9,12,
17,21,25
289:5,9,10,
13,17,19,24,
25 290:1,2,
11,12,16
291:6,19,21
292:1,3,6,7,
23 294:2,4,8,
12,13,14,18,
19,20,22
296:3,11,13
297:1,10,11,
12,14,15,20,
21 298:5,7,
16,17 299:18,
21,23 300:14,
25 301:3,9,
15,25 302:7,
16,17,23,25
303:3,6,13,
14,18 304:5,
10,12,16,17,
22,25 305:1,
4,11,17
306:5,14,18,
24 308:2,11,
15,20,23
309:1,2,10,
18,20,25
310:2,7,10,
13,18 311:1,
6,15,16
312:8,16,21,

24 313:2,5,8,
11,14,18,21
314:8,9
315:3,5,11,
16,17,23
316:1,5,23
317:4,8,13,17
318:3,8,17
319:22,24
320:4,11
321:10,14
322:15,20,24
323:7,15,18,
19,20,25
324:13 325:9,
23 326:2,11,
13,16,18,23
327:18,19,22
328:2,12,21
329:2,4,7,16,
17,19,24
330:3,9,11,
22,24 331:11,
19,21,25
332:10,11,16
**you're** 217:20
240:7 261:24
262:3 266:23
268:25 273:9
284:23 285:6
291:8 292:13
298:16,18
299:15 302:11
306:6 307:21
315:15 316:21
318:4 323:2
324:5,16,17,
18 328:3
**your** 217:11
219:2,16
224:24 230:23
235:18 238:17
242:4 255:4
256:16 259:24
260:1,8 264:2
265:21 266:24
267:9 268:17
271:22,23
274:4,5,15

282:7 283:7,
17 284:18
288:17,18,21
289:9 290:5
293:2 294:12
295:10 296:1
297:6,20
298:17 303:22
305:11 307:10
318:3 321:1
324:17 329:17
330:22 332:5
**yours** 229:22

---

**Z**

**zoom** 322:15,
16,21