Robert Radvanovsky  Confidential
December 12, 2019

*** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ***

1              IN THE UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF FLORIDA

3

4    IRA KLEIMAN, as the personal )

5    representative of the Estate )

6    of DAVID KLEIMAN; and W&K    )

7    INFO DEFENSE RESEARCH, LLC,  )

8              Plaintiffs,        )

9         vs.                     ) No. 18 CV 80176

10   CRAIG WRIGHT,                )

11             Defendant.         )

12

13          The ** CONFIDENTIAL ** videotaped

14   deposition of ROBERT SCOTT RADVANOVSKY, called for

15   examination, taken pursuant to the Federal Rules of

16   Civil Procedure of the United States District Courts

17   pertaining to the taking of depositions, taken before

18   DINA G. MANCILLAS, a Certified Shorthand Reporter

19   within and for the State of Illinois, CSR No. 84-3400

20   of said state, at Suite 4500, 77 West Wacker Drive,

21   Chicago, Illinois, on December 12, 2019, at

22   10:00 a.m.

23

24

25

Plaintiffs' Objections to Counters

Defendant's Counter- Designations

Plaintiffs' Designations

Defendant's Objections

U.S. LEGAL SUPPORT
www.uslegalsupport.com

Robert Radvanovsky   Confidential
December 12, 2019                              2

```
1    PRESENT:

2

3         ROCHE FREEDMAN, LLP,

4         (185 Wythe Avenue F2,

5         Brooklyn, New York  11249,

6         716-348-6003), by:

7         MR. KYLE W. ROCHE,

8         kyle@rochefreedman.com,

9         MR. DEVIN VELVEL FREEDMAN,

10        vel@rochefreedman.com,

11        [via telephonic communication],

12        MR. JOSEPH DELICH,

13        jdelich@rochefreedman.com,

14        [via telephonic communication],

15            appeared on behalf of the Plaintiffs;

16

17

18

19

20

21

22

23

24

25
```

Robert Radvanovsky   Confidential
December 12, 2019                         3

```
 1   PRESENT:  (Continued)

 2

 3        RIVERO MESTRE LLP,

 4        (2525 Ponce De Leon Boulevard, Suite 1000,

 5        Miami, Florida  33134,

 6        305-445-2500), by:

 7        MR. ZALMAN KASS,

 8        zkass@riveromestre.com,

 9        MR. BRYAN L. PASCHAL,

10        bpaschal@riveromestre.com,

11        [via telephonic communication],

12             appeared on behalf of the Defendant.

13

14   ALSO PRESENT:

15        Mr. Ira Kleiman, via telephonic communication.

16        Mr. Scott Johnson, Legal Videographer,

17             US Legal Support, Inc.

18

19

20

21

22

23   REPORTED BY:

24             DINA G. MANCILLAS, CSR, RPR, CRR, CLR

25             CSR No. 84-3400
```

Robert Radvanovsky  Confidential
December 12, 2019                              4

```
 1                    I N D E X

 2   WITNESS                         EXAMINATION

 3   ROBERT SCOTT RADVANOVSKY

 4        By Mr. Kass                     6

 5        By Mr. Roche                   56

 6        By Mr. Kass                    64

 7

 8                  E X H I B I T S

 9       NUMBER                         PAGE

10   Radvanovsky Deposition Exhibit 1,      14

11       Printout of Robert S. Radvanovsky's

12       LinkedIn profile page.

13   Radvanovsky Deposition Exhibit 2,      23

14       Document titled "Robert Radvanovsky's

15       Books."

16   Radvanovsky Deposition Exhibit 3, Bates    39

17       Nos. DEFAUS_00581646 through

18       DEFAUS_00581659.

19   Radvanovsky Deposition Exhibit 4, Bates    65

20       No. DEF_00264618.

21   Radvanovsky Deposition Exhibit 5, Bates    72

22       No. DEF_00285685.

23

24

25
```

Robert Radvanovsky   Confidential
December 12, 2019                        5

1          THE VIDEOGRAPHER:  This is the

2     videotaped deposition of Bob Radvanovsky

3     being taken in the matter of Kleiman, et al.

4     versus Wright, case No. 9:18-CV-80176-BB-BR.

5                This deposition is taking place

6     at 77 West Wacker Drive, Chicago, Illinois.

7     Today's date is December 12th, 2019.  The

8     time is 9:58 a.m.

9                My name is Scott Johnson.  I'm

10    the videographer with US Legal Support,

11    located at 200 West Jackson Boulevard,

12    Chicago, Illinois.  The court reporter today

13    is Dina Mancillas.

14                Video and audio recording will be

15    taking place unless all parties have agreed

16    to go off the record.

17                Would counsel please state their

18    names for the record?

19         MR. KASS:  Zalman Kass for Dr. Craig

20    Wright.

21         MR. ROCHE:  Kyle Roche for plaintiffs.

22         THE VIDEOGRAPHER:  Counsel on the

23    phone?

24         MR. KASS:  Who do we have on the phone?

25         MR. DELICH:  This is Joe Delich from

Robert Radvanovsky  Confidential
December 12, 2019                          6

1        Roche Freedman.

2              THE VIDEOGRAPHER:  Will the court

3        reporter please swear in the witness?

4                    (The witness was duly sworn.)

5              ROBERT SCOTT RADVANOVSKY,

6    called as a witness herein, having been first duly

7    sworn, was examined and testified as follows:

8                    EXAMINATION

9    BY MR. KASS:

10        Q.    Mr. Radanovsky, could you please state

11    your full name for the record?

12        A.    Sure.  My name is Robert Scott

13    Radvanovsky.

14        Q.    And prior to this deposition, you

15    mentioned that you had been deposed before as an

16    expert witness?

17        A.    Yes.

18        Q.    How many times have you been deposed?

19        A.    Once.

20        Q.    Okay.  And how many years ago was that?

21        A.    It was last year.

22        Q.    And what was that deposition related

23    to?

24        A.    The deposition was related to this case

25    regarding the plaintiff, and I provided them with

Robert Radvanovsky   Confidential
December 12, 2019                        7

1    the documentation that you have been provided as

2    well.  It is the same documentation.

3         Q.    Okay.  Now, when you state you had been

4    deposed before, was there a stenographer and a

5    videographer there?

6         A.    No.

7         Q.    So was it a conversation with counsel?

8         A.    It was a conversation with counsel from

9    the plaintiff.  The conversation was not recorded,

10   at least to the best of my knowledge.

11        Q.    Okay.  And how long did that

12   conversation take?

13        A.    Probably 20, maybe 30 minutes.

14        Q.    And was that conversation in person?

15        A.    No.

16        Q.    Was it over the phone?

17        A.    It was over a telephone.

18        Q.    Okay.  We're going -- I'm going to come

19   back to that in a little bit.

20        A.    Sure.

21        Q.    So being that this is the first time

22   that you're having a deposition with a court

23   reporter and videographer, I'm just going to go

24   over some ground rules to make sure we're all on

25   the same page.

Robert Radvanovsky  Confidential
December 12, 2019                           8

```
 1              So the first thing is that if you're
 2   responding affirmatively or negatively, if you can
 3   verbalize saying yes or no and not nod or shake
 4   your head, it makes it a lot easier for the
 5   stenographer.
 6        A.     Understood.
 7        Q.     And I'm going to ask that if you don't
 8   understand a question, if you could please let me
 9   know because otherwise, I'm going to assume that
10   you did understand my question.
11        A.     Understood.
12        Q.     Okay.  And if, at any point in time,
13   you want me to clarify something, please let me
14   know.
15        A.     Understood.
16        Q.     And we also spoke previously about
17   breaks.  If, at any time, you need a break, need a
18   rest or anything like that, please let me know,
19   and we will stop.
20        A.     Thank you.
21        Q.     Is there anything that would be
22   preventing you from giving your best testimony
23   today?
24        A.     No.
25              MR. ROCHE:  Zalman, do we want to
```

Robert Radvanovsky  Confidential
December 12, 2019                          9

```
 1        just --
 2              MR. KASS:  Sure.
 3              MR. ROCHE:  Who just joined?
 4              MR. PASCHAL:  Bryan.
 5              MR. KASS:  Okay.  Bryan Paschal.
 6   BY MR. KASS:    Relevance -- impacts short term memory only.
 7        Q.    Are you currently on any prescribed
 8   medication that could affect your memory?
 9        A.    Yes.
10        Q.    Okay.  Would you be able to tell me the
11   type of medication?
12        A.    Yes.
13        Q.    And what is it?
14        A.    The medication is lamotrigine.
15        Q.    Okay.
16        A.    Oxcarbazepine, Sertraline, BELSOMRA.
17        Q.    Okay.
18        A.    Quetiapine.
19        Q.    And how does it affect your memory?
20        A.    It affects short-term memory.
21        Q.    Okay.
22        A.    Not long-term memory.
23        Q.    Okay.  Thank you.
24        A.    Did you need to understand the ailment
25   by which --
```

Robert Radvanovsky  Confidential
December 12, 2019                          10

1      Q.    It -- it's not necessary for me to know

2  the reason why.  If you'd like to share, that's

3  okay, but --

4      A.    I do not mind.

5      Q.    Okay.  So then we could --

6      A.    I have been diagnosed with severe

7  chronic depression.  I suffer from chronic

8  insomnia.  I am Type 1 bipolar disorder.

9      Q.    I'm sorry to hear that, and I hope

10 you'll --

11     A.    Thank you.

12     Q.    -- get better.  Okay.  Now, previous to

13 today, did you receive a subpoena to produce

14 documents?

15     A.    Yes.

16     Q.    And did you produce documents

17 responsive to the subpoena?

18     A.    Yes.

19     Q.    Okay.  Are there any documents that you

20 didn't produce, but that are responsive to that

21 subpoena?

22     A.    No.

23     Q.    What is your current profession?

24     A.    My current profession is cybersecurity

25 research.

Robert Radvanovsky  Confidential
December 12, 2019                    11

1       Q.     And what does that involve?

2       A.     That involves performing research on

3  industrial control systems and SCADA systems

4  pertinent to critical infrastructure.

5            SCADA means "supervisory control and

6  data acquisition."  Industrial contri- -- excuse

7  me -- industrial control systems are embedded

8  devices that control a thing, a physical device

9  such as water pumps, valves, relays, switches,

10  variable frequency drives, and whatnot.

11      Q.     Okay.  And what, in particular, is your

12  role with regards to those type of systems?

13      A.     My job is to research and find suitable

14  solutions to secure our critical infrastructure

15  nationwide, worldwide, whatnot.

16      Q.     And do you currently work for a

17  business?

18      A.     Yes.

19      Q.     And what's the name of that business?

20      A.     I'm not at liberty to disclose that.

21      Q.     Okay.  Is that due -- what's -- what's

22  the reason why you're not able to disclose it?

23      A.     Nondisclosure.

24      Q.     Agreement?

25      A.     Yes, sir.

Robert Radvanovsky  Confidential
December 12, 2019                            12

```
 1          Q.     Okay.  And so that nondisclosure
 2   agreement prevents you from stating the name of
 3   your employer?
 4          A.     Correct.
 5          Q.     Okay.
 6          A.     I own and operate a private
 7   organization called infracritical, spelled
 8   i-n-f-r-a-c-r-i-t-i-c-a-l.
 9                 The name is trademarked with the United
10   States Patent Office.
11          Q.     Okay.  I just want to make sure I
12   understand.
13                 So you own and operate infracritical,
14   and you're also working for some other
15   organization whose name you can't tell me?
16          A.     Correct.
17          Q.     Okay.  Now, is that employment through
18   infracritical or --
19          A.     No.
20          Q.     -- it's separate?
21          A.     Separate.
22          Q.     Okay.
23          A.     It does not apply to my current
24   employer.  I have a contract with my employer that
25   allows me to conduct private research on my own
```

Robert Radvanovsky   Confidential
December 12, 2019                          13

```
 1   accord.
 2        Q.     Okay.  And this employer, is it a
 3   government or private entity?
 4        A.     Private entity.
 5        Q.     Have you ever worked for the federal
 6   government?
 7        A.     No.
 8        Q.     Okay.  And how -- going back to that
 9   private entity that you're working with, how long
10   have you been working with them?
11        A.     Approximately nine years.
12        Q.     And how long have you been in this
13   field of SCADA and what you previously identified?
14        A.     Over 20 years.
15        Q.     Have you done anything else during
16   those 20 years?
17        A.     No.
18             MR. KASS:  I'm going to introduce as
19        Exhibit 1 a document.
20               Could you -- what we'll do is,
21        right when I provide you with a document, I'm
22        going to first give it to the court reporter
23        so she can mark it.
24             THE WITNESS:  Sure.
25             MR. KASS:  And then she'll return it to
```

Robert Radvanovsky   Confidential
December 12, 2019                          14

```
 1        you.

 2                THE WITNESS:  Sure.

 3                MR. ROCHE:  Zalman, do you happen to

 4        have an extra pen on you?  If not, that's

 5        okay.

 6                MR. KASS:  I do.

 7                MR. ROCHE:  Thank you.

 8                        (Radvanovsky Deposition

 9                        Exhibit 1 was marked for

10                        identification.)

11                        (Document tendered.)

12   BY THE WITNESS:

13        A.    Thank you.

14   BY MR. KASS:

15        Q.    Do you recognize this document?

16        A.    Yes.

17        Q.    All right.

18        A.    This is --

19        Q.    And what --

20        A.    This is a screen dump from LinkedIn.

21        Q.    Okay.  And is this your LinkedIn

22   profile?

23        A.    Yes.

24        Q.    And is it an accurate representation of

25   your employment history?
```

Robert Radvanovsky   Confidential
December 12, 2019                    15

1       A.      No.

2       Q.      Okay.  What's not accurate about it?

3       A.      It does not show my current employer.

4       Q.      Okay.

5       A.      I wish to retract the prior statement

6    of not performing SCADA and ICS research because I

7    completely forgot about the fact that I worked for

8    Resurrection Healthcare from 2003 to

9    December 2010.

10      Q.      Okay.  And other than the -- that it

11   doesn't have your current employer, is it

12   accurate?

13      A.      Please allow me to review it.

14      Q.      Of course, yes, and take your time.

15      A.      As best as I can tell, yes.

16      Q.      Thank you.

17      A.      My certifications are still current.

18      Q.      Thank you.  And what's your educational

19   background?

20      A.      I don't understand.

21      Q.      Okay.  Do you hold any degrees from a

22   university?

23      A.      Yes.

24      Q.      What degrees do you hold?

25      A.      I have a Bachelor's of Science in

Robert Radvanovsky  Confidential
December 12, 2019                    16

 1    Business Administration from the California

 2    Polytechnic University based out of Pomona,

 3    California.

 4              I have a Master's of Science degree

 5    from DePaul University based out of Chicago,

 6    Illinois.

 7        Q.    Now, I'm going to go back to your

 8    previous statement that you had a phone

 9    conversation with counsel for Ira.

10              What was the substance of that

11    conversation?

12        A.    They were wanting to acquire any

13    relevant documentation and/or communication, such

14    as email or telephone conversations that I may

15    have had with Mr. Wright.

16        Q.    Okay.  And did you provide them with

17    any documents?

18        A.    Yes.

19        Q.    And what date did you provide those

20    documents, approximately, to the extent you know?

21        A.    Late -- mid to late April of 2018.

22        Q.    And apart from acquire -- inquiring

23    about documents, did they ask you anything about

24    your interactions with Dr. Wright?

25        A.    They asked what my relationship was

Robert Radvanovsky   Confidential
December 12, 2019                    17

1    with Mr. Wright.

2         Q.    And what did you tell them?

3         A.    I told them that my relationship with

4    Mr. Wright was very platonic, that I have had

5    interspersal -- is that a correct word,

6    interspersal -- relationships with him via Skype

7    and email and via postings on a blog site that he

8    and I both met some 20 or so years ago.

9              The blog site was called Security

10   Focus.  Security Focus has since then been

11   acquired by Symantec Corporation.  The blogs are

12   currently archived, but the blog is -- itself is

13   not maintained.

14        Q.    Okay.  Did they ask you anything else

15   about Dr. Craig Wright?

16        A.    The only thing they asked me is if I

17   felt he was Satoshi Nakamoto.

18        Q.    Okay.  And what did you tell them?

19        A.    I said no.

20        Q.    Okay.  Did they ask you anything about

21   Dave Kleiman?

22        A.    They asked whether or not if I've had

23   any communication with David Kleiman.  I said yes.

24        Q.    Okay.  And did they ask you what those

25   communications were?

Robert Radvanovsky  Confidential
December 12, 2019                    18

H

1        A.      Yes.

2        Q.      And what was your response?

3        A.      My response is is that we had several.

4    I do not recount the number of times that we've

5    had conversations between myself, Craig Wright,

6    and Dave Kleiman, but the conversations were via a

7    conference call talking about this very topic.

8        Q.      Okay.  And who else was on that call

9    with opposing counsel?

10       A.      No one else.

11       Q.      Well, how many attorneys were on the

12   call?

13       A.      It was just one attorney.

14       Q.      Do you know his name?

15       A.      Yes.  Mr. Freedman.

H-S-F

16       Q.      Okay.  Did they ask you -- ask you

17   whether you thought Dave was Satoshi?

18       A.      Yes.

19       Q.      What was your response?

20       A.      I said yes.

F-R-PK

21       Q.      Okay.  All right.  And what is the

22   basis for your belief that Dave was Satoshi?

23       A.      Mr. Kleiman suffered a tragic accident

24   on his motorcycle -- I can't recall the exact date

25   or year, to which he became physically

Robert Radvanovsky  Confidential
December 12, 2019                              19

1  handicapped.  I believe he became paralyzed.  He

2  eventually succumbed to his paralyzation.  Is that

3  a valid word?

4           When he passed on, he may have taken

5  whatever secrets or knowledge that he had

6  regarding bitcoin with him, if he did.

7           The -- there is another reason.

8      Q.     Okay.

9      A.     The other reason is is that if

10  Mr. Wright is truly Mr. Sakatosh -- Sakatoshi

11  Nakamoto -- Satoshi Nakamoto -- pardon me.  It's a

12  tongue-twister -- he would have provided the first

13  key in the key chain.

14      Q.     Okay.

15      A.     A valid key.

16      Q.     So starting first with -- you -- you

17  believe that Dr. Wright is not Satoshi Nakamoto

18  because he hasn't yet shown a valid key to the

19  genesis block?

20      A.     Correct.

21      Q.     Okay.  Is that the sole basis for your

22  belief?

23      A.     It's based upon what I've known, and it

24  is also based on what I've read from news media,

25  what I've seen on You Tube, and what I've seen on

Robert Radvanovsky   Confidential
December 12, 2019                    20

1    blog sites involving bitcoin cryptocurrency

2    experts.

3        Q.    Okay.  Do you have any personal

4    knowledge as to whether Dr. Wright is Satoshi

5    Nakamoto?

6        A.    I do not.

7        Q.    Okay.  Now going back to Dave Kleiman,

8    I believe I had asked you why you believe Dave was

9    Satoshi, and then you responded that, "Well, any

10   information that Dave had probably, when he passed

11   away, got lost."

12       A.    Yes.

13       Q.    But is there any basis for believing

14   there was information previously that indicated

15   that Dave was Satoshi?

16       A.    Mr. Kleiman and Mr. Wright supposedly

17   worked on bitcoin together.  I was not involved in

18   any of that development.  I was not privy to any

19   of that information.  I was a third party.

20            Originally, my discussions with

21   Mr. Wright was pertinent to cybersecurity and not

22   bitcoin.

23       Q.    Okay.

24       A.    This is based on personal feelings,

25   thoughts, objectives, and the fact that the two of

Robert Radvanovsky  Confidential
December 12, 2019                          21

 1    them were collaborating together, but aside from

 2    that, I have no further knowledge of any

 3    arrangements or knowledge exchanged or knowledge

 4    known between the two individuals.

 5         Q.    Okay.  So would it be accurate to say

 6    that you have no personal knowledge as to whether

 7    Dave Kleiman was Satoshi Nakamoto?

 8         A.    Yes, I do not.

 9              MR. ROCHE:  Can we just move -- try to

10         move this closer --

11              MR. KASS:  Sure.

12              MR. ROCHE:  -- real quick?  Thank you.

13         Sorry to interrupt.

14              THE WITNESS:  Just -- are they having a

15         difficult time hearing me, question mark?

16              MR. ROCHE:  A little.  If --

17              THE WITNESS:  I did --

18              MR. ROCHE:  I think that will -- I

19         think that will solve the issue, though.

