Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:18-cv-80176-BB/BR

----------------------------------------
IRA KLEIMAN, as the personal          )
representative of the Estate of David )
Kleiman, and W&K Info Defense         )
Research, LLC                         )
                    Plaintiffs,.      )
                                      )
          v.                          )
                                      )
CRAIG WRIGHT                          )
                    Defendant.        )
----------------------------------------

VIDEO-TAPED DEPOSITION OF

DR. CRAIG WRIGHT

on

Wednesday, March 18, 2020

At the offices of:
   SCA Ontier
   Halton House
   20-23 Holborn
   London EC1N 3JD
   United Kingdom

Taken by:
AMY COLEY, Court Reporter

Defendant's  Objections

Plaintiffs' Designations

Defendant's Counter- Designations

Redacted (In black)

Plaintiffs' Objections to Counters



```
 1                    A P P E A R A N C E S
 2
      For the Plaintiffs (via telephone):
 3
      ROCHE CYRULNIK FREEDMAN LLP
 4    200 S. Biscayne Blvd, Suite 5500
      Miami, Florida 33131
 5    Telephone: (305) 357-3861.
      Email: Vel@rcfllp.com.
 6
      By: Velvel (Devin) Freedman, Esq.
 7
 8    BOIES SCHILLER FLEXNER LLP
      100 SE 2nd Street, Suite 2800
 9    Miami, Florida 33131
      Tel. 305-539-8400
10    Email: Abrenner@bsfllp.com.
11    By: Andrew S. Brenner, Esq.
12
      For the Defendants (via telephone):
13
      RIVERO MESTRE LLP
14    2525 Ponce de Leon Boulevard, Suite 1000
      Miami, Florida 33134
15    Phone: 305.445.2500
      E-mail: Arivero@riveromestre.com
16
      By: Andrés Rivero, Esq.
17        Julio Paez, Esq.
18
      Also present:
19    Judge Reinhardt (via telephone)
      Oliver Cain, Esq. (SCA Ontier UK) (in person)
20    Joe Woodward (SCA Ontier UK) (in person)
      Amy Coley (Court Reporter on behalf of Magna Legal
21    Services)
      Linda Fleet (Videographer on behalf of Magna Legal
22    Services)
23
24
25
```



Page 3

```
1                        I N D E X
2    Exhibit                              Page
3    DEF 01074241                          54
     DEF 51780                             62
4    Tag 1                                 72
     Tag 2                                 72
5    Tag 3                                 74
     DEF 00119167                          85
6    KLEIMAN 561744                        95
     Exhibit 8                             96
7    DEFAUS 112977                        114
     DEF 46093                            117
8    DEF 41                               119
     DEF 45457                            125
9    DEF 45461                            126
     DEF 51010                            139
10   DEF 51013                            141
     DEF 1588028                          141
11   DEF 1616105                          144
     DEF 1591420                          145
12   DEF 1587950                          146
     DEF 158062                           148
13   DEF 1590093                          149
     DEF 173776                           153
14   Z16                                  160
     DEF 1854321                          176
15   DEF 01854320                         186
     DEF 46098                            194
16   DEF 00027325                         196
     DEF 00027396                         198
17   DEFAUS 00115520                      207
     DEF 00053142                         208
18   DEF 00068665                         209
     DEF 560317                           212
19   DEF 68665                            216
     DEFAUS 560317                        218
20   DEF 53141                            224
     DEF 68505                            225
21   DEF 68503                            226
     DEF 46800                            229
22   DEF 1674223                          247
     DEF 112094                           247
23   DEF 28063                            249
     DEF 13808                            251
24   DEF 22208                            251
     Document entry 376                   258
25   DEF HC1518378                        262
```



Page 4

1                    THE VIDEOGRAPHER:  We are now on

2    the record.  This is the continued deposition of

3    Dr. Craig Wright.  Today is March 18th, 2020 and

4    the time is 12.09 p.m.  This video deposition is

5    taking place at the offices of SCA Ontier, Halton

6    House, 20-23 Holborn, London EC1N 3JD, United

7    Kingdom.  Will counsel and all parties present

8    state their appearances and who they represent.

9                    MR. FREEDMAN:  Velvel Freedman for

10   the Plaintiff.

11                   MR. BRENNER:  Andrew Brenner for

12   the plaintiffs.

13                   MR. RIVERO:  Andrés Rivero,

14   together with Julio Paez, for Dr. Wright.

15                   THE WITNESS: Dr. Craig Wright.

16

17          CROSS-EXAMINATION BY MR. FREEDMAN

18          Q.    Good morning, Dr. Wright, or good

19   afternoon for you ----

20                   MR. CAIN: Here in London we have

21   Oliver Cain and Joe Woodward of SCA Ontier,

22   English counsel for Dr. Wright.

23   BY MR. FREEDMAN:

24          Q.    Good morning, Dr. Wright, or good

25   afternoon for you.



Page 5

1          A.      Good afternoon.  Good morning for

2    you.

CC-R  3          Q.      You understand that you are still

4    under oath today?

5          A.      I certainly do.

6          Q.      You understand that the same ground

7    rules we set out yesterday still apply?

8          A.      On Monday.

9          Q.      Yes, sorry, on Monday.  They still

10   apply, right?

11         A.      That is correct.

12         Q.      I am going to ask you to please pay

13   attention to the question that is being asked and

14   do your best to answer the question that is being

15   asked.  I know you may think you know where I am

16   going or what I am implying, but it is important

17   that we have a clean record and you let me ask the

18   follow-up questions as opposed to trying to

19   anticipate it, okay?

20         A.      I have been.

21         Q.      Dr. Wright, do you have a Bitcoin

22   trust in Panama?

23         A.      What you are putting there is a

24   Bitcoin ----

25         Q.      Dr. Wright, I just asked if you



Page 6

1  have a Bitcoin trust in Panama.  Please pay

2  attention to the question being asked.  Do you

3  have a Bitcoin trust in Panama?

4           MR. RIVERO:  Let Dr. Wright answer

5  the question.  Please answer the question.

6       A.     I will answer the question as I was

7  going to say.  If you want to interject we can

8  keep going back and forwards here for hours.  As

9  I was saying, your question is do I have a Bitcoin

10  trust in Panama.  A Bitcoin trust is something

11  I cannot answer because I do not know what a

12  Bitcoin trust is.  Can you please tell me what a

13  Bitcoin trust is?

14  BY MR. FREEDMAN:

15       Q.     As you understand the word.  If you

16  don't understand it then the answer is "I don't

17  understand what a Bitcoin trust is".  Do you not

18  understand?

19       A.     No, I understand the words.  Can

20  you please let me -- if I start speaking and

21  I have given two seconds or not even, it does not

22  mean I am finished.  My mouth is still moving, so

23  please let me actually finish.  I am giving you

24  that courtesy.  If I am giving you that courtesy

25  I expect the same.  Quite simply, you are asking



Page 7

1   me do I know what a Bitcoin trust is.  Are you

2   saying a trust that holds Bitcoin?  Are you saying

3   a technical thing?  What?  There is nothing that

4   you will find in the dictionary saying a Bitcoin

5   trust.  There is nothing technically by anyone

6   that is a Bitcoin trust so, no, if I put two words

7   randomly together and say "do you understand

8   these", that does not mean that they have any

9   meeting.

CC-R

10          Q.      Doctor, I am going to ask that you

11  answer the exact question that is being asked.  We

12  have a limited amount of time, we have a lot of

13  ground to cover.  For purposes of moving forward,

14  I am going to move to the next question.  Did you

15  ever tell Calvin Ayre that you had a Bitcoin trust

16  in Panama?

17          MR. RIVERO:  Objection to the

18  predicate.  Please answer the question.

19          A.      I don't believe I told anyone I had

20  a Bitcoin trust in Panama.

21  BY MR. FREEDMAN:

22          Q.      Did you ever tell Ira Kleiman or

23  instruct anyone to tell Ira Kleiman that Dave has

24  a right to the founder shares in Coin-Exch?

25          A.      I had said to Ira Kleiman that when



Page 8

1   I set up the Coin-Exch PTY Limited in Australia

2   I had created, under the shareholder agreement, a

3   set and a class of shares known as founder shares.

4   Those shares had differential voting rights.  The

5   rights on those preferential shares were

6   differentiated from normal common shares and, as

7   I had told first Louis and then told Ira Kleiman,

8   I had said that the estate belonging to David

9   Kleiman had rights to those shares.  It was my

10  understanding from Ira that he was the person in

11  charge of the estate and as such, as the executor

12  of the estate, he had rights to those shares.  Not

13  only did he have rights, he had those shares

14  issued.

15          Q.      Did you ever tell Ira Kleiman or

16  instruct anyone to tell Ira Kleiman that Ira and

17  his father owned 49.4% of the founder shares in

18  Coin-Exch?

19          A.      The estate owned 49.5, to my best

20  knowledge, of the founder shares in that company.

21          Q.      Dr. Wright, did you ever tell Ira

22  Kleiman or instruct anyone to tell Ira Kleiman

23  that the book value of Coin-Exch was around $5-7

24  million?

25          A.      No, I did not.  It is not Coin-Exch



Page 9

```
 1    ----
 2          Q.     Dr. Wright, you have answered the
 3    question.  Dr. Wright, did you ever tell Ira
 4    Kleiman or ----
 5          A.     Do you mind letting me finish the
 6    question?  I am giving you the courtesy of
 7    finishing a question and not interrupting.  If you
 8    want we can go back and forwards on the same
 9    thing.
10              MR. RIVERO:  Mr. Freedman, do not
11    interrupt Dr. Wright's answers.  If you wish to
12    take it up with Judge Bloom at trial please do, or
13    whatever you need to do, but do not interrupt this
14    witness's answers.
15              MR. FREEDMAN:  Mr. Rivero --
16    finish, please.
17              MR. RIVERO:  State the question and
18    try to get an answer and keep moving.
19              MR. FREEDMAN:  Mr. Rivero, on the
20    first day of this deposition it was very apparent
21    to me that the answers Dr. Wright was giving were
22    a lot longer-winded than were necessary to answer
23    the question and we have a lot of ground to cover
24    and I really need the answers to the questions
25    I am asking.  I am hopeful that you can work with
```



1    your client to get him to answer the actual

2    question and not filibuster, but if not I will

3    potentially have to ask the court to get involved.

4              MR. RIVERO:  Mr. Freedman I not

5    only deny the allegation, I deny the alligator.

6    Ask your next question and let's move on.  That is

7    how depositions work.

8    BY MR. FREEDMAN:

9         Q.    Did you ever tell Ira Kleiman or

10   instruct anyone to tell Ira Kleiman that Dave's

11   estate had half of Dave's founder shares in

12   Coin-Exch?

13             A.    I will reiterate this and correct

14   you.  You can keep saying Coin Exchange.  There is

15   no company called Coin Exchange, there is

16   Coin-Exch PTY Limited, Australia.  If you want me

17   to answer truthfully, honestly and correctly, if

18   you say Coin Exchange one more time my answer is

19   no.  There is no Coin Exchange company.  If that

20   is what your question is then, no, because Coin

21   Exchange does not exist.

22        Q.    Dr. Wright, when I say Coin

23   Exchange I mean Coin-Exch PTY Limited.  If I say

24   Coin-Exch then I am referring to the company

25   Coin-Exch PTY Limited.



Page 11

```
 1          A.      Then say it.
 2          Q.      Did you ever tell Ira Kleiman or
 3   instruct anyone to tell Ira Kleiman that as Dave's
 4   estate he had half of his founder shares in
 5   Coin-Exch?
 6          A.      No, I did not.  49.5 is not half.
 7          Q.      Dr. Wright, did you ever tell Ira
 8   Kleiman or instruct anyone to tell Ira Kleiman
 9   that Ira's Coin-Exch shares were not founder
10   shares?
11          A.      No.  The company ended up being
12   part of a public company group.  All of the
13   information was public information, lodged and
14   recorded.  As a public company we were required,
15   when filing, to actually have these audited and
16   recorded.  As a public company there is no error
17   between telling someone what they think they have
18   or not.  This is the whole purpose of a public
19   company.  If he wanted he could have had his
20   lawyers check through all of the documents at any
21   stage.
22          Q.      Dr. Wright, did you ever tell Ira
23   Kleiman or instruct anyone to tell Ira Kleiman
24   that Ira, Louis and the estate had 40% of
25   Coin-Exch?
```



Page 12

```
 1          A.      No, they did not have 40% of

 2   Coin-Exch.  The estate would be the owner.  The

 3   estate, I was led to believe because the amounts

 4   changed from Ira all the time and he kept trying

 5   to alter it so that he would not pay tax and would

 6   not report to the IRS.  But no, at no point was it

 7   ever told to the estate that they had 40%, that is

 8   not correct and they could have very simply

 9   checked the amounts, as issued, on the company

10   documents.

11          Q.      Dr. Wright, did you ever tell

12   anyone or instruct anyone to tell Ira Kleiman that

13   Ira, Louis or the estate had 7% of Coin-Exch?

14          A.      Again, the number of shares were

15   very simple to check.  This was a company that was

16   all recorded and they were given shareholding

17   certificates and other such material.  All they

18   needed to do was calculate themselves.  I am not

19   very interested in percentages of shares, I don't

20   work that way.  You have a number of shares.  You

21   have certain voting rights.

22          Q.      Dr. Wright, please just answer the

23   question.  Did you ever tell anyone -- did you

24   ever tell Ira Kleiman or instruct anyone to tell

25   Ira Kleiman that Ira, Louis or the estate had 7%
```



1   of Coin-Exch?

2          MR. RIVERO:  Objection, asked and

3   answered.  You can answer.

4          A.    Would you like to have me repeat

5   the same answer because that is the same answer.

6   I am stating for the record that my previous

7   answer remains the same.

8          MR. FREEDMAN: Dr. Wright, you did

9   not answer -- Mr. Rivero, could you please ask

10  your client to answer the question?  I have

11  checked the real time.  He did not answer yes or

12  no as to whether or he not he ever told anyone or

13  instructed anyone to tell Ira Kleiman that Ira

14  Louis or the estate had 7% of Coin-Exch?

15         A.    I answered the question.  If your

16  comprehension is not adequate to understand it,

17  I apologise.  My question has been answered.

18         MR. RIVERO:  Dr. Wright, there is

19  no pending question.  Mr. Freedman, please ask a

20  question.

21  BY MR. FREEDMAN:

22         Q.    Dr. Wright, you told Ira, Louis or

23  the estate that they had 7% of Coin-Exch, is that

24  not right?

25         A.    Your statement, attempting to lead



Page 14

1    an answer, is incorrect.

2           Q.     So you did not tell them that?

3           A.     Once again, I will state your

4    statement attempting to make a leading question

5    and get an answer that way is not correct.

6                  MR. RIVERO:  Dr. Wright go ahead --

7    even though you have answered, answer the question

8    again, just to keep things moving.

9           A.     I did.  It is incorrect.  Incorrect

10   is the negative.

11   BY MR. FREEDMAN:

12          Q.     It is unclear if you are telling me

13   that my question is incorrect or that the answer

14   to my question is incorrect.  Can you just clarify

15   that for the record?

16          A.     Your question is improper, which is

17   not incorrect, and the answer is the negative.

18          Q.     Dr. Wright, you told Stefan

19   Matthews that Ira did not have founder shares in

20   Coin-Exch; isn't that right?

21          A.     No, that is not correct.

22          Q.     Dr. Wright, you told Baker McKenzie

23   that Ira did not have founder shares in Coin-Exch

24   change; isn't that right?

25          A.     No, I did not.  What I did was give



1   the share register over to each of the companies.

2   That is a difference, and telling is not the same

3   as handing.  The share register listed all of the

4   founder shares.  Those founder shares were in the

5   estate.

6          Q.    Dr. Wright, you sent Ira Kleiman an

7   analysis of the software that you or Coin-Exch

8   owned; do you recall that?

9          A.    No, I do not.

10          Q.    Do you recall having someone send

11   that analysis of software to Ira Kleiman?

12          A.    I do not know which analysis you

13   are talking about.

14          Q.    Did you ever send Ira Kleiman a

15   cost estimation for a W&K Information Defense or

16   WKID software package?

17          A.    No, I did not.

18          Q.    Did you ever have someone send that

19   to him?

20          A.    That would be the same answer; no.

21          Q.    Did you ever send Ira Kleiman a

22   cost valuation for the WKID software package that

23   valued it of a minimum of AUD 276,268,599?

24          A.    Again, no.  At no point did I send

25   that or authorise it because it was not -- he was



1  not a director or an officer of the company.  At

2  no point should he have actually gotten a copy.

3  He is only a shareholder.

4       Q.     Did your company Hotwire use the

5  W&K software package?

6       A.     No, we did not use the W&K software

7  package.  We used the package that we had

8  implemented that was meant to be updated by W&K

9  but was never in fact was updated by W&K.  As you

10  will notice from the court order, we kept what we

11  had.  Nothing was returned.  Mr. Kleiman -- David

12  Kleiman that is -- committed suicide a number of

13  days before he was due and required under the

14  contract to return the software and other

15  payments.

16       Q.     Did your company Hotwire purchase

17  the W&K software package?

18       A.     No, we did not purchase the W&K

19  software package.  We went through a court, sort

20  of allocation of rights, where the original rights

21  in our software cancelled all licenses in effect,

22  allowing no claims or whatever else from W&K.  W&K

23  did not complete the task that they were given,

24  they did not deliver the software, thus the only

25  software we ended up using was the original



Page 17

1   software that we had given to be updated that W&K

2   were meant to enhance but did not.

3           Q.     Dr. Wright, I did not ask you what

4   you did, I just asked if you used it.  Please

5   answer the question I am asking you.  Dr. Wright,

6   isn't it true that Hotwire purchased or used the

7   W&K software with the objective of establishing a

8   worldwide Bitcoin banking system?

9                  MR. RIVERO:  Object to the form.

10          A.     I again repeat my last answer.  The

11  answer that I gave you was an answer to your

12  question and remains an answer to this question as

13  well.

14  BY MR. FREEDMAN:

15          Q.     So the answer is yes, you did?

16          A.     I did not answer in the positive on

17  the other question, so no.  Please do not

18  paraphrase what I said.  What you are doing right

19  now is saying that I answered yes when I clearly

20  said something in the negative.  I said I never

21  received the software, in any form, from W&K.  If

22  I have not received the software from any entity

23  then I have not purchased the software.  If I had

24  done a lawsuit and then closed a contract without

25  receipt I have not received or purchased.  I am



Page 18

1    very sure that you understand the difference as

2    you are a lawyer, but I did not purchase the

3    software.   That is my position and that is what

4    happened.

5            Q.    So you did not purchase the W&K

6    software package from W&K from about $55 million?

7                 MR. RIVERO:   Objection.

8            A.    No, I did not purchase the W&K

9    software package because the W&K entity did not

10   complete the software.

11   BY MR. FREEDMAN:

12           Q.    Did you tell the ATO that Coin-Exch

13   purchased the W&K software package from W&K for

14   about $55 million?

15           A.    That is not what I told the ATO.

16           Q.    Did you or Dave Kleiman create

17   Coin-Exch to start building -- strike that.  Did

18   you and Dave Kleiman create Coin-Exch to start

19   building an exchange platform?

20           A.    No, I founded Coin-Exch.  I offered

21   Mr. Kleiman -- David Kleiman -- shares.  I was

22   going to build that platform.  I capitalized that

23   platform, I provided the software for that

24   platform.  I purchased the MT4 trading software

25   for that platform, I purchased the other rights to



1    other software for that platform.  Nothing from

2    Mr. Kleiman was ever used in the development of

3    that platform, no development of code was done by

4    Mr. Kleiman for that platform.  So, very simply,

5    even though I had no reason nor right or whatever

6    else, other than personal obligations to a friend,

7    I did not need to give a single share to the

8    estate because nothing had been delivered, under

9    the contract, from Mr. Kleiman.  Yet, with that

10   complete knowledge that he was never going to

11   deliver, with a court order stating that I did not

12   need to deliver, or whatever else, I still gave

13   his family what I had promised him.

14        Q.      Did you tell the ATO that you and

15   Kleiman created Bitcoin X to start building an

16   exchange platform?

17        A.      No.

18               MR. RIVERO:  Objection, asked and

19   ask.

20   BY MR. FREEDMAN:

21        Q.      Did you and Dave Kleiman work on a

22   number of patents together?

23        A.      Mr. Kleiman has never worked on any

24   patent in his life, to my knowledge.  He has not

25   filed a patent, he has not written a patent, he



Page 20

1    has not been involved in the research that has led

2    to a patent, he has not filed a paper academically

3    leading to a patent.  I have filed around -- at

4    the moment I believe it is just over 1,000

5    patents.  In the pipeline we have 1,600 papers and

6    by the end of the current backlog of research we

7    will have around 6,000 patents, placing me at

8    approximately 500% of the total life work of

9    Thomas Edison.

10          Q.    I did not ask you where you placed

11   in the total life work of Tom Edison.  I simply

12   asked whether you and Dave Kleiman worked on a

13   number of patents together.  That's yes or no

14   question.  Please try to answer the question I'm

15   asking you.

16          MR. RIVERO:  Objection.

17   BY MR. FREEDMAN:

18          Q.    Dr. Wright did you tell the ATO

19   that you and Dave Kleiman worked on a number of

20   patents together?

21          MR. RIVERO:  Objection to the

22   speech and objection to the form of the question.

23   Dr. Wright, you may answer the question.

24          A.    I just answered that question.

25   I do not really care if you like the fact that I



Page 21

1    didn't use yes or no.  I answered the question.

2    If your comprehension of that question is

3    inadequate, too bad.

4    BY MR. FREEDMAN:

5            Q.      Maybe you misheard me.  This

6    question is different than the prior one.  I asked

7    whether you told the ATO that you and Dave Kleiman

8    worked on a number of patents together.

9            A.      I did not.

10           Q.      Dr. Wright, did Coin-Exch use the

11   W&K software?

12           A.      Again, I have many times told you

13   this one already.  There is no W&K software.

14   There is software that was owned by my company

15   that was licensed to W&K for them to enhance, that

16   was never returned.  We have the original version

17   of the code.  If we have the original version of

18   the code that we updated without any aid, help or

19   anything else from W&K then we do not have the W&K

20   software.

21           Q.      Did Cloud Croft purchase or use the

22   W&K software package?

23           A.      No, it did not.

24           Q.      Did Coin purchase or use the W&K

25   software package?



Page 22

1                     MR. RIVERO:   Object to the form.

2               A.    No.

3    BY MR. FREEDMAN:

4               Q.    Have you ever been focused on

5    designing a payment processing solution for the

6    gambling and porn sectors based around a Bitcoin

7    trading platform?

8               A.    No, I have no interactions with the

9    pornography industry at all.

10              Q.    Did you ever prepare a presentation

11   for Stefan Matthews that described an exit

12   strategy for DeMorgan?

13              A.    I had no interest in an exit

14   strategy for DeMorgan.

15              Q.    Were you ever involved in preparing

16   such a presentation to Stefan Matthews?

17              A.    Again, I did not provide any exit

18   strategy.  My exit strategy is when I turn 120

19   I will be still working and I will drop dead on

20   the job; that is my exit strategy.

21              Q.    Did you ever tell potential

22   DeMorgan investors that you planned to list the

23   group and go to IPO?

24              A.    I had been seeking to list DeMorgan

25   and go to IPO.



Page 23

1        Q.      Did you ever tell Ira Kleiman about

2    a potential IPO of DeMorgan?

3        A.      I had informed Ira that I was going

4    as a public company, in time, to list DeMorgan.

5        Q.      Did you ever tell Ira Kleiman about

6    the potential IPO of Coin-Exch?

7        A.      No.  Coin-Exch was owned by

8    DeMorgan.

9        Q.      In 2015 did you tell Calvin Ayre

10   you did not want to have challenges to any IP

11   later on when things start to get big?

12       A.      Yes.  I talked to the person who

13   was my mentor and discussed the sort of

14   difficulties, and one of those was if people were

15   doing something like Facebook and people who had

16   no real sort of say in the development of a

17   product pop up saying "We are greedy, we want

18   money".

19       Q.      Did you tell Calvin Ayre that you

20   wanted to remove any ownership from former

21   directors before that they know what it could

22   become, so they could not challenge anything

23   later?

24       A.      At no point did I say any such

25   thing.



Page 24

1        Q.      Dr. Wright, in 2015 were you in
2    discussions with Calvin Ayre about a business
3    deal?
4        A.      You will have to be a little more
5    specific.  What do you mean by "a business deal"
6    and what do you mean "in discussions" about it?
7    Do you mean was I talking to Calvin about
8    investing, was I talking about setting up a new
9    company, was I talking about Cal investing in
10   something, was I talking about buying shares and
11   telling him about it?  Please be a little bit
12   specific.
13       Q.      All the above.  Were you in
14   discussions with Calvin Ayre about any of the
15   above?
16       A.      About any of the above?  Yes.
17   I talked to him about purchasing shares in a
18   number of international banks because I thought it
19   would be good.  I also talked about a possible
20   short on Deutsche Bank.  I thought Deutsche Bank
21   was overvalued and I thought that would be a good
22   investment and I recommended that his family
23   company should also do something like that.
24       Q.      Dr. Wright, I did not ask you about
25   what those discussions were about, just whether



Page 25

1  you had them.  Please pay attention to what I am

2  asking you.

3          A.      I answered in the positive by doing

4  that.

5          Q.      Dr. Wright, in 2015 were you in

6  discussions with Calvin Ayre about buying your

7  Australian businesses?

8          A.      No.

9          Q.      Were you in discussions with Calvin

10 Ayre about buying intellectual property that

11 belonged to you or your Australian companies?

12         A.      No.

13         Q.      Did you ever mention any such

14 discussions to Ira Kleiman?

15         A.      No.  Ira had no rights to know of

16 any such discussions.  We did not discuss who any

17 potential investors were or who the investors

18 actually ended up as.

19         Q.      Did you ever mention Calvin Ayre to

20 Ira Kleiman?

21         A.      No, because Ira and -- there was no

22 investment from Calvin so why would I introduce

23 someone who is not investing to, well, someone who

24 is just greedy?

25         Q.      Dr. Wright, was Cafe Holdings doing



Page 26

1    business witness the Sterling Group, Calvin Ayre's

2    venture capital company?

3              A.      No.

R    4              Q.      In 2015 were you in discussions

5    with Sterling Group about a business deal?

6              A.      That is a very fluffy question once

7    again, but I will actually help you.  Sterling

8    Group brokers deals, so it depends on how you want

9    to define that.  Once again you are making a --

10   you're casting a very wide net.  As a broker we

11   talked to them about finding potential investors.

12             Q.      Did you ever mention these

13   discussions to Ira Kleiman?

14             A.      No, we did not.  He had no right to

15   know.

16             Q.      In 2015 were you in discussions

17   with Stefan Matthews about a business deal?

18             A.      Matthews was the principal of

19   Sterling.

20             Q.      Dr. Wright, did you ever mention

21   those discussions to Ira Kleiman?

22             A.      No.  Once again, I would not

23   discuss that with a shareholder.  The company

24   DeMorgan Limited was a public company in

25   Australia.  There are requirements for trading,



Page 27

1    insider trading, whatever else, on all these

2    things because the shares could have been sold in

3    DeMorgan.  Even to, sort of, the limited subset of

4    people that we were talking to, telling Ira about

5    potential investors or others would be a breach of

6    corporate regulation, so no.

7            Q.     Dr. Wright, did your companies

8    enter into an agreement in late 2015 or early 2016

9    to assign all of their intellectual property and

10   technology to nCrypt Holdings in exchange for $1.5

11   million?

12           A.     No.

13           Q.     Did that deal -- did you enter into

14   any deal with nCrypt Holdings at that time?

15           A.     Yes.

16           Q.     Did that deal include any

17   intellectual property belonging to Coin-Exch?

18           A.     At that time I was resigned as

19   director of the company, so you would have to go

20   over the final deal with the company directors,

21   which I was not and thus I am not at liberty to.

22           Q.     Dr. Wright, I am not asking whether

23   you are at liberty to, I am just asking whether

24   you know.  Do you know if that deal included any

25   intellectual property or technology belonging to



Page 28

1    Coin-Exch?

2           A.    Again, I am not the director and

3    I am not the person who put it together.  I worked

4    as the chief scientist to help list what we were

5    working on at the time and to help the lawyers, in

6    discussions, formulate documents.  I was not the

7    director and I did not act as one.

8           Q.    So is your answer that you do not

9    know the answer to the question?

10          A.    My answer ----

11                MR. RIVERO:  Dr. Wright, let's do

12   this.  I think the question is actually properly

13   limited.  He is just asking whether or you know or

14   not.  Let's answer that and then it sounds like

15   there may be a confidentiality issue if you do

16   know.  Answer, first, whether you know or not and

17   we will take it up after that.

18          A.    I do know.

19   BY MR. FREEDMAN:

20          Q.    Dr. Wright, did that deal include

21   any intellectual property or technology belonging

22   to Coin-Exch?

23          A.    Again, I know that were

24   discussions.  I was not the person doing all of

25   those discussions.



Page 29

1            MR. FREEDMAN: Mr. Rivero, if you

2    could please have a discussion with your client.

3    He needs to answer the question.

4            MR. RIVERO: I actually think he has

5    answered now.  Ask the next question.  I am not

6    sure what you are putting.

7    BY MR. FREEDMAN:

8        Q.     Did the deal with nCrypt Holdings

9    include any intellectual property or technology

10   belonging to Coin-Exch?

11       A.     I reiterate, that was not my deal.

12   I was not a director of the company.  If you want

13   you may talk to the directors of that company.

14   The directors of that company will have all of

15   those notes.  I had resigned before that deal took

16   place.

17           MR. FREEDMAN: Your Honour, are you

18   on the line with us?  Judge Reinhardt?

19           JUDGE REINHARDT:  Yes, I am here.

20           MR. FREEDMAN:  I do not know if you

21   have access to the online transcript, your Honour,

22   but I have asked Dr. Wright multiple times whether

23   or not the deal with nCrypt Holdings has included

24   any intellectual property or technology belonging

25   to Coin-Exch and he has repeatedly told me that I



Page 30

1    need to asked the directors that question although

2    he has confirmed that he knows the answer.

3         A.      That is not correct.

4              JUDGE REINHARDT: I have been

5    listening so I am aware of the questioning and the

6    answers and the back and forth that has been going

7    on.  I'll simply instruct Dr. Wright as follows;

8    if you know the answer you are to answer the

9    question.  If you do not know the answer simply

10   say you do not know the answer, but it is not a

11   proper answer to the question to say "I know it

12   but you need to ask somebody else anyway".  I am

13   not saying that is the answer Dr. Wright is

14   giving, but if that is the answer Mr. Freedman is

15   hearing I would agree that's not a proper answer.

16   If the correct answer is simply "I don't know" or

17   "I cannot answer that because I don't know" then

18   Dr. Wright should say so clearly.  That would be

19   my ruling.

20             THE WITNESS: Your Honour, what I am

21   saying is I know there were discussions, I know

22   the directors had board meetings that I was not

23   party to.  I know I had subsequent conversations

24   with my wife, who was still a director and she

25   discussed what she should do.



Page 31

1    BY MR. FREEDMAN:

A-CC

2         Q.     Dr. Wright, I just need to know if
3    the final deal that was signed in late 2015 or
4    early 2016 included any intellectual property or
5    technology belonging to Coin-Exch.   The answer is
6    either, "Yes, it did", "No, it didn't" or "I don't
7    know whether it did or did not".   Let me ask one
8    more time very clearly so we have a clear record;
9    did the deal with nCrypt Holdings, in late 2015 or
10   early 2016, include any intellectual property or
11   technology belonging to Coin-Exch?
12        A.     My understanding, as far as I know,
13   in the deal, is that there was no intellectual
14   property, only licences that were able to be
15   assigned from third parties, belonging to
16   Coin-Exch at all that could have been assigned.
17   My understanding is that the intellectual property
18   was third party software rights and software
19   belonging to third parties.   I believe that was
20   assigned.   I do not have the contracts, nor have
21   I fully read them.
22        Q.     Dr. Wright, did that deal with
23   nCrypt Holdings include any intellectual property
24   or technology belonging to Cloud Croft?
25        A.     The answer on that one will be the



Page 32

1    same.

2           Q.      Would the answer be the same for

3    Coin?

Foundation; non-responsive; unduly
prejudicial; subject to pending
MIL; argumentative

4           A.      For Coin, yes.

5           Q.      Did that deal include W&K software?

6           A.      Again, there is no W&K software.

7    My understanding is that Mr. Kleiman did not do

8    any work on W&K software.  Subsequent to 2013,

9    after his death, which I did not realise at the

10   time, if Mr. Kleiman -- the current Ira -- wants

11   to have all out, is that any monies that I had

12   given David Kleiman to basically build software

13   ended up basically going into Silk Road and other

14   sources to supply a drug habit that Mr. Kleiman

15   hid from certain people but not everyone.  So zero

16   software was developed in W&K, but if you want to

17   destroy David Kleiman's reputation and drag him

18   through this then that is your choice.

19          Q.      Did you ever tell the Australian

20   Tax Office that Dave Kleiman developed software

21   for you and W&K?

22          A.      I told them that he was engaged to

23   write software and that he did not deliver any.

24          Q.      Dr. Wright, you entered into an

25   agreement to assign all of your or your company's



Page 33

1    intellectual property to nCrypt Holdings, did you

2    not?

3            A.    Not to nCrypt Holdings, no.

4            Q.    Who did you assign it to?

5            A.    I don't remember the name of the

6    company.

7            Q.    That deal included software and

8    code used in the creation of a Bitcoin system as

9    developed under a project for the development of a

10   Bitcoin SDK and exchange conducted on behalf of

11   W&K Info Defense Research LLC, did it not?

12           A.    No, W&K did not ever produce any

13   exchanges and, in fact, the only work that was

14   ever produced, which was by myself, in W&K was the

15   four BAA projects.  These each were not ever

16   completed because Mr. Kleiman (David) did not ever

17   file the required registrations with the

18   Department of Homeland Security.  So,

19   unfortunately, the only work that ever happened

20   was my producing academic documents and software

21   that was then released freely.

22           Q.    Dr. Wright, that deal also included

23   software and code used by US Military, Department

24   of Homeland Security and other associated parties

25   as developed under a project conducted on before



1  W&K Info Defense Research LLC, did it not?

2        A.      Any of the work that I did on the

3  SCADA software or other controlled software that I

4  published between 2011 and 2013 for W&K was never

5  funded correctly because Mr. Kleiman never

6  completed the administrative task that he was

7  given.  The software, if used, was used freely

8  because I open sourced it.

9        Q.      Dr. Wright, that deal included

10  software and code used by the US Military,

11  Department of Homeland Security and other

12  associated parties, as developed under a project

13  conducted on behalf of W&K Info Defense Research

14  LLC, did it not?

15        A.      You just asked me the same question

16  and the same answer applies.

17        Q.      I would like an answer.  Not what

18  you did, not what you funded, just an answer to

19  the question.  Did the deal include that software

20  and code?

21        A.      Sorry, which deal?

22        Q.      Did the deal you entered into to

23  assign all of your intellectual property and your

24  company's intellectual property include software

25  and code used by the US Military, Department of



Page 35

```
 1   Homeland Security and other associated parties as

 2   developed under a project conducted on behalf of

 3   W&K Info Defense Research LLC?

 4         A.    Once again, I will very simply

 5   break this down for you.  The software that I

 6   produced, that was never funded because

 7   Mr. Kleiman did not complete the administrative

 8   tasks, thus never completing any registration or

 9   any other editions that was associated with the

10   four BAA projects with the Department of Homeland

11   Security, was all given freely.  It was open

12   sourced, so there was no assignment at all because

13   there is no value.  If anyone wants to use it they

14   can.  That means you, that means someone in

15   Uzbekistan, it does not matter.  It is completely

16   free.  It is under an MIT licence and it has not

17   been updated since 2012.

18         Q.    So you did assign it as part of

19   that deal.

20               MR. RIVERO:  Objection.  Asked and

21   answered.

22         A.    I just answered and I did not say

23   yes, but you are implying that my answer was a

24   yes.

25   BY MR. FREEDMAN:
```



Page 36

1        Q.     So you did not assign it?

2        A.     Once again, you cannot assign

3   something that does not exist.  You keep having a

4   problem with that.

5        Q.     So your answer is that it never

6   existed?

7        A.     My answer is because Dave never

8   finished anything, because he never took anything

9   and did anything and probably never even started

10  working on anything, that no, I doubt it ever

11  existed.  The only things that ever existed were

12  my academic work, which I released openly.

13       Q.     Dr. Wright, as part of these

14  agreements with nCrypt and nCrypt Holdings you

15  received 37% of issued and outstanding voting

16  common stock in nCrypt Holdings, did you not?

17       A.     No.

18       Q.     Dr. Wright, as part of these

19  agreements with nCrypt or nCrypt Holdings you also

20  received a $1 million initial rights payment, did

21  you not?

22       A.     No.

23              MR. RIVERO:  Objection.  One

24  moment.  I am going to object to this line of

25  questioning unless you can connect it to the



 1   merits ----

 2                   MR. FREEDMAN:  The merits are that

 3   the plaintiffs contend this deal is part of a plan

 4   to strip the W&K intellectual property out and

 5   actually was how the W&K intellectual property

 6   came out and ended up being monetised by

 7   Dr. Wright.  It's directly relevant to our

 8   intellectual property claims.

 9                   MR. RIVERO:  Mr. Freedman, I will

10   ask you to let me finish my objection.  How the

11   percentage of Dr. Wright's ownership in nCrypt

12   relates even to the theory you just stated, which

13   does not relate to this case, would not advance

14   even that theory, which is not the theory of this

15   case, so I object to the question.  I am going to

16   reserve and see where this goes, but I don't think

17   this is relevant.  Dr. Wright, I will permit an

18   answer here but I think -- go ahead and answer

19   that question, but I think this is way beyond what

20   this case is about.

21           A.     Can you ask the question again,

22   please?

23   BY MR. FREEDMAN:

24           Q.     The transcript shows that you

25   answered the last question so we can move on to



Page 38

1     the next question.  Dr. Wright, as part of these

2     agreements with nCrypt or nCrypt Holdings you

3     received a five year $2.5 million contract to

4     serve as chief scientist for nCrypt and nChain,

5     didn't you?

6                    MR. RIVERO:  Your Honour, I believe

7     this cannot relate to this sphere of the case.

8     Judge, I don't see how Dr. Wright's contractual

9     relationship with an entity well after the events

10    here -- Mr. Kleiman died in April 2013 -- could

11    relate even to a willing or a theory of coverup of

12    the possible alleged fraud and I ask a ruling that

13    this is irrelevant.

14                    JUDGE REINHARDT:  This is just for

15    discovery purposes only.  I'm not ruling as to any

16    such evidence would be admissible at a trial but

17    I will allow the question and this line of

18    questioning so I overrule your objection.

19    BY MR. FREEDMAN:

20         Q.    Dr. Wright, as part of these

21    agreements with nCrypt and nCrypt Holding you also

22    received a five year $2.5 million contract to

23    serve as chief scientist for nCrypt and nChain,

24    didn't you?

25         A.    No.



Page 39

1          Q.     As part of these agreements with

2     nCrypt and nCrypt Holdings DeMorgan received a two

3     year $4.5 million services contract, did it not?

4          A.     It was going to but it has not, no.

5          Q.     Dr. Wright, as part of these

6     agreement between you and your companies and

7     nCrypt and nCrypt Holdings, did anyone identify

8     any red flags for the intellectual property that

9     was being assigned?

10         A.     Again, I was not involved, I was

11    not a director, so I am not able to answer that.

12         Q.     You don't know whether or anyone

13    identified any red flags for the intellectual

14    property that was being assigned?

15              MR. RIVERO:  Object to the form and

16    note that the objection to the prior question was

17    not captured because of the crosstalk.

18         A.     I can say that I have had

19    discussions with my wife.  Do I go into

20    discussions with my wife that I have had about her

21    interaction with this?  I believe that my wife

22    talking to me is privileged.  Do you want me to

23    answer that, Andreas?

24              MR. RIVERO:  No, Dr. Wright.  If

25    you cannot answer the question without describing



Page 40

1    conversations with your wife, you should not.

2              MR. FREEDMAN:  Your Honour, this

3    relates specifically to the companies that this

4    court has already held no privilege exists.

5    Discussions between Ms. Watts and Craig that

6    relate to the businesses we would submit are not

7    privileged if they relate to the business

8    undertakings of companies that both Ms. Watts and

9    Dr. Wright were working for.

10             A.    That is not correct.  I am talking

11   about things after I resigned.

12             MR. RIVERO:  Dr. Wright, please.

13   This is not a question of testimony.  Your Honour,

14   I am not sure I understand that position.  If

15   there were no companies then the conversation is

16   simply a husband and wife conversation and that is

17   plainly privileged under our law.  I have asserted

18   a privilege as to conversations between Dr. Wright

19   and his wife.

20             JUDGE REINHARDT:  My prior ruling

21   relating to the conversations between Dr. Wright

22   and Ms. Watts was based on my finding that those

23   conversations were not intended to remain

24   confidential, which is the baseline question.  The

25   fact that they arise in a business context is



Page 41

1    evidence that they were not intended to remain

2    confidential.  Mr. Freedman, if you want to try

3    and lay a more specific predicate to the question

4    I will then be able to better rule on this, but at

5    least at this point I am not going to overall the

6    privilege claim.  It is Mr. Rivero's burden and

7    Dr. Wright's burden to sustain the privilege, but

8    I think I need a better factual basis, so if you

9    can ask some additional predicate questions I will

10   be able to rule at that time.

11   BY MR. FREEDMAN:

12        Q.    Dr. Wright, was Ms. Watts

13   consulting you for business advice when she asked

14   you about -- when you had these discussions with

15   her?

16        A.    No.

17        Q.    Did these questions relate to

18   businesses that you were a former director in?

19        A.    Yes.

20        Q.    Did these business decisions of the

21   companies have an effect on your own economic

22   situation?

23        A.    No, I don't believe that the

24   conversations did.

25        Q.    Did you and your -- prior to you



Page 42

1    resigning did you and your wife have discussions

2    about these businesses regularly?

3            A.      We had private discussions as

4    husband and wife and we also had business

5    meetings.  Both were separate.

6            Q.      Did you regularly have business

7    meetings about these companies before your

8    resignation?

9            A.      When we had business meetings we

10   had meetings of directors, meetings of managers,

11   whatever else.  When I was a director we would be

12   calling director meetings, the minutes of all

13   those meetings would be recorded and filed.  When

14   that occurred my wife was also a director so we

15   would both discussion things in front of other

16   people, including other directors.  After my

17   resignation that was no longer the case.

18              MR. FREEDMAN:  I am not sure if

19   that is enough of a predicate or not.  I don't

20   want to spend much more time on this particular

21   line so I would ask the court for a ruling, even

22   if it is against me, at this point.

23              JUDGE REINHARDT:  Sorry, can you

24   just go back and refresh me; what was the

25   underlying question for which privilege was



Page 43

1    invoked?

2              MR. FREEDMAN:  I asked Dr. Wright

3    whether any of the agreements between him and his

4    companies and nCrypt Holdings -- as part of those

5    agreements did anyone identify any red flags for

6    the intellectual property being assigned.  He said

7    he had discussions with his wife but cannot go

8    into details, I believe.

9              JUDGE REINHARDT:  Is that the

10   question that you believe is on the table,

11   Mr. Rivero?

12             MR. RIVERO:  Judge, I do believe

13   there was a question which I objected to the form

14   of anyway.  There was a question related to red

15   flags.  You Honour, it is of course real-time.

16   Briefly, my position is this is post Dr. Wright's

17   resignation, it does not have to do with the

18   ongoing business of the companies as to which you

19   previously ruled and this is a discussion between

20   husband and wife at a later time.  There is no

21   predicate that there was regular communication on

22   businesses at this point.  The businesses were, as

23   I understand, done.  I don't think the rationale

24   of the previous ruling applies and I ask that the

25   court sustain the privilege objection.



Page 44

1              MR. FREEDMAN:  If I can just

2    quickly respond to that, which I believe the court

3    in its last order found that these companies were

4    potentially alter-egos of Dr. Wright and Ms. Watts

5    and the resignation of Dr. Wright, in our

6    submission, would not constitute a true

7    resignation from the company and he was still very

8    much involved in the business transactions.

9              MR. RIVERO:  I think that would

10   involve a much deeper enquiry than, if that ever

11   happens.  I was not present at the hearing but to

12   determine alter-ego, Judge, in my experience in 33

13   years I have seen it done once.  I don't think

14   that can be a basis either there has not been a

15   factual predicate and that's a heavy burden for

16   Mr. Freedman to establish in order to defeat this

17   privilege.

18             JUDGE REINHARDT:  I am going to

19   overrule the objection.  I think that the

20   proponent of the privilege has the burden of

21   establishing that it was intended for being

22   confidential, at least on the record that is

23   before me right now.  I am hard pressed to

24   understand how that kind of a conversation between

25   a corporate director and their spouse, related to



Page 45

1   corporate business or corporate red flags, was

2   intended to remain confidential so I will overrule

3   the objection and direct Dr. Wright to answer the

4   question.

5   BY MR. FREEDMAN:

6           Q.       As part of the agreements between

7   you and your companies and nCrypt or nCrypt

8   Holdings, did your wife mention to you that they

9   were red flags for the intellectual property that

10  was being assigned?

11          A.       If you have asked me that way then

12  no, because basically what you've just said is my

13  dealings with the companies.  I was not a director

14  at that stage, I had stood down.  I had agreed to

15  talk to my wife solely on the purpose of basically

16  end of day things and sometimes bedtime talk and

17  whatever else.  I was not involved at all.

18  People, including lawyers such as Baker &

19  McKenzie, were very careful to ensure that there

20  was no way that could be held, that I was

21  personally able to direct anything.  I made sure

22  I stood down and all the rest, so the only

23  conversations I had were not to do with the

24  ongoing running of my companies in any way ever.

25          Q.       Did your wife ever identify red



Page 46

1   flags to any intellectual property that was being

2   assigned?

3            MR. RIVERO:  I repeat the previous

4   objection to form as to this question.

    Dr. Wright, answer if you can.

6        A.     That is not what my wife had talked

7   to me about, no.

8   BY MR. FREEDMAN:

9        Q.     Dr. Wright, did Baker & McKenzie

10  identify red flags for the intellectual property

11  that was being assigned?

12           MR. RIVERO:  Objection.  Your

13  Honour, I am not familiar with the privilege

14  rulings on this point so if Mr. Freedman is going

15  to raise that I want to make sure I am aware of

16  your rulings on questions of advice by Baker &

17  McKenzie.

18           MR. FREEDMAN:  The documents that

19  identify red flags by Baker & McKenzie are part of

20  the court's finding that no privilege exists.

21           JUDGE REINHARDT:  Just help me out;

22  Baker & McKenzie was representing who at what

23  time?  Help me out there.

24           MR. FREEDMAN:  I believe it was

25  DeMorgan.



Page 47

1                    THE WITNESS:  No, Baker & McKenzie
2    represented myself personally.
3                    MR. FREEDMAN:  I believe Baker &
4    McKenzie represented DeMorgan.  I am not sure we
5    have 100% on that, but it would be shocking if
6    Baker & McKenzie represented Dr. Wright personally
7    since they did extensive write-ups on the
8    intellectual property and the red flags associated
9    with them, which he has just said he had nothing
10   to do with.
11                   JUDGE REINHARDT:  I'll overrule the
12   objection and direct him to answer the question.
13   Again, all my rulings, for purposes of the
14   deposition, are simply discovery rulings, I'm not
15   ruling on admissibility at trial, so I will direct
16   Dr. Wright to answer the question.
17   BY MR. FREEDMAN:
18        Q.     Did Baker & McKenzie identify red
19   flags for the intellectual property that was being
20   assigned?
21        A.     I don't know.
22        Q.     As part of the agreements between
23   you and your companies and nCrypt or nCrypt
24   Holdings did anyone identify potential competing
25   plains to the intellectual property that was being



Page 48

1   assigned?

2           A.      I don't know.

3           Q.      When these agreements between you

4   and you companies and nCrypt or nCrypt Holdings

5   were executed did you acknowledge that W&K Info

6   Defense Research LLC may also own some

7   intellectual property rights in connection with

8   the IP purportedly being assigned?

9           A.      There are two points here.  One,

10  these are not my companies.  My shareholding in

11  any of these was minimal, my directorship had been

12  resigned so they are not my companies.  You can

13  keep saying and whatever else, and if you want to

14  say they are my companies my answer is going to be

15  no because they are not my companies.  So, if you

16  want to ask me about my companies; very simple,

17  no.

18          Q.      Dr. Wright, when these agreements

19  between your former companies and nCrypt or nCrypt

20  Holdings were executed did you acknowledge that

21  W&K Info Defense Research LLC may also own some

22  intellectual property rights in connection with

23  the IP purportedly being assigned?

24                  MR. RIVERO:  Object to the form.

25          A.      My answer once again is the same;



Page 49

1    they were not my companies, they were not my

2    former companies.  If you want to keep saying that

3    they are my companies and being erroneous in all

4    this then my answer will keep being no.  If you

5    keep saying "my companies" then my answer is just

6    going to be no.

7    BY MR. FREEDMAN:

8          Q.      Dr. Wright how would you like me to

9    refer to the group of companies that you

10   previously founded in Australia, so we can use the

11   same terminology?

12         A.      You can say the companies

13   I founded, you can say the group of companies ----

14         Q.      That is great.  I will use "the

15   companies you founded".  Dr. Wright, when these

16   agreements between the companies you founded and

17   nCrypt and nCrypt Holdings were executed did you

18   acknowledge that W&K Info Defense Research LLC

19   also owned some intellectual property rights in

20   connection with the IP purportedly being assigned?

21         A.      Did I?

22         Q.      Yes.

23         A.      No.

24         Q.      Dr. Wright, was the W&K software

25   package some of the most important intellectual



Page 50

1    property being transferred in the nCrypt and

2    nChain deal?

3            A.      That is actually funny.  No, not

4    even close.  There was not an actual package, so a

5    deal to transfer nothing is -- no.

6            Q.      Dr. Wright, didn't the liquidation

7    of Hotwire put at risk software intellectual

8    property held by Hotwire?

9            A.      Yes.

10   BY MR. FREEDMAN:

11           Q.      Did the liquidation potentially put

12   at risk software intellectual property of

13   Coin-Exch?

14           A.      There was not actually a

15   liquidation at that point so you want to say

16   administration, which was a voluntary

17   administration.  It was not a liquidation, so if

18   you want to say liquidation I am going to have to

19   say no.

20           Q.      The liquidation of Hotwire did not

21   potentially put at risk the software intellectual

22   property of Coin-Exch?

23           A.      Being that there was not a

24   liquidation, then no.  If something did not occur

25   then it cannot put anything at risk.



Page 51

1        Q.        Could the W&K IP source code

2  potentially expose Satoshi Nakamoto and Core

3  Blockchain intellectual property?

4                 MR. RIVERO:  Object to the form.

5        A.        Seeing as W&K was formed in 2011,

6  after I had moved on from coding Bitcoin, and that

7  anything I did with W&K was utterly unrelated to

8  anything in Bitcoin, no.

9  BY MR. FREEDMAN:

10       Q.        Did Stefan Matthews tell you that

11  it could?

12       A.        No.

R   13       Q.        Did nCrypt or nChain maintain a

14  patents application master registry in an Excel

15  document?

16       A.        I believe so.

17       Q.        Did the patents application master

18  registry -- sorry.  The patents application master

19  registry tracked progress on patent applications,

20  right?

21       A.        It was not my document.

22       Q.        I did not ask you if it was your

23  document, I just asked if the patents application

24  master registry tracked progress on patent

25  applications.



Page 52

```
 1          A.      There was a person called Alan
 2   Pederson, who ran a spreadsheet.  I don't know
 3   what he tracked.  I know he was a very good
 4   project manager so I can make assumptions and
 5   I can give you guessing and I will say I am
 6   guessing that he probably did this as a good
 7   project manager.
 8          Q.      So you don't know whether it
 9   tracked that progress?
10          A.      I am not doing someone else's job,
11   no.
12          Q.      Do you know anything at all about
13   that patents application master registry?
14          A.      I create patents, other people do
15   things with them.
16          Q.      Do you whether 30 of the patent
17   applications on that registry were ideas sourced
18   from Coin-Exch?
19          A.      No, there were no -- anything
20   sourced from Coin-Exch on that.
21          Q.      Do you know whether any of the
22   patent applications were sourced from Cloud Croft?
23          A.      Every single organisation,
24   including Cloud Croft, started creating patents
25   only in the second half of 2015.  So even when the
```



Page 53

1     company in Australia was still going, if there was

2     something that was assigned to a particular

3     company it would be from say August 2015 on.

4     I did not start working on any patents or IP

5     before August 2015.

6          Q.     So the patents application --

7     strike that.  So the patents application master

8     registry did not include any ideas sourced from

9     Cloud Croft?

10         A.     Once again you are asking me about

11    a document that some third party maintained, that

12    I was not involved in the maintenance of, sitting

13    here, expanding my knowledge into the minds of

14    other people that you expect me to know what

15    existed on other people's work product.

16         Q.     Were patent applications ideas

17    sourced from Cloud Croft?

18         A.     Again, nothing was ever sourced

19    from Cloud Croft.  Everything was made whole cloth

20    out of my ideas, my mind.  Every single patent

21    came because I sat down and I designed things.

22         Q.     Were patent applications sourced

23    from Coin?

24         A.     Same.

25         Q.     Sorry, I did not get that.



1          A.      The same.

H-R

2          Q.      Dr. Wright, you signed a power of
3     attorney to nChain with regard to intellectual
4     property in August 2016, did you not?

5          A.      I don't know.

6          Q.      I am going to put on the screen for
7     you what has been produced in this litigation as
8     Defense 01074241.  Do you see that?

9        (Exhibit Defense 01074241 referred to)

10         A.      Yes, I do.

11         Q.      Do you see it is entitled "power of
12    attorney"?

13         A.      I do.

14         Q.      Do you see that the power of
15    attorney was made on August 22, 2016 by Craig
16    Steven Wright?

17         A.      No, I see that there is a document
18    there noting my name on that date.

19         Q.      Dr. Wright, I am going to scroll
20    down to the last page of this document.  Do you
21    see where it says "signed as a deed by Craig
22    Steven Wright"?

23         A.      I do.

24         Q.      Is that your signature?

25         A.      That could be, yes.



Page 55

H-R

1     Q.      Do you remember signing this
2  document?
3     A.      Can I have a look at the full
4  document please?
5     Q.      Absolutely.
6     A.      Can you zoom in at all?
7     Q.      Yes.
8     A.      Yes, this is a standard employment
9  document that was given to everyone employed by
10  nChain or nCrypt.
11     Q.      So you did execute this document,
12  Dr. Wright?
13     A.      Yes.  Every employee of nCrypt does
14  something similar, or now nChain.
15     Q.      It authorises nCrypt Limited to act
16  in your name and on your behalf in relation to any
17  intellectual property devised by you and owned by
18  or assigned to nCrypt?
19     A.      Yes, this is a standard
20  intellectual property agreement between employees
21  and their employer.
22     Q.      To represent you in and with
23  respect to all matters related to the intellectual
24  property?
25     A.      As I said, if you have any



Page 56

H-R

1    knowledge of patenting process then you will

2    understand this is a very standard, typical

3    clause.

4         Q.    nCrypt has the right to represent

5    you in matters of conflicts or disputes relating

6    to intellectual property matters, is that right?

7         A.    It has what this document says.

8         Q.    They have the right to take any

9    steps and do anything in their absolute discretion

10   that they consider desirable in connection with

11   the intellectual property; isn't that right?

12        A.    Do you want me to act as a lawyer

13   and try and determine what you think -- what

14   I think this particular document means?  You are

15   asking me to analyse the legal aspects of a

16   standard power of attorney document.

17        Q.    Dr. Wright, does nChain have a lot

18   at stake in this litigation?

19        A.    No.

20             MR. RIVERO:  Object to the form.

21        Q.    Does nChain have ability to control

22   this litigation with respect to the intellectual

23   property?

24             MR. RIVERO: Form.

25        A.    No.  nChain is not involved in any



Page 57

1   way in this litigation.  I know that the people

2   funding Mr. Kleiman at the moment, including

3   Tether and Kraken, seek to shut me down because

4   their whole existence in their Ponzi requires that

5   I be seen as a fraud, but quite simply nChain has

6   no, and I mean no -- I will reiterate that no --

7   involvement in this case whatsoever.  No funding,

8   no anything.

9   BY MR. FREEDMAN:

10          Q.    Dr. Wright, who is paying for your

11  legal Defense in this case?

12          A.    My legal Defense is paid to my

13  lawyers through myself.

14          Q.    Dr. Wright, you pay your lawyers

15  directly for this representation?

16                MR. RIVERO:  Object to the form.

17  BY MR. FREEDMAN:

18          Q.    You can answer.

19                MR. RIVERO:  Your Honour, I object

20  on relevance grounds here, and also on questions

21  of confidentiality.  It is no way relevant to

22  litigation how we are paid as counsel to

23  Dr. Wright and the question how we are paid is a

24  matter of confidentiality as well, Judge.  I am

25  not asserting privilege because I think the case



Page 58

1    law is different, but there is no reason that that

2    strong confidentiality protection should be

3    overcome, even in a discovery setting, when there

4    is absolutely no relevance to the questions in

5    this case, which are whether there was a

6    partnership between Dr. Wright and Dave Kleiman,

7    Judge.  It was seven years ago.  How we are paid

8    could have no bearing on that whatsoever,

9    certainly not enough relevance to overcome the

10   confidentiality in our relationship with our

11   client.

12              JUDGE REINHARDT:  Mr. Freedman,

13   what is the relevance of this question?

14              MR. FREEDMAN:  There are two, your

15   Honour.  First of all, in Dr. Wright's last

16   response he said that nChain is not funding the

17   litigation so he has opened the door to this line

18   of questioning.  But more importantly, based on

19   this power of attorney document that we've just

20   presented we believe that nChain is actually in

21   control of this litigation, making decisions in

22   the litigation and its principal is funding this

23   litigation, and this goes to whether they are a

24   real party and interest.

25              JUDGE REINHARDT:  I will sustain



Page 59

1    the objection.  No one objected when he answered

2    the question of who was paying and no one objected

3    when he answered the question of whether nChain

4    was controlling the litigation.  Whether and how

5    and through what means and how frequently he pays

6    his lawyers I would find is not relevant or is

7    otherwise unduly prejudicial and not proportional

8    to the needs of the case and so I would sustain

9    that objection.

10              MR. FREEDMAN: I have one more

11   question.  I'm not sure whether it is incorporated

12   by the order so I'm going to pause and if you tell

13   me that it is not appropriate we will move right

14   on.  The final question is ----

15              JUDGE REINHARDT:  Mr. Freedman, ask

16   your question.  If Mr. Rivero objects I will be

17   happy to rule on the objection.

18   BY MR. FREEDMAN:

19        Q.     Dr. Wright, is Calvin Ayre funding

20   this litigation?

21              MR. RIVERO:  Objection.  Same

22   objection as before.

23              JUDGE REINHARDT:  I will allow him

24   to answer that.  It is a yes or no question as to

25   whether Mr. Ayre is funding the litigation.



Page 60

```
 1          A.      No, he is not.

 2   BY MR. FREEDMAN:

 3          Q.      Thank you.  Dr. Wright, has Calvin

 4   Ayre or any of his agents been involved in the

 5   collection of collecting and producing documents

 6   in this case?

 7                  MR. RIVERO:  Your Honour, this

 8   again -- first of all, I can say for the record

 9   that the answer is no, but that is from counsel.

10   How this could possibly be relevant to this case,

11   Judge, is beyond me.  This case does not have to

12   do with who gathered -- in this instance, unless

13   there is some allegation that there is some

14   specific issue about a production, I don't see how

15   this could be related to the case.

16                  MR. FREEDMAN:  Your Honour, in this

17   litigation it is our position that Dr. Wright has

18   produced a lot of forged documents and we need to

19   know how the documents were collected.  That is a

20   big issue in this case.  There are documents that

21   have recently come to light that we need to

22   understand the collection process and I will get

23   to those questions.  This is a preliminary to

24   that.  We believe that Mr. Ayre has a strong

25   interest in the outcome of this litigation and if
```



Page 61

1    he participated we need to dig deeper into that.

2    If the answer is no, the question will go on on

3    that line.

4                    MR. RIVERO:  Your Honour, first of

5    all, if that is actually the basis, which I doubt

6    very much is relevant in and of itself, but if

7    that were the basis you would not jump, without

8    any predicate, to the very last question in that

9    series.  So if the question is about the

10   collection of the documents you would start by

11   asking who collected the documents, rather than

12   asking whether Calvin Ayre or others were involved

13   in the collection of the documents.  This is so

14   plainly irrelevant I don't know why the plaintiff

15   is focusing on this matter.  This is not related

16   to this case.

17                   JUDGE REINHARDT:  Anything further

18   Mr. Freedman?

19                   MR. FREEDMAN:  No, your Honour.

20                   JUDGE REINHARDT:  I seem to recall

21   from the other day Dr. Wright was asked questions

22   about his knowledge of how the documents in this

23   case that have been produced or collected and

24   I believe his testimony was that he did not have

25   any personal knowledge, that it had all been done



Page 62

```
 1   by his lawyers.  If that is not a correct
 2   recollection that is probably the way to start, is
 3   to simply ask him -- I agree with Mr. Rivero, I
 4   think the better way to get at this Mr. Freedman
 5   is to ask him what personal knowledge he has of
 6   the collection process, separate and apart from
 7   privileged conservations he may have had with his
 8   attorneys, and then go from there and we will see
 9   where it takes us.  I sustain the objection at
10   this time to this question.
11   BY MR. FREEDMAN:
12          Q.    Dr. Wright, at any point in 2015
13   did you mention to Ira anything about nCrypt?
14          A.    No.
15          Q.    At any point in 2015 did you tell
16   Ira about a plan to sell Coin-Exch intellectual
17   property and technology to Sterling Group, nCrypt
18   or nChain?
19          A.    No.
20          Q.    At any point in 2015 did you tell
21   Ira about a plan to sell the W&K IP software
22   package to Sterling Group, nCrypt or nChain?
23          A.    One, you cannot sell a software
24   package that does not exist.  That would be fraud.
25   I am very certain that Ira would believe that he
```



Page 63

1    could sell that to other people, but unfortunately

2    if something does not exist you cannot sell it.

3    I don't engage in the touting or sale of products

4    that don't exist.

5         Q.    Other than confidential discussions

6    between you and your wife did you ever discuss

7    with Ms. Watts how to force Ira to sell his shares

8    in Coin-Exch?                 Foundation; speculation; non-responsive

9         A.    I did not discuss how to have Ira

10   sell shares in Coin-Exch with my wife,

11   confidential or not.  I did not discuss how to

12   force him to sell at all.  Basically, he was given

13   shares and his thing was trying to ensure that the

14   IRS would never know about them.

15        Q.    Did you ever discuss that Stefan

16   Matthews how to force Ira to sell his shares in

17   Coin-Exch?

18        A.    Exactly the same answer.  I did not

19   really care whether Mr. Kleiman sold shares, kept

20   shares, whatever else, as long as he let the

21   business keep going without interfering by calling

22   up tax office officials and making up and

23   fabricating documents to them, as he did.

24        Q.    Did you ever send Ira e-mails

25   drafted by Stefan Matthews?



Page 64

```
1          A.      No, I cannot draft e-mails as

2   Stefan Matthews.

3          Q.      Did ever tell Ira there is no new

4   development being done in Coin-Exch?

5          A.      No.

6          Q.      Did you ever tell Ira that you

7   would keep him updated on any material changes

8   with respect to Coin-Exch?

9          A.      I said I would inform him as with

10  any other shareholder.  I did that right until the

11  period I resigned as a director.  Once I am no

12  longer in charge of anything then I don't have any

13  legal rights to either request anything more

14  than any other shareholder or to update any other

15  shareholders on that information.  While I was a

16  director of the company I informed him with the

17  same process of every single other shareholder.

18  He was not informed any earlier, although he did

19  say he believes because of his involvement with

20  his brother that he requires information earlier,

21  but I informed him that would not be legal.

22          Q.      Did Ms. Watts ever tell you not to

23  respond to e-mails from Ira Kleiman?

24          A.      I don't know.  I don't remember.

25          Q.      Dr. Wright, did Stefan Matthews
```



Page 65

1   ever tell you that if you get a note in any form

2   from Ira's lawyer you would consider a response,

3   but until then Ira can take a flying leap?

4           A.      That sounds like something Stefan

5   Matthews would say, but at that point I was not

6   involved as a director so I don't recall.  I would

7   not have said anything to Ira.

8           Q.      Dr. Wright, did you ever check with

9   Baker & McKenzie before responding to messages

10  from Ira to ensure that you protected the --

11  strike that.  Did you ever check with Baker &

12  McKenzie, before responding to messages from Ira,

13  to ensure that you protected DeMorgan or nChain's

14  IP position?

15          MR. RIVERO:  Dr. Wright, please at

16  this point answer the question without going into

17  conversations.  If you will take it step-by-step,

18  please.

19          A.      Baker & McKenzie were my personal

20  lawyers and are still used, in part, as personal

21  lawyers for my wife and my myself.  After August

22  2015 I was not a director of any of the Australian

23  companies that I founded and I was not

24  represented, in a corporate sense, by Baker &

25  McKenzie.  I was personally represented by Baker &



Page 66

1    McKenzie.  I had made requests to Baker & McKenzie

2    concerning do I just ignore this guy now that I am

3    not a director and I had discussions on a personal

4    basis with my lawyers ----

5                 MR. RIVERO:  Dr. Wright, please

6    don't go into those discussions.  Don't go into

7    discussions with those counsel.

8            A.       In that case, I cannot answer

9    further.

10   BY MR. FREEDMAN:

A-H-R

11           Q.       Dr. Wright, did you ever tell the

12   Australian Tax Office that you did your best to

13   hide the fact that you had been running Bitcoin

14   since 2009?

15           A.       Not exactly that terminology.  That

16   was transcribed incorrectly.

17           Q.       What was it that you had said --

18   you know what, strike that question.  You

19   acknowledge there is a transcript that represents

20   you have said that then, is that accurate?

21                 MR. RIVERO:  Objection to the form.

22           A.       I acknowledge that there is a fake

23   transcript that has been leaked by Gizmodo and

24   that we had contacted the Australian Tax Office

25   and complained about the inaccuracies in a



Page 67

**H-R**

1    document that they sought to use to prejudice us,

2    that was then to be updated and that the updated

3    document -- the real transcript -- has no such

4    comment.

5              MR. RIVERO:  Just a moment.

6    I reserve all rights with regard to any

7    transcripts, including those improperly published.

8    BY MR. FREEDMAN:

**Auth-F-H-R**

9         Q.      Understood.  Dr. Wright, I am

10   putting on the screen what you produced in this

11   litigation as Defense 51780.  Let me know if you

12   see that up there.

13              (Exhibit Defense 51780 referred to)

14        A.      Yes.  I will once again state that

15   I did not produce it.  My lawyers produced this.

16   I had no part in giving it over.

17              MR. RIVERO:  You have only been

18   asked to look at the document.  While you are

19   looking at it I just want to state that we will be

20   moving to exclude all use of all these

21   transcripts.  I will just reserve objections,

22   Mr. Freedman, if you will agree, without need to

23   repeat the objection constantly.  We object to the

24   use of the transcripts and we intend to move to

25   exclude all of this.  I hope you will agree that I



Page 68

1   don't have to repeat that.

2   BY MR. FREEDMAN:

3        Q.      You don't have to repeat.  That I

4   understand your objection.  It's preserved as to

5   any of use of the transcripts.  Do you recognise

6   this document?

7        A.      I have seen this document on

8   Gizmodo, yes.

9        Q.      I am going to ask you to go to page

10  27.  I am going to bring you there.  Is this a

11  good -- can you read this?

12       A.      I can.

13       Q.      27, here we are.  Do you see on

14  line 14 it starts with the word "Wright"?

15       A.      I don't see a line 14.  I see a

16  "Wright" under 10.

17       Q.      You are right, that is line 12.

18  This line here, I take it this is line 10, this is

19  line 11 and this is line 12.  That is the way

20  I was going to refer to the document.  I think we

21  are on the same page now.  Can you read that --

22  sorry, I apologise.  I will take one step back.

Auth-F-H-R

23  This purports to be a transcript of a meeting, and

24  I am going to bring you back to page 1 so you can

25  see the document.  This purports to be a



Page 69

Auth-F-H-R

1  transcript of proceedings of a meeting with the
2  Australian Tax Office or an interview with the
3  Australian Tax Office between Des McMaster, Marina
4  Dolevski, Hoa Doa from the ATO and yourself Craig
5  Wright, John Chesher who is your CFO, and Andrew
6  Sommer who is your lawyer.  Is that accurate of
7  what it purports to be?
8              MR. RIVERO:  Objection.
9          A.      That is what it purports to be.
10  BY MR. FREEDMAN:

Auth-F-H-R

11          Q.      I am going to bring you back down
12  where we were a moment ago and back to line 12.
13  Can you read for me the full quote attributed to
14  Wright at line 12:
15          A.      Yes, I will read the erroneous
16  document starting at "Wright".  "I did my best to
17  try and hide the fact that I had been running
18  Bitcoin since 2009 but I think it's getting most,
19  most -- by the end of this I think half the world
20  is going to bloody know".
21          Q.      Did you say that in sum or
22  substance to the ATO on this date, on February
23  18th, 2014?
24              MR. RIVERO:  Objection.
25          A.      As I stated, this is a horribly



Page 70

1   erroneous document that was said to be corrected.

2   Basically, I would estimate that one word out of

3   100 was correct in this document.

4   BY MR. FREEDMAN:

5           Q.      Dr. Wright, did you say that quote

6   in sum or substance to the Australian Tax Office?

7                   MR. RIVERO:   Object to the form.

8           A.      No, I did not.

9   BY MR. FREEDMAN:

10          Q.      Did you begin mining Bitcoin in

11  2009?

12          A.      I did.

13          Q.      Did there come a time you stopped?

14          A.      Yes.

15          Q.      When did you stop?

16          A.      August in 2010.

17          Q.      Have you ever said that you stopped

18  mining in 2012?

19          A.      No, that is not actually correct.

20  What I had stated was that I started mining with

21  my son to teach him again at a later period.

22          Q.      Dr. Wright, I am going to put on

23  the screen -- I'm not sure what exhibit number we

24  are on, it is tough to keep track of it, but it

25  appears to be a -- we'll have to go back and



Page 71

1    exhibit everything in order.  It appears to be a

2    snapshot we collected of a Facebook profile Craig

3    S. Wright.  Do you see that?

4           A.    Yes, I see someone else's Facebook

5    profile as it is now.

6                 MR. RIVERO:  I'm objecting to the

7    use of this document, for completeness and other

8    reasons.

9    BY MR. FREEDMAN:

10          Q.    Do you recognise --

11                MR. RIVERO:  Mr. Freedman, for good

12   order could you just identify what we are looking

13   at since it does not have a Bates or exhibit

14   number or anything else, just so we can make a

15   record of what you are referring to.

16   BY MR. FREEDMAN:

17          Q.    I did say it purports to be a

18   Facebook profile and Dr. Wright says it belongs to

19   someone else.  Dr. Wright do you recognise this

20   post?

21                MR. RIVERO:  I need to make a

22   record also.  This is a document that says -- in

23   its first line it has what appears -- on the left

24   I see a small snapshot that may be Dr. Wright.  It

25   says Craig S. Wright.  Then it's timeline 2014,



Page 72

1   December.   Then it has some photographs underneath

2   and has four entries starting with Bobby Joe and

3   ending with Edwin Archer.   No Bates number, no

4   exhibit number.

5   BY MR. FREEDMAN:

H   6        Q.      We are going to identify this

7   document is Tag 1, which is its file name, so we

8   can mark exhibits later.   Do you recognise this

9   Facebook post?

10              (Exhibit Tag 1 referred to)

11        A.      No, I don't.

12        Q.      Can you read for the record the

13   Facebook post attributed to Craig S. Wright?

14              MR. RIVERO:   Object to the form.

H   15        A.      Yes, I see that post.   One of the,

16   I believe, 1500 existing Craig S. Wright's out

17   there, with my picture, has:   "Basically,

18   I stopped mining in 2012.   I will leave that for

19   others now".

20   BY MR. FREEDMAN:

H   21        Q.      Have you ever said you stopped

22   mining in 2011?

23              (Exhibit Tag 2 referred to)

24        A.      No.

25              MR. RIVERO:   I am trying to find



Page 73

1    the tag.

2              MR. FREEDMAN:  The entire document

3    is displayed on the screen.  There is nothing more

4    to it.  If you look on the screen, you can

5    research the file.

6              MR. RIVERO:  I found it.  Just give

7    me one second.  Thank you.

8    BY MR. FREEDMAN:

H   9         Q.      Do you recognise this as a tweet

10   from your @proffaustus account?

11        A.      Yes, that is a tweet from my

12   @proffaustus.

13        Q.      Can you read for the record the

14   first paragraph of that tweet?

15        A.      "Neither of us mined after 2011".

16        Q.      Is this a tweet you wrote,

17   Dr. Wright?

18        A.      Yes, I did not mine after 2011.

19   1st January 2011 I was not mining.

20        Q.      I just asked if you wrote it,

21   nothing else.  Please answer the question that is

22   being asked of you.

23              MR. RIVERO: I ----

24              MR. FREEDMAN: Mr. Rivero, you will

25   have time to redirect your witness as you want.



Page 74

1    The question was did you write it, not if it's

2    true.  I would appreciate it, Mr. Rivero, if you

3    would let me ask the questions unimpeded.

4              MR. RIVERO:  Mr. Freedman, lower

5    your tone.  I move to strike all your comments.

6    Your question has been properly asked.

7    BY MR. FREEDMAN:

8         Q.    Did you ever invest in a basic

9    system, prior to 2014, to make mining more

10   profitable?

11        A.    Yes.

12        Q.    Dr. Wright, did you mine Bitcoin as

13   Satoshi in 2009 and 2010?

14        A.    I did not mine as Satoshi at any

15   point in history.

16        Q.    Have you ever said that you mined

17   Bitcoin as Satoshi in 2009 and 2010?

18        A.    No, I mined owning a company.

Auth-H

19        Q.    Dr. Wright, I am going to put on

20   the screen what is identified for this purposes of

21   this deposition at tag 3.  Let me know when that

22   is up.

23              (Exhibit Tag 3 referred to)

24        A.    Uh-huh.

25        Q.    Do you recognise this as a post



H

1    from your Slack group?

2          A.      Yes, I do.

3          Q.      Dr. Wright can you for the record

4    please read the last paragraph of this post?

5          A.      "My life goal is to increase the

6    value of Bitcoin I mined as Satoshi in 2009/2010

7    to be as great as possible.  This will take

8    decades.  I am bot a beneficiary and I set up so

9    that the 225K will be used for a purpose ----

10         Q.      I think you misread that.  Can you

11   go back for the records.  I think you said 225K.

12         A.      Sorry.  "825K will be used for a

13   purpose ----

14         Q.      Just so we have a clean record I am

15   going to ask you to start from the beginning of

16   the quote.  Please read for the record the portion

17   of your post that starts from "my life goal"?

18         A.      Yes, I can take the out of context

19   thing and read that again.  "My life goal is to

20   increase the value of Bitcoin I mined as Satoshi

21   in 2009/2010 to be as great as possible.  This

22   will take decades.  I am bot a beneficiary and

23   I set it up so that the 825K will be used for a

24   purpose, not one Bitcoin that is to be spent on

25   me".



Page 76

1          Q.     It is true that you mined Bitcoin

2    as Satoshi in 2009/2010, is it not?

3                 MR. RIVERO:   Object to the form.

4          A.     I have written many things that are

5    not accurate, but that does not mean when I am

6    under oath I will not detail them in full.  So,

7    yes, I did not go into trying to explain to people

8    commonly that I set up a company in 2009 called

9    Information Defense, that was registered in

10   January 2009, that I went through a process with

11   the Australian industry organisation, tried to

12   have those companies registered in Australia, set

13   up shareholdings and staff and, between different

14   facilities I ran, operated and managed staff to

15   run those machines for me.  As a simple

16   explanation of all of the above, that is what

17   I said without being under oath.  If I am under

18   oath then no I will not say I mined as Satoshi

19   because, well, then I have to be fully truthful

20   and just simplifying things for the average person

21   generally seems to work.

22   BY MR. FREEDMAN:

23         Q.     Dr. Wright, you are saying that

24   your comment on this Slack forum was imprecise?

25         A.     It is extremely imprecise.  It is a



Page 77

 1    Slack forum where you don't get to sit there

 2    negotiating back and forwards or going into

 3    details.  Trying to explain to people from a

 4    variety of different countries, who may not even

 5    speak English as a first language, who are

 6    developers, the legal aspects of "Yes.  Well,

 7    I started a company.  The corporate ownership of

 8    that company then had rights that were transferred

 9    across international boundaries under a warrant.

10    The warrant was then executed, the companies did

11    an assignment right in 2010.  We closed those

12    down, merging the other things in", and trying to

13    explain that just complicates the matters of

14    trying to get a simple message across so, yes.

15           Q.     Thanks, Dr. Wright.  In May 2013

16    was the value of your Bitcoin wallet approximately

17    around AUD 100 million?

18           A.     Which Bitcoin wallet?

19           Q.     Any Bitcoin wallet?

20           A.     Of mine, no.

21           Q.     Did you ever tell anyone that the

22    value of your Bitcoin wallet was approximately AUD

23    100 million?

24           A.     If I did I would have been

25    referring to a corporate wallet, as in sometimes



Page 78

I use the royal "we" etc.

Q.     Was the value of your corporate Bitcoin wallet around approximately AUD 100 million in May of 2013?

A.     That is possible.  In 2011, between March and July, I had used money that I earned from a number of gaming contracts and other such things to purchase Bitcoin to be used without linking to my origin invention of Bitcoin from a number of exchanges, including Liberty Reserve, W&K, MIR I believe, mostly the sort of very small dodgy places because there was nothing else other than small dodgy places in Bitcoin land.  Those had been transferred into the companies.  The Bitcoin that I discussed at the time was the purchased Bitcoin.  The records for all those purchases and all the transfers into the company will demonstrate they are not mined Bitcoin, if that is what you are trying to get at.  So, yes, I had communicated about the corporate value, especially when communicating to different people about investment etc.

Q.     Did you ever pay MJF Mining any Bitcoin?

A.     I paid a combination of Bitcoin



Page 79

1    directly to them and as a direct assignment with

2    them as an agent.

3         Q.    On 30 August 2013 did you pay MJF

4    Mining the sum of 245,103.89 Bitcoin?

5         A.    I don't remember the date.  There

6    was an assignment done.  I did not pay personally,

7    if that is what you are asking.

8         Q.    Is that the correct amount that was

9    paid?

10        A.    I would have to look at the

11   accounts.  I am not the accountant.

12        Q.    Is it approximately what you recall

13   paying them?

14        A.    It would be somewhere in that

15   order.

16        Q.    On 15th September 2013 did you

17   transfer 135,100.10 Bitcoins to MJF Mining?

18        A.    Again, I was not and have not been

19   the accountant or bookkeeper, or anything like

20   that, for the companies.  I don't remember the

21   exact dates on these particular things, they had

22   no particular interest for me to remember the

23   date.  If there is something in my life that is

24   emotionally scarring or whatever else I will

25   remember a date.  This was not, so I didn't.



Page 80

1          Q.      But did you transfer something
2    around that order?
3          A.      Again, you are saying did I.  I had
4    people working and acting for me, so if your
5    question is did I instruct people to transfer
6    Bitcoin, the answer is yes.  If you are saying did
7    I personally do it, the answer would be no.
8          Q.      Did you instruct people to transfer
9    around that amount of Bitcoin to MJF Mining?
10         A.      I don't know the exact amount.
11   That is quite possible.
12         Q.      Did both of these transfers occur
13   after Dave died?
14         A.      Yes, I believe.  What date did you
15   say?
16         Q.      August and September 2013.
17         A.      Then, yes, definitely.
18         Q.      Dr. Wright, did Dave Kleiman
19   authorise the payment of these Bitcoin?
20         A.      Dave Kleiman was dead.  It is
21   difficult for a dead person to authorise anything.
22         Q.      So he did not?
23         A.      I cannot preclude that he could
24   have authorised it beyond the grave.  I am
25   Christian, I was a pastor.  I believe that after



Page 81

1   death we continue so I cannot say that he did not,

2   if you want to use the correct word of

3   "authorise", its meaning.  I feel that I did the

4   right thing but he did not tell me at any point

5   about authorising any of these transactions

6   because at no point was Dave Kleiman ever involved

7   with any of those companies, nor a party to do --

8   anything to do with them.

9          Q.     Did Dave Kleiman have anything to

10  do with the deal you struck with Mark Ferrier and

11  MJF Mining Services?

12         A.     The deal that I ended up going

13  through sort of happened after Dave Kleiman died.

14         Q.     That was not what I asked.  I just

15  asked if Dave Kleiman had anything to do with that

16  deal?

17         A.     Are you asking whether beyond the

18  grave somehow he managed to have a seance with

19  someone?  I don't believe in seances.

20         Q.     So the answer is no.

21         A.     Unless you believe in them, I don't

22  believe he can.

23         Q.     So unless Dave Kleiman communicated

24  beyond the grave he did not have anything to do

25  with these deals; is that an accurate statement?



Page 82

1          A.     Yes.

2          Q.     Did MJF Mining Services ever

3    acknowledge receipt of private keys to you?

4          A.     They announced they had received

5    it.  It was not directly to MJF Mining, it was

6    through accounts function as agent, so I am not

7    sure what was received to them directly and what

8    was given to other parties.

9          Q.     Did MJF Mining -- strike that.  Was

10   MJF Mining Services associated with Mark Ferrier?

11         A.     Yes, unfortunately.

12         Q.     Did Mark Ferrier send you Core

13   Banking software?

14         A.     No, Mark Ferrier did not send me

15   Core Banking software.

16         Q.     Did Mark Ferrier arrange for you to

17   receive Core Banking software?

18         A.     Yes, Mark Ferrier acted as an agent

19   for other parties who gave me source code to

20   Islamic banking software.

21         Q.     Did you pay for that software?

22         A.     Yes, I paid for that software.

23         Q.     What form of remuneration did you

24   provide for that software?

25         A.     I made an exchange with a group, a



Page 83

Saudi group, to exchange a large amount of Bitcoin
for copies of software.

        Q.     Did you buy anything else from
Mr. Ferrier, MJF Mining or any other company as
part of that transaction?

        A.     I attempted to buy something else.

        Q.     What is the total remuneration that
you paid for these things?

        A.     The Core Banking software or the
things that were not delivered?

        Q.     Why don't you break it down.
First, for the Core Banking software.

        A.     I don't know.  It will be in the
company accounts.  More than that, I have no idea.

        Q.     What about for the other things
that you purchased?

        A.     I know it was in the tens of
millions of dollars.  There were transfers of gold
that never occurred.  Mark Ferrier was meant to be
mining a mine for Pain, an Australian listed
mining company.  Unfortunately, it turns out
Mr. Ferrier duped a lot of people and never
appeared in the contract with Pain.  I had no
third party rights, so nothing occurred there.
I don't remember the value.  There was a lawsuit.



Page 84

1    Unfortunately, Mr. Ferrier fled overseas so I have

2    not tracked how much that is actually worth.  The

3    other was SCADA software.  The SCADA software was

4    from Siemens.  We were given a complete set of all

5    Siemens software, all control software and all

6    management software, including for power plants

7    and other global operations.

8            Q.    What is the total remuneration that

9    you paid for all of these things?

10           A.    I don't know.  You would have to

11   look at the accounts.

12           Q.    Did you and Dave arrange for the

13   sail of 500,000 Bitcoin to have access to Core

14   Banking software?

15                 MR. RIVERO:  Object to the form.

16           A.    As I said, Dave was dead.

17   BY MR. FREEDMAN:

18           Q.    Did you tell Ira that Dave arranged

19   for the -- strike that.  Did you tell Ira that you

20   and Dave arranged for the sale of 500,000 Bitcoins

21   to have access to Core Banking software?

22                 MR. RIVERO:  Object to the form.

23           A.    It was not 500,000, off the top of

24   my head, for Core Banking software.  I would need

25   to look at the amounts.



Page 85

1    MR. FREEDMAN:

2         Q.    I just asked if you told Ira that

3    you arranged for the sale of 500,000 BTC so that

4    you could have access to Core Banking software,

5    not whether the amount was correct.  Let me

6    rephrase so you can hear clearly the question.

7    Dr. Wright, did you tell Ira that you and Dave

8    arranged for the sale of around 500,000 BTC so

9    that you could have access to Core Banking

10   software?

11              MR. RIVERO:  Object to the form.

12   Dr. Wright, answer that question.

13        A.    No, but I do know that Mr. Kleiman

14   has created documents and sent them around saying

15   that.

16   BY MR. FREEDMAN:

17        Q.    Dr. Wright, I am going to share

18   with you what you have produced in this litigation

19   as Defense 00119167.  Can you let me know when

20   that is up on the screen?

21        (Exhibit Defense 00119167 referred to)

22        A.    That is up on the screen.

23        Q.    Do you recognise this as a printout

24   of an e-mail that purports to be from you to Ira

25   Kleiman, with a cc to Andrew Sommer?



Page 86

```
 1              A.       No, I did not.  There are a number

 2      of problems with this.  Where I said that unless

 3      there is something emotionally scarring or

 4      whatever else I don't remember dates, this happens

 5      to be an emotionally scarring date.  On 23rd

 6      August, this was just before the Tuesday following

 7      where we told the staff, on this particular day

 8      for the entire day I had been in communications

 9      with McGrathNicol, the external auditors that we

10      appointed over Hotwire, KPMG and other entities.

11      Basically, we had decided to appoint external

12      parties to manage Hotwire due to problems that we

13      had, so we were renegotiating contracts.  We were

14      with lawyers and other parties.  The entire

15      process of spending a day with everything there,

16      going through and having to close -- well, not

17      close but place not into liquidation, as you said,

18      but into external administration the company and

19      restructure was massively scarring, I would say,

20      mentally for me.  I remember the day and

21      unfortunately there was a day when I did not have

22      any e-mails sent.  I did not send a single e-mail

23      on 23rd April and there are public records that

24      attest that I was in these meetings.

25              Q.       Dr. Wright, is it your position
```



Page 87

1    then that you did not send this e-mail?

2         A.    It is my position that Mr. Kleiman

3    has been making up documents and that he has

4    worked with other people that I fired that have

5    been doing things like signing my signature to

6    raise money and that Mr. Kleiman has fabricated

7    quite a lot and then said things that are taken

8    from machines that I was no longer involved with

9    that he would have known have been fabricated,

10   yes.

11        Q.    I want to break that down.  The

12   first is, just so the records is clear, it is your

13   testimony that this is not an e-mail you sent,

14   correct?

15        A.    My testimony with the Craig S.

16   Wright A, whatever that says, is that Ira Kleiman

17   has been defrauding everyone, and he can sue me

18   for defamation on this one, because I think he is

19   a con man.

20        Q.    Dr. Wright, please just answer the

21   question I am asking.  I really don't want to have

22   to ask the court for more time.  I really want to

23   finish this but if you don't answer the question

24   it is going to take a lot longer.

25        A.    I did answer the question.



Page 88

```
 1          Q.      Is it your testimony that this

 2   document ----

 3                  MR. RIVERO:  I ----

 4   BY MR. FREEDMAN:

 5          Q.      Mr. Rivero let me finish the

 6   question and then you will have opportunity to

 7   object.  Dr. Wright, it is your testimony that

 8   this e-mail was not sent by you?

 9                  MR. RIVERO:  Dr. Wright, let me

10   speak.  Dr. Wright, please answer that question so

11   we can proceed.

12          A.      It is my testimony that this is a

13   fraudulently fabricated document involving Ira and

14   other people that I was not involved in the

15   sending of.

16   BY MR. FREEDMAN:

17          Q.      Can you read for me the first two

18   sentences of this e-mail that purports to be from

19   you?

20          A.      I can read the fabricated document,

21   saying:  "I have sold all of the BTC that I plan

22   to sell now.  In doing what we wanted to do, Dave

23   and I arranged for the sale or around 500,000 BTC

24   so that we could have access to Core Banking

25   software.
```



Page 89

1          Q.      Dr. Wright, you said that Ira

2   Kleiman has fabricated this e-mail -- strike that.

3   Do you believe Ira Kleiman has fabricated this

4   e-mail?

5                  MR. RIVERO:  Objection.  Asked and

6   answered.

7          A.      I believe that Ira Kleiman worked

8   with other people who were fired from my

9   organisation to fabricate this and many other

10  documents.  I believe that he knew that the

11  document dates that were changed in 2014 would

12  have been changed, that the reason -- that the

13  administration I told you about where people are

14  talking about e-mail headers and things like that

15  changing on that date and being forensically

16  differed, that was because we had gone through an

17  administration and had to rebuild all the servers

18  and import e-mails to a new domain being that

19  Hotwire was not our domain anymore because it was

20  under external administration and we had to set up

21  a new exchange server.  I believe that the only

22  reason all of those documents purporting to be my

23  forged documents that can be demonstrated to be

24  involved with the administration and the changes

25  of re-scanning are all because Mr. Kleiman and



Page 90

1   other people that used to work for me worked

2   basically to take money.  That he is a con man, a

3   fraud and he is making up things for this court in

4   order to steal or attempt to steal funds.  That is

5   my testimony.

6          Q.      What evidence do you have ----

7                  MR. CAIN:  We need to take a break

8   quite shortly because the SD card for the video

9   machine is going to run out.

10                 MR. FREEDMAN:  How much time do we

11  have?

12                 MR. CAIN:  Five minutes.

13  BY MR. FREEDMAN:

14         Q.      Perfect.  Dr. Wright, what evidence

15  do you have that Ira Kleiman fabricated this

16  e-mail?

17         A.      I have things that I have discussed

18  with my solicitors, I have the fact that I was not

19  available or sending e-mails on that day, I have

20  the evidence that my machines were compromised,

21  I have the evidence that the machines were shut

22  down and rebuilt, I have the public records to do

23  with the administration of the companies, I have

24  testimony of other people, I have forensic

25  analysis of some of the signatures proving that it



Page 91

1    was not me who signed them but other people,

2    I have other documents.  Unfortunately what

3    I don't have, because your side has not put any of

4    the required evidence in, are original documents

5    from Mr. Kleiman that he was required under

6    discovery to provide.

7            Q.      Dr. Wright, what evidence do you

8    have that specifically links Ira Kleiman to these

9    documents?

10            MR. RIVERO:  Hold on.  Objection.

11    Asked and answered.  Dr. Wright, just be careful

12    not to go into any discussions with counsel

13    anywhere, including us, including London.  Go

14    ahead and answer.

15            A.      I cannot answer that without going

16    into discussions with counsel as counsel were the

17    people running and managing all the forensic

18    personnel.

19            MR. FREEDMAN:  Why don't we take

20    that break now, you can switch up your SD card and

21    we'll flag this and come back to it.

22            (Recess at 1.58 p.m. to 2.29 p.m.)

23    BY MR. FREEDMAN:

R   24            Q.      Dr. Wright, would it be accurate to

25    say you filed a police report because you paid



Page 92

1    Mark Ferrier or companies associated with him for

2    something he never delivered?

3         A.    I filed a police report acting for

4    corporations.  The corporation, in capacity, had a

5    police report filed where I acted as the corporate

6    representative.

7         Q.    Because those corporations paid

8    Mark Ferrier for something that he never

9    delivered?

10         A.    His organisation would have had to

11    deliver but, yes, Mark Ferrier was a con man.

12         Q.    The witness statement we reviewed

13    yesterday was submitted to the New South Wales

14    police as part of that report?

15         A.    No, that was a draft document that

16    you had that was being produced by my solicitors

17    at the time, so what you had in the draft was

18    documents going back and forwards as my solicitors

19    were, basically, instructing me.

20         Q.    Did you ever send those reports in

21    any form, from drafts or file, to the New South

22    Wales police?

23         A.    The final version of the report was

24    filed in person with the police.

25         Q.    Did you file any drafts of the



Page 93

1    report with the police?

2              A.      The drafts I don't believe would

3    have been filed with the police, no.

4              Q.      Did you send any of the drafts to

5    the police?

6              A.      I don't know.

7              Q.      Would you have shared a draft with

8    the police that you did not believe to be

9    accurate?

10             A.      I doubt it.

11             Q.      Doctor, were you and Dave working

12   on creating a completely open and malleable form

13   of scriptable money?

14                     MR. RIVERO:  Object to the form.

15             A.      No, because what happened was

16   I invited Dave to work with me.  Dave never worked

17   with me.

18   BY MR. FREEDMAN:

19             Q.      Were you and Dave working on ways

20   to program a distributed contract using Bitcoin to

21   form agreements with people via the blockchain?

22             A.      No, none of that work ever began.

23   I invited Dave to be part of something like that

24   where I would develop a solution.  Unfortunately,

25   before any of that started Mr. Kleiman died.



Page 94

1        Q.      Were you and Dave working on

2    solving an issue where a transaction could be

3    issued potentially even after a confirmation if

4    the blockchain is reorganised?

5        A.      I think the way you are putting

6    that is a little bit off, but what I will say once

7    again is I started working in 2014 on a solution

8    that would enable transaction security.  That was

9    started in 2014, even though I had planned it and

10   talked to other people as early as 2011 and 2012.

11   No work was conducted until about February in 2014

12   so therefore, being that Mr. Kleiman had died in

13   2013, it was not possible for him to be working

14   with me.

15       Q.      Did you and Dave seek to create

16   autonomous agents in the Bitcoin block?

17       A.      No.  Mr. Kleiman has no ability to

18   code there.  Mr. Kleiman was invited to run

19   machines for me.  If he had not died I would have

20   had him acting as a system engineer and running

21   machines where I had run PSO's and other

22   technology as I experimented with this technology.

23              MR. RIVERO:  I had an objection

24   that was not picked up.  I had an objection to the

25   last question.  Go ahead, Mr. Freedman.



Page 95

1    BY MR. FREEDMAN:

2         Q.    Was the Bitcoin exchange by which

3    smart contracts would be connected an idea that

4    you developed with Dave Kleiman?

5         A.    No, no ideas that I discussed were

6    developed when Mr. Kleiman was alive.

7         Q.    Dr. Wright, I am going to share

8    with you now what we have produced in this

9    litigation as Kleiman 561744.  Do you see this

10   e-mail on the screen?

11        (Exhibit Kleiman 561744 referred to)

12        A.    I see the e-mail on the screen.

13        Q.    Is this an exchange of e-mails

14   between you and Ira Kleiman?

15        A.    No, because what you will notice is

16   it says "sent from my HTC".  Since 2011 I have

17   been using Samsung.  I have my records for my

18   Samsung purchases, going right back to a Samsung

19   3.  I have not used a HTC.  I believe the only

20   person I know who used a HTC was Uyen and she was

21   never authorised to send e-mails such as that from

22   me.

23        Q.    Is it your testimony that you did

24   not send this e-mail?

25        A.    I did not send that e-mail.  I did



Page 96

1    not have a HTC phone, I have a Samsung phone and

2    I did not set my Samsung phone to say "sent from

3    my HTC".

4            Q.      Dr. Wright, I am going to share

5    with you now what has been marked as exhibit 8 to

6    your deposition in April of 2019.  Do you recall

7    that deposition?

8            A.      Yes, I do.

9                    (Exhibit 8 referred to)

10           Q.      Do you recognise this e-mail as an

11   exchange of e-mails between you and Ira Kleiman?

12           A.      I recognise some of the parts.

13   I had sent a bond villains e-mail.  What I did not

14   recognise at the time was the "sent from my HTC",

15   so although I had forwarded information to Ira

16   I did not notice where, basically, part of this

17   e-mail was wrong.

18           Q.      Which part of this e-mail is right

19   and which part is wrong?  Do you want me to go to

20   the beginning of the chain so you can show that to

21   me?

22           A.      Yes.

23           Q.      It looks like that is e-mail number

24   one.  On February 20, 2014 at 12.54 a.m., Craig S.

25   Wright wrote:  "Just some e-mails from Dave".  Is



Page 97

1    this a real e-mail you sent?

2         A.    I instructed e-mails to be sent, so

3    that is quite possible.  You are saying that I

4    sent.  If I instructed, then it is sent.

5         Q.    Either you sent or you instructed

6    this e-mail to be sent to Ira, is that accurate?

7         A.    The one below, yes.

8         MR. RIVERO:  I am following on the

9    screen so we can proceed, but in the Dropbox this

10   exhibit I can only see the first page, just so you

11   are aware.  Keep going, but I cannot follow on the

12   screen.

13        MR. FREEDMAN:  Maybe if you

14   download the document it might help.

15        MR. RIVERO:  Keep going.

16   BY MR. FREEDMAN:

17        Q.    Dr. Wright, the next e-mail in this

18   chain appears to be from Ira on Saturday 1st March

19   2014 at 12.53 p.m.  Do you recognise this as an

20   e-mail you received from Ira Kleiman?

21        A.    Yes, I do.

22        Q.    Do you see here it says "GICSR

23   Trust in Belize"?

24        A.    Yes.

25        Q.    Was Dave affiliated with the GICSR



Page 98

1    Trust in Belize?

2         A.    No.  What you will notice there is

3    Ira stating that.  I did not say that Dave was

4    associated with any trust in Belize called GICSR.

5         Q.    The next e-mail appears to be on

6    Friday 3, February 28th 2014, from Craig S.

7    Wright.  Do you recognise that e-mail as an e-mail

8    that you either sent or authorised to be sent?

9         A.    Yes.

10         Q.    Then the next e-mail is from Ira on

11    sat March 4, 2014 at 9.23 a.m.  Do you recognise

12    that as an e-mail you received from Ira?

13         A.    No.

14         Q.    The next e-mail is an e-mail from

15    Ira to Craig on Sunday, March 2nd 2014 at 6.42.

16    Do you recognise that as an e-mail that you

17    received from Ira?

18         A.    No.

19         Q.    The next e-mail is an e-mail from

20    Craig S. Wright to Ira on Saturday March 4, 2014

21    at 3 o'clock p.m.; do you recognise that as an

22    e-mail you sent or authorised to be sent to Ira?

23         A.    No.  Again it is sent from my HTC,

24    which is not my HTC.  It says "my HTC".

25         Q.    Dr. Wright, do you recall that at



Page 99

1    your last deposition I asked you to read Ira's

2    e-mail from March 2, 2014?

3           A.     Yes.

4           Q.     Do you recall that?  Do you recall

5    that I also asked the following -- you to read

6    your response on March 4, 2014 at 3 o'clock p.m.,

7    that says "around that minus what was needed for

8    the company's use"?

9           A.     You had asked me about these things

10   at the time.  What I recollect was that the first

11   e-mails I sent I had no recollection.  I did not

12   think about the fact that there are other parts in

13   here, "sent from my HTC".  So, effectively

14   I looked at the first part of the e-mails there

15   where I had actually communicated with Ira and

16   I was not at that time believing that Ira could be

17   involved in fraudulently altering documents for

18   people.

19          Q.     In April 2019 you believed this was

20   a real e-mail from you to Ira.  You have

21   subsequently come to realise it is not; is that

22   accurate?

23          A.     No, I had not thought about the

24   first part of the e-mail.  I was thinking about

25   the other part that I had sent.  There are e-mails



Page 100

1   in this correspondence thread that are e-mails

2   from me.

3          Q.     Dr. Wright, at your last deposition

4   I asked you the following question and you gave

5   the following answer:  Question:  "Can you read

6   above that?"  Your response:  "At March 1st, 2014

7   at 3 p.m."  Answer:  "Mine.  Around that, minus

8   what was needed for the company's use".  Do you

9   recall that?

10                 MR. RIVERO:  Objection.

11   Dr. Wright, please.  Objection.  Improper.

12   Impeachment.  Go ahead, Dr. Wright.

13          A.     Yes.

14   BY MR. FREEDMAN:

15          Q.     At your last deposition you used

16   the word "mine" to refer to this e-mail, isn't

17   that correct?

18                 MR. RIVERO:  Objection.

19          A.     The later part of the e-mail is

20   mine.  What you are trying to say here is that I

21   would recognise everything.  When I see a stream

22   of e-mail communications that are supposedly mine

23   and there is a small response, I didn't even think

24   that someone would have compromised or otherwise

25   altered machines.  I had not thought about that



Page 101

1    until afterwards, until I thought about the HTC

2    bit.  I have been using Samsung phones for a long

3    time.  I rib my children and my wife about iPhone

4    and I have been trying to convince them to use

5    Samsung for a long, long time.  I did not actually

6    pick up on that at first, I thought this must be

7    something I sent.

8              Q.     Dr. Wright, did Dave Kleiman have

9    300,000 of the Bitcoin in the trust?

10             A.     Dave never any had anything in the

11   trust.  Dave never owned any property in any trust

12   I have ever had.  The error you are making is in

13   Bitcoin I purchased.  After 2011 I asked him to

14   hold files.  Those files were not Bitcoin.  Keys

15   are not the property in Bitcoin, contrary to what

16   the people paying your client want people to

17   believe so that government cannot stop them.  The

18   truth of the matter is, no, Mr. Kleiman has never

19   had anything to do with any of my trusts, from an

20   ownership or rights perspective, ever.  He never

21   had anything to do with the companies that I set

22   up overseas that were owned by those and he's

23   never owned any Bitcoin that I've owned or

24   purchased.

25             Q.     Was there a trust set up to put



Page 102

1    Bitcoin, that Dave was mining, into?

2         A.    I have come to believe no now.

3    I was told by Dave early on that he was doing a

4    whole lot of things.  Dave Kleiman, between 2008

5    and his death, had informed me that he was running

6    machines.  Dave Kleiman had informed me that he

7    was paying people.  I was worried at one stage

8    because I'd found out that some of the money that

9    I had given him ended up in Silk Road.  I was

10   informed by Mr. Kleiman that, "Oh no, I am hiring

11   people in Silk Road", and I was trusting and

12   gullible enough to have believed him.  Since then

13   I found out what actually happened, why he

14   basically was about to be kicked out of his house,

15   was all of that money that he had never went to

16   running machines, he was incapable of running

17   those machines, he exaggerated his position and

18   effectively the cocaine and opiates and other

19   things that he spent it on all basically went --

20   instead of running computers, instead of

21   developing code, instead of doing what he promised

22   he was doing, went into drugs.

23        Q.    Was there a trust in Panama set up

24   as a funding mechanism for the research you and

25   Dave were doing?



Page 103

```
 1          A.      Dave was not doing any research.
 2  Dave was not an academic.  Dave didn't even finish
 3  university.
 4          Q.      Did you ever tell the Australian
 5  Tax Office such a trust was set up?
 6              MR. RIVERO:  Same objection as
 7  previously about reliance on such transcripts.  Go
 8  ahead and answer.
 9  BY MR. FREEDMAN:
10          Q.      We gave you a standing objection to
11  that, so you don't have to do that.
12              MR. RIVERO:  I'm just establishing
13  my record.  Please go ahead.
14          A.      Again, those transcripts were not
15  even remotely accurate.
16  BY MR. FREEDMAN:
17          Q.      I did not mention the transcripts.
18  I just said did you tell the Australian Tax Office
19  such a trust was set up?
20          A.      No, I did not say that there was a
21  trust with Dave.  The tax office knew about all of
22  my trusts, going back until 1996.  Craig Wright
23  R&D was originally mentioned in an Australian
24  court case in 2003 and all of those things were
25  set up with their reciprocal Australian domiciled
```



Page 104

1    trust entity.  At no point was Dave Kleiman ever

2    mentioned, whereas I listed all the beneficiaries,

3    paid all the tax and recorded all the

4    documentation for each of these entities, so there

5    is not a Mr. Dave Kleiman as associated with any

6    of them.

7    BY MR. FREEDMAN:

8            Q.     Did you ever mine Bitcoin into a

9    Panama trust?

10           A.     No, I did not mine Bitcoin into a

11   Panama trust.

12           Q.     Dr. Wright is this the same trust

13   -- strike that question.  Dr. Wright, did you and

14   Dave ever put assets into the same trust?

15           A.     Dave has never had anything to do

16   with any assets that I have owned, other than

17   Coin-Exch.  The only company that Dave ever had

18   shares for was Coin-Exch and that only occurred

19   because I honoured a promise even though it turns

20   out that the person I thought Dave was was

21   different and that he never completed any task nor

22   had anything that he promised to do.

23   Unfortunately, Mr. Kleiman committed suicide four

24   days before he would be required to put his

25   Bitcoin that he promised he had into a company



Page 105

1   I had founded, but he was never associated with

2   any trust I was involved with.

3             My trusts are family trusts, they

4   don't involve anyone outside of my family.  They

5   don't involve friends, they don't involve

6   co-workers and they don't involve anything else.

7   At no point have any of my trusts mined Bitcoin.

8   My trusts hold shares in companies that mined

9   Bitcoin.  I have simplified this for people

10  because it becomes difficult at times and they

11  roll their eyes at me when I explain it.

12            I have a trust and that trust owns

13  shares.  The shares are in a company.  The company

14  is owned not in the past by multiple people.

15  Those company records are all filed.  The taxes

16  are paid, the employees are paid.  Then those

17  companies act.  When I say I am mining Bitcoin and

18  I have a staff member, an employee who is under a

19  contract working for me, then I am mining Bitcoin.

20  When someone runs a machine under my direction,

21  I am mining Bitcoin.  When I say I am mining

22  Bitcoin I mean that the trust that I founded runs

23  a company that employs people that do an employed

24  role to mine Bitcoin into the company, making the

25  shares more valuable.  By the shares being more



Page 106

1    valuable, increase the value in my trust.

2         Q.      Dr. Wright, was there ever a trust

3    where the assets were sourced from you and Dave?

4         A.      No, there were no assets that Dave

5    ever owned in any of my trusts.  The error that

6    people keep making is thinking that any keys or

7    files are assets.  Bitcoin keys are not assets.

8    Bitcoin keys don't even store Bitcoin.  That is a

9    misrepresentation by a number of criminals who

10   seek to have law enforcement believe that Bitcoin

11   operates and is like account based, and not a UTXO

12   based system.  If you actually recognise it, it is

13   the equivalent of bags of rice; we're holding a

14   number of tokens.  Each of those tokens is what

15   makes up Bitcoin.  Each is individual, indivisible

16   and can be moved between each of the bags, but the

17   bags are not the keys.

18              MR. FREEDMAN:  Mr. Rivero, I would

19   ask you to please ask your client to limit his

20   answer to the question posed.  If you don't and he

21   does not, we are going to end up back in the front

22   of the court for more time for this deposition.

23              MR. RIVERO:  Please just ask your

24   next question.

25   BY MR. FREEDMAN:



Page 107

1          Q.      Did you ever tell the Australian

2   Tax Office that there was a trust where the assets

3   were sourced from you and Dave?

4          A.      No, that is not what I told the

5   Australian Tax Office.  The Australian Tax Office

6   kept trying to make up that story.  My comment to

7   them was I have a trust, that trust has shares,

8   those shares are the company that I set up in

9   Australia that the tax office knew about.  I said

10  I wanted to work with Dave.  I wanted to set up a

11  new company in 2011 after I'd started mining.

12         Q.      Dr. Wright, did you have a trust

13  that held Bitcoin which funded seven or eight

14  entities that you controlled via a loan?

15         A.      I did not control anyone via a

16  loan.  You don't control things via loans.

17         Q.      Let me rephrase the question.  Dr.

18  Wright, did you have a trust that held Bitcoin

19  which, via a loan, funded seven or eight entities

20  that you controlled?

21         A.      I had loans used as capitalisation

22  of rights, and those loans were associated with a

23  trust through a company.

24         Q.      How did the Bitcoin get into that

25  trust?



Page 108

1          A.      The Bitcoin was in a company.

2          Q.      Who gave you the loan?

3          A.      No one gave me the loan.  I don't

4     have a loan.

5          Q.      Did you have a trust that held

6     Bitcoin which funded entities that you controlled?

7                  MR. RIVERO:  Objection.  Asked and

8     answered.  Answer again, Dr. Wright.

9          A.      I believe, and it might add a

10    little bit of clarity for you here, when you see

11    something -- Craig Wright R&D, Craig S. Wright ABN

12    number etc., you are not saying Craig Wright you

13    are seeing an organisation.  Any time that you see

14    Craig Wright R&D or Craig Wright with an ABN

15    number, an Australian Business Number, then any of

16    those sorts of entities are not me personally.

17    When I note them -- unfortunately, I have been

18    banned from ever naming anything ever again

19    because I have this habit of naming things the

20    same thing or my name or whatever else, so there

21    are many multiple entities -- companies and

22    businesses -- called Craig Wright, Craig Wright

23    R&D and whatever else, but none of those are

24    listed in any contract as Craig Wright.  They are

25    Craig Wright ABN number, Craig Wright other



Page 109

1   number.  When there is an individual contract --

2   in person contract for myself, that will either

3   have my tax file number or other identifying

4   aspects.

5              MR. RIVERO:  Dr. Wright, although

6   I think you have clarified the record, perhaps for

7   the questioner that was not actually the question.

8   Let's try to answer the question.

9   BY MR. FREEDMAN:

10       Q.     Dr. Wright, would it be accurate to

11  say that Craig Wright R&D is really just a

12  business name associated with you individually?

13             MR. RIVERO:  Object to the form.

14       A.     No, that would not be right.

15  BY MR. FREEDMAN:

16       Q.     Have you ever said that to anyone?

17       A.     In early periods of when I set that

18  up in 1996 that was correct.

19       Q.     Did you ever have a trust that held

20  ----

21             MR. RIVERO:  Something happened to

22  the audio.  I could not hear the question.  I do

23  not think it is on the record.

24             MR. FREEDMAN:  Can you hear me now?

25             MR. RIVERO:  Yes.



Page 110

1          A.      I have ----

2                  MR. RIVERO:  There is no pending

3    question, not a question that I could understand.

4    BY MR. FREEDMAN:

5          Q.      Did you have a trust that held

6    Bitcoin?

7          A.      I have never held a trust that

8    holds Bitcoin.  I have founded a trust, which I am

9    no longer a trustee of, that holds shares, and

10   those shares are in companies that own Bitcoin.

11         Q.      Did those companies ever fund other

12   companies with that Bitcoin?

13         A.      That becomes difficult to go into

14   because now we are talking about multiple

15   companies and whatever else.  If you are talking

16   about Wright International Investments, then no.

17   Wright International Investments holds Bitcoin

18   that I mined between 2009 and August 2010.  The

19   rights to all of that Bitcoin reside in that

20   company.  That company has never done anything

21   with its Bitcoin; they have not moved, they have

22   not transacted, they have not done anything.  The

23   only uses of any Bitcoin associated with Wrights

24   International Investment were effectively donated

25   to people like Hal Finney and Mike Hearn, back



Page 111

1    when Bitcoin had zero value, effectively, and a

2    couple of other transactions to try to get people

3    to understand how Bitcoin worked.  So, they were

4    zero value transactions that were never recorded.

5              The other company is Tulip Trading

6    Limited.  Tulip Trading Limited is a company that

7    holds Bitcoin I purchased in various times in

8    2011, and those purchased Bitcoin have been used

9    in the funding of companies.

10        Q.    Did you actually transfer the

11   Bitcoin to funds those companies -- strike that.

12   Did Tulip Trading actually transfer the Bitcoin to

13   fund those companies or did it assign rights to

14   the Bitcoin to fund those companies?

15              MR. RIVERO:  Objection.  I object

16   to the form of the question, based on the previous

17   testimony.  I just want to say, in response to a

18   prior comment, that I think this series of

19   questions and answers shows the difference between

20   evasive and lengthy answers and questions that

21   misapprehend the stated facts, which in fact have

22   been answered properly in the way that explains

23   the situation.  Go ahead and answer if you can.

24              MR. FREEDMAN:  Hold on.  I am going

25   to respond to that.  The record will reflect what



Page 112

1    it reflects, Mr. Rivero.  So we have a clear

2    record I am going to read back that question.

3    Dr. Wright, did Tulip Trading actually transfer

4    the Bitcoin to fund those companies or did it

5    assign rights to the Bitcoin to fund those

6    companies?

7                MR. RIVERO:  Same objection.

8         A.     Both.

9    BY MR. FREEDMAN:

10        Q.     Was Panopticrypt ever the guarantor

11   of a Seychelles trust?

12        A.     No.

13        Q.     Did you ever tell that to the

14   Australian Tax Office?

15        A.     No.

16        Q.     Was Panopticrypt meant to be there

17   for Dave?

18        A.     No, Panopticrypt had nothing to do

19   with Dave.  Panopticrypt was set up between myself

20   and Ramona, as I had started living with my now

21   wife and working with her.  I set up a company

22   with her.  It never had any ownership or rights to

23   do with any other person.  The complete company

24   records reflect that.

25        Q.     Dr. Wright, do you recall reaching



Page 113

1  out in 2014 to Patrick Paige about Dave's

2  involvement in Bitcoin?

3           MR. RIVERO:  Object to form.

4      A.     I don't remember the exact date

5  but, yes, I do.

6  BY MR. FREEDMAN:

H   7      Q.     Did Patrick ask you about a list of

8  Dave's accounts?

9      A.     He was searching for various

10  information.  I believe at one stage he had said

11  "accounts", which is not technically correct.

12  There are no accounts with Bitcoin unless you are

13  talking about an exchange, and I have no knowledge

14  of any involvement Dave might have had with

15  exchanges.

H   16     Q.     Do you recall, after he asked you

17  about accounts, that you responded with a list of

18  items?

19     A.     Yes, I did.

20     Q.     And one of those items was W&K?

21     A.     I asked him to search for W&K

22  because if there were corporate records then -- if

23  Dave had maintained records correctly, as he is

24  required to by law, then there should be records

25  of any Bitcoin addresses Dave would have owned.



Page 114

1    Q.    Dr. Wright, I am going to share
2    with you what you produced in this litigation
3    DEFAUS 112977.  Do you recognise this as a
4    printout of e-mails between you and Patrick Paige?
5    (Exhibit DEFAUS 112977 referred to)
6    A.    I recognise this but I did not --
7    this was produced by my lawyers from an Australian
8    company capture so, no, I didn't produce it.
9    Q.    Do you see here, on the bottom of
10   the Bates label 11297 -- the top of 112978 the
11   e-mail from Patrick Paige to Craig Wright on
12   Monday 17the February 2014 at 1.01 a.m.?
13   A.    Yes.
14   Q.    Do you see Patrick asked you:
15   "What about accounts and location DK had" etc,
16   "DK" being Dave Kleiman.  "I thought you were
17   going to put a list together".  Do you see that?
18   A.    Yes.  I did not realise how little
19   knowledge Patrick Paige had of Bitcoin.
20   Unfortunately, I over-assume the amount of
21   knowledge people have.  There are not accounts in
22   Bitcoin, but I did not realise -- I keep thinking
23   that people understand my invention.  They don't.
24   Q.    Is this a real e-mail you received
25   from Patrick Paige, Dr. Wright?



Page 115

H

1    A.    That looks correct, yes.

2    Q.    Then on February 16, 2014 at 3.41

3  p.m. you responded; do you see that?

4    A.    I did.

5    Q.    Was that actually your response?

6  Did you send that?

7    A.    Yes, I sent such a response.

8    Q.    You said:  "I do not have a lot to

9  give you.  These may help:  W&K Info Defense LLC

10  and then GICSR Trust".  Do you see that?

11    A.    Yes.

12    Q.    Was Dave a beneficiary of the GICSR

13  Trust?

14    A.    No, Dave was not involved with

15  GICSR at all.  GICSR is an organisation set up to

16  instruct and fund law enforcement globally.  If

17  you look at the original website etc, what was

18  involved was a combination of NASA, Department of

19  Homeland Security and the NSA.  Basically, my role

20  in the Asia Pacific area was to teach and instruct

21  governments and law enforcement, which I did.

22  I had tried to teach them forensics and the

23  interception of illegal money laundering

24  activities.  The GICSR Trust noted there was

25  because at one stage I had sent Bitcoin to Dave.



Page 116

1    It is not that he was a beneficiary.  I have

2    funded Dave in the past, I paid him money to do

3    certain jobs if he had any records that he had

4    kept, which I discovered later that he did not,

5    then he would have been able to link that to the

6    payments he was receiving from me to do work.

H

7         Q.      Dr. Wright do you see above that at

8    the top of the page is an e-mail from Craig Wright

9    to Patrick Paige at 12:33:11 p.m.?

10        A.      Yes, I do.

11        Q.      Is that an actual e-mail you sent

12   to Patrick Paige?

13        A.      That looks correct, yes.

14        Q.      Dr. Wright you resigned from GICSR

15   -- strike that.  Dr. Wright you tendered your

16   resignation to GICSR in February 2012, is that

17   correct?

18        A.      I don't remember when I did.  The

19   organisation was moved over to a new organisation.

20   The same people kept going so, basically, I kept

21   funding the same activities that I was doing in

22   the new organisation.

23        Q.      Dr. Wright have you ever told the

24   ATO, after Dave's death, that the matter of your

25   funding was to remain of the upmost secrecy?



Page 117

1          MR. RIVERO:  Objection.  Same

2  objection.

3          A.     That is not what I told the ATO,

4  no.

5  BY MR. FREEDMAN:

6          Q.     Have you ever told the ATO that the

7  funding is in cash and Bitcoin?

8          A.     That is not what I told the ATO,

9  no.

R

10          Q.     Were you ever part of a group that

11  controlled 5% of the global Bitcoin market?

12          A.     There is no group.  There are

13  organisations that I am involved with that at one

14  stage would have controlled that amount.

H

15          Q.     Dr. Wright, I am going to share

16  with you what you have produced in this litigation

17  as Defense 46093.  Do you recognise this as the

18  printout of an e-mail between you, Mark Italia at

19  the ATO with a cc to Ms. Watts and other

20  individuals?

21          (Exhibit Defense 46093 referred to)

22          A.     It looks familiar.

23          Q.     Did you send this e-mail?

24          A.     Again, it looks familiar.  I am not

25  sure what the from is, so I cannot say.



1    Q.    Do you see, on the sixth line down
2    from the top it says:  "Our funding comes as we
3    are the group that controls 5% of the global
4    Bitcoin market"?
5    A.    Yes.
6    Q.    Who is the group?
7    A.    The group here was the companies
8    that I was operating.  So at this point, if we are
9    looking at October 2013, then it was Hotwire in
10   Australia, Wright Family Trust in Australia,
11   Panopticrypt in Australia, a number of other
12   companies subsidiary to those, and overseas
13   entities that were basically acting as the
14   controlling entities for the Australian entities.
15   Q.    Dr. Wright it is true you knew Dave
16   had at least 300,000 Bitcoin, right?
17            MR. RIVERO:  Object to form.
18   A.    No, that is not true.
19   BY MR. FREEDMAN:
20   Q.    Dr. Wright, did Dave Kleiman ever
21   tell you that he had at least 300,000 Bitcoin?
22   A.    Yes, Dave Kleiman told me that he
23   had 300,000 Bitcoin.
24   Q.    Dr. Wright, I am going to share
25   with you what has been produced in this litigation



Page 119

H

1    as Defense 41.  Do you recognise this as the
2    printout of an e-mail chain between you and Dave
3    Kleiman?
4           (Exhibit Defense 41 referred to)
5           A.     Unfortunately it is too small.
6    I cannot recall it.
7           Q.     Let me zoom in for you.
8           A.     Thank you.
9           Q.     How is that?
10          A.     Yes, this is familiar.  Yes.
11          Q.     I want to go down to the bottom of
12   this e-mail chain.  Do you recognise the last
13   e-mail on the page from Dave Kleiman to Craig
14   Wright on 7th September 2012 as a real e-mail from
15   Dave to you?
16          A.     Yes.
17          Q.     Is it signed with Dave's PGP key?
18          A.     I cannot verify that, but I believe
19   this e-mail was signed by his PGP key.  I cannot
20   look at a PGP signature and, unfortunately, I am
21   not a computer, I cannot validate it.

H

22          Q.     The last paragraph of this e-mail
23   it says:  "It is confirmed that I have B" --
24   I take it that was Bitcoin -- "320,832.1 and
25   change"?



Page 120

H 1         A.       I cannot assume that is Bitcoin.

2 It could be Thai baht.

3         Q.       Did you have any reason to suspect

4 Dave Kleiman was involved in the currency from

5 Thailand?

6         A.       Now I would, yes.

7         Q.       Why was he involved in Thailand?

8         A.       Because Dave had a lot of

9 interaction with people in Silk Road and the 2IC

10 was involved in the Silk Road from Bangkok.

11 Variety Jones was arrested and charged not that

12 long ago when he tried to move some of the Silk

13 Road money in Bangkok, and a lot of the operations

14 to do with Silk Road happened to do with the drug

15 things in Bangkok.

16         Q.       Dr. Wright, I am going to go back

17 up to the e-mail we have been looking at.  Do you

18 see the e-mail from Craig Wright to Dave Kleiman

19 on 8th January 2013?

20         A.       Yes.

21         Q.       Did you send that e-mail to Dave

22 Kleiman?

23         A.       It looks familiar.

H 24         Q.       Going to go up again.  Do you this

25 e-mail from Dave Kleiman to Craig Wright on



Page 121

H

1   Tuesday January 8th, 2013 at 11.48 p.m.?

2           A.      Gain, it looks familiar.

3           Q.      That looks like a real e-mail that

4   Dave Kleiman sent to you?

5           A.      Yes, it looks familiar.

6           Q.      The e-mail above that, from Craig

7   to Dave on January 8th 2013 at 11.57, does that

8   look like an e-mail you actually sent to Dave?

9           A.      It could have been.

10          Q.      On top of that there is an e-mail

11  from Dave to Craig on January 15the, 2013; is that

12  an e-mail you received from Dave?

13          A.      It looks right.

14          Q.      Then, on top of that, an e-mail

15  from Craig to Craig on January 15th, 2013; is that

16  an e-mail you sent to yourself?

17          A.      I don't know.  I could have

18  forwarded an e-mail to myself.

19          Q.      Dave responds to the e-mail you

20  sent to yourself on January 16th, 2013.  Does that

21  look like an e-mail that Dave sent to you?

22              MR. RIVERO:  Before you answer,

23  Mr. Freedman let me note for the record I don't

24  know what that is.  It appears like it could be a

25  Post-it and I don't know if that is in the



Page 122

```
 1   original document, or it could have been something
 2   in a production process.  I will note that for the
 3   record.  Go ahead and answer, Dr. Wright.
 4          A.    I don't know, so I don't know if
 5   this is things tacked together on that or whether
 6   I bcc'd him or whatever else.  Yes, what I have
 7   discovered after that was I was dumb enough to
 8   believe that Mr. Kleiman did not use drugs and did
 9   not do a whole lot of things that he did in his
10   life.  I had no idea that Dave was not hiring
11   people off Silk Road.  I was too ignorant and
12   I actually thought otherwise.
13   BY MR. FREEDMAN:
14          Q.    Dr. Wright, I was just asking if
15   this is an e-mail between you -- that you received
16   from Dave Kleiman.  I'm not asking about the
17   contents at this time.
18          A.    I cannot verify it by looking at
19   it, other than it looks familiar.
20          Q.    Thank you.  Dr. Wright, regardless
21   of this e-mail, you previously testified that Dave
22   told you he had over 300,000 Bitcoin, correct?
23          A.    Dave had told me he had 300,000
24   Bitcoin and I believed him at the time,
25   unfortunately.
```

H



Page 123

1      Q.      Were you aware that Dave kept his

2  Bitcoin mining a secret?

3      A.      Actually, I don't believe Dave ever

4  Bitcoin mined.

5      Q.      At the time did you believe that

6  Dave Kleiman kept his Bitcoin money a secret?

7      A.      I believe that Dave was running

8  machines.  I don't believe he kept it secret.

9      Q.      Did Dave tell you that he told

10  anyone about his Bitcoin mining?

11      A.      Dave hardly ever told me anything.

12  It was mainly a one-way street where he listened

13  to me and responded.

S   14      Q.      So there was a possibility that

15  Dave did -- strike that.  Just like Dave didn't

16  tell you anything, it was possible that he did not

17  tell anyone else about his Bitcoin mining; is that

18  accurate?

19          MR. RIVERO:  Object to form.

20      A.      I don't know what Dave would have

21  told other people.

22  BY MR. FREEDMAN:

23      Q.      Dr. Wright you knew Dave died in

24  April 2013, correct?

25      A.      I know Dave committed suicide at

Non-responsive; foundation; speculation; unduly prejudicial;
subject to pending MIL



Non-responsive; foundation; speculation; unduly prejudicial; subject to pending MIL

Page 124

1    that time, yes.

2           Q.     The first time you had anyone reach

3    out to the Kleiman family was in February 2014,

4    correct?

5           A.     No.

6           Q.     When was the first time you had

7    somebody reach out to the Kleiman family?

8           A.     I was trying to get hold and find

9    where the Kleiman family were for quite some time

10   before that.

11          Q.     How much time?

12          A.     From about May of the year before.

13          Q.     So from May of 2013 you began

14   trying to get in contact with the Kleiman family?

15          A.     Yes.

16          Q.     It took you ten months to finally

17   contact the Kleiman family in February 2014; is

18   that accurate?

19          A.     The entire thing I was doing was

20   not just searching for the Kleiman family.  No, it

21   was not me who found them.  I was given his

22   address by someone who worked for me.

23          Q.     Was there a trustee for a

24   substantive trust that you were not allowed to get

25   until 2015?



Page 125

1          MR. RIVERO:  Object to form.

2          A.     2015?  Not that I know of.

3    BY MR. FREEDMAN:

4          Q.     Did you make Dave Kleiman create

5    such a trust deed?

6          A.     Dave Kleiman is not a lawyer and

7    Dave Kleiman did not ever create a trust deed for

8    me.

9          Q.     Did you make Dave Kleiman

10   effectuate -- strike that.  Did you ever tell the

11   Australian Tax Office that you created such a

12   trust deed?

13         A.     No, I did not create such a trust

14   deed.

H-R

15         Q.     Dr. Wright, I am going to share

16   with you what has been produced in this litigation

17   as Defense 45457.  Let me know if you see that on

18   the screen.

19         (Exhibit Defense 45457 referred to)

20         A.     If you could go in a little bit.

21         Q.     Zoom in?

22         A.     Yes, please.

23         Q.     Okay.  Hold on.

24         A.     Yes, I can see this.

25         Q.     Do you recognise this as a printout



H-R

1    of an e-mail you sent to Mark Italia at the

2    Australian Tax Office, with a cc to other

3    individuals including Ms. Watts, your wife?

4             A.       It looks like one that I instructed

5    to be sent.

6             MR. RIVERO:  I object to everything

7    to do with the ATO to the extent that I haven't

8    previously stated.  Go ahead.

9    BY MR. FREEDMAN:

H-R

10            Q.       Dr. Wright, you will notice that

11   there are two pages ending in Defense 45458 and

12   there were attachments to this e-mail, as you can

13   see here.  I am going to load up what was produced

14   as one of the attachments to this e-mail, which is

15   Defense 45461.  Can you see that on your screen?

16        (Exhibit Defense 45461 referred to)

17            A.       Yes.

18            Q.       Do you recognise this declaration?

19            A.       Yes, but it has some errors in it.

20            Q.       What are the errors in this

21   declaration?

22            A.       The HTC phone used was not actually

23   mine.

24            Q.       What other errors are in it?

25            A.       "Bitcoin wallet addresses" is not



Page 127

H-R
1    correct, but I did not correct that.  It should

2    just be "Bitcoin address in a wallet" or

3    something, but trying to explain that ----

4              Q.      Okay.  Any other errors?

5              A.      No.

6              Q.      Is this an authentic document?

7              A.      It relates to an authentic

8    document, yes.

H
9              Q.      I am not sure what means.  Is this

10   an authentic document?

11             A.      That is a scan of an authentic

12   document.

13             Q.      Are the statements in this document

14   true, besides from the errors that you have

15   corrected?

16             A.      Besides from the errors, yes.

17             Q.      So you came to Mr. D'Emilio's

18   office on 11th October 2013, right?

19             A.      Yes.

20             Q.      You showed him a HTC mobile phone

21   that was not yours, is that right?

22             A.      Yes.

23             Q.      You showed him the addresses listed

24   in paragraph 3; is that correct?

25             A.      I would have to look at the



Page 128

1    addresses, but I am assuming that this is the

2    correct one that he demonstrated.

3         Q.    Did you review this before he

4    signed it?

5         A.    We reviewed it.  I missed a couple

6    of points on there, as I just noted, but I cannot

7    tell you from memory which Bitcoin addresses will

8    or will not be correct.

9         Q.    Did you control the Bitcoin in all

10   the addresses you showed Mr. D'Emilio?

11        A.    He tested number 3 and one of the

12   other ones and demonstrated that I had full

13   control over those two addresses.

14        Q.    I am asking you, Dr. Wright, could

15   you make transactions with those Bitcoin

16   addresses?

17        A.    I would have been able to make a

18   transaction and send it to the network, not just

19   sign a message for him.

20        Q.    How did you obtain these Bitcoins

21   -- strike that.  I will make that question a

22   little more precise.  How did you obtain control

23   over the -- strike that.  How did you obtain

24   control over these Bitcoin addresses?

25        A.    You don't actually control a



Page 129

```
 1    Bitcoin address.  You control private keys, if

 2    that is what you are asking.  The control ----

 3            Q.      That is a great correction.  Just

 4    so we have a clear record, let me just rephrase

 5    the question.  How did you obtain the private keys

 6    to these Bitcoin addresses?

 7            A.      They were purchased through a

 8    Russian exchange, I think it was W&KIR, for money

 9    through Liberty Reserve.

10            Q.      And were these Bitcoin addresses

11    that ended up in Tulip Trading?

12            A.      Yes.

13            Q.      Dr. Wright, before we leave this

14    document, I want to ask whose HTC mobile did you

15    take with you to Mr. D'Emilio's office?

16            A.      That was one of the staff members.

17    I am trying to remember the name.  It could have

18    been Roberts.  I had set things up on ----

19            Q.      It was an employee's phone, is that

20    fair?

21            A.      Yes.  We were creating a wallet

22    with what we called Coin and we had a version of

23    wallet software running.  Sorry, I cannot remember

24    his last name at the moment.  It starts with U.

25            Q.      Robert Urquhart?
```



Page 130

```
 1              A.      Yes, I think it was his.

 2              Q.      Why did you take a staff member's

 3    phone number and not use your own?

 4              A.      It wasn't a phone number.

 5              Q.      Why did you take a staff member's

 6    phone and not your own?

 7              A.      Because we were developing an app

 8    and it was basically a company phone that was

 9    being used for the development of -- well, C01N

10    had a wallet.  The wallet was going to be similar

11    to something like HandCash or Sent B we have now,

12    where you have a simplified phone web-based

13    application allowing you to spend and receive

14    Bitcoin online.

15              Q.      You recognise, Dr. Wright, at the

16    time you signed this declaration there was a

17    significant amount of Bitcoin in these addresses?

18              A.      Yes, I do.

19              Q.      You put access to that significant

20    amount of capital on to an employee's cell phone?

21              A.       This was actually by employees.  It

22    was in the company so there was a company thing

23    doing -- where I said we are developing an

24    application we are testing an application, so yes.

25    What you seem to think though is owning the
```



Page 131

```
 1    private key is the only part that makes you own

 2    Bitcoin, which is not correct at all.  You own

 3    Bitcoin because you have rights ----

 4            Q.    I did not ask you ----

 5            A.    Actually, you did.  You are asking

 6    me why I did that, that I did it and whatever

 7    else.

 8            Q.    Dr. Wright, I want to go back to

 9    the statement that these Bitcoin ended up in Tulip

10    Trading.

11            A.    Yes.

12            Q.    At your previous depositions you

13    have told us that you had a law firm in Panama

14    called HighSecured that managed this Bitcoin for

15    you; is that accurate?

16            A.    At a later date, yes.

17            Q.    You told us that HighSecured

18    managed between 600-750,000 Bitcoin; is that

19    accurate?

20                  MR. RIVERO:  Object to form.

21            A.    I would need to see the accounts,

22    but somewhere around that amount at one stage,

23    only at the beginning.

24    BY MR. FREEDMAN:

25            Q.    Then you said at your previous --
```



Page 132

1   you testified previously that you ended up

2   spending all but a little over 100,000 of that

3   Bitcoin in your various companies; is that

4   accurate?

5          A.     That is correct.

6                 MR. RIVERO:  Object to the form.

7   BY MR. FREEDMAN:

8          Q.     And that Ritzela De Gracia from

9   HighSecured was the woman who was managing those

10  Bitcoin for you at HighSecured; is that accurate?

11         A.     That was the final person.  There

12  were other people.  I don't have the other names

13  in front of me.

14         Q.     And that she has fled and with her

15  taken the balance of Bitcoin -- the little over

16  100,000 Bitcoin with her; is that accurate?

17                MR. RIVERO:  Object to form.

18         A.     She has taken some Bitcoin with

19  her, yes.

20  BY MR. FREEDMAN:

21         Q.     Did she take the full 100,000 or so

22  or did you get some of that back?

23         A.     No, I didn't get that back.

24         Q.     So far as you know, she disappeared

25  with access to a little over 100,000 of your



Page 133

1    Bitcoin; is that accurate?

2            A.      I don't know the exact amount.

3            Q.      But somewhere in the ball park of

4    100,000?

5            A.      It's not my Bitcoin.

6            Q.      Tulip Trading's Bitcoin; is that

7    accurate?

8            A.      It belongs to different

9    assignments, different companies, whatever else,

10   so you would have to look through all the

11   assignments in the corporate records to which bit

12   owns where.  Different companies, different groups

13   owns different amounts and still hold different

14   amounts.  I believe the Singaporean company still

15   has rights to a certain amount, but I am not sure

16   without going through accounts what the exact

17   amounts that are owed, not owed etc.  This is the

18   purchased Bitcoin, not the mined Bitcoin, none of

19   which ----

20           Q.      I understand.

21           A.      I don't know -- without the

22   accounts I don't know the exact amounts.

23           Q.      I just want to understand; when you

24   say you spent the 700, all but -- strike that.

25   When you say you spent all but about 100,000 of



Page 134

1    the Bitcoin, do you actually mean transferred it

2    across the blockchain or do you mean it was

3    assigned out into various companies?

4              MR. RIVERO:  Object to form.

5         A.    No.  When external transfers were

6    done they were done by people moving Bitcoins, so

7    assignments could be done but on external

8    allocation all of the amounts would move.

9    BY MR. FREEDMAN:

10        Q.    If any of the Bitcoin that you

11   purchased in Tulip Trading are still in the

12   original wallets, is it fair to assume that

13   Ritzela De Gracia has control over them?

14             MR. RIVERO:  Object to form.

15        A.    No.

16   BY MR. FREEDMAN:

17        Q.    So, for example, I want to direct

18   your attention back to one of the wallets that

19   were in statutory declaration that we looked at.

20   To the extent that one of those wallets has

21   Bitcoin still inside of them, do you have control

22   over those Bitcoin or does Ritzela De Gracia have

23   control over that Bitcoin?

24        A.    I don't have control over any of

25   those Bitcoin.



Page 135

1                    MR. RIVERO:  Object to the form.

2    BY MR. FREEDMAN:

3        Q.    As far as you are aware, Ritzela De

4    Gracia was the last person who had control over

5    it; is that accurate?

6                    MR. RIVERO:  Object to the form.

7        A.    That's not what I just said.  Which

8    ----

9                    THE COURT REPORTER:  I need to ask

10   the witness to wait for the objection.

11   BY MR. FREEDMAN:

12       Q.    Did you have HighSecured manage the

13   expenditure of the Bitcoin you just mentioned?

14   Let me ask that better.  I understand it is not

15   exact, but you told us between 600-750,000

16   Bitcoin, so for the purposes of this conversation

17   I am going to say approximately 700,000, which is

18   the midway point on that range; do you understand

19   that?

20       A.    Yes.  Until January of this year

21   I had no access to any accounts associated with

22   Tulip Trading, so any amounts or particular

23   addresses or whatever else I have been guessing

24   at.  Until that time I was not able to give you

25   any accurate answer, as I said, just to guess at



Page 136

1    what things were.

2         Q.    Do you now have access to all of

3    the Bitcoin addresses in Tulip Trading?

4         A.    Yes.

5         Q.    Have you recovered that Bitcoin

6    from Ritzela De Gracia?

7         A.    No.

8         Q.    So she still made away with -- let

9    me break that down then.  How much Bitcoin is left

10   in Tulip Trading?

11        A.    I don't know exactly.

12        Q.    Do you have the private keys to the

13   Bitcoin that is controlled by Tulip Trading?

14        A.    No.

15        Q.    Does your trustee have the private

16   keys to the Bitcoin controlled by Tulip Trading?

17             MR. RIVERO:  Object to form.

18        A.    No.

19   BY MR. FREEDMAN:

20        Q.    Does anyone you know have the

21   private keys -- strike that.  Do you know of

22   anyone who has the private keys to the Bitcoin

23   held by Tulip Trading?

24        A.    Yes.

25        Q.    Who?



Page 137

1          A.      I don't know.

2          Q.      I just asked if you knew anyone who

3     had the private keys.

4          A.      No, you said knew of.  That is a

5     distinction.

6          Q.      Okay.  Who do you know of who has

7     the private keys?

8          A.      There was a theft and that has been

9     traced, by a tracing company, through exchanges

10    that are associated, separate to those keys.

11    There is a set of court orders now to track that.

12    It went from Float to Oaky Exchange.  The people

13    did not realise that Oaky and Float are the same

14    exchange with the same back end.  We are seeking

15    court orders at the moment to get the names of the

16    people involved in that theft.

17         Q.      How much Bitcoin is that?

18         A.      Approximately 100,000.

19         Q.      Is that the same 100,000 that

20    Ritzela De Gracia has?

21         A.      No.

22              MR. RIVERO:  Object to the form.

23    BY MR. FREEDMAN:

24         Q.      When you spent the Bitcoin that was

25    held in Tulip Trading, how did you give



Page 138

1    HighSecured instructions on how to spend it?

2                MR. RIVERO:   Object to form.

3         A.    I had discussions with a Panamanian

4    lawyer.  They went to other people in exchanges

5    and moved Bitcoin.

6    BY MR. FREEDMAN:

7         Q.    Those discussions, were they

8    telephonic or were they via e-mail?

9         A.    Generally verbal, so a variety of

10   different verbal means.

11        Q.    Did you ever communicate with the

12   HighSecured people via e-mail or other written

13   medium to give them instructions on how to ----

14        A.    Yes.

15        Q.    Sorry, I will finish the question.

16   Did you ever correspond with the individuals of

17   HighSecured, via written medium, to give them

18   instructions on how to spend the Bitcoin?

19        A.    Not really on how to spend the

20   Bitcoin.  We, basically, instructed our lawyers to

21   conduct an assignment and transact.  It is not how

22   to spend the Bitcoin per se.  The company spends

23   the Bitcoin, or the rights to, and other people

24   enact what they are told.

25        Q.    These lawyers are lawyers of



Page 139

1    HighSecured, correct?

2            A.      They are lawyers associated with

3    HighSecured.

4            Q.      Do you have any receipts reflecting

5    the expenditure of this approximately 700,000

6    Bitcoin, or 600,000 Bitcoin?

7            A.      I don't, but the companies do.

8            Q.      Was Dave involved in the

9    acquisition of the 750 Bitcoin into Tulip Trading?

10           A.      No, Dave was never involved with

11   any of that.  The acquisition was made using a

12   Liberty Reserve account that was linked to me.  It

13   turns out I think I am the only person in Liberty

14   Reserve's history who ever completed AML.

H   15           Q.      Dr. Wright, I am going to share

16   with you now what has been produced in this

17   litigation as Defense 51010.  Do you recognise

18   this invoice?

19           (Exhibit Defense 51010 referred to)

20           A.      Yes, it looks like an invoice.

21           Q.      Do you recognise it?

22           A.      I don't memorize the invoices, no

23   but it looks familiar, yes.

24           Q.      You swore this as authentic in your

25   May 13th declaration; do you recall that?



Page 140

1          A.     I have no reason to believe it is

2     not the correct invoice at the moment.  I have not

3     noticed anything that is out of place, but

4     I cannot see all the fine print, I cannot check

5     anything more.  It look is like the invoice.

H  6          Q.     It appears to be authentically what

7     you received from HighSecured?

8          A.     Yes.

9          Q.     Can I assume that before you swore

10    it was authentic to the court you did conduct that

11    he detailed analysis?

12         A.     No.  When we had a document on the

13    system that looked like that then I am going to,

14    unless I can see anything wrong, say it is right.

15    But what I have noticed in this litigation is a

16    lot of things have been changed in my company

17    files in the past, so sitting there and trying to

18    remember whether it was 32 supplied or 36, or the

19    exact price rate at the time, or anything like

20    this, I am not able to do.

H  21         Q.     Is it accurate to say you received

22    something that looked like this from HighSecured

23    and you are not at the moment able to check every

24    single detail; is that accurate?

25         A.     Yes.



Page 141

H

1          Q.      Dr. Wright I am going to now share
2    with you what has been produced in this litigation
3    as Defense 51013.  Do you recognise this invoice?
4          (Exhibit Defense 51013 referred to)
5          A.      Can you zoom in, please?
6          Q.      Yes.
7          A.      It looks right.  Again, I don't
8    remember the exact details.
9          Q.      I am not trying to trick you.  This
10   is again a copy of an invoice you swore was
11   authentic in your May 13th declaration.
12         A.      Yes.  We did have such an
13   agreement.  It looks right, is the best I can say.
14         Q.      Dr. Wright, I am going to share
15   with you now what you have produced in this
16   litigation as Defense 1588028.  Let me know if you
17   can read that?
18         (Exhibit Defense 1588028 referred to)
19         A.      Zoom in one more time, please.
20         Q.      How is that?
21         A.      That looks about right.
22         Q.      Is this authentically an e-mail you
23   received from HighSecured that went to Andrew
24   Sommer or either May 3rd or March 3rd, I am not
25   sure because I don't know which it is.  2015,



Page 142

**H-Inc. Desig.**

1    let's say -- strike that.  Does this authentically

2    look like an e-mail that you received from

3    HighSecured that you received on 5/3/2015 at about

4    2.16am, with a cc to your wife and addressed

5    directly to Andrew Sommer?

**H**

6            MR. RIVERO:  Object to the form.

7            A.      It looks like a communication that

8    was being held between HighSecured and Andrew, in

9    negotiation of an agreement that Andrew Sommer was

10   creating.  Andrew Sommer was in our office at the

11   time, so if you could scroll back up for me

12   please.  Yes, this looks like one that was

13   received while we were in a meeting in the offices

14   in New South Wales.

15   BY MR. FREEDMAN:

16           Q.      In this e-mail it is signed down

17   here by Ritzela De Gracia; do you see that?

18           A.      I do.

19           Q.      As you noted.  It discusses the

20   fact that you have -- it confirms that you paid a

21   2014 invoice on May 10th 2014; do you see that?

22           A.      Yes.

23           MR. RIVERO:  Object to the form.

24   BY MR. FREEDMAN:

25           Q.      At the time you received this did



Page 143

1    you believe it was authentically received from

2    HighSecured?

3           A.     Ramona, John Chesher, Andrew Sommer

4    and myself were all in a board room in my New

5    South Wales office when this was received and

6    Andrew got a copy.  We were on the phone to some

7    of the people in HighSecured at the time.

8           Q.     So the answer is, yes, you believe

9    you authentically received it from HighSecured?

10          A.     I cannot say -- I have not seen

11   anything to say that this is altered or anything

12   else at the moment.

H   13          Q.     At the time you received it --

14   maybe I was not precise.  Let me clarify.  At the

15   time you received it you believed this was

16   authentically from HighSecured; is that a correct

17   statement?

18          A.     If that is the unaltered document.

19   I helped Andrew install PGP earlier, so Andrew

20   then validated that the PGP signature was correct.

21   More than that, we are on the phone to people and

22   I had no other reason to doubt it.

23          Q.     Okay.  And you believed this was

24   HighSecured or Ritzela's PGP to you, correct?

25          A.     Correct.



Page 144

1          Q.        Absent this being an altered

2     document you still believe that it is; is that

3     correct?

4          A.        Yes.

H-R  5          Q.        I am going to bring up on the

6     screen now what has been produced in this

7     litigation as Defense 1616105. Do you recognise

8     this as a communication from Ritzela De Gracia at

9     HighSecured to Andrew Sommer, with a cc to you and

10    also it is addressed to Ms. Watts?

11         (Exhibit Defense 1616105 referred to)

12         A.        It looks correct.

13         Q.        In it, Ritzela De Gracia identifies

14    her PGP key; do you see that?

15         A.        That is what it is doing, yes.

H-R 16         Q.        At the time you believe this was an

17    authentic e-mail from HighSecured?

18         A.        Yes.

19         Q.        And you still believe it is an

20    authentic e-mail from HighSecured?

21         A.        I have no reason not to, but

22    I cannot validate that any more.  The American

23    government arrested the principals of HighSecured

24    on money laundering and the other people

25    disappeared, so no reason to -- well, no way of



Page 145

H-R

1    actually being able to follow any of that up.

2         Q.    Okay.  Dr. Wright, I am putting on

3    the screen for you what has been produced as

4    Defense 1591420, which again is an e-mail from

5    Ritzela De Gracia from yourself and your wife Ms.

6    Watts.  Do you recognise this as an authentic

7    e-mail you received from Ritzela De Gracia?

8         (Exhibit Defense 1591420 referred to)

9         A.    Yes, it looks like further

10   communications between them and my lawyers.

11        Q.    In it, Ritzela De Gracia confirms

12   that the Bit-message address listed in this e-mail

13   starting, with BM-2cW belongs to HighSecured.

14        A.    That is what they told us, yes.

15        Q.    This e-mail is also signed with

16   Ritzela De Gracia or HighSecured's PGP key;

17   correct?

18        A.    I cannot tell that without

19   verifying the signature.  I cannot look at a

20   signature block and it is correct.

21        Q.    But at the time you did verify it?

22        A.    I verified some of them.  I don't

23   know if I verified this one but I definitely did

24   ----

25        Q.    Do you have any reason to believe



Page 146

1      that this is not an authentic e-mail?

2              A.      It was going to Andrew Sommer.

3      Andrew Sommer was our solicitor at the time.

4      Andrew had been taught how to validate PGP

5      signatures.  I am assuming that Andrew or his firm

6      did everything correctly.  No one came back and

7      told me that there were any errors.

8              Q.      Did you communicate with this

9      Bit-message address with HighSecured?

10             A.      I cannot remember if I communicated

11     to that address with HighSecured.  I know Andrew

12     Sommer did.

H-R

13             Q.      You believe that that message

14     address was associated with HighSecured?

15             A.      It was definitely communicated from

16     a person who worked at HighSecured.

17             Q.      I am now putting on the screen

18     Defense 1587950.  Do you recognise this also as an

19     e-mail that you received from HighSecured?

20         (Exhibit Defense 1587950 referred to)

21             A.      It looks familiar.  Again, I cannot

22     validate the actual content of everything or if it

23     has not been changed.  We were in communication.

24     Mr. Sommer and others were communicating with the

25     Australian Tax Office.  We had set up



Page 147

H-R

1  communications when HighSecured were still
2  operating with the tax office, which did -- well,
3  let's just say it did not gain any further trust
4  between HighSecured, who wanted extra money.
5          Q.      In fact, HighSecured put the
6  Australian Tax Office on this e-mail; do you see
7  that?
8          A.      That is correct yes.  The tax
9  office wanted evidence that we had been dealing
10 with HighSecured and the only way we could do that
11 is to actually have the HighSecured people talk to
12 the tax office.  They even gave direct e-mail
13 addresses and phone numbers, but I don't know what
14 happened with the phone calls between the tax
15 office and HighSecured.  I wasn't on those.
16         Q.      It again acknowledges that this is
17 a Bit-message address; do you see that?
18         A.      Yes.
19         Q.      And signed again with the PGP key.
20 Did you believe and do you believe that this came
21 from HighSecured?
22         A.      I had not been told by Andrew
23 Sommer that it did not match the signature, so
24 I was never informed that it was not signed.
25         Q.      If it in fact matches then you have



Page 148

1    no reason to believe whatsoever that it did not

2    come from HighSecured; is that accurate?

3            A.      Yes.  No one at HighSecured told me

4    that they had had keys compromised or anything

5    like this.  It is not impossible but we had phone

6    conversations with HighSecured, Andrew had other

7    conversations with HighSecured, so I don't believe

8    that anyone ever mentioned that they were

9    compromised.

H-R

10           Q.      I am going to bring up another

11   e-mail, Defense 1588062 from again Ritzela De

12   Gracia to Andrew Sommer, with cc to you.  It says

13   "Mr Please find our letter.  We have attached it,

14   forwarded and sent it in many formats.  I am sure

15   you will be able to interpret one.  If not Dr

16   Wright has a use here as well.  Ritzela".  Do you

17   see that?

18           (Exhibit Defense 1588062 referred to)

19           A.      Yes, I do.

20           Q.      So if you take a look, the Bates

21   label on this document ends in 01588064.  I am

22   going to bring up its attachment in a minute but,

23   before I do that, do you have any -- sorry.  Is

24   this authentically an e-mail you believe you

25   received from HighSecured?



Page 149

H-R

1    A.    Nobody ever informed me that there
2  was anything wrong with it.  The communications
3  between Mr. Sommer and other parties, no one ever
4  told me that it was not correct.

5    Q.    You have no reason to believe that
6  it is not HighSecured, correct?

7    A.    I believe my lawyer would have told
8  me there is a problem if there was a problem.

H-R

9    Q.    I am going to bring up the
10 attachment now to that letter.  This is from
11 HighSecured.  They tell Mr. Sommer that they
12 confirm, moving down to that paragraph ----
13    MR. RIVERO:  What is the number on
14 the attachment.
15    MR. FREEDMAN:  1590093.

16    MR. RIVERO:  Thank you.

17 BY MR. FREEDMAN:

H-R

18    Q.    Do you see the paragraph here that
19 starts with "we confirm"?
20    (Exhibit Defense 1590093 referred to)
21    A.    Which one?  There are multiple.
22    Q.    Yes, there are a lot of them.  Let
23 me direct you to this one:  "We confirm the
24 payment from Dr. Wright".  Do you see that?
25    A.    Yes.  "We confirm the payment from



Page 150

H-R

1  Dr Wright via W&K through Mr. Kleiman of ,000,000

2  USD for the provision of a SGI Ultra ICEX system

3  known as C01N".

4          Q.      Is that a typo Dr Wright?

5          A.      It says zero dollars.

6          Q.      It does not say zero, it says

7  ,000,000.

8          A.      Other ones don't say zeros like

9  that, it just says USD 50 million.  It says zero.

10             MR. RIVERO:  Objection.  The

11 document speaks for itself.

12 BY MR. FREEDMAN:

13         Q.      Did you actually pay -- is it your

14 testimony that that is in fact what happened, that

15 there was a zero dollar payment from yourself via

16 W&K, through Mr. Kleiman, for this system known as

17 C01N?

18             MR. RIVERO:  Object to the form.

19         A.      That's not what the document says.

20 It says that W&K paid nothing.  The provision of

21 payment was done through my companies because

22 Mr. Kleiman did not pay.

23 BY MR. FREEDMAN:

24         Q.      This is HighSecured saying that

25 Mr. Kleiman did not pay anything, but nevertheless



Page 151

1  the system is littered ----

2              MR. RIVERA:  Object to the form.

3              THE COURT REPORTER:  Can you repeat

4  that?  You broke up a little bit.

5  BY MR. FREEDMAN:

6        Q.      Withdraw the question.  Dr. Wright,

7  can you also take a look at this paragraph that is

8  says "we lastly confirm".  Can you read that for

9  the record?

10       A.      "We lastly confirm that the ASIC

11 system used by Mr. Kleiman to 'mine' Bitcoin was

12 sold to a party other than Dr. Wright and

13 unrelated to him without his knowledge in early

14 2013".

15       Q.      So Mr. Kleiman was using an ASIC

16 system to mine Bitcoin?

17       A.      As this document says, a party, not

18 Dr. Wright and unrelated to him.  You are asking

19 me to confirm that someone told the tax office

20 that anything to do with Dave was sold without my

21 knowledge.  I cannot confirm something that was

22 sold without my knowledge.

23       Q.      Do you have any knowledge of the

24 ASIC system being referred to by HighSecured?

25       A.      Just as you see there, it says



Page 152

1   other "than Dr. Wright, unrelated to him, without

2   his knowledge."  I have no knowledge of any ASIC

3   system that Dave may have had.

4           Q.      Was this e-mail also authentically

5   received from HighSecured?  Do you believe it was

6   authentically received from HighSecured?

7           A.      Unless you have anything that shows

8   that it was not.  No one has never told me that it

9   was not.  The parties involved, including my

10  lawyers, have never come back to me and said, "Hey

11  Craig, someone forged an e-mail".  Everyone, right

12  up until the end, has been telling me that this is

13  correct, they have been put into the company

14  accounts.  My lawyers have told me everything is

15  there and they had filed them.  I believe my

16  lawyers and I believe my accounts.

H-R

17          Q.      I am going to bring up one more

18  document.  This has been Bates label produced

19  Defense 173776 but I took the liberty of getting

20  the native because it is a lot easier to read.

21  I am going to bring you down to the last page of

22  this document.  It is a printout.  Unfortunately,

23  it is not very clear to read do you see up here it

24  say -- it appears to be a Bit-message printout to

25  Craig Wright, from HighSecured, on 13th May 2013?



Page 153

H-R

```
 1          (Exhibit Defense 173776 referred to)

 2          A.      That is what it says, yes.

 3          Q.      Do you have any reason to believe

 4  this is not an authentic Bit-message received from

 5  HighSecured?  Given the form it is presented in,

 6  do you believe this is an authentic Bit-message

 7  received from HighSecured?

 8          A.      I do not have the original so

 9  I cannot validate anything.  For the moment I will

10  assume, unless I see anything that I can pull up,

11  that this is an unaltered document and thus true;

12  is that acceptable?
```

```
13          Q.      Yes.

14          A.      I just cannot read it, sorry.

15          Q.      Let me make it easy for us.  For

16  the documents we have just reviewed, is it your

17  testimony -- strike that.  Dr. Wright, did you

18  create the invoices that we just reviewed from

19  HighSecured?

20          A.      No.  Those invoices were actually

21  pulled up directly from HighSecured servers while

22  the Australian Tax Office were in our office while

23  our lawyers were there, while external accountants

24  were there.

25          Q.      Let me just re-ask the question on
```



Page 154

1    a clear way.  Did you or did you instruct anyone

2    to create the invoices that we reviewed today?

3         A.    We had gone through purchasing and

4    invoicing processes through the company accounts,

5    so the accounts system in DeMorgan and the payment

6    -- what do you call it?  There was a client

7    interface on the Panamanian servers, so we did our

8    orders on that.

9         Q.    Dr. Wright, that was not my

10   question.  My question was did you or did you

11   direct anyone to create the invoices we looked at

12   today?

13        A.    If you are asking did I say the

14   purchase was to go through, then yes I told my

15   ----

16        Q.    Let me clarify the question.

17        A.    You said "or direct".

18        Q.    Yes.  Did you or did you direct

19   anyone to create the actual invoice we saw, the

20   document we saw?  Did you direct or did you create

21   the actual invoice we looked at?

22        A.    No.  I don't create any documents

23   to do with accounting.  I am not the accountant,

24   I don't run any accounts.  I go to the accounting

25   team and the other teams and I, basically,



Page 155

1    instruct people if there is a large purchase that

2    has gone through board sign off and I say "please

3    do X".

4          Q.     Dr. Wright, I do not think you are

5    trying to be evasive here.  I am just trying to

6    get a clean record.  Did you instruct somebody to

7    create this invoice so it looked like it was from

8    HighSecured when it was not really from

9    HighSecured?

10          A.     No.

11               MR. RIVERO:  Objection.  I don't

12   want to interrupt Mr. Freedman's examination,  but

13   can you just answer whether you instructed anyone

14   to fake this invoice.

15          A.     No one is instructed to fake an

16   invoice.

17   BY MR. FREEDMAN:

18          Q.     Did you instruct anyone or did you

19   yourself fake the e-mail communications between

20   the -- strike that.  Did you or did you instruct

21   anyone to fake the e-mail communications we have

22   reviewed that purport to come from HighSecured or

23   Ritzela De Gracia?

24          A.     No.  There was no point where

25   anyone was instructed to make any fraudulent or



Page 156

1    faked documents at any point.  During the sending

2    of some of those e-mails I was sitting with

3    counsel Andrew Sommer in Australia and with the

4    accountants that ran this.  I did not even touch

5    the computer, I was not there, but Ali Lodey --

6    I don't know how to spell the last name -- the

7    account and other people demonstrated access to

8    the server directly from HighSecured to the ATO,

9    where the information was downloaded.  I watched

10   that happen.

11            Q.     Were you ever pretending to be

12   Ritzela De Gracia in these communications?

13            A.     No.  At one point Ritzela De Gracia

14   ----

15            Q.     Please finish your answer, but

16   I don't really need anything beyond yes or no.

17   I wanted to get us through this.

18            A.     That's fine.  I can end there.

19               MR. RIVERO:  Mr. Freedman, you

20   cannot ----

21               MR. FREEDMAN:  I did say he can

22   finish if he wants.  I know it is not a

23   comfortable line of questioning, I am trying to

24   get us through it.

25               MR. RIVERO:  He is answering your



Page 157

```
 1   questions.  Let him finish.  Go ahead, Doctor.
 2          A.      No.  I at one point I was on the
 3   phone with people from HighSecured and Andrew
 4   Sommer separately in the room.
 5   BY MR. FREEDMAN:
 6          Q.      Dr. Wright, were you pretending to
 7   be HighSecured in these communications?
 8          A.      No.  I was in the room with
 9   multiple people and Andrew Sommer, receiving
10   e-mails that I was not sending because I was in a
11   meeting.  So, no, that was never the case.
12          Q.      Did you instruct anyone to
13   masquerade as Ritzela or HighSecured for these
14   communications?
15          A.      No, at no point did I ever instruct
16   anyone to do that.
17          Q.      Did you ever control the
18   Bit-message account we saw that was affiliated
19   with HighSecured?
20          A.      No, I did not.
21          Q.      Dr. Wright, did you ever register
22   www.highsecured.net?
23          A.      No.
24          Q.      Dr. Wright, did you ever have the
25   private key to the Bit-message address affiliated
```



Page 158

1    with HighSecured in these communications?

2          A.     No.

3          Q.     Have you ever used the private key

4    to that Bit-message address to send e-mails or

5    Bit-messages as if you were HighSecured or Ritzela

6    De Gracia?

7          A.     I cannot do that if I don't have

8    the key, so no.

9               MR. FREEDMAN:  Dr. Wright, are you

10   aware that in -- I think I am basically done with

11   this line of questioning.  I have to use the rest

12   room.  Can we take a three minute break?

13              MR. RIVERO:  Let's make it five or

14   10 minutes.

15              MR. FREEDMAN:  I just need three

16   and I know you guys to want to get out of there.

17   But I'm happy to make it five so more people can

18   have time.  Let's do five.

19          (Recess at 4 p.m. to 4.08 p.m.)

20   BY MR. FREEDMAN:

21          Q.     Dr. Wright, are you aware that in

22   the document production to us you produced a file

23   that contains the private key to the Bit-message

24   account associated with HighSecured?

25              A.     Again, I did not provide that to



Page 159

1    you.  If you have that from one of the Australian

2    machines then it had nothing to do with me.

3            Q.      So you have no idea how that came

4    to be in your possession?

5            A.      Again, it is not in my possession.

6    It might be in yours, but machines captured in

7    Australia were nothing that I was ever on.

8            Q.      Dr. Wright, do you recall filing

9    lawsuits in New South Wales against W&K?

10           A.      No.  As I said, Craig Wright R&D

11   filed lawsuits against W&K.

12           Q.      Were there any hearings held in

13   that case?

14           A.      We had a few meetings before the

15   registrar Masters and things like this.  I had to

16   provide evidence, we discussed it etc.

17           Q.      Were you truthful with the

18   registrar at those hearings?

19           A.      I presented everything that I was

20   given, to the best of my knowledge.

H  21           Q.      Dr. Wright, I am going to share

22   with you now the transcript of a hearing before

23   the New South Wales court, a registrar, on 30th

24   October 2013.  Can you take a moment to

25   familiarise yourself with this document?



Page 160

1              (Exhibit Z16 referred to)

2              MR. RIVERO:  Give us the number?

3      BY MR. FREEDMAN:

4              Q.      Z16.

5              A.      I have seen that page, yes.

6              Q.      It is pretty short.  Let's go ahead

7      and have you -- let's review it together.  In the

8      first instance do you see that this purports to be

9      a transcript of the proceedings held before the

10     registrar on Wednesday 30th October 2013?

11             A.      I see that.

12             Q.      It says:  "Plaintiff appeared in

13     person".  Plaintiff is listed as Craig Steven

14     Wright.  Is that accurate?

15             A.      That is not accurate.  The actual

16     filing was done as Craig Steven Wright ABN.  That

17     was actually listed, so this is not accurate on

18     that.

19             Q.      Okay.  Then it says "no appearance

20     of or for the defendant".  Do you see that?

21             A.      Yes, I do.

22             Q.      Then you tell the registrar that

23     you would like him to enter a consent judgment.

24     Do you see that?

25             A.      Yes.



Page 161

1    Q.    So you say:  "Plaintiff Craig

2  Wright claims that the 49 and 51 registrar".  Can

3  you read the rest of that quote for the record?

4    A.    "I also note that the sole other

5  director from the US of the defendant has filed

6  interstate.  Basically, there has been a

7  shareholder's meeting held in resolution to pass

8  the matter has been obtained and the company will

9  be wound down straight after the matter".

10    Q.    The registrar says:  "What do you

11  want done today, Mr. Wright?"  What do you respond

12  back?

13    A.    "Basically, just the orders that

14  what we did by consent in the past and that they

15  are approved".

16    Q.    The registrar says that he has a

17  copy of two filings.  You say that is correct.

18  The registrar points out there is an

19  acknowledgment of liquidated claim that has been

20  filed; do you see that?

21    A.    Yes.

22    Q.    And then can you go ahead and read

23  plaintiff starting at line -- I think it the 37 or

24  38?

25    A.    "I am the sole director for the



1  company now but I am not a US director and I'm not
2  a resident so I cannot act and take over the
3  company over there.  I have appointed another
4  person.  I have 51% of the shares."
5          Q.      Dr. Wright, did you have 51% of the
6  shares in W&K?
7          A.      No.
8          Q.      Why did you tell the registrar you
9  had 51% of the shares?
10         A.      As I noted, this is not Craig
11  Wright in person, which is erroneous.  If you
12  looked at it, it was Craig Wright ABN acts as a
13  trustee for trusts and companies, so where I said
14  that I am not talking about Craig Wright that way.
15  It is confusing because it is saying Craig Wright,
16  not Craig Wright ABN number, on this transcript.
17         Q.       Is it your testimony today that
18  Craig Wright R&D held 51% of the shares of W&K?
19         A.       No, that is not what I said as
20  well.  The company that was in trust was owning
21  the shares and I had that, so the other
22  shareholder of W&K acted and had a shareholders
23  meeting, not a director's meet.
24         Q.       That is not what you told the
25  registrar.  You said "I have 51% of the shares";



Page 163

1    isn't that true?

2          A.    I did not say I have 51% of the

3    shares in W&K.

4          Q.    The registrar then asked if you had

5    any evidence -- strike that.  Did the trust hold

6    51% of the shares of W&K?

7          A.    Which trust?

8          Q.    Why did you tell the registrar that

9    you had 51% of the shares?

10          A.    I did not say I had 51% of the

11    shares in W&K.  That is not what I said.

12          Q.    What did you say?

13          A.    I was acting for other companies,

14    as I've noted before.  That included control of

15    Cloud Croft and the assignment of Lynn Wright.

16    They were the majority shareholders.  The

17    directorship I had -- director of the company was

18    appointed director of Cloud Croft.  Cloud Croft

19    then called a shareholders meeting, using the

20    trust shares of Lynn Wright in trust and its own

21    shares were that of Information Defense's that had

22    been assigned.  The 51% then comes through that,

23    so basically what I am saying is I am the sole

24    director of the company now.  The company that

25    owned W&K then has 51% of the shares.



Page 164

1          Q.      Which company is that?

2          A.      The company that was assigned the

3    rights of Information Defense was Cloud Croft PTY

4    Limited.

5          Q.      So Cloud Croft PTY Limited had 51%

6    of the shares in W&K; is that an accurate

7    statement?

8          A.      It controlled them.  It did not

9    have them.

10         Q.      It did not own them?

11         A.      No, it did not own them.  It had

12   rights to control them.

13         Q.      Who owned them?

14         A.      Lynn Wright, but she had an

15   incapacity financially where we had put it into

16   trust for her until she was able to act.

17         Q.      Lynn Wright's ultimate beneficial

18   interest was 51%; is that accurate?

19         A.      No, the actual amount should have

20   been 66.7%.

21         Q.      Okay.  So the actual amount that

22   you should have told the registrar was 66.7%; is

23   that fair or accurate?

24         A.      Yes, but as you will notice from

25   the ellipses at the end of my thing, I would have



Page 165

1    gone into further but the register interrupted, so

2    "I have 51% of the shares ...".  Basically, I was

3    going to try and explain more but the registrar

4    interrupted me before I got any further.

5            Q.      Were you going to tell the

6    registrar that you had 100% of the shares?

7            A.      No, at no point.

8            Q.      Okay.

9            A.      Only that I had at least 51% of the

10   shares and I don't know exactly how many more.

11           Q.      Dr. Wright who authorised Craig

12   Wright R&D to sue W&K?

13           A.      The authorisation was taken in

14   conjunction.  I told Lynn Wright that I would be

15   protecting her assets and I discussed it with my

16   solicitors.

H

17           Q.      The registrar actually noted that

18   the -- strike that.  If you come down with me the

19   registrar says "I think before ..." -- I'm at line

20   11 on the page that says on the top 20014.  "Mr.

21   Wright, I think before I can enter these alleged

22   consent judgments the court is going to need some

23   evidence in relation to those matters.  How long

24   do you need to be able to do that?"  You said:

25   "What would you like?"  He responds:  "I think you



1  are going to have to give some detailed affidavit

2  evidence with regard to it and also evidence in

3  relation to who exactly has authority to act on

4  behalf of this company and to sign these

5  documents".  Do you see that?

6          A.      Correct.

7          Q.      He asked you about how much time

8  you may need.  You said you could get something in

9  that afternoon, right?

10          A.      That is correct.

11          Q.      He actually gave you until the 5th

12  November, so five days, and then to reappear in

13  front of him on the 6th; is that accurate?

14          A.      That is correct.

15          Q.      Then, Dr. Wright, in between this

16  actually went ahead and filed a detailed affidavit

17  with the New South Wales court; is that correct?

18          A.      I believe so.  I don't remember the

19  exact date on the filing.

20          Q.      Let me show you the affidavit you

21  submitted.  Take a look here.  Does that look like

22  your affidavit?

23          A.      That is the affidavit of myself,

24  acting for Craig Wright R&D, ABN 97481146384, and

25  us acting as the agent of that organisation.



Page 167

H

1    Q.    This was filed with the court on

2  November 4, 2013.  Do you see the stamp in the top

3  right-hand corner?

4    A.    Yes, I do.

5    Q.    You swore or affirmed to all of the

6  facts in this affidavit?

7    A.    I am not sure whether I swore or

8  affirmed.  I would have to look at the end.  I am

9  happy to give an oath, but sometimes I affirm when

10  other people ask for affirmations.  Yes, it is

11  affirmed.

12    Q.    Do you stand by the facts in this

13  affidavit?

14    A.    If the facts have changed it is

15  because I have gained other knowledge afterwards.

CC-H

16    Q.    You previously told the registrar

17  you had 51% of W&K.  You said to me just a moment

18  ago it should have been closer to 66%.  In this

H

19  affidavit four or five days later you filed with

20  the court can you look at paragraph 23 for me and

21  read it for the record?

22    MR. RIVERO:  Object to the form of

23  the question.

24  BY MR. FREEDMAN:

25    Q.    Let me break that down for you, to



Page 168

H 1    address your counsel's objection.  You told the
2    registrar that you owned 51% of it, correct?
3         A.     No, I was in the midst of a
4    sentence where I was cut off.  I had said I had
5    51% and said no more.
6         Q.     You were going to correct it to 66%
7    and change; correct?
8                MR. RIVERO:  Object to the form.
9         A.     No, I was not going to do that.
10   BY MR. FREEDMAN:
H 11      Q.     All right.  What did you say in
12   this affidavit, Dr. Wright?
13        A.     Which line do you want me to read?
14        Q.     Please read paragraph 23 for the
15   record.
16        A.     "On 1st August 2013 ----
17        Q.     Let me clarify that.  Just the last
18   sentence of 23?
19        A.     "The shareholding of W&K info
20   Defense LLC was ...".
21        Q.     Keep going?
22        A.     "... 1; Craig S. Wright, 50%.  2;
23   David A. Kleiman, 50%".
24        Q.     That is good.  Thank you.  Why did
25   you put in this affidavit that it was 50/50



H

1    between you and Dave Kleiman if you had just told

2    the registrar you controlled over 51% of it?

3            A.      Because if I have 50% plus and a

4    debt then that is all I need to do.  I did not

5    want to presuppose anything without records.

6    I knew that the ownership between Lynn and her

7    subsequent companies and other companies that had

8    inherited from Information Defense was more than

9    50%, but I did not think it was worth making an

10   argument saying 51%/49%, or 60.666% or any other

11   particular thing, except that it was enough to

12   call a shareholders meeting and vote dissolution

13   of the company.

14           MR. RIVERO:  I had an objection to

15   that question.

16   BY MR. FREEDMAN:

H- MIS

17           Q.      At the end of the day Dr. Wright

18   you told the registrar 51% and you put in this

19   document 50%; is that correct?

20           A.      No, that is not correct.

H

21           Q.      Dr. Wright, I would like you to

22   take a look again at the transcript that we were

23   looking at earlier.  I want to go back to the

24   October 30th transcript.  Do you see that in front

25   of you?



Page 170

H

1       A.      I see the transcript in front of

2  me.

3       Q.      I want to go back to where we left

4  off.  You said you can get it that day, he said he

5  would give you until the 6th.  I want to go

6  specifically to line 21 where you say:  "I can

7  give you affidavit evidence today".  Do you see

8  that?

9       A.      Yes.  I believe it was a woman not

10 a man, so it was a she.

11      Q.      We'll just refer to them as

12 "registrar" then.  The registrar responds:  "What

13 I might do, Mr. Wright, is stand them over for say

14 a week.  Can you file your affidavit evidence by

15 then?"  Do you see that?

16      A.      I see that.

17      Q.      Can you read what your response is,

18 for the record?

19      A.      "Yes, definitely.  We have actually

20 taken control of the accounts and whatever else,

21 which we have good stat decs for that, so

22 effectively this is a formality because we have

23 actually -- the company has control of all of the

24 accounts now".

25      Q.      You told the registrar that you had



Page 171

H

1    taken control of all of W&K's accounts, did you

2    not?

3           A.     Yes.

4           Q.     How did you take control of W&K's

5    accounts?                          Hearsay; non-responsive

6           A.     Jamie Wilson was the accountant.

7    He did all of the things for the accounts.  What

8    we did notice was a few e-mails back and forwards

9    between Dave and Lynn, and a few other basically

10   historical documents between Lynn and Dave, some

11   e-mails and set-up information between Lynn and

12   John Chesher.  Jamie took those and constructed

13   what he could from the accounts.  What we had

14   found was that Dave had not done anything; he had

15   not filed with the IRS or done any of his state

16   taxes.

17          Q.     When you said "all of the accounts"

18   did you include W&K's Bitcoin accounts?

19          A.     There are no such thing as Bitcoin

20   accounts.

21          Q.     Dr. Wright, after this hearing you

22   filed the affidavit we reviewed, right?

23          A.     Yes.

24          Q.     Then you came back in front of the

25   registrar in November 6th; do you recall that?



Page 172

1        A.      Yes.

2        Q.      Let's take a look.   This is the

3   transcript of the November 6th hearing?

4        A.      Yes.

5        Q.      In it the registrar calls Craig

6   Wright and says "You have put in an affidavit?"

7   You say:  "I have".  Do you see that?

8        A.      Yes.

9        Q.      He asked if you are going to be

10  dealing with both matters at the same time and you

11  say yes, right?

12       A.      Yes.

13       Q.      And he says:  "This is a matter

14  where we've got some consent orders".  You say,

15  "Yes".  Do you see that?

16       A.      Yes, that is correct.

17       Q.      Can you go ahead and read for me --

18  the registrar says:  "The registrar wanted more

19  information before ...", then it looks like you

20  interject.  Can you go ahead and read your

21  response at 36 in full for the record?

22       A.      Yes, I will read ----

23       Q.      Actually, let me clarify that,

24  actually, so we get a clearer record.  Go ahead

25  and read until the "Australian Tax Office".  Read



Page 173

1    your response until the "Australian Tax Office",

2    for the record.

3            A.    Yes, I will read as the plaintiff,

4    which was Craig Wright R&D that I was agent for.

5    "Yes, I'm not the sole shareholder of an American

6    company.  I cannot act as director over there

7    because of regulations.  I own all the shares over

8    here and I want to bring everything back in.  The

9    ..." ----

10           Q.    That is it.

11           A.    I thought you wanted me to read

12    that sentence as well.

13           Q.    Sorry.  Bad communication there.

14    Dr. Wright, you have now told the registrar that

15    you are the sole shareholder and you own all the

16    shares?

17           A.    No.  I, as agent of Craig Wright,

18    R&D ABN ...

19           Q.    How did Craig Wright R&D get

20    control over the remaining 50-40 something per

21    cent of W&K in two days?

22                 MR. RIVERO:  Object to the form.

23           A.    Because there was a shareholders

24    agreement that Lynn Wright had and the

25    shareholders agreement basically called for if



Page 174

```
 1   anyone was to pass then there were rights to call
 2   shareholders meetings.  I don't have a copy of the
 3   shareholders agreement in front of me.  I am not
 4   sure if Lynn has given that to the lawyers or not,
 5   but the shareholders agreement would allow me to
 6   basically take over all the shares if there is no
 7   value and it has been closed.
 8   BY MR. FREEDMAN:
 9        Q.    Okay.  So is it your position,
10   Dr. Wright, that Craig Wright R&D owns 100% of the
11   shares in W&K?
12             MR. RIVERO:  Object to the form.
13        A.    No, that is not what I said.
14   BY MR. FREEDMAN:
15        Q.    Does Dave Kleiman's estate own any
16   of the shares or membership in W&K?
17        A.    By rights he should not.  It should
18   not have been reactivated either, but Uyen Nguyen
19   did that.  The actual matter is that unless the
20   amounts owed etc. are paid then Ira Kleiman should
21   not own any of the shares.
22        Q.    Dr. Wright, you have now said that
23   W&K was 51% controlled by entities -- strike that.
24   You've now said that W&K was owned by 51% of the
25   -- strike that.  I am going to withdraw that.
```



Page 175

 1  Dr. Wright, what is the current shareholding of

 2  W&K?

 3        A.     I am not sure what the listed

 4  shareholding of W&K is.  I don't act as a trustee

 5  for Lynn Wright or any of the other companies

 6  anymore.  I have not kept up that position so

 7  I have not followed any changes.  What I do know

 8  is Lynn Wright has full control of her own shares

 9  and any associated with any of the other

10  companies.  If Ira Kleiman has any rights, which

11  is actually doubtful being that there is a

12  shareholders agreement that I have now witnessed

13  from Lynn again and looked at, then it would only

14  be one-third.  He is, basically, attempting to say

15  that other people involved in this company have no

16  shares.

17        Q.     So is it accurate to say you don't

18  actually have any personal knowledge of the

19  current shareholding of W&K?

20        A.     I have spoken to Lynn Wright and

21  I know that she is going to assert her rights and

22  shares.  The court will have to decide that.  What

23  I do know is Lynn Wright asserts one-third and

24  asserts, through her corporate ownership, another

25  third.



Page 176

1          Q.      So two thirds?

2          A.      Yes.

3          Q.      Dr. Wright, I am going to share

4    with you now a document I believe you just

5    mentioned, which was produced in this litigation

6    as Defense 1854321.   Tell me when you have that.

7        (Exhibit Defense 1854321 referred to)

8          A.      That is not a document I have just

9    mentioned.

10          Q.      Do you recognise this document?

11          A.      Yes, I have seen this document.

12          Q.      This purports to be a limited

13   liability company agreement between the members of

14   W&K Info Defense Research; do you see that?

15          A.      Yes, I see that.

16          Q.      Is this an authentic document?

17          A.      Again, it is not my document so you

18   are asking me about someone else's document and

19   whether it is authentic.

20          Q.      How is this not your document?

21          A.      If I am not a shareholder, a member

22   or whatever else, then how is it my document?   I'm

23   sorry, I don't see how ----

24          Q.      How did you get this document?

25          A.      This document is an operating



Page 177

1   agreement that was saved by, what do you call it,

2   accounts of W&K and then other companies,

3   including Cloud Croft.

4           Q.      Dr. Wright, how did you get your

5   hands on this document?

6                   MR. RIVERO:  Object to the form.

7           A.      I don't have my hands on this

8   document.

9   BY MR. FREEDMAN:

10          Q.      How did you get this document in

11  your possession?

12          A.      At present this document is not in

13  my possession.

14          Q.      Dr. Wright you are aware that your

15  lawyers produced this document to us, are you not?

16          A.      No, I am not.

17          Q.      That is interesting because your

18  lawyers told me that you are the one that found

19  these documents on external media, like CDs or

20  junk drives and you provided it in January 2020;

21  is that not true?

22                  MR. RIVERO:  Object to the form.

23          A.      My lawyers were given external

24  devices and equipment from Lynn and other such

25  things.  I don't know what is on any of those



Page 178

 1    devices, nor do I know what Lynn has given.

 2    BY MR. FREEDMAN:

 3         Q.    Did Lynn give you those devices?

 4         A.    I have not checked anything, so

 5    I don't know ----

 6         Q.    That is not what I asked you.  I

 7    asked you if Lynn gave you those devices, not if

 8    you checked them.  I asked you did Lynn give you

 9    those devices.

10         A.    I just made a statement.  I said

11    Lynn gave me some things, different equipment

12    etc., and Lynn gave me access to other files and

13    I also had other files from company records.

14    I did not check any of them so I cannot tell which

15    this is from.

16         Q.    When did you get these devices?

17         A.    The ones from Lynn I got -- I can't

18    remember exactly when.  Not that long ago.

19         Q.    Was it January of 2020?

20         A.    I don't remember.

21         Q.    Was it December of 2019?

22         A.    I don't remember.

23         Q.    How did you know that you should

24    provide these documents to your lawyers?

25         A.    I just provide everything to my



Page 179

1   lawyers.  The reason you have a whole lot of

2   documents that are prejudicial to me is I don't

3   check anything.  I just hand everything I have

4   got, as I am legally required to do.  Not

5   filtering it first, not checking whether there is

6   something that looks like it might be altered or

7   might suit your client.  My role, under law, is to

8   take every document I get and hand it to my

9   lawyers.  I was told by my solicitors, any CDs

10  I have given to my lawyers, so anything that was

11  not a music CD or DVD I basically piled up and

12  gave to my lawyers.

13          MR. RIVERO:  Mr. Freedman, wait a

14  moment.  Dr. Wright, I don't think you revealed

15  anything privileged, but please be careful about

16  discussing any communications with us or other

17  counsel.

18  BY MR. FREEDMAN:

19      Q.    Dr. Wright, is it accurate to say

20  that prior to today you have never seen this

21  document?

22      A.    No.

23      Q.    When did you see this document?

24      A.    I briefly saw this document in

25  2011.



Page 180

1          Q.      What was the context in which you
2    saw this document in 2011?
3          A.      Dave and Lynn Wright were setting
4    up W&K.  I left Lynn Wright and Dave Kleiman to go
5    through the administrative filings and other such
6    things.  I have also had discussions, post that,
7    with my lawyers and I don't know if I can say
8    anything more about our discussions.
9          Q.      I'm not asking about discussions
10   with your lawyers.
11                 MR. RIVERO:  Dr. Wright, I am
12   instructing you don't go into conversations with
13   us or with other lawyers.  You allude sometimes to
14   conversations.  Don't go into such conversations.
15         A.      Sorry.
16   BY MR. FREEDMAN:
17         Q.      To be clear, I am not asking you
18   about conversations between you and your lawyers
19   at Rivero Mestre.  Dr. Wright, did you sign this
20   document?
21         A.      I don't know.  I cannot see.
22         Q.      Let me bring you down to the bottom
23   of the document so you can see, because that is
24   fair.  Does that help refresh your recollection,
25   Dr Wright?  Have you signed this document?



Page 181

1          A.      That is my signature, yes.

2          Q.      Do you remember putting that

3    signature on this document?

4          A.      No, I don't.

5          Q.      So it is possible this is just a

6    forgery from a later date?

7          A.      I do not think so.  I do not

8    believe Lynn would ever forge a document and it

9    looks like my signature.

10          Q.      Is it your signature?

11          A.      It is not an ink and pen thing so

12    I cannot 100% say, but it looks like my signature.

13          Q.      You saw this document in February

14    of 2011, right?

15          A.      Yes.

16          Q.      You signed it in February 2011,

17    most likely?

18                  MR. RIVERO:  Object to the form.

19          A.      It would have been around that time

20    if I signed.  I didn't have much to do with the

21    management after that of Information Defense.

22    Information Defense, in March 2011, was then

23    started to be -- it started to be assigned into

24    Cloud Croft and then other companies.

25    BY MR. FREEDMAN:



Page 182

```
 1          Q.      If you signed this document it was

 2     signed in approximately February 2011; is that

 3     fair?

 4          A.      Yes.

 5          Q.      If you did not sign this document

 6     in February 2011 then that is not your signature;

 7     is that fair?

 8                  MR. RIVERO:  Object to the form.

 9          A.      I would not have signed it after

10     that period.

11     BY MR. FREEDMAN:

12          Q.      So if your signature got placed on

13     the document after that period then someone else

14     put it there; is that fair?  Is that accurate?

15                  MR. RIVERO:  Object to the form.

16          A.      I would have signed around that

17     time if I signed this document.

18     BY MR. FREEDMAN:

19          Q.      That is not what I am asking Dr.

20     Wright.  Did you sign this document after February

21     2011?

22          A.      I don't remember when I signed this

23     document, so I cannot say that.

24          Q.      So it is possible you signed this

25     document after February of 2011?
```



Page 183

1          A.      I don't remember when I signed this

2     document.  I don't remember signing this document.

3     I have seen this document, but I don't remember

4     more.

5                  MR. RIVERO:  I have to have a

6     chance to object.  Dr. Wright, please pause for a

7     moment.  It is not Mr. Freedman's fault.  You have

8     to give me a chance, you have to give me a moment.

9     I objected to the last question.

10    BY MR. FREEDMAN:

11         Q.      Dr. Wright, it is possible you

12    signed this operating agreement in January 2020,

13    isn't it?

14         A.      No, it is not.

15         Q.      Did you sign this operating

16    agreement in January 2020?

17         A.      No, I did not.

18         Q.      Did you sign this operating

19    agreement in December of 2019?

20         A.      No, I did not.

21         Q.      Did you sign this operating

22    agreement in 2018?

23         A.      No, I did not.

24         Q.      Did you sign this operating

25    agreement at any time from 2012 through the



Page 184

1    present date?

2            A.      I don't believe so.

3            Q.      Did Dave Kleiman sign this

4    document?

5            A.      I didn't witness Dave Kleiman

6    signing the document so I cannot make a comment.

7            Q.      Why did Lynn Wright not sign the

8    document?

9            A.      If you do an exchange of documents

10   then if Lynn Wright had this document then Lynn

11   right would not be a signatory.  Generally, the

12   way the document exchange works in Australia is

13   the signatory signs a copy and is handed the other

14   one, so generally what you end up with is an

15   unsigned copy.  Even on my property that I've

16   bought in Australia I have never had a copy even

17   of my house deed that has my signature.  In my

18   deed for my house my copy does not have my

19   signature, it has "Craig Wright" blank, and that

20   is completely legal.

21           Q.      Would you feel comfortable relying

22   on this document, Dr. Wright?

23           A.      For what?

24           Q.      Would you feel comfortable having

25   the court rely on this document?



Page 185

1              MR. RIVERO:  Object to the form.

2         A.    For what?

3    BY MR. FREEDMAN:

4         Q.    For anything.

5         A.    I would not say I would be

6    comfortable in having a document for anything that

7    I have not read and looked at and whatever else

8    when I am not a shareholder or anything like this.

9    So, no, being that in March of 2011 I was no

10   longer a director of Information Defense would

11   I sit there and want to rely on anything which --

12   "anything" is infinitely large.  No, I would not

13   sign, in front of 100 witnesses, my birth

14   certificate saying that it was me with a photo and

15   say "Yes, I will rely on this for anything".

16        Q.    Would you have the court rely on

17   this to establish the ownership of W&K?

18        A.    I would ----

19             MR. RIVERO:  Object to the form.

20        A.    I would ask Lynn Wright.  If I was

21   going to rely on a document from a company that

22   another person owns I would ask generally how you

23   attest to documents; you get a person to attest to

24   them.

25   BY MR. FREEDMAN:



Page 186

1          Q.      I am going to put up on the screen

2   for you what has been produced in this litigation

3   as Defense 01854320.  Do you see that document?

4          (Exhibit Defense 01854320 referred to)

5          A.      I see that document.

6          Q.      This is the document to which the

7   operating agreement -- this is e-mail, sorry, to

8   which the operating agreement was attached.  Do

9   you see that it appears to be sent on 4/1/11 to

10  Dave Kleiman with a cc to Craig Wright?

11         A.      Yes.

12                 MR. RIVERO:  Can we have the number

13  again?

14  BY MR. FREEDMAN:

15         Q.      1854320.  Do you remember receiving

16  this e-mail, Dr. Wright?

17         A.      No, I don't.

18         Q.      Was your e-mail address

19  cwrigh20@postoffice.csu.edu.au ever hacked or

20  compromised, to your knowledge?

21         A.      I don't know.  I did not use it.

22  It was my university account and I never -- I

23  hardly ever logged in and checked that.  I had

24  earlier -- up until 2006 or '7 I used it back when

25  I was working at BDO, but after that I hardly used



Page 187

1    that e-mail address.

2         Q.    How did Lynn Wright know to give

3    you these documents in the recent past?

4         A.    I spoke to her.

5         Q.    You asked her for any documents?

6         A.    Yes.

7         Q.    She sent you media via the post?

8         A.    She sent me some media and she sent

9    me some other documents.  She sent some e-mails

10   and I cannot remember what else she sent me.

11        Q.    How did she get you the media?

12        A.    I get boxes all the time.

13        Q.    Did she ship them to you?

14        A.    Quite possibly.  I never paid any

15   attention to the boxes.  When I get things

16   delivered they get delivered.

17        Q.    Do you have a tracking number for

18   that box?

19        A.    No.

20        Q.    Do you think Ms. Wright has a

21   tracking number for that box?

22        A.    My ex-wife is horrible at

23   administration so I very much doubt it.  Sorry,

24   I don't want to sound mean, but she is.

25        Q.    Do your attorneys have the tracking



Page 188

1    information for these boxes?

2           A.     I have no idea what my attorneys

3    have on any of this.

4           Q.     Dr. Wright, you are a forensic

5    examiner of evidence, right?

6           A.     Not any more, no.

7           Q.     You were a forensic examiner of

8    evidence, correct?

9           A.     Yes.

10          Q.     You understand, do you not, the

11   importance of chain of custody, do you not?

12          A.     In this case no, because the chain

13   of custody would be going to Lynn Wright and

14   getting the original.

15          Q.     Are you aware that we asked Lynn

16   Wright for all the documents relating to W&K and

17   she told us she did not have any?

18          A.     I don't know what Lynn Wright said.

19          Q.     Dr. Wright, did you forge these

20   documents?

21          A.     No.

22          Q.     Did you have somebody forge these

23   documents?

24          A.     No.

25          Q.     Dr. Wright, have you tried to log



Page 189

1    into Satoshi's Bitcointalk account to collect

2    documents for this case?

3           A.      There is no Satoshi's Bitcointalk

4    account.  The Bitcointalk account was created in

5    2011 after Satoshi left and stopped being involved

6    with Bitcoin.  That is one of the things you seem

7    not to understand.  Bitcoin.com/forums was the

8    source of what became Bitcointalk.

9           Q.      The Bitcoin.org account, have you

10   tried to log into that to collect documents for

11   this case?

12          A.      There is no Bitcoin.org account to

13   log into.  What do you mean by a Bitcoin.org

14   account?  That is a domain.

15          Q.      Satoshi's account on Bitcoin.org.

16          A.      There is no Satoshi's account at

17   Bitcoin.org.  The domain was first taken over by

18   Theymos (Michael Marquardt).  That was then moved

19   multiple times be between now and where it is.

20   The domain, web server and other things have no

21   relevance to the original.  There was no

22   Bitcoin.org website sort of being used to store

23   documents with companies.

24          Q.      Sorry, I think I meant

25   Bitcointalk.org.  Do you recall having a user name



Page 190

1    Satoshi on Bitcointalk.org?

2         A.    As I just stated, Bitcointalk.org

3    was not the original forum.  The original forum

4    was Bitcoin.org/forums.

5         Q.    Dr. Wright, Satoshi opened an

6    account on what eventually became Bitcointalk.org

7    November 19, 2019 at 7.12.39 p.m.  Did you open

8    that account?

9         A.    No.  Bitcoin.org/forums was

10   originally that and that was migrated to a new

11   site, so you are confusing the two.  The old site

12   that had all my posts was migrated to a new site.

13        Q.    So the account that now resides on

14   Bitcointalk.org and reflects the name Satoshi that

15   was registered on November 19th 2009, you did not

16   open that account?

17        A.    Bitcointalk was not the original

18   forum site.  Bitcointalk was formed to migrate the

19   forum site.

20        Q.    So Dave opened that account?

21        A.    No, Dave did not open that account.

22   Dave was not able to.  Dave was actually in

23   hospital.  Dave was under operations and

24   unconscious during some of the times when Satoshi

25   was communicating, when I was communicating.  Dave



Page 191

1    was literally out.  He was not available, not able

2    to talk because when you are under anaesthetic --

3    not local -- when he was knocked out, under full

4    complete surgery, it is not possible to sit there

5    on your laptop and type messages.

6              Q.      Have you tried to log into any of

7    the accounts you opened as Satoshi, on any forum,

8    to collect documents for this case?

9              A.      No.

10             Q.      Why not?

11             A.      Because Bitcoin.org/forums no

12   longer exists.  The original site, the original

13   SourceForge repository, were all disabled.  It was

14   migrated in I believe 2013 at the latest, where

15   Gavin Andreson and others stopped SourceForge,

16   which I prefer, and started using Github.  The

17   website was migrated earlier than that.  The

18   original forums were altered and changed so that

19   new administrators -- not me -- could be

20   appointed.

21             Q.      Dr. Wright, wouldn't your password

22   still open that account?

23             A.      No, they would not.

24             Q.      Have you tried?

25             A.      Nope.



Page 192

1          Q.     Have you tried to collect e-mails
2    from Satoshi's GMX account for this case?
3          A.     No.  The GMX account was
4    compromised years ago.
5          Q.     Did you try to log in and get the
6    documents from it?
7          A.     The GMX account was compromised
8    years ago.  The GMX account no longer exists.  The
9    compromise happened more than five years before
10   this case.
11         Q.     "Compromised" meaning the password
12   was changed?
13         A.     No, meaning totally taken over.
14   After it was closed down a new Satoshi e-mail
15   account was started.
16         Q.     So the Satoshi GMX account no
17   longer exists; is that accurate?
18         A.     No, there is a new Satoshi GMX
19   account.
20         Q.     The original e-mails no longer
21   reside in your Satoshi GMX account; is that
22   accurate?
23         A.     Yes.
24         Q.     Did you try to log into Satoshi's
25   Vistomail account to collect documents for this



Page 193

1    case?

2           A.      No, I did not.

3           Q.      Why not?

4           A.      Because I have not logged into

5    there for ages and Vistomail requires payment.

6    Without payment the account goes into lockdown and

7    basically you end up not being able to log in.

8           Q.      Can you pay and log back in?

9           A.      No.  Vistomail is not a standard

10   open thing where you can communicate with anyone

11   properly.  It is run by a bunch of anarchists who

12   -- yes, well, they are anarchists.  On top of that

13   the site was taken over in 2013.  A new company

14   bought the site and re-enabled a new version, so

15   the disabled accounts no longer exist.

16          Q.      Have you tried logging into

17   Satoshi's Anonymous Speech account to provide

18   documents for this case?

19          A.      Anonymous Speech and Vistomail are

20   the same server.  If you have Satoshi@vistomail.

21   anything and Satoshi@anonymousspeech. anything,

22   they are the same account.

23                  MR. FREEDMAN:  Can we take a two

24   minute break.

25                  (Recess at 4.55 p.m. to 5.04 p.m.)



Page 194

1                    MR. FREEDMAN:  I just got back.

2        How much time have we been on the record for?

3                    THE VIDEOGRAPHER:  Four hours and

4        eight minutes.

5        BY MR. FREEDMAN:

H

6              Q.      Dr. Wright, I am going to put up a

7        PDF of an e-mail for you.  Can you let me know if

8        you see it.  It has been produced as Defense

9        46098.  Dr. Wright, can you see that now?

10             (Exhibit Defense 46098 referred to)

11             A.      Yes, I see this now.

12             Q.      Okay.  Do you recognise this as an

13        e-mail from you to Mark Italia at the Australian

14        Tax Office, with a cc to your wife?

15             A.      As a director and Jamie Wilson as

16        the CFO at the time.  That was something that was

17        instructed to be sent.

18             Q.      Okay, but it is something that you

19        sent?

20             A.      It is something I instructed to be

21        sent.

22             Q.      Did you look it over before you

23        sent it?

24             A.      I -- what do you call it --

25        dictated it, so ----



Page 195

1        Q.      Okay.  Did you manage the private

2   keys to any Bitcoin in 2013?

3        A.      Well, yes.

4        Q.      Who were you managing the private

5   keys for?

6        A.      I had my own Bitcoin as well.  I

7   mean, I still do now.  I have Bitcoin; I use it.

8   I have never not used Bitcoin, so if you are

9   asking about my Bitcoin -- not trust bit or

10  anything like this -- I had Bitcoin and was

11  occasionally buying and selling on Mt. Gox in

12  small amounts.  I had stuff that I was

13  experimenting with between the companies where we

14  were sending transactions back and forwards,

15  generally in the order of around 14 to 15 Bitcoin

16  at any time, and sometimes maybe up to 30 or 40.

17       Q.      Just 30 or 40, not 30-40,000?

18       A.      30-40.  If I say 40,000 I mean

19  that.  I'm a mathematician so I do know the

20  difference between 40K and 40.

21       Q.      So we can assume when you say a

22  number you mean what you say?

23       A.      Numbers, yes.

24       Q.      Dr. Wright, I am going to share

25  with you another e-mail.  It's a copy of an



Page 196

e-mail, a printout of an e-mail bates labelled

Defense 00027325.  It appears to be a meeting note

from Dave Kleiman to Craig@panopticrypt, dated

February 2nd 2013.  Do you see that on the screen?

        (Exhibit Defense 00027325 referred to)

        A.    I see that.

        Q.    Is this an e-mail Dave sent to you?

        A.    I will assume that it is, for the

moment.  It looks familiar.

        Q.    I actually need you to tell me if

you believe it is an e-mail.

        A.    I believe it is an e-mail.

        Q.    That you received from Dave

Kleiman?

        A.    It looks familiar.  It looks like

something he would say.  More than that, I cannot

tell you.

        Q.    I'm going to put up another e-mail

on the screen for you.  This Bates labelled DEFAUS

00119167.  I apologise, we have looked at this

already.  We can skip it.  Did you ever tell Ira

-- strike that.  You entered into a contract for

Dave to develop software for you through W&K,

isn't that right?

        A.    Yes, I wanted Dave to extend the



Page 197

```
 1    software that I already had.  It is not right to

 2    say that I wanted him to develop by itself,

 3    I wanted him to extend the development of code

 4    that I already had obtained.

 5              Q.    And did he actually extend that

 6    software for you?

 7              A.    No, Dave did not do any work on any

 8    of that software.

 9              Q.    Did you tell Ira that Dave did work

10    on that software?

11              A.    I was led to believe at first, and

12    I did believe because Dave had told me he was

13    working.  Dave never returned the software and

14    with information that I now have I believe Dave

15    never did any work.

16              Q.    Did you receive Dave's software two

17    weeks before he died?

18              A.    Dave did not send any software.

19    There is no "Dave's software".  What I, as I said,

20    believed, because of what Dave was telling me, was

21    money that I was giving him to fund people that he

22    was actually putting into Silk Road was not to buy

23    coders, not to develop code, but to buy drugs.

24              Q.    When did you find out that Dave had

25    not been working on the software?
```



Page 198

```
 1          A.      Last year.
 2          Q.      Did you ever tell the Australian
 3    Tax Office that Dave sent you software -- strike
 4    that.  Did you ever tell the Australian Tax Office
 5    that you received Dave's software two weeks before
 6    he died?
 7          A.      No, I did not.
 8          Q.      I'm going to share another e-mail
 9    with you now.  Let me know if it's up there.  This
10    is Bates Defense 00027396.  Let me know if you
11    recognise this e-mail?
12       (Exhibit Defense 00027396 referred to)
13          A.      It is possible that it is one that
14    I transcribed.  It looks like one -- negotiations
15    with Assistant Commissioner Hardy.
16          Q.      It is an e-mail from you to the
17    Assistant Commissioner Michael Hardy at the
18    Australian Tax Office that was cc'd to your wife
19    and the CFO of your company; is that accurate?
20          A.      Yes, my wife as a director though.
21          MR. RIVERO:  I'll assert whatever
22    objections are appropriate, preserving those as to
23    the communication.  Go ahead and answer,
24    Dr. Wright.
25    BY MR. FREEDMAN:
```

H



Page 199

1        Q.      You bcc'd yourself on this

2   communication; correct?

3        A.      There is a bcc to my name, but I do

4   not know what the actual e-mail address and from

5   or my name happens to be, so I cannot make any

6   comment on that because you can put Craig S.

7   Wright and have it go to fake-mailaddress@fake.com

8   and have it display from, so I am assuming.

9        Q.      Do you have any reason to believe

10  that this is a faked e-mail?

11       A.      I have not read it all yet.

12       Q.      Okay.  Why don't go ahead and read

13  it.

14       A.      It looks like the thing that we

15  were sending off to Mr. Hardy before we had a

16  meeting with him.  More than that I cannot say.

H 17       Q.      Can you read for the record the

18  paragraph that starts off with "the addresses are

19  in my control"?  I am going to mark it for you so

20  it is easier.

21       A.      Yes.  "The addresses are in my

22  control now as a matter of fate and other

23  circumstances.  David Reese and David Kleiman have

24  both be essential parts of this project.  Both of

25  these gentleman, who I had the good fortune to



Page 200

H

1    call friends, passed away this year.  David Reese

2    was a friend of my grandfather before he died of

3    Parkinson's. David Kleiman was my best friend."

4         Q.      Was this something that you

5    dictated, Dr. Wright?

6         A.      Yes, this sounds like something

7    I would dictate.

8         Q.    What did you mean by "fate"?

9         A.      I mean exactly the meaning of the

10   word.  Fate means circumstances beyond control, so

11   the fact that my best friend died is fate,

12   misfortune.  It would not be a random occurrence.

13   When someone commits suicide it is still fate.

14        Q.      What did you mean by "under the

15   circumstances"?
     ┌─────────────────────────────────────────────┐
     │ Speculation; foundation; unduly prejudicial; │
     │ subject to pending MIL                       │
     └─────────────────────────────────────────────┘

16        A.      If you take a combination of

17   barbiturates, opiates and cocaine then either you

18   are intentionally committing suicide or you are

19   really stupid.  But with cocaine in one's system,

20   with alcohol in one's system, barbiturates in

21   one's system I cannot preclude just being stupid.

22        Q.      Dr. Wright, did you have control

23   over these addresses when you wrote this e-mail to

24   the Australian Tax Office?

25        A.      Control, yes.



Page 201

1          Q.     Do you still have control over

2     these addresses?

3          A.     No.  Most of those have been used.

4          Q.     By you or someone at -- Ritzela De

5     Gracia?

6          A.     Ritzela De Gracia did not take all

7     these addresses.  As I said, we gave rights to the

8     companies, through the trust arrangements, through

9     the company arrangements, through the assignment

10    of rights.  The rights assignment was all

11    documented.  All of the transactions, the

12    transfers and the movement of every bit of rights

13    were documented and the movement of C01N has

14    nothing at all, contrary to what a whole lot of

15    lying scumbags will tell you, about private keys.

16    That is what people who have no idea about Bitcoin

17    and those who seek to tell governments that they

18    cannot control Bitcoin, that it is an anarchistic

19    experiment, tell you.

20         Q.     Dr. Wright, as part of this e-mail

21    you see you attached a graphic.  That graphic is

22    pretty difficult to read so I went ahead and

23    downloaded the native for us to look at.  It's a

24    little clearer, right?

25         A.     Yes, it is a little clearer.



Page 202

H

1        Q.      You told the ATO that these
2   addresses are in your control now as a matter of
3   fate and other circumstances.  You listed these
4   addresses and you attached this image of all these
5   other addresses; is that a fair characterisation
6   of this e-mail?
7        A.      Yes.  We were in negotiations,
8   telling the ATO, "Look, we want to register
9   everything under capital gains and other such
10  things so that we will pay tax on all our
11  Bitcoin".
12        Q.      Dr. Wright, in this graphic to the
13  ATO with addresses there is a list of addresses on
14  the right-hand side.  On the left-hand side there
15  is a list of labels; do you see that?
16        A.      Yes, I do.
17        Q.      Do you see there is one address
18  that is kind of redacted out from the picture?
19        A.      Yes, I do.
20        Q.      Can you read the label of that
21  address please?
22        A.      CSW to Dave Kleiman - DV.
23        Q.      You put the word "to" in there.
24  Can you read it again for the record?
25        A.      The dash is a "to", in my parlance.



Page 203

1        Q.      Okay, but just read the -- you have
2    gone so far as to read full colons to me on the
3    record.  Can you just read ----
4        A.      CSW - Dave K - DV.
5        Q.      What does DV mean?
6        A.      DV was just a reference in accounts
7    for payments I made to Dave Kleiman.
8        Q.      Why did you use the letters DV to
9    reference payments to Dave Kleiman?
10       A.      Because it was under an account
11   field where it had DV.
12       Q.      Why not DK?
13       A.      Because it was Dave Kleiman on the
14   other part and DV was to do with the project.  It
15   was nothing to with the name.  DV is not a name
16   marker, Dave Kleiman is.
17       Q.      What did the project DV stand for?
18       A.      It was my payments to Dave Kleiman.
19       Q.      For what?
20       A.      Dave needed money quite often and
21   he also needed to, basically, hospital bills,
22   other such things.  I sent him money on occasion.
23       Q.      Dr. Wright, it seems to me -- let
24   me restate that.  Dr. Wright, there is a Bitcoin
25   wallet address that you have both your name and



Page 204

1    Dave Kleiman's name associated with; is that an

2    accurate representation of this ----

3            A.      Not at all in one bit.

4            Q.      Okay.  Dr. Wright, can you tell me

5    everything that has ever told orally ----

6            A.      Can I tell you what, sorry?

7            Q.      Can you tell me anything that Ira

8    Kleiman has ever told you orally, via the phone,

9    Skype, oral conversations?  Can you tell me

10   anything Ira has ever told you?

11   Delete atty objection  MR. RIVERO:  Object to the form.

12           A.      Yes, I can tell you anything that

13   he has said.  Not everything.

14   BY MR. FREEDMAN:

15           Q.      Please go ahead and try to tell me

16   everything he said.

17   Delete atty objection  MR. RIVERO:  Object to the form.

18           A.      Ira Kleiman has told me he wants me

19   to hold his shares in my name because if I

20   transferred them and put them in other names that

21   would, basically, mean he had to pay tax and we

22   would not want him paying tax, he said.  Ira

23   Kleiman said, "No, don't give those shares to my

24   father.  My father's too old and senile.  It is

25   better that I manage him".  Then he corrected



Page 205

```
 1  himself -- I remember this one -- and said "manage
 2  it for him".  Ira Kleiman had told me, "Look,
 3  wouldn't it be better if we just put everything
 4  into Bitcoin accounts so that everyone can spend
 5  money without having to worry about the government
 6  finding what we own.  Bitcoin is anonymous, isn't
 7  it?"  He asked me, "Can I buy goods and services
 8  like even a house or a car, without telling the
 9  government, if I've got Bitcoin?  So, how do
10  I make sure that I make sure my Bitcoin is never
11  taxed?"  Ira said lots of comments along these
12  lines.  He made sure that his father was locked
13  out of any shares, he tried to gain access to
14  shares.  He talked to me about an offer that I had
15  to, basically, buy him out.  I had an offer that
16  would have funded my companies, but they didn't
17  want any problematic shareholders so they,
18  basically, made me an offer saying look, "We'll
19  buy this guy out under the condition that he is
20  completely gone", to which I made Ira an offer for
21  his Coin-Exch shares of $12 million paid over
22  three years.  Ira said, basically, to the effect
23  of, "Then I'm going to have to pay tax".  Then
24  when he got that, "I think I'm worth more, Dave
25  would have wanted more".  I can keep going on
```



Page 206

1    about these sorts of things.  I found them

2    sickening.

3           Q.      Please do.  I would like you to

4    tell -- why don't we take one step back before you

5    continue and just tell me how many times have you

6    spoken to Ira on the phone, or via Skype or any

7    other voice communication system?

8           A.      I don't know.  Too many.

9           Q.      Please go ahead and continue.  Tell

10   me anything else you recall that he's told you?

11          A.      That is basically the total of it.

12   The majority of what he wanted was him -- "How do

13   I get more money?  How do I get money without

14   paying tax?  How do I buy things without everyone

15   knowing?"  Fairly much the totality of most of my

16   communications with him were those.

H   17          Q.      Okay.  Thank you, Dr. Wright.  I am

18   going to put on the screen for us some documents;

19   do you see this. Dr. Wright?

20          A.      I see that.

21          Q.      It purports to be an Auscript

22   transcript of an Australian Taxation Office record

23   of interview between Des McMaster, Hoa Doa,

24   yourself, John Chester and Andrew Sommer, dated

25   18th February 2014 and bearing the Bates label



Page 207

H

1    DEFAUS 00115520.

2        (Exhibit DEFAUS 00115520 referred to)

3                    MR. RIVERO:   Same position as

4    previously noted.

5    BY MR. FREEDMAN:

6        Q.    Dr. Wright, are you familiar with

7    this transcript?

8        A.    I am familiar with this erroneous

9    document that was basically put around Gizmodo and

10   other sources, yes.

Foundation; argumentative; non-responsive

11       Q.    Is it your position that an

12   interview occurred at this date, this is just not

13   an accurate transcript of that interview?

14       A.    It is my statement that this was so

15   badly done that Mr. Des McMaster was sent to Papua

16   New Guinea as punishment.  They took him out of

17   the country and shoved him into a rural area.  The

18   thing was actually a rural village in Papua New

19   Guinea as his punishment.  The accuracy of this is

20   less than if I get a dartboard and throw Scrabble

21   letters at it.

22       Q.    Let me break down my question.  Dr.

23   Wright, did a meeting between these six

24   individuals occur instantly on Tuesday 18th

25   February 2014?



Page 208

1       A.      No, there were seven individuals.

2       Q.      Who was the seventh individual that

3   is not listed?

4       A.      There was another person from the

5   Australian Tax Office.

6       Q.      Was there a recording being done of

7   that interview?

8       A.      No.

H

9       Q.      Dr. Wright, I am going to show you

10  another transcript which purports to be an

11  Auscript transcript of a meeting with the

12  Australian Tax Office, between Andrew Miller, Des

13  McMaster, Jennifer Trinh and yourself, John

14  Chester and Andrew Sommer, dated 20th March 2014.

15  Do you see that transcript?  It bears the Bates

16  label Defense 00053142.

17      (Exhibit Defense 00053142 referred to)

18      A.      I see the document that said

19  "transcript of proceedings", that was basically

20  junked by the tax office because it was so badly

21  recorded and -- sorry, transcribed.

22      Q.      The date on it, Dr. Wright -- was

23  there a meeting with the Australian Tax Office and

24  those six individuals on 28th March 2014?

25      A.      I would have to double check, but



Page 209

1  it looks about the right date.  From my

2  recollection that is the correct date.

3          Q.      Was this meeting recorded?

4          A.      Without authorisation and basically

5  a little thing under the table.  So not properly,

6  no.

7          Q.      It was transcribed but it's your

8  position that transcription is inaccurate; is that

9  an accurate characterisation of your position?

10         A.      It is not ----

11                 MR. RIVERO:  Objection.

12         A.      It is so inaccurate that I could

13  not even call it inaccurate.  If I randomly picked

14  Scrabble characters and put them on a thing it

15  would be more accurate than this document.

16         Q.      I will move to the next document.

17  On the screen now you will see an Auscript

18  transcript of proceedings that purports to be a

19  transcript of an interview that took place between

20  Greg O'Mahoney and yourself at the ATO's office on

21  August 11th 2014.  Do you see this document?  It

22  has the Bates label Defense 00068665.

23         (Exhibit Defense 00068665 referred to)

24                 MR. RIVERO:  Object to the form.

25                 MR. FREEDMAN:  Mr. Rivero, you can



Page 210

1   make it on the record but you do have a standing

2   objection to any ATO transcript.

3                    THE WITNESS:  Can you zoom it in,

4   please?  It's really hard to read.

5   BY MR. FREEDMAN:

6            Q.      Is that better?

7            A.      Yes, that's better.

8            Q.      Have you reviewed this transcript

9   before?

10                   MR. RIVERO:  Same objection.

11           A.      No, I have not because I have never

12   had a single interview with a single person.

13   There have never been any interviews between

14   myself as a single person and one-on-one with the

15   ATO, so there is nothing to review.

16   BY MR. FREEDMAN:

17           Q.      Is it your position, Dr. Wright,

18   that this interview never happened?

19           A.      No.  If it has happened there was

20   no interview between myself and O'Mahoney

21   individually.  There were group interviews, there

22   is no individual interview, so if this is only a

23   two person interview it did not happen.

24           Q.      I think actually, Dr. Wright, that

25   it says up here that the interview was for Greg



Page 211

1   O'Mahoney and Andrew Sommers.

2          A.      Which shows it is already erroneous

3   if you have multiple people interviewing me and

4   not in the beginning.  Like I said, this document

5   is not worth used toilet paper.

6          Q.      Dr. Wright, did the fact that

7   Mr. Sommers attended this interview refresh your

8   recollection that an interview did take place on

9   11th August 2014, it was transcribed but the

10  transcription is so bad that you don't think it

11  should be relied on.

12              MR. RIVERO:  Object to the form.

13         A.      No, I would say there is a meeting

14  and then there is a whole lot of trash after on

15  this thing that purports to be a meeting that has

16  nothing to do with it.

17  BY MR. FREEDMAN:

18         Q.      Okay, but the meeting occurred on

19  that date, on or about that date; is that

20  accurate?

21         A.      I am say a meeting occurred, not

22  the one they are saying interviewer/interviewee.

23         Q.      Was the meeting that occurred on --

24  strike that.  Dr. Wright, do you recall meeting

25  with Greg O'Mahoney and Andrew Sommer at the



Page 212

1    Australian Tax Office's office?

2         A.      I recall multiple people, not just

3    Greg.  He had at least two other assistants so,

4    no, this particular thing is not right at all.  If

5    they cannot even get the number of people correct

6    then, no, I don't recognise a meeting that

7    suddenly in parts gains people.

8         Q.      Was the meeting you attended at

9    with Mr. O'Mahoney and Andrew Sommer recorded?

10        A.      Not to my knowledge.

11        Q.      Was that meeting transcribed?

12            MR. RIVERO:  Object to the form.

13        A.      Again, I was only in meetings with

14   O'Mahoney, and at least three other tax office

15   people, and my lawyer and others so this is not an

16   accurate, in any way, transcription.

17   BY MR. FREEDMAN:

18        Q.      Dr. Wright, I am now going to

19   switch to another Auscript transcript between the

20   Australian Tax Office that purports to reflect an

21   interview between Greg O'Mahoney yourself and

22   Andrew Sommer at the Australian Tax Office tax

23   office offices on August 18, 2014.  It bears the

24   Bates label DEFAUS 560317.  Do you see that?

25        (Exhibit Defense 560317 referred to)



Page 213

H

1      A.      Yes, I see another terrible attempt

2  at a transcription proceedings that does not

3  reflect what actually happened.

4      Q.      Do you recall a meeting with the

5  Tax Office representative Greg O'Mahoney, yourself

6  and Andrew Sommer on or about August 18, 2014?

7      A.      No, because the interviewer was not

8  actually Greg O'Mahoney.  Greg O'Mahoney was

9  present.

10      Q.      Who was the interviewer?

11      A.      I don't remember her name, off the

12  top of my head.  A woman.  She was an assistant

13  commissioner.

14      Q.      When the transcript goes through

15  showing O'Mahoney, Wright, O'Mahoney, Wright,

16  O'Mahoney, Wright, you are saying that is

17  incorrect?

18      A.      I am saying nothing in any of these

19  things is even remotely worth the paper it is

20  printed on.

21      Q.      Is it your testimony, Dr. Wright,

22  that somebody just fabricated this entire

23  transcript from whole cloth?

24      A.      I am saying that one of the tax

25  people actually got sent to a different country as



Page 214

1   punishment because of all these.

2          Q.      I understand that it is your

3   position that this transcript was extremely

4   inaccurate and not good, but I am trying to ask

5   you is -- there are more documents, but so far we

6   have looked at one transcript 41 pages, another

7   transcript that is 97 pages, another transcript

8   that is 46 pages.  We are now on another 46 page

9   transcript and I am trying to understand if it is

10  your position that somebody sat and fabricated

11  this entire back and forth between you and the tax

12  office, or if it's just your position that these

13  meetings did occur but the transcription is

14  horrendous and it should not be used.  That is my

15  question, so which is your position?

16                 MR. RIVERO:  Objection to the form

17  of the question.  I will note a specific objection

18  to the term "transcription" in this context, but

19  go ahead and answer.

20         A.      Being that one of the people in the

21  tax office and I had a personal disagreement that

22  goes back many years and that he didn't arrange in

23  all of this.  I would actually say that not only

24  is terrible but it is intentionally terrible.

25  BY MR. FREEDMAN:



Page 215

1          Q.     Okay.  Dr. Wright, we are in the

2     February 18th 2014 transcript.  I am going to

3     bring you back to that, the one bearing the Bates

4     label DEFAUS 00115520.  I am going to bring you to

5     page 31 of that transcript.  Do you see here

6     Mr. Dolevski at line 31.  Can you read the record

7     from here to the end of the page?

8          A.     That is a Ms.  Do you want me to

9     say the names as I read?

10          Q.     Sure.

11          A.     Dolevski:  "No, unfortunately."

12     McMaster:  "Now we are coming to the end of the

13     recording here."  Sommer: "Yeah.  Do you want to

14     change it and then I'll wrap up?"  McMaster:

15     "Yeah, I'll wait till it stops first."  Sommer:

16     "Okay."  McMaster: "It has got to go through the

17     process and then we can wrap.  I know, I know."

18     Sommer: "Even the CDs are bureaucratic here.

19     Sorry."  McMaster: "Well, you've got to write

20     them.  What can I say?"  Sommer: "Oh, that was

21     recorded too."

22          Q.     Dr. Wright, does this help refresh

23     your recollection that these transcripts were

24     actually recorded?

25                    MR. RIVERO:  Objection.



Page 216

1       A.      The recording did not work in any

2   of these things, as far as I know.  As far as

3   I know, no they were not.

4   BY MR. FREEDMAN:

5       Q.      Does it help refresh your

6   recollection that this was not a recording under

7   the table without your knowledge?

8               MR. RIVERO:  Object to the form.

9       A.      As I already said, this is not

10  accurate so what you are saying is an inaccurate

11  thing that was not reflecting -- the real thing is

12  supposed to reflect my memory that I am going to

13  change and go, "Oh no, it is real".  Sorry, no,

14  I won't.  I didn't actually say I would accept

15  being recorded and, no, they weren't meant to be.

16  The fact that they've tacked in on the end, "Hey

17  we are recording", too bad.

18  BY MR. FREEDMAN:

19      Q.      I am going to bring you to the

20  August 2011 transcript, Defense 68665.  I'd like

21  to direct your attention to the first three

22  sentences from Mr. O'Mahoney.  Can you read that,

23  please, for the record?

24      (Exhibit Defense 68665 referred to)

25      A.      Not unless you zoom in a little



H 1    bit.

2              Q.        Absolutely.   How is that?

3              A.        That is better.   Thank you.   So the

4    first how many sentences?

5              Q.        Three, please.

6              A.        "Thank you.   I will start with the

7    formalities.   I think the interview of Dr. Wright

8    is informal, notwithstanding that it's been

9    recorded and it's set down for two afternoons -

10   today 11 August and 18 August".

11             Q.        Does that help refresh your

12   recollection that your interviews between Greg

13   O'Mahoney in the tax office on 11th August 2014

14   and 18th August 2014 were recorded?

15             MR. RIVERO:   Object to the form.

H 16            A.        No.   The documents that

17   Mr. McMaster and other people there wanted to say,

18   so that this would be admissible when they were

19   doing it, don't reflect reality, which has already

20   gone through.   The tax office did not have any

21   reality in these documents, so saying do

22   I remember these being recorded now that I have

23   seen someone falsely having mucked around with

24   things I said were totally false, no.   They stay

25   totality false, they are totally false.   They did



Page 218

H

1   not reflect the meetings in any manner.  Every
2   second word in these damn things is false.  I had
3   arguments with this.  I threatened to bring suit
4   against the tax office because of this and they
5   withdrew them all because practically not a letter
6   in these things reflected what actually happened.
7   BY MR. FREEDMAN:

H

8          Q.    Dr. Wright, I am going to bring you
9   to the -- I believe we have already covered the
10  August 18th transcript bearing Bates label Defense
11  DEFAUS 560317 so I am going to bring you to the
12  transcript dated Monday 7th December 2015, which
13  was a transcript of a meeting with DeMorgan.  Do
14  you recall this meeting with the tax office?
15         (Exhibit DEFAUS 560317 referred to)
16         A.    I had meetings with the tax office,
17  yes.
18         Q.    Do you recall meeting with them on
19  or about 7 December 2015?
20              MR. RIVERO:  Objection.
21         A.    What date in 2015?
22  BY MR. FREEDMAN:
23         Q.    7th December 2015.
24         A.    No, I was not in the country.
25         Q.    There is another half of that



Page 219

H

1    meeting, Dr. Wright, also bearing the bates label

2    Defense 57864, which is the second half of that

3    meeting.  Do you recall meeting with the ATO on

4    December 7, 2015?

5         A.    No, I was not meeting the ATO on

6    7th December 2015.

7         Q.    Is it your position that these two

8    transcripts are fabricated from whole cloth, or

9    just mis-stated?

10              MR. RIVERO:  Objection.

11        A.    What you are saying now is, "Oh

12   these bits are right".  The fact that -- I think

13   was in either New Zealand or the Philippines or

14   Manila at that day.  So you want to say that bits

15   are right now?  Do we cherry pick each line by

16   line until we construct a sentence that you like

17   out of the words?  Do we play it like Scrabble?

18   BY MR. FREEDMAN:

19        Q.    Dr. Wright, you just said that the

20   ATO withdrew these transcripts.  What evidence do

21   you have to support the fact that they've

22   withdrawn the transcripts?

23              MR. RIVERO:  Object to the form.

24        A.    I don't anymore.  I'm not a

25   director of those companies.  If they hadn't they



Page 220

1    would have used them.  The whole point here is

2    none of these were accurate.  The transcripts were

3    given to us so that we would sign off on them and

4    we told them where to go because they're not

5    accurate.

6    BY MR. FREEDMAN:

H    7         Q.     Actually, Doctor, I want to bring

8    up one of those.  This is an e-mail bearing a

9    Bates label Defense 00053141.  If you take a look

10   you will see the bottom e-mail is from

11   johnchesher@hotwire to Craig Wright and

12   ramonawatts@hotwire.  He's forwarding on an e-mail

13   from Andrew Miller at the tax office, advising

14   John that they are attaching the interview of 28th

15   March 2014 from Auscript and they are providing

16   you with a copy for your records; do you see that?

17        A.     Yes, and following that we

18   complained that they were horribly inaccurate.

19        Q.     So was this a real e-mail that John

20   Chesher sent to you and Ms. Watts?

21        A.     I don't know.  It is an e-mail that

22   Andrew Miller had that was forwarded from John

23   Chesher.  More than that I cannot say.

24        Q.     But it's an e-mail you received

25   from John Chesher; is that fair?



Page  221

H

1          A.      No.  As I said, this is the CEO

2    e-mail account so it is a jointly received e-mail.

3    Yes, we did receive transcript documents and then

4    we basically called up and said they are a bunch

5    of shit.  Des McMaster, as I said, ended up being

6    sent to Papua New Guinea, which to the US would be

7    the equivalent of being sent to a jungle swamp in

8    Puerto Rico.

9          Q.      You are aware that the Australian

10   Tax Office denied all of your claims for refunds

11   and issued extensive documents with findings

12   citing these transcripts, and so I am at a loss

13   for what your evidence is that they withdrew the

14   transcripts and I would like you to tell me if you

15   have any other evidence that they withdrew them?

16          A.      The value of what the ATO say out

17   of court is about zero.  These are the same people

18   who accused me of recklessly overclaiming and made

19   up other things to try and bankrupt me so that I

20   would not get into court.  Basically, you're

21   saying they would not make things up.  Actually,

22   I went to court and I won.  The whole thing was

23   they were attempting to bankrupt me so they

24   couldn't get into court and win.  So in this case

25   what happened was I resigned as director, I moved



Page 222

1    overseas and then after Mr. Ira started causing

2    problems then the funding for the Australian

3    companies was pulled because Ira, causing

4    problems, basically made it impossible to run the

5    Australian companies.  So without Andrew being

6    funded, without -- that's Sommer -- the

7    accountants in KPMG and other places being funded,

8    the ATO decided just to walk in there and close

9    everything, and we were not going to fight it.

10   The simple answer here is the reason they are

11   closed is about 99% your client and his false

12   statements that he made to the tax office.

13              MR. RIVERO:  I don't know if there

14   is a technical problem but I was really trying to

15   get an objection in to that question beforehand.

16   I am not sure if I am being heard at all.  I did

17   state an objection before, to the question, for a

18   number of reasons.

19              THE COURT REPORTER:  When the

20   witness is peaking we don't hear any objection

21   from you.

22              MR. RIVERO:  Dr. Wright,

23   I suspected there might be some issue like that

24   because I was really having to raise my voice a

25   lot.  Dr. Wright, you have to give me a moment



Page 223

1    because it may be that the court reporter says --

2    I know sometimes these microphones work one-to-one

3    and once one engages you cannot hear the others so

4    I need a moment to state my objection.  Thank you.

5    BY MR. FREEDMAN:

6          Q.    Did you have access to the

7    craig.wright@hotwirepe.com account?

8          A.    Multiple people had access to the

9    craig.wright@hotwirepe.com account.

10         Q.    Dr. Wright, I had asked if you had

11   access to the account.

12         A.    Not on April 23rd I didn't.

13         Q.    You did not have access to that --

14   strike that.  Dr. Wright, did Robert Urquhart have

15   access to the Hotwire PE account?

16         A.    Yes, he would have.

17         Q.    Is it your position then that when

18   this was sent, that Robert Urquhart was the one

19   who forwarded this e-mail to Ms. Watts?

20         A.    No, it is not my position.

21         Q.    Did you forward this e-mail to Ms.

22   Watts?

23         A.    I did not forward any e-mail on the

24   23rd.

25         Q.    Dr. Wright, I am going to share



Page 224

1    with you a document ----

2              MR. BRENNER:  Can you just make

3    clear on the record what the last document was?

4    I don't think there is a record of what you were

5    looking at.

6    MR. FREEDMAN:

H  7         Q.      That was an e-mail bearing the

8    Bates label Defense 53141.  I am now going to

9    share with you an e-mail that has been produced in

10   this litigation as Kleiman 278248.  It purports to

11   be an e-mail from your Craig Wright Hotwire

12   account, to Ira Kleiman on February 8, 2014.  It

13   includes beneath it an e-mail that is signed by

14   Dave and using Dave's PGP key.  It is two pages.

15   I have scrolled through them quickly for you, but

16   let me know if you want to go through anything

17   again.  Do you see that?

18         (Exhibit Defense 53141 referred to)

19         A.      I see that.

20         Q.      Is this an e-mail you forwarded or

21   directed someone to forward to Ira?

22         A.      It looks like an e-mail I directed

23   to be forwarded.

24         Q.      Is this a true and correct copy of

25   an e-mail you received from Dave Kleiman?



Page 225

1          A.      Without analysing the e-mail

2    I cannot say whether it has been changed at all.

3    It has a PGP signature but I don't know whether it

4    is correct, whether something has been changed.

5    It is not possible just to look at a signature and

6    say it is the same.

7          Q.      If the signature validates would

8    that make you to feel comfortable to say that this

9    is in fact an e-mail that you received from Dave

10   Kleiman?

11         A.      It would make me much more

12   comfortable, yes.

13         Q.      Did you ever have the key to this

14   PGP key from Dave Kleiman?

15         A.      No, I did not.

16         Q.      I am going to share another

17   document with you, Dr. Wright.  This is produced

18   to us by your lawyers as Defense 68505.  I have

19   included the native as well as the Bates label,

20   but I will show you the Bates label down here.

21   There is the Bates.  Is this an e-mail that you

22   recognise as having been sent from you to you,

23   that appears to be forwarding on ----

24         (Exhibit Defense 68505 referred to)

25         A.      I don't know what the actual



Page 226

```
1    e-mails are, so I am not sure -- it is Craig
2    Wright to Craig Wright but that could be any
3    e-mail, so I can't comment on that.  Anyone can
4    send an e-mail address to be anything, so the
5    "from" name without the e-mail address means
6    nothing and the "to" name without the e-mail
7    address means nothing.
8              Q.     So you don't recognise this e-mail
9    then?
10             A.     I cannot say whether this is an
11   e-mail that was forwarded to myself or which
12   particular e-mail that it might have been
13   forwarded to.
14             Q.     Okay.  Dr. Wright I am going to
15   share with you another document; Defense 68503.
16   Do you see this document?
17        (Exhibit Defense 68503 referred to)
18             A.     I see a document, yes.
19             Q.     Do you recognise this document?
20             A.     It looks familiar, but I would have
21   to -- I cannot prove every line by looking at it.
22             Q.     It also has a history of e-mails
23   that appear to be between you and Dave, and they
24   appear to be signed by PGP key.  Do you see that?
25             A.     I do.
```

H



Page 227

1      Q.      Do these appear to be real e-mails

2  between you and Dave?  Sorry, did you answer that?

3      A.      Was that a question?

H

4      Q.      Do these appear to be real e-mails

5  before between you and Dave?

6      A.      You did not say "do these", you

7  said "these appear".  Yes, they appear reel.

8      Q.      Dr. Wright, is it your position

9  that everything with the DEFAUS Bates stamp is

10 fabricated?

11     A.      I cannot say whether everything is,

12 but you are talking about machines that are

13 captured from my wife's e-mail and my e-mail when

14 we were no longer even in the country, so you are

15 talking about even our personal e-mails and our

16 children's details on machines that, well, quite

17 simply should never have ever had access to that

18 material.  So if you have something there then you

19 have effectively had machines that have been

20 hacked, and I would not trust anything that has

21 been hacked other than to show that there has been

22 something hacked.

23     Q.      Dr. Wright, did you ever tell Ira

24 that he would be releasing you from claims if he

25 accepted shares in Coin-Exch?



Page 228

1          A.      No, I never made any such thing.

2          Q.      Did you ever tell Ira that he would

3     be waiving any claims against you if he accepted

4     shares in Coin-Exch?

5          A.      No, I did not say anything like

6     that.

7          Q.      Did you ever sell your shares in

8     Coin-Exch?                    Non-responsive

9          A.      I did not sell my shares in

10    Coin-Exch, I still have them.  I have not said

11    anything about what Ira would or would not do

12    because Ira is very simply a shareholder, so when

13    I was no longer a director I would not say

14    anything.  Before, when I was a director, it is

15    very simple; you don't tell shareholders about

16    claims or anything like this.  You have a valuable

17    asset; what you choose to do with it is up to you.

18    It is not my place, as a director of a company, to

19    tell you what you should do with them, whether you

20    should hold them, sell them or do anything else.

21    My place as a director is to give you the books

22    and accounts as they are signed off by the audit

23    committee, as the independent and external

24    auditors have signed them off, and hand them to

25    the shareholders.



Page 229

H

1       Q.      Thank you.  I am handing you

2    putting up on the screen what has been marked as

3    Defense 46800.  Do you agree with me that it

4    appears to be an e-mail from you to Ms. Watts and

5    Mr, Matthews, forwarding on an e-mail that you

6    received from Patrick Paige?

7       (Exhibit Defense 46800 referred to)

8       A.      It is from my name so I cannot say

9    which e-mail account it is from.  It says my name,

10   but that does not mean the e-mail.

11      Q.      Let's go down to the original

12   e-mail from Patrick.  Here at the bottom of the

13   first page of the e-mail on November 20, 2015 at

14   3.50 Patrick wrote you:  "High Craig, how goes it?

15   I just wanted to touch base with you.  I got a

16   call from a reporter who left a message about Dave

17   and you".  Do you recall receiving this message

18   from Patrick Paige?

19      A.      Yes, I did.

20      Q.      Did you respond back to Patrick

21   Paige with this e-mail that is in the middle of

22   the first page, from Craig Wright to Patrick Paige

23   on November 19, 2015 at 1.06 p.m.?

24      A.      Yes, I responded back because I was

25   under the belief that reporters were calling up at



Page 230

H

1   about the computer designs and other things we

2   were doing that I had been talking about.  I did

3   not realise what the actual nosiness of these

4   reporters was, in effect.

5          Q.     That is an e-mail that sent?

6          A.     It looks like it, yes.

7          Q.     Then there is an e-mail from

8   Patrick back to you.  Do you remember receiving

9   that as at 5.26 a.m. on November 24, 2015?

10         A.      Yes, I have read that I did receive

11  that.  I don't believe it has been changed.  It

12  looks very familiar.

13                 MR. FREEDMAN:  I need another five

14  minute break.

15         (Recess at 5.56 p.m. to 6.07 p.m.)

16  BY MR. FREEDMAN:

17         Q.     Dr. Wright, you previously

18  testified that you have not produced any documents

19  and that your lawyers produced them; do you recall

20  that?

21         A.     My lawyers were the ones that took

22  the boxes, took everything else, so yes.  I have

23  basically handed them access to all of the boxes

24  that I had from Australia and allowed them to take

25  pretty much everything.



Page 231

1          Q.      Have you given any documents

2    directly to AlixPartners?

3          A.      For this case?

4          Q.      Yes.

5          A.      No, I have given documents to

6    AlixPartners for a different case here in Britain.

7          Q.      Is it fair to say that any

8    documents that you -- strike that.  Is it accurate

9    to say that any documents that have been provided

10   in this litigation have first gone through your

11   counsel before they went anywhere else?

12         A.      I don't know.

13         Q.      Have you provided documents to

14   anyone other than your counsel, as it relates to

15   this case?

16         A.      I have given documents to ----

17         Q.      That was a bad question.  Let me

18   clean that up for you.  Dr. Wright, have you given

19   documents, to be produced in this litigation to

20   Mr. Kleiman, to anyone other than your lawyer?

21         A.      Well, let's see --- I'm not sure

22   what you mean be that.

23         Q.      Do you recognise that you have to

24   have -- you were required by law to turn over

25   documents in this litigation; do you understand



Page 232

1    that?

2         A.    Which every document I have been

3    able to find I have turned over.

4         Q.    Who have you turned them over to?

5         A.    I turned them over to my US

6    counsel, but I also have another case on a

7    different matter running in the UK, so my UK

8    counsel have access to other documents.  I am not

9    sure how the process works between UK counsel and

10   US counsel.  I don't know if it goes from UK to

11   US, I don't know if it goes from UK to

12   AlixPartners to -- I have no idea.  I just give

13   documents to lawyers and stuff happens.

14        Q.    Have you provided documents to

15   anyone other than your UK lawyers and your US

16   lawyers for the purposes of this case?

17        A.    As I said, I gave counsel these

18   documents.  I have given access, under

19   instruction, to AlixPartners and accountants that

20   my lawyers are using.  I don't know what then

21   happens.  For instance, there were web-based

22   accounts to do with Zero.  I signed up the

23   accounting forensic experts to Zero.  They have an

24   account.  I don't know how that now works.

25   I don't know if it goes directly -- I don't know.



Page 233

```
 1   It is people that my lawyers said to get access to
 2   things and I gave them access.  More than that I
 3   have no idea.
 4          Q.     You have given direct access to
 5   your systems to AlixPartners?
 6          A.     I have given direct access to some
 7   systems.  I don't know who the person is -- I got
 8   an e-mail address from my counsel and, as I said,
 9   I have given access, magic happens.
10          Q.     Did you provide your lawyers with
11   hard copy documents?
12          A.     We had boxes of documentation that
13   came over from the closure of the companies
14   Australia.  There are hard copies in there.  They
15   came around to my house, they took copies, the UK
16   counsel took copies.  I do not actually know what
17   they took.
18          Q.     How many boxes were there?
19          MR. RIVERO:  Can I just say on this
20   that with regard to, for example, hard copy
21   documents of Mr. Wright, so referring to your
22   question, I can tell you that in that instance Ms.
23   McGovern and I initially reviewed a set ----
24          MR. FREEDMAN:  I appreciate it, but
25   I don't want you to testify.  I would like to hear
```



Page 234

1    the answer from Dr. Wright.  We have a limited

2    amount of time.  I am happy to confer with you

3    after this deposition is over.

4                MR. RIVERO:  I don't want  him to

5    give misleading testimony about the production of

6    documents that are guided by counsel.  I object to

7    the line of questioning.  Ask your next question.

8    BY MR. FREEDMAN:

9          Q.    How many boxes of hard copy

10   documents were there?

11         A.    I don't know.  A lot.

12         Q.    Ten?

13         A.    More.

14               MR. RIVERO:  Object to the form.

15   MR. FREEDMAN:

16         Q.    20?

17               MR. RIVERO:  Objection.

18         A.    I don't know.

19   BY MR. FREEDMAN:

20         Q.    Where were these hard documents

21   stored prior to being collected by your attorneys?

22         A.    They were in sealed banker boxes

23   that came over from Australia.  The sealed banker

24   boxes were in a storage room in our house.

25         Q.    Who sent them to you from



Page 235

1   Australia?

2          A.     I don't know.  Think it was either

3   Ali Lodey or someone acting under direction from

4   either Alan Granger or Stefan Matthews.

5          Q.     When did those boxes arrive?

6          A.     End of 2016, beginning of 2017.

7          Q.     So have you moved these between

8   10-20 boxes with you as you've moved around?

9          A.     They basically came into storage in

10  -- we've moved once with those boxes, but I don't

11  know.  It is more than 20 boxes, that is all

12  I know.  Ramona was the final director, so they

13  come for her, so they are not my boxes, they have

14  just been in the house I share with my wife.

15         Q.     Were the boxes labelled?

16         A.     I don't know.  I never had anything

17  to do with them.

18         Q.     Were the documents in folders?

19         A.     I don't know.  I have believe some

20  were.  I watched as my counsel were working

21  through boxes, but I didn't interact with them

22  much.

23         Q.     Where are those boxes now?

24         A.     The boxes have been thrown away,

25  I believe, but the contents are with lawyers.



Page 236

1          Q.      Have you provided your lawyers or

2   AlixPartners with any devices containing

3   electronically stored information?

4          A.      Yes.

5          Q.      Which devices did you provide

6   access to?

7          A.      We had at least 20 laptops that

8   were sent over from Australia, staff laptops that

9   came over.  We did not have any of mine because

10  I destroyed my accounts in 2016.  What else was

11  there?  There were old hard drives, there were

12  CDs, papers, USB sticks, all sorts of things.

13  Just tons of material.

14         Q.      When did they arrive?

15         A.      I don't remember.

16         Q.      Who sent them to you?

17         A.      Who sent what to me, sorry?

18         Q.      Who sent the media devices to you?

19         A.      I don't know.  I wasn't the

20  director at the end.  I didn't pay attention, they

21  were just stored in my house.

22         Q.      How did you determine whether to

23  put a Defense Australia Bates stamp or just a

24  Defense Bates stamp on documents?

25                 MR. RIVERO:  Objection.  Answer if



Page 237

1    you can, Dr. Wright.

2            A.      I have no idea.  I can only say

3    discussions I have had with my lawyers in the last

4    few months.  Before that I have no idea

5    whatsoever.  I talked about some of this and I've

6    picked up and gleaned by talking to my lawyers,

7    but I did not put any defense labels on at all.

8    I have not been involved in producing evidence to

9    this court, other than to hand things to my

10   lawyers and forensic people to do their job.

11   I have not touched, analysed, looked at, searched,

12   or anything, any device, any paper, anything.

13            MR. RIVERO:  Don't go over your

14   conversations with counsel.

15   BY MR. FREEDMAN:

16            Q.      How can you tell the difference

17   between an Australian device and a non-Australian

18   device?

19            A.      I am not sure what you are asking.

20            Q.      You have said that these documents

21   were in Australia or these were on machines that

22   reside in Australia, so I'm trying to understand

23   how you know which documents came from Australia

24   and which documents were never in Australia,

25   outside of your supervision.



Page 238

```
 1                   MR. RIVERO:  Objection.
 2    Mr. Freedman, I believe you know that at your
 3    request we were asked to distinguish between
 4    documents ----
 5                   MR. FREEDMAN:  Please don't testify
 6    for your client or coach your client.  I am asking
 7    questions.  We have repeatedly tried to meet and
 8    confer with you on this and you have repeatedly
 9    told us to discuss this with your client at
10    deposition.  I am now trying to do that and I
11    would appreciate if you let me ask the questions
12    and get answers.  If you have an objection,
13    object.  If you want to instruct not to answer,
14    instruct not to answer and we will bring it to the
15    court.  Unless it is one of the two things I ask
16    you to please stay quiet while I ask my questions.
17    Dr. Wright -- Mr. Rivero, please.  Do you have an
18    objection to make or do you have an instruction to
19    give?
20                   MR. RIVERO:  I have an objection to
21    make and I reserve my instruction.  Let's see what
22    happens.  You requested that we distinguish
23    between documents that we obtained in UK and in
24    ----
25                   MR. FREEDMAN:  This is not an
```



Page 239

1   appropriate objection and if you don't stop I'm

2   going to ask the court to intervene.

3                MR. RIVERO:  You have to let me

4   finish.

5                MR. FREEDMAN:  It is inappropriate.

6                MR. RIVERO:  You are speaking over

7   me.  You asked us to distinguish and identify what

8   we ----

9                MR. FREEDMAN:  I would ask that we

10  allow the court to weigh in on whether or not this

11  is an appropriate objection before you continue

12  because I believe that this has the unintended

13  effect of guiding the witness in his answers and

14  it at a minimum should be held outside the

15  witness's presence.

16               MR. RIVERO:  Ask your next

17  question, please.  This is really improper.  Go

18  ahead.

19  BY MR. FREEDMAN:

20       Q.    Dr. Wright, how are you aware which

21  devices resided in Australia and which devices did

22  not reside in Australia?

23               MR. RIVERO:  Same objection.

24       A.    Do I respond?

25               MR. RIVERO:  Yes, respond.



Page 240

1          A.     My lawyers told me.

2                 MR. RIVERO:  Don't respond with

3     what your lawyers told you.

4     BY MR. FREEDMAN:

5          Q.     How would your lawyers know whether

6     or not a device was in Australia or whether a

7     device was from the United Kingdom?

8                 MR. RIVERO:  Objection.  I instruct

9     you not to answer.  I don't know if Judge

10    Reinhardt is available.  I would like to have that

11    heard.

12                JUDGE REINHARDT:  I am still here.

13    Is there an issue for me to rule on?

14                MR. RIVERO:  Mr. Freedman wants to

15    go ahead and try to establish some basis ----

16                MR. FREEDMAN:  Your Honour, what is

17    going on is that the witness has said multiple

18    times that documents that come from Australia are

19    potentially subject to forgeries or hacks.  I had

20    asked the witness how he was able to tell whether

21    the device was in Australia or United Kingdom, and

22    he said his lawyers told him.  I would like to ask

23    how his lawyers knew that, if he is aware, and

24    Mr. Rivero instructed him not to answer the

25    question.



Page 241

```
 1                    JUDGE REINHARDT:  Well, Mr. Rivero,

 2   I have been listening to the whole deposition.

 3   Mr. Rivero, if you want to be heard I will hear

 4   you.

 5                    MR. RIVERO:  The Bates labelling is

 6   our Bates labelling, of course.  The DEFAUS Bates

 7   label resulted specifically from a plaintiff

 8   request that we make sure to identify documents

 9   that we were asked, as part of these conferences

10   and decisions, to obtain from sources in Australia

11   like counsel etc.  That is how it came about.  So

12   to ask Dr. Wright anything about how we did that

13   is to evade the privilege right.

14                    JUDGE REINHARDT:  The ruling is

15   this; Dr. Wright, if you know the answers to these

16   questions of your own personal knowledge, not

17   based upon information that was conveyed to you by

18   your lawyers, you should answer the question.  If

19   you only know the answer to the question because

20   your lawyers told you something in confidence in

21   your attorney-client relationship, then you don't

22   have to answer the question.  If you don't know

23   the answer to the question simply say you don't

24   know the answer to the question.  With that

25   instruction I will allow -- Mr. Freedman, ask your
```



Page 242

1    question and Dr. Wright you can respond

2    accordingly.

3                THE WITNESS: Thank you, sir.

4    BY MR. FREEDMAN:

5          Q.     Dr. Wright, how do you know whether

6    a document came from an Australian device?

7          A.     Discussions with my lawyers.

8          Q.     How do you know that documents that

9    came from an Australian device are untrustworthy?

10         A.     Discussions with my lawyers.

11         Q.     How do you know that there is a

12   higher potential for documents that were in

13   Australia -- strike that.  How do you know that

14   documents that were in Australia were susceptible

15   to being manipulated?

16         A.     I was not in Australia, so

17   therefore any machines that are being altered,

18   accessing in my e-mail, my wife's e-mail, running

19   a thing -- Ramona copy -- that was sending all

20   e-mails to and from her into other addresses,

21   could not be valid.  If someone is accessing our

22   personal e-mails and doing that without

23   authorisation and it is going into machines that

24   we had no idea were receiving and altering our

25   e-mails, then I would that they cannot be trust.



Page 243

```
 1          Q.      If the documents that came from
 2   Australia came from your Australian counsel would
 3   they then be trustworthy?
 4          A.      No, because we were not in
 5   Australia at all at the end.  If a machine has
 6   been captured in 2016, purporting to be Craig
 7   Wright's machine, when Craig Wright had not been
 8   in Australia and had no computers with him in
 9   Australia, then there is a real problem.  Someone
10   running a computer and e-mail as me, in Australia,
11   ,was not authorised at any point.
12          Q.      But if you e-mailed an e-mail to
13   your lawyer while you were still in Australia and
14   then your lawyers collected that e-mail last year
15   from that lawyer, do you have any reason to
16   suspect that that document would be manipulated?
17          A.      Yes, I do.
18          Q.      Why?
19          A.      These came from discussions with my
20   lawyer.
21          Q.      So is it an accurate statement that
22   the only way you know that a document you sent to
23   your lawyers in Australia while you were in
24   Australia and was collected from those lawyers in
25   2019 would be susceptible to manipulation is
```



Page 244

1    through discussions with your lawyers?  You have

2    no other knowledge of that; is that an accurate

3    statement?

4           A.      Through discussions with my lawyers

5    and the forensic people that they are using,

6    I have come to determine information concerning

7    the machines in Australia.

8           Q.      Which machines in Australia are you

9    referring to?

10          A.      I don't have that information in

11   front of me.  My lawyers have it.

12          Q.      I need to know which machines you

13   claim have been manipulated, so I can identify

14   documents that you cannot say are manipulated.  We

15   need to have a common understanding of which

16   documents you think might be susceptible to

17   manipulation, so please tell me do you know any of

18   the Australian devices that have been manipulated?

19          A.      I know some of the identifiers

20   associated with Australian devices, yes.

21          Q.      Please give them to me.

22          A.      The HTC phone was actually a

23   company phone that was run by a number of people

24   in the system engineering department.  It was

25   designed to have apps that we were developing run



Page 245

1   on it.  I did not realise that after I had given

2   it back to the company, after doing some

3   demonstrations, that I had not wiped it, which

4   would allow people to keep using my e-mail and

5   have access to other such things.  On top of that,

6   there are IP addresses associated with Big Pond

7   and other accounts in Brisbane.  The Brisbane IP

8   addresses are not mine.  Some of those are

9   associated with Jamie Wilson and other people.

10  Jamie Wilson was working with a person that I

11  fired and also Jamie Wilson has fabricated a

12  number of documents, such as a power of attorney

13  over the patent that I created.  He has

14  fraudulently created assignment documents to file

15  the patent in America and has actually used my

16  signature, if we call it that, to file those

17  documents.

18          Investigation of the documentation

19  from the lawyers has turned up that some of the

20  signatures that are on some of my documents --

21  'my' -- turn out to be signed by someone else's

22  hand.  Some of that hand in some of the early ones

23  also happens -- which I have not gone over with my

24  lawyers in full detail yet and I will not here --

25  to match Mr. Wilson.  Mr. Wilson seeks to keep IP



Page 246

1    that is not his.

2              Other people in my company sought

3    to sell some of the intellectual property that I

4    was working on.  We have documented exchanges

5    between some of the people who were let go and

6    companies, including a French bank, for the sale

7    of intellectual property.  Jamie Wilson had

8    potentially a deal for $100 million.  If that deal

9    had gone through and he had managed to get access

10   to the intellectual property, some of the staff

11   members, including some of the development and

12   coding staff, would have been cut in on the deal.

13   The IP addresses of each of those machines, of

14   course, is suspect.

15              Anything where it is a Ramona copy

16   account for things rather than an exchange Ramona

17   account -- you see, if you are an exchange

18   administrator it is very simple to have a

19   completely copied e-mail account.  You can

20   actually copy the mailbox and have everything

21   sent.  Unfortunately, when you run a company you

22   have to trust people who work for you.  Ramona's

23   account, where it was Ramona copy, was running

24   simultaneously to an account, Ramona Watts.  All

25   of the e-mails in and out of Ramona copy were sent



Page 247

1   with the same e-mail address and everything would

2   be received.  All of those things I know are

3   indicators.

4          Q.     Dr. Wright, I am going to share

5   with you a document that has been produced in this

6   litigation, Defense 1674223.  Do you see that

7   document?

8          (Exhibit Defense 1674223 referred to)

9          A.     Can you zoom in a little bit,

10  please?

11         Q.     I can.  How is that?

12         A.     That is much better.

13         Q.     Do you recognise this as an e-mail

14  you sent to Calvin Ayre, Stefan Matthews, Andrew

15  Sommer and other individuals in mid-2015?

16         A.     It looks very familiar to it, yes.

17         Q.     Take a look at it and let me know

18  if it is an exact copy of the e-mail you sent.

19         A.     I cannot tell you whether it is an

20  exact copy but I can see whether it is familiar.

21  Yes, that looks familiar.

22         Q.     I am now going to show you DEFAUS

23  112094.  Do you see this is a draft of a

24  discretionary trust deed?

25         (Exhibit Defense 112094 referred to)



Page 248

1           A.     I see that is what it says.

2           Q.     Do you see here it lists W&K Info

3    Defense Research as trustee?

4           A.     I see that is what it says.

5           Q.     Do you see this annotation

6    "movement of Bitcoin following ATO asset reversal

7    see CSW issues (2010)"?

8           A.     Yes, I see that is what it says.

9           Q.     That same annotation is on the

10   Tulip Trust 2 document you handed up to the court;

11   do you recall that?

12          A.     No.  I don't recall everything that

13   is in the trust documents, no.

14          Q.     Is this a draft, an earlier draft

15   of Tulip Trust 2?

16          A.     No, this is not a trust document at

17   all.

18          Q.     It is entitled Discretionary Trust

19   Deed.

20          A.     Can you go through the rest and

21   have a look?  (Document scrolled through)  Stop

22   for a moment.  Yes, can you go back up.

23          Q.     Yes.  Where would you like me to

24   go?

25          A.     The first page again.  Yes, this is



Page 249

1    a fabrication.

2           Q.      This is a forgery?

3           A.      There are multiple documents that

4    have been joined.  If you look at the end you will

5    see "page 1 of 2" at the end of the document.

6           Q.      They all say 1 of 2.

7           A.      Then that is not correct.  These

8    things are -- sorry.  No, this is not correct.

9           Q.      Dr. Wright, in this trust document,

10   which looks remarkably similar to Tulip Trust 2,

11   you have the first appointer being Dave Kleiman of

12   W&K Info Defense Research.

13          A.      No, this is not a trust document.

14   This is more likely something taking the trust

15   document and seeking to alter it.

16          Q.      Dr. Wright, I am showing you what

17   has been produced as Defense 28003.  It appears to

18   be an e-mail from you to yourself.  You put an

19   annotation to yourself, "your eyes only - to

20   discuss".  Below, you have forwarded on e-mails

21   between you and Dave Kleiman.  Do you recognise

22   this?

23          (Exhibit Defense 28003 referred to)

24          A.      I recognise discussions at that

25   time.  As I said, certain things get burnt into my



Page 250

1   mind.  IFIP-WG11.9 is the 2013 conference to do

2   with digital forensics that was to be held in

3   Orlando, Florida.  I was putting a paper in for

4   that conference.  The paper I didn't end up

5   finalising.  I had made a promise to David Kleiman

6   that I would put a paper in because I would be

7   attending and visiting in the January/February

8   period in Florida if I had presented that paper.

9   The tax deductible thing about that is why I had

10  done it, so I sent back communications with Dave.

11  The fact that I had digital forensic

12  qualifications meant that it would have been tax

13  deductible, so it is a good way of having a quick

14  holiday, meeting up with a friend and being able

15  to claim the tax on it, which is what academics

16  do.

17            Unfortunately though, the

18  Australian Tax Office had not settled their

19  information properly and what had occurred is that

20  all of that fell through, so the IFIP material

21  does not match what you are calling for.  We need

22  to discuss -- the "trust" misspelt and whatever

23  else is not the e-mail.  The e-mail I have burnt

24  in my mind because I still feel guilty about it,

25  is a communication between myself and Dave Kleiman



Page 251

1    where I was promising to attend and go to this

2    conference so we would be able to catch up and

3    meet again, so this is not the original e-mail.

4    The original e-mail was about the conference so

5    this "we need to discuss the trust" is not, "a

6    good tax deductible way" is.  This is an edited

7    document.

8         Q.    Thank you, Dr. Wright, for

9    answering my question at the very end.  What about

10   this, Dr. Wright; is this an accurate document,

11   Defense 13808?  Is this an accurate reflection of

12   e-mails between you and Dave Kleiman?

13        (Exhibit Defense 13808 referred to)

14        A.    It could be.  I have to read the

15   little print on the other bit.  It is quite

16   possible that I had a rant.  That looks like one

17   of my rants.  I don't remember all of my rants,

18   but that was a rant so it is quite possible that

19   that was.

20        Q.    Okay.  What about this document,

21   Dr. Wright, which you produced as Defense 22208,

22   do you recognise this as a communication from you

23   to Dave Kleiman?

24        (Exhibit Defense 22208 referred to)

25        A.    This is once again edited to add



Page 252

1   extra bits about Bitcoin.  The original e-mail was

2   correct.  "Call for papers for ICT" etc. was a

3   conference I was putting in and I likely did call

4   Mr. McArdle a wanker.  Again, some of this is

5   correct but this has actually been edited.

6            Q.      Do you know who edited it?

7            A.      I have my suspicions.

8                    MR. FREEDMAN: I am going to grab a

9   tissue, so let's take that three to five minute

10  recess.

11           (Recess at 6.36 p.m. to 6.46 p.m.)

12  BY MR. FREEDMAN:

13           Q.      Dr. Wright, before we went off the

14  record you told me you had your suspicions about

15  who might have edited the documents.  Can you tell

16  me the names of who you suspect edited the

17  document?

18           A.      We had a number of people working

19  in IT and whatever else.  It is quite possible

20  that they were formed into a group.  It could have

21  been one or more of them.  It could have been

22  someone starting, leaving and whatever else. The

23  fact of the matter is that I know Phillip

24  Monteselio was in communications with a French

25  bank to sell things, I know Jamie Wilson had



Page 253

1   actively doctored documents to do with patents so

2   that he could lie and say everything was

3   transferred into a company that he illegally

4   transferred shares in, and I know that a couple of

5   other people in the IT team had access to all of

6   this and could have given more access.  I also

7   know definitively that Uyen Nguyen had signed and

8   allocated documents and did not realise at the

9   time but had basically raised external capital and

10  loans personally in America, using documents

11  purporting to be signed by me as if the company

12  was doing this, which is not actually possible

13  because with a public company group, an intern in

14  the USA cannot just get a signature from another

15  director and say that she is a director or

16  anything of like this, or raise capital against

17  shares or sell shares just privately or anything.

18  The person throughout the whole time that I have

19  noticed has done a whole lot of things that are

20  not legitimate would be Uyen, but there are a

21  couple of other people that I've mentioned as well

22  and it is likely that they helped.

23       Q.     Dr. Wright, do you recall telling

24  the court that you tasked Dave Kleiman to hire a

25  bonded courier to deliver necessary key slices to



Page 254

1    you so you could access your trust?

2              A.     That's not exactly what I said.

3    I gave you an analogy.  I tried to say that

4    I've set up an arrangement which I was having a

5    problem getting you to understand, and the

6    definition was it is like a bonded courier.  Where

7    I am saying this I tried to explain that multiple

8    people could hold multiple files, none of which

9    had anything to do with the property.  Where you

10   are going wrong is in the assumption that what we

11   call a trust in Australia or Britain is a trust

12   over there.  That would be an arrangement, and not

13   for property.  I hired, effectively, Dave under an

14   arrangement that we would call a trust, and under

15   that arrangement Dave held other people's property

16   to be delivered.  Part of why he did that was the

17   fact that I was paying some of his bills, like

18   many other people that you will probably find out.

19   Many of his friends helped him quite a lot.

20             Q.     This key slice was supposed to come

21   back to you in January 2020; is that accurate?

22             A.     It was supposed to be returned in

23   2020, yes.

24             Q.     Was it returned to you?

25             A.     The key slices from Dave, no.  We



Page 255

1    have had other information.  We don't know -- we

2    cannot say, without all of the key slices, whether

3    we have key slices.  The problem with random 256

4    bit numbers is until you have the complete set you

5    don't know whether you have the complete set.  We

6    have received information.  Do we have those

7    numbers?  I don't know unless we get all of them.

8    We have received access to accounts and other

9    things that were locked.  Do we have access to the

10   private keys?  No.  Do I actually need private

11   keys?  No.

12          Q.    Can you access the Bitcoin without

13   the private keys?

14          A.    Yes.

15          Q.    How?  Through court order?

16          A.    Yes, a court order can allocate

17   these, so the judge in this case could actually

18   allocate these Bitcoin, knowing the addresses now.

19   The way that Bitcoin works is not ----

20          Q.    I did not ask you how Bitcoin

21   works.  I just asked if you could get them through

22   a court order.  Dr. Wright, you told the court

23   that it was impossible for you to get a list of

24   your public addresses without the key slice; do

25   you recall that?



Page 256

1              MR. RIVERO:  Mr. Freedman, you

2    asked a question and you are not allowing him to

3    finish that answer.  It was your question so

4    I think he made to be able to finish his answer.

5              MR. FREEDMAN:  He is not answering

6    my question, he is going on a speech that is

7    unrelated to my question.  I asked a yes or no

8    question.

9              MR. RIVERO:  I am going to let it

10   go, but I don't agree.  You asked a question.  The

11   unanswered question is on you.  Ask the next

12   question, please.

13   BY MR. FREEDMAN:

14        Q.     Dr. Wright, you told the court that

15   it was impossible for you to provide us with a

16   list of your Bitcoin public addresses until the

17   bonded couriers key slice returned; do you recall

18   that?

19        A.     That is not what I actually said.

20   You are misquoting and misparaphrasing again.

21        Q.     So it was possible for you to

22   provide us with a list of the public addresses

23   before the bonded courier return?

24        A.     Mr. Freedman, you very well know

25   that that is nothing to do with the answer I gave



Page 257

1    you before and it does not follow so, no, what you

2    are saying is unrelated.

3                    MR. RIVERO:   Object to the last

4    question.

5    BY MR. FREEDMAN:

6            Q.       Sitting here today are you able to

7    obtain a list of the public addresses that are the

8    subject of this case?

9            A.       I have already given a list of

10   public keys which from the public keys you can

11   calculate the addresses.   Those have been given to

12   the court.

13           Q.       When did it become possible for you

14   to provide that list of public keys?

15           A.       Beginning of this year.

16           Q.       What changed that made it possible

17   for you to provide that list?

18           A.       The trust has enabled me to get

19   access to files again, I was not able to do that

20   before 2020.   As I have said, I am not a trustee.

21   As someone who is not a trustee I have no control.

22   Whether you like the fact that until this point --

23   where I said in January 2020 I would be able to

24   get access, I would be able to give you those

25   files from whatever methodology, then it does not



Page 258

```
1    matter whether you think that because I set up

2    something where it is a non-revocable trust where

3    the settler has no rights, where the settler

4    cannot revoke anything, where I am not a trustee

5    and where I cannot become a trustee under these

6    conditions, and I cannot even access based on

7    certain conditions until a point in time, until

8    that point in time happens I am not able to do

9    things.  The point in time has happened, so now

10   I am able to request from people, who have access

11   to those files, those files.

12          Q.     I am going to share with you what

13   your lawyers filed with the court, document entry

14   376.  It is called "Craig Wright's notice of

15   compliance with the court's January 10, 2020

16   order".  Do you see that?

17      (Exhibit "document entry 376" referred to)

18          A.     Can you zoom in a little bit,

19   please?

20          Q.     Sure.  Is that better?

21          A.     It is.  Thank you.

22          Q.     Do you see it says:  "Specifically,

23   Dr. Wright notifies the court that a third party

24   has provided the necessary information and key

25   slice to unlock the encrypted file"?
```



Page 259

```
 1            A.    Yes.  As I told my lawyers multiple
 2    times and I have said in this case multiple times,
 3    there is not 'an' encrypted file, there are
 4    multiple encrypted files; some of which I cannot
 5    get access to at the moment, some of which I can.
 6            Q.    So it should have said, "and key
 7    slice to unlock an encrypted file"?
 8            A.    No, it should not.  Being that I've
 9    been given a file that is not decrypted and access
10    to others files and not access to everything,
11    I cannot go into any details what has happened in
12    the background.  I don't have that information.
13            Q.    So the key slice reference here is
14    not the key slice you were discussing in court; is
15    that accurate?
16                  MR. RIVERO:  Object to the form.
17    BY MR. FREEDMAN:
18            Q.    Let me rephrase that.  Is the key
19    slice that is referred to here the same key slice
20    you were referring in your testimony before the
21    court?
22            A.    I said there are multiple key
23    slices and I said there are multiple encrypted
24    files.  I have said that under my testimony.
25    I don't have a list of which particular key slices
```



Page 260

```
 1   go with which particular files, which particular
 2   people accessed which particular things.  I do not
 3   have a list of which accounts I can and cannot get
 4   access to at any particular time.  I can get
 5   access to some accounts and I have given complete
 6   access now to the accounts that I have access to.
 7   As of January I have been able to access accounts
 8   associated with Wright and a number of the
 9   Australian entities.  We have access to accounts
10   that have been given to lawyers from January --
11   sorry, as of this January, to many of the
12   Australian entities and Australian trusts, some of
13   the overseas entities.  That dates from the period
14   of 2012 or so, right up until 2015 or '16.
15             We have access now to the Wright
16   International Investment accounts from the period
17   of 2009 on.  As soon as I was told that those
18   could be accessed, the access was granted and
19   given to the forensic people that the lawyers
20   mentioned, that my counsel have sort of hired.
21   I have no idea what they have done with them or
22   what has happened after that.
23        Q.    Dr. Wright, you said "accounts"
24   here multiple times.  What do you mean by you have
25   access to the accounts?
```



Page 261

1              A.      I mean the accounts, as in

2      accounting software, general ledgers, balances,

3      that sort of stuff.

4              Q.      You have no access to the actual

5      Bitcoin -- strike that.  Dr. Wright, where does

6      the 800,000 and change Bitcoin you mined between

7      2009 and 2010 -- where is that currently?  With

8      what company?

9                      MR. RIVERO:  Object to the form.

10             A.      That is owned, as it always has

11     been right from the beginning, by Wright

12     International Investments.  That was mined, under

13     a warrant condition, by Information Defense in

14     Australia.  That was registered and started in

15     January 2009.  On the creation of Wright

16     International Investments that was done as a

17     transfer agreement.  The original trust that owned

18     those companies was Craig Wright R&D.  The Craig

19     Wright R&D trust entity was basically rolled into

20     a new trust entity that was created to own the

21     companies.  That was created because I started

22     relationship with Ms. Watts.  My former trust, of

23     course, precluded that etc.  So the Bitcoin, as I

24     said, have been in Wright International

25     Investments the entire time.



Page 262

H-R
Conf

1        Q.      Dr. Wright, do you have a trust

2   document from July 7, 2017 that is a trust

3   agreement for the Tulip Trust?

4        A.      I have been given a copy of that

5   document, yes.

6        Q.      Did you sign that document?

7        A.      Yes, I signed the end of that

8   document after negotiations with Baker & McKenzie,

9   who are my lawyers and whatever else here in the

10  UK.  That was then given to Dennis and Ramona.

11       Q.      Did you read the trust document

12  before you signed it?

13       A.      I went through multiple copies

14  I don't remember if I read the final one or not.

15       Q.      Dr. Wright, I am going to share

16  with you the document that your lawyers have

17  produced to us as Defense HC1518378.  I'll show

18  you the first page here, which is -- do you

19  recognise this as that document?

20     (Exhibit Defense HC1518378 referred to)

21       A.      I do.

22       Q.      Can I refer to this as Tulip Trust

23  3, just because I know we have Tulip Trust 1 and

24  Tulip Trust 2?

25       A.      It is not actually a trust



Page 263

1    different -- everyone keeps saying "new trusts".

2    There is Craig Wright R&D, that was rolled into

3    Tulip ----

4           Q.     I just asked if I could refer to it

5    as Tulip Trust 3.  I did not ask anything else.

6    Can I refer to it as Tulip Trust 3?

7           A.     I'd prefer not to, no.  This leads

8    to a wrong idea so I am not going to refer to it

9    as trust 3.  It is not trust 3.

10          Q.     Give me a shorthand I can refer to

11   it as?

12          A.     The trust document.

13                 MR. RIVERO:  Before I forget,

14   I just want to state the designation of this

15   entire deposition as confidential.  Please

16   proceed.

17                 MR. FREEDMAN:  We dispute that, but

18   it will remain confidential during the times we

19   have times to designate as confidential.

20                 MR. RIVERO:  I did not understand

21   your response.

22                 MR. FREEDMAN:  There is a

23   protective order that governs how long this can

24   stay confidential and you can abide by the terms

25   of the order.



Page 264

1              MR. RIVERO:  That is correct.

2    BY MR. FREEDMAN:

3              Q.     Dr. Wright, I'm showing you page 15

4    of the trust.  Is that your signature?

5              A.     Yes, it is.

6              Q.     I would like to draw to your

7    attention to schedule A.  Does schedule A show

8    ----

9              A.     Could you zoom in, please?

10             Q.     Absolutely.  How is that?

11             A.     One more time, please.

12             Q.     Schedule A shows the description,

13   the legal description of the trust property that

14   is contained within this 2017 trust document; do

15   you see that?

16             A.     Yes.

17             Q.     And Wright International

18   Investments is owned by the trust, is that

19   accurate?

20             A.     The shares in Wright International

21   Investments are owned by the trust, yes.

22             Q.     Okay.  The shares in Tulip Trading

23   -- let me ask; Wright International Investments

24   owns around 821,000 Bitcoin; is that accurate?

25             A.     I don't know.

H-R
Conf



Page 265

1          Q.      Didn't you provide me a list of the

2    public addresses that are held by Wright

3    International Investments?

4          A.      Yes, I did.

5          Q.      Is that list an accurate

6    representation of the Bitcoin that is held by

7    Wright International Investments?

8          A.      That is a list of public keys

9    associated with Bitcoin mined in the period by

10   Wright International Investments, through

11   Information Defense in Australia, by myself.

12         Q.      Did you spend any of the Bitcoin

13   you mined through Wright International Investments

14   by yourself?

15         A.      No.

16         Q.      So all the Bitcoin on that list

17   belonged to you; is that accurate?

18         A.      No.  I ----

19         Q.      Let me rephrase that.  All the

20   Bitcoin on that list belonged to Wright

21   International Investments; is that accurate?

22         A.      That is correct.

23         Q.      You have not spent any of the

24   Bitcoin on that list; is that accurate?

25         A.      There may have been one or two that



Page 266

1    were spent in a couple of transfers to Hal Finney

2    or Mike Hearn.   I have not checked.

3            Q.      But certainly none after you

4    established the trust in 2011, correct?

5            A.      No, none have been spent.

6            Q.      Then Tulip Trading also belongs to

7    Tulip Trust 3, correct?

8            A.      The shares of Tulip Trading are

9    owned by not trust 3 but under this trust.

10           Q.      And how many Bitcoin does Tulip

11   Trading own?

12           A.      Exactly, I am not sure.

13           Q.      Approximately.

14           A.      110,000.

15           Q.      Do you have records that reflect

16   which Bitcoin those are?

17           A.      I don't.   The company does.

18           Q.      Okay.   Dr. Wright, it says down

19   here on F: █████████████████████████████

20   ███████████████████████████████

21   ███████████████

22           █           █

23           █           ███████████████████

24   █████████████████████████

25           █           █████████████



Page 267

1          Q.      Did it ever hold more than zero?

2          A.      No.

3          Q.      Dr. Wright, do you see G here,

4     which says:  "All trusts and assets ever owned by

5     Craig Wright until the formation of this trust"?

6          A.      Yes.  My solicitors told me to make

7     sure that we added an overarching clause that

8     would capture anything that may exist otherwise.

9          Q.      So you put everything you own into

10    this trust in 2017; is that accurate?

11         A.      Yes, I rolled up anything else that

12    I might own literally into this trust.

13         Q.      Then, Dr. Wright, you were ordered

14    by the court in 2019 to produce all copies of the

15    trust documents that related to the Bitcoin that

16    you were holding.  In response you provided what

17    you call Tulip Trust 1 and Tulip Trust 2.  Do you

18    recall that happening?

19         A.      No, I was ordered to provide any

20    documents in my control.  The second part is I am

21    not holding any Bitcoin.  It was also to do with

22    Bitcoin I mined, so in giving you this I have

23    actually exceeded what I need to do and in giving

24    you the Bitcoin mined by a company I have exceeded

25    what I am required to do.  You have asked,



Page 268

1    basically, for any trust documents associated with

2    a set of conditions and I have given you more.

3            Q.      Why did you not disclose this 2017

4    trust document in response to the court's order?

5            A.      If you will look at this document

6    it says I am not allowed to have this document

7    before a certain period in December 2019.  Under

8    Seychelles law it is a criminal act for me to have

9    sought to even provide that or ask or enquire

10   about it.  You are thus asking me to commit a

11   criminal offence, which is also an offence within

12   Europe because one of the people in this is a

13   minor.  As distributing the trustees and other

14   members is a criminal offence, I am not going to

15   do more than I am allowed to do.  If I don't have

16   control of a document I cannot give it over.  The

17   correct thing is anything I control I will hand

18   over.  As soon as I got control, even though I am

19   pushing the law on this -- we have had people

20   saying that it is potentially a breach and we had

21   a trustee meeting to be able to give this over

22   because it is potentially a criminal breach if all

23   of the members did not agree.

24           Q.      Dr. Wright, did you remember this

25   trust document existed when you disclosed Tulip



Page 269

1    Trust 1 and 2 to the court?

2              MR. RIVERO:   Object to the form.

3         A.      There is no Tulip Trust 1 and 2,

4    the way you keep saying it.   I keep saying this is

5    the same thing.   There was the Tulip Trust, there

6    is an arrangement with Dave.   Everyone keeps

7    calling them 1, 2, 3, 4, 5.   There is not.   There

8    is a company -- sorry, a trust owning shares in

9    companies that was formulated in 2011, updated in

10   2012, updated again in 2014, and then updated

11   again at this point.   The beneficiaries have

12   changed materially the same, the settlement is the

13   same, the trustees started the same and the

14   purpose and other conditions are the same.   The

15   document has gotten better over time and, as

16   I said, if I don't have control I cannot actually

17   answer that.   You are asking me to answer you

18   something that is beyond my knowledge.

19   BY MR. FREEDMAN:

20        Q.     Dr. Wright, I am asking were you

21   aware -- strike that.   At the time you provided

22   the court with the versions of this trust document

23   as it existed in 2012 and then updated once in

24   2014, did you remember that you had updated it

25   again in 2017?



Page 270

1                    MR. RIVERO:  Object to the form.

2           A.     We had communications with

3    solicitors and I signed off a document and, no,

4    I have not actually read every bit of this trust.

5    I had not been in part of the final one and

6    I resigned as trustee before it.  As part of my

7    resignation I signed it over blind, trusting my

8    wife.

9    BY MR. FREEDMAN:

10          Q.     So you signed over all the assets

11   you have ever owned, every trust for your benefit,

12   into this document -- on this document in June

13   2017 and --

14          A.     No.

15          Q.     -- you just forgot about it?

16          A.     That is not correct and you are

17   once again misquoting what I said, and I say

18   intentionally.

19                   MR. RIVERO:  I want to state an

20   objection.  Thank you.

21   BY MR. FREEDMAN:

22          Q.     Dr. Wright, why did you not even

23   tell the court that there was a 2017 trust --

24   strike that.  Why did you not even tell the court

25   that there was a trust update in 2017 that you



Page 271

1   could not provide?

2                   MR. RIVERO:   Object to the form.

3           A.      I did tell the court.

4           Q.      You did tell the court that there

5   was a 2017 trust document you could not provide?

6                   MR. RIVERO:   Objection to the form

7   of the question.

8           A.      As I said, I was not the trustee.

9   You refuse to believe this, but that is

10  irrelevant.   If I am not the trustee, all I can

11  tell you is that there is a trust that was

12  registered, and you have the registration details.

13  Registration details means a document needs to be

14  filed and your incompetence in not being able to

15  figure out that a registration requires a formally

16  filed document that is updated on that date is

17  your incompetence.

18  BY MR. FREEDMAN:

19          Q.      Dr. Wright, you did not answer the

20  question.

21          A.      Yes, I did.

22          Q.      When did you tell the court that

23  there was a trust document you had updated in 2017

24  that you could not provide to it?

25                  MR. RIVERO:   Objection to the form



Page 272

1    of the question.  Answer, Doctor.

2         A.    Again, I told the court that there

3    was a registration done on a particular date.  You

4    were informed, the court was informed.  Your

5    inability to work out that the registration of a

6    trust requires an updated trust deed is your

7    ignorance.

8              MR. FREEDMAN:  Let's take a three

9    minute break.  I might be done.

10            (Recess at 7.12 p.m. to 7.15 p.m.)

11   BY MR. FREEDMAN:

12        Q.    Dr. Wright, have lawyers that act

13   for your companies ever quit because you have

14   altered documents?

15        A.    No.  There were no lawyers quitting

16   because I altered documents, ever.

17        Q.    Did lawyers ever quit representing

18   companies you were affiliated with because there

19   were serious questions about the integrity of

20   documents provided by Dr. Craig Wright both to

21   that lawyer's office and to the Australian

22   Taxation Office?

23        A.    No.  There were issues with the

24   lawyer involved being a -- having 40-50% of its

25   income from the Australian Tax Office and a



Page 273

1    managing partner putting pressure on another

2    partner.

3             Q.     Dr. Wright, have you ever altered

4    documents and represented them as authentic to a

5    court?

6             A.     No, I have not.

7             Q.     Have you ever altered documents and

8    represented them as authentic to the Australian

9    Tax Office?

10            A.     No, I have not.

11            Q.     Has the Australian Tax Office ever

12   accused you of forging documents?

13                   MR. RIVERO:  Objection.

14            A.     I don't know.  I have never been in

15   front of a court or anything like that because of

16   such an allegation.

17   BY MR. FREEDMAN:

18            Q.     Has Andrew Sommer of Clayton Utz --

19   strike that.  Did Andrew Sommer of Clayton Utz

20   quick working for DeMorgan because he found it

21   credible that you had forged documents and

22   submitted them to the Australian Tax Office?

23            A.     No.

24                   MR. RIVERO:  Object to the form.

25   BY MR. FREEDMAN:



Page 274

1          Q.     Dr. Wright, did there come a time

2    when, pursuant to a deed of loan, 650,000 Bitcoin

3    were transferred to Design By Human to be held in

4    trust for you?

5          A.     You mean the document that is not

6    signed by my signature.  No.

7          Q.     I just asked you a question.  I did

8    not talk about the document.

9          A.     No.

10         Q.     Dr. Wright, did the 650,000 Bitcoin

11   come from a Seychelles trust?

12         A.     No.

13         Q.     You wrote on a document "all

14   Bitcoin wallets to be held for Dave Kleiman and

15   Craig Wright".  Do you recall doing that?

16         A.     No, I did not.

17                MR. RIVERO:  It is seven hours, if

18   I can ask the court reporter.  Sorry, six hours.

19                THE VIDEOGRAPHER:  We are actually

20   at five hours, 59 minutes and 50 seconds.

21                MR. RIVERO:  Sorry, Mr. Freedman.

22   Go ahead and ask your question.

23   MR. FREEDMAN:

24         Q.     Do you recall a handwritten

25   annotation on a document, with your own



Page 275

1    handwriting, that said in sum or substance that

2    all Bitcoin wallets were be to held until a joint

3    company was set up between CSW and Dave K, and

4    what did you mean by that?

5          A.    Two questions.  One, it was not my

6    handwriting.  Two, I did not mean anything because

7    it is not my handwriting.

8               MR. FREEDMAN:  Are you going to let

9    me keep going, Mr. Rivero?

10              MR. RIVERO:  No, I don't think so.

11   I do have a very brief redirect.  I know it is

12   getting late there.  Famous last words, but I

13   intend to only ask two questions.

14              REDIRECT EXAMINATION BY MR. RIVERO

15         Q.    Dr. Wright, did you produce, as

16   reflected in the documents -- the notice shown to

17   you by Mr. Freedman, did you produce key slices in

18   approximately January of this year?

19         A.    I produced everything I received to

20   my lawyers and what gets put into court is up to

21   them.  I don't actually know what has been given

22   into court.  As I have received files, file

23   slices, accounts, other things, I have immediately

24   given it over to my lawyers.  I don't know what

25   has happened post giving it to my lawyers, sorry.



Page 276

1          Q.      I mis-spoke.  A list of public

2     addresses; you produced that -- that was produced

3     on your behalf in January; are you aware of that?

4          A.      In January I gave a list of

5     addresses that I was given.  Subsequent to that I

6     gave access to the accounts of Wright

7     International Investments, documenting all the

8     purchases and whatever else of the company.

9     I don't know what has been done with any of that

10    so far.

11         Q.      Did you produce that as soon as you

12    had that in your custody and control?

13         A.      Not within seconds, but if you talk

14    about "as soon as" being a little more than

15    momentary, like I can get a cup of coffee and walk

16    upstairs, then yes.

17              MR. RIVERO:  No further questions.

18    Thank you sir and thank you to the court reporter

19    and the videographer.  Me. Freedman, I think that

20    is it.

21              MR. FREEDMAN:  The amount of time,

22    I will just reserve on the record our right to

23    seek leave for more time due to what we perceive

24    to have been purposeful filibustering by

25    Dr. Wright and non-responsive answers, but we will



Page 277

1  take a look at the transcript and make a

2  determination on that.

3          MR. RIVERO:  I don't want to

4  prolong this but I think that is an unwarranted

5  comment.  I think Dr. Wright has answered every

6  single question with minimal objection, minimal

7  instruction.  I think there are perhaps three

8  times that we objected on relevance, and those

9  were ruled on, and perhaps three assertions of

10  privilege, so we disagree.  That concludes the

11  deposition.  Thank you to everyone who has helped.

12          (Deposition concluded at 7.21 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 278

CERTIFICATE OF WITNESS

1

2

3     I, Craig Wright, am the witness in the foregoing

4     deposition.  I have read the foregoing and, having

5     made such changes and corrections as I desired, I

6     certify that the transcript is a true and accurate

7     record of my responses to the questions put to me

8     on 18 March, 2020.

9

10

11

12

13     Signed: ...........

14

15     Name:   ..........

16

17

18

19

20

21

22

23

24

25



Page 279

1                CERTIFICATE OF COURT REPORTER

2

3      I, Amy Coley, an Accredited Reporter, hereby

4      certify that Craig Wright was duly sworn, that I

5      took the Stenographic notes of the foregoing

6      deposition and that the transcript thereof is a

7      true and accurate record transcribed to the best

8      of my skill and ability.  I further certify that I

9      am neither counsel for, related to, nor employed

10     by any of the parties to the action in which the

11     deposition was taken, and that I am not a relative

12     or employee of any attorney or counsel employed by

13     the parties hereto, nor financially or otherwise

14     interested in the outcome of the action.

15

16

20

21     Signed:.............

22     AMY COLEY

23

24

25



Page 280

1                    E R R A T A

2

3              Deposition of Craig Wright

4     (Please show all corrections on this page, not in

5                    the transcript.)

6     Page/Line No.                 Reason for change

7

8

9

10

11

12

13

14

15

16

17

18

19     Signed:.............

20

21     Name:  ...........

22

23     Date:  .............

24

25



| A |
| --- |
| **abide** 263:24 |
| **ability** 56:21 |
| 94:17 279:8 |
| **able** 31:14 39:11 |
| 41:4,10 45:21 |
| 116:5 128:17 |
| 135:24 140:20 |
| 140:23 145:1 |
| 148:15 164:16 |
| 165:24 190:22 |
| 191:1 193:7 |
| 232:3 240:20 |
| 250:14 251:2 |
| 256:4 257:6,19 |
| 257:23,24 |
| 258:8,10 260:7 |
| 268:21 271:14 |
| **ABN** 108:11,14 |
| 108:25 160:16 |
| 162:12,16 |
| 166:24 173:18 |
| **Abrenner@bsf...** |
| 2:10 |
| **Absent** 144:1 |
| **absolute** 56:9 |
| **absolutely** 55:5 |
| 58:4 217:2 |
| 264:10 |
| **academic** 33:20 |
| 36:12 103:2 |
| **academically** |
| 20:2 |
| **academics** |
| 250:15 |
| **accept** 216:14 |
| **acceptable** |
| 153:12 |
| **accepted** 227:25 |
| 228:3 |
| **access** 29:21 |
| 84:13,21 85:4,9 |
| 88:24 130:19 |
| 132:25 135:21 |
| 136:2 156:7 |

178:12 205:13
223:6,8,11,13
223:15 227:17
230:23 232:8
232:18 233:1,2
233:4,6,9 236:6
245:5 246:9
253:5,6 254:1
255:8,9,12
257:19,21
258:6,10 259:5
259:9,10 260:4
260:5,6,6,7,9
260:15,18,25
261:4 276:6
**accessed** 260:2
260:18
**accessing** 242:18
242:21
**account** 73:10
106:11 139:12
156:7 157:18
158:24 186:22
189:1,4,4,9,12
189:14,15,16
190:6,8,13,16
190:20,21
191:22 192:2,3
192:7,8,15,16
192:19,21,25
193:6,17,22
203:10 221:2
223:7,9,11,15
224:12 229:9
232:24 246:16
246:17,19,23
246:24
**accountant** 79:11
79:19 154:23
171:6
**accountants**
153:23 156:4
222:7 232:19
**accounting**
154:23,24
232:23 261:2

**accounts** 79:11
82:6 83:14
84:11 113:8,11
113:12,17
114:15,21
131:21 133:16
133:22 135:21
152:14,16
154:4,5,24
170:20,24
171:1,5,7,13,17
171:18,20
177:2 191:7
193:15 203:6
205:4 228:22
232:22 236:10
245:7 255:8
260:3,5,6,7,9
260:16,23,25
261:1 275:23
276:6
**Accredited** 279:3
**accuracy** 207:19
**accurate** 66:20
69:6 76:5 81:25
91:24 93:9 97:6
99:22 103:15
109:10 123:18
124:18 131:15
131:19 132:4
132:10,16
133:1,7 135:5
135:25 140:21
140:24 148:2
160:14,15,17
164:6,18,23
166:13 175:17
179:19 182:14
192:17,22
198:19 204:2
207:13 209:9
209:15 211:20
212:16 216:10
220:2,5 231:8
243:21 244:2
251:10,11

254:21 259:15
264:19,24
265:5,17,21,24
267:10 278:6
279:7
**accused** 221:18
273:12
**acknowledge**
48:5,20 49:18
66:19,22 82:3
**acknowledges**
147:16
**acknowledgment**
161:19
**acquisition** 139:9
139:11
**act** 28:7 55:15
56:12 105:17
162:2 164:16
166:3 173:6
175:4 268:8
272:12
**acted** 82:18 92:5
162:22
**acting** 80:4 92:3
94:20 118:13
163:13 166:24
166:25 235:3
**action** 279:10,14
**actively** 253:1
**activities** 115:24
116:21
**acts** 162:12
**actual** 10:1 50:4
116:11 146:22
154:19,21
160:15 164:19
164:21 174:19
199:4 225:25
230:3 261:4
**add** 108:9 251:25
**added** 267:7
**additional** 41:9
**address** 124:22
127:2 129:1
145:12 146:9

146:11,14
147:17 157:25
158:4 168:1
186:18 187:1
199:4 202:17
202:21 203:25
226:4,5,7 233:8
247:1
**addressed** 142:4
144:10
**addresses** 113:25
126:25 127:23
128:1,7,10,13
128:16,24
129:6,10
130:17 135:23
136:3 147:13
199:18,21
200:23 201:2,7
202:2,4,5,13,13
242:20 245:6,8
246:13 255:18
255:24 256:16
256:22 257:7
257:11 265:2
276:2,5
**adequate** 13:16
**administration**
50:16,17 86:18
89:13,17,20,24
90:23 187:23
**administrative**
34:6 35:7 180:5
**administrator**
246:18
**administrators**
191:19
**admissibility**
47:15
**admissible** 38:16
217:18
**advance** 37:13
**advice** 41:13
46:16
**advising** 220:13
**affidavit** 166:1



166:16,20,22
166:23 167:6
167:13,19
168:12,25
170:7,14
171:22 172:6
**affiliated** 97:25
157:18,25
272:18
**affirm** 167:9
**affirmations**
167:10
**affirmed** 167:5,8
167:11
**afternoon** 4:19
4:25 5:1 166:9
**afternoons** 217:9
**agent** 79:2 82:6
82:18 166:25
173:4,17
**agents** 60:4 94:16
**ages** 193:5
**ago** 58:7 69:12
120:12 167:18
178:18 192:4,8
**agree** 30:15 62:3
67:22,25 229:3
256:10 268:23
**agreed** 45:14
**agreement** 8:2
27:8 32:25 39:6
55:20 141:13
142:9 173:24
173:25 174:3,5
175:12 176:13
177:1 183:12
183:16,19,22
183:25 186:7,8
261:17 262:3
**agreements**
36:14,19 38:2
38:21 39:1 43:3
43:5 45:6 47:22
48:3,18 49:16
93:21
**ahead** 14:6 37:18

91:14 94:25
100:12 103:8
103:13 111:23
122:3 126:8
157:1 160:6
161:22 166:16
172:17,20,24
198:23 199:12
201:22 204:15
206:9 214:19
239:18 240:15
274:22
**aid** 21:18
**Alan** 52:1 235:4
**alcohol** 200:20
**Ali** 156:5 235:3
**alive** 95:6
**AlixPartners**
231:2,6 232:12
232:19 233:5
236:2
**allegation** 10:5
60:13 273:16
**alleged** 38:12
165:21
**alligator** 10:5
**allocate** 255:16
255:18
**allocated** 253:8
**allocation** 16:20
134:8
**allow** 38:17
59:23 174:5
239:10 241:25
245:4
**allowed** 124:24
230:24 268:6
268:15
**allowing** 16:22
130:13 256:2
**allude** 180:13
**alter** 12:5 249:15
**altered** 100:25
143:11 144:1
179:6 191:18
242:17 272:14

272:16 273:3,7
**altering** 99:17
242:24
**alter-ego** 44:12
**alter-egos** 44:4
**America** 245:15
253:10
**American** 144:22
173:5
**AML** 139:14
**amount** 7:12
79:8 80:9,10
83:1 85:5
114:20 117:14
130:17,20
131:22 133:2
133:15 164:19
164:21 234:2
276:21
**amounts** 12:3,9
84:25 133:13
133:14,17,22
134:8 135:22
174:20 195:12
**Amy** 1:22 2:20
279:3,22
**anaesthetic** 191:2
**analogy** 254:3
**analyse** 56:15
**analysed** 237:11
**analysing** 225:1
**analysis** 15:7,11
15:12 90:25
140:11
**anarchistic**
201:18
**anarchists**
193:11,12
**Andreas** 39:23
**Andreson** 191:15
**Andrew** 2:11
4:11 69:5 85:25
141:23 142:5,8
142:9,10 143:3
143:6,19,19
144:9 146:2,3,4

146:5,11
147:22 148:6
148:12 156:3
157:3,9 206:24
208:12,14
211:1,25 212:9
212:22 213:6
220:13,22
222:5 247:14
273:18,19
**Andrés** 2:16 4:13
**Ang** 266:20
**annotation** 248:5
248:9 249:19
274:25
**announced** 82:4
**anonymous**
193:17,19
205:6
**answer** 5:14 6:4
6:5,6,11,16
7:11,18 9:18,22
10:1,17,18
12:22 13:3,5,5
13:7,9,10,11
14:1,5,7,13,17
15:20 17:5,10
17:11,11,12,15
17:16 20:14,23
28:8,9,10,14,16
29:3 30:2,8,8,9
30:10,11,13,14
30:15,16,17
31:5,25 32:2
34:16,17,18
35:23 36:5,7
37:18,18 39:11
39:23,25 45:3
46:5 47:12,16
48:14,25 49:4,5
57:18 59:24
60:9 61:2 63:18
65:16 66:8
73:21 80:6,7
81:20 85:12
87:20,23,25

88:10 91:14,15
100:5,7 103:8
106:20 108:8
109:8 111:23
121:22 122:3
135:25 143:8
155:13 156:15
198:23 214:19
222:10 227:2
234:1 236:25
238:13,14
240:9,24
241:18,19,22
241:23,24
256:3,4,25
269:17,17
271:19 272:1
**answered** 9:2
13:3,15,17 14:7
17:19 20:24
21:1 25:3 29:5
35:21,22 37:25
59:1,3 89:6
91:11 108:8
111:22 277:5
**answering**
156:25 251:9
256:5
**answers** 9:11,14
9:21,24 30:6
111:19,20
238:12 239:13
241:15 276:25
**anticipate** 5:19
**anymore** 89:19
175:6 219:24
**anyway** 30:12
43:14
**apart** 62:6
**apologise** 13:17
68:22 196:20
**app** 130:7
**apparent** 9:20
**appear** 226:23,24
227:1,4,7,7
**appearance**



160:19
**appearances** 4:8
**appeared** 83:23
160:12
**appears** 70:25
71:1,23 97:18
98:5 121:24
140:6 152:24
186:9 196:2
225:23 229:4
249:17
**application** 51:14
51:17,18,23
52:13 53:6,7
130:13,24,24
**applications**
51:19,25 52:17
52:22 53:16,22
**applies** 34:16
43:24
**apply** 5:7,10
**appoint** 86:11
**appointed** 86:10
162:3 163:18
191:20
**appointer** 249:11
**appreciate** 74:2
233:24 238:11
**appropriate**
59:13 198:22
239:1,11
**approved** 161:15
**approximately**
20:8 77:16,22
78:3 79:12
135:17 137:18
139:5 182:2
266:13 275:18
**apps** 244:25
**April** 38:10
86:23 96:6
99:19 123:24
223:12
**Archer** 72:3
**area** 115:20
207:17

**argument** 169:10
**arguments** 218:3
**Arivero@river...**
2:15
**arrange** 82:16
84:12 214:22
**arranged** 84:18
84:20 85:3,8
88:23
**arrangement**
254:4,12,14,15
269:6
**arrangements**
201:8,9
**arrested** 120:11
144:23
**arrive** 235:5
236:14
**Asia** 115:20
**ASIC** 151:10,15
151:24 152:2
**asked** 5:13,15,25
6:2 7:11 13:2
17:4 19:18
20:12 21:6
29:22 30:1
34:15 35:20
41:13 43:2
45:11 51:23
61:21 67:18
73:20,22 74:6
81:14,15 85:2
89:5 91:11 99:1
99:5,9 100:4
101:13 108:7
113:16,21
114:14 137:2
163:4 166:7
172:9 178:6,7,8
187:5 188:15
205:7 223:10
238:3 239:7
240:20 241:9
255:21 256:2,7
256:10 263:4
267:25 274:7

**asking** 6:25 9:25
17:5 20:15 25:2
27:22,23 28:13
53:10 56:15
61:11,12 79:7
81:17 87:21
122:14,16
128:14 129:2
131:5 151:18
154:13 176:18
180:9,17
182:19 195:9
237:19 238:6
268:10 269:17
269:20
**aspects** 56:15
77:6 109:4
**assert** 175:21
198:21
**asserted** 40:17
**asserting** 57:25
**assertions** 277:9
**asserts** 175:23,24
**asset** 228:17
248:6
**assets** 104:14,16
106:3,4,7,7
107:2 165:15
266:19 267:4
270:10
**assign** 27:9 32:25
33:4 34:23
35:18 36:1,2
111:13 112:5
**assigned** 31:15
31:16,20 39:9
39:14 43:6
45:10 46:2,11
47:20 48:1,8,23
49:20 53:2
55:18 134:3
163:22 164:2
181:23
**assignment** 35:12
77:11 79:1,6
138:21 163:15

201:9,10
245:14
**assignments**
133:9,11 134:7
**assistant** 198:15
198:17 213:12
**assistants** 212:3
**associated** 33:24
34:12 35:1,9
47:8 82:10 92:1
98:4 104:5
105:1 107:22
109:12 110:23
135:21 137:10
139:2 146:14
158:24 175:9
204:1 244:20
245:6,9 260:8
265:9 268:1
**assume** 120:1
134:12 140:9
153:10 195:21
196:8
**assuming** 128:1
146:5 199:8
**assumption**
254:10
**assumptions** 52:4
**ATO** 18:12,15
19:14 20:18
21:7 69:4,22
116:24 117:3,6
117:8,19 126:7
156:8 202:1,8
202:13 210:2
210:15 219:3,5
219:20 221:16
222:8 248:6
**ATO's** 209:20
**attached** 148:13
186:8 201:21
202:4
**attaching** 220:14
**attachment**
148:22 149:10
149:14

**attachments**
126:12,14
**attempt** 90:4
213:1
**attempted** 83:6
**attempting** 13:25
14:4 175:14
221:23
**attend** 251:1
**attended** 211:7
212:8
**attending** 250:7
**attention** 5:13
6:2 25:1 134:18
187:15 216:21
236:20 264:7
**attest** 86:24
185:23,23
**attorney** 54:3,12
54:15 56:16
58:19 245:12
279:12
**attorneys** 62:8
187:25 188:2
234:21
**attorney-client**
241:21
**attributed** 69:13
72:13
**AUD** 15:23 77:17
77:22 78:3
**audio** 109:22
**audit** 228:22
**audited** 11:15
**auditors** 86:9
228:24
**August** 53:3,5
54:4,15 65:21
70:16 79:3
80:16 86:6
110:18 168:16
209:21 211:9
212:23 213:6
216:20 217:10
217:10,13,14
218:10



**Auscript** 206:21
208:11 209:17
212:19 220:15
**Australia** 8:1
10:16 26:25
49:10 53:1
76:12 107:9
118:10,10,11
156:3 159:7
184:12,16
230:24 233:14
234:23 235:1
236:8,23
237:21,22,23
237:24 239:21
239:22 240:6
240:18,21
241:10 242:13
242:14,16
243:2,5,8,9,10
243:13,23,24
244:7,8 254:11
261:14 265:11
**Australian** 25:7
25:11 32:19
65:22 66:12,24
69:2,3 70:6
76:11 83:20
103:4,18,23,25
107:1,5,5
108:15 112:14
114:7 118:14
125:11 126:2
146:25 147:6
153:22 159:1
172:25 173:1
194:13 198:2,4
198:18 200:24
206:22 208:5
208:12,23
212:1,20,22
221:9 222:2,5
237:17 242:6,9
243:2 244:18
244:20 250:18
260:9,12,12

272:21,25
273:8,11,22
**authentic** 127:6,7
127:10,11
139:24 140:10
141:11 144:17
144:20 145:6
146:1 153:4,6
176:16,19
273:4,8
**authentically**
140:6 141:22
142:1 143:1,9
143:16 148:24
152:4,6
**authorisation**
165:13 209:4
242:23
**authorise** 15:25
80:19,21 81:3
**authorised** 80:24
95:21 98:8,22
165:11 243:11
**authorises** 55:15
**authorising** 81:5
**authority** 166:3
**autonomous**
94:16
**available** 90:19
191:1 240:10
**average** 76:20
**aware** 30:5 46:15
97:11 123:1
135:3 158:10
158:21 177:14
188:15 221:9
239:20 240:23
269:21 276:3
**Ayre** 7:15 23:9
23:19 24:2,14
25:6,10,19
59:19,25 60:4
60:24 61:12
247:14
**Ayre's** 26:1
**a.m** 96:24 98:11

114:12 230:9

_____
**B**
_____

**B** 119:23 130:11
**BAA** 33:15 35:10
**back** 6:8 9:8 30:6
42:24 68:22,24
69:11,12 70:25
75:11 77:2
91:21 92:18
95:18 103:22
106:21 110:25
112:2 120:16
131:8 132:22
132:23 134:18
137:14 142:11
146:6 152:10
161:12 169:23
170:3 171:8,24
173:8 186:24
193:8 194:1
195:14 206:4
214:11,22
215:3 229:20
229:24 230:8
245:2 248:22
250:10 254:21
**background**
259:12
**backlog** 20:6
**bad** 21:3 173:13
211:10 216:17
231:17
**badly** 207:15
208:20
**bags** 106:13,16
106:17
**baht** 120:2
**Baker** 14:22
45:18 46:9,16
46:19,22 47:1,3
47:6,18 65:9,11
65:19,24,25
66:1 262:8
**balance** 132:15
**balances** 261:2

**ball** 133:3
**Bangkok** 120:10
120:13,15
**bank** 24:20,20
246:6 252:25
**banker** 234:22
234:23
**banking** 17:8
82:13,15,17,20
83:9,12 84:14
84:21,24 85:4,9
88:24
**bankrupt** 221:19
221:23
**banks** 24:18
**banned** 108:18
**barbiturates**
200:17,20
**base** 229:15
**based** 22:6 40:22
58:18 106:11
106:12 111:16
241:17 258:6
**baseline** 40:24
**basic** 74:8
**basically** 32:12
32:13 45:12,15
63:12 70:2
72:17 86:11
90:2 92:19
96:16 102:14
102:19 115:19
116:20 118:13
130:8 138:20
154:25 158:10
161:6,13
163:23 165:2
171:9 173:25
174:6 175:14
179:11 193:7
203:21 204:21
205:15,18,22
206:11 207:9
208:19 209:4
221:4,20 222:4
230:23 235:9

253:9 261:19
268:1
**basis** 41:8 44:14
61:5,7 66:4
240:15
**bates** 71:13 72:3
114:10 148:20
152:18 196:1
196:19 198:10
206:25 208:15
209:22 212:24
215:3 218:10
219:1 220:9
224:8 225:19
225:20,21
227:9 236:23
236:24 241:5,6
241:6
**bcc** 199:3
**bcc'd** 122:6
199:1
**BDO** 186:25
**bearing** 58:8
206:25 215:3
218:10 219:1
220:8 224:7
**bears** 208:15
212:23
**bedtime** 45:16
**began** 93:22
124:13
**beginning** 75:15
96:20 131:23
211:4 235:6
257:15 261:11
**behalf** 2:20,21
33:10 34:13
35:2 55:16
166:4 276:3
**belief** 229:25
**believe** 7:19 12:3
20:4 31:19 38:6
39:21 41:23
43:8,10,12 44:2
46:24 47:3
51:16 58:20



60:24 61:24
62:25 72:16
78:11 80:14,25
81:19,21,22
89:3,7,10,21
93:2,8 95:19
101:17 102:2
106:10 108:9
113:10 119:18
122:8 123:3,5,7
123:8 133:14
140:1 143:1,8
144:2,16,19
145:25 146:13
147:20,20
148:1,7,24
149:5,7 152:5
152:15,16
153:3,6 166:18
170:9 176:4
181:8 184:2
191:14 196:11
196:12 197:11
197:12,14
199:9 218:9
230:11 235:19
235:25 238:2
239:12 271:9
**believed** 99:19
102:12 122:24
143:15,23
197:20
**believes** 64:19
**believing** 99:16
**Belize** 97:23 98:1
98:4
**belonged** 25:11
265:17,20
**belonging** 8:8
27:17,25 28:21
29:10,24 31:5
31:11,15,19,24
**belongs** 71:18
133:8 145:13
266:6
**beneath** 224:13

**beneficial** 164:17
**beneficiaries**
104:2 269:11
**beneficiary** 75:8
75:22 115:12
116:1
**benefit** 270:11
**best** 5:14 8:19
66:12 69:16
141:13 159:20
200:3,11 279:7
**better** 41:4,8
62:4 135:14
204:25 205:3
210:6,7 217:3
247:12 258:20
269:15
**beyond** 37:19
60:11 80:24
81:17,24
156:16 200:10
269:18
**big** 23:11 60:20
245:6
**bills** 203:21
254:17
**birth** 185:13
**Biscayne** 2:4
**bit** 24:11 94:6
101:2 108:10
125:20 133:11
151:4 195:9
201:12 204:3
217:1 247:9
251:15 255:4
258:18 270:4
**Bitcoin** 5:21,24
6:1,3,9,10,12
6:13,17 7:1,2,4
7:6,15,20 17:8
19:15 22:6 33:8
33:10 51:6,8
66:13 69:18
70:10 74:12,17
75:6,20,24 76:1
77:16,18,19,22

78:3,8,9,13,15
78:16,18,24,25
79:4 80:6,9,19
83:1 84:13
93:20 94:16
95:2 101:9,13
101:14,15,23
102:1 104:8,10
104:25 105:7,9
105:17,19,21
105:22,24
106:7,8,8,10,15
107:13,18,24
108:1,6 110:6,8
110:10,12,17
110:19,21,23
111:1,3,7,8,11
111:12,14
112:4,5 113:2
113:12,25
114:19,22
115:25 117:7
117:11 118:4
118:16,21,23
119:24 120:1
122:22,24
123:2,4,6,10,17
126:25 127:2
128:7,9,15,24
129:1,6,10
130:14,17
131:2,3,9,14,18
132:3,10,15,16
132:18 133:1,5
133:6,18,18
134:1,10,21,22
134:23,25
135:13,16
136:3,5,9,13,16
136:22 137:17
137:24 138:5
138:18,20,22
138:23 139:6,6
139:9 151:11
151:16 171:18
171:19 189:6

195:2,6,7,8,9
195:10,15
201:16,18
202:11 203:24
205:4,6,9,10
248:6 252:1
255:12,18,19
255:20 256:16
261:5,6,23
264:24 265:6,9
265:12,16,20
265:24 266:10
266:16 267:15
267:21,22,24
274:2,10,14
275:2
**Bitcoins** 79:17
84:20 128:20
134:6
**Bitcointalk** 189:1
189:3,4,8
190:17,18
**Bitcointalk.org**
189:25 190:1,2
190:6,14
**Bitcoin.org** 189:9
189:12,13,15
189:17,22
**Bitcoin.org/fo...**
190:4,9 191:11
**bits** 219:12,14
252:1
**Bit-message**
145:12 146:9
147:17 152:24
153:4,6 157:18
157:25 158:4
158:23
**Bit-messages**
158:5
**blank** 184:19
**blind** 270:7
**block** 94:16
145:20

**blockchain** 51:3
93:21 94:4
134:2
**bloody** 69:20
**Bloom** 9:12
**Blvd** 2:4
**BM-2cW** 145:13
**board** 30:22
143:4 155:2
**Bobby** 72:2
**BOIES** 2:8
**bond** 96:13
**bonded** 253:25
254:6 256:17
256:23
**book** 8:23
**bookkeeper**
79:19
**books** 228:21
**bot** 75:8,22
**bottom** 114:9
119:11 180:22
220:10 229:12
**bought** 184:16
193:14
**Boulevard** 2:14
**boundaries** 77:9
**box** 187:18,21
**boxes** 187:12,15
188:1 230:22
230:23 233:12
233:18 234:9
234:22,24
235:5,8,10,11
235:13,15,21
235:23,24
**breach** 27:5
268:20,22
**break** 35:5 83:11
87:11 90:7
91:20 136:9
158:12 167:25
193:24 207:22
230:14 272:9
**Brenner** 2:11
4:11,11 224:2



brief 275:11
briefly 43:16
179:24
bring 68:10,24
69:11 144:5
148:10,22
149:9 152:17
152:21 173:8
180:22 215:3,4
216:19 218:3,8
218:11 220:7
238:14
Brisbane 245:7,7
Britain 231:6
254:11
broke 151:4
broker 26:10
brokers 26:8
brother 64:20
BTC 85:3,8
88:21,23
build 18:22 32:12
building 18:17
18:19 19:15
bunch 193:11
221:4
burden 41:6,7
44:15,20
bureaucratic
215:18
burnt 249:25
250:23
business 24:2,5
26:1,5,17 40:7
40:25 41:13,20
42:4,6,9 43:18
44:8 45:1 63:21
108:15 109:12
businesses 25:7
40:6 41:18 42:2
43:22,22
108:22
buy 83:3,6
197:22,23
205:7,15,19
206:14

buying 24:10
25:6,10 195:11

**C**

C 2:1
Cafe 25:25
Cain 2:19 4:20
4:21 90:7,12
Cal 24:9
calculate 12:18
257:11
call 154:6 169:12
174:1 177:1
194:24 200:1
209:13 229:16
245:16 252:2,3
254:11,14
267:17
called 10:15 52:1
76:8 98:4
108:22 129:22
131:14 163:19
173:25 221:4
258:14
calling 42:12
63:21 229:25
250:21 269:7
calls 147:14
172:5
Calvin 7:15 23:9
23:19 24:2,7,14
25:6,9,19,22
26:1 59:19 60:3
61:12 247:14
cancelled 16:21
capacity 92:4
capital 26:2
130:20 202:9
253:9,16
capitalisation
107:21
capitalized 18:22
capture 114:8
267:8
captured 39:17
159:6 227:13

243:6
car 205:8
card 90:8 91:20
care 20:25 63:19
careful 45:19
91:11 179:15
case 1:3 37:13,15
37:20 38:7
42:17 57:7,11
57:25 58:5 59:8
60:6,10,11,15
60:20 61:16,23
66:8 103:24
157:11 159:13
188:12 189:2
189:11 191:8
192:2,10 193:1
193:18 221:24
231:3,6,15
232:6,16
255:17 257:8
259:2
cash 117:7
casting 26:10
catch 251:2
causing 222:1,3
cc 85:25 117:19
126:2 142:4
144:9 148:12
186:10 194:14
cc'd 198:18
CD 179:11
CDs 177:19
179:9 215:18
236:12
cell 130:20
cent 173:21
266:23
CEO 221:1
certain 12:21
32:15 62:25
116:3 133:15
249:25 258:7
268:7
certainly 5:5
58:9 266:3

certificate
185:14 278:1
279:1
certificates 12:17
certify 278:6
279:4,8
CFO 69:5 194:16
198:19
chain 96:20
97:18 119:2,12
188:11,12
challenge 23:22
challenges 23:10
chance 183:6,8
change 14:24
119:25 168:7
215:14 216:13
261:6 280:6
changed 12:4
89:11,12
140:16 146:23
167:14 191:18
192:12 225:2,4
230:11 257:16
269:12
changes 64:7
89:24 175:7
278:5
changing 89:15
characterisation
202:5 209:9
characters
209:14
charge 8:11
64:12
charged 120:11
check 11:20
12:15 65:8,11
140:4,23
178:14 179:3
208:25
checked 12:9
13:11 178:4,8
186:23 266:2
checking 179:5
cherry 219:15

Chesher 69:5
143:3 171:12
220:20,23,25
Chester 206:24
208:14
chief 28:4 38:4
38:23
children 101:3
children's 227:16
choice 32:18
choose 228:17
Christian 80:25
circumstances
199:23 200:10
200:15 202:3
citing 221:12
claim 41:6
161:19 244:13
250:15
claims 16:22 37:8
161:2 221:10
227:24 228:3
228:16
clarified 109:6
clarify 14:14
143:14 154:16
168:17 172:23
clarity 108:10
class 8:3
clause 56:3 267:7
Clayton 273:18
273:19
clean 5:17 75:14
155:6 231:18
clear 31:8 87:12
112:1 129:4
152:23 154:1
180:17 224:3
clearer 172:24
201:24,25
clearly 17:19
30:18 31:8 85:6
client 10:1 13:10
29:2 58:11
101:16 106:19
154:6 179:7



222:11 238:6,6
238:9
**close** 50:4 86:16
86:17 222:8
**closed** 17:24
77:11 174:7
192:14 222:11
**closer** 167:18
**closure** 233:13
**cloth** 53:19
213:23 219:8
**Cloud** 21:21
31:24 52:22,24
53:9,17,19
163:15,18,18
164:3,5 177:3
181:24
**coach** 238:6
**cocaine** 102:18
200:17,19
**code** 19:3 21:17
21:18 33:8,23
34:10,20,25
51:1 82:19
94:18 102:21
197:3,23
**coders** 197:23
**coding** 51:6
246:12
**coffee** 276:15
**Coin** 10:14,15,18
10:19,20,22
21:24 32:3,4
53:23 129:22
**Coin-Exch** 7:24
8:1,18,23,25
10:12,16,23,24
10:25 11:5,9,25
12:2,13 13:1,14
13:23 14:20,23
15:7 18:12,17
18:18,20 21:10
23:6,7 27:17
28:1,22 29:10
29:25 31:5,11
31:16 50:13,22

52:18,20 62:16
63:8,10,17 64:4
64:8 104:17,18
205:21 227:25
228:4,8,10
**Coley** 1:22 2:20
279:3,22
**collect** 189:1,10
191:8 192:1,25
**collected** 60:19
61:11,23 71:2
234:21 243:14
243:24
**collecting** 60:5
**collection** 60:5
60:22 61:10,13
62:6
**colons** 203:2
**combination**
78:25 115:18
200:16
**come** 60:21 70:13
91:21 99:21
102:2 148:2
152:10 155:22
165:18 235:13
240:18 244:6
254:20 274:1
274:11
**comes** 118:2
163:22
**comfortable**
156:23 184:21
184:24 185:6
225:8,12
**coming** 215:12
**comment** 67:4
76:24 107:6
111:18 184:6
199:6 226:3
277:5
**comments** 74:5
205:11
**commissioner**
198:15,17
213:13

**commit** 268:10
**commits** 200:13
**committed** 16:12
104:23 123:25
**committee**
228:23
**committing**
200:18
**common** 8:6
36:16 244:15
**commonly** 76:8
**communicate**
138:11 146:8
193:10
**communicated**
78:20 81:23
99:15 146:10
146:15
**communicating**
78:21 146:24
190:25,25
**communication**
43:21 142:7
144:8 146:23
173:13 198:23
199:2 206:7
250:25 251:22
**communications**
86:8 100:22
145:10 147:1
149:2 155:19
155:21 156:12
157:7,14 158:1
179:16 206:16
250:10 252:24
270:2
**companies** 15:1
25:11 27:7 39:6
40:3,8,15 41:21
42:7 43:4,18
44:3 45:7,13,24
47:23 48:4,10
48:12,14,15,16
48:19 49:1,2,3
49:5,9,12,13,15
49:16 65:23

76:12 77:10
78:14 79:20
81:7 90:23 92:1
101:21 105:8
105:17 108:21
110:10,11,12
110:15 111:9
111:11,13,14
112:4,6 118:7
118:12 132:3
133:9,12 134:3
139:7 150:21
162:13 163:13
169:7,7 175:5
175:10 177:2
181:24 189:23
195:13 201:8
205:16 219:25
222:3,5 233:13
246:6 261:18
261:21 269:9
272:13,18
**company** 8:20
10:15,19,24
11:11,12,14,16
11:19 12:9,15
16:1,4,16 21:14
23:4 24:9,23
26:2,23,24
27:19,20 29:12
29:13,14 33:6
44:7 53:1,3
64:16 74:18
76:8 77:7,8
78:17 83:4,14
83:21 86:18
104:17,25
105:13,13,15
105:23,24
107:8,11,23
108:1 110:20
110:20 111:5,6
112:21,23
114:8 130:8,22
130:22 133:14
137:9 138:22

140:16 152:13
154:4 161:8
162:1,3,20
163:17,24,24
164:1,2 166:4
169:13 170:23
173:6 175:15
176:13 178:13
185:21 193:13
198:19 201:9
228:18 244:23
245:2 246:2,21
253:3,11,13
261:8 266:17
267:24 269:8
275:3 276:8
**company's** 32:25
34:24 99:8
100:8
**competing** 47:24
**complained**
66:25 220:18
**complete** 16:23
18:10 19:10
35:7 84:4
112:23 191:4
255:4,5 260:5
**completed** 33:16
34:6 104:21
139:14
**completely** 35:15
93:12 184:20
205:20 246:19
**completeness**
71:7
**completing** 35:8
**compliance**
258:15
**complicates**
77:13
**comprehension**
13:16 21:2
**compromise**
192:9
**compromised**
90:20 100:24



148:4,9 186:20
192:4,7,11
**computer** 119:21
156:5 230:1
243:10
**computers**
102:20 243:8
**con** 87:19 90:2
92:11
**concerning** 66:2
244:6
**concluded**
277:12
**concludes** 277:10
**condition** 205:19
261:13
**conditions** 258:6
258:7 268:2
269:14
**conduct** 138:21
140:10
**conducted** 33:10
33:25 34:13
35:2 94:11
**confer** 234:2
238:8
**conference** 250:1
250:4 251:2,4
252:3
**conferences**
241:9
**confidence**
241:20
**confidential**
40:24 41:2
44:22 45:2 63:5
63:11 263:15
263:18,19,24
**confidentiality**
28:15 57:21,24
58:2,10
**confirm** 149:12
149:19,23,25
151:8,10,19,21
**confirmation**
94:3

**confirmed** 30:2
119:23
**confirms** 142:20
145:11
**conflicts** 56:5
**confusing** 162:15
190:11
**conjunction**
165:14
**connect** 36:25
**connected** 95:3
**connection** 48:7
48:22 49:20
56:10
**consent** 160:23
161:14 165:22
172:14
**conservations**
62:7
**consider** 56:10
65:2
**constantly** 67:23
**constitute** 44:6
**construct** 219:16
**constructed**
171:12
**consulting** 41:13
**contact** 124:14
124:17
**contacted** 66:24
**contained** 264:14
**containing** 236:2
**contains** 158:23
**contend** 37:3
**content** 146:22
**contents** 122:17
235:25
**context** 40:25
75:18 180:1
214:18
**continue** 81:1
206:5,9 239:11
**continued** 4:2
**contract** 16:14
17:24 19:9 38:3
38:22 39:3

83:23 93:20
105:19 108:24
109:1,2 196:22
**contracts** 31:20
78:7 86:13 95:3
**contractual** 38:8
**contrary** 101:15
201:14
**control** 56:21
58:21 84:5
107:15,16
128:9,13,22,24
128:25 129:1,2
134:13,21,23
134:24 135:4
157:17 163:14
164:12 170:20
170:23 171:1,4
173:20 175:8
199:19,22
200:10,22,25
201:1,18 202:2
257:21 267:20
268:16,17,18
269:16 276:12
**controlled** 34:3
107:14,20
108:6 117:11
117:14 136:13
136:16 164:8
169:2 174:23
**controlling** 59:4
118:14
**controls** 118:3
**conversation**
40:15,16 44:24
135:16
**conversations**
30:23 40:1,18
40:21,23 41:24
45:23 65:17
148:6,7 180:12
180:14,14,18
204:9 237:14
**conveyed** 241:17
**convince** 101:4

**copied** 246:19
**copies** 83:2
233:14,15,16
262:13 267:14
**copy** 16:2 141:10
143:6 161:17
174:2 184:13
184:15,16,18
195:25 220:16
224:24 233:11
233:20 234:9
242:19 246:15
246:20,23,25
247:18,20
262:4
**Core** 51:2 82:12
82:15,17 83:9
83:12 84:13,21
84:24 85:4,9
88:24
**corner** 167:3
**corporate** 27:6
44:25 45:1,1
65:24 77:7,25
78:2,20 92:5
113:22 133:11
175:24
**corporation** 92:4
**corporations**
92:4,7
**correct** 5:11
10:13 12:8 14:5
14:21 30:3,16
40:10 62:1 70:3
70:19 79:8 81:2
85:5 87:14
100:17 109:18
113:11 115:1
116:13,17
122:22 123:24
124:4 127:1,1
127:24 128:2,8
131:2 132:5
139:1 140:2
143:16,20,24
143:25 144:3

144:12 145:17
145:20 147:8
149:4,6 152:13
161:17 166:6
166:10,14,17
168:2,6,7
169:19,20
172:16 188:8
199:2 209:2
212:5 224:24
225:4 249:7,8
252:2,5 264:1
265:22 266:4,7
268:17 270:16
**corrected** 70:1
127:15 204:25
**correction** 129:3
**corrections** 278:5
280:4
**correctly** 10:17
34:5 113:23
146:6
**correspond**
138:16
**correspondence**
100:1
**cost** 15:15,22
**counsel** 4:7,22
57:22 60:9 66:7
91:12,16,16
156:3 179:17
231:11,14
232:6,8,9,10,17
233:8,16 234:6
235:20 237:14
241:11 243:2
260:20 279:9
279:12
**counsel's** 168:1
**countries** 77:4
**country** 207:17
213:25 218:24
227:14
**couple** 111:2
128:5 253:4,21
266:1



**courier** 253:25 254:6 256:23
**couriers** 256:17
**course** 43:15 241:6 246:14 261:23
**court** 1:1,22 2:20 10:3 16:10,19 19:11 40:4 42:21 43:25 44:2 87:22 90:3 103:24 106:22 135:9 137:11 137:15 140:10 151:3 159:23 165:22 166:17 167:1,20 175:22 184:25 185:16 221:17 221:20,22,24 222:19 223:1 237:9 238:15 239:2,10 248:10 253:24 255:15,16,22 255:22 256:14 257:12 258:13 258:23 259:14 259:21 267:14 269:1,22 270:23,24 271:3,4,22 272:2,4 273:5 273:15 274:18 275:20,22 276:18 279:1
**courtesy** 6:24,24 9:6
**court's** 46:20 258:15 268:4
**cover** 7:13 9:23
**covered** 218:9
**coverup** 38:11
**co-workers** 105:6
**Craig** 1:9,12 4:3 4:15 40:5 54:15

54:21 69:4 71:2 71:25 72:13,16 87:15 96:24 98:6,15,20 103:22 108:11 108:11,12,14 108:14,22,22 108:24,25,25 109:11 114:11 116:8 119:13 120:18,25 121:6,11,15,15 152:11,25 159:10 160:13 160:16 161:1 162:10,12,14 162:15,16,18 165:11 166:24 168:22 172:5 173:4,17,19 174:10 184:19 186:10 199:6 220:11 224:11 226:1,2 229:14 229:22 243:6,7 258:14 261:18 261:18 263:2 267:5 272:20 274:15 278:3 279:4 280:3
**craig.wright@...** 223:7,9
**Craig@panopt...** 196:3
**create** 18:16,18 52:14 94:15 125:4,7,13 153:18 154:2 154:11,19,20 154:22 155:7
**created** 8:2 19:15 85:14 125:11 189:4 245:13 245:14 261:20 261:21
**creating** 52:24

93:12 129:21 142:10
**creation** 33:8 261:15
**credible** 273:21
**criminal** 268:8 268:11,14,22
**criminals** 106:9
**Croft** 21:21 31:24 52:22,24 53:9,17,19 163:15,18,18 164:3,5 177:3 181:24
**crosstalk** 39:17
**CROSS-EXA...** 4:17
**CSW** 202:22 203:4 248:7 275:3
**cup** 276:15
**currency** 120:4
**current** 20:6 32:10 175:1,19
**currently** 261:7
**custody** 188:11 188:13 276:12
**cut** 168:4 246:12
**cwrigh20@pos...** 186:19
**CYRULNIK** 2:3
**C01N** 130:9 150:3,17 201:13

────────
**D**
**D** 3:1
**damn** 218:2
**dartboard** 207:20
**dash** 202:25
**date** 54:18 69:22 79:5,23,25 80:14 86:5 89:15 113:4 131:16 166:19

181:6 184:1 207:12 208:22 209:1,2 211:19 211:19 218:21 271:16 272:3 280:23
**dated** 196:3 206:24 208:14 218:12
**dates** 79:21 86:4 89:11 260:13
**Dave** 7:23 18:16 18:18 19:21 20:12,19 21:7 32:20 36:7 58:6 80:13,18,20 81:6,9,13,15,23 84:12,16,18,20 85:7 88:22 93:11,16,16,19 93:23 94:1,15 95:4 96:25 97:25 98:3 101:8,10,11 102:1,3,4,6,25 103:1,2,2,21 104:1,5,14,15 104:17,20 106:3,4 107:3 107:10 112:17 112:19 113:14 113:23,25 114:16 115:12 115:14,25 116:2 118:15 118:20,22 119:2,13,15 120:4,8,18,21 120:25 121:4,7 121:8,11,12,19 121:21 122:10 122:16,21,23 123:1,3,6,7,9 123:11,15,15 123:20,23,25 125:4,6,7,9

139:8,10 151:20 152:3 169:1 171:9,10 171:14 174:15 180:3,4 184:3,5 186:10 190:20 190:21,22,22 190:23,25 196:3,7,13,23 196:25 197:7,9 197:12,13,14 197:18,20,24 198:3 202:22 203:4,7,9,13,16 203:18,20 204:1 205:24 224:14,25 225:9,14 226:23 227:2,5 229:16 249:11 249:21 250:10 250:25 251:12 251:23 253:24 254:13,15,25 269:6 274:14 275:3
**Dave's** 10:10,11 11:3 113:1,8 116:24 119:17 197:16,19 198:5 224:14
**David** 1:5 8:8 16:11 18:21 32:12,17 33:16 168:23 199:23 199:23 200:1,3 250:5
**day** 9:20 45:16 61:21 86:7,8,15 86:20,21 90:19 169:17 170:4 219:14
**days** 16:13 104:24 166:12 167:19 173:21
**de** 2:14 132:8



134:13,22
135:3 136:6
137:20 142:17
144:8,13 145:5
145:7,11,16
148:11 155:23
156:12,13
158:6 201:4,6
**dead** 22:19 80:20
80:21 84:16
**deal** 24:3,5 26:5
26:17 27:13,14
27:16,20,24
28:20 29:8,11
29:15,23 31:3,9
31:13,22 32:5
33:7,22 34:9,19
34:21,22 35:19
37:3 50:2,5
81:10,12,16
246:8,8,12
**dealing** 147:9
172:10
**dealings** 45:13
**deals** 26:8 81:25
**death** 32:9 81:1
102:5 116:24
**debt** 169:4
**decades** 75:8,22
**December** 72:1
178:21 183:19
218:12,19,23
219:4,6 268:7
**decide** 175:22
**decided** 86:11
222:8
**decisions** 41:20
58:21 241:10
**declaration**
126:18,21
130:16 134:19
139:25 141:11
**decrypted** 259:9
**decs** 170:21
**deductible** 250:9
250:13 251:6

**deed** 54:21 125:5
125:7,12,14
184:17,18
247:24 248:19
272:6 274:2
**deeper** 44:10
61:1
**DEF** 3:3,3,5,7,8,8
3:9,9,10,10,11
3:11,12,12,13
3:13,14,15,15
3:16,16,17,18
3:18,19,20,20
3:21,21,22,22
3:23,23,24,25
**defamation**
87:18
**DEFAUS** 3:7,17
3:19 114:3,5
196:19 207:1,2
212:24 215:4
218:11,15
227:9 241:6
247:22
**defeat** 44:16
**defendant** 1:9
160:20 161:5
**Defendants** 2:12
**defense** 1:6 15:15
33:11 34:1,13
35:3 48:6,21
49:18 54:8,9
57:11,12 67:11
67:13 76:9
85:19,21 115:9
117:17,21
119:1,4 125:17
125:19 126:11
126:15,16
139:17,19
141:3,4,16,18
144:7,11 145:4
145:8 146:18
146:20 148:11
148:18 149:20
152:19 153:1

164:3 168:20
169:8 176:6,7
176:14 181:21
181:22 185:10
186:3,4 194:8
194:10 196:2,5
198:10,12
208:16,17
209:22,23
212:25 216:20
216:24 218:10
219:2 220:9
224:8,18
225:18,24
226:15,17
229:3,7 236:23
236:24 237:7
247:6,8,25
248:3 249:12
249:17,23
251:11,13,21
251:24 261:13
262:17,20
265:11
**Defense's** 163:21
**define** 26:9
**definitely** 80:17
145:23 146:15
170:19
**definition** 254:6
**definitively**
253:7
**defrauding** 87:17
**deliver** 16:24
19:11,12 32:23
92:11 253:25
**delivered** 19:8
83:10 92:2,9
187:16,16
254:16
**demonstrate**
78:18
**demonstrated**
89:23 128:2,12
156:7
**demonstrations**

245:3
**DeMorgan** 22:12
22:14,22,24
23:2,4,8 26:24
27:3 39:2 46:25
47:4 65:13
154:5 218:13
266:21 273:20
**denied** 221:10
**Dennis** 262:10
**deny** 10:5,5
**department**
33:18,23 34:11
34:25 35:10
115:18 244:24
**depends** 26:8
**deposition** 1:11
4:2,4 9:20
47:14 74:21
96:6,7 99:1
100:3,15
106:22 234:3
238:10 241:2
263:15 277:11
277:12 278:4
279:6,11 280:3
**depositions** 10:7
131:12
**Des** 69:3 206:23
207:15 208:12
221:5
**described** 22:11
**describing** 39:25
**description**
264:12,13
**Design** 274:3
**designate** 263:19
**designation**
263:14
**designed** 53:21
244:25
**designing** 22:5
**designs** 230:1
**desirable** 56:10
**desired** 278:5
**destroy** 32:17

**destroyed** 236:10
**detail** 76:6
140:24 245:24
**detailed** 140:11
166:1,16
**details** 43:8 77:3
141:8 227:16
259:11 271:12
271:13
**determination**
277:2
**determine** 44:12
56:13 236:22
244:6
**Deutsche** 24:20
24:20
**develop** 93:24
196:23 197:2
197:23
**developed** 32:16
32:20 33:9,25
34:12 35:2 95:4
95:6
**developers** 77:6
**developing**
102:21 130:7
130:23 244:25
**development**
19:2,3 23:16
33:9 64:4 130:9
197:3 246:11
**device** 237:12,17
237:18 240:6,7
240:21 242:6,9
**devices** 177:24
178:1,3,7,9,16
236:2,5,18
239:21,21
244:18,20
**Devin** 2:6
**devised** 55:17
**dictate** 200:7
**dictated** 194:25
200:5
**dictionary** 7:4
**died** 38:10 80:13



81:13 93:25
94:12,19
123:23 197:17
198:6 200:2,11
**differed** 89:16
**difference** 15:2
18:1 111:19
195:20 237:16
**different** 21:6
58:1 76:13 77:4
78:21 104:21
133:8,9,12,12
133:13,13
138:10 178:11
213:25 231:6
232:7 263:1
**differential** 8:4
**differentiated**
8:6
**difficult** 80:21
105:10 110:13
201:22
**difficulties** 23:14
**dig** 61:1
**digital** 250:2,11
**direct** 45:3,21
47:12,15 79:1
134:17 147:12
149:23 154:11
154:17,18,20
216:21 233:4,6
**directed** 224:21
224:22
**direction** 105:20
235:3
**directly** 37:7
57:15 79:1 82:5
82:7 142:5
153:21 156:8
231:2 232:25
**director** 16:1
27:19 28:2,7
29:12 30:24
39:11 41:18
42:11,12,14
44:25 45:13

64:11,16 65:6
65:22 66:3
161:5,25 162:1
163:17,18,24
173:6 185:10
194:15 198:20
219:25 221:25
228:13,14,18
228:21 235:12
236:20 253:15
253:15
**directors** 23:21
27:20 29:13,14
30:1,22 42:10
42:16
**directorship**
48:11 163:17
**director's** 162:23
**disabled** 191:13
193:15
**disagree** 277:10
**disagreement**
214:21
**disappeared**
132:24 144:25
**disclose** 268:3
**disclosed** 268:25
**discovered** 116:4
122:7
**discovery** 38:15
47:14 58:3 91:6
**discretion** 56:9
**discretionary**
247:24 248:18
**discuss** 25:16
26:23 63:6,9,11
63:15 238:9
249:20 250:22
251:5
**discussed** 23:13
30:25 78:15
90:17 95:5
159:16 165:15
**discusses** 142:19
**discussing**
179:16 259:14

**discussion** 29:2
42:15 43:19
**discussions** 24:2
24:6,14,25 25:6
25:9,14,16 26:4
26:13,16,21
28:6,24,25
30:21 39:19,20
40:5 41:14 42:1
42:3 43:7 63:5
66:3,6,7 91:12
91:16 138:3,7
180:6,8,9 237:3
242:7,10
243:19 244:1,4
249:24
**display** 199:8
**displayed** 73:3
**dispute** 263:17
**disputes** 56:5
**dissolution**
169:12
**distinction** 137:5
**distinguish** 238:3
238:22 239:7
**distributed** 93:20
**distributing**
268:13
**DISTRICT** 1:1,1
**DK** 114:15,16
203:12
**Doa** 69:4 206:23
**Doctor** 7:10
93:11 157:1
220:7 272:1
**doctored** 253:1
**document** 3:24
51:15,21,23
53:11 54:17,20
55:2,4,9,11
56:7,14,16
58:19 67:1,3,18
68:6,7,20,25
69:16 70:1,3
71:7,22 72:7
73:2 88:2,13,20

89:11 92:15
97:14 122:1
127:6,8,10,12
127:13 129:14
140:12 143:18
144:2 148:21
150:11,19
151:17 152:18
152:22 153:11
154:20 158:22
159:25 169:19
176:4,8,10,11
176:16,17,18
176:20,22,24
176:25 177:5,8
177:10,12,15
179:8,21,23,24
180:2,20,23,25
181:3,8,13
182:1,5,13,17
182:20,23,25
183:2,2,3 184:4
184:6,8,10,12
184:22,25
185:6,21 186:3
186:5,6 207:9
208:18 209:15
209:16,21
211:4 224:1,3
225:17 226:15
226:16,18,19
232:2 242:6
243:16,22
247:5,7 248:10
248:16,21
249:5,9,13,15
251:7,10,20
252:17 258:13
258:17 262:2,5
262:6,8,11,16
262:19 263:12
264:14 266:24
268:4,5,6,16,25
269:15,22
270:3,12,12
271:5,13,16,23

274:5,8,13,25
**documentation**
104:4 233:12
245:18
**documented**
201:11,13
246:4
**documenting**
276:7
**documents** 11:20
12:10 28:6
33:20 46:18
60:5,18,19,20
61:10,11,13,22
63:23 85:14
87:3 89:10,22
89:23 91:2,4,9
92:18 99:17
153:16 154:22
156:1 166:5
171:10 177:19
178:24 179:2
184:9 185:23
187:3,5,9
188:16,20,23
189:2,10,23
191:8 192:6,25
193:18 206:18
214:5 217:16
217:21 221:3
221:11 230:18
231:1,5,8,9,13
231:16,19,25
232:8,13,14,18
233:11,21
234:6,10,20
235:18 236:24
237:20,23,24
238:4,23
240:18 241:8
242:8,12,14
243:1 244:14
244:16 245:12
245:14,17,20
248:13 249:3
252:15 253:1,8



253:10 267:15
267:20 268:1
272:14,16,20
273:4,7,12,21
275:16
**dodgy** 78:12,13
**doing** 17:18
23:15 25:3,25
28:24 52:10
87:5 88:22
102:3,21,22,25
103:1 116:21
124:19 130:23
144:15 217:19
230:2 242:22
245:2 253:12
274:15
**Dolevski** 69:4
215:6,11
**dollar** 150:15
**dollars** 83:18
150:5
**domain** 89:18,19
189:14,17,20
**domiciled** 103:25
**donated** 110:24
**door** 58:17
**double** 208:25
**doubt** 36:10 61:5
93:10 143:22
187:23
**doubtful** 175:11
**download** 97:14
**downloaded**
156:9 201:23
**Dr** 1:12 4:3,14,15
4:18,22,24 5:21
5:25 6:4 8:21
9:2,3,11,21
10:22 11:7,22
12:11,22 13:8
13:18,22 14:6
14:18,22 15:6
17:3,5 20:18,23
21:10 24:1,24
25:5,25 26:20

27:7,22 28:11
28:20 29:22
30:7,13,18 31:2
31:22 32:24
33:22 34:9
36:13,18 37:7
37:11,17 38:1,8
38:20 39:5,24
40:9,12,18,21
41:7,12 43:2,16
44:4,5 45:3
46:5,9 47:6,16
48:18 49:8,15
49:24 50:6 54:2
54:19 55:12
56:17 57:10,14
57:23 58:6,15
59:19 60:3,17
61:21 62:12
64:25 65:8,15
66:5,11 67:9
70:5,22 71:18
71:19,24 73:17
74:12,19 75:3
76:23 77:15
80:18 85:7,12
85:17 86:25
87:20 88:7,9,10
89:1 90:14 91:7
91:11,24 95:7
96:4 97:17
98:25 100:3,11
100:12 101:8
104:12,13
106:2 107:12
107:17 108:8
109:5,10 112:3
112:25 114:1
114:25 116:7
116:14,15,23
117:15 118:15
118:20,24
120:16 122:3
122:14,20
123:23 125:15
126:10 128:14

129:13 130:15
131:8 139:15
141:1,14 145:2
148:15 149:24
150:1,4 151:6
151:12,18
152:1 153:17
154:9 155:4
157:6,21,24
158:9,21 159:8
159:21 162:5
165:11 166:15
168:12 169:17
169:21 171:21
173:14 174:10
174:22 175:1
176:3 177:4,14
179:14,19
180:11,19,25
182:19 183:6
183:11 184:22
186:16 188:4
188:19,25
190:5 191:21
194:6,9 195:24
198:24 200:5
200:22 201:20
202:12 203:23
203:24 204:4
206:17,19
207:6,22 208:9
208:22 210:17
210:24 211:6
211:24 212:18
213:21 215:1
215:22 217:7
218:8 219:1,19
222:22,25
223:10,14,25
225:17 226:14
227:8,23
230:17 231:18
234:1 237:1
238:17 239:20
241:12,15
242:1,5 247:4

249:9,16 251:8
251:10,21
252:13 253:23
255:22 256:14
258:23 260:23
261:5 262:1,15
264:3 266:18
267:3,13
268:24 269:20
270:22 271:19
272:12,20
273:3 274:1,10
275:15 276:25
277:5
**draft** 64:1 92:15
92:17 93:7
247:23 248:14
248:14
**drafted** 63:25
**drafts** 92:21,25
93:2,4
**drag** 32:17
**draw** 264:6
**drives** 177:20
236:11
**drop** 22:19
**Dropbox** 97:9
**drug** 32:14
120:14
**drugs** 102:22
122:8 197:23
**due** 16:13 86:12
276:23
**duly** 279:4
**dumb** 122:7
**duped** 83:22
**DV** 202:22 203:4
203:5,6,8,11,14
203:15,17
**DVD** 179:11
**D'Emilio** 128:10
**D'Emilio's**
127:17 129:15

_____
E
_____
**E** 2:1,1 3:1 280:1

**earlier** 64:18,20
143:19 169:23
186:24 191:17
248:14
**early** 27:8 31:4
31:10 94:10
102:3 109:17
151:13 245:22
**earned** 78:6
**easier** 152:20
199:20
**easy** 153:15
**economic** 41:21
**EC1N** 1:18 4:6
**Edison** 20:9,11
**edited** 251:6,25
252:5,6,15,16
**editions** 35:9
**Edwin** 72:3
**effect** 16:21
41:21 205:22
230:4 239:13
**effectively** 99:13
102:18 110:24
111:1 170:22
227:19 254:13
**effectuate** 125:10
**eight** 107:13,19
194:4
**either** 31:6 44:14
64:13 97:5 98:8
109:2 141:24
174:18 200:17
219:13 235:2,4
**electronically**
236:3
**ellipses** 164:25
**else's** 52:10 71:4
176:18 245:21
**Email** 2:5,10
**emotionally**
79:24 86:3,5
**employed** 55:9
105:23 279:9
279:12
**employee** 55:13



105:18 279:12
**employees** 55:20
105:16 130:21
**employee's**
129:19 130:20
**employer** 55:21
**employment** 55:8
**employs** 105:23
**enable** 94:8
**enabled** 257:18
**enact** 138:24
**encrypted** 258:25
259:3,4,7,23
**ended** 11:11
16:25 25:18
32:13 37:6
81:12 102:9
129:11 131:9
132:1 221:5
**ends** 148:21
**enforcement**
106:10 115:16
115:21
**engage** 63:3
**engaged** 32:22
**engages** 223:3
**engineer** 94:20
**engineering**
244:24
**English** 4:22 77:5
**enhance** 17:2
21:15
**enquire** 268:9
**enquiry** 44:10
**ensure** 45:19
63:13 65:10,13
**enter** 27:8,13
160:23 165:21
**entered** 32:24
34:22 196:22
**entire** 73:2 86:8
86:14 124:19
213:22 214:11
261:25 263:15
**entities** 86:10
104:4 107:14

107:19 108:6
108:16,21
118:13,14,14
174:23 260:9
260:12,13
**entitled** 54:11
248:18
**entity** 17:22 18:9
38:9 104:1
261:19,20
**entries** 72:2
**entry** 3:24
258:13,17
**equipment**
177:24 178:11
**equivalent**
106:13 221:7
**erroneous** 49:3
69:15 70:1
162:11 207:8
211:2
**error** 11:16
101:12 106:5
**errors** 126:19,20
126:24 127:4
127:14,16
146:7
**especially** 78:21
**Esq** 2:6,11,16,17
2:19
**essential** 199:24
**establish** 44:16
185:17 240:15
**established** 266:4
**establishing** 17:7
44:21 103:12
**estate** 1:5 8:8,11
8:12,19 10:11
11:4,24 12:2,3
12:7,13,25
13:14,23 15:5
19:8 174:15
**estimate** 70:2
**estimation** 15:15
**Europe** 268:12
**evade** 241:13

**evasive** 111:20
155:5
**events** 38:9
**eventually** 190:6
**evidence** 38:16
41:1 90:6,14,20
90:21 91:4,7
147:9 159:16
163:5 165:23
166:2,2 170:7
170:14 188:5,8
219:20 221:13
221:15 237:8
**exact** 7:11 79:21
80:10 113:4
133:2,16,22
135:15 140:19
141:8 166:19
247:18,20
**exactly** 63:18
66:15 136:11
165:10 166:3
178:18 200:9
254:2 266:12
**exaggerated**
102:17
**examination**
155:12 275:14
**examiner** 188:5,7
**example** 134:17
233:20
**exceeded** 267:23
267:24
**Excel** 51:14
**exchange** 10:14
10:15,18,19,21
10:23 18:19
19:16 27:10
33:10 82:25
83:1 89:21 95:2
95:13 96:11
113:13 129:8
137:12,14
184:9,12
246:16,17
**exchanges** 33:13

78:10 113:15
137:9 138:4
246:4
**exclude** 67:20,25
**execute** 55:11
**executed** 48:5,20
49:17 77:10
**executor** 8:11
**exhibit** 3:2,6 54:9
67:13 70:23
71:1,13 72:4,10
72:23 74:23
85:21 95:11
96:5,9 97:10
114:5 117:21
119:4 125:19
126:16 139:19
141:4,18
144:11 145:8
146:20 148:18
149:20 153:1
160:1 176:7
186:4 194:10
196:5 198:12
207:2 208:17
209:23 212:25
216:24 218:15
224:18 225:24
226:17 229:7
247:8,25
249:23 251:13
251:24 258:17
262:20
**exhibits** 72:8
**exist** 10:21 36:3
62:24 63:2,4
193:15 267:8
**existed** 36:6,11
36:11 53:15
268:25 269:23
**existence** 57:4
**existing** 72:16
**exists** 40:4 46:20
191:12 192:8
192:17
**exit** 22:11,13,17

22:18,20
**expanding** 53:13
**expect** 6:25 53:14
**expenditure**
135:13 139:5
**experience** 44:12
**experiment**
201:19
**experimented**
94:22
**experimenting**
195:13
**experts** 232:23
**explain** 76:7 77:3
77:13 105:11
127:3 165:3
254:7
**explains** 111:22
**explanation**
76:16
**expose** 51:2
**extend** 196:25
197:3,5
**extensive** 47:7
221:11
**extent** 126:7
134:20
**external** 86:9,11
86:18 89:20
134:5,7 153:23
177:19,23
228:23 253:9
**extra** 147:4 252:1
**extremely** 76:25
214:3
**ex-wife** 187:22
**eyes** 105:11
249:19
**e-mail** 2:15 85:24
86:22 87:1,13
88:8,18 89:2,4
89:14 90:16
95:10,12,24,25
96:10,13,17,18
96:23 97:1,6,17
97:20 98:5,7,7



98:10,12,14,14
98:16,19,19,22
99:2,20,24
100:16,19,22
114:11,24
116:8,11
117:18,23
119:2,12,13,14
119:19,22
120:17,18,21
120:25 121:3,6
121:8,10,12,14
121:16,18,19
121:21 122:15
122:21 126:1
126:12,14
138:8,12
141:22 142:2
142:16 144:17
144:20 145:4,7
145:12,15
146:1,19 147:6
147:12 148:11
148:24 152:4
152:11 155:19
155:21 186:7
186:16,18
187:1 192:14
194:7,13
195:25 196:1,1
196:7,11,12,18
198:8,11,16
199:4,10
200:23 201:20
202:6 220:8,10
220:12,19,21
220:24 221:2,2
223:19,21,23
224:7,9,11,13
224:20,22,25
225:1,9,21
226:3,4,5,6,8
226:11,12
227:13,13
229:4,5,9,10,12
229:13,21

230:5,7 233:8
242:18,18
243:10,12,14
245:4 246:19
247:1,13,18
249:18 250:23
250:23 251:3,4
252:1
**e-mailed** 243:12
**e-mails** 63:24
64:1,23 86:22
89:18 90:19
95:13,21 96:11
96:25 97:2
99:11,14,25
100:1 114:4
156:2 157:10
158:4 171:8,11
187:9 192:1,20
226:1,22 227:1
227:4,15
242:20,22,25
246:25 249:20
251:12

___

**F**
**F** 266:19
**fabricate** 89:9
**fabricated** 87:6,9
88:13,20 89:2,3
90:15 213:22
214:10 219:8
227:10 245:11
**fabricating** 63:23
**fabrication** 249:1
**Facebook** 23:15
71:2,4,18 72:9
72:13
**facilities** 76:14
**fact** 16:9 20:25
33:13 40:25
66:13 69:17
90:18 99:12
111:21 142:20
147:5,25
150:14 200:11

211:6 216:16
219:12,21
225:9 250:11
252:23 254:17
257:22
**facts** 111:21
167:6,12,14
**factual** 41:8
44:15
**fair** 129:20
134:12 164:23
180:24 182:3,7
182:14 202:5
220:25 231:7
**Fairly** 206:15
**fake** 66:22
155:14,15,19
155:21
**faked** 156:1
199:10
**fake-mailaddr...**
199:7
**false** 217:24,25
217:25 218:2
222:11
**falsely** 217:23
**familiar** 46:13
117:22,24
119:10 120:23
121:2,5 122:19
139:23 146:21
196:9,15 207:6
207:8 226:20
230:12 247:16
247:20,21
**familiarise**
159:25
**family** 19:13
24:22 105:3,4
118:10 124:3,7
124:9,14,17,20
**Famous** 275:12
**far** 31:12 132:24
135:3 203:2
214:5 216:2,2
276:10

**fate** 199:22 200:8
200:10,11,13
202:3
**father** 8:17
204:24 205:12
**father's** 204:24
**fault** 183:7
**February** 69:22
94:11 96:24
98:6 114:12
115:2 116:16
124:3,17
181:13,16
182:2,6,20,25
196:4 206:25
207:25 215:2
224:12
**feel** 81:3 184:21
184:24 225:8
250:24
**fell** 250:20
**Ferrier** 81:10
82:10,12,14,16
82:18 83:4,19
83:22 84:1 92:1
92:8,11
**field** 203:11
**fight** 222:9
**figure** 271:15
**file** 33:17 72:7
73:5 92:21,25
109:3 158:22
170:14 245:14
245:16 258:25
259:3,7,9
275:22
**filed** 19:25 20:2,3
42:13 91:25
92:3,5,24 93:3
105:15 152:15
159:11 161:5
161:20 166:16
167:1,19
171:15,22
258:13 271:14
271:16

**files** 101:14,14
106:7 140:17
178:12,13
254:8 257:19
257:25 258:11
258:11 259:4
259:10,24
260:1 275:22
**filibuster** 10:2
**filibustering**
276:24
**filing** 11:15 159:8
160:16 166:19
**filings** 161:17
180:5
**filtering** 179:5
**final** 27:20 31:3
59:14 92:23
132:11 235:12
262:14 270:5
**finalising** 250:5
**finally** 124:16
**financially**
164:15 279:13
**find** 7:4 59:6
72:25 124:8
148:13 197:24
232:3 254:18
**finding** 26:11
40:22 46:20
205:6
**findings** 221:11
**fine** 140:4 156:18
**finish** 6:23 9:5,16
37:10 87:23
88:5 103:2
138:15 156:15
156:22 157:1
239:4 256:3,4
**finished** 6:22
36:8
**finishing** 9:7
**Finney** 110:25
266:1
**fired** 87:4 89:8
245:11



**firm** 131:13
146:5
**first** 8:7 9:20
28:16 58:15
60:8 61:4 71:23
73:14 77:5
83:12 87:12
88:17 97:10
99:10,14,24
101:6 124:2,6
160:8 179:5
189:17 197:11
215:15 216:21
217:4 229:13
229:22 231:10
248:25 249:11
262:18
**five** 38:3,22
90:12 158:13
158:17,18
166:12 167:19
192:9 230:13
252:9 274:20
**flag** 91:21
**flags** 39:8,13 43:5
43:15 45:1,9
46:1,10,19 47:8
47:19
**fled** 84:1 132:14
**Fleet** 2:21
**FLEXNER** 2:8
**Float** 137:12,13
**Florida** 1:1 2:4,9
2:14 250:3,8
**fluffy** 26:6
**flying** 65:3
**focused** 22:4
**focusing** 61:15
**folders** 235:18
**follow** 97:11
145:1 257:1
**followed** 175:7
**following** 86:6
97:8 99:5 100:4
100:5 220:17
248:6 266:20

**follows** 30:7
**follow-up** 5:18
**force** 63:7,12,16
**foregoing** 278:3
278:4 279:5
**forensic** 90:24
91:17 188:4,7
232:23 237:10
244:5 250:11
260:19
**forensically**
89:15
**forensics** 115:22
250:2
**forge** 181:8
188:19,22
**forged** 60:18
89:23 152:11
273:21
**forgeries** 240:19
**forgery** 181:6
249:2
**forget** 263:13
**forging** 273:12
**forgot** 270:15
**form** 17:9,21
20:22 22:1
39:15 43:13
46:4 48:24 51:4
56:20,24 57:16
65:1 66:21 70:7
72:14 76:3
82:23 84:15,22
85:11 92:21
93:12,14,21
109:13 111:16
113:3 118:17
123:19 125:1
131:20 132:6
132:17 134:4
134:14 135:1,6
136:17 137:22
138:2 142:6,23
150:18 151:2
153:5 167:22
168:8 173:22

174:12 177:6
177:22 181:18
182:8,15 185:1
185:19 204:11
204:17 209:24
211:12 212:12
214:16 216:8
217:15 219:23
234:14 259:16
261:9 269:2
270:1 271:2,6
271:25 273:24
**formalities** 217:7
**formality** 170:22
**formally** 271:15
**formation** 267:5
**formats** 148:14
**formed** 51:5
190:18 252:20
**former** 23:20
41:18 48:19
49:2 261:22
**formulate** 28:6
**formulated** 269:9
**forth** 30:6 214:11
**fortune** 199:25
**forum** 76:24 77:1
190:3,3,18,19
191:7
**forums** 191:18
**forward** 7:13
223:21,23
224:21
**forwarded** 96:15
121:18 148:14
220:22 223:19
224:20,23
226:11,13
249:20
**forwarding**
220:12 225:23
229:5
**forwards** 6:8 9:8
77:2 92:18
171:8 195:14
**found** 44:3 73:6

102:8,13
124:21 171:14
177:18 206:1
273:20
**founded** 18:20
49:10,13,15,16
65:23 105:1,22
110:8
**founder** 7:24 8:3
8:17,20 10:11
11:4,9 14:19,23
15:4,4
**four** 33:15 35:10
72:2 104:23
167:19 194:3
**fraud** 38:12 57:5
62:24 90:3
**fraudulent**
155:25
**fraudulently**
88:13 99:17
245:14
**free** 35:16
**Freedman** 2:3,6
4:9,9,17,23
6:14 7:21 9:10
9:15,19 10:4,8
13:8,19,21
14:11 17:14
18:11 19:20
20:17 21:4 22:3
28:19 29:1,7,17
29:20 30:14
31:1 35:25 37:2
37:9,23 38:19
40:2 41:2,11
42:18 43:2 44:1
44:16 45:5 46:8
46:14,18,24
47:3,17 49:7
50:10 51:9 57:9
57:17 58:12,14
59:10,15,18
60:2,16 61:19
61:19 62:4,11
66:10 67:8,22

68:2 69:10 70:4
70:9 71:9,11,16
72:5,20 73:2,8
73:24 74:4,7
76:22 84:17
85:1,16 88:4,16
90:10,13 91:19
91:23 93:18
94:25 95:1
97:13,16
100:14 103:9
103:16 104:7
106:18,25
109:9,15,24
110:4 111:24
112:9 113:6
117:5 118:19
121:23 122:13
123:22 125:3
126:9 131:24
132:7,20 134:9
134:16 135:2
135:11 136:19
137:23 138:6
142:15,24
149:15,17
150:12,23
151:5 155:17
156:19,21
157:5 158:9,15
158:20 160:3
167:24 168:10
169:16 174:8
174:14 177:9
178:2 179:13
179:18 180:16
181:25 182:11
182:18 183:10
185:3,25
186:14 193:23
194:1,5 198:25
204:14 207:5
209:25 210:5
210:16 211:17
212:17 214:25
216:4,18 218:7



218:22 219:18
220:6 223:5
224:6 230:13
230:16 233:24
234:8,15,19
237:15 238:2,5
238:25 239:5,9
239:19 240:4
240:14,16
241:25 242:4
252:8,12 256:1
256:5,13,24
257:5 259:17
263:17,22
264:2 269:19
270:9,21
271:18 272:8
272:11 273:17
273:25 274:21
274:23 275:8
275:17 276:19
276:21
**Freedman's**
155:12 183:7
**freely** 33:21 34:7
35:11
**French** 246:6
252:24
**frequently** 59:5
**Friday** 98:6
**friend** 19:6 200:2
200:3,11
250:14
**friends** 105:5
200:1 254:19
**front** 42:15
106:21 132:13
166:13 169:24
170:1 171:24
174:3 185:13
244:11 273:15
**full** 55:3 69:13
76:6 128:12
132:21 172:21
175:8 191:3
203:2 245:24

**fully** 31:21 76:19
**function** 82:6
**fund** 110:11
111:13,14
112:4,5 115:16
197:21
**funded** 34:5,18
35:6 107:13,19
108:6 116:2
205:16 222:6,7
**funding** 57:2,7
58:16,22 59:19
59:25 102:24
111:9 116:21
116:25 117:7
118:2 222:2
**funds** 90:4
111:11
**funny** 50:3
**further** 61:17
66:9 145:9
147:3 165:1,4
276:17 279:8

───────────
**G**

**G** 267:3
**gain** 121:2 147:3
205:13
**gained** 167:15
**gains** 202:9 212:7
**gambling** 22:6
**gaming** 78:7
**gathered** 60:12
**Gavin** 191:15
**general** 261:2
**generally** 76:21
138:9 184:11
184:14 185:22
195:15
**gentleman**
199:25
**getting** 69:18
152:19 188:14
254:5 275:12
**GICSR** 97:22,25
98:4 115:10,12

115:15,15,24
116:14,16
**Github** 191:16
**give** 14:25 19:7
52:5 73:6 115:9
135:24 137:25
138:13,17
160:2 166:1
167:9 170:5,7
178:3,8 183:8,8
187:2 204:23
222:25 228:21
232:12 234:5
238:19 244:21
257:24 263:10
268:16,21
**given** 6:21 12:16
16:23 17:1
32:12 34:7
35:11 55:9
63:12 82:8 84:4
102:9 124:21
153:5 159:20
174:4 177:23
178:1 179:10
220:3 231:1,5
231:16,18
232:18 233:4,6
233:9 245:1
253:6 257:9,11
259:9 260:5,10
260:19 262:4
262:10 268:2
275:21,24
276:5
**giving** 6:23,24
9:6,21 30:14
67:16 197:21
267:22,23
275:25
**Gizmodo** 66:23
68:8 207:9
**gleaned** 237:6
**global** 84:7
117:11 118:3
**globally** 115:16

**GMX** 192:2,3,7,8
192:16,18,21
**go** 9:8 14:6 22:23
22:25 27:19
37:18 39:19
42:24 43:7 61:2
62:8 66:6,6
68:9 70:25
75:11 76:7
91:12,13 94:25
96:19 100:12
103:7,13
110:13 111:23
119:11 120:16
120:24 122:3
125:20 126:8
131:8 154:14
154:24 157:1
160:6 161:22
169:23 170:3,5
172:17,20,24
180:4,12,14
198:23 199:7
199:12 204:15
206:9 214:19
215:16 216:13
220:4 224:16
229:11 237:13
239:17 240:15
246:5 248:20
248:22,24
251:1 256:10
259:11 260:1
274:22
**goal** 75:5,17,19
**goes** 37:16 58:23
193:6 213:14
214:22 229:14
232:10,11,25
**going** 5:12,16 6:7
6:8 7:10,14
18:22 19:10
23:3 30:6 32:13
36:24 37:15
39:4 41:5 44:18
46:14 48:14

49:6 50:18 53:1
54:6,19 59:12
63:21 65:16
68:9,10,20,24
69:11,20 70:22
72:6 74:19
75:15 77:2
81:12 85:17
86:16 87:24
90:9 91:15
92:18 95:7,18
96:4 97:11,15
103:22 106:21
111:24 112:2
114:1,17
116:20 117:15
118:24 120:16
120:24 125:15
126:13 130:10
133:16 135:17
139:15 140:13
141:1,14 144:5
146:2 148:10
148:22 149:9
152:17,21
159:21 165:3,5
165:22 166:1
168:6,9,21
172:9 174:25
175:21 176:3
185:21 186:1
188:13 194:6
195:24 196:18
198:8 199:19
205:23,25
206:18 208:9
212:18 215:2,4
216:12,19
218:8,11 222:9
223:25 224:8
225:16 226:14
239:2 240:17
242:23 247:4
247:22 252:8
254:10 256:6,9
258:12 262:15



263:8 268:14
275:8,9
**gold** 83:18
**good** 4:18,18,24
4:24 5:1,1
24:19,21 52:3,6
68:11 71:11
168:24 170:21
199:25 214:4
250:13 251:6
**goods** 205:7
**gotten** 16:2
269:15
**government**
101:17 144:23
205:5,9
**governments**
115:21 201:17
**governs** 263:23
**Gox** 195:11
**grab** 252:8
**Gracia** 132:8
134:13,22
135:4 136:6
137:20 142:17
144:8,13 145:5
145:7,11,16
148:12 155:23
156:12,13
158:6 201:5,6
**grandfather**
200:2
**Granger** 235:4
**granted** 260:18
**graphic** 201:21
201:21 202:12
**grave** 80:24
81:18,24
**great** 49:14 75:7
75:21 129:3
**greedy** 23:17
25:24
**Greg** 209:20
210:25 211:25
212:3,21 213:5
213:8,8 217:12

**ground** 5:6 7:13
9:23
**grounds** 57:20
**group** 11:12
22:23 26:1,5,8
49:9,13 62:17
62:22 75:1
82:25 83:1
117:10,12
118:3,6,7
210:21 252:20
253:13
**groups** 133:12
**guarantor**
112:10
**guess** 135:25
**guessing** 52:5,6
135:23
**guided** 234:6
**guiding** 239:13
**guilty** 250:24
**Guinea** 207:16
207:19 221:6
**gullible** 102:12
**guy** 66:2 205:19
**guys** 158:16

**H**
**habit** 32:14
108:19
**hacked** 186:19
227:20,21,22
**hacks** 240:19
**Hal** 110:25 266:1
**half** 10:11 11:4,6
52:25 69:19
218:25 219:2
**Halton** 1:17 4:5
**hand** 179:3,8
228:24 237:9
245:22,22
268:17
**HandCash**
130:11
**handed** 184:13
230:23 248:10

**handing** 15:3
229:1
**hands** 177:5,7
**handwriting**
275:1,6,7
**handwritten**
274:24
**happen** 156:10
210:23
**happened** 18:4
33:19 81:13
93:15 102:13
109:21 120:14
147:14 150:14
192:9 210:18
210:19 213:3
218:6 221:25
258:9 259:11
260:22 275:25
**happening**
267:18
**happens** 44:11
86:4 199:5
232:13,21
233:9 238:22
245:23 258:8
**happy** 59:17
158:17 167:9
234:2
**hard** 44:23 210:4
233:11,14,20
234:9,20
236:11
**Hardy** 198:15,17
199:15
**HC1518378** 3:25
262:17,20
**head** 84:24
213:12
**headers** 89:14
**hear** 85:6 109:22
109:24 222:20
223:3 233:25
241:3
**heard** 222:16
240:11 241:3

**hearing** 30:15
44:11 159:22
171:21 172:3
**hearings** 159:12
159:18
**Hearn** 110:25
266:2
**heavy** 44:15
**held** 40:4 45:20
50:8 107:13,18
108:5 109:19
110:5,7 136:23
137:25 142:8
159:12 160:9
161:7 162:18
239:14 250:2
254:15 265:2,6
266:19,24
274:3,14 275:2
**help** 21:18 26:7
28:4,5 46:21,23
97:14 115:9
180:24 215:22
216:5 217:11
**helped** 143:19
253:22 254:19
277:11
**hereto** 279:13
**Hey** 152:10
216:16
**hid** 32:15
**hide** 66:13 69:17
**High** 229:14
**higher** 242:12
**HighSecured**
131:14,17
132:9,10
135:12 138:1
138:12,17
139:1,3 140:7
140:22 141:23
142:3,8 143:2,7
143:9,16,24
144:9,17,20,23
145:13 146:9
146:11,14,16

146:19 147:1,4
147:5,10,11,15
147:21 148:2,3
148:6,7,25
149:6,11
150:24 151:24
152:5,6,25
153:5,7,19,21
155:8,9,22
156:8 157:3,7
157:13,19
158:1,5,24
**HighSecured's**
145:16
**hire** 253:24
**hired** 254:13
260:20
**hiring** 102:10
122:10
**historical** 171:10
**history** 74:15
139:14 226:22
**Hoa** 69:4 206:23
**Holborn** 1:18 4:6
**hold** 91:10
101:14 105:8
111:24 124:8
125:23 133:13
163:5 204:19
228:20 254:8
267:1
**holding** 38:21
106:13 267:16
267:21
**Holdings** 25:25
27:10,14 29:8
29:23 31:9,23
33:1,3 36:14,16
36:19 38:2 39:2
39:7 43:4 45:8
47:24 48:4,20
49:17
**holds** 7:2 110:8,9
110:17 111:7
**holiday** 250:14
**Homeland** 33:18



33:24 34:11
35:1,10 115:19
**honestly** 10:17
**Honour** 29:17,21
30:20 38:6 40:2
40:13 43:15
46:13 57:19
58:15 60:7,16
61:4,19 240:16
**honoured** 104:19
**hope** 67:25
**hopeful** 9:25
**horrendous**
214:14
**horrible** 187:22
**horribly** 69:25
220:18
**hospital** 190:23
203:21
**Hotwire** 16:4,16
17:6 50:7,8,20
86:10,12 89:19
118:9 223:15
224:11
**hours** 6:8 194:3
274:17,18,20
**house** 1:17 4:6
102:14 184:17
184:18 205:8
233:15 234:24
235:14 236:21
**HTC** 95:16,19,20
96:1,3,14 98:23
98:24,24 99:13
101:1 126:22
127:20 129:14
244:22
**Human** 274:3
**husband** 40:16
42:4 43:20

**I**

**ICEX** 150:2
**ICT** 252:2
**idea** 83:14 95:3
122:10 159:3

188:2 201:16
232:12 233:3
237:2,4 242:24
260:21 263:8
**ideas** 52:17 53:8
53:16,20 95:5
**identified** 39:13
74:20
**identifiers**
244:19
**identifies** 144:13
**identify** 39:7
43:5 45:25
46:10,19 47:18
47:24 71:12
72:6 239:7
241:8 244:13
**identifying** 109:3
**IFIP** 250:20
**IFIP-WG11.9**
250:1
**ignorance** 272:7
**ignorant** 122:11
**ignore** 66:2
**illegal** 115:23
**illegally** 253:3
**image** 202:4
**immediately**
275:23
**Impeachment**
100:12
**implemented**
16:8
**implying** 5:16
35:23
**import** 89:18
**importance**
188:11
**important** 5:16
49:25
**importantly**
58:18
**impossible** 148:5
222:4 255:23
256:15
**imprecise** 76:24

76:25
**improper** 14:16
100:11 239:17
**improperly** 67:7
**inability** 272:5
**inaccuracies**
66:25
**inaccurate** 209:8
209:12,13
214:4 216:10
220:18
**inadequate** 21:3
**inappropriate**
239:5
**incapable** 102:16
**incapacity**
164:15
**include** 27:16
28:20 29:9
31:10,23 32:5
34:19,24 53:8
171:18
**included** 27:24
29:23 31:4 33:7
33:22 34:9
163:14 225:19
**includes** 224:13
**including** 42:16
45:18 52:24
57:2 67:7 78:10
84:6 91:13,13
126:3 152:9
177:3 246:6,11
**income** 272:25
**incompetence**
271:14,17
**incorporated**
59:11
**incorrect** 14:1,9
14:9,13,14,17
213:17
**incorrectly** 66:16
**increase** 75:5,20
106:1
**independent**
228:23

**indicators** 247:3
**individual**
106:15 109:1
208:2 210:22
**individually**
109:12 210:21
**individuals**
117:20 126:3
138:16 207:24
208:1,24
247:15
**indivisible**
106:15
**industry** 22:9
76:11
**infinitely** 185:12
**info** 1:6 33:11
34:1,13 35:3
48:5,21 49:18
115:9 168:19
176:14 248:2
249:12
**inform** 64:9
**informal** 217:8
**information**
11:13,13 15:15
64:15,20 76:9
96:15 113:10
156:9 163:21
164:3 169:8
171:11 172:19
181:21,22
185:10 188:1
197:14 236:3
241:17 244:6
244:10 250:19
255:1,6 258:24
259:12 261:13
265:11
**informed** 23:3
64:16,18,21
102:5,6,10
147:24 149:1
272:4,4
**inherited** 169:8
**initial** 36:20

**initially** 233:23
**ink** 181:11
**inside** 134:21
**insider** 27:1
**install** 143:19
**instance** 60:12
160:8 232:21
233:22
**instantly** 207:24
**instruct** 7:23
8:16,22 10:10
11:3,8,23 12:12
12:24 30:7 80:5
80:8 115:16,20
154:1 155:1,6
155:18,20
157:12,15
238:13,14
240:8
**instructed** 13:13
97:2,4,5 126:4
138:20 155:13
155:15,25
194:17,20
240:24
**instructing** 92:19
180:12
**instruction**
232:19 238:18
238:21 241:25
277:7
**instructions**
138:1,13,18
**integrity** 272:19
**intellectual** 25:10
27:9,17,25
28:21 29:9,24
31:4,10,13,17
31:23 33:1
34:23,24 37:4,5
37:8 39:8,13
43:6 45:9 46:1
46:10 47:8,19
47:25 48:7,22
49:19,25 50:7
50:12,21 51:3



54:3 55:17,20
55:23 56:6,11
56:22 62:16
246:3,7,10
**intend** 67:24
275:13
**intended** 40:23
41:1 44:21 45:2
**intentionally**
200:18 214:24
270:18
**interact** 235:21
**interaction** 39:21
120:9
**interactions** 22:8
**interception**
115:23
**interest** 22:13
58:24 60:25
79:22 164:18
**interested** 12:19
279:14
**interesting**
177:17
**interface** 154:7
**interfering** 63:21
**interject** 6:7
172:20
**intern** 253:13
**international**
24:18 77:9
110:16,17,24
260:16 261:12
261:16,24
264:17,20,23
265:3,7,10,13
265:21 276:7
**interpret** 148:15
**interrupt** 9:11,13
155:12
**interrupted**
165:1,4
**interrupting** 9:7
**interstate** 161:6
**intervene** 239:2
**interview** 69:2

206:23 207:12
207:13 208:7
209:19 210:12
210:18,20,22
210:23,25
211:7,8 212:21
217:7 220:14
**interviewer**
213:7,10
**interviewer/int...**
211:22
**interviewing**
211:3
**interviews**
210:13,21
217:12
**introduce** 25:22
**invention** 78:9
114:23
**invest** 74:8
**Investigation**
245:18
**investing** 24:8,9
25:23
**investment** 24:22
25:22 78:22
110:24 260:16
**Investments**
110:16,17
261:12,16,25
264:18,21,23
265:3,7,10,13
265:21 276:7
**investors** 22:22
25:17,17 26:11
27:5
**invited** 93:16,23
94:18
**invoice** 139:18,20
140:2,5 141:3
141:10 142:21
154:19,21
155:7,14,16
**invoices** 139:22
153:18,20
154:2,11

**invoicing** 154:4
**invoked** 43:1
**involve** 44:10
105:4,5,5,6
**involved** 10:3
20:1 22:15
39:10 44:8
45:17 53:12
56:25 60:4
61:12 65:6 81:6
87:8 88:14
89:24 99:17
105:2 115:14
115:18 117:13
120:4,7,10
137:16 139:8
139:10 152:9
175:15 189:5
237:8 272:24
**involvement** 57:7
64:19 113:2,14
**involving** 88:13
**IP** 23:10 48:8,23
49:20 51:1 53:4
62:21 65:14
245:6,7,25
246:13
**iPhone** 101:3
**IPO** 22:23,25
23:2,6
**Ira** 1:5 7:22,23
7:25 8:7,10,15
8:16,16,21,22
9:3 10:9,10
11:2,3,7,8,22
11:23,24 12:4
12:12,13,24,25
12:25 13:13,13
13:22 14:19,23
15:6,11,14,21
23:1,3,5 25:14
25:15,20,21
26:13,21 27:4
32:10 62:13,16
62:21,25 63:7,9
63:16,24 64:3,6

64:23 65:3,7,10
65:12 84:18,19
85:2,7,24 87:16
88:13 89:1,3,7
90:15 91:8
95:14 96:11,15
97:6,18,20 98:3
98:10,12,15,17
98:20,22 99:15
99:16,20
174:20 175:10
196:21 197:9
204:7,10,18,22
205:2,11,20,22
206:6 222:1,3
224:12,21
227:23 228:2
228:11,12
**Ira's** 11:9 65:2
99:1
**irrelevant** 38:13
61:14 271:10
**IRS** 12:6 63:14
171:15
**Islamic** 82:20
**issue** 28:15 60:14
60:20 94:2
222:23 240:13
**issued** 8:14 12:9
36:15 94:3
221:11
**issues** 248:7
272:23
**Italia** 117:18
126:1 194:13
**items** 113:18,20

——————————
**J**

**Jamie** 171:6,12
194:15 245:9
245:10,11
246:7 252:25
**January** 73:19
76:10 120:19
121:1,7,11,15
121:20 135:20

177:20 178:19
183:12,16
254:21 257:23
258:15 260:7
260:10,11
261:15 275:18
276:3,4
**January/Febru...**
250:7
**Jennifer** 208:13
**job** 22:20 52:10
237:10
**jobs** 116:3
**Joe** 2:20 4:21
72:2
**John** 69:5 143:3
171:12 206:24
208:13 220:14
220:19,22,25
**johnchesher@...**
220:11
**joined** 249:4
**joint** 275:2
**jointly** 221:2
**Jones** 120:11
**judge** 2:19 9:12
29:18,19 30:4
38:8,14 40:20
42:23 43:9,12
44:12,18 46:21
47:11 57:24
58:7,12,25
59:15,23 60:11
61:17,20 240:9
240:12 241:1
241:14 255:17
**judgment** 160:23
**judgments**
165:22
**Julio** 2:17 4:14
**July** 78:6 262:2
**jump** 61:7
**June** 270:12
**jungle** 221:7
**junk** 177:20
**junked** 208:20



**K**

**K** 203:4 275:3
**keep** 6:8 9:18
  10:14 14:8 36:3
  48:13 49:2,4,5
  63:21 64:7
  70:24 97:11,15
  106:6 114:22
  168:21 205:25
  245:4,25 269:4
  269:4 275:9
**keeps** 263:1
  269:6
**kept** 12:4 16:10
  63:19 107:6
  116:4,20,20
  123:1,6,8 175:6
**key** 119:17,19
  131:1 144:14
  145:16 147:19
  157:25 158:3,8
  158:23 224:14
  225:13,14
  226:24 253:25
  254:20,25
  255:2,3,24
  256:17 258:24
  259:6,13,14,18
  259:19,22,25
  275:17
**keys** 82:3 101:14
  106:6,7,8,17
  129:1,5 136:12
  136:16,21,22
  137:3,7,10
  148:4 195:2,5
  201:15 255:10
  255:11,13
  257:10,10,14
  265:8
**kicked** 102:14
**kind** 44:24
  202:18
**Kingdom** 1:19
  4:7 240:7,21

**Kleiman** 1:5,6
  3:6 7:22,23,25
  8:7,9,15,16,22
  8:22 9:4 10:9
  10:10 11:2,3,8
  11:8,23,23
  12:12,24,25
  13:13 15:6,11
  15:14,21 16:11
  16:12 18:16,18
  18:21,21 19:2,4
  19:9,15,21,23
  20:12,19 21:7
  23:1,5 25:14,20
  26:13,21 32:7
  32:10,12,14,20
  33:16 34:5 35:7
  38:10 57:2 58:6
  63:19 64:23
  80:18,20 81:6,9
  81:13,15,23
  85:13,25 87:2,6
  87:16 89:2,3,7
  89:25 90:15
  91:5,8 93:25
  94:12,17,18
  95:4,6,9,11,14
  96:11 97:20
  101:8,18 102:4
  102:6,10 104:1
  104:5,23
  114:16 118:20
  118:22 119:3
  119:13 120:4
  120:18,22,25
  121:4 122:8,16
  123:6 124:3,7,9
  124:14,17,20
  125:4,6,7,9
  150:1,16,22,25
  151:11,15
  168:23 169:1
  174:20 175:10
  180:4 184:3,5
  186:10 196:3
  196:14 199:23

200:3 202:22
203:7,9,13,16
203:18 204:8
204:18,23
205:2 224:10
224:12,25
225:10,14
231:20 249:11
249:21 250:5
250:25 251:12
251:23 253:24
274:14
**Kleiman's** 32:17
  174:15 204:1
**knew** 89:10
  103:21 107:9
  118:15 123:23
  137:2,4 169:6
  240:23
**knocked** 191:3
**know** 5:15,15
  6:11 7:1 15:12
  23:21 25:15
  26:15 27:24,24
  28:9,13,16,16
  28:18,23 29:20
  30:8,9,10,11,16
  30:17,21,21,23
  31:2,7,12 39:12
  47:21 48:2 52:2
  52:3,8,12,21
  53:14 54:5 57:1
  60:19 61:14
  63:14 64:24
  66:18 67:11
  69:20 74:21
  80:10 83:13,17
  84:10 85:13,19
  93:6 95:20
  121:17,24,25
  122:4,4 123:20
  123:25 125:2
  125:17 132:24
  133:2,21,22
  136:11,20,21
  137:1,6 141:16

141:25 145:23
146:11 147:13
156:6,22
158:16 165:10
175:7,21,23
177:25 178:1,5
178:23 180:7
180:21 186:21
187:2 188:18
194:7 195:19
198:9,10 199:4
206:8 215:17
215:17 216:2,3
220:21 222:13
223:2 224:16
225:3,25
231:12 232:10
232:11,20,24
232:25,25
233:7,16
234:11,18
235:2,11,12,16
235:19 236:19
237:23 238:2
240:5,9 241:15
241:19,22,24
242:5,8,11,13
243:22 244:12
244:17,19
247:2,17 252:6
252:23,25
253:4,7 255:1,5
255:7 256:24
262:23 264:25
273:14 275:11
275:21,24
276:9
**knowing** 206:15
  255:18
**knowledge** 8:20
  19:10,24 53:13
  56:1 61:22,25
  62:5 113:13
  114:19,21
  151:13,21,22
  151:23 152:2,2

159:20 167:15
175:18 186:20
212:10 216:7
241:16 244:2
269:18
**known** 8:3 87:9
  150:3,16
**knows** 30:2
**KPMG** 86:10
  222:7
**Kraken** 57:3

**L**

**label** 114:10
  148:21 152:18
  202:20 206:25
  208:16 209:22
  212:24 215:4
  218:10 219:1
  220:9 224:8
  225:19,20
  241:7
**labelled** 196:1,19
  235:15
**labelling** 241:5,6
**labels** 202:15
  237:7
**land** 78:13
**language** 77:5
**laptop** 191:5
**laptops** 236:7,8
**large** 83:1 155:1
  185:12
**lastly** 151:8,10
**late** 27:8 31:3,9
  275:12
**latest** 191:14
**laundering**
  115:23 144:24
**law** 40:17 58:1
  106:10 113:24
  115:16,21
  131:13 179:7
  231:24 268:8
  268:19
**lawsuit** 17:24



83:25
lawsuits 159:9,11
lawyer 18:2
  56:12 65:2 69:6
  125:6 138:4
  149:7 212:15
  231:20 243:13
  243:15,20
  272:24
lawyers 11:20
  28:5 45:18
  57:13,14 59:6
  62:1 65:20,21
  66:4 67:15
  86:14 114:7
  138:20,25,25
  139:2 145:10
  152:10,14,16
  153:23 174:4
  177:15,18,23
  178:24 179:1,9
  179:10,12
  180:7,10,13,18
  225:18 230:19
  230:21 232:13
  232:15,16,20
  233:1,10
  235:25 236:1
  237:3,6,10
  240:1,3,5,22,23
  241:18,20
  242:7,10
  243:14,23,24
  244:1,4,11
  245:19,24
  258:13 259:1
  260:10,19
  262:9,16
  272:12,15,17
  275:20,24,25
lawyer's 272:21
lay 41:3
lead 13:25
leading 14:4 20:3
leads 263:7
leaked 66:23

leap 65:3
leave 72:18
  129:13 276:23
leaving 252:22
led 12:3 20:1
  197:11
ledgers 261:2
left 71:23 136:9
  170:3 180:4
  189:5 229:16
left-hand 202:14
legal 2:20,21
  56:15 57:11,12
  64:13,21 77:6
  184:20 264:13
legally 179:4
legitimate 253:20
lengthy 111:20
Leon 2:14
letter 148:13
  149:10 218:5
letters 203:8
  207:21
letting 9:5
let's 10:6 28:11
  28:14 109:8
  142:1 147:3
  158:13,18
  160:6,7 172:2
  229:11 231:21
  238:21 252:9
  272:8
liability 176:13
liberty 27:21,23
  78:10 129:9
  139:12,13
  152:19
licence 35:16
licences 31:14
licensed 21:15
licenses 16:21
lie 253:2
life 19:24 20:8,11
  75:5,17,19
  79:23 122:10
light 60:21

limit 106:19
limited 7:12 8:1
  10:16,23,25
  26:24 27:3
  28:13 55:15
  111:6,6 164:4,5
  176:12 234:1
Linda 2:21
line 29:18 36:24
  38:17 42:21
  58:17 61:3
  68:14,15,17,18
  68:18,19,19
  69:12,14 71:23
  118:1 156:23
  158:11 161:23
  165:19 168:13
  170:6 215:6
  219:15,16
  226:21 234:7
lines 205:12
link 116:5
linked 139:12
linking 78:9
links 91:8
liquidated
  161:19
liquidation 50:6
  50:11,15,17,18
  50:20,24 86:17
list 22:22,24 23:4
  28:4 113:7,17
  114:17 202:13
  202:15 255:23
  256:16,22
  257:7,9,14,17
  259:25 260:3
  265:1,5,8,16,20
  265:24 276:1,4
listed 15:3 83:20
  104:2 108:24
  127:23 145:12
  160:13,17
  175:3 202:3
  208:3
listened 123:12

listening 30:5
  241:2
lists 248:2
literally 191:1
  267:12
litigation 54:7
  56:18,22 57:1
  57:22 58:17,21
  58:22,23 59:4
  59:20,25 60:17
  60:25 67:11
  85:18 95:9
  114:2 117:16
  118:25 125:16
  139:17 140:15
  141:2,16 144:7
  176:5 186:2
  224:10 231:10
  231:19,25
  247:6
littered 151:1
little 24:4,11 94:6
  108:10 114:18
  125:20 128:22
  132:2,15,25
  151:4 201:24
  201:25 209:5
  216:25 247:9
  251:15 258:18
  276:14
living 112:20
LLC 1:6 33:11
  34:1,14 35:3
  48:6,21 49:18
  115:9 168:20
LLP 2:3,8,13
load 126:13
loan 107:14,16
  107:19 108:2,3
  108:4 274:2
loans 107:16,21
  107:22 253:10
local 191:3
location 114:15
lockdown 193:6
locked 205:12

255:9
Lodey 156:5
  235:3
lodged 11:13
log 188:25
  189:10,13
  191:6 192:5,24
  193:7,8
logged 186:23
  193:4
logging 193:16
London 118 4:6
  4:20 91:13
long 63:20 101:2
  101:5,5 120:12
  165:23 178:18
  263:23
longer 42:17
  64:12 87:8,24
  110:9 185:10
  191:12 192:8
  192:17,20
  193:15 227:14
  228:13
longer-winded
  9:22
look 55:3 67:18
  73:4 79:10
  84:11,25
  115:17 119:20
  121:8,21
  127:25 133:10
  140:5 142:2
  145:19 148:20
  151:7 166:21
  166:21 167:8
  167:20 169:22
  172:2 194:22
  201:23 202:8
  205:2,18 220:9
  225:5 247:17
  248:21 249:4
  268:5 277:1
looked 99:14
  134:19 140:13
  140:22 154:11



154:21 155:7
162:12 175:13
185:7 196:20
214:6 237:11
**looking** 67:19
71:12 118:9
120:17 122:18
169:23 224:5
226:21
**looks** 96:23 115:1
116:13 117:22
117:24 120:23
121:2,3,5,13
122:19 126:4
139:20,23
141:7,13,21
142:7,12
144:12 145:9
146:21 172:19
179:6 181:9,12
196:9,15,15
198:14 199:14
209:1 224:22
226:20 230:6
230:12 247:16
247:21 249:10
251:16
**loss** 221:12
**lot** 7:12 9:22,23
56:17 60:18
83:22 87:7,24
102:4 115:8
120:8,13 122:9
140:16 149:22
152:20 179:1
201:14 211:14
222:25 234:11
253:19 254:19
**lots** 205:11
**Louis** 8:7 11:24
12:13,25 13:14
13:22
**lower** 74:4
**lying** 201:15
**Lynn** 163:15,20
164:14,17

165:14 169:6
171:9,10,11
173:24 174:4
175:5,8,13,20
175:23 177:24
178:1,3,7,8,11
178:12,17
180:3,4 181:8
184:7,10,10
185:20 187:2
188:13,15,18

**M**
**machine** 90:9
105:20 243:5,7
**machines** 76:15
87:8 90:20,21
94:19,21
100:25 102:6
102:16,17
123:8 159:2,6
227:12,16,19
237:21 242:17
242:23 244:7,8
244:12 246:13
**magic** 233:9
**Magna** 2:20,21
**mailbox** 246:20
**maintain** 51:13
**maintained**
53:11 113:23
**maintenance**
53:12
**majority** 163:16
206:12
**making** 26:9
58:21 63:22
87:3 90:3
101:12 105:24
106:6 169:9
**malleable** 93:12
**man** 87:19 90:2
92:11 170:10
**manage** 86:12
135:12 195:1
204:25 205:1

**managed** 76:14
81:18 131:14
131:18 246:9
**management**
84:6 181:21
**manager** 52:4,7
**managers** 42:10
**managing** 91:17
132:9 195:4
273:1
**Manila** 219:14
**manipulated**
242:15 243:16
244:13,14,18
**manipulation**
243:25 244:17
**manner** 218:1
**March** 1:14 4:3
78:6 97:18
98:11,15,20
99:2,6 100:6
141:24 181:22
185:9 208:14
208:24 220:15
278:8
**Marina** 69:3
**mark** 72:8 81:10
82:10,12,14,16
82:18 83:19
92:1,8,11
117:18 126:1
194:13 199:19
**marked** 96:5
229:2
**marker** 203:16
**market** 117:11
118:4
**Marquardt**
189:18
**masquerade**
157:13
**massively** 86:19
**master** 51:14,17
51:18,24 52:13
53:7
**Masters** 159:15

**match** 147:23
245:25 250:21
**matches** 147:25
**material** 12:17
64:7 227:18
236:13 250:20
**materially**
269:12
**mathematician**
195:19
**matter** 35:15
57:24 61:15
101:18 116:24
161:8,9 172:13
174:19 199:22
202:2 232:7
252:23 258:1
**matters** 55:23
56:5,6 77:13
165:23 172:10
**Matthews** 14:19
22:11,16 26:17
26:18 51:10
63:16,25 64:2
64:25 65:5
229:5 235:4
247:14
**McArdle** 252:4
**McGovern**
233:23
**McGrathNicol**
86:9
**McKenzie** 14:22
45:19 46:9,17
46:19,22 47:1,4
47:6,18 65:9,12
65:19,25 66:1,1
262:8
**McMaster** 69:3
206:23 207:15
208:13 215:12
215:14,16,19
217:17 221:5
**mean** 6:22 7:8
10:23 24:5,6,7
57:6 76:5

105:22 134:1,2
187:24 189:13
195:7,18,22
200:8,9,14
203:5 204:21
229:10 231:22
260:24 261:1
274:5 275:4,6
**meaning** 81:3
192:11,13
200:9
**means** 35:14,14
56:14 59:5
127:9 138:10
200:10 226:5,7
271:13
**meant** 16:8 17:2
83:19 112:16
189:24 216:15
250:12
**mechanism**
102:24
**media** 177:19
187:7,8,11
236:18
**medium** 138:13
138:17
**meet** 162:23
238:7 251:3
**meeting** 7:9
68:23 69:1
142:13 157:11
161:7 162:23
163:19 169:12
196:2 199:16
207:23 208:11
208:23 209:3
211:13,15,18
211:21,23,24
212:6,8,11
213:4 218:13
218:14,18
219:1,3,3,5
250:14 268:21
**meetings** 30:22
42:5,7,9,10,10



42:12,13 86:24
159:14 174:2
212:13 214:13
218:1,16
**member** 105:18
176:21
**members** 129:16
176:13 246:11
268:14,23
**membership**
174:16
**member's** 130:2
130:5
**memorize** 139:22
**memory** 128:7
216:12
**mentally** 86:20
**mention** 25:13,19
26:12,20 45:8
62:13 103:17
**mentioned**
103:23 104:2
135:13 148:8
176:5,9 253:21
260:20
**mentor** 23:13
**merging** 77:12
**merits** 37:1,2
**message** 77:14
128:19 146:13
229:16,17
**messages** 65:9,12
191:5
**Mestre** 2:13
180:19
**methodology**
257:25
**Miami** 2:4,9,14
**Michael** 189:18
198:17
**microphones**
223:2
**middle** 229:21
**midst** 168:3
**midway** 135:18
**mid-2015** 247:15

**migrate** 190:18
**migrated** 190:10
190:12 191:14
191:17
**Mike** 110:25
266:2
**Military** 33:23
34:10,25
**Miller** 208:12
220:13,22
**million** 8:24 18:6
18:14 27:11
36:20 38:3,22
39:3 77:17,23
78:4 150:9
205:21 246:8
**millions** 83:18
**mind** 9:5 53:20
250:1,24
**minds** 53:13
**mine** 73:18 74:12
74:14 77:20
83:20 100:7,16
100:20,22
104:8,10
105:24 126:23
151:11,16
236:9 245:8
**mined** 73:15
74:16,18 75:6
75:20 76:1,18
78:18 105:7,8
110:18 123:4
133:18 261:6
261:12 265:9
265:13 267:22
267:24
**minimal** 48:11
277:6,6
**minimum** 15:23
239:14
**mining** 70:10,18
70:20 72:18,22
73:19 74:9
78:23 79:4,17
80:9 81:11 82:2

82:5,9,10 83:4
83:20,21 102:1
105:17,19,21
105:21 107:11
123:2,10,17
**minor** 268:13
**minus** 99:7 100:7
**minute** 148:22
158:12 193:24
230:14 252:9
272:9
**minutes** 42:12
90:12 158:14
194:4 274:20
**MIR** 78:11
**misapprehend**
111:21
**misfortune**
200:12
**misheard** 21:5
**misleading** 234:5
**misparaphrasi...**
256:20
**misquoting**
256:20 270:17
**misread** 75:10
**misrepresentat...**
106:9
**missed** 128:5
**misspelt** 250:22
**mis-spoke** 276:1
**mis-stated** 219:9
**MIT** 35:16
**MJF** 78:23 79:3
79:17 80:9
81:11 82:2,5,9
82:10 83:4
**mobile** 127:20
129:14
**moment** 20:4
36:24 57:2 67:5
69:12 129:24
137:15 140:2
140:23 143:12
153:9 159:24
167:17 179:14

183:7,8 196:9
222:25 223:4
248:22 259:5
**momentary**
276:15
**Monday** 5:8,9
114:12 218:12
**monetised** 37:6
**money** 23:18
78:6 87:6 90:2
93:13 102:8,15
115:23 116:2
120:13 123:6
129:8 144:24
147:4 197:21
203:20,22
205:5 206:13
206:13
**monies** 32:11
**Monteselio**
252:24
**months** 124:16
237:4
**morning** 4:18,24
5:1
**mouth** 6:22
**move** 7:14 10:6
37:25 59:13
67:24 74:5
120:12 134:8
209:16
**moved** 51:6
106:16 110:21
116:19 138:5
189:18 221:25
235:7,8,10
**movement**
201:12,13
248:6
**moving** 6:22 7:13
9:18 14:8 67:20
134:6 149:12
**Mt** 195:11
**MT4** 18:24
**mucked** 217:23
**multiple** 29:22

105:14 108:21
110:14 149:21
157:9 189:19
211:3 212:2
223:8 240:17
249:3 254:7,8
259:1,2,4,22,23
260:24 262:13
**music** 179:11

**N**

**N** 2:1 3:1
**Nakamoto** 51:2
**name** 33:5 54:18
55:16 72:7
108:20 109:12
129:17,24
156:6 189:25
190:14 199:3,5
203:15,15,25
204:1,19
213:11 226:5,6
229:8,9 278:15
280:21
**names** 132:12
137:15 204:20
215:9 252:16
**naming** 108:18
108:19
**NASA** 115:18
**native** 152:20
201:23 225:19
**nChain** 38:4,23
50:2 51:13 54:3
55:10,14 56:17
56:21,25 57:5
58:16,20 59:3
62:18,22
266:19
**nChain's** 65:13
**nCrypt** 27:10,14
29:8,23 31:9,23
33:1,3 36:14,14
36:16,19,19
37:11 38:2,2,4
38:21,21,23



39:2,2,7,7 43:4
45:7,7 47:23,23
48:4,4,19,19
49:17,17 50:1
51:13 55:10,13
55:15,18 56:4
62:13,17,22
**necessary** 9:22
253:25 258:24
**need** 9:13,24 19:7
19:12 30:1,12
31:2 41:8 60:18
60:21 61:1
67:22 71:21
84:24 90:7
131:21 135:9
156:16 158:15
165:22,24
166:8 169:4
196:10 223:4
230:13 244:12
244:15 250:21
251:5 255:10
267:23
**needed** 12:18
99:7 100:8
203:20,21
**needs** 29:3 59:8
271:13
**negative** 14:10
14:17 17:20
**negotiating** 77:2
**negotiation** 142:9
**negotiations**
198:14 202:7
262:8
**neither** 73:15
279:9
**net** 26:10
**network** 128:18
**never** 16:9 17:20
19:10,23 21:16
34:4,5 35:6,8
36:5,7,8,9
63:14 83:19,22
92:2,8 93:16

95:21 101:10
101:11,18,20
101:23 102:15
104:15,21
105:1 110:7,20
111:4 112:22
139:10 147:24
152:8,10
157:11 179:20
184:16 186:22
187:14 195:8
197:13,15
205:10 210:11
210:13,18
227:17 228:1
235:16 237:24
273:14
**nevertheless**
150:25
**new** 24:8 64:3
89:18,21 92:13
92:21 107:11
116:19,22
142:14 143:4
159:9,23
166:17 190:10
190:12 191:19
192:14,18
193:13,14
207:16,18
219:13 221:6
261:20 263:1
**Nguyen** 174:18
253:7
**non-Australian**
237:17
**non-responsive**
276:25
**non-revocable**
258:2
**Nope** 191:25
**normal** 8:6
**nosiness** 230:3
**note** 39:16 65:1
108:17 121:23
122:2 161:4

196:2 214:17
**noted** 115:24
128:6 142:19
162:10 163:14
165:17 207:4
**notes** 29:15 279:5
**notice** 16:10
95:15 96:16
98:2 126:10
164:24 171:8
258:14 275:16
**noticed** 140:3,15
253:19
**notifies** 258:23
**noting** 54:18
**notwithstanding**
217:8
**November**
166:12 167:2
171:25 172:3
190:7,15
229:13,23
230:9
**NSA** 115:19
**number** 12:14,20
16:12 19:22
20:13,19 21:8
24:18 70:23
71:14 72:3,4
78:7,10 86:1
96:23 106:9,14
108:12,15,15
108:25 109:1,3
118:11 128:11
130:3,4 149:13
160:2 162:16
186:12 187:17
187:21 195:22
212:5 222:18
244:23 245:12
252:18 260:8
**numbers** 147:13
195:23 255:4,7

———————
**O**
———————
**Oaky** 137:12,13

**oath** 5:4 76:6,17
76:18 167:9
**object** 17:9 22:1
36:24 37:15
39:15 48:24
51:4 56:20
57:16,19 67:23
70:7 72:14 76:3
84:15,22 85:11
88:7 93:14
109:13 111:15
113:3 118:17
123:19 125:1
126:6 131:20
132:6,17 134:4
134:14 135:1,6
136:17 137:22
138:2 142:6,23
150:18 151:2
167:22 168:8
173:22 174:12
177:6,22
181:18 182:8
182:15 183:6
185:1,19
204:11,17
209:24 211:12
212:12 216:8
217:15 219:23
234:6,14
238:13 257:3
259:16 261:9
269:2 270:1
271:2 273:24
**objected** 43:13
59:1,2 183:9
277:8
**objecting** 71:6
**objection** 7:17
13:2 18:7 19:18
20:16,21,22
35:20 36:23
37:10 38:18
39:16 43:25
44:19 45:3 46:4
46:12 47:12

59:1,9,17,21,22
62:9 66:21
67:23 68:4 69:8
69:24 89:5
91:10 94:23,24
100:10,11,18
103:6,10 108:7
111:15 112:7
117:1,2 135:10
150:10 155:11
168:1 169:14
209:11 210:2
210:10 214:16
214:17 215:25
218:20 219:10
222:15,17,20
223:4 234:17
236:25 238:1
238:12,18,20
239:1,11,23
240:8 270:20
271:6,25
273:13 277:6
**objections** 67:21
198:22
**objective** 17:7
**objects** 59:16
**obligations** 19:6
**obtain** 128:20,22
128:23 129:5
241:10 257:7
**obtained** 161:8
197:4 238:23
**occasion** 203:22
**occasionally**
195:11
**occur** 50:24
80:12 207:24
214:13
**occurred** 42:14
83:19,24
104:18 207:12
211:18,21,23
250:19
**occurrence**
200:12



**October** 118:9
127:18 159:24
160:10 169:24
**offence** 268:11
268:11,14
**offer** 205:14,15
205:18,20
**offered** 18:20
**office** 32:20
63:22 66:12,24
69:2,3 70:6
103:5,18,21
107:2,5,5,9
112:14 125:11
126:2 127:18
129:15 142:10
143:5 146:25
147:2,6,9,12,15
151:19 153:22
153:22 172:25
173:1 194:14
198:3,4,18
200:24 206:22
208:5,12,20,23
209:20 212:1
212:14,20,22
212:23 213:5
214:12,21
217:13,20
218:4,14,16
220:13 221:10
222:12 250:18
272:21,22,25
273:9,11,22
**officer** 16:1
**offices** 1:16 4:5
142:13 212:23
**Office's** 212:1
**officials** 63:22
**Oh** 102:10
215:20 216:13
219:11
**okay** 5:19 125:23
127:4 137:6
143:23 145:2
160:19 164:21

165:8 174:9
194:12,18
195:1 199:12
203:1 204:4
206:17 211:18
215:1,16
226:14 251:20
264:22 266:18
**old** 190:11
204:24 236:11
**Oliver** 2:19 4:21
**once** 14:3 26:6,9
26:22 35:4 36:2
44:13 48:25
53:10 64:11
67:14 94:6
223:3 235:10
251:25 269:23
270:17
**ones** 128:12
150:8 178:17
230:21 245:22
**one's** 200:19,20
200:21
**one-on-one**
210:14
**one-third** 175:14
175:23
**one-to-one** 223:2
**one-way** 123:12
**ongoing** 43:18
45:24
**online** 29:21
130:14
**Ontier** 1:17 2:19
2:20 4:5,21
**open** 34:8 35:11
93:12 190:7,16
190:21 191:22
193:10
**opened** 58:17
190:5,20 191:7
**openly** 36:12
**operated** 76:14
**operates** 106:11
**operating** 118:8

147:2 176:25
183:12,15,18
183:21,24
186:7,8
**operations** 84:7
120:13 190:23
**opiates** 102:18
200:17
**opportunity** 88:6
**opposed** 5:18
**oral** 204:9
**orally** 204:5,8
**order** 16:10
19:11 44:3,16
59:12 71:1,12
79:15 80:2 90:4
195:15 255:15
255:16,22
258:16 263:23
263:25 268:4
**ordered** 267:13
267:19
**orders** 137:11,15
154:8 161:13
172:14
**organisation**
52:23 76:11
89:9 92:10
108:13 115:15
116:19,19,23
166:25
**organisations**
117:13
**origin** 78:9
**original** 16:20,25
21:16,17 91:4
115:17 122:1
134:12 153:8
188:14 189:21
190:3,3,17
191:12,12,18
192:20 229:11
251:3,4 252:1
261:17
**originally** 103:23
190:10

**Orlando** 250:3
**outcome** 60:25
279:14
**outside** 105:4
237:25 239:14
**outstanding**
36:15
**overall** 41:5
**overarching**
267:7
**overclaiming**
221:18
**overcome** 58:3,9
**overrule** 38:18
44:19 45:2
47:11
**overseas** 84:1
101:22 118:12
222:1 260:13
**overvalued** 24:21
**over-assume**
114:20
**owed** 133:17,17
174:20
**owned** 8:17,19
15:8 21:14 23:7
49:19 55:17
101:11,22,23
101:23 104:16
105:14 106:5
113:25 163:25
164:13 168:2
174:24 261:10
261:17 264:18
264:21 266:9
267:4 270:11
**owner** 12:2
**ownership** 23:20
37:11 77:7
101:20 112:22
169:6 175:24
185:17
**owning** 74:18
130:25 162:20
269:8
**owns** 105:12

133:12,13
174:10 185:22
264:24
**o'clock** 98:21
99:6
**O'Mahoney**
209:20 210:20
211:1,25 212:9
212:14,21
213:5,8,8,15,15
213:16 216:22
217:13

---

**P**

**P** 2:1,1
**Pacific** 115:20
**package** 15:16,22
16:5,7,7,17,19
18:6,9,13 21:22
21:25 49:25
50:4 62:22,24
**Paez** 2:17 4:14
**page** 3:2 54:20
68:9,21,24
97:10 116:8
119:13 152:21
160:5 165:20
214:8 215:5,7
229:13,22
248:25 249:5
262:18 264:3
280:4
**pages** 126:11
214:6,7,8
224:14
**Page/Line** 280:6
**paid** 57:12,22,23
58:7 78:25 79:9
82:22 83:8 84:9
91:25 92:7
104:3 105:16
105:16 116:2
142:20 150:20
174:20 187:14
205:21
**Paige** 113:1



114:4,11,19,25
116:9,12 229:6
229:18,21,22
**Pain** 83:20,23
**Panama** 5:22 6:1
6:3,10 7:16,20
102:23 104:9
104:11 131:13
**Panamanian**
138:3 154:7
**Panopticrypt**
112:10,16,18
112:19 118:11
**paper** 20:2 211:5
213:19 237:12
250:3,4,6,8
**papers** 20:5
236:12 252:2
**Papua** 207:15,18
221:6
**paragraph** 73:14
75:4 119:22
127:24 149:12
149:18 151:7
167:20 168:14
199:18
**paraphrase**
17:18
**park** 133:3
**Parkinson's**
200:3
**parlance** 202:25
**part** 11:12 35:18
36:13,18 37:3
38:1,20 39:1,5
43:4 45:6 46:19
47:22 65:20
67:16 83:5
92:14 93:23
96:16,18,19
99:14,24,25
100:19 117:10
131:1 201:20
203:14 241:9
254:16 267:20
270:5,6

**participated** 61:1
**particular** 42:20
53:2 56:14
79:21,22 86:7
135:22 169:11
212:4 226:12
259:25 260:1,1
260:2,4 272:3
**parties** 4:7 31:15
31:19 33:24
34:12 35:1 82:8
82:19 86:12,14
149:3 152:9
279:10,13
**partner** 273:1,2
**partnership** 58:6
**parts** 96:12 99:12
199:24 212:7
**party** 30:23
31:18 53:11
58:24 81:7
83:24 151:12
151:17 258:23
**pass** 161:7 174:1
**passed** 200:1
**password** 191:21
192:11
**pastor** 80:25
**patent** 19:24,25
19:25 20:2,3
51:19,24 52:16
52:22 53:16,20
53:22 245:13
245:15
**patenting** 56:1
**patents** 19:22
20:5,7,13,20
21:8 51:14,17
51:18,23 52:13
52:14,24 53:4,6
53:7 253:1
**Patrick** 113:1,7
114:4,11,14,19
114:25 116:9
116:12 229:6
229:12,14,18

229:20,22
230:8
**pause** 59:12
183:6
**pay** 5:12 6:1 12:5
25:1 57:14
78:23 79:3,6
82:21 150:13
150:22,25
193:8 202:10
204:21 205:23
236:20
**paying** 57:10
59:2 79:13
101:16 102:7
204:22 206:14
254:17
**payment** 22:5
36:20 80:19
149:24,25
150:15,21
154:5 193:5,6
**payments** 16:15
116:6 203:7,9
203:18
**pays** 59:5
**PDF** 194:7
**PE** 223:15
**peaking** 222:20
**Pederson** 52:2
**pen** 181:11
**pending** 13:19
110:2
**people** 23:14,15
27:4 32:15
42:16 45:18
52:14 53:14
57:1 63:1 76:7
77:3 78:21 80:4
80:5,8 83:22
87:4 88:14 89:8
89:13 90:1,24
91:1,17 93:21
94:10 99:18
101:16,16
102:7,11 105:9

105:14,23
106:6 110:25
111:2 114:21
114:23 116:20
120:9 122:11
123:21 132:12
134:6 137:12
137:16 138:4
138:12,23
143:7,21
144:24 147:11
155:1 156:7
157:3,9 158:17
167:10 175:15
197:21 201:16
211:3 212:2,5,7
212:15 213:25
214:20 217:17
221:17 223:8
233:1 237:10
244:5,23 245:4
245:9 246:2,5
246:22 252:18
253:5,21 254:8
254:18 258:10
260:2,19
268:12,19
**people's** 53:15
254:15
**perceive** 276:23
**percentage** 37:11
**percentages**
12:19
**Perfect** 90:14
**period** 64:11
70:21 182:10
182:13 250:8
260:13,16
265:9 268:7
**periods** 109:17
**permit** 37:17
**person** 2:19,20
8:10 23:12 28:3
28:24 52:1
76:20 80:21
92:24 95:20

104:20 109:2
112:23 132:11
135:4 139:13
146:16 160:13
162:4,11
185:22,23
208:4 210:12
210:14,23
233:7 245:10
253:18
**personal** 1:5 19:6
61:25 62:5
65:19,20 66:3
175:18 214:21
227:15 241:16
242:22
**personally** 45:21
47:2,6 65:25
79:6 80:7
108:16 253:10
**personnel** 91:18
**perspective**
101:20
**PGP** 119:17,19
119:20 143:19
143:20,24
144:14 145:16
146:4 147:19
224:14 225:3
225:14 226:24
**Philippines**
219:13
**Phillip** 252:23
**phone** 2:15 96:1
96:1,2 126:22
127:20 129:19
130:3,4,6,8,12
130:20 143:6
143:21 147:13
147:14 148:5
157:3 204:8
206:6 244:22
244:23
**phones** 101:2
**photo** 185:14
**photographs**



72:1
**pick** 101:6
  219:15
**picked** 94:24
  209:13 237:6
**picture** 72:17
  202:18
**piled** 179:11
**pipeline** 20:5
**place** 4:5 29:16
  86:17 140:3
  209:19 211:8
  228:18,21
**placed** 20:10
  182:12
**places** 78:12,13
  222:7
**placing** 20:7
**plainly** 40:17
  61:14
**plains** 47:25
**plaintiff** 4:10
  61:14 160:12
  160:13 161:1
  161:23 173:3
  241:7
**plaintiffs** 1:7 2:2
  4:12 37:3
**plan** 37:3 62:16
  62:21 88:21
**planned** 22:22
  94:9
**plants** 84:6
**platform** 18:19
  18:22,23,24,25
  19:1,3,4,16
  22:7
**play** 219:17
**please** 5:12 6:1,5
  6:12,20,23 7:18
  9:12,16 12:22
  13:9,19 17:4,17
  20:14 24:11
  25:1 29:2 37:22
  40:12 55:4
  65:15,18 66:5

73:21 75:4,16
  87:20 88:10
  100:11 103:13
  106:19,23
  125:22 141:5
  141:19 142:12
  148:13 155:2
  156:15 168:14
  179:15 183:6
  202:21 204:15
  206:3,9 210:4
  216:23 217:5
  238:5,16,17
  239:17 244:17
  244:21 247:10
  256:12 258:19
  263:15 264:9
  264:11 280:4
**plus** 169:3
**point** 12:6 15:24
  16:2 23:24 41:5
  42:22 43:22
  46:14 50:15
  62:12,15,20
  65:5,16 74:15
  81:4,6 104:1
  105:7 118:8
  135:18 155:24
  156:1,13 157:2
  157:15 165:7
  220:1 243:11
  257:22 258:7,8
  258:9 269:11
**points** 48:9 128:6
  161:18
**police** 91:25 92:3
  92:5,14,22,24
  93:1,3,5,8
**Ponce** 2:14
**Pond** 245:6
**Ponzi** 57:4
**pop** 23:17
**porn** 22:6
**pornography**
  22:9
**portion** 75:16

**posed** 106:20
**position** 18:3
  40:14 43:16
  60:17 65:14
  86:25 87:2
  102:17 174:9
  175:6 207:3,11
  209:8,9 210:17
  214:3,10,12,15
  219:7 223:17
  223:20 227:8
**positive** 17:16
  25:3
**possession** 159:4
  159:5 177:11
  177:13
**possibility**
  123:14
**possible** 24:19
  38:12 75:7,21
  78:5 80:11
  94:13 97:3
  123:16 181:5
  182:24 183:11
  191:4 198:13
  225:5 251:16
  251:18 252:19
  253:12 256:21
  257:13,16
**possibly** 60:10
  187:14
**post** 43:16 71:20
  72:9,13,15
  74:25 75:4,17
  180:6 187:7
  275:25
**posts** 190:12
**Post-it** 121:25
**potential** 22:21
  23:2,6 25:17
  26:11 27:5
  47:24 242:12
**potentially** 10:3
  44:4 50:11,21
  51:2 94:3
  240:19 246:8

268:20,22
**power** 54:2,11,14
  56:16 58:19
  84:6 245:12
**practically** 218:5
**precise** 128:22
  143:14
**preclude** 80:23
  200:21
**precluded** 261:23
**predicate** 7:18
  41:3,9 42:19
  43:21 44:15
  61:8
**prefer** 191:16
  263:7
**preferential** 8:5
**prejudice** 67:1
**prejudicial** 59:7
  179:2
**preliminary**
  60:23
**prepare** 22:10
**preparing** 22:15
**presence** 239:15
**present** 2:18 4:7
  44:11 177:12
  184:1 213:9
  266:25
**presentation**
  22:10,16
**presented** 58:20
  153:5 159:19
  250:8
**preserved** 68:4
**preserving**
  198:22
**pressed** 44:23
**pressure** 273:1
**presuppose**
  169:5
**pretending**
  156:11 157:6
**pretty** 160:6
  201:22 230:25
**previous** 13:6

43:24 46:3
  111:16 131:12
  131:25
**previously** 43:19
  49:10 103:7
  122:21 126:8
  132:1 167:16
  207:4 230:17
**price** 140:19
**principal** 26:18
  58:22
**principals** 144:23
**print** 140:4
  251:15
**printed** 213:20
**printout** 85:23
  114:4 117:18
  119:2 125:25
  152:22,24
  196:1
**prior** 21:6 39:16
  40:20 41:25
  74:9 111:18
  179:20 234:21
**private** 42:3 82:3
  129:1,5 131:1
  136:12,15,21
  136:22 137:3,7
  157:25 158:3
  158:23 195:1,4
  201:15 255:10
  255:10,13
**privately** 253:17
**privilege** 40:4,18
  41:6,7 42:25
  43:25 44:17,20
  46:13,20 57:25
  241:13 277:10
**privileged** 39:22
  40:7,17 62:7
  179:15
**probably** 36:9
  52:6 62:2
  254:18
**problem** 36:4
  149:8,8 222:14



255:3
**problematic**
205:17
**problems** 86:2,12
222:2,4
**proceed** 88:11
97:9 263:16
**proceedings** 69:1
160:9 208:19
209:18 213:2
**process** 56:1
60:22 62:6
64:17 76:10
86:15 122:2
215:17 232:9
**processes** 154:4
**processing** 22:5
**produce** 33:12
67:15 114:8
267:14 275:15
275:17 276:11
**produced** 33:14
35:6 54:7 60:18
61:23 67:10,15
85:18 92:16
95:8 114:2,7
117:16 118:25
125:16 126:13
139:16 141:2
141:15 144:6
145:3 152:18
158:22 176:5
177:15 186:2
194:8 224:9
225:17 230:18
230:19 231:19
247:5 249:17
251:21 262:17
275:19 276:2,2
**producing** 33:20
60:5 237:8
**product** 23:17
53:15
**production** 60:14
122:2 158:22
234:5

**products** 63:3
**proffaustus**
73:10,12
**profile** 71:2,5,18
**profitable** 74:10
**program** 93:20
**progress** 51:19
51:24 52:9
**project** 33:9,25
34:12 35:2 52:4
52:7 199:24
203:14,17
**projects** 33:15
35:10
**prolong** 277:4
**promise** 104:19
250:5
**promised** 19:13
102:21 104:22
104:25
**promising** 251:1
**proper** 30:11,15
**properly** 28:12
74:6 111:22
193:11 209:5
250:19
**property** 25:10
27:9,17,25
28:21 29:9,24
31:4,10,14,17
31:23 33:1
34:23,24 37:4,5
37:8 39:8,14
43:6 45:9 46:1
46:10 47:8,19
47:25 48:7,22
49:19 50:1,8,12
50:22 51:3 54:4
55:17,20,24
56:6,11,23
62:17 101:11
101:15 184:15
246:3,7,10
254:9,13,15
264:13
**proponent** 44:20

**proportional**
59:7
**protected** 65:10
65:13
**protecting**
165:15
**protection** 58:2
**protective** 263:23
**prove** 226:21
**provide** 22:17
82:24 91:6
158:25 159:16
178:24,25
193:17 233:10
236:5 256:15
256:22 257:14
257:17 265:1
267:19 268:9
271:1,5,24
**provided** 18:23
177:20 231:9
231:13 232:14
236:1 258:24
267:16 269:21
272:20
**providing** 220:15
**proving** 90:25
**provision** 150:2
150:20
**PSO's** 94:21
**PTY** 8:1 10:16,23
10:25 164:3,5
**public** 11:12,13
11:14,16,18
23:4 26:24
86:23 90:22
253:13 255:24
256:16,22
257:7,10,10,14
265:2,8 276:1
**published** 34:4
67:7
**Puerto** 221:8
**pull** 153:10
**pulled** 153:21
222:3

**punishment**
207:16,19
214:1
**purchase** 16:16
16:18 18:2,5,8
21:21,24 78:8
154:14 155:1
**purchased** 17:6
17:23,25 18:13
18:24,25 78:16
83:16 101:13
101:24 111:7,8
129:7 133:18
134:11
**purchases** 78:17
95:18 276:8
**purchasing** 24:17
154:3
**purport** 155:22
**purportedly** 48:8
48:23 49:20
**purporting** 89:22
243:6 253:11
**purports** 68:23
68:25 69:7,9
71:17 85:24
88:18 160:8
176:12 206:21
208:10 209:18
211:15 212:20
224:10
**purpose** 11:18
45:15 75:9,13
75:24 269:14
**purposeful**
276:24
**purposes** 7:13
38:15 47:13
74:20 135:16
232:16
**pursuant** 274:2
**pushing** 268:19
**put** 7:6 28:3 50:7
50:11,21,25
54:6 70:22
74:19 91:3

101:25 104:14
104:24 114:17
130:19 147:5
152:13 164:15
168:25 169:18
172:6 182:14
186:1 194:6
196:18 199:6
202:23 204:20
205:3 206:18
207:9 209:14
236:23 237:7
249:18 250:6
267:9 275:20
278:7
**putting** 5:23 29:6
67:10 94:5
145:2 146:17
181:2 197:22
229:2 250:3
252:3 273:1
**p.m** 4:4 91:22,22
97:19 98:21
99:6 100:7
115:3 116:9
121:1 158:19
158:19 190:7
193:25,25
229:23 230:15
230:15 252:11
252:11 272:10
272:10 277:12

---

**Q**

**qualifications**
250:12
**question** 5:13,14
6:2,5,5,6,9 7:11
7:14,18 9:3,6,7
9:17,23 10:2,6
10:20 12:23
13:10,15,17,19
13:20 14:4,7,13
14:14,16 17:5
17:12,12,17
20:14,14,22,23



20:24 21:1,2,6
26:6 28:9,12
29:3,5 30:1,9
30:11 34:15,19
37:15,19,21,25
38:1,17 39:16
39:25 40:13,24
41:3 42:25
43:10,13,14
45:4 46:4 47:12
47:16 57:23
58:13 59:2,3,11
59:14,16,24
61:2,8,9 62:10
65:16 66:18
73:21 74:1,6
80:5 85:6,12
87:21,23,25
88:6,10 94:25
100:4,5 104:13
106:20,24
107:17 109:7,8
109:22 110:3,3
111:16 112:2
128:21 129:5
138:15 151:6
153:25 154:10
154:10,16
167:23 169:15
183:9 207:22
214:15,17
222:15,17
227:3 231:17
233:22 234:7
239:17 240:25
241:18,19,22
241:23,24
242:1 251:9
256:2,3,6,7,8
256:10,11,12
257:4 271:7,20
272:1 274:7,22
277:6
**questioner** 109:7
**questioning** 30:5
36:25 38:18

58:18 156:23
158:11 234:7
**questions** 5:18
9:24 41:9,17
46:16 57:20
58:4 60:23
61:21 74:3
111:19,20
157:1 238:7,11
238:16 241:16
272:19 275:5
275:13 276:17
278:7
**quick** 250:13
273:20
**quickly** 44:2
224:15
**quiet** 238:16
**quit** 272:13,17
**quite** 6:25 57:5
80:11 87:7 90:8
97:3 124:9
187:14 203:20
227:16 251:15
251:18 252:19
254:19
**quitting** 272:15
**quote** 69:13 70:5
75:16 161:3

—————————
**R**
—————————
**R** 2:1 280:1,1
**raise** 46:15 87:6
222:24 253:16
**raised** 253:9
**Ramona** 112:20
143:3 235:12
242:19 246:15
246:16,23,24
246:25 262:10
266:20
**ramonawatts...**
220:12
**Ramona's** 246:22
**ran** 52:2 76:14
156:4

**random** 200:12
255:3
**randomly** 7:7
209:13
**range** 135:18
**rant** 251:16,18
**rants** 251:17,17
**rate** 140:19
**rationale** 43:23
**reach** 124:2,7
**reaching** 112:25
**reactivated**
174:18
**read** 31:21 68:11
68:21 69:13,15
72:12 73:13
75:4,16,19
88:17,20 99:1,5
100:5 112:2
141:17 151:8
152:20,23
153:14 161:3
161:22 167:21
168:13,14
170:17 172:17
172:20,22,25
172:25 173:3
173:11 185:7
199:11,12,17
201:22 202:20
202:24 203:1,2
203:3 210:4
215:6,9 216:22
230:10 251:14
262:11,14
270:4 278:4
**real** 13:11 23:16
58:24 67:3 97:1
99:20 114:24
119:14 121:3
216:11,13
220:19 227:1,4
243:9
**realise** 32:9
99:21 114:18
114:22 137:13

230:3 245:1
253:8
**reality** 217:19,21
**really** 9:24 20:25
63:19 87:21,22
109:11 138:19
155:8 156:16
200:19 210:4
222:14,24
239:17
**real-time** 43:15
**reappear** 166:12
**reason** 19:5 58:1
89:12,22 120:3
140:1 143:22
144:21,25
145:25 148:1
149:5 153:3
179:1 199:9
222:10 243:15
280:6
**reasons** 71:8
222:18
**rebuild** 89:17
**rebuilt** 90:22
**recall** 15:8,10
61:20 65:6
79:12 96:6
98:25 99:4,4
100:9 112:25
113:16 119:6
139:25 159:8
171:25 189:25
206:10 211:24
212:2 213:4
218:14,18
219:3 229:17
230:19 248:11
248:12 253:23
255:25 256:17
267:18 274:15
274:24
**receipt** 17:25
82:3
**receipts** 139:4
**receive** 82:17

130:13 197:16
221:3 230:10
**received** 17:21
17:22,25 36:15
36:20 38:3,22
39:2 82:4,7
97:20 98:12,17
114:24 121:12
122:15 140:7
140:21 141:23
142:2,3,13,25
143:1,5,9,13,15
145:7 146:19
148:25 152:5,6
153:4,7 196:13
198:5 220:24
221:2 224:25
225:9 229:6
247:2 255:6,8
275:19,22
**receiving** 116:6
157:9 186:15
229:17 230:8
242:24
**recess** 91:22
158:19 193:25
230:15 252:10
252:11 272:10
**reciprocal**
103:25
**recklessly** 221:18
**recognise** 68:5
71:10,19 72:8
73:9 74:25
85:23 96:10,12
96:14 97:19
98:7,11,16,21
100:21 106:12
114:3,6 117:17
119:1,12
125:22 126:18
130:15 139:17
139:21 141:3
144:7 145:6
146:18 176:10
194:12 198:11



212:6 225:22
226:8,19
231:23 247:13
249:21,24
251:22 262:19
recollect 99:10
recollection 62:2
99:11 180:24
209:2 211:8
215:23 216:6
217:12
recommended
24:22
record 4:2 5:17
13:6 14:15 31:8
44:22 60:8
71:15,22 72:12
73:13 75:3,14
75:16 103:13
109:6,23
111:25 112:2
121:23 122:3
129:4 151:9
155:6 161:3
167:21 168:15
170:18 172:21
172:24 173:2
194:2 199:17
202:24 203:3
206:22 210:1
215:6 216:23
224:3,4 252:14
276:22 278:7
279:7
recorded 11:14
11:16 12:16
42:13 104:3
111:4 208:21
209:3 212:9
215:21,24
216:15 217:9
217:14,22
recording 208:6
215:13 216:1,6
216:17
records 75:11

78:16 86:23
87:12 90:22
95:17 105:15
112:24 113:22
113:23,24
116:3 133:11
169:5 178:13
220:16 266:15
recovered 136:5
red 39:8,13 43:5
43:14 45:1,9,25
46:10,19 47:8
47:18
redacted 202:18
redirect 73:25
275:11,14
reel 227:7
Reese 199:23
200:1
refer 49:9 68:20
100:16 170:11
262:22 263:4,6
263:8,10
reference 203:6,9
259:13
referred 54:9
67:13 72:10,23
74:23 85:21
95:11 96:9
114:5 117:21
119:4 125:19
126:16 139:19
141:4,18
144:11 145:8
146:20 148:18
149:20 151:24
153:1 160:1
176:7 186:4
194:10 196:5
198:12 207:2
208:17 209:23
212:25 216:24
218:15 224:18
225:24 226:17
229:7 247:8,25
249:23 251:13

251:24 258:17
259:19 262:20
referring 10:24
71:15 77:25
233:21 244:9
259:20
reflect 111:25
112:24 212:20
213:3 216:12
217:19 218:1
266:15
reflected 218:6
275:16
reflecting 139:4
216:11
reflection 251:11
reflects 112:1
190:14
refresh 42:24
180:24 211:7
215:22 216:5
217:11
refunds 221:10
refuse 271:9
regard 54:3 67:6
166:2 233:20
regardless
122:20
register 15:1,3
157:21 165:1
202:8
registered 76:9
76:12 190:15
261:14 271:12
registrar 159:15
159:18,23
160:10,22
161:2,10,16,18
162:8,25 163:4
163:8 164:22
165:3,6,17,19
167:16 168:2
169:2,18
170:12,12,25
171:25 172:5
172:18,18

173:14
registration 35:8
271:12,13,15
272:3,5
registrations
33:17
registry 51:14,18
51:19,24 52:13
52:17 53:8
regular 43:21
regularly 42:2,6
regulation 27:6
regulations 173:7
Reinhardt 2:19
29:18,19 30:4
38:14 40:20
42:23 43:9
44:18 46:21
47:11 58:12,25
59:15,23 61:17
61:20 240:10
240:12 241:1
241:14
reiterate 10:13
29:11 57:6
relate 37:13 38:7
38:11 40:6,7
41:17
related 43:14
44:25 55:23
60:15 61:15
267:15 279:9
relates 37:12
40:3 127:7
231:14
relating 40:21
56:5 188:16
relation 55:16
165:23 166:3
relationship 38:9
58:10 241:21
261:22
relative 279:11
released 33:21
36:12
releasing 227:24

relevance 57:20
58:4,9,13
189:21 277:8
relevant 37:7,17
57:21 59:6
60:10 61:6
reliance 103:7
relied 211:11
rely 184:25
185:11,15,16
185:21
relying 184:21
remain 40:23
41:1 45:2
116:25 263:18
remaining
173:20
remains 13:7
17:12
remarkably
249:10
remember 33:5
55:1 64:24 79:5
79:20,22,25
83:25 86:4,20
113:4 116:18
129:17,23
140:18 141:8
146:10 166:18
178:18,20,22
181:2 182:22
183:1,2,3
186:15 187:10
205:1 213:11
217:22 230:8
236:15 251:17
262:14 268:24
269:24
remotely 103:15
213:19
remove 23:20
remuneration
82:23 83:7 84:8
renegotiating
86:13
reorganised 94:4



**repeat** 13:4 17:10 46:3 67:23 68:1 68:3 151:3
**repeatedly** 29:25 238:7,8
**rephrase** 85:6 107:17 129:4 259:18 265:19
**report** 12:6 91:25 92:3,5,14,23 93:1
**reporter** 1:22 2:20 135:9 151:3 222:19 223:1 229:16 274:18 276:18 279:1,3
**reporters** 229:25 230:4
**reports** 92:20
**repository** 191:13
**represent** 4:8 55:22 56:4
**representation** 57:15 204:2 265:6
**representative** 1:5 92:6 213:5
**represented** 47:2 47:4,6 65:24,25 273:4,8
**representing** 46:22 272:17
**represents** 66:19
**reputation** 32:17
**request** 64:13 238:3 241:8 258:10
**requested** 238:22
**requests** 66:1
**required** 11:14 16:13 33:17 91:4,5 104:24 113:24 179:4 231:24 267:25

**requirements** 26:25
**requires** 57:4 64:20 193:5 271:15 272:6
**research** 1:6 20:1 20:6 33:11 34:1 34:13 35:3 48:6 48:21 49:18 73:5 102:24 103:1 176:14 248:3 249:12
**reserve** 37:16 67:6,21 78:10 129:9 139:12 238:21 276:22
**Reserve's** 139:14
**reside** 110:19 192:21 237:22 239:22
**resided** 239:21
**resident** 162:2
**resides** 190:13
**resignation** 42:8 42:17 43:17 44:5,7 116:16 270:7
**resigned** 27:18 29:15 40:11 48:12 64:11 116:14 221:25 270:6
**resigning** 42:1
**resolution** 161:7
**respect** 55:23 56:22 64:8
**respond** 44:2 64:23 111:25 161:11 229:20 239:24,25 240:2 242:1
**responded** 113:17 115:3 123:13 229:24
**responding** 65:9 65:12

**responds** 121:19 165:25 170:12
**response** 58:16 65:2 99:6 100:6 100:23 111:17 115:5,7 170:17 172:21 173:1 263:21 267:16 268:4
**responses** 278:7
**rest** 45:22 158:11 161:3 248:20
**restate** 203:24
**restructure** 86:19
**resulted** 241:7
**return** 16:14 256:23
**returned** 16:11 21:16 197:13 254:22,24 256:17
**revealed** 179:14
**reversal** 248:6
**review** 128:3 160:7 210:15
**reviewed** 92:12 128:5 153:16 153:18 154:2 155:22 171:22 210:8 233:23
**revoke** 258:4
**re-ask** 153:25
**re-enabled** 193:14
**re-scanning** 89:25
**rib** 101:3
**rice** 106:13
**Rico** 221:8
**right** 5:10 7:24 13:24 14:20,24 17:18 19:5 26:14 44:23 51:20 56:4,6,8 56:11 59:13

64:10 68:17 77:11 81:4 95:18 96:18 109:14 118:16 121:13 127:18 127:21 140:14 141:7,13,21 152:11 166:9 168:11 171:22 172:11 181:14 184:11 188:5 196:24 197:1 201:24 209:1 212:4 219:12 219:15 241:13 260:14 261:11 276:22
**rights** 8:4,5,9,12 8:13 12:21 16:20,20 18:25 25:15 31:18 36:20 48:7,22 49:19 64:13 67:6 77:8 83:24 101:20 107:22 110:19 111:13 112:5,22 131:3 133:15 138:23 164:3,12 174:1 174:17 175:10 175:21 201:7 201:10,10,12 258:3
**right-hand** 167:3 202:14
**risk** 50:7,12,21 50:25
**Ritzela** 132:8 134:13,22 135:3 136:6 137:20 142:17 144:8,13 145:5 145:7,11,16 148:11,16 155:23 156:12 156:13 157:13

158:5 201:4,6
**Ritzela's** 143:24
**RIVERA** 151:2
**Rivero** 2:13,16 4:13,13 6:4 7:17 9:10,15,17 9:19 10:4 13:2 13:9,18 14:6 17:9 18:7 19:18 20:16,21 22:1 28:11 29:1,4 35:20 36:23 37:9 38:6 39:15 39:24 40:12 43:11,12 44:9 46:3,12 48:24 51:4 56:20,24 57:16,19 59:16 59:21 60:7 61:4 62:3 65:15 66:5 66:21 67:5,17 69:8,24 70:7 71:6,11,21 72:14,25 73:6 73:23,24 74:2,4 76:3 84:15,22 85:11 88:3,5,9 89:5 91:10 93:14 94:23 97:8,15 100:10 100:18 103:6 103:12 106:18 106:23 108:7 109:5,13,21,25 110:2 111:15 112:1,7 113:3 117:1 118:17 121:22 123:19 125:1 126:6 131:20 132:6 132:17 134:4 134:14 135:1,6 136:17 137:22 138:2 142:6,23 149:13,16 150:10,18



155:11 156:19
156:25 158:13
160:2 167:22
168:8 169:14
173:22 174:12
177:6,22
179:13 180:11
180:19 181:18
182:8,15 183:5
185:1,19
186:12 198:21
204:11,17
207:3 209:11
209:24,25
210:10 211:12
212:12 214:16
215:25 216:8
217:15 218:20
219:10,23
222:13,22
233:19 234:4
234:14,17
236:25 237:13
238:1,17,20
239:3,6,16,23
239:25 240:2,8
240:14,24
241:1,3,5 256:1
256:9 257:3
259:16 261:9
263:13,20
264:1 269:2
270:1,19 271:2
271:6,25
273:13,24
274:17,21
275:9,10,14
276:17 277:3
**Rivero's** 41:6
**Road** 32:13
102:9,11 120:9
120:10,13,14
122:11 197:22
**Robert** 129:25
223:14,18
**Roberts** 129:18

**ROCHE** 2:3
**role** 105:24
115:19 179:7
**roll** 105:11
**rolled** 261:19
263:2 267:11
**room** 143:4
157:4,8 158:12
234:24
**royal** 78:1
**rule** 41:4,10
59:17 240:13
**ruled** 43:19
277:9
**rules** 5:7
**ruling** 30:19
38:12,15 40:20
42:21 43:24
47:15 241:14
**rulings** 46:14,16
47:13,14
**run** 76:15 90:9
94:18,21
154:24 193:11
222:4 244:23
244:25 246:21
**running** 45:24
66:13 69:17
91:17 94:20
102:5,16,16,20
123:7 129:23
232:7 242:18
243:10 246:23
**runs** 105:20,22
**rural** 207:17,18
**Russian** 129:8
**R&D** 103:23
108:11,14,23
109:11 159:10
162:18 165:12
166:24 173:4
173:18,19
174:10 261:18
261:19 263:2

——————— **S** ———————

**S** 2:1,4,11 71:3
71:25 72:13,16
87:15 96:24
98:6,20 108:11
168:22 199:6
**sail** 84:13
**sale** 63:3 84:20
85:3,8 88:23
246:6 266:20
**Samsung** 95:17
95:18,18 96:1,2
101:2,5
**sat** 53:21 98:11
214:10
**Satoshi** 51:2
74:13,14,17
75:6,20 76:2,18
189:5 190:1,5
190:14,24
191:7 192:14
192:16,18,21
**Satoshi's** 189:1,3
189:15,16
192:2,24
193:17
**Satoshi@anon...**
193:21
**Satoshi@visto...**
193:20
**Saturday** 97:18
98:20
**Saudi** 83:1
**saved** 177:1
**saw** 154:19,20
157:18 179:24
180:2 181:13
**saying** 6:9 7:2,2,4
10:14 17:19
23:17 30:13,21
48:13 49:2,5
76:23 80:3,6
85:14 88:21
97:3 108:12
150:24 162:15
163:23 169:10
185:14 205:18

211:22 213:16
213:18,24
216:10 217:21
219:11 221:21
254:7 257:2
263:1 268:20
269:4,4
**says** 54:21 56:7
71:18,22,25
87:16 95:16
97:22 98:24
99:7 118:2
119:23 148:12
150:5,6,9,9,19
150:20 151:8
151:17,25
153:2 160:12
160:19 161:10
161:16 165:19
165:20 172:6
172:13,18
210:25 223:1
229:9 248:1,4,8
258:22 266:18
267:4 268:6
**SCA** 1:17 2:19,20
4:5,21
**SCADA** 34:3
84:3,3
**scan** 127:11
**scarring** 79:24
86:3,5,19
**schedule** 264:7,7
264:12
**SCHILLER** 2:8
**scientist** 28:4
38:4,23
**Scrabble** 207:20
209:14 219:17
**screen** 54:6 67:10
70:23 73:3,4
74:20 85:20,22
95:10,12 97:9
97:12 125:18
126:15 144:6
145:3 146:17

186:1 196:4,19
206:18 209:17
229:2
**scriptable** 93:13
**scroll** 54:19
142:11
**scrolled** 224:15
248:21
**scumbags** 201:15
**SD** 90:8 91:20
**SDK** 33:10
**se** 2:8 138:22
**sealed** 234:22,23
**seance** 81:18
**seances** 81:19
**search** 113:21
**searched** 237:11
**searching** 113:9
124:20
**second** 52:25
73:7 218:2
219:2 267:20
**seconds** 6:21
274:20 276:13
**secrecy** 116:25
**secret** 123:2,6,8
**sectors** 22:6
**security** 33:18,24
34:11 35:1,11
94:8 115:19
54:8,11,14,17
54:21 60:14
62:8 67:12
68:13,15,15,25
71:3,4,24 72:15
95:9,12 97:10
97:22 100:21
108:10,13
114:9,14,17
115:3,10 116:7
118:1 120:18
125:17,24
126:13,15
131:21 140:4
140:14 142:17



142:21 144:14
147:6,17
148:17 149:18
149:24 151:25
152:23 153:10
160:8,11,20,24
161:20 166:5
167:2 169:24
170:1,7,15,16
172:7,15
176:14,15,23
179:23 180:21
180:23 186:3,5
186:9 194:8,9
194:11 196:4,6
201:21 202:15
202:17 206:19
206:20 208:15
208:18 209:17
209:21 212:24
213:1 215:5
220:10,16
224:17,19
226:16,18,24
231:21 238:21
246:17 247:6
247:20,23
248:1,2,4,5,7,8
249:5 258:16
258:22 264:15
267:3
**seeing** 51:5
108:13
**seek** 57:3 94:15
106:10 201:17
276:23
**seeking** 22:24
137:14 249:15
**seeks** 245:25
**seen** 44:13 57:5
68:7 143:10
160:5 176:11
179:20 183:3
217:23
**sell** 62:16,21,23
63:1,2,7,10,12

63:16 88:22
228:7,9,20
246:3 252:25
253:17
**selling** 195:11
**send** 15:10,14,18
15:21,24 63:24
82:12,14 86:22
87:1 92:20 93:4
95:21,24,25
115:6 117:23
120:21 128:18
158:4 197:18
226:4
**sending** 88:15
90:19 156:1
157:10 195:14
199:15 242:19
**senile** 204:24
**sense** 65:24
**sent** 15:6 85:14
86:22 87:13
88:8 95:16 96:2
96:13,14 97:1,2
97:4,4,5,6 98:8
98:8,22,22,23
99:11,13,25
101:7 115:7,25
116:11 121:4,8
121:16,20,21
126:1,5 130:11
148:14 186:9
187:7,8,8,9,10
194:17,19,21
194:23 196:7
198:3 203:22
207:15 213:25
220:20 221:6,7
223:18 225:22
230:5 234:25
236:8,16,17,18
243:22 246:21
246:25 247:14
247:18 250:10
**sentence** 168:4
168:18 173:12

219:16
**sentences** 88:18
216:22 217:4
**separate** 42:5
62:6 137:10
**separately** 157:4
**September** 79:16
80:16 119:14
**series** 61:9
111:18
**serious** 272:19
**serve** 38:4,23
**server** 89:21
156:8 189:20
193:20
**servers** 89:17
153:21 154:7
**services** 2:21,22
39:3 81:11 82:2
82:10 205:7
**set** 5:7 8:1,3 75:8
75:23 76:8,12
84:4 89:20 96:2
101:21,25
102:23 103:5
103:19,25
107:8,10
109:17 112:19
112:21 115:15
129:18 137:11
146:25 217:9
233:23 254:4
255:4,5 258:1
268:2 275:3
**setting** 24:8 58:3
180:3
**settled** 250:18
**settlement**
269:12
**settler** 258:3,3
**set-up** 171:11
**seven** 58:7
107:13,19
208:1 274:17
**seventh** 208:2
**Seychelles**

112:11 268:8
274:11
**SGI** 150:2
**share** 15:1,3 19:7
85:17 95:7 96:4
114:1 117:15
118:24 125:15
139:15 141:1
141:14 159:21
176:3 195:24
198:8 223:25
224:9 225:16
226:15 235:14
247:4 258:12
262:15
**shared** 93:7
**shareholder** 8:2
16:3 26:23
64:10,14,17
162:22 173:5
173:15 176:21
185:8 228:12
**shareholders**
64:15 162:22
163:16,19
169:12 173:23
173:25 174:2,3
174:5 175:12
205:17 228:15
228:25
**shareholder's**
161:7
**shareholding**
12:16 48:10
168:19 175:1,4
175:19
**shareholdings**
76:13
**shares** 7:24 8:3,3
8:4,5,6,9,12,13
8:17,20 10:11
11:4,9,10 12:14
12:19,20 14:19
14:23 15:4,4
18:21 24:10,17
27:2 63:7,10,13

63:16,19,20
104:18 105:8
105:13,13,25
105:25 107:7,8
110:9,10 162:4
162:6,9,18,21
162:25 163:3,6
163:9,11,20,21
163:25 164:6
165:2,6,10
173:7,16 174:6
174:11,16,21
175:8,16,22
204:19,23
205:13,14,21
227:25 228:4,7
228:9 253:4,17
253:17 264:20
264:22 266:8
266:19,23
269:8
**ship** 187:13
**shit** 221:5
**shocking** 47:5
**short** 24:20 160:6
**shorthand**
263:10
**shortly** 90:8
**shoved** 207:17
**show** 96:20
166:20 208:9
225:20 227:21
247:22 262:17
264:7 280:4
**showed** 127:20
127:23 128:10
**showing** 213:15
249:16 264:3
**shown** 275:16
**shows** 37:24
111:19 152:7
211:2 264:12
**shut** 57:3 90:21
**sickening** 206:2
**side** 91:3 202:14
202:14



**Siemens** 84:4,5
**sign** 128:19 155:2
  166:4 180:19
  182:5,20
  183:15,18,21
  183:24 184:3,7
  185:13 220:3
  262:6
**signatory** 184:11
  184:13
**signature** 54:24
  87:5 119:20
  143:20 145:19
  145:20 147:23
  181:1,3,9,10,12
  182:6,12
  184:17,19
  225:3,5,7
  245:16 253:14
  264:4 274:6
**signatures** 90:25
  146:5 245:20
**signed** 31:3 54:2
  54:21 91:1
  119:17,19
  128:4 130:16
  142:16 145:15
  147:19,24
  180:25 181:16
  181:20 182:1,2
  182:9,16,17,22
  182:24 183:1
  183:12 224:13
  226:24 228:22
  228:24 232:22
  245:21 253:7
  253:11 262:7
  262:12 270:3,7
  270:10 274:6
  278:13 279:21
  280:19
**significant**
  130:17,19
**signing** 55:1 87:5
  183:2 184:6
**signs** 184:13

**Silk** 32:13 102:9
  102:11 120:9
  120:10,12,14
  122:11 197:22
**similar** 55:14
  130:10 249:10
**simple** 12:15
  48:16 76:15
  77:14 222:10
  228:15 246:18
**simplified** 105:9
  130:12
**simplifying**
  76:20
**simply** 6:25 12:8
  19:4 20:11 30:7
  30:9,16 35:4
  40:16 47:14
  57:5 62:3
  227:17 228:12
  241:23
**simultaneously**
  246:24
**Singaporean**
  133:14
**single** 19:7 52:23
  53:20 64:17
  86:22 140:24
  210:12,12,14
  277:6
**sir** 242:3 276:18
**sit** 77:1 185:11
  191:4
**site** 190:11,11,12
  190:18,19
  191:12 193:13
  193:14
**sitting** 53:12
  140:17 156:2
  257:6
**situation** 41:22
  111:23
**six** 207:23 208:24
  274:18
**sixth** 118:1
**skill** 279:8

**skip** 196:21
**Skype** 204:9
  206:6
**Slack** 75:1 76:24
  77:1
**slice** 254:20
  255:24 256:17
  258:25 259:7
  259:13,14,19
  259:19
**slices** 253:25
  254:25 255:2,3
  259:23,25
  275:17,23
**small** 71:24
  78:11,13
  100:23 119:5
  195:12
**smart** 95:3
**snapshot** 71:2,24
**software** 15:7,11
  15:16,22 16:5,6
  16:14,17,19,21
  16:24,25 17:1,7
  17:21,22,23
  18:3,6,9,10,13
  18:23,24 19:1
  21:11,13,14,20
  21:22,25 31:18
  31:18 32:5,6,8
  32:12,16,20,23
  33:7,20,23 34:3
  34:3,7,10,19,24
  35:5 49:24 50:7
  50:12,21 62:21
  62:23 82:13,15
  82:17,20,21,22
  82:24 83:2,9,12
  84:3,3,5,6,14
  84:21,24 85:4
  85:10 88:25
  129:23 196:23
  197:1,6,8,10,13
  197:16,18,19
  197:25 198:3,5
  261:2

**sold** 27:2 63:19
  88:21 151:12
  151:20,22
**sole** 161:4,25
  163:23 173:5
  173:15
**solely** 45:15
**solicitor** 146:3
**solicitors** 90:18
  92:16,18
  165:16 179:9
  267:6 270:3
**solution** 22:5
  93:24 94:7
**solving** 94:2
**somebody** 30:12
  124:7 155:6
  188:22 213:22
  214:10
**Sommer** 69:6
  85:25 141:24
  142:5,9,10
  143:3 144:9
  146:2,3,12,24
  147:23 148:12
  149:3,11 156:3
  157:4,9 206:24
  208:14 211:25
  212:9,22 213:6
  215:13,15,18
  215:20 222:6
  247:15 273:18
  273:19
**Sommers** 211:1,7
**son** 70:21
**soon** 260:17
  268:18 276:11
  276:14
**sorry** 5:9 34:21
  42:23 51:18
  53:25 68:22
  75:12 129:23
  138:15 148:23
  153:14 173:13
  176:23 180:15
  186:7 187:23

189:24 204:6
  208:21 215:19
  216:13 227:2
  236:17 249:8
  260:11 269:8
  274:18,21
  275:25
**sort** 16:19 23:13
  23:16 27:3
  78:11 81:13
  189:22 260:20
  261:3
**sorts** 108:16
  206:1 236:12
**sought** 67:1
  246:2 268:9
**sound** 187:24
**sounds** 28:14
  65:4 200:6
**source** 51:1
  82:19 189:8
**sourced** 34:8
  35:12 52:17,20
  52:22 53:8,17
  53:18,22 106:3
  107:3
**SourceForge**
  191:13,15
**sources** 32:14
  207:10 241:10
**South** 92:13,21
  142:14 143:5
  159:9,23
  166:17
**SOUTHERN** 1:1
**speak** 77:5 88:10
**speaking** 6:20
  239:6
**speaks** 150:11
**specific** 24:5,12
  41:3 60:14
  214:17
**specifically** 40:3
  91:8 170:6
  241:7 258:22
**speech** 20:22



193:17,19
256:6
**spell** 156:6
**spend** 42:20
130:13 138:1
138:18,19,22
205:4 265:12
**spending** 86:15
132:2
**spends** 138:22
**spent** 75:24
102:19 133:24
133:25 137:24
265:23 266:1,5
**sphere** 38:7
**spoke** 187:4
**spoken** 175:20
206:6
**spouse** 44:25
**spreadsheet** 52:2
**staff** 76:13,14
86:7 105:18
129:16 130:2,5
236:8 246:10
246:12
**stage** 11:21 45:14
102:7 113:10
115:25 117:14
131:22
**stake** 56:18
**stamp** 167:2
227:9 236:23
236:24
**stand** 167:12
170:13 203:17
**standard** 55:8,19
56:2,16 193:9
**standing** 103:10
210:1
**start** 6:20 18:17
18:18 19:15
23:11 53:4
61:10 62:2
75:15 217:6
**started** 36:9
52:24 70:20

77:7 93:25 94:7
94:9 107:11
112:20 181:23
181:23 191:16
192:15 222:1
261:14,21
269:13
**starting** 69:16
72:2 145:13
161:23 252:22
**starts** 68:14
75:17 129:24
149:19 199:18
**stat** 170:21
**state** 4:8 9:17
14:3 67:14,19
171:15 222:17
223:4 263:14
270:19
**stated** 37:12
69:25 70:20
111:21 126:8
190:2
**statement** 13:25
14:4 81:25
92:12 131:9
143:17 164:7
178:10 207:14
243:21 244:3
**statements**
127:13 222:12
**STATES** 1:1
**stating** 13:6
19:11 98:3
**statutory** 134:19
**stay** 217:24
238:16 263:24
**steal** 90:4,4
**Stefan** 14:18
22:11,16 26:17
51:10 63:15,25
64:2,25 65:4
235:4 247:14
**Stenographic**
279:5
**step** 68:22 206:4

**steps** 56:9
**step-by-step**
65:17
**Sterling** 26:1,5,7
26:19 62:17,22
**Steven** 54:16,22
160:13,16
**sticks** 236:12
**stock** 36:16
**stood** 45:14,22
**stop** 70:15
101:17 239:1
248:21
**stopped** 70:13,17
72:18,21 189:5
191:15
**stops** 215:15
**storage** 234:24
235:9
**store** 106:8
189:22
**stored** 234:21
236:3,21
**story** 107:6
**straight** 161:9
**strategy** 22:12,14
22:18,18,20
**stream** 100:21
**street** 2:8 123:12
**strike** 18:17 53:7
65:11 66:18
74:5 82:9 84:19
89:2 104:13
111:11 116:15
123:15 125:10
128:21,23
133:24 136:21
142:1 153:17
155:20 163:5
165:18 174:23
174:25 196:22
198:3 211:24
223:14 231:8
242:13 261:5
269:21 270:24
273:19

**strip** 37:4
**strong** 58:2 60:24
**struck** 81:10
**stuff** 195:12
232:13 261:3
**stupid** 200:19,21
**subject** 240:19
257:8
**submission** 44:6
**submit** 40:6
**submitted** 92:13
166:21 273:22
**subsequent** 30:23
32:8 169:7
276:5
**subsequently**
99:21
**subset** 27:3
**subsidiary**
118:12
**substance** 69:22
70:6 275:1
**substantive**
124:24
**suddenly** 212:7
**sue** 87:17 165:12
**suicide** 16:12
104:23 123:25
200:13,18
**suit** 179:7 218:3
**Suite** 2:4,8,14
**sum** 69:21 70:6
79:4 275:1
**Sunday** 98:15
**supervision**
237:25
**supplied** 140:18
**supply** 32:14
**support** 219:21
**supposed** 216:12
254:20,22
**supposedly**
100:22
**sure** 18:1 29:6
40:14 42:18
45:21 46:15

47:4 59:11
70:23 82:7
117:25 127:9
133:15 141:25
148:14 167:7
174:4 175:3
205:10,10,12
215:10 222:16
226:1 231:21
232:9 237:19
241:8 258:20
266:12 267:7
**surgery** 191:4
**susceptible**
242:14 243:25
244:16
**suspect** 120:3
243:16 246:14
252:16
**suspected** 222:23
**suspicions** 252:7
252:14
**sustain** 41:7
43:25 58:25
59:8 62:9
**swamp** 221:7
**switch** 91:20
212:19
**swore** 139:24
140:9 141:10
167:5,7
**sworn** 279:4
**system** 17:8 33:8
74:9 94:20
106:12 140:13
150:2,16 151:1
151:11,16,24
152:3 154:5
200:19,20,21
206:7 244:24
**systems** 233:5,7

---

**T**

**T** 280:1
**table** 43:10 209:5
216:7



tacked 122:5
216:16
tag 3:4,4,5 72:7
72:10,23 73:1
74:21,23
take 9:12 28:17
56:8 65:3,17
68:18,22 75:7
75:18,22 87:24
90:2,7 91:19
119:24 129:15
130:2,5 132:21
148:20 151:7
158:12 159:24
162:2 166:21
169:22 171:4
172:2 174:6
179:8 193:23
200:16 201:6
206:4 211:8
220:9 230:24
247:17 252:9
272:8 277:1
taken 1:21 87:7
132:15,18
165:13 170:20
171:1 189:17
192:13 193:13
279:11
takes 62:9
talk 29:13 45:15
45:16 147:11
191:2 274:8
276:13
talked 23:12
24:17,19 26:11
46:6 94:10
205:14 237:5
talking 15:13
24:7,8,9,10
27:4 39:22
40:10 89:14
110:14,15
113:13 162:14
227:12,15
230:2 237:6

task 16:23 34:6
104:21
tasked 253:24
tasks 35:8
taught 146:4
tax 12:5 32:20
63:22 66:12,24
69:2,3 70:6
103:5,18,21
104:3 107:2,5,5
107:9 109:3
112:14 125:11
126:2 146:25
147:2,6,8,12,14
151:19 153:22
172:25 173:1
194:14 198:3,4
198:18 200:24
202:10 204:21
204:22 205:23
206:14 208:5
208:12,20,23
212:1,14,20,22
212:22 213:5
213:24 214:11
214:21 217:13
217:20 218:4
218:14,16
220:13 221:10
222:12 250:9
250:12,15,18
251:6 272:25
273:9,11,22
Taxation 206:22
272:22
taxed 205:11
taxes 105:15
171:16
teach 70:21
115:20,22
team 154:25
253:5
teams 154:25
technical 7:3
222:14
technically 7:5

113:11
technology 27:10
27:25 28:21
29:9,24 31:5,11
31:24 62:17
94:22,22
Tel 2:9
telephone 2:2,5
2:12,19
telephonic 138:8
tell 6:12 7:15,22
7:23 8:15,16,21
8:22 9:3 10:9
10:10 11:2,3,7
11:8,22,23
12:11,12,23,24
12:24 13:13
14:2 18:12
19:14 20:18
22:21 23:1,5,9
23:19 32:19
51:10 59:12
62:15,20 64:3,6
64:22 65:1
66:11 77:21
81:4 84:18,19
85:7 103:4,18
107:1 112:13
118:21 123:9
123:16,17
125:10 128:7
145:18 149:11
160:22 162:8
163:8 165:5
176:6 178:14
196:10,17,21
197:9 198:2,4
201:15,17,19
204:4,6,7,9,12
204:15 206:4,5
206:9 221:14
227:23 228:2
228:15,19
233:22 237:16
240:20 244:17
247:19 252:15

270:23,24
271:3,4,11,22
telling 11:17
14:12 15:2
24:11 27:4
152:12 197:20
202:8 205:8
253:23
ten 124:16
234:12
tendered 116:15
tens 83:17
term 214:18
terminology
49:11 66:15
terms 263:24
terrible 213:1
214:24,24
tested 128:11
testified 122:21
132:1 230:18
testify 233:25
238:5
testimony 40:13
61:24 87:13,15
88:1,7,12 90:5
90:24 95:23
111:17 150:14
153:17 162:17
213:21 234:5
259:20,24
testing 130:24
Tether 57:3
Thai 120:2
Thailand 120:5,7
thank 60:3 73:7
119:8 122:20
149:16 168:24
206:17 217:3,6
223:4 229:1
242:3 251:8
258:21 270:20
276:18,18
277:11
Thanks 77:15
theft 137:8,16

theory 37:12,14
37:14 38:11
thereof 279:6
Theymos 189:18
thing 7:3 9:9
23:25 63:13
75:19 81:4
108:20 124:19
130:22 164:25
169:11 171:19
181:11 193:10
199:14 207:18
209:5,14
211:15 212:4
216:11,11
221:22 228:1
242:19 250:9
268:17 269:5
things 14:8 23:11
27:2 36:11
40:11 42:15
45:16 52:15
53:21 76:4,20
77:12 78:8
79:21 83:8,10
83:15 84:9 87:5
87:7 89:14 90:3
90:17 99:9
102:4,19
103:24 107:16
108:19 120:15
122:5,9 129:18
136:1 140:16
159:15 171:7
177:25 178:11
180:6 187:15
189:6,20
202:10 203:22
206:1,14
213:19 216:2
217:24 218:2,6
221:19,21
230:1 233:2
236:12 237:9
238:15 245:5
246:16 247:2



249:8,25
252:25 253:19
255:9 258:9
260:2 275:23
**think** 5:15 11:17
28:12 29:4
37:16,18,19
41:8 43:23 44:9
44:13,19 56:13
56:14 57:25
62:4 68:20
69:18,19 75:10
75:11 87:18
94:5 99:12
100:23 109:6
109:23 111:18
129:8 130:1,25
139:13 155:4
158:10 161:23
165:19,21,25
169:9 179:14
181:7 187:20
189:24 205:24
210:24 211:10
217:7 219:12
224:4 235:2
244:16 256:4
258:1 275:10
276:19 277:4,5
277:7
**thinking** 99:24
106:6 114:22
**third** 31:15,18,19
53:11 83:24
175:25 258:23
**thirds** 176:1
**Thomas** 20:9
**thought** 24:18,20
24:21 99:23
100:25 101:1,6
104:20 114:16
122:12 173:11
**thread** 100:1
**threatened** 218:3
**three** 158:12,15
205:22 212:14

216:21 217:5
252:9 272:8
277:7,9
**throw** 207:20
**thrown** 235:24
**till** 215:15
**time** 4:4 7:12
10:18 12:4
13:11 23:4
27:14,18 28:5
31:8 32:10
41:10 42:20
43:20 46:23
62:10 70:13
73:25 78:15
87:22 90:10
92:17 96:14
99:10,16 101:3
101:5 106:22
108:13 122:17
122:24 123:5
124:1,2,6,9,11
130:16 135:24
140:19 141:19
142:11,25
143:7,13,15
144:16 145:21
146:3 158:18
166:7 172:10
181:19 182:17
183:25 187:12
194:2,16
195:16 234:2
249:25 253:9
253:18 258:7,8
258:9 260:4
261:25 264:11
269:15,21
274:1 276:21
276:23
**timeline** 71:25
**times** 21:12
29:22 105:10
111:7 189:19
190:24 206:5
240:18 259:2,2

260:24 263:18
263:19 277:8
**tissue** 252:9
**today** 4:3 5:4
154:2,12
161:11 162:17
170:7 179:20
217:10 257:6
**toilet** 211:5
**tokens** 106:14,14
**told** 7:19 8:7,7
12:7 13:12,22
14:18,22 18:15
21:7,12 29:25
32:22 85:2 86:7
89:13 102:3
107:4 116:23
117:3,6,8
118:22 122:22
122:23 123:9
123:11,21
131:13,17
135:15 138:24
145:14 146:7
147:22 148:3
149:4,7 151:19
152:8,14
154:14 162:24
164:22 165:14
167:16 168:1
169:1,18
170:25 173:14
177:18 179:9
188:17 197:12
202:1 204:5,8
204:10,18
205:2 206:10
220:4 238:9
240:1,3,22
241:20 252:14
255:22 256:14
259:1 260:17
267:6 272:2
**Tom** 20:11
**tone** 74:5
**tons** 236:13

**top** 84:23 114:10
116:8 118:2
121:10,14
165:20 167:2
193:12 213:12
245:5
**total** 20:8,11 83:7
84:8 206:11
**totality** 206:15
217:25
**totally** 192:13
217:24,25
**touch** 156:4
229:15
**touched** 237:11
**tough** 70:24
**touting** 63:3
**traced** 137:9
**tracing** 137:9
**track** 70:24
137:11
**tracked** 51:19,24
52:3,9 84:2
**tracking** 187:17
187:21,25
**trading** 18:24
22:7 26:25 27:1
111:5,6,12
112:3 129:11
131:10 134:11
135:22 136:3
136:10,13,16
136:23 137:25
139:9 264:22
266:6,8,11
**Trading's** 133:6
**transact** 138:21
**transacted**
110:22
**transaction** 83:5
94:2,8 128:18
**transactions** 44:8
81:5 111:2,4
128:15 195:14
201:11
**transcribed**

66:16 198:14
208:21 209:7
211:9 212:11
279:7
**transcript** 29:21
37:24 66:19,23
67:3 68:23 69:1
159:22 160:9
162:16 169:22
169:24 170:1
172:3 206:22
207:7,13
208:10,11,15
208:19 209:18
209:19 210:2,8
212:19 213:14
213:23 214:3,6
214:7,7,9 215:2
215:5 216:20
218:10,12,13
221:3 277:1
278:6 279:6
280:5
**transcription**
209:8 211:10
212:16 213:2
214:13,18
**transcripts** 67:7
67:21,24 68:5
103:7,14,17
215:23 219:8
219:20,22
220:2 221:12
221:14
**transfer** 50:5
79:17 80:1,5,8
111:10,12
112:3 261:17
**transferred** 50:1
77:8 78:14
134:1 204:20
253:3,4 274:3
**transfers** 78:17
80:12 83:18
134:5 201:12
266:1



**trash** 211:14
**trial** 9:12 38:16
47:15
**trick** 141:9
**tried** 76:11
115:22 120:12
188:25 189:10
191:6,24 192:1
193:16 205:13
238:7 254:3,7
**Trinh** 208:13
**true** 17:6 44:6
74:2 76:1
118:15,18
127:14 153:11
163:1 177:21
224:24 278:6
279:7
**trust** 5:22 6:1,3
6:10,10,12,13
6:17 7:1,2,5,6
7:15,20 97:23
98:1,4 101:9,11
101:11,25
102:23 103:5
103:19,21
104:1,9,11,12
104:14 105:2
105:12,12,22
106:1,2 107:2,7
107:7,12,18,23
107:25 108:5
109:19 110:5,7
110:8 112:11
115:10,13,24
118:10 124:24
125:5,7,12,13
147:3 162:20
163:5,7,20,20
164:16 195:9
201:8 227:20
242:25 246:22
247:24 248:10
248:13,15,16
248:18 249:9
249:10,13,14

250:22 251:5
254:1,11,11,14
257:18 258:2
261:17,19,20
261:22 262:1,2
262:3,11,22,23
262:24,25
263:5,6,9,9,12
264:4,13,14,18
264:21 266:4,7
266:9,9,20,24
267:5,10,12,15
267:17,17
268:1,4,25
269:1,3,5,8,22
270:4,11,23,25
271:5,11,23
272:6,6 274:4
274:11
**trustee** 110:9
124:23 136:15
162:13 175:4
248:3 257:20
257:21 258:4,5
268:21 270:6
271:8,10
**trustees** 268:13
269:13
**trusting** 102:11
270:7
**trusts** 101:19
103:22 105:3,3
105:7,8 106:5
162:13 260:12
263:1 267:4
**trustworthy**
243:3
**truth** 101:18
**truthful** 76:19
159:17
**truthfully** 10:17
**try** 9:18 20:14
41:2 56:13
69:17 109:8
111:2 165:3
192:5,24

204:15 221:19
240:15
**trying** 5:18 12:4
63:13 72:25
76:7 77:3,12,14
78:19 100:20
101:4 107:6
124:8,14 127:3
129:17 140:17
141:9 155:5,5
156:23 214:4,9
222:14 237:22
238:10
**Tuesday** 86:6
121:1 207:24
**Tulip** 111:5,6,12
112:3 129:11
131:9 133:6
134:11 135:22
136:3,10,13,16
136:23 137:25
139:9 248:10
248:15 249:10
262:3,22,23,24
263:3,5,6
264:22 266:6,7
266:8,10
267:17,17
268:25 269:3,5
**turn** 22:18
231:24 245:21
**turned** 232:3,4,5
245:19
**turns** 83:21
104:19 139:13
**tweet** 73:9,11,14
73:16
**two** 6:21 7:6 39:2
48:9 58:14
88:17 126:11
128:13 161:17
173:21 176:1
190:11 193:23
197:16 198:5
210:23 212:3
217:9 219:7

224:14 238:15
265:25 275:5,6
275:13
**type** 191:5
**typical** 56:2
**typo** 150:4

--- U ---

**U** 129:24
**Uh-huh** 74:24
**UK** 2:19,20 232:7
232:7,9,10,11
232:15 233:15
238:23 262:10
**ultimate** 164:17
**Ultra** 150:2
**unaltered** 143:18
153:11
**unanswered**
256:11
**unclear** 14:12
**unconscious**
190:24
**underlying** 42:25
**underneath** 72:1
**understand** 5:3,6
6:15,16,17,18
6:19 7:7 13:16
18:1 40:14
43:23 44:24
56:2 60:22 68:4
110:3 111:3
114:23 133:20
133:23 135:14
135:18 188:10
189:7 214:2,9
231:25 237:22
254:5 263:20
**understanding**
8:10 31:12,17
32:7 244:15
**Understood** 67:9
**undertakings**
40:8
**unduly** 59:7
**unfortunately**

33:19 63:1
82:11 83:21
84:1 86:21 91:2
93:24 104:23
108:17 114:20
119:5,20
122:25 152:22
215:11 246:21
250:17
**unimpeded** 74:3
**unintended**
239:12
**United** 1:1,19 4:6
240:7,21
**university** 103:3
186:22
**unlock** 258:25
259:7
**unrelated** 51:7
151:13,18
152:1 256:7
257:2
**unsigned** 184:15
**untrustworthy**
242:9
**unwarranted**
277:4
**update** 64:14
270:25
**updated** 16:8,9
17:1 21:18
35:17 64:7 67:2
67:2 269:9,10
269:10,23,24
271:16,23
272:6
**upmost** 116:25
**upstairs** 276:16
**Urquhart** 129:25
223:14,18
**USA** 253:14
**USB** 236:12
**USD** 150:2,9
**use** 16:4,6 21:1
21:10,21,24
35:13 49:10,14



67:1,20,24 68:5
71:7 78:1 81:2
99:8 100:8
101:4 122:8
130:3 148:16
158:11 186:21
195:7 203:8
**user** 189:25
**uses** 110:23
**utterly** 51:7
**UTXO** 106:11
**Utz** 273:18,19
**Uyen** 95:20
174:18 253:7
253:20
**Uzbekistan** 35:15

**V**

**v** 1:8
**valid** 242:21
**validate** 119:21
144:22 146:4
146:22 153:9
**validated** 143:20
**validates** 225:7
**valuable** 105:25
106:1 228:16
**valuation** 15:22
**value** 8:23 35:13
75:6,20 77:16
77:22 78:2,20
83:25 106:1
111:1,4 174:7
221:16
**valued** 15:23
**variety** 77:4
120:11 138:9
**various** 111:7
113:9 132:3
134:3
**Velvel** 2:6 4:9
**Vel@rcfllp.com**
2:5
**venture** 26:2
**verbal** 138:9,10
**verified** 145:22

145:23
**verify** 119:18
122:18 145:21
**verifying** 145:19
**version** 21:16,17
92:23 129:22
193:14
**versions** 269:22
**video** 4:4 90:8
**videographer**
2:21 4:1 194:3
274:19 276:19
**VIDEO-TAPED**
1:11
**village** 207:18
**villains** 96:13
**visiting** 250:7
**Vistomail** 192:25
193:5,9,19
**voice** 206:7
222:24
**voluntary** 50:16
**vote** 169:12
**voting** 8:4 12:21
36:15

**W**

**wait** 135:10
179:13 215:15
**waiving** 228:3
**Wales** 92:13,22
142:14 143:5
159:9,23
166:17
**walk** 222:8
276:15
**wallet** 77:16,18
77:19,22,25
78:3 126:25
127:2 129:21
129:23 130:10
130:10 203:25
**wallets** 134:12,18
134:20 274:14
275:2
**wanker** 252:4

**want** 6:7 9:8
10:16 23:10,17
26:8 29:12
32:16 39:22
41:2 42:20
46:15 48:13,16
49:2 50:15,18
56:12 67:19
73:25 81:2
87:11,21,22
96:19 101:16
111:17 119:11
129:14 131:8
133:23 134:17
155:12 158:16
161:11 168:13
169:5,23 170:3
170:5 173:8
185:11 187:24
202:8 204:22
205:17 215:8
215:13 219:14
220:7 224:14
233:25 234:4
238:13 241:3
263:14 270:19
277:3
**wanted** 11:19
23:20 88:22
107:10,10
147:4,9 156:17
172:18 173:11
196:25 197:2,3
205:25 206:12
217:17 229:15
**wants** 32:10
35:13 156:22
204:18 240:14
**warrant** 77:9,10
261:13
**wasn't** 130:4
147:15 236:19
**watched** 156:9
235:20
**Watts** 40:5,8,22
41:12 44:4 63:7

64:22 117:19
126:3 144:10
145:6 220:20
223:19,22
229:4 246:24
261:22
**way** 12:20 14:5
37:19 45:11,20
45:24 57:1,21
62:2,4 68:19
94:5 111:22
144:25 147:10
154:1 162:14
184:12 212:16
243:22 250:13
251:6 255:19
269:4
**ways** 93:19
**web** 189:20
**website** 115:17
189:22 191:17
**web-based**
130:12 232:21
**Wednesday** 1:14
160:10
**week** 170:14
**weeks** 197:17
198:5
**weigh** 239:10
**went** 16:19 76:10
102:15,19,22
137:12 138:4
141:23 166:16
201:22 221:22
231:11 252:13
262:13
**weren't** 216:15
**we'll** 70:25 91:21
170:11 205:18
**we're** 106:13
**we've** 58:19
172:14 235:10
**whatsoever** 57:7
58:8 148:1
237:5
**wide** 26:10

**wife** 30:24 39:19
39:20,21 40:1
40:16,19 42:1,4
42:14 43:7,20
45:8,15,25 46:6
63:6,10 65:21
101:3 112:21
126:3 142:4
145:5 194:14
198:18,20
235:14 270:8
**wife's** 227:13
242:18
**willing** 38:11
**Wilson** 171:6
194:15 245:9
245:10,11,25
245:25 246:7
252:25
**win** 221:24
**wiped** 245:3
**wish** 9:11
**withdraw** 151:6
174:25
**withdrawn**
219:22
**withdrew** 218:5
219:20 221:13
221:15
**witness** 4:15 26:1
30:20 47:1
73:25 92:12
135:10 184:5
210:3 222:20
239:13 240:17
240:20 242:3
278:1,3
**witnessed** 175:12
**witnesses** 185:13
**witness's** 9:14
239:15
**WKID** 15:16,22
**woman** 132:9
170:9 213:12
**won** 221:22
**Woodward** 2:20



4:21
**word** 6:15 68:14
70:2 81:2
100:16 200:10
202:23 218:2
**words** 6:19 7:6
219:17 275:12
**work** 9:25 10:7
12:20 19:21
20:8,11 32:8
33:13,19 34:2
36:12 53:15
76:21 90:1
93:16,22 94:11
107:10 116:6
197:7,9,15
216:1 223:2
246:22 272:5
**worked** 19:23
20:12,19 21:8
28:3 87:4 89:7
90:1 93:16
111:3 124:22
146:16
**working** 22:19
28:5 36:10 40:9
53:4 80:4 93:11
93:19 94:1,7,13
105:19 112:21
186:25 197:13
197:25 235:20
245:10 246:4
252:18 273:20
**works** 184:12
232:9,24
255:19,21
**world** 69:19
**worldwide** 17:8
**worried** 102:7
**worry** 205:5
**worth** 84:2 169:9
205:24 211:5
213:19
**wouldn't** 191:21
205:3
**wound** 161:9

**wrap** 215:14,17
**Wright** 1:9,12
4:3,14,15,18,22
4:24 5:21,25
6:4 8:21 9:2,3
9:21 10:22 11:7
11:22 12:11,22
13:8,18,22 14:6
14:18,22 15:6
17:3,5 20:18,23
21:10 24:1,24
25:5,25 26:20
27:7,22 28:11
28:20 29:22
30:7,13,18 31:2
31:22 32:24
33:22 34:9
36:13,18 37:7
37:17 38:1,20
39:5,24 40:9,12
40:18,21 41:12
43:2 44:4,5
45:3 46:5,9
47:6,16 48:18
49:8,15,24 50:6
54:2,16,19,22
55:12 56:17
57:10,14,23
58:6 59:19 60:3
60:17 61:21
62:12 64:25
65:8,15 66:5,11
67:9 68:14,16
69:5,14,16 70:5
70:22 71:3,18
71:19,24,25
72:13 73:17
74:12,19 75:3
76:23 77:15
80:18 85:7,12
85:17 86:25
87:16,20 88:7,9
88:10 89:1
90:14 91:7,11
91:24 95:7 96:4
96:25 97:17

98:7,20,25
100:3,11,12
101:8 103:22
104:12,13
106:2 107:12
107:18 108:8
108:11,11,12
108:14,14,22
108:22,24,25
108:25 109:5
109:10,11
110:16,17
112:3,25 114:1
114:11,25
116:7,8,14,15
116:23 117:15
118:10,15,20
118:24 119:14
120:16,18,25
122:3,14,20
123:23 125:15
126:10 128:14
129:13 130:15
131:8 139:15
141:1,14 145:2
148:16 149:24
150:1,4 151:6
151:12,18
152:1,25
153:17 154:9
155:4 157:6,21
157:24 158:9
158:21 159:8
159:10,21
160:14,16
161:2,11 162:5
162:11,12,14
162:15,16,18
163:15,20
164:14 165:11
165:12,14,21
166:15,24
168:12,22
169:17,21
170:13 171:21
172:6 173:4,14

173:17,19,24
174:10,10,22
175:1,5,8,20,23
176:3 177:4,14
179:14,19
180:3,4,11,19
180:25 182:20
183:6,11 184:7
184:10,19,22
185:20 186:10
186:16 187:2
187:20 188:4
188:13,16,18
188:19,25
190:5 191:21
194:6,9 195:24
198:24 199:7
200:5,22
201:20 202:12
203:23,24
204:4 206:17
206:19 207:6
207:23 208:9
208:22 210:17
210:24 211:6
211:24 212:18
213:15,15,16
213:21 215:1
215:22 217:7
218:8 219:1,19
220:11 222:22
222:25 223:10
223:14,25
224:11 225:17
226:2,2,14
227:8,23
229:22 230:17
231:18 233:21
234:1 237:1
238:17 239:20
241:12,15
242:1,5 243:7
247:4 249:9,16
251:8,10,21
252:13 253:23
255:22 256:14

258:23 260:8
260:15,23
261:5,11,15,18
261:19,24
262:1,15 263:2
264:3,17,20,23
265:2,7,10,13
265:20 266:18
267:3,5,13
268:24 269:20
270:22 271:19
272:12,20
273:3 274:1,10
274:15 275:15
276:6,25 277:5
278:3 279:4
280:3
**Wrights** 110:23
**Wright's** 9:11
37:11 38:8 41:7
43:16 58:15
72:16 164:17
243:7 258:14
**write** 32:23 74:1
215:19
**write-ups** 47:7
**written** 19:25
76:4 138:12,17
**wrong** 96:17,19
140:14 149:2
254:10 263:8
**wrote** 73:16,20
96:25 200:23
229:14 274:13
**www.highsecu...**
157:22
**W&K** 1:6 15:15
16:5,6,8,9,17
16:18,22,22
17:1,7,21 18:5
18:6,8,9,13,13
21:11,13,15,19
21:19,22,24
32:5,6,8,16,21
33:11,12,14
34:1,4,13 35:3



37:4,5 48:5,21
49:18,24 51:1,5
51:7 62:21
78:11 113:20
113:21 115:9
150:1,16,20
159:9,11 162:6
162:18,22
163:3,6,11,25
164:6 165:12
167:17 168:19
173:21 174:11
174:16,23,24
175:2,4,19
176:14 177:2
180:4 185:17
188:16 196:23
248:2 249:12
**W&KIR** 129:8
**W&K's** 171:1,4
171:18

---

**X**

**X** 3:1 19:15 155:3

---

**Y**

**Yeah** 215:13,15
**year** 38:3,22 39:3
124:12 135:20
198:1 200:1
243:14 257:15
275:18
**years** 44:13 58:7
192:4,8,9
205:22 214:22
**yesterday** 5:7
92:13

---

**Z**

**Zealand** 219:13
**zero** 32:15 111:1
111:4 150:5,6,9
150:15 221:17
232:22,23
266:25 267:1
**zeros** 150:8

**zoom** 55:6 119:7
125:21 141:5
141:19 210:3
216:25 247:9
258:18 264:9
**Z16** 3:14 160:1,4

---

**$**

**$1** 36:20
**$1.5** 27:10
**$100** 246:8
**$12** 205:21
**$2.5** 38:3,22
**$4.5** 39:3
**$5-7** 8:23
**$55** 18:6,14

---

**0**

**000,000** 150:1,7
**00027325** 3:16
196:2,5
**00027396** 3:16
198:10,12
**00053141** 220:9
**00053142** 3:17
208:16,17
**00068665** 3:18
209:22,23
**00115520** 3:17
207:1,2 215:4
**00119167** 3:5
85:19,21
196:20
**01074241** 3:3
54:8,9
**01588064** 148:21
**01854320** 3:15
186:3,4

---

**1**

**1** 3:4 68:24 72:7
72:10 168:22
249:5,6 262:23
267:17 269:1,3
269:7
**1st** 73:19 97:18

100:6 168:16
**1,000** 20:4
**1,600** 20:5
**1.01** 114:12
**1.06** 229:23
**1.58** 91:22
**10** 68:16,18
158:14 258:15
**10th** 142:21
**10-20** 235:8
**100** 2:8 70:3
77:17,23 78:3
185:13
**100%** 47:5 165:6
174:10 181:12
**100,000** 132:2,16
132:21,25
133:4,25
137:18,19
**1000** 2:14
**11** 68:19 165:20
217:10
**11th** 127:18
209:21 211:9
217:13
**11.48** 121:1
**11.57** 121:7
**110,000** 266:14
**112094** 3:22
247:23,25
**11297** 114:10
**112977** 3:7 114:3
114:5
**112978** 114:10
**114** 3:7
**117** 3:7
**119** 3:8
**12** 68:17,19 69:12
69:14
**12.09** 4:4
**12.53** 97:19
**12.54** 96:24
**12:33:11** 116:9
**120** 22:18
**125** 3:8
**126** 3:9

**13th** 139:25
141:11 152:25
**135,100.10** 79:17
**13808** 3:23
251:11,13
**139** 3:9
**14** 68:14,15
195:15
**141** 3:10,10
**144** 3:11
**145** 3:11
**146** 3:12
**148** 3:12
**149** 3:13
**15** 195:15 264:3
**15th** 79:16
121:15
**15the** 121:11
**1500** 72:16
**153** 3:13
**158062** 3:12
**1587950** 3:12
146:18,20
**1588028** 3:10
141:16,18
**1588062** 148:11
148:18
**1590093** 3:13
149:15,20
**1591420** 3:11
145:4,8
**16** 115:2 260:14
**16th** 121:20
**160** 3:14
**1616105** 3:11
144:7,11
**1674223** 3:22
247:6,8
**17the** 114:12
**173776** 3:13
152:19 153:1
**176** 3:14
**18** 1:14 212:23
213:6 217:10
278:8
**18th** 4:3 69:23

206:25 207:24
215:2 217:14
218:10
**1854320** 186:15
**1854321** 3:14
176:6,7
**186** 3:15
**19** 190:7 229:23
**19th** 190:15
**194** 3:15
**196** 3:16
**198** 3:16
**1996** 103:22
109:18

---

**2**

**2** 3:4 72:23 99:2
168:22 248:10
248:15 249:5,6
249:10 262:24
267:17 269:1,3
269:7
**2IC** 120:9
**2nd** 2:8 98:15
196:4
**2.16am** 142:4
**2.29** 91:22
**20** 96:24 229:13
234:16 235:11
236:7
**20th** 208:14
**20-23** 1:18 4:6
**200** 2:4
**20014** 165:20
**2003** 103:24
**2006** 186:24
**2008** 102:4
**2009** 66:14 69:18
70:11 74:13,17
76:8,10 110:18
190:15 260:17
261:7,15
**2009/2010** 75:6
75:21 76:2
**2010** 70:16 74:13
74:17 77:11



110:18 248:7
261:7
**2011** 34:4 51:5
72:22 73:15,18
73:19 78:5
94:10 95:16
101:13 107:11
111:8 179:25
180:2 181:14
181:16,22
182:2,6,21,25
185:9 189:5
216:20 266:4
269:9
**2012** 35:17 70:18
72:18 94:10
116:16 119:14
183:25 260:14
269:10,23
**2013** 32:8 34:4
38:10 77:15
78:4 79:3,16
80:16 94:13
118:9 120:19
121:1,7,11,15
121:20 123:24
124:13 127:18
151:14 152:25
159:24 160:10
167:2 168:16
191:14 193:13
195:2 196:4
250:1
**2014** 69:23 71:25
74:9 89:11 94:7
94:9,11 96:24
97:19 98:6,11
98:15,20 99:2,6
100:6 113:1
114:12 115:2
124:3,17
142:21,21
206:25 207:25
208:14,24
209:21 211:9
212:23 213:6

215:2 217:13
217:14 220:15
224:12 269:10
269:24
**2015** 23:9 24:1
25:5 26:4,16
27:8 31:3,9
52:25 53:3,5
62:12,15,20
65:22 124:25
125:2 141:25
218:12,19,21
218:23 219:4,6
229:13,23
230:9 260:14
**2016** 27:8 31:4,10
54:4,15 235:6
236:10 243:6
**2017** 235:6 262:2
264:14 266:24
267:10 268:3
269:25 270:13
270:23,25
271:5,23
**2018** 183:22
**2019** 96:6 99:19
178:21 183:19
190:7 243:25
267:14 268:7
**2020** 1:14 4:3
177:20 178:19
183:12,16
254:21,23
257:20,23
258:15 278:8
**207** 3:17
**208** 3:17
**209** 3:18
**21** 170:6
**212** 3:18
**216** 3:19
**218** 3:19
**22** 54:15
**22208** 3:24
251:21,24
**224** 3:20

**225** 3:20
**225K** 75:9,11
**226** 3:21
**229** 3:21
**23** 167:20 168:14
168:18
**23rd** 86:5,23
223:12,24
**24** 230:9
**245,103.89** 79:4
**247** 3:22,22
**249** 3:23
**251** 3:23,24
**2525** 2:14
**256** 255:3
**258** 3:24
**262** 3:25
**27** 68:10,13
**276,268,599**
15:23
**278248** 224:10
**28th** 98:6 208:24
220:14
**2800** 2:8
**28003** 249:17,23
**28063** 3:23

_____
**3**
**3** 3:5 74:21,23
95:19 98:6,21
99:6 100:7
127:24 128:11
262:23 263:5,6
263:9,9 266:7,9
269:7
**3JD** 1:18 4:6
**3rd** 141:24,24
**3.41** 115:2
**3.50** 229:14
**30** 52:16 79:3
195:16,17
**30th** 159:23
160:10 169:24
**30-40** 195:18
**30-40,000** 195:17
**300,000** 101:9

118:16,21,23
122:22,23
**305** 2:5
**305-539-8400** 2:9
**305.445.2500**
2:15
**31** 215:5,6
**32** 140:18
**320,832.1** 119:24
**33** 44:12
**33131** 2:4,9
**33134** 2:14
**357-3861** 2:5
**36** 140:18 172:21
**37** 161:23
**37%** 36:15
**376** 3:24 258:14
258:17
**38** 161:24

_____
**4**
**4** 98:11,20 99:6
158:19 167:2
269:7
**4.08** 158:19
**4.55** 193:25
**4/1/11** 186:9
**40** 195:16,17,20
**40K** 195:20
**40%** 11:24 12:1,7
**40,000** 195:18
**40-50** 272:24
**41** 3:8 119:1,4
214:6
**45457** 3:8 125:17
125:19
**45458** 126:11
**45461** 3:9 126:15
126:16
**46** 214:8,8
**46093** 3:7 117:17
117:21
**46098** 3:15 194:9
194:10
**46800** 3:21 229:3
229:7

**49** 161:2
**49.4** 8:17
**49.5** 8:19 11:6

_____
**5**
**5** 269:7
**5th** 166:11
**5%** 117:11 118:3
**5.04** 193:25
**5.26** 230:9
**5.56** 230:15
**5/3/2015** 142:3
**50** 150:9 274:20
**50%** 168:22,23
169:3,9,19
**50-40** 173:20
**50/50** 168:25
**500%** 20:8
**500,000** 84:13,20
84:23 85:3,8
88:23
**51** 161:2
**51%** 162:4,5,9,18
162:25 163:2,6
163:9,10,22,25
164:5,18 165:2
165:9 167:17
168:2,5 169:2
169:18 174:23
174:24
**51%/49** 169:10
**51010** 3:9 139:17
139:19
**51013** 3:10 141:3
141:4
**51780** 3:3 67:11
67:13
**53141** 3:20 224:8
224:18
**54** 3:3
**5500** 2:4
**560317** 3:18,19
212:24,25
218:11,15
**561744** 3:6 95:9
95:11



**57864** 219:2
**59** 274:20

**6**
**6th** 166:13 170:5
    171:25 172:3
**6,000** 20:7
**6.07** 230:15
**6.36** 252:11
**6.42** 98:15
**6.46** 252:11
**60.666** 169:10
**600,000** 139:6
**600-750,000**
    131:18 135:15
**62** 3:3
**650,000** 274:2,10
**66%** 167:18
    168:6
**66.7** 164:20,22
**68503** 3:21
    226:15,17
**68505** 3:20
    225:18,24
**68665** 3:19
    216:20,24

**7**
**7** 186:24 218:19
    219:4 262:2
**7th** 119:14
    218:12,23
    219:6
**7%** 12:13,25
    13:14,23
**7.12** 272:10
**7.12.39** 190:7
**7.15** 272:10
**7.21** 277:12
**700** 133:24
**700,000** 135:17
    139:5
**72** 3:4,4
**74** 3:5
**750** 139:9

**8**
**8** 3:6 96:5,9
    224:12
**8th** 120:19 121:1
    121:7
**800,000** 261:6
**821,000** 264:24
**825K** 75:12,23
**85** 3:5

**9**
**9.23** 98:11
**9:18-cv-80176-...**
    1:3
**95** 3:6
**96** 3:6
**97** 214:7
**97481146384**
    166:24
**99%** 222:11



VIDEOTAPED DEPOSITION OF CRAIG WRIGHT
ERRATA
CASE NO. 9:18-cv-80176-BB/BR
DATE: March 18, 2020

| Page/Line # | Original | Correction | Reason for Change |
|---|---|---|---|
| 129:7–9 | I think it was W&KIR, for money through Liberty Reserve. | I think it was WMKIR, for money through Liberty Reserve. | Transcription Error |
| 227:7 | Yes, they appear reel. | Yes, they appear real. | Spelling Correction |
| 229:24–230:2 | reporters were calling up at about the computer designs | reporters were calling up about the computer designs | Transcription Error |
| 258:1–4 | I set up something where it is a non-revocable trust where the settler has no rights, where the settler cannot revoke anything | I set up something where it is a non-revocable trust where the settlor has no rights, where the settlor cannot revoke anything | Spelling Error |