UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC,

    plaintiffs,

v.                                                                                   **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.

_____/

**JOINT MOTION TO EXTEND CERTAIN
PRE-TRIAL DEADLINES AND RESET THE TRIAL**

In light of Administrative Order 2020-53, the parties jointly request that the Court extend certain remaining pre-trial deadlines and reset the trial to January 4, 2020.

The parties respectfully request the Court to reset the following pre-trial deadlines set forth in this Court's orders Scheduling Trial and Order of Instructions before Calendar Call, ECF No. [605 and 607, respectively] as follows:

- Proposed Verdict Form;                    December 21;
- Proposed Voir Dire Questions:          December 21;
- Exhibit Lists/Objections, etc.:           December 21;
- Demonstrative and Summary Exhibits:   December 28;
- Court Calendar Call:                       as set by the Court.

The parties propose these extended deadlines so that each fall in advance of the new proposed trial date on the same schedule as the Court provided in the Trial Order.

If the above pre-trial filings are keyed into the January 4, 2020 jury trial calendar, the parties will use this additional time to work on a targeted joint presentation of the exhibits and

objections, with the hope of reducing the number of disputes requiring judicial resolution. Using the proposed deadlines to make streamlined, focused decisions will conserve judicial and party resources and lead to a better, and better considered, presentation of each side's position at trial. The parties expect to meet the current September 29, 2020 deadline for the submission of the following: jury instructions, list of stipulated facts, and joint pre-trial stipulation. For all these reasons, the parties respectfully request that the Court enter a pre-trial order in the form attached.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the parties have conferred and are jointly seeking this request.

Dated: September __, 2020

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

*Counsel for Dr. Craig S. Wright*

*s/* Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel for Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I CERTIFY that on September 3, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Amanda McGovern