UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB |

**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN
PRE-TRIAL DEADLINES AND RESET THE TRIAL**

**THIS CAUSE** is before the Court on the Parties' Joint Motion To Extend Certain Pre-Trial Deadlines And Reset The Trial, ECF No. [ ] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [ ]**, is GRANTED.

2. The Court's Order Scheduling Trial, **ECF No. [605]**, is **AMENDED** as follows: This cause is set for trial during the Court's two week **trial calendar**, beginning on **January 4, 2021 at 9:00 a.m.** at the United States courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The parties shall appear before the Court for **calendar call at _____** on _____ .

3. The Court's Order of Instructions before Calendar Call, **ECF No. [607]** ("Amended Order"), is **AMENDED** as to the following deadlines:

Proposed Verdict Form                                                December 21;

| | |
|---|---|
| Proposed Voir Dire Questions | December 21; |
| Exhibit List/Objections, etc. | December 21; |
| Demonstrative and Summary Exhibits: | December 28. |

All other pre-trial deadlines in the Amended Order are unaffected by this order.

_____
JUDGE BETH BLOOM
United States District Judge

Copies to:

Counsel of Record