UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

       Plaintiffs,

v.

CRAIG WRIGHT,

       Defendant.

_____/

## ORDER

       **THIS CAUSE** is before the Court upon the parties' Joint Motion to Extend Certain Pre-Trial Deadlines and Reset the Trial, ECF No. [613] ("Motion"). The Court has considered the Motion, the record in this case, and is otherwise fully advised.

       Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Motion, **ECF No. [613]**, is **GRANTED IN PART**.

2.  The Court's Orders Scheduling Trial and Order of Instructions before Calendar Call, **ECF Nos. [476]** and **[607]** ("Trial Orders"), are **AMENDED** as to the following deadlines:

| | |
|---|---|
| Proposed Verdict Form | December 15, 2020; |
| Proposed Voir Dire Questions | December 15, 2020; |
| Exhibit List/Objections, etc. | December 15, 2020; |
| Demonstrative and Summary Exhibits: | December 21, 2020. |

    All other deadlines set forth in the amended Trial Order, ECF No. [607], remain in place.

3.  The Court's Scheduling Order, **ECF No. [382]**, and Trial Orders, **ECF No. [476]**

and **[607]**, are **AMENDED** as follows:

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**January 4, 2021, at 9:00 a.m.**  Calendar call will be held at **1:45 p.m. on Tuesday, December**

**15, 2020**. No pre-trial conference will be held unless a party requests one at a later date and the

Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial

and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D.**

**Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 3, 2020.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record