UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Plaintiffs,

v.                                                    Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    Defendant.
_____/

## JOINT STIPULATED FACTS

1. Plaintiffs filed this action on February 14, 2018.

2. The plaintiffs in this case are Ira Kleiman as the personal representative of the Estate of Dave Kleiman and W&K Info Defense Research LLC ("W&K").

3. Ira Kleiman is Dave Kleiman's brother and he serves as the personal representative of Dave Kleiman's estate.

4. Dave Kleiman was a resident of Florida at all material times.

5. On February 14, 2011, W&K was formed as a Florida Limited Liability Company.

6. Dr. Craig Wright is an Australian citizen.

7. The Bitcoin whitepaper was publicly released on October 31, 2008, under the pseudonym Satoshi Nakamoto.

8. Ira Kleiman opened an estate proceeding related to Dave Kleiman in the Circuit Court for Palm Beach County (the "Probate Proceeding").

| | |
|---|---|
| *Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*<br><br>By: /s/ *Andrew S. Brenner*<br>Andrew S. Brenner, Esq.<br>Florida Bar No. 978663<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd Street, Suite 2800<br>Miami, Florida 33131<br>abrenner@bsfllp.com<br><br>Velvel (Devin) Freedman, Esq.<br>**ROCHE CYRULNIK FREEDMAN LLP**<br>200 S. Biscayne Blvd.<br>Suite 5500 Miami, Florida 33131<br>vel@rcfllp.com<br>nbermond@rcfllp.com<br><br>Kyle W. Roche, Esq.<br>Joseph M. Delich<br>**ROCHE CYRULNIK FREEDMAN LLP**<br>99 Park Avenue, 19th Floor<br>New York, New York 10016<br>kyle@rcfllp.com<br>jdelich@rcfllp.com | *Attorneys for Dr. Craig Wright*<br><br>RIVERO MESTRE LLP<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Miami, Florida 33134<br>Telephone: (305) 445-2500<br>Fax: (305) 445-2505<br>Email: amcgovern@riveromestre.com<br>Email: arivero@rivermestre.com<br>Email: zkass@riveromestre.com<br>Email: zmarkoe@riveromestre.com<br>Email: receptionist@riveromestre.com<br><br>By: /s/ Amanda McGovern<br>AMANDA MCGOVERN<br>Florida Bar No. 964263<br>ANDRES RIVERO<br>Florida Bar No. 613819<br>SCHNEUR KASS<br>Florida Bar No. 100554<br>ZAHARAH MARKOE<br>Florida Bar No. 504734 |

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ *Andrew s. Brenner*
ANDREW S. BRENNER