## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                              **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

    defendant.
_____/

## DR. CRAIG WRIGHT'S NOTICE
## REGARDING THE JOINT PRE-TRIAL STIPULATION

On September 29, 2020, the parties filed their Joint Pre-Trial Stipulation [D.E. 617] (the "Stipulation"). The parties worked to agree on the statements made in the Stipulation. Where the parties were unable to reach an agreement, we inserted separate sections for each side. *See* Stipulation §§ 1, 6, 8, and 11.

In an abundance of caution, Dr. Wright files this notice to clarify that, while submitted jointly, he does not agree to plaintiffs' statements made in the sections of the Stipulation where the parties submitted competing statements, such as the statement of the case in section one of the Stipulation.

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: arivero@rivermestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: /s/ Amanda McGovern
AMANDA MCGOVERN

Florida Bar No. 964263  
ANDRES RIVERO  
Florida Bar No. 613819  
SCHNEUR KASS  
Florida Bar No. 100554  
ZAHARAH MARKOE  
Florida Bar No. 504734

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                                                 /s/ Amanda McGovern