UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Trial in this matter is currently set for January 4, 2021. ECF No. [614]. On October 20, 2020, Administrative Order 2020-76 was issued, continuing all jury trials to April 5, 2021. Individual judges may continue to hold hearings, conferences, and bench trials at their discretion.

Accordingly, it is **ORDERED AND ADJUDGED** that a Zoom video status conference is set for **November 19, 2020** at **9:30 a.m.** to discuss the status of this case. The Zoom hyperlink is https://www.zoomgov.com/j/1619680272?pwd=YTVjdkl3MmVVRkk4cjJOdXJkS285Zz09. Alternatively, the Meeting ID is 161 968 0272 and the Passcode is 668770.

Case No. 18-cv-80176-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 22, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record