UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

**JOINT MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

In light of Administrative Order 2020-76 the parties jointly request that the Court extend certain remaining pre-trial deadlines and reset the trial to April 5, 2021. Specifically, the parties request that the Court reset the following deadlines set forth in this Court's September 3, 2020, Order Amending Orders Scheduling Trial and Order of Instructions before Calendar Call, ECF No. [614] as follows:

- ☐ Exhibit Lists/Objections:           March 16
- ☐ Demonstrative/Summary Exhibits:     March 22
- ☐ Court Calendar Call:                March 16

The parties propose these extended deadlines so that each fall in advance of the new proposed trial date on the same schedule as the Court provided in its September 3 Order.

If the above pre-trial filings are keyed into the April 5, 2021 jury trial calendar, the parties will use this additional time to continue work on a targeted joint presentation of the exhibits and objections, with the hope of reducing the number of disputes requiring judicial resolution. Using the proposed deadlines to make streamlined, focused decisions will conserve judicial and party resources and lead to a better, and better considered, presentation of each side's position at trial.

For these reasons, the parties respectfully request that the Court enter a pre-trial order in

1

the form attached.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), the parties have conferred and are jointly seeking this request.

Dated: November 18, 2020

Respectfully submitted,

**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

*Counsel for Dr. Craig S. Wright*

*s/* Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd. Suite 5500
Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel for Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Velvel Freedman*
VELVEL (DEVIN) FREEDMAN
