# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND RESET THE TRIAL

**THIS CAUSE** is before the Court on the Parties' Joint Motion To Extend Certain Pre-Trial Deadlines And Reset The Trial, ECF No. [622] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [622]**, is **GRANTED**.

2. The Court's Order Scheduling Trial, **ECF No. [614]**, is **AMENDED** as follows: This cause is set for trial during the Court's two week **trial calendar**, beginning on **April 5, 2021 at 9:00 a.m.** at the United States courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The parties shall appear before the Court for **calendar call** at \_\_\_\_\_ on **March 16, 2021**.

3. The Court's Order of Instructions before Calendar Call, **ECF No. [614]**, is **AMENDED** as to the following deadlines:

   | | |
   |---|---|
   | Exhibit Lists/Objections: | March 16, 2021 |
   | Demonstrative/Summary Exhibits: | March 22, 2021 |

1

2

All other pre-trial deadlines in the Amended Order are unaffected by this order.

                                                                                                  JUDGE BETH BLOOM
                                                                                                  United States District Judge

Copies to: Counsel of Record