UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court following a status conference held on November 19, 2020.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Extend Certain Pre-Trial Deadlines, **ECF No. [624]**, is **GRANTED IN PART**.

2. The Court's Orders Scheduling Trial and Order of Instructions before Calendar Call, **ECF Nos. [476]**; **[607]**; and **[614]** ("Trial Orders"), are **AMENDED** as to the following deadlines:

   | | |
   |---|---|
   | Proposed Verdict Form | March 16, 2021; |
   | Proposed Voir Dire Questions | March 16, 2021; |
   | Exhibit List/Objections, etc. | March 16, 2021; |
   | Demonstrative and Summary Exhibits: | March 22, 2021 |

3. **THIS CAUSE** is specially set for **Jury Trial** beginning on **June 1, 2021, at 9:00 a.m.** Calendar Call will be held at **1:45 p.m. on Tuesday, May 11, 2021**. Unless

Case No. 18-cv-80176-BLOOM/Reinhart

instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**.

4. The Court will also hold a **Status Conference on May 11, 2021** at the Calendar Call.

5. By **January 10, 2021**, the parties shall jointly file a notice and proposed order scheduling mediation to occur before May 11, 2021. The mediation may occur by videoconference.

6. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 19, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record