**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K Info Defense
Research LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**JOINT NOTICE OF SCHEDULING MEDIATION**

The parties give notice that they have scheduled a mediation conference with **Thomas E. Scott of Cole, Scott & Kissane** by zoom/videoconference at **10:00 a.m.** on **February 3, 2021.**

Dated January 11, 2021

| | |
|---|---|
| Velvel (Devin) Freedman, Esq.<br>Florida Bar No. 99762<br>ROCHE CYRULNIK FREEDMAN LLP<br>200 S. Biscayne Blvd, Suite 5500<br>Miami, Florida 33131<br>Telephone: (305) 357-3861<br>vel@rcfllp.com<br>nbermond@rcfllp.com<br>Kyle W. Roche, Esq.<br>Joseph M. Delich, Esq.<br>*Admitted Pro Hac Vice*<br>ROCHE CYRULNIK FREEDMAN LLP<br>99 Park Avenue, Suite 1910<br>New York, NY 10016<br>kyle@rcfllp.com<br>jdelich@rcfllp.com<br><br>Andrew s. Brenner, Esq.<br>BOIES SCHILLER FLEXNER LLP<br>Florida Bar No.978663<br>100 SE Second Street, Suite 2800<br>Miami, Florida 33131<br>Tel.: (305) 539-8400<br>Email: abrenner@bsfllp.com<br><br>*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC* | Respectfully submitted,<br><br>*s/ Andres Rivero*<br>Andres Rivero, Esq.<br>Amanda McGovern, Esq.<br>Zaharah Markoe, Esq.<br>RIVERO MESTRE LLP<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Coral Gables, FL 33134<br>305-445-2500<br>(305) 445-2505 (fax)<br>arivero@riveromestre.com<br>amcgovern@riveromestre.com<br>zmarkoe@riveromestre.com<br>receptionist@riveromestre.com<br><br>*Counsel to Defendant, Craig Wright* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Andres Rivero*
Andres Rivero