**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**PROPOSED ORDER SCHEDULING MEDIATION**

The mediation conference in this case shall be before **Thomas E. Scott** on **February 3, 2021**. The mediation will be by zoom/videoconference **at 10:00 a.m.** This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of Court. **Within three (3) days** following the mediation conference, the parties shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED in Miami, Florida this _____ day of _____, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record