**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  18-cv-80176-BLOOM/Reinhart**

IRA KLEIMAN, *et al*.,

       Plaintiffs,

v.

CRAIG WRIGHT,

       Defendant.

_____/

## ORDER SCHEDULING MEDIATION

       The mediation conference in this case shall be held on **February 3, 2021**, at **10:00 A.M.**

with Thomas E. Scott via Zoom video conference. **On or before February 8, 2021**, the parties

shall file a mediation report indicating whether all required parties were present. The report shall

also indicate whether the case settled (in full or in part), the mediation was continued with the

consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule

the mediation without leave of court.

       **DONE AND ORDERED** in Chambers at Miami, Florida, on January 11, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record