# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K Info Defense
Research LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## NOTICE OF ENTRY OF PARTY

Defendant gives notice of entry of party of Mediator, **Thomas E. Scott of Cole, Scott & Kissane, Building, 9150 South Dadeland Boulevard, Suite 1400, Miami Florida 33156** in support of filing DE 627.

Dated January 12, 2021

                                      Respectfully submitted,

                                      *s/ Andres Rivero*
                                      Andres Rivero, Esq.
                                      Amanda McGovern, Esq.
                                      Zaharah Markoe, Esq.
                                      RIVERO MESTRE LLP
                                      2525 Ponce de Leon Boulevard
                                      Suite 1000
                                      Coral Gables, FL 33134
                                      305-445-2500
                                      (305) 445-2505 (fax)
                                      arivero@riveromestre.com
                                      amcgovern@riveromestre.com
                                      zmarkoe@riveromestre.com
                                      receptionist@riveromestre.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

              *s/ Andres Rivero*
              Andres Rivero