# U. S. DISTRICT JUDGE BETH BLOOM
## Juror Questionnaire in Civil Cases

Please answer fully all of the following questions:

1. What are your name and date of birth? _____;   _____

2. Please describe your current employment, and past work history.
   _____
   _____

3. What is your educational background (i.e., grade school, high school, college, etc.).
   _____

4. Please describe your spouse or partner's current and past occupation and describe his/her educational background.
   _____
   _____

5. If you have any adult children, describe their level of schooling and/or employment.
   _____

6. Have you served in the military?   If so, please describe such service.
   _____

7. Have you ever served on a jury before?   If so, state how many times; the type of case; whether the trial was in state or federal court; if you reached a verdict and if you were the foreperson.
   _____
   _____

8. Would you briefly describe any personal hobbies and/or interests you have?
   _____

9. What newspapers and/or magazines do you read regularly?   Also, what are your favorite T.V. shows and/or websites?
   _____

10. If you and/or a close family member or friend has ever been a party to a lawsuit (i.e., sued someone or been sued by someone) please describe the circumstances.
    _____

11. Do you participate in any organizations or groups (community, social, civil, union, religious, political)?   _____ If yes, please state the name of the group and if you hold a leadership position.
    _____
    ___

12. Is there anything in your background or personal feelings which might affect your ability to be fair and impartial to both sides?
    _____
    _____
    _____