**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.
_____/

**DR. CRAIG WRIGHT'S PROPOSED JUROR QUESTIONNAIRE**[1]

**Juror Questionnaire in Civil Cases**

Please answer fully all of the following questions:

1. What are your name and date of birth? _____; _____

2. Please describe your current employment, and past work history.
   _____
   _____

3. What is your educational background (i.e. grade school, high school, college, etc.).
   _____

4. Please describe your spouse or partner's current and past occupation and describe his/her educational background.
   _____
   _____

5. If you have any adult children, describe their level of schooling and/or employment.
   _____

---

[1] Questions 1 through 12 are from the Court's Juror Questionnaire in Civil Cases. Dr. Wright's proposed questions are Questions 13 and 14.

1

6.     Have you served in the military? If so, please describe such service.
_____

7.     Have you ever served on a jury before? If so, state how many times; the type of case; whether the trial was in state or federal court; if you reached a verdict and if you were the foreperson.
_____
_____

8.     Would you briefly describe any personal hobbies and/or interests you have?
_____

9.     What newspapers and/or magazines do you read regularly? Also, what are your favorite T.V. shows and/or websites?
_____

10.    If you and/or a close family member or friend has ever been a party to a lawsuit (i.e. sued someone or been sued by someone) please describe the circumstances.
_____

11.    Do you participate in any organizations or groups (community, social, civil, union, religious, political)? _____ If yes, please state the name of the group and if you hold a leadership position.
_____

12.    Is there anything in your background or personal feelings which might affect your ability to be fair and impartial to both sides?
_____
_____

13.    Do you have any experience or opinions regarding persons with a developmental disability such as Autism or Asperger's Syndrome? If yes, please describe.
_____
_____

14.    If you have seen, heard, or read anything about Dr. Craig Wright, Satoshi Nakamoto, or this case, please indicate: (a) what you saw, read or heard; (b) where you saw, read or heard it; and (c) when you saw, read or heard it.
_____
_____
_____