| | |
|---|---|
| **From:** | peter silk |
| **To:** | Elizabeth Gariazzo |
| **Subject:** | IFeexV6 |
| **Date:** | Thursday, January 21, 2021 2:06:45 AM |

**CAUTION - EXTERNAL:**

Hello Judge B Bloom

I emailing to you regarding my Bitcoin address that has been dormant since I made the wallet looking online  for investments after purchasing my first home to help pay off the loan while I was driving semi's here in Australia.

  Back then no one new what Bitcoins where including myself and because of the small amount I invested back then I just plainly forgot about it all till now because of driving interstate semis

I saw Bitcoin prices now for the first time so I looked at the most somebody has then I saw the top dormant addresses and reckonized my address at the top of the list .I lost the computer I made the wallet on due to the trojen virus but still have all the keys and have unlocked a new wallet using the twelve word seed phrase but no Bitcoins have shown up yet so please don't Dr Wright access my wallet as I am driving to Sydney now to get some help from as Bitcoin expert .

 Attached is some proof of the age of my diary and part of the keys .

   Thankyou

Peter pH+███████

pas███████@hotmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.