JIL MR

AICICYMYN

HACOCH

OTICA DYEMO

YMPT