
2007