**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:18-cv-80176**

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH,
LLC,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.
_____/

**DR. CRAIG WRIGHT'S PROPOSED JUROR QUESTIONNAIRE**[1]

**Juror Questionnaire in Civil Cases**

Please answer fully all of the following questions:

1. What are your name and date of birth? _____; _____

2. Please describe your current employment, and past work history.
   _____
   _____

3. What is your educational background (i.e. grade school, high school, college, etc.).
   _____

4. Please describe your spouse or partner's current and past occupation and describe his/her educational background.
   _____
   _____

5. If you have any adult children, describe their level of schooling and/or employment.
   _____

---

[1] Questions 1 through 12 are from the Court's Juror Questionnaire in Civil Cases. Dr. Wright's proposed questions are Questions 13 and 14.

6. Have you served in the military? If so, please describe such service.
_____

7. Have you ever served on a jury before? If so, state how many times; the type of case; whether the trial was in state or federal court; if you reached a verdict and if you were the foreperson.
_____
_____

8. Would you briefly describe any personal hobbies and/or interests you have?
_____

9. What newspapers and/or magazines do you read regularly? Also, what are your favorite T.V. shows and/or websites?
_____

10. If you and/or a close family member or friend has ever been a party to a lawsuit (i.e. sued someone or been sued by someone) please describe the circumstances.
_____

11. Do you participate in any organizations or groups (community, social, civil, union, religious, political)? _____ If yes, please state the name of the group and if you hold a leadership position.
_____

12. Is there anything in your background or personal feelings which might affect your ability to be fair and impartial to both sides?
_____
_____

13. Do you have any experience or opinions regarding persons with a developmental disability such as Autism or Asperger's Syndrome? If yes, please describe.
_____
_____

14. If you have seen, heard, or read anything about Dr. Craig Wright, Dave Kleiman, Satoshi Nakamoto, or this case, please indicate: (a) what you saw, read or heard; (b) where you saw, read or heard it; and (c) when you saw, read or heard it.
_____
_____
_____