UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On January 11, 2021, the Court entered an Order Scheduling Mediation before Thomas E. Scott, Esq. on February 3, 2021. ECF No. [628] ("Order"). In that Order, the Court required the parties to file a mediation report no later than February 8, 2021. To date, no mediation report has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a mediation report **no later than February 11, 2021**. Failure to do so shall result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 9, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record