# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

## MEDIATION REPORT

The parties conducted a lengthy mediation on February 3, 2021. All parties and counsel were present. The parties negotiated in good faith. Ultimately, the parties were unable to reach resolution. Therefore, the undersigned declares an impasse at this time.

    Respectfully submitted,

    Thomas E. Scott, Esquire
    COLE, SCOTT & KISSANE, P.A.
    Cole, Scott & Kissane Building – Suite 1400
    9150 South Dadeland Boulevard
    Miami, Florida 33156
    Phone: (305) 350-5300

    By: /s/ Thomas E. Scott
        THOMAS E. SCOTT (FBN: 149100)
        Primary email: Thomas.scott@csklegal.com
        Secondary email: renee.jordan@csklegal.com