UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative
of the estate of David
Kleiman, and W&K Info
Defense Research LLC

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.
_____/

## DR. CRAIG WRIGHT'S NOTICE OF FILING TRIAL EXHIBIT LIST

In accordance with the Court's Amended Order Scheduling Trial and Order of Instructions before Calendar Call [D.E. 626], Dr. Craig Wright gives notice of filing his Trial Exhibit List.

Dated: March 16, 2021

                                        Respectfully submitted,

                                        RIVERO MESTRE LLP
                                        *Attorneys for Dr. Craig Wright*
                                        2525 Ponce de Leon Blvd., Suite 1000
                                        Miami, FL 33134
                                        Telephone: (305) 445-2500
                                        Fax: (305) 445-2505
                                        Email:  arivero@riveromestre.com
                                                               amcgovern@riveromestre.com
                                                                arolnick@riveromestre.com
                                                                zkass@riveromestre.com
                                                               zmarkoe@riveromestre.com
                                                               rsanchez@riveromestre.com
                                                               receptionist@riveromestre.com

By:    s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ALAN H. ROLNICK
Florida Bar No. 715085
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Amanda McGovern*
Amanda McGovern
