# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                 **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

## DR. CRAIG WRIGHT'S TRIAL EXHIBIT LIST[1]

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D001 | 2/16/11 | W&K Info Defense Research LLC Articles of Organization | KLEIMAN_00562358-KLEIMAN_00562359 | |
| D002 | 3/28/14 | 2014 Limited Liability Company Reinstatement for W&K Info Defense Research LLC | KLEIMAN_00299062 | |
| D003 | 2/26/16 | Exhibit D01 to J. Warren 7/24/2019 deposition | | R |
| D004 | 4/12/18 | 2018 Limited Liability Company Reinstatement for W&K Info Defense Research LLC | http://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=flal-l11000019904-dce79b55-176a-4442-93a7-3c8896316aa2&transactionId=l11000019904-re-42d2ae10-fbd1-4902-8f7e-f57e746413cf&formatType=PDF | |
| D005 | 9/18/17 | First Amended Complaint. *Kleiman v. Computer* | KLEIMAN_00561088-KLEIMAN_00561103 | R, H |

---
[1] Dr. Wright reserves the right to introduce any document identified on Plaintiffs' exhibit list.

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | *Forensics LLC, Conrad & Paige*. Case No. 50-2016-CA-013045 | | |
| D006 | 6/7/15 | Email chain between I. Kleiman and Florida Division of Corporations re: articles of incorporation | KLEIMAN_00002695 | R |
| D007 | 10/25/13 | D. Kleiman Last Will | KARP_00000140-KARP_00000144 | |
| D008 | 6/18/15 | Letter to Department of the Treasury from The Karp Law Firm | KARP_00000052-KARP_00000054 | R, H |
| D009 | 3/21/19 | Plaintiffs' Second Amended Responses and Objections to Wright's First Set of Interrogatories to Plaintiff, Ira Kleiman | | |
| D010 | 9/3/13 | Supreme Court of New South Wales Notice of Listing Case No. 2013/00245661 with envelope | PAIGE_00001908-PAIGE_00001909 | H |
| D011 | 5/8/14 | Email chain between P. Paige, C. Conrad and I. Kleiman re: Mailbox Renewal Reminder | PAIGE_00002952-PAIGE_00002953 | H |
| D012 | 10/5/12 | Exhibit D02 to J. Warren 7/24/2019 deposition | | |
| D013 | 12/2/14 | Exhibit D03 to J. Warren 7/24/2019 deposition | DEF_00762932-DEF_00762934 | |
| D014 | 10/25/13 | Letter to Palm Beach County Courthouse - North Branch from The Karp Law Firm with attachments | KARP_00000020-KARP_00000040 | R, H |
| D015 | 5/21/13 | D. Kleiman TransUnion credit report | KARP_00000096-KARP_00000100 | R, H |
| D016 | 10/26/10 | Letter to B. McSwain, Casa Rio Homeowners' Sub-Association, Inc. from The Karp Law Firm | KARP_00000159-KARP_00000160 | R, H |
| D017 | 4/29/13 | Email chain between K. Andreou, C. Wright and multiple others re: Dave Kleiman | KIMON_00000401-KIMON_00000402 | R, H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D018 | 2010 | D. Kleiman 2010 Tax Return | DKUHARCIK000001-DKUHARCIK000010 | R |
| D019 | 2011 | D. Kleiman 2011 Tax Return | DKUHARCIK000011-DKUHARCIK000023 | R |
| D020 | 4/29/13 | Email to P. Paige, B. Long, G. Kelley, C. Bell, M. Shannon, J. Hatchett, E. Robi, G. Freemyer, P. Henry, C. Wright, S. Moulton, W. Marney, B. Bell, B. Dean, K. Andreou and G. Kelley from C. Conrad re: Dave Kleiman | PAIGE_00003509 | R, H |
| D021 | 2/16/11 | Exhibit 5 to R. Radvanovsky 12/12/2019 deposition | DEF_00285685/BEV_00643451 | |
| D022 | 12/3/19 | A. Antonopoulos' time log (1/7/2020 depo, Ex. 6) | | |
| D023 | 12/30/19 | Exhibit 14 to A. Antonopoulos 1/7/2020 deposition | | |
| D024 | | Exhibit 17 to A. Antonopoulos' 1/7/2020 deposition | | |
| D025 | 7/16/19 | M. Edman invoice 7/16/2019 | | |
| D026 | 8/15/19 | M. Edman invoice 8/15/2019 | | |
| D027 | 1/9/20 | M. Edman invoice 1/9/2020 | | |
| D028 | 5/26/06 | Email chain with attachment between C. Wright and R. Radvanovsky re: And another thing… | DEF_00212902-DEF_00212939 | R, H |
| D029 | 4/19/10 | Email chain between D. Kleiman, C. Wright and R. Radvanovsky re: Papers so far. | DEFAUS_00693293 | R, H |
| D030 | 6/8/10 | Email chain between C. Wright and D. Kleiman re: An update | DEFAUS_00089140 | R, H |
| D031 | 10/15/12 | Email with attachment to V. Raj from C. Wright re: Travel | DEF_00026615-DEF_00026628 | R, H |
| D032 | 8/16/13 | Verified Complaint, *Wells Fargo Bank v. D. Kleiman* Case No. 2013CA013002 | | R, H |
| D033 | 8/8/13 | Exhibit 18 to J. Wilson 11/8/2019 deposition | DEF_00262775 | R, H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D034 | 2/3/12 | Computer Forensic LLC Articles of Organization | KLEIMAN_00182952-KLEIMAN_00182953 | R, H |
| D035 | 6/11/12 | Stamped Filed Articles of Amendment to Articles of Organization for Computer Forensic LLC | KLEIMAN_00179597-KLEIMAN_00179602 | R, H |
| D036 | 3/5/13 | 2013 Limited Liability Company Annual Report of Computer Forensics LLC | http://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=flal-l12000020457-70db3a83-e142-4ce8-b08f-64567b596850&transactionId=l12000020457-b49a44ab-6cd4-4cd1-b40a-312bff296ec4&formatType=PDF | R, H |
| D037 | 4/15/19 | Non-Party Computer Forensics LLC's Response to Defendant's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action Dated March 28, 2019 | | R |
| D038 | 8/3/17 | Motion to Compel *IN RE: Estate of David A. Kleiman* File no. 13-5060 | | R |
| D039 | 2/27/18 | Settlement Agreement, *Kleiman v. Computer Forensic LLC, C. Conrad and P. Paige* Case No. 50-2016-013045 | | R |
| D040 | 11/4/12 | Email to M. Sheppard, D. Ostrom, J. Giarraputo, N. Pham from D. Kleiman re: US v. Garcia - Expert | KLEIMAN_00413435 | R |
| D041 | 1/30/13 | Email chain with attachment between D. Kleiman, C. Conrad and P. Paige re: Question on costs for a company | KLEIMAN_00071223-KLEIMAN_00071225 | R |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D042 | 4/29/13 | Email chain between C. Wright, C. Conrad, P. Paige, B. Long, G. Kelley, M. Shannon, J. Hatchett, E. Robi, G. Freemyer, P. Henry, S. Moulton, W. Marney, B. Bell, B. Dean and K. Andreou re: Dave Kleiman | PAIGE_00003483-PAIGE_00003484 | H |
