# OBJECTIONS KEY

**A** = Authenticity

**BER** = Best evidence rule

**BOL** = Bolstering

**CHAR** = Impermissible character evidence

**CML** = Cumulative

**COM** = Completeness

**DEM** = Improper demonstrative

**DNI** = Document not identified

**H** = Hearsay

**IB** = Improper bates number

**IC** = Improper compilation

**ILO** = Improper lay opinion

**MIL** = Motion in Limine

**NP** = Document not produced

**P** = Privileged

**R** = Relevance

**SPEC** = Speculation

**UP** = Undue Prejudice