UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative
of the estate of David
Kleiman, and W&K Info
Defense Research LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

### DR. CRAIG WRIGHT'S NOTICE OF FILING PROPOSED VOIR DIRE

In accordance with the Court's Amended Order Scheduling Trial and Order of Instructions before Calendar Call [D.E. 626], Dr. Craig Wright gives notice of filing his Proposed *Voir Dire*.

Dated: March 16, 2021

    Respectfully submitted,

    RIVERO MESTRE LLP
    *Attorneys for Dr. Craig Wright*
    2525 Ponce de Leon Blvd., Suite 1000
    Miami, FL 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
           amcgovern@riveromestre.com
           arolnick@riveromestre.com
           zkass@riveromestre.com
           zmarkoe@riveromestre.com
           rsanchez@riveromestre.com
           receptionist@riveromestre.com

By:     s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ALAN H. ROLNICK
Florida Bar No. 715085
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Amanda McGovern*
Amanda McGovern
