UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative
of the estate of David
Kleiman, and W&K Info
Defense Research LLC

  Plaintiffs,

v.

CRAIG WRIGHT,

  Defendant.
_____/

**DR. CRAIG WRIGHT'S NOTICE OF FILING PROPOSED VERDICT FORM**

In accordance with the Court's Amended Order Scheduling Trial and Order of Instructions before Calendar Call [D.E. 626], Dr. Craig Wright gives notice of filing his Proposed Verdict Form.

Dated: March 16, 2021

               Respectfully submitted,

               RIVERO MESTRE LLP
               *Attorneys for Dr. Craig Wright*
               2525 Ponce de Leon Blvd., Suite 1000
               Miami, FL 33134
               Telephone: (305) 445-2500
               Fax: (305) 445-2505
               Email: arivero@riveromestre.com
                    amcgovern@riveromestre.com
                    arolnick@riveromestre.com
                    zkass@riveromestre.com
                    zmarkoe@riveromestre.com
                    rsanchez@riveromestre.com
                    receptionist@riveromestre.com

               By:  s/ Andres Rivero

ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ALAN H. ROLNICK
Florida Bar No. 715085
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Amanda McGovern*
Amanda McGovern