## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense
Research, LLC

     *Plaintiffs,*

v.

CRAIG WRIGHT

     *Defendant.*

CASE NO.:  9:18-cv-80176-BB

### MOTION TO EXTEND DEMONSTRATIVE/SUMMARY EXHIBIT DEADLINE

Plaintiffs request the Court extend the deadline to exchange Demonstrative/Summary Exhibits from March 22, 2021 to April 30, 2021 and in support, say as follows:

Trial in this action is currently specially set for June 1, 2020. The current deadline to exchange Demonstrative/Summary Exhibits is set for March 22, 2021.

That said, identifying and coordinating with trial graphic consultants and testifying experts during the COVID-19 pandemic has proved challenging due to the current remote work situation. More time to work on these exhibits would help Plaintiffs better simplify the issues in the case, including demonstratives that could help explain the technical complexities of the technology and property at issue in this case.

In addition, two of the members of Plaintiffs' trial team have significant professional commitments next week. Vel Freedman is lead counsel in a two-day AAA arbitration hearing, styled *OJ Commerce LLC v. Amazon Services LLC*, starting on March 24 that requires significant preparation between now and the start of arbitration and Andrew Brenner is lead counsel in a

JAMS Arbitration, styled *Boies Schiller Flexner, LLP. V. David Metalonis*, which is set for a one-week Final Hearing from March 22nd through March 26th.

Finally, Mr. Freedman is also preparing for the Passover Holiday which begins on the evening of March 27. This holiday requires significant preparation, as well as imposes additional administrative hurdles, in part because it is also the first-time counsel will have the opportunity to spend time with certain family members, who have been quarantining over the past year.

For these reasons, Plaintiffs respectfully request that the Court enter an order extending the deadline to exchange Demonstrative/Summary Exhibits from March 22, 2021 to April 30, 2021.

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who state that they are prepared to meet the deadline, but take no position on the request for extension.

Dated:  March 16, 2021

Respectfully submitted,

By: */s/ Velvel Devin Freedman*
Velvel (Devin) Freedman, Esq.
ROCHE FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as
Personal Representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC.*