## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB |

## ORDER GRANTING MOTION TO EXTEND DEMONSTRATIVE/SUMMARY EXHIBIT DEADLINE

THIS CAUSE is before the Court on the Plaintiffs' Motion to Extend Demonstrative/Summary Exhibit Deadline. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The March 22, 2021 deadline shall be extended until April 30, 2021.

**DONE AND ORDERED** in chambers on this ___ day of March, 2021.

_____
JUDGE BETH BLOOM
United States District Judge

Copies furnished: All counsel of record