UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**PLAINTIFFS' NOTICE OF FILING OF PROPOSED VERDICT FORM**

Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC hereby give notice of the filing of their Proposed Verdict Form pursuant to the Court's Order, ECF No. [626].

Dated: March 16, 2021

Respectfully submitted,

By: */s/ Andrew S. Brenner*
    Andrew S. Brenner, Esq.
    **BOIES SCHILLER FLEXNER LLP**
    100 SE 2nd Street, Suite 2800
    Miami, Florida 33131
    abrenner@bsfllp.com

    Velvel (Devin) Freedman, Esq.
    **ROCHE FREEDMAN LLP**
    200 S. Biscayne Blvd., Suite 5500
    Miami, Florida 33131
    vel@rcfllp.com

    Kyle W. Roche, Esq.
    Joseph M. Delich
    **ROCHE FREEDMAN LLP**

99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2021 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Andrew S. Brenner*
ANDREW S. BRENNER