## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | CASE NO.:  9:18-cv-80176-BB |
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT, | |
| *Defendant.* | |

## PLAINTIFFS' PROPOSED *VOIR DIRE*

Plaintiffs file, pursuant to the Court's Order Scheduling Trial and Order of Instructions

Before Calendar Call ("Trial Order") [D.E. 476] and the Order amending the Trial Order [D.E.

626] their proposed *voir dire*.

## PROPOSED GENERAL QUESTIONS AND
## FOLLOW-UP TO COURT'S QUESTIONNAIRE

1.  Please raise your hand if you, a family member or close friend have any connection to any of the law firms, lawyers, or parties in this case.

2.  Has anyone here seen, read, or heard anything about any of the parties to this litigation? If so, please raise your hand.

3.  Has anyone here seen, read, or heard anything about this case? If so, please raise your hand.

4.  Please raise your hand if you have served or worked in law enforcement.

5.  Please raise your hand if you have ever served in the military.

6.  Please raise your hand if you have ever worked in computer forensics.

7.  Please raise your hand if you have ever been in a business partnership. If so, how many people were in the partnership? What was your ownership share in the partnership? Was the partnership an oral partnership or was it in writing?

8.  Please raise your hand if you have ever had a business of any kind with a friend or family member. What was the business How was it structured and was it in writing?

9.  Please raise your hand if you currently own or have ever owned or operated a business. What kind of business was it, and what was your role?

## PROPOSED CASE SPECIFIC / INDIVIDUAL QUESTIONS

10.  Please raise your hand if you have ever owned any cryptocurrency such as bitcoin, ether, tether, or ripple. If yes, please describe which cryptocurrencies you own or owned.

11.  Please raise your hand if you have ever heard of the name Satoshi Nakamoto. What, if anything, do you know about him?

12.  Please raise your hand if you have ever heard the name Dr. Craig Wright. If you have, what do you know about him?

13.  Please raise your hand if you have ever heard the name Dave Kleiman. If you have, what do you know about him?

14.  Please raise your hand if you have ever heard the name Ira Kleiman. If you have, what do you know about him?

15.  Please raise your hand if you have any experience with computer metadata. If you have experience with computer metadata, what is that experience?

16.  Please raise your hand if you have ever started a business with someone. If you have, what was the nature of that business? Did you have any partners?

17.  Please raise your hand if you have had any of your property stolen. If you have, please describe.

18.  Please raise your hand if you have ever been the victim of a fraud. If you have, please describe.

19.  Please raise your hand if you have ever reviewed what you believed was a forgery. If you have, please explain.

20.  Please raise your hand if you ever believed a signature on a document was a forgery. If you have, please explain.

21.  Please raise your hand if you have ever been the victim of identity theft?

22.  Please raise your hand if you have ever been involved with a patent, trademark, or copyright. If you have, what was that involvement?

23.  Please raise your hand if you or any of your siblings are adopted.

24.  Please raise your hand if you know anyone who has ever been involved with a tax audit.

25.  Please raise your hand if you have close personal or family relationship who is confined to a wheelchair. If so, please describe in detail.

26.  Please raise your hand if you have close personal or family relationship who suffered from a serious medical illness early in their life. If so, please describe in detail.

27.  Please raise your hand if you know anyone who has faked a disability before. If so, please describe in detail.

## CLOSING QUESTIONS

28.  If you are selected to sit on this case, by a show of hands, will you be unable or unwilling to render a decision based solely on the evidence presented at the trial and the law as the Judge gives it to you in her instructions, and disregard any other ideas, notions, or beliefs about the law you may have encountered in reaching your verdict?

29.  Is there anything else that anyone wants to bring to the attention of the Court or that you think the Court or lawyers should know about you that may affect your ability to serve on this jury, or that may influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?

30.  Is there anything you would prefer to discuss privately with the Judge?

Dated:  March 16, 2021

Respectfully submitted,

By: */s/ Andrew S. Brenner*

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
ROCHE CYRULNIK FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as*
*Personal Representative of the Estate of*
*David Kleiman and W&K Info Defense*
*Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2021 a true and correct copy of the foregoing was

filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Andrew S. Brenner*
ANDREW S. BRENNER

4