SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

  plaintiffs,
v.                     Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

  defendant.
_____/

## JOINT MOTION TO RE-SET TRIAL DATE, RE-SET CALENDAR CALL, EXTEND THE DUE DATE FOR DEMONSTRATIVE AND SUMMARY EXHIBITS, AND REQUEST STATUS CONFERENCE

The parties jointly request that the Court re-set the trial date, re-set the upcoming calendar call, extend the due date for demonstrative and summary exhibits, and set a status conference. In support of this joint motion, the parties state as follows:

On November 19, 2020, the Court set the calendar call for May 11, 2021 and specially set trial for June 1, 2021. On March 17, 2021, the Court extended the due date for demonstrative and summary exhibits to April 30, 2021. Then, on April 6, 2021, Chief Judge Moore issued Administrative Order 2021-33, continuing all jury trials until after July 6, 2021. The parties jointly request that the Court re-set the trial date to the next available opportunity, taking in account the international travel restrictions imposed by Covid-19, counsel's other trials, counsel's family commitments, and the Jewish High holidays.

At the moment, travel from the U.K. to the United States remains prohibited, which could prevent Dr. Wright, a U.K. resident, from attending the trial in person. Dr. Wright's counsel, Amanda McGovern, is lead counsel in an international arbitration that will take place in July.

She also will be traveling in August with her rising freshman daughter to help her settle into her first year at university. Plaintiffs' counsel Velvel Freedman has a trial that currently is set for August and Andrew Brenner has a trial that is set for October. Finally, a number of both parties' counsel observe the Jewish High holidays that occur the month of September.[1] For these reasons, the parties jointly request the Court to set trial for November 1, 2021, by which time, the parties hope that Covid-19 international travel restrictions also will have been lifted.

The parties also jointly request that the Court re-set the calendar call and extend the due date for the demonstrative and summary exhibits to better correspond to the re-set trial date. Specifically, they ask the Court to re-set the calendar call to one and a half months before trial and to extend the due date for the demonstrative and summary exhibits to two months before trial. The parties will use the additional time to further streamline their exhibit objections and hopefully reduce the number of documents that will require the Court's attention. To that end, the parties jointly request that the Court set a status conference within the next few weeks so the parties may seek additional guidance from the Court as to how to best present the disputed exhibits, their objections, and other matters related to trial.

---

[1] Rosh Hashana is on September 7th and 8th, Yom Kippur is on September 16th, and Sukkot is on September 21, 22, 28, and 29. Select counsel for both parties will be unavailable for those days in the month of September.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), both parties have conferred and are jointly seeking this request.

Dated: April 23, 2021

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
JORGE MESTRE
Florida Bar No. 88145
SCHNEUR KASS
Florida Bar No. 100554

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Schneur Kass
SCHNEUR KASS
Florida Bar No. 100554