## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

_____/

### ORDER ON JOINT MOTION TO RE-SET TRIAL DATE, RE-SET CALENDAR CALL, EXTEND THE DUE DATE FOR DEMONSTRATIVE AND SUMMARY EXHIBITS, AND REQUEST STATUS CONFERENCE

**THIS CAUSE** is before the Court upon the Joint Motion to Re-Set Trial Date, Re-Set Calendar Call, Extend the Due Date for Demonstrative and Summary Exhibits, and Request Status Conference, ECF No. [649] ("Motion"). The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [649]**, is **GRANTED**.

2. The Court's Order Scheduling Trial, ECF No. [626], is **AMENDED** as follows:

    **THIS CAUSE** is specially set for a **Jury Trial** beginning on **November 1, 2021, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, September 14, 2021**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**.

Case No. 18-cv-80176-BLOOM/Reinhart

3. The Court's Order on the Motion for Extension of Time to Extend the Demonstrative/Summary Exhibit Deadline, ECF No. [648], is **AMENDED** to extend the due date for Demonstrative/Summary Exhibits to **August 31, 2021**.

4. The Court will hold a **Status Conference on May 11, 2021 at 1:45 p.m.** to discuss the status of this case. *See* ECF No. [626].

5. This case shall remain **ADMINISTRATIVELY CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 27, 2021.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2