## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## CORRECTED[1] JOINT NOTICE OF FILING PROPOSED ORDER

On April 23, 2021, the parties filed a Joint Motion to Re-Set Trial Date, Re-Set Calendar call, Extend the Due Date for Demonstrative and Summary Exhibits, and Request Status Conference, ECF No. [649]. Due to an oversight, the motion was not accompanied with a proposed order. The parties now attach a proposed order to this notice.

Dated: April 28, 2021

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
AMANDA MCGOVERN
Florida Bar No. 964263
ANDRES RIVERO
Florida Bar No. 613819
JORGE MESTRE

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

---

[1] In accordance with the clerk's notice at D.E. 652, the parties are filing this corrected joint notice using a CM/ECF login that matches the name of the attorney on the signature block.

Florida Bar No. 88145
SCHNEUR KASS
Florida Bar No. 100554

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                  /s/ Amanda McGovern
                 AMANDA MCGOVERN
                 Florida Bar No. 964263