UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO RE-SET TRIAL DATE, RE-SET CALENDAR CALL, EXTEND THE DUE DATE FOR DEMONSTRATIVE AND SUMMARY EXHIBITS, AND REQUEST STATUS CONFERENCE**

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Re-Set Trial Date, Re-Set Calendar call, Extend the Due Date for Demonstrative and Summary Exhibits, and Request Status Conference, ECF No. [649] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [649]**, is **GRANTED**.

2. The Court's Order Scheduling Trial, **ECF No. [626]**, is **AMENDED** as follows: This cause is specially set for trial beginning on **November 1, 2021 at 9:00 a.m.** at the United States courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The parties shall appear before the Court for **calendar call** at **1:45 p.m. on September 14, 2021**.

3. The Court's Order on the Motion for Extension of Time to Extend the Demonstrative/Summary Exhibit Deadline, **ECF No. [648]**, is **AMENDED** to extend the due date for Demonstrative/Summary Exhibits to **August 31, 2021.**

1

2

4. The Court will hold a **Status Conference on May 11, 2021**.

All other pre-trial deadlines in the Amended Order are unaffected by this order.

                                                    JUDGE BETH BLOOM
                                                    United States District Judge

Copies to: Counsel of Record