UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**JOINT MOTION TO PROVIDE OBJECTED TO PROPOSED TRIAL EXHIBITS
TO THE COURT ON THUMB DRIVE OR EXTERNAL HARD DRIVE**

The parties jointly request that the Court permit the submission of the proposed trial exhibits, which the parties cannot agree on, and which require ruling from the Court, by thumb drive or external hard drive. Given the volume of the proposed trial exhibits that require ruling from the Court, during the status conference before the Court on May 11, 2021, the Court requested the parties provide copies of them on August 31, 2021, in advance of the calendar call. [D.E. 656 Status Conference Transcript, 9:19-10:7]. To ensure that the submission of these exhibits is consistent with the Court's intention and practice, the parties request that they submit the proposed trial exhibits requiring ruling from the Court by thumb drive or external hard drive. The parties believe that this method of submission will be efficient, avoid prejudice, preserve private and personally identifiable information, avoid tainting the potential jury pool, and is consistent with the Local Rules.[1]

---

[1] Here, the proposed trial exhibits requiring ruling from the Court have been objected to on numerous grounds including prejudice, hearsay, relevance, and inadmissible character evidence. This Court has yet to rule on the admissibility of the objected to documents. Moreover, many of

WHEREFORE, the parties respectfully request the Court order the parties to submit the objected to proposed trial exhibits to chambers on thumb drive or external hard drive with copies to opposing counsel on August 31, 2021.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), both parties have conferred and are jointly seeking this request.

Dated: July 1, 2021

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

*Counsel for Dr. Craig S. Wright*

s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel for Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

---

these proposed trial exhibits contain personal identifiable information or confidential information, which would require redaction and to be filed under seal. Typically, trial exhibits are not filed publicly until after the conclusion of the trial (s*ee* Local Rule 5.3 (b)(2)), and the Local Rules contemplate submission of certain exhibits on thumb drive or other electronic devices. *See* Local Rule 5.3(c).

## **CERTIFICATE OF SERVICE**

    I CERTIFY that on July 1, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 */s/* Amanda McGovern