**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>    *Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**PROPOSED ORDER GRANTING JOINT MOTION TO PROVIDE OBJECTED TO PROPOSED TRIAL EXHIBITS TO THE COURT ON THUMB DRIVE OR EXTERNAL HARD DRIVE**

THIS CAUSE is before the Court on the Joint Motion to Provide Objected to Proposed Trial Exhibits to The Court on Thumb Drive or External Hard Drive (the "Motion"). The Court has reviewed the Motion, and being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties shall submit the objected to proposed trial exhibits on thumb drive or external drive, with copies to be delivered to chambers and opposing counsel on August 31, 2021.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July 2021.

                                                                           _____
                                                                           BETH BLOOM
                                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record