UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

(WEST PALM BEACH)

Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Please notice the appearance of Darrell Payne and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., as counsel on behalf of John Doe,[1] a non-party witness in this matter in the above-styled case only, and please cause all pleadings and court papers to be served upon undersigned counsel.

Date: July 22, 2021

Respectfully submitted,

/s/ Darrell Payne
DARRELL PAYNE
Florida Bar No. 773300
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3200
Email: dapyne@stearnsweaver.com
Secondary Email: cveguilla@stearnsweaver.com

---

[1] The non-party witness is identified only through the John Doe pseudonym, consistent with prior orders and stipulations sealing his identity and testimony until further order of the Court. *See* DE Nos. 466, 467, 475, and 477.

Case No.: 9:18-cv-80176-BB

Richard W. Buckner (*pro hac vice* application forthcoming)
Patricia L. Glaser (*pro hac vice* application forthcoming)
**WEIL GLASER**
10250 Constellation Blvd.
Los Angeles, CA 90067
Telephone: (310) 282-6221
Email: RBuckner@GlaserWeil.com
Email: rbenvie@GlaserWeil.com
Email: PGlaser@GlaserWeil.com
Email: kgould@GlaserWeil.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Darrell Payne*
DARRELL PAYNE

Case No.: 9:18-cv-80176-BB

## SERVICE LIST

Devin Freedman, Esq.
Stephen Lagos, Esq.
Stephen N. Zack, Esq.
**Roche Cyrulnik Freedman L**
200 S. Biscayne Blvd., Suite 5500
Miami, Florida 33131
Tel.: (305) 357-3861
Email: vel@rcfllp.com
Email: slagos@rcflp.com
szack@bsfllp.com

Joseph M. Delich, Esq.
Kyle W. Roche, Esq.
**Roche Freedman LLP**
185 Wythe Avenue F2
Brooklyn, NY 11249
Email: jdelich@rcfllp.com
Email: kyle@rcfllp.com

Maxwell V. Pritt, Esq.
**Boies Schiller Flexner LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Tel: (415) 293-6800
Email: mpritt@bsfllp.com

Andrew S. Brenner, Esq.
Constantine P. Economides, Esq.
Laselve E. Harrison, Esq.
**Boies Schiller Flexner LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Email: abrenner@bsfllp.com
Email: ceconomides@rcfllp.com
Email: lharrison@bsfllp.com

Case No.: 9:18-cv-80176-BB

Andres Rivero, Esq.
Alan H. Rolnick, Esq.
Amanda McGovern, Esq.
Bryan L. Paschal, Esq.
Schneur Z. Kass, Esq.
Zaharah R. Markoe, Esq.
**Rivero Mestre LLP**
2525 Ponce de Leon Boulevard
Suite 1000 Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com

Whitney Lohr, Esq.
**Kurzban Kurzban Tetzeli & Pratt, P.A.**
131 Madeira Avenue
Coral Gables, FL  33134
Tel.: (305) 444-0060
Email: wlohr@kktplaw.com