UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

(WEST PALM BEACH)

Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Patricia L. Glaser, of the law firm of Glaser Weil, 10250 Constellation Blvd., Los Angeles, California, Telephone: (310) 282-6221, for purposes of appearance as co-counsel on behalf of John Doe,[1] a non-party witness in this matter, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Patricia L. Glaser to receive electronic filings in this case, and in support thereof states as follows:

    1.    Patricia L. Glaser is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of California Bar.

    2.    Movant, Darrell Payne, Esquire, of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A, Museum Tower, Suite 2200, 150 W. Flagler Street, Miami, Florida 33130, Telephone (305) 789-3200, is a member in good standing of The Florida Bar and the United

---

[1] The non-party witness is identified only through the John Doe pseudonym, consistent with prior orders and stipulations sealing his identity and testimony until further order of the Court. *See* DE Nos. 466, 467, 475, and 477.

States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Patricia L. Glaser has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Patricia L. Glaser, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Patricia L. Glaser at email address: PGlaser@GlaserWeil.com and at kgould@glaserweil.com.

WHEREFORE, Darrell Payne, moves this Court to enter an Order Patricia L. Glaser of Weil Glaser, to appear before this Court on behalf of non-party witness John Doe, for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to Patricia L. Glaser.

Date: July 22, 2021    Respectfully submitted,

*/s/ Darrell Payne*
DARRELL PAYNE
Florida Bar No. 773300
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3200
Email: dapyne@stearnsweaver.com
Secondary Email: cveguilla@stearnsweaver.com

        Richard Buckner (*pro hac vice* application pending)
        Patricia L. Glaser (*pro hac vice* application pending)
        **WEIL GLASER**
        10250 Constellation Blvd.
        Los Angeles, CA 90067
        Telephone: (310) 282-6221
        Email: RBuckner@GlaserWeil.com
        Email: rbenvie@GlaserWeil.com
        Email: PGlaser@GlaserWeil.com
        Email: kgould@GlaserWeil.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                  By: *Darrell Payne*
                                         DARRELL PAYNE

**SERVICE LIST**

Devin Freedman, Esq.
Stephen Lagos, Esq.
Stephen N. Zack, Esq.
**Roche Cyrulnik Freedman L**
200 S. Biscayne Blvd., Suite 5500
Miami, Florida 33131
Tel.: (305) 357-3861
Email: vel@rcfllp.com
Email: slagos@rcflp.com
szack@bsfllp.com

Joseph M. Delich, Esq.
Kyle W. Roche, Esq.
**Roche Freedman LLP**
185 Wythe Avenue F2
Brooklyn, NY 11249
Email: jdelich@rcfllp.com
Email: kyle@rcfllp.com

Maxwell V. Pritt, Esq.
**Boies Schiller Flexner LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Tel: (415) 293-6800
Email: mpritt@bsfllp.com

Andrew S. Brenner, Esq.
Constantine P. Economides, Esq.
Laselve E. Harrison, Esq.
**Boies Schiller Flexner LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Email: abrenner@bsfllp.com
Email: ceconomides@rcfllp.com
Email: lharrison@bsfllp.com

Andres Rivero, Esq.
Alan H. Rolnick, Esq.
Amanda McGovern, Esq.
Bryan L. Paschal, Esq.
Schneur Z. Kass, Esq.
Zaharah R. Markoe, Esq.
**Rivero Mestre LLP**
2525 Ponce de Leon Boulevard
Suite 1000 Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com

Whitney Lohr, Esq.
**Kurzban Kurzban Tetzeli & Pratt, P.A.**
131 Madeira Avenue
Coral Gables, FL  33134
Tel.: (305) 444-0060
Email: wlohr@kktplaw.com