UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)
Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Richard W. Buckner, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Richard W. Buckner, may appear and participate in this action on behalf of a non-party witness, John Doe. The Clerk shall provide electronic notification of all electronic filings to Richard W. Buckner, at RBuckner@GlaserWeil.com and at rbenvie@glaserweil.com.

DONE AND ORDERED in Chambers in Miami, Florida, this _____ day of July, 2021.

                                                                                             _____
                                                                                             Hon. Beth Bloom
                                                                                             United States District Judge

Copies provided to all counsel of record