UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                         Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

## JOINT TRIAL EXHIBIT LIST

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE001 | 2/16/11 | W&K Info Defense Research LLC Articles of Organization filed on 2/16/2011 | KLEIMAN_00562358-KLEIMAN_00562359 | |
| JE002 | 3/28/14 | 2014 Limited Liability Company Reinstatement for W&K Info Defense Research LLC | KLEIMAN_00299062 | |
| JE003 | 12/2/14 | Email from A. Pedersen to J. Warren re BitMessage: Security Software Code review, dated December 2, 2014 (Exhibit D03 in J. Warren's 7/24/2019 deposition) | DEF_00762932-DEF_00762934 | |
| JE004 | 2/16/11 | Email from R. Radvanovsky to C. Wright re Long time and all, dated February 16, 2011 (Exhibit 5 in R. Radvanovsky's 12/12/2019 deposition) | DEF_00285685/BEV_00643451 | |
| JE005 | 12/30/19 | Conversation on Reddit (Exhibit 14 in A. Antonopoulos' 1/7/2020 deposition) | | |

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE006 | 7/7/05 | Conversation on Reddit (Exhibit 17 in A. Antonopoulos' 1/7/2020 deposition) | | |
| JE007 | 8/8/13 | Email from MYOB AU Customer Service to C. Wright re MYOB AccountRight Live Administrator - invitation accepted, dated August 8, 2013 (Exhibit 18 in J. Wilson's 11/8/2019 deposition) | DEF_00262775 | |
| JE008 | 7/15/13 | Deed of Assignment and Charge between Craig Wright (ABN 97 481 146 384) and DeMorgan Wright Family Trust | DEF_00023206-DEF_00023219 | |
| JE009 | 9/15/13 | IP Deed of Assignment between The Wright Family Trust Demorgan and Coin-Exch Pty Ltd | DEFAUS_00555535-DEFAUS_00555542 | |
| JE010 | 9/9/14 | Email from A. Andresen to J. Garzik, G. Maxwell, W. van der Laan, and P. Wuille re The satoshin@gmx.com account compromise, dated September 9, 2014 (Exhibit 70 in G. Andresen's 2/26/2020 deposition) | GAVIN_00000375-GAVIN_00000376 | |
| JE011 | 2/14/18 | Document from G. Andresen titled "Not as rich as you think", dated February 14, 2018 (Exhibit 71 in G. Andresen's 2/26/2020 deposition) | | |
| JE012 | 2/16/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 | DEFAUS_00694555-DEFAUS_00694559 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE013 | 2/15/11 | Email chain between C. Wright, L. Wright and D. Kleiman re: Link to R&D site | DEFAUS_00092832-DEFAUS_00092833 | |
| JE014 | 5/8/19 | Craig Declaration, dated May 8, 2019 | [DE 222] | |
| JE015 | 10/31/08 | "Bitcoin: A Peer-to-Peer Electronic Cash System" by S. Nakamoto | DEF_00985722-DEF_00985730 | |
| JE016 | 4/30/13 | Email chain between T. Young and C. Wright re: Meeting | DEF_00026682 | |
| JE017 | 6/19/13 | C. Wright Australian Private ruling tax application | DEFHC_01637714-DEFHC_01637718 | |
| JE018 | 4/10/20 | Materials considered by R. Leonard (Exhibit H in R. Leonard's 4/24/2020 deposition) | | |
| JE019 | 4/10/20 | Provided Metadata (Exhibit 5 in M. Edman's 4/29/20 deposition) | | |
| JE020 | 3/12/14 | Coin Exch Pty Ltd Transfer of shares dated 3/12/2014 | DEFHC_00001114 | |
| JE021 | 4/12/18 | 2018 Limited Liability Company Reinstatement for W&K Info Defense Research LLC | http://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=flal-l11000019904-dce79b55-176a-4442-93a7-3c8896316aa2&transactionId=l11000019904-re-42d2ae10-fbd1-4902-8f7e-f57e746413cf&formatType=PDF | |
| JE022 | 10/25/13 | D. Kleiman Last Will | KARP_00000140-KARP_00000144 | |
| JE023 | 3/21/19 | Plaintiffs' Second Amended Responses and Objections to Wright's First Set of Interrogatories to Plaintiff, Ira Kleiman | | |
| JE024 | 10/5/12 | Exhibit D02 in J. Warren's 7/24/2019 deposition | | |

