# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

### DR. CRAIG WRIGHT'S NOTICE OF FILING UPDATED TRIAL EXHIBIT LIST

In accordance with the Court's Amended Order Scheduling Trial and Order of Instructions before Status Conference held on May 11, 2021 [D.E. 655], Dr. Craig Wright gives notice of filing his Updated Trial Exhibit List.

Dated: August 31, 2021.

                                                    Respectfully submitted,

                                                    RIVERO MESTRE LLP
                                                    2525 Ponce de Leon Boulevard, Suite 1000
                                                    Miami, Florida 33134
                                                    Telephone: (305) 445-2500
                                                    Fax: (305) 445-2505
                                                    Email: arivero@riveromestre.com
                                                    Email: amcgovern@riveromestre.com
                                                    Email: zmarkoe@riveromestre.com
                                                    Email: zkass@riveromestre.com
                                                    Email: receptionist@riveromestre.com

                                                    By: s/ Andres Rivero
                                                    ANDRES RIVERO
                                                    Florida Bar No. 613819
                                                    AMANDA MCGOVERN

Florida Bar No. 964263<br>
ZAHARAH MARKOE<br>
Florida Bar No. 504734<br>
SCHNEUR KASS<br>
Florida Bar No. 100554<br>
*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on August 31, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero