**OBJECTIONS KEY**

**A** = Authenticity

**BER** = Best evidence rule

**BOL** = Bolstering

**CHAR =** Impermissible character evidence

**CML** = Cumulative

**COM =** Completeness

**DEM** = Improper demonstrative

**F** = Foundation (or lack of foundation)

**H =** Hearsay

**IC =** Improper compilation

**ILO** = Improper lay opinion

**MIL =** Motion in Liminie

**NP** = Document not produced

**P** = Privileged

**R** = Relevance

**SPEC =** Speculation

**UP =** Unduly prejudicial / Rule 403