# EXHIBIT 1

## PROPOSED QUESTION TO INCLUDE IN COURT'S VOIR DIRE

Please raise your hand if you know anyone with a developmental disability, such as, Autism or Asperger's Syndrome. If yes, please describe.