# EXHIBIT 1

September 2, 2021

U.S. Embassy


**Re:    *Request for Travel to US pursuant to a National Interest Exception to Presidential Proclamation 10143:  Dr. Craig Wright and Ramona Mei Foong Ang***


Dear Officer:

      I write to request that Dr. Craig S. Wright and Ramona Mei Foong Ang receive a waiver from the United Kingdom geographic travel ban (Presidential Proclamation 10143). Dr. Wright is the defendant in *Kleiman v Wright*, case no. 9:18-cv-80176, which I am presiding over. Ramona Ang is a crucial witness in the case as well. Both are residents of the United Kingdom. I have specially set this trial to commence on November 1, 2021 and have reserved my calendar for this trial through at least November 23, 2021. The Clerk of the Court has sent notices out to over 80 potential jurors. If Dr. Wright and Ms. Ang are not permitted to enter the United States for trial and preparation for trial, the Court's resources will have been wasted. This case has been delayed due to the Covid-19 crisis for well-over a year. Further delay could result in prejudice to both parties.

      It is in our nation's interest to have fair and open trials. It is also in our nation's interest to provide all litigants due process without regard for the litigants' national origin. Providing a waiver to Dr. Wright and Ms. Ang will further those interests.

      In order to ensure no further delays of this specially set trial and to ensure the due process rights of the litigants, it is important that the Court know the status of this waiver request as soon possible.


                                                                                        The Honorable Judge Beth Bloom