

September 2, 2021

FILED BY ___PG___ D.C.

SEP 03 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Via FedEx**

The Honorable Beth Bloom
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, FL 33128

Re:   *Kleiman v. Wright*, Case No. 9:18-cv-80176-BB/BR

Dear Judge Bloom:

In connection with the above-referenced matter, enclosed please find a new thumb-drive with copies of Plaintiffs' Trial Exhibits to which the Defendant has objected.

Sincerely,

Athanasia Karadjas



ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910, New York, NY 10016 | (t) (646) 350-0527 | www.rcfllp.com

United States District Court
Southern District of Florida

Case Number: 18 cv 80176 BB/BR

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☐ **NOT SCANNED**

　　☐ Due to Poor Quality

　　☐ Bound Extradition Papers

　　☐ Photographs

　　☐ Surety Bond (Original or Letter of Understanding)

　　☑ CD or DVD (Court Order or Trial Purposes only)   *Thumb-Drive DE#658*

　　☐ Other: _____

☐ **SCANNED**

　　☐ But Poor Quality

　　☐ Habeas Cases (State Court Record/Transcript)

Date: 9/3/21




