Case No. 18-cv-80176-BLOOM/Reinhart

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER REGARDING NOTICE OF FILING AND REQUEST FOR ASSISTANCE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record and Defendant Dr. Craig Wright's Notice of Filing, ECF No. [675] ("Notice"). Defendant requests the Court's assistance in his efforts to obtain a waiver of the Travel Ban so that he and Ramona Mei Foong Ang may enter the United States to prepare for and attend the scheduled trial in this case. Specifically, Dr. Wright requests that the Court sign a letter addressed to the United States Embassy requesting that he and Ms. Ang receive a waiver from the United Kingdom geographic travel ban, Presidential Proclamation 10143 ("Proclamation"), pursuant to a national interest exception. *See* ECF No. [675-1]. The Court has carefully reviewed the Notice and the Proclamation and concludes that Defendant's request must be denied.

The Proclamation expressly states that "it is in the interests of the United States to take action to restrict and suspend the entry into the United States, as immigrants or nonimmigrants, of noncitizens of the United States ("noncitizens") who were physically present within . . . the United Kingdom . . . during the 14-day period preceding their entry or attempted entry into the United States," due to the existence and wide circulation there of a SARS-CoV-2 variant known as

B.1.1.7.[1] Specifically, Defendant seeks a waiver pursuant to Section 2(a)(xii), which states that the ban will not apply to "any noncitizen whose entry would be in the national interest, as determined by the Secretary of State, the Secretary of Homeland Security, or their designees."[2]

Upon review, the Court does not agree that the trial in this case constitutes a sufficient national interest to override the national interests expressed by the President in preventing the potential transmission in the United States of additional COVID-19 variants from abroad. While the Court certainly agrees that it is in the national interest to have fair and open trials and to provide due process without regard to a litigant's national origin, the Court does not find that those interests are directly served by Defendant's request. This civil case involves an alleged breach of an oral partnership agreement. While a waiver may serve the private interests of the parties in proceeding to trial as scheduled, a Court-assisted waiver request does not serve any national interest, especially during an ongoing global pandemic.

Accordingly, it is **ORDERED AND ADJUDGED** that Dr. Wright's request for assistance, **ECF No. [675]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 8, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/25/proclamation-on-the-suspension-of-entry-as-immigrants-and-non-immigrants-of-certain-additional-persons-who-pose-a-risk-of-transmitting-coronavirus-disease/ (accessed Sept. 8, 2021).

[2] *Id*.