UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**DR. CRAIG WRIGHT'S MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT THE SEPTEMBER 14, 2021 HEARING**

In connection with the anticipated argument on the parties' demonstrative exhibits during the calendar call on September 14, 2021, defendant respectfully requests entry of an Order permitting Jason Rudd, a trial presentation consultant from TrialGraphix, and Sarah Gonzalez, a paralegal for Rivero Mestre LLP, to bring in the following electronic devices and equipment:

**Electronic Device List:**

| Equipment | Serial Number / Service tag | Make | Model |
|---|---|---|---|
| Portable Monitor | E1659FWU | AOC | 156LM00005 |
| #1 Laptop w/ Power Adapter | PF-1DL66W | Lenovo | T490 |
| #2 Laptop w/ Power Adapter | PF-1DL674 | Lenovo | T490 |
| Power Point Clicker | 1917LZ042DJB | Logitech | Spotlight |
| Mouse | 1050 | Microsoft | n/a |

| Laptop Switch Box w/ HDMI Cables | 7317805 | ATEM | Mini |
|---|---|---|---|
| Flash Drive | NL67B3YP | LaCie | Rugged |
| Laptop w/ Power Adapter | C02VM006J1WK | Apple | MacBook Air |
| Portable HotSpot | K779HSDL | Moxee | Tether 76_2.4G |
| Cellular Phone | DNPDK9SD0D80 | Apple | iPhone 12 Pro |

The use of the above equipment will facilitate the presentation of argument on the demonstratives at the hearing. Accordingly, defendant respectfully requests the Court to permit its use in the courtroom on September 14, 2021.

Date: September 9, 2021

Respectfully submitted,

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

MICHAEL A. FERNÁNDEZ
(*Pro Hac Vice*)

>RIVERO MESTRE LLP
>565 Fifth Avenue, 7th Floor
>New York, NY 10017
>Telephone: (212) 880-9451
>Email: mfernandez@riveromestre.com
>
>*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on September 9, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>*/s/* Andres Rivero