UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>  *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>  *Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO ALLOW ELECTRONIC EQUIPMENT IN
THE COURTROOM FOR USE AT THE SEPTEMBER 14, 2021 HEARING**

**THIS CAUSE** comes before the Court upon Defendant's Motion to Allow Electronic Equipment in the Courtroom for Use at the September 14, 2021 Hearing (hereinafter the "Motion") requesting an Order allowing Jason Rudd, a trial presentation consultant from TrialGraphix, and Sarah Gonzalez, a paralegal for Rivero Mestre LLP, to bring in the following electronic devices and equipment into the courtroom:

| Equipment | Serial Number / Service tag | Make | Model |
|---|---|---|---|
| Portable Monitor | E1659FWU | AOC | 156LM00005 |
| #1 Laptop w/ Power Adapter | PF-1DL66W | Lenovo | T490 |
| #2 Laptop w/ Power Adapter | PF-1DL674 | Lenovo | T490 |
| Power Point Clicker | 1917LZ042DJB | Logitech | Spotlight |
| Mouse | 1050 | Microsoft | n/a |
| Laptop Switch Box w/ HDMI Cables | 7317805 | ATEM | Mini |

| Flash Drive | NL67B3YP | LaCie | Rugged |
| Laptop w/ Power Adapter | C02VM006J1WK | Apple | MacBook Air |
| Portable HotSpot | K779HSDL | Moxee | Tether 76_2.4G |
| Cellular Phone | DNPDK9SD0D80 | Apple | iPhone 12 Pro |

**ORDERED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at _____, Florida, this_____day of September, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record