**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as the personal
representative of the Estate of David
Kleiman, and W&K Info Defense
Research, LLC

       *Plaintiffs,*

v.

CRAIG WRIGHT

       *Defendant.*

CASE NO.:  9:18-cv-80176-BB/BR

**JOINT MOTION**
**TO STRIKE JOINT SUBMISSION IN ADVANCE OF CALENDAR CALL**

In accordance with the Clerk's notice at D.E. 683, the parties move to strike the Joint

Submission in Advance of Trial that was filed at D.E. 680. The parties will refile a corrected

motion with login credentials that match the typed name on the signature block

Dated:  September 10, 2021

Respectfully submitted,

By: */s/* Amanda McGovern

    AMANDA MCGOVERN
    Florida Bar No. 964263
    ANDRES RIVERO
    Florida Bar No. 613819
    SCHNEUR KASS
    Florida Bar No. 100554
    ZAHARAH MARKOE
    Florida Bar No. 504734

    **RIVERO MESTRE LLP**
    2525 Ponce de Leon Boulevard, Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
    Email: amcgovern@riveromestre.com
    Email: zkass@riveromestre.com
    Email: zmarkoe@@riveromestre.com
    Email: receptionist@riveromestre.com

    MICHAEL A. FERNÁNDEZ
    (*Pro Hac Vice*)

    **RIVERO MESTRE LLP**
    565 Fifth Avenue, 7th Floor
    New York, NY 10017
    Telephone: (212) 880-9451
    Email: mfernandez@riveromestre.com

*Attorneys for Dr. Craig Wright*

By: */s/* Velvel Freedman

    Velvel (Devin) Freedman, Esq.
    **ROCHE FREEDMAN LLP**
    200 S. Biscayne Blvd.
    Suite 5500 Miami, Florida 33131
    vel@rcfllp.com

    Andrew S. Brenner, Esq.
    **BOIES SCHILLER FLEXNER LLP**
    100 SE 2nd Street, Suite 2800
    Miami, Florida 33131
    abrenner@bsfllp.com

    Kyle W. Roche, Esq.
    Joseph M. Delich
    **ROCHE FREEDMAN LLP**
    99 Park Avenue, 19th Floor
    New York, New York 10016
    kyle@rcfllp.com
    jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as*
*Personal Representative of the Estate of*
*David Kleiman and W&K Info Defense*
*Research, LLC*

## CERTIFICATE OF SERVICE

    I CERTIFY that on September 10, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        *s/* Amanda McGovern