# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STRIKE JOINT SUBMISSION IN ADVANCE OF CALENDAR CALL

**THIS CAUSE** comes before the Court upon the Parties Joint Motion to Strike Joint Sumbission in Advance of Calendar Call.

**ORDERED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of September, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record