# RIVERO MESTRE

September 10, 2021

*Via courier*

**Honorable Beth Bloom**
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Chamber 10-2
Miami, FL 33127
(305) 523-5690

    Re:    Ira Kleiman, et al. v. Craig Wright
            Case No. 9:18-cv-80176-BB

Dear Judge Bloom,

    In advance of the calendar call on September 14, 2021, enclosed is a USB-drive containing the defendant's proposed demonstratives and summary exhibits.

                                Respectfully submitted,

                                s/ Z. Markoe

                                Zaharah Markoe

Enclosure

cc:    Joseph Delich (by overnight FedEx: 99 Park Avenue, Suite 1910, New York, NY 10016)



Rivero Mestre LLP
www.riveromestre.com
T305 4452500    F305 4452505



MIA 2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134  NYC