UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

(WEST PALM BEACH)

Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING NON-PARTY WITNESS
JOHN DOE'S MOTION TO SEAL**

THIS CAUSE came before the Court upon the motion of non-party witness, deponent John Doe (the "Deponent") for an order sealing the Deponent's deposition transcript (the "Motion"), to be filed in connection with a forthcoming motion to seal limited portions of the trial. The Plaintiffs and the Defendant are in agreement with this Motion. Upon due consideration of said Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said Motion is GRANTED. Exhibit A to the forthcoming motion to seal limited portions of the trial shall be filed under seal.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ___ day of _____, 2021.

                                                                               _____
                                                                               BETH BLOOM
                                                                               U.S. DISTRICT COURT JUDGE

2045710.1
#9859816 v1