UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

**(WEST PALM BEACH)**

**Case No.: 9:18-cv-80176-BB**

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

     Plaintiffs,

v.

CRAIG WRIGHT,

     Defendant.

_____/

**[PROPOSED] ORDER GRANTING NON-PARTY WITNESS
JOHN DOE'S MOTION TO SEAL LIMITED PORTIONS OF TRIAL**

     THIS CAUSE came before the Court upon the motion of non-party witness, deponent John Doe (the "Deponent") for an order sealing limited portions of the trial relating to: (1) the identity of the Deponent, (2) the Deponent's deposition testimony, and (3) any expert testimony at trial relating to those matters. The Plaintiffs and the Defendant do not oppose the relief sought in this motion. Upon due consideration of said Motion, and being otherwise fully advised in the premises, it is hereby

     ORDERED and ADJUDGED that said Motion is GRANTED.

     At the trial of this matter, (a) the courtroom is ordered to be sealed (and all persons excluded from the courtroom other than the Court, any expert testifying on the issue, the Court's necessary staff, the jury, and the parties and their counsel) whenever there is any use of the Deponent's deposition testimony or reference to the Deponent by name or other identifying characteristics, including any such reference during expert testimony; (b) the Court's necessary

staff, the jury, any testifying expert, and the parties and their counsel is hereby ordered by the Court that they are not to repeat or disclose any information revealed while the courtroom is sealed, including, without limitation, the Deponent's deposition testimony or reference to the Deponent by name or other identifying characteristics; (c) the transcript from the proceedings when the courtroom is sealed shall be confidential and not disclosed to any person other than those identified above, and shall only be filed with the Court under seal; and (d) all Zoom or other remote access to trial proceedings shall be disabled such that no person can view the trial proceedings remotely whenever there is any use of the Deponent's deposition testimony or reference to the Deponent by name or other identifying characteristics.

    DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ___ day of _____, 2021.

                                                       BETH BLOOM
                                                       U.S. DISTRICT COURT JUDGE

Copies provided to all counsel of record

2045710.1
#9860481 v1