UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

CASE NO.: 9:18-cv-80176-BB/BR

## JOINT REPORT REGARDING VACCINATION STATUS

Pursuant to this Court's Order [ECF No. 689] the parties file this Joint Report regarding the vaccination status of the parties, witnesses, and members of the litigation team.

**PLAINTIFFS' VACCINATION STATUS**

### Litigation Team

Plaintiffs' litigation team is fully vaccinated.

### Plaintiff, Ira Kleiman

Ira Kleiman has received the first vaccine dose.

### Plaintiff, W&K Info Defense Research, LLC

The corporate representative for W&K Info Defense Research, LLC is fully vaccinated.

### Plaintiffs' Expert Witnesses

All of plaintiffs' expert witnesses are fully vaccinated.

### Plaintiffs' Fact Witnesses (to be called live at trial)

The fact witnesses Plaintiff may call live at trial have not responded to inquiries about their vaccination status.

**DEFENDANT'S VACCINATION STATUS**

### Litigation Team

Dr. Wright's litigation team is fully vaccinated.

### Dr. Craig Wright

Dr. Craig Wright is fully vaccinated.

### Dr. Craig Wright's Expert Witnesses

Dr. Wright's expert witnesses are fully vaccinated.

### Dr. Craig Wright's Fact Witnesses (to be called live at trial)

Four of the fact witnesses that Dr. Wright may call at trial are vaccinated; the remaining three potential witnesses have not responded to inquiries from counsel about their vaccination status.

Dated: September 24, 2021

By: s/ Amanda McGovern
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

*Counsel for Dr. Craig S. Wright*

Respectfully submitted,

By: s/ Velvel (Devin) Freedman
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel for Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## **CERTIFICATE OF SERVICE**

      I CERTIFY that on September 24, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  */s/ Amanda McGovern*