UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,
v.

CRAIG WRIGHT,

    Defendant.
_____/

## NOTICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On September 24, 2021, Non-Party Witness John Doe filed a Motion to Seal Limited Portions of Trial and Supporting Memorandum of Law, ECF No. [693] ("Motion to Seal"). The parties' response to the Motion to Seal, if any, is due on October 8, 2021.

Accordingly, it is **ORDERED AND ADJUDGED** that the Court will address the Motion to Seal, **ECF No. [693]**, at the special set hearing scheduled for **October 14, 2021 at 9:00 a.m.** The hearing shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 29, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record