**EXHIBIT A**

| Defendant's exhibit number | Device description and serial number |
|---|---|
| D262 | Corsair Survivor Stealth TD Black USB thumb drive<br>Serial: DCA46D83A46D614E |
| D263 | Corsair Survivor Stealth TD Gray Blue USB thumb drive<br>Serial: 68A87A90A87A5C8E |
| D264 | Corsair Survivor Stealth TD Gray Orange USB thumb drive<br>Serial: D8B0BD66B0BDBAE |
| D265 | "CEIC 2009" 2GB USB thumb drive<br>Serial:78049557049518E8 |
| D266 | Corsair Survivor Stealth TD Gray Blue USB thumb drive<br>Serial: 8AFB-1741 |
| D267 | IACIS 2GB USB thumb drive<br>Serial: 0B10-7EDF |
| D268 | Key USB thumb drive<br>Serial: 7004-OABA |
| D269 | Microvault Tiny USB thumb drive<br>Serial: 503434503434374 |
| D270 | SanDisk Cruzer Micro USB thumb drive<br>Serial: F892E54992E50CC6 |
| D271 | Western Digital WDC WD7500BPVT-0 hard drive<br>Serial: WD-WX71A20K2955 |
| D272 | Seagate ST9500325AS hard drive<br>Serial: 5VE1B6VT |
| D273 | Hitachi HTS72101 hard drive<br>Serial: MPCZN2Y0GS007H |
| D274 | Western Digital WDC WD3200BEKT-2 hard drive<br>Serial: WD-WXMY08HR0801 |
| D275 | Seagate ST9500420AS hard drive<br>Serial: 5VJ07GCY |
| D276 | USB HTC T7373X Touch Pro2 |