| | |
|---|---|
| **From:** | Ira K███████████ |
| **Sent:** | Thursday, March 6, 2014 2:38 PM |
| **To:** | Craig S Wright |
| **Subject:** | Re: Another |

Craig,

Am I supposed to do something with the 2 .asc files you sent? I'm not sure what they are for.

Also I can't stop thinking that we may have 300,000 Bitcoins, but simply don't know how to retrieve them. It's certainly enough to change my family's life and my wife's family back in Thailand.

I should probably start trying to figure out how to access Dave's drives, but I'm still not sure who to trust them with. I think the only person would be you, so I was wondering if I could mail them to you? Or do have any plans on visiting the states? You are welcome to come stay with us and I could show you more of Dave's stuff.

Thanks,
Ira


On Tue, Feb 25, 2014 at 11:27 PM, Craig S Wright <██████████> wrote:

> This is about all I can find.
>
> The date on one is set ahead for some reason.
>
> I do not have the passwords / phrases for them.

1

KLEIMAN_00278087