**Message**

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** 6/23/2016 11:49:35 PM
**To:** ▇▇▇▇▇▇▇▇
**Subject:** Bitcoin - My brother was Satoshi

Dear ▇▇▇▇,

My brother Dave Kleiman was the co-creator of Bitcoin. You may have heard about his partner Craig Wright in recent news. Together they operated under the alias Satoshi Nakamoto.

I am contacting you because I realize you have an interest in the Bitcoin space and would like to know if you care to increase it. Dave was a 50% partner with Craig in a business having sizeable amounts of bitcoin and intellectual property.

Dave passed away in 2013 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I am in possession of his computer equipment that may hold over 300,000 BTC. The funds I hope to raise from the sale of his equipment will help pay for a lawsuit against Craig. There are a billion dollars worth of bitcoin and IP that Craig fraudulently stole out of the business after Dave's passing. Half of that belongs to Dave's estate. The party that assists me in this funding will also receive a percentage of a successful judgement. If you are interested in learning more, please contact me.

Kind regards,
Ira Kleiman
▇▇▇▇▇▇▇▇▇▇

CONFIDENTIAL                                                                                                                                      KLEIMAN_00563552