**EXHIBIT A-Chart of Timeline Quotations**

| Date | Quotes | Source/Basis For Admissibility | Objections |
|---|---|---|---|
| Aug. 11, 2014 | "A long-term friend of mine, Dave Kleiman and I, started that so that we could start building an exchange platform,…Dave and I had been friends and sort of partners that way for a long time."<br><br>"There was a trust set up to put a number of bitcoin that Dave was mining and everything like that into," which was used as a "funding mechanism . . . [f]or research . . . ."<br><br>"When we were starting originally, we looked at a bitcoin value of probably $20 million. By the time we started looking at actually capitalising that and around Dave's death, that had gone up to, I think, $100 million." | **P172:** ATO Transcript with statements made by Wright | H; R; A; BER; UP; SPEC |
| Mar. 18, 2016 | "I had a lot of help. In particular a friend of mine who died a few years ago, Dave Kleiman, gave me a lot of help"<br><br>"Dave was the nice version of Satoshi."<br><br>"[h]ow many people were involved in Satoshi is probably a better question. That was two of us"<br><br>"Dave was a key part of everything that I did. Dave spoke as Satoshi."<br><br>"both of us acted. Dave was the nice version of Satoshi"<br><br>"I mined quite a number [of bitcoin] and I was with my partner, so to speak, in all of this, Dave, we mined quite a lot." | **P318:** Transcript of Wright's Statements during a Mock Interview | H; R |
| June 30, 2016 | "Wright said Dave Kleiman was the man who "helped him do Satoshi's work." (O'Hagan Dep. Tr., DE [590-15], at 81:3-82:12)<br><br>"Wright told me that he did the coding and that Kleiman helped him to write the white paper and make the language 'serene'." (O'Hagan Dep. Tr., DE [590-15], at 102:11-18) | **O'Hagan Dep. Tr., DE [590-15]:** Andrew O'Hagan's sworn deposition testimony regarding Wright's statements to him | N/A |

| | | | |
|---|---|---|---|
| | Dr. Wright told me "that his and Kleiman's [bitcoin] mining activity had led to a complicated trust." (O'Hagan Dep. Tr., DE [590-15], at 123:23-124:6). | | |

12