# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT,<br><br>    *Defendant.* | CASE NO.: 9:18-cv-80176-BB<br><br>**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |

## THIRD SUPPLEMENTAL
## EXPERT REPORT OF DR. MATTHEW J. EDMAN

I submit this Supplemental Report in the above-captioned action on behalf of Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs").

### I.   DEF_01813375

1. I reviewed DEF_01813375, which is a Microsoft Word document that purports to be a "LLM Dissertation Proposal" written by "Craig S Wright" titled "Payments Providers and Intermediaries as Defined in the Law of the Internet."

2. Microsoft Word documents contain metadata that indicate, among other things, the date the document was created and when it was last edited. (Exs. 1-4.) I reviewed the document metadata using Microsoft Word. (Ex. 5.) According to the document properties displayed by Micosoft Word, the document was purportedly created on June 18, 2007, and last modified on October 28, 2007. I also examined the document metadata using olefile 0.46. (Ex. 6.) The metadata extracted by olefile is consistent with the document properties displayed in Microsoft Word.

3. Metadata in Microsoft Word documents also includes the version of Microsoft Word that was last used to modify the document, as well as the operating system on which the document was last modified. (Exs. 3-4.) The metadata in DEF_01813375 indicates it was last modified using Microsoft Word 16.0 on the Windows 10 operating system. (Exs. 6-8.) Microsoft Word 16.0 is the version number assigned to Microsoft Word 2016 or later (Ex. 9), which was first released in September 2015 (Ex. 10). Windows 10 was released in July 2015 (Ex. 11) – approximately eight years after the document was purportedly last modified.

4. Based on the above findings, it is my opinion that DEF_01813375 has been manipulated and therefore is not an authentic document.

## II. DEF_01108419

5. I reviewed DEF_01108419, which is an email from "Craig S Wright" to "smatthews@sterling.ph" titled "FW: coin-ex." "Ramona Watts" is CC'ed on the email. The email message contains a screenshot which purports to show that a PDF document called "20140625 Trust Instruction.pdf" was cryptographically signed by a PGP key associated with Dave Kleiman. The email message attaches a file named DK.RAR. DK.RAR is a compressed file which, in turn, contains three files:

  a. "20140625 Trust Instruction.pdf",[1] which purports to be a "Shareholders Agreement" for Coin-Exch dated April 2, 2013.[2]

  b. "20140625 Trust Instruction.pdf.gpg",[3] which appears to be a PGP-encrypted version of "20140625 Trust Instruction.pdf"

  c. "20140625 Trust Instruction.pdf.sig",[4] which appears to be a PGP signature of the file "20140625 Trust Instruction.pdf"

6. I verified and analyzed the cryptographic signature in "20140625 Trust Instruction.pdf.sig" using GnuPG 2.2.28. (Ex. 12.) The GnuPG output indicates the file contains a valid signature of "20140625 Trust Instruction.pdf" created on April 1, 2013, at 11:12:53 PM UTC according to the computer on which it was created, which is equivalent to April 2, 2013, at 10:12:53 AM UTC+11. The GPG output further indicates the cryptographic signature was created

---

[1] This document corresponds to Defendant's production document DEF_01108421.
[2] While the content of the document itself purports to be from April 2013, I note that the date in the filename appears to reference June 25, 2014.
[3] This document corresponds to Defendant's production document DEF_01108458.
[4] This document corresponds to Defendant's production document DEF_01108459.

3

with the PGP key ID A0DA0EB2E545EB7B, which is the same key used to create a cryptographic signature of DEF_00013188 purportedly by Dave Kleiman over a year after he died.[5]

7. I also extracted and analyzed[6] the PDF metadata in "20140625 Trust Instruction.pdf." (Ex. 13.) The metadata indicates the PDF was allegedly created on April 2, 2013, at 10:09:18 AM UTC+11 – approximately three minutes before the cryptographic signature in "20140625 Trust Instruction.pdf.sig" was allegedly created.

8. I identified and extracted multiple font files embedded within the PDF file. The font files each contained cryptographic signatures, which I extracted using a hex editor and analyzed using OpenSSL 1.1.1g. (Exs. 14-16.) I determined the font files contained cryptographic signatures created by Microsoft in July 2013—approximately three months after the PDF and its cryptographic signature were allegedly created.

