# EXHIBIT A

# Placeholder – Entire Document Sought to be Sealed