# EXHIBIT B

**From**: Sommer, Andrew [asommer@claytonutz.com]
**Sent**: 8/18/2014 8:14:19 AM
**To**: Craig S Wright [craig.wright@hotwirepe.com]; Slater, Jonathan [jslater@claytonutz.com]
**Subject**: Transcript
**Attachments**: asommer-2014-08-18-08-08-47-173.pdf

Dear Craig and John

Transcript of last week's proceedings attached.

Regards

Andrew

This email is confidential. If received in error, please delete it from your system.