# Timeline

**October 31, 2008** — Bitcoin whitepaper is published under the pseudonym Satoshi Nakamoto.

**February 23, 2013** — "my partner Dave and I have been working on something of a while now"

**April 10, 2013** — "No, my partner, not my business partner Dave"

**April 26, 2013** — Dave Kleiman passes away in his home.

**April 30, 2013** — "My long term friend and research partner co-author etc, Dave Kleiman died last night at age 46."

**April 30, 2013** — "My best friend and business partner died a few days back"

**May 23, 2013** — "I had Dave mine the Bitcoin overseas and all it has cost is sunk….I have never touched the Bitcoin we created in the OS trust…"

**January 28, 2014** — "Dave Kleiman and I started mining in 2009 … It is a shame Dave died last year before fruition but all is moving ahead."

**February 11, 2014** — "Your son Dave and I are two of the three key people behind Bitcoin."

**February 12, 2014** — "Dave and I had a project in the US. He ran it there. We kept what we did secret. The company he ran there mined bitcoin."

**February 15, 2014** — "Dave and I had completed several papers and books and had a company together."

**March 6, 2014** — Leave others to be Satoshi and Dave not to be.

**March 7, 2014** — "I had an idea, but you would never have executed without Dave," and "I had math skills and some coding, that frankly was crud (better than some, but really). Dave could edit his way to hell and back. I am not a team player. I am a terrible boss and slave driver, but with Dave I was far more. Satoshi was a team. Without the other part of that team, he died."

**April 2, 2014** — "Dave mined all of this outside Australia. I was not the person doing the mining. Dave was."

**April 24, 2014** — "Dave took the 2 million lines of code that had in 2010 and transformed these into a documented set of over 6 million lines of code."

**May 20, 2014** — "We did partner ;)"

**August 11, 2014** — "A long-term friend of mine, Dave Kleiman and I, started that so that we could start building an exchange platform,…Dave and I had been friends and sort of partners that way for a long time." There was a trust set up to put a number of bitcoin that Dave was mining and everything like that into," which was used as a "funding mechanism . . . [f]or research . . . When we were starting originally, we looked at a bitcoin value of probably $20 million. By the time we started looking at actually capitalising that and around Dave's death, that had gone up to, I think, $100 million.

**September 22, 2014** — "This is an idea that I had developed with my business partner David KLEINMAN (David) for a period of over a decade."

**May 20, 2015** — "In the past, David Kleiman was my best friend and business partner. He died a couple years ago now, but as I had known him since the 90's we have many shared secrets."

**March 18, 2016** — "I had a lot of help. In particular a friend of mine who died a few years ago, Dave Kleiman, gave me a lot of help…Dave was the nice version of Satoshi."

"[h]ow many people were involved in Satoshi is probably a better question. That was two of us,"

"Dave was a key part of everything that I did"

"Dave spoke as Satoshi."

"both of us acted. Dave was the nice version of Satoshi"

"I mined quite a number [of bitcoin] and I was with my partner, so to speak, in all of this, Dave, we mined quite a lot."

**June 30, 2016** — Wright says Dave Kleiman was the man who "helped him do Satoshi's work."

Wright told me that he did the coding and that Kleiman helped him to write the white paper and make the language 'serene'.

Dr. Wright told me "that his and Kleiman's [bitcoin] mining activity had led to a complicated trust."

**February 20, 2019** — Dr. Wright: "I also said if you have a partnership and someone dies, it's no longer a partnership."

Q: So you are saying Satoshi Nakamoto is a pseudonym for a group of at least two or more people that you were part of?

Dr. Wright: Um, I had help from Dave

**August 1, 2019** — "In order to fund my work, my partner Dave Kleiman and I sold code. . . ."

Timeline axis: 2008 | 2013 | 2014 | 2015 | 2016 | 2019