# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    *Plaintiffs,*

v.

CRAIG WRIGHT

    *Defendant.*

CASE NO.: 9:18-cv-80176-BB

## PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT THE OCTOBER 14, 2021 HEARING

In connection with the specially set hearing on evidentiary issues on October 14, 2021, Plaintiffs respectfully request entry of an Order allowing Dorian Vela, a senior trial presentation consultant from Legal Media Inc. to bring in the following electronic devices and equipment:

### Electronic Device List:

| Equipment | Make | Model |
|---|---|---|
| Laptop | Lenovo | P51 + power cord |
| Cables | Cable Matters | HDMI, VGA, Adapters |
| Cellular Phone | Apple | iPhone 11 |
| Internet Hotspot | Verizon | Jetpack MiFi 8800L |
| iPad | Apple | iPad |

The use of the above equipment will facilitate the testing of trial presentation technology with the courtroom systems in advance of trial as well as display, if necessary, of trial and demonstrative exhibits. Accordingly, Plaintiffs respectfully request the Court to permit use of the technology in the courtroom on October 14, 2021.

1

Dated: October 12, 2021

Respectfully submitted,

By: */s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2021, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Andrew S. Brenner*
ANDREW S. BRENNER