UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | CASE NO.: 9:18-cv-80176-BB |
|---|---|
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT | |
| *Defendant.* | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT THE OCTOBER 14, 2021 HEARING**

**THIS CAUSE** comes before the Court on Plaintiffs' Motion to Allow Electronic Equipment in the Courtroom for Use at the October 14, 2021 Hearing (the "Motion") requesting entry of an Order allowing Dorian Vela, a senior trial consultant from Legal Media Inc., to bring the following electronic devices and equipment into the courtroom:

**Electronic Device List:**

| Equipment | Make | Model |
|---|---|---|
| Laptop | Lenovo | P51 + power cord |
| Cables | Cable Matters | HDMI, VGA, Adapters |
| Cellular Phone | Apple | iPhone 11 |
| Internet Hotspot | Verizon | Jetpack MiFi 8800L |
| iPad | Apple | iPad |

**ORDERED** that the Motion is hereby GRANTED.

**DONE AND ORDERED** in Chambers at _____, Florida, this \_\_\_\_\_ day of October, 2021.

_____
HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE

1