# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>    *Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## CERTIFICATION OF DANIELA TENJIDO SIERRA

Daniela Tenjido Sierra, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Florida Bar and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*/s/: Daniela Tenjido Sierra*
Daniela Tenjido Sierra, Esquire.
Florida Bar# 1031531