### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No.  18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al*.,

       Plaintiffs,

v.

CRAIG WRIGHT,

       Defendant.

_____/

## ORDER ON DEPOSITION OBJECTIONS

**THIS CAUSE** is before the Court following the Calendar Call held on September 14, 2021. In order to assist the parties, the Court has reviewed the objections asserted to designations of the witnesses' depositions taken by video. Accordingly, it is **ORDERED AND ADJUDGED** that the following objections are **SUSTAINED,** and the testimony shall be redacted/edited from the depositions presented at trial:

### Deposition of Zachary Eisner January 9, 2020:

p. 38 L 8-14

p. 39 L 2-9

p. 47 L 21-24

p. 63 L 23-25

p. 64 L 1-2

p. 112 L 18-25

p. 113 L 1-13

p. 130 L 1-15; 22-25



Case 18-cv-80176-BLOOM/Reinhart

p. 131 L 1-3

**Deposition of Gavin Anderson February 26, 2020:**

p. 12 L 4-6

p. 61 L 10-25

p. 62 L 1-4

p. 63 L 12-16

p. 100 L 7-19

p. 102 L 19-25

p. 103 L 2-25

p. 104 L 2-24

p. 124 L 1-19

p. 137 L 19-25

p. 138 L 4-16

p. 186 L 8-10

p. 343 L 3-9

**Deposition of Deborah Kobza December 18, 2019:**

p. 8 L 3-25

p. 9 L 1-11

p. 32 L 2-23

**Deposition of Jimmy Nguyen April 30, 2020:**

p. 7 L 17-18

 p. 102 L 11-25

p. 103 L 1-13

p. 108 L 24-25

p. 109 L 1-11; 17-25

p. 110 L 1-25

p. 111 L 1-14

p. 127 L 11-14

p. 164 L 21-25

p. 165 L 1-9

p. 251 L 22-25

p. 270 L 6-19

p. 275 L 4-9

p. 299 L 23-25

p. 300 L 1-24

**Deposition of Donald Joseph Lynam April 20, 2020:**

p. 18 L 2-25

p. 19 L 1-19

p. 57 L11-21

**Deposition of Robert Scott Radvanovsky December 12, 2019:**

p. 9 L 7-22

p. 18 L16-25

p. 19 L 1 -25

p. 20 L 1-2; L 7-22

p. 21 L1-8

p. 32 L 1-6; 10-15; 21-25

p. 33 L 1-19

p. 34 L 2-6

**<u>Deposition of Jaimie Wilson November 8, 2019:</u>**

p. 42 L 13-17

p. 117 L 3-22

p. 118 L 1-5

p. 119 L 10-13

p. 120 L 4-6

**<u>Deposition of Lynn Carroll Wright January 13, 2020:</u>**

p. 20 L 18-25

p. 21 L 1-9

p. 31 L 25

p. 32 L 1-25

p. 33 L 1-5

p. 49 L 24-25

p. 50 L 1-25

p. 51 L 1-13

p. 52 L 2-6

p. 62 L 2-13

p. 70 L 6-17

**<u>Deposition of Andrew O'Hagan March 17, 2020:</u>**

p. 15 L 1-10

p. 32 L 16-25

p. 33 L 7-9

p. 34 L 12-20

p. 37 L 1-11

p. 38 L 9-15

p. 39 L 13-25

p. 40 L 1-25

p. 42 L 1-17

p. 112 L 20-25

p. 114 L23-25

p. 115 L 2

p. 117 L 1-7; 13-24

p. 118 L 11-19

p. 119 L 1-7

p. 121 L 21-25

p. 122 L 2; 18-21

p. 135 L 9-17

p. 141 L 1-24

p. 145 L 23-25

p. 146 L 1-17

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 13, 2021.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case 18-cv-80176-BLOOM/Reinhart

Copies to:

Counsel of Record