UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>    *Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

### DR. CRAIG WRIGHT'S NOTICE OF FILING AMENDED TRIAL EXHIBIT LIST

In accordance with the Court's order at the hearing set on October 14, 2021, Dr. Craig Wright hereby gives notice of filing their Amended Trial Exhibit List.[1]

Dated: October 20, 2021.

 

Respectfully submitted,

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN

---

[1] In accordance with D.E. 721, plaintiffs and defendant have conferred on the additional exhibits and have agreed on a date to exchange objections.

1

Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554
*Counsel for Dr. Craig S. Wright*

**CERTIFICATE OF SERVICE**

I CERTIFY that on October 20, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero