

October 21, 2021

```
FILED BY  PG        D.C.

    OCT 22 2021

    ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
  S. D. OF FLA. - MIAMI
```

<u>Via FedEx</u>

The Honorable Beth Bloom
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, FL 33128

Re:   <u>Kleiman v. Wright, Case No. 9:18-cv-80176-BB/BR</u>

Dear Judge Bloom:

     In connection with the above-referenced matter, please find enclosed a thumb-drive with copies of Plaintiffs' Trial Exhibits.

Sincerely,

Joseph M. Delich



October 21, 2021

**Via FedEx**

The Honorable Beth Bloom
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, FL 33128

Re:     *Kleiman v. Wright, Case No. 9:18-cv-80176-BB/BR*

Dear Judge Bloom:

    In connection with the above-referenced matter, please find enclosed a thumb-drive with copies of Plaintiffs' Trial Exhibits.

Sincerely,

Joseph M. Delich

United States District Court
Southern District of Florida

Case Number: 18-CV-80176

_____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Not Scanned)**

_X_ • CD, DVD, USB drive. (i.e. Audio/Visual) DE #658

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _10-22-2021_____

Revised: 2/20/2019

ORIGIN ID:JRAA  (646) 437-7629
SIA KARADJAS

ROCHE FREEDMAN LLP
99 PARK AVENUE, SUITE 1910
NEW YORK, NY 10016
UNITED STATES US

SHIP DATE: 21OCT21
ACTWGT: 0.20 LB
CAD: 250886699/INET4400

BILL SENDER

TO  **THE HONORABLE BETH BLOOM**
**WILKIE D. FERGUSON, JR.**
**400 NORTH MIAMI AVENUE**
**CHAMBERS 10-2**
**MIAMI FL 33128**
(305) 523-5690           REF: 1007.001
INV:
PO:                       DEPT:




FRI - 22 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 7749 8897 2980
0201

**XH MPBA**        33128
            FL-US   MIA



10/21/21, 1:41 PM