# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative
of the Estate of David Kleiman, and W&K Info
Defense Research, LLC

     *Plaintiffs,*

v.

CRAIG WRIGHT

     *Defendant.*

CASE NO.:  9:18-cv-80176-BB

## PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT TRIAL

In connection with trial beginning November 1, 2021, Plaintiffs respectfully request entry of an Order allowing the following trial support members to bring in the below electronic devices and equipment:

**Electronic Device List:**

| Name/Firm | Equipment | Make | Model |
|---|---|---|---|
| Judy Little<br>Paralegal<br>Boies Schiller Flexner LLP | External Hard Drive<br>Laptop (and power adapter)<br>Cellular Phone | Transcend<br>Lenovo<br>Apple | StoreJet 1TB<br>ThinkPad T490<br>iPhone 11 |
| Carlos Garcia<br>Trial Coordinator<br>Boies Schiller Flexner LLP | Cellular Phone | Galaxy S21<br>5G | SM-G991U |
| Nathalie Bermond<br>Paralegal<br>Roche Freedman LLP | Laptop (and power adapter)<br>Cellular Phone | Apple<br>Apple | MacBook Pro<br>iPhone 12 |
| Michelle Lawson<br>Paralegal<br>Roche Freedman LLP | Laptop (and power adapter)<br>Cellular Phone | Lenovo<br>Apple | ThinkPad<br>iPhone 6 |
| Dorian Vela<br>Senior Trial Presentation<br>Consultant<br>Legal Media Inc. | Laptop<br>Cellular Phone<br>Internet Hotspot<br>Tablet<br>Cables | Lenovo<br>Apple<br>Verizon<br>Apple<br>Cable<br>Matters | P51<br>iPhone 11<br>Jetpack MiFi 8800L<br>iPad<br>HDMI, VGA,<br>Adapters |

The use of the above equipment will assist Plaintiffs in day-to-day trial logistics. Accordingly, Plaintiffs respectfully request the Court to permit use of the technology in the courtroom starting November 1, 2021 through the completion of trial.

Dated:  October 22, 2021

Respectfully submitted,

By: */s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@rochefreedman.com
nbermond@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rochefreedman.com
jdelich@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2021, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN