UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | CASE NO.: 9:18-cv-80176-BB |
|---|---|
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT | |
| *Defendant.* | |

**ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT TRIAL**

THIS CAUSE comes before the Court on Plaintiffs' Motion to Allow Electronic Equipment in the Courtroom for Use at Trial (the "Motion") requesting entry of an Order allowing the following trial support members to bring in the below electronic devices and equipment beginning November 1, 2021 through the competition of trial:

| Name/Firm | Equipment | Make | Model |
|---|---|---|---|
| Judy Little<br>Paralegal<br>Boies Schiller Flexner LLP | External Hard Drive<br>Laptop (and power adapter)<br>Cellular Phone | Transcend<br>Lenovo<br>Apple | StoreJet 1TB<br>ThinkPad T490<br>iPhone 11 |
| Carlos Garcia<br>Trial Coordinator<br>Boies Schiller Flexner LLP | Cellular Phone | Galaxy S21 5G | SM-G991U |
| Nathalie Bermond<br>Paralegal<br>Roche Freedman LLP | Laptop (and power adapter)<br>Cellular Phone | Apple<br>Apple | MacBook Pro<br>iPhone 12 |
| Michelle Lawson<br>Paralegal<br>Roche Freedman LLP | Laptop (and power adapter)<br>Cellular Phone | Lenovo<br>Apple | ThinkPad<br>iPhone 6 |
| Dorian Vela<br>Senior Trial Presentation Consultant<br>Legal Media Inc. | Laptop<br>Cellular Phone<br>Internet Hotspot<br>Tablet<br>Cables | Lenovo<br>Apple<br>Verizon<br>Apple<br>Cable Matters | P51<br>iPhone 11<br>Jetpack MiFi 8800L<br>iPad<br>HDMI, VGA, Adapters |

ORDERED that the Motion is GRANTED.

DONE AND ORDERED in Chambers at Miami-Dade, Florida this _____ day of October, 2021.

_____
THE HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE