# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## DR. CRAIG WRIGHT'S NOTICE OF FILING CORRECTED AMENDED TRIAL EXHIBIT LIST

In accordance with the Court's order at the hearing set on October 14, 2021, Dr. Craig Wright gives notice of filing his Corrected Amended Trial Exhibit List.

Dated: October 22, 2021.

                                                Respectfully submitted,

                                                RIVERO MESTRE LLP
                                                2525 Ponce de Leon Boulevard,
                                                Suite 1000
                                                Miami, Florida 33134
                                                Telephone: (305) 445-2500
                                                Fax: (305) 445-2505
                                                Email: arivero@riveromestre.com
                                                Email: amcgovern@riveromestre.com
                                                Email: zmarkoe@riveromestre.com
                                                Email: zkass@riveromestre.com
                                                Email: receptionist@riveromestre.com

                                                By: s/ Andres Rivero
                                                ANDRES RIVERO
                                                Florida Bar No. 613819
                                                AMANDA MCGOVERN
                                                Florida Bar No. 964263

ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554
*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on October 22, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero