## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

      plaintiffs,

v.                                   **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

      defendant.

_____/

### DR. CRAIG WRIGHT'S CORRECTED[1] AMENDED TRIAL EXHIBIT LIST[2]

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D001 | | **WITHDRAWN** | | | | |
| D002 | | **WITHDRAWN** | | | | |
| D003 | 2/26/16 | Exhibit D01 in J. Warren's 7/24/2019 deposition | | R | | |
| D004 | | **WITHDRAWN** | | | | |
| D005 | 9/18/17 | First Amended Complaint. Kleiman v. Computer Forensics LLC, Conrad & Paige. Case No. 50-2016-CA-013045 | KLEIMAN_00561088-KLEIMAN_00561103 | R, H | | |
| D006 | 6/7/15 | Email chain between I. Kleiman and Florida Division of Corporations re: articles of incorporation | KLEIMAN_00002695 | R | | |
| D007 | | **WITHDRAWN** | | | | |

---

[1] Dr. Wright files this corrected exhibit list to add two additional exhibits, D429 and D430.
[2] Dr. Wright reserves the right to introduce any document identified on Plaintiffs' exhibit list.

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D008 | 6/18/15 | Letter to Department of the Treasury from The Karp Law Firm | KARP_00000052-KARP_00000054 | R, H | | |
| D009 | | **WITHDRAWN** | | | | |
| D010 | 9/3/13 | Supreme Court of New South Wales Notice of Listing Case no. 2013/00245661 with envelope | PAIGE_00001908-PAIGE_00001909 | H | | |
| D011 | 5/8/14 | Email chain between P. Paige, C. Conrad and I. Kleiman re: Mailbox Renewal Reminder | PAIGE_00002952-PAIGE_00002953 | H | | |
| D012 | | **WITHDRAWN** | | | | |
| D013 | | **WITHDRAWN** | | | | |
| D014 | 10/25/13 | Letter to Palm Beach County Courthouse - North Branch from The Karp Law Firm with attachments | KARP_00000020-KARP_00000040 | R, H | | |
| D015 | 5/21/13 | D. Kleiman TransUnion credit report | KARP_00000096-KARP_00000100 | R, H | | |
| D016 | 10/26/10 | Letter to B. McSwain, Casa Rio Homeowners' Sub-Association, Inc. from The Karp Law Firm | KARP_00000159-KARP_00000160 | R, H | | |
| D017 | 4/29/13 | Email chain between K. Andreou, C. Wright and multiple others re: Dave Kleiman | KIMON_00000401-KIMON_00000402 | R, H | | |
| D018 | 2010 | D. Kleiman 2010 Tax Return | DKUHARCIK000001-DKUHARCIK000010 | R | | |
| D019 | 2011 | D. Kleiman 2011 Tax Return | DKUHARCIK000011-DKUHARCIK000023 | R | | |
| D020 | 4/29/13 | Email to P. Paige, B. Long, G. Kelley, C. | PAIGE_00003509 | R, H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | Bell, M. Shannon, J. Hatchett, E. Robi, G. Freemyer, P. Henry, C. Wright, S. Moulton, W. Marney, B. Bell, B. Dean, K. Andreou and G. Kelley from C. Conrad re: Dave Kleiman | | | | |
| D021 | | **WITHDRAWN** | | | | |
| D022 | | **WITHDRAWN** | | | | |
| D023 | | **WITHDRAWN** | | | | |
| D024 | | **WITHDRAWN** | | | | |
| D025 | | **WITHDRAWN** | | | | |
| D026 | | **WITHDRAWN** | | | | |
| D027 | | **WITHDRAWN** | | | | |
| D028 | 5/26/06 | Email chain with attachment between C. Wright and R. Radvanovsky re: And another thing… | DEF_002212902-DEF_00212939 | R, H | | |
| D029 | | **WITHDRAWN** | | | | |
| D030 | 6/8/10 | Email chain between C. Wright and D. Kleiman re: An update | DEFAUS_00089140 | R, H | | |
| D031 | 10/15/12 | Email with attachment to V. Raj from C. Wright re: Travel | DEF_00026615-DEF_00026628 | R, H | | |
| D032 | 8/16/13 | Certified Verified Complaint, Wells Fargo Bank v. D. Kleiman Case no. 2013CA013002 | CERT_00000063-CERT_00000087 | R, H | | |
| D033 | | **WITHDRAWN** | | | | |
| D034 | 2/3/12 | Computer Forensic LLC Articles of Organization | KLEIMAN_00182952-KLEIMAN_00182953 | R, H | | |
| D035 | 6/11/12 | Stamped Filed Articles of | KLEIMAN_00179597-KLEIMAN_00179602 | R, H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | Amedment to Articles of Organization for Computer Forensic LLC | | | | |
| D036 | 3/5/13 | 2013 Limited Liability Company Annual Report fo Computer Forensics LLC | http://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=flal-l12000020457-70db3a83-e142-4ce8-b08f-64567b596850&transactionId=l12000020457-b49a44ab-6cd4-4cd1-b40a-312bff296ec4&formatType=PDF | R, H | | |
| D037 | 4/15/19 | Non-Party Computer Forensics LLC's Response to Defendant's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action Dated March 28, 2019 | | R | | |
| D038 | 8/3/17 | Motion to Compel IN RE: Estate of David A. Kleiman File no. 13-5060 | | R | | |
| D039 | 2/27/18 | Settlement Agreement, Kleiman v. Computer Forensic LLC, C. Conrad and P. Paige Case no. 50-2016-013045 | | R | | |
| D040 | 11/4/12 | Email to M. Sheppard, D. Ostrom, | KLEIMAN_00413435 | R | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | J. Giarraputo, N. Pham from D. Kleiman re: US v. Garcia - Expert | | | | |
| D041 | 1/30/13 | Email chain with attachment between D. Kleiman, C. Conrad and P. Paige re: Question on costs for a company | KLEIMAN_00071223-KLEIMAN_00071225 | R | | |
| D042 | 4/29/13 | Email chain between C. Wright, C. Conrad, P. Paige, B. Long, G. Kelley, M. Shannon, J. Hatchett, E.Robi, G. Freemyer, P. Henry, S. Moulton, W. Marney, B. Bell, B. Dean and K. Andreou re: Dave Kleiman | PAIGE_00003483-PAIGE_00003484 | H | | |
| D043 | 4/30/13 | Email chain betwwen C. Wright, C. Conrad, P. Paige, B. Long, G. Kelley, M. Shannon, J. Hatchett, E.Robi, G. Freemyer, P. Henry, S. Moulton, W. Marney, B. Bell, B. Dean and K. Andreou re: Dave Kleiman | PAIGE_00003415-PAIGE_00003416 | R, H | | |
| D044 | 12/9/15 | Email chain between K. Andreou and P. Paige re: Bitcoin? | PAIGE_00002763-PAIGE_00002764 | H | | |
| D045 | 4/24/14 | Change to company details for Coin-Ech Pty Ltd. | KLEIMAN_00004927-KLEIMAN_00004928 | H, A, COM | | |
| D046 | 6/22/16 | Email with attachment from I. Kleiman to I. | KLEIMAN_00400106-KLEIMAN_00400107 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec- tions | Ruling on Objec- tions | Admit- ted |
|---|---|---|---|---|---|---|
| | | Kleiman re: Doc 22.06.16 09:12:07 | | | | |
| D047 | | **WITHDRAWN** | | | | |
| D048 | | Docket Case IN RE: David Alan Kleiman Case no. 50-2013-CP-005060 | | R, H | | |
| D049 | 8/30/13 | Letter to Palm Beach County Tax Collector from The Karp Law Firm | KARP_00000134 | R, H | | |
| D050 | 1/21/14 | Order for Payment of Funds (testate) IN RE: David Alan Kleiman File no. 502013CP005060 | KARP_00000081 | R | | |
| D051 | 1/29/16 | Petition for Subsequent Administration IN RE: Estate of David Alan Kleiman File No. 502013CP005060 | KARP_00000149-KARP_00000150 | R | | |
| D052 | 1/29/16 | Oath of Personal Representative and Designation and Acceptance of Resident Agent IN RE: Estate of David Alan Kleiman File No. 502013CP005060 | KARP_00000044-KARP_00000045 | R | | |
| D053 | 10/5/10 | Letter to American Home Mortgage Servicing Inc. from D. Kleiman | KARP_00000161 | R | | |
| D054 | 12/19/12 | Computer Forensics LLC Profit & Loss January 1 - December 19, 2012 | KLEIMAN_00071500 | R, H | | |
| D055 | 1/24/13 | Computer Forensics LLC Profit & Loss | KLEIMAN_00397321 | R, H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | January - December 2012 | | | | |
