UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | CASE NO.: 9:18-cv-80176-BB/BR |
|---|---|
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT | |
| *Defendant.* | |

**DR. CRAIG WRIGHT'S MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT TRIAL**

In connection with the anticipated trial, beginning November 1, 2021 through the end of trial, Dr. Wright respectfully requests entry of an Order permitting the following expert witnesses to bring in the following electronic devices and equipment:

**Electronic Device List:**

| Name | Equipment | Make | Model |
|---|---|---|---|
| Ami Klin<br>Expert witness | Laptop<br>Cellular Phone | Apple<br>Apple | MacBook Pro<br>iPhone 11 Pro |
| David White<br>Expert Witness | Cellular Phone | Apple | iPhone 12 |
| Kevin Madura<br>Expert Witness | Cellular Phone | Apple | iPhone 8 |
| Nicholas Chamber<br>Expert Witness | Cellular Phone | Apple | iPhone XR |
| Willaim Eggington<br>Expert Witness | Laptop<br>Cellular Phone | Dell<br>Samsung | Latitude 7410<br>Galaxy S20 5G |
| William Choi<br>Expert Witness | Cellular Phone | Apple | iPhone 11 |
| William Nicholson<br>Expert Witness | Cellular Phone | Apple | iPhone X |

Permitting the use of the electronic equipment will assist Dr. Wright with day-to-day trial logistics and will help streamline the case presentation. Accordingly, Dr. Wright respectfully requests the Court to permit its use in the courtroom from November 1, 2021 through the end of trial.

Date: October 25, 2021

Respectfully submitted,

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

MICHAEL A. FERNÁNDEZ
(*Pro Hac Vice*)

RIVERO MESTRE LLP
565 Fifth Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 880-9451
Email: mfernandez@riveromestre.com

*Counsel for Dr. Craig S. Wright*

**CERTIFICATE OF SERVICE**

I CERTIFY that on October 25, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero
