## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | CASE NO.:  9:18-cv-80176-BB/BR |
|---|---|
| *Plaintiffs,* | |
| v. | |
| CRAIG WRIGHT | |
| *Defendant.* | |

### [PROPOSED] ORDER GRANTING
### DEFENDANT'S MOTION TO ALLOW ELECTRONIC EQUIPMENT IN
### THE COURTROOM FOR USE AT TRIAL

**THIS CAUSE** comes before the Court upon Dr. Wright's Motion to Allow Electronic

Equipment in the Courtroom for Use at Trial from November 1, 2021 through the end of trial

(hereinafter the "Motion") requesting an Order allowing the following expert witnesses to bring in

the following electronic devices and equipment into the courtroom:

| Name | Equipment | Make | Model |
|---|---|---|---|
| Ami Klin Expert witness | Laptop Cellular Phone | Apple Apple | MacBook Pro iPhone 11 Pro |
| David White Expert Witness | Cellular Phone | Apple | iPhone 12 |
| Kevin Madura Expert Witness | Cellular Phone | Apple | iPhone 8 |
| Nicholas Chamber Expert Witness | Cellular Phone | Apple | iPhone XR |
| Willaim Eggington Expert Witness | Laptop Cellular Phone | Dell Samsung | Latitude 7410 Galaxy S20 5G |
| William Choi Expert Witness | Cellular Phone | Apple | iPhone 11 |
| William Nicholson Expert Witness | Cellular Phone | Apple | iPhone X |

**ORDERED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at _____, Florida,

this_____day of October, 2021.

_____

**BETH BLOOM**

**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record