UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |
|---|---|

### DR. CRAIG WRIGHT'S MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT TRIAL

In connection with the anticipated trial, beginning November 1, 2021 through the end of trial, Dr. Wright respectfully requests entry of an Order permitting the following trial attendees to bring in the following electronic devices and equipment:

### Electronic Device List:

| Name | Equipment | Make | Model |
|---|---|---|---|
| Raquel Sanchez<br>Paralegal<br>Rivero Mestre LLP | Laptop with power adaptor<br>Portable HotSpot<br>Cellular Phone<br>Portable Printer<br><br>Tablet | HP<br>Moxee<br>Apple<br>HP<br><br>Microsoft | Probook Windows 450GS<br>Tether 76_2.4G<br>iPhone 13 Pro<br>Officejet Wireless Inkjet Multifunctional Printer<br>Surface Pro 7+ |
| Sarah Gonzalez<br>Paralegal<br>Rivero Mestre LLP | Laptop with power adaptor<br>Portable HotSpot<br>Cellular Phone<br>Portable Printer<br><br>Tablet | Apple<br>Moxee<br>Apple<br>HP<br><br>Microsoft | MacBook ir<br>Tether 76_2.4G<br>iPhone 12 Pro<br>Officejet Wireless Inkjet Multifunctional Printer<br>Surface Pro 7+ |
| Dr. Craig Wright<br>Defendant | Cellular Phone | Samsung | Galaxy S21 Ultra 5G |
| Ramona Watts | Cellular Phone | Apple | iPhone 12 Pro Max |

| Witness | | | |
|---|---|---|---|
| Mark Gerard Consultant | Laptop<br>Cellular Phone | Apple<br>Apple | MacBook Pro<br>iPhone XS |
| Mark Linder Consultant | Laptop<br>Tablet<br>Cellular Phone | Apple<br>Apple<br>Apple | MacBook Air<br>iPad Pro 11<br>iPhone X |
| Amit Shah<br>Hot Seat<br>Trial Graphix | Laptop<br>Laptop<br>Cellular Phone<br>Hard Drive<br><br>Mouse<br><br>Switching Device<br>Monitor<br><br>Cables | Win10<br>Win10<br>Apple<br>SanDisk<br><br>LogiTech<br><br>ATEM<br>Asis<br><br>Various | Lenovo P51<br>Lenovo P12 Gen 1<br>iPhone 12 Pro<br>SanDisk External Encrypted Hard Drive<br>Logitech wireless mouse and mousepad<br>ATEM Switching device<br>ZenScreen External Monitor<br>Power cables, HDMI cables and extension cords |

Permitting the use of the electronic equipment will assist Dr. Wright with day-to-day trial logistics and will help streamline the case presentation. Accordingly, Dr. Wright respectfully requests the Court to permit its use in the courtroom from November 1, 2021 through the end of trial.

Date: October 25, 2021

Respectfully submitted,

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
ZAHARAH MARKOE
Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000

Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zmarkoe@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

MICHAEL A. FERNÁNDEZ
(*Pro Hac Vice*)

RIVERO MESTRE LLP
565 Fifth Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 880-9451
Email: mfernandez@riveromestre.com

*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on October 25, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/*s*/ Andres Rivero