UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO ALLOW ELECTRONIC EQUIPMENT IN
THE COURTROOM FOR USE AT TRIAL**

**THIS CAUSE** comes before the Court upon Dr. Wright's Motion to Allow Electronic Equipment in the Courtroom for Use at Trial from November 1, 2021 through the of trial (hereinafter the "Motion") requesting an Order allowing the following trial attendees to bring in the following electronic devices and equipment into the courtroom:

| Name | Equipment | Make | Model |
|---|---|---|---|
| Raquel Sanchez<br>Paralegal<br>Rivero Mestre<br>LLP | Laptop with power adaptor<br>Portable HotSpot<br>Cellular Phone<br>Portable Printer<br><br>Tablet | HP<br>Moxee<br>Apple<br>HP<br><br>Microsoft | Probook Windows 450GS<br>Tether 76_2.4G<br>iPhone 13 Pro<br>Officejet Wireless Inkjet Multifunctional Printer<br>Surface Pro 7+ |
| Sarah Gonzalez<br>Paralegal<br>Rivero Mestre<br>LLP | Laptop with power adaptor<br>Portable HotSpot<br>Cellular Phone<br>Portable Printer<br><br>Tablet | Apple<br>Moxee<br>Apple<br>HP<br><br>Microsoft | MacBook ir<br>Tether 76_2.4G<br>iPhone 12 Pro<br>Officejet Wireless Inkjet Multifunctional Printer<br>Surface Pro 7+ |
| Dr. Craig Wright | Cellular Phone | Samsung | Galaxy S21 |

| | | | Ultra 5G |
|---|---|---|---|
| Defendant | | | |
| Ramona Watts Witness | Cellular Phone | Apple | iPhone 12 Pro Max |
| Mark Gerard Consultant | Laptop<br>Cellular Phone | Apple<br>Apple | MacBook Pro<br>iPhone XS |
| Mark Linder Consultant | Laptop<br>Tablet<br>Cellular Phone | Apple<br>Apple<br>Apple | MacBook Air<br>iPad Pro 11<br>iPhone X |
| Amit Shah<br>Hot Seat<br>Trial Graphix | Laptop<br>Laptop<br>Cellular Phone<br>Hard Drive<br><br>Mouse<br><br>Switching Device<br><br>Monitor<br><br>Cables | Win10<br>Win10<br>Apple<br>SanDisk<br><br>LogiTech<br><br>ATEM<br><br>Asus<br><br>Various | Lenovo P51<br>Lenovo P12 Gen 1<br>iPhone 12 Pro<br>SanDisk External Encrypted Hard Drive<br>Logitech wireless mouse and mousepad<br>ATEM Switching device<br>ZenScreen External Monitor<br>Power cables, HDMI cables and extension cords |

**ORDERED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at _____, Florida, this_____day of October, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record