# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative  
Of the Estate of David Kleiman, and W&K INFO  
DEFENSE RESEARCH, LLC

CASE NO.: 9:18-cv-80176-BB

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

Attorney Bryan L. Paschal is no longer employed at the law firm Rivero Mestre LLP ("RM"). He therefore requests that he be terminated as counsel of record for Defendant Craig Wright and be removed from the electronic service list. RM continues to represent Defendant.

Respectfully submitted,

CLARKE SILVERGLATE, P.A.  
799 Brickell Plaza, Suite 900  
Miami, FL  33131  
Telephone:  (305) 377-0700  
Facsimile:   (305) 377-3001

By: /s/*Bryan L. Paschal*  
    Bryan L. Paschal  
    Florida Bar No. 091576  
    bpaschal@cspalaw.com  
    rrosenberg@cspalaw.com

CASE NO.: 9:18-cv-80176-BB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2021, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

CLARKE SILVERGLATE, P.A.

By: /s/*Bryan L. Paschal*
     Bryan L. Paschal