# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

## DR. CRAIG WRIGHT'S NOTICE OF FILING AMENDED TRIAL EXHIBIT LIST

Dr. Craig Wright hereby gives notice of filing his Amended Trial Exhibit List.

Dated: October 25, 2021

    Respectfully submitted,

    RIVERO MESTRE LLP
    2525 Ponce de Leon Boulevard,
    Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
    Email: amcgovern@riveromestre.com
    Email: zmarkoe@riveromestre.com
    Email: zkass@riveromestre.com
    Email: receptionist@riveromestre.com

    By: s/ Andres Rivero
    ANDRES RIVERO
    Florida Bar No. 613819
    AMANDA MCGOVERN
    Florida Bar No. 964263
    ZAHARAH MARKOE
    Florida Bar No. 504734
    SCHNEUR KASS

Florida Bar No. 100554
*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on October 25, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero