UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,
v.

CRAIG WRIGHT,

    Defendant.
_____/

## ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** is before the Court upon the Notice of Withdrawal of Counsel, ECF No. [736] ("Motion"), filed on October 25, 2021 by Bryan L. Paschal, Esq. In the Motion, Mr. Paschal represents that he is no longer employed at the law firm Rivero Mestre LLP and requests that he be terminated as counsel of record for Defendant Craig Wright ("Defendant"). The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [736]**, is **GRANTED**.
2. The Clerk is **DIRECTED** to remove Bryan L. Paschal, Esq. from receiving CM/ECF filings in this case.
3. Defendant shall continue to be represented by his remaining counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 26, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record