UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

*Plaintiffs,*

v.

CRAIG WRIGHT

*Defendant.*

CASE NO.: 9:18-cv-80176-BB

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Alexander J. Holtzman, of the law firm of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, California 94104, Telephone: (415) 293-6800, for purposes of appearance as co-counsel on behalf of Plaintiffs Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Alexander J. Holtzman to receive electronic filings in this case, and in support thereof states as follows:

1. Alexander J. Holtzman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

2. Movant, Andrew S. Brenner, Esquire, of the law firm of Boies Schiller Flexner LLP, 100 SE 2nd Street, Suite 2800, Miami, Florida 33131, Telephone (305) 539-8400, is a member in good standing of The Florida Bar and the United States District Court for the Southern

1

District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Alexander J. Holtzman has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Alexander J. Holtzman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Alexander J. Holtzman at email address: aholtzman@bsfllp.com.

WHEREFORE, Andrew S. Brenner, moves this Court to enter an Order for Alexander J. Holtzman of Boies Schiller Flexner LLP to appear before this Court on behalf of Plaintiffs Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alexander J. Holtzman.

Dated: October 27, 2021

Respectfully submitted,

By: */s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

## **CERTIFICATION OF ALEXANDER J. HOLTZMAN**

Alexander J. Holtzman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                                     ALEXANDER J. HOLTZMAN

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2021, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

/s/ *Andrew S. Brenner*
ANDREW S. BRENNER