UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

(WEST PALM BEACH)

Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## NON-PARTY WITNESS JOHN DOE'S MOTION TO SEAL REDLINED, REDACTED TRANSCRIPT AND SUPPORTING MEMORANDUM OF LAW

### Motion and Supporting Memorandum of Law

Non-party witness, deponent John Doe (the "Deponent") anticipates filing an expedited renewed motion asking the Court to seal limited portions of the trial, relating to designations and proposed redactions to the deposition transcript of the Deponent. The full deposition transcript was previously filed under seal, as authorized by ECF No. 692, and the Deponent proposes to attach, as Exhibit A to its renewed motion, a redlined, redacted version of the sealed transcript (showing the proposed redactions), as a confidential exhibit. As set forth in ECF No. 721, the Court granted in part and denied in part the motion to seal (ECF No. 693) to accommodate the safety concerns of the witness, but the parties have not been able to reach agreement on all of the proposed confidentiality redactions and modifications. This motion is consistent with a previous joint stipulation between the parties and the Deponent, previous joint motions, previous Court orders, and sealed filings (ECF Nos. 466, 467, 474, 475, 598, 603, 604, 608, 609, and 610) relating to issues that the parties and the Deponent previously agreed to designate as "Confidential"

Case No.: 9:18-cv-80176-BB

pursuant to the Stipulated Confidentiality Order.  ECF No. 105-1.  Accordingly, the Deponent files this motion to seal the redlined, redacted deposition as a confidential exhibit, to comply with the Stipulated Confidentiality Order and the Local Rules of this Court.

     WHEREFORE, the Deponent requests authorization to file under seal the redlined deposition transcript as an exhibit to its Expedited Renewed Motion to Seal Limited Portions of Trial.

Date: October 27, 2021                Respectfully submitted,

                                                /s/ Darrell Payne
                                                DARRELL PAYNE
Florida Bar No. 773300
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: 305-789-3200
Email: dapyne@stearnsweaver.com
Secondary Email: cveguilla@stearnsweaver.com

Patricia L. Glaser (*pro hac vice counsel*)
Richard W. Buckner (*pro hac vice counsel*)
**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**
10250 Constellation Blvd.
Los Angeles, CA 90067
Telephone: (310) 282-6221
Email: PGlaser@GlaserWeil.com
Email: kgould@GlaserWeil.com
Email: RBuckner@GlaserWeil.com
Email: rbenvie@GlaserWeil.com

Case No.: 9:18-cv-80176-BB

## CERTIFICATE OF GOOD FAITH CONFERENCE; <u>CONFERRED AND AGREED TO THE MOTION</u>

     Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that undersigned pro hac vice counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, but the parties lack the power to do so on their own and need the Court's concurrences. The undersigned is authorized to represent that the Plaintiffs and the Defendant agree to the relief sought in this motion.

                                                <u>s/Richard W. Buckner</u>
                                                Richard W. Buckner, Esq.
                                                (*Pro Hac Vice Counsel*)


Case No.: 9:18-cv-80176-BB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

By: *s/Darrell Payne*
DARRELL PAYNE

Case No.: 9:18-cv-80176-BB

# SERVICE LIST

Devin Freedman, Esq.
Stephen Lagos, Esq.
Stephen N. Zack, Esq.
**Roche Cyrulnik Freedman L**
200 S. Biscayne Blvd., Suite 5500
Miami, Florida 33131
Tel.: (305) 357-3861
Email: vel@rcfllp.com
Email: slagos@rcflp.com
szack@bsfllp.com

Joseph M. Delich, Esq.
Kyle W. Roche, Esq.
**Roche Freedman LLP**
185 Wythe Avenue F2
Brooklyn, NY 11249
Email: jdelich@rcfllp.com
Email: kyle@rcfllp.com
Email: slagos@rcfllp.com

Maxwell V. Pritt, Esq.
Alexander J. Holtzman, Esq.
**Boies Schiller Flexner LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Tel: (415) 293-6800
Email: mpritt@bsfllp.com
Email: aholtzman@bsfllp.com

Whitney Lohr, Esq.
**Kurzban Kurzban Tetzeli & Pratt, P.A.**
131 Madeira Avenue
Coral Gables, FL  33134
Tel.: (305) 444-0060
Email: wlohr@kktplaw.com

Andres Rivero, Esq.
Alan H. Rolnick, Esq.
Amanda McGovern, Esq.
Schneur Z. Kass, Esq.
Zaharah R. Markoe, Esq.
Michael A. Fernández, Esq.
**Rivero Mestre LLP**
2525 Ponce de Leon Boulevard
Suite 1000 Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: mfernandez@riveromestre.com
Email: receptionist@riveromestre.com

Andrew S. Brenner, Esq.
Constantine P. Economides, Esq.
Laselve E. Harrison, Esq.
Stephen N. Zack, Esq.
**Boies Schiller Flexner LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Email: abrenner@bsfllp.com
Email: ceconomides@rcfllp.com
Email: lharrison@bsfllp.com
Email: szack@bsfllp.com