UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)
Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## [PROPOSED] ORDER GRANTING NON-PARTY WITNESS JOHN DOE'S MOTION TO SEAL REDLINED, REDACTED TRANSCRIPT

THIS CAUSE came before the Court upon the motion of non-party witness, deponent John Doe (the "Deponent") for an order sealing a redlined, redacted copy of the Deponent's deposition transcript (showing the proposed redactions), to be filed in connection with a forthcoming expedited, renewed motion to seal. The Plaintiffs and the Defendant are in agreement with this motion. Upon due consideration, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said Motion is GRANTED. The redlined, redacted deposition transcript may be filed under seal, as a confidential exhibit to the Deponent's expedited, renewed motion to seal.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ___ day of _____, 2021.

_____
BETH BLOOM
U.S. DISTRICT COURT JUDGE

Copies provided to all counsel of record