**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IRA KLEIMAN, as the personal
representative of the Estate of David
Kleiman, and W&K Info Defense
Research, LLC

      *Plaintiffs,*

v.

CRAIG WRIGHT

      *Defendant.*

CASE NO.:  9:18-cv-80176-BB/BR

---

<u>**DR. CRAIG WRIGHT'S NOTICE OF STRIKING DOCKET ENTRY 745**</u>

      Dr. Wright hereby gives notice of striking Docket Entry 745. Dr. Wright's Motion on Order of Witness Presentation will be refiled.

Dated: October 27, 2021.

           Respectfully submitted,

           RIVERO MESTRE LLP
           2525 Ponce de Leon Boulevard,
           Suite 1000
           Miami, Florida 33134
           Telephone: (305) 445-2500
           Fax: (305) 445-2505
           Email: arivero@riveromestre.com
           Email: amcgovern@riveromestre.com
           Email: zmarkoe@riveromestre.com
           Email: zkass@riveromestre.com
           Email: receptionist@riveromestre.com

           By: <u>s/ Andres Rivero</u>
           ANDRES RIVERO
           Florida Bar No. 613819
           AMANDA MCGOVERN
           Florida Bar No. 964263
           ZAHARAH MARKOE

Florida Bar No. 504734
SCHNEUR KASS
Florida Bar No. 100554
*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on October 27, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero