UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO.: 9:18-cv-80176 |

### MOTION FOR TIBOR L. NAGY, JR., ESQ. TO APPEAR *PRO HAC VICE* AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Tibor L. Nagy, Jr. serving as counsel for the law firm of Roche Freedman LLP, for purposes of appearance as on behalf of Ira Kleiman as personal representative of the Estate of Dave Kleiman in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Tibor L. Nagy, Jr. to receive electronic filings in this case, and in support thereof states as follows:

1. Tibor L. Nagy, Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York.

2. Movant, Velvel (Devin) Freedman, of the law firm of Roche Freedman LLP, 1 SE 3rd Avenue, Suite 1240, Miami, Florida 33131, (305) 357-3861, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing

counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that maybe filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Rule 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Tibor L. Nagy, Jr. has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Tibor L. Nagy, Jr., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Tibor L. Nagy, Jr. at e-mail address: tibor@dnfllp.com.

WHEREFORE, the undersigned, respectfully moves this Court to enter an Order for Tibor L. Nagy, Jr. to appear on behalf of Ira Kleiman as personal representative of the Estate of Dave Kleiman for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tibor L. Nagy, Jr.

Dated: October 27, 2021

Respectfully submitted,

**ROCHE FREEDMAN LLP**

*/s/ Velvel Devin Freedman*
Velvel (Devin) Freedman
Florida Bar No. 99762
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 357-3861
vel@rochefreedman.com

*Counsel for Ira Kleiman as the personal representative of the Estate of Dave Kleiman*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | CASE NO.: 9:18-cv-80176 |

## CERTIFICATION OF TIBOR L. NAGY, JR.

I, Tibor L. Nagy, Jr., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certify that I (1) have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) am a member in good standing of the Bar of the State of New York.

*/s/ Tibor L. Nagy, Jr.*
Tibor L. Nagy, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system.

*/s/ Velvel Devin Freedman*
VELVEL (DEVIN) FREEDMAN
