**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of Dave Kleiman, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | CASE NO.: 9:18-cv-80176 |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Tibor L. Nagy, Jr., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in this Court and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, IT IS HEREBY ORDERED:

The Motion is GRANTED. Tibor L. Nagy, Jr. may appear and participate in this action on behalf of Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC. The Clerk shall hereinafter provide electronic notification of all electronic filings to Tibor L. Nagy, Jr., at tibor@dnfllp.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this _____ day of _____, 2021.

Copies furnished to: All Counsel of Record

_____
THE HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE

5