# EXHIBIT A

# Judy Little

**From:** Andrew S. Brenner
**Sent:** Monday, October 11, 2021 3:40 PM
**To:** Judy Little
**Subject:** FW: Meet and Confer

**From:** Velvel Freedman <vel@rochefreedman.com>
**Sent:** Monday, October 11, 2021 11:32 AM
**To:** Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Andrew S. Brenner <abrenner@BSFLLP.com>; Andres Rivero <arivero@riveromestre.com>; Joseph Delich <jdelich@rochefreedman.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>; Stephen Lagos <slagos@rochefreedman.com>
**Subject:** Re: Meet and Confer

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Amanda,

We've reviewed the deposition designations. Plaintiffs withdraw the designations in the chart below. To the extent something is not included in the chart below, Plaintiff have reviewed your objections and will not voluntarily withdraw the designation.

| DEPOSITION | PAGE/LINE: WITHDRAWN |
|---|---|
| ANDREW O'HAGAN | 40:25 – 41:2 |
| | 40:15-17 |
| | 49:6-8 |
| | 57:8-14 |
| | 60:15-20 |
| | 62:22 – 63:6 |
| | 75:15 – 76:11 |
| | 76:13-17 |
| | 77:4-15 |
| | 77:17-78:3 |
| | 78:5-18 |
| | 78:20-24 |
| | 79:4-18 |
| | 79:20 – 80:6 |
| | 84:20 – 85:1 |
| | 85:21 |
| | 87:19 – 88:7 |
| | 92:16-25 |
| | 99:13-14 |

1

| DEPOSITION | PAGE/LINE: WITHDRAWN |
|---|---|
| | 102:19 – 103:10 |
| | 103:21 – 104:2 |
| | 108:6-12 |
| | 109:4-14 |
| | 110:13-14 |
| | 115:7-9 |
| | 119:1-6 |
| | 125:10-12 |
| | 126:24 – 127:4 |
| | 128:3-10 |
| | 130:24 – 131:7 |
| | 134:22-25 |
| | 135:4-8 |
| | 137:8-20 |
| | 140:3 – 142:5 |
| | 142:10-17 |
| | 145:5-9 |
| | 145:23 – 146:13 |
| **GAVIN ANDRESEN** | **PAGE/LINE: WITHDRAWN** |
| | 29: 5-14 |
| | 61:10-62:4 |
| | 63:12-16 |
| | 89:6-20 |
| **JIMMY NGUYEN** | **PAGE/LINE: WITHDRAWN** |
| | 46:13 – 47:12 |
| | 47:16 – 24 |
| | 73:11 – 74:24 |
| | 102:11 – 103:13 |
| | 127:11 – 14 |
| | 160:18 – 161:3 |
| | 242:9 – 244:4 |
| | 246:12 – 248:2 |
| | 248:20 – 250:7 |
| | 255:19 – 256:8 |
| | 261:3 – 262:7 |
| | 263:19 – 23 |
| | 270:6 - 19 |
| | 273:23 – 25 |
| | 274:14 – 275:9 |
| | 275:20 – 25 |
| | 287:7 – 25 |
| | 299:23 – 300:24 |
| | 309:1 – 9 |
| **ROBERT RADVANOVSKY** | **PAGE/LINE: WITHDRAWN** |
| | 72:22-73:3 |
| | 74:19-75:1 |
| **DEBORAH KOBZA** | **PAGE/LINE: WITHDRAWN** |
| | 13:12-14:9 |

Finally, Plaintiffs would be further willing to withdraw the designations of Lynn Wright, if Defendant agrees not to call her. I look forward to receiving a list from you of what Defendant intends to withdraw.

Many thanks,
-Vel
**Velvel (Devin) Freedman**
Partner
Roche Freedman LLP
(t) (305) 753-3675
(@) vel@rochefreedman.com

---

**From:** Velvel Freedman <vel@rochefreedman.com>
**Date:** Wednesday, October 6, 2021 at 8:40 PM
**To:** Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>, Andrew Brenner <abrenner@bsfllp.com>, Andres Rivero <arivero@riveromestre.com>, Joseph Delich <jdelich@rochefreedman.com>, Zalman Kass <zkass@riveromestre.com>, Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** Re: Meet and Confer

We will try to do this. Yes.

Please do the same for our objections to your designations.

Velvel (Devin) Freedman
Partner
Roche Freedman LLP
(t) (305) 753-3675
(@) vel@rcfllp.com

---

**From:** Amanda McGovern <amcgovern@riveromestre.com>
**Sent:** Wednesday, October 6, 2021 8:22:51 PM
**To:** Velvel Freedman <vel@rochefreedman.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Andrew Brenner <abrenner@bsfllp.com>; Andres Rivero <arivero@riveromestre.com>; Joseph Delich <jdelich@rochefreedman.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** Meet and Confer

Vel—I understand your position to be that your entire team is now unavailable to meet tomorrow. This sudden change is not inconvenient to me, as you seem to focus on. Rather, the concern we have is that plaintiffs are not allowing sufficient time to present the objections to the deposition designations in an efficient and streamlined manner on October 14.

Please advise if plaintiffs will by Monday morning (i) eliminate any depositions that have been designated and, if so, which ones, (ii) eliminate any portions of deposition designations and, if so, which ones, and (iii) meet on Monday or Tuesday to resolve all other objections.

