UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER ON DEPOSITION OBJECTIONS

**THIS CAUSE** is before the Court on the Plaintiffs' Expedited Motion for Partial Reconsideration of Order on Deposition Objections ("Motion"), ECF No. [726]. Defendant filed his Response in Opposition, ECF No. [740], and Plaintiffs filed their Reply, ECF No. [750]. In addition, following the Calendar Call held on September 14, 2021, the parties advised that they seek rulings on objections made as to the deposition testimony of Jonathan Warren. The parties have further communicated that the testimony of Ramona Watts will be presented by deposition and request a ruling regarding those objections. The Court has reviewed the Motion, the Response and Reply, the Objections asserted to designations of the above witnesses' videotaped depositions, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [726]**, is **GRANTED**. The following objections are **SUSTAINED,** and the testimony shall be redacted/edited from the depositions presented at trial:

**Deposition of Jonathan Warren July 24, 2019:**

p. 15 L 7-22

p. 19 L 20-25

p. 21 L 14-18

p. 146 L 6-17

**Deposition of Ramona Watts March 19, 2020:**

p. 166 L 23-25

p. 167 L 2-7

p. 205 L 4-8

p. 229 L 13-25

p. 230 L 2-19

p. 231 L 13-25

p. 232 L 2-13

p. 233 L 7-13

**Deposition of Jimmy Nguyen April 30, 2020:**

p. 7 L 17-18

p. 102 L 11-25

p. 103 L 1-13

p. 108 L 24-25

p. 109 L 1-11; 17-25

p. 110 L 1-25

p. 111 L 1-14

p. 127 L 11-14

p. 164 L 21-25

p. 165 L 1-9

p. 251 L 22-25

p. 270 L 6-19

p. 275 L 4-9

p. 299 L 23-25

p. 300 L 1-24

**On reconsideration:**

p. 221 L 19-25

p. 222 L 1-25

p. 223 L 1-16

p. 224 L 6-14, L 22-25

p. 225 L 1-2

p. 227 L 2-4

p. 231 L 2-19

p. 232 L 15-25

p. 233 L 1-8

p. 244 L 5-25

p. 245 L 1-25

p. 246 L 1-11

p. 250 L 12-25

p. 251 L 1-13; L 22-25

p. 277 L 25

p. 278 L 1-13

p. 303 L 23-25

p. 304 L 1-11

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 29, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record