# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

I, Devin "Velvel" Freedman, counsel for Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC, hereby file this notice advising the Court that my contact information and firm address have changed.

From:
**Roche Cyrulnik Freedman LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Suite 5500
Miami, FL 33131
Email: vel@rcfllp.com

To:
**Roche Freedman LLP**
1 SE 3rd Avenue
Suite 1240
Miami, FL 33131
Email: vel@rochefreedman.com

Dated: October 29, 2021

Respectfully submitted,

By: */s/ Devin Freedman*
Devin "Velvel" Freedman, Esq.
**ROCHE FREEDMAN LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@rochefreedman.com
nbermond@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rochefreedman.com
jdelich@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2021, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

/s/ Devin Freedman
DEVIN "VELVEL" FREEDMAN