UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT TRIAL**

In connection with trial beginning November 1, 2021, Plaintiffs respectfully request entry of an Order allowing the following trial attendees to bring in the below electronic devices and equipment:

**Electronic Device List:**

| Name/Firm | Equipment | Make | Model |
|---|---|---|---|
| Ira Kleiman<br>Plaintiff | Cellular Phone | Apple | iPhone 11 |
| Dr. Matthew Edman<br>Expert | Cellular Phone<br>Laptop and charger | Apple<br>Lenovo | iPhone 13 Pro Max<br>ThinkPad P1 |
| Dr. Robert Leonard<br>Expert | Cellular Phone<br>Laptop and charger<br>Laptop and charger | Apple<br>Lenovo<br>Apple | iPhone SE<br>ThinkPad T480S<br>MacBook Air |
| Andreas Antonopolous<br>Expert | Cellular Phone<br>Laptop and charger | Samsung<br>Lenovo | Galaxy S21+<br>ThinkPad X1 |
| John Moffett<br>Expert | Cellular Phone<br>Laptop and charger | Apple<br>Apple | iPhone 13 Max<br>MacBook Pro |
| Steve Paterson<br>Jury Consultants | Cellular Phone<br>Laptop and charger | Apple<br>Apple | iPhone 11<br>MacBook Pro |
| Additional equipment for<br>Dorian Vela<br>Trial Support Specialist | Monitor<br>Video Splitter<br>Laptop and charger<br>Speaker | Asus<br>Extron<br>Leonovo<br>Jawbone | VP229<br>2400<br>T15 + power cord<br>J2011 |

| | | | |
|---|---|---|---|
| Additional equipment for Judy Little Paralegal Boies Schiller Flexner LLP | Printer Hotspot Devices (2) | HP ZTE | OfficeJet 250 MP923 |
| Additional equipment for Nathalie Bermond Paralegal Roche Freedman LLP | Laptop Charger and Cable | Apple | Apple 61W power adapter and cable |

The use of the above equipment will assist Plaintiffs in day-to-day trial logistics. Accordingly, Plaintiffs respectfully request the Court to permit use of the technology in the courtroom starting November 1, 2021 through the completion of trial.

Dated:  October 29, 2021

Respectfully submitted,

By: */s/ Devin "Velvel" Freedman*
Devin "Velvel" Freedman, Esq.
**ROCHE FREEDMAN LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@rochefreedman.com
nbermond@rochefreedman.com

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rochefreedman.com
jdelich@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2021, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Devin "Velvel" Freedman*
DEVIN "VELVEL" FREEDMAN