UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE AT TRIAL**

THIS CAUSE comes before the Court on Plaintiffs' Motion to Allow Electronic Equipment in the Courtroom for Use at Trial (the "Motion") requesting entry of an Order allowing the following trial support members to bring in the below electronic devices and equipment beginning November 1, 2021 through the completion of trial:

| Name/Firm | Equipment | Make | Model |
|---|---|---|---|
| Ira Kleiman<br>Plaintiff | Cellular Phone | Apple | iPhone 11 |
| Dr. Matthew Edman<br>Expert | Cellular Phone<br>Laptop and charger | Apple<br>Lenovo | iPhone 13 Pro Max<br>ThinkPad P1 |
| Dr. Robert Leonard<br>Expert | Cellular Phone<br>Laptop and charger<br>Laptop and charger | Apple<br>Lenovo<br>Apple | iPhone SE<br>ThinkPad T480S<br>MacBook Air |
| Andreas Antonopolous<br>Expert | Cellular Phone<br>Laptop and charger | Samsung<br>Lenovo | Galaxy S21+<br>ThinkPad X1 |
| John Moffett<br>Expert | Cellular Phone<br>Laptop and charger | Apple<br>Apple | iPhone 13 Max<br>MacBook Pro |
| Steve Paterson<br>Jury Consultants | Cellular Phone<br>Laptop and charger | Apple<br>Apple | iPhone 11<br>MacBook Pro |
| Additional equipment for<br>Dorian Vela<br>Trial Support Specialist | Monitor<br>Video Splitter<br>Laptop and charger<br>Speaker | Asus<br>Extron<br>Leonovo<br>Jawbone | VP229<br>2400<br>T15 + power cord<br>J2011 |

| Additional equipment for Judy Little Paralegal Boies Schiller Flexner LLP | Printer Hotspot Devices (2) | HP ZTE | OfficeJet 250 MP923 |
|---|---|---|---|
| Additional equipment for Nathalie Bermond Paralegal Roche Freedman LLP | Laptop Charger and Cable | Apple | Apple 61W power adapter and cable |

ORDERED that the Motion is GRANTED.

DONE AND ORDERED in Chambers at Miami-Dade, Florida this _____ day of October, 2021.

_____
THE HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE