UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

(WEST PALM BEACH)

Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING NON-PARTY WITNESS
JOHN DOE'S EXPEDITED, RENEWED MOTION TO SEAL LIMITED PORTIONS OF
TRIAL, INCLUDING PORTIONS OF DEPOSITION TRANSCRIPT**

THIS CAUSE came before the Court upon the expedited, renewed motion of non-party witness, deponent John Doe (the "Deponent") for an order sealing limited portions of the trial relating to designations and proposed redactions to the deposition transcript of the Deponent, and the use of such information at trial. Upon due consideration of said Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said Motion is GRANTED.

At the trial of this matter: (a) Only the fully redacted deposition transcript (including substitution of "John Doe" for the Deponent's name and the use of the short form "1933 address" for the Bitcoin address at issue), submitted as Exhibit B to John Doe's motion shall be read into evidence or referenced by any attorney or witness, whether during opening, closing or any testimony; (b) Any portions of the Deponent's deposition transcript that have not been previously designated shall not be referenced; and (c) None of the redacted information or any

other identifying characteristics relating to John Doe shall be placed into evidence, or referenced by any attorney or witness at trial.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this __ day of _____, 2021.

_____
BETH BLOOM
U.S. DISTRICT COURT JUDGE

Copies provided to all counsel of record