**Subject:** RE: Document Information
**Date:** Sunday, March 29, 2020 at 6:43:10 PM Eastern Daylight Time
**From:** Andrew S. Brenner
**To:** Zalman Kass, Kyle Roche, Velvel Freedman, Amanda McGovern, Zaharah Markoe
**CC:** Joseph Delich, Stephen Lagos, Andrew S. Brenner

Zalman:
Pursuant to the agreement we reached, I reviewed 27 selected documents (our agreement allowed you to choose 30) withheld on work product grounds. To reiterate, your selection of these documents was without prejudice to your ability to ask for additional review. By the same token, our review was without prejudice to our right to argue that our work product descriptions on our privilege log are sufficient, and no further review (including the 30 we agreed to do) is warranted.
The 27 documents I reviewed fall into three buckets.
In the first bucket are documents I have determined are not work product. They will be produced.
In the second bucket are documents that are collections of emails between relevant parties (e.g. Dr. Wright, Dave Kleiman, Ramona Watts, etc.), with notes from Ira Kleiman dispersed within the documents. This bucket contains most of the documents and we maintain they are work product.
In the third bucket are documents containing communications from Ira to lawyers, or notes from Ira about bitcoin and the estate. Some of these documents are also protected by the attorney client privilege.
The last bucket contains collections of emails between relevant parties (e.g. Dr. Wright, Dave Kleiman, Ramona Watts, etc.) but do not appear to have notes from Ira. We maintain the collections themselves, however, are work product.
Bucket #1 (not WP) (4 docs) (unless noted, all numbers are from the CONTROL bate stamp group):

       450316
450322
549655
876138
Bucket #2 (Email collections with Ira's notes) (16 docs):
320343
==321009 (produced previously in redacted form as KLEIMAN_00565206)==
440495
447972
450819
545476
552879
552886
552893
755326
802005

> 802101
>
> 857426
>
> 872318
>
> 1245800
>
> 1247902

Bucket #3 (Ira notes and communications to lawyers) (5 docs):
549857
857407
857414
857418
857372
Bucket #4 (email collections without Ira's notes) (2 docs):
440494
872281
To try to move this along, I am willing to provide you with an opportunity to review an example from buckets #2 and #4, with the express agreement that it shall not be construed as a waiver of privilege over the two examples, or any other document. They will also be limited to an "attorneys eyes only" review, and shall be returned to us within 24 hours (and you shall destroy the documents and all copies thereof).
Please let me know how you want to proceed.
ASB

**From:** Zalman Kass [mailto:zkass@riveromestre.com]
**Sent:** Friday, March 27, 2020 5:27 PM
**To:** Andrew S. Brenner ; Kyle Roche ; Velvel Freedman ; Amanda McGovern ; Zaharah Markoe
**Cc:** Joseph Delich ; Stephen Lagos
**Subject:** RE: Document Information

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Thanks
-------- Original message --------
From: "Andrew S. Brenner" <abrenner@bsfllp.com>
Date: 3/27/20 5:21 PM (GMT-05:00)
To: Zalman Kass <zkass@riveromestre.com>, Kyle Roche <kyle@rcfllp.com>, Velvel Freedman <vel@rcfllp.com>, Amanda McGovern <amcgovern@riveromestre.com>, Zaharah Markoe <zmarkoe@riveromestre.com>
Cc: Joseph Delich <jdelich@rcfllp.com>, Stephen Lagos <slagos@rcfllp.com>
Subject: RE: Document Information
I'll try by Sunday, but Monday morning at the latest.


Sent by Boxer

On March 27, 2020 at 5:16:05 PM EDT, Zalman Kass <zkass@riveromestre.com> wrote:

> **CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Ok. But it would have to be in the morning so we still have time to brief the issue in the joint memo, if necessary.
Thanks,
Zalman

**From:** Andrew S. Brenner <abrenner@bsfllp.com>
**Sent:** Friday, March 27, 2020 4:57 PM
**To:** Zalman Kass <zkass@riveromestre.com>; Kyle Roche <kyle@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** RE: Document Information

I will get you something by Monday, ok?

**From:** Zalman Kass [mailto:zkass@riveromestre.com]
**Sent:** Friday, March 27, 2020 4:53 PM
**To:** Andrew S. Brenner <abrenner@bsfllp.com>; Kyle Roche <kyle@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** RE: Document Information

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Andrew,
This issue has been pending for a quite a while. Please let us know when we can expect to receive the sample log. We will be having a hearing on Wednesday to address the interrogatories and need to know if this is something that we should also raise.
Best,
Zalman

**From:** Andrew S. Brenner <abrenner@bsfllp.com>
**Sent:** Friday, March 20, 2020 1:43 PM
**To:** Zalman Kass <zkass@riveromestre.com>; Kyle Roche <kyle@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** RE: Document Information

Turning to these now that the London depos are some.


