☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☒ CIVIL
☐ OTHER

**NOTICE OF RECORDING OF FOREIGN JUDGMENT**

**CASE NUMBER:** 21-14370-CA01

| JUDGMENT CREDITOR(S) | VS. JUDGMENT DEBTOR(S) |
|---|---|
| Andrew O'Hagan | Ira Kleiman (PR) Estate of David Kleinman) |
|  | Address: 155 Bent Tree Drive |
|  | Palm Beach Gardens, FL 33418 |

| VS. JUDGMENT DEBTOR(S) | VS. JUDGMENT DEBTOR(S) |
|---|---|
| W&K Info Defense Research LLC |  |
| Address: 5104 Robino Circle | Address: |
| West Palm Beach, Florida 33417 |  |

| VS. JUDGMENT DEBTOR(S) | VS. JUDGMENT DEBTOR(S) |
|---|---|
| Address: | Address: |

2021 JUN 29 AM 9:43    CLOCK IN

Pursuant to Section 55.505, Florida Statutes (Florida Enforcement of Foreign Judgments Act), you are hereby notified that a Foreign Judgment has been recorded against you by:

| Andrew O'Hagan | Virgina T Borges |
|---|---|
| Judgment Creditor(s) | Attorney(s) for Judgment Creditor(s) |
| Simons MuirheadBurton | Devine Goodman & Rasco LLP |
| 87-91 Newman Street | 2800 Ponce De Leon Blvd, Ste 1400 |
| London, England WIT 3EY | Coral Gables, FL 33134 |
| Address | Address |

As evidenced by the attached copies of the Recorded Foreign Judgment and Affidavit: I hereby certify that a true copy of this notice together with a copy of the Foreign Judgment and Affidavit have been furnished by registered mail, return receipt requested to the above Judgment Debtor(s) at the above address this 29 day of June, 20 21.

**HARVEY RUVIN**
**CLERK OF COURTS**

BY: _____

06-29-21
DATE

Section 55.509 of the Florida Enforcement of Foreign Judgment Act provides as follows:
"STAY OF ENFORCEMENT OF FOREIGN JUDGMENT"

(1) If, within 30 days after the date the Foreign Judgment is recorded, the Judgment Debtor files an action contesting the jurisdiction of the Court which entered the Foreign Judgment or the validity of the Foreign Judgment and records a Lis Pendens directed toward the Foreign Judgment, the Court shall stay enforcement of the Foreign Judgment and the Judgment lien upon the filing of the action by the Judgment Debtor.
(2) If the Judgment Debtor shows the Circuit or County Court any ground upon which enforcement of a Judgment of any Circuit or County Court of this state would be stayed, the Court shall stay enforcement of the Foreign Judgment for an appropriate period, upon requiring the same security for satisfaction of the Judgment which is required in this state.

CLK/CT 486 REV. 7/02

Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

ANDREW O'HAGAN

    Plaintiff,

v.

IRA KLEIMAN (AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF DAVID KLEIMAN) & W & K INFO
DEFENSE RESEARCH LLC

    Defendants.

_____/

CASE NO.:
21-14370 CA 30

2021 JUN 22 PM 3:43

## DECLARATION OF FOREIGN JUDGMENT

I, Guy A. Rasco, under penalty of perjury, declare as follows:

1. I am a practicing attorney in the law firm of Devine Goodman & Rasco, LLP, and am licensed to practice law in the courts of the State of Florida. Declarant is the attorney in this cause for Plaintiff Andrew O'Hagan.

2. I file this Declaration pursuant to Fla. Stat. 55.601 et seq (Uniform Out-of-Country Foreign Money-Judgment Recognition Act) on behalf of Judgment Creditor/Plaintiff Andrew O'Hagan in order to record a Final Costs Certificate entered in favor of Plaintiff against Defendants/Judgment Debtors on March 23, 2021 by Judge Rowley of the Senior Courts of England and Wales, Costs Office, Claim No. SC-2020-BTP-000858 ("Final Judgment"). A true and correct certified copy of the Final Judgment is attached.

3. The amount of the Final Judgment is 92,707.48 English Pounds. The exchange rate on March 23, 2021 was 1 GBP = 1.3731 USD. The 92,707.48 pounds converted into U.S. Dollars is $127,296.64.

