UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
REPORT AND RECOMMENDATIONS**

    Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Non-Party Andrew O'Hagan's Motion for Order Compelling Plaintiffs to Pay Fees and Costs Related to Document and Deposition Discovery in England and Incorporated Memorandum of Law, ECF No. [768], is **REFERRED** to Magistrate Judge Bruce E. Reinhart for a Report and Recommendations.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on November 8, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record