**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>        Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## NOTICE OF APPEARANCE

Please take notice that attorney Samantha Licata of the law firm of Boies Schiller Flexner LLP, hereby enters her appearance as counsel for Plaintiffs, Ira Kleiman, in his capacity as Personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, and requests that all pleadings, correspondence and related materials in this case be provided to the undersigned.

Dated:  November 10, 2021

Respectfully submitted,

By: */s/ Samantha M. Licata*

Andrew S. Brenner, Esq.
Samantha M. Licata, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com
slicata@bsfllp.com

Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
One SE 3rd Avenue
Suite 1240
Miami, Florida 33131

vel@rochefreedman.com

Kyle W. Roche, Esq.
Joseph M. Delich, Esq.
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as
Personal Representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2021, a true and correct copy of the foregoing

was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all

counsel of record.

*/s/Samantha M. Licata*
SAMANTHA M. LICATA, ESQ.