**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC | **CASE NO.: 9:18-cv-80176-BB/BR** |
| Plaintiffs, | |
| v. | |
| CRAIG WRIGHT, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO NON-PARTY ANDREW O'HAGAN'S MOTION FOR ORDER COMPELLING PLAINTIFFS TO PAY FEES AND COSTS RELATED TO DOCUMENT DEPOSITION DISCOVERY IN ENGLAND AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, by and through undersigned counsel, hereby files this Motion for Extension of Time and states the following in support thereof:

1. On March 17, 2020, Plaintiffs took the deposition of non-party Andrew O'Hagan ("O'Hagan"), a resident of the United Kingdom, via Zoom during the discovery period of this case.

2. Subsequently, O'Hagan sought fees and costs from Plaintiffs and chose to seek relief from the Court of England, rather than this Court. The English Court issued a Final Costs Certificate and thereafter, O'Hagan's counsel domesticated the Judgment in Florida.

3. On November 5, 2021, O'Hagan filed a motion asking this court to give meaning to the order of the English Courts.

4. On November 8, Judge Beth Bloom referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation.

5. This case is in the midst of trial with Judge Bloom and will be ongoing until at least November 23, 2021.

6. Accordingly, Plaintiffs respectfully request their deadline to respond in opposition to the non-party's motion be extended to ten days after the completion of trial.

## CONCLUSION

WHEREFORE, Plaintiffs respectfully request the deadline to file their Response in Opposition to Non-Party Andrew O'Hagan's Motion for Order Compelling Plaintiffs to Pay Fees and Costs Related to Document Deposition Discovery be extended to ten days after the completion of trial.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with non-party Andrew O'Hagan's counsel who opposes the relief sought here and states their position as follows: *"O'Hagan opposes an extension tied to an indefinite date for the end of trial. O'Hagan consents to a flat 10-day extension of 19 November 2021 deadline, rendering the response due on or before 29 November 2021."*

Respectfully submitted,

Dated: November 12, 2021

*/s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida  33131
Telephone: (305) 357-3861
vel@rochefreedman.com
nbermond@rochefreedman.com

Kyle W. Roche, Esq.
Joseph M. Delich, Esq.
*Admitted Pro Hac Vice*
**ROCHE FREEDMAN LLP**
185 Wythe Avenue F2
Brooklyn, NY11249
kyle@rochefreedman.com
jdelich@rochefreedman.com

*Counsel to Plaintiff Ira Kleiman as Personal*
*Representative of the Estate of David Kleiman*
*and W&K Info Defense Research, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 12, 2021, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record via transmission of Notices of Electronic Filing

generated by CM/ECF.

*/s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
