# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>  Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>  Defendant. | **CASE NO.: 9:18-cv-80176-BB** |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Plaintiffs' Motion for Extension of Time. The Court has reviewed the Motion, and being fully advised on the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiffs Response in Opposition to Non-Party Andrew O'Hagan's Motion for Order Compelling Plaintiffs to Pay Fees and Costs Related to Document Deposition Discovery **shall be filed ten days after the completion of the jury trial in this matter.**

**DONE AND ORDERED** in chambers on this ___ day of November, 2021.

_____
Magistrate Judge Bruce E. Reinhart
United States District Judge

Copies furnished: All counsel of record