## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC,

       Plaintiffs,

v.                               **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT,

       Defendant.

_____/

### PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

Plaintiffs, Ira Kleiman, as personal representative of the Estate of David Kleiman, and

W&K Info Defense Research, LLC, pursuant to Federal Rule of Evidence 201, hereby request that

the Court take judicial notice of the applicable currency exchange rate between the Australian

Dollar (AUD) and United States Dollar (USD) on two dates: April 2, 2014 (0.9236 USD per AUD)

and November 13, 2014 (0.8730 USD per AUD). Plaintiffs also ask the Court to take judicial

notice of the applicable currency exchange rate between the British Pound (GBP) and United

States Dollar (USD) on October 20, 2016 (1.2256 USD per GBP).

### I.      INTRODUCTION

Plaintiffs request that the Court take judicial notice of the exchange rate between the

Australian and United States dollars as of two dates between April 26, 2013—the date Dave

Kleiman passed away—and the date of entry of any final judgment in this action: April 2, 2014

and November 13, 2014.  Plaintiffs additionally request that the Court take judicial notice of the

exchange rate between British pounds and United States dollars on October 20, 2016.  Plaintiffs

request judicial notice of these currency exchange rates because certain evidence that has been and

will be introduced during the trial of this action will be presented in Australian dollars and British

1

pounds while any verdict rendered by the jury or money judgment entered by the Court will need to be reflected in United States dollars. Plaintiffs supply the below chart which identifies the trial evidence applicable to a given exchange rate:

### Australian Exchange Rate[1]

| Date | Exchange Rate |
|------|---------------|
| April 2, 2014<br><br>Source: [P-166] HotwirePE WKID Cost Assessment | 0.9236 |
| November 13, 2014<br><br>Source: [P-183] BRV Software Engineering Valuation | 0.8730 |

### British Pound Exchange Rate[2]

| Date | Exchange Rate |
|------|---------------|
| October 20, 2016<br><br>Source: [P-457] Baker McKenzie IP Valuation Analysis | 1.2256 |

## II.    ARGUMENT

The Court may take judicial notice of a fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b). "The court . . . must take judicial notice if a party requests it and the court is supplied

---

[1] *See Foreign Exchange Rates, Historical Rates for the Australian Dollar*, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, *https://www.federalreserve.gov/releases/h10/hist/dat00_al.htm*.

[2] *See Foreign Exchange Rates, Historical Rates for the UK Pound*, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, https://www.federalreserve.gov/releases/h10/hist/dat00_uk.htm.

with the necessary information." *See* Fed. R. Evid. 201(c).  Judicial notice is appropriate if the fact is "one that only an unreasonable person would insist on disputing." *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994).  Generally, information contained on official government websites has been deemed appropriate for judicial notice. *Coastal Wellness Ctrs., Inc. v. Progressive Am. Ins. Co.*, 309 F. Supp. 3d 1216, 1220 n.4 (S.D. Fla. 2018) ("The Court may take judicial notice of government publications and website materials."); *Navelski v. Int'l Paper Co*., 244 F. Supp. 3d 1275, 1301 n.25 (N.D. Fla. 2017) (courts may take "judicial notice of factual information found on official governmental agency websites.").

Plaintiffs request that the Court take judicial notice of the exchange rates maintained by United States Federal Reserve System for the Australian and United States dollars and British pound and United States dollar.  The applicable exchange rates can be accurately and readily determined from the Federal Reserve System's website which maintains historical currency exchange rates for the Australian dollar and British pound.  *See Foreign Exchange Rates, Historical Rates for the Australian Dollar*, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, https://www.federalreserve.gov/releases/h10/hist/dat00_al.htm; *see also Foreign Exchange Rates, Historical Rates for the UK Pound*, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, https://www.federalreserve.gov/releases/h10/hist/dat00_uk.htm.  Because the accuracy of such official government records cannot be reasonably questioned, these facts are proper for judicial notice.  *See* Fed. R. Evid. 201(b).

Indeed, in similar circumstances courts in this district have found it appropriate to take judicial notice of currency exchange rates maintained by the Federal Reserve. *See, e.g.*, *Rojas Mamani v. Sanchez Berzain*, 636 F. Supp. 2d 1326, 1329 (S.D. Fla. 2009) (taking judicial notice of the exchange rate of the Boliviano to the U.S. dollar pursuant to Federal Rule of Evidence 201);

3

*Sequip Participacoes S.A. v. Marinho*, 2019 WL 8301064, at \*6 (S.D. Fla. Feb. 26, 2019) (taking judicial notice of the historical exchange rates posted on the Federal Reserve System's website for the Brazilian Real to U.S. dollar); *Landaeta v. Century Grand I, LLLP*, 2011 WL 13223570, at \*4 n.2 (S.D. Fla. June 2, 2011) ("Pursuant to FED. R. EVID. 201, the Court may take judicial notice of the official exchange rate of [Venezuelan Bolivares] to U.S. dollars."); *see also Levan v. Capital Cities/ABC, Inc.,* 190 F.3d 1230, 1235 n.12 (11th Cir. 1999) ("We take judicial notice of the Prime Rate . . . . This figure was provided by the Federal Reserve Board, and cannot reasonably be disputed."). Accordingly, the Court should take judicial notice of the Australian dollar and British pound to United States dollar exchange rates on relevant dates in this case. *See* Fed. R. Evid. 201(f).

WHEREFORE, Plaintiffs respectfully request that the Court take judicial notice of the Federal Reserve System's historical record of exchange rates between the Australian and United States dollars and British pounds and United States dollars on the above dates.

Dated:  November 14, 2021

Respectfully submitted,

By: */s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com
jdelich@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as
Personal Representative of the Estate of
David Kleiman and W&K Info Defense
Research, LLC.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Andrew S. Brenner*
Andrew S. Brenner
