UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176

IRA KLEIMAN, as personal
representative of the estate of David
Kleiman, and W&K Info Defense
Research, LLC

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jorge A. Mestre of the law firm Rivero Mestre LLP appears as attorney for Craig Wright and requests that all pleadings, correspondence and related materials in this case be provided to undersigned.

**RESPECTFULLY SUBMITTED** on November 15, 2021.

    RIVERO MESTRE LLP
    *Attorneys for Craig Wright*
    2525 Ponce de Leon Boulevard, Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
    Email: amcgovern@riveromestre.com
    Email: jmestre@riveromestre.com
    Email: arolnick@riveromestre.com
    Email: zmarkoe@riveromestre.com
    Email: receptionist@riveromestre.com

    By: s/ Jorge A. Mestre
    JORGE A. MESTRE
    Florida Bar No. 88145

## **CERTIFICATE OF SERVICE**

      I certify that on November 15, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    /s/Jorge A. Mestre
                                                    JORGE A. MESTRE