# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.:  9:18-cv-80176-BB |

## PLAINTIFFS' NOTICE OF FILING REGARDING DAVID KUHARCIK PRIVILEGE ASSERTIONS

Pursuant to the Court's direction to provide certain materials in connection with the testimony of David Kuharcik and the accountant-client privilege, Plaintiffs respectfully submit the following:

1. Ex. A: Letter from A. Brenner to D. Kuharcik, copying A. Rivero *et al.* dated November 7, 2019;

2. Ex. B: Relevant excerpts of Deposition Transcript of D. Kuharcik dated December 9, 2019; and

3. Ex. C: Deposition Transcript of D. Kuharcik dated December 9, 2019 in its entirety.

Dated:  November 18, 2021

Respectfully submitted,

By:  *Andrew S. Brenner*
Andrew S. Brenner
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

1

Velvel (Devin) Freedman
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2021 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

 */s/ Andrew S. Brenner*
Andrew S. Brenner