UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

Plaintiffs Ira Kleiman as personal representative of the Estate of David Kleiman and W&K Info Defense Research, LLC respectfully submit a corrected opposition to Defendant's Motion for Judgment as a Matter of Law, attached as Exhibit A. This brief contains a single correction to an inadvertent clerical error by replacing a reference to CoinCap.io with CoinMarketCap.com (ECF No. [786], at 6 (citing ECF No. [260-3], ¶ 9, *Rensel v. Centra Tech, Inc.*, No. 1:17-cv-24500-RNS (S.D. Fla. filed Dec. 4, 2019)), both of which are services that aggregate the daily prices for Bitcoin and other cryptocurrency assets. *See Rensel*, ECF No. [260-3], ¶ 9; Trial Tr. Day 2 at 29:8-11, 95:22-25.

Dated: November 19, 2021

Respectfully submitted,

By: */s/ Andrew S. Brenner*
Andrew S. Brenner
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

1

2

> Velvel (Devin) Freedman
> **ROCHE FREEDMAN LLP**
> 200 S. Biscayne Blvd.
> Suite 5500 Miami, Florida 33131
> vel@rcfllp.com
>
> Kyle W. Roche
> **ROCHE FREEDMAN LLP**
> 99 Park Avenue, 19th Floor
> New York, New York 10016
> kyle@rcfllp.com
>
> *Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2021 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

>  */s/ Andrew S. Brenner*
> Andrew S. Brenner