UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

**PLAINTIFFS' NOTICE OF FILING OF**
**PROPOSED JURY INSTRUCTION RE: JUDICIAL NOTICE**

On November 16, 2021, the Court granted Plaintiffs' Request for Judicial Notice regarding conversion rates between U.S. Dollars and Australian Dollars and British Pounds on certain dates, and directed Plaintiffs to submit a proposed jury instruction on judicial notice. (Trial Tr. Day 10 (Rough) at 9:22-24.) Plaintiffs' proposed jury instruction on judicial notice is attached as <u>Exhibit A</u>.

Dated:  November 20, 2021

Respectfully submitted,

By:  */s/ Velvel Freedman*
Velvel (Devin) Freedman
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com

Kyle W. Roche
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rcfllp.com

Andrew S. Brenner

1

**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

Maxwell V. Pritt
Alexander J. Holtzman
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, Floor 41
San Francisco, CA 94104
mpritt@bsfllp.com
aholtzman@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2021 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*Velvel Freedman*
Velvel Freedman