**Judicial Notice**

The rules of evidence allow me to accept facts that no one can reasonably dispute as true. The law calls this "judicial notice." There is some evidence in the record referring to currencies other than the U.S. Dollars. I have accepted the following currency exchange rates as proved:

- On April 2, 2014, the exchange rate for U.S. Dollars to Australian Dollars was 0.9236 U.S. Dollars per Australian Dollar;
- On November 13, 2014, the exchange rate for U.S. Dollars to Australian Dollars was 0.8730 U.S. Dollars per Australian Dollar; and
- On October 20, 2016, the exchange rate for U.S. Dollars to British Pounds was 1.2256 U.S. Dollars per British Pound.

You must accept these exchange rates as true for this case.

_____
Authorities:

11th Cir. Pattern Jury Instr. Civil Cases, Judicial Notice 2.5 (2020); Trial Tr. Day 10 AM (Rough) at 9:22-24; ECF No. [618], at 21 (Defendant's proposed jury instruction on judicial notice); *Foreign Exchange Rates, Historical Rates for the Australian Dollar*, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, *https://www.federalreserve.gov/releases/h10/hist/dat00_al.htm*; *Foreign Exchange Rates, Historical Rates for the UK Pound*, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, *https://www.federalreserve.gov/releases/h10/hist/dat00_uk.htm*.

GIVEN                                  _____
GIVEN AS MODIFIED                      _____
WITHDRAWN                              _____
GRANTED                                _____
DENIED                                 _____