# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,

      *Plaintiffs,*

v.

CRAIG WRIGHT,

      *Defendant.*

CASE NO.: 9:18-cv-80176-BB

## **VERDICT FORM**

We, the jury, return the following verdict in this matter:

### **Breach of Partnership**

1. Do you find that Craig Wright is liable to the Estate of David Kleiman for breach of partnership?

    ANSWER YES OR NO _____

2. If yes, what amount of compensatory damages do you find were caused by Craig Wright's breach of partnership?

    $_____ (Provide numerical amount owed from bitcoin)

    $_____ (Provide numerical amount owed from intellectual property)

### **Conversion**

3. Do you find that Craig Wright is liable to the Estate of David Kleiman and/or W&K Info Defense Research, LLC for conversion?

    ANSWER YES OR NO _____

4. If you answered "Yes" to question 3, identify the Plaintiff(s) to whom Craig Wright is liable for conversion by placing an identifying mark (check or X) next to both (or one) of the following:

    _____ Estate of David Kleiman

_____ W&K Info Defense Research, LLC

5. For each Plaintiff you checked yes to in question 4, what amount of compensatory damages do you find were caused by Craig Wright's conversion?

Estate of David Kleiman:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property)

W&K Info Defense Research, LLC:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property)

## Civil Theft

6. Do you find that the Estate of David Kleiman and/or W&K Info Defense Research, LLC have proved their claim for Civil Theft against Craig Wright by clear and convincing evidence?

ANSWER YES OR NO _____

7. If you answered "Yes" to question 6, identify which Plaintiff(s) have proven their claims of civil theft by placing an identifying mark (check or X) next to both (or one) of the following:

_____ Estate of David Kleiman

_____ W&K Info Defense Research, LLC

8. For each Plaintiff that you checked yes to in question 7, what is amount of compensatory damages you find that Craig Wright's civil theft caused?

Estate of David Kleiman:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property)

W&K Info Defense Research, LLC:

$_____ (Provide numerical amount owed from bitcoin)

2

$_____ (Provide numerical amount owed from intellectual property)

## Fraud

9. Do you find that Craig Wright is liable to the Estate of David Kleiman and/or W&K Info Defense Research, LLC for fraud?

ANSWER YES OR NO _____

10. If you answered "Yes" to question 9, identify which Plaintiff(s) were subjected to fraud by placing an identifying mark (check or X) next to one (or both) of the following:

_____ Estate of David Kleiman

_____ W&K Info Defense Research, LLC

11. If you answered "Yes" to question 9, for each Plaintiff that you checked yes to in question 10, what amount of compensatory damages do you find were caused by Craig Wright's fraud?

Estate of David Kleiman:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property)

$_____ (Other)

W&K Info Defense Research, LLC:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property

$_____ (Other)

## Constructive Fraud

12. Do you find that Craig Wright is liable to the Estate of David Kleiman and/or W&K Info Defense Research, LLC for constructive fraud?

ANSWER YES OR NO _____

13.     If you answered "Yes" to question 12, identify which Plaintiff(s) were subjected to constructive fraud by placing an identifying mark (check or X) next to one (or both) of the following:

_____ Estate of David Kleiman

_____ W&K Info Defense Research, LLC

14.     If you answered "Yes" to question 12, for each Plaintiff that you checked yes to in question 13, what amount of compensatory damages do you find were caused by Craig Wright's constructive fraud?

Estate of David Kleiman:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property

$_____ (Other)

W&K Info Defense Research, LLC:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property

$_____ (Other)

**Breach of Fiduciary Duty**

15.     Do you find that Craig Wright is liable to W&K Info Defense Research, LLC for breach of fiduciary duty?

ANSWER YES OR NO _____

16.     If yes, what amount of compensatory damages do you find were caused to W&K Info Defense Research, LLC by Craig Wright's breach of fiduciary duty?

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property

$_____ (Other)

**Unjust Enrichment**

The Estate of David Kleiman's claim for Unjust Enrichment is pled "in the alternative" to its claim for breach of partnership.  If you found for the Estate of David Kleiman on its claim for breach of partnership, you should skip the next three questions with respect to the Estate of David Kleiman but may answer them with respect to W&K Info Defense Research, LLC.

