# EXHIBIT B

**Spoliation**[1]

The plaintiffs allege that the defendant is responsible for the spoliation and fabrication of evidence. The term "spoliation" refers to the intentional destruction, alteration, fabrication, or concealment of evidence. You may consider whether the defendant intentionally concealed, altered, fabricated, or destroyed evidence. If you decide that he did so, you may decide that the evidence would have been unfavorable to him.

---

Authorities:

Judicial Council of California Civil Jury Instructions, Instruction 204 (2017 ed.); Order, ECF [No. 595], at 37 (concluding that the issues raised in Plaintiffs' Sanctions Motion should be for the jury to decide); *see Flury v. Daimler Chrysler Corp.*, 427 F.3d 939, 943 n.9 (11th Cir. 2005) (court concluded spoliation instruction was too weak and entered default for destruction of evidence as a matter of law); *Cox v. Target Corp.*, 351 F. App'x 381, 383 (11th Cir. 2009) ("A jury instruction on spoliation of evidence is required 'only when the absence of that evidence is predicated on bad faith.'" (quoting *Bashir v. Amtrak*, 119 F.3d 929, 931 (11th Cir. 1997))); *Mann v. Taser Int'l, Inc.*, 588 F.3d 1291, 1310 (11th Cir. 2009); Trial Tr. (Dr. Edman) Day 9 PM (Rough) at 43:15–25, 45:25–46:6, 47:4-7 (P823 is a forgery), 56:13–18 (no evidence anyone other than Defendant forged P823), 56:20–25 (no evidence any of forgeries created by anyone but Defendant); Trial Tr. (Dr. Edman) Day 10 PM (Rough) at 14:11–13 (P546 is a forgery), 19:3–14 (P135 is a forgery), 22:16–18 (P55 is a forgery), 26:25–27:4 (P452 is a forgery), 34:9-16 (P807 is a forgery), 41:25–43:2 (P808 is a forgery), 51:4–10 and P822 (Defendant swearing to authenticity of documents submitted to Court that are forgeries), 51:17–24 (P35 is a forgery), 73:15–17 (P538 is a forgery), 82:14–17 (P36 is a forgery), 86:16–25 (Dr. Edman identified approximately 25–30 additional forgeries in this case); P240 (Letter from Australian counsel terminating representation based on "serious questions about the integrity of documents provided by Dr Craig Wright, both to [his] office and to the Australian Taxation Office"); P637, ¶¶ 52–53, 101 (Defendant forged contracts with W&K) and pp. 118–32 (chart of Defendant's "discrepancies," including false statements and forged/altered documents at issue in this case); *see also id.*, ¶¶ 12 n.14 (Defendant "admitted to backdating several documents" involving Coin-Exch), 111 (finding documents submitted by Defendant were a "sham"), 115 (finding Defendant submitted documents as "disguise for either difference transactions, or no transactions"); P795, ¶¶ 220–23 (discussing "numerous anomalies and inconsistencies" in the evidence presented by Defendant and his agents, concluding contract with W&K "amounts to a sham," and finding that Defendant "fabricated" electronic evidence in connection with Dave Kleiman and W&K), 227 ("documentation was created by [Defendant] in order to fraudulently decide the ATO and support [his] false and misleading statements"), 228.8 (forgery of Dave Kleiman's signature), 228–29 (discussing "inconsistencies and anomalies relating to" purported contract with W&K); P30, ¶¶ 267–68 (forgeries of David Kleiman's

---

[1] This proposed instruction has not changed since it was submitted as part of the parties' joint submission of instructions. The Authorities have been supplemented with record evidence at trial.

signature); P565, ¶¶ 21.1, 38.1 (finding Defendant made false or misleading statements involving W&K), 38.7 (finding emails produced by Defendant were "false or doctored" and questioning "the veracity and genuineness" of other electronic communications, including Bitmessages), 68 and 74-78 (finding documents and statements by Defendant relating to W&K "false or misleading"); P604 & P605, ¶¶ 176–77 ("In the present case there are numerous anomalies and inconsistencies in the purported agreement between [Defendant] and W&K that lead us to conclude that no liability arose from it.").

GIVEN                       _____
GIVEN AS MODIFIED           _____
WITHDRAWN                   _____
GRANTED                     _____
DENIED                      _____