## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-80176

IRA KLEIMAN,
as personal representative of
the estate of David Kleiman,

    Plaintiff,

v.

CRAIG WRIGHT,

    Defendant.

_____/

### NOTICE OF APPEARANCE OF COUNSEL

    Please take notice that attorney Amanda L. Fernandez, of the law firm Rivero Mestre LLP, appears as attorney for Craig Wright and requests that all pleadings, correspondence and related materials in this case be provided to undersigned.

**RESPECTFULLY SUBMITTED** on November 22, 2021.

    RIVERO MESTRE LLP
    *Attorneys for Craig Wright*
    2525 Ponce de Leon Boulevard, Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
    Email: jmestre@riveromestre.com
    Email: arolnick@riveromestre.com
    Email: afernandez@riveromestre.com
    Email: receptionist@riveromestre.com

    By: /s/ Amanda Fernandez
    AMANDA L. FERNANDEZ
    Florida Bar No. 106931
    ALAN H. ROLNICK
    Florida Bar No. 715085
    ANDRES RIVERO
    Florida Bar No. 613819
    JORGE A. MESTRE
    Florida Bar No. 88145

## CERTIFICATE OF SERVICE

      I certify that on November 22, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                            /s/ Andres Rivero  
                                            ANDRES RIVERO