UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, as Personal Representative
of the Estate of David Kleiman, and W&K
INFO DEFENSE RESEARCH, LLC,

    Plaintiffs,
v.

CRAIG WRIGHT,

    Defendant.
_____/

## COURT'S NOTICE OF FILING

Following the Charge Conference held at the close of the evidence, the Court has considered the arguments, the parties' submissions, the record in the case and the applicable law. The Court gives notice of filing:

The Court's Instructions to the Jury; and

Verdict Form.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 22, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record