# EXHIBIT A

<u>Partnership Defined</u> (pp. 8-9)

- These new elements are from *Williams v. Obstfeld*, 314 F.3d 1270 (11th Cir. 2002).

    - But *Williams* involved a ***pre***-RUPA partnership – the lawsuit was filed in 1997 regarding pre-1997 conduct and RUPA was enacted 1996 and applied until 1998 only to partnerships formed after the passage of RUPA.

    - *Williams* doesn't event mention RUPA; that's because it didn't affect the finding of whether there was a partnership.  Instead, it relies entirely on the pre-RUPA *Dreyfuss* case, which was distinguished in *Rafael J. Roca*, 856 So.2d 1, 6 (Fla. 4th DCA 2003).

- In light of RUPA, the elements Defendant argues are no longer appropriate because of RUPA's defaults:

    - The concepts of a shared common purpose or shared proprietary interest are subsumed by RUPA's statutory definition of a partnership, which was the Court's original instruction: "Except as otherwise provided in subsection (2), the association of two or more persons to carry on as co-owners a business for profit forms a partnership, whether or not the persons intend to form a partnership." Fla. Stat. 620.8202(1).

    - Sharing of profits and duty to share losses:

        - "Each partner is entitled to an equal share of the partnership profits and is chargeable with a share of the partnership losses in proportion to the partner's share of the profits." Fla. Stat. 620.8401(2).

    - Joint control or right of control:

        - "Each partner has equal rights in the management and conduct of the partnership business." Fla. Stat. 620.8401(6).

If the Court is going to keep the new instruction, we would ask that the court include that you don't have to intend to form a partnership—Florida Statutes 620.8202(1)—and the relevant RUPA defaults on sharing of profits and losses and joint control in Florida Statutes 620.8201(2) and (6).

Addition of RUPA and RUPA Defaults:

1. To **Partnership – Defined**, at pp. 8-9

The first sentence on p. 8 should be: "A 'partnership' means an association of two or more persons to carry on as co-owners of a business for profit**, whether or not the persons intend to form a partnership**."

2. To **Partnership – Assets**, at p. 9

On the issue of determining the respective parties' ownership share in the partnership, I instruct you that in the absence of a contrary agreement among the partners, the partners in a partnership are entitled to share equally in the assets and profits of the partnership**, and the losses of the partnership.  In addition, in the absence of a contrary agreement among the partners, each partner has equal rights in the management and conduct of the partnership business.**