# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80176 (BB/BR)

IRA KLEIMAN, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,
Plaintiffs,
vs.

CRAIG WRIGHT,
Defendant.

**ADMITTED EXHIBITS**

| Exhibit Number | Description |
|---|---|
| JE001 | W&K Info Defense Research LLC Articles of Organization filed on 2/16/2011 |
| JE003 | Email from A. Pedersen to J. Warren re BitMessage: Security Software Code review, |
| JE009 | IP Deed of Assignment between The Wright Family Trust Demorgan and Coin- Exch Pty Ltd |
| JE010 | Email from A. Andresen to J. Garzik, G. Maxwell, W. van der Laan, and P. Wuille re The satoshin@gmx.com account compromise, dated September 9, 2014 (Exhibit 70 in G. Andresen's 2/26/2020 deposition) |
| JE011 | Document from G. Andresen titled "Not as rich as you think", dated February 14, 2018 (Exhibit 71 in G. Andresen's 2/26/2020 deposition) |
| JE012 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 |
| JE013 | Email chain between C. Wright, L. Wright and D. Kleiman re: Link to R&D site |
| JE014 | Craig Declaration, dated May 8, 2019 |
| JE021 | 2018 Limited Liability Company Reinstatement for W&K Info Defense Research, LLC |
| JE022 | D. Kleiman Last Will |
| JE024 | Exhibit D02 in J. Warren's 7/24/2019 deposition |
| JE031 | Email chain between C. Wright and I. Kleiman re: domains |
| JE032 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Four proposals |
| JE034 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals |
| JE035 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals |
| JE045 | Email chain between P. Paige and K. Andreou re: Bitcoin? |
| JE048 | Email chain with attachment between I. Kleiman and C. Wright re: Letter |
| JE049 | Email chain with attachment between I. Kleiman and A. Damoka re: Letter |
| JE052 | Email chain between D. Kleiman and C. Wright re: How are you |
| JE053 | Email chain between D. Kleiman and C. Wright re: Next week |
| JE054 | Email chain between D. Kleiman and C. Wright re: Welcome |

| | |
|---|---|
| JE055 | Email chain between C. Wright and D. Kleiman re: Runners up |
| JE057 | Email to D. Kleiman from C. Wright re: Next time |
| JE058 | Email chain between D. Kleiman and C. Wright re: Authorship offer (ISC) 2 Press Series - ISSMP |
| JE060 | Email chain between C. Wright and D. Kleiman re: Defamation and the difficulties of law on the Internet.aig |
| JE061 | Email to M. Pollitt, C. Whitcomb, S. Guttman and C. Wright from D. Kleiman re: Recommendations for DFCB board / committee member |
| JE062 | Email to C. Wright from D. Kleiman re: morning |
| JE096 | Email chain between C. Wright, D. Kleiman and L. Wright re: Reminder: Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST |
| JE097 | Email to D. Kleiman from C. Wright re: Runners up |
| JE098 | Email chain between C. Wright, D. Kleiman and L. Wright re: Your offer |
| JE099 | Email to self from I. Kleiman re: Fwd: Dave |
| JE101 | C. Wright 2009 Australian Tax return |
| JE103 | Email chain between C. Wright and I. Kleiman re: Dave |
| JE114 | Email from C. Wright to J. Wilson and R. Watts re Some history, dated June 26, 2013 |
| JE120 | C. Wright Post "Andrew Carnegie said 'earn as much as possible, give as much as possible.'" (Craig Dep. IV Ex. Tag 3) |
| JE124 | Email from C. Wright to D. Kleiman, P. Henry, B. Long, C. Conrad, cc: R. Lee re: Forensic Common Body of Knowledge, dated November 16, 2008. |
| P002 | Email from C. Wright to D. Kleiman re Defamation and the difficulties of law on the Internet, dated March 12, 2008 |
| P033 | Email from S. Nakamoto to G. Andresen re alert message key, dated April 26, 2011 |
| P034 | Panopticrypt Pty Ltd Certificate of Registration, dated June 20, 2011 |
| P035 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011 Tulip Trust |
| P036 | Deed of Trust for Tulip Trust |
| P037 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011. Tulip Trust |
| P042 | Email from C. Wright to S. Matthews and R. Watts re This week, dated October 27, 2015 |
| P043 | Email from R. Watts to C. Wright re Trusts, dated May 28, 2012 |
| P045 | Email from C. Wright to D. Kleiman re IFIP-WG11.9 CFP, dated October 10, 2012 |
| P048 | Deed of Loan between Design by Human Ltd., C. Wright and Denariuz Seychelles Trust, dated October 23, 2012 |
| P051 | Warren Dep. Ex. P11 |
| P052 | Warren Dep. Ex. P4 |
| P053 | Warren Dep. Ex. P3 |
| P055 | Email from D. Kleiman to C. Wright re Brits, dated December 15, 2012 |
| P055.1 | 1st Edman Report Ex. 31-DEF_00022263.PDF.obj_6_0.pdf |

