If you change The
Time in the computer will
The IP Change Too

COURT EXH 1

- When making transactions from one person or private key to another can the location of either sender or reciever be traced?

- In reference to lines of coding how can you tell if the coding is done by one person or many?

- How does a "style" of coding be used to identify an individual? or is it even possible to identify the individual?

Court Exhibit #2

- When a patient is given a special overnight pass, does the patient need to fullfill certain "qualifications" to be able to leave the hospital.

- Is the patient required to have a companion (friend or family member) to be able to leave the hospital?

Court Exhibit #3

Dose a person diagnosed with autism show emotion just as easily as a person who is not?

How often is it seen for an autistic person to become successfull and independent outside of thier houshold

Court Exhibit 4

Did you used The same Computers For your Security Company For mining bitcoin Too

Court Exh #5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80176-CV-BLOOM
KLEIMAN V. WRIGHT

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE:   DO <u>NOT</u> SHOW YOUR NUMERICAL DIVISION

- How much of intellectual property does W+K currently have under the estate?
- Do we need to select an amount for bitcoin + intellectual property?
- When answering "yes" to a question requiring an amount, must we follow a certain formula or can we leave it blank. Many of us do not feel comfortable adjudicating an amount.

SIGNED: [redacted]   DATE: Nov 29, 2021   TIME: 3:06 pm
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

The Court is requesting a clarification as to the second question above.

If we answer "yes" do we decide on a monetary value, do we follow the amounts the plaintiff presented to us?

SIGNED: /s/   DATE: 11/29/2021   TIME: 3:40 pm
BETH BLOOM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80176-CV-BLOOM
KLEIMAN V. WRIGHT

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE:   DO **NOT** SHOW YOUR NUMERICAL DIVISION

Unfortunately we cannot come to a conclusion and we cannot all agree on a verdict on any of the questions

SIGNED: [redacted]   DATE: Dec 1, 2021   TIME: 10:47 am
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____   DATE: _____   TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80176-CV-BLOOM
KLEIMAN V. WRIGHT

JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE:   DO <u>NOT</u> SHOW YOUR NUMERICAL DIVISION

We have reached a verdict

SIGNED: ███████████████  DATE: Dec 6, 2021  TIME: 10:38
Foreperson of the Jury

**COURT'S RESPONSE TO THE JURY QUESTION**

SIGNED: _____ DATE: _____ TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE