UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80176 (BB/BR)

IRA KLEIMAN, as personal representative of the estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,
Plaintiffs,
vs.

CRAIG WRIGHT,
Defendant.

**ADMITTED EXHIBITS**

| Exhibit Number | Description |
|---|---|
| JE001 | W&K Info Defense Research LLC Articles of Organization filed on 2/16/2011 |
| JE003 | Email from A. Pedersen to J. Warren re BitMessage: Security Software Code review, |
| JE009 | IP Deed of Assignment between The Wright Family Trust Demorgan and Coin- Exch Pty Ltd |
| JE010 | Email from A. Andresen to J. Garzik, G. Maxwell, W. van der Laan, and P. Wuille re The satoshin@gmx.com account compromise, dated September 9, 2014 (Exhibit 70 in G. Andresen's 2/26/2020 deposition) |
| JE011 | Document from G. Andresen titled "Not as rich as you think", dated February 14, 2018 (Exhibit 71 in G. Andresen's 2/26/2020 deposition) |
| JE012 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 |
| JE013 | Email chain between C. Wright, L. Wright and D. Kleiman re: Link to R&D site |
| JE014 | Craig Declaration, dated May 8, 2019 |
| JE021 | 2018 Limited Liability Company Reinstatement for W&K Info Defense Research LLC |
| JE022 | D. Kleiman Last Will |
| JE024 | Exhibit D02 in J. Warren's 7/24/2019 deposition |
| JE031 | Email chain between C. Wright and I. Kleiman re: domains |
| JE032 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Four proposals |
| JE034 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals |
| JE035 | Email chain between C. Wright, D. Kleiman and L. Wright re: Four proposals |
| JE045 | Email chain between P. Paige and K. Andreou re: Bitcoin? |
| JE048 | Email chain with attachment between I. Kleiman and C. Wright re: Letter |
| JE049 | Email chain with attachment between I. Kleiman and A. Damoka re: Letter |
| JE052 | Email chain between D. Kleiman and C. Wright re: How are you |
| JE053 | Email chain between D. Kleiman and C. Wright re: Next week |
| JE054 | Email chain between D. Kleiman and C. Wright re: Welcome |

| | |
|---|---|
| JE055 | Email chain between C. Wright and D. Kleiman re: Runners up |
| JE057 | Email to D. Kleiman from C. Wright re: Next time |
| JE058 | Email chain between D. Kleiman and C. Wright re: Authorship offer (ISC) 2 Press Series - ISSMP |
| JE060 | Email chain between C. Wright and D. Kleiman re: Defamation and the difficulties of law on the Internet.aig |
| JE061 | Email to M. Pollitt, C. Whitcomb, S. Guttman and C. Wright from D. Kleiman re: Recommendations for DFCB board / committee member |
| JE062 | Email to C. Wright from D. Kleiman re: morning |
| JE096 | Email chain between C. Wright, D. Kleiman and L. Wright re: Reminder: Your Webinar is on Friday, September 9, 2011 7:00 PM - 8:00 PM AEST |
| JE097 | Email to D. Kleiman from C. Wright re: Runners up |
| JE098 | Email chain between C. Wright, D. Kleiman and L. Wright re: Your offer |
| JE099 | Email to self from I. Kleiman re: Fwd: Dave |
| JE101 | C. Wright 2009 Australian Tax return |
| JE103 | Email chain between C. Wright and I. Kleiman re: Dave |
| JE114 | Email from C. Wright to J. Wilson and R. Watts re Some history, dated June 26, 2013 |
| JE120 | C. Wright Post "Andrew Carnegie said 'earn as much as possible, give as much as possible.'" (Craig Dep. IV Ex. Tag 3) |
| JE124 | Email from C. Wright to D. Kleiman, P. Henry, B. Long, C. Conrad, cc: R. Lee re: Forensic Common Body of Knowledge, dated November 16, 2008. |
| P002 | Email from C. Wright to D. Kleiman re Defamation and the difficulties of law on the Internet, dated March 12, 2008 |
| P033 | Email from S. Nakamoto to G. Andresen re alert message key, dated April 26, 2011 |
| P034 | Panopticrypt Pty Ltd Certificate of Registration, dated June 20, 2011 |
| P035 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011 Tulip Trust |
| P036 | Deed of Trust for Tulip Trust |
| P037 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011. Tulip Trust |
| P042 | Email from C. Wright to S. Matthews and R. Watts re This week, dated October 27, 2015 |
| P043 | Email from R. Watts to C. Wright re Trusts, dated May 28, 2012 |
| P045 | Email from C. Wright to D. Kleiman re IFIP-WG11.9 CFP, dated October 10, 2012 |
| P048 | Deed of Loan between Design by Human Ltd., C. Wright and Denariuz Seychelles Trust, dated October 23, 2012 |
| P051 | Warren Dep. Ex. P11 |
| P052 | Warren Dep. Ex. P4 |
| P053 | Warren Dep. Ex. P3 |
| P055 | Email from D. Kleiman to C. Wright re Brits, dated December 15, 2012 |
| P055.1 | 1st Edman Report Ex. 31-DEF_00022263.PDF.obj_6_0.pdf |

