14 Nov 2019

IN THE HIGH COURT OF JUSTICE
BUSINESS AND PROPERTY COURTS OF
ENGLAND AND WALES
COMMERCIAL COURT (QBD)

CL-2019-000695

IN THE MATTER OF THE EVIDENCE (PROCEEDINGS IN OTHER JURISDICTIONS) ACT 1975

and

IN THE MATTER OF A CIVIL PROCEEDING PENDING BEFORE THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA ("SDF COURT") ENTITLED AS:-

(1) Ira Kleiman (as the personal representative of the Estate of David Kleiman) and (2) W&K Info Defense Research LLC, Plaintiffs, v Craig Wright, Defendant (Case No.: 9:18-cv-80176-BB)

BEFORE THE HONOURABLE MR JUSTICE BUTCHER
DATED 12TH NOVEMBER 2019

BETWEEN:

IRA KLEIMAN, as the personal representative of the
Estate of David Kleiman, and W&K INFO DEFENSE
RESEARCH, LLC                                              **Applicants**

-and-

ANDREW O'HAGAN                                             **Respondent**

ORDER

**UPON AN APPLICATION** being made without notice by application notice dated 11 November 2019 on behalf of (1) Ira Kleiman (as the personal representative of the Estate of David Kleiman) and (2) W&K Info Defense Research LLC (the "**Applicants**") and without a hearing.

**AND UPON** the Master having read the written evidence filed and the Letter Rogatory dated 22 July 2019 from the Southern District Court of Florida asking the Court for assistance in obtaining evidence from Mr Andrew O'Hagan of 8 Primrose Hill Studios, London, NW1 8TR (residential address).

**IT IS ORDERED** that:

1. Pursuant to section 2(2) of the Evidence (Proceedings in Other Jurisdictions) Act 1975, the Respondent, Mr Andrew O'Hagan, attend before Mr Allen Dyer, who is hereby appointed examiner pursuant to CPR 34.18.1(b), at the offices of the solicitors for the Applicants, for no longer than 7 hours, at a date and time to be agreed by the Applicants and the Respondent but no later than 20 December

2019, to be examined on oath in a manner consistent with the United States Federal Rules of Civil Procedure and on the following topics of questioning:

(a) His educational background, employment history, professional qualifications, persona preparation for the deposition (to include any contacts he may have had with the parties, their lawyers, insurers or representatives, but excluding any privileged content of such communications).

(b) The accuracy of the quotes and factual assertions contained within his work *The Satoshi Affair*.

(c) Statements made, or documents provided, by Craig Wright (and his agents), Ms Lynn Wright, or Ms Ramona Watts that relate to Satoshi Nakamoto, the creation of Bitcoin, David Kleiman, W&K Info Defense Research, the Tulip Trusts, the bitcoin allegedly mined by Craig Wright and/or David Kleiman, and the intellectual property alleged to have been created by Craig Wright and/or David Kleiman.

(d) Statements made, or documents provided, by anyone interviewed in connection with the drafting of *The Satoshi Affair* that relate to Satoshi Nakamoto, the creation of Bitcoin, David Kleiman, W&K Info Defense Research, the Tulip Trusts, the bitcoin allegedly mined by Craig Wright and/or David Kleiman, and the intellectual property alleged to have been created by Craig Wright and/or David Kleiman.

and that Mr O'Hagan produce the following documents:

(e) All video and/or audio recordings of interviews related to Mr O'Hagan's work in writing *The Satoshi Affair*, including but not limited to, the "*many hours of tape*" of Craig Wright referenced in *The Satoshi Affair*.

(f) All documents relied on or reviewed in preparing for, and drafting, *The Satoshi Affair*. This includes contemporaneous notes taken by Mr O'Hagan or others, and any documents or communications reviewed or relied on when preparing the story.

(g) All emails between Mr O'Hagan, and either Craig Wright, Ms Ramona Watts, Mr Robert MacGregor, or Mr Stefan Matthews.

2. The examiner (a) request the witness to sign his deposition in the examiner's presence, (b) sign the deposition and (c) when completed, send it together with this Order and the Letter of Request to the Senior Master, Foreign Process Section, Room E02, Royal Courts of Justice, Strand, London WC2A 2LL for transmission to the court requesting the evidence of the witness, with copy to the Applicants and the Respondent.

3. Permission to the Respondent to apply to set aside, vary or stay this Order within 7 days of service of the same.

486

4.   The Applicants' solicitors are to serve this Order by no later than 7 days from the date of the Order.

**Service**

The Court has provided a sealed copy of this Order to the serving party:

Boies Schiller Flexner (UK) LLP
5 New Street Square, London EC4A 3BF
Solicitors for the Applicants (Ref: 15000.0056)