| | |
|---|---|
| **IN THE HIGH COURT OF JUSTICE** | **Claim No. CL-2019-000695** |
| | **Claim Ref: QB-2020-004407** |

**QUEEN'S BENCH DIVISION**
**MEDIA AND COMMUNICATIONS LIST**

The Honourable Mr Justice Nicklin
18 December 2019

IN THE MATTER OF THE EVIDENCE (PROCEEDINGS IN OTHER JURISDICTIONS) ACT 1975

and

IN THE MATTER OF A CIVIL PROCEEDING PENDING BEFORE THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA ENTITLED AS:
(1) Ira Kleiman (as the personal representative of the Estate of David Kleiman) and (2) W&K Info Defense Research LLC, Plaintiffs, v Craig Wright (Case No. 9:18-cv-80176-BB)

**BETWEEN:**

  (1) **IRA KLEIMAN**
   (as personal representative of the Estate of David Kleiman)

  (2) **W&K INFO DEFENSE RESEARCH, LLC**

                 **Applicants**

-and-

**ANDREW O'HAGAN**

                 **Respondent**

---

**CONSENT ORDER**

---

**UPON** the Applicants making an application without notice by application notice, dated 11 November 2019,

**AND UPON** Mr Justice Butcher making an order in respect of these proceedings on 14 November 2019;

**AND UPON** the Respondent applying by application notice dated 22 November 2019 for the order of Mr Justice Butcher to be revoked or varied ("the Application");

**AND UPON** the parties agreeing terms;

It is **ORDERED** by consent that:

1. The order of Mr Justice Butcher, dated 14 November 2019, is revoked by reason of the mutual agreements set out in this order;

2. The hearing of the Application on 20 December 2019 is vacated;

3. Pursuant to s.2(2) of the Evidence (Proceedings in Other Jurisdictions) Act 1975 and r.34.18 of the Civil Procedure Rules 1998 ("CPR"), the Respondent shall attend before Ms Alison Green, who is hereby appointed examiner pursuant to CPR, r.34.18.1(b), at the offices of the solicitors for the Applicants, for no longer than 4 hours, at a date and time to be agreed by the Applicants and the Respondent but no later than 17 January 2020, to be examined on oath in a manner consistent with the United States Federal Rules of Civil Procedure and on the following topics of questioning:

    a. His educational background, employment history, professional qualifications, personal preparation for the deposition (to include any contacts he may have had with the parties, their lawyers, insurers or representatives about the Applicants' litigation, but excluding any privileged content of such communications).

    b. The accuracy of the quotes and factual assertions contained within his work *The Satoshi Affair*.

    Save that, other than confirming the accuracy of quotes and factual assertions within his work *The Satoshi Affair*, nothing within this order shall require the Respondent to:

    c. Disclose and/or reveal the contents of any journalistic material, including any such material which reveals a confidential journalistic source;

    d. Confirm the accuracy of factual assertions made by others in quotations in *The Satoshi Affair*.

4. The Applicants shall pay the Respondent's reasonable costs of the following on the standard basis, to be assessed if not agreed:

    a. The Respondent's costs of the Application;

    b. The costs incurred by the Respondent in preparing for, attending at, and being represented at the deposition.

5. Liberty to apply.

**Dated: 18 December 2019**