## Borges, Virginia

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Monday, November 8, 2021 7:06 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 9:18-cv-80176-BB Kleiman v. Wright Jury Trial - Held |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION:** External Sender

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 11/8/2021 at 7:05 PM EST and filed on 11/8/2021

| | |
|---|---|
| **Case Name:** | Kleiman v. Wright |
| **Case Number:** | 9:18-cv-80176-BB |
| **Filer:** | |
| **Document Number:** | 771(No document attached) |

**Docket Text:**
**PAPERLESS Minute Entry for proceedings held before Judge Beth Bloom: Jury Trial held on 11/8/2021. Day 6. Plaintiff continues with the presentation of their case. Witness Ramona Watts' deposition is read to the jury. Andrew O'Hagan testifies as a witness via video. Dr. Craig Wright is sworn and testifies. Exhibits presented, evidence entered. This case is in recess until 11/8/21 at 10:00 am. Total time in court: 8 hour(s). Attorney Appearance(s): Kyle Roche, Stephen N. Zack, Devin Freedman, Andrew Scott Brenner, Andres Rivero, Zaharah R. Markoe, Amanda Marie McGovern, Schneur Zalman Kass, Court Reporter: Yvette Hernandez, 305-523-5698 / Yvette_Hernandez@flsd.uscourts.gov. (ego)**

**9:18-cv-80176-BB Notice has been electronically mailed to:**

Alan H. Rolnick    arolnick@riveromestre.com, sgonzalez@riveromestre.com

Alexander J. Holtzman    aHoltzman@bsfllp.com

Amanda Marie McGovern     amcgovern@riveromestre.com, palvarez@riveromestre.com, receptionist@riveromestre.com

Andres Rivero     arivero@riveromestre.com, amcgovern@riveromestre.com, cwhorton@riveromestre.com, ddaponte@riveromestre.com, jmestre@riveromestre.com, receptionist@riveromestre.com, rsanchez@riveromestre.com, sgonzalez@riveromestre.com, zmarkoe@riveromestre.com

Andrew Scott Brenner     abrenner@bsfllp.com, alexander-holtzman-6847@ecf.pacerpro.com, jwikel@bsfllp.com, tlopez@bsfllp.com

Constantine Philip Economides     ceconomides@rcfllp.com, ECF_Notifications@rcfllp.com

Darrell Winston Payne     dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

Devin Freedman     vel@rcfllp.com, ECF_Notifications@rcfllp.com, nbermond@rcfllp.com

Guy Austin Rasco     grasco@devinegoodman.com, aandrews@devinegoodman.com, efiling@devinegoodman.com, rkuntz@devinegoodman.com, smallet@devinegoodman.com, vborges@devinegoodman.com

Joseph M. Delich     jdelich@rcfllp.com

Kyle Roche     kyle@rcfllp.com

Laselve Elijah Harrison     lharrison@bsfllp.com, afambrini@bsfllp.com

Maxwell V. Pritt     mpritt@bsfllp.com

Michael A. Fernandez     mfernandez@riveromestre.com

Patricia L. Glaser     PGlaser@GlaserWeil.com

Richard W. Buckner     RBuckner@GlaserWeil.com

Schneur Zalman Kass     zkass@riveromestre.com

Stephen Lagos     slagos@rcfllp.com

Stephen N. Zack     szack@bsfllp.com, Cwashenko@BSFLLP.com

Whitney Lohr     wlohr@riveromestre.com

Zaharah R. Markoe     zmarkoe@riveromestre.com, amcgovern@riveromestre.com, wlohr@riveromestre.com, zkass@riveromestre.com

**9:18-cv-80176-BB Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**