UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

(WEST PALM BEACH)

Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

### NON-PARTY WITNESS JOHN DOE'S AGREED MOTION TO SEAL TRANSCRIPT AND SUPPORTING MEMORANDUM OF LAW

### Motion and Supporting Memorandum of Law

Non-party witness, deponent John Doe (the "Deponent"), with the agreement of the Plaintiffs and the Defendant, moves to seal the Deponent's deposition transcript, including all redlined and redacted excerpts of the transcript.

The full deposition transcript was previously filed under seal, as authorized by ECF No. 692 (and other orders), and a redlined, redacted version of the sealed transcript (showing the proposed redactions) was filed under seal, pursuant to ECF Nos. 743 and 744. After hearing on Deponent's expedited, renewed motion to seal (ECF No. 759) ("Motion"), on November 3, 2021, the Court ruled that the Motion was granted in part, and denied in part (ECF No. 765), and the Court directed the parties to attempt to agree upon the redactions to the transcript, before any portion of the transcript would be publicly read at trial. However, the Plaintiffs and Defendant ultimately determined to not use the Deponent's deposition testimony at trial, and thus the Motion is moot. No portion of the Deponent's transcript, whether excerpts or in redacted form, should be

Case No.: 9:18-cv-80176-BB

made public; all filings of any versions of the transcript should remain confidential and sealed.

This motion is consistent with a previous joint stipulation between the parties and the Deponent, previous joint motions, previous Court orders, and sealed filings (ECF Nos. 466, 467, 474, 475, 598, 603, 604, 608, 609, 610, 693, and 721) relating to issues that the parties and the Deponent previously agreed to designate as "Confidential" pursuant to the Stipulated Confidentiality Order. ECF No. 105-1. All parties agree to the relief in this motion, as set forth below. Accordingly, the Deponent files this agreed motion to seal the transcript, and the redlined, redacted excerpts of the transcript, to comply with the Stipulated Confidentiality Order and the Local Rules of this Court. A proposed agreed order is attached as Exhibit A.

WHEREFORE, the Deponent respectfully moves this Court for entry of an Order providing that the deposition transcript of John Doe, and all redlined, redacted excerpts of the transcript, filed confidentially under seal (pursuant to ECF Nos. 603, 608, 691, 744, 761, and 765), shall remain filed under seal until further order of this Court, and only after prior notice to the Deponent.

Date: December 8, 2021           Respectfully submitted,

/s/ Darrell Payne
DARRELL PAYNE
Florida Bar No. 773300
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: 305-789-3200
Email: dapyne@stearnsweaver.com
Secondary Email: cveguilla@stearnsweaver.com

Patricia L. Glaser (*pro hac vice counsel*)
Richard W. Buckner (*pro hac vice counsel*)

Case No.: 9:18-cv-80176-BB

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**
10250 Constellation Blvd.
Los Angeles, CA 90067
Telephone: (310) 282-6221
Email: PGlaser@GlaserWeil.com
Email: kgould@GlaserWeil.com
Email: RBuckner@GlaserWeil.com
Email: rbenvie@GlaserWeil.com

Case No.: 9:18-cv-80176-BB

# CERTIFICATE OF GOOD FAITH CONFERENCE; <u>CONFERRED AND AGREED TO THE MOTION</u>

     Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that undersigned pro hac vice counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, but the parties lack the power to do so on their own and need the Court's concurrence. The undersigned is authorized to represent that the Plaintiffs and the Defendant agree to the relief sought in this motion.

                                             <u>s/Darrell Payne</u>
                                             Darrell Payne, Esq.
                                             *Local Counsel for Non-Party Deponent John Doe*

Case No.: 9:18-cv-80176-BB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

By: *s/Darrell Payne*
DARRELL PAYNE

Case No.: 9:18-cv-80176-BB

**SERVICE LIST**

Devin Freedman, Esq.
Stephen Lagos, Esq.
Stephen N. Zack, Esq.
**Roche Cyrulnik Freedman L**
200 S. Biscayne Blvd., Suite 5500
Miami, Florida 33131
Tel.: (305) 357-3861
Email: vel@rcfllp.com
Email: slagos@rcflp.com
szack@bsfllp.com

Joseph M. Delich, Esq.
Kyle W. Roche, Esq.
**Roche Freedman LLP**
185 Wythe Avenue F2
Brooklyn, NY 11249
Email: jdelich@rcfllp.com
Email: kyle@rcfllp.com
Email: slagos@rcfllp.com

Maxwell V. Pritt, Esq.
Alexander J. Holtzman, Esq.
**Boies Schiller Flexner LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Tel: (415) 293-6800
Email: mpritt@bsfllp.com
Email: aholtzman@bsfllp.com

Whitney Lohr, Esq.
**Kurzban Kurzban Tetzeli & Pratt, P.A.**
131 Madeira Avenue
Coral Gables, FL  33134
Tel.: (305) 444-0060
Email: wlohr@kktplaw.com

Andres Rivero, Esq.
Alan H. Rolnick, Esq.
Amanda McGovern, Esq.
Schneur Z. Kass, Esq.
Zaharah R. Markoe, Esq.
Michael A. Fernández, Esq.
**Rivero Mestre LLP**
2525 Ponce de Leon Boulevard
Suite 1000 Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: mfernandez@riveromestre.com
Email: receptionist@riveromestre.com

Andrew S. Brenner, Esq.
Constantine P. Economides, Esq.
Laselve E. Harrison, Esq.
Stephen N. Zack, Esq.
**Boies Schiller Flexner LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Email: abrenner@bsfllp.com
Email: ceconomides@rcfllp.com
Email: lharrison@bsfllp.com
Email: szack@bsfllp.com