# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH)
### Case No.: 9:18-cv-80176-BB

IRA KLEIMAN, as personal representative
of the Estate of David Kleiman, and
W&K Info Defense Research, LLC,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## [PROPOSED] AGREED ORDER ON NON-PARTY WITNESS JOHN DOE'S MOTION TO SEAL TRANSCRIPT

THIS CAUSE came before the Court upon the motion of non-party witness, deponent John Doe (the "Deponent") for an order sealing the Deponent's deposition transcript, including all redlined and redacted excerpts of the transcript. After hearing Deponent's expedited, renewed motion (ECF No. 759) on November 3, 2021, the Court ruled that the Motion was granted in part, and denied in part (ECF No. 765), and the Court directed the parties to attempt to agree upon the redactions to the transcript. However, the Plaintiffs and Defendant ultimately determined to not use any portion of the Deponent's testimony at trial, and thus the Motion is moot. Upon due consideration, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that Deponent's expedited, renewed motion to seal (ECF No. 759) and the order on that motion (ECF No. 765) is moot. The deposition of John Doe, filed

confidentially under seal (pursuant to ECF Nos. 603, 608, 691, 744, 761, and 765), shall remain filed under seal until further order of this Court, and only after prior notice to the Deponent.

DONE and ORDERED in Chambers in Miami-Dade County, Florida, this __ day of December, 2021.

                                                                         BETH BLOOM  
                                                                         U.S. DISTRICT COURT JUDGE

Copies provided to all counsel of record