UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## ORDER ON MOTION TO SEAL TRANSCRIPT

**THIS CAUSE** is before the Court upon Non-Party Witness John Doe's ("Deponent") Agreed Motion to Seal Transcript, ECF No. [817] ("Motion"), filed on December 8, 2021, requesting that the Court seal the Deponent's deposition transcript, including all redlined and redacted excerpts of the transcript. On November 3, 2021, the Court heard oral argument on Deponent's Expedited Renewed Motion to Seal Limited Portions of Trial, Including Portions of Deposition Transcript, ECF No. [759] ("Expedited Motion"). The Court granted in part and denied in part the Expedited Motion, ECF No. [764], and directed the parties to confer regarding redactions to the transcript. However, Plaintiffs and Defendant ultimately determined to not use any portion of the Deponent's testimony at trial, and thus the Motion is moot.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [817]**, is **GRANTED**.

2. The deposition of John Doe filed confidentially under seal in ECF Nos. [603], [608], [691], [744], [761], and [765], shall remain filed under seal until further

Case No. 18-cv-80176-BLOOM/Reinhart

Order of this Court, and only after prior notice to the Deponent.

3. Deponent's Expedited Motion, ECF No. [759], and Court's Order, ECF No. [764], are **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 8, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record