UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.

                                                Case No. 9:18-cv-80176 (BB/BR)

CRAIG WRIGHT,

    defendant.
_____/

## DR. CRAIG WRIGHT'S MOTION TO FILE SELECT EXHIBITS UNDER SEAL

In accordance with the Court's order [D.E. 810], the parties will be jointly filing today all exhibits that were admitted at trial, with the exception of select exhibits that the parties will respectively move to file under seal. In this motion, Dr. Wright requests to file under seal those exhibits that contain personal financial information, private corporate information, non-public commercial financial information, and personal information entitled to confidential treatment under law. For that reason, Dr. Wright respectfully requests leave from the Court to file those exhibits under seal, pursuant to Local Rule 5.4(b), and paragraph 3 of the Stipulated Confidentiality Order [D.E. 105-1]. The documents are identified below by the categories to which they belong.

    a. <u>Documents relating to nonparty's acquisition and development of intellectual property</u>

This category of exhibits contains private corporate information and non-public commercial financial information. They include lists of planned patents, nonpublic descriptions of intellectual property, valuations of patent portfolios, acquisition documents and related

communications, and board of director meeting minutes. The exhibits are: P191, P209, P214, P215, P219, P219 (Excel), P229, P230, P296, P308, P310, P315, P337, P350, P457, P469, P685, and P871.

    b.   <u>Documents identifying private and financial information</u>

This category of exhibits contains private financial information, non-public commercial financial information, and personal information. The documents included in this category include Dr. Wright's personal tax return, private encryption keys, and private financial information related to certain bitcoin wallets and addresses. The exhibits are: J101, P169, P214, P464, P074, P097, P135, P554, P565, and P613.

    c.   <u>Documents containing private ATO rulings and communications with the ATO</u>

This category of exhibits contains confidential communications between Dr. Wright and the Australian Taxation Office ("ATO") regarding personal financial information, private corporate information, and non-public commercial financial information, some of which has been designated by the ATO as "sensitive." The exhibits are: P078, P094, P096, P097, P101, P127, P137, P140, P143, P172, P173, P175, P223, P320, P565, P598, P604, P607, P633, P637, P742, P795, and P871.

For the above good reasons, Dr. Wright respectfully requests that the Court permit him to file the above identified exhibits under seal.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that counsel for the movant has conferred with Plaintiffs. Plaintiffs oppose the relief sought in this motion.

Date: December 16, 2021

Respectfully submitted,

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
AMANDA MCGOVERN
Florida Bar No. 964263
JORGE A. MESTRE
Florida Bar No. 088145
SCHNEUR KASS
Florida Bar No. 100554

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: amcgovern@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.com

## CERTIFICATE OF SERVICE

I CERTIFY that on December 16, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/* Andres Rivero