## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>    Defendant. | CASE NO.: 9:18-cv-80176-BB/BR |

### PLAINTIFFS' UNOPPOSED MOTION TO SEAL TRIAL EXHIBITS

Plaintiffs, pursuant to Local Rule 5.3(b)(3)(C), request leave to file certain exhibits admitted during the trial in this matter under seal. Specifically, Plaintiffs request leave to file under seal exhibits D091 through D102, D1020, and D1021, consisting of Dave Kleiman's medical records, as such exhibits contain "voluminous amounts of confidential information that is subject to privacy protections" under this Court's Stipulated Confidentiality Order (ECF No. [105-1]). *See* S.D. Fla. L.R. 5.3(b)(3)(C).

### S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs conferred with Defendant's counsel who does not oppose the relief requested by Plaintiffs.

Dated: December 16, 2021                                     Respectfully submitted,

                                          *s/ Andrew S. Brenner*
                                          Andrew S. Brenner, Esq.
                                          **BOIES SCHILLER FLEXNER LLP**
                                          100 SE 2nd Street, Suite 2800
                                          Miami, Florida 33131
                                          abrenner@bsfllp.com

                                          Velvel (Devin) Freedman, Esq.
                                          **ROCHE FREEDMAN LLP**
                                          200 S. Biscayne Blvd.
                                          Suite 5500
                                          Miami, Florida 33131
                                          vel@rochefreedman.com

                                          Kyle W. Roche, Esq.
                                          Joe Delich, Esq.
                                          *Admitted Pro Hac Vice*
                                          **ROCHE FREEDMAN LLP**
                                          99 Park Avenue, 19th Floor
                                          New York, New York 10016
                                          kyle@rochefreedman.com
                                          jdelich@rochefreedman.com

                                          *Counsel to Plaintiffs Ira Kleiman as*
                                          *Personal Representative of the Estate of*
                                          *David Kleiman and W&K Info Defense*
                                          *Research, LLC.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 16, 2021, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

                                          */s/ Andrew S. Brenner*
                                          Andrew S. Brenner