# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>Defendant. | **CASE NO.: 9:18-cv-80176-BB/BR** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion to Seal Trial Exhibits. The Court has reviewed the Motion and is otherwise fully advised.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

DONE AND ORDERED in chambers in Miami-Dade County, Florida on this ___ day of December, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished: All counsel of record