UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB/BR |

**DR. CRAIG WRIGHT'S NOTICE OF FILING PROPOSED ORDER**

Today, Dr. Wright filed a Motion to File Select Exhibits Under Seal [D.E. 823]. Due to an oversight, the motion was not accompanied with a proposed order. Dr. Wright now attaches a proposed order to this notice.

Dated: December 16, 2021

                                          Respectfully submitted,

                                          RIVERO MESTRE LLP
                                          2525 Ponce de Leon Boulevard,
                                          Suite 1000
                                          Miami, Florida 33134
                                          Telephone: (305) 445-2500
                                          Fax: (305) 445-2505
                                          Email: arivero@riveromestre.com
                                          Email: amcgovern@riveromestre.com
                                          Email: zmarkoe@riveromestre.com
                                          Email: zkass@riveromestre.com
                                          Email: receptionist@riveromestre.com

                                          By: s/ Andres Rivero
                                          ANDRES RIVERO
                                          Florida Bar No. 613819
                                          AMANDA MCGOVERN
                                          Florida Bar No. 964263

ZAHARAH MARKOE<br>
Florida Bar No. 504734<br>
SCHNEUR KASS<br>
Florida Bar No. 100554<br>
*Counsel for Dr. Craig S. Wright*

## CERTIFICATE OF SERVICE

I CERTIFY that on December 16, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Andres Rivero</u>