# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT<br><br>      Defendant. | CASE NO.: 9:18-cv-80176-BB |

**[PROPOSED] ORDER GRANTING DR WRIGHT'S MOTION TO SEAL**

THIS CAUSE is before the Court on Dr. Wright's Motion to File Select Exhibits Under Seal [D.E. 823]. The Court has reviewed the Motion and is otherwise fully advised.

Accordingly, it is herby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

DONE AND ORDERED in chambers in Miami-Dade County, Florida on this ___ day of December 2021.

_____
JUDGE BETH BLOOM
United States District Judge

Copies furnished: All counsel of record