UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>    Defendant. | CASE NO.:  9:18-cv-80176-BB/BR |

## JOINT NOTICE OF FILING ADMITTED EXHIBITS

Plaintiffs Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, and Defendant Craig Wright (collectively, the "Parties"), hereby give notice of filing all exhibits not subject to a motion to file under seal,[1] and which were admitted during the trial in this action as reflected in the Corrected Admitted Trial Exhibit List in re: Kleiman v. Wright (ECF No. [815]).  Pursuant to Local Rule 5.3(b)(3)(B), the following exhibits are exempt from mandatory electronic filing and service requirements, and will be physically filed with the Clerk of the Court: P434, P511, P512, and D173.

Dated:  December 16, 2021

Respectfully submitted,

By: */s/ Andrew S. Brenner*
Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

---

[1] Both parties have filed motions seeking leave to file select exhibits under seal.  *See* (ECF Nos. [823] and [824]). Those exhibits are not included in this joint filing and will be filed today by each respective party.

Velvel (Devin) Freedman, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
Joseph M. Delich
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rochefreedman.com
jdelich@rochefreedman.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*


By*: s/ Amanda McGovern*
Andres Rivero, Esq.
Amanda McGovern, Esq.
Jorge Mestre, Esq.
Schneur Zalman Kass, Esq.
Zaharah Markoe, Esq.
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
arivero@riveromestre.com
amcgovern@riveromestre.com
jmestre@riveromestre.com
zkass@riveromestre.com
zmarkoe@riveromestre.com
receptionist@riveromestre.com

*Counsel for Dr. Craig Wright*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2021, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Andrew S. Brenner*
Andrew S. Brenner