

**0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc** Sign in

1
/ 55

Community Score

One engine detected this file

0b67f9ea21b6f015fae0e744588aa2a4f37040e154
86d47c760b3a0b936fe2bc
Bitmessage%20v0.1.0.exe
overlay peexe via-tor

11.17 MB
Size

2016-02-26 04:01:50 UTC
3 years ago

EXE

DETECTION DETAILS RELATIONS BEHAVIOR COMMUNITY

### Basic Properties

| | |
|---|---|
| MD5 | 89cbf4af02e0ef9318b15697ca5a7edf |
| SHA-1 | 88aa469cf64d62ebb80addda949607a2180e1015 |
| SHA-256 | 0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc |
| Authentihash | 88659d10629e3e20f4e6de714299e82af9165adb50323aa777214e0a55134ed2 |
| Imphash | acbc8f761f4e19d096f011fd86326533 |
| SSDEEP | 196608:B/PF3T9MGujiPqzgMS41Ny7p05rD/lKElhtSBcCoHwmM+4PyQbJfSEe8HeCwl:V99WmPqza4Xy7purjXiow5+lQbJfSEsl |
| File type | Win32 EXE |
| Magic | PE32 executable for MS Windows (GUI) Intel 80386 32-bit |
| File size | 11.17 MB (11717483 bytes) |

### History

| | |
|---|---|
| Creation Time | 2012-05-25 09:26:27 |
| First Submission | 2015-04-30 08:39:29 |
| Last Submission | 2016-02-26 04:01:50 |
| Last Analysis | 2016-02-26 04:01:50 |

### Names

Bitmessage%20v0.1.0.exe

### Portable Executable Info

#### Header

| | |
|---|---|
| Target Machine | Intel 386 or later processors and compatible processors |
| Compilation Timestamp | 2012-05-25 09:26:27 |
| Entry Point | 37809 |
| Contained Sections | 5 |

#### Sections

| Name | Virtual Address | Virtual Size | Raw Size | Entropy | MD5 |
|---|---|---|---|---|---|
| .text | 4096 | 77183 | 77312 | 6.62 | 1bfa456795c6dbfcdbbd63e3dc957e15 |
| .rdata | 81920 | 25710 | 26112 | 6.4 | c58d8ff39563037d876c7e24bc6b39ab |
| .data | 110592 | 12680 | 4608 | 2.06 | 36af965c41c9a8011597f02ff24d3e40 |
| .rsrc | 126976 | 105660 | 105984 | 4.75 | 4dc4ebef2a1f4ca1daf49dd5cd01f492 |
| .reloc | 233472 | 5214 | 5632 | 5.04 | 83ac95b493190ec68f7081369a27c03e |

Dr. Wright Ex.
D003



Imports **0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc** Sign in

+ KERNEL32.dll
+ USER32.dll
+ WS2_32.dll

**Contained Resources By Type**

| | |
|---|---|
| RT_ICON | 7 |
| RT_GROUP_ICON | 2 |

**Contained Resources By Language**

| | |
|---|---|
| NEUTRAL | 9 |

**Contained Resources**

| SHA-256 | File Type | Type | Language |
|---|---|---|---|
| 7ee9ad3f9d09e280676e6e2922145ce53267568c61... | data | RT_ICON | NEUTRAL |
| b51da3722fed4cf7e837d837382bc8b3cc81f57b7f92... | data | RT_ICON | NEUTRAL |
| 9ccb15a2a21da8dda5c797896b5d2cdf28be677640... | data | RT_ICON | NEUTRAL |
| ce640013b9bb626d784302b9acde9cddc3799c6369... | data | RT_ICON | NEUTRAL |
| aa7375ebb98dd5ee4ec94d9aa4f0bf44a4f41a713fb... | data | RT_ICON | NEUTRAL |
| c5536b396be6dcfc96f4e4f77cc7007b2a56730ee57... | data | RT_ICON | NEUTRAL |
| ac2e25dc4a4f7bd96a0bcf3ea63cd1bcf26a6f6a0583... | data | RT_ICON | NEUTRAL |
| f4764d2d9673399ab75524314a3ba694597cc6a3e1... | data | RT_GROUP_ICON | NEUTRAL |
| f5b94a42f1c77c9eef858a0dfd656419fea900b00318... | data | RT_GROUP_ICON | NEUTRAL |

**ExifTool File Metadata**

| | |
|---|---|
| CodeSize | 77312 |
| EntryPoint | 0x93b1 |
| FileType | Win32 EXE |
| FileTypeExtension | exe |
| ImageVersion | 0.0 |
| InitializedDataSize | 142336 |
| LinkerVersion | 10.0 |
| MIMEType | application/octet-stream |
| MachineType | Intel 386 or later, and compatibles |
| OSVersion | 5.1 |
| PEType | PE32 |
| Subsystem | Windows GUI |
| SubsystemVersion | 5.1 |
| TimeStamp | 2012:05:25 10:26:27+01:00 |
| UninitializedDataSize | 0 |

0b67f9ea21b6f015fae0e744588aa2a4f37040e15486d47c760b3a0b936fe2bc   Sign in

| VirusTotal | Community | Tools | Premium Services | Documentation |
|---|---|---|---|---|
| Contact Us | Join Community | API Scripts | Intelligence | Get Started |
| How It Works | Vote and Comment | YARA | Hunting | Searching |
| Terms of Service | Contributors | Desktop Apps | Graph | Reports |
| Privacy Policy | Top Users | Browser Extensions | API | API |
| Blog | Latest Comments | Mobile App | Monitor | Use Cases |