

**Supreme Court**
of New South Wales

Law Courts Building, Queens Square   Level 5 184 Phillip Street SYDNEY
NSW 2000
General Post Office Box 3 SYDNEY NSW 2001
DX 829, Sydney

Telephone: 1300 679 272
Facsimile:
TTY Phone: (02) 9230 8011

Email: supremecourt.enquiries@courts.nsw.gov.au
Website: www.lawlink.nsw.gov.au/sc

ABN: 77 057 165 500

W & K Info Defense Research LLC
4371 Norhtlake Blvd 314
Palm Beach
FL 33410 - 6253
United States of America

D0000FGTI2

Your Ref:

3 September 2013

## NOTICE OF LISTING

Case number   2013/00245661
Case title    Craig Steven Wright v W & K Info Defense Research LLC

The matter is listed for Directions (Common Law Registrar) on 30/10/2013 at 09:00 AM, Supreme Court - Civil, Supreme Court Sydney Court 9C Queens Square Sydney

If you do not appear at Court, this matter may be dealt with in your absence.

### Listing Inquiries

Judicial Officers and Court Rooms are generally not allocated to cases until the day before the case is listed.

Listing details for cases are:
- published on the internet at http:\\www.lawlink.nsw.gov.au on the afternoon before the case is listed;
- published in the Sydney Morning Herald in the Law Notices section on the morning of the case (for Supreme Court and Sydney District Court only);
- available on notice boards in the foyer of the Court each morning.

Principal Registrar

vortak2

1 of 1

Dr. Wright Ex.
**D010**

PAIGE_00001908

Case 9:18-cv-80176-BB Document 828-4 Entered on FLSD Docket 12/16/2021 Page 2

POSTAGE PAID AUSTRALIA

AIR MAIL

W B M
K Info Defense Research LLC
4371 Northlake Blvd 314
Palm Beach
FL 33410-6253
UNITED STATES OF AMERICA

Rec'd 10/0/13

Supreme Court of New South Wales
GPO Box 3, Sydney 2001

PAIGE_00001909

**D010 Page 2 of 2**