| | |
|---|---|
| **Message** | |
| From: | Patrick Paige |
| Sent: | 5/8/2014 5:13:42 PM |
| To: | Carter Conrad </O=EXG6/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Carter73e> |
| Subject: | FW: Mailbox Renewal Reminder |

fyi

**Patrick Paige** EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426
Office: 561.404.3074
Cell: 561.818.9208
**www.computerforensicsllc.com**

*Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Dex [mailto:dex561@yahoo.com]
**Sent:** Thursday, May 08, 2014 12:30 AM
**To:** Patrick Paige
**Subject:** Re: Mailbox Renewal Reminder

Hey Patrick,

I don't think there's any need to renew the mailbox.

So far nothing has come from the Bitcoin stuff. There's a lot more to the story and it's complicated. Hopefully one day if anything ever comes of it, I'll make sure you guys get a piece of it.

Ira

On Thursday, May 1, 2014 4:02 PM, Patrick Paige <patrick@computerforensicsllc.com> wrote:
I don't think we are going to renew this mailbox so I wanted to check to see if you want to take it over... Let me know if you do and I can meet you over there and transfer it to you otherwise I think we will not renew it.

Patrick Paige EnCE SCERS
1880 North Congress Ave. Ste 333
Boynton Beach FL 33426
Office: 561.404.3074
Cell: 561.818.9208
www.computerforensicsllc.com

Dr. Wright Ex.
**D011**

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

-----Original Message-----
From: donotreply@theupsstore.com [mailto:donotreply@theupsstore.com]
Sent: Thursday, May 01, 2014 1:07 PM
To: Dave Kleiman
Subject: Mailbox Renewal Reminder

Dear David,

This email notification is to inform you that your mailbox is or was due to be renewed on 3/11/2014. Please come into our center by this date so that we may renew your mailbox and avoid any service interruptions.

Please call (561) 622-7117 if you have any questions.

Thank you,

The UPS Store (#4067)
4371 Northlake Boulevard
Palm Beach Gardens, FL 33410 USA
(561) 622-7117 Tel


Please Do Not Respond to this email.