

| | |
|---|---|
| Subscriber Name: | KARP LAW |
| Subscriber Code/Market: | P 5182364 16 10 |
| Results Issued: | 5/21/13 10:55 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN:
Name: Kleiman, David
Current Address: 3119 Contego Lane
Palm Beach Gardens
FL 33418

# TRANSUNION CONSUMER CREDIT REPORT

KLEIMAN, DAVID A.
Also Known As:
KLEIMAN, DAVID, ALAN

SSN:
Date of Birth: 01/67
Phone:

In File Since: 5/90

Current Address:
4371 NORTHLAKE BV. #314.
PALM BEACH GARDENS FL. 33410
Reported 11/06

Previous Address:
3119 CONTEGO LN.
RIVIERA BEACH FL. 33418
Reported 7/97

Previous Address:
4374 ELM AV.
WEST PALM BEACH FL. 33410

## EMPLOYMENT

| | Position | Start / End | In File Since / Effective |
|---|---|---|---|
| SECURIT E DOC | | | In File Since: 2/06 |
| SDOC INC | | | In File Since: 4/04 |

## ALERTS AND SPECIAL MESSAGES

| Type | Explanation |
|---|---|
| HIGH RISK FRAUD ALRT | CLEAR |

## CREDIT INFORMATION  Summary (Total History)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Public Records: | 0 | Collections: | 1 | Trades: | 17 | Inquiries: | 4 |
| Negative Trade Accounts: | 5 | Trade Accounts with Any Historical Negatives: | 3 | Occurrence of Historical Negatives: | 28 | | |

| | Count | High Credit | Credit Limit | Balance | Past Due | Payment | Available |
|---|---|---|---|---|---|---|---|
| Revolving | 6 | $7,283 | $5,762 | $6,240 | $286 | $270 | 0% |
| Installment | 6 | $7,959 | $0 | $772 | $0 | $275 | n/a |
| Closed w/Balance | n/a | n/a | n/a | $2,746 | $2,746 | $0 | n/a |
| Total | 17 | $15,242 | $5,762 | $9,758 | $3,032 | $545 | |

## COLLECTIONS

CRD PRT ASSO (Y 4326001)                     Account#                                              Account Rating  O9P
Original Creditor: COMCAST(cableOrCellular)   Remarks: PAID COLLECTION   Amount Placed: $1,096      Opened: 6/11
Account Type: OPEN                                                       Balance: $0                Paid:
Responsibility: I                                                        Past Due: $0               Closed: 9/12
                                                                         Last Payment:              Verified: 9/12
                                                                                                    Update Method: automated

                       Delinquency   Maximum:                Payment Pattern
                                     Amount:                 Start Date:
                                     Date:

Dr. Wright Ex.
**D015**

CONFIDENTIAL                                                                                                    KARP_00000096

## TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 5/21/13 10:55
Page: 2 of 5

### TRADES

**DFS/WEBBANK (F 22ZE001)** — Account #  — Account Rating R09
- Type: REVOLVING
- Loan Type: CHARGE ACCOUNT
- Responsibility: I
- Remarks: ACCOUNT CLOSED BY CONSUMER
- Credit Limit: $6,000
- High Credit: $5,781
- Terms:
- Balance: $2,746
- Past Due: $2,746
- Last Payment:
- Charge Off:
- Opened: 9/07
- Paid:
- Closed: 11/09
- Verified: 4/13
- Update Method: automated

Late Payments (Months):  60  90
Delinquency Maximum: Amount: Date:
Payment Pattern
Months 1-12:
Months 13-24:

---

**HOMEWARDRES (F 1946001)** — Account # — Account Rating M05
- Type: MORTGAGE
- Loan Type: CONVENTIONAL REAL ESTATE MORTGAGE
- Responsibility: I
- Remarks: TRANSFERRED TO ANOTHER LENDER
- Credit Limit:
- High Credit: $270,600
- Terms: 360M2222
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 1/07
- Paid:
- Closed: 3/13
- Verified: 3/13
- Update Method: automated

