Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2010**   (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2010, or other tax year beginning _____, 2010, ending _____, 20 ___   OMB No. 1545-0074

**Name, Address, and SSN**

Your first name: DAVID   MI: A   Last name: KLEIMAN
Your social security number: [redacted]

Home address (number and street). If you have a P.O. box, see instructions: 3119 CONTEGO LANE
City, town or post office: PALM BEACH GARDENS   State: FL   ZIP code: 33418

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund? ... [ ] You [ ] Spouse

**Filing Status** (Check only one box)
1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
6b [ ] Spouse
Boxes checked on 6a and 6b: 1

d. Total number of exemptions claimed: 1

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 14,102. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | b Taxable amount (15b) |
| 16a | Pensions and annuities | b Taxable amount (16b) |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | b Taxable amount (20b) |
| 21 | Other income | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 14,102. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 997. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 997. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 13,105. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112  12/22/10   Form **1040** (2010)

DKUHARCIK000001

EXHIBIT 2  12/9/19

Form **1040** (2010)   DAVID A KLEIMAN                                                                                     Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 13,105. |
| | 39a Check if: ☐ You were born before January 2, 1946, Blind. ☐ Spouse was born before January 2, 1946, Blind. Total boxes checked ► 39a | | |
| | b If your spouse itemizes on a separate return, or you were a dual-status alien, check here ► 39b ☐ | | |
| | 40 Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 5,700. |
| | 41 Subtract line 40 from line 38 | 41 | 7,405. |
| | 42 **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 3,650. |
| | 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 3,755. |
| | 44 **Tax** (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 378. |
| | 45 **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 Add lines 44 and 45 ► | 46 | 378. |
| | 47 Foreign tax credit. Attach Form 1116 if required . . . . . . 47 | | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441 . . . 48 | | |
| | 49 Education credits from Form 8863, line 23 . . . . . 49 | | |
| | 50 Retirement savings contributions credit. Attach Form 8880 . . . 50 | | |
| | 51 Child tax credit (see instructions) . . . . . . . . . 51 | | |
| | 52 Residential energy credits. Attach Form 5695 . . . . . 52 | | |
| | 53 Other crs from Form: a ☐ 3800  b ☐ 8801  c ☐ . . . 53 | | |
| | 54 Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ► | 55 | 378. |
| **Other Taxes** | 56 Self-employment tax. Attach Schedule SE | 56 | 1,993. |
| | 57 Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a ☐ Form(s) W-2, box 9   b ☐ Schedule H   c ☐ Form 5405, line 16 | 59 | |
| | 60 Add lines 55-59. This is your **total tax** ► | 60 | 2,371. |
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099 . . . 61 | | |
| | 62 2010 estimated tax payments and amount applied from 2009 return . . . 62 | | |
| If you have a qualifying child, attach Schedule EIC. | 63 Making work pay credit. Attach Schedule M . . . . . . 63     400. | | |
| | 64a **Earned income credit (EIC)** . . . . . . . . . 64a     0. | | |
| | b Nontaxable combat pay election ► 64b | | |
| | 65 Additional child tax credit. Attach Form 8812 . . . . . . 65 | | |
| | 66 American opportunity credit from Form 8863, line 14 . . . 66 | | |
| | 67 First-time homebuyer credit from Form 5405, line 10 . . . 67 | | |
| | 68 Amount paid with request for extension to file . . . . . 68 | | |
| | 69 Excess social security and tier 1 RRTA tax withheld . . . 69 | | |
| | 70 Credit for federal tax on fuels. Attach Form 4136 . . . . 70 | | |
| | 71 Credits from Form: a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885 . 71 | | |
| | 72 Add lns 61-63, 64a, & 65-71. These are your **total pmts** ► | 72 | 400. |
| **Refund** | 73 If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 73 | |
| | 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | 74a | |
| Direct deposit? See instructions. | ► b Routing number . . . XXXXXXXXX  ► c Type: ☐ Checking ☐ Savings  ► d Account number . . . XXXXXXXXXXXXXXXXX | | |
| | 75 Amount of line 73 you want applied to your 2011 estimated tax ► 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 60. For details on how to pay see instructions ► | 76 | 1,971. |
| | 77 Estimated tax penalty (see instructions) . . . . . . 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ No | | |
| | Designee's name ► DAVID SCOTT KUHARCIK   Phone no. ►   Personal identification number (PIN) ► | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature   Date   Your occupation  COMP FORENSIC SPECIALIST   Daytime phone number | | |
| | Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation | | |
| **Paid Preparer's Use Only** | Print/Type preparer's name  DAVID SCOTT KUHARCIK | Preparer's signature | Date   Check if self-employed ☐   PTIN |
| | Firm's name ► DAVID SCOTT KUHARCIK C.P.A., P.A. | | |
| | Firm's address ► 533 NORTHLAKE BLVD STE 5     NORTH PALM BEACH     FL 33408-5420 | Firm's EIN ► 59-2524073   Phone no. (561) 842-2921 | |

