Dr. Wright Ex.

**D019**

Mail Form 1040-V to the Internal Revenue Service Center at the address listed below.

Form **1040-V** (2011)

▼ Detach Here and Mail With Your Payment and Return ▼

Department of the Treasury
Internal Revenue Service     (99)     **2011**

► Use this voucher when making a payment with Form 1040.
► Do not staple this voucher or your payment to Form 1040.
► Make your check or money order payable to the "United States Treasury."
► Write your social security number (SSN) on your check or money order.

## Form 1040-V Payment Voucher

Enter the amount
of your payment . . . . . ►                                   325.

FDIA8601   05/19/11          1030

DAVID A KLEIMAN

3119 CONTEGO LANE
PALM BEACH GARDENS FL 33418

INTERNAL REVENUE SERVICE
PO BOX 1214
CHARLOTTE NC 28201-1214

**EXHIBIT**

3

12/9/19

SUPPLYJUSTICE.COM

PN KLEI 30 0 201112 610

DKUHARCIK000011

Form **1040**   Department of the Treasury — Internal Revenue Service   (99)

**U.S. Individual Income Tax Return**   **2011**   OMB No. 1545-0074   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2011, or other tax year beginning _____, 2011, ending _____, 20 ___   See separate instructions.

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| DAVID | A | KLEIMAN | ▉ |

If a joint return, spouse's first name | MI | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
3119 CONTEGO LANE

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office. If you have a foreign address, also complete spaces below (see instructions).   State   ZIP code
PALM BEACH GARDENS   FL   33418

**Presidential Election Campaign**

Foreign country name   Foreign province/county   Foreign postal code

Check here if you, or your spouse if filing jointly, want $3 to go to this fund? Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a. . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b   1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here . . ► ☐

No. of children on 6c who:
● lived with you . . .
● did not live with you due to divorce or separation (see instrs) . .
Dependents on 6c not entered above .
Add numbers on lines above . . . ►   1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . . . . . . . . . . . . | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a . . . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . | 9a | |
| b | Qualified dividends. . . . . . . . . . . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes. . . . . . . . . . . . | 10 | |
| 11 | Alimony received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ. . . . . . . . . . . . . . . . | 12 | 6,303. |
| 13 | Capital gain or (loss) Att Sch D if reqd. If not reqd, ck here . . . . . . . . . . . . ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . . | 15a | | b Taxable amount . . . . . . . . | 15b | |
| 16a | Pensions and annuities . . . | 16a | | b Taxable amount . . . . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . . . | 20a | | b Taxable amount . . . . . . . . | 20b | |
| 21 | Other income _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income**. . . . . . . . . ► | 22 | 6,303. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . . . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903. . . . . . . . . . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . | 27 | 445. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 | | |
| 29 | Self-employed health insurance deduction . . . . . . . . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN. . . ► _____ | 31a | | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903. . . . . . . . | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 445. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income**. . . . . . . . . . . . . ► | 37 | 5,858. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112  11/07/11   Form **1040** (2011)

DKUHARCIK000012

Form 1040 (2011)   DAVID A KLEIMAN   ███████   Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . | 38 | 5,858. |

39a Check if: ☐ **You** were born before January 2, 1947, ☐ Blind. **Total boxes**
☐ **Spouse** was born before January 2, 1947, ☐ Blind. **checked ►** 39a ☐

b If your spouse itemizes on a separate return or you were a dual-status alien, check here . . . . . ► 39b ☐

**Standard Deduction for —**
- **People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.**
- **All others:** Single or Married filing separately, $5,800. Married filing jointly or Qualifying widow(er), $11,600. Head of household, $8,500.

| | | |
|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) . . . . . . . . . . | **40** 5,800. |
| 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . | **41** 58. |
| 42 | **Exemptions.** Multiply $3,700 by the number on line 6d. . . . . . . . . . . . . | **42** 3,700. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . . . | **43** 0. |
| 44 | **Tax** (see instrs). Check if any from:  a ☐ Form(s) 8814   c ☐ 962 election   b ☐ Form 4972 . . . . . . | **44** 0. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . | **45** |
| 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . ► | **46** 0. |

| 47 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . | 48 | |
| 49 | Education credits from Form 8863, line 23 . . . . . . . . . . | 49 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 . . . | 50 | |
| 51 | Child tax credit (see instructions). . . . . . . . . . . . . . . | 51 | |
| 52 | Residential energy credits. Attach Form 5695 . . . . . . . . . | 52 | |
| 53 | Other crs from Form:  a ☐ 3800  b ☐ 8801  c ☐ | 53 | |
| 54 | Add lines 47 through 53. These are your **total credits** . . . . . . . . . . | **54** | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . . . . . . . . . . . . ► | **55** 0. |

