| | |
|---|---|
| **From**: | Craig S. Wright [craig.wright@Information-Defense.com] |
| **Sent**: | 6/8/2010 7:48:18 PM |
| **To**: | 'Dave Kleiman' [dave@davekleiman.com] |
| **Subject**: | RE: An update |
| **Sensitivity**: | Private |

Make a variable size glass :P

...
Dr. Craig S Wright GSE-Malware, GSE-Compliance, LLM, & ...
Information Defense Pty Ltd


-----Original Message-----
From: Dave Kleiman [mailto:dave@davekleiman.com]
Sent: Tuesday, 8 June 2010 7:43 PM
To: craig.wright@Information-Defense.com; 'Bob Radvanovsky'
Subject: RE: An update
Sensitivity: Private

Good news!!  Glad to hear all is ok.

However, the glass is in a constant state of flux.....always changing.

Dave

-----Original Message-----
From: Craig S. Wright [mailto:craig.wright@Information-Defense.com]
Sent: Tuesday, June 08, 2010 04:13
To: 'Bob Radvanovsky'; Dave Kleiman
Subject: An update
Sensitivity: Private

Hi,

I just return from the Physician after having the stitches removed from  a biopsy last week. I was there a good deal longer than I expected. Mostly waiting.


The pathology came back stating that the growth was a focal ulcer and not malignant. So I escape another round of cancer and can get back to focusing on other things. Having gone through cancer when I was in my early 20's, a few more stitches and a minor operation actually comes as wonderful news. It is strange how we all look at things differently.


Me, I am the glass is half full type. In fact, I say, pour the liquid into a smaller glass and it IS FULL!


Perspective I guess...

Regards,

...

Dr. Craig S Wright <http://gse-compliance.blogspot.com/>  GSE-Malware, GSE-Compliance, LLM, & ...

Information Defense <http://www.information-defense.com/>  Pty Ltd

Mobile: 0417 683 914

Logo4

Dr. Wright Ex.

**D030**

DEFAUS_00089140

CW.001.002.0609

**D030 Page 1 of 1**