| | |
|---|---|
| **From:** | Dave Kleiman |
| **Sent:** | Sunday, November 4, 2012 9:12 PM |
| **To:** | Sheppard, Maren A LT, RLSO SE BROFF, GULFPORT; Ostrom, Donald R LCDR DSO SE, PENSACOLA; Giarraputo, Jaimica M LCDR RLSO SE, MAYPORT; Pham, Nancy D LT RLSO SE, JACKSONVILLE |
| **Subject:** | US v. Garcia - Expert |
| **Attachments:** | Computer-Forensics-LLC-Company-Resume.pdf; Patrick.Paige-CV.pdf |
| **Importance:** | High |

All,

It is with the deepest regret that I have to inform you I am unable to continue to assist as the expert in the matter of US v. Garcia for medical reasons. When I originally spoke to LT Pham back on September 10, 2012, I mentioned that I was unable to conduct any examination before the second week of October. This was because I was in my final stage of physical therapy at the Veteran's Hospital, and was only traveling home on the weekends. Unfortunately, I have had a setback.

When I exchanged emails with LT Pham on September 10, 2012, I sent a copy of our company resume (attached above). Included in that resume was the BIO was one of my business partners Patrick Paige. I have spoken to him, and he is willing to take my place if you need someone to assist. I know you had originally tried to hire Global CompuSearch LLC and may still want them, but if not Patrick is available. Patrick's CV is attached. He was a detective at the Palm Beach County Sheriff's Office Computer Crimes Unit for 11-years. He has testified in many Courts, including military Courts. He is an expert with mobile devices. He also knows Agent Dorsey (Agent Dorsey brought down contraband evidence in the matter of US v. Jude, a Navy case I assisted with in early 2010, to the PBSO crime lab while Patrick was still a detective there so I could examine the evidence). Patrick said he would have no issues working alongside Agent Dorsey while he re-images the phones.

Please advise.


Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

4371 Northlake Blvd #314
Palm Beach Gardens, FL 33410
561.310.8801

1

Dr. Wright Ex.

**D040**

CONFIDENTIAL

KLEIMAN_00413435
KLEIMAN_00413435