| | |
|---|---|
| **From:** | Dave Kleiman |
| **Sent:** | Wednesday, January 30, 2013 9:53 PM |
| **To:** | Carter Conrad |
| **Cc:** | Patrick Paige |
| **Subject:** | FW: Question on costs for a company |
| **Attachments:** | 2012_Report_ Profit & Loss.pdf |

Attached

**From:** Dave Kleiman
**Sent:** Thursday, January 24, 2013 14:04
**To:** Carter Conrad; Patrick Paige
**Subject:** RE: Question on costs for a company

I spoke to David just know.

1. We have to get a 1099 out to Binary Intel before Jan 31.
2. Even though we are a LLC we can elected to be treated as corporation or s corporation for tax purposes. This election has to be made before March 15. This can save us various ways especially on the profit left over in the company (the 20% we leave in).
3. We do not necessarily have to 1099 ourselves, as we can consider our payments Guaranteed Payments. Then it goes to a K1 or something like that.
4. We can learn more later. He has a few things to explain to us, if we elect him.

He estimates the cost somewhere between $750 to $2000 annually depending on our activity and needs

Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

2465 Mercer Ave, Suite 203
West Palm Beach, FL 33401
Main: 561.404.3074
Direct: 561.310.8801


-----Original Message-----
From: Dave Kleiman
Sent: Thursday, January 24, 2013 10:10
To: Carter Conrad; Patrick Paige
Subject: FW: Question on costs for a company

This is what I sent to the CPA who has done my taxes and I have personally known since like 1990.

-----Original Message-----
From: Dave Kleiman

1

**Dr. Wright Ex.**

**D041**

KLEIMAN_00071223

Sent: Thursday, January 24, 2013 08:58
To: David S. Kuharcik <dskcpa@gmail.com>
Subject: Question on costs for a company

Hi David,

What would your annual fees be for doing the taxes for a newly formed Florida LLC that has three partners with annual gross expected to be somewhere between 150 and 300 for the next two years. The last 5 months of 2012 was around 80K (see attached)

Currently the partners are being paid 1099 style with a 80/20 split, for each job worked the partner that works the job is paid 80%, 20% stays in the company for expenses.

All bookkeeping is being done with QuickBooks online.


Respectfully,

Dave Kleiman - http://www.ComputerForensicsLLC.com

2465 Mercer Ave, Suite 203
West Palm Beach, FL 33401
Main: 561.404.3074
Direct: 561.310.8801

**Computer Forensics LLC**
**Profit & Loss**
January - December 2012

|  | Total |
|---|---:|
| **Income** | |
|   Services | 76,300.24 |
|   Unapplied Cash Payment Income | 3,968.75 |
| **Total Income** | **$80,268.99** |
| **Gross Profit** | **$80,268.99** |
| **Expenses** | |
|   Advertising | 1,640.43 |
|   Bank Charges | 9.47 |
|   Bookkeeping Expenses | 343.96 |
|   Computer - Software | 1,798.01 |
|   Consultant PMT - 1099 | 70,965.00 |
|   Insurance | 1,805.01 |
|   Job Related Computer Expenses | 3,837.26 |
|   Office Expenses | 39.92 |
|   Promotional | 195.00 |
|   Rent or Lease | 1,908.00 |
|   Shipping and Handling | 138.03 |
|   Stationery & Printing | 905.00 |
| **Total Expenses** | **$83,585.09** |
| **Net Operating Income** | **$ (3,316.10)** |
| **Net Income** | **$ (3,316.10)** |

Thursday, Jan 24, 2013 08:51:53 AM PST GMT-5 - Cash Basis

KLEIMAN_00071225