| | |
|---|---|
| **Message** | |
| **From**: | Craig S Wright <craig@panopticrypt.com> [Craig S Wright <craig@panopticrypt.com>] |
| **Sent**: | 4/29/2013 8:33:42 PM |
| **To**: | Carter Conrad; Patrick Paige |
| **CC**: | 'Bill Long'; 'Greg Kelley'; 'Craig Ball'; 'Matthew Shannon'; 'Jerry Hatchett'; 'Eric Robi'; 'Greg Freemyer'; 'Paul Henry'; 'Scott Moulton''; 'Wayne Marney'; 'Bob Bell'; 'Bill Dean'; 'Kimon Andreou'; 'Greg Kelley' |
| **Subject**: | RE: Dave Kleiman |
| **Attachments**: | image003.jpg; image002.jpg; image001.jpg |

Dave will be missed. He was a good friend. He would always talk and was always there.

Dave made the world a little brighter.

In sorrow

**Dr. Craig Wright LLM GSE GSM GSC MMiT MNSA MInfoSec CISSP/ISSMP CISM CISA**
Director, Technical Services and Research

## PanOptiCrypt
Security + Research

Tel: + 612 8003 7553 | Mobile: + 61 417 683 914
http://www.panopticrypt.com

  

---

**From:** Carter Conrad [mailto:carter@computerforensicsllc.com]
**Sent:** Tuesday, 30 April 2013 1:23 AM
**To:** Patrick Paige
**Cc:** Bill Long; Greg Kelley; Craig Ball; Matthew Shannon; Jerry Hatchett; Eric Robi; Greg Freemyer; Paul Henry; Craig S. Wright; Scott Moulton'; Wayne Marney; Bob Bell; Bill Dean; Kimon Andreou; Greg Kelley
**Subject:** Dave Kleiman

As close friends of Dave, Patrick and I wanted to let you know in advance of any general posting that we have lost a dear friend and colleague
As most of you are aware Dave was battling an infection from 2010, and had never fully recovered in the 2 ½+ years that followed.
Dave died in his home in Palm Beach Gardens of, what is being told to us, natural causes.
At this time no further details are available, although there are plans for a memorial, and these will be pasted on as they become available.


Carter V Conrad, Jr
Computer Forensics, LLC
1880 N. Congress Avenue, Suite 333
Boynton Beach, Florida 33426
Phone: (561) 404-3074
Cell: (561) 502-3935

www.ComputerForensicsLLC.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Dr. Wright Ex.

**D042**

PAIGE_00003483
PAIGE_00003483

D042 Page 1 of 2

PAIGE_00003484
PAIGE_00003483