Page 1 of 2  DocId: 7E6001329  ACN :163 338 467

**Australian Securities & Investments Commission**

Electronic Lodgement
Document No. **7E6001329**
Lodgement date/time: 24-04-2014 08:00:18
Reference Id: 89036109

**Form 484**
Corporations Act 2001

# Change to company details

**Company details**

Company name
**COIN-EXCH PTY. LTD.**

Australian Company Number (ACN)
**163 338 467**

**Lodgement details**

Who should ASIC contact if there is a query about this form?

Name
**Craig Steven WRIGHT**

**Signature**
This form must be signed by a current officeholder of the company.

I certify that the information in this form is true and complete
Name
**Craig Steven WRIGHT**
Capacity
**Director**
Signature

Date signed
**24-04-2014**

Dr. Wright Ex.
**D045**

ASIC Form 484 Ref 8903610924/04/2014

Page 1 of 2

Page 2 of 2  DocId: 7E6001329  ACN :163 338 467

Form 484 - Change to company details
COIN-EXCH PTY. LTD.ACN163 338 467

## C4 Changes to the register of members

**The changes apply to members whose shareholding has changed**

**Changes to member's register details**

Member details

| | |
|---|---|
| Given names | CRAIG STEVEN |
| Family name | WRIGHT |
| Address | 43 ST JOHNS AVENUE<br>GORDON NSW 2072 |
| Earliest date of change | 30-03-2014 |

The changes are

| Share class code | Shares Increased by | Share Decreased by | Total number now held | Total $ paid | Total $ unpaid | Fully paid | Beneficially held | Top 20 member |
|---|---|---|---|---|---|---|---|---|
| FOU | | -10500000 | 11000000 | 11000000 | 0 | Y | N | Y |

**The changes apply to members whose shareholding has changed**

**Changes to member's register details**

Member details

| | |
|---|---|
| Given names | Ira |
| Family name | KLEIMAN |
| Address | 5104 Robino Circle<br>West Palm Beach<br>FL 33417<br>United States |
| Earliest date of change | 30-03-2014 |

The changes are

| Share class code | Shares Increased by | Share Decreased by | Total number now held | Total $ paid | Total $ unpaid | Fully paid | Beneficially held | Top 20 member |
|---|---|---|---|---|---|---|---|---|
| FOU | 10500000 | | 10500000 | 10500000 | 0 | Y | N | |

| | |
|---|---|
| Date of entry of member's name in register | 30-03-2014 |

CONFIDENTIAL                                                                                                KLEIMAN_00004928
KLEIMAN_00004927

**D045 Page 2 of 2**