| | |
|---|---|
| **From:** | Gab <ghb3762@aol.com> |
| **Sent:** | Wednesday, June 22, 2016 1:13 PM |
| **To:** | dex561@aol.com |
| **Subject:** | Doc 22.06.16 09:12:07 |
| **Attachments:** | Doc 22_06_16 09_12_07.pdf; Untitled attachment 37019.txt |

1

Dr. Wright Ex.

**D046**

KLEIMAN_00400106

# K THE KARP LAW FIRM

*A Professional Association*

Elder Law • Estate Planning & Administration • Probate • Disability, Special Needs, Medicaid & Veterans Benefits Planning

*Please Reply to:*
*Palm Beach Gardens*

JOSEPH S. KARP
Florida Certified Elder Law Specialist
Certified Elder Law Attorney (NAELA Law Foundation)
Member, U.S.A NYC Bar

ADMINISTRATOR
Audrey L. Yeager, CP

GENNY BERNSTEIN
Double Certified Elder Law Specialist
ADELE PROLL HARRIS
T. J. HEINEMANN, LL.M.

Of Counsel
RACHEL GOLDSTEIN ZEITOUNI

May 30, 2014

Mr. Andrew Sommer                        *Via Email Only to asommer@claytonutz.com*
Level 15, 1 Bligh Street
Sydney NSW 2000, Australia

Dear Andrew:

Sorry about the phone call confusion the other night. Glad we could speak.

What I would like to do is arrange for contemporaneous rescission of the stock transfer to Ira, or just retain the transfer to Ira with a documentation of how the amounts were arrived at, and what they are equal to in terms of the date of David's death versus the date of the transfer. I also would like it to reflect that it is not income to Ira.

With regard to the purchase of some of Ira's interest in the company, I would like to expedite that as well. I would like to try and handle things as expeditiously as possible and do everything in a manner which reflects the integrity, which I understand increased in value after David's death, so I may determine what is estate taxable and what is income taxable if Ira sells it as well as arrange for the distribution of shares to me as part of Ira's fee for me.

I am even willing to travel to Australia if need be in order to expedite this process. Late August or the beginning of September is very possible. I look forward to hearing from you. Let's see if we can coordinate a time which we can speak more fully with regard to this.

Very truly yours,

JOSEPH S. KARP

JSK/jim
cc: Ira Kleiman

Quantum Park, Suite 203                  2875 PGA Boulevard, Suite 100          Seacoast Banking Center
2500 Quantum Lakes Drive                 Palm Beach Gardens, FL 33410-2910      Suite 101
Boynton Beach, FL 33426                   (561) 625-1100  Fax: (561) 625-0060    1100 S. W. St. Lucie West Boulevard
(561) 752-4550  Fax: (561) 625-0060      (Main Office)                          Port St. Lucie, FL 34986
                                                                                (772) 343-8411  Fax: (561) 625-0060

E-mail: info@karplaw.com  •  On the web: www.karplaw.com  •  Out of area toll free: (800) 893-9911

KLEIMAN_00400107