20              THE WITNESS:  I did say I have a very

21         soft voice.

22              MR. ROCHE:  You do, and I'm deaf in my

23         right ear, and I have a loud voice.  So we'll

24         be a little counterbalance.

25              THE WITNESS:  Understood.

Robert Radvanovsky   Confidential
December 12, 2019                          22

1    BY MR. KASS:

2         Q.     All right.  Now, continuing from that

3    same thread, do you have any personal knowledge as

4    to whether Dave Kleiman owned any bitcoin?

5         A.     No.

6         Q.     Do you have any personal knowledge as

7    to whether Dave Kleiman mined any bitcoin?

8         A.     No.

9         Q.     Do you have any personal knowledge as

10   to whether Craig Wright owned any bitcoin?

11        A.     No.

12        Q.     Do you have any personal knowledge as

13   to whether Craig Wright mined any bitcoin?

14        A.     No.

15        Q.     Do you have any personal knowledge as

16   to whether Dave Kleiman created any

17   bitcoin-related intellectual property?

18        A.     No.

19        Q.     Do you have any personal knowledge as

20   to whether Craig Wright created any

21   bitcoin-related intellectual property?

22        A.     Aside from what I've read in the news

23   media, no.

24        Q.     Okay.  And to clarify, anything that

25   you read on the news media wouldn't be personal

Robert Radvanovsky   Confidential
December 12, 2019                          23

1    knowledge?

2         A.    Correct.

3         Q.    Have you authored any books?

4         A.    Yes.

5              MR. KASS:  I'm going to introduce as

6    Exhibit 2 this document.

7              THE WITNESS:  Do I give this to you or

8    to him?

9              MR. KASS:  So the court reporter will

10   give it to you in a second.  Just wait until

11   she...

12                   (Radvanovsky Deposition

13                   Exhibit 2 was marked for

14                   identification.)

15                   (Document tendered.)

16              THE WITNESS:  Thank you.

17   BY MR. KASS:

18        Q.    Do you recognize what this document is?

19        A.    Yes.

20        Q.    And what is it?

21        A.    This is a current listing of the number

22   of books that I have authored and co-authored.

23        Q.    And does it appear to be accurate?

24        A.    No.

25        Q.    Okay.  What's not accurate about it?

Robert Radvanovsky   Confidential
December 12, 2019                          24

1       A.      You're missing the first edition of the

2   handbook of SCADA/Control Systems Security.

3       Q.      Okay.  Is there anything else that's

4   not accurate about it, anything additional?

5       A.      Let's see.  You are missing the second

6   edition of my "Critical Infrastructure" book.

7       Q.      Okay.  Anything else?

8       A.      No.

9       Q.      Okay.  Did anybody help you in

10  authoring these books?

11      A.      Yes.

12      Q.      Was Craig Wright one of the people that

13  helped you?

14      A.      Yes.

15      Q.      Which book did he help you?

16      A.      He assisted me on the "Handbook of

17  SCADA/Control Systems Security," both first and

18  second editions.

19      Q.      Any additional books that he worked

20  with you on?

21      A.      No.

22      Q.      How about Dave Kleiman?

23      A.      No.

24      Q.      And to clarify my question, did he help

25  you with any these books?

Robert Radvanovsky  Confidential
December 12, 2019                               25

1          A.      No.

2          Q.      Okay.  And I'm just going to quickly go

3     back to the previous topic.

4                  Are you aware of any partnership

5     between Dr. Wright and Dave Kleiman to mine

6     bitcoin?

7          A.      No.

8          Q.      Are you aware of any partnership

9     between Dr. Wright and Dave Kleiman to create

10    bitcoin-related intellectual property?

11         A.      That was one of the topics in one of

12    the conference calls.

13         Q.      Okay.  Which conference call?

14         A.      I -- I'm -- I -- I -- I don't know.

15         Q.      Okay.  Let -- I'm going to try and

16    break this down a little bit.

17         A.      There -- there were several conference

18    calls, but I did not take notes.  I did not take

19    record of them.  The conference calls were not

20    recorded.  I did not record any of the

21    conversations.

22         Q.      Okay.  Who was on that phone call?

23         A.      Mr. Kleiman and Dr. Wright.

24         Q.      Okay.  When did this phone call take

25    place?

Robert Radvanovsky  Confidential
December 12, 2019                          26

1        A.    I want to say approximately 2009.

2        Q.    2009?

3        A.    Some -- sometime in 2009.  I don't know

4    the month or a specific date.

5        Q.    So -- and what was the substance of

6    this conversation?

7        A.    The substance was talking about

8    developing a Blockchain technology that was -- was

9    supposed to be revolutionary.  Aside from that,

10   there were very little details that were provided

11   in the conference call.

12       Q.    Okay.

13       A.    As best as I can tell.

14       Q.    I'm trying to reconcile that with your

15   previous statement where you stated that you have

16   no personal knowledge of any connection that they

17   have to bitcoin.

18       A.    I -- as far as I'm concerned, this was

19   a discussion between three gentlemen.  I don't

20   know if, at the time, they had made arrangements

21   between each other.  I don't know if they had made

22   arrange -- arrangements following the conference

23   call.

24          I -- and if they did, I'm unaware of

25   the time frame by which they did that.

Robert Radvanovsky   Confidential
December 12, 2019                        27

1      Q.      Okay.  So let's just break this down.

2              There was a call between Dave Kleiman,

3  Dr. Wright, and yourself?

4      A.      Yes.

5      Q.      Okay.  Do you recall who said what?

6      A.      No.  I do not recall any of the

7  specifics of the conversation or conversations

8  between the three of us.

9      Q.      Okay.  And can you recall anything,

10  then, that they were talking about some sort of

11  Blockchain technology?

12      A.      That was about the gist of it.

13      Q.      That was it.  Okay.  And were there any

14  follow-up conversations after that?

15      A.      No.

16      Q.      Okay.

17      A.      As best as I can tell, not that I can

18  recall, no.

19      Q.      Okay.  And prior to --

20              MR. ROCHE:  Do you want to -- who just

21      joined?

22              MR. FREEDMAN:  Velvel Freedman.  Sorry

23      for being late.

24  BY MR. KASS:

25      Q.      Okay.  And prior to this date, had you

Robert Radvanovsky  Confidential
December 12, 2019                    28

1    heard of bitcoin?

2         A.    Yes.

3         Q.    So bitcoin already was in existence --

4         A.    Yes.

5         Q.    -- when you had this conversation?

6         A.    Yes, I believe so.

7         Q.    Okay.  So would it be fair to say --

8    state they were talking about a different

9    Blockchain technology?

10        A.    I don't know.

11        Q.    Okay.

12        A.    I -- my involvement in a lot of this is

13   very much removed.  I'm not sure if I was involved

14   merely as a witness or if I was to provide some

15   level of expertise to both Mr. Kleiman and

16   Dr. Wright.

17             I had stated that cryptography is a

18   weakness of mine in that I am mildly knowledgeable

19   of how cryptography operates, but aside from

20   that...

21        Q.    Could they have been talking about

22   creating a bitcoin wallet?

23        A.    I don't know.

24             MR. ROCHE:  Objection.

25             THE WITNESS:  I'm sorry?

Robert Radvanovsky  Confidential
December 12, 2019                    29

```
 1              MR. KASS:  Oh.  I'll -- okay.  So
 2        sometimes opposing counsel may state,
 3        "Objection," and you could essentially just
 4        respond unless opposing counsel says, "Do not
 5        respond."
 6                   So as long as there's an
 7        instruction -- as long as there's not an
 8        instruction not to respond, you can just
 9        respond and then --
10              THE WITNESS:  Am I to respond to this?
11              MR. ROCHE:  Yes.
12              MR. KASS:  Yeah.  And he will tell you
13        affirmatively that you should not respond.
14        Otherwise, you can essentially ignore hi- --
15        what he stated.
16              MR. ROCHE:  Correct.
17              THE WITNESS:  Okay.  Understood.
18  BY MR. KASS:
19        Q.    So would it be fair to say you had this
20  conversation talking about some sort of
21  development related to some sort of bitcoin
22  technology, but you're not sure exactly what?
23              MR. ROCHE:  Objection; form.
24  BY THE WITNESS:
25        A.    Correct.
```

Robert Radvanovsky   Confidential
December 12, 2019                                30

```
 1    BY MR. KASS:
 2        Q.    And this conversation happened after
 3    the bitcoin protocol was already released?
 4              THE WITNESS:  Is there still an
 5        objection, sir?
 6              THE COURT REPORTER:  Could we go off
 7        the record one moment?
 8              MR. KASS:  Yeah.  Okay.  Let's -- let's
 9        go off the record a second.
10              THE VIDEOGRAPHER:  Off the record at
11        10:26 a.m.
12                        (A recess was had from
13                        10:26 a.m. until 10:28 a.m.)
14              THE VIDEOGRAPHER:  Back on the record
15        at 10:28 a.m.
16    BY MR. KASS:
17        Q.    Okay.  And I just want to make sure I
18    understand the scope of this conversation.
19              Was it -- or, were there any other
20    conversations with you and Dr. Wright and Dave
21    Kleiman where Blockchain technology was brought
22    up?
23        A.    To the best of my knowledge, no.
24        Q.    Okay.  Are you familiar with computer
25    hacks?
```

Robert Radvanovsky  Confidential
December 12, 2019                          31

```
 1        A.      Yes.

 2        Q.      Are you familiar with computer viruses?

 3        A.      Yes.

 4        Q.      Are they the same thing?

 5        A.      They can be.

 6        Q.      When would they be the same thing?

 7        A.      If viruss are representative as a form

 8   of malware, malware can be distributed via

 9   electronic mail, file transfers, other

10   applications making use of vulnerabilities

11   pertinent to either software or firmware contained

12   on said devices.

13        Q.      Okay.  And how -- is it common to be

14   hacked?

15        A.      Can I get some clarification on that,

16   please?

17        Q.      Of course.  Do you have any knowledge

18   as to how prevalent the risk of getting hacked is

19   on a computer?

20        A.      Again, please clarify that.

21        Q.      Sure.

22        A.      Hacked as in active hacking, passive

23   hacking or via malware?

24        Q.      All right.  Let's maybe take one at a

25   time.
```

Robert Radvanovsky   Confidential
December 12, 2019                    32

Relevance

1      A.      Okay.

2      Q.      Let's start with active hacking.

3      A.      Okay.  So the question again is?

4      Q.      How -- how prevalent is the risk of

5  active hacking?

6      A.      Prevalent --

7              MR. ROCHE:  Objection.

8  BY MR. KASS:

9      Q.      You can continue.

Relevance

10     A.      The risk is prevalent.  There has been

11  a spike and dramatic increase in the number of

12  active attacks from hackers abroad to infiltrate

13  our critical infrastructure.

14              Most notably, electric grid.

15     Q.      Okay.  And how about passive hacking?

16              MR. ROCHE:  Objection; lack of

17      foundation.

18  BY MR. KASS:

19     Q.      You can continue.

Relevance

20     A.      Passive hacking is similar to malware.

21  The only difference is, it utilizes what are

22  called rootkits.  Rootkits are not considered a

23  form of -- well, it depends upon your perspective.

24  They could be considered malware, but typically,

25  they're not.

Robert Radvanovsky  Confidential
December 12, 2019                    Relevance        33

1           Rootkits are where a file is dropped,

2    meaning uploaded, onto a given system.  And from

3    there, whoever accesses that particular file or

4    files is then exposed to the rootkit by which then

5    it creates a potential drawbridge attack.

6           A drawbridge attack is where an

7    individual or a group of individuals or an

8    organization has managed to plant a software or

9    group of software files by which now they have

10   complete, unadulterated access to the internal

11   network of a given organization, at which point in

12   time, it contacts out, and it bypasses the

13   firewalls.

14          And in doing so, they eliminate any

15   protections or any security controls that had been

16   established by said organization.

17       Q.    Okay.  And in both active or passive

18   hacking, it possible to be hacked without

19   knowing --

20          MR. ROCHE:  Objection.

21   BY MR. KASS:                              Relevance

22       Q.    -- that you've been hacked?

23          MR. ROCHE:  Calls for expert testimony.

24   BY MR. KASS:

25       Q.    You can continue.

Robert Radvanovsky  Confidential
December 12, 2019                    34

1          A.      What was the question again?          `Relevance`

2          Q.      In both passive or active hacking, is

3    it possible to be hacked without knowing?

4          A.      Yes.  Question.  What is hacking

5    pertinent to this particular case?  Can I get some

6    clarification, please?

7          Q.      Unfortunately, that's something that

8    I'm not at the li- -- well, I'm not at liberty to

9    respond to.  Generally, I get -- I ask the

10   questions, and you respond.

11              And the -- what I -- what ultimately

12   will end up happening is that the judge will

13   decide whether or not it's relevant.  If it's not

14   relevant, he will just ignore the testimony.

15         A.      Okay.  Please continue.

16         Q.      Okay.  Have you ever heard of an entity

17   called W&K Information Defense, LLC?

18         A.      I'm sorry?

19         Q.      Have you ever heard of the company

20   called W&K Information Defense, LLC?

21         A.      No.

22              MR. ROCHE:  Objection.

23   BY MR. KASS:

24         Q.      Okay.  Do you have any information --

25   and going forward, I'm just going to refer to that

Robert Radvanovsky  Confidential
December 12, 2019                    35

1    company as "W&K," okay?

2          A.     Okay.

3          Q.     Do you know -- do you have any

4    information related to the formation of W&K?

5          A.     No.

6                 MR. ROCHE:  Objection.

7    BY MR. KASS:

8          Q.     Do you have any information related to

9    the purpose of W&K?

10                 MR. ROCHE:  Objection.

11   BY THE WITNESS:

12         A.     No.

13   BY MR. KASS:

14         Q.     Do you have any information related to

15   W&K's activities?

16                 MR. ROCHE:  Objection.

17   BY THE WITNESS:

18         A.     No.

19   BY MR. KASS:

20         Q.     Do you know who the members of W&K are?

21                 MR. ROCHE:  Objection.

22   BY THE WITNESS:

23         A.     No.

24   BY MR. KASS:

25         Q.     Have you ever known who the members of

Robert Radvanovsky   Confidential
December 12, 2019                    36

```
 1    W&K are?

 2              MR. ROCHE:   Objection.

 3    BY THE WITNESS:

 4         A.     No.

 5    BY MR. KASS:

 6         Q.     Do you know if W&K ever mined bitcoin?

 7              MR. ROCHE:   Objection.

 8    BY THE WITNESS:

 9         A.     I do not know.

10    BY MR. KASS:

11         Q.     Do you know if it ever developed

12    intellectual property?

13              MR. ROCHE:   Objection.

14    BY THE WITNESS:

15         A.     I do not know.

16    BY MR. KASS:

17         Q.     At some point in time, did Craig Wright

18    ask you to collaborate on a proposal to the

19    Department of Homeland Defense?

20         A.     You mean -- a clarification.  You mean

21    U.S. Department of Homeland Security?

22         Q.     Yes.

23         A.     Yes.

24         Q.     Okay.  And what was your role to be?

25         A.     We were looking at developing
```

Robert Radvanovsky  Confidential
December 12, 2019                    37

1   something -- I'm not sure what -- to propose to

2   DHS.  There were a few emails that were exchanged

3   between him and myself.  There were several Skype

4   telephone calls between Craig Wright and myself,

5   but it never went beyond the embryonic stage.

6            "Embryonic stage," just to clarify,

7   means it's casual discussion, but nothing has been

8   formalized.

9       Q.    Okay.  When did you first come into

10  contact with Craig Wright?

11      A.    Sometime between 1999 and 2000.  This

12  was on both a mailing list called SCADA

13  Perspectives.  Back then -- I'm trying to remember

14  the name.  SCADA Gospel was what it was originally

15  called.  I know the gentleman's first name.  His

16  name was Ian, but I cannot remember his last name.

17  He is -- excuse me -- was and retired a process

18  control engineer.

19            It dealt with SCADA and ICS, Industrial

20  Control Systems', security.

21      Q.    Okay.

22      A.    We first met up on there -- eventually

23  our conversations migrated over to security focus.

24  Generally, the topic of discussion was on auditing

25  of SCADA systems, as well as defining what is an

Robert Radvanovsky  Confidential
December 12, 2019                    38

 1   event versus what is an incident, along with

 2   measures of attestation.

 3            I believe there was some discussion

 4   about conducting forensics on SCADA and control

 5   systems as well.  So, roughly 20 years.

 6        Q.    All right.  And can you recall any

 7   other topics of conversation that you would speak

 8   to him about?

 9        A.    No.

10        Q.    Okay.

11        A.    Just so you know, to further clarify --

12        Q.    Yes, please.

13        A.    -- in the two editions of the SCADA --

14   the "Handbook of SCADA/Control Systems Security,

15   Mr. -- Dr. Wright's contribution dealt with

16   auditing of SCADA and industrial control systems.

17        Q.    Thank you for that additional

18   clarification.

19        A.    I'm sorry?

20        Q.    Thank you for that additional

21   information.

22        A.    You're welcome.

23            MR. KASS:  I'm going to introduce

24        Exhibit 3 now.

25

Robert Radvanovsky  Confidential
December 12, 2019                    39

```
 1                    (Radvanovsky Deposition

 2                    Exhibit 3 was marked for

 3                    identification.)

 4                    (Document tendered.)

 5          THE WITNESS:  Thank you.

 6   BY MR. KASS:

 7      Q.    Do you -- take a moment to look at this

 8   email.

 9          Do you recognize it?

10      A.    Yes, I do.

11      Q.    And would you be able to tell me what

12   had happened in this email?  What's the subject of

13   the email?

14          And to clarify, I'm really only

15   concerned with the first two pages.

16      A.    Oh.

17      Q.    You don't have to go through the all of

18   that.

19      A.    Understood.  All right.  So let me look

20   at those.

21          Mr. -- Mr. Dr. Wright had a flare for a

22   sense of humor, and I will say that I miss it.

23      Q.    Okay.

24      A.    We've had some numerous discussions

25   similar to this via both email and security focus.
```

Robert Radvanovsky   Confidential
December 12, 2019                              40

1          Q.     Okay.  So --

2          A.     All right.  So to clarify, this

3    constitutes two points.

4                 One -- let's see.  What was this date?

5    2011.  Back in 2010, there was an individual that

6    owned a blogging site.  It has since then not been

7    maintained or updated and whatever last postings

8    are years ago.

9                 He got on my case about me providing

10   some links.  I took some direct quotes from the

11   posts and posted them on SCADASEC, and I will

12   further clarify that as well.

13                And he was a member of the SCADASEC

14   mailing list.  The SCADASEC mailing list is a

15   mailing list that I own, control, and manage.  It

16   is provided by a dedicated server that I have at

17   my home.  It is available 24/7.  It continues to

18   operate today.  Incept date was 3 February 2008.

19                The individual posted a comment about

20   me violating copyrights.  I can see the eyes

21   rolling.  Even though under the fair use clause of

22   the Copyright Act, he made a big stink about this.

23         Q.     Okay.

24         A.     So I ended up retracting the posting

25   that I posted, and I deleted the posting and all

Robert Radvanovsky   Confidential
December 12, 2019                    41

```
 1   subsequent postings from that point back to the
 2   initial inception.
 3              With regards to the other part at the
 4   time, a gentleman by the name of John Matherly had
 5   created a search engine website called Shodan.
 6   Shodan is based on -- it's a hacker
 7   acknowledgement towards a computer science
 8   computer hacker nomenclature called "The
 9   Necromancer."
10              Shodan -- and it's still operating
11   today -- at the time interrogates devices that are
12   directly connected to the internet.  At the time,
13   I was developing a product, and this was a private
14   research product under infracritical.
15              The premise was to gauge how many SCADA
16   and industrial control systems we extended,
17   widened to net to include industrial internet of
18   things, as well as internet of things that may
19   have control over physical devices.
20              This was code-named Project SHINE.
21       Q.     Okay.
22       A.     SHINE means Shodan Intelligence Network
23   Extraction.  The project was originally developed
24   back in early to mid-2008.  It didn't start
25   gathering data until about this time frame, I
```

Robert Radvanovsky  Confidential
December 12, 2019                    42

1    believe a little bit later after this.

2              It was concluded in January of 2014.

3         Q.    Okay.

4         A.    And in doing so, we found over

5    2 million devices, and because of the fact that we

6    were -- myself and another individual who I'm not

7    privy to name at this time -- no relation, no

8    affiliation with this ever, whatsoever -- who was

9    working with me on this.