| D043 | 4/30/13 | Email chain between C. Wright, C. Conrad, P. Paige, B. Long, G. Kelley, M. Shannon, J. Hatchett, E. Robi, G. Freemyer, P. Henry, S. Moulton, W. Marney, B. Bell, B. Dean and K. Andreou re: Dave Kleiman | PAIGE_00003415-PAIGE_00003416 | R, H |
| D044 | 12/9/15 | Email chain between K. Andreou and P. Paige re: Bitcoin? | PAIGE_00002763-PAIGE_00002764 | H |
| D045 | 4/24/14 | Change to company details for Coin-Exch Pty Ltd. | KLEIMAN_00004927-KLEIMAN_00004928 | H, A, COM |
| D046 | 6/22/16 | Email with attachment from I. Kleiman to I. Kleiman re: Doc 22.06.16 09:12:07 | KLEIMAN_00400106-KLEIMAN_00400107 | H |
| D047 | 10/16/18 | Email chain between D. Kleiman and I. Kleiman re: Happy B-day! | KLEIMAN_00003249 | |
| D048 | | Docket, *IN RE: Estate of David Alan Kleiman* Case No. 50-2013-CP-005060 | | R, H |
| D049 | 8/30/13 | Letter to Palm Beach County Tax Collector from The Karp Law Firm | KARP_00000134 | R, H |
| D050 | 1/21/14 | Order for Payment of Funds (testate), *IN RE: Estate of David Alan Kleiman* File No. 502013CP005060 | KARP_00000081 | R |
| D051 | 1/29/16 | Petition for Subsequent Administration, *IN RE: Estate of David Alan Kleiman* File No. 502013CP005060 | KARP_00000149-KARP_00000150 | R |
| D052 | 1/29/16 | Oath of Personal Representative and | KARP_00000044-KARP_00000045 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | Designation and Acceptance of Resident Agent, *IN RE: Estate of David Alan Kleiman* File No. 502013CP005060 | | |
| D053 | 10/5/10 | Letter to American Home Mortgage Servicing Inc. from D. Kleiman | KARP_00000161 | R |
| D054 | 12/19/12 | Computer Forensics LLC Profit & Loss January 1 - December 19, 2012 | KLEIMAN_00071500 | R, H |
| D055 | 1/24/13 | Computer Forensics LLC Profit & Loss January - December 2012 | KLEIMAN_00397321 | R, H |
| D056 | 1/31/13 | Email with attachment from D. Kleiman to D. Kuharcik, C. Conrad, P. Paige and Computer Forensics LLC Accounting re: Computer Forensics LLC Accounting | KLEIMAN_00397318-KLEIMAN_00039734 4 | R, H |
| D057 | 3/20/13 | Email with attachment from D. Kleiman to D. Kuharcik and Computer Forensics LLC Accounting re: Computer Forensics LLC Accounting - 1099s | KLEIMAN_00397845-KLEIMAN_00397858 | R, H |
| D058 | 6/30/18 | Email to self from D. Kleiman re: Fw: Balance alert | KLEIMAN_00065362-KLEIMAN_00065363 | R |
| D059 | 2/15/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 | DEFAUS_00694544-DEFAUS_00694550 | H |
| D060 | 2/16/11 | Email with attachment to C. Wright and L. Wright from D. Kleiman re: Four proposals | DEFAUS_00694588-DEFAUS_00694596 | H |
| D061 | 4/2/13 | Email chain with attachment between C. Wright, S. Matthews and R. Watts re: FW: coin-ex | DEF_01108419-DEF_01108457 | H |
| D062 | 7/15/13 | Deed of Assignment and Charge between Craig Wright (ABN 97 481 146 | DEF_00023206-DEF_00023219 | H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | 384) and DeMorgan Wright Family Trust | | |
| D063 | 9/1/13 | Consent order acceptance dates 1/9/2013 | DEF_00029333 | H, A |
| D064 | 9/15/13 | IP Deed of Assignment between The Wright Family Trust DeMorgan and Coin-Exch Pty Ltd | DEF_00029245-DEF_00029252 | H |
| D065 | 4/28/14 | Email chain between C. Wright and I. Kleiman re: domains | DEFAUS_00119548-DEFAUS_00119554 | |
| D066 | 3/18/15 | Email chain between U. Ng, C. Wright, R. Watts and A. Pedersen re: Official 2015 Annual Report Notice for : W&K Info Defense Research LLC | DEF_00030159 | H |
| D067 | 7/25/2017; 5/31/2011; 5/31/2011; 5/31/2011 | Letters to I. Kleiman, C. Wright and D. Kleiman from the U.S. Department of Homeland Security | KLEIMAN_00016650-KLEIMAN_00016655 | H |
| D068 | 9/9/14 | Exhibit 70 to G. Andresen 2/26/2020 deposition | GAVIN_00000375-GAVIN_00000376 | R, H |
| D069 | 2/14/18 | Exhibit 71 to G. Andresen 2/26/2020 deposition | | H |
| D070 | 2/17/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Four proposals | DEFAUS_00694603-DEFAUS_00694607 | |
| D071 | 2/15/14 | Email with attachment from L. Wright to D. Kleiman and C. Wright re: GreyFog Revenant Device information | DEF_00010360-DEF_00010377 | H |
| D072 | 2/6/11 | Email to D. Kleiman and L. Wright from C. Wright re: Idea - research | DEFAUS_00092734 | H |
| D073 | 2/15/11 | Email chain between D. Kleiman, C. Wright and L. Wright re: Link to R&D site | DEFAUS_00694501-DEFAUS_00694502 | H |
| D074 | 2/16/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 | DEFAUS_00694555-DEFAUS_00694559 | H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D075 | 2/16/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 | DEF_0009686-DEF_00009695 | H |
| D076 | 2/16/11 | Email with attachment from D. Kleiman to C. Wright and L. Wright re: Four proposals | DEF_00009698-DEF_00009706 | |
| D077 | 2/16/11 | Email with attachment from D. Kleiman to C. Wright and L. Wright re: Vet owned business requirements | DEF_00009709-DEF_00009712 | H |
| D078 | 2/2/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: [DHS Cyber R&D Grants $40MM] | DEFAUS_00092733 | H |
| D079 | 2/15/11 | Email chain between C. Wright, L. Wright and D. Kleiman re: Link to R&D site | DEFAUS_00092832-DEFAUS_00092833 | H |
| D080 | 2/15/11 | Email with attachment from C. Wright to D. Kleiman and L. Wright re: Registration | DEFAUS_00092834-DEFAUS_00092897 | H |
| D081 | 2/15/11 | Email with attachment from C. Wright to D. Kleiman and L. Wright re: Registration - TTA1 | DEFAUS_00092962-DEFAUS_00093024 | H |
| D082 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Registration - TTA1 | DEFAUS_00093049-DEFAUS_00093052 | H |
| D083 | 2/16/11 | Email to D. Kleiman and L. Wright from C. Wright re: Abstract 2 | DEFAUS_00093058-DEFAUS_00093059 | H |