3

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE025 | 12/3/19 | A. Antonopoulos' time log 1/7/2020 | | |
| JE026 | 7/16/19 | M. Edman's invoice 7/16/2019 | | |
| JE027 | 8/15/19 | M. Edman's invoice 8/15/2019 | | |
| JE028 | 1/9/20 | M. Edman's invoice 1/9/2020 | | |
| JE029 | 10/16/18 | Email chain between D. Kleiman and I. Kleiman re: Happy B-day! | KLEIMAN_00003249 | |
| JE030 | 12/10/18 | C. Wright blog post dated Dec. 10, 2018 | https://medium.com/@craig_10243/the-fury-fb603e344d20 | |
| JE031 | 4/28/14 | Email chain between C. Wright and I. Kleiman re: domains | DEFAUS_00119548-DEFAUS_00119554 | |
| JE032 | 2/17/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Four proposals | DEFAUS_00694603-DEFAUS_00694607 | |
| JE033 | 2/16/11 | Email with attachment from D. Kleiman to C. Wright and L. Wright re: Four proposals | DEF_00009698-DEF_00009706 | |
| JE034 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals | DEFAUS_00093074 | |
| JE035 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals | DEFAUS_00093075 | |
| JE036 | 5/10/18 | YouTube tribute to D. Kleiman by C. Wright | https://www.youtube.com/watch?v=uVtOkE5vHbY | |
| JE037 | 2009 | Bitcoin blockchain code | DEF_00727082-DEF_00727091 | |
| JE038 | 11/27/19 | A. Antonopoulos' Time log 11/27/2019-4/23/2020 | | |
| JE039 | 1/8/20 | A. Antonopoulos' Invoice 1/8/2020 | | |
| JE040 | 4/10/20 | A. Antonopoulos' Invoice 4/10/2020 | | |

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE041 | 4/22/20 | S. Boedeker Invoice 4/22/2020 | | |
| JE042 | 2/3/20 | M. Edman's Invoice 2/3/2020 | | |
| JE043 | 4/14/20 | M. Edman's Invoice 4/14/2020 | | |
| JE044 | 5/8/20 | D. Kleiman Certification of Death | KLEIMAN_00562426 | |
| JE045 | 12/9/15 | Email chain between P. Paige and K. Andreou re: Bitcoin? | KLEIMAN_00396011-KLEIMAN_00396012 | |
| JE046 | 12/8/15 | Email to S. Matthews and R. Watts from C. Wright re: Fwd: On a side note - | DEF_00022662 | |
| JE047 | 3/8/12 | Quit Claim Deed from D. Kleiman to I. Kleiman, Palm beach County CFN 20120092166 OR BK 25058 PG 1867 | | |
| JE048 | 3/11/14 | Email chain with attachment between I. Kleiman and C. Wright re: Letter | KLEIMAN_00278090 - KLEIMAN_00278091 | |
| JE049 | 3/12/14 | Email chain with attachment between I. Kleiman and A. Damoka re: Letter | KLEIMAN_00568407-KLEIMAN_00568415 | |
| JE050 | 2013 | Petition for Disposition of Personal Property Without Administration (verified statement) IN RE: Estate of David Alan Kleiman File No. 502013CP005060 | | |
| JE051 | 2/23/08 | Email chain between D. Kleiman and C. Wright re: [CCE] RE: PI License Debate | DEFAUS_01731927-DEFAUS_01731935 | |
| JE052 | 2/19/09 | Email chain between D. Kleiman and C. Wright re: How are you | DEFAUS_00688883 | |
| JE053 | 3/3/09 | Email chain between D. Kleiman and C. Wright re: Next week | DEFAUS_00688966 | |