9. Based on the above findings, it is my opinion that the PDF file "20140625 Trust Instruction.pdf" contained in DEF_01108419 has been manipulated and therefore is not an authentic document.

### III. DEFAUS_01584851

10. I reviewed DEFAUS_01584851, which is a PDF that appears to be a digital scan of a hardcopy document with additional handwritten marks on it. The document purports to be dated January 30, 2009.

11. I extracted and analyzed the PDF metadata in DEFAUS_01584851. (Exs. 17-18.) The metadata indicates the PDF was created on March 15, 2014, at 10:02:22 AM UTC+11. The metadata also indicates, however, that the document and its metadata were purportedly modified

---

[5] See Section V(B) in my December 2019 expert report and its Exhibit 16.
[6] I extracted and analyzed the metadata using 010 Editor v10.0.2 and PDFStreamDumper v0.9.627.

on July 8, 2009, at 9:19:29 AM UTC+10—over four years before it was even created. The metadata's "xmpmeta" field further indicates that the metadata itself was created using a software version that did not exist until August 23, 2012.

12. I also reviewed DEF_01908063, which is a Microsoft Word document that appears visually identical to the scanned hardcopy document in DEFAUS_01584851, except DEF_01908063 lacks the handwritten notations. I reviewed the document properties in DEF_01908063 in Microsoft Word. (Ex. 19.) I also extracted the XML-based metadata embedded within the file using 7-Zip 19.0.[7] (Exs. 20-21.) The extracted metadata and the document properties both indicate DEF_01908063 was created on or about September 21, 2010—almost two years after the date shown in DEFAUS_01584851. The document properties further indicate the document was created by "Michael Shehadie" and last modified by "Lynn Wright." The title of the document is "SHARE SALE AGREEMENT made the         day of                   1998" (spaces retained as in DEF_01908063).

13. I also reviewed DEF_01652819, which is another Microsoft Word document that appears visually similar to DEFAUS_01584851 except (a) the agreement month and day are blank, (b) it lists "CRAIG STEPHEN WRIGHT" as a party instead of "CRAIG STEVEN WRIGHT," and (c) the portion labeled "THE SCHEDULE" has not been completed. I reviewed the document properties in DEF_01652819 using Microsoft Word. (Ex. 23.) I also extracted the metadata embedded within the file using olefile. (Ex. 24.) The extracted metadata and the document properties indicate DEF_01652819 has the same title ("SHARE SALE AGREEMENT made the      day of                   1998"), company ("Michie Shehadie & Co"), and author ("Michael

---

[7] Microsoft Word .docx files are similar to compressed ZIP archive files in that their contents and internal structure can be viewed using most tools capable of opening compressed archive files. (Ex. 22).

Shehadie") as DEF_01908063 but was created and last modified on or about September 17, 2010—approximately four days before the completed version in DEF_01908063 which is visually identical to DEFAUS_01584851.

14. Based on the above findings, it is my opinion that the DEFAUS_01584851 has been manipulated and therefore is not an authentic document.


Dated: September 17, 2021

                                                      Dr. Matthew J. Edman
                                                      New York, NY

## APPENDIX A. DOCUMENTS REVIEWED

| Production Document | Native File Hash (MD5) |
|---|---|
| DEF_01813375 | 06ab50d379e2e65efdffb4a82449add9 |
| DEF_01108419 | 1acdc0261e8eac4111ce509e34b7a86d |
| DEF_01108421 | 3ea11c9a1021f115817cf47df893072c |
| DEF_01108458 | 842e7a7c5cdd9e09c94530b09178da26 |
| DEF_01108459 | dea3f2c5d1dea4eb188b4795a1c28498 |
| DEFAUS_01584851 | db58d0eff176477bd08a3a76d66bf4a2 |
| DEF_01908063 | db2ea281bca6db741e4b05119d22cba1 |
| DEF_01652819 | 9a36ee772b8cdcded520d46e0807a25d |
| DK.RAR | 6438663d06581a476f61608aebf55086 |