| D056 | 1/31/13 | Email with attachment from D. Kleiman to D. Kuharcik, C. Conrad, P. Paige and Computer Forensics LLC Accounting re: Computer Forensics LLC Accounting | KLEIMAN_00397318-KLEIMAN_000397344 | R, H | | |
| D057 | 3/20/13 | Email with attachment from D. Kleiman to D. Kuharcik and Computer Forensics LLC Accounting re: Computer Forensics LLC Accounting - 1099s | KLEIMAN_00397845-KLEIMAN_00397858 | R. H | | |
| D058 | 6/30/18 | Email to self from D. Kleiman re: Fw: Balance alert | KLEIMAN_00065362-KLEIMAN_00065363 | R | | |
| D059 | 2/15/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 | DEFAUS_00694544-DEFAUS_00694550 | H | | |
| D060 | | **WITHDRAWN** | | | | |
| D061 | 4/2/13 | Email chain with attachment between C. Wright, S. Matthews and R. Watts re: FW: coin-ex | DEF_01108419-DEF_01108457 | H | | |
| D062 | | **WITHDRAWN** | | | | |
| D063 | 9/1/13 | Consent order acceptance dates 1/9/2013 | DEF_00029333 | H, A | | |
| D064 | | **WITHDRAWN** | | | | |
| D065 | | **WITHDRAWN** | | | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D066 | 3/18/15 | Email chain between U. Ng, C. Wright, R. Watts and A. Pedersen re: Official 2015 Annual Report Notice for : W&K Info Defense Research LLC | DEF_00030159 | H | | |
| D067 | 7/25/2017; 5/31/2011; 5/31/2011; 5/31/2011 | Letters to I. Kleiman, C. Wright and D. Kleiman from Homeland Security | KLEIMAN_00016650-KLEIMAN_00016655 | H | | |
| D068 | | **WITHDRAWN** | | | | |
| D069 | | **WITHDRAWN** | | | | |
| D070 | | **WITHDRAWN** | | | | |
| D071 | 2/15/14 | Email with attachment from L. Wright to D. Kleiman and C. Wright re: GreyFog Revenant Device information | DEF_00010360-DEF_00010377 | H | | |
| D072 | 2/6/11 | Email to D. Kleiman and L. Wright from C. Wright re: Idea - research | DEFAUS_00092734 | H | | |
| D073 | 2/15/11 | Email chain between D. Kleiman, C. Wright and L. Wright re: Link to R&D site | DEFAUS_00694501-DEFAUS_00694502 | H | | |
| D074 | | **WITHDRAWN** | | | | |
| D075 | 2/16/11 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 | DEF_0009686-DEF_00009695 | H | | |
| D076 | | **WITHDRAWN** | | | | |
| D077 | 2/16/11 | Email with attachment from D. Kleiman to C. Wright and L. Wright re: Vet | DEF_00009709-DEF_00009712 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | owned business requirements | | | | |
| D078 | 2/2/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: [DHS Cyber R&D Grants $40MM] | DEFAUS_00092733 | H | | |
| D079 | | **WITHDRAWN** | | | | |
| D080 | 2/15/11 | Email with attachment from C. Wright to D. Kleiman and L. Wright re: Registration | DEFAUS_00092834-DEFAUS_00092897 | H | | |
| D081 | 2/15/11 | Email with attachment from C. Wright to D. Kleiman and L. Wright re: Registration - TTA1 | DEFAUS_00092962-DEFAUS_00093024 | H | | |
| D082 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Registration - TTA1 | DEFAUS_00093049-DEFAUS_00093052 | H | | |
| D083 | 2/16/11 | Email to D. Kleiman and L. Wright from C. Wright re: Abstract 2 | DEFAUS_00093058-DEFAUS_00093059 | H | | |
| D084 | 2/16/11 | Email chain between C. Wright, D. Kleiman and L. Wright re: Abstract 3 | DEFAUS_00093060-DEFAUS_00093061 | H | | |
| D085 | 2/16/11 | Email to D. Kleiman and L. Wright from C. Wright re: Abstract 4 | DEF_00018870-DEF_00018871 | H | | |
| D086 | | **WITHDRAWN** | | | | |
| D087 | | **WITHDRAWN** | | | | |
| D088 | 2/16/14 | Email to I. Kleiman from C. Wright re: FW: Registration - TTA1 | DEFAUS_00112868-DEFAUS_00112873 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D089 | | **WITHDRAWN** | | | | |
| D090 | 4/26/13 | D. Kleiman Autopsy report | KLEIMAN_00006307-KLEIMAN_00006313 | R | | |
| D091 | 7/22/19 | D. Kleiman VA records Pages 1-999 | KLEIMAN_00401268 | R | | |
| D092 | 7/22/19 | D. Kleiman VA records Pages 1000-1999 | KLEIMAN_00402268 | R | | |
| D093 | 7/22/19 | D. Kleiman VA records Pages 2000-2999 | KLEIMAN_00404766 | R | | |
| D094 | 7/22/19 | D. Kleiman VA records Pages 3000-3999 | KLEIMAN_00405766 | R | | |
| D095 | 7/22/19 | D. Kleiman VA records Pages 4000-4999 | KLEIMAN_00406766 | R | | |
| D096 | 7/22/19 | D. Kleiman VA records Pages 5000-5999 | KLEIMAN_00407766 | R | | |
| D097 | 7/22/19 | D. Kleiman VA records Pages 6000-6999 | KLEIMAN_00408766 | R | | |
| D098 | 7/22/19 | D. Kleiman VA records Pages 7000-7999 | KLEIMAN_00409766 | R | | |
| D099 | 7/22/19 | D. Kleiman VA records Pages 8000-8999 | KLEIMAN_00410766 | R | | |
| D100 | 7/22/19 | D. Kleiman VA records Pages 9000-9999 | KLEIMAN_00411766 | R | | |
| D101 | 7/22/19 | D. Kleiman VA records Pages 10000-10999 | KLEIMAN_00403268 | R | | |
| D102 | 7/22/19 | D. Kleiman VA records Pages 11000-11497 | KLEIMAN_00404268 | R | | |
| D103 | | **WITHDRAWN** | | | | |
| D104 | | **WITHDRAWN** | | | | |
| D105 | 8/9/06 | Email to S. Pearson from C. Wright re: | DEF_00213377-DEF_00213396 | R, H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | LLM - Paper (Student #05028244) Foundations of Commercial Law | | | | |
| D106 | 2/7/12 | "The Electronic Communications Act 2000, Which Endows Electronic Signatures With The Force Of Law, Has Been Stated To Represent The Final Piece Of The Jigsaw In Creating An Enforceable Electronic Contract. However, The Legislation May Not Ensure That There Are No Areas Of Uncertainty In Electronic Contract Formation." Ecommerce Law | DEF_00257472-DEF_00257492 | R, H | | |
| D107 | 12/22/07 | Email chain with attachment between C. Wright and C. Cid re: GIAC Gold | DEF_00335019-DEF_00335088 | R, H | | |
| D108 | 1/14/08 | "Electronic Contracting in an Insecure World" by C. Wright | DEF_00353292-DEF_00353327 | R, H | | |
| D109 | 7/14/07 | "Payments Providers and Intermediaries as Defined in the Law of the Internet" by C. Wright | DEF_01840155-DEF_01840162 | R, H | | |
| D110 | 6/21/08 | "The Impact of Internet Intermediary Liability" by C. Wright | DEF_01312345-DEF_01312434 | R, H | | |
| D111 | | **WITHDRAWN** | | | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D112 | 4/11/19 | Certificate of Registration for "Bitcoin: A Peer-to-Peer Electronic Cash System" 2008 and Certificate of Registration for "Bitcoin" 2009 | DEF_01515827-DEF_01515827 | H | | |
| D113 | 5/3/06 | C. Wright Master of Management (Information Technology) from Charles Sturt University | DEF_01515878 | H | | |
| D114 | 4/8/05 | C. Wright Master of Networking and System Administration from Charles Sturt University | DEF_01515879 | H | | |
| D115 | | C. Wright CompTIA Security+ certification | DEF_01515891 | H | | |
| D116 | 5/23/16 | C. Wright Master of Statistics from University of Newcastle | DEF_01515937-DEF_01515940 | H | | |
| D117 | 9/21/12 | C. Wright Master of Science Information Security Management degree from SANS Technology Institute | DEF_01515947 | H | | |
| D118 | 6/28/12 | C. Wright Master of Science Information Security Engineering degree from SANS Technology Institute | DEF_01515948 | H | | |
| D119 | 5/23/16 | C. Wright Statement of Academic Record for Master of Statistics from The | DEF_01515951-DEF_01515954 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| | | University of Newcastle | | | | |