Plaintiffs' position that they cannot meet until next week to make this process easier on the parties and the Court is not reasonable. If we can work to streamline the issues before a meeting and then meet early in the week, the parties

should be able to make next Thursday's hearing more efficient for everyone. We believe that is a reasonable compromise to your entire team's unavailability at this late hour.

Your professional courtesies for all involved are appreciated.

Amanda

# RIVERO MESTRE

**Amanda McGovern**
Partner
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D) (786) 746-8235
(C) (305) 310-1933 **|** (F) (305) 445-2505
amcgovern@riveromestre.com
www.riveromestre.com **|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Velvel Freedman <vel@rochefreedman.com>
**Sent:** Wednesday, October 6, 2021 7:45 PM
**To:** Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Andrew Brenner <abrenner@bsfllp.com>; Andres Rivero <arivero@riveromestre.com>; Joseph Delich <jdelich@rochefreedman.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** [EXTERNAL] Re: Meet and Confer

**THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION**

---

Our conversation won't change our inability to discuss the designations tomorrow. We are happy to meet and confer next week. If you don't want to take us up on that, then so be it. I'm sorry it's inconvenienced you.

-Vel

Velvel (Devin) Freedman
Partner
Roche Freedman LLP
(t) (305) 753-3675
(@) vel@rcfllp.com

---

**From:** Amanda McGovern <amcgovern@riveromestre.com>
**Sent:** Wednesday, October 6, 2021 7:37:46 PM
**To:** Velvel Freedman <vel@rochefreedman.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Andrew Brenner <abrenner@bsfllp.com>; Andres Rivero <arivero@riveromestre.com>; Joseph Delich <jdelich@rochefreedman.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** RE: Meet and Confer

We cannot accept this.  There is simply not enough time without a meet and confer this week.

Andrew and Vel—Please call me tomorrow to discuss the last minute emergency and why no one else is available.

# RIVERO MESTRE

**Amanda McGovern**
Partner
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 | (D) (786) 746-8235
(C) (305) 310-1933 | (F) (305) 445-2505
amcgovern@riveromestre.com
www.riveromestre.com | Bio | LinkedIn | Vcard

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

---

**From:** Velvel Freedman <vel@rochefreedman.com>
**Sent:** Wednesday, October 6, 2021 7:36 PM
**To:** Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Andrew Brenner <abrenner@bsfllp.com>; Andres Rivero <arivero@riveromestre.com>; Joseph Delich <jdelich@rochefreedman.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** [EXTERNAL] Re: Meet and Confer

**THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION**

We can't. It's not possible. I'm sorry for the inconvenience but we had an emergency come up.

Please let me know about the designation PDFs and what time works next week.

Velvel (Devin) Freedman
Partner
Roche Freedman LLP
(t) (305) 753-3675
(@) vel@rcfllp.com

---

**From:** Amanda McGovern <amcgovern@riveromestre.com>
**Sent:** Wednesday, October 6, 2021 7:34:21 PM
**To:** Velvel Freedman <vel@rochefreedman.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Andrew Brenner <abrenner@bsfllp.com>; Andres Rivero <arivero@riveromestre.com>; Joseph Delich <jdelich@rochefreedman.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Subject:** RE: Meet and Confer

Andrew and Vel,

We started discussion on the deposition designations many weeks ago and landed on a meet and confer conference tomorrow. That leaves only a few days before the hearing during which Judge Bloom requested our positions on the designations. Under the time constraints of this case, we must insist on going forward on the agreed upon day.

Please confirm that you plan to make someone available to go forward as agreed.

Best,
Amanda

### RIVERO MESTRE

**Amanda McGovern**
Partner
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D) (786) 746-8235
(C) (305) 310-1933 **|** (F) (305) 445-2505
amcgovern@riveromestre.com
www.riveromestre.com **|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

---

**From:** Velvel Freedman <vel@rochefreedman.com>
**Sent:** Wednesday, October 6, 2021 7:00 PM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Andrew Brenner <abrenner@bsfllp.com>
**Subject:** [EXTERNAL] Re: Meet and Confer

**THIS MESSAGE ORIGINATED FROM OUTSIDE YOUR ORGANIZATION**

---

Counsel,

Following up on these requests. Please let me know your availability next week. I'd also appreciate if you could send the transcripts you filed as 611 without redactions.

Many thanks,
-Vel

**Velvel (Devin) Freedman**
Partner
Roche Freedman LLP
(t) (305) 753-3675
(@) vel@rochefreedman.com

---

**From:** Velvel Freedman <vel@rochefreedman.com>
**Date:** Wednesday, October 6, 2021 at 12:36 PM
**To:** Zaharah Markoe <zmarkoe@riveromestre.com>, Zalman Kass <zkass@riveromestre.com>, Amanda McGovern <amcgovern@riveromestre.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>, Andrew Brenner <abrenner@bsfllp.com>
**Subject:** Meet and Confer

RM team – two requests?

6

1. I had an urgent meeting come up in DC today and need to postpone our meet and confer over the depo designations to early next week. What days/times work well for you then?

2. Do you have copies of DE-611 (the final form of designations with all designations/counters/objections) but without redactions?

I'm trying to review designations and objections to see what we can resolve prior to the hearing, but it's tough as we don't appear to have a set that doesn't have redactions. We can obviously prepare one, but that may postpone our ability to prepare for a meet and confer.

-Vel
**Velvel (Devin) Freedman**
Partner
Roche Freedman LLP
(t) (305) 753-3675
(@) vel@rochefreedman.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.