Sent by Boxer
On March 11, 2020 at 12:57:12 PM EDT, Zalman Kass <zkass@riveromestre.com> wrote:

> **CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**
>
> Andrew,
> Following up from this morning's meet and confer call, I attach a list of the entries on your privilege log where we are requesting additional information to substantiate your claims of work product. Also as discussed, the following is a citation that supports the need for additional information: *Siegmund v. Xuelian Bian*, 2018 WL 3725775, at *4

(S.D. Fla 2018) ("The party claiming the privilege or work-product protection must substantiate the underlying facts demonstrating the existence of the privilege with evidence, which may be accomplished by affidavit; if the affidavit is not precise enough to bring the document within the rule, the Court has no basis on which to weigh the applicability of the claim of privilege").
Best,
Zalman

**Zalman Kass**
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(T) 305.445.2500 | (F) 305.445.2505
zkass@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Kyle Roche <kyle@rcfllp.com>
**Sent:** Tuesday, March 10, 2020 10:54 AM
**To:** Zalman Kass <zkass@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Andrew S. Brenner <abrenner@bsfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** Re: Document Information

That works for me.
Kyle Roche
Roche Cyrulnik Freedman LLP
(646) 970-7509
—-
This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Zalman Kass <zkass@riveromestre.com>
**Sent:** Tuesday, March 10, 2020 10:53:25 AM
**To:** Velvel Freedman <vel@rcfllp.com>; Andrew S. Brenner <abrenner@bsfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Kyle Roche <kyle@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** RE: Document Information

Fine on my end.

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Tuesday, March 10, 2020 10:12 AM
**To:** Zalman Kass <zkass@riveromestre.com>; Andrew S. Brenner <abrenner@bsfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Kyle Roche <kyle@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>

**Subject:** Re: Document Information

Why don't we do 10:30 and handle the piece for Andrew first.

Kyle will have to handle the multimedia question. Kyle - are you available then?

-Abel

Velvel (Devin) Freedman

Partner

Roche Cyrulnik Freedman LLP

Southeast Financial Center

200 S Biscayne Blvd

Suite 5500

Miami, FL 33131

(t) (305) 753-3675

(@) vel@rcfllp.com

---

**From:** Zalman Kass <zkass@riveromestre.com>
**Sent:** Tuesday, March 10, 2020 9:57:45 AM
**To:** Andrew S. Brenner <abrenner@bsfllp.com>; Velvel Freedman <vel@rcfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Kyle Roche <kyle@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** RE: Document Information

Ok. Vel, let us know when works for you. I'm available starting at 10:30 and can also have a call in the afternoon if that works better for everyone. I also would like to address your multimedia listing file (see attached email).

---

**From:** Andrew S. Brenner <abrenner@bsfllp.com>
**Sent:** Monday, March 9, 2020 1:59 PM
**To:** Zalman Kass <zkass@riveromestre.com>; Velvel Freedman <vel@rcfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Kyle Roche <kyle@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** RE: Document Information

I should probably be on the call re point #2. Wednesday morning is ok for me except between 11 and 1130 am.

**From:** Zalman Kass [mailto:zkass@riveromestre.com]
**Sent:** Monday, March 9, 2020 12:02 PM
**To:** Velvel Freedman <vel@rcfllp.com>; Amanda McGovern <amcgovern@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Andrew S. Brenner <abrenner@bsfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Kyle Roche <kyle@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** RE: Document Information

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Vel,

We can certainly look into this and have a follow up call. I am free on Wednesday morning. On the call I would also like to discuss:

1. The identities of the financial institutions from which you have obtained Dave's financial record (see attached email);
2. Your position on providing additional information to substantiate the template objection of "work product created by Ira Kleiman in anticipation of litigation" as it pertains to documents that Ira created (as discussed at the hearing),
3. Documents that appear to be missing from your production. We received the following three documents from third parties but are unable to find them in your production: Gavin_00001759; Kimon_0000741; and Kimon_00000745; and,
4. Your refusal to provide all documents that Edman relied on (see attached email).

Best,

Zalman

**Zalman Kass**

**RIVERO MESTRE LLP**

2525 Ponce de Leon Blvd., Suite 1000

Miami, Florida 33134

(T) 305.445.2500 | (F) 305.445.2505

zkass@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Sunday, March 08, 2020 11:04 PM
**To:** Amanda McGovern <amcgovern@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>; Zaharah Markoe <zmarkoe@riveromestre.com>
**Cc:** Andrew S. Brenner <abrenner@bsfllp.com>; Joseph Delich <jdelich@rcfllp.com>;

Kyle Roche <kyle@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>
**Subject:** Document Information

Zalman,

We've come across a document that purports to be an operating agreement for W&K that wasn't uploaded to our systems until this month – as you were prioritizing W&K documents in the very beginning of discovery, this struck us as a bit odd.

Can you please tell us when Alixpartners first received these documents and where/what device they were sourced from? I've listed the bates below that all appear to be different versions of the same document. We'd appreciate it if you could get us this information before COB Tuesday or let us know that you're refusing to give us that information (so we can address it with the Court)?

1. DEF_01854257
2. DEF_01854271
3. DEF_01854288
4. DEF_01854302
5. DEF_01854321

Thanks,

-Vel

**Velvel (Devin) Freedman**
Partner

# Roche Cyrulnik Freedman LLP

Southeast Financial Center

200 S Biscayne Blvd

Suite 5500

Miami, FL 33131

(t) (305) 753-3675

(@) vel@rcfllp.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.