4. The Judgment Debtors are Ira Kleiman (as Personal Representative of the Estate of David Kleinman), whose last known mailing address is 155 Bent Tree Drive, Palm Beach Gardens, Florida 33418 and W&K Info Defense Research LLC, whose last known address is 5104 Robino Circle, West Palm Beach, Florida 33417.

5. The name of the Judgment Creditor/Plaintiff is Andrew O'Hagan.

6. The post office address of Judgment Creditor/Plaintiff is Simons Muirhead Burton 87-91 Newman Street, London, England W1T 3EY.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1__ day of June 2021.

_____
Guy A. Rasco

21-14370 CA 30

## DOCUMENT COVER PAGE

For those documents not providing the **required** 3 x 3 inch space on the first page, this cover page must be attached.

An additional recording fee for this page must be remitted.

(Space above this line reserved for recording office use)

**Document Title:** JUDGMENT
(Mortgage, Deed, Etc.)

2021 JUN 22 PM 3:41

**Return Document To / Prepared By:**

_____
_____
_____

Rule 2.520 (d) On all ... documents prepared ...which are to be recorded in the public records of any county ... a 3 - inch by 3 - inch space at the top right-hand corner on the first page and a 1 - inch by 3 - inch space at the top right-hand corner on each subsequent page shall be left blank and reserved for use by the clerk of court.

CLK/CT 155 Rev. 08/16                           Clerk's web address: www.miami-dadeclerk.com

# Final costs certificate

| | |
|---|---|
| Name of court<br>In the Senior Courts Costs Office | Claim No.<br>SC-2020-BTP-000858 |
| Name of Claimant<br>IRA KLEIMAN (AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID KLEIMAN) & W & K INFO DEFENSE RESEARCH LLC | |
| Name of Respondent<br>ANDREW O'HAGAN | |
| [Defendant's][Claimant's] date of birth | |
| Date       23/03/2021 | |

To [Claimant's][Solicitor]

BOIES SCHILLER FLEXNER
(UK) (LLP)
5 New Street Square
London
EC4A 3BF

In accordance with [identify the document giving the right to detailed assessment]
The Order sealed by the Court on 13 March 2020.

Costs Judge Rowley has assessed the total costs as £ 127,695.48 [including £ 21,435 for the costs of the detailed assessment] and interest of £5,077 agreed between the parties from 13/03/20 to 26/02/21.

[And £34,988 already having been paid on 28 February 2020.

You must pay [the balance of] £ 92,707.48 to the Respondent within 14 days from the date of this order on or before 6/4/21

The date from which any entitlement to interest under this certificate is to run is:-

1. as to the amount of the bill as assessed excluding the costs of assessment, 13 March 2020 at a daily rate of £14.70.

2. and as to [£21,435] being the costs of assessment, the date of this certificate at a daily rate of £4.70.

───────── Take Notice ─────────

**To the (claimant)**

If you do not pay in accordance with this order your goods may be removed and sold or other enforcement proceedings may be taken against you. If your circumstances change and you cannot pay, ask at the court office about what you can do.

Further interest may be added if Judgment has been given for £5,000 or more or is in respect of debt which attracts contractual or statutory interest for late payment.

If you do not pay as ordered, this judgment may be registered on the Register of Judgments, Orders and Fines. This may make it difficult for you to get credit. If you then pay in full within one month you can ask the court to cancel the entry on the Register. You will need to give proof of payment. You can (for a fee) also obtain a Certificate of Cancellation from the court. If you pay the debt in full after one month you can ask the court to mark the entry on the Register as satisfied and (for a fee) obtain a Certificate of Satisfaction to prove that the debt has been paid.

**Address for Payment**

Simons Muirhead Burton
87-91 Newman Street
London
W1T 3EY
Ref: MX.EJ.18208.3

**How to Pay**

- PAYMENT(S) MUST BE MADE to the person named at the address for payment quoting their reference and the court case number. DO NOT bring or send payments to the court. THEY WILL NOT BE ACCEPTED.
- You should allow at least 4 days for your payment to reach the claimant (defendant) or his representative.
- Make sure that you keep records and can account for all payments made.
- Proof may be required if there is any disagreement. It is not safe to send cash unless you use registered post.
- A leaflet giving further advice about payment can be obtained from the

The court office at

is open between 10 am and 4 pm Monday to Friday. Address all communications to the Court Manager quoting the claim number
N256 (HC) Final cost certificate (04.06)