17. Do you find that Craig Wright is liable to the Estate of David Kleiman and/or W&K Info Defense Research, LLC for unjust enrichment?

ANSWER YES OR NO _____

18. If you answered "Yes" to question 0, identify the Plaintiff(s) to whom Craig Wright is liable for unjust enrichment by placing an identifying mark (check or X) next to one (or both) of the following:

_____ Estate of David Kleiman

_____ W&K Info Defense Research, LLC

19. If you answered "Yes" to question 0, for each Plaintiff that you checked yes to in question 18, what amount of compensatory damages do you find were caused by Craig Wright's unjust enrichment?

Estate of David Kleiman:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property

$_____ (Other)

W&K Info Defense Research, LLC:

$_____ (Provide numerical amount owed from bitcoin)

$_____ (Provide numerical amount owed from intellectual property

$_____ (Other)

## Amount of Bitcoin

20.     If you found for Plaintiff(s) on some or all of the claims above, what number of bitcoin do you find belong to the Estate of David Kleiman and/or W&K Info Defense Research, LLC?

_____ (Provide a number of bitcoin)

## Affirmative Defenses

20.     Do you find that any of the following claims by the Estate of David Kleiman are barred by the statute of limitations?

| | | | | |
|---|---|---|---|---|
| Breach of Partnership: | _____ | Barred | _____ | Not Barred |
| Conversion: | _____ | Barred | _____ | Not Barred |
| Unjust Enrichment: | _____ | Barred | _____ | Not Barred |
| Fraud: | _____ | Barred | _____ | Not Barred |
| Constructive Fraud: | _____ | Barred | _____ | Not Barred |

21.     Do you find that any of the following claims by W&K Info Defense Research, LLC are barred the statute of limitations?

| | | | | |
|---|---|---|---|---|
| Conversion: | _____ | Barred | _____ | Not Barred |
| Unjust Enrichment: | _____ | Barred | _____ | Not Barred |
| Fraud: | _____ | Barred | _____ | Not Barred |
| Constructive Fraud: | _____ | Barred | _____ | Not Barred |
| Breach of Fiduciary Duty: | _____ | Barred | _____ | Not Barred |

22.     Do you find that any of the following claims by the Estate of David Kleiman are barred by laches?

| | | | | |
|---|---|---|---|---|
| Breach of Partnership: | _____ | Barred | _____ | Not Barred |
| Conversion: | _____ | Barred | _____ | Not Barred |
| Unjust Enrichment: | _____ | Barred | _____ | Not Barred |
| Fraud: | _____ | Barred | _____ | Not Barred |

Constructive Fraud: _____ Barred _____ Not Barred

Civil Theft: _____ Barred _____ Not Barred

23. Do you find that any of the following claims by W&K Info Defense Research, LLC are barred by laches?

Conversion: _____ Barred _____ Not Barred

Unjust Enrichment: _____ Barred _____ Not Barred

Fraud: _____ Barred _____ Not Barred

Constructive Fraud: _____ Barred _____ Not Barred

Breach of Fiduciary Duty: _____ Barred _____ Not Barred

Civil Theft: _____ Barred _____ Not Barred

## **Punitive Damages**

*If you found in favor of the Estate of David Kleiman and/or W&K Info Defense Research, LLC for their conversion, fraud, or constructive fraud claims, then you must decide whether punitive damages are appropriate and, if so, evaluate the amount of punitive damages to award to the Estate of David Kleiman and/or W&K Info Defense Research, LLC.*

**We the jury, find**

Defendant Craig Wright is liable to the Estate of David Kleiman on claims asserted by the Estate of David Kleiman for punitive damages in the amount of:

$_____ (Provide numerical amount)

Defendant Craig Wright is liable to W&K Info Defense Research, LLC on claims asserted by W&K Info Defense Research, LLC for punitive damages in the amount of:

$_____ (Provide numerical amount)

*Please have the foreperson sign and date the verdict form.*

SO SAY WE ALL this \_\_\_\_ day of _____, 2021.

_____
Foreperson