| | |
|---|---|
| P055.3 | 1st Edman Report Ex. 33-DEF_00022263.PDF-GPG Output.pdf |
| P057 | Warren Dep. Ex. P5 |
| P059 | Email from C. Wright to J. Chesher and R. Watts, Fwd of Email with D. Kleiman re "Divorce", Dated January 23, 2013 |
| P074 | Deed of Asssignment between Craig Wright R&D and Strasan Pty Ltd, dated June 30, 2013 |
| P075 | Email from C. Wright to J. Wilson and R. Watts re Initial Accounts, dated July 2, 2013 |
| P076 | Email from C. Wright to R. Watts re Next, dated July 2, 2013 |
| P078 | Email from C. Wright to Fhalyce Dempster re Evidence, dated July 18, 2013 |
| P091 | Email from C. Wright to R. Manu and J. Wilson re Advice, dated September 23, 2013 |
| P092 | Email from S. Lipke to C. Wright, R. Urquhart, J. Wilson, R. Watts and A. Pedersen re ATO Ruling, dated September 27, 2013 |
| P094 | Email from C. Wright to J. Spears re Discussion, dated October 2, 2013 |
| P096 | Email from C. Wright to M. Italia re Email 7 re Notification of audit ABN 48 164 068 348, dated October 6, 2013 |
| P097 | Email from C. Wright to M. Hardy re Discussion, dated October 9, 2013 |
| P101 | Email from C. Wright to M. Italia re Notification of audit ABN 48 164 068 348, dated October 12, 2013 |
| P102 | Resignation Letter from J. Wilson to C. Wright, dated October 23, 2013 |
| P105 | Transcript of Craig Wright before Registrar Bradford, dated October 30, 2013 (Craig Dep. IV Ex. Z16) |
| P112 | Email from C. Wright to B. Wright re Intro, dated January 29, 2014 |
| P113 | Email from C. Wright to S. Matthew re what we are doing. |
| P117 | Email from L. Kleiman to C. Wright re Dave, dated February 12, 2014 |
| P119 | Email from C. Wright to I. Kleiman re Dave, dated February 15, 2014 |
| P120 | Email from C. Wright to I. Kleiman re Dave, dated February 15, 2014 |
| P122 | Email from C. Wright to P. Paige re Difficult, dated February 17, 2014 |
| P124 | Email from I. Kleiman to C. Wright re AGMO COE in IPv6.pptx, dated February 18, 2014 |
| P127 | Record of Interview of J. Chesher by ATO Auditor A. Miller, dated February 26, 2014 |
| P129 | Email from C. Wright to I. Kleiman re Bond villains, dated March 2, 2014 |
| P133 | Email from C. Wright to I. Kleiman re This week, dated March 7, 2014 |
| P134 | Email from C. Wright to I. Kleiman re RDPlan - Integyrs.doc, dated March 7, 2014 |
| P135 | Email from C. Wright to J. Chesher re Bond villians, dated March 10, 2014 |
| P135.1 | 1st Edman Report Ex. 28-DEF_00028008.mht.txt-GPGOutput.pdf |
| P137 | Questions from the ATO about W&K Letter from J. O'Halloran to C. Wright and J. Chesher re Questions relating to our audit, dated March 11, 2014 |
| P138 | Email from C. Wright to I. Kleiman re Coin-Exch Balance Sheet, dated March 11, 2014 |
| P139 | Email from I. Kleiman to C. Wright re Another, dated March 11, 2014 |