| | |
|---|---|
| P055.3 | 1st Edman Report Ex. 33-DEF_00022263.PDF-GPG Output.pdf |
| P057 | Warren Dep. Ex. P5 |
| P059 | Email from C. Wright to J. Chesher and R. Watts, Fwd of Email with D. Kleiman re "Divorce", Dated January 23, 2013 |
| P074 | Deed of Asssignment between Craig Wright R&D and Strasan Pty Ltd, dated June 30, 2013 |
| P075 | Email from C. Wright to J. Wilson and R. Watts re Initial Accounts, dated July 2, 2013 |
| P076 | Email from C. Wright to R. Watts re Next, dated July 2, 2013 |
| P078 | Email from C. Wright to Fhalyce Dempster re Evidence, dated July 18, 2013 |
| P091 | Email from C. Wright to R. Manu and J. Wilson re Advice, dated September 23, 2013 |
| P092 | Email from S. Lipke to C. Wright, R. Urquhart, J. Wilson, R. Watts and A. Pedersen re ATO Ruling, dated September 27, 2013 |
| P094 | Email from C. Wright to J. Spears re Discussion, dated October 2, 2013 |
| P096 | Email from C. Wright to M. Italia re Email 7 re Notification of audit ABN 48 164 068 348, dated October 6, 2013 |
| P097 | Email from C. Wright to M. Hardy re Discussion, dated October 9, 2013 |
| P101 | Email from C. Wright to M. Italia re Notification of audit ABN 48 164 068 348, dated October 12, 2013 |
| P102 | Resignation Letter from J. Wilson to C. Wright, dated October 23, 2013 |
| P105 | Transcript of Craig Wright before Registrar Bradford, dated October 30, 2013 (Craig Dep. IV Ex. Z16) |
| P112 | Email from C. Wright to B. Wright re Intro, dated January 29, 2014 |
| P113 | Email from C. Wright to S. Matthew re what we are doing. |
| P117 | Email from L. Kleiman to C. Wright re Dave, dated February 12, 2014 |
| P119 | Email from C. Wright to I. Kleiman re Dave, dated February 15, 2014 |
| P120 | Email from C. Wright to I. Kleiman re Dave, dated February 15, 2014 |
| P122 | Email from C. Wright to P. Paige re Difficult, dated February 17, 2014 |
| P124 | Email from I. Kleiman to C. Wright re AGMO COE in IPv6.pptx, dated February 18, 2014 |
| P127 | Record of Interview of J. Chesher by ATO Auditor A. Miller, dated February 26, 2014 |
| P129 | Email from C. Wright to I. Kleiman re Bond villains, dated March 2, 2014 |
| P133 | Email from C. Wright to I. Kleiman re This week, dated March 7, 2014 |
| P134 | Email from C. Wright to I. Kleiman re RDPlan - Integyrs.doc, dated March 7, 2014 |
| P135 | Email from C. Wright to J. Chesher re Bond villains, dated March 10, 2014 |
| P135.1 | 1st Edman Report Ex. 28-DEF_00028008.mht.txt-GPGOutput.pdf |
| P137 | Questions from the ATO about W&K Letter from J. O'Halloran to C. Wright and J. Chesher re Questions relating to our audit, dated March 11, 2014 |
| P138 | Email from C. Wright to I. Kleiman re Coin-Exch Balance Sheet, dated March 11, 2014 |
| P139 | Email from I. Kleiman to C. Wright re Another, dated March 11, 2014 |