Late Payments (48 Months): 9  4  13   30  60  90
Delinquency Maximum: 11/10 (05) Amount: $10,769 Date: 11/10
Payment Pattern
Months 1-12: 543222432215
Months 13-24: 555555X43211

---

**CAP ONE (B 1DTV001)** — Account # — Account Rating R03
- Type: REVOLVING
- Loan Type: CREDIT CARD
- Responsibility: I
- Remarks:
- Credit Limit: $500
- High Credit: $549
- Terms: MIN52
- Balance: $549
- Past Due: $93
- Last Payment:
- Charge Off:
- Opened: 6/11
- Paid:
- Closed:
- Verified: 5/13
- Update Method: automated

Late Payments (22 Months): 1  0  0   60  90
Delinquency Maximum: 5/13 (03) Amount: $93 Date: 5/13
Payment Pattern
Months 1-12: 211111111111
Months 13-24: 1111111111

---

**CAP ONE (B 1DTV001)** — Account # — Account Rating R02
- Type: REVOLVING
- Loan Type: BUSINESS CREDIT CARD
- Responsibility: I
- Remarks:
- Credit Limit: $1,900
- High Credit: $3,093
- Terms: MIN112
- Balance: $2,210
- Past Due: $154
- Last Payment:
- Charge Off:
- Opened: 11/04
- Paid:
- Closed:
- Verified: 5/13
- Update Method: automated

Late Payments (48 Months): 0  0  0   60  90
Delinquency Maximum: Amount: Date:
Payment Pattern
Months 1-12: 111111111111
Months 13-24: 111111111111

---

**CAP ONE (B 1DTV203)** — Account # — Account Rating R02
- Type: REVOLVING
- Loan Type: CREDIT CARD
- Responsibility: I
- Remarks:
- Credit Limit: $1,300
- High Credit: $1,419
- Terms: MIN40
- Balance: $1,419
- Past Due: $39
- Last Payment:
- Charge Off:
- Opened: 4/04
- Paid:
- Closed:
- Verified: 4/13
- Update Method: automated

Late Payments (48 Months): 0  0  0   60  90
Delinquency Maximum: Amount: Date:
Payment Pattern
Months 1-12: 111111111111
Months 13-24: 111111111111

---

**SPRINGLF FIN (F 654N1HT)** — Account # — Account Rating I01
- Type: INSTALLMENT
- Loan Type: AUTOMOBILE
- Responsibility: I
- Remarks:
- Credit Limit:
- High Credit: $7,959
- Terms: 36X275
- Balance: $772
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 5/10
- Paid:
- Closed:
- Verified: 4/13
- Update Method: automated

Late Payments (35 Months): 0  1  0   60  90
Delinquency Maximum: 6/11 (03) Amount: $819 Date: 6/11
Payment Pattern
Months 1-12: 111111111111
Months 13-24: 111111111311

| TRANSUNION CONSUMER CREDIT REPORT | | Results Issued: 5/31/13 10:55 CT<br>Page: 3 of 5 |
|---|---|---|

### TRADES

**USAA SB (B 3112012)** — Account # — Account Rating R01
- Type: REVOLVING
- Loan Type: CREDIT CARD
- Responsibility: I
- Remarks:
- Credit Limit: $2,062
- High Credit: $2,222
- Terms: MIN66
- Balance: $2,062
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 1/07
- Paid:
- Closed:
- Verified: 4/13
- Update Method: automated

Late Payments (48 Months): 0 0 0 — Delinquency: Maximum: / Amount: / Date: — Payment Pattern — Months 1-12: 111111111111 / Months 13-24: 111111111111