Form **1040** (2010)

FDIA0112   12/22/10

DKUHARCIK000002

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service  (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041.   ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**

Attachment Sequence No. **09**

Name of proprietor: DAVID A KLEIMAN

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): FORENSIC COMPUTER CONSULTANT

**B** Enter code from instructions: ► 561600

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ► 3119 CONTEGO LANE
City, town or post office, state, and ZIP code: PALM BEACH GARDENS, FL 33418

**F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2010? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

**H** If you started or acquired this business during 2010, check here ................ ►

### Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses ► [ ] | 1 | 39,848. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 39,848. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 5,306. |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 34,542. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ► | 7 | 34,542. |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | 1,051. |
| 9 | Car and truck expenses (see instructions) | 9 | 4,075. | 19 Pension and profit-sharing plans | 19 | |
| | | | | 20 Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| | | | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 10,560. | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | 673. |
| 15 | Insurance (other than health) | 15 | 1,047. | 25 Utilities | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 3,034. |
| | b Other | 16b | | | | |
| 17 | Legal & professional services | 17 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ► | | | | 28 | 20,440. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | 14,102. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | | | | 31 | 14,102. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

BAA   For Paperwork Reduction Act Notice, see your tax return instructions.

FDIZ0112   12/27/10

Schedule **C** (Form 1040) 2010

DKUHARCIK000003

Schedule C (Form 1040) 2010  DAVID A KLEIMAN                                    Page 2

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation .......................................................... ☐ Yes ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation ............................................................ 35

36  Purchases less cost of items withdrawn for personal use ........................ 36

37  Cost of labor. Do not include any amounts paid to yourself ..................... 37          5,306.

38  Materials and supplies ......................................................... 38

39  Other costs .................................................................... 39

40  Add lines 35 through 39 ........................................................ 40          5,306.

41  Inventory at end of year ....................................................... 41

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ............ 42          5,306.

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:
    a Business _____   b Commuting (see instructions) _____   c Other _____

45  Was your vehicle available for personal use during off-duty hours? ............................................. ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ....................................... ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ............................................................. ☐ Yes ☐ No

   b If 'Yes,' is the evidence written? ............................................................................ ☐ Yes ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| DUES & SUBSCRIPTIONS | 705. |
| TELEPHONE & COMMUNICATION | 2,329. |

48  Total other expenses. Enter here and on page 1, line 27 .................................. 48          3,034.

Schedule C (Form 1040) 2010

FDIZ0112  12/27/10

DKUHARCIK000004

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No. 1545-0074 2010 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040 or Form 1040NR. ► See Instructions for Schedule SE (Form 1040). | Attachment Sequence No. 17 |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person |
|---|---|
| DAVID A KLEIMAN | with self-employment income ► |

*Before you begin:* To determine if you must file Schedule SE, see the instructions.