**Other Taxes**

| 56 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . | **56** 774. |
| 57 | Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 . . . . . . . . | **57** |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . . . | **58** |
| 59a | Household employment taxes from Schedule H . . . . . . . . . . . . . . . . . | **59a** |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required . . . . . . . . . | **59b** |
| 60 | Other taxes. Enter code(s) from instructions _ _ _ _ _ _ _ _ _ _ _ _ _ | **60** |
| 61 | Add lines 55-60. This is your **total tax** . . . . . . . . . . . . . . . . . . . . ► | **61** 774. |

**Payments**
If you have a qualifying child, attach Schedule EIC.

| 62 | Federal income tax withheld from Forms W-2 and 1099 . . . . | 62 | |
| 63 | 2011 estimated tax payments and amount applied from 2010 return . . . . | 63 | |
| 64a | **Earned income credit (EIC).** . . . . . . . . . . . . . . . . | 64a | 449. |
| b | Nontaxable combat pay election . . . ► | 64b | |
| 65 | Additional child tax credit. Attach Form 8812 . . . . . . . . . . | 65 | |
| 66 | American opportunity credit from Form 8863, line 14 . . . . . . | 66 | |
| 67 | First-time homebuyer credit from Form 5405, line 10 . . . . . . | 67 | |
| 68 | Amount paid with request for extension to file . . . . . . . . . | 68 | |
| 69 | Excess social security and tier 1 RRTA tax withheld . . . . . . | 69 | |
| 70 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . | 70 | |
| 71 | Credits from Form:  a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885 | 71 | |
| 72 | Add lns 62, 63, 64a, & 65-71. These are your **total pmts** . . . . . . . . . . . . . ► | **72** | 449. |

**Refund**
Direct deposit?
See instructions.

| 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** . . . . . . . . | **73** | |
| 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . . ► ☐ | **74a** | |
| ► b | Routing number . . . . . XXXXXXXXX   ► c Type: ☐ Checking  ☐ Savings | | |
| ► d | Account number . . . . . XXXXXXXXXXXXXXXXX | | |
| 75 | Amount of line 73 you want **applied to your 2012 estimated tax** . . . . ► | 75 | |

**Amount You Owe**

| 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay see instructions . . . . . . . . ► | **76** | 325. |
| 77 | Estimated tax penalty (see instructions) . . . . . . . . . . . . | 77 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . ☐ **Yes. Complete below.**   ☒ **No**

Designee's name ►                    Phone no. ►                    Personal identification number (PIN) ►

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: COMP FORENSIC SPECIALIST | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst)

**Paid Preparer's Use Only**

Print/Type preparer's name: DAVID SCOTT KUHARCIK | Preparer's signature | Date | Check ☐ if self-employed | PTIN

Firm's name ► DAVID SCOTT KUHARCIK C.P.A., P.A.
Firm's address ► 533 NORTHLAKE BLVD STE 5
NORTH PALM BEACH   FL 33408-5420 | Firm's EIN ► 59-2524073 | Phone no. (561) 842-2921

Form **1040** (2011)

FDIA0112   11/07/11

DKUHARCIK000013

| SCHEDULE C-EZ | Net Profit From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2011** |
| Department of the Treasury Internal Revenue Service (99) | ► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B. ► Attach to Form 1040, 1040NR, or 1041. ► See instructions. | Attachment Sequence No. **09A** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| DAVID A KLEIMAN | ████████ |

**Part I   General Information**

| You May Use Schedule C-EZ Instead of Schedule C Only If You: | • Had business expenses of $5,000 or less.<br>• Use the cash method of accounting.<br>• Did not have an inventory at any time during the year.<br>• Did not have a net loss from your business.<br>• Had only one business as either a sole proprietor, qualified joint venture, or statutory employee.<br>• Did not receive any credit or similar payments that included amounts that are not includible in your income (see instructions) | And You: | • Had no employees during the year.<br>• Are not required to file **Form 4562**, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.<br>• Do not deduct expenses for business use of your home.<br>• Do not have prior year unallowed passive activity losses from this business. |
|---|---|---|---|

| A | Principal business or profession, including product or service | B | Enter business code |
|---|---|---|---|
| | FORENSIC COMPUTER CONSULTANT | | ► 561600 |

| C | Business name. If no separate business name, leave blank. | D | Enter your EIN (see instructions) |
|---|---|---|---|
| | | | |

E   Business address (including suite or room number). Address not required if same as on page 1 of your tax return.