10             We expanded the number of criteria set

11   for the number of manufacturers, devices, and

12   search terms that we utilized.  This made news.

13   This made both national and international news.

14             And there was discussions about this in

15   terms of this very topic.

16        Q.    Okay.  I just want to focus on the

17   email from Dr. Wright, the second paragraph.  It

18   says, "It's a shame that Scott scraped data from

19   Bob's list without attribution."

20             What does that mean?

21        A.    I'm trying to remember it.  Honestly, I

22   do not know.

23        Q.    Okay.  Would a fair interpretation be

24   that somebody had taken something that you had

25   written and used it without attributing it to you?

Robert Radvanovsky  Confidential
December 12, 2019                          43

```
 1              MR. ROCHE:  Objection; calls for
 2       speculation.
 3  BY THE WITNESS:
 4       A.     There was no interpretation -- no
 5  interpretation.  There was no stealing of any
 6  content because everything that we post,
 7  everything that is posted on SCADASEC -- and we do
 8  have legal disclaimers stating as such -- is --
 9  everything that is posted on this mailing list is
10  considered public domain.
11  BY MR. KASS:
12       Q.     Okay.  So you would -- you weren't
13  upset that this Scott took that information --
14       A.     The on --
15       Q.     -- or used it --
16       A.     The on- --
17              MR. ROCHE:  Objection.
18              THE WITNESS:  I'm sorry.
19  BY MR. KASS:
20       Q.     You can continue.
21       A.     The only thing that I said was
22  basically the guy is smoking something other than
23  cigarettes.
24       Q.     Okay.  Would it be fair to say that
25  Dr. Wright sort of jumped to your defense and got
```

Robert Radvanovsky  Confidential
December 12, 2019                    44

1    a little riled up --

2         A.    Yes.

3         Q.    -- that somebody was --

4         A.    Yes.

5              MR. ROCHE:  Objection; calls for

6         speculation.

7    BY THE WITNESS:

8         A.    No.  It's very -- very much so.

9    BY MR. KASS:

10        Q.    Okay.

11        A.    Craig -- Craig, at the time, was

12   looking at expanding his horizons.  And part of it

13   is, sometime between 2008 and 2010, there was an

14   upswell movement in securing critical

15   infrastructure cyber assets.

16              These were cyber assets that pertained

17   to managed, controlled, manipulated our critical

18   infrastructure, things such as water pumps,

19   variable frequency drives, variable speed drives,

20   relays, switches.  And when I infer "switches," I

21   mean electrical switches as opposed to networking

22   switches.

23        Q.    Okay.

24        A.    At the time, the United States was in

25   the process of trying to ramp up their

Robert Radvanovsky  Confidential
December 12, 2019                    45

1   cybersecurity program, and they were very new to

2   this process.

3              So we were part of that wave that was

4   prevalent on the forefront that was talking

5   about -- and -- and some of this was philosophical

6   discussions as well -- about how do you go about

7   securing a control system?

8       Q.     Okay.

9       A.     These control systems are moderately

10  smart.  They are smart enough to perform very --

11  what's the word I'm looking for?  Not "terse," but

12  basic functions; turn something on, turn something

13  off, gather some data through telemetry or through

14  the sensor, acquire that information and process

15  accordingly to that.

16             This email is basically commentary/rant

17  by both myself and Dr. Wright.

18      Q.     Okay.

19      A.     And we have -- we had a number of Skype

20  conversations pertinent to this topic and not to

21  bitcoin, but this particular topic -- excuse me --

22  where we've talked about people who are entering

23  this community, this field of knowledge, field of

24  interest that have no right to be involved in.

25      Q.     Understood.  When -- when did you first

Robert Radvanovsky  Confidential
December 12, 2019                    46

1   come in contact with David Kleiman?

2        A.    I want to say sometime between late

3   2008 and early to mid-2009.

4        Q.    Okay.  And how did that contact come

5   about?

6        A.    Through Dr. Wright.

7        Q.    Okay.  And how often -- from once you

8   got to know doc- -- Dave Kleiman, how frequent

9   would you be in contact with him?

10       A.    I was not personally in direct contact

11  with Mr. Kleiman.

12       Q.    Did you ever have any conversations

13  with Dr. -- I mean, with Dave Kleiman?

14       A.    No.  Outside of the conference calls

15  where it was between Dr. Wright, Dave Kleiman, and

16  myself, no.

17       Q.    Okay.  So, no direct communication with

18  him?

19       A.    None.

20       Q.    Got it.  And when you were on those

21  conference calls, did Dave Kleiman ever say

22  anything bad about Dr. Wright?

23       A.    To the best of my knowledge, no.

24       Q.    And I just want to go back to that

25  conversation, the Skype conversation I believe you

Robert Radvanovsky  Confidential
December 12, 2019                          47

1    said, sometime in 2009 after bitcoin already

2    existed, but there was a conversation between

3    Dr. Wright and Dave Kleiman about some sort of

4    bitcoin project.

5          A.     Right.

6          Q.     Do you know if anything ever came of

7    that?

8                 MR. ROCHE:  Objection.

9    BY THE WITNESS:

10         A.     I do not know.

11   BY MR. KASS:

12         Q.     Okay.  So would it be fair to say the

13   only thing you know is, there was a conversation

14   about some idea related to some Blockchain

15   technology?

16                MR. ROCHE:  Objection; form.

17   BY THE WITNESS:

18         A.     Yes.

19   BY MR. KASS:

20         Q.     And I want to go back to -- you stated

21   you had a conversation with counsel for Ira

22   Kleiman, and that happened a little while ago; it

23   took about a half-hour?

24         A.     Uh-huh.

25         Q.     Did you have any other conversations

Robert Radvanovsky  Confidential
December 12, 2019                    48

1    with counsel for Ira Kleiman?

2          A.    I have had several short conversations

3    with counsel for -- for the Kleiman estate, yes.

4          Q.    And when did those conversations take

5    place?

6          A.    Sporadically throughout the remainder

7    of 2008 and early to mid-2009 -- '19.  Excuse me.

8          Q.    Okay.  And what was the substance of

9    those conversations?

10         A.    Just further clarification.  And the

11   clarification was about the information provided

12   to the Kleiman estate.

13         Q.    Okay.  The information being

14   documentation?

15         A.    Yes, what you have in the USB stick.

16         Q.    Got it.  Is there anything that you

17   provided the -- the Kleiman estate that is not on

18   the USB stick that you gave me today?

19         A.    No.

20         Q.    Do you recall what needed to be

21   clarified?

22              MR. ROCHE:  Objection.

23   BY THE WITNESS:

24         A.    They -- honestly, I do not remember.  I

25   am sorry.

Robert Radvanovsky   Confidential
December 12, 2019                            49

```
 1    BY MR. KASS:
 2         Q.    That's okay.
 3         A.    It's not that I'm trying to evade this.
 4         Q.    Sure.
 5         A.    It's just that I cannot recall.
 6         Q.    I understand.  Do you have any written
 7    communications with any attorneys for Ira Kleiman?
 8         A.    No.  As in physical, as in -- no.
 9         Q.    What about electronic written
10    communications?
11         A.    I do have several electronic
12    communications.
13         Q.    Would those be emails?
14         A.    Yes.
15         Q.    Are there any other types of electronic
16    communications?
17         A.    No.
18         Q.    Okay.  And those electronic
19    communications, have you already provided them to
20    us?  "Us" being the defense counsel.
21         A.    I was not told that I needed to provide
22    those conversations.  Those conversations between
23    myself and the plaintiff was not inclusive in that
24    USB stick that you received.
25         Q.    I'm going to ask us that you do send us
```

Robert Radvanovsky   Confidential
December 12, 2019                        50

```
 1   those electronic communications.
 2              THE WITNESS:  Plaintiff, what should I
 3        do?
 4              MR. ROCHE:  No objection.
 5              THE WITNESS:  Okay.
 6   BY MR. KASS:
 7        Q.    At any point in time, did counsel for
 8   the plaintiffs ask you to fill out some sort of
 9   declaration?
10        A.    No.  As best as I can recall, no.
11        Q.    Okay.  And then would it be fair to say
12   that you didn't fill out any declaration related
13   to this case?
14        A.    As best as I can tell, no.
15        Q.    Okay.  And I just want to make sure
16   we're on the same page.  By "declaration," I mean
17   any written statement.
18        A.    There -- outside of receiving a
19   subpoena to provide information, no?
20        Q.    Okay.
21        A.    The only written documentation that I
22   received was via subpoena.
23        Q.    Got it.  Okay.  Well, we'll get all the
24   documentation anyways.  And then I can look at it.
25   Okay.
```

1          Have you ever spoken with Ira Kleiman?

2    A.    No.

3          MR. ROCHE:  Zalman --

4          MR. KASS:  Yup.

5          MR. ROCHE:  -- we've been going a

6    little over an hour.

7          MR. KASS:  I --

8          MR. ROCHE:  When you come to a natural

9    point, can we take a quick --

10         MR. KASS:  Yeah.

11         MR. ROCHE:  -- five-minute bathroom

12   break?

13         MR. KASS:  I'm actually running close

14   to the end.  So give me, like, another five

15   minutes, and I'll take a break anyways.  I

16   may even be done.

17         MR. ROCHE:  Okay.

18         MR. KASS:  So what -- we're getting

19   very close, yes.

20         MR. ROCHE:  Okay.

21         MR. KASS:  Unless, do you want to stop

22   now?  We can stop earlier.

23         THE WITNESS:  No.  I'm -- I'll --

24         MR. KASS:  You're good?

25         THE WITNESS:  Yeah, I'm good.

Robert Radvanovsky  Confidential
December 12, 2019                          52

```
 1            MR. KASS:  Okay.  All right.  Let's do
 2       another -- go for another five minutes.
 3            MR. ROCHE:  Sounds good.
 4  BY MR. KASS:
 5       Q.    Do you know why plaintiffs' counsel
 6  reached out to you?
 7            MR. ROCHE:  Objection.
 8  BY THE WITNESS:
 9       A.    No.
10  BY MR. KASS:
11       Q.    Did you have any hesitation speaking
12  with plaintiffs' counsel?
13            MR. ROCHE:  Objection.
14  BY THE WITNESS:
15       A.    No.
16  BY MR. KASS:
17       Q.    Did defense counsel reach out to you?
18       A.    Regarding this?
19       Q.    Yes.
20       A.    No.
21       Q.    Regarding the case.
22       A.    Regarding the case prior to this
23  deposition?
24       Q.    Yes.
25       A.    Yes.
```

Robert Radvanovsky   Confidential
December 12, 2019                    53

1        Q.     Did you speak with them?

2        A.     Yes.

3        Q.     What did you tell them?  And "defense

4   counsel" meaning someone who represents Dr. Craig

5   Wright.

6        A.     Oh, I'm sorry.  You said "defense

7   counsel."

8        Q.     Yes.

9        A.     No.  I spoke to the plaintiff counsel

10  only.

11       Q.     Right.  But did someone from

12  Dr. Wright's side reach out to you?

13       A.     No.  No.  No.  Absolutely not, no.  And

14  if they did, I would not acknowledge -- I'm sorry.

15  Wait a second.  Yes.  Strike what I have said

16  before.

17              Who's the lead attorney for the -- for

18  the defense?

19       Q.     Well, one attorney is Andres Rivero.

20  There are other attorneys -- or, an attorney.  It

21  doesn't matter if it's a particular --

22       A.     There was an attorney that did contact

23  me.  I do have the emails for this.

24       Q.     Okay.

25       A.     And I do have -- I want to say I have

1   the contact number.  I'd need to look in my phone.

2       Q.    Sure.

3       A.    But contacted me about this, and I was

4   defensive about it.  I was hesitant about this,

5   and I said I'd need to speak to my attorney.

6            And I did not have an attorney at the

7   time, but it was just a means of -- to avoid

8   having to provide any type of statement to a legal

9   counsel representing defense.

10           There were a few more emails that were

11  exchanged.  I believe there was one, maybe two,

12  additional telephone conversations.  And after

13  that, no.

14      Q.    Okay.  So you never actually spoke with

15  him or substantively about the case?

16           MR. ROCHE:  Objection.

17  BY THE WITNESS:

18      A.    Not substantively, no.

19           MR. KASS:  Okay.  So I think now is a

20      good time to take a five-minute break.

21           MR. ROCHE:  Okay.

22           THE VIDEOGRAPHER:  Off the record at

23      11:01 a.m.

24                    (A recess was had from

25                    11:01 a.m. until 11:27 a.m.)

Robert Radvanovsky  Confidential
December 12, 2019                    55

```
 1              THE VIDEOGRAPHER:  Back on the record

 2        at 11:27 a.m.

 3   BY MR. KASS:

 4        Q.    Okay.  I just want to clarify one

 5   question.

 6              I had a series of questions.  I had

 7   asked you whether you knew anything about the

 8   corporation W&K Information Defense, LLC?

 9        A.    Correct.

10        Q.    And it was a series of questions, and

11   my -- and I believe you said no to all of those

12   questions.

13        A.    Yes.

14        Q.    If I were to ask you all those

15   questions instead for a corporation called

16   W&K Info Defense, LLC, would your answer be the

17   same?

18        A.    Yes.

19        Q.    Now, one final question.  And that's

20   true to all of those previous questions?

21        A.    Correct.

22        Q.    Okay.  At any point in time, has

23   counsel for plaintiffs asked you to travel to

24   Florida?

25        A.    No.
```

Robert Radvanovsky  Confidential
December 12, 2019                        56

```
 1        Q.     Have they asked you to travel -- or,
 2   did they ask you about testimony -- trial
 3   testimony?
 4        A.     No.
 5             MR. KASS:  Okay.  I'm done -- I'm done.
 6                  What's going to happen is, now
 7        Mr. Roach is going to ask you some questions,
 8        and maybe I'll ask some additional questions
 9        afterwards.
10             THE WITNESS:  Okay.
11             MR. ROCHE:  All right?
12             THE WITNESS:  Sir.
13                     EXAMINATION
14   BY MR. ROCHE:
15        Q.     Good morning.  It's still good morning,
16   11:30.
17             I just want to start and pick up -- we
18   were discussing communications with plaintiffs'
19   counsel and communications with defense counsel.
20        A.     Yes.
21        Q.     You had email correspondence with
22   counsel for defendant?
23        A.     Yes.
24        Q.     Along with the -- the communication
25   that you produced between -- between plaintiffs'
```

Robert Radvanovsky   Confidential
December 12, 2019                          57

1   counsel and yourself, I ask that you produce

2   the -- the communications with the defense counsel

3   as well.

4        A.     Correct.

5        Q.     So that's you -- you agree to produce

6   the -- the defense counsel communications?

7        A.     Yes.  I was --

8        Q.     Okay.

9        A.     I was commanded and ordered per the

10  subpoena.

11       Q.     Okay.  I want to go back to how you met

12  Craig.

13              You testified earlier that you met

14  Craig between 1999 and 2000?

15       A.     Yes.

16       Q.     And that was SCADA -- is that how you

17  pronounce the acronym SCADA?

18       A.     No.  Sca- -- the word "scada"

19  pronounced like that is Greek for "shit."  You

20  pronounce it as SCADA.

21       Q.     SCADA.  All right.  We certainly --

22       A.     It would be like --

23       Q.     -- want none of the other.

24       A.     -- s-c-a-y-d-a-h for phonetics.

25       Q.     And you said that there was an

Robert Radvanovsky   Confidential
December 12, 2019                          58

```
 1   individual, Ian, that you also met at the same
 2   time?
 3        A.     Well, he was the -- I've not met him,
 4   per se.  He is the owner -- he was -- excuse me --
 5   the owner of the SCADA Gospel mailing list.  That
 6   responsibility, ownership and management was
 7   relegated to another individual.
 8        Q.     Okay.  Was it Ian Grigg?
 9        A.     Sounds about right.
10        Q.     Okay.  Did you have any other
11   communications with Ian Grigg?
12        A.     No.  I should say to the best of my
13   knowledge, no.
14        Q.     Okay.
15        A.     I don't believe I've had any direct
16   communication with him outside of anything that
17   may have been pertinent to the mailing list, but,
18   no, I don't believe so.
19        Q.     Okay.  Are you aware who Ian Grigg is?
20        A.     Uh-huh.
21        Q.     Okay.  Did Craig ever mention
22   involve -- any involvement with Ian Grigg to you?
23        A.     Can I get some clarification on that,
24   please?
25        Q.     Sure.  Did Craig ever discuss any
```

 1  business venture with Ian Grigg?

 2       A.    No, not to the best of my knowledge.

 3       Q.    Okay.  And I believe you testified

 4  earlier today that Craig introduced you to

 5  Mr. Dave Kleiman in late 2008?

 6       A.    Sometime between late 2008, early to

 7  mid-2009, yes.

 8       Q.    Okay.

 9       A.    Just to further clarify, the meeting in

10  terms -- and this was strictly via conference

11  call.  There were a few emails, which both of you

12  have received, where it was the -- the meeting was

13  impromptu.  It was a last-minute call to meet up.

14            And this was at the behest of

15  Dr. Wright.

16       Q.    Do you know why Craig introduced you to

17  Dave Kleiman?

18       A.    No idea.

19       Q.    Did he make that introduction over

20  email?

21       A.    No, I don't believe so.

22       Q.    Okay.

23       A.    It -- it may be listed as one of the

24  emails that I've sent to you folks, but I -- I do

25  not remember.

Robert Radvanovsky   Confidential
December 12, 2019                    60

```
 1        Q.     Okay.  And these communica- -- the
 2   communication in 2009 between yourself, Craig, and
 3   Dave, did you tell anyone else about tho- --
 4   that -- that conference call?
 5             MR. KASS:  Objection.
 6   BY THE WITNESS:
 7        A.     I don't know.
 8   BY MR. ROCHE:
 9        Q.     Okay.
10        A.     I -- I cannot recall.  I mean outside
11   of my wife, but I cannot recall.  And I doubt if
12   she'll remember much or anything about these
13   conversations.
14        Q.     Outside of the conference that occurred
15   in 2009, did you have any other conference calls
16   between yourself, Craig Wright, and Dave Kleiman?
17             MR. KASS:  Objection.
18   BY THE WITNESS:
19        A.     No.  No.
20   BY MR. ROCHE:
21        Q.     Did you ever have any conference calls
22   outside of the one in 2009 with just yourself and
23   Dave Kleiman?
24             MR. KASS:  Objection.
25
```

Robert Radvanovsky   Confidential
December 12, 2019                          61

1    BY THE WITNESS:
2         A.    No.  Most of my communication was
3    between myself and Craig Wright.  I would say
4    almost all of my conversations were between myself
5    and Craig Wright, and they were usually via Skype.
6    BY MR. ROCHE:
7         Q.    Have you ever attended a -- a security
8    or an information -- IT-related conference?
9         A.    You mean cybersecurity?
10        Q.    Cybersecurity.
11        A.    Yes.  I've attended several.
12        Q.    Do you know whether or not Dave Kleiman
13   was ever present at any of those cybersecurity
14   conferences?
15        A.    To the best of my knowledge, I do not
16   know.
17        Q.    Okay.
18        A.    And if so, I was unaware that he
19   attended them.
20        Q.    Did you ever physically meet?
21        A.    No.
22        Q.    Dave Kleiman?
23        A.    No.
24        Q.    Have you ever physically met Craig
25   Wright?

Robert Radvanovsky   Confidential
December 12, 2019                           62

1        A.     Yes.

2        Q.     When was that?

3        A.     I want to say it was either sometime in

4    2000 or 2001 prior to 9/11.

5        Q.     Okay.

6        A.     I met him and a woman.  I picked them

7    up at the train station.  They came from some

8    place south via Amtrak, and I picked both of them

9    up, and we ended up having dinner at Harry's.

10       Q.     And what is Harry's?

11       A.     Harry's is a steakhouse.  It's named

12   after -- oh, what's his name?  He was an announcer

13   and commentator for the Cubs.

14       Q.     Harry Carey?

15       A.     Thank you.  Yes.

16       Q.     Do you own any bitcoin?

17       A.     No.  I own no bitcoin whatsoever.

18       Q.     Have you ever owned bitcoin?

19       A.     No.  I own no bitcoin whatsoever.

20       Q.     Have you ever owned any cryptocurrency?

21       A.     No.  I own no cryptocurrency

22   whatsoever.

23       Q.     Did the defendant ever advise you to

24   buy bitcoin?