| D084 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Abstract 3 | DEFAUS_00093060-DEFAUS_00093061 | H |
| D085 | 2/16/11 | Email to D. Kleiman and L. Wright from C. Wright re: Abstract 4 | DEF_00018870-DEF_00018871 | H |
| D086 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals | DEFAUS_00093074 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D087 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals | DEFAUS_00093075 | |
| D088 | 2/16/14 | Email to I. Kleiman from C. Wright re: FW: Registration - TTA1 | DEFAUS_00112868-DEFAUS_00112873 | H |
| D089 | 5/10/18 | YouTube tribute to D. Kleiman by C. Wright | https://www.youtube.com/watch?v=uVtOkE5vHbY | |
| D090 | 4/26/13 | D. Kleiman Autopsy report | KLEIMAN_00006307-KLEIMAN_00006313 | R |
| D091 | 7/22/19 | D. Kleiman VA records Pages 1-999 | KLEIMAN_00401268 | R |
| D092 | 7/22/19 | D. Kleiman VA records Pages 1000-1999 | KLEIMAN_00402268 | R |
| D093 | 7/22/19 | D. Kleiman VA records Pages 2000-2999 | KLEIMAN_00404766 | R |
| D094 | 7/22/19 | D. Kleiman VA records Pages 3000-3999 | KLEIMAN_00405766 | R |
| D095 | 7/22/19 | D. Kleiman VA records Pages 4000-4999 | KLEIMAN_00406766 | R |
| D096 | 7/22/19 | D. Kleiman VA records Pages 5000-5999 | KLEIMAN_00407766 | R |
| D097 | 7/22/19 | D. Kleiman VA records Pages 6000-6999 | KLEIMAN_00408766 | R |
| D098 | 7/22/19 | D. Kleiman VA records Pages 7000-7999 | KLEIMAN_00409766 | R |
| D099 | 7/22/19 | D. Kleiman VA records Pages 8000-8999 | KLEIMAN_00410766 | R |
| D100 | 7/22/19 | D. Kleiman VA records Pages 9000-9999 | KLEIMAN_00411766 | R |
| D101 | 7/22/19 | D. Kleiman VA records Pages 10000-10999 | KLEIMAN_00403268 | R |
| D102 | 7/22/19 | D. Kleiman VA records Pages 11000-11497 | KLEIMAN_00404268 | R |
| D103 | 2009 | Bitcoin blockchain code | DEF_00727082-DEF_00727091 | |
| D104 | 10/31/08 | "Bitcoin: A Peer-to-Peer Electronic Cash System" by S. Nakamoto | DEF_00985722-DEF_00985730 | |
| D105 | 8/9/06 | Email to S. Pearson from C. Wright re: LLM - Paper (Student #05028244) | DEF_00213377-DEF_00213396 | R, H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | Foundations of Commercial Law | | |
| D106 | 2/7/12 | "The Electronic Communications Act 2000, Which Endows Electronic Signatures With The Force Of Law, Has Been Stated To Represent The Final Piece Of The Jigsaw In Creating An Enforceable Electronic Contract. However, The Legislation May Not Ensure That There Are No Areas Of Uncertainty In Electronic Contract Formation." Ecommerce Law | DEF_00257472-DEF_00257492 | R, H |
| D107 | 12/22/07 | Email chain with attachment between C. Wright and C. Cid re: GIAC Gold | DEF_00335019-DEF_00335088 | R, H |
| D108 | 1/14/08 | "Electronic Contracting in an Insecure World" by C. Wright | DEF_00353292-DEF_00353327 | R, H |
| D109 | 7/14/07 | "Payments Providers and Intermediaries as Defined in the Law of the Internet" by C. Wright | DEF_01840155-DEF_01840162 | R, H |
| D110 | 6/21/08 | "The Impact of Internet Intermediary Liability" by C. Wright | DEF_01312345-DEF_01312434 | R, H |
| D111 | 6/9/08 | Flow Chart | DEF_01923256 | R, H, A |
| D112 | 4/11/19 | Certificate of Registration for "Bitcoin: A Peer-to-Peer Electronic Cash System" and Certificate of Registration for "Bitcoin" | DEF_01515827-DEF_01515828 | H |
| D113 | 5/3/06 | C. Wright Master of Management (Information Technology) from Charles Sturt University | DEF_01515878 | H |
| D114 | 4/8/05 | C. Wright Master of Networking and System Administration from Charles Sturt University | DEF_01515879 | H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D115 | | C. Wright CompTIA Security+ certification | DEF_01515891 | H |
| D116 | 5/23/16 | C. Wright Master of Statistics from University of Newcastle | DEF_01515937-DEF_01515940 | H |
| D117 | 9/21/12 | C. Wright Master of Science Information Security Management degree from SANS Technology Institute | DEF_01515947 | H |
| D118 | 6/28/12 | C. Wright Master of Science Information Security Engineering degree from SANS Technology Institute | DEF_01515948 | H |
| D119 | 5/23/16 | C. Wright Statement of Academic Record for Master of Statistics from The University of Newcastle | DEF_01515951-DEF_01515954 | H |
| D120 | 4/30/13 | Email chain between T. Young and C. Wright re: Meeting | DEF_00026682 | |
| D121 | 2013 | C. Wright 2013 Australian Tax return for individuals | DEF_01492450-DEF_01492481 | H |
| D122 | 6/19/13 | C. Wright Australian Private ruling tax application | DEF_01637714-DEF_01637718 | H |
| D123 | 11/27/19 | A. Antonopoulos' Time log 11/27/2019-4/23/2020 | | |
| D124 | 1/8/20 | A. Antonopoulos' Invoice 1/8/2020 | | |
| D125 | 4/10/20 | A. Antonopoulos' Invoice 4/10/2020 | | |
| D126 | | Exhibit H to R. Leonard 4/24/2020 deposition | | H |
| D127 | 4/22/20 | S. Boedeker Invoice 4/22/2020 | | |
| D128 | | Exhibit 5 to M. Edman 4/29/20 deposition | | |
| D129 | 2/3/20 | M. Edman Invoice 2/3/2020 | | |
| D130 | 4/14/20 | M. Edman Invoice 4/14/2020 | | |
| D131 | 5/8/20 | D. Kleiman Certification of Death | KLEIMAN_00562426 | |
| D132 | 3/12/14 | Coin Exch Pty Ltd Transfer of shares dates 3/12/2014 | DEFHC_00001114 | H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D133 | 12/9/15 | Email chain between P. Paige and K. Andreou re: Bitcoin? | KLEIMAN_00396011-KLEIMAN_00396012 | |
| D134 | 12/8/15 | Email to S. Matthews and R. Watts from C. Wright re: Fwd: On a side note - | DEF_00022662 | |
| D135 | 6/22/15 | Email chain between I. Kleiman, R. Watts and C. Wright re: questions | DEF_01103312-DEF_01103315 | H |
| D136 | 10/26/15 | Email chain between R. watts, R. Thomas, C. Wright, S. Matthews and J. Balazs re: C01N Pty Ltd - 2013 position paper [DLM=Sensitive] | DEFAUS_01877156-DEFAUS_01877162 | H |
| D137 | 3/8/12 | Quit Claim Deed from D. Kleiman to I. Kleiman, Palm beach County CFN 20120092166 OR BK 25058 PG 1867 | | |