5

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE054 | 3/10/09 | Email chain between D. Kleiman and C. Wright re: Welcome | DEFAUS_00689010 | |
| JE055 | 4/9/08 | Email chain between C. Wright and D. Kleiman re: Runners up | DEFAUS_00688386-DEFAUS_00688387 | |
| JE056 | 11/27/07 | Email chain with attachment between C. Wright and D. Kleiman re: Question | DEFAUS_00686584-DEFAUS_00686589 | |
| JE057 | 11/11/10 | Email to D. Kleiman from C. Wright re: Next time | DEFAUS_00092218 | |
| JE058 | 4/22/08 | Email chain between D. Kleiman and C. Wright re: Authorship offer (ISC) 2 Press Series - ISSMP | DEFAUS_00688425-DEFAUS_00688433 | |
| JE059 | 12/23/07 | Email chain between C. Wright and D. Kleiman re: New year and all | DEFAUS_00687375-DEFAUS_00687376 | |
| JE060 | 3/13/08 | Email chain between C. Wright and D. Kleiman re: Defamation and the difficulties of law on the Internet.aig | DEFAUS_00687896-DEFAUS_00687904 | |
| JE061 | 5/24/08 | Email to M. Pollitt, C. Whitcomb, S. Guttman and C. Wright from D. Kleiman re: Recommendations for DFCB board / committee member | DEFAUS_00688772-DEFAUS_00688773 | |
| JE062 | 3/13/09 | Email to C. Wright from D. Kleiman re: morning | DEFAUS_00689025 | |
| JE063 | 4/10/20 | Appendix B to N. Chamber's expert report | | |
| JE064 | 2008 | Timechain 2008 Satoshi Nakamoto comprising of main.cpp; main.h; and node.cpp | CODE_000001-CODE_000070 https://satoshi.nakamotoinstitute.org/code/ https://bitcointalk.org/index.php?topic=382374.0 | |

6

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE065 | 8/20/08 | "Basic Economics: A Citizen's Guide to the Economy" by T. Sowell | DEF_01670276-DEF_01670584 | |
| JE066 | 5/8/06 | "Probability and Finance: It's Only a Game!" by G. Shafer and V. Vovk | DEF_01328526-DEF_01328942 | |
| JE067 | 3/31/07 | "Great Scientific Ideas That Changed the World: Part I" by S. Goldman | DEF_00371521-DEF_00371982 | |
| JE068 | 1/22/08 | "Playing For Real: A Text on Game Theory" by K. Binmore | DEF_00368019-DEF_00368670 | |
| JE069 | 12/4/06 | "Network Security Assessment: From Vulnerability to Patch" by S. Manzuik, K. Pfeil and A. Gold | DEF_01124388-DEF_01124785 | |
| JE070 | 8/6/08 | "Building Embedded Linux Systems" by K. Yaghmour, J. Masters, G. Ben-Yossef and P. Gerum | DEF_01714633-DEF_01715096 | |
| JE071 | 12/12/07 | "Network Externality: An Uncommon Tragedy" by S. J. Liebowitz and S. Margolis | DEF_00285316-DEF_00285334 | |
| JE072 | 5/26/03 | "Static Games of Incomplete Information" by J. Ratliff | DEF_00285308-DEF_00285315 | |
| JE073 | 4/23/07 | "Ruin probability for Levy risk process compounded by geometric Brownian motion*" by X. Zhao and C. Yin | DEF_00285297-DEF_00285307 | |
| JE074 | 5/19/04 | "Toward Econometric Models of the Security Risk from Remote Attacks" by S. Schechter | DEF_00285284-DEF_00285296 | |
| JE075 | 10/19/06 | "Toward a Dynamic Modeling of the Vulnerability Black Market" by J. Radianti and J. Gonzalez | DEF_00285265-DEF_00285283 | |
| JE076 | 3/8/07 | "Chaos Theory: Two Essays on Market Anarchy" by R. Murphy | DEF_00285193-DEF_00285251 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE077 | 10/14/04 | "Game Theory: A Critical Introduction" by S. Hargreaves Heap and Y. Varoufakis | DEF_01235727-DEF_01236021 | |
| JE078 | 10/14/04 | "Hazlitt vs. Hansen: Differences in the Analysis of The General Theory of Employment, Interest, and Money" by A. Villacampa | DEF_00810031-DEF_00810071 | |
| JE079 | 4/12/04 | "A subjectivist theory of entrepreneurship" by J. Mahoney and S. Michael | DEF_00350023-DEF_00350055 | |
| JE080 | 10/26/06 | "Control - A History of Behavioral Psychology" by J. Mills | DEF_01671841-DEF_01672099 | |
| JE081 | 6/28/04 | "Cisco IOS Switch Security Configuration Guide" by A. Borza, D. Duesterhaus, C. Grabczynski, J. Johnson, R. Kelly and T. Miller | DEF_00211404-DEF_00211489 | |
| JE082 | 5/12/14 | Email to I. Kleiman from C. Wright re: FW: Draft submissions to ATO | KLEIMAN_00185330-KLEIMAN_00185331 | |
| JE083 | 3/12/14 | Minute book for Coin-Exch Pty Ltd and various emails regarding Coin-Exch shares for Kleiman Estate | DEF_00013161-DEF_00013172 | |
| JE084 | 10/22/14 | Current details for ABN for Coin-Exch Pty. Ltd. | DEFAUS_01570160 | |
| JE085 | 3/10/20 | Wright International Investments Ltd Items Register [Detail] from MYOB | DEF_01924295 | |
| JE086 | 2/26/11 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924354 | |
| JE087 | 3/1/11 | Screenshot of Wright International Investments Ltd payment from MYOB | DEF_01924330 | |
| JE088 | 10/1/09 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924348 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE089 | 1/2/10 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924349 | |
| JE090 | 6/30/10 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924355 | |
| JE091 | 4/2/10 | Screenshot of Wright International Investments Ltd purchase from MYOB | DEF_01924350 | |
| JE092 | 6/30/13 | Coin-Exch Pty Ltd Accounts List | DEF_00041252-DEF_00041254 | |
| JE093 | 8/15/02 | Ridges Estate Pty Ltd Tax Invoice | DEF_00075074 | |
| JE094 | 2/2/2009-4/26/2009 | Multiple 2009 bills and receipts | DEF_01638769-DEF_01638856 | |
| JE095 | 1/16/12 | Email chain with attachment between J. Chesher, K. Ng, C. Wright and A. Sommer re: Appeal against ATO decision | DEF_01906764-DEF_01906765  DEF_01634114-DEF_01634145  DEF_01634146-DEF_01634147 | |
| JE096 | 9/9/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Reminder: Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST | DEFAUS_00114566 | |
| JE097 | 3/25/08 | Email to D. Kleiman from C. Wright re: Runners up | DEFAUS_00687909 | |
| JE098 | 3/13/08 | Email chain between C. Wright, D. Kleiman and L. Wright re: Your offer | DEFAUS_00687894-DEFAUS_00687895 | |
| JE099 | 4/7/15 | Email to self from I. Kleiman re: Fwd: Dave | KLEIMAN_00005358-KLEIMAN_00005361 | |
| JE100 | 10/23/19 | "Bitcoin Q&A: Not your Keys, Not your Coins" video by A. Antonopoulos | https://www.youtube.com/watch?v=AcrEEnDLm58&ab_channel=aantonop | |