| D120 | | **WITHDRAWN** | | | | |
| D121 | 2013 | C. Wright 2013 Australian Tax return for individuals | DEF_01492450- DEF_01492481 | H | | |
| D122 | | **WITHDRAWN** | | | | |
| D123 | | **WITHDRAWN** | | | | |
| D124 | | **WITHDRAWN** | | | | |
| D125 | | **WITHDRAWN** | | | | |
| D126 | | **WITHDRAWN** | | | | |
| D127 | | **WITHDRAWN** | | | | |
| D128 | | **WITHDRAWN** | | | | |
| D129 | | **WITHDRAWN** | | | | |
| D130 | | **WITHDRAWN** | | | | |
| D131 | | **WITHDRAWN** | | | | |
| D132 | | **WITHDRAWN** | | | | |
| D133 | | **WITHDRAWN** | | | | |
| D134 | | **WITHDRAWN** | | | | |
| D135 | | **WITHDRAWN** | | | | |
| D136 | | **WITHDRAWN** | | | | |
| D137 | | **WITHDRAWN** | | | | |
| D138 | 3/7/19 | Plaintiffs' Disclosure of all Repositories of Potentially Relevant ESI Pursuant to the Parties Stipulated Discovery Plan Filed February 5, 2019 | | H, R | | |
| D139 | 5/1/2009- 6/1/2009 | Multiple receipts | DEF_01638686- DEF_01638767 | H, R, IC, COM | | |
| D140 | 2008 | "The Developer's Guide to Debugging" by Grotker, Holtman, Keding and Wloka | DEF_00247189- DEF_00247420 | R, CML | | |
| D141 | 7/1/2008- 6/30/2009 | Wright: Profit & Loss Statement - 2009 | DEF_1634150- DEF_1634153 | H, R | | |
| D142 | 12/17/2008 -1/31/2009 | Multiple 2008 receipts | DEF_01638858- DEF_01638939 | H, R | | |
| D143 | 2008 | Multiple receipts | DEF_01638941- DEF_01639012 | H, R, IC, COM | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D144 | | C. Wright resume | DEF_00168946-DEF_00168954 | H | | |
| D145 | | C. Wright writings and notes | DEFHC_01047291-DEFHC_01047350 | H, R, IC, COM | | |
| D146 | | C. Wright writings and notes | DEFHC_01047368-DEFHC_01047419 | H, R, IC, COM | | |
| D147 | | C. Wright writings and notes | DEFHC_01047457-DEFHC_01047461 | H, R, IC, COM | | |
| D148 | | C. Wright writings and notes | DEFHC_01047462-DEFHC_01047478 | H, R, IC, COM | | |
| D149 | | C. Wright writings and notes | DEFHC_01047859-DEFHC_01047901 | H, R, IC, COM | | |
| D150 | | C. Wright writings and notes | DEFHC_01047934-DEFHC_01047940 | H, R, IC, COM | | |
| D151 | | **WITHDRAWN** | | | | |
| D152 | | C. Wright writings and notes | DEFHC_01049410-DEFHC_01049421 | H, R, IC, COM | | |
| D153 | | C. Wright writings and notes | DEFHC_01049649-DEFHC_01049662 | H, R, IC, COM | | |
| D154 | | C. Wright writings and notes | DEFHC_01049750-DEFHC_01049786 | H, R, IC, COM | | |
| D155 | | C. Wright writings and notes | DEFHC_01049787-DEFHC_01049791 | H, R, IC, COM | | |
| D156 | | **WITHDRAWN** | | | | |
| D157 | | **WITHDRAWN** | | | | |
| D158 | 12/3/12 | Email chain between D. Kleiman, S. Dorsey and P. Paige re: October | KLEIMAN_00065715-KLEIMAN_00065716 | H, R | | |
| D159 | 3/11/13 | Email to P. Paige from D. Kleiman re: FW: WPTV | KLEIMAN_00068025-KLEIMAN_00068028 | H, R | | |
| D160 | 7/24/09 | Email chain between C. Wright, L. Wright and M. Sulema re: FW: Status update with attachments various computer code files and scrips in C++, VS, XML, and other code languages | DEF_00294371-DEF_00295009 | H, R, UP | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D161 | 3/12/08 | Email chain with attachment between C. Wright and D. Kleiman re: Defamation and the difficulties of law on the Internet.aig | DEFAUS_01732182-DEFAUS_01732276 | H | | |
| D162 | Aug-07 | C. Wright writings and notes | DEFHC_01050338-DEFHC_0150415 | H, IC, COM | | |
| D163 | | C. Wright writings and notes | DEFHC_01050416-DEFHC_01050423 | H, R, IC, COM | | |
| D164 | Aug-07 | BOD Meeting Minutes dated August 2007 | DEFHC_01050442 | H, R, IC, COM | | |
| D165 | 2008 | TimeChain v0.0.2 Alpha | DEFHC_01050443-DEFHC_01050444 | H, R | | |
| D166 | | C. Wright writings and notes | DEFHC_01050472-DEFHC_01050479 | H, R | | |
| D167 | | C. Wright writings and notes | DEFHC_01050480-DEFHC_01050492 | H, R | | |
| D168 | | C. Wright writings and notes | DEFHC_01050493-DEFHC_01050563 | H, R, IC, COM | | |
| D169 | | C. Wright writings and notes | DEFHC_01050564-DEFHC_01050581 | A, H | | |
| D170 | | C. Wright writings and notes | DEFHC_01050582-DEFHC_01050590 | H, R | | |
| D171 | 8/18/09 | Email to C. Wright from D. Kleiman re: Hello | DEFAUS_00690895 | H | | |
| D172 | 2013 | Petition for Disposition of Personal Property Without Administration (verified statement) IN RE: Estate of David Alan Kleiman File No. 502013CP005060 | | | | |
| D173 | 1/31/13 | Email to D. Kleiman from C. Wright re: Long time | DEFAUS_00080312-DEFAUS_00080715 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D174 | 2/2/13 | Email chain between D. Kleiman and C. Wright re: Long time | DEFAUS_00101652 | H | | |
| D175 | 6/3/08 | Email chain with attachment between D. Kleiman and C. Wright re: An ethics issue that needs to be investigated (ISACA Branch President) | DEFAUS_00688785-DEFAUS_00688789 | H | | |
| D176 | 5/15/12 | Email chain between C. Wright and D. Kleiman re: Correct Contact info | DEFAUS_00098039-DEFAUS_00098040 | H, R | | |
| D177 | 10/21/12 | Email chain between D. Kleiman and C. Wright re: IFIP-WG11.9 CFP | DEFAUS_00100812-DEFAUS_00100814 | H | | |
| D178 | 10/23/07 | Email to L. Kleiman and I. Kleiman from D. Kleiman re: I need your help please | KLEIMAN_00027932 | H, R | | |
| D179 | 5/6/09 | Email to I. Kleiman from D. Kleiman re: Better buy some twitter stock | KLEIMAN_00027940 | H, R | | |
| D180 | 11/27/09 | Email to I. Kleiman and "lureg8@yahoo.com from D. Kleiman re: Here is your stock tip | KLEIMAN_00034836 | H, R | | |
| D181 | 1/22/10 | Email to I. Kleiman from D. Kleiman re: Bing search engine on Apple's iPhones as default | KLEIMAN_00034835 | H, R | | |
| D182 | 3/9/10 | Email to I. Kleiman from D. Kleiman re: Quoted In Men's Health Magazine | KLEIMAN_00034834 | H, R | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D183 | 5/22/10 | Email to I. Kleiman from D. Kleiman re: video | KLEIMAN_00034829 | H, R | | |
| D184 | 5/15/08 | C. Wright Master of Laws with Commendation in International Commercial Law from University of Northumbria at New Castle | GAVIN_00000211-GAVIN_00000212 | H, R | | |
| D185 | 10/3/13 | Email chain with attachment between C. Wright, R. Watts, V. Raj, J. Chesher re: AAT matter: Wright v FCT - executed 42C agreement | DEFAUS_00672796-DEFAUS_00672803 | H, R | | |
| D186 | 8/13/06 | Palm Beach Sheriff's Office Informational report on D. Kleiman by T. Wright | | H, R, A, UP | | |
| D187 | 2005 | "C++ How To Program, 5th Edition (2005)" Joliet | DEF_01840307 | CML | | |
| D188 | 2005 | "C++ For Business Programming, 2nd Edition (2005)" Joliet | DEF_01840311 | CML | | |
| D189 | 2003 | "C++ In a Nutshell (2003)" Joliet | DEF_01840312 | CML | | |
| D190 | 2005 | "Professional ADO.NET 2: Programming with SQL Server 2005, Oracle, and MySQL" by W. McClure, G. Beamer, J. Croft IV, A. Little, B. Ryan, P. Winstanley, D. Yack and J. Zongker | DEF_00506067-DEF_00506710 | CML | | |
| D191 | 2005 | "Professional Visual Studio 2005" by A. | DEF_01124818-DEF_01125732 | H, R, CML | | |