| | |
|---|---|
| P140 | Email from C. Wright to A. Sommer and R. Watts re Draft Answer - Demorgan and CSW, dated March 16, 2014 with attachment |
| P142 | Email from C. Wright to J. Chesher, R. Watts, and A. Sommer re L11000019904, dated March 24, 2014 |
| P143 | Email from C. Wright to R. Watts re Transcript of Interview - 28 March 2014 [DLM=Sensitive], dated April 23, 2014; Transcript of Craig Wright ATO Interview, dated March 28, 2014 |
| P146 | Email from C. Wright to J. Chesher, R. Watts, and A. Sommer re CFS International Formations, dated April 1, 2014 |
| P147 | Email from C. Wright to J. Chesher, R. Watts, A. Pedersen and A. Sommer re code, dated April 1, 2014 |
| P149 | Email from C. Wright to J. Chesher and A. Sommer re UK - design by human, dated April 2, 2014 |
| P156 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P156.1 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 (Screenshot of Native Metadata) |
| P157 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P157.1 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 (Screenshot of Native Metadata) |
| P160 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P160.1 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 (Screenshot of Native Metadata) |
| P161 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P164 | Email from C. Wright to I. Kleiman re Chronology of Craig Wright, dated April 25, 2014 |
| P166 | Email from C. Wright to A. McCabe, A. McEvoy and R. Watts re WKID Software valuation, dated May 16, 2014 |
| P167 | Email from I. Kleiman to C. Wright re memory recall, dated May 20, 2014 |
| P169 | Letter from C. Wright to U. Nguyen re C01N Deed of Loan, dated June 27, 2014 |
| P172 | Transcript of ATO Interview of C. Wright, dated August 11, 2014 |
| P173 | Transcript of ATO Interview of C. Wright, dated August 18, 2014 |
| P175 | Email from C. Wright to R. Watts and A. Sommer re Our meeting Monday, dated September 17, 2014 |
| P181 | Email from Lee to C. Wright re valuation, dated October 28, 2014 |
| P183 | Email from R. Watts to C. Wright and S. Matthews re Valuation, with attachment Software Engineering Valuation, dated November 13, 2014 |
| P187 | Email from C. Wright to A. Sommer and R. Watts re bitmessage, dated December 31, 2014 |
| P189 | Email from C. Wright to R. Watts re ATO Game, dated February 4, 2015 |
| P191 | Emaiil from H. Miller to C. Wright, R. Watts, and A. Sommer re meeting - possible investor, dated April 17, 2015 |
| P200 | Email from M. Seven to C. Wright re Email, dated May 21, 2015 |
| P209 | Email from C. Ayre to C. Wright, S. Matthews, JLP, M. Bianchi, Dr. Errol Cort re thinking from last night, dated June 10, 2015 |