| | |
|---|---|
| P140 | Email from C. Wright to A. Sommer and R. Watts re Draft Answer - Demorgan and CSW, dated March 16, 2014 with attachment |
| P142 | Email from C. Wright to J. Chesher, R. Watts, and A. Sommer re L11000019904, dated March 24, 2014 |
| P143 | Email from C. Wright to R. Watts re Transcript of Interview - 28 March 2014 [DLM=Sensitive], dated April 23, 2014; Transcript of Craig Wright ATO Interview, dated March 28, 2014 |
| P146 | Email from C. Wright to J. Chesher, R. Watts, and A. Sommer re CFS International Formations, dated April 1, 2014 |
| P147 | Email from C. Wright to J. Chesher, R. Watts, A. Pedersen and A. Sommer re code, dated April 1, 2014 |
| P149 | Email from C. Wright to J. Chesher and A. Sommer re UK - design by human, dated April 2, 2014 |
| P156 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P156.1 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 (Screenshot of Native Metadata) |
| P157 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P157.1 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 (Screenshot of Native Metadata) |
| P160 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P160.1 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 (Screenshot of Native Metadata) |
| P161 | Email from C. Wright to I. Kleiman re Questions, dated April 23, 2014 |
| P164 | Email from C. Wright to I. Kleiman re Chronology of Craig Wright, dated April 25, 2014 |
| P166 | Email from C. Wright to A. McCabe, A. McEvoy and R. Watts re WKID Software valuation, dated May 16, 2014 |
| P167 | Email from I. Kleiman to C. Wright re memory recall, dated May 20, 2014 |
| P169 | Letter from C. Wright to U. Nguyen re C01N Deed of Loan, dated June 27, 2014 |
| P172 | Transcript of ATO Interview of C. Wright, dated August 11, 2014 |
| P173 | Transcript of ATO Interview of C. Wright, dated August 18, 2014 |
| P175 | Email from C. Wright to R. Watts and A. Sommer re Our meeting Monday, dated September 17, 2014 |
| P181 | Email from Lee to C. Wright re valuation, dated October 28, 2014 |
| P183 | Email from R. Watts to C. Wright and S. Matthews re Valuation, with attachment Software Engineering Valuation, dated November 13, 2014 |
| P187 | Email from C. Wright to A. Sommer and R. Watts re bitmessage, dated December 31, 2014 |
| P189 | Email from C. Wright to R. Watts re ATO Game, dated February 4, 2015 |
| P191 | Emaiil from H. Miller to C. Wright, R. Watts, and A. Sommer re meeting - possible investor, dated April 17, 2015 |
| P200 | Email from M. Seven to C. Wright re Email, dated May 21, 2015 |
| P209 | Email from C. Ayre to C. Wright, S. Matthews, JLP, M. Bianchi, Dr. Errol Cort re thinking from last night, dated June 10, 2015 |

| | |
|---|---|
| P210 | Skype between C. Wright and S. Matthews, June 14, 2015 |
| P211 | Email from C. Ayre to C. Wright re Letter of Intent, dated June 14, 2015 |
| P212 | Email from C. Wright to U Ng, R. Watts re ATO request, dated June 18, 2015 |
| P213 | Email from C. Wright to C. Ayre, S. Matthews, and JLP re for 1:30 meeting, dated June 18, 2015 |
| P214 | Email from C. Wright to C. Ayre, S. Matthews, and C. Hoffman re Letter of Intent, dated June 18, 2015 |
| P215 | Email from C. Wright to C. Ayre re OK…finished first cut of thr LOI just now, dated June 20, 2015 |
| P216 | Email from C. Ayre to C. Wright and C. Hoffman re can one of you guys…, dated June 20, 2015 |
| P217 | Email from C. Ayre to C. Wright re OK…finished first cut of the LoI just now, dated June 20, 2015 |
| P219 | Email from C. Ayre to C. Wright re OK…finished first cut of the LoI just now, dated June 22, 2015 ATTACHMENTS: DEFAUS_01581821- Budget.xlsx, DEFAUS_01581822- Summary of Issues and Position |
| P221 | Email from R. Watts to I. Kleiman re questions, dated June 23, 2015 |
| P223 | Email from C. Wright to R. Watts re Transcript and Meeting Minutes, dated June 24, 2015 |
| P224 | Email from C. Wright to S. Matthews and R. Watts re things to send to Stefan, dated June 24, 2015 |
| P229 | Email from R. Macgregor to C. Ayre, S. Matthews, C. Wright & R. Watts re Congratulation, dated June 29, 2015 |
| P230 | Technical services agreement between DeMorgan and DR Technologies |
| P240 | Email from R. Watts to C. Wright re Termination of Engagement, dated July 6, 2015 attachment: Letter from A. Sommer to R. Watts re DeMorgan Limited - Termination of engagement |
| P241 | Email from R. Watts to S. Matthews re Proposal, dated July 8, 2015 |
| P248 | Email from S. Matthews to C. Wright and Ramona Watts re Hotwire, dated July 24, 2015, with attachments |
| P256 | Email from S. Matthews to C. Wright and Ramona Watts re communication, dated August 28, 2015 |
| P257 | Email email from C. Wright to S. Matthews and R. Watts re coin-ex, dated August 28, 2015 |
| P261 | Email from R. Watts to S. Matthews re Can further details be provided, dated September 10, 2015 |
| P274 | Email from C. Wright to A. Pedersen re Proposal White Paper, dated October 20, 2015 |
| P290 | Email from C. Wright to R. MacGregor, C. Wright, C. Ayre and R. Watts re Reporter re: satoshi, dated November 21, 2015 |
| P291 | Email from C.Wright to R. Watts and S.Matthews re: Hey, dated November23, 2015 |
| P296 | DeMorgan Group Intellectual Property Ownership Analysis Draft, dated November 27, 2015 |