---

**SPRINGLF FIN (F 654N1HT)** — Account # — Account Rating I01
- Type: INSTALLMENT
- Loan Type: AUTOMOBILE
- Responsibility: I
- Remarks: CLOSED
- Credit Limit:
- High Credit: $10,092
- Terms: 42X278
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 6/08
- Paid:
- Closed: 9/09
- Verified: 9/09
- Update Method: automated

Late Payments (15 Months): 0 0 0 — Months 1-12: 111111111111 / Months 13-24: 111

---

**SPRINGLF FIN (F 654NEW1)** — Account # — Account Rating I01
- Type: INSTALLMENT
- Loan Type: AUTOMOBILE
- Responsibility: I
- Remarks: ACCOUNT CLOSED DUE TO REFINANCE
- Credit Limit:
- High Credit: $9,128
- Terms: 42X289
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 12/07
- Paid:
- Closed: 6/08
- Verified: 6/08
- Update Method: automated

Late Payments (06 Months): 0 0 0 — Months 1-12: 111111 / Months 13-24:

---

**SPRINGLF FIN (F 654NEW1)** — Account # — Account Rating I01
- Type: INSTALLMENT
- Loan Type: AUTOMOBILE
- Responsibility: I
- Remarks: ACCOUNT CLOSED DUE TO REFINANCE
- Credit Limit:
- High Credit: $7,604
- Terms: 42X240
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 7/07
- Paid:
- Closed: 12/07
- Verified: 12/07
- Update Method: automated

Late Payments (05 Months): 0 0 0 — Months 1-12: 11111 / Months 13-24:

---

**BK OF AMER (B 427S002)** — Account # — Account Rating M01
- Type: MORTGAGE
- Loan Type: CONVENTIONAL REAL ESTATE MORTGAGE
- Responsibility: I
- Remarks: ACCOUNT CLOSED BY CONSUMER
- Credit Limit:
- High Credit: $238,000
- Terms: 360M1912
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 5/06
- Paid:
- Closed: 1/07
- Verified: 1/07
- Update Method: automated

Late Payments (05 Months): 0 0 0 — Months 1-12: 111 / Months 13-24:

**TRANSUNION CONSUMER CREDIT REPORT**  Results Issued: 5/21/13 10:55 CT
Page: 4 of 5

## TRADES

**VIRTUAL BK (B 27JD001)**  Account #  Account Rating M01
- Type: MORTGAGE
- Loan Type: CONVENTIONAL REAL ESTATE MORTGAGE
- Responsibility: I
- Remarks: PURCHASED BY ANOTHER LENDER
- Credit Limit:
- High Credit: $238,000
- Terms: 360M1912
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 5/06
- Paid:
- Closed: 7/06
- Verified: 7/06
- Update Method: automated

Late Payments (02 Months): 0 0 0   Delinquency 30 60 90
Maximum Amount:
Date:
Payment Pattern
Months 1-12: 11
Months 13-24:

**SPRINGLF FIN (F 654NEW1)**  Account #  Account Rating L01
- Type: LINEOFCREDIT
- Loan Type: CREDIT LINE SECURED
- Responsibility: I
- Remarks: ACCOUNT CLOSED BY CONSUMER
- Credit Limit:
- High Credit: $0
- Terms:
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 7/05
- Paid: 5/06
- Closed: 5/06
- Verified: 5/06
- Update Method: automated

Late Payments (09 Months): 0 0 0   Delinquency 30 60 90
Maximum Amount:
Date:
Payment Pattern
Months 1-12: 111111X11
Months 13-24:

**HSBC/MS (F 235197C)**  Account #  Account Rating M01
- Type: MORTGAGE
- Loan Type: CONVENTIONAL REAL ESTATE MORTGAGE
- Responsibility: I
- Remarks: CLOSED
- Credit Limit:
- High Credit: $172,800
- Terms: 360M1650
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 9/04
- Paid:
- Closed: 5/06
- Verified: 5/06
- Update Method: automated

Late Payments (13 Months): 0 0 0   Delinquency 30 60 90
Maximum Amount:
Date:
Payment Pattern
Months 1-12: 111111111111
Months 13-24: 1