**May I Use Short Schedule SE or Must I Use Long Schedule SE?**
Note. Use this flowchart only if you must file Schedule SE. If unsure, see *Who Must File Schedule SE*, in the instructions.



**Section A — Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1a Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a | |
| b If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y | 1b | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report | 2 | 14,102. |
| 3 Combine lines 1a, 1b, and 2. Subtract from that total the amount on Form 1040, line 29, or Form 1040NR, line 29, and enter the result (see instructions) | 3 | 14,102. |
| 4 Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; **do not** file this schedule unless you have an amount on line 1b | 4 | 13,023. |

Note. If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions.

5 **Self-employment tax.** If the amount on line 4 is:
- $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56,** or **Form 1040NR, line 54.**
- More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the total here and on **Form 1040, line 56,** or **Form 1040NR, line 54.**

| | 5 | 1,993. |
|---|---|---|

6 Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.50). Enter the result here and on **Form 1040, line 27** or **Form 1040NR, line 27** | 6 | 997.

BAA For Paperwork Reduction Act Notice, see your tax return instructions.     Schedule SE (Form 1040) 2010

FDIA1101 12/29/10

DKUHARCIK000005

| Form **4562** | Depreciation and Amortization | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Including Information on Listed Property)  ▶ See separate instructions.   ▶ Attach to your tax return. | **2010** Attachment Sequence No. **67** |

Name(s) shown on return: DAVID A KLEIMAN

Identifying number: [redacted]

Business or activity to which this form relates: Sch C FORENSIC COMPUTER CONSULTANT

### Part I — Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| # | Description | | | Amount |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | 1 | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | | 2 | 10,560. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | 3 | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | 5 | 500,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | COMPUTER EQUIP | 4,370. | 4,370. |
| | See Additional Section 179 Property Statement | | 6,190. |

| # | | | | Amount |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | 10,560. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | 10,560. |
| 10 | Carryover of disallowed deduction from line 13 of your 2009 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | | 11 | 24,662. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | 10,560. |
| 13 | Carryover of disallowed deduction to 2011. Add lines 9 and 10, less line 12 ▶ 13 | | | 0. |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | 0. |
|---|---|---|---|
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 0. |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| 17 | MACRS deductions for assets placed in service in tax years beginning before 2010 | 17 | 0. |
|---|---|---|---|

18  If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐

**Section B — Assets Placed in Service During 2010 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2010 Tax Year Using the Alternative Depreciation System**

| 20a Class life | | | | | S/L | |
|---|---|---|---|---|---|---|
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions.)

| 21 | Listed property. Enter amount from line 28 | 21 | |
|---|---|---|---|
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 10,560. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812 10/29/10   Form **4562** (2010)

DKUHARCIK000006

Form 4562 (2010)   DAVID A KLEIMAN                                                                                      Page 2

## Part V — Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ........... [X] Yes [ ] No   24b If 'Yes,' is the evidence written? ....... [ ] Yes [X] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ............................ | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| VAN | 10/01/03 | 66.67 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .................... | | | | | | | 28 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............................................................... | | | | | | | | 29 |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | 8,000 | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | 4,000 | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | 12,000 | | | | | |
| | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 34 Was the vehicle available for personal use during off-duty hours? | X / | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | X / | | | | | |
| 36 Is another vehicle available for personal use? | / X | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2010 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2010 tax year ............................................ | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ....................... | | | | 44 | |

FDIZ0812 10/29/10                                                                                       Form **4562** (2010)

DKUHARCIK000007

| SCHEDULE M<br>(Form 1040A or 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Making Work Pay Credit<br>► Attach to Form 1040A or 1040.   ► See separate instructions. | OMB No. 1545-0074<br>**2010**<br>Attachment<br>Sequence No. 166 |
|---|---|---|
| Name(s) shown on return<br>DAVID A KLEIMAN | | Your social security number |

**Caution:** To take the making work pay credit, you must include your social security number (if filing a joint return, the number of either you or your spouse) on your tax return. A social security number does not include an identification number issued by the IRS. Only the Social Security Administration issues social security numbers.