3119 CONTEGO LANE

City, town or post office, state, and ZIP code

PALM BEACH GARDENS, FL 33418

F   Did you make any payments in 2011 that would require you to file Form(s) 1099 (see the
Schedule C instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☒ No

G   If 'Yes,' did you or will you file all required Forms 1099? . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

**Part II   Figure Your Net Profit**

| | | | |
|---|---|---|---|
| 1 a Merchant card and third party payments. For 2011, enter -0- . . . . . . . . . . . . | 1a | 0. | |
| b Gross receipts or sales not entered on line 1a (see instructions) . . . . . . . . . . | 1b | 8,200. | |
| c Income reported to you on Form W-2 if the 'Statutory Employee' box on that form was checked. **Caution.** See Schedule C instructions before completing this line. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1c | | |
| d Total of lines 1a, 1b, and 1c. If any adjustments to line 1a, you must use Sch C (see instrs) . . . . . . . . . . . . | 1d | | 8,200. |
| 2 Total expenses (see instructions). If more than $5,000, you **must** use Schedule C . . . . . . . . . . . . . . | 2 | | 1,897. |
| 3 Net profit. Subtract line 2 from line 1d. If less than zero, you **must** use Schedule C. Enter on both **Form 1040**, line 12, and **Schedule SE**, line 2, or on **Form 1040NR**, line 13 and **Schedule SE**, line 2 (see instructions). (If you entered an amount on line 1c, **do not** report the amount from line 1c on Schedule SE, line 2.) Estates and trusts, enter on **Form 1041**, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | 6,303. |

**Part III   Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 2.

4   When did you place your vehicle in service for business purposes? (month, day, year) . . ► _ _ _ _ _ _ _ _ _ _ _ _ .

5   Of the total number of miles you drove your vehicle during 2011, enter the number of miles you used your vehicle for:

a Business _ _ _ _ _ _ _ _ _ _       b Commuting (see instructions) _ _ _ _ _ _ _ _ _ _       c Other _ _ _ _ _ _ _ _ _

6   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

7   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

8 a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

BAA   **For Paperwork Reduction Act Notice, see your tax return instructions.**                    Schedule **C-EZ** (Form 1040) 2011
FDIA8301   10/26/11

DKUHARCIK000014

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

**Self-Employment Tax**

► Attach to Form 1040 or Form 1040NR. ► See separate instructions.

OMB No. 1545-0074

**2011**

Attachment
Sequence No.   **17**

Name of person with **self-employment** income (as shown on Form 1040)

DAVID A KLEIMAN

Social security number of person
with **self-employment** income ►

*Before you begin:* To determine if you must file Schedule SE, see the instructions.

**May I Use Short Schedule SE or Must I Use Long Schedule SE?**
**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see *Who Must File Schedule SE*, in the instructions.

```
                        ┌──────────────────────────────────────────────┐
                        │   Did you receive wages or tips in 2011?       │
                        └──────────────────────────────────────────────┘
                  No │                                              │ Yes
                     ▼                                              ▼
┌───────────────────────────────────────────┐  Yes   ┌───────────────────────────────────────────┐  Yes
│ Are you a minister, member of a religious  │ ─────► │ Was the total of your wages and tips        │ ─────►
│ order, or Christian Science practitioner   │        │ subject to social security or railroad      │
│ who received IRS approval not to be taxed  │        │ retirement (tier 1) tax plus your net       │
│ on earnings from these sources, but you    │        │ earnings from self-employment more than     │
│ owe self-employment tax on other earnings? │        │ $106,800?                                   │
└───────────────────────────────────────────┘        └───────────────────────────────────────────┘
                  No │                                              │ No
                     ▼                                              ▼
┌───────────────────────────────────────────┐  Yes   ┌───────────────────────────────────────────┐  Yes
│ Are you using one of the optional methods  │ ─────► │ Did you receive tips subject to social      │ ─────►
│ to figure your net earnings (see           │        │ security or Medicare tax that you did not   │
│ instructions)?                             │        │ report to your employer?                    │
└───────────────────────────────────────────┘        └───────────────────────────────────────────┘
                  No │                                              │ No
                     ▼                                              ▼
┌───────────────────────────────────────────┐  Yes   No ┌─────────────────────────────────────────┐  Yes
│ Did you receive church employee income     │ ─────►◄──│ Did you report any wages on Form 8919,    │ ─────►
│ (see instructions) reported on Form W-2 of │        │  Uncollected Social Security and Medicare  │
│ $108.28 or more?                           │        │  Tax on Wages?                             │
└───────────────────────────────────────────┘        └───────────────────────────────────────────┘
                  No │
                     ▼                                              ▼
┌───────────────────────────────────────────┐        ┌───────────────────────────────────────────┐
│   You may use Short Schedule SE below      │        │  You must use Long Schedule SE on page 2   │
└───────────────────────────────────────────┘        └───────────────────────────────────────────┘
```

**Section A — Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| **1 a** Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 6,303. |
| **3** Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 6,303. |
| **4** Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; **do not** file this schedule unless you have an amount on line 1b . . . . . . . . . . . . . . . . . . . ► | **4** | 5,821. |
| | Note. If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **5** Self-employment tax. If the amount on line 4 is: | | |
| • $106,800 or less, multiply line 4 by 13.3% (.133). Enter the result here and on **Form 1040, line 56,** or **Form 1040NR, line 54.** | | |
| • More than $106,800, multiply line 4 by 2.9% (.029). Then, add $11,107.20 to the result. Enter the total here and on **Form 1040, line 56,** or **Form 1040NR, line 54.** | **5** | 774. |
| **6** Deduction for employer-equivalent portion of self-employment tax. If the amount on line 5 is: | | |
| • $14,204.40 or less, multiply line 5 by 57.51% (.5751) | | |
| • More than $14,204.40, multiply line 5 by 50% (.50) and add $1,067 to the result. | | |
| Enter the result here and on **Form 1040, line 27** or **Form 1040NR, line 27** . . . . . | **6** | 445. |