25       A.     No.  I own no bitcoin or cryptocurrency

Robert Radvanovsky   Confidential
December 12, 2019                    63

```
 1   whatsoever.
 2        Q.     Are you familiar with an individual by
 3   the name of Deborah Kobza?
 4        A.     To the best of my knowledge, no.
 5        Q.     Are you familiar with an entity GICSR,
 6   Global Institute of Security -- hold on.  I can --
 7        A.     GICSR?
 8        Q.     GICSR?
 9        A.     Yes.
10        Q.     What is -- how do you know of that
11   entity?
12        A.     Just through the emails that were sent
13   to me from Craig Wright.
14        Q.     Okay.  Did you ever participate in any
15   business affairs with GICSR?
16        A.     No.
17        Q.     Do you know what GICSR does?
18        A.     No.
19        Q.     Did Craig ever tell you what he did at
20   GICSR?
21        A.     I believe he said he was an auditor for
22   them, and that's to the best of my knowledge, but
23   aside from that, no.
24        Q.     What kind of auditor?
25               MR. KASS:  Objection.
```

Robert Radvanovsky  Confidential
December 12, 2019                    64

```
 1    BY THE WITNESS:
 2        A.    He did not go into any specifics.
 3    BY MR. ROCHE:
 4        Q.    Okay.  When was the last time you
 5    communicated with Craig Wright?
 6        A.    It was late 2000 -- late 2009 and 2010,
 7    and this was when the controversy with bitcoin
 8    initiated.  My only way of contact to him either
 9    via email was via Skype.  His Skype account was
10    disabled.
11            There -- there was no discussion about
12    that he was going to disable his account.  There
13    was no other communication, verbal or vocal
14    communication, between him and I following the
15    disablement of his Skype account, nor were there
16    any emails to indicate as such.
17            He just disappeared.
18            MR. ROCHE:  Okay.  No further
19        questions.
20                FURTHER EXAMINATION
21    BY MR. KASS:
22        Q.    I have one or two questions.
23        A.    Sure.
24        Q.    Do you -- have you ever used the email
25    address r-s-r-a-v-a- -- let me start again --
```

R-UQ

Robert Radvanovsky   Confidential
December 12, 2019                        65

1    rsradvan@infracritical.com?

2         A.     Yes.

3               MR. KASS:  I'm going to introduce

4         this -- I believe Exhibit 4.

5                     (Radvanovsky Deposition

6                     Exhibit 4 was marked for

7                     identification.)

8                     (Document tendered.)

9               THE WITNESS:  Thank you.

10   BY MR. KASS:

11        Q.     Now, do you -- first, the email

12   address, which is -- it's pretty hard to -- to

13   actually make it out --

14        A.     rsradvan@infracritical.com?

15        Q.     Is there -- there's also one that looks

16   like a Gmail.

17               Do you have a Gmail one that's very

18   similar?

19        A.     Yes, I do.

20        Q.     Okay.

21        A.     As a matter of fact, all emails that

22   went through rsradvan@infracritical.com was

23   forwarded at the time to my rsradvan@gmail.com

24   account.

25               MR. ROCHE:  Zalman, I'm going to let

1        you, you know, go down this until you

2        establish some type of relevancy to my cross,

3        but for now, I'm -- I'm going to object that

4        this is outside of the scope.

5              MR. KASS:  Objection noted, and you

6        will see the relevance very shortly.

7              MR. ROCHE:  Okay.

8    BY MR. KASS:

9        Q.    Is this a communication -- so I want --

10   I'm going to break this email down to two parts.

11            Halfway through the page, there's

12   something that says "Original Message."  Do you

13   see that, where it says "Original Message"?

14       A.    Yes.

15       Q.    Okay.  And then it says, "From Bob

16   Radvanovsky"?

17       A.    Radvanovsky.

18       Q.    Radvanovsky.  Okay.  "To Bob

19   Radvanovsky," and then it's talking to

20   "Gentlemen."

21            Who was this sent to?  It's a little --

22   I'm a little confused.

23       A.    This was being sent to the chapter

24   authors that were participating -- let's see.

25   When is this?  2012?  This would be the first

Robert Radvanovsky   Confidential
December 12, 2019                        67

1   edition of the handbook on SCADA/control systems

2   security which came out in 2013.

3        Q.    Okay.

4        A.    He was one of several chapter authors.

5              Don't ask me to recite their names

6   because I --

7        Q.    That's fine.  I will not be asking you

8   that.

9              All I do want to establish is that --

10  so based on this email, is it accurate to say that

11  you did send a communication to Dr. Wright in

12  2012?

13       A.    Yes.

14       Q.    And I also want to go back to a

15  document that was previously marked, if I could.

16  Just -- let me just get the -- oh, actually I

17  think it's right here.

18             Okay.  I want to go back to

19  Exhibit No. 3.  Remember we had discussed this

20  email?

21       A.    This one [indicating]?

22       Q.    This one, No. 3.

23       A.    Okay.

24       Q.    And I don't want to go into the content

25  of the email.  I just want to establish the date

Robert Radvanovsky   Confidential
December 12, 2019                        68

1   of the email between you and Craig that's the

2   second email on the page.

3            What's the date over there?

4   A.      September 28th, 2011.

5            MR. KASS:  Okay.  Thank you.

6                 Kyle, anything?

7            MR. ROCHE:  No.

8            THE WITNESS:  I hope that I'm not being

9   found contradicting myself in any manner

10  whatsoever because the thing is is that this

11  did not pertain to anything relating to

12  bitcoin or cryptography or cryptocurrency in

13  any manner whatsoever.

14                This pertained only to his

15  expertise in auditing skills and

16  capabilities, as well as his knowledge on

17  auditing.

18                At the time -- well, actually, it

19  was several years prior to, and don't ask me

20  which year it was, but he wrote a book on IT

21  auditing which I have a copy of.

22           MR. KASS:  One more second.  Based on

23  that, I may have a follow-up.

24           MR. ROCHE:  Well, you -- you ended your

25  questioning.

Robert Radvanovsky  Confidential
December 12, 2019                    69

```
 1        MR. KASS:  Well, if -- well, are we

 2   cutting it off be- -- his answer?  If his

 3   answer is continuing after mine, then I'm --

 4   I get to ask another question on that.

 5        MR. ROCHE:  He has to -- you --

 6   Zalman --

 7        MR. KASS:  Kyle, tell --

 8        MR. ROCHE:  -- you closed off your

 9   deposition.

10        MR. KASS:  Right.  So what are we going

11   to do with his test- -- is it -- okay.

12             Are you agreeing to strike his

13   testimony after the deposition was closed?

14   If the answer is yes, I have no further

15   questions.  If the answer is no, then I'm

16   going to ask an additional question.  Your

17   choice.

18        MR. ROCHE:  I'm going to instruct the

19   witness not to answer.  You closed the

20   deposition.

21        MR. KASS:  You can instruct him not to

22   answer.  You have no basis to do that, Kyle.

23        MR. ROCHE:  Yes, I do.

24        MR. KASS:  What's your basis?

25        MR. ROCHE:  You -- you closed the
```

Robert Radvanovsky   Confidential
December 12, 2019                    70

```
1          deposition.
2               MR. KASS:  Yes, but the witness
3          continued talking, and he has an answer.
4                    So my question for you is, is it
5          your position that -- if your position is the
6          deposition asked -- finished after he
7          answered my question, then that's fine, but
8          if you're planning on using his testimony
9          after the deposition is closed, it's only
10         fair that I get to ask a follow-up question.
11              MR. ROCHE:  If we -- if we do use the
12         testimony, you can -- you can, I'm certain,
13         to make your arguments to the judge that it
14         should not be allowed.
15              MR. KASS:  How about this?  Kyle, I'm
16         going to ask my question.
17                   If you want to instruct the
18         witness not to answer, you can.  There is no
19         basis for that, and we're going to have it on
20         the record.
21              MR. ROCHE:  Okay.
22    BY MR. KASS:
23         Q.    All right.  I'm going to introduce
24    another document if I could find it.  Where did it
25    go?  Give me one second.  I have to find the
```

Robert Radvanovsky   Confidential
December 12, 2019                          71

1    document.

2              All right.  I'm going to introduce as

3    Exhibit No. 5, this document.

4              MR. KASS:  Unfortunately, I only have

5         one copy, Kyle.  Sorry, but it's going to be

6         actually pretty quick.

7              THE WITNESS:  Actually, before I answer

8         that, before she marks it down, I wish to

9         have the plaintiff be able to review said

10        document before --

11             MR. KASS:  Of course.  That's -- that's

12        a very fair question.

13                   Yes, you -- Kyle, you're more

14        than welcome to take a peek at it.

15             MR. ROCHE:  You only have two copies?

16             MR. KASS:  Yes.  So how about this?

17                   Kyle, you can look at mine while

18        Mr. Radanovsky looks at the document.  And

19        that way, we can move this along a little.

20                   (Document tendered.)

21             THE COURT REPORTER:  I did not mark it.

22             MR. KASS:  Oh, okay.

23             THE WITNESS:  Go ahead.  Please mark

24        it.

25

Robert Radvanovsky  Confidential
December 12, 2019                          72

1          (Radvanovsky Deposition        Hearsay;
2     Exhibit 5 was marked for            relevance
3     identification.)
4          (Document tendered.)

5          THE WITNESS:  Thank you.

6          MR. ROCHE:  And, Zalman, just so you

7     know, I'm going to instruct the witness not

8     to answer.

9          MR. KASS:  Well, I didn't --

10          MR. ROCHE:  The deposition is closed.

11          MR. KASS:  I didn't even ask my

12     question yet, Kyle.

13          MR. ROCHE:  I know.  I'm just -- I'm

14     letting you know.

15          MR. KASS:  Okay.

16          MR. ROCHE:  And if you want to bring

17     this up to the judge, we can.

18          MR. KASS:  We will probably have to,

19     but let me ask my question, and you can

20     instruct him as you see fit.

21     BY MR. KASS:                    Hearsay; relevance

22          Q.    Okay.  Mr. Radanovsky, do you recognize

23     this email?

24          A.    Yes.

25          Q.    Okay.  And if you look at about halfway

Robert Radvanovsky  Confidential
December 12, 2019                      73

1    down, it says, Wen- -- there's a date, Wednesday,

2    16th, 2011?                          Hearsay; relevance

3         A.    Yes.

4         Q.    And --

5              MR. ROCHE:  Objection.  Again, this is

6    outside the deposition.  Your deposition is

7    closed.  This is improper testimony.

8    BY MR. KASS:

9         Q.    Okay.  Now, if you look at -- who's

10   this communication from?

11             MR. ROCHE:  Objection.  I'm instructing

12   the witness not to answer.

13             MR. KASS:  Kyle, you know there are

14   only three bases for instructing a -- well --

15   a witness not to answer.

16             MR. ROCHE:  The deposition is over,

17   Zalman.  The deposition is over.

18                 So I -- look, you can -- I mean,

19   you can ask these questions, but the -- you

20   know, for -- for our purpose, your deposition

21   is closed.

22                 I'll allow you to ask the

23   questions, but, you know, to the extent you

24   try to use this testimony, we're going to

25   object on the basis that you did close the

Robert Radvanovsky  Confidential
December 12, 2019                          74

```
 1        deposition --

 2              MR. KASS:  Okay.  Well --

 3              MR. ROCHE:  -- very clearly.

 4              MR. KASS:  -- let's see if we can do

 5        this a little bit more reasoned.

 6                  Look, you stated your objection,

 7        many, many times.  Now, honestly, I don't

 8        think there's any basis for you to instruct

 9        him not to answer, but you could just state

10        your objection.

11                  And if the judge sees your view,

12        he'll just throw out this part of the

13        testimony.  I don't see what the harm is in

14        going forward and us getting it on the record

15        and let the judge make his ruling.

16              MR. ROCHE:  I'm fine with that.

17              MR. KASS:  All right.  Fair enough.

18   BY MR. KASS:                    Hearsay; relevance

19        Q.    Okay.  Mr. Radanovsky, who is this

20   email from?

21        A.    Craig Wright.

22        Q.    And what is it related to?

23        A.    This pertains to the DHS funding grant

24   for SCADA cybersecurity research.

25        Q.    And what was the date of this email?
```

Robert Radvanovsky  Confidential
December 12, 2019                                    75

1   A.      16 February 2011.

Hearsay; relevance

2        MR. KASS:  All right.  That's all I

3   have.

4              Kyle, do you have any followup on

5   the on this?

6        MR. ROCHE:  No further questions.

7        MR. KASS:  Okay.  I think we're really

8   done now.

9        THE VIDEOGRAPHER:  Off the record at

10  11:48 a.m.

11              (WHEREUPON, the videotaped

12              deposition was concluded at

13              11:48 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Robert Radvanovsky  Confidential
December 12, 2019                          76

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF FLORIDA

 3

 4   IRA KLEIMAN, et al.,          )

 5            Plaintiffs,          )

 6       vs.                       ) No. 18 CV 80176

 7   CRAIG WRIGHT,                 )

 8            Defendant.           )

 9

10            I hereby certify that I have read the

11   foregoing transcript of my videotaped deposition

12   given at the time and place aforesaid, and I do again

13   subscribe and make oath that the same is a true,

14   correct and complete transcript of my deposition so

15   given as aforesaid, and includes changes, if any, so

16   made by me.

17

18

19

20

21                         ROBERT  SCOTT  RADVANOVSKY

22   SUBSCRIBED AND SWORN TO before me

23   this     day of            , A.D. 20_____.

24

25   NOTARY PUBLIC
```

Robert Radvanovsky   Confidential
December 12, 2019                          77

```
 1                      CERTIFICATE

 2                          OF

 3                  SHORTHAND REPORTER

 4

 5          I, DINA G. MANCILLAS, a Certified

 6   Shorthand Reporter of the State of Illinois,

 7   CSR License No. 084-003400, do hereby certify:

 8          That previous to the commencement of the

 9   examination of the aforesaid witness, the witness was

10   duly sworn and/or duly affirmed by me to testify the

11   whole truth concerning matters herein;

12          That the foregoing deposition transcript

13   was stenographically reported by me and was

14   thereafter reduced to typewriting under my personal

15   direction and constitutes a true and accurate record

16   of the testimony given and the proceedings had at the

17   aforesaid deposition;

18          That the said deposition was taken before

19   me at the time and place specified;