| D138 | 3/7/19 | Plaintiffs' Disclosure of all Repositories of Potentially Relevant ESI Pursuant to the Parties Stipulated Discovery Plan Filed February 5, 2019 | | H, R |
| D139 | 5/1/2009-6/1/2009 | Multiple receipts | DEF_01638686-DEF_01638767 | H, R, IC, COM |
| D140 | 2008 | "The Developer's Guide to Debugging" by Grotker, Holtman, Keding and Wloka | DEF_00247189-DEF_00247420 | R, CML |
| D141 | 7/1/2008-6/30/2009 | Wright: Profit & Loss Statement - 2009 | DEF_1634150-DEF_1634153 | H, R |
| D142 | 12/17/2008 - 1/31/2009 | Multiple 2008 receipts | DEF_01638858-DEF_01638939 | H, R |
| D143 | 2008 | Multiple receipts | DEF_01638941-DEF_01639012 | H, R, IC, COM |
| D144 | | C. Wright resume | DEF_00168946-DEF_00168954 | H |
| D145 | | C. Wright writings and notes | DEFHC_01047291-DEFHC_01047350 | H, R, IC, COM |
| D146 | | C. Wright writings and notes | DEFHC_01047368-DEFHC_01047419 | H, R, IC, COM |
| D147 | | C. Wright writings and notes | DEFHC_01047457-DEFHC_01047461 | H, R, IC, COM |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D148 | | C. Wright writings and notes | DEFHC_01047462-DEFHC_01047478 | H, R, IC, COM |
| D149 | | C. Wright writings and notes | DEFHC_01047859-DEFHC_01047901 | H, R, IC, COM |
| D150 | | C. Wright writings and notes | DEFHC_01047934-DEFHC_01047940 | H, R, IC, COM |
| D151 | | C. Wright writings and notes | DEFHC_01048148-DEFHC_01048186 | H, R, IC, COM |
| D152 | | C. Wright writings and notes | DEFHC_01049410-DEFHC_01049421 | H, R, IC, COM |
| D153 | | C. Wright writings and notes | DEFHC_01049649-DEFHC_01049662 | H, R, IC, COM |
| D154 | | C. Wright writings and notes | DEFHC_01049750-DEFHC_01049786 | H, R, IC, COM |
| D155 | | C. Wright writings and notes | DEFHC_01049787-DEFHC_01049791 | H, R, IC, COM |
| D156 | 3/11/14 | Email chain with attachment between I. Kleiman and C. Wright re: Letter | KLEIMAN_00278090 - KLEIMAN_00278091 | |
| D157 | 3/12/14 | Email chain with attachment between I. Kleiman and A. Damoka re: Letter | KLEIMAN_00568407-KLEIMAN_00568415 | |
| D158 | 12/3/12 | Email chain between D. Kleiman, S. Dorsey and P. Paige re: October | KLEIMAN_00065715-KLEIMAN_00065716 | H, R |
| D159 | 3/11/13 | Email to P. Paige from D. Kleiman re: FW: WPTV | KLEIMAN_00068025-KLEIMAN_00068028 | H, R |
| D160 | 7/24/09 | Email chain between C. Wright, L. Wright and M. Sulema re: FW: Status update with attachments various computer code files and scrips in C++, VS, XML, and other code languages | DEF_00294371 - DEF_00295009 | H, R, UP |
| D161 | 3/12/08 | Email chain with attachment between C. Wright and D. Kleiman re: Defamation and the difficulties of law on the Internet.aig | DEFAUS_01732182-DEFAUS_01732276 | H |
| D162 | Aug-07 | "Bitcoin without a payment intermediary" notes dated August 2007 | DEFHC_01050338-DEFHC_0150415 | H, IC, COM |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D163 | 6/10/05 | C. Wright writings and notes | DEFHC_01050416-DEFHC_01050423 | H, R, IC, COM |
| D164 | Aug-07 | BOD Meeting Minutes dated August 2007 | DEFHC_01050442 | A, H, R, COM |
| D165 | 2008 | TimeChain v0.0.2 Alpha | DEFHC_01050443-DEFHC_01050444 | H, R |
| D166 | | "Secure Names for Bit-Strings" by S. Haber and W. S. Stornetta | DEFHC_01050472-DEFHC_01050479 | H, R |
| D167 | | "Protocols for Public Key Cryptosystems" by R. Merkle | DEFHC_01050480-DEFHC_01050492 | H, R |
| D168 | | C. Wright writings and notes | DEFHC_01050493-DEFHC_01050563 | H, R, IC, COM |
| D169 | 5/1/08 | "Tominaga Nakamoto. 1715-46. A Tokugawa Iconoclast" by K. Shuichi | DEFHC_01050564-DEFHC_01050581 | A, H |
| D170 | | C. Wright writings and notes | DEFHC_01050582-DEFHC_01050590 | H, R |
| D171 | 8/18/09 | Email to C. Wright from D. Kleiman re: Hello | DEFAUS_00690895 | H |
| D172 | 2013 | Petition for Disposition of Personal Property Without Administration (verified statement), *IN RE: Estate of David Alan Kleiman* File No. 502013CP005060 | | |
| D173 | 1/31/13 | Email to D. Kleiman from C. Wright  re: Long time | DEFAUS_00080312-DEFAUS_00080715 | H |
| D174 | 2/2/13 | Email chain between D. Kleiman and C. Wright re: Long time | DEFAUS_00101652 | H |
| D175 | 6/3/08 | Email chain with attachment between D. Kleiman and C. Wright re: An ethics issue that needs to be investigated (ISACA Branch President) | DEFAUS_00688785-DEFAUS_00688789 | H |
| D176 | 5/15/12 | Email chain between C. Wright and D. Kleiman re: Correct Contact info | DEFAUS_00098039-DEFAUS_00098040 | H, R |
| D177 | 10/21/12 | Email chain between D. Kleiman and C. Wright re: IFIP-WG11.9 CFP | DEFAUS_00100812-DEFAUS_00100814 | H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D178 | 10/23/07 | Email to L. Kleiman and I. Kleiman from D. Kleiman re: I need your help please | KLEIMAN_00027932 | H, R |
| D179 | 5/6/09 | Email to I. Kleiman from D. Kleiman re: Better buy some twitter stock | KLEIMAN_00027940 | H, R |
| D180 | 11/27/09 | Email to I. Kleiman and "lureg8@yahoo.com from D. Kleiman re: Here is your stock tip | KLEIMAN_00034836 | H, R |
| D181 | 1/22/10 | Email to I. Kleiman from D. Kleiman re: Bing search engine on Apple's iPhones as default | KLEIMAN_00034835 | H, R |
| D182 | 3/9/10 | Email to I. Kleiman from D. Kleiman re: Quoted In Men's Health Magazine | KLEIMAN_00034834 | H, R |
| D183 | 5/22/10 | Email to I. Kleiman from D. Kleiman re: video | KLEIMAN_00034829 | H, R |
| D184 | 5/15/08 | C. Wright Master of Laws with Commendation in International Commercial Law from University of Northumbria at New Castle | GAVIN_00000211-GAVIN_00000212 | H, R |
| D185 | 10/3/13 | Email chain with attachment between C. Wright, R. Watts, V. Raj, J. Chesher re: AAT matter: Wright v FCT - executed 42C agreement | DEFAUS_00672796-DEFAUS_00672803 | H, R |
| D186 | 8/13/06 | Palm Beach Sheriff's Office Informational report on D. Kleiman by T. Wright | | H, R, A, UP |