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE101 | 6/30/09 | C. Wright 2009 Australian Tax return | DEF_00250696-DEF_00250727 | |
| JE102 | 2/15/14 | Email chain between C. Wright and I. Kleiman re: Dave | KLEIMAN_00001722-KLEIMAN_00001724 | |
| JE103 | 2/15/14 | Email chain between C. Wright and I. Kleiman re: Dave | KLEIMAN_00001657-KLEIMAN_00001660 | |
| JE104 | 5/2/14 | Email to C. Wright from I. Kleiman re: quantum | KLEIMAN_00176771 | |
| JE105 | 7/8/15 | Email to C. Wright and R. Watts from I. Kleiman re: Proposal | KLEIMAN_00185770 | |
| JE106 | 12/23/13 | Letter to C. Wright from Australian Taxation Office | DEF_01491956-DEF_01491976 | |
| JE107 | 11/6/13 | Supreme Court of New South Wales Judgment/Order Case no. 2013/00245661 | DEF_01598404 | |
| JE108 | 11/6/13 | Supreme Court of New South Wales Judgment/Order Case no. 2013/00225983 | DEF_00029338 | |
| JE109 | | Compilation of Certified ASIC company documents for Australian companies | ASIC000001-ASIC000308 | |
| JE110 | | Compilation of ABN Company History for Australian companies | ABR000001-ABR000024 | |
| JE111 | 2/15/11 | Email from D. Kleiman to C. Wright and L. Wright re Registration - TTAI, dated February 15, 2011 | DEF_00009663-DEF_00009664 | |
| JE112 | 10/28/11 | U.S. Patent 14354359 invented by J. Wilson and C. Wright, dated October 28, 2011 (Wilson Dep. Ex. 22) | | |
| JE113 | 2/1/13 | Computer Forensics, LLC Operating Agreement, dated February 1, 2013 | KLEIMAN_00068201 | |