17

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | Parsons and N. Randolph | | | | |
| D192 | 2/13/13 | Email chain with attachment between D. Kleiman, C. Conrad and P. Paige re: CFLLC Operation Agreement | KLEIMAN_00396311 _KLEIMAN_0039634 5 | H, R | | |
| D193 | 2/18/20 | Plaintiffs' Privilege Log | | H, R, UP | | |
| D194 | 5/1/13 | Minute book for Coin-Exch Pty Ltd dated 5/1/2013 | DEFHC_00001050 | H | | |
| D195 | 5/1/13 | Application for shares for C01n Exch Pty Ltd. Dated 5/1/2013 | DEFHC_00001113 | H | | |
| D196 | | **WITHDRAWN** | | | | |
| D197 | | **WITHDRAWN** | | | | |
| D198 | | **WITHDRAWN** | | | | |
| D199 | | **WITHDRAWN** | | | | |
| D200 | | **WITHDRAWN** | | | | |
| D201 | | **WITHDRAWN** | | | | |
| D202 | | **WITHDRAWN** | | | | |
| D203 | | **WITHDRAWN** | | | | |
| D204 | | **WITHDRAWN** | | | | |
| D205 | | **WITHDRAWN** | | | | |
| D206 | | **WITHDRAWN** | | | | |
| D207 | | **WITHDRAWN** | | | | |
| D208 | | **WITHDRAWN** | | | | |
| D209 | | **WITHDRAWN** | | | | |
| D210 | | "**WITHDRAWN** | | | | |
| D211 | | **WITHDRAWN** | | | | |
| D212 | | **WITHDRAWN** | | | | |
| D213 | | **WITHDRAWN** | | | | |
| D214 | | **WITHDRAWN** | | | | |
| D215 | | **WITHDRAWN** | | | | |
| D216 | | **WITHDRAWN** | | | | |
| D217 | | **WITHDRAWN** | | | | |
| D218 | | **WITHDRAWN** | | | | |
| D219 | | **WITHDRAWN** | | | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D220 | | **WITHDRAWN** | | | | |
| D221 | | **WITHDRAWN** | | | | |
| D222 | | **WITHDRAWN** | | | | |
| D223 | | **WITHDRAWN** | | | | |
| D224 | | **WITHDRAWN** | | | | |
| D225 | | **WITHDRAWN** | | | | |
| D226 | | **WITHDRAWN** | | | | |
| D227 | | **WITHDRAWN** | | | | |
| D228 | | **WITHDRAWN** | | | | |
| D229 | | **WITHDRAWN** | | | | |
| D230 | | **WITHDRAWN** | | | | |
| D231 | | **WITHDRAWN** | | | | |
| D232 | | **WITHDRAWN** | | | | |
| D233 | | **WITHDRAWN** | | | | |
| D234 | | **WITHDRAWN** | | | | |
| D235 | | **WITHDRAWN** | | | | |
| D236 | | **WITHDRAWN** | | | | |
| D237 | | **WITHDRAWN** | | | | |
| D238 | | **WITHDRAWN** | | | | |
| D239 | | **WITHDRAWN** | | | | |
| D240 | | **WITHDRAWN** | | | | |
| D241 | | **WITHDRAWN** | | | | |
| D242 | | **WITHDRAWN** | | | | |
| D243 | | **WITHDRAWN** | | | | |
| D244 | | **WITHDRAWN** | | | | |
| D245 | 10/14/11 | Email chain between C. Wright and D. Kleiman re: A paper | DEF_00009073 | H | | |
| D246 | 3/18/10 | Email chain between D. Kleiman and C. Wright re: So… | DEFAUS_00692822 | H | | |
| D247 | 10/17/11 | Email chain between D. Kleiman and C. Wright and other re: Using Checklists to make better best.docx | DEFAUS_00697938 | H | | |
| D248 | 5/24/10 | Email chain between D. Kleiman and C. Wright re: Some more reading | DEFAUS_00089054 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D249 | 3/15/10 | Email chain between D. Kleiman, C. Wright and R. Radvanovsky re: A paper | DEFAUS_00692760 | H | | |
| D250 | 3/1/11 | Email chain between D. Kleiman and C. Wright re: BAA 11-02 | DEFAUS_00694769-DEFAUS_00694770 | H | | |
| D251 | 4/13/10 | Email with attachment to D. Kleiman from C. Wright re: Some reading for you | DEFAUS_00087391-DEFAUS_00087403 | H | | |
| D252 | 7/3/15 | Email chain between I. Kleiman and the Florida Division of Corporations re: articles of incorporation | KLEIMAN_00002693-KLEIMAN00002694 | R, H, MIL | | |
| D253 | 4/15/11 | Email chain between I. Kleiman and L. Lang re: david's address | KLEIMAN_00002993 | R | | |
| D254 | | **WITHDRAWN** | | | | |
| D255 | 8/19/13 | Email chain between I. Kleiman and Astro Air Inc re: Thank you For Contacting Us | KLEIMAN_00050638 | R, MIL | | |
| D256 | 7/27/15 | Email chain between I. Kleiman and T. Miller re: EOI case ref # 362215/Australia case ref #1-6B0K5GO - email 2 of x yes can open | KLEIMAN_00298877 | R | | |
| D257 | 7/17/13 | Email to I. Kleiman from Craigslist re: Post/Edit/Delete : "Quickie Triumph | KLEIMAN_00366588 | R, MIL | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| | | Wheelchair" (general for sale - by owner) | | | | |
| D258 | 5/1/14 | Email to I. Kleiman from P. Paige re: Mailbox Renewal Reminder | KLEIMAN_00397384 | R, H, UP | | |
| D259 | 5/19/14 | Email to A. Sommer and I. Kleiman from J. McKeon re: The Karp Law Firm - Kleiman Matter | KLEIMAN_00397662-KLEIMAN_00397663 | R, H, UP | | |
| D260 | 7/22/15 | Email to T. Miller from I. Kleiman re: EOI case ref # 362215/Australia case ref #1-6B0K5GO follow-up and please email | KLEIMAN_00184482 | R | | |
| D261 | | **WITHDRAWN** | | | | |
| D262 | 4/26/13 | Corsair Survivor Stealth TD Black USB thumbdrive. Serial: DCA46D83A46D614E | | R, UP | | |
| D263 | 4/26/13 | Corsair Survivor Stealth TD Gray Blue USB thumbdrive. Serial: 68A87A90A87A5C8E | | R, UP | | |
| D264 | 4/26/13 | Corsair Survivor Stealth TD Gray Orange USB thumbdrive. Serial: D8B0BD66B0BDBAE | | R, UP | | |
| D265 | 4/26/13 | CEIC 2009" 2GB USB thumbdrive. Serial:78049557049518E8 | | R, UP | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D266 | 4/26/13 | Corsair Survivor Stealth TD Gray Blue USB thumbdrive. Serial: 8AFB-1741 | | R, UP | | |
| D267 | 4/26/13 | IACIS 2GB USB thumbdrive. Serial: 0B10-7EDF | | R, UP | | |
| D268 | 4/26/13 | Key USB thumbdrive. Serial: 7004-OABA | | R, UP | | |
| D269 | 4/26/13 | Microvault Tiny USB thumbdrive. Serial: 503434503434374 | | R, UP | | |
| D270 | 4/26/13 | SanDisk Cruzer Micro USB thumbdrive. Serial: F892E54992E50CC6 | | R, UP | | |
| D271 | 4/26/13 | Western Digital WDC WD7500BPVT-0 hard drive. Serial: WD-WX71A20K2955 | | R, UP | | |
| D272 | 4/26/13 | Seagate ST9500325AS hard drive. Serial: 5VE1B6VT | | R, UP | | |
| D273 | 4/26/13 | Hitachi HTS72101 hard drive. Serial: MPCZN2Y0GS007H | | R, UP | | |
| D274 | 4/26/13 | Western Digital WDC WD3200BEKT-2 hard drive. Serial: WD-WXMY08HR0801 | | R, UP | | |
| D275 | 4/26/13 | Seagate ST9500420AS hard drive. Serial: 5VJ07GCY | | R, UP | | |
| D276 | 4/26/13 | HTC T7373X Touch Pro2 | | R, UP | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D277 | | **WITHDRAWN** | | | | |
| D278 | 7/17/14 | Email with attachment to R. Watts, C. Wright and J. Ball from C. Gordon re: Hotwire - fees and expenses | DEFAUS_01566714-DEFAUS_0156734 | R, H | | |