| P210 | Skype between C. Wright and S. Matthews, June 14, 2015 |
|---|---|
| P211 | Email from C. Ayre to C. Wright re Letter of Intent, dated June 14, 2015 |
| P212 | Email from C. Wright to U Ng, R. Watts re ATO request, dated June 18, 2015 |
| P213 | Email from C. Wright to C. Ayre, S. Matthews, and JLP re for 1:30 meeting, dated June 18, 2015 |
| P214 | Email from C. Wright to C. Ayre, S. Matthews, and C. Hoffman re Letter of Intent, dated June 18, 2015 |
| P215 | Email from C. Wright to C. Ayre re OK…finished first cut of thr LOI just now, dated June 20, 2015 |
| P216 | Email from C. Ayre to C. Wright and C. Hoffman re can one of you guys…, dated June 20, 2015 |
| P217 | Email from C. Ayre to C. Wright re OK…finished first cut of the LoI just now, dated June 20, 2015 |
| P219 | Email from C. Ayre to C. Wright re OK…finished first cut of the LoI just now, dated June 22, 2015 ATTACHMENTS: DEFAUS_01581821- Budget.xlsx, DEFAUS_01581822- Summary of Issues and Position |
| P221 | Email from R. Watts to I. Kleiman re questions, dated June 23, 2015 |
| P223 | Email from C. Wright to R. Watts re Transcript and Meeting Minutes, dated June 24, 2015 |
| P224 | Email from C. Wright to S. Matthews and R. Watts re things to send to Stefan, dated June 24, 2015 |
| P229 | Email from R. Macgregor to C. Ayre, S. Matthews, C. Wright & R. Watts re Congratulation, dated June 29, 2015 |
| P230 | Technical services agreement between DeMorgan and DR Technologies |
| P240 | Email from R. Watts to C. Wright re Termination of Engagement, dated July 6, 2015 attachment: Letter from A. Sommer to R. Watts re DeMorgan Limited - Termination of engagement |
| P241 | Email from R. Watts to S. Matthews re Proposal, dated July 8, 2015 |
| P248 | Email from S. Matthews to C. Wright and Ramona Watts re Hotwire, dated July 24, 2015, with attachments |
| P256 | Email from S. Matthews to C. Wright and Ramona Watts re communication, dated August 28, 2015 |
| P257 | Email email from C. Wright to S. Matthews and R. Watts re coin-ex, dated August 28, 2015 |
| P261 | Email from R. Watts to S. Matthews re Can further details be provided, dated September 10, 2015 |
| P274 | Email from C. Wright to A. Pedersen re Proposal White Paper, dated October 20, 2015 |
| P290 | Email from C. Wright to R. MacGregor, C. Wright, C. Ayre and R. Watts re Reporter re: satoshi, dated November 21, 2015 |
| P291 | Email from C.Wright to R. Watts and S.Matthews re: Hey, dated November23, 2015 |
| P296 | DeMorgan Group Intellectual Property Ownership Analysis Draft, dated November 27, 2015 |

| | | |
|---|---|---|
| **P299** | Email from C. Wright to R. MacGregor, S. Matthews and R. Watts re Wired, dated December 2, 2015 |
| **P301** | Email from C. Ayre to C. Wright, S. Matthews, R. Watts re any news?, dated December 5, 2015 |
| **P305** | Email from C. Wright to R. MacGregor, S. Matthews and R. Watts re Difficult, dated December 8, 2015 |
| **P308** | Term Sheet re Allocation of IP Proceeds |
| **P310** | IP Assignment Deed for Ncrypt Holdings |
| **P313** | Email from S. Matthews to C. Wright and R. Watts re legal privilege, dated January 20, 2016 |
| **P315** | Novation Agreement substituting nCrypt Holdings for DR Technologies Limited |
| **P320** | Reasons for Decision from ATO for Integyrz |
| **P326** | Email from C. Wright to S. Matthews re Coordination, dated March 30, 2016 |
| **P332** | Email from C. Wright to A. O'Hagan re Material, dated March 31, 2016 |
| **P333** | Email from R. Macgregor to C. Wright re London, dated March 31, 2016 |
| **P337** | Demorgan Meeting Minutes March 2016<br>IP/agreements between DeMOrgan and nCrypt |
| **P349** | Email from C. Wright to G. Andresen re Some reading for the plane, dated April 6, 2016 |
| **P350** | Implementation Deed Between DeMorgan, Calay Holdings, Craig Wright |
| **P356** | Email from G. Andresen to S. Matthews re Media, dated April 20, 2016 |
| **P361** | Email from C. Wright to G. Andresen and J. Matonis re And soon to Paris, dated April 27, 2016 |
| **P381** | Email from R. Macgregor to S. Matthews, C. Wright and R. Watts re Hal, dated May 4, 2016 |
| **P392** | Email from C. Wright to G. Andresen re My apologies, dated May 7, 2016 |
| **P398** | C. Wright Power of Attorney appointing nCrypt Limited, dated August 22, 2016 |
| **P403** | Email from J. Nguyen to J. Diaferia re nChain Holdings Limited, dated January 23, 2017 |
| **P405** | Email from C. Wright to G. Andresen re Finalisation of Comprehensive Risk Review [DLM=Sensitive], dated May 3, 2017 |
| **P406** | Email from C. Wright to G. Andresen re Trolls, dated May 3, 2017 |
| **P407** | Email from G. Andresen to C. Wright re Finalisation of Comprehensive Risk Review [DLM=Sensitive], dated May 3, 2017 |
| **P408** | Email from C. Wright to G. Andresen re Trolls, dated May 3, 2017 |
| **P410** | Email from C. Wright to G. Andresen tr Finalisation of Comprehensive Risk Review, dated May 3, 2020 |
| **P420** | Email from A. Ojea to I. Kleiman re David, dated December 7, 2017 |
| **P424** | Letter from S. Harris from the U.S. Department of Homeland Security to K. Roche re 2018-STFO-00106, dated March 22, 2018 |
| **P434** | The Bad Crypto Podcast - "Is Craig Wright the Real Satoshi?" dated February 20, 2019 |
| **P439** | Craig S. Wright, Satoshi's Vision: The Art of Bitcoin (2019) |
| **P446** | Craig Wright's Notice of Compliance with Court's January 10, 2020 Order, dated January 14, 2020 |