| | |
|---|---|
| **P299** | Email from C. Wright to R. MacGregor, S. Matthews and R. Watts re Wired, dated December 2, 2015 |
| **P301** | Email from C. Ayre to C. Wright, S. Matthews, R. Watts re any news?, dated December 5, 2015 |
| **P305** | Email from C. Wright to R. MacGregor, S. Matthews and R. Watts re Difficult, dated December 8, 2015 |
| **P308** | Term Sheet re Allocation of IP Proceeds |
| **P310** | IP Assignment Deed for Ncrypt Holdings |
| **P313** | Email from S. Matthews to C. Wright and R. Watts re legal privilege, dated January 20, 2016 |
| **P315** | Novation Agreement substituting nCrypt Holdings for DR Technologies Limited |
| **P320** | Reasons for Decision from ATO for Integyrz |
| **P326** | Email from C. Wright to S. Matthews re Coordination, dated March 30, 2016 |
| **P332** | Email from C. Wright to A. O'Hagan re Material, dated March 31, 2016 |
| **P333** | Email from R. Macgregor to C. Wright re London, dated March 31, 2016 |
| **P337** | Demorgan Meeting Minutes March 2016<br>IP/agreements between DeMOrgan and nCrypt |
| **P349** | Email from C. Wright to G. Andresen re Some reading for the plane, dated April 6, 2016 |
| **P350** | Implementation Deed Between DeMorgan, Calay Holdings, Craig Wright |
| **P356** | Email from G. Andresen to S. Matthews re Media, dated April 20, 2016 |
| **P361** | Email from C. Wright to G. Andresen and J. Matonis re And soon to Paris, dated April 27, 2016 |
| **P381** | Email from R. Macgregor to S. Matthews, C. Wright and R. Watts re Hal, dated May 4, 2016 |
| **P392** | Email from C. Wright to G. Andresen re My apologies, dated May 7, 2016 |
| **P398** | C. Wright Power of Attorney appointing nCrypt Limited, dated August 22, 2016 |
| **P403** | Email from J. Nguyen to J. Diaferia re nChain Holdings Limited, dated January 23, 2017 |
| **P405** | Email from C. Wright to G. Andresen re Finalisation of Comprehensive Risk Review [DLM=Sensitive], dated May 3, 2017 |
| **P406** | Email from C. Wright to G. Andresen re Trolls, dated May 3, 2017 |
| **P407** | Email from G. Andresen to C. Wright re Finalisation of Comprehensive Risk Review [DLM=Sensitive], dated May 3, 2017 |
| **P408** | Email from C. Wright to G. Andresen re Trolls, dated May 3, 2017 |
| **P410** | Email from C. Wright to G. Andresen tr Finalisation of Comprehensive Risk Review, dated May 3, 2020 |
| **P420** | Email from A. Ojea to I. Kleiman re David, dated December 7, 2017 |
| **P424** | Letter from S. Harris from the U.S. Department of Homeland Security to K. Roche re 2018-STFO-00106, dated March 22, 2018 |
| **P434** | The Bad Crypto Podcast - "Is Craig Wright the Real Satoshi?" dated February 20, 2019 |
| **P439** | Craig S. Wright, Satoshi's Vision: The Art of Bitcoin (2019) |
| **P446** | Craig Wright's Notice of Compliance with Court's January 10, 2020 Order, dated January 14, 2020 |

| | |
|---|---|
| P452 | Bitmessages from D. Kleiman to C. Wright re The trust process, dated 2012 |
| P457 | Baker & McKenzie - EITC Holding Ltd. - IP valuation analysis, dated October 2016 |
| P459 | Emails between C. Wright and M. Ferrier, dated February 2013 |
| P464 | Statement of a Witness in Police v. Ferris, dated July 2014 |
| P469 | Baker & McKenzie - IP Assignment Deed for Ncrypt Holdings Ltd, DeMorgan Limited, DeMorgan Holdings Pty. Ltd., Misfit Games Pty. Ltd., Panopticrypt Pty Ltd, Coin-Exch Pty. Ltd., Integyrz Pty Ltd, Pholus Pty. Ltd., Cloudcroft Pty. Ltd., Chaos and Nonlinear Forecasting in Economics and Finance Pty. Ltd., CO1N Pty Ltd, Denariuz Pty. Ltd., Interconnected Research Pty. Ltd., Zuhl Pty. Ltd. and Daso Pty. Ltd. |
| P509 | Transcript of Australian proceedings |
| P511 | C. Wright and J. Nguyen Presentation Speech at Oxford Union |
| P512 | C. Wright and J. Nguyen Interview on Coin Geek Channel |
| P514 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011 |
| P514.1 | 1st Edman Report Ex. 3- DEF_00013189.PDF.obj_5_0.CLEAN. pdf--- |
| P518 | Email from D. Kleiman to C. Wright re Requested attached, dated October 17, 2014 |
| P518.1 | 1st Edman Report Ex. 5- DEF_00013459.PDF.obj_2_0-1.CLEAN.pdf-- |
| P518.2 | 1st Edman Report Ex. 6- DEF_00013459.PDF.obj_2_0-2.CLEAN.pdf-- |
| P518.3 | 1st Edman Report Ex. 7- DEF_00013459.PDF.obj_9_10-1 .pdf-- |
| P518.4 | 1st Edman Report Ex. 8- DEF_00013459.PDF.obj_9_10-2.pdf-- |
| P518.7 | 1st Edman Report Ex. 11- Microsoft - How to determine Outlook version information.pdf-- |
| P521.1 | P521.1 - 18 - DEF_00050985.PDF.obj+B171_60 |
| P521.7 | P521.7 - 24 - DEF_00050985 Copyright info |
| P522 | Email from C. Wright to D. Mayaka re Aged Shelf Company, dated October 17, 2014 |
| P523 | Transfer Receipt Abacus Invoice |
| P538 | Email from D. Kleiman to C. Wright re Requested attached, dated June 24, 2011 |
| P538.1 | 1st Edman Report Ex. 13- DEF_00079344.msg - header.pdf-- |
| P538.2 | 1st Edman Report Ex. 14- Epoch Converter - Unix Timestamp Converter.pdf-- |
| P540 | Email from D. Kleiman to C. Wright re Requested attached, dated April 2, 2013 |
| P540.1 | 1st Edman Report Ex. 15- DEF_00013188.PDF.obj_2_0.CLEAN. pdf--- |
| P540.2 | 1st Edman Report Ex. 16- DEF_00013188.PDF - GPG Output.pdf-- |
| P546 | Email from D. Kleiman to C. Wright re Divorce, dated September 7, 2012 |
| P546.1 | 1st Edman Report Ex. 25- DEF_00027291.PDF.msg_1.txt - GPG Output.pdf-- |