**SPRINGLF FIN (F 654NEW1)**  Account #  Account Rating I01
- Type: INSTALLMENT
- Loan Type: AUTOMOBILE
- Responsibility: I
- Remarks: CLOSED
- Credit Limit:
- High Credit: $6,169
- Terms: 36M245
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 3/05
- Paid:
- Closed: 8/05
- Verified: 8/05
- Update Method: automated

Late Payments (05 Months): 0 0 0   Delinquency 30 60 90
Maximum Amount:
Date:
Payment Pattern
Months 1-12: 11111
Months 13-24:

**SPRINGLF FIN (F 654NEW1)**  Account #  Account Rating I01
- Type: INSTALLMENT
- Loan Type: SECURED BY HOUSEHOLD GOODS & COLLATERAL
- Responsibility: I
- Remarks: REFINANCED
- Credit Limit:
- High Credit: $4,421
- Terms: 36M180
- Balance: $0
- Past Due: $0
- Last Payment:
- Charge Off:
- Opened: 12/04
- Paid:
- Closed: 3/05
- Verified: 3/05
- Update Method: automated

Late Payments (03 Months): 0 0 0   Delinquency 30 60 90
Maximum Amount:
Date:
Payment Pattern
Months 1-12: 111
Months 13-24:

| TRANSUNION CONSUMER CREDIT REPORT | Results Issued: 5/21/13 10:55 CT |
|---|---|
| | Page: 5 of 5 |

## TRADES

**AMERIQUEST (F 1QA8001)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Account #: | | Balance: $0 | | Account Rating | M01 |
| Type: | MORTGAGE | Credit Limit: | | Past Due: $0 | | Opened: | 9/04 |
| Loan Type: | CONVENTIONAL REAL ESTATE MORTGAGE | High Credit: | $172,800 | Last Payment: | | Paid: | |
| | | Terms: | 360M1652 | Charge Off: | | Closed: | 1/05 |
| Responsibility: | I | | | | | Verified: | 1/05 |
| Remarks: | | | | | | | |

| | | | | | | Update Method: | automated |
|---|---|---|---|---|---|---|---|
| Late Payments (03 Months) | 0  0  0 | Delinquency | Maximum: Amount: Date: | | Payment Pattern | Months 1-12: | 111 |
| | 30  60  90 | | | | | Months 13-24: | |

## INQUIRIES

| Date | Subscriber Name (Code) | Type | Amount |
|---|---|---|---|
| 5/21/13 | KARP LAW (PDC5182364 FLA) | | |
| 4/22/13 | SPRINGLF FIN (FTA8780882 FLA) | | |
| 9/12/11 | GECRB/AMAZON (BNY5371284 EAS) | | |
| 6/16/11 | CAP ONE (BPC2699824 NTL) | | |

## ADDRESS ANALYSIS

**Input Current to File Address 1**

| House #: N | Dir: I | Street: N | Type: N | City: N | State: Y | Zip: N | Apt #: I |
|---|---|---|---|---|---|---|---|

**Input Current to File Address 2**

| House #: Y | Dir: I | Street: Y | Type: Y | City: Y | State: Y | Zip: Y | Apt #: I |
|---|---|---|---|---|---|---|---|

**Input Current to File Address 3**

| House #: N | Dir: I | Street: N | Type: N | City: N | State: Y | Zip: N | Apt #: I |
|---|---|---|---|---|---|---|---|

## REPORT SERVICED BY

TRANSUNION
(800) 888-4213
P.O. BOX 1000, CHESTER, PA 19022
CONSUMER DISCLOSURES CAN BE OBTAINED ONLINE THROUGH TRANSUNION AT:
HTTP://WWW.TRANSUNION.COM

END OF TRANSUNION REPORT

Achieve more™ with TransUnion

CONFIDENTIAL

KARP 00000100