**Caution:** You cannot take the making work pay credit if you can be claimed as someone else's dependent or if you are a nonresident alien.

**Important:** Check the 'No' box on line 1a and see the instructions if:
  (a) You have a net loss from a business,
  (b) You received a taxable scholarship or fellowship grant not reported on a Form W-2,
  (c) Your wages include pay for work performed while an inmate in a penal institution,
  (d) You received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or
  (e) You are filing Form 2555 or 2555-EZ.

1a Do you (and your spouse if filing jointly) have 2010 wages of more than $6,451 ($12,903 if married filing jointly)?
  ☐ **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
  ☒ **No.** Enter your earned income (see instructions) ............................... **1a**   13,105.

  b Nontaxable combat pay included on line 1a (see instructions) ............ **1b**

2 Multiply line 1a by 6.2% (.062) ................................................................. **2**   813.

3 Enter $400 ($800 if married filing jointly) ................................................ **3**   400.

4 Enter the **smaller** of line 2 or line 3 (unless you checked 'Yes' on line 1a) ............................ **4**   400.

5 Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 ............... **5**   13,105.

6 Enter $75,000 ($150,000 if married filing jointly) ................................... **6**   75,000.

7 Is the amount on line 5 more than the amount on line 6?
  ☒ **No.** Skip line 8. Enter the amount from line 4 on line 9 below.
  ☐ **Yes.** Subtract line 6 from line 5 ........................................................ **7**

8 Multiply line 7 by 2% (.02) ........................................................................ **8**

9 Subtract line 8 from line 4. If zero or less, enter -0- ................................. **9**   400.

10 Did you (or your spouse, if filing jointly) receive an economic recovery payment in **2010**? You may have received this payment in 2010 if you did not receive an economic recovery payment in 2009 but you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits in November 2008, December 2008, or January 2009 (see instructions).
  ☒ **No.** Enter -0- on line 10 and go to line 11.
  ☐ **Yes.** Enter the total of the payments you (and your spouse, if filing jointly) received in **2010**. Do not enter more than $250 ($500 if married filing jointly) ........................ **10**   0.

11 **Making work pay credit.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter the result here and on Form 1040, line 63; or Form 1040A, line 40 ........................... **11**   400.

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.   Schedule **M** (Form 1040A or 1040) 2010

FDIA8501   09/20/10

DKUHARCIK000008

▼ DETACH HERE ▼

| Form **4868** | **Application for Automatic Extension of Time To File U.S. Individual Income Tax Return** | 1015 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | For calendar year 2010, or other tax year beginning , 2010, ending , | 20**10** |

**Part I** Identification

1 Your name(s) (see instructions)
DAVID A KLEIMAN

Address (see instructions)
3119 CONTEGO LANE

City, town, or post office: PALM BEACH GARDENS
State: FL   ZIP Code: 33418

2 Your social security number: [redacted]
3 Spouse's social security number:

**Part II** Individual Income Tax

4 Estimate of total tax liability for 2010 . . .  $  5,000
5 Total 2010 payments . . . . . . . . .
6 Balance due. Subtract line 5 from line 4 (see instructions) . . . . . . . . . .  5,000
7 Amount you are paying (see instructions). ▶  0
8 Check here if you are "out of the country" and a U.S. citizen or resident (see instructions) . . . . . . . . ▶ ☐
9 Check here if you file Form 1040NR or 1040NR-EZ and did not receive wages as an employee subject to U.S. income tax withholding . . . . . . . . . . . . ▶ ☐

PN KLEI 30 0 012 670

DKUHARCIK000009

DAVID A KLEIMAN

Form 4562, line 6
**Additional Section 179 Property Statement**

| (a) Description of property | (b) Cost (bus use only) | (c) Elected cost |
|---|---|---|
| COMPUTER | 1,268. | 1,268. |
| SOFTWARE | 4,922. | 4,922. |
| Total | | 6,190. |

DKUHARCIK000010