**BAA** For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule **SE** (Form 1040) 2011

FDIA1101  10/17/11

DKUHARCIK000015

| Form **8867** | **Paid Preparer's Earned Income Credit Checklist** | OMB No. 1545-1629 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► For more information about Form 8867, see *www.irs.gov/form8867*<br>► To be completed by preparer and filed with Form 1040, 1040A, or 1040EZ. | **2011**<br>Attachment<br>Sequence No. **177** |

| Taxpayer name's shown on return | Taxpayer's social security number |
|---|---|
| DAVID A KLEIMAN | ▌▌▌▌▌ |

For the definitions of the following terms, see **Pub 596.**

● Investment Income     ● Qualifying Child     ● Earned Income     ● Full-time Student

| **Part I** | **All Taxpayers** |
|---|---|

**1**  Enter preparer's name and PTIN ►     DAVID SCOTT KUHARCIK

**2**  Is the taxpayer's filing status married filing separately? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☐ Yes   ☒ No

> ► If you checked **'Yes'** on line 2, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**3**  Does the taxpayer (and the taxpayer's spouse if filing jointly) have a social security number (SSN) that allows him or her to work or is valid for EIC purposes? See the instructions before answering . . . . . . . . . . . . . . . . . .     ☒ Yes   ☐ No

> ► If you checked 'No' on line 3, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**4**  Is the taxpayer filing Form 2555 or Form 2555-EZ (relating to the exclusion of foreign earned income)? . . . . . . . . . .     ☐ Yes   ☒ No

> ► If you checked 'Yes' on line 4, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**5 a**  Was the taxpayer a nonresident alien for any part of 2011? . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☐ Yes   ☒ No

> ► If you checked 'Yes' on line 5a, go to line 5b. Otherwise, skip line 5b and go to line 6.

**b**  Is the taxpayer's filing status married filing jointly?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☐ Yes   ☒ No

> ► If you checked 'Yes' on line 5a and 'No' on line 5b, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**6**  Is the taxpayer's **investment income** more than $3,150? See Rule 6 in Pub 596 before answering . . . . . . . . . . . .     ☐ Yes   ☒ No

> ► If you checked 'Yes' on line 6, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**7**  Could the taxpayer, or the taxpayer's spouse if filing jointly, be a **qualifying child** of another person for 2011? If the taxpayer's filing status is married filing jointly, check 'No.' Otherwise, see Rule 10 (Rule 13 if the taxpayer does not have a qualifying child) in Pub 596 before answering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☐ Yes   ☒ No

> ► If you checked 'Yes' on line 7, **stop**; the taxpayer **cannot** take the EIC. Otherwise, go to Part II or Part III, whichever applies.

**BAA  For Paperwork Reduction Act Notice, see instructions.**                                          Form **8867** (2011)

FDIA4312   01/09/12

DKUHARCIK000016

Form 8867 (2011)         DAVID A KLEIMAN                                                                      Page 2