20          That I am not a relative or employee or

21   attorney or counsel for any of the parties herein,

22   nor a relative or employee of such attorney or

23   counsel for any of the parties hereto, nor am I

24   interested directly or indirectly in the outcome of

25   this action.
```

Robert Radvanovsky   Confidential
December 12, 2019                          78

1              IN WITNESS WHEREOF, I do hereunto set my

2     hand at Chicago, Illinois, this 14th of December,

3     2019.

4

5

6

7

8     _____

9            DINA G. MANCILLAS, CSR, RPR, CRR, CLR

10           CSR LICENSE NO. 084-003400

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 9:18-cv-80176-BB   Document 614-12   Entered on FLSD Docket 08/03/2020   Page 79 of 102
Robert Radvanovsky Confidential et al
December 12, 2019                                                          1

| Exhibits | 2 | 5 | accesses 33:3 |
|---|---|---|---|

**Exhibits**

EX 0001 Robert
 Radvanovsky 1
**21219** 4:10
 13:19 14:9
EX 0002 Robert
 Radvanovsky 1
**21219** 4:13
 23:6,13
EX 0003 Robert
 Radvanovsky 1
**21219** 4:16
 38:24 39:2
 67:19
EX 0004 Robert
 Radvanovsky 1
**21219** 4:19
 65:4,6
EX 0005 Robert
 Radvanovsky 1
**21219** 4:21
 71:3 72:2

**1**

**1** 10:8 13:19
 14:9
**10:26** 30:11,
 13
**10:28** 30:13,
 15
**11:01** 54:23,
 25
**11:27** 54:25
 55:2
**11:30** 56:16
**11:48** 75:10,
 13
**12th** 5:7
**16** 75:1
**16th** 73:2
**19** 48:7
**1999** 37:11
 57:14

**2**

**2** 23:6,13
 42:5
**20** 7:13
 13:14,16 17:8
 38:5
**200** 5:11
**2000** 37:11
 57:14 62:4
 64:6
**2001** 62:4
**2003** 15:8
**2008** 40:18
 44:13 46:3
 48:7 59:5,6
**2009** 26:1,2,3
 47:1 60:2,15,
 22 64:6
**2010** 15:9
 40:5 44:13
 64:6
**2011** 40:5
 68:4 73:2
 75:1
**2012** 66:25
 67:12
**2013** 67:2
**2014** 42:2
**2018** 16:21
**2019** 5:7
**24/7** 40:17
**28th** 68:4

**3**

**3** 38:24 39:2
 40:18 67:19,
 22
**30** 7:13

**4**

**4** 65:4,6

**5**

**5** 71:3 72:2

**7**

**77** 5:6

**9**

**9/11** 62:4
**9:18-CV-80176-
BB-BR** 5:4
**9:58** 5:8

**A**

**a.m.** 5:8
 30:11,13,15
 54:23,25 55:2
 75:10,13
**able** 9:10
 11:22 39:11
 71:9
**about** 8:16
 15:2,7 16:23
 17:15,20 18:7
 23:25 24:4,22
 26:7 27:10,12
 28:8,21 29:20
 32:15 38:4,8
 40:9,19,22
 41:25 42:14
 45:5,6,22
 46:5,22 47:3,
 14,23 48:11
 49:9 54:3,4,
 15 55:7 56:2
 58:9 60:3,12
 64:11 70:15
 71:16 72:25
**abroad** 32:12
**Absolutely**
 53:13
**access** 33:10

**accident**
 18:23
**accord** 13:1
**accordingly**
 45:15
**account** 64:9,
 12,15 65:24
**accurate**
 14:24 15:2,12
 21:5 23:23,25
 24:4 67:10
**acknowledge**
 53:14
**acknowledgemen
t** 41:7
**acquire**
 16:12,22
 45:14
**acquired**
 17:11
**acquisition**
 11:6
**acronym** 57:17
**Act** 40:22
**active** 31:22
 32:2,5,12
 33:17 34:2
**activities**
 35:15
**actually**
 51:13 54:14
 65:13 67:16
 68:18 71:6,7
**additional**
 24:4,19
 38:17,20
 54:12 56:8
 69:16
**address** 64:25
 65:12
**Administration**
 16:1
**advise** 62:23
**affairs** 63:15
**affect** 9:8,19

affects 9:20
affiliation
    42:8
affirmatively
    8:2 29:13
after 27:14
    30:2 42:1
    47:1 54:12
    62:12 69:3,13
    70:6,9
afterwards
    56:9
again 31:20
    32:3 34:1
    64:25 73:5
ago 6:20 17:8
    40:8 47:22
agree 57:5
agreed 5:15
agreeing
    69:12
agreement
    11:24 12:2
ahead 71:23
ailment 9:24
all 5:15 7:24
    14:17 18:21
    22:2 31:24
    38:6 39:17,19
    40:2,25 52:1
    55:11,14,20
    56:11 57:21
    61:4 65:21
    67:9 70:23
    71:2 74:17
    75:2
allow 15:13
    73:22
allowed 70:14
allows 12:25
almost 61:4
along 38:1
    56:24 71:19
already 28:3
    30:3 47:1
    49:19

also 8:16
    12:14 19:24
    58:1 65:15
    67:14
am 10:8 28:18
    29:10 48:25
Amtrak 62:8
and 5:14 6:7,
    14,20,22,25
    7:4,11,14,23
    8:3,7,12,16,
    19 9:13,19
    10:9,16 11:1,
    3,5,10,11,13,
    16,19 12:1,6,
    13,14 13:2,8,
    12,13,25
    14:19,21,24
    15:6,10,14,18
    16:16,19,22
    17:2,7,8,18,
    24 18:2,6,8,
    21 19:23,25
    20:9,16,21,25
    21:22,23
    22:24 23:20,
    22,23 24:17,
    24 25:2,5,9,
    15,23 26:5,24
    27:3,9,13,19,
    25 28:15
    29:3,9,12
    30:2,17,20
    31:13 32:11,
    15 33:2,12,
    14,17 34:10,
    11,25 36:24
    37:3,4,11,17,
    19 38:4,6,16
    39:11,14,22,
    25 40:7,11,
    13,15,25
    41:10,13,16
    42:4,5,6,11,
    13,14,25
    43:7,25
    44:12,13,20
    45:1,5,14,17,
    19,20 46:3,4,

7,15,20,24
    47:3,20,22
    48:4,7,8,10
    49:18,23
    50:11,15,24
    51:15 53:3,
    13,25 54:3,5,
    6,12 55:10,
    11,19 56:8,
    17,19 57:1,9,
    14,16,25 58:6
    59:3,10,14
    60:1,2,11,16,
    22 61:3,5,18
    62:6,8,9,10,
    13 63:22
    64:6,7,14
    66:5,15,19
    67:14,24
    68:1,15,19
    70:3,19 71:18
    72:6,16,19,25
    73:4 74:11,
    14,15,22,25
and/or 16:13
Andres 53:19
announcer
    62:12
another 19:7
    42:6 51:14
    52:2 58:7
    69:4 70:24
answer 55:16
    69:2,3,14,15,
    19,22 70:3,18
    71:7 72:8
    73:12,15 74:9
answered 70:7
any 8:12,17
    9:7 10:19
    15:21 16:12,
    17 17:23
    20:3,9,13,18
    21:2 22:3,4,
    6,7,9,10,12,
    13,15,16,19,
    20 23:3
    24:19,25
    25:4,8,20

26:16 27:6,13
    30:19 31:17
    33:14,15
    34:24 35:3,8,
    14 38:6 43:5
    46:12 47:25
    49:6,7,15
    50:7,12,17
    52:11 54:8
    55:22 58:10,
    15,22,25
    60:15,21
    61:13 62:16,
    20 63:14
    64:2,16 68:9,
    13 74:8 75:4
anybody 24:9
anyone 60:3
anything
    8:18,21 13:15
    16:23 17:14,
    20 22:24
    24:3,4,7 27:9
    46:22 47:6
    48:16 55:7
    58:16 60:12
    68:6,11
anyways 50:24
    51:15
apart 16:22
appear 23:23
applications
    31:10
apply 12:23
approximately
    13:11 16:20
    26:1
April 16:21
archived
    17:12
are 9:7
    10:19,20 11:7
    15:17 17:11
    21:14 24:5
    25:4,8 30:24
    31:2,4,7
    32:21,22 33:1
    35:20 36:1

40:8 41:11
45:9,10,22
49:15 53:20
58:19 63:2,5
69:1,10,12
73:13
**arguments**
70:13
**arrange** 26:22
**arrangements**
21:3 26:20,22
**as** 6:6,7,15
7:1 11:9
13:18 15:15
16:14 20:4
21:6 22:3,6,
9,12,15,19
23:5 26:13,18
27:17 28:14
29:6,7 31:7,
18,22 35:1
37:25 38:5
40:12 41:18
43:8 44:18,21
45:6 49:8
50:10,14
57:3,20 59:23
64:16 65:21
68:16 71:2
72:20
**aside** 21:1
22:22 26:9
28:19 63:23
**ask** 8:7 16:23
17:14,20,24
18:16 34:9
36:18 49:25
50:8 55:14
56:2,7,8 57:1
67:5 68:19
69:4,16
70:10,16
72:11,19
73:19,22
**asked** 16:25
17:16,22 20:8
55:7,23 56:1
70:6

**asking** 67:7
**assets** 44:15,
16
**assisted**
24:16
**assume** 8:9
**at** 5:6,11
7:10 8:12,17
11:20 26:20
30:10,15
31:24 33:11
34:8 36:17,25
39:7,20 40:16
41:3,11,12
42:7 44:11,
12,24 50:7,24
54:6,22 55:2,
22 58:1 59:14
61:13 62:7,9
63:19 65:23
68:18 71:14,
17,18 72:25
73:9 75:9,12
**attack** 33:5,6
**attacks** 32:12
**attended**
61:7,11,19
**attestation**
38:2
**attorney**
18:13 53:17,
19,20,22
54:5,6
**attorneys**
18:11 49:7
53:20
**attributing**
42:25
**attribution**
42:19
**audio** 5:14
**auditing**
37:24 38:16
68:15,17,21
**auditor**
63:21,24
**authored**
23:3,22

**authoring**
24:10
**authors** 66:24
67:4
**available**
40:17
**avoid** 54:7
**aware** 25:4,8
58:19
**away** 20:11

**B**

**Bachelor's**
15:25
**back** 7:19
13:8 16:7
20:7 25:3
30:14 37:13
40:5 41:1,24
46:24 47:20
55:1 57:11
67:14,18
**background**
15:19
**bad** 46:22
**based** 16:2,5
19:23,24
20:24 41:6
67:10 68:22
**bases** 73:14
**basic** 45:12
**basically**
43:22 45:16
**basis** 18:22
19:21 20:13
69:22,24
70:19 73:25
74:8
**bathroom**
51:11
**be-** 69:2
**became** 18:25
19:1
**because** 8:9
15:6 19:18
42:5 43:6

67:6 68:10
**been** 6:6,15,
18 7:1,3 10:6
13:10,12
17:10 28:21
32:10 33:15,
22 37:7 40:6
51:5 58:17
**before** 6:15
7:4 53:16
71:7,8,10
**behest** 59:14
**being** 5:3
7:21 27:23
48:13 49:20
66:23 68:8
**belief** 18:22
19:22
**believe** 19:1,
17 20:8 28:6
38:3 42:1
46:25 54:11
55:11 58:15,
18 59:3,21
63:21 65:4
**believing**
20:13
**BELSOMRA** 9:16
**best** 7:10
8:22 15:15
26:13 27:17
30:23 46:23
50:10,14
58:12 59:2
61:15 63:4,22
**better** 10:12
**between** 18:5
21:4 25:5,9
26:19,21
27:2,8 37:3,
4,11 44:13
46:2,15 47:2
49:22 56:25
57:14 59:6
60:2,16 61:3,
4 64:14 68:1
**beyond** 37:5

**big** 40:22
**bipolar** 10:8
**bit** 7:19
   25:16 42:1
   74:5
**bitcoin** 19:6
   20:1,17,22
   22:4,7,10,13
   25:6 26:17
   28:1,3,22
   29:21 30:3
   36:6 45:21
   47:1,4 62:16,
   17,18,19,24,
   25 64:7 68:12
**bitcoin-
related**
   22:17,21
   25:10
**block** 19:19
**Blockchain**
   26:8 27:11
   28:9 30:21
   47:14
**blog** 17:7,9,
   12 20:1
**blogging** 40:6
**blogs** 17:11
**Bob** 5:2
   66:15,18
**Bob's** 42:19
**book** 24:6,15
   68:20
**books** 23:3,22
   24:10,19,25
**both** 17:8
   24:17 28:15
   33:17 34:2
   37:12 39:25
   42:13 45:17
   59:11 62:8
**Boulevard**
   5:11
**break** 8:17
   25:16 27:1
   51:12,15
   54:20 66:10

**breaks** 8:17
**bring** 72:16
**brought** 30:21
**Bryan** 9:4,5
**business**
   11:17,19 16:1
   59:1 63:15
**but** 10:3,20
   17:12 18:6
   20:13 21:1
   25:18 28:19
   29:22 32:24
   37:5,7,16
   45:11,21 47:2
   53:11 54:3,7
   58:17 59:24
   60:11 63:22
   66:3 68:20
   70:2,7 71:5
   72:19 73:19,
   23 74:9
**buy** 62:24
**by** 6:9 9:6,25
   14:12,14
   17:11 22:1
   23:17 26:25
   27:24 29:18,
   24 30:1,16
   32:8,18 33:4,
   9,16,21,24
   34:23 35:7,
   11,13,17,19,
   22,24 36:3,5,
   8,10,14,16
   39:6 40:16
   41:4 43:3,11,
   19 44:7,9
   45:17 47:9,
   11,17,19
   48:23 49:1
   50:6,16 52:4,
   8,10,14,16
   54:17 55:3
   56:14 60:6,8,
   18,20 61:1,6
   63:2 64:1,3,
   21 65:10 66:8
   70:22 72:21
   73:8 74:18

**bypasses**
   33:12

___

**C**

**California**
   16:1,3
**call** 18:7,8,
   12 25:13,22,
   24 26:11,23
   27:2 59:11,13
   60:4
**called** 6:6
   12:7 17:9
   32:22 34:17,
   20 37:12,15
   41:5,8 55:15
**calls** 25:12,
   18,19 33:23
   37:4 43:1
   44:5 46:14,21
   60:15,21
**came** 47:6
   62:7 67:2
**can** 8:2 13:23
   15:15 21:9
   26:13 27:9,17
   29:8,14 31:5,
   8,15 32:9,19
   33:25 34:5
   38:6 40:20
   43:20 50:10,
   14,24 51:9,22
   58:23 63:6
   69:21 70:12,
   18 71:17,19
   72:17,19
   73:18,19 74:4
**can't** 12:15
   18:24
**cannot** 37:16
   49:5 60:10,11
**capabilities**
   68:16
**Carey** 62:14
**case** 5:4 6:24
   34:5 40:9
   50:13 52:21,

   22 54:15
**casual** 37:7
**certain** 70:12
**certainly**
   57:21
**certifications**
   15:17
**chain** 19:13
**chapter** 66:23
   67:4
**Chicago** 5:6,
   12 16:5
**choice** 69:17
**chronic** 10:7
**cigarettes**
   43:23
**clarification**
   31:15 34:6
   36:20 38:18
   48:10,11
   58:23
**clarified**
   48:21
**clarify** 8:13
   22:24 24:24
   31:20 37:6
   38:11 39:14
   40:2,12 55:4
   59:9
**clause** 40:21
**clearly** 74:3
**close** 51:13,
   19 73:25
**closed** 69:8,
   13,19,25 70:9
   72:10 73:7,21
**closer** 21:10
**co-authored**
   23:22
**code-named**
   41:20
**collaborate**
   36:18
**collaborating**
   21:1
**come** 7:18
   37:9 46:1,4

51:8
**commanded**
57:9
**comment** 40:19
**commentary/**
**rant** 45:16
**commentator**
62:13
**common** 31:13
**communica-**
60:1
**communicated**
64:5
**communication**
16:13 17:23
46:17 56:24
58:16 60:2
61:2 64:13,14
66:9 67:11
73:10
**communications**
17:25 49:7,
10,12,16,19
50:1 56:18,19
57:2,6 58:11
**community**
45:23
**company** 34:19
35:1
**complete**
33:10
**completely**
15:7
**computer**
30:24 31:2,19
41:7,8
**concerned**
26:18 39:15
**concluded**
42:2 75:12
**conduct** 12:25
**conducting**
38:4
**conference**
18:7 25:12,
13,17,19
26:11,22

46:14,21
59:10 60:4,
14,15,21 61:8
**conferences**
61:14
**confused**
66:22
**connected**
41:12
**connection**
26:16
**considered**
32:22,24
43:10
**constitutes**
40:3
**contact** 37:10
46:1,4,9,10
53:22 54:1
64:8
**contacted**
54:3
**contacts**
33:12
**contained**
31:11
**content** 43:6
67:24
**continue**
32:9,19 33:25
34:15 43:20
**continued**
70:3
**continues**
40:17
**continuing**
22:2 69:3
**contract**
12:24
**contradicting**
68:9
**contri-** 11:6
**contribution**
38:15
**control** 11:3,
5,7,8 37:18,
20 38:4,16

40:15 41:16,
19 45:7,9
**controlled**
44:17
**controls**
33:15
**controversy**
64:7
**conversation**
7:7,8,9,12,14
16:9,11 26:6
27:7 28:5
29:20 30:2,18
38:7 46:25
47:2,13,21
**conversations**
16:14 18:5,6
25:21 27:7,14
30:20 37:23
45:20 46:12
47:25 48:2,4,
9 49:22 54:12
60:13 61:4
**copies** 71:15
**copy** 68:21
71:5
**Copyright**
40:22
**copyrights**
40:20
**corporation**
17:11 55:8,15
**correct** 12:4,
16 17:5 19:20
23:2 29:16,25
55:9,21 57:4
**correspondence**
56:21
**could** 6:10
8:8 9:8 10:5
13:20 28:21
29:3 30:6
32:24 67:15
70:24 74:9
**counsel** 5:17,
22 7:7,8 16:9
18:9 29:2,4
47:21 48:1,3

49:20 50:7
52:5,12,17
53:4,7,9 54:9
55:23 56:19,
22 57:1,2,6
**counterbalance**
21:24
**course** 15:14
31:17 71:11
**court** 5:12
6:2 7:22
13:22 23:9
30:6 71:21
**Craig** 5:19
17:15 18:5
22:10,13,20
24:12 36:17
37:4,10 44:11
53:4 57:12,14
58:21,25
59:4,16 60:2,
16 61:3,5,24
63:13,19 64:5
68:1 74:21
**create** 25:9
**created**
22:16,20 41:5
**creates** 33:5
**creating**
28:22
**criteria**
42:10
**critical**
11:4,14 24:6
32:13 44:14,
17
**cross** 66:2
**cryptocurrency**
20:1 62:20,
21,25 68:12
**cryptography**
28:17,19
68:12
**Cubs** 62:13
**current**
10:23,24
12:23 15:3,
11,17 23:21

currently   9:7
  11:16 17:12
cutting   69:2
cyber   44:15,
  16
cybersecurity
  10:24 20:21
  45:1 61:9,10,
  13 74:24

**D**

data   11:6
  41:25 42:18
  45:13
date   5:7
  16:19 18:24
  26:4 27:25
  40:4,18 67:25
  68:3 73:1
  74:25
Dave   17:21
  18:6,17,22
  20:7,8,10,15
  21:7 22:4,7,
  16 24:22
  25:5,9 27:2
  30:20 46:8,
  13,15,21 47:3
  59:5,17 60:3,
  16,23 61:12,
  22
David   17:23
  46:1
deaf   21:22
dealt   37:19
  38:15
Deborah   63:3
December   5:7
  15:9
decide   34:13
declaration
  50:9,12,16
dedicated
  40:16
defendant
  56:22 62:23

defense
  34:17,20
  36:19 43:25
  49:20 52:17
  53:3,6,18
  54:9 55:8,16
  56:19 57:2,6
defensive
  54:4
defining
  37:25
degree   16:4
degrees
  15:21,24
deleted   40:25
Delich   5:25
Department
  36:19,21
Depaul   16:5
depends   32:23
deposed   6:15,
  18 7:4
deposition
  5:2,5 6:14,
  22,24 7:22
  14:8 23:12
  39:1 52:23
  65:5 69:9,13,
  20 70:1,6,9
  72:1,10 73:6,
  16,17,20 74:1
  75:12
depression
  10:7
details   26:10
developed
  36:11 41:23
developing
  26:8 36:25
  41:13
development
  20:18 29:21
device   11:8
devices   11:8
  31:12 41:11,
  19 42:5,11

DHS   37:2
  74:23
diagnosed
  10:6
did   7:11 8:10
  9:24 10:13,16
  16:16,19,23
  17:2,14,18,
  20,24 18:16