| D187 | 2005 | "C++ How To Program, 5th Edition (2005)" Joliet | DEF_01840307 | CML |
| D188 | 2005 | "C++ For Business Programming, 2nd Edition (2005)" Joliet | DEF_01840311 | CML |
| D189 | 2003 | "C++ In a Nutshell (2003)" Joliet | DEF_01840312 | CML |
| D190 | 2005 | "Professional ADO.NET 2: Programming with SQL Server 2005, Oracle, and MySQL" by W. McClure, G. Beamer, J. Croft IV, A. | DEF_00506067-DEF_00506710 | CML |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | Little, B. Ryan, P. Winstanley, D. Yack and J. Zongker | | |
| D191 | 2005 | "Professional Visual Studio 2005" by A. Parsons and N. Randolph | DEF_01124818-DEF_01125732 | H, R, CML |
| D192 | 2/13/13 | Email chain with attachment between D. Kleiman, C. Conrad and P. Paige re: CFLLC Operation Agreement | KLEIMAN_00396311_KLEIMAN_00396345 | H, R |
| D193 | 2/18/20 | Plaintiffs' Privilege Log | | H, R, UP |
| D194 | 5/1/13 | Minute book for Coin-Exch Pty Ltd dated 5/1/2013 | DEFHC_00001050 | H |
| D195 | 5/1/13 | Application for shares for C01n Exch Pty Ltd. Dated 5/1/2013 | DEFHC_00001113 | H |
| D196 | 2/23/08 | Email chain between D. Kleiman and C. Wright re: [CCE] RE: PI License Debate | DEFAUS_01731927-DEFAUS_01731935 | |
| D197 | 2/19/09 | Email chain between D. Kleiman and C. Wright re: How are you | DEFAUS_00688883 | |
| D198 | 3/3/09 | Email chain between D. Kleiman and C. Wright re: Next week | DEFAUS_00688966 | |
| D199 | 3/10/09 | Email chain between D. Kleiman and C. Wright re: Welcome | DEFAUS_00689010 | |
| D200 | 4/9/08 | Email chain between C. Wright and D. Kleiman re: Runners up | DEFAUS_00688386-DEFAUS_00688387 | |
| D201 | 11/27/07 | Email chain with attachment between C. Wright and D. Kleiman re: Question | DEFAUS_00686584-DEFAUS_00686589 | |
| D202 | 11/11/10 | Email to D. Kleiman from C. Wright re: Next time | DEFAUS_00092218 | |
| D203 | 4/22/08 | Email chain between D. Kleiman and C. Wright re: Authorship offer (ISC) 2 Press Series - ISSMP | DEFAUS_00688425-DEFAUS_00688433 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D204 | 12/23/07 | Email chain between C. Wright and D. Kleiman re: New year and all | DEFAUS_00687375-DEFAUS_00687376 | |
| D205 | 3/13/08 | Email chain between C. Wright and D. Kleiman re: Defamation and the difficulties of law on the Internet.aig | DEFAUS_00687896-DEFAUS_00687904 | |
| D206 | 5/24/08 | Email to M. Pollitt, C. Whitcomb, S. Guttman and C. Wright from D. Kleiman re: Recommendations for DFCB board / committee member | DEFAUS_00688772-DEFAUS_00688773 | |
| D207 | 3/13/09 | Email to C. Wright from D. Kleiman re: morning | DEFAUS_00689025 | |
| D208 | 4/10/20 | Appendix B to N. Chamber's expert report | | |
| D209 | 2008 | Timechain 2008 Satoshi Nakamoto | https://satoshi.nakamotoinstitute.org/code/<br><br>https://bitcointalk.org/index.php?topic=382374.0 | |
| D210 | 8/20/08 | "Basic Economics: A Citizen's Guide to the Economy" by T. Sowell | DEF_01670276-DEF_01670584 | |
| D211 | 5/8/06 | "Probability and Finance: It's Only a Game!" by G. Shafer and V. Vovk | DEF_01328526-DEF_01328942 | |
| D212 | 3/31/07 | "Great Scientific Ideas That Changed the World: Part I" by S. Goldman | DEF_00371521-DEF_00371982 | |
| D213 | 1/22/08 | "Playing For Real: A Text on Game Theory" by K. Binmore | DEF_00368019-DEF_00368670 | |
| D214 | 12/4/06 | "Network Security Assessment: From Vulnerability to Patch" by S. Manzuik, K. Pfeil and A. Gold | DEF_01124388-DEF_01124785 | |
| D215 | 8/6/08 | "Building Embedded Linux Systems" by K. Yaghmour, | DEF_01714633-DEF_01715096 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | J. Masters, G. Ben-Yossef and P. Gerum | | |
| D216 | 12/12/07 | "Network Externality: An Uncommon Tradegy" by S. J. Liebowitz and S. Margolis | DEF_00285316-DEF_00285334 | |
| D217 | 5/26/03 | "Static Games of Incomplete Information" by J. Ratliff | DEF_00285308-DEF_00285315 | |
| D218 | 4/23/07 | "Ruin probability for Levy risk process compounded by geometric Brownian motion*" by X. Zhao and C. Yin | DEF_00285297-DEF_00285307 | |
| D219 | 5/19/04 | "Toward Econometric Models of the Security Risk from Remote Attacks" by S. Schechter | DEF_00285284-DEF_00285296 | |
| D220 | 10/19/06 | "Toward a Dynamic Modeling of the Vulnerability Black Market" by J. Radianti and J. Gonzalez | DEF_00285265-DEF_00285283 | |
| D221 | 3/8/07 | "Chaos Theory: Two Essays on Market Anarchy" by R. Murphy | DEF_00285193-DEF_00285251 | |
| D222 | 10/14/04 | "Game Theory: A Critical Introduction" by S. Hargreaves Heap and Y. Varoufakis | DEF_01235727-DEF_01236021 | |
| D223 | 10/14/04 | "Hazlitt vs. Hansen: Differences in the Analysis of The General Theory of Employment, Interest, and Money" by A. Villacampa | DEF_00810031-DEF_00810071 | |
| D224 | 4/12/04 | "A subjectivist theory of entrepreneurship" by J. Mahoney and S. Michael | DEF_00350023-DEF_00350055 | |
| D225 | 10/26/06 | "Control - A History of Behavioral Psychology" by J. Mills | DEF_01671841-DEF_01672099 | |
| D226 | 6/28/04 | "Cisco IOS Switch Security Configuration Guide" by A. Borza, D. Duesterhaus, C. Grabczynski, J. Johnson, R. Kelly and T. Miller | DEF_00211404-DEF_00211489 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D227 | 5/12/14 | Email to I. Kleiman from C. Wright re: FW: Draft submissions to ATO | KLEIMAN_00185330-KLEIMAN_00185331 | |
| D228 | 3/12/14 | Minute book for Coin-Exch Pty Ltd and various emails regarding Coin-Exch shares for Kleiman Estate | DEF_00013161-DEF_00013172 | |
| D229 | 10/22/14 | Current details for ABN for Coin-Exch Pty. Ltd. | DEFAUS_01570160 | |
| D230 | 3/10/20 | Wright International Investments Ltd Items Register [Detail] from MYOB | DEF_01924295 | |
| D231 | 2/26/11 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924354 | |