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE114 | 6/26/13 | Email from C. Wright to J. Wilson and R. Watts re Some history, dated June 26, 2013 | DEF_00028015 | |
| JE115 | 8/26/15 | Email from C. Wright to I. Kleiman, R. Watts, and S. Matthews re Communication, dated August 26, 2015 | DEF_00022417 | |
| JE116 | 11/26/15 | Email from C. Wright to C. Ayre et al. re Bitcoin, dated November 26, 2015 | DEFAUS_01074123 | |
| JE117 | 2/14/11 | Florida Division of Corporations - W&K Entity Search Results (Eisner Dep. Ex. 14) | | |
| JE118 | | AlixPartners Inventory of Forensic Images on UnitedLex Drive (E0066880) | COC_00000010-COC_00000012 | |
| JE119 | 12/21/08 | C. Wright - BitCoin: SEIR-C propagation models of block and transaction dissemination | DEF_01839995-DEF_01840021 | |
| JE120 | 3/18/20 | C. Wright Post "Andrew Carnegie said 'earn as much as possible, give as much as possible."' (Craig Dep. IV Ex. Tag 3) | | |
| JE121 | 4/22/15 | 2015 Florida LLC Annual Report for W&K | SMJ Sur-Reply Ex. 2 | |
| JE122 | 6/18/07 | Email to D. Kleiman from C. Wright re: SANS Las Vegas | DEFAUS_00684921 | |
| JE123 | 4/21/11 | Email from C. Wright to Ramona A re: Dave, dated April 21, 2011. | DEF_00025400 | |
| JE124 | 11/16/08 | Email from C. Wright to D. Kleiman, P. Henry, B. Long, C. Conrad, cc: R. Lee re: Forensic Common Body of Knowledge, dated November 16, 2008. | DEF_00034411 | |
| JE125 | 12/18/07 | Email to D. Kleiman from C. Wright re: Evidence | DEFAUS_00687328 | |
| JE126 | 2/26/14 | Email from C. Wright to I. Kleiman, dated Feb. 26, 2014 | KLEIMAN_00001679-KLEIMAN_00001685 | |
| JE127 | 3/6/14 | Email chain between I. Kleiman and C. Wright re: Another | KLEIMAN_00278087 | |

11

| Exhibit Number | Date | Document Description | Bates No./Source | Admitted |
|---|---|---|---|---|
| JE128 | 4/23/19 | Chain of Custody D. Kleiman Hitachi Hard Drive. Serial number MPCZN2Y0GS007H | COC_00000001 | |
| JE129 | 4/23/19 | Chain of Custody D. Kleiman Western Digital Hard Drive. Serial number WXMY08HR0801 | COC_00000002 | |
| JE130 | 4/23/19 | Chain of Custody D. Kleiman Western Digital Hard Drive. Serial number WX72A20K2955 | COC_00000003 | |
| JE131 | 4/23/19 | Chain of Custody D. Kleiman Seagate Hard Drive. Serial number 5VE1B6VT | COC_00000004 | |
| JE132 | 4/23/19 | Chain of Custody D. Kleiman Seagate Hard Drive. Serial number 5VJ07GCY | COC_00000005 | |
| JE133 | 4/23/19 | Chain of Custody UnitedLex Delivery Hard Drive. Serial number ULX2TB-0000493 | COC_00000006 | |
| JE134 | | AlixPartners Inventory of D. Kleiman Hard Drives | COC_00000007-COC_00000009 | |
| JE135 | 10/31/2008 | Email from S. Nakamoto to Metzdowd cryptography mailing list | http://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html | |

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819

>                             AMANDA MCGOVERN
>                             Florida Bar No. 964263
>                             SCHNEUR KASS
>                             Florida Bar No. 100554
>                             ZAHARAH MARKOE
>                             Florida Bar No. 504734

## CERTIFICATE OF SERVICE

I certify that on August 31, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

>                              /s/ Andres Rivero
>                             Andres Rivero