| D279 | 7/31/14 | Email chain between N. Desmond, T. Bauer, M. Zhu and D. Russell re: Images for laptops | DEFAUS_00630271-DEFAUS_00630276 | R, H | | |
| D280 | 8/15/14 | Email with attachment to C. Wright, R. Watts and C. Gordon from J. Ball re: Hotwire - Deed Administrators' fees | DEFAUS_01860803-DEFAUS_01860805  DEFAUS_01567174-DEFAUS_01567185 | R, H | | |
| D281 | | **WITHDRAWN** | | | | |
| D282 | 2/15/14 | Email chain between C. Wright and I. Kleiman re: Dave | KLEIMAN_00000656-KLEIMAN_00000658 | H | | |
| D283 | | **WITHDRAWN** | | | | |
| D284 | 2/15/14 | Email chain between I. Kleiman, C. Wright and U. Nguyen re: Dave | KLEIMAN_00004929-KLEIMAN_00004932 | H | | |
| D285 | 2/16/14 | Email chain between I. Kleiman and C. Wright re: Dave | KLEIMAN_00005177-KLEIMAN_0005186 | H | | |
| D286 | | **WITHDRAWN** | | | | |
| D287 | | **WITHDRAWN** | | | | |
| D288 | | **WITHDRAWN** | | | | |
| D289 | 3/11/14 | Email chain between C. Wright, I. Kleiman and A. Damoka re: Letter | KLEIMAN_00278145-KLEIMAN_00278146 | R, H, UP | | |
| D290 | | **WITHDRAWN** | | | | |
| D291 | 3/28/14 | Email to I. Kleiman from C. Wright re: Dave | KLEIMAN_00278208 | H, UP | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D292 | | **WITHDRAWN** | | | | |
| D293 | 5/4/14 | Email chain between C. Wright and I. Kleiman re: conference call | KLEIMAN_00000415 | R, H, UP | | |
| D294 | 5/12/14 | Email chain between C. Wright, I. Kleiman and A. Sommer re: ato | KLEIMAN_00176948 | R, H, UP | | |
| D295 | 5/14/14 | Email with attachment to I. Kleiman, A. Sommer and R. Watts from C. Wright re: Joe and Andrew | DEF_01367411-DEF_01367412 | R, H | | |
| D296 | | **WITHDRAWN** | | | | |
| D297 | 4/30/14 | Email with attachment to R. Watts, A. McCabe and B. Kogan from A. McEvoy re: Hotwire Preemptive Intelligence Pty Limited | DEF_01373372-DEF_01373373 | R, H | | |
| D298 | 7/24/14 | Email chain between D. Bailey, R. Watts, C. Gordon and J. Ball re: issues with Ecowize | DEF_01915075-DEF_01915076 | R, H | | |
| D299 | 12/4/08 | "Human Action: A Treatise on Economics" by L. von Mises | DEF_01314149-DEF_01315078 | R, H, CML | | |
| D300 | 6/10/09 | Email to C. Wright from ScienceDirect Message Center re: ScienceDirect: Document Purchase | DEFAUS_01545183-DEFAUS_01545184 | R | | |
| D301 | 12/31/09 | D. Kleiman IRS Account Transcript 2009 | KLEIMAN_00485473-KLEIMAN_00485474 | UP | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D302 | 12/31/10 | D. Kleiman IRS Account Transcript 2010 | KLEIMAN_00485475-KLEIMAN_00485476 | UP | | |
| D303 | 12/31/11 | D. Kleiman IRS Account Transcript 2011 | KLEIMAN_00485477-KLEIMAN_00485478 | UP | | |
| D304 | 8/24/11 | "A Preamble Into Aligning Systems Engineering and Information Security Risk Measures" by C. Wright | https://www.semanticscholar.org/paper/A-Preamble-Into-Aligning-Systems-and-Wright/fc603d86b06aa57263fa318c6dcb77a6098f0c5c | R, H, CML | | |
| D305 | Sep-11 | "Of Black Swans, Platypii and Bunyips: The outlier and normal incident in risk management" by C. Wright and T. Zia | https://www.researchgate.net/publication/259577750_Of_Black_Swans_Platypii_and_Bunyips_The_outlier_and_normal_incident_in_risk_management | R, H, CML | | |
| D306 | Dec-11 | "Modeling system audit as a sequential test with discovery as a failure time endpoint" by C. Wright and T. Zia | https://researchoutput.csu.edu.au/en/publications/modeling-system-audit-as-a-sequential-test-with-discovery-as-a-fa | R, H, COM, CML | | |
| D307 | 9/26/11 | "SCADA: Air Gaps Do Not Exist" by C. Wright | http://infosecisland.com/blogview/16770-SCADA-Air-Gaps-Do-Not-Exist.html | R, H, COM, CML | | |
| D308 | Jun-11 | "A quantative analysis into the economics of correcting software bugs" by C. Wright and T. Zia | https://dl.acm.org/doi/10.5555/2023430.2023459 | R, H, COM, CML | | |
| D309 | 8/11/14 | Calendar invite to C. Wright, S. Savanah, R. Watts and A. Ellis from A. Pedersen | DEF_00043777-DEF_00043778 | R, H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D310 | 9/4/14 | Email to V. Magnusson from C. Wright re: FW: Grays - Your Paid Invoice 2088662-26 | DEF_00235674-DEF_00235675 | R, H, CML | | |
| D311 | 9/8/14 | Email to V. Magnusson from C. Wright re: FW: Grays - Your Paid Invoice 2088838-22 | DEF_00235669-DEF_00235671 | R, H, CML | | |
| D312 | 9/12/14 | Email to V. Magnusson from C. Wright re: Fwd: Grays - Your Paid Invoice 2088839-25 | DEFAUS_00634339-DEFAUS_00634342 | R, H, CML | | |
| D313 | 9/18/14 | Email to V. Magnusson from C. Wright re: FW: Receipt for your payment to Systemax Technologies Pty Ltd | DEFHC_01052918-DEFHC_01052919 | R, H, CML | | |
| D314 | 11/26/14 | Email to V. Magnusson from C. Wright re: FW: Grays - Your Paid Invoice 5011074-61 | DEFAUS_00710350-DEFAUS_00710351 | R, H, CML | | |
| D315 | | **WITHDRAWN** | | | | |
| D316 | 6/5/07 | Journal of Multivariate Analysis by M. Hallin and D. Paindaveine | https://www.sciencedirect.com/journal/journal-of-multivariate-analysis/vol/100/issue/3 | R, H, COM, CML | | |
| D317 | 8/4/09 | Inventory Journal for Wright International Investments Ltd | DEF_01924299 | R, H | | |
| D318 | 1/30/09 | Agreement between C. Wright and Information Defense Pty Ltd | DEFAUS_01584851-DEFAUS_01584854 | H | | |
| D319 | 3/12/08 | Email chain between D. Kleiman and C. Wright re: | DEF_00005865-DEF_00005871 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| | | Defamation and the difficulties of law on the Internet | | | | |
| D320 | 3/1/10 | Sale Agreement between Information Defense Pty Ltd and L. Wright/Cloudcroft Pty Ltd | DEF_00717951-DEF_00717975 | R, H | | |
| D321 | | **WITHDRAWN** | | | | |
| D322 | | **WITHDRAWN** | | | | |
| D323 | 3/12/14 | Minute book for Coin-Exch Pty Ltd | DEF_00027379 | H, UP | | |
| D324 | | **WITHDRAWN** | | | | |
| D325 | | **WITHDRAWN** | | | | |
| D326 | 4/18/10 | Email with attachment to D. Kleiman and R. Radvanovsky from C. Wright re: Papers so far. | DEF_01281884-DEF_01281940 | H, CML | | |
| D327 | 7/2/10 | Graysonline.com Tax Invoice 2100448-1 | DEF_00292529 | R, CML | | |