| | |
|---|---|
| P452 | Bitmessages from D. Kleiman to C. Wright re The trust process, dated 2012 |
| P457 | Baker & McKenzie - EITC Holding Ltd. - IP valuation analysis, dated October 2016 |
| P459 | Emails between C. Wright and M. Ferrier, dated February 2013 |
| P464 | Statement of a Witness in Police v. Ferris, dated July 2014 |
| P469 | Baker & McKenzie - IP Assignment Deed for Ncrypt Holdings Ltd, DeMorgan Limited, DeMorgan Holdings Pty. Ltd., Misfit Games Pty. Ltd., Panopticrypt Pty Ltd, Coin-Exch Pty. Ltd., Integyrz Pty Ltd, Pholus Pty. Ltd., Cloudcroft Pty. Ltd., Chaos and Nonlinear Forecasting in Economics and Finance Pty. Ltd., CO1N Pty Ltd, Denariuz Pty. Ltd., Interconnected Research Pty. Ltd., Zuhl Pty. Ltd. and Daso Pty. Ltd. |
| P509 | Transcript of Australian proceedings |
| P511 | C. Wright and J. Nguyen Presentation Speech at Oxford Union |
| P512 | C. Wright and J. Nguyen Interview on Coin Geek Channel |
| P514 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011 |
| P514.1 | 1st Edman Report Ex. 3- DEF_00013189.PDF.obj_5_0.CLEAN. pdf--- |
| P518 | Email from D. Kleiman to C. Wright re Requested attached, dated October 17, 2014 |
| P518.1 | 1st Edman Report Ex. 5- DEF_00013459.PDF.obj_2_0-1.CLEAN.pdf-- |
| P518.2 | 1st Edman Report Ex. 6- DEF_00013459.PDF.obj_2_0-2.CLEAN.pdf-- |
| P518.3 | 1st Edman Report Ex. 7- DEF_00013459.PDF.obj_9_10-1 .pdf-- |
| P518.4 | 1st Edman Report Ex. 8- DEF_00013459.PDF.obj_9_10-2.pdf-- |
| P518.7 | 1st Edman Report Ex. 11- Microsoft - How to determine Outlook version information.pdf-- |
| P521.1 | P521.1 - 18 - DEF_00050985.PDF.obj+B171_60 |
| P521.7 | P521.7 - 24 - DEF_00050985 Copyright info |
| P522 | Email from C. Wright to D. Mayaka re Aged Shelf Company, dated October 17, 2014 |
| P523 | Transfer Receipt Abacus Invoice |
| P538 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011 |
| P538.1 | 1st Edman Report Ex. 13- DEF_00079344.msg - header.pdf-- |
| P538.2 | 1st Edman Report Ex. 14- Epoch Converter - Unix Timestamp Converter.pdf-- |
| P540 | Email from D. Kleiman to C. Wright re Requested attached, dated April 2, 2013 |
| P540.1 | 1st Edman Report Ex. 15- DEF_00013188.PDF.obj_2_0.CLEAN. pdf--- |
| P540.2 | 1st Edman Report Ex. 16- DEF_00013188.PDF - GPG Output.pdf-- |
| P546 | Email from D. Kleiman to C. Wright re Divorce, dated September 7, 2012 |
| P546.1 | 1st Edman Report Ex. 25- DEF_00027291.PDF.msg_1.txt - GPG Output.pdf-- |