| | |
|---|---|
| P546.2 | 1st Edman Report Ex. 26-DEF_00027291.PDF.msg_1.txt - GPG Output.pdf-- |
| P554 | CSW Filed List |
| P564 | Email from I. Kleiman to U. Ng re Dave K, dated February 16, 2014 |
| P565 | C01N Penalty and Interest Position Paper, dated March 11, 2016 |
| P578 | Email from C. Wright to I. Kleiman re FW: 32 Wipe Fallacy |
| P591 | Email from C. Wright to C. Wright re IFIP..., dated March 1, 2014 |
| P598 | Screenshot of Wallet Screenshot of XE.com Screenshot of XE.com |
| P604 | Audit Position Paper |
| P607 | Reasons for Decision from ATO for Zuhl, dated April 12, 2016 |
| P613 | Bitmessage Settings |
| P630 | Email from C. Wright to I. Kleiman re FW: Design by..., dated Feb. 28, 2014 |
| P633 | Screenshot of Wallet |
| P636 | Email from S. Matthews to C. Wright re Hey, dated November 25, 2015 |
| P637 | Preliminary GAAR Panel Submission, dated August 29, 2014 |
| P638 | IP License between Cloudcroft and GISCR, dated August 22, 2013 |
| P664 | Email from C. Wright to J. Chesher re External Companies dated February 28, 2014 |
| P685 | Patents Progress & Prioritization document, last updated January 13, 2015. |
| P695 | Email from C. Wright to R. Watts, S. Matthews re: Hey, dated November 25, 2015 (12:21:46 AM). |
| P696 | Email from C. Wright to S. Matthews, R. Watts, R. MacGregor re: Hey, dated December 8, 2015. |
| P709 | Australia Court File - 2013-00245661.pdf |
| P710 | Australia Court File – 2013-00225983.pdf |
| P717 | Email from C. Wright to P. Paige re Update, dated March 17, 2014 |
| P720 | Email from C. Wright to I. Kleiman re "Bond Villains," dated March 2, 2014 |
| P727 | Email from C. Wright to A. Sommer and I. Kleiman re Letter, dated May 1, 2014 |
| P727.1 | Email from C. Wright to A. Sommer and I. Kleiman re Letter, dated May 1, 2014 (Screenshot of Native Metadata) |
| P731 | Email from I. Kleiman to C. Wright re Questions, dated April 23, 2014 |
| P733 | Email from C. Wright to I. Kleiman re Memory Recall, dated May 20, 2014 |
| P733.1 | Email from C. Wright to I. Kleiman re Memory Recall, dated May 20, 2014 (Screenshot of Native Metadata) |
| P742 | ATO Reasons for Decision-Craig Wright R&D |
| P744 | Email from C. Wright to I. Kleiman re R&D, dated Feb. 16, 2014 |
| P748 | Affidavit of C. Wright - April 16, 2018 |
| P758 | Email from A. Miller to I. Kleiman re Request for Information, dated April 29, 2014 with attachment |
| P767 | Email from K. Andreou to I. Kleiman dated May 17, 2016 |
| P795 | Reasons for Decision (CO1N) |
| P799 | Email from D. Kleiman to C. Wright |