| Part II | Taxpayers With a Child | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| | **Caution.** If there is more than one child, complete lines 8 through 14 for one child before going to the next column. | | | |
| 8 | Child's name . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Is the child the taxpayer's son, daughter, stepchild, foster child, brother, sister, stepbrother, stepsister, half brother, half sister, or a descendant of any of them? . . . . . . . . . . . . . . . . . . . . | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| 10 | Is either of the following true?<br>• The child is unmarried, or<br>• The child is married, can be claimed as the taxpayer's dependent, and is not filing a joint return (or is filing it only as a claim for refund) . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| 11 | Did the child live with the taxpayer in the United States for over half of the year? See the instructions before answering . . . . . . . . . . . | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| 12 | Was the child (at the end of 2011) —<br>• Under age 19 and younger than the taxpayer (or the taxpayer's spouse if the taxpayer files jointly),<br>• Under age 24, a full-time student, and younger than the taxpayer (or the taxpayer's spouse if the taxpayer files jointly), or<br>• Any age and permanently and totally disabled? . . . . . . . . . . . | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ► If you checked 'Yes' on lines 9, 10, 11, and 12, the child is the taxpayer's qualifying child; go to line 13a. If you checked 'No' on line 9, 10, 11, or 12, the child is not the taxpayer's qualifying child; see the instructions for line 12. | | | |
| 13a | Could any other person check 'Yes' on lines 9, 10, 11, and 12 for the child?. . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ► If you checked 'No' on line 13a, go to line 14. Otherwise, go to line 13b. | | | |
| b | Enter the child's relationship to the other person(s) . . . . . . . . . . . | | | |
| c | Under the tiebreaker rules, is the child treated as the taxpayer's qualifying child? See the instructions before answering . . . . . . . . . | ☐ Yes ☐ No ☐ Don't know | ☐ Yes ☐ No ☐ Don't know | ☐ Yes ☐ No ☐ Don't know |
| | ► If you checked 'Yes' on line 13c, go to line 14. If you checked 'No,' the taxpayer **cannot** take the EIC based on this child and cannot take the EIC for taxpayers who do not have a qualifying child. If there is more than one child, see the **Note** at the bottom of this page. If you checked 'Don't know,' explain to the taxpayer that, under the tiebreaker rules, the taxpayer's EIC and other tax benefits may be disallowed. Then, if the taxpayer wants to take the EIC based on this child, complete lines 14 and 15. If not, and there are no other qualifying children, the taxpayer cannot take the EIC, including the EIC for taxpayers without a qualifying child; do not complete Part III. If there is more than one child, see the **Note** at the bottom of this page. | | | |
| 14 | Does the qualifying child have an SSN that allows him or her to work or is valid for EIC purposes? See the instructions before answering . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ► If you checked 'No' on line 14, the taxpayer **cannot** take the EIC based on this child and cannot take the EIC for taxpayers who do not have a qualifying child. If there is more than one child, see the **Note** at the bottom of this page. If you checked 'Yes' on line 14, continue. | | | |
| 15 | Are the taxpayer's **earned income** and **adjusted gross income** each less than the limit that applies to the taxpayer for 2011? See Pub 596 for the limit . . . . . . . . . . . . . . . . . . . . . . . . . . | | | ☐ Yes ☐ No |
| | ► If you checked 'No' on line 15, **stop**; the taxpayer **cannot** take the EIC. If you checked 'Yes' on line 15, the taxpayer can take the EIC. Complete **Schedule EIC** and attach it to the taxpayer's return. If there are two or three qualifying children with valid SSNs, list them on Schedule EIC in the same order as they are listed here. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub 596 to see if **Form 8862** must be filed. Go to line 20. | | | |
| | **Note.** If you checked 'No' on line 13c or 14 but there is more than one child, complete lines 8 through 14 for the other child(ren) (but for no more than three qualifying children). Also do this if you checked 'Don't know' on line 13c and the taxpayer is not taking the EIC based on this child. | | | |

BAA                                    FDIA4312   01/09/12                                          Form **8867** (2011)

DKUHARCIK000017

Form **8867** (2011)     DAVID A KLEIMAN                                                           Page 3

| **Part III** | **Taxpayers Without a Qualifying Child** | | |
|---|---|---|---|

**16** Was the taxpayer's main home, and the main home of the taxpayer's spouse if filing jointly, in the United States for more than half the year? (Military personnel on extended active duty outside the United States are considered to be living in the United States during that duty period. See Pub 596.) . . . . . . . . . . . . . . . . . . . .     ☒ Yes    ☐ No

► If you checked **'No'** on line 16, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**17** Was the taxpayer, or the taxpayer's spouse if filing jointly, at least age 25 but under age 65 at the end of 2011? . . . . .     ☒ Yes    ☐ No

► If you checked **'No'** on line 17, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**18** Is the taxpayer, or the taxpayer's spouse if filing jointly, eligible to be claimed as a dependent on anyone else's federal income tax return for 2011? If the taxpayer's filing status is married filing jointly, check 'No,' . . . . . . . . . . . . .     ☐ Yes    ☒ No

► If you checked **'Yes'** on line 18, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

**19** Are the taxpayer's **earned income** and **adjusted gross income** each less than the limit that applies to the taxpayer for 2011? See Pub 596 for the limit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☒ Yes    ☐ No

► If you checked **'No'** on line 19, **stop**; the taxpayer **cannot** take the EIC. If you checked **'Yes'** on line 19, the taxpayer can take the EIC. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub 596 to find out if **Form 8862** must be filed. Go to line 20.

| **Part IV** | **Due Diligence Requirements** | | |
|---|---|---|---|

**20** Did you complete Form 8867 based on information provided by the taxpayer or reasonably obtained by you? . . . . . . .     ☒ Yes    ☐ No

**21** Did you complete the EIC worksheet found in the Form 1040, 1040A, or 1040EZ instructions (or your own worksheet that provides the same information as the 1040, 1040A, or 1040EZ worksheet)? . . . . . . . . . . . . . . . . .     ☒ Yes    ☐ No

**22** Did you comply with the knowledge requirements? (To comply with the knowledge requirements, you must not know or have reason to know that any information used to determine the taxpayer's eligibility for, and the amount of, the EIC is incorrect. You may not ignore the implications of information furnished to or known by you, and you must make reasonable inquiries if the information furnished appears to be incorrect, inconsistent, or incomplete. At the time you make these inquiries, you must document in your files the inquiries you made and the responses you received.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☒ Yes    ☐ No

**23** Did you keep the following records?
● Form 8867,
● The EIC worksheet(s) or your own worksheet(s),
● A record of how, when, and from whom the information used to prepare the form and worksheet(s) was obtained, and
● Copies of any documents provided by the taxpayer and on which you relied to complete the form and the worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☒ Yes    ☐ No

► If you checked **'Yes'** on lines 20, 21, 22, and 23, submit Form 8867 in the manner required, and keep the records described on line 23 for 3 years (see instructions), you have complied with all the due diligence requirements.