  19:6 21:17,20
  24:9,15,24
  25:18,20,24
  26:24,25
  36:17 37:9
  45:25 46:4,
  12,21 47:25
  48:4 50:7
  52:11,17
  53:1,3,11,14,
  22 54:6 56:2
  58:10,21,25
  59:19 60:3,
  15,21 61:20
  62:23 63:14,
  19 64:2 67:11
  68:11 70:24
  71:21 73:25
didn't   10:20
  41:24 50:12
  72:9,11
difference
  32:21
different
  28:8
difficult
  21:15
Dina   5:13
dinner   62:9
direct   40:10
  46:10,17
  58:15
directly
  41:12
disable   64:12
disabled
  64:10
disablement
  64:15

disappeared
  64:17
disclaimers
  43:8
disclose
  11:20,22
discuss   58:25
discussed
  67:19
discussing
  56:18
discussion
  26:19 37:7,24
  38:3 64:11
discussions
  20:20 39:24
  42:14 45:6
disorder   10:8
distributed
  31:8
do   5:24 8:25
  10:4 11:16
  13:20 14:3,6,
  15 15:21,24
  18:4,14 20:3,
  6 21:8,22
  22:3,6,9,12,
  15,19 23:7,18
  27:5,6,20
  29:4 31:17
  34:24 35:3,8,
  14,20 36:6,9,
  11,15 39:7,9,
  10 42:22 43:7
  45:6 47:6,10
  48:20,24
  49:6,11,25
  50:3 51:21
  52:1,5 53:23,
  25 59:16,24
  61:12,15
  62:16 63:10,
  17 64:24
  65:11,17,19
  66:12 67:9
  69:11,22,23
  70:11 72:22
  74:4 75:4

doc– 46:8
**document**
  13:19,21
  14:11,15
  23:6,15,18
  39:4 65:8
  67:15 70:24
  71:1,3,10,18,
  20 72:4
**documentation**
  7:1,2 16:13
  48:14 50:21,
  24
**documents**
  10:14,16,19
  16:17,20,23
**does** 9:19
  11:1 12:23
  15:3 23:23
  42:20 63:17
**doesn't** 15:11
  53:21
**doing** 33:14
  42:4
**domain** 43:10
**don't** 8:7
  15:20 25:14
  26:3,19,21
  28:10,23
  39:17 58:15,
  18 59:21 60:7
  67:5,24 68:19
  74:7,13
**done** 13:15
  51:16 56:5
  75:8
**doubt** 60:11
**down** 25:16
  27:1 66:1,10
  71:8 73:1
**Dr** 5:19 16:24
  17:15 19:17
  20:4 25:5,9,
  23 27:3 28:16
  30:20 38:15
  39:21 42:17
  43:25 45:17
  46:6,13,15,22

  47:3 53:4,12
  59:15 67:11
**dramatic**
  32:11
**drawbridge**
  33:5,6
**Drive** 5:6
**drives** 11:10
  44:19
**dropped** 33:1
**due** 11:21
**duly** 6:4,6
**dump** 14:20
**during** 13:15

——————————

E

**each** 26:21
**ear** 21:23
**earlier** 51:22
  57:13 59:4
**early** 41:24
  46:3 48:7
  59:6
**easier** 8:4
**edition** 24:1,
  6 67:1
**editions**
  24:18 38:13
**educational**
  15:18
**either** 31:11
  62:3 64:8
**electric**
  32:14
**electrical**
  44:21
**electronic**
  31:9 49:9,11,
  15,18 50:1
**eliminate**
  33:14
**else** 13:15
  17:14 18:8,10
  24:3,7 60:3
**email** 16:14
  17:7 39:8,12,

  13,25 42:17
  45:16 56:21
  59:20 64:9,24
  65:11 66:10
  67:10,20,25
  68:1,2 72:23
  74:20,25
**emails** 37:2
  49:13 53:23
  54:10 59:11,
  24 63:12
  64:16 65:21
**embedded** 11:7
**embryonic**
  37:5,6
**employer**
  12:3,24 13:2
  15:3,11
**employment**
  12:17 14:25
**end** 34:12
  51:14
**ended** 40:24
  62:9 68:24
**engine** 41:5
**engineer**
  37:18
**enough** 45:10
  74:17
**entering**
  45:22
**entity** 13:3,
  4,9 34:16
  63:5,11
**essentially**
  29:3,14
**establish**
  66:2 67:9,25
**established**
  33:16
**estate** 48:3,
  12,17
**et al** 5:3
**evade** 49:3
**even** 40:21
  51:16 72:11

**event** 38:1
**eventually**
  19:2 37:22
**ever** 13:5
  34:16,19
  35:25 36:6,11
  42:8 46:12,21
  47:6 51:1
  58:21,25
  60:21 61:7,
  13,20,24
  62:18,20,23
  63:14,19
  64:24
**everything**
  43:6,7,9
**exact** 18:24
**exactly** 29:22
**EXAMINATION**
  6:8 56:13
  64:20
**examined** 6:7
**exchanged**
  21:3 37:2
  54:11
**excuse** 11:6
  37:17 45:21
  48:7 58:4
**Exhibit** 13:19
  14:9 23:6,13
  38:24 39:2
  65:4,6 67:19
  71:3 72:2
**existed** 47:2
**existence**
  28:3
**expanded**
  42:10
**expanding**
  44:12
**expert** 6:16
  33:23
**expertise**
  28:15 68:15
**experts** 20:2
**exposed** 33:4

Case 9:18-cv-80176-BB Document 540-12 Entered on FLSD Docket 08/03/2020 Page 86 of 102

Robert Radvanovsky vs. GnOSIS LLC, et al.
December 12, 2019

8

**extended**
41:16
**extent** 16:20
73:23
**extra** 14:4
**Extraction**
41:23
**eyes** 40:20

---

**F**

**fact** 15:7
20:25 42:5
65:21
**fair** 28:7
29:19 40:21
42:23 43:24
47:12 50:11
70:10 71:12
74:17
**familiar**
30:24 31:2
63:2,5
**far** 26:18
**February**
40:18 75:1
**federal** 13:5
**feelings**
20:24
**felt** 17:17
**few** 37:2
54:10 59:11
**field** 13:13
45:23
**file** 31:9
33:1,3
**files** 33:4,9
**fill** 50:8,12
**final** 55:19
**find** 11:13
70:24,25
**fine** 67:7
70:7 74:16
**finished** 70:6
**firewalls**
33:13

**firmware**
31:11
**first** 6:6
7:21 8:1
13:22 19:12,
16 24:1,17
37:9,15,22
39:15 45:25
65:11 66:25
**fit** 72:20
**five** 51:14
52:2
**five-minute**
51:11 54:20
**flare** 39:21
**Florida** 55:24
**focus** 17:10
37:23 39:25
42:16
**folks** 59:24
**follow-up**
27:14 68:23
70:10
**following**
26:22 64:14
**follows** 6:7
**followup** 75:4
**for** 5:18,19,
21 6:11 8:4
10:1 11:16
12:14 13:5
14:9 15:7
16:9 18:22
19:21 20:13
23:13 27:23
33:23 38:17,
20 39:2,21
42:11 43:1
44:5 45:11
47:21 48:1,3
49:7 50:7
52:2 53:17,23
55:15,23
56:22 57:19,
24 62:13
63:21 65:6
66:3 70:4,19
72:2 73:14,20

74:8,24
**forefront**
45:4
**forensics**
38:4
**forgot** 15:7
**form** 29:23
31:7 32:23
47:16
**formalized**
37:8
**formation**
35:4
**forward** 34:25
74:14
**forwarded**
65:23
**found** 42:4
68:9
**foundation**
32:17
**frame** 26:25
41:25
**Freedman** 6:1
18:15 27:22
**frequency**
11:10 44:19
**frequent** 46:8
**from** 5:25 7:8
8:22 10:7
12:2 14:20
15:8,21 16:1,
5,22 19:24
21:1 22:2,22
26:9 28:19
30:12 32:12
33:2 40:10
41:1 42:17,18
46:7 53:11
54:24 62:7
63:13,23
66:15 73:10
74:20
**full** 6:11
**functions**
45:12
**funding** 74:23

**further** 21:2
38:11 40:12
48:10 59:9
64:18,20
69:14 75:6

---

**G**

**gather** 45:13
**gathering**
41:25
**gauge** 41:15
**gave** 48:18
**Generally**
34:9 37:24
**genesis** 19:19
**gentleman**
41:4
**gentleman's**
37:15
**gentlemen**
26:19 66:20
**get** 10:12
31:15 34:5,9
58:23 67:16
69:4 70:10
**get all** 50:23
**getting** 31:18
51:18 74:14
**GICSR** 63:5,7,
8,15,17,20
**gist** 27:12
**give** 13:22
23:7,10 51:14
70:25
**given** 33:2,11
**giving** 8:22
**Global** 63:6
**Gmail** 65:16,
17
**go** 5:16 7:23
16:7 25:2
30:6,9 39:17
45:6 46:24
47:20 52:2
57:11 64:2
66:1 67:14,

18,24 70:25
71:23
**going** 7:18,23
8:7,9 13:8,
18,22 16:7
20:7 23:5
25:2,15 34:25
38:23 49:25
51:5 56:6,7
64:12 65:3,25
66:3,10
69:10,16,18
70:16,19,23
71:2,5 72:7
73:24 74:14
**good** 51:24,25
52:3 54:20
56:15
**Gospel** 37:14
58:5
**got** 20:11
40:9 43:25
46:8,20 48:16
50:23
**government**
13:3,6
**grant** 74:23
**Greek** 57:19
**grid** 32:14
**Grigg** 58:8,
11,19,22 59:1
**ground** 7:24
**group** 33:7,9
**guy** 43:22

---

**H**

---

**hacked** 31:14,
18,22 33:18,
22 34:3
**hacker** 41:6,8
**hackers** 32:12
**hacking**
31:22,23
32:2,5,15,20
33:18 34:2,4

**hacks** 30:25
**had** 6:15 7:3
16:8,15 17:4,
22 18:3,5
19:5 20:8,10
26:20,21
27:25 28:5,17
29:19 30:12
33:15 39:12,
21,24 41:4
42:24 45:19
47:21 48:2
54:24 55:6
56:21 58:15
67:19
**half-hour**
47:23
**halfway** 66:11
72:25
**handbook**
24:2,16 38:14
67:1
**handicapped**
19:1
**happen** 14:3
56:6
**happened** 30:2
39:12 47:22
**happening**
34:12
**hard** 65:12
**harm** 74:13
**Harry** 62:14
**Harry's** 62:9,
10,11
**has** 17:10
32:10 33:8
37:7 40:6
55:22 69:5
70:3
**hasn't** 19:18
**have** 5:15,24
6:18 7:1 10:6
12:24 13:5,
10,12,15 14:4
15:11,25
16:4,15 17:4
19:4,12 20:3

21:2,6,20,23
22:3,6,9,12,
15,19 23:3,22
26:15,17
28:21 31:17
33:9 34:16,
19,24 35:3,8,
14,25 39:17
40:16 41:19
43:8 45:19,24
46:12 47:25
48:2,15 49:6,
11,19 51:1
52:11 53:15,
23,25 54:6
56:1 58:10,17
59:12 60:15,
21 61:7,24
62:18,20
64:22,24
65:17 68:21,
23 69:14,22
70:19,25
71:4,9,15
72:18 75:3,4
**having** 6:6
7:22 21:14
54:8 62:9
**he** 17:7,17
18:25 19:1,4,
5,6,12,18
20:10 24:15,
16,19,24
29:12,15
34:14 37:17
40:9,13,22
58:3,4 59:19
61:18 62:12
63:19,21
64:2,12,17
67:4 68:20
69:5 70:3,6
**he'll** 74:12
**head** 8:4
**Healthcare**
15:8
**hear** 10:9
**heard** 28:1
34:16,19

**hearing** 21:15
**help** 24:9,15,
24
**helped** 24:13
**here** 67:17
**herein** 6:6
**hesitant** 54:4
**hesitation**
52:11
**hi-** 29:14
**him** 17:6 19:6
23:8 37:3
38:8 46:9,18
54:15 58:3,16
62:6 64:8,14
69:21 72:20
74:9
**his** 18:14,24
19:2 37:15,16
44:12 62:12
64:9,12,15
68:14,16
69:2,11,12
70:8 74:15
**history** 14:25
**hold** 15:21,24
63:6
**home** 40:17
**Homeland**
36:19,21
**honestly**
42:21 48:24
74:7
**hope** 10:9
68:8
**horizons**
44:12
**hour** 51:6
**how** 6:18,20
7:11 9:19
13:8,9,12
18:11 24:22
28:19 31:13,
18 32:4,15
41:15 45:6
46:4,7,8
57:11,16

63:10 70:15
71:16
**humor** 39:22

---

**I**

**I'D** 54:1,5
**I'LL** 29:1
  51:15,23 56:8
  73:22
**I'M** 5:9 7:18,
  23 8:7,9 10:9
  11:20 13:18,
  21 16:7 21:22
  23:5 25:2,14,
  15 26:14,18,
  24 28:13,25
  34:8,18,25
  37:1,13
  38:19,23
  39:14 42:6,21
  43:18 45:11
  49:3,25
  51:13,23,25
  53:6,14 56:5
  65:3,25 66:3,
  10,22 68:8
  69:3,15,18
  70:12,15,23
  71:2 72:7,13
  73:11 74:16
**I'VE** 17:22
  19:23,24,25
  22:22 58:3,15
  59:24 61:11
**i-n-f-r-a-c-r-**
  **i-t-i-c-a-l**
  12:8
**Ian** 37:16
  58:1,8,11,19,
  22 59:1
**ICS** 15:6
  37:19
**idea** 47:14
  59:18
**identification**
  14:10 23:14
  39:3 65:7

72:3
**identified**
  13:13
**if** 8:1,2,7,8,
  12,17 10:2
  14:4 17:16,22
  19:6,9 21:16
  26:20,21,24
  28:13,14 31:7
  34:13 36:6,11
  47:6 53:14,21
  55:14 60:11
  61:18 67:15
  69:1,2,14,15
  70:5,8,11,17,
  24 72:16,25
  73:9 74:4,11
**ignore** 29:14
  34:14
**Illinois** 5:6,
  12 16:6
**impromptu**
  59:13
**improper** 73:7
**in** 5:3 6:3
  7:14,19 8:12
  11:11 13:12
  15:25 19:13
  20:17 21:22
  22:22 23:10
  24:9 25:11
  26:3,11 28:3,
  12,18 31:22
  32:11 33:11,
  14,17 34:2
  36:17 38:13
  39:12 40:5
  41:24 42:2,4,
  14 44:14,24
  45:24 46:1,9,
  10 47:1 48:15
  49:8,23 50:7
  54:1 55:22
  59:5,9 60:2,
  15,22 62:3
  63:14 67:2,11
  68:9,12,15
  74:13

**Incept** 40:18
**inception**
  41:2
**incident** 38:1
**include** 41:17
**inclusive**
  49:23
**increase**
  32:11
**indicate**
  64:16
**indicated**
  20:14
**indicating**
  67:21
**individual**
  33:7 40:5,19
  42:6 58:1,7
  63:2
**individuals**
  21:4 33:7
**industrial**
  11:3,6,7
  37:19 38:16
  41:16,17
**infer** 44:20
**infiltrate**
  32:12
**Info** 55:16
**information**
  20:10,14,19
  34:17,20,24
  35:4,8,14
  38:21 43:13
  45:14 48:11,
  13 50:19 55:8
  61:8
**infracritical**
  12:7,13,18
  41:14
**infrastructure**
  11:4,14 24:6
  32:13 44:15,
  18
**initial** 41:2
**initiated**
  64:8

**inquiring**
  16:22
**insomnia** 10:8
**instead** 55:15
**Institute**
  63:6
**instruct**
  69:18,21
  70:17 72:7,20
  74:8
**instructing**
  73:11,14
**instruction**
  29:7,8
**intellectual**
  22:17,21
  25:10 36:12
**Intelligence**
  41:22
**interactions**
  16:24
**interest**
  45:24
**internal**
  33:10
**international**
  42:13
**internet**
  41:12,17,18
**interpretation**
  42:23 43:4,5
**interrogates**
  41:11
**interrupt**
  21:13
**interspersal**
  17:5,6
**into** 37:9
  64:2 67:24
**introduce**
  13:18 23:5
  38:23 65:3
  70:23 71:2
**introduced**
  59:4,16
**introduction**
  59:19

Case 9:18-cv-80176-BB   Document 611-12   Entered on FLSD Docket 08/03/2020   Page 89 of 102

Robert W. Radvan (vsky) v. Conf. Deposition
December 12, 2019                                                11

**involve** 11:1
  58:22
**involved**
  20:17 28:13
  45:24
**involvement**
  28:12 58:22
**involves** 11:2
**involving**
  20:1
**Ira** 16:9
  47:21 48:1
  49:7 51:1
**is** 5:1,5,7,8,
  9,13,25 6:12
  7:2,21 8:1,21
  9:13,14
  10:23,24
  11:11,13,21
  12:9,17 13:2,
  20 14:18,20,
  21,24 15:11
  17:5,12,16
  18:3,21 19:2,
  7,9,10,17,21,
  24 20:4,13,24
  23:18,20,21
  24:3 28:12,17
  30:4 31:13,18
  32:3,4,10,20,
  21 33:1,4,6
  34:2,4,12
  37:17,25 38:1
  40:14,16,17
  41:6 43:7,8,
  9,22 44:13
  45:16 47:13
  48:16,17
  53:19 54:19
  56:6,7 57:16,
  19 58:4,19
  62:10,11
  63:10 65:12,
  15 66:4,9,25
  67:9,10 68:10
  69:3,11,14,15
  70:4,5,9,18
  72:10 73:5,6,
  7,16,17,21

74:13,19,22
**issue** 21:19
**it** 6:21 7:2,
  7,8,16,17 8:4
  9:13,19,20
  10:1 11:22
  12:23 13:2,
  22,23,25
  14:24 15:2,3,
  10,11,13
  18:13 19:23
  21:5 23:10,
  20,23,25 24:4
  27:12,13 28:7
  29:19 30:19
  31:13 32:21,
  23 33:5,12,18
  34:3 36:11
  37:5,14,19
  39:9,22 40:6,
  15,17 41:24
  42:2,17,21,25
  43:15,24
  44:12 46:15,
  20 47:12,22
  48:16 50:11,
  23,24 53:20
  54:4,7 55:10
  57:20,22 58:8
  59:12,13,23
  62:3 64:6
  65:13 66:13,
  15 67:10
  68:18,20
  69:2,11 70:4,
  13,19,24
  71:8,14,21,24
  73:1 74:14,22
**it's** 10:1
  12:20 19:11,
  23 34:13 37:7
  41:6,10 42:18
  44:8 49:3,5
  53:21 56:15
  62:11 65:12
  66:19,21
  67:17 70:9
  71:5

**IT-RELATED**
  61:8
**itself** 17:12

---

**J**

**Jackson** 5:11
**January** 42:2
**job** 11:13
**Joe** 5:25
**John** 41:4
**Johnson** 5:9
**joined** 9:3
  27:21
**judge** 34:12
  70:13 72:17
  74:11,15
**jumped** 43:25
**just** 7:23
  9:1,3 12:11
  18:13 21:9,14
  23:10 25:2
  27:1,20 29:3,
  8 30:17
  34:14,25 37:6
  38:11 42:16
  46:24 48:10
  49:5 50:15
  54:7 55:4
  56:17 59:9
  60:22 63:12
  64:17 67:16,
  25 72:6,13
  74:9,12

---

**K**

**Kass** 5:19,24
  6:9 9:2,5,6
  13:18,25
  14:6,14 21:11
  22:1 23:5,9,
  17 27:24
  29:1,12,18
  30:1,8,16
  32:8,18
  33:21,24
  34:23 35:7,

13,19,24
  36:5,10,16
  38:23 39:6
  43:11,19 44:9
  47:11,19 49:1
  50:6 51:4,7,
  10,13,18,21,
  24 52:1,4,10,
  16 54:19 55:3
  56:5 60:5,17,
  24 63:25
  64:21 65:3,10
  66:5,8 68:5,
  22 69:1,7,10,
  21,24 70:2,
  15,22 71:4,
  11,16,22
  72:9,11,15,
  18,21 73:8,13
  74:2,4,17,18
  75:2,7
**key** 19:13,15,
  18
**kind** 63:24
**Kleiman** 5:3
  17:21,23
  18:6,23 20:7,
  16 21:7 22:4,
  7,16 24:22
  25:5,9,23
  27:2 28:15
  30:21 46:1,8,
  11,13,15,21
  47:3,22 48:1,
  3,12,17 49:7
  51:1 59:5,17
  60:16,23
  61:12,22
**knew** 55:7
**know** 8:9,14,
  18 10:1 16:20
  18:14 25:14
  26:3,20,21
  28:10,23
  35:3,20 36:6,
  9,11,15 37:15
  38:11 42:22
  46:8 47:6,10,
  13 52:5 59:16

60:7 61:12,16
63:10,17 66:1
72:7,13,14
73:13,20,23
**knowing** 33:19
34:3
**knowledge**
7:10 19:5
20:4 21:2,3,6
22:3,6,9,12,
15,19 23:1
26:16 30:23
31:17 45:23
46:23 58:13
59:2 61:15
63:4,22 68:16
**knowledgeable**
28:18
**known** 19:23
21:4 35:25
**Kobza** 63:3
**Kyle** 5:21
68:6 69:7,22
70:15 71:5,
13,17 72:12
73:13 75:4

---

**L**

---

**lack** 32:16
**lamotrigine**
9:14
**last** 6:21
37:16 40:7
64:4
**last-minute**
59:13
**late** 16:21
27:23 46:2
59:5,6 64:6
**later** 42:1
**lead** 53:17
**least** 7:10
**legal** 5:10
43:8 54:8
**let** 8:8,13,18
25:15 39:19

64:25 65:25
67:16 72:19
74:15
**let's** 24:5
27:1 30:8
31:24 32:2
40:4 52:1