| D232 | 3/1/11 | Screenshot of Wright International Investments Ltd payment from MYOB | DEF_01924330 | |
| D233 | 10/1/09 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924348 | |
| D234 | 1/2/10 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924349 | |
| D235 | 6/30/10 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924355 | |
| D236 | 4/2/10 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924350 | |
| D237 | 6/30/13 | Coin-Exch Pty Ltd Accounts List | DEF_00041252-DEF_00041254 | |
| D238 | 8/15/02 | Ridges Estate Pty Ltd Tax Invoice | DEF_00075074 | |
| D239 | 2/2/2009-4/26/2009 | Multiple 2009 bills and receipts | DEF_01638769-DEF_01638856 | |
| D240 | 6/26/15 | Email chain between R. Watts and I. Kleiman re: more questions | DEF_00022408 | |
| D241 | 1/16/12 | Email chain with attachment between J. Chesher, K. Ng, C. Wright and A. Sommer | DEF_01906764-DEF_01906765  DEF_01634114- | |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | re: Appeal against ATO decision | DEF_01634145<br><br>DEF_01634146-<br>DEF_01634147 | |
| D242 | 9/9/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Reminder: Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST | DEFAUS_00114566 | |
| D243 | 3/25/08 | Email to D. Kleiman from C. Wright re: Runners up | DEFAUS_00687909 | |
| D244 | 3/13/08 | Email chain between C. Wright, D. Kleiman and L. Wright re: Your offer | DEFAUS_00687894-<br>DEFAUS_00687895 | |
| D245 | 10/14/11 | Email chain between C. Wright and D. Kleiman re: A paper | DEFAUS_00097372-<br>DEFAUS_00097373 | H |
| D246 | 3/18/10 | Email chain between D. Kleiman and C. Wright re: So… | DEFAUS_00692822 | H |
| D247 | 10/17/11 | Email chain between D. Kleiman and C. Wright and other re: Using Checklists to make better best.docx | DEFAUS_00697938 | H |
| D248 | 5/24/10 | Email chain between D. Kleiman and C. Wright re: Some more reading | DEFAUS_00089054 | H |
| D249 | 3/15/10 | Email chain between D. Kleiman, C. Wright and R. Radvanovsky re: A paper | DEFAUS_00692760 | H |
| D250 | 3/1/11 | Email chain between D. Kleiman and C. Wright re: BAA 11-02 | DEFAUS_00694769-<br>DEFAUS_00694770 | H |
| D251 | 4/13/10 | Email with attachment to D. Kleiman from C. Wright re: Some reading for you | DEFAUS_00087391-<br>DEFAUS_00087403 | H |
| D252 | 7/3/15 | Email chain between I. Kleiman and the Florida Division of Corporations re: articles of incorporation | KLEIMAN_00002693-<br>KLEIMAN00002694 | R, H, MIL |
| D253 | 4/15/11 | Email chain between I. Kleiman and L. Lang re: david's address | KLEIMAN_00002993 | R |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D254 | 4/7/15 | Email to self from I. Kleiman re: Fwd: Dave | KLEIMAN_00005358- KLEIMAN_00005361 | |
| D255 | 8/19/13 | Email chain between I. Kleiman and Astro Air Inc re: Thank you For Contacting Us | KLEIMAN_00050638 | R, MIL |
| D256 | 7/27/15 | Email chain between I. Kleiman and T. Miller re: EOI case ref # 362215/Australia case ref #1-6B0K5GO - email 2 of x yes can open | KLEIMAN_00298877 | R |
| D257 | 7/17/13 | Email to I. Kleiman from Craigslist re: Post/Edit/Delete: "Quickie Triumph Wheelchair" (general for sale - by owner) | KLEIMAN_00366588 | R, MIL |
| D258 | 5/1/14 | Email to I. Kleiman from P. Paige re: Mailbox Renewal Reminder | KLEIMAN_00397384 | R, H, UP |
| D259 | 5/19/14 | Email to A. Sommer and I. Kleiman from J. McKeon re: The Karp Law Firm - Kleiman Matter | KLEIMAN_00397662- KLEIMAN_00397663 | R, H, UP |
| D260 | 7/22/15 | Email to T. Miller from I. Kleiman re: EOI case ref # 362215/Australia case ref #1-6B0K5GO follow-up and please email | KLEIMAN_00184482 | R |
| D261 | 10/23/19 | "Bitcoin Q&A: Not your Keys, Not your Coins" video by A. Antonopoulos | https://www.youtube.com/watch?v=AcrEEnDLm58&ab_channel=aantonop | |
| D262 | 4/26/13 | Corsair Survivor Stealth TD Black USB thumbdrive. Serial: DCA46D83A46D614E | | R, UP |
| D263 | 4/26/13 | Corsair Survivor Stealth TD Gray Blue USB thumbdrive. Serial: 68A87A90A87A5C8E | | R, UP |
| D264 | 4/26/13 | Corsair Survivor Stealth TD Gray Orange USB | | R, UP |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | thumbdrive. Serial: D8B0BD66B0BDBAE | | |
| D265 | 4/26/13 | CEIC 2009" 2GB USB thumbdrive. Serial:78049557049518E8 | | R, UP |
| D266 | 4/26/13 | Corsair Survivor Stealth TD Gray Blue USB thumbdrive. Serial: 8AFB-1741 | | R, UP |
| D267 | 4/26/13 | IACIS 2GB USB thumbdrive. Serial: 0B10-7EDF | | R, UP |
| D268 | 4/26/13 | Key USB thumbdrive. Serial: 7004-OABA | | R, UP |
| D269 | 4/26/13 | Microvault Tiny USB thumbdrive. Serial: 503434503434374 | | R, UP |
| D270 | 4/26/13 | SanDisk Cruzer Micro USB thumbdrive. Serial: F892E54992E50CC6 | | R, UP |
| D271 | 4/26/13 | Western Digital WDC WD7500BPVT-0 hard drive. Serial: WD-WX71A20K2955 | | R, UP |
| D272 | 4/26/13 | Seagate ST9500325AS hard drive. Serial: 5VE1B6VT | | R, UP |
| D273 | 4/26/13 | Hitachi HTS72101 hard drive. Serial: MPCZN2Y0GS007H | | R, UP |
| D274 | 4/26/13 | Western Digital WDC WD3200BEKT-2 hard drive. Serial: WD-WXMY08HR0801 | | R, UP |
| D275 | 4/26/13 | Seagate ST9500420AS hard drive. Serial: 5VJ07GCY | | R, UP |
| D276 | 4/26/13 | HTC T7373X Touch Pro2 | | R, UP |
| D277 | 6/30/09 | C. Wright 2009 Australian Tax return | DEF_00250696-DEF_00250727 | |
| D278 | 7/17/14 | Email with attachment to R. Watts, C. Wright and J. Ball from C. Gordon re: Hotwire - fees and expenses | DEFAUS_01566714-DEFAUS_0156734 | R, H |
| D279 | 7/31/14 | Email chain between N. Desmond, T. Bauer, M. Zhu | DEFAUS_00630271-DEFAUS_00630276 | R, H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | and D. Russell re: Images for laptops | | |
| D280 | 8/15/14 | Email with attachment to C. Wright, R. Watts and C. Gordon from J. Ball re: Hotwire - Deed Administrators' fees | DEFAUS_01860803-DEFAUS_01860805<br><br>DEFAUS_01567174-DEFAUS_01567185 | R, H |