| D328 | 7/20/10 | Email with attachment to C. Wright from L. Hoogvliet re: HT Order 3839731 | DEF_00292541-DEF_00292543 | R | | |
| D329 | 1/25/09 | Email chain between C. Wright and D. Kleiman re: Next post | DEF_00022188 | H | | |
| D330 | 9/25/09 | Email chain between C. Wright ad D. Kleiman re: CFS 09/October 5-6 Updated Speaker/Session List | DEF_00015988 | H | | |
| D331 | 1/6/09 | Email chain between D. Kleiman and C. Wright re: Happy new year | DEF_00005374-DEF_00005375 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D332 | 12/4/07 | Email chain between C. Wright and D. Kleiman re: Question | DEFAUS_00686738-DEFAUS_00686752 | H | | |
| D333 | 2/8/08 | Email chain between C. Wright and D. Kleiman re: [CCE] quick question re: imaging metrics - imaging speed | DEFAUS_00687547-DEFAUS_00687551 | H | | |
| D334 | 2/23/08 | Email chain between C. Wright and D. Kleiman re: [CCE] RE: PI License Debate | DEFAUS_00687779-00687785 | H | | |
| D335 | 4/22/08 | Email chain between C. Wright and D. Kleiman re: FW: Authorship offer: (ISC) 2 Press Series - ISSMP | DEFAUS_00688405 - DEFAUS_00688424 | H | | |
| D336 | 4/22/08 | Email chain between D. Kleiman, M. Himebaugh C. Wright, R. O'Hanley, H. Tipton and K. Henry re: Authorship offer: (ISC) 2 Press Series - ISSMP | DEFAUS_00688434 - DEFAUS_00688454 | H | | |
| D337 | 4/24/08 | Email chain between C. Wright and D. Kleiman re: On Another note | DEFAUS_00082231 | H | | |
| D338 | 6/5/08 | Email chain between C. Wright, "Shyaam" and D. Kleiman re: FW: CFP - Fourth International Conference on Information Systems Security (ICISS 2008) | DEFAUS_00083678-DEFAUS_00083680 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| | | HYDERABAD INDIA | | | | |
| D339 | 5/20/08 | Email to D. Kleiman, S. Northcutt, B. Wright, E. Sturnick, "dsvoboda@sans.edu," A. Paller, J. Pike, E. Carroll, M. Hofman, B. Radvanovsky, G. Byrne, "chamby@giac.org" and "giac-eth ics-council-bouncesIist.sans.org" from C. Wright re: Tooting the horn | DEFAUS_0068860-DEFAUS_00688661 | H | | |
| D340 | 6/17/08 | Email to C. Wright from D. Kleiman re: My availability | DEFAUS_00688843 | H | | |
| D341 | 6/23/08 | Email chain between C. Wright and D. Kleiman re: An ethics issue that needs to be investigated (ISACA Branch President) | DEF_00006803-DEF_0006806 | R, H | | |
| D342 | 6/14/08 | Email to I. Kleiman from C. Wright re: FW: I will start ending framework soon | DEFAUS_00083799-DEFAUS_00083801 | R, H | | |
| D343 | 2/13/11 | Email to D. Kleiman from C. Wright re: FW: American R&D | DEFAUS_00092786 | R, H | | |
| D344 | 11/11/10 | Email chain between C. Wright and D. Kleiman re: Hey | DEFAUS_00694074 | H, COM | | |
| D345 | 6/4/10 | Email chain between C. Wright and D. Kleiman re: Checkpoint smart defense as IPS | DEFAUS_00089113-DEFAUS_00089116 | R, H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| D346 | 1/18/09 | Email chain between D. Kleiman, C. Wright, and others re: RE: [HTCC] Secure deletion: a single overwrite will do it | DEF_00008537-DEF_00008538 | R, H | | |
| D347 | 3/2/09 | Email to D. Kleiman from C. Wright re: Next Week | DEFAUS_00084260 | R, H | | |
| D348 | 3/9/09 | Email to C. Wright from D. Kleiman re: Welcome! | DEFAUS_00689000 | R | | |
| D349 | 3/11/09 | Email to C. Wright from D. Kleiman re: Restaurants | DEFAUS_00689019 | R | | |
| D350 | 4/18/09 | Email chain with attachment between C. Wright, D. Kleiman and others re: RE: [CCE] Event viewer (Parsing) Attachments: ATT01534.txt | DEFAUS_00689211 - DEFAUS_00689215 | R, H | | |
| D351 | 7/17/09 | Email chain between D. Kleiman, C. Wright, and others re: RE: [CCE] DD gurus | DEFAUS_006909633 - DEFAUS_006909634 | R, H | | |
| D352 | 3/17/10 | Email to D. Kleiman from C. Wright re: SO... | DEFAUS_00690943 | H | | |
| D353 | 4/18/10 | Email with attachment to D. Kleiman and B. Radvanovsky from C. Wright re: Some more readings for you. Attachments: IWSEC2010a.pdf | DEFAUS_00087447 - DEFAUS_00087461 | H, CML | | |
| D354 | 4/19/10 | Email chain between D. Kleiman and C. Wright re: RE: Papers so far. | DEFAUS_00693293 | H | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D355 | 10/24/08 | Email chain between D. Kleiman and C. Wright re: RE: So what do you think | DEF_00005570 | H | | |
| D356 | 10/24/08 | Email chain between C. Wright and D. Kleiman re: RE: Just a draft | DEF_00008181 | H | | |
| D357 | 7/17/08 | Email chain between D. Kleiman and C. Wright | DEF_00006747-DEF_00006748 | H | | |
| D358 | | **WITHDRAWN** | | | | |
| D359 | 7/20/08 | Email chain between D. Kleiman, C. Wright, and S. Sundhar | DEF_00032566-DEF_00032592 | H | | |
| D360 | 9/9/08 | Email Chain between C. Wright, S. Sundhar and D. Kleiman | DEF_00020018 | H | | |
| D361 | 9/10/08 | Email chain between C. Wright and D. Kleiman | DEF_00007173 | H | | |
| D362 | 10/13/08 | Email chain between C. Wright, D. Kleiman and others | DEF_00019787 | R, H | | |
| D363 | 12/3/08 | Email chain between D. Kleiman and C. Wright | DEF_00008325 | R, H | | |
| D364 | 4/26/13 | Copy of data from Corsair Survivor Stealth TD Black USB thumbdrive. Serial: DCA46D83A46D614E | | SPEC, UP, CML | | |
| D365 | 4/26/13 | Copy of data from Corsair Survivor Stealth TD Gray Blue USB thumbdrive. Serial: | | SPEC, UP, CML | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admitted |
|---|---|---|---|---|---|---|
| | | 68A87A90A87A5C8E | | | | |
| D366 | 4/26/13 | Copy of data from Corsair Survivor Stealth TD Gray Orange USB thumbdrive. Serial: D8B0BD66B0BDBAE | | SPEC, UP, CML | | |
| D367 | 4/26/13 | Copy of data from CEIC 2009" 2GB USB thumbdrive. Serial:78049557049518E8 | | SPEC, UP, CML | | |
| D368 | 4/26/13 | Copy of data from Corsair Survivor Stealth TD Gray Blue USB thumbdrive. Serial: 8AFB-1741 | | SPEC, UP, CML | | |
| D369 | 4/26/13 | Copy of data from IACIS 2GB USB thumbdrive. Serial: 0B10-7EDF | | SPEC, UP, CML | | |
| D370 | 4/26/13 | Copy of data from Key USB thumbdrive. Serial: 7004-OABA | | SPEC, UP, CML | | |
| D371 | 4/26/13 | Copy of data from Microvault Tiny USB thumbdrive. Serial: 503434503434374 | | SPEC, UP, CML | | |
| D372 | 4/26/13 | Copy of data from SanDisk Cruzer Micro USB thumbdrive. Serial: F892E54992E50CC6 | | SPEC, UP, CML | | |