| P799.1 | DEF_00068503 - GPG Ouptut.txt |
|---|---|
| P807 | Email from D. Kleiman to U. Nguyen, dated December 20, 2012 |
| P807.1 | 1st Edman Report Ex. 36- DEF_00027287.PDF.obj_1.pdf--- |
| P807.2 | 1st Edman Report Ex. 38- DEF_00027287.PDF.obj_13.decoded_ stream.pdf--- |
| P807.3 | 1st Edman Report Ex. 40- DEF_00027287.PDF - GPG Output.pdf-- |
| P808 | Email from D. Kleiman to U. Nguyen, dated December 20, 2012 |
| P808.1 | 1st Edman Report Ex. 37- DEF_00027288.PDF.obj_2.pdf-- |
| P808.2 | 1st Edman Report Ex. 39- DEF_00027288.PDF.obj_17.decoded_ stream.pdf--- |
| P822 | Declaration of Dr. Craig S. Wright, dated May 13, 2019 |
| P823 | Email from D. Kleiman to C. Wright, dated December 10, 2012 |
| P823.1 | 1st Edman Report Ex. 47- DEF_00027303.PDF.obj_5_0-1.pdf-- |
| P823.2 | 1st Edman Report Ex. 48- DEF_00027303.PDF.obj_5_0-2.pdf-- |
| P823.3 | 1st Edman Report Ex. 49- DEF_00027303.PDF - GPG Output.pdf-- |
| P824 | Email from C. Wright, dated February 28, 2014 |
| P853.1 | METANET-ICU.SLACK.COM |
| P853.2 | METANET-ICU.SLACK.COM |
| P853.3 | METANET-ICU.SLACK.COM |
| P853.4 | METANET-ICU.SLACK.COM |
| P856 | Email from C. Wright to C. Wright re Appointment Letter, dated April 16, 2014 |
| P856.1 | Native of P856 Email from C. Wright to C. Wright re Appointment Letter, dated April 16, 2014 1st Edman Report Ex. 41- DEF_00030487.msg.headers.pdf--- |
| P856.2 | 1st Edman Report Ex. 42- 58.160.32.123 - GeoIP2 Precision Lookup Form _ MaxMind.pdf-- |
| P862 | Email and attachments from A. Miller to I. Kleiman re Request for Information from ATO (April 15, 2014) |
| P863 | Letter of Administration Appointing Ira Kleiman Personal Representative of the Estate (Feb. 4, 2016) |
| P864 | https://web.archive.org/web/20150922100212/http:/gse-compliance.blogspot.com/2013_04_28_archive.html |
| P865 | https://web.archive.org/web/20151124011302/http:/gse-compliance.blogspot.com/2013_04_28_archive.html |
| P867 | Email from P. Paige to I. Kleiman re what's up, dated February 13, 2014 |
| P869 | Email from Abacus Customer Services to C. Wright re Tulip Trading Limited with attachments, dated Oct. 23, 2014 |
| P871 | Email from C. Wright to S. Matthews and R. Watts re IP transaction and filing, dated Feb. 4, 2016 |
| D003 | Exhibit D01 in J.Warren's 7/24/2019 deposition |
| D005 | First Amended Complaint. Kleiman v. Computer Forensics LLC, Conrad & Paige. Case No. 50-2016-CA-013045 |
| D008 | Letter to Department of the Treasury from The Karp Law Firm |