► If you checked **'No'** on line 20, 21, 22, or 23, you have not complied with all the due diligence requirements and may have to pay a $500 penalty for each failure to comply.

FDIA4312   01/09/12                                                                          Form **8867** (2011)

DKUHARCIK000018

▼ DETACH HERE ▼

| Form **4868**<br>Department of the Treasury<br>Internal Revenue Service (99) | **Application for Automatic Extension of Time**<br>**To File U.S. Individual Income Tax Return**<br>For calendar year 2011, or other tax year beginning , 2011, ending , | | 1015<br>20**11** |
|---|---|---|---|

| **Part I** Identification | | | | **Part II** Individual Income Tax | |
|---|---|---|---|---|---|
| 1  Your name(s) (see instructions) | | | | 4  Estimate of total tax liability for 2011 . . . $ | 823 |
| DAVID A KLEIMAN | | | | 5  Total 2011 payments . . . . . . . . | 464 |
| Address (see instructions) | | | | 6  **Balance due.** Subtract line 5 from line 4<br>(see instructions) . . . . . . . . | 359 |
| 3119 CONTEGO LANE | | | | 7  Amount you are paying (see instructions) . ▶ | 0 |
| City, town, or post office | | State | ZIP Code | 8  Check here if you are "out of the country" and a U.S.<br>citizen or resident (see instructions) . . . . . ▶ ☐ | |
| PALM BEACH GARDENS | | FL | 33418 | 9  Check here if you file Form 1040NR or 1040NR-EZ and | |
| 2  Your social security number | 3 | Spouse's social security number | | did not receive wages as an employee subject to U.S.<br>income tax withholding . . . . . . . . ▶ ☐ | |
| ████ | | | | | |

PN KLEI 30 0 201112 670                    DKUHARCIK000019

| Federal Information Worksheet | 2011 |
|---|---|

► Keep for your records

## Part I – Personal Information

**Taxpayer:**

Last Name . . . . . . . . KLEIMAN
First Name . . . . . . . . DAVID
Middle Initial . . . . . . . A          Suffix . . . . . .
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Occupation . . . . . . . . COMP FORENSIC SPECIALIST
Date of Birth . . . . . . . 01/22/1967    (mm/dd/yyyy)
or Age as of 1/1/2012 . . .  44
Date of death . . . . . . .
Legally blind . . . . . . . ☐
E-mail Address . . . . . .
Work Phone . . .                    Ext . . .
Cell Phone . . . .
Home Phone . . . . . . . .
Best contact phone number. . . . . . . .
Check to print phone number on Form 1040          ☐ Home
Address . . . . . . . . . . 3119 CONTEGO LANE
City. . . . . . . . . . . . . PALM BEACH GARDENS
Foreign province/county . .
Foreign Country . . . . . .
APO/FPO/DPO address, check if appropriate. . . . . . . . . . . . . . . . . . . . . . .

**Spouse:**

Last Name . . . . . . . . .
First Name . . . . . . . . . .
Middle Initial . . . . . . . .          Suffix . . . . . .
Social Security No. . . . . .
Occupation . . . . . . . . .
Date of Birth . . . . . . . .          (mm/dd/yyyy)
or Age as of 1/1/2012. . . .
Date of death . . . . . . . .
Legally blind . . . . . . . . ☐
E-mail Address . . . . . . .
Work Phone . . .                    Ext . . .
Cell Phone . . . . .
Fax Number . . . . . . .
☐ Taxpayer Work     ☐ Spouse Work
                                        Apt No. .
State . . . . . . FL   ZIP Code . . . . . . . 33418
Foreign postal code . . . . . . . . . .
Foreign Phone . . . . . . . . . . .
APO ☐    FPO ☐    DPO ☐

## Part II – Federal Filing Status

1  ☒  Single
2  ☐  Married filing jointly
3  ☐  Married filing separately
      ☐ Taxpayer **did not** live with spouse at any time during the year      ☐ Taxpayer is eligible to claim spouse's exemption *(see Help)*
4  ☐  Head of household
      If the qualifying person is a child but not a dependent:
      Child's name . . . . .                                    Child's social security number . . . . .
5  ☐  Qualifying widow(er) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Year the spouse died. . . . . . . . . ► 2009 ☐    2010 ☐

## Part III – Dependent/Earned Income Credit/Child and Dependent Care Credit Information

| First Name / Last Name | MI / Suffix | Social Security Number / *Relationship | Code | Not qualified for child tax credit or non U.S.** | EIC | Lived with taxpayer in U.S. | Education tuition and fees | Qualified child and dependent care expenses incurred and paid in 2011 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | ☐ |  |  | ☐ |  |
|  |  |  |  | ☐ |  |  | ☐ |  |
|  |  |  |  | ☐ |  |  | ☐ |  |
|  |  |  |  | ☐ |  |  | ☐ |  |

**\*Caution:** If claiming child other than taxpayer's see **Relationship** in Help.
**\*\*Caution:** If this person is NOT a U.S. citizen, U.S. national, or a U.S. resident check this box.