66:24 74:4
**letting** 72:14
**level** 28:15
**li-** 34:8
**liberty** 11:20
34:8
**like** 8:18
10:2 51:14
57:19,22
65:16
**Linkedin**
14:20,21
**links** 40:10
**list** 37:12
40:14,15
42:19 43:9
58:5,17
**listed** 59:23
**listing** 23:21
**little** 7:19
21:16,24
25:16 26:10
42:1 44:1
47:22 51:6
66:21,22
71:19 74:5
**LLC** 34:17,20
55:8,16
**located** 5:11
**long** 7:11
13:9,12 29:6,
7
**long-term**
9:22
**look** 39:7,19
50:24 54:1
71:17 72:25
73:9,18 74:6
**looking** 36:25
44:12 45:11

**looks** 65:15
71:18
**lost** 20:11
**lot** 8:4 28:12
**loud** 21:23

---

**M**

---

**made** 26:20,21
40:22 42:12,
13
**mail** 31:9
**mailing** 37:12
40:14,15 43:9
58:5,17
**maintained**
17:13 40:7
**make** 7:24
12:11 30:17
50:15 59:19
65:13 70:13
74:15
**makes** 8:4
**making** 31:10
**malware** 31:8,
23 32:20,24
**manage** 40:15
**managed** 33:8
44:17
**management**
58:6
**Mancillas**
5:13
**manipulated**
44:17
**manner** 68:9,
13
**manufacturers**
42:11
**many** 6:18,20
18:11 41:15
74:7
**mark** 13:23
21:15 71:21,
23
**marked** 14:9
23:13 39:2

65:6 67:15
72:2
**marks** 71:8
**Master's** 16:4
**Matherly** 41:4
**matter** 5:3
53:21 65:21
**may** 16:14
19:4 29:2
41:18 51:16
58:17 59:23
68:23
**maybe** 7:13
31:24 54:11
56:8
**me** 8:8,13,18
9:10 10:1
11:7 12:15,25
15:13 17:16
19:11 21:15
24:16 37:17
39:11,19
40:9,20 42:9
45:21 48:7,18
51:14 53:23
54:3 58:4
63:13 64:25
67:5,16 68:19
70:25 72:19
**mean** 36:20
42:20 44:21
46:13 50:16
60:10 61:9
73:18
**meaning** 33:2
53:4
**means** 11:5
37:7 41:22
54:7
**measures** 38:2
**media** 19:24
22:23,25
**medication**
9:8,11,14
**meet** 59:13
61:20
**meeting** 59:9,
12

member 40:13
members
35:20,25
memory 9:8,
19,20,22
mention 58:21
mentioned
6:15
merely 28:14
Message
66:12,13
met 17:8
37:22 57:11,
13 58:1,3
61:24 62:6
mid 16:21
mid-2008
41:24
mid-2009 46:3
48:7 59:7
migrated
37:23
mildly 28:18
million 42:5
mind 10:4
mine 25:5
28:18 69:3
71:17
mined 22:7,13
36:6
minutes 7:13
51:15 52:2
miss 39:22
missing 24:1,
5
moderately
45:9
moment 30:7
39:7
month 26:4
more 54:10
68:22 71:13
74:5
morning 56:15
Most 32:14
61:2

motorcycle
18:24
move 21:9,10
71:19
movement
44:14
Mr 5:19,21,
24,25 6:9,10
8:25 9:2,3,4,
5,6 13:18,25
14:3,6,7,14
16:15 17:1,4
18:15,23
19:10 20:16,
21 21:9,11,
12,16,18,22
22:1 23:5,9,
17 25:23
27:20,22,24
28:15,24
29:1,11,12,
16,18,23
30:1,8,16
32:7,8,16,18
33:20,21,23,
24 34:22,23
35:6,7,10,13,
16,19,21,24
36:2,5,7,10,
13,16 38:15,
23 39:6,21
43:1,11,17,19
44:5,9 46:11
47:8,11,16,19
48:22 49:1
50:4,6 51:3,
4,5,7,8,10,
11,13,17,18,
20,21,24
52:1,3,4,7,
10,13,16
54:16,19,21
55:3 56:5,7,
11,14 59:5
60:5,8,17,20,
24 61:6 63:25
64:3,18,21
65:3,10,25
66:5,7,8

68:5,7,22,24
69:1,5,7,8,
10,18,21,23,
24,25 70:2,
11,15,21,22
71:4,11,15,
16,18,22
72:6,9,10,11,
13,15,16,18,
21,22 73:5,8,
11,13,16
74:2,3,4,16,
17,18,19
75:2,6,7
much 28:13
44:8 60:12
my 5:9 6:12
7:10 8:10
10:24 11:13
12:23,24,25
15:3,17 16:25
17:3 18:3
20:20 21:22
24:6,24 28:12
30:23 40:9,17
46:23 54:1,5
55:11 58:12
59:2 60:11
61:2,4,15
63:4,22 64:8
65:23 66:2
70:4,7,16
72:11,19
myself 18:5
37:3,4 42:6
45:17 46:16
49:23 61:3,4
68:9

---

**N**

---

Nakamoto
17:17 19:11,
17 20:5 21:7
name 5:9
6:11,12 11:19
12:2,9,15
18:14 37:14,
15,16 41:4

42:7 62:12
63:3
named 62:11
names 5:18
67:5
national
42:13
nationwide
11:15
natural 51:8
necessary
10:1
Necromancer
41:9
need 8:17
9:24 54:1,5
needed 48:20
49:21
negatively
8:2
net 41:17
network 33:11
41:22
networking
44:21
never 37:5
54:14
new 45:1
news 19:24
22:22,25
42:12,13
nine 13:11
no 5:4 7:6,15
8:3,24 10:22
12:19 13:7,17
15:1 17:19
18:10 21:2,6
22:5,8,11,14,
18,23 23:24
24:8,21,23
25:1,7 26:16
27:6,15,18
30:23 34:21
35:5,12,18,23
36:4 38:9
42:7 43:4,5
44:8 45:24

46:14,16,17,
23 48:19
49:8,17 50:4,
10,14,19
51:2,23 52:9,
15,20 53:9,13
54:13,18
55:11,25 56:4
57:18 58:12,
13,18 59:2,
18,21 60:19
61:2,21,23
62:17,19,21,
25 63:4,16,
18,23 64:11,
13,18 67:19,
22 68:7
69:14,15,22
70:18 71:3
75:6
**nod** 8:3
**nomenclature**
41:8
**nondisclosure**
11:23 12:1
**none** 46:19
57:23
**nor** 64:15
**not** 7:9 8:3
9:22 10:1,4
11:20,22
12:23 14:4
15:2,3,6
17:13,22 18:4
19:17 20:6,
17,18,21 21:8
23:25 24:4
25:18,19,20
27:6,17 28:13
29:4,7,8,13,
22 32:22,25
34:8,13 36:9,
15 37:1 40:6
42:6,22
45:11,20
46:10 47:10
48:17,24
49:3,21,23
53:13,14

54:6,18 58:3
59:2,25
61:12,15 64:2
67:7 68:8,11
69:19,21
70:14,18
71:21 72:7
73:12,15 74:9
**notably** 32:14
**noted** 66:5
**notes** 25:18
**nothing** 37:7
**now** 7:3 10:12
12:17 16:7
20:7 22:2
33:9 38:24
51:22 54:19
55:19 56:6
65:11 66:3
73:9 74:7
75:8
**number** 18:4
23:21 32:11
42:10,11
45:19 54:1
**numerous**
39:24

---

**O**

**object** 66:3
73:25
**objection**
28:24 29:3,23
30:5 32:7,16
33:20 34:22
35:6,10,16,21
36:2,7,13
43:1,17 44:5
47:8,16 48:22
50:4 52:7,13
54:16 60:5,
17,24 63:25
66:5 73:5,11
74:6,10
**objectives**
20:25

**occurred**
60:14
**of** 5:2,3 7:10
9:11 11:12,19
12:2 13:13
14:24 15:6,
14,25 16:2,4,
5,10,21 18:4
20:18,19,25
21:2 23:21,22
24:1,2,6,12,
16 25:4,8,11,
19,20 26:5,
16,24 27:6,7,
8,10,12 28:1,
12,15,18,19
29:20,21
30:18,23
31:8,10,17,18
32:4,11,16,23
33:7,9,11
34:16,19
35:4,9,20,25
36:19,21
37:24,25
38:2,7,13,14,
16 39:12,17,
22 40:13,21
41:4,17,18
42:2,5,10,11,
15 43:5,25
44:12,25
45:3,5,19,23
46:14,23
47:3,6 48:7,8
49:15 50:8,18
54:7,8 55:6,
10,11,20
57:23 58:5,
12,16 59:2,
11,14,23
60:11,14,22
61:2,4,13,15
62:8 63:3,4,
6,10,22,24
64:8,15 65:21
66:2,4 67:1,
4,25 68:1,21
71:11 74:12,

25
**off** 5:16
30:6,9,10
45:13 54:22
69:2,8 75:9
**Office** 12:10
**often** 46:7
**oh** 29:1 39:16
53:6 62:12
67:16 71:22
**okay** 6:20
7:3,11,18
8:12 9:5,10,
15,17,21,23
10:3,5,12,19
11:11,21
12:1,5,11,17,
22 13:2,8
14:5,21 15:2,
4,10,21 16:16
17:14,18,20,
24 18:8,16,21
19:8,14,21
20:3,7,23
21:5 22:24
23:25 24:3,7,
9 25:2,13,15,
22,24 26:12
27:1,5,9,13,
16,19,25
28:7,11 29:1,
17 30:8,17,24
31:13 32:1,3,
15 33:17
34:15,16,24
35:1,2 36:24
37:9,21 38:10
39:23 40:1,23
41:21 42:3,
16,23 43:12,
24 44:10,23
45:8,18 46:4,
7,17 47:12
48:8,13 49:2,
18 50:5,11,
15,20,23,25
51:17,20 52:1
53:24 54:14,
19,21 55:4,22

56:5,10 57:8,
11 58:8,10,
14,19,21
59:3,8,22
60:1,9 61:17
62:5 63:14
64:4,18 65:20
66:7,15,18
67:3,18,23
68:5 69:11
70:21 71:22
72:15,22,25
73:9 74:2,19
75:7
**on** 5:22,24
7:24 9:7 11:2
12:25 14:4
17:7 18:8,11,
24 19:4,24,25
20:17,24
22:25 24:16,
20 25:22
30:14 31:12,
15,19 36:18
37:12,22,24
38:4 40:9,11
41:6 42:9,16
43:7,9,14
45:4,12 46:20
48:17 50:16
55:1 58:23
63:6 67:1,10
68:2,16,20,22
69:4 70:8,19
73:25 74:14
75:4,5
**on-** 43:16
**once** 6:19
46:7
**one** 18:10,13
24:12 25:11
30:7 31:24
40:4 53:19
54:11 55:4,19
59:23 60:22
64:22 65:15,
17 67:4,21,22
68:22 70:25
71:5

**only** 17:16
32:21 39:14
43:21 47:13
50:21 53:10
64:8 68:14
70:9 71:4,15
73:14
**onto** 33:2
**operate** 12:6,
13 40:18
**operates**
28:19
**operating**
41:10
**opposed** 44:21
**opposing** 18:9
29:2,4
**or** 8:2,3,18
12:18 13:3
16:14 17:8,22
18:25 19:5
21:3 23:7
26:4 27:7
28:14 30:19
31:11,23
33:3,7,8,15,
17 34:2,13
40:7 43:15
45:13 53:20
54:15 56:1
60:12 61:8,12
62:4,25
64:13,22
68:12
**ordered** 57:9
**organization**
12:7,15 33:8,
11,16
**Original**
66:12,13
**originally**
20:20 37:14
41:23
**other** 12:14
15:10 19:9
26:21 30:19
31:9 38:7
41:3 43:22

47:25 49:15
53:20 57:23
58:10 60:15
64:13
**otherwise** 8:9
29:14
**our** 11:14
32:13 37:23
44:17 73:20
**out** 16:2,5
33:12 50:8,12
52:6,17 53:12
65:13 67:2
74:12
**outside** 46:14
50:18 58:16
60:10,14,22
66:4 73:6
**over** 7:16,17,
24 13:14
37:23 41:19
42:4 51:6
59:19 68:3
73:16,17
**own** 12:6,13,
25 40:15
62:16,17,19,
21,25
**owned** 22:4,10
40:6 62:18,20
**owner** 58:4,5
**ownership**
58:6
**Oxcarbazepine**
9:16

---

**P**

**page** 7:25
50:16 66:11
68:2
**pages** 39:15
**paragraph**
42:17
**paralyzation**
19:2
**paralyzed**
19:1

**pardon** 19:11
**part** 41:3
44:12 45:3
74:12
**participate**
63:14
**participating**
66:24
**particular**
11:11 33:3
34:5 45:21
53:21
**parties** 5:15
**partnership**
25:4,8
**parts** 66:10
**party** 20:19
**Paschal** 9:4,5
**passed** 19:4
20:10
**passive** 31:22
32:15,20
33:17 34:2
**Patent** 12:10
**peek** 71:14
**pen** 14:4
**people** 24:12
45:22
**per** 57:9 58:4
**perform** 45:10
**performing**
11:2 15:6
**person** 7:14
**personal**
20:3,24 21:6
22:3,6,9,12,
15,19,25
26:16
**personally**
46:10
**perspective**
32:23
**Perspectives**
37:13
**pertain** 68:11
**pertained**
44:16 68:14

pertains
74:23
pertinent
11:4 20:21
31:11 34:5
45:20 58:17
philosophical
45:5
phone 5:23,24
7:16 16:8
25:22,24 54:1
phonetics
57:24
physical 11:8
41:19 49:8
physically
18:25 61:20,
24
pick 56:17
picked 62:6,8
place 5:5,15
25:25 48:5
62:8
plaintiff
6:25 7:9
49:23 50:2
53:9 71:9
plaintiffs
5:21 50:8
55:23
plaintiffs'
52:5,12
56:18,25
planning 70:8
plant 33:8
platonic 17:4
please 5:17
6:3,10 8:8,
13,18 15:13
31:16,20
34:6,15 38:12
58:24 71:23
point 8:12
33:11 36:17
41:1 50:7
51:9 55:22
points 40:3

Polytechnic
16:2
Pomona 16:2
position 70:5
possible
33:18 34:3
post 43:6
posted 40:11,
19,25 43:7,9
posting
40:24,25
postings 17:7
40:7 41:1
posts 40:11
potential
33:5
premise 41:15
prescribed
9:7
present 61:13
pretty 65:12
71:6
prevalent
31:18 32:4,6,
10 45:4
preventing
8:22
prevents 12:2
previous
10:12 16:8
25:3 26:15
55:20
previously
8:16 13:13
20:14 67:15
prior 6:14
15:5 27:19,25
52:22 62:4
68:19
private 12:6,
25 13:3,4,9
41:13
privy 20:18
42:7
probably 7:13
20:10 72:18

process 37:17
44:25 45:2,14
produce
10:13,16,20
57:1,5
produced
56:25
product
41:13,14
profession
10:23,24
profile 14:22
program 45:1
project
41:20,23 47:4
pronounce
57:17,20
pronounced
57:19
property
22:17,21
25:10 36:12
proposal
36:18
propose 37:1
protections
33:15
protocol 30:3
provide 13:21
16:16,19
28:14 49:21
50:19 54:8
provided 6:25
7:1 19:12
26:10 40:16
48:11,17
49:19
providing
40:9
public 43:10
pumps 11:9
44:18
purpose 35:9
73:20

---

**Q**

question 8:8,
10 21:15
24:24 32:3
34:1,4 55:5,
19 69:4,16
70:4,7,10,16
71:12 72:12,
19
questioning
68:25
questions
34:10 55:6,
10,12,15,20
56:7,8 64:19,
22 69:15
73:19,23 75:6
Quetiapine
9:18
quick 21:12
51:9 71:6
quickly 25:2
quotes 40:10

---

**R**

r-s-r-a-v-a-
64:25
Radanovsky
6:10 71:18
72:22 74:19
radvanovsky
5:2 6:5,13
14:8 23:12
39:1 65:5
66:16,17,18,
19 72:1
ramp 44:25
reach 52:17
53:12
reached 52:6
read 19:24
22:22,25
real 21:12

**really** 39:14
75:7
**reason** 10:2
11:22 19:7,9
**reasoned** 74:5
**recall** 18:24
27:5,6,9,18
38:6 48:20
49:5 50:10
60:10,11
**receive** 10:13
**received**
49:24 50:22
59:12
**receiving**
50:18
**recess** 30:12
54:24
**recite** 67:5
**recognize**
14:15 23:18
39:9 72:22
**reconcile**
26:14
**record** 5:16,
18 6:11
25:19,20
30:7,9,10,14
54:22 55:1
70:22 74:14
75:9
**recorded** 7:9
25:20
**recording**
5:14
**recount** 18:4
**refer** 34:25
**regarding**
6:25 19:6
52:18,21,22
**regards** 11:12
41:3
**related** 6:22,
24 29:21
35:4,8,14
47:14 50:12
74:22

**relating**
68:11
**relation** 42:7
**relationship**
16:25 17:3
**relationships**
17:6
**relays** 11:9
44:20
**released** 30:3
**relegated**
58:7
**relevance**
66:6
**relevancy**
66:2
**relevant**
16:13 34:13,
14
**remainder**
48:6
**remember**
37:13,16
42:21 48:24
59:25 60:12
67:19
**removed** 28:13
**reporter** 5:12
6:3 7:23
13:22 23:9
30:6 71:21
**representation**
14:24
**representative**
31:7
**representing**
54:9
**represents**
53:4
**research**
10:25 11:2,13
12:25 15:6
41:14 74:24
**respond** 29:4,
5,8,9,10,13
34:9,10

**responded**
20:9
**responding**
8:2
**response**
18:2,3,19
**responsibility**
58:6
**responsive**
10:17,20
**rest** 8:18
**Resurrection**
15:8
**retired** 37:17
**retract** 15:5
**retracting**
40:24
**return** 13:25
**review** 15:13
71:9
**revolutionary**
26:9
**right** 13:21
14:17 18:21
21:23 22:2
31:24 38:6
39:19 40:2
45:24 47:5
52:1 53:11
56:11 57:21
58:9 67:17
69:10 70:23
71:2 74:17
75:2
**riled** 44:1
**risk** 31:18
32:4,10
**Rivero** 53:19
**Roach** 56:7
**Robert** 6:5,12
**Roche** 5:21
6:1 8:25 9:3
14:3,7 21:9,
12,16,18,22
27:20 28:24
29:11,16,23
32:7,16

33:20,23
34:22 35:6,
10,16,21
36:2,7,13
43:1,17 44:5
47:8,16 48:22
50:4 51:3,5,
8,11,17,20
52:3,7,13
54:16,21
56:11,14
60:8,20 61:6
64:3,18 65:25
66:7 68:7,24
69:5,8,18,23,
25 70:11,21
71:15 72:6,
10,13,16
73:5,11,16
74:3,16 75:6
**role** 11:12
36:24
**rolling** 40:21
**rootkit** 33:4
**rootkits**
32:22 33:1
**roughly** 38:5
**rsradvan@
gmail.com**
65:23
**rsradvan@
infracritical.
com** 65:1,14,
22
**rules** 7:24
**ruling** 74:15
**running** 51:13

---

**S**

**s-c-a-y-d-a-h**
57:24
**said** 17:19,23
18:20 27:5
31:12 33:16
43:21 47:1
53:6,15 54:5
55:11 57:25

63:21 71:9
**Sakatosh**
19:10
**Sakatoshi**
19:10
**same** 7:2,25
22:3 31:4,6
50:16 55:17
58:1
**Satoshi** 17:17
18:17,22
19:11,17
20:4,9,15
21:7
**say** 21:5,20
26:1 28:7
29:19 39:22
43:24 46:2,21
47:12 50:11
53:25 58:12
61:3 62:3
67:10
**saying** 8:3
**says** 29:4
42:18 66:12,
13,15 73:1
**Sca-** 57:18
**scada** 11:3,5
13:13 15:6
37:12,14,19,
25 38:4,13,16
41:15 57:16,
17,18,20,21
58:5 74:24
**SCADA/CONTROL**
24:2,17 38:14
67:1
**SCADASEC**
40:11,13,14
43:7
**science** 15:25
16:4 41:7
**scope** 30:18
66:4
**Scott** 5:9
6:5,12 42:18
43:13

**scraped** 42:18
**screen** 14:20
**search** 41:5
42:12
**second** 23:10
24:5,18 30:9
42:17 53:15
68:2,22 70:25
**secrets** 19:5
**secure** 11:14
**securing**
44:14 45:7
**security**
17:9,10 24:2,
17 33:15
36:21 37:20,
23 38:14
39:25 61:7
63:6 67:2
**see** 24:5
40:4,20 66:6,
13,24 72:20
74:4,13
**seen** 19:25
**sees** 74:11
**send** 49:25
67:11
**sense** 39:22
**sensor** 45:14
**sent** 59:24
63:12 66:21,
23
**separate**
12:20,21
**September**
68:4
**series** 55:6,
10
**Sertraline**
9:16
**server** 40:16
**set** 42:10
**several** 18:3
25:17 37:3
48:2 49:11
61:11 67:4
68:19

**severe** 10:6
**shake** 8:3
**shame** 42:18
**share** 10:2
**she** 13:23
23:11 71:8
**she'll** 13:25
60:12
**SHINE** 41:20,
22
**shit** 57:19
**Shodan** 41:5,
6,10,22
**short** 48:2
**short-term**
9:20
**shortly** 66:6
**should** 29:13
50:2 58:12
70:14
**show** 15:3
**shown** 19:18
**side** 53:12
**similar** 32:20
39:25 65:18
**since** 17:10
40:6
**sir** 11:25
30:5 56:12
**site** 17:7,9
40:6
**sites** 20:1
**skills** 68:15
**Skype** 17:6
37:3 45:19
46:25 61:5
64:9,15
**smart** 45:10
**smoking** 43:22
**so** 7:7,21 8:1
10:5 12:1,13
13:23 17:8
19:16 21:5,23
23:9 26:5
27:1 28:3,6,7
29:1,6,19
32:3 33:14

38:5,11 39:19
40:1,2,24
42:4 43:12
44:8 45:3
46:17 47:12
51:14,18
54:14,19 57:5
58:18 59:21
61:18 66:9
67:10 69:10
70:4 71:16
72:6 73:18
**soft** 21:21
**software**
31:11 33:8,9