| D281 | 2/15/14 | Email chain between C. Wright and I. Kleiman re: Dave | KLEIMAN_00001722-KLEIMAN_00001724 | |
| D282 | 2/15/14 | Email chain between C. Wright and I. Kleiman re: Dave | KLEIMAN_00000656-KLEIMAN_00000658 | H |
| D283 | 2/15/14 | Email chain between C. Wright and I. Kleiman re: Dave | KLEIMAN_00001657-KLEIMAN_00001660 | |
| D284 | 2/15/14 | Email chain between I. Kleiman, C. Wright and U. Nguyen re: Dave | KLEIMAN_00004929-KLEIMAN_00004932 | H |
| D285 | 2/16/14 | Email chain between I. Kleiman and C. Wright re: Dave | KLEIMAN_00005177-KLEIMAN_0005186 | H |
| D286 | 2/26/14 | Email with attachment to I. Kleiman from C. Wright re: Another | KLEIMAN_00001679 | H |
| D287 | 2/26/14 | Email chain between I. Kleiman and C. Wright re: Another | KLEIMAN_00278092 | H, MIL |
| D288 | 3/6/14 | Email chain between I. Kleiman and C. Wright re: Another | KLEIMAN_00278087 | H, MIL |
| D289 | 3/11/14 | Email chain between C. Wright, I. Kleiman and A. Damoka re: Letter | KLEIMAN_00278145-KLEIMAN_00278146 | R, H, UP |
| D290 | 3/13/14 | Email chain between I. Kleiman and C. Wright re: Letter | KLEIMAN_00278111-KLEIMAN_00278113 | R, H, UP |
| D291 | 3/28/14 | Email to I. Kleiman from C. Wright re: Dave | KLEIMAN_00278208 | H, UP |
| D292 | 5/2/14 | Email to C. Wright from I. Kleiman re: quantum | KLEIMAN_00176771 | |
| D293 | 5/4/14 | Email chain between C. Wright and I. Kleiman re: conference call | KLEIMAN_00000415 | R, H, UP |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D294 | 5/12/14 | Email chain between C. Wright, I. Kleiman and A. Sommer re: ato | KLEIMAN_00176948 | R, H, UP |
| D295 | 5/14/14 | Email with attachment to I. Kleiman, A. Sommer and R. Watts from C. Wright re: Joe and Andrew | DEF_01367411-DEF_01367412 | R, H |
| D296 | 7/8/15 | Email to C. Wright and R. Watts from I. Kleiman re: Proposal | KLEIMAN_00185770 | |
| D297 | 4/30/14 | Email with attachment to R. Watts, A. McCabe and B. Kogan from A. McEvoy re: Hotwire Preemptive Intelligence Pty Limited | DEF_01373372-DEF_01373373 | R, H |
| D298 | 7/24/14 | Email chain between D. Bailey, R. Watts, C. Gordon and J. Ball re: issues with Ecowize | DEF_01915075-DEF_01915076 | R, H |
| D299 | 12/4/08 | "Human Action: A Treatise on Economics" by L. von Mises | DEF_01314149-DEF_01315078 | R, H, CML |
| D300 | 6/10/09 | Email to C. Wright from ScienceDirect Message Center re: ScienceDirect: Document Purchase | DEFAUS_01545183-DEFAUS_01545184 | R |
| D301 | 12/31/09 | D. Kleiman IRS Account Transcript 2009 | KLEIMAN_00485473-KLEIMAN_00485474 | UP |
| D302 | 12/31/10 | D. Kleiman IRS Account Transcript 2010 | KLEIMAN_00485475-KLEIMAN_00485476 | UP |
| D303 | 12/31/11 | D. Kleiman IRS Account Transcript 2011 | KLEIMAN_00485477-KLEIMAN_00485478 | UP |
| D304 | 8/24/11 | "A Preamble Into Aligning Systems Engineering and Information Security Risk Measures" by C. Wright | https://www.semanticscholar.org/paper/A-Preamble-Into-Aligning-Systems-Engineering-and-Wright/fc603d86b06aa57263fa318c6dcb77a6098f0c5c | R, H, CML |
| D305 | Sep-11 | "Of Black Swans, Platypii and Bunyips: The outlier and normal incident in risk | https://www.researchgate.net/publication/259577750_Of_Black_Swans_Platypii_and_Bunyi | R, H, CML |

24

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | management" by C. Wright and T. Zia | ps_The_outlier_and_normal_incident_in_risk_management | |
| D306 | Dec-11 | "Modeling system audit as a sequential test with discovery as a failure time endpoint" by C. Wright and T. Zia | https://researchoutput.csu.edu.au/en/publications/modeling-system-audit-as-a-sequential-test-with-discovery-as-a-fa | R, H, COM, CML |
| D307 | 9/26/11 | "SCADA: Air Gaps Do Not Exist" by C. Wright | http://infosecisland.com/blogview/16770-SCADA-Air-Gaps-Do-Not-Exist.html | R, H, COM, CML |
| D308 | Jun-11 | "A quantitative analysis into the economics of correcting software bugs" by C. Wright and T. Zia | https://dl.acm.org/doi/10.5555/2023430.2023459 | R, H, COM, CML |
| D309 | 8/11/14 | Calendar invite to C. Wright, S. Savanah, R. Watts and A. Ellis from A. Pedersen | DEF_00043777-DEF_00043778 | R, H |
| D310 | 9/4/14 | Email to V. Magnusson from C. Wright re: FW: Grays - Your Paid Invoice 2088662-26 | DEF_00235674-DEF_00235675 | R, H, CML |
| D311 | 9/8/14 | Email to V. Magnusson from C. Wright re: FW: Grays - Your Paid Invoice 2088838-22 | DEF_00235669-DEF_00235671 | R, H, CML |
| D312 | 9/12/14 | Email to V. Magnusson from C. Wright re: Fwd: Grays - Your Paid Invoice 2088839-25 | DEFAUS_00634339-DEFAUS_00634342 | R, H, CML |
| D313 | 9/18/14 | Email to V. Magnusson from C. Wright re: FW: Receipt for your payment to Systemax Technologies Pty Ltd | DEFHC_01052918-DEFHC_01052919 | R, H, CML |
| D314 | 11/26/14 | Email to V. Magnusson from C. Wright re: FW: Grays - Your Paid Invoice 5011074-61 | DEFAUS_00710350-DEFAUS_00710351 | R, H, CML |
| D315 | 12/23/13 | Letter to C. Wright from Australian Taxation Office | DEF_01491956-DEF_01491976 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D316 | 6/5/07 | Optimal tests for homogeneity of covariance, scale, and shape by M. Hallin and D. Paindaveine | https://www.sciencedirect.com/journal/journal-of-multivariate-analysis/vol/100/issue/3 | R, H, COM, CML |
| D317 | 8/4/09 | Inventory Journal for Wright International Investments Ltd | DEF_01924299 | R, H |
| D318 | 1/30/09 | Agreement between C. Wright and Information Defense Pty Ltd | DEFAUS_01584851-DEFAUS_01584854 | H |
| D319 | 3/12/08 | Email chain between D. Kleiman and C. Wright re: Defamation and the difficulties of law on the Internet | DEF_00005865-DEF_00005871 | H |
| D320 | 3/1/10 | Sale Agreement between Information Defense Pty Ltd and L. Wright/Cloudcroft Pty Ltd | DEF_00717951-DEF_00717975 | R, H |
| D321 | 11/6/13 | Supreme Court of New South Wales Judgment/Order Case No. 2013/00245661 | DEF_01598404 | |
| D322 | 11/6/13 | Supreme Court of New South Wales Judgment/Order Case No. 2013/00225983 | DEF_00029338 | |
| D323 | 3/12/14 | Minute book for Coin-Exch Pty Ltd | DEF_00027379 | H, UP |
| D324 | | Certified ASIC company documents for Australian companies | ASIC000001-ASIC000308 | |
| D325 | | ABN Company History for Australian companies | ABR000001-ABR000024 | |
| D326 | 4/18/10 | Email with attachment to D. Kleiman and R. Radvanovsky from C. Wright re: Papers so far. | DEF_01281884-DEF_01281940 | H, CML |
| D327 | 7/2/10 | Graysonline.com Tax Invoice 2100448-1 | DEF_00292529 | R, CML |
| D328 | 7/20/10 | Email with attachment to C. Wright from L. Hoogvliet re: HT Order 3839731 | DEF_00292541-DEF_00292543 | R |
| D329 | 1/25/09 | Email chain between C. Wright and D. Kleiman re: Next post | DEF_00022188 | H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| D330 | 9/25/09 | Email chain between C. Wright ad D. Kleiman re: CFS 09/October 5-6 Updated Speaker/Session List | DEF_00015988 | H |
| D331 | 1/6/09 | Email chain between D. Kleiman and C. Wright re: Happy new year | DEF_00005374-DEF_00005375 | H |
| D332 | 12/4/07 | Email chain between C. Wright and D. Kleiman re: Question | DEFAUS_00686738-DEFAUS_00686752 | H |
| D333 | 2/8/08 | Email chain between C. Wright and D. Kleiman re: [CCE] quick question re: imaging metrics - imaging speed | DEFAUS_00687547-DEFAUS_00687551 | H |
| D334 | 2/23/08 | Email chain between C. Wright and D. Kleiman re: [CCE] RE: PI License Debate | DEFAUS_00687779-00687785 | H |
| D335 | 4/22/08 | Email chain between C. Wright and D. Kleiman re: FW: Authorship offer: (ISC) 2 Press Series - ISSMP | DEFAUS_00688405 - DEFAUS_00688424 | H |
| D336 | 4/22/08 | Email chain between D. Kleiman, M. Himebaugh C. Wright, R. O'Hanley, H. Tipton and K. Henry re: Authorship offer: (ISC) 2 Press Series - ISSMP | DEFAUS_00688434 - DEFAUS_00688454 | H |
| D337 | 4/24/08 | Email chain between C. Wright and D. Kleiman re: On Another note | DEFAUS_00082231 | H |
| D338 | 6/5/08 | Email chain between C. Wright, "Shyaam" and D. Kleiman re: FW: CFP - Fourth International Conference on Information Systems Security (ICISS 2008) HYDERABAD INDIA | DEFAUS_00083678-DEFAUS_00083680 | H |
| D339 | 5/20/08 | Email to D. Kleiman, S. Northcutt, B. Wright, E. Sturnick, "dsvoboda@sans.edu," A. | DEFAUS_0068860-DEFAUS_00688661 | H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | Paller, J. Pike, E. Carroll, M. Hofman, R. Radvanovsky, G. Byrne, "chamby@giac.org" and "giac-eth ics-council-bouncesIist.sans.org" from C. Wright re: Tooting the horn | | |
| D340 | 6/17/08 | Email to C. Wright from D. Kleiman re: My availability | DEFAUS_00688843 | H |
| D341 | 6/23/08 | Email chain between C. Wright and D. Kleiman re: An ethics issue that needs to be investigated (ISACA Branch President) | DEF_00006803-DEF_0006806 | R, H |
| D342 | 6/14/08 | Email to I. Kleiman from C. Wright re: FW: I will start ending framework soon | DEFAUS_00083799-DEFAUS_00083801 | R, H |
| D343 | 2/13/11 | Email to D. Kleiman from C. Wright re: FW: American R&D | DEFAUS_00092786 | R, H |
| D344 | 11/11/10 | Email chain between C. Wright and D. Kleiman re: Hey | DEFAUS_00694074 | H, COM |
| D345 | 6/4/10 | Email chain between C. Wright and D. Kleiman re: Checkpoint smart defense as IPS | DEFAUS_00089113-DEFAUS_00089116 | R, H |
| D346 | 1/18/09 | Email chain between D. Kleiman, C. Wright, and others re: RE: [HTCC] Secure deletion: a single overwrite will do it | DEF_00008537-DEF_00008538 | R, H |
| D347 | 3/2/09 | Email to D. Kleiman from C. Wright re: Next Week | DEFAUS_00084260 | R, H |
| D348 | 3/9/09 | Email to C. Wright from D. Kleiman re: Welcome! | DEFAUS_00689000 | R |
| D349 | 3/11/09 | Email to C. Wright from D. Kleiman re: Restaurants | DEFAUS_00689019 | R |
| D350 | 4/18/09 | Email chain with attachment between C. Wright, D. Kleiman and others re: RE: [CCE] Event viewer | DEFAUS_00689211 -DEFAUS_00689215 | R, H |

| Exhibit Number | Date | Document Description | Bates No./Source | Plaintiffs' Objections |
|---|---|---|---|---|
| | | (Parsing) Attachments: ATT01534.txt | | |
| D351 | 7/17/09 | Email chain between D. Kleiman, C. Wright, and others re: RE: [CCE] DD gurus | DEFAUS_00690633 - DEFAUS_00690634 | R, H |
| D352 | 3/17/10 | Email to D. Kleiman from C. Wright re: SO... | DEFAUS_00087354 | H |
| D353 | 4/18/10 | Email with attachment to D. Kleiman and B. Radvanovsky from C. Wright re: Some more readings for you. Attachments: IWSEC2010a.pdf | DEFAUS_00087447 - DEFAUS_00087461 | H, CML |
| D354 | 4/19/10 | Email chain between D. Kleiman and C. Wright re: RE: Papers so far. | DEFAUS_00693293 | H |
| D355 | 10/24/08 | Email chain between D. Kleiman and C. Wright re: RE: So what do you think | DEF_00005570 | H |
| D356 | 10/24/08 | Email chain between C. Wright and D. Kleiman re: RE: Just a draft | DEF_00008181 | H |
| D357 | 7/17/08 | Email chain between Dave Kleiman and Craig Wright | DEF_00006747- DEF_00006748 | H |
| D358 | 7/17/08 | Email chain between Craig Wright and Dave Kleiman | DEF_00028401- DEF_00028402 | |
| D359 | 7/20/08 | Email chain between Dave Kleiman, Craig Wright, and Shyaam Sundhar | DEF_00032566- DEF_00032592 | H |
| D360 | 9/9/08 | Email Chain between Craig Wright, Shyamm Sundhar and Dave Kleiman | DEF_00020018 | H |
| D361 | 9/10/08 | Email chain between Craig Wright and Dave Kleiman | DEF_00006173 | H |
| D362 | 10/13/08 | Email chain between Craig Wright, Dave Kleiman and others | DEF_00019787 | R, H |
| D363 | 12/3/08 | Email chain between Dave Kleiman and Craig Wright | | R, H |

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on March 16, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

 /s/ Andres Rivero
Andres Rivero