| D373 | 4/26/13 | Copy of data from Western Digital WDC WD7500BPVT-0 hard drive. Serial: | | SPEC, UP, CML | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | WD-WX71A20K2955 | | | | |
| D374 | 4/26/13 | Copy of data from Seagate ST9500325AS hard drive. Serial: 5VE1B6VT | | SPEC, UP, CML | | |
| D375 | 4/26/13 | Copy of data from Hitachi HTS72101 hard drive. Serial: MPCZN2Y0GS007H | | SPEC, UP, CML | | |
| D376 | 4/26/13 | Copy of data from Western Digital WDC WD3200BEKT-2 hard drive. Serial: WD-WXMY08HR0801 | | SPEC, UP, CML | | |
| D377 | 4/26/13 | Copy of data from Seagate ST9500420AS hard drive. Serial: 5VJ07GCY | | SPEC, UP, CML | | |
| D378 | 4/26/13 | Copy of data from HTC T7373X Touch Pro2 | | SPEC, UP, CML | | |
| D379 | 2/16/11 | Email chain between D. Kleiman and C. Wright re: RE: Abstract 1 | DEF_00018862-DEF_00018865 | H | | |
| D380 | 7/17/08 | Email chain between D. Kleiman and C. Wright re: How are you going with the paper | DEF_00005716-DEF_00005744 | H | | |
| D381 | 10/22/08 | Email to D. Kleiman and L. Wright from C. Wright re: Book Arrived | DEF_00034187 | H | | |
| D382 | 6/18/10 | Bitcoin Talk re: Transactions and Scripts: DUP | https://satoshi.nakamotoinstitute.org/posts/bitc | H, A, R | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objections | Ruling on Objections | Admit-ted |
|---|---|---|---|---|---|---|
| | | HASH160…Equalverify Checksig | ointalk/127/#selection-71.0-71.10 | | | |
| D383 | 11/17/08 | Cryptography Mailing List from J. Donald re: Bitcoin P2P e-cash paper | https://satoshi.nakamotoinstitute.org/emails/cryptography/15/ | H, A, R | | |
| D384 | 2/23/06 | Email to D. Kleiman from C. Wright re: Why Easy To Use Software Is Putting You At Risk | DEF_00005051-DEF_00005058 | H | | |
| D385 | 10/11/06 | Email to D. Kleiman from C. Wright re: Yikes | DEF_00022341 | H | | |
| D386 | 10/13/06 | Email to D. Kleiman from C. Wright re: List | DEF_00022352-DEF_00022354 | H | | |
| D387 | 12/13/06 | Email to D. Kleiman from C. Wright re: Is a career change to Computer Forensics fantasy or can it be reality? | DEF_00005268-DEF_00005272 | H, BOL | | |
| D388 | 2/5/07 | Email to D. Kleiman from C. Wright re: [CCE2] Case Law | DEF_00005287-DEF_00005291 | H, BOL | | |
| D389 | 5/12/08 | Email to D. Kleiman from C. Wright re: 32 wipe falacy | DEF_00029115-DEF_00029118 | H | | |
| D390 | 1/10/11 | Bitcoin.com email from S. Nakamoto to M. Hearn re: More BitCoin questions | https://www.bitcoin.com/satoshi-archive/emails/mike-hearn/12/ | H, A, R | | |
| D391 | 4/9/09 | Certified Complaint to Foreclosure Mortgage and to Enforce a Lost Instrument and for Reestablishment of a Mortgage, Wells Fargo Bank v. D. | CERT_00000001-CERT_00000027 | H, R, CML | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| | | Kleiman Case no. 2009CA012496 | | | | |
| D392 | 4/9/09 | Certified Notice of Lis Pendens, Wells Fargo Bank v. D. Kleiman Case no. 2009CA012496 | CERT_00000028 | H, R, CML | | |
| D393 | 7/8/09 | Certified Notice of Dismissal and Cancellation of the Notice of Lis Pendens, Wells Fargo v. D. Kleiman Case no. 2009CA12496 | CERT_00000029-CERT_00000030 | H, R, CML | | |
| D394 | 12/14/11 | Certified Verified Complaint, Wells Fargo Bank v. D. Kleiman Case no. 2011CA0250057 | CERT_00000031-CERT_00000059 | H, R, CML | | |
| D395 | 12/14/11 | Certified Notice of Lis Pendens, Wells Fargo Bank v. D. Kleiman Case no. 2011CA0250057 | CERT_00000060 | H, R, CML | | |
| D396 | 4/30/13 | Certified Notice of Voluntary Dismissal, Wells Fargo Bank v. D. Kleiman Case no. 211CA02057 | CERT_00000061-CERT_00000062 | H, R, CML | | |
| D397 | 5/2/16 | Certified Final Judgment of Foreclosure, Wells Fargo Bank v. L. Kleiman Case no. 2013CA013002 | CERT_00000088-CERT_00000096 | H, R, CML | | |
| D398 | 11/9/08 | Cryptography Mailing List from H. Finney re: Bitcoin P2P e-cash paper | https://satoshi.nakamotoinstitute.org/emails/cryptography/6/ | H, A, R | | |
| D399 | 4/25/14 | I. Kleiman notes | KLEIMAN_00565206-KLEIMAN_00565209 | R | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D400 | 4/1/2020 | Plaintiff Ira Kleiman's Response to Dr. Wright's First Request for Admission to Ira Kleiman | | | | |
| D401 | 4/1/2020 | Plaintiff, W&K Info Defense Research LLC Response to Dr. Wright's First Request for Admission | | | | |
| D402 | 4/15/2020 | Plaintiff Ira Kleiman's Supplemental Response to #'s 28-33, 36-45, 48-57, and 60-63 of Dr. Wright's First Request for Admission to Ira Kleiman | | | | |
| D403 | 3/7/2020 | A. Klin, PhD's curriculum vitae | | | | |
| D404 | 1/14/2019 | Second Amended Complaint and Jury Complaint, Kleiman v. Wright, Case no.: 9:18-cv-80176-BB | DE 83 | | | |
| D405 | 4/6/2020 and 4/7/2020 | Exhibit 4 to A. Klin's 4/21/2020 deposition | | | | |
| D406 | 4/16/2019 | Berkeley Research Group, LLC ("BRG") / M. Edman engagement | | | | |
| D407 | | W. Choi's curriculum vitae | | | | |
| D408 | 11/6/2019 | Exhibit 03 to A. Antonopoulos' 1/7/2020 deposition | | | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D409 | 11/9/2019 | Exhibit 04 to A. Antonopoulos' 1/7/2020 deposition | | | | |
| D410 | | Exhibit 07 to M. Edman's 10/1/2021 deposition | | | | |
| D411 | | Exhibit 08 to M. Edman's 10/1/2021 deposition | | | | |
| D412 | 9/13/2021 | Exhibit 23 to M. Edman's 10/1/2021 deposition | | | | |
| D413 | 9/27/2021 | Exhibit B to M. Edman's 10/1/2021 deposition | | | | |
| D414 | 4/10/2020 | K. Madura's resume | | | | |
| D415 | 4/10/2020 | Addendum 1 to A. Klin's expert report | | | | |
| D416 | 4/10/2020 | Addendum 2 to A. Klin's expert report | | | | |
| D417 | 3/25/2020 | Exhibit B in R. Leonard's 4/20/2020 deposition | | | | |
| D418 | 4/10/2020 | N. Chamber's curriculum vitae | | | | |
| D419 | 12/13/2019 | D. MacIntyre's curriculum vitae | | | | |
| D420 | 4/10/2020 | W. Nicholson's curriculum vitae | | | | |
| D421 | 6/23/2016 | Email to T. Draper from I. Kleiman re: Bitcoin - My brother was Satoshi | KLEIMAN_00563552 | | | |
| D422 | 2/2020 | W. Eggington's curriculum vitae | | | | |
| D423 | 2/2020 | W. Eggington's Forensic Linguistics Experience | | | | |
| D424 | 10/8/2019 | Letter from D. James to S. Cohen | | | | |

| Exhibit Number | Date | Document Description | Bates No. / Source | Plaintiffs' Objec-tions | Ruling on Objec-tions | Admit-ted |
|---|---|---|---|---|---|---|
| D425 | N/A | Photographs of Dave Kleiman's electronic devices | | | | |
| D426 | 10/19/2021 | ICANN LOOKUP(/) Registration data lookup tool | | | | |
| D427 | 10/19/2021 | GoDaddy Search the WHOIS Database | | | | |
| D428 | | Metadata extracted from DEFAUS_00081546 | | | | |
| D429 | 2/7/2017 | Email from D. Pannasch to adh@lbellrosen.com re: Records from TelTech Systems to the Estate of David Alan Kleiman, with attachment | KLEIMAN_00004543-KLEIMAN_00004643 | | | |
| D430 | 3/12/12 | D. Kleiman's Trapcall voicemail transcripts | KLEIMAN_00568719-KLEIMAN_00568788 | | | |

Respectfully submitted,

*Attorneys for Dr. Craig Wright*

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: zkass@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: receptionist@riveromestre.com

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN

Florida Bar No. 964263
SCHNEUR KASS
Florida Bar No. 100554
ZAHARAH MARKOE
Florida Bar No. 504734

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 22, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

<u>/s/ Andres Rivero</u>
Andres Rivero