| | |
|---|---|
| D010 | Supreme Court of New South Wales Notice of Listing Case no. 2013/00245661 with envelope |
| D011 | Email chain between P. Paige, C. Conrad and I. Kleiman re: Mailbox Renewal Reminder |
| D015 | D. Kleiman TransUnion credit report |
| D018 | D. Kleiman 2010 Tax Return |
| D019 | D. Kleiman 2011 Tax Return |
| D020 | Email to P. Paige, B.Long, G. Kelley, C.Bell, M. Shannon, J.Hatchett, E. Robi, G.Freemyer, P. Henry, C. Wright, S.Moulton, W. Marney, B. Bell, B. Dean, K. Andreou and G.Kelley from C.Conrad re: Dave Kleiman |
| D030 | Email chain between C. Wright and D. Kleiman re: An update |
| D040 | Email to M. Sheppard, D. Ostrom, J.Giarraputo, N. Pham from D. Kleiman re: US v. Garcia - Expert |
| D041 | Email chain with attachment between D. Kleiman, C. Conrad and P. Paige re: Question on costs for a company |
| D042 | Email chain betwwen C. Wright, C. Conrad, P. Paige, B. Long, G. Kelley, M. Shannon, J.Hatchett, E.Robi, G. Freemyer, P. Henry, S. Moulton, W. Marney, B. Bell, B. Dean and K. Andreou re: Dave Kleiman |
| D045 | Change to company details for Coin-Ech Pty Ltd. |
| D046 | Email with attachment from I. Kleiman to I. Kleiman re: Doc 22.06.16 09:12:07 |
| D056 | Email with attachment from D. Kleiman to D. Kuharcik, C. Conrad, P. Paige and Computer Forensics LLC Accounting re: Computer Forensics LLC Accounting |
| D057 | Email with attachment from D. Kleiman to D. Kuharcik and Computer Forensics LLC Accounting re: Computer Forensics LLC Accounting - 1099s |
| D058 | Email to self from D. Kleiman re: Fw: Balance alert |
| D059 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 |
| D067 | Letters to I. Kleiman, C. Wright and D. Kleiman from Homeland Security |
| D072 | Email to D. Kleiman and L. Wright from C. Wright re: Idea - research |
| D073 | Email chain between D. Kleiman, C. Wright and L. Wright re: Link to R&D site |
| D075 | Email chain with attachment between D. Kleiman, C. Wright and L. Wright re: Registration - TTA1 |
| D078 | Email chain between C. Wright, D. Kleiman and L. Wright re: [DHS Cyber R&D Grants $40MM] |
| D080 | Email with attachment from C. Wright to D. Kleiman and L. Wright re: Registration |
| D082 | Email chain between C. Wright, D. Kleiman and L. Wright re: Registration - TTA1 |
| D083 | Email to D. Kleiman and L. Wright from C. Wright re: Abstract 2 |
| D084 | Email chain between C. Wright, D. Kleiman and L. Wright re: Abstract 3 |
| D085 | Email to D. Kleiman and L. Wright from C. Wright re: Abstract 4 |
| D088 | Email to I. Kleiman from C. Wright re: FW: Registration - TTA1 |
| D091 | D. Kleiman VA records Pages 1-999 |
| D092 | D. Kleiman VA records Pages 1000-1999 |
| D093 | D. Kleiman VA records Pages 2000-2999 |

Case 9:18-cv-80176-BB   Document 815   Entered on FLSD Docket 12/07/2021   Page 11 of 13

| D094 | D. Kleiman VA records Pages 3000-3999 |
|---|---|
| D095 | D. Kleiman VA records Pages 4000-4999 |
| D096 | D. Kleiman VA records Pages 5000-5999 |
| D097 | D. Kleiman VA records Pages 6000-6999 |
| D098 | D. Kleiman VA records Pages 7000-7999 |
| D099 | D. Kleiman VA records Pages 8000-8999 |
| D100 | D. Kleiman VA records Pages 9000-9999 |
| D101 | D. Kleiman VA records Pages 10000-10999 |
| D102 | D. Kleiman VA records Pages 11000-11497 |
| D158 | Email chain between D. Kleiman, S.Dorsey and P. Paige re: October |
| D159 | Email to P. Paige from D. Kleiman re: FW: WPTV |
| D161 | Email chain with attachment between C. Wright and D. Kleiman re: Defamation and the difficulties of law on the Internet.aig |
| D164 | BOD Meeting Minutes dated August 2007 |
| D171 | Email to C. Wright from D. Kleiman re: Hello |
| D173 | Email to D. Kleiman from C. Wright re: Long time |
| D174 | Email chain between D. Kleiman and C. Wright re: Long time |
| D175 | Email chain with attachment between D. Kleiman and C. Wright re: An ethics issue that needs to be investigated (ISACA Branch President) |
| D176 | Email chain between C. Wright and D. Kleiman re: Correct Contact info |
| D177 | Email chain between D. Kleiman and C. Wright re: IFIP-WG11.9 CFP |
| D179 | Email to I. Kleiman from D. Kleiman re: Better buy some twitter stock |
| D180 | Email to I. Kleiman and "lureg8@yahoo.com from D. Kleiman re: Here is your stock tip |
| D181 | Email to I. Kleiman from D. Kleiman re: Bing search engine on Apple's iPhones as default |
| D245 | Email chain between C. Wright and D. Kleiman re: A paper |
| D246 | Email chain between D. Kleiman and C. Wright re: So… |
| D247 | Email chain between D. Kleiman and C. Wright and other re: Using Checklists to make better best.docx |
| D248 | Email chain between D. Kleiman and C. Wright re: Some more reading |
| D249 | Email chain between D. Kleiman, C. Wright and R. Radvanovsky re: A paper |
| D250 | Email chain between D. Kleiman and C. Wright re: BAA 11-02 |
| D251 | Email with attachment to D. Kleiman from C. Wright re: Some reading for you |
| D252 | Email chain between I. Kleiman and the Florida Division of Corporations re: articles of incorporation |
| D256 | Email chain between I. Kleiman and T. Miller re: EOI case ref # 362215/Australia case ref #1-6B0K5GO - email 2 of x yes can open |
| D257 | Email to I. Kleiman from Craigslist re: Post/Edit/Delete : Quickie Triumph Wheelchair" (general for sale - by owner) |
| D284 | Email chain between I. Kleiman, C. Wright and U. Nguyen re: Dave |
| D285 | Email chain between I. Kleiman and C. Wright re: Dave |
| D289 | Email chain between C. Wright, I. Kleiman and A. Damoka re: Letter |
| D301 | D. Kleiman IRS Account Transcript 2009 |

| | |
|---|---|
| D302 | D. Kleiman IRS Account Transcript 2010 |
| D303 | D. Kleiman IRS Account Transcript 2011 |
| D319 | Email chain between D. Kleiman and C. Wright re: Defamation and the difficulties of law on the Internet |
| D326 | Email with attachment to D. Kleiman and R. Radvanovsky from C. Wright re: Papers so far. |
| D329 | Email chain between C. Wright and D. Kleiman re: Next post |
| D330 | Email chain between C. Wright ad D. Kleiman re: CFS 09/October 5-6 Updated Speaker/Session List |
| D331 | Email chain between D. Kleiman and C.Wright re: Happy new year |
| D335 | Email chain between C. Wright and D. Kleiman re: FW: Authorship offer: (ISC) 2 Press Series - ISSMP |
| D336 | Email chain between D. Kleiman, M. Himebaugh C. Wright, R. O'Hanley, H. Tipton and K. Henry re: Authorship offer: (ISC) 2 Press Series - ISSMP |
| D337 | Email chain between C. Wright and D. Kleiman re: On Another note |
| D338 | Email chain between C. Wright, "Shyaam" and D. Kleiman re: FW: CFP - Fourth International Conference on Information Systems Security (ICISS 2008) HYDERABAD INDIA |
| D339 | Email to D. Kleiman, S. Northcutt, B. Wright, E. Sturnick, "dsvoboda@sans.edu," A. Paller, J. Pike, E. Carroll, M. Hofman, B. Radvanovsky, G. Byrne, "chamby@giac.org" and "giac-eth ics-council-bounceslist.sans.org" from C. Wright re: Tooting the horn |
| D340 | Email to C. Wright from D. Kleiman re: My availability |
| D341 | Email chain between C. Wright and D. Kleiman re: An ethics issue that needs to be investigated (ISACA Branch President) |
| D342 | Email to I. Kleiman from C. Wright re: FW: I will start ending framework soon |
| D343 | Email to D. Kleiman from C. Wright re: FW: American R&D |
| D344 | Email chain between C. Wright and D. Kleiman re: Hey |
| D345 | Email chain between C. Wright and D. Kleiman re: Checkpoint smart defense as IPS |
| D346 | Email chain between D. Kleiman, C. Wright, and others re: RE: [HTCC] Secure deletion: a single overwrite will do it |
| D348 | Email to C. Wright from D. Kleiman re: Welcome! |
| D349 | Email to C. Wright from D. Kleiman re: Restaurants |
| D350 | Email chain with attachment between C. Wright, D. Kleiman and others re: RE: [CCE] Event viewer (Parsing) Attachments: ATT01534.txt |
| D351 | Email chain between D. Kleiman, C. Wright, and others re: RE: [CCE] DD gurus |
| D352 | Email to D. Kleiman from C. Wright re: SO... |
| D353 | Email with attachment to D. Kleiman and B. Radvanovsky from C. Wright re: Some more readings for you. Attachments: IWSEC2010a.pdf |
| D354 | Email chain between D. Kleiman and C. Wright re: RE: Papers so far. |
| D356 | Email chain between C. Wright and D. Kleiman re: RE: Just a draft |
| D357 | Email chain between D. Kleiman and C. Wright |
| D359 | Email chain between D. Kleiman, C. Wright, and S. Sundhar |

| | |
|---|---|
| **D360** | Email Chain between C. Wright, S. Sundhar and D. Kleiman |
| **D361** | Email chain between C. Wright and D. Kleiman |
| **D362** | Email chain between C. Wright, D. Kleiman and others |
| **D363** | Email chain between D. Kleiman and C. Wright |
| **D380** | Email chain between D. Kleiman and C. Wright re: How are you going with the paper |
| **D389** | Email to D. Kleiman from C. Wright re: 32 wipe falacy |
| **D396** | Certified Notice of Voluntary Dismissal, Wells Fargo Bank v. D. Kleiman Case no. 211CA02057 |
| **D398** | Cryptography Mailing List from H. Finney re: Bitcoin P2P e-cash paper |
| **D408** | Exhibit 03 to A. Antonopoulos' 1/7/2020 deposition |
| **D412** | Exhibit 23 to M. Edman's 10/1/2021 deposition |
| **D425** | Photographs of Dave Kleiman's electronic devices |
| **D480** | P463- Chat conversations between K. Andreou and D. Kleiman |
| **D481** | Authorization to obtain consumer credit information |
| **D488** | Email from I. Kleiman to C. Wright re: FW: AGMO COE in IPv6.pptx |
| **D489** | Email from I. Kleiman to A. Cush re: BTC to Pay Bills |
| **D1020** | "Summary Exhibit" used with MacIntyre |
| **D1021** | "Summary Exhibit" used with MacIntyre |