## Part IV – Earned Income Credit Information

**Required to Calculate EIC:**

Yes  No
☐  ☒  Is taxpayer or spouse qualifying child for EIC for another person?
☒  ☐  Was taxpayer's (and spouse's if married filing jointly) home in United States for more than half of 2011?

**Check Any that Apply:**

☐ Social Security card says **Not Valid for Employment** and SSN of the taxpayer, or spouse if married filing jointly, was obtained to get federally funded benefit, such as Medicaid (see Help)
☐ Taxpayer filing as head of household **and** lived with nonresident alien spouse during last six months of 2011
☐ EIC was disallowed or reduced in previous year and taxpayer required to file Form 8862
☐ Taxpayer notified by IRS that EIC cannot be claimed in 2011

FDIY4112  03/15/12

DKUHARCIK000020

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1  Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| Agile Risk Management LLC<br>2202 N Westshore Blvd Suite 200<br>Tampa, FL  33607<br>(877)244-5313 | | $ | 2011 | |
| | | 2  Royalties | Form 1099-MISC | |
| | | $ | | |
| | | 3  Other income<br>$         1200.00 | 4  Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5  Fishing boat proceeds | 6  Medical and health care payments | |
| ▮▮▮▮▮▮▮▮▮ | | $ | $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, city, and ZIP code<br><br>David A. Kleiman<br><br><br>4371 Northlake Blvd #314<br><br><br>Palm Beach Gardens, FL 33410 | | 7  Nonemployee compensation<br><br>$ | 8  Substitute payments in lieu of dividends or interest<br>$ | |
| | | 9  Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10  Crop insurance proceeds<br>$ | |
| | | 11 ▮▮▮▮▮ | 12 ▮▮▮▮▮ | |
| Account number (see instructions) | | 13  Excess golden parachute payments<br>$ | 14  Gross proceeds paid to an attorney<br>$ | |
| 15a  Section 409A deferrals<br>$ | 15b  Section 409A income<br>$ | 16  State tax withheld<br>$ | 17  State/Payer's state no. | 18  State income<br>$ |

Form **1099-MISC**            (keep for your records)            Department of the Treasury - Internal Revenue Service

DKUHARCIK000021

Form **1099-MISC**   ☐ CORRECTED (if checked)   (keep for your records)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| LAW OFFICES OF DAVID E JEROME<br>PO BOX 220<br>NORTHVILLE, MI  48167 | $ | **2011** | **Miscellaneous Income** |
| | 2 Royalties | | |
| | $ | Form **1099-MISC** | 38-2099803<br>Department of the Treasury — IRS |
| | 3 Other income | 4 Fed. inc. tax withheld | **Copy B** |
| | $ | $ | **For Recipient** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | $ | $ | |

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| DAVID A KLEIMAN<br>4371 Northlake Blvd., #314<br>Palm Beach Gardens, FL  33410 | $    1000.00 | $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |

1  B9MISCB    NTF 2575721    **BMISREC**    Copyright 2011 Greatland/Nelco – Forms Software Only

DKUHARCIK000022

```
COMPOSITE FORM 1099-MISC AND 1099-G          ( ) CORRECTED (IF CHECKED)           CONTROL NO:   009343
                                                                                  COPY B FOR RECIPIENT
                                                                         PAYER'S FEDERAL ID NUMBER: ▆▆▆▆▆
                                       STATE OF FLORIDA
                   2011 MISCELLANEOUS INCOME AND CERTAIN GOVERNMENT PAYMENTS
                              TAX IDENTIFICATION NUMBER: ▆▆▆▆▆▆
```

```
          TO:                                        FROM:

             DAVID A KLEIMAN                             STATE OF FLORIDA
             4371 NORTHLAKE BLVD STE 314                 JEFF ATWATER
             PALM BEACH GARDENS FL 33410                 CHIEF FINANCIAL OFFICER
                                                         200 E. GAINES STREET
                                                         TALLAHASSEE, FLORIDA 32399-0354
                                                         TELEPHONE   (850) 413-5519
```

### 2011 MISCELLANEOUS INCOME
OMB NO. 1545 0115

THE AMOUNTS OF MISCELLANEOUS INCOME PAID TO YOU BY STATE OF FLORIDA AGENCIES ARE:

```
   BOX 1)  RENTS      $      0.00    BOX  6) MEDICAL AND HEALTH CARE PAYMENTS $       0.00
   BOX 2)  ROYALTIES  $      0.00    BOX  7) NONEMPLOYEE COMPENSATION         $   6,000.00
   BOX 3)  OTHER INCOME $    0.00    BOX 14) GROSS PROCEEDS PAID TO ATTORNEYS $       0.00
```

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE.  IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

INSTRUCTIONS FOR RECIPIENT: AMOUNTS SHOWN ON THIS FORM MAY BE SUBJECT TO SELF-EMPLOYMENT TAX. IF YOUR NET EARNINGS FROM SELF-EMPLOYEMENT INCOME ARE $400 OR MORE, YOU ARE REQUIRED TO FILE A RETURN AND COMPUTE YOUR SELF-EMPLOYMENT TAX ON SCHEDULE SE (FORM 1040). SEE PUB. 334, TAX GUIDE FOR SMALL BUSINESS, FOR MORE INFORMATION ON SELF-EMPLOYMENT INCOME. SINCE NO INCOME OR SOCIAL SECURITY AND MEDICARE TAXES WERE WITHHELD BY THE PAYER, YOU MAY HAVE TO MAKE ESTIMATED TAX PAYMENTS IF YOU ARE STILL RECEIVING THESE PAYMENTS. SEE FORM 1040-ES, ESTIMATED TAX FOR INDIVIDUALS. IF YOU ARE AN INDIVIDUAL, REPORT THE TAXABLE AMOUNTS SHOWN ON THIS FORM ON YOUR TAX RETURN, AS EXPLAINED BELOW. (OTHER TAXPAYERS, SUCH AS CORPORATIONS, FIDUCIARIES, OR PARTNERSHIPS, REPORT THE AMOUNTS ON PROPER LINES OF YOUR TAX RETURN.)

BOXES 1 & 2 - RENTS AND ROYALTIES -- REPORT RENTS FROM REAL ESTATE ON SCHEDULE E (FORM 1040). IF YOU PROVIDED SIGNIFICANT SERVICES TO THE TENANT, SOLD REAL ESTATE AS A BUSINESS, OR RENTED PERSONAL PROPERTY AS A BUSINESS, REPORT ON SCHEDULE C OR C-EZ (FORM 1040). FOR ROYALTIES ON TIMBER, COAL, AND IRON ORE, SEE PUB. 544, SALES AND OTHER DISPOSITIONS OF ASSETS.

BOX 3 - OTHER INCOME -- GENERALLY, REPORT ON THE 'OTHER INCOME' LINE OF FORM 1040 AND IDENTIFY THE PAYMENT. IF IT IS TRADE OR BUSINESS INCOME, REPORT THIS AMOUNT ON SCHEDULE C, C-EZ, OR F (FORM 1040). THE AMOUNT SHOWN MAY BE PAYMENTS YOU RECEIVED AS THE BENEFICIARY OF A DECEASED EMPLOYEE, PRIZES, AWARDS, TAXABLE DAMAGES, INDIAN GAMING PROFITS, OR OTHER TAXABLE INCOME.

BOX 6 - MEDICAL AND HEALTH CARE PAYMENTS -- REPORT ON SCHEDULE C OR C-EZ (FORM 1040).

BOX 7 - NONEMPLOYEE COMPENSATION -- GENERALLY SHOWS NONEMPLOYEE COMPENSATION. GENERALLY, PAYMENTS FOR SERVICES REPORTED AS NONEMPLOYEE COMPENSATION ARE INCOME FROM SELF-EMPLOYMENT. SINCE YOU RECEIVED THIS FORM, RATHER THAN FORM W-2, THE PAYER MAY HAVE CONSIDERED YOU SELF-EMPLOYED AND DID NOT WITHHOLD SOCIAL SECURITY OR MEDICARE TAXES. REPORT SELF-EMPLOYMENT INCOME ON SCHEDULE C, C-EZ, OR F (FORM 1040), AND COMPUTE THE SELF-EMPLOYMENT TAX ON SCHEDULE SE (FORM 1040). HOWEVER, IF YOU ARE NOT SELF-EMPLOYED, REPORT THIS AMOUNT ON FORM 1040 ON THE LINE FOR 'WAGES, SALARIES, TIPS, ETC.' CALL THE IRS FOR INFORMATION ABOUT HOW TO REPORT ANY SOCIAL SECURITY AND MEDICARE TAXES.

BOX 14 - GROSS PROCEEDS PAID TO AN ATTORNEY IN CONNECTION WITH LEGAL SERVICES.

FORM 1099-MISC (KEEP FOR YOUR RECORDS)

### 2011 CERTAIN GOVERNMENT PAYMENTS
OMB NO. 1545 0120

THE AMOUNT OF TAXABLE GRANTS PAID TO YOU BY STATE OF FLORIDA AGENCIES IS  $       0.00

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE.  IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

FORM 1099-G      (KEEP FOR YOUR RECORDS)

DKUHARCIK000023