**sole** 19:21
**solutions**
11:14
**solve** 21:19
**some** 7:24
12:14 17:8
26:3 27:10
28:14 29:20,
21 31:15 34:5
36:17 38:3
39:24 40:10
45:5,13 47:3,
14 50:8 56:7,
8 58:23 62:7
66:2
**somebody**
42:24 44:3
**someone** 53:4,
11
**something**
8:13 34:7
37:1 42:24
43:22 45:12
66:12
**sometime** 26:3
37:11 44:13
46:2 47:1
59:6 62:3
**sometimes**
29:2
**sorry** 10:9
21:13 27:22
28:25 34:18

38:19 43:18
48:25 53:6,14
71:5
**sort** 27:10
29:20,21
43:25 47:3
50:8
**Sounds** 52:3
58:9
**south** 62:8
**speak** 38:7
53:1 54:5
**speaking**
52:11
**specific** 26:4
**specifics**
27:7 64:2
**speculation**
43:2 44:6
**speed** 44:19
**spelled** 12:7
**spike** 32:11
**spoke** 8:16
53:9 54:14
**spoken** 51:1
**Sporadically**
48:6
**stage** 37:5,6
**start** 32:2
41:24 56:17
64:25
**starting**
19:16
**state** 5:17
6:10 7:3 28:8
29:2 74:9
**stated** 26:15
28:17 29:15
47:20 74:6
**statement**
15:5 16:8
26:15 50:17
54:8
**States** 12:10
44:24
**stating** 12:2
43:8

**station** 62:7
**steakhouse**
62:11
**stealing** 43:5
**stenographer**
7:4 8:5
**stick** 48:15,
18 49:24
**still** 15:17
30:4 41:10
56:15
**stink** 40:22
**stop** 8:19
51:21,22
**strictly**
59:10
**strike** 53:15
69:12
**subject** 39:12
**subpoena**
10:13,17,21
50:19,22
57:10
**subsequent**
41:1
**substance**
16:10 26:5,7
48:8
**substantively**
54:15,18
**succumbed**
19:2
**such** 11:9
16:13 43:8
44:18 64:16
**suffer** 10:7
**suffered**
18:23
**suitable**
11:13
**supervisory**
11:5
**Support** 5:10
**supposed** 26:9
**supposedly**
20:16

**sure** 6:12
7:20,24 9:2
12:11 13:24
14:2 21:11
28:13 29:22
30:17 31:21
37:1 49:4
50:15 54:2
58:25 64:23
**swear** 6:3
**switches** 11:9
44:20,21,22
**sworn** 6:4,7
**Symantec**
17:11
**system** 33:2
45:7
**systems** 11:3,
7,12 24:2,17
37:25 38:5,
14,16 41:16
45:9 67:1
**Systems'**
37:20

---

**T**

**take** 7:12
15:14 25:18,
24 31:24 39:7
48:4 51:9,15
54:20 71:14
**taken** 5:3
19:4 42:24
**taking** 5:5,15
**talked** 45:22
**talking** 18:7
26:7 27:10
28:8,21 29:20
45:4 66:19
70:3
**technology**
26:8 27:11
28:9 29:22
30:21 47:15
**telemetry**
45:13

**telephone**
7:17 16:14
37:4 54:12
**tell** 9:10
12:15 15:15
17:2,18 26:13
27:17 29:12
39:11 50:14
53:3 60:3
63:19 69:7
**tendered**
14:11 23:15
39:4 65:8
71:20 72:4
**terms** 42:12,
15 59:10
**terse** 45:11
**test-** 69:11
**testified** 6:7
57:13 59:3
**testimony**
8:22 33:23
34:14 56:2,3
69:13 70:8,12
73:7,24 74:13
**than** 15:10
43:22 71:14
**Thank** 8:20
9:23 10:11
14:7,13
15:16,18
21:12 23:16
38:17,20 39:5
62:15 65:9
68:5 72:5
**that** 6:15,20,
22 7:1,11,14,
19,21,22 8:1,
7,9,18,21 9:8
10:9,19,20
11:1,2,8,19,
20,21 12:1,
17,24 13:8,9
15:7,10 16:8,
10,14 17:3,4,
5,7 18:3,4,8,
22 19:2,5,9,
17,21 20:9,

Case 9:18-cv-80176-BB  Document 541-2  Entered on FLSD Docket 08/03/2020  Page 98 of
102

Robert E. Radvanovsky v. Craig Wright, et al.
December 12, 2019                                                    20

10,14,15,18,
19,25 21:2,6,
18,19 22:2,24
23:22 24:12,
19 25:11,22
26:8,9,10,14,
15,16,25
27:10,12,13,
14,17 28:17,
18,20 29:13
31:15,20
33:3,15,22
34:7,12,25
37:2 38:7,17,
20 39:18,22
40:5,12,15,
16,25 41:1,
11,18 42:5,
12,18,20,24
43:6,7,9,13,
21,24 44:3,16
45:3,4,14,15,
24 46:4,24
47:7,22
48:16,17,18
49:3,5,21,23,
24,25 50:12,
21 53:22
54:10,13
56:25 57:1,
13,16,19,25
58:1,5,16,23
59:4,19,24
60:4,14 61:18
62:2 63:10,
12,23 64:12
65:15,21
66:3,12,13,24
67:8,9,10,15
68:8,10,23
69:4,22 70:5,
10,13,19
71:8,19 73:25
74:16

**that's**  10:2
14:4 24:3
34:7 49:2
55:19 57:5
63:22 65:17

67:7 68:1
70:7 71:11
75:2

**their**  5:17
44:25 67:5

**them**  6:25
13:10 16:16
17:2,3,18
21:1 25:19
40:11 49:19
53:1,3 61:19
62:6,8 63:22

**then**  10:5
13:25 17:10
20:9 27:10
29:9 33:4
37:13 40:6
50:11,24
66:15,19
69:3,15 70:7

**there**  7:4,5
8:21 10:19
19:7 20:13,14
24:3 25:17
26:10 27:2,13
30:4,19 32:10
33:3 37:2,3,
22 38:3 40:5
42:14 43:4,5
44:13 47:2,13
48:16 49:15
50:18 53:20,
22 54:10,11
57:25 59:11
64:11,12,15
65:15 68:3
70:18 73:13

**there's**  29:6,
7 65:15 66:11
73:1 74:8

**these**  24:10,
25 44:16 45:9
60:1,12 73:19

**they**  16:12,
23,25 17:14,
16,20,22,24
18:16 21:14
26:16,20,21,
24,25 27:10

28:8,21 31:4,
5,6 32:24
33:9,14 45:1,
10 48:24
53:14 56:1,2
61:5 62:7

**they're**  32:25

**thing**  8:1
11:8 17:16
31:4,6 43:21
47:13 68:10

**things**  41:18
44:18

**think**  21:18,
19 54:19
67:17 74:8
75:7

**third**  20:19

**this**  5:1,5,25
6:14,24 7:21
13:2,12
14:15,18,20,
21 18:7 20:24
21:10 23:6,7,
18,21 25:16,
24 26:6,18
27:1,25 28:5,
12 29:10,19
30:2,18 34:5
37:11 39:7,
12,25 40:2,4,
22 41:13,20,
25 42:1,7,8,
9,12,13,14,15
43:9,13 45:2,
5,16,20,21,23
49:3 50:13
52:18,22
53:23 54:3,4
59:10,14 64:7
65:4 66:1,4,
9,10,21,23,25
67:10,19,21,
22 68:10,14
70:15 71:3,
16,19 72:17,
23 73:5,7,10,
24 74:5,12,
19,23,25 75:5

**tho-**  60:3

**those**  11:12
13:16 16:19
17:24 39:20
46:20 48:4,9
49:13,18,22
50:1 55:11,
14,20 61:13

**though**  21:19
40:21

**thought**  18:17

**thoughts**
20:25

**thread**  22:3

**three**  26:19
27:8 73:14

**through**  12:17
39:17 45:13
46:6 63:12
65:22 66:11

**throughout**
48:6

**throw**  74:12

**time**  5:8 7:21
8:12,17 15:14
21:15 26:20,
25 31:25
33:12 36:17
41:4,11,12,25
42:7 44:11,24
50:7 54:7,20
55:22 58:2
64:4 65:23
68:18

**times**  6:18
18:4 74:7

**to**  5:16 6:14,
23,24 7:10,
18,19,23,24
8:7,9,13,25
9:10,24 10:1,
2,9,12,13,17,
20 11:4,12,
13,14,20,22
12:11,23,25
13:8,18,22,25
14:3 15:5,8,
13 16:7,12,

Case 9:18-cv-80176-BB   Document 542-12   Entered on FLSD Docket 08/03/2020   Page 99 of
102

Robert Edwards vs. iFinex, et al.
December 12, 2019

21

20,21 18:25
19:2,18 20:4,
7,18,21 21:5,
6,9,13 22:4,
7,10,13,16,
20,24 23:5,7,
8,10,23 24:24
25:2,3,5,9,15
26:1,9,14,17
27:19,20,25
28:7,14,15
29:8,10,19,21
30:17,23
31:11,13,18
32:12,20
33:4,8,10,18
34:3,5,8,9,25
35:4,8,14
36:18,24
37:1,6,13,23
38:8,11,23
39:7,11,14,
17,25 40:2,17
41:1,3,12,15,
17,24 42:7,
16,21,25
43:24,25
44:17,21,25
45:1,10,15,
20,24 46:2,3,
8,23,24
47:12,14,20
48:7,12,20
49:3,19,21,25
50:8,11,13,
15,19 51:8,
14,21 52:6,
17,22 53:9,
12,25 54:1,5,
7,8,20 55:4,
11,14,20,23
56:1,6,7,17
57:5,11 58:7,
12,17,22
59:2,4,6,9,
13,16,24
61:15 62:3,4,
23 63:4,13,22
64:8,12,16

65:3,12,23,25
66:2,3,10,18,
19,21,23
67:5,9,10,11,
14,18,24,25
68:11,14,19
69:4,5,11,12,
16,18,19,21,
22 70:10,13,
16,17,18,19,
23,25 71:2,5,
8,9,14 72:7,
8,16,17,18
73:12,15,22,
23,24 74:8,9,
22,23
**today** 5:12
8:23 10:13
40:18 41:11
48:18 59:4
**Today's** 5:7
**together**
20:17 21:1
**told** 17:3
49:21
**tongue-twister**
19:12
**took** 40:10
43:13 47:23
**topic** 18:7
25:3 37:24
42:15 45:20,
21
**topics** 25:11
38:7
**towards** 41:7
**trademarked**
12:9
**tragic** 18:23
**train** 62:7
**transfers**
31:9
**travel** 55:23
56:1
**trial** 56:2
**true** 55:20
**truly** 19:10

**try** 21:9
25:15 73:24
**trying** 26:14
37:13 42:21
44:25 49:3
**Tube** 19:25
**turn** 45:12
**two** 20:25
21:4 38:13
39:15 40:3
54:11 64:22
66:10 71:15
**type** 9:11
10:8 11:12
54:8 66:2
**types** 49:15
**typically**
32:24

_____

**U**

**U.S.** 36:21
**Uh-huh** 47:24
58:20
**ultimately**
34:11
**unadulterated**
33:10
**unaware** 26:24
61:18
**under** 40:21
41:14
**understand**
8:8,10 9:24
12:12 15:20
30:18 49:6
**Understood**
8:6,11,15
21:25 29:17
39:19 45:25
**Unfortunately**
34:7 71:4
**United** 12:9
44:24
**university**
15:22 16:2,5

**unless** 5:15
29:4 51:21
**until** 23:10
30:13 41:25
54:25 66:1
**up** 30:22
34:12 37:22
40:24 44:1,25
56:17 59:13
62:7,9 72:17
**updated** 40:7
**uploaded** 33:2
**upon** 19:23
32:23
**upset** 43:13
**upswell** 44:14
**us** 5:10 27:8
49:20,25
74:14
**USB** 48:15,18
49:24
**use** 31:10
40:21 70:11
73:24
**used** 42:25
43:15 64:24
**using** 70:8
**usually** 61:5
**utilized**
42:12
**utilizes**
32:21

_____

**V**

**valid** 19:3,
15,18
**valves** 11:9
**variable**
11:10 44:19
**Velvel** 27:22
**venture** 59:1
**verbal** 64:13
**verbalize** 8:3
**versus** 5:4
38:1

very  17:4
  18:7 21:20
  26:10 28:13
  42:15 44:8
  45:1,10 51:19
  65:17 66:6
  71:12 74:3
via  17:6,7
  18:6 31:8,23
  39:25 50:22
  59:10 61:5
  62:8 64:9
Video  5:14
videographer
  5:1,10,22 6:2
  7:5,23 30:10,
  14 54:22 55:1
  75:9
videotaped
  5:2 75:11
view  74:11
violating
  40:20
viruses  31:2
viruss  31:7
vocal  64:13
voice  21:21,
  23
vulnerabilitie
s  31:10

_____

W

W&k  34:17,20
  35:1,4,9,20
  36:1,6 55:8,
  16
W&k's  35:15
Wacker  5:6
wait  23:10
  53:15
wallet  28:22
want  8:13,25
  12:11 26:1
  27:20 30:17
  42:16 46:2,24
  47:20 50:15

51:21 53:25
  55:4 56:17
  57:11,23 62:3
  66:9 67:9,14,
  18,24,25
  70:17 72:16
wanting  16:12
was  6:4,7,20,
  21,22,24 7:4,
  7,8,9,14,16,
  17 14:9
  16:10,25
  17:4,9,17
  18:2,8,13,17,
  19,22 20:8,
  14,15,17,18,
  19,21 21:7
  23:13 24:12
  25:11,22
  26:5,7,8,18
  27:2,12,13
  28:3,13,14
  30:3,12,19,21
  34:1 36:24
  37:12,14,16,
  17,24 38:3
  39:2 40:4,5,
  13,18 41:13,
  15,20,23
  42:2,8,14
  43:4,5,21
  44:3,11,13,24
  45:3,4,5
  46:10,15
  47:2,13 48:8,
  11 49:21,23
  50:22 53:22
  54:3,4,7,11,
  24 55:10
  57:7,9,16,25
  58:3,4,6,8
  59:10,12,13,
  14 61:2,13,18
  62:2,3,12
  63:21 64:4,6,
  7,9,11,12,13
  65:6,22
  66:21,23
  67:4,15

68:19,20
  69:13 72:2
  74:25 75:12
water  11:9
  44:18
wave  45:3
way  64:8
  71:19
we  5:24 8:16,
  19,25 10:5
  18:3 21:9
  30:6 36:25
  37:22 41:16
  42:4,5,10,12
  43:6,7 45:3,
  19 51:9,22
  56:17 57:21
  62:9 67:19
  69:1,10 70:11
  71:19 72:17,
  18 74:4
we'll  13:20
  21:23 50:23
we're  7:18,24
  50:16 51:18
  70:19 73:24
  75:7
we've  18:4
  39:24 45:22
  51:5
weakness
  28:18
website  41:5
Wednesday
  73:1
welcome  38:22
  71:14
well  7:2
  18:11 20:9
  32:23 34:8
  37:25 38:5
  40:12 41:18
  45:6 50:23
  53:19 57:3
  58:3 68:16,
  18,24 69:1
  72:9 73:14
  74:2

Wen-  73:1
went  37:5
  65:22
were  16:12
  17:25 18:6,11
  21:1 25:17,19
  26:10 27:10,
  13 28:8 30:19
  36:25 37:2,3
  42:6 44:16
  45:1,3 46:20
  54:10 55:14
  56:18 59:11
  61:4,5 63:12
  64:15 66:24
weren't  43:12
West  5:6,11
what  6:22
  9:13 10:23
  11:1,11
  13:13,20
  14:19 15:24
  16:10,19,25
  17:2,18,24
  18:2,19,21
  19:23,24,25
  22:22 23:18,
  20 26:5 27:5
  29:15,22
  32:21 34:1,4,
  11 36:24
  37:1,14,25
  38:1 39:11
  40:4 42:20
  48:8,15,20
  49:9 50:2
  51:18 53:3,15
  62:10 63:10,
  17,19,24
  69:10 74:13,
  22,25
what's  11:19,
  21 15:2,18
  23:25 39:12
  45:11 56:6
  62:12 68:3
  69:24
whatever  19:5
  40:7

**whatnot**
  11:10,15
**whatsoever**
  42:8 62:17,
  19,22 63:1
  68:10,13
**when**  7:3
  13:21 19:4
  20:10 25:24
  28:5 31:6
  37:9 44:20
  45:25 46:20
  48:4 51:8
  62:2 64:4,7
  66:25
**where**  26:15
  30:21 33:1,6
  45:22 46:15
  59:12 66:13
  70:24
**WHEREUPON**
  75:11
**whether**  17:22
  18:17 20:4
  21:6 22:4,7,
  10,13,16,20
  34:13 55:7
  61:12
**which**  9:25
  18:25 24:15
  25:13 26:25
  33:4,9,11
  59:11 65:12
  67:2 68:20,21
**while**  47:22
  71:17
**who**  5:24 9:3
  18:8 25:22
  27:5,20
  35:20,25
  42:6,8 45:22
  53:4 58:19
  66:21 74:19
**who's**  53:17
  73:9
**whoever**  33:3
**whose**  12:15

**why**  10:2
  11:22 20:8
  52:5 59:16
**widened**  41:17
**wife**  60:11
**will**  5:14 6:2
  8:19 21:18,19
  23:9 29:12
  34:12,14
  39:22 40:11
  66:6 67:7
  72:18
**wish**  15:5
  71:8
**with**  5:10
  6:25 7:7,8,22
  10:6 11:12
  12:9,24 13:9,
  10,21 16:9,
  15,16,24
  17:1,3,6,23
  18:9 19:6,16
  20:20 24:20,
  25 26:14
  30:20,24 31:2
  32:2 37:10,19
  38:1,15 39:15
  41:3 42:8,9
  46:1,9,11,13,
  17 47:21
  48:1,3 49:7
  51:1 52:12
  53:1 54:14
  56:18,19,21,
  24 57:2
  58:11,16,22
  59:1 60:22
  63:2,5,15
  64:5,7 69:11
  74:16
**without**  33:18
  34:3 42:19,25
**witness**  6:3,
  4,6,16 13:24
  14:2,12
  21:14,17,20,
  25 23:7,16
  28:14,25
  29:10,17,24

  30:4 35:11,
  17,22 36:3,8,
  14 39:5 43:3,
  18 44:7 47:9,
  17 48:23
  50:2,5 51:23,
  25 52:8,14
  54:17 56:10,
  12 60:6,18
  61:1 64:1
  65:9 68:8
  69:19 70:2,18
  71:7,23 72:5,
  7 73:12,15
**woman**  62:6
**word**  17:5
  19:3 45:11
  57:18
**work**  11:16
**worked**  13:5
  15:7 20:17
  24:19
**working**  12:14
  13:9,10 42:9
**worldwide**
  11:15
**would**  5:17
  8:21 9:10
  19:12 21:5
  28:7 29:19
  31:6 38:7
  39:11 42:23
  43:12,24 46:9
  47:12 49:13
  50:11 53:14
  55:16 57:22
  61:3 66:25
**wouldn't**
  22:25
**Wright**  5:4,20
  16:15,24
  17:1,4,15
  18:5 19:10,17
  20:4,16,21
  22:10,13,20
  24:12 25:5,9,
  23 27:3 28:16
  30:20 36:17

  37:4,10 39:21
  42:17 43:25
  45:17 46:6,
  15,22 47:3
  53:5 59:15
  60:16 61:3,5,
  25 63:13 64:5
  67:11 74:21
**Wright's**
  38:15 53:12
**written**  42:25
  49:6,9 50:17,
  21
**wrote**  68:20

_____

                Y

**Yeah**  29:12
  30:8 51:10,25
**year**  6:21
  18:25 68:20
**years**  6:20
  13:11,14,16
  17:8 38:5
  40:8 68:19
**yes**  6:17 8:3
  9:9,12 10:15,
  18 11:18,25
  14:16,23
  15:14,15,23
  16:18 17:23
  18:1,15,18,20
  20:12 21:8
  23:4,19
  24:11,14 27:4
  28:2,4,6
  29:11 31:1,3
  34:4 36:22,23
  38:12 39:10
  44:2,4 47:18
  48:3,15 49:14
  51:19 52:19,
  24,25 53:2,8,
  15 55:13,18
  56:20,23
  57:7,15 59:7
  61:11 62:1,15
  63:9 65:2,19

66:14 67:13
69:14,23 70:2
71:13,16
72:24 73:3
**yet** 19:18
72:12
**you** 6:10,14,
15,18 7:1,3
8:2,7,8,10,
13,17,20,22
9:7,10,23,24
10:11,13,16,
19 11:16
12:2,13,15
13:5,10,12,
13,15,20,21
14:1,3,4,7,
13,15 15:16,
18,21,24
16:8,16,19,
20,23 17:2,
14,18,20,24
18:14,16,17
19:16,25
20:3,8,9
21:6,12,22
22:3,6,9,12,
15,19,25
23:3,7,10,16,
18 24:5,9,13,
15,20,25
25:4,8 26:15
27:5,9,20,25
28:5 29:3,8,
12,13,14,19
30:20,24
31:2,17 32:9,
19 33:25
34:10,16,19,
24 35:3,8,14,
20,25 36:6,
11,18,20 37:9
38:6,7,11,17,
20 39:5,7,9,
11,17 42:24,
25 43:12,20
45:6,25 46:7,
9,12,20,25
47:6,13,20,

21,25 48:15,
16,18,20
49:6,19,24,25
50:8,12 51:1,
8,21 52:5,6,
11,17 53:1,3,
6,12 54:14
55:7,11,14,23
56:1,2,7,21,
25 57:1,5,11,
13,16,19,25
58:1,10,19,22
59:3,4,11,16,
24 60:3,15,21
61:7,9,12,20,
24 62:15,16,
18,20,23
63:2,5,10,14,
17,19 64:4,24
65:9,11,17
66:1,5,12
67:7,11 68:1,
5,24 69:5,8,
12,19,21,22,
25 70:4,12,
17,18 71:13,
15,17 72:5,6,
14,16,19,20,
22,25 73:9,
13,18,19,22,
23,25 74:6,8,
9 75:4
**you'd** 10:2
**you'll** 10:10
**you're** 7:22
8:1 11:22
12:14 13:9
24:1 29:22
38:22 51:24
70:8 71:13
**you've** 33:22
**your** 6:11
8:4,22 9:8,19
10:23 11:11
12:3 14:21,25
15:11,14,18
16:7,24 18:2,
19,22 19:21
26:14 32:23

36:24 43:25
55:16 68:24
69:8,16,24
70:5,13 73:6,
20 74:6,10,11
**yourself** 27:3
57:1 60:2,16,
22
**Yup** 51:4

---

**Z**

**Zalman** 5:19
8:25 14:3
51:3 65